# **EXHIBIT H**

1              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF LOUISIANA
2

3         *******************************
4

   IN RE:  TAXOTERE           : MDL No. 2740
5  (DOCETAXEL) PRODUCTS        :
   LIABILITY LITIGATION        :
6                              : Section: "H"
   THIS DOCUMENT RELATES TO    :
7  Wanda Stewart               :
    v.                         : Judge Milazzo
8  Sandoz Inc.                 :
                               :
9  Civil Case No.             :
   2:17-cv-10817               : Mag. Judge North
10

11

12                  - - -
13              October 28, 2020
14

15                  - - -
16

17         Remote via Zoom Videotaped
   Deposition of LAWRENCE E. FOOTE, M.D., held
18 remotely from Houston, Texas at 8:33 a.m. to
   3:01 p.m., on Wednesday, the 28th day of
19 October, 2020, before Pat English-Arredondo,
   Registered Merit Reporter, Certified Realtime
20 Reporter, Certified Shorthand Reporter.
21
                    - - -
22

23         GOLKOW LITIGATION SERVICES
       877.370.3377 ph | 917.591.5672 fax
24              deps@golkow.com
25

Lawrence E. Foote, M.D.

| Page 2 | Page 4 |
|---|---|

**Page 2**

A P P E A R A N C E S
(All Parties Appeared Remotely)
FOR THE PLAINTIFFS and PSC::
Mr. David F. Miceli
DAVID F. MICELI, LLC
PO Box 2519
Carrollton, Georgia 30112
770.834.4467
dmiceli@miceli-law.com
Mr. M. Palmer Lambert
GAINSBURGH, BENJAMIN, DAVID, MEUNIER
& WARSHAUER, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
504-522-2304
plambert@gainsben.com

FOR THE DEFENDANT SANDOZ and DR. FOOTE:
Mr. Evan Holden
GREENBERG TRAURIG, LLP
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
678.553.2100
Holdene@gtlaw.com

Mr. Nicholas A. Insogna
GREENBERG TRAURIG, LLP
One International Place, Suite 2000
Boston, Massachusetts 02110
617.531.1411
insognan@gtlaw.com
FOR THE SANOFI-AVENTIS DEFENDANTS:
Mr. Jordan Baehr
SHOOK, HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
816.474.6550
jbaehr@shb.com

**Page 4**

I N D E X

PAGE

APPEARANCES......................... 2

WITNESS: LAWRENCE E. FOOTE, M.D.

EXAMINATION BY MR. MICELI...........10

EXAMINATION BY MR. HOLDEN ...........249

FURTHER EXAMINATION BY MR. MICELI ...265

CHANGES AND SIGNATURE...................275

REPORTER'S CERTIFICATE...................277

| Page 3 | Page 5 |
|---|---|

**Page 3**

A P P E A R A N C E S
(Continued)

(All Parties Appeared Remotely)

FOR THE DEFENDANTS ACTAVIS PHARMA, INC.,
ACTAVIS LLC F/K/A ACTAVIS INC., and SAGENT
PHARMACEUTICALS, INC.:
Mr. Michael J. Suffern
ULMER & BERNE LLP
600 Vine Street
Cincinnati, Ohio 45202-2409
513.698.5000
msuffern@ulmer.com

FOR DEFENDANT ACCORD HEALTHCARE, INC.:
Ms. Mollie F. Benedict
TUCKER ELLIS LLP
515 South Flower Street
Forty-Second Floor
Los Angeles, California 90071
213.430.3409
mollie.benedict@tuckerellis.com
FOR DEFENDANTS HOSPIRA, INC., HOSPIRA
WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC.
AND PFIZER INC.:
Ms. Lauren Gumerove
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036-6797
212-641-5623
Lauren.gumerove@dechert.com

ALSO PRESENT:
Ms. Dawn Bennett Prather, Paralegal
Greenberg Traurig, LLP

VIDEOGRAPHER:
Ms. Melissa Bardwell
COURT REPORTER:
Ms. Pat English-Arredondo,
CSR (TX), CRR, RMR, CLR, CCR (LA)

**Page 5**

E X H I B I T S   I N D E X
REMOTE VIDEO CONFERENCE DEPOSITION OF
LAWRENCE E. FOOTE, M.D.
OCTOBER 28, 2020
NOS. 1 - 16

NUMBER          DESCRIPTION          PAGE
EXHIBIT 1   Notice of Deposition of   14
            Lawrence Foote, M.D.,
            8 pages
EXHIBIT 2   Sandoz' Responses and   15
            Objections to Plaintiffs
            Notice of Videotaped
            Deposition, 11 pages

EXHIBIT 3   Dr. Foote's 7-22-20   16
            Expert Report, CV,
            Materials Provided List,
            62 pages
EXHIBIT 4   Dr. Foote's Invoice on   29
            subject case, 1 page

EXHIBIT 5   Web page with Texas   46
            Oncology, 1 page
EXHIBIT 6   Texas Breast Specialists   47
            brochure, 12 pages

EXHIBIT 7   Biographical information   48
            on Debra Pratt, M.D.,
            4 pages

EXHIBIT 8   Listing of Dr. Foote's   54
            time used on subject
            case from 4-15-20 to
            10-20-20, 3 pages
EXHIBIT 9   2008 Sparano "New   111
            England Journal of
            Medicine" article,
            9 pages

Page 6

1   E X H I B I T S   I N D E X
(Continued)
2
3   NUMBER         DESCRIPTION        PAGE

EXHIBIT 10  Supportive Care and Dose   123
4           Modification for
            Toxicity, 15 pages
5
    EXHIBIT 11  Neulasta label, revised   142
6           January 2020, 48 pages
7   EXHIBIT 12  NCCN Guidelines,          162
            Version 1, from 2014,
8           3 pages
9   EXHIBIT 13  Excerpt of NCCN          167
            Guideline, MS-32,
10          37 pages
11  EXHIBIT 14  UpToDate article         174
            relating to systemic
12          cancer therapy, 1 page
13  EXHIBIT 15  Version 6 of 2020,       192
            "Breast Cancer NCCN
14          Evidence Blocks," dated
            9-8-20, 235 pages
15
    EXHIBIT 16  Updated Materials        250
16          Provided list for
            Dr. Foote, 22 pages
17
18                * * *
19
20
21
22
23
24
25

Page 7

1       (Proceedings commence at 8:33 a.m.)
2       THE VIDEOGRAPHER:  We are now
3   on the record.  My name is Melissa
4   Bardwell, the videographer for Golkow
5   Litigation Services.  Today's date is
6   October 28th, 2020.  The time now is
7   8:33 a.m.
8       This remote video deposition is
9   being held in reference to the
10  Taxotere Docetaxel Products Liability
11  Litigation.
12      Our deponent is Lawrence Foote,
13  M.D.  All parties to this deposition
14  are appearing remotely and have agreed
15  to the witness being sworn in
16  remotely.
17      Due to the nature of remote
18  reporting, please pause briefly before
19  speaking to ensure all parties are
20  heard completely.
21      Would counsel present please
22  identify themselves, after which would
23  the court reporter, Ms. Pat Arredondo,
24  please swear in the witness.
25      MR. MICELI:  Yes, this is David

Page 8

1   Miceli for plaintiff and PSC; and I
2   have my colleague, Palmer Lambert, on
3   the phone only, not on video, also for
4   the PSC and plaintiff.
5       MR. HOLDEN:  Good morning.
6   This is Evan Holden from Greenberg
7   Traurig on behalf of Sandoz and
8   representing Dr. Foote; and my
9   colleague, Nick Insogna, is also
10  joining us remotely.
11      I would like to state on the
12  record that the deposition is being
13  taken pursuant to the protective order
14  entered in the MDL, and also Dr. Foote
15  will read and sign the deposition.
16      And just to confirm, last night
17  we provided an updated Materials
18  Provided list for Dr. Foote,
19  Dr. Foote's invoice, and we also sent
20  an FTP delivery with all the documents
21  on Dr. Foote's Materials Provided
22  list.
23      MR. MICELI:  Right.  Thank you.
24      Do we need to get other
25  appearances, or do you have just them

Page 9

1   marked on the record, Pat?
2       THE REPORTER:  I would prefer
3   if they state their name and who they
4   represented, which would help me.
5       MR. MICELI:  Okay.
6       MR. BAEHR:  This is Jordan
7   Baehr on behalf of Sanofi.
8       MR. SUFFERN:  Good morning.  My
9   name is Michael Suffern.  It's
10  S-U-F-F-E-R-N.  I represent Actavis
11  Pharma, Inc.; Actavis, LLC; and Sagent
12  Pharmaceuticals, Inc. in the MDL
13  litigation.
14      MS. BENEDICT:  Good morning.
15  It's Mollie Benedict for Accord
16  Healthcare, Inc.
17      MS. GUMEROVE:  Lauren Gumerove
18  for the Hospira and Pfizer defendants.
19      MR. INSOGNA:  Good morning.
20  Nick Insogna, also for Sandoz.
21      THE REPORTER:  Dawn Bennett?
22      MR. HOLDEN:  She may be a --
23  she's a paralegal from Green Traurig.
24      THE REPORTER:  Okay.  Great.
25  Thank you.

Lawrence E. Foote, M.D.

Page 10

1    Dr. Foote, will you go ahead
2  and raise your right hand to be
3  administered the oath, please, sir?
4    LAWRENCE E. FOOTE, M.D.,
5  being called as a witness, and having been
6  duly sworn, testified as follows:
7    THE WITNESS:  I do.
8    THE REPORTER:  Thank you.
9    EXAMINATION
10 BY MR. MICELI:
11   Q.   Good morning, Dr. Foote.
12   A.   Good morning.
13   Q.   My name is David Miceli.  We
14 all introduced ourselves on to the record
15 earlier.
16     I'm going to be asking you some
17 questions today, so the first thing I want to
18 do is just have you identify yourself for the
19 record?
20   A.   Dr. Lawrence Edward Foote.
21   Q.   Okay.  Dr. Foote, you're in
22 Houston, Texas?
23   A.   That's correct.
24   Q.   And you practice oncology with
25 Texas Oncology there in the Houston and I

Page 11

1  think I saw Sugar Land area?
2    A.   Yes, that's correct.
3    Q.   Before we get started, can you
4  give me a description of what you have in
5  front of you to refer to while we're going
6  through this deposition?
7    Do you have your report with
8  you?
9    A.   I have my report in front of
10 me.  Everything else I have access to, but
11 it's not right in front of me.
12   Q.   Okay.  Included with your
13 report do you have all of the exhibits,
14 Exhibits A through C to your report?
15     MR. HOLDEN:  It's not in front
16 of him, David.  It's -- we have it
17 here.
18   A.   It's here somewhere.
19     MR. MICELI:  Okay.  Just so I'm
20 clear, Evan, you have that there and
21 have access to it?
22     MR. HOLDEN:  I do, yes.
23   Q.   (By Mr. Miceli)  But right now,
24 the one thing that you have in front of you,
25 though, is your report?

Page 12

1    A.   That's correct.
2    Q.   Now, we can go back and look if
3  you want to -- I'm not going to get into too
4  much depth in Exhibit C, which is the list of
5  your prior testimony -- you have given
6  depositions before?
7    A.   I have.
8    Q.   You know the drill, so to
9  speak, of questions and answers and how
10 attorneys may object throughout the course of
11 the deposition?
12   A.   Yes.
13   Q.   And unless you're instructed
14 not to answer, I assume you will be providing
15 answers to the best of your ability?
16   A.   I expect to, yes.
17   Q.   If you want to look at
18 Exhibit C to your deposition, you can.
19 I've -- well, I'll tell you, let me back up.
20 I'm trying to just march ahead too quickly.
21     Do you have the chat box open
22 on your computer screen that shows the
23 exhibits I've loaded into the chat box?
24     MR. HOLDEN:  I have a computer,
25 Dave.  The doctor does not.  But I see

Page 13

1  those four exhibits you just marked.
2    MR. MICELI:  Yes.  What I was
3  just wondering is -- I guess you've
4  answered one of the questions, Evan --
5  he's just sitting in front of a camera
6  and not sitting in front of a
7  computer.  Is that right?
8    MR. HOLDEN:  That's correct,
9  right.
10     THE WITNESS:  Yes, that's
11 correct.
12     MR. HOLDEN:  I mean, there's a
13 screen, Dave.
14     MR. MICELI:  So even if I
15 share --
16     MR. HOLDEN:  There is a screen,
17 Dave, on -- there is a projector
18 screen that has, you know, Zoom; so he
19 can see you.
20     MR. MICELI:  Okay.  But what I
21 will have to do then is just open up
22 various -- various things and share
23 the screen with you if I want you to
24 see documents, I guess is what I'm
25 getting at.

Page 14

1    Is that correct, Evan.
2    MR. HOLDEN:  Exactly.  Right.
3  And I will endeavor to -- you know, we
4  have hard copies of some things; and
5  if we don't have them, I will try to
6  print them out here and get them in
7  front of the doctor, too.
8    MR. MICELI:  Okay.
9    Q.   (By Mr. Miceli)  Well, let me
10  do this. I'm going to go ahead and just open
11  Exhibit No. 1, which is the notice to your
12  deposition.
13    (Marked was Foote Exhibit 1.)
14    Q.   (By Mr. Miceli)  Doctor, I'm
15  going to go ahead and share my screen with
16  you just so you can see it.  And I know that
17  it appears that Evan just put that in front
18  of you?
19    A.   That's correct.
20    Q.   Can you see the notice to the
21  deposition?
22    A.   Yes.  Yes, I can.
23    Q.   And you heard Evan, before we
24  started the deposition, that he has provided
25  some documents to me.  The documents that

Page 15

1  have been provided, did you have any part in
2  compiling them with Evan?
3    A.   Not that I recall directly.  I
4  might have suggested one or two things, but
5  nothing that I recall specifically.
6    Q.   Okay.  But regarding the
7  collection of documents responsive to the
8  discovery request that starts on Page 7 and
9  bleeds over a bit on to Page 8 of Exhibit
10  No. 1, you relied upon counsel to respond to
11  those requests?
12    A.   That's correct.
13    Q.   One of the items that was
14  produced a couple of weeks ago was your --
15  well, I'll tell you, let me do this.  I'm
16  going to stop sharing this screen.
17    Would it be fair to say that
18  you did not have any role in putting together
19  Exhibit 2 which are Sanofi's objections to
20  the deposition requests that are now on the
21  screen in front of you.
22    (Marked was Foote Exhibit 2.)
23    MR. HOLDEN:  Objection to form.
24  Dave, you said "Sanofi."
25    MR. MICELI:  Oh, did I say

Page 16

1  Sanofi?  Excuse me.  I hope I don't do
2  that throughout the deposition.
3    Q.   (By Mr. Miceli)  Dr. Foote,
4  Exhibit 2 are the Sandoz' Responses and
5  Objections to Plaintiffs Notice of Videotaped
6  Deposition of you.
7    And would -- or did you rely
8  upon counsel to respond to the deposition
9  notice and requests?
10    A.   Yes.
11    Q.   I'm going to stop sharing that,
12  then.  I just wanted to get those on.  That
13  saves a little time later.
14    The third exhibit that I've
15  premarked is your expert report, and I'm
16  going to go ahead and just identify
17  it -- have you look at it with me before I
18  share my screen.  I'm trying to clean some
19  things up.  I apologize.
20    Now, I have on the screen your
21  expert report and I have it blown up
22  sufficiently enough so I can read it.  I hope
23  you can read it there.
24    (Marked was Foote Exhibit 3.)
25    A.   Yes.

Page 17

1    Q.   What we have is a 62-page
2  document.  The Pages 1 through 33 -- and you
3  may want to just check this against your hard
4  copy -- appear to be your report.  Pages 34
5  through 37 are your curriculum vitae.  We
6  will go over that in a moment.
7    Page 38 -- really, 39 through
8  60 is the original Materials Provided list,
9  Exhibit B to your report.
10    And then Exhibit C is just a
11  one-page recitation of some cases that you've
12  testified in.  Correct?
13    A.   Yes, that's correct.
14    Q.   Did you provide, did you
15  personally provide any further information to
16  counsel within the last few weeks to include
17  on your Materials Reviewed or Materials
18  Provided list?
19    A.   I don't believe so, no.
20    Q.   Did counsel provide to you any
21  further information to review prior to
22  today's deposition?
23    A.   No.
24    Q.   So, as far as you're concerned,
25  the materials that are listed as reviewed or

Lawrence E. Foote, M.D.

Page 18

1 in your report, or cited in your report and
2 included on the Materials Provided list on
3 Pages 38 through 60, Exhibit B to your
4 report, would be what you were provided and
5 what you had at your disposal to review in
6 preparing a report.
7         Is that fair?
8     A.    That was what was provided, but
9 I have the plethora of medical literature
10 available to me which I read frequently.
11        So that was what -- what you
12 described is what they provided to me, but I
13 have other things that I have access to which
14 I frequently use.
15     Q.    Sure.
16        MR. MICELI:  I don't know who
17 is typing real close to their
18 microphone; but if you're not going to
19 be objecting, can you please mute -- I
20 was trying to listen to the doctor and
21 I could hear a lot of pecking going
22 on.
23     Q.    (By Mr. Miceli)  Okay.  So you
24 have -- what you're saying is that you have
25 other -- access to other medical literature,

Page 19

1 medical resources, other than what is listed
2 in your Exhibit B.  Correct?
3     A.    Correct.
4     Q.    And that's information that's
5 available to you as a physician on a
6 day-to-day basis.  Is that a fair statement?
7     A.    I think it is, yes.
8     Q.    And so -- or I should say but
9 for purposes of the report, the Exhibit B
10 that you have is the material that was either
11 provided or that you assisted in putting
12 together and provided to opposing counsel,
13 myself and others, as Exhibit B to your
14 report.  Right?
15     A.    Yes.  That's correct.
16     Q.    And to the extent you relied on
17 something outside of what's in Exhibit B, and
18 to the extent that it was important to your
19 opinions, would it be fair to say you
20 included that information as a reference in
21 your report?
22        MR. HOLDEN:  Objection to form.
23     A.    Well, things that I read and
24 understand on a daily basis through
25 experience and practice of medicine may not

Page 20

1 be specifically cited in the report, but it's
2 part of my opinion and it influences me.  You
3 can't ignore your experience.
4         So I don't have any specific
5 citation for it, but I used all sorts of
6 information that I accumulate over many
7 years.
8     Q.    (By Mr. Miceli)  Sure.  I
9 understand what you're saying, is you
10 operate -- not operate in like an operating
11 room; but as you performed your daily tasks
12 as an oncologist over the last 30-plus years,
13 you acquire information.
14        You don't daily call up Evan
15 and say, hey, Evan, I have to put another
16 issue on the Exhibit B because I learned
17 something new today.
18        That's just your sort of bundle
19 of knowledge that you've acquired over the
20 years.  Correct?
21     A.    Correct.
22     Q.    Let's look just for a
23 moment -- I'm sharing my screen still with
24 you -- the List of Testimony for Lawrence
25 Foote.

Page 21

1        In the Hurt versus "Dumas"
2 case, I believe that's how we say it
3 think -- or "Daumas" case, you state, "Same"
4 as -- it's, I believe, the second one from
5 the top, February 2016.  You list Morgan Lee
6 Hurt versus Lilette Daumas, M.D.  Looks like
7 District Court of Harris County, which is
8 Houston.  Correct?
9     A.    Correct.
10     Q.    And it has February '16 and
11 then it says, "Same case:  deposition
12 May 2015."
13        Does that reflect that you gave
14 a deposition in that case and you provided
15 trial testimony?
16     A.    Just to be clear, those -- that
17 list is put together from memory.  I don't
18 really keep a running list, so there may be
19 things that are poorly remembered and may not
20 be entirely accurate.
21        But in that particular case,
22 yes --
23     Q.    Right.
24     A.    -- I went to court in that
25 case, so I gave testimony in court in front

Lawrence E. Foote, M.D.

Page 22

1 of a judge and jury and in deposition prior
2 to that.
3    Q.    And we're going to be talking
4 about how you put the list together in a
5 moment. I understand what you were saying
6 about how it was put together by memory.
7        Is the Hurt versus Daumas case,
8 was that a med-mal case?
9    A.    I believe it was, but I -- I
10 don't remember the details, but I believe it
11 was, yes.
12    Q.    And do you remember if you were
13 retained by the plaintiffs or the defendants?
14    A.    I do remember I was detained
15 by -- retained by the defendants.
16    Q.    And was your testimony that the
17 physician who was being accused of
18 malpractice or breaching the standard of care
19 actually met the standard of care?
20    A.    Yes.
21    Q.    Now, in the remainder of these
22 cases that are listed here, do you know
23 whether all of these are med-mal cases?
24        Because I see some, like the
25 Kelsey-Seybold Medical Group and M.D., or

Page 23

1 United Regional Healthcare is -- are listed
2 as defendants, are to the right of the v.
3        Are all of these cases med-mal
4 cases?
5    A.    I believe all of those are,
6 yes.
7    Q.    And in all of these cases --
8 well, let's see here. Well, the ones that
9 you list where they're pending, they all
10 appear to be in the district court or probate
11 court for Harris County. Correct?
12    A.    I don't recall. I don't even
13 keep track of what court they are in, so I
14 don't have any idea.
15    Q.    In these medical malpractice
16 cases, do you know whether or not -- for the
17 ones that do not reflect what court you were
18 in, do you know whether they were all in the
19 state of Texas?
20    A.    With the understanding that I
21 may not remember this accurately, I believe
22 the first one was, the second one was, the
23 third one was.
24        I believe the fourth one, if I
25 remember correctly, was in Connecticut.

Page 24

1    Q.    Okay.
2    A.    And I don't remember the fifth
3 one.
4    Q.    Okay.
5    A.    And then the sixth one I
6 believe was in Texas.
7    Q.    Okay. Now, for all of the ones
8 that were in Texas, were you retained by
9 defense counsel?
10    A.    Yes.
11    Q.    For the one in Connecticut,
12 were you retained by defense or were you
13 retained by plaintiff?
14    A.    That was defense.
15    Q.    Okay. And then the one that
16 you can't recall, the Dr. Donald Atkins, do
17 you recall whether or not that was for the
18 defense or for the plaintiff?
19    A.    I don't remember specifically
20 the case.
21    Q.    Okay. Have you ever testified
22 on behalf of a plaintiff in a medical
23 malpractice case?
24    A.    I have.
25    Q.    How long ago was that?

Page 25

1    A.    I don't know the dates, so it's
2 hard to say definitively; but it was quite a
3 while back.
4    Q.    Quite a while back, 10, 20
5 years ago maybe?
6    A.    If I can't remember, then I
7 can't remember; but it was not recent.
8    Q.    All right. That's fair enough.
9 Thank you.
10        All right. Have you ever
11 testified for -- in cases where any of the
12 attorneys you were working with in this case
13 were defending a lawsuit?
14    A.    I don't know all of the
15 attorneys working in this case, but the ones
16 that I am aware of I have not.
17    Q.    Have you met Lori Cohen?
18    A.    Not that I recall.
19    Q.    Have you ever testified for --
20 in the state of Georgia?
21    A.    No.
22    Q.    Other than the second case
23 where you are -- where you specifically
24 stated that you gave a deposition and
25 testified before a judge and jury, on any of

Lawrence E. Foote, M.D.

Page 26

1 the other cases listed on Exhibit C, have you
2 ever -- do you recall whether you gave
3 deposition and/or -- or, excuse me,
4 deposition only or deposition and/or trial
5 testimony?
6     A.    I believe the only one with
7 trial testimony is the one we discussed.
8     Q.    Okay.  Have you ever served as
9 an expert in a pharmaceutical products
10 liability case?
11    A.    No.
12    Q.    Do you have any experience with
13 working with pharmaceutical companies in the
14 development of drugs?
15    A.    I work with pharmaceutical
16 companies but not in the development of
17 drugs, no.
18    Q.    How do you -- in what capacity
19 do you work with pharmaceutical companies?
20    A.    I read literature that -- I
21 suspect much of the literature I read is
22 published by them, and I use their
23 medications and at times contact their staff
24 if I have very specific questions that's not
25 in the literature.

Page 27

1     Q.    Other than that, have you ever
2 been retained and compensated by a
3 pharmaceutical company as a consultant?
4     A.    When I first was in practice 30
5 years ago I probably gave some talks that
6 they may have compensated me for long ago,
7 but it's been well over 20 years since I've
8 done that and I don't recall any of them
9 specifically.
10    Q.    Okay.  You've never worked with
11 a pharmaceutical company to put together an
12 official product insert or product label for
13 an oncology drug, have you?
14    A.    That's correct, I have not.
15    Q.    Now, you do state in your
16 footnote to Exhibit C that it is not your
17 practice to maintain a comprehensive list of
18 all matters in which you've offered expert
19 testimony.
20         (As read):  "The foregoing list
21 of cases is the most complete list I'm able
22 to generate after a diligent search of the
23 records and information available to me."
24         What records did you look at?
25    A.    Basically invoices that I have

Page 28

1 on my computer from prior cases, but I
2 don't -- I don't really keep track of how
3 many have depositions so I just went through
4 the latest invoices and saw if I billed for a
5 deposition or not.
6     Q.    Okay.  And have you ever
7 reviewed records for attorneys but not
8 actually been retained to give testimony or
9 be disclosed as an expert?
10    A.    Yes.
11    Q.    And do you do that for
12 attorneys, or do you do that for med-mal
13 carriers like Mutual Assurance?
14    A.    I do it usually when somebody
15 calls me and asks if I would do it.  It's
16 usually an attorney.
17    Q.    How often does that occur?
18    A.    I probably have asked to review
19 cases three or four times a year, maybe a
20 little more frequently than that.
21    Q.    All right.  I'm going to put
22 this aside for a second.  I'm going to look
23 at your invoice.
24         I guess I need to -- this is a
25 little bit cumbersome because I have to move

Page 29

1 back and forth between screens, Doctor.  I
2 apologize.
3         Can you see what I have up on
4 the screen currently?
5         (Marked was Foote Exhibit 4.)
6     A.    Yes.
7     Q.    (By Mr. Miceli)  And this is
8 your invoice in this case?
9     A.    That's correct.
10    Q.    Is this the only invoice that
11 you have submitted to counsel for the time
12 spent in this litigation?
13    A.    It is.
14    Q.    And when were you first
15 contacted about serving as an expert?
16    A.    I don't recall exactly what the
17 timing was, but it's probably on the record
18 when I got a letter.  But I don't recall
19 exactly when it was.
20    Q.    Okay.  If your report is dated
21 July 22, using that -- as of this year and
22 using that as a reference, would you have
23 been retained more than 30, 60 or 90 days
24 prior to that date?  Do you know?
25    A.    I probably -- I suspect --

Lawrence E. Foote, M.D.

Page 30

1 again, I don't recall specifically when it
2 was, but it was probably between 60 and 90
3 days prior to that report.  Maybe a little
4 less than that, but somewhere in that range.
5     Q.    Okay.  So maybe somewhere in
6 April or May of this year you were retained?
7     A.    I think that's a reasonable
8 estimate.
9     Q.    Okay.  And so between
10 April and -- April or May -- and let's just
11 go out as far as we can, let's just say
12 April.  Between April and December 13
13 of -- let me back up.
14           Between April of 2020 and
15 July 22 of 2020, how much of the 32 hours
16 that you've billed to this case was spent up
17 to and including the drafting of your report?
18           MR. HOLDEN:  Objection to form.
19     A.    If I looked at my list of
20 hours, I could give you a better estimate;
21 but I don't really separate those out.  I
22 work on it and keep track of the hours, and I
23 don't really pay much attention to
24 documenting if the work I was doing was
25 talking to one of the attorneys or writing a

Page 31

1 report or reading the literature.
2     Q.    (By Mr. Miceli)  Okay.  When
3 you say your list of hours, how do you keep
4 your list of hours?
5     A.    I usually have sticky notes and
6 if I start reading at 8:00 o'clock, I just
7 write down "8:00 o'clock" on a sticky note.
8 When I finish at 11:00 o'clock, I write down
9 "11:00 o'clock."  And then after I get enough
10 of those sticky notes, I put it on a piece of
11 paper.
12     Q.    Do you type it into a computer,
13 or do you just write it down on something?
14     A.    I'm sorry.  When I said "put it
15 on a piece of paper," I meant type it into
16 the computer.
17     Q.    And then do you maintain that
18 sort of running total of your hours?
19     A.    I do, although it's fairly
20 sporadic in the sense that if I don't do much
21 work and I have one or two sticky notes, I
22 may not update it until I get enough of them.
23           So I do keep a running total,
24 but it's not -- I don't do it every week or
25 every month or anything like that.

Page 32

1     Q.    Sure.  Just when it builds up
2 enough to warrant you going in and typing it
3 in, you do it.
4     A.    Correct.
5     Q.    Fair enough?
6     A.    Yes.
7     Q.    And would it be fair to say
8 then that the best and it may not -- may be
9 some missing because of the sticky note
10 system that you mentioned.
11           Would the best and most
12 accurate way to understand when you spent
13 your hours be to look at those notes that you
14 have typed into your computer?
15     A.    Yes.
16     Q.    I'm going to ask you, if you
17 could, to provide those to Mr. Holden or
18 Mr. Insogna so that I can get a copy of them
19 just so I can get an understanding of where
20 the division of these 32 hours is.
21           MR. HOLDEN:  Dave --
22     Q.    (By Mr. Miceli) -- and I will
23 deal with the attorneys as to --
24           MR. HOLDEN:  Sorry, Dave.  We
25 intended to at least produce that last

Page 33

1 night.  I think we did.  It's a
2 one-page sheet.  It should have been
3 in that transmittal last night.  Maybe
4 Nick can shoot it over to you.
5           MR. MICELI:  Okay.  Yeah, the
6 only thing I saw when it said
7 invoice -- and maybe there was
8 something else that I missed.  But the
9 only thing that I had was this
10 Exhibit 4 here, the 32 hours at 350 an
11 hour.  It's just one page, so it
12 doesn't break down anything.
13           So if it's there -- if it's
14 there, Nick, please send it to me.  If
15 it's not, I will just make a request
16 for it.  So...
17     Q.    (By Mr. Miceli)  And then I
18 noticed from your bill that you account for
19 this outside of your practice.  This is
20 something you do individually outside of
21 Texas Oncology.  Correct?
22     A.    That is correct.
23     Q.    And it sounds as
24 though -- well, let me back up.
25           Do you have a separate LLC or

Lawrence E. Foote, M.D.

Page 34

1 just sole proprietorship that you keep up
2 with this type of income separate and apart
3 from Texas Oncology?
4      A.    I don't know exactly how to
5 answer that, but it is a sole proprietorship
6 and I do it outside of my practice, if that's
7 what you mean.
8      Q.    I mean, do -- well, I guess,
9 like for tax purposes, do you have a separate
10 schedule for Dr. Lawrence E. Foote,
11 Consulting Income?
12      A.    I send the amount of money that
13 I earned that year doing this extra job to my
14 accountant, and how they set it up I'm not
15 actually sure.
16      But I believe it's a separate
17 source of income, but I don't think it's a
18 separate organization or LLC or anything like
19 that.
20      Q.    Okay.  You just send 1099s to
21 your accountant and he accounts for it in
22 your tax returns?
23      A.    That's correct.
24      Q.    Okay.  Now, I'm going to go
25 back generally to -- I'm going to close this

Page 35

1 out and just go back generally to your report
2 and start at the beginning.
3      How many times have you
4 provided a Rule 26 report -- if you can
5 remember, if you ever have?  How many times
6 have you provided a Rule 26 report after
7 being designated as an expert in a United
8 States District Court?
9      A.    I don't know what a Rule 26
10 report involves, so I don't know the answer
11 to that.
12      Q.    Okay.  Have you ever, to your
13 knowledge, testified in federal court?
14      A.    I believe I have because my
15 understanding was that in federal court I'm
16 supposed to produce a list of testimony.  And
17 in most of them I don't need to do that.
18      And so that list that I gave
19 you was from a prior testimony in federal
20 court, so I believe I have testified in
21 federal court.  But I really don't keep track
22 of which court I'm in, so I don't really know
23 how many to tell you.
24      Q.    So I guess that would mean that
25 one of the last three listed on your

Page 36

1 Exhibit C, either the Jenkins, Shocrock or
2 Wright cases may have been in federal court
3 because the others were in Harris County.
4 Right?
5      A.    Again, I don't know if there
6 are federal courts in Harris County.  But I
7 made that list initially because of a federal
8 court case and then added to it cases that I
9 could remember.  But I don't know which one
10 it was.
11      Q.    Okay.  Very good.
12      Would you agree with me, then,
13 that -- well, you said you don't really know
14 what a Rule 26 report is.  Is that what your
15 testimony just was a moment ago?
16      MR. HOLDEN:  Objection, form.
17      A.    I don't know what Rule 26
18 means.  So if you ask the question, have I
19 done a Rule 26 report, I may have done other
20 ones that it was -- it fulfilled a
21 requirement under Rule 26, but I was not
22 necessarily aware of that.
23      Q.    (By Mr. Miceli)  Okay.  And
24 the reason I ask is because as you can see on
25 the screen the title of your report is Rule

Page 37

1 26 Expert Report.  Correct?
2      A.    Correct.
3      Q.    Now, would you agree with me
4 that your report provides a complete
5 statement of all the opinions you will
6 express in this case?
7      A.    I believe that it does,
8 although you may ask me other things that I
9 may actually try and answer for you, but it
10 may not be in that report; but I think that
11 report reflects the opinions that I think are
12 relevant.
13      Q.    Okay.  Let me ask it a little
14 differently.
15      Does your report set out a
16 complete statement of the opinions you
17 currently intend to offer in this case?
18      A.    Yes.
19      Q.    Okay.  And does it include all
20 of the bases and reasons for your opinions?
21      A.    As a general rule I don't like
22 to use "always" and "never."  So if it
23 includes all, it includes certainly the
24 majority.
25      But I don't know if it includes

Lawrence E. Foote, M.D.

1  every single one of them, so I usually don't
2  use that term very frequently.
3         So it may not include all of
4  them, but it would certainly most of them.
5         Q.    And I guess the -- sort of the
6  back-end way to ask that question is, you
7  didn't attempt to not provide a basis or a
8  reason for an opinion simply to keep it away
9  from my learning it, did you?
10        A.    That is correct.  I did not.
11        Q.    And do you set out all of the
12 facts and data that you considered in forming
13 your opinions either in your report or in
14 your materials reviewed list?
15        A.    Again, using the term "all," I
16 don't know if I used all of the facts and
17 data, but certainly there are facts and data
18 that I have accumulated over 30 years of
19 experience that may be reflected in my
20 opinion that are not cited.
21        Q.    And I may ask you about those
22 going through the deposition.
23              And to the extent a fact was
24 necessary to either support your opinion or
25 help to you form an opinion, did you attempt

1  to provide a citation to that factual
2  reference?
3         A.    I attempted to, yes.
4         Q.    And to the extent that you rely
5  on literature to support any of your medical
6  opinions or underpinnings for your medical
7  opinions, did you also endeavor to provide a
8  cite so that we could find what you were
9  using or relying upon to support your
10 opinions?
11              MR. HOLDEN:  Objection to form.
12        A.    Again, the cite -- I did try
13 to -- I did endeavor to do that.  However,
14 that doesn't mean it's the sole source of my
15 opinion.
16              It could have been I cited this
17 as a mechanism -- as a means in the
18 literature supporting that opinion, but there
19 are other things that I might not have cited
20 as well.
21        Q.    (By Mr. Miceli)  But again,
22 you didn't hold back anything specifically
23 for the purpose of keeping me from learning
24 the bases of your opinion.  Would that be
25 fair?

1         A.    That is fair.  I wouldn't --
2  didn't try to withhold anything at all.
3         Q.    And to the extent certain facts
4  or principles are generally known or
5  recognized in your medical community, would
6  it be difficult to locate or include a cite
7  to support medical and scientific
8  propositions?
9               MR. HOLDEN:  Objection to form.
10        A.    It might not be difficult, but
11 there would be many of them that could be
12 cited and a list would be exhaustive.
13              But it would hard to be
14 complete and say that cancer grows and have a
15 cited literature that shows that.  Well,
16 everybody kind of accepts that.
17              So it's not that they were
18 withheld or not mentioned.  It's just that
19 it's cumbersome to put all the citations in
20 there that would benefit that, that would
21 address that (overspeak.)
22        Q.    (By Mr. Miceli)  Sure.  In
23 writing your report, how did you draw that
24 line of what is generally known and would be
25 overly cumbersome to put a cite to, attach a

1  cite or a reference to, to those that are
2  unique and need a cite or reference?  Where
3  do you draw that line or how do you draw that
4  line?
5               MR. HOLDEN:  Objection to form.
6         A.    Just -- just general judgment.
7         Q.    (By Mr. Miceli)  Okay.  All
8  right.  Now, you state in your report, and I
9  don't know that we need to go to it
10 immediately, but you currently use both
11 docetaxel and paclitaxel with your patients.
12 Correct?
13        A.    That is correct.
14        Q.    What percentage of your -- well
15 let me back up.
16              Do you use both paclitaxel and
17 docetaxel in the adjuvant care of early stage
18 breast cancer either neoadjuvant or after
19 surgery?
20        A.    Yes.
21        Q.    What part of your practice is
22 devoted specifically to the treatment of
23 breast cancer?
24              MR. HOLDEN:  Objection to form.
25        A.    I don't keep a record of that.

Lawrence E. Foote, M.D.

Page 42

1  We don't really compile that.  My estimate is
2  that probably 15 percent of my patients or
3  new patients are breast cancer patients where
4  many people with breast cancer live a long
5  time, fortunately, and so they accumulate in
6  the practice.
7         So it's probably more than 15
8  percent of my office visits, but it's
9  probably 15 percent of my new patients.  But
10  that is -- that is just an estimate that I'm
11  just estimating off the cuff.  I don't -- we
12  don't really keep track of that.
13     Q.   (By Mr. Miceli)  Right.  Okay.
14  And you -- let me back up.
15         Does your CV accurately
16  reflect -- and we can look at it if you would
17  like.  I can move through this with you.
18         Does your CV accurately reflect
19  your education, training, and experience?  I
20  don't know if you have that in front of you,
21  if Evan has provided it to you.  I just
22  clicked through it rather quickly.
23     A.   It does.
24     Q.   Now, your CV does not include
25  any publications concerning adjuvant

Page 43

1  breast -- or adjuvant care of early stage
2  breast cancer.  Would it be fair to say you
3  have not published in that area?
4     A.   That's correct.
5     Q.   In fact, your CV does not
6  include any publications.  Correct?
7     A.   Correct.
8     Q.   Have you not published any in
9  the field of oncology.
10     A.   I have not.
11     Q.   Okay.  You're a practicing,
12  boots-on-the-ground oncologist, just
13  general -- or, excuse me, medical oncologist.
14  Correct?
15     A.   I went into the practice of
16  medicine to take care of sick people, not to
17  publish papers and write grants and sit at a
18  desk, typing on a computer screen.
19         So I had no intention to divert
20  my career to a system where I would be
21  publishing papers, so I have not published
22  anything and don't plan on it.
23     Q.   I'm sure this is in your CV.
24  You're board certified.  Is that correct?
25     A.   I'm board certified in internal

Page 44

1  medicine and oncology.
2     Q.   And you don't -- you don't hold
3  yourself out as a breast cancer specialist,
4  do you?
5         MR. HOLDEN:  Objection to form.
6     A.   I'm a specialist in oncology
7  who treats breast cancer.  There is no
8  specialty training for breast specialists in
9  oncology.
10         So if someone limits their
11  practice to breast cancer, they may call
12  themselves a specialist; but there is no
13  board certification or specialty training for
14  breast cancer in the field of oncology.
15     Q.   (By Mr. Miceli)  Sure.  I
16  understand that.  But you're with the group
17  called Texas Oncology that has over 480
18  physicians, oncologists, across the state of
19  Texas.  Correct?
20     A.   I don't know the exact number,
21  but that sounds about right.
22     Q.   Well, between you and me, when
23  I did the research it said over 490, but I
24  only counted 485 on the website, so...
25         But you practice in the Greater

Page 45

1  Houston area?
2     A.   I practice in the Medical
3  Center in Houston, yes.
4     Q.   Okay.  Well, when -- what
5  hospitals do you hold privileges at, other
6  than Medical Center in Houston?
7     A.   St. Luke's Episcopal Hospital,
8  now called Baylor St. Luke's Medical Center;
9  Methodist Hospital; HCA Medical Center, which
10  used to be called Park Plaza Hospital; and
11  HCA Woman's Hospital.
12     Q.   Are they all down in the
13  Medical Center there that's near the Museum
14  District in Houston, or are some of that --
15  some of those hospitals out in other areas in
16  Houston?
17     A.   The Baylor St. Luke's Medical
18  Center and Methodist are actually physically
19  in the Medical Center.  The other two, the
20  HCA hospitals, are a half a mile from it.
21     Q.   And then do you see patients in
22  Sugar Land?
23     A.   I have an office in Sugar Land
24  that I go to one day a week and so I see the
25  patients in the office.  I do not go to the

Lawrence E. Foote, M.D.

Page 46

1  hospitals in Sugar Land.
2      Q.    Do you have any other offices
3  other than Sugar Land that you see patients
4  in?
5      A.    No.
6      Q.    Now, I'm going to -- I'm going
7  to drop this screen share and I'm going to
8  attach --
9          I apologize here, Doctor.  I'm
10  just trying to just get some information on
11  Texas Oncology that I want to review with
12  you, and I have to manipulate some screens
13  here to do it.
14          I'm going to take a -- well,
15  let me just -- I'm going to just do all of
16  these real quick.
17          Exhibit 5 to your deposition is
18  your web page with Texas Oncology.  Correct?
19          (Marked was Foote Exhibit 5.)
20      Q.    (By Mr. Miceli)  I'm going to
21  put it up there on the screen.  Is this you?
22      A.    That's me.
23      Q.    And this lists your basic
24  information from your CV.  Correct?
25      A.    I believe it does, yes.

Page 47

1      Q.    And then Texas Oncology also
2  has a group -- excuse me.  Texas Oncology
3  also has a group within the group called
4  Texas Breast Specialists.  Correct?
5          (Marked was Foote Exhibit 6.)
6      A.    That is correct.
7      Q.    And you are not listed in the
8  Texas Breast Specialists on Texas Oncology's
9  website.  Correct?
10      A.    I have not reviewed all of
11  that; but the Texas breast specialists, my
12  understanding is those are all breast
13  surgeons.  So they do surgery.
14      Q.    Okay.
15      A.    That's why they are kept
16  separate from the medical oncology practice.
17  Most of the medical oncology
18  practices see those breast cancer patients if
19  they have been operated on.
20      Q.    Okay.  And --
21      A.    But I'm not a surgeon, so I'm
22  not on that list.
23      Q.    Okay.  And there are -- but
24  there are medical oncologists who specialize
25  just in breast patients -- breast cancer

Page 48

1  patients, correct?
2          MR. HOLDEN:  Objection to form.
3      Q.    (By Mr. Miceli)  Within your
4  group?
5      A.    There are people in our group
6  that limit their practice to breast cancer.
7      Q.    And one such individual is
8  Dr. Debra Pratt.  Do you know Dr. Pratt?
9          (Marked was Foote Exhibit 7.)
10      A.    I know who she is, but I don't
11  know her personally.
12      Q.    She is -- she is a breast
13  cancer specialist?
14      A.    I don't know.
15      Q.    Okay.  I'll tell you what, we
16  will just take -- do you know
17  Dr. O'Shaughnessy?
18      A.    I do -- I know who she is.  I
19  don't know her.
20      Q.    Does Dr. O'Shaughnessy
21  specialize or limit her practice to breast
22  cancer?
23      A.    I believe she limits it to
24  breast cancer, yes.
25      Q.    And she's a medical oncologist

Page 49

1  as well?
2      A.    I believe so.
3      Q.    Are there others within the
4  400, nearly 500 doctors with Texas Oncology
5  that also limit their practice to breast
6  cancer?
7      A.    I'm certain there are.
8      Q.    When you were first
9  contacted -- or do you know how Sandoz'
10  counsel located you to serve as an expert in
11  this breast cancer case?
12      A.    I actually don't know how they
13  got my name, but somebody called me and asked
14  if I would review it.
15      Q.    What was your initial
16  assignment in this case?
17          MR. HOLDEN:  Objection to form.
18      A.    I don't know what they asked me
19  to do but generally I -- I don't really care
20  in the sense that if they want me to review
21  the case, I review the records and give them
22  my opinion.
23          If their assignment was to do
24  something else, I still look at the records
25  and give them my opinion.

Lawrence E. Foote, M.D.

Page 50

1    Q.    (By Mr. Miceli) Fair enough.
2  There is a number of -- and we're going to go
3  into some of it later in this deposition, but
4  there are a number of citations in your
5  report to medical literature, and there is a
6  fair amount of information on your Exhibit B
7  that relates to medical literature.
8         And my -- I guess my question
9  is, how did you come into possession of all
10 of that information in literature?
11        MR. HOLDEN: Objection to form.
12    A.    I believe what happened -- and
13 I don't recall specifically because I don't
14 pay a whole lot of attention to those
15 details, but I believe somebody called me and
16 said, would you be interested in looking at
17 this case?
18        I looked at the case and called
19 them back and said, here's my opinion.
20        They said, can we send you some
21 literature?  And then all of that was sent to
22 me.
23    Q.    (By Mr. Miceli) You didn't do
24 any independent research, like PubMed or
25 anything, to gather the

Page 51

1  medical -- peer-reviewed scientific
2  literature that's cited in your report or
3  included in your Exhibit B?
4         MR. HOLDEN: Objection to form.
5     A.    I review that literature
6  virtually every day and I used that normal
7  review of literature to make my opinions on
8  the case, but I didn't specifically go pull
9  an article to cite to the attorneys who were
10 talking to me why I had my opinions.
11    Q.    (By Mr. Miceli) Well, you
12 know, for instance on -- this is part of your
13 Materials Provided.  I know there are
14 depositions that obviously you didn't gather
15 yourself, medical records for the plaintiff
16 that you didn't gather yourself.
17        But starting at approximately
18 Page 44 of this, which I believe -- these may
19 be numbered.  I will apologize.  Let me
20 scroll down to the bottom.  Page 6 of your
21 Materials Reviewed through -- Pages 6 through
22 21 of your Materials Reviewed include
23 virtually -- your entirely peer-reviewed
24 medical literature.
25        And my question is:  Did you

Page 52

1  put this Exhibit B together through your own
2  research, or is this the material that was
3  provided to you by counsel and said, we'd
4  like -- when they said, you know, we want to
5  send you some things to review?
6         MR. HOLDEN: Objection to form.
7     A.    This was sent to me by counsel,
8  but many of these articles I had already
9  reviewed to generate my opinion, before they
10 sent them to me.
11    Q.    (By Mr. Miceli) Sure.  So I
12 just want to make sure I understand sort of
13 the chronology of it.
14        You received some information
15 initially to review, and that included
16 medical records?
17    A.    Again, I'm not -- I'm not
18 trying to be deceptive.  I just don't recall
19 exactly how it happened.  But my recollection
20 is I looked at the medical records and agreed
21 with the concept that TAC was the most
22 appropriate regimen, and then they sent me
23 all of this data to review as well.
24    Q.    So in understanding the -- let
25 me back up.

Page 53

1         The time entries that we
2  discussed earlier would reflect what work you
3  did early on.  Correct?
4     A.    That's correct.  But, for
5  example, I don't recall if they sent the
6  records and some of these articles came with
7  them, but I did not look at any articles
8  until I read the records and made my opinion.
9  But I don't recall exactly when I got which
10 one.
11    Q.    Right.  But in trying to
12 unscramble the egg of this 32 hours, looking
13 at your time entries is going to allow us to
14 know whether or not there were -- there was
15 literature in that initial package and how
16 much time you spent reviewing the medical
17 records and/or the literature.  Correct?
18        MR. HOLDEN: Objection to form.
19    A.    I don't think my time sheet
20 says that.  My time sheet says review
21 records, four hours.  Review records, four
22 hours.
23    Q.    (By Mr. Miceli) Okay.
24    A.    And it may be literature that
25 I'm reviewing, not just records.  Because

Lawrence E. Foote, M.D.

Page 54

1  when I review the records if I have a
2  question in my mind, I may go to the
3  literature and review literature to answer
4  the question in that record.
5      So it may not reflect the
6  specificity that you're looking for.
7      Q.  Okay.  Somebody just sent me
8  something.  I'm going to look at it real
9  quick because I -- it may have the
10 information that -- (reviewing).
11     There we go.  I'm going to go
12 ahead and copy this, put it in my folder, and
13 we're going to go ahead and use this one.
14     Now, we are up to Exhibit 8.
15 Is that right?
16     (Marked was Foote Exhibit 8.)
17     Q.  (By Mr. Miceli)  I'm going to
18 mark this as Exhibit 8 and see if you can
19 identify it for me.  And I'm going to open it
20 again and share my screen with you.
21     Doctor, this was just shared
22 with me.
23     MR. MICELI:  And thank you very
24 much, Evan, for having your office
25 send this.  This is the --

Page 55

1      MR. HOLDEN:  It was sent last
2  night.  Just -- I think just it wasn't
3  marked, the title.
4      (Cross-talk.)
5      MR. MICELI:  Right.  Right.  I
6  appreciate that.  Don't -- wouldn't --
7  don't want to try to imply otherwise
8  but...
9      Q.  (By Mr. Miceli)  We have here
10 the listing of your time from April 15
11 through the present.  Correct?
12     A.  Yes.  Through the 20th.
13     Q.  Right.  And we can draw a line,
14 if we wanted to -- I have my cursor right
15 here.  This is where -- September 13 is where
16 you invoiced 32 hours.  Correct?
17     A.  Correct.
18     Q.  And all of the time above that,
19 although July doesn't have the three-hour
20 discussion with attorneys, doesn't have the
21 date, but let's assume it was before the
22 22nd, the 32 hours all predates the serving
23 of your report.  Correct?
24     A.  That's correct.  And that does
25 give you another -- a better recollection of

Page 56

1  when I got the records, because on
2  April the 15th when I reviewed them I
3  probably had gotten them maybe a week prior
4  to that.
5      Q.  Okay.  Excellent.  So and then
6  the remaining hours -- I'm not going to try
7  to add them up right now -- have been spent
8  since you issued your report.  Correct?
9      A.  Correct.  And to be more clear,
10 to answer your question, the ones prior to
11 the report were a combination of medical
12 records and literature.
13     I think since the report I've
14 not reviewed the medical records very much.
15 Almost all of that is going to be reviewing
16 literature.
17     Q.  Okay.  And so all of the time
18 from -- where it says "Review of records"
19 beginning October 11 through the 19th, review
20 of records would be review of the medical
21 literature?
22     MR. HOLDEN:  Objection to form.
23     A.  I think that's accurate.  I did
24 review the medical records of the patient
25 herself several times through that, but that

Page 57

1  was a small amount of time.  Most of that was
2  literature.
3      Q.  (By Mr. Miceli)  And would it
4  be fair to say that all of this review of the
5  literature and records that's transpired
6  since October 11 has been for the purpose of
7  preparing for your deposition?
8      A.  I think that that's certainly
9  been one of the issues behind it.
10     Q.  Okay.
11     MR. HOLDEN:  Dave, I just want
12 to note that the updated Materials
13 Provided list we sent last night, that
14 has depositions on it as well.
15     MR. MICELI:  Right.  But I
16 asked the doctor earlier and he said
17 that he hadn't reviewed anything new
18 other than what's in his -- what he
19 did review for his report.
20     So we can talk about that
21 later, but that's not -- I don't think
22 it's appropriate for you and I to
23 discuss it really in front of witness
24 at this point.
25     Q.  (By Mr. Miceli)  So let me just

Lawrence E. Foote, M.D.

Page 58

1 go back to my question.
2         Dr. Foote, the entry for
3 October the 8th, "Prep for depo with
4 attorneys," does that say five hours or .5
5 hours?
6     A.    I believe it says 5.  But just
7 to be clear, I'm not trying to mislead
8 anybody.  But I did -- when it says "Review
9 records," I also reviewed depositions.
10     Q.    Right.
11     A.    I don't know if --
12     Q.    I understand.
13     A.    Okay.
14     Q.    For instance, do you know
15 whether or not you reviewed Dr. Reddy's
16 deposition?
17     A.    I did.
18     Q.    All right.  Do you recall any
19 other specific depositions that you have
20 reviewed since you began preparing for this
21 deposition?
22     A.    I've reviewed Ms. Stewart's and
23 her mother's and Dr. McCanless and
24 Dr. Bonner's, but I believe that was before
25 the first invoice was sent.

Page 59

1         And then since then I have
2 reviewed Dr. Reddy's; Dr. Bosserman's; I
3 believe Dr. Feigal's, although I don't recall
4 specifics about it, all since then.
5     Q.    All right.  Any others that you
6 specifically recall reviewing since you
7 started preparing for this deposition?
8     A.    I have the depositions of the
9 dermatologist and dermatopathologist, but I
10 have not reviewed them.
11     Q.    Okay.  When you say "the
12 dermatologist and dermatopathologist," are
13 you referring to plaintiffs or defendants or
14 both?
15     A.    I don't remember which ones.  I
16 think it was both, but I don't -- I did not
17 review them, so I don't recall any details at
18 all.
19     Q.    All right.  Let's stay on this,
20 on your report.  And I want to go to Page 4
21 of your report.
22         And in the last paragraph above
23 Diagnosis and Staging you say, "The most
24 common form of breast cancer is an invasive
25 ductal carcinoma which is what Ms. Stewart

Page 60

1 was diagnosed with."  Correct?
2     A.    Correct.
3     Q.    Now, some of these questions
4 are going to seem repetitive to you through
5 this deposition, but I want to just go
6 through a few things.
7         But you don't offer a site here
8 that sets out what the percentages or how
9 common or uncommon the invasive ductal
10 carcinoma is.  Correct?
11     A.    That's correct.
12     Q.    Is this one of those things
13 that's just sort of general knowledge for you
14 as an oncologist?
15     A.    Yes, I think everybody realizes
16 that invasive ductal carcinoma is the most
17 common type of breast cancer.
18     Q.    And what other types of breast
19 cancer do you see in your practice, other
20 than invasive ductal carcinoma?
21     A.    The most common is, of course,
22 invasive ductal carcinoma.  Lobular carcinoma
23 is also seen.  You can also have noninvasive
24 carcinoma, such as ductal carcinoma in situ
25 and lobular carcinoma in situ, as well as

Page 61

1 kind of bizarre tumors of the breast such as
2 sarcomas and lymphomas, cancers that are not
3 primarily of breast tissue but sometimes
4 occur in the breast.
5     Q.    Now, you said invasive ductal
6 carcinoma and then the second one you
7 said -- and you talked very fast for me.  I
8 don't know if the court reporter got it.
9         But what was the type of
10 carcinoma that you mentioned?
11     A.    I'm sorry.  Invasive ductal
12 carcinoma and lobular invasive carcinoma.  Or
13 invasive --
14     Q.    Lobular?
15     A.    -- lobular, as you described.
16     Q.    All right.  So you have
17 invasive ductal, invasive lobular,
18 noninvasive in situ.
19         Now, can you have noninvasive
20 that is not in situ?  Or is that what "in
21 situ" means, is noninvasive?
22     A.    Generally, ductal carcinoma
23 in situ and lobular carcinoma in situ are
24 considered noninvasive cancers.  If they are
25 invasive, they don't call it that.  They

Page 62

1  don't call it DCIS or LCIS.
2      Q.    But if something is in situ,
3  would you give it a T score of a 1 or is it
4  in situ?
5      A.    For breast cancer, specifically
6  it would be a T score of 0.  If I remember
7  correctly.
8      Q.    So there's -- so there's -- I'm
9  sorry.  The last thing you said was?
10     A.    If I remember correctly.  I
11 don't have the staging system memorized, but
12 I believe an in situ carcinoma is considered
13 a T0 or a TX --
14         (Cross-talk.)
15     A.    I can't remember what they call
16 it.
17     Q.    So if we start out with
18 carcinoma in situ and then you have two types
19 of noninvasive carcinoma, lobular and
20 ductile, then you have invasive lobular and
21 invasive ductile.  Correct?
22     A.    Correct.
23     Q.    And then you said you have some
24 other -- I don't know if "odd" is the right
25 word but there are other nontypical types of

Page 63

1  cancers in the breast like sarcomas and
2  lymphomas?
3      A.    Correct.  Correct.
4      Q.    And then within all of those
5  except for in situ, you have various staging
6  under the TNM method that you discuss in your
7  report.  Correct?
8      A.    Correct.
9      Q.    If I were to ask you just to
10 break down for me T1, T2, T3a and N0, N1, N2,
11 and so on, and tell me what percentage of
12 patients would fit into each one of those,
13 could you do that just on your general
14 knowledge of oncology; or would you have to
15 go back to a source and look for that?
16     A.    I could guess; but typically if
17 I wanted to answer that question, I would
18 look it up.  I wouldn't just guess.
19     Q.    Right.  In order to give an
20 accurate and proper answer to the breakdown
21 in the percentages of those types of cancers
22 at the various staging, lymph node
23 involvement, and metastasis scoring, you
24 would have to go and look at a reference.
25 Correct?

Page 64

1      MR. HOLDEN:  Objection to form.
2      A.    I don't know that I would have
3  to go.  I could make it a guess in my mind,
4  but I wouldn't make any definitive conclusion
5  based on it without looking up the data.
6      Q.    (By Mr. Miceli)  Right.  Well,
7  that's -- yeah, I mean, without guessing you
8  would have to go and look that up.  Correct?
9      A.    Without guessing what
10 temperature is here, I would have to look at
11 a thermometer.  Otherwise, I'd be guessing.
12     Q.    Well, I mean, it's --
13     A.    So I think it's very --
14 without looking -- without looking something
15 up, anything that I'm guessing at would be
16 described as guessing.
17     Q.    Very good.  Now, regarding how
18 you staged -- discussed the staging of tumors
19 using that TNM, and that is tumor, nodal
20 involvement, and metastasis.  Correct?
21     A.    Yes.
22     Q.    Concerning that staging system,
23 did you note in reviewing Dr. Bosserman's
24 report that you and she were in agreement
25 on -- I'm not talking about Ms. Stewart --

Page 65

1  just how tumors are graded using the TNM
2  method?  You guys agree on that?
3      A.    I don't recall exactly what she
4  said, but the tumor grading and the tumor
5  staging are not the same thing.
6      Q.    What is the TNM?  Is that
7  grading or staging?
8      A.    Staging.
9      Q.    Is staging using the TNM method
10 standard in oncology?
11     A.    I believe it is, yes.
12     Q.    And you don't recall whether or
13 not the staging of a tumor using that method,
14 TNM, is something that you and Dr. Bosserman
15 agree on?
16     A.    I can't remember what she said
17 about it, so it's hard to say that she
18 agreed.  I don't think she would disagree,
19 but I don't -- I don't remember what she said
20 specifically.
21     Q.    I should have told you, too,
22 Doctor.  We've been going a little bit over
23 an hour.  Whenever you want to take a break,
24 let me know because I will just keep going if
25 I don't -- if I'm not asked to stop.  But are

Lawrence E. Foote, M.D.

Page 66

1  you okay?
2      A.    I'm okay.  I will probably need
3  to go to the bathroom at some point, but I'm
4  okay for now.
5      Q.    Just let me know.  Okay?
6      A.    All right.
7      Q.    Now, we're going to talk more
8  about this a little later, but using that TNM
9  method, is that one of the things when you
10  meet with a patient -- this is just talking
11  generally -- that you have to educate a woman
12  who is diagnosed with breast cancer, is the
13  TNM staging something you endeavor to educate
14  your patient on?
15      A.    I think the patient should be
16  educated on their risks of recurrence with
17  only local therapy that involves staging, but
18  historically I go through the details of the
19  disease itself rather than just the staging
20  because for many years the estrogen receptor
21  status and the HER2 status and the grade of
22  the tumor were not part of the staging.
23          They are now.
24      Q.    Right.
25      A.    But those are very relevant.

Page 67

1  So just discussing a stage leaves the patient
2  with a very large gap in their understanding
3  of their disease.
4          So I usually discuss the
5  biological characteristics of their tumor in
6  addition to how much disease is present,
7  which is what the stage is.
8      Q.    Right.  And we're going to talk
9  about the biological component of estrogen
10  receptor, positive or negative.  HER2,
11  positive or negative.  I'm just focusing on
12  the staging right now, but let me ask it a
13  different way.
14          Based on the grading of a
15  tumor, is there any circumstance where it is
16  appropriate for a treating oncologist to
17  provide false information in order to get a
18  patient to follow a particular course of
19  treatment?
20          MR. HOLDEN:  Objection to form.
21      A.    For the oncologist to
22  intentionally deceive the patient, to get a
23  certain treatment?
24      Q.    (By Mr. Miceli)  Correct.
25      A.    No, I don't think that is

Page 68

1  useful.
2      Q.    Under no circumstance -- you
3  would agree with me that under no
4  circumstance should an oncologist be less
5  than honest with their patient?
6          MR. HOLDEN:  Objection to form.
7      A.    I am always reluctant to use
8  absolutes, but I can't think of a
9  circumstance where intentional dishonesty
10  would be appropriate.
11      Q.    (By Mr. Miceli)  Now, would you
12  agree with me that the same responsibility of
13  truthfulness extends to a drug manufacturer
14  that in order -- in that regard, in order to
15  have a fully informed discussion with your
16  patient, you have to have full, accurate, and
17  complete information about the chemotherapy
18  drugs that you're going to prescribe?
19          MR. HOLDEN:  Objection to form.
20      A.    I don't and I don't believe
21  most oncologists get their information about
22  chemotherapy from the drug pharmaceutical
23  company.  I don't feel any -- I don't think
24  the drug -- I don't use the drug company as
25  an absolute truth to the side effects.  I

Page 69

1  like at the published literature.
2      Q.    (By Mr. Miceli)  I understand.
3  Earlier you said the published literature is
4  largely generated by the pharmaceutical
5  companies, didn't you?
6      A.    I did not say that.  I said
7  some of it is.  I just don't keep track of
8  who publishes what.
9      Q.    Okay.  With regard to what gets
10  communicated either in literature or
11  in -- I'm going to take -- I noticed, still
12  sharing my screen.
13          What gets communicated by a
14  pharmaceutical company, you would agree with
15  me, should be truthful, though.  Correct?
16          MR. HOLDEN:  Objection to form.
17      A.    I think if you and I were
18  communicating, we should be truthful.  In
19  general that's true for any communication.
20      Q.    (By Mr. Miceli)  Thank you.
21  Just generally speaking, Doctor, if you look,
22  just look over your report -- I'm up to
23  Page 7, but if you could just flip through
24  your report from pages 1 through 7 --
25      A.    (Reviewing.).

Lawrence E. Foote, M.D.

Page 70

1    Q.    -- you don't offer any
2  reference to any published medical literature
3  for any proposition or factual statement you
4  make in the first seven pages of your report
5  until you get to the breast cancer fact,
6  cancer.gov site, at the bottom of Page 7.
7  Correct?
8         MR. HOLDEN:  Objection to form.
9    A.    That is correct.  But as I
10  stated before, citing the staging system and
11  understanding why we stage tumors is inherent
12  knowledge for all oncologists.  And to try to
13  cite publications that say, yes, we stage
14  cancer, yes, here is how we do it, would be a
15  footnote that would take up multiple pages
16  and doesn't necessarily need to be done.
17         I think everybody would agree
18  that we stage breast cancer, and I think
19  everybody understands how we do that.  So
20  having citations for that would be a waste of
21  everybody's time.
22    Q.    (By Mr. Miceli)  It's your
23  opinion it's a waste of time to provide cites
24  to what you're referring to in your report
25  because it's basic information for an

Page 71

1  oncologist.  Is that your testimony?
2         MR. HOLDEN:  Objection to form.
3    A.    I believe that's not exactly
4  what I said and it's a mischaracterization of
5  my testimony.
6         My point was that many things
7  that are commonly known are not -- don't need
8  to be cited for them to be true.  If I say
9  that the Earth is round, I don't have to cite
10  something to prove to you that the earth is
11  round because I think everybody accepts that
12  it is.
13    Q.    (By Mr. Miceli)  Well, for
14  instance, on Page 6 of your report -- I guess
15  for the benefit of the people who are tuning
16  in -- I'm going to have to enlarge this.  I'm
17  going to go back to Page 6.
18         Third paragraph from the top
19  that starts, "More recently," you talk about
20  Oncotyping, Onco Dx [sic/Oncotype Dx],
21  Mammaprints and Adjuvant Online and Predict.
22  Correct?
23    A.    Yes.
24    Q.    Now, do you recognize that
25  those are all tools that are used by

Page 72

1  oncologists?
2    A.    I believe they are, yes.
3    Q.    Because you don't offer a cite
4  there one way or the other, in favor of or
5  against them, is that something that's just
6  generally know that Predict and Adjuvant
7  Online are tools that are generally used and
8  recognized in the oncology field?
9    A.    So my report says -- describes
10  those four programs and says (as read):  "all
11  of which may provide further predictive
12  information on how aggressively the patient's
13  breast cancer is likely to behave."
14         I think that's true and I think
15  everyone would agree with that.  And I don't
16  think it needs to be cited to say that people
17  sometimes use these to help them.
18    Q.    Certainly.  I understand.  I
19  just want to make sure that we're in
20  agreement with, that these are -- it's
21  generally recognized that these are used in
22  the oncology community?
23    A.    It is generally recognized that
24  these can be used by some people to help them
25  predict, as stated in the report.

Page 73

1    Q.    All right.  And can it help
2  patients understand the relative
3  contributions, generally speaking -- not for
4  a specific patient but generally speaking,
5  the relative contributions of the therapies
6  that are being suggested to them?
7         MR. HOLDEN:  Objection to form.
8    A.    It can be used for that, but in
9  specific patients it depends upon the
10  patient's understanding and how much they
11  understand of what you've discussed already,
12  whether or not you need to use those tools on
13  that specific patient or not.
14    Q.    (By Mr. Miceli)  And that's a
15  judgment call on the oncologist's part?
16    A.    Yes.
17    Q.    You wouldn't criticize an
18  oncologist for using those tools?
19         MR. HOLDEN:  Objection to form.
20    A.    I think an oncologist should
21  use whatever tools are necessary to explain
22  to the patient the point they are trying to
23  get across.
24    Q.    (By Mr. Miceli)  All right.
25  Let's look at Page 7 now of your report, the

Lawrence E. Foote, M.D.

Page 74

1 second paragraph. I'm going to go down --
2 I'm going to try to highlight something, some
3 sentences for us to discuss.
4          This sentence right here,
5 Dr. Foote, "The initial chemotherapy regimens
6 that were used at that time were effective
7 and did improve the cure rate, but we have
8 more effective drugs now that have replaced
9 the older ones and thus, we have a
10 substantially higher cure rate than before."
11          Do you see that?
12      A.    Yes, I do.
13      Q.    And just looking above where
14 you say (as read):  "Beginning in the '70s,
15 oncologists started using chemotherapy
16 earlier in the treatment of the disease," you
17 don't mention in this paragraph or the one
18 before in the -- which is section entitled
19 "Developments in the Treatment of Breast
20 Cancer and Chemotherapy Regimens."  Right?
21      A.    That is the title, yes.
22      Q.    Yeah, you -- in this particular
23 section you don't identify the specific
24 chemotherapy regimens that you're referring
25 to in the second paragraph.  Right?

Page 75

1      A.    I don't identify any of the
2 specific ones that were used in 1970s, that's
3 correct.
4      Q.    Right.  Or the 1970s up to and
5 including the entry of taxanes into the
6 market.  Right?
7          MR. HOLDEN:  Objection to form.
8      A.    I mention the addition of
9 anthracyclines as well as taxanes into the
10 market.
11      Q.    (By Mr. Miceli)  And
12 anthracyclines have been around since the
13 early 1970s, correct?
14      A.    I don't recall specifically,
15 but I believe that's correct.
16      Q.    And you began practicing
17 medicine in 1990?
18      A.    Yes.
19      Q.    And the taxanes were developed
20 in the 19 -- well, they were developed
21 in the 19 -- well, they were developed
21 in the 19 -- well, they were developed
21 in the but they were approved -- initially
22 approved for use in metastatic breast cancer
23 in the late 1990s.  Correct?
24      A.    I don't recall what year they
25 were approved for that.

Page 76

1      Q.    Do you recall what year taxanes
2 were approved for the adjuvant care of early
3 stage breast cancer, either neoadjuvant or
4 postsurgical?
5      A.    The date that comes to mind is
6 1996, but I really don't recall specifically.
7      Q.    When say 1996, you believe
8 that's when it was approved for adjuvant care
9 of early stage breast cancer?
10      A.    I believe I just stated I don't
11 recall specifically; but that's the name that
12 comes -- the date that comes to mind, but I
13 don't recall specifically.
14      Q.    And you don't -- you don't
15 recount that anywhere in your report, do you?
16      A.    Not that I recall, but I don't
17 see it here.
18      Q.    Concerning this highlighted
19 comment here, and particularly the part after
20 the comma that says, "but we have more
21 effective drugs now that have replaced the
22 older ones and thus, we have a substantially
23 higher cure rate than before," are you
24 referring just to taxanes there?
25          MR. HOLDEN:  Objection to form.

Page 77

1      A.    I'm referring to the entire
2 paragraph which talks about the use of
3 chemotherapy that was initially only used
4 with metastatic breast cancer.
5          Because we had drugs that were
6 active, we then started using it earlier in
7 the course of the disease and finally started
8 using it before the disease recurred rather
9 than only after it recurred to see if we
10 could improve the cure rate.
11      Q.    (By Mr. Miceli)  Right, right.
12      A.    That occurred initially in
13 the -- probably the 1970s, but I don't think
14 that Adriamycin was used as the first drug in
15 that setting, the anthracyclines.
16          But as we got better at it and
17 showed there was some effectiveness in that
18 approach, then the more ATRA drugs -- more
19 ATRA drugs were used earlier up front, which
20 included the anthracyclines and the taxanes.
21      Q.    Right.  And that's the next
22 part of the paragraph.  But I guess what I'm
23 trying to figure out is, in this highlighted
24 portion it's not possible to know what you're
25 talking about concerning more effective drugs

Page 78

1 that replaced the older ones and what you
2 mean by "substantially higher cure rate than
3 before." Is that fair?
4      MR. HOLDEN: Objection to form.
5      A.    No, I think it's very easy to
6 tell what I'm talking about, and I know
7 every oncologist who practices today knows
8 exactly what I'm talking about, that if you
9 go back and look at the cure rate for
10 adjuvant treatment for breast cancer it has
11 improved over time as we've gotten more
12 active drugs.
13      I think that's very clear. And
14 that one could make the point that they
15 don't -- they can find a way to make this
16 ambiguous, but it is not ambiguous. If you
17 ask 100 oncologists what I meant there, they
18 would all know exactly what I meant, without
19 a citation given.
20      MR. HOLDEN: Objection.
21      Q.    (By Mr. Miceli) Well, with all
22 due respect to that explanation, what would
23 an average person, not an oncologist, how
24 would an average person that is not an
25 oncologist understand that statement?

Page 79

1      MR. HOLDEN: Objection to form.
2      A.    If they read it in context, I
3 think it's very understandable. Cancer
4 researchers and oncologists noted that
5 chemotherapy could shrink cancerous tumors,
6 but they would not be curable because it was
7 not used until after the cancer had recurred.
8      Beginning in -- as we
9 understood this better, we started using it
10 earlier where we could prevent recurrence
11 and, therefore, cure more people. And as we
12 got better at it, we got better at it. I
13 don't think that's not understandable for the
14 general public.
15      Q.    (By Mr. Miceli) Okay. But we
16 can agree you don't cite anything in this
17 portion of your report that demonstrates what
18 you are referring to here.
19      MR. HOLDEN: Objection to form.
20      A.    I have not cited in that report
21 the fact that we used chemotherapy in the
22 1970s or that as it was effective we started
23 using it earlier in the disease or that it
24 killed microscopic cancer cells before they
25 recurred or that the cure rate is now higher

Page 80

1 since we have better treatments.
2      None of that is cited, but I
3 think it's general understood knowledge that
4 doesn't require a citation to be factual.
5      Q.    (By Mr. Miceli) What amount
6 of better survival rates is related to new
7 therapies versus earlier detection?
8      A.    The survival rates that I'm
9 talking about is stage for stage. So when
10 found earlier, the survival rate is better.
11      But looking at any one stage
12 with the more active treatments that we use
13 today compared to that same stage also found
14 earlier, with previous regimens, the cure
15 rate is now better.
16      Q.    Is that what you just explained
17 demonstrated in any observational or
18 randomized controlled trials comparing old
19 regimens to new regimens?
20      A.    I think you would have to look
21 at the published data on all of the adjuvant
22 treatment of breast cancer over 40 years to
23 determine that.
24      Q.    And do you cite us to that in
25 this report -- in this portion of your

Page 81

1 report?
2      A.    Do I cite all published data on
3 adjuvant therapy for breast cancer over the
4 last 40 years? No, I do not.
5      Q.    Do you cite any --
6      A.    Why would I do that?
7      Q.    -- in this portion of your
8 report?
9      A.    I don't -- I know a reason to
10 pick one over the other is because one by
11 itself would be out of context.
12      It would all have to be looked
13 at over a period of 40 years continuously, so
14 citing one would be a little bit -- would be
15 not very honest.
16      Q.    Let's drop down a little bit in
17 this paragraph. You continue, "The two most
18 effective drugs for breast cancer are
19 hydroxydaunorubicin (doxorubicin or
20 Adriamycin) and the taxanes (paclitaxel and
21 docetaxel). The addition of these 2 new"
22 drug -- "these two new classes of drugs have
23 made a very large impact on the survival of
24 breast cancer. When used together, they are
25 very effective in killing breast cancer

Lawrence E. Foote, M.D.

Page 82

1  cells."
2        Are those two sentences --
3  excuse me, three sentences more of just
4  general knowledge of an oncologist?
5        A.    I believe they are, yes.
6        Q.    And we can agree you don't
7  provide any recitation of literature or a
8  cite to support those statements?
9        And I'm not saying they are not
10 true.  You just -- I'm wanting to just point
11 out that you don't include cites in this
12 portion of your report.  Correct?
13       A.    That is correct.
14       Q.    Okay.  And doxorubicin has been
15 around -- I think you said you didn't recall
16 but if -- if it's reflected in the product
17 labeling that it's first entered the market
18 in '74, does that sound about right to you?
19       A.    It does.
20       Q.    Okay.  And taxanes entered the
21 market sometime around the 1990s.  Right?
22       A.    I believe that's accurate.
23       Q.    Now, if we keep coming down to
24 the next paragraph that states -- starts
25 "Cancer cells divide rapidly and do not stop

Page 83

1  dividing as normal cells do."
2        A.    Yes.
3        Q.    Do you see that?
4        You're explaining in that
5  paragraph how cancer cells grow.  Correct?
6        A.    Yes.  I might note that I don't
7  have any citation for that.
8        Q.    Okay.  Nor do you have a
9  citation for how taxanes attack those rapidly
10 dividing cells.  Correct?
11       A.    That's correct.
12       Q.    Are taxanes mitotic inhibitors?
13       A.    Taxanes do inhibit mitosis.
14       Q.    And is that what you're
15 explaining here in this paragraph?
16       A.    I'm giving explanation as to
17 how the taxanes kill the cancer cell.
18       Q.    And in the next paragraph you
19 go through how Adriamycin kills the cancer
20 cell, correct?  Or next sentence, I should
21 say, of the next paragraph.
22       A.    That's correct.
23       Q.    You explain it just generally
24 that they have a different -- that Adriamycin
25 has a different mechanism but also works on

Page 84

1  rapidly dividing cells.  Correct?
2        A.    Correct.
3        Q.    Then you have the statement,
4  that explains, quote, "That explains some of
5  the toxicities (side effects) commonly
6  associated with chemotherapy."  Correct?
7        A.    Correct.
8        Q.    And throughout this explanation
9  you do not include any citations to draw or
10 to support the comments you make.  Correct?
11       MR. HOLDEN:  Objection to form.
12       A.    As I stated previously, the
13 comments I'm making are standard knowledge
14 and don't require a citation.  So therefore
15 none (audio distortion) --
16       THE REPORTER:  So therefore
17 what, sir?
18       MR. HOLDEN:  She didn't get
19 your last --
20       A.    I said that is common knowledge
21 and, therefore, neither one requires a
22 citation.
23       Q.    (By Mr. Miceli)  Okay.  Common
24 knowledge to oncologists.  If you're speaking
25 to a room full of oncologist, you would

Page 85

1  expect them to understand this, correct?
2        MR. HOLDEN:  Objection to form.
3        A.    I believe if I were speaking to
4  a group of normal people who have no medical
5  training, I would explain to them that
6  chemotherapy kills rapidly dividing cells
7  and, therefore, also kills other rapidly
8  dividing cells that are not malignant, I
9  think that would not need a citation.
10       Q.    (By Mr. Miceli)  How long did
11 it take you, as far as education goes, in
12 training to become an oncologist?
13       A.    Three years of residency after
14 medical school and three years of fellowship.
15       Q.    You graduated the University of
16 Texas in 1980, and you began your practice as
17 an oncologist in 1990.  Correct?
18       A.    That's correct.
19       Q.    So you spent a decade learning
20 the particulars of what is necessary to be an
21 oncologist.  Correct?
22       A.    The medical school is learning
23 about surgery and psychiatry and OB/GYN, not
24 just how to be an oncologist but how to get a
25 medical degree.

Lawrence E. Foote, M.D.

Page 86

1   After that, then I spent three
2   years as an internal medicine resident
3   learning cardiology and gastroenterology and
4   then, after that, three years as an oncology
5   fellow learning oncology.
6       So it was an accumulation of
7   everything I've learned my entire life, all
8   culminating in that.
9       Q.   Sure.  Right.  And so you
10  couldn't just come out of the University of
11  Texas with your Bachelor's of Science and go
12  right into a fellowship in oncology.  You had
13  to go through all of those other things to
14  get there.  Right?
15      A.   Correct.
16      Q.   At the bottom of Page 7 and
17  going over to the top of Page 8 where you're
18  talking about the synthesis of docetaxel and
19  then at the top of Page 8 -- well, strike
20  that.  I'm sorry.
21      The bottom -- beginning of the
22  bottom paragraph on Page 7 you say, "At
23  first, there was very little of the taxane
24  drugs available.  When they were able to be
25  synthesized and docetaxel was developed, we

Page 87

1   were able to use them extensively."
2       That's your comment.  Correct?
3       A.   Yes.
4       Q.   Now, are you saying that before
5   the synthesis of docetaxel, that paclitaxel
6   was not available in ready supply in the
7   United States?
8       MR. HOLDEN:  Objection to form.
9       A.   When paclitaxel was discovered
10  to be a very active disease initially in
11  ovarian cancer, there was not enough of it
12  around and it could only be used in animal
13  studies when it clearly showed
14  very extensive, very good activity.
15      And therefore, when we tried to
16  use it in patients, we were unable to get it
17  until it was able to be synthesized more
18  readily from renewable sources.  It came from
19  a -- the pine needles of a pine tree on the
20  West Coast that was -- that would kill the
21  tree to develop it.
22      And so there was a lot of
23  difficulty in having easy access to those
24  medications until they were able to
25  synthesize it or make it from bark that

Page 88

1   didn't kill the tree.
2       Q.   (By Mr. Miceli) Dr. Foote, is
3   this your -- is it going to be your -- is it
4   your testimony or even your understanding
5   that paclitaxel was approved for use in the
6   United States before the ability to
7   synthesize it was invented?
8       MR. HOLDEN:  Objection to form.
9       A.   I don't believe I've stated
10  that.  I just stated that when the drug was
11  clinically clearly active, it may have been
12  before it was FDA approved.  I don't remember
13  when the approval was.
14      But when the drug was very
15  active and we knew it was active and we had a
16  patient who had ovarian cancer and tried to
17  put them on the study, there wasn't enough to
18  treat all the patients that we thought should
19  get it.
20      I don't know exactly when it
21  was approved, and it may have been much more
22  available by the time it was approved.
23      Q.   (By Mr. Miceli) Well, you
24  were not involved in any of the studies
25  developing Taxol or Taxotere.  Correct?

Page 89

1       A.   That is correct.
2       Q.   As a medical oncologist that
3   treats cancer patients, you prescribe
4   FDA -- strike that.
5       You prescribe FDA-approved
6   medications to patients for their cancer.
7   Correct?
8       MR. HOLDEN:  Objection to form.
9       A.   Most of the time.  There are
10  certainly circumstances where a drug is very
11  active and has yet to be a FDA approved and
12  we try to get patients on those studies.
13      There are also other tumors
14  that we take care of that are quite rare
15  where there is no FDA-approved drug for them
16  and we still try to treat those patients by
17  getting off-label approval or some other
18  mechanisms of getting the treatment.
19      Q.   (By Mr. Miceli) I understand
20  what you're saying there, but I'm talking
21  about your general practice of oncology.
22  When you have a cancer patient, a breast
23  cancer patient, come into your office and you
24  decide to share decision making on the best
25  course of action for her chemotherapy, you

Page 90

1  prescribe regimens that are approved and, you
2  even mention in your report, ones that are
3  included in the NCCN Guidelines.  Right?
4         MR. HOLDEN:  Objection to form.
5      A.    For breast cancer today we
6  would certainly do that because the active
7  drugs have been approved.
8         When they were very clearly
9  active before approval we would sometimes try
10  to get patients on those drugs even though
11  they weren't FDA approved yet because we knew
12  how active they were.
13         We had trouble doing that on
14  occasion because of the availability of the
15  drugs.
16      Q.    (By Mr. Miceli) Okay.  So
17  you're saying that you had patients that you
18  wanted to put on Taxol that you couldn't get
19  them after Taxol was approved?
20         MR. HOLDEN:  Objection to form.
21      A.    I specifically said -- I did
22  not say that.  I specifically said I don't
23  remember when it was approved and it may have
24  been well before it was approved where we
25  knew Taxol was an active drug in this case

Page 91

1  for ovarian cancer and we couldn't get
2  patients on study because it was not enough
3  drug to go around.
4         I specifically stated that I
5  did not remember exactly when it was approved
6  and when that process was ongoing.
7      Q.    (By Mr. Miceli) Well, let's
8  try to reach back into your memory, and tell
9  me the earliest possible time that you are
10  certain that Taxol was an approved
11  medication.
12      A.    I do not know what time it was.
13      Q.    Was it before 2000?
14      A.    If I do not know what time it
15  was, I do not know what time it was.
16      Q.    So you can't say -- you can't
17  state with any certainty when paclitaxel,
18  Taxol, was approved?
19         MR. HOLDEN:  Objection to form.
20      A.    I can't state with any
21  certainty exactly what date it was approved
22  nor what it was -- what it was approved for
23  when it was first approved.
24      Q.    (By Mr. Miceli) Okay.  Can you
25  state with any level of certainty when

Page 92

1  paclitaxel-containing regimens first appeared
2  in NCCN regimens, recommended regimens --
3  excuse me, preferred or other regimens?
4      A.    I don't remember when that --
5         MR. HOLDEN:  Objection to form.
6      A.    I don't remember when that
7  occurred.
8      Q.    (By Mr. Miceli)  By the
9  time -- is there any way for you to -- I'm
10  going to take this off of there for a second.
11         Is there any way for you to
12  recall whether after paclitaxel-containing
13  regimens were included in NCCN Guidelines
14  there was ever a problem with supplies for
15  the reasons you've stated previously in this
16  deposition?
17      A.    Certainly for me treating
18  breast cancer after it was approved I have
19  not had any trouble actually getting the
20  drug.
21      Q.    Now, before we take a break I
22  just wanted to go to Page 8.  And I probably
23  should have just kept this shared with you.
24         Can you see my Page 8 on your
25  screen, Doctor?

Page 93

1      A.    Yes.  Yes, I can.
2      Q.    All right.  You talk about
3  docetaxel here.  I think I need to get there.
4  And you say it is approved for other cancers
5  as well and it has saved many lives.
6         What are you referring to where
7  you say "it has saved many lives"?
8         MR. HOLDEN:  Objection to form.
9      A.    The use of docetaxel.
10      Q.    (By Mr. Miceli)  I understand.
11  Have you separated -- well, in the
12  treatment -- in the adjuvant care of early
13  stage breast cancer do you separate out
14  docetaxel from Adriamycin and
15  cyclophosphamide in the TAC regimen as saving
16  lives?
17         MR. HOLDEN:  Objection to form.
18      A.    I believe the data is quite
19  clear that TAC has saved lives that it would
20  not have saved had they not gotten that
21  regimen.
22      Q.    (By Mr. Miceli) What clinical
23  studies have you reviewed that compare a TAC
24  regimen with any other chemotherapy regimen
25  that demonstrates that it, quote/unquote,

Page 94

1  saves lives?
2         MR. HOLDEN:  Objection to form.
3     A.    The number of people who are
4  alive -- I don't remember the exact dates, it
5  was probably five years -- in the TAC versus
6  FAC studies show that the number of relapses
7  were smaller and the disease-specific
8  recurrence rate was lower using TAC versus
9  FAC, with the only difference being the
10 Taxotere or the -- in this case Taxotere
11 versus the 5-fluorouracil.
12    Q.    (By Mr. Miceli) So you're
13 referring to the TAC 316 study?
14    A.    I believe there were two of
15 them.  One was node positive and one was node
16 negative.  I forget which was which.  But
17 there were two studies comparing TAC versus
18 FAC.
19    Q.    And other than those two TAC
20 versus FAC studies that are recounted in your
21 report, what other regimens has a TAC regimen
22 been compared against to demonstrate that it
23 has increased survivability, either
24 cancer-free, disease-free state or overall
25 survival, other than the two TAC versus FAC

Page 95

1  studies that you mention?
2     A.    If we decide to use other than
3  the studies that show it, there are none that
4  show it because we eliminated the ones that
5  did.
6     Q.    Right.
7     A.    So if --
8         (Cross-talk.)
9     Q.    When you say "We eliminated" --
10        I'm sorry.  When you say, "We
11 eliminated the ones that did," what are you
12 referring to?
13    A.    If you state other than the
14 ones that I quoted, well, then we've taken
15 away the ones that showed what I'm saying,
16 that Taxotere was -- treats cancer and is
17 quite effective and saves lives.
18    Q.    Okay.
19    A.    If you don't use the ones that
20 you're counting, well then, you have to use
21 the ones that I'm not counting so I'm not
22 counting those.
23    Q.    Right.  I guess what I'm saying
24 here, Doctor, is you recount in your report
25 two studies conducted by Sanofi, or sponsored

Page 96

1  by Sanofi, that test a hypothesis in node
2  positive or node negative cases of a FAC
3  regimen versus a TAC regimen.  Correct?
4     A.    Correct.
5     Q.    Other than those studies, have
6  you reviewed anything where either Sanofi or
7  Sandoz, the maker of the docetaxel product
8  that Ms. Stewart used, or any other company
9  or any other entity has tested a TAC regimen
10 against any other chemotherapy regimen?
11        MR. HOLDEN:  Objection to form.
12    A.    The two studies that I quoted
13 are TAC versus FAC; and if we say we cannot
14 use the studies that compares TAC versus FAC
15 but we talk about the other studies that
16 don't include the ones that you're including,
17 that seems a bit artificial.
18        If you ignore the data that
19 makes your point, can you still make your
20 point?  Well, no.  If I can't --
21    Q.    (By Mr. Miceli) No.
22    A.    -- use the data that I used to
23 make my point, then I can't use the data used
24 to make my point.
25    Q.    No.  I -- let me try to clarify

Page 97

1  it for you.  You know that there are two
2  studies that compare TAC with FAC.
3     A.    Correct.
4     Q.    Do you know of any study that
5  compares TAC with AC-Taxol?
6     A.    With AC-Taxol?  I believe there
7  is some.  There are some.
8     Q.    Okay.  You don't cite them in
9  your report, correct?
10    A.    I don't recall.  I probably
11 cite them elsewhere, but I don't have them
12 memorized.
13    Q.    Right.  I understand that there
14 were two studies that you reference in your
15 report that test TAC versus FAC.  I just
16 wanted to know if -- if you were aware of
17 studies that compared TAC to any other
18 regimen and it sounds like the answer is no,
19 you were not aware of any others.
20        MR. HOLDEN:  Objection to form.
21    A.    That's exactly the opposite of
22 what I just said.  I just said there are
23 others.  I just don't have them memorized.
24    Q.    (By Mr. Miceli) I was asking
25 you about versus AC-Taxol.  Let me back up.

Lawrence E. Foote, M.D.

1      You cite to two studies
2  comparing TAC to FAC.  Correct?
3      A.   Correct.
4      Q.   Okay.  You either do not know
5  or you do know and you do not cite in your
6  report any studies that compare the TAC
7  regimen to another chemotherapy regimen.  Is
8  that true?
9      A.   I don't believe that's true.  I
10  believe there are several citations in my
11  report when they compared TAC versus AC-Taxol
12  and every-three-week paclitaxel versus
13  every-week and every-three-week docetaxel
14  versus every-week.
15      And I think those studies are
16  cited.  I don't know if they are cited
17  specifically for that paragraph, but I
18  believe those studies are cited in my report.
19  I just don't have them -- their names
20  memorized or which citation they are.
21      Q.   I think you're referring to the
22  Sparano study and we're going to talk about
23  that one in a moment, but I think we will see
24  that that was not a TAC regimen.  But we will
25  discuss that in a moment.

1      MR. MICELI:  We've been going a
2  little over an hour and a half.  Let's
3  take a break because -- well, I need
4  to take a break.  I don't know if you
5  do, Doctor.
6      THE VIDEOGRAPHER:  Time now is
7  10:13 a.m.  We are off the record.
8      (Recess taken at 10:13 a.m.,
9  resuming at 10:31 a.m.)
10      THE VIDEOGRAPHER:  Time now is
11  10:31 a.m.  We are back on the record.
12      Q.   (By Mr. Miceli)  All righty.
13  Ready to proceed, Dr. Foote?
14      A.   I am.
15      Q.   Okay, great.  I'm going to --
16  I'm going to switch gears a little bit and
17  just ask some general questions and just for
18  things that I think we may need.
19      You're not a dermatologist.
20  Right?
21      A.   That's correct, I'm not.
22      Q.   Since entering practice, the
23  practice of oncology in 1990, have you ever
24  taken a scalp biopsy to diagnose a particular
25  type of alopecia?

1      A.   No.  When I have patients that
2  have alopecia that's problematic, I usually
3  refer them to a dermatologist or a
4  dermatopathologist, so I do not do scalp
5  biopsies --
6      Q.   Okay.
7      A.   -- to answer your question
8  directly.
9      Q.   Okay, great.
10      And then you don't render
11  dermatology services at any of the hospitals
12  that you have privileges at.  Right?
13      A.   That's correct.
14      Q.   Have you ever -- for purposes
15  of providing an opinion in this case, have
16  you either researched or reviewed literature
17  that has been provided to you that discusses
18  how distressing it is to women to lose their
19  hair, even temporarily, during the course of
20  treating their cancer?
21      A.   I have looked at some of that
22  literature and also have 30-plus years of
23  experience of taking care of patients who
24  have lost their hair, and I think it matters.
25      Q.   Okay.  You don't dispute the

1  fact that that is a distressing time -- in
2  addition to having cancer, but distressing
3  for women to lose their hair?
4      A.   It's distressing for many
5  people, some more than others; but it
6  certainly can be quite distressing to some
7  people.
8      Q.   I want to try to review a
9  couple of things that I hope we can agree on.
10      You and Dr. Bosserman both
11  support the recommendation of using a
12  third-generation chemotherapy regimen for
13  Ms. Stewart's particular cancer.  Correct?
14      A.   I believe that is correct.  But
15  I don't really break it down into first,
16  second, third generation.  I really look at
17  it as anthracycline or anthracycline plus
18  taxane.
19      But I think we're talking about
20  the same thing, we just look at it a little
21  differently.
22      Q.   Right, Okay.  Why is it that
23  you look at it that way?  And I'm not
24  critical.  I just was wondering.  Why do you
25  look at it in terms of anthracycline based

Page 102

1 versus anthracycline plus taxane?
2      A.    First generation, second
3 generation, and third generation is a
4 made-up, kind of an arbitrary distinction.
5 And it has to do with which one started first
6 and which one added to it.
7           And if the change is
8 incrementally better, we have to arbitrary
9 draw a line saying this is first generation,
10 the is first generation a little bit better,
11 so we'll call it second generation.
12           So I think that distinction is
13 fairly arbitrary and in the incremental
14 improvement or four years, I think it's
15 better to say there's a big improvement with
16 taxanes, there's a big improvement with
17 Adriamycin.
18      Q.    Okay.  Does (overspeak) --
19      A.    I don't -- I don't think they
20 are far off on that.  I just look at it
21 differently.
22      Q.    Okay.  And with regard to -- do
23 you recall reviewing Dr. Bosserman's report,
24 in particular the portion where she uses the
25 Predict tool to address the relative

Page 103

1 contributions of various treatment
2 modalities?
3      A.    I do remember reading that,
4 yes.
5      Q.    And do you recall -- I know you
6 said you received Dr. Reddy's deposition.
7 Have you reviewed Dr. Reddy's report, as
8 well?
9      A.    I don't remember seeing his
10 report.  I did read the deposition, but I
11 can't remember if I read his report or not.
12      Q.    Do you recall whether or not --
13 well, let me back up first.
14           With regard to Dr. Bosserman's
15 utilization of the Predict modeling --
16 Predict modeling tool in her report, did you
17 attempt to replicate her predictive modeling?
18      A.    No, I did not.
19      Q.    Did you fact check her to make
20 sure her input factors for what she used
21 matched up with what you saw in the medical
22 records for Ms. Stewart?
23      A.    No, but my understanding of
24 being able to relatively accurately predict
25 the benefit of chemotherapy in most clinical

Page 104

1 circumstances just from reading literature
2 and experience, her numbers were real similar
3 to what I would have predicted they showed so
4 I didn't feel any need to go back and try to
5 prove them wrong or right because they are
6 pretty close to what I would have predicted.
7      Q.    Did you -- do you recall
8 reviewing Dr. Reddy's either testimony or
9 report about his calculations matching up
10 with Dr. Bosserman's and his calculation
11 using second-generation chemotherapy?
12           MR. HOLDEN:  Objection to form.
13      A.    I remember reading about it and
14 my recollection is that the second generation
15 didn't do as well as third generation, but I
16 don't remember the specifics.
17      Q.    (By Mr. Miceli) Right.  If he
18 is -- if his report states that there was
19 about a 6 percent difference in the outcome
20 per -- at the addition of chemotherapy second
21 gen versus third gen, would you have expected
22 that kind of a number as well?
23           MR. HOLDEN:  Objection to form.
24      A.    I think that's reasonable.  It
25 depend -- the percentages always make me

Page 105

1 nervous because if you go from 1 percent to 2
2 percent, that's a 100 percent increase but
3 it's only a 1 percent increase.
4           So I'm always a little bit wary
5 when people start talking about percentages,
6 but I think that's a reasonable conclusion.
7      Q.    (By Mr. Miceli) Right.  And
8 regardless of what they are, what the
9 difference is, you would agree that the
10 patient has a right to be fully informed and
11 to participate in the decision-making process
12 on what to receive?
13           MR. HOLDEN:  Objection to form.
14      A.    I believe if you're going to
15 give a patient chemotherapy, they should
16 understand why you're doing it, the rationale
17 for it, and have some understanding of how
18 effective it is.
19      Q.    (By Mr. Miceli) Right.  And
20 that's regardless of which chemotherapy they
21 agree to go forward with, right?
22      A.    If you're giving someone
23 chemotherapy for brain cancer, they should
24 have an understanding of why you're doing it,
25 the rationale behind it, and the potential

Lawrence E. Foote, M.D.

Page 106

1  benefit if there is any.
2      Q.    Patients come in and see you.
3  Have you ever had a patient seek a second
4  opinion?
5      A.    Yes.
6      Q.    Do you encourage that?
7      A.    I don't discourage it.  I
8  don't -- there are certain circumstances
9  where I know there is controversy and we
10  don't know the best answer and sometimes I
11  say, maybe you should get a second opinion.
12          Most of the time when a patient
13  wants a second opinion, it's for their
14  benefit, they feel more comfortable when
15  actually we know that the second opinion is
16  going to be very, very similar to the first
17  opinion.
18          So I don't really encourage it,
19  but I don't discourage it.  If somebody wants
20  a second opinion, I help them get it.
21      Q.    And similarly, have you ever
22  had a patient listen to your recommendations,
23  listen to your explanation as to the reasons
24  why you're making the recommendations, but
25  still decide to go with either a different

Page 107

1  regimen within the same generation or a
2  lesser generation, chemotherapy regimen?
3      A.    Yes.
4      Q.    And when a patient makes a
5  choice, it should be a fully informed choice
6  and a fully educated choice, correct?
7          MR. HOLDEN:  Objection to form.
8      A.    Not to be specific, but let's
9  be specific.  In order to be fully educated,
10  they have to do the decade of training I did
11  after college.  So you can't really say
12  "fully educated."  They'd have to know as
13  much as I do.  That's not very realistic.
14          They have to have a good
15  understanding --
16      Q.    (By Mr. Miceli)  Right.
17      A.    -- based on their fund of
18  knowledge and how much they understand about
19  what we're saying where they can make a
20  reasonable decision based on the information
21  that's been give to them.
22      Q.    Okay.  I think I understand
23  that.
24          I'm going to ask you just a few
25  questions generally about Dr. McCanless and

Page 108

1  his treatment of Ms. Stewart.
2          I've read your report and see
3  where you agree with Dr. McCanless' decision
4  to recommend the TAC regimen.  Right?
5      A.    Yes.
6      Q.    And you also agree that
7  AC-paclitaxel regimen would have been within
8  the standard of care had he chosen that one.
9  Correct?
10      A.    There are many choices he could
11  have made of appropriate regimens, and TAC
12  and AC followed by Taxol would both be in
13  that realm of possibilities.
14      Q.    So just to be clear, if he went
15  there, you wouldn't be willing to testify
16  that he breached some standard of care by
17  choosing an AC-Taxol q weekly regimen, would
18  you?
19          MR. HOLDEN:  Objection to form.
20      A.    If he were to recommend that
21  one and I was asked to review the chart, I
22  would certainly have reservations about using
23  weekly Taxol in someone who has a family
24  history of diabetes and was obese.
25          I would question it, but I

Page 109

1  don't think it would be in violation of the
2  standard of care and, thus, would not be
3  negligent to use that.
4      Q.    (By Mr. Miceli)  And if Ms.
5  Stewart, after proper consultation with
6  Dr. McCanless, had decided that she did not
7  want to use the taxane at all and requested
8  alternatives and Dr. McCanless provided a
9  second-generation alternative, would you say
10  that would have been within the standard of
11  care?
12          MR. HOLDEN:  Objection to form.
13      A.    If a patient refuses a
14  treatment, you cannot give it to them.  If
15  Ms. Stewart had denied or refused to take an
16  anthracycline and taxane-based chemotherapy,
17  I would have twisted her arm as hard as I
18  reasonably could.
19          And if she persisted in saying,
20  I refuse to take that medication, then you
21  would have to give her an alternative
22  regimen.  You cannot give her medication that
23  she does not agree to take.
24      Q.    (By Mr. Miceli)  Okay.
25  Excellent.  Okay.  But -- and I know you say

Lawrence E. Foote, M.D.

Page 110

1 "twist her arm." The twisting-the-arm
2 process would be the educating of the patient
3 on the potential outcomes and such. Correct?
4      A.   Correct.
5      Q.   Have you had patients that have
6 done just that, have refused one treatment
7 and gone with something you originally would
8 not have recommended?
9      A.   Certainly.
10     Q.   And have those patients
11 survived?
12     A.   Which patient?
13     Q.   Well, any patient. Is it
14 possible to say --
15         (Cross-talk.)
16     A.   It's happened many, many times;
17 so I don't keep track of them. Many times
18 it's --
19     Q.   Okay.
20     A.   -- metastatic cancer where the
21 treatment is not going to be curative and
22 they choose a different treatment than we
23 recommend and they die from their disease
24 anyway. And they may have done better --
25         It's extremely difficult to say

Page 111

1 if you did this, you would have done better
2 if you did that because we don't get two of
3 you to play -- to play the game with to do
4 the randomized study.
5         So the answer is I'm sure some
6 of them have done fine. I'm sure some of
7 them were less than fine.
8     Q.   I want to go ahead --
9         MR. MICELI: What exhibit are
10 we up to now, Pat? Are we up to 9?
11         THE REPORTER: I show 8 as
12 being the last one marked.
13         MR. MICELI: So I'm going to go
14 to 9. I'm going to have to renumber
15 some of these.
16     Q.   (By Mr. Miceli) I'm going to
17 mark as Exhibit 9 the Sparano, "New England
18 Journal of Medicine" 2008 article.
19         (Marked was Foote Exhibit 9.)
20     Q.   (By Mr. Miceli) And I will
21 share my screen as soon as I can open that
22 up, Doctor.
23         My copy had some highlighting
24 on it because it's going to draw some things
25 -- our attention to a few things.

Page 112

1         Before we broke for lunch we
2 were talking about regimens, TAC regimens --
3 or excuse me, Taxotere regimens -- let me
4 start all over again -- docetaxel regimens
5 versus paclitaxel regimens and you said you
6 thought there was one that compared it, one
7 in three weeks for both paclitaxel and
8 docetaxel.
9         Is this the Sparano article you
10 were referring to, Doctor?
11     A.   I can't see it.
12     Q.   Oh, I'm sorry. I hadn't shared
13 it with you yet. I pulled it up. There we
14 go.
15         Can you see it now, Doctor?
16     A.   I believe that's it, yes.
17     Q.   Right. And this is -- take
18 your time, if you -- if you want.
19         MR. MICELI: Evan, do you have
20 a copy of that one there with you?
21         MR. HOLDEN: I believe so,
22 Dave.
23         MR. MICELI: Okay. I mean, I
24 can email it to you if you want me to.
25 I just -- if the doctor wants to

Page 113

1 review it to satisfy himself this is
2 what he was thinking of...
3         I control my screen, so I don't
4 want to have to flip pages for him or
5 ask him to direct me to do so.
6         So if you have one -- or I
7 can -- like I say, I can send it to
8 you. Which would you prefer?
9         MR. HOLDEN: I've got it, Dave.
10 I found it (tendering.)
11         MR. MICELI: Okay.
12     Q.   (By Mr. Miceli) Doctor, if you
13 could look at Exhibit No. 9 and just see if
14 this is the study that you were referring to.
15     A.   Yes, it is.
16     Q.   And this study was not actually
17 a TAC versus -- a capital T, capital A,
18 capital C regimen versus AC-paclitaxel. This
19 was AC-paclitaxel q weekly, or three weeks,
20 and AC-docetaxel weekly for every three
21 weeks. Correct?
22     A.   Correct.
23     Q.   And so this is -- to the
24 extent -- well, let me back up.
25         Do you believe this is the

Lawrence E. Foote, M.D.

Page 114

1 study you were referring to when we were
2 talking about TAC regimens versus other
3 chemotherapy regimens?
4     A.    We were talking about whether
5 Taxotere was a lifesaving medication, and I
6 felt that it was.  And you asked me for
7 citations, and I couldn't remember which one
8 compared.
9         And you said TAC versus others.
10 This does compare TAC versus paclitaxel -- I
11 mean, Taxotere versus paclitaxel, but it's
12 not exactly the one I was talking about that
13 says Taxotere is a lifesaving medication.
14        I believe that's -- that is.
15 And I may not have a citation for it; but
16 this is the one I was talking about when you
17 asked, is there any other regimen that
18 compares docetaxel to paclitaxel.
19     Q.    And I thought that I -- we were
20 talking previously about specifically TAC
21 regimens versus other non-TAC regimens.
22        And but regardless, this is a
23 study comparing a Taxotere or docetaxel
24 regimen of AC docetaxel with a paclitaxel
25 regimen of AC paclitaxel.  Correct?

Page 115

1     A.    Correct.
2         MR. HOLDEN:  Objection to form.
3     Q.    (By Mr. Miceli)  Okay.  And
4 both -- both regimens were tested weekly and
5 every three weeks.  Correct?
6     A.    Correct.
7     Q.    If you could, Doctor, flip with
8 me to Page 1667.
9     A.    All right.
10     Q.    And do you see the Disease-Free
11 Survival and Overall Survival paragraphs,
12 portions of which are highlighted?
13     A.    I see those, yes.
14     Q.    Now, comparing the paclitaxel
15 weekly to the docetaxel every three weeks, it
16 appears that the hazard ratios are very
17 similar for the two, correct?
18     A.    Yes.
19     Q.    And same for the Overall
20 Survival.  Correct?
21     A.    Yes.
22     Q.    So would you agree with me,
23 then, that the Sparano study does not
24 demonstrate that overall survival or
25 disease-free survival is favored one way or

Page 116

1 the other for a docetaxel regimen or a
2 paclitaxel regimen?
3         MR. HOLDEN:  Objection to form.
4     A.    I believe the discussion we
5 were having earlier was not with respect to
6 that.  It was with respect to wether Tax --
7 docetaxel was a lifesaving drug.  And this
8 clearly shows that docetaxel is a lifesaving
9 drug in this study as well as the FAC versus
10 TAC study.
11     Q.    (By Mr. Miceli)  But my
12 question was --
13         MR. MICELI:  Well, can you read
14 my question back, Pat?  I'm sorry.
15         THE REPORTER:  Sure.
16         Question, "So would you agree
17 with me, then, that the Sparano study
18 does not demonstrate that overall
19 survival or disease-free survival is
20 favored one way or the other for a
21 docetaxel regimen or a paclitaxel
22 regimen."
23         MR. HOLDEN:  Objection to form.
24         THE WITNESS:  Let me answer
25 this call real -- well, one -- give me

Page 117

1 one second.  I'm sorry.
2         MR. MICELI:  Okay.  Let's go
3 off the record and let you take that
4 call.
5     A.    I've got it.  I'm done.  It
6 just required a real quick response.
7         So I would -- I would agree
8 that --
9     Q.    (By Mr. Miceli)  Okay.
10     A.    -- that this study does not
11 show a difference between survival of
12 docetaxel and paclitaxel using that schedule
13 of AC followed by a taxane as opposed to
14 using them concomitantly.
15     Q.    Right.  And so my next
16 question, though, is:  Are you familiar with
17 any study or randomized study that
18 demonstrates a TAC regimen versus a
19 paclitaxel regimen to test or comparatively
20 test disease-free survival or overall
21 survival?
22     A.    Using docetaxel, Adriamycin,
23 Cytoxan together as opposed to sequentially?
24 I don't know of any study that does that.
25     Q.    Now, I know we talked about the

Page 118

1  FAC versus TAC studies before.  Did I
2  understand you to say that the Sparano study
3  also demonstrates that Taxotere, or
4  docetaxel, is a lifesaving drug?
5      A.    I believe that it does.
6      Q.    Then does pacli -- then does
7  Sparano also demonstrate that paclitaxel is a
8  lifesaving drug?
9      A.    It does.
10     Q.    And does it demonstrate that
11 Adriamycin and cyclophosphamide are
12 lifesaving drugs?
13     A.    This study doesn't demonstrate
14 that, but there are other studies that do.
15     Q.    So we can agree that Adriamycin
16 and cyclophosphamide are lifesaving drugs as
17 well?
18     A.    I believe they are.
19     Q.    Now, I want to review briefly
20 with you the chart at -- I'm going to have to
21 find the chart now.  I failed to put it in my
22 outline.  The Table 2 of -- in the Sparano
23 paper at Page 1670, are you there with me,
24 Doctor?
25     A.    I am.

Page 119

1      Q.    I want to focus on paclitaxel
2  weekly and docetaxel every three weeks and
3  let me just back up.
4          In my focusing on that, will
5  you agree with me that AC paclitaxel is an
6  approved NCCN -- or, excuse me, a preferred
7  NCCN regimen in the AC weekly paclitaxel
8  configuration -- or sequential therapy?
9          MR. HOLDEN:  Objection to form.
10     A.    I'm a little bit confused.  But
11 are you saying that AC followed by weekly
12 paclitaxel is an FDA-approved regimen for
13 breast cancer?  It is.
14     Q.    (By Mr. Miceli)  Not FDA
15 approved.  Is it in the NCCN Guidelines as a
16 preferred regimen?
17     A.    I believe that it is.
18     Q.    Okay.  And docetaxel is -- and
19 I know this is AC-docetaxel.  AC-docetaxel is
20 a regimen that is recognized.  Correct?
21     A.    Recognized?  I recognize it.
22     Q.    Well, is it recognized in the
23 NCCN Guidelines?
24     A.    That's my point.  I didn't
25 understand what you meant by "recognized."  I

Page 120

1  believe it is.
2      Q.    Okay.
3      A.    I don't -- I don't have the
4  NCCN memorized so I don't -- but I believe
5  that it is.
6      Q.    I understand.  Okay.
7          So when you prescribe docetaxel
8  regimens, you do them every three weeks, you
9  prescribe them for every-three-week
10 administration?
11     A.    Usually, yes.
12     Q.    So I want to focus in on the
13 middle two columns.  And these are
14 percentages.
15         At least in the Sparano study,
16 Table 2, Toxic Effects of Paclitaxel and
17 Docetaxel, weekly paclitaxel demonstrates a
18 1 percent rate whereas docetaxel every three
19 weeks is 16 percent.  Correct?  For febrile
20 neutropenia.
21     A.    That is done before we used,
22 routinely, Neulasta with every-three-week
23 docetaxel, which now everybody uses Neulasta.
24 So this is not a fair assessment of that data
25 because this study --

Page 121

1          I believe in this study, they
2  didn't use Neulasta up front but added it
3  later because it became clear that
4  neutropenia was so common.  So neutropenia
5  with Neulasta is about the same in both
6  groups.
7      Q.    Do you know whether or not
8  granulocyte colony-forming -- what is it,
9  G-colony-forming growth factors were utilized
10 in the Sparano study?
11     A.    I can tell you in one second.
12 (Reviewing.)
13     Q.    Okay.
14     A.    I can't say for sure, but it
15 looks like, under Chemotherapy, they do not
16 mention colony-simulating factors.
17     Q.    Okay.  Now, is it
18 appropriate -- what about, did you look for
19 any premedication?
20     A.    I didn't.
21     Q.    Look at Page 1664 with me.
22     A.    That's what I'm looking at.
23 Okay.
24     Q.    At the bottom it says,
25 "Guidelines for the dose modifications,

Page 122

1  premedication and supportive care are given
2  in the supplemental appendix."
3      A.    Yes.
4      Q.    Do you see that?
5      A.    Yes.
6      Q.    Did you review the supplemental
7  appendix?
8      A.    I did.  But I don't have it in
9  front of me, but I did look at it.
10      Q.    I will -- let's see if we
11  can't -- I'm going to try to get that with
12  you.  I will have to share my screen with
13  you, when it pops up.
14          MR. MICELI:  Evan, did you hand
15      that to him, or are we going to work
16      with the screen?
17          MR. HOLDEN:  Let me -- can you
18      share that in the chat box, Dave?
19          MR. MICELI:  Yeah.  I have.  I
20      did.  I don't know if it's downloaded
21      fully yet.  I will get out of my share
22      screen for a second to see if it has.
23      Yeah, it's up -- it's up in the chat
24      box.
25          MR. HOLDEN:  10?  Okay.  Got

Page 123

1      it.
2          MR. MICELI:  Yeah, 10.
3          (Marked was Foote Exhibit 10.)
4      Q.    (By Mr. Miceli)  And, Doctor,
5  do you have it on the screen in front of you?
6      A.    Yes.  It's on the screen.
7      Q.    I'm going to go to Page 2 -- or
8  it's actually 3 of the PDF, but it's Page 2;
9  and I'm going to go nine lines from the
10  bottom where it starts right here
11  (indicating).
12          Do you see this?
13      A.    Yes.
14      Q.    Actually, let me go even higher
15  with "Premedication for paclitaxel."
16          I can't -- for some reason it's
17  not letting me highlight.  This box won't let
18  me.
19          Right here, "Premedication for
20  paclitaxel included diphenhydramine," which
21  is Benadryl, right?
22      A.    Correct.
23      Q.    -- "and an H2 blocker
24  approximately 30 minutes prior to each
25  paclitaxel infusion plus dexamethasone

Page 124

1  20 milligrams intravenously for
2  every-three-week paclitaxel or 10 milligrams
3  prior to weekly paclitaxel."
4          Right?
5      A.    Correct.
6      Q.    So if a person is going to
7  receive AC followed by 12 weeks of weekly
8  paclitaxel administration, they are going to
9  receive 10 milligrams times 12, which would
10  be 120 milligrams of dexamethasone.  Right?
11      A.    They'll be getting
12  dexamethasone every week, correct.
13      Q.    Correct.  And that would be for
14  ten weeks.  Correct?  Or, excuse me, 12
15  weeks.
16      A.    12.  12 weeks.  Right?
17      Q.    Right.  And they would
18  receive -- the first four weeks of their
19  administration they would receive weekly AC
20  alone.  Correct?
21      A.    If I remember correctly, yes.
22      Q.    Okay.  So you would have your
23  AC regimen or your AC dosing would be given.
24  Then you would take a week off and then you
25  would go 12 weeks with weekly paclitaxel

Page 125

1  receiving 10 milligrams per week?
2          MR. HOLDEN:  Objection to form.
3      A.    Correct.  As a premedication.
4  Right.
5      Q.    (By Mr. Miceli)  And -- as a
6  premedication.  And then for premedication
7  for docetaxel, either included oral
8  dexamethasone 8 milligrams twice daily for
9  three days, beginning 1 day prior to
10  docetaxel infusion; and for weekly docetaxel
11  it was similar to weekly paclitaxel regimen.
12  Correct?
13      A.    Correct.
14      Q.    So if we're looking at
15  the every-three-week docetaxel regimen, they
16  would get 8 milligrams twice a day for
17  16 milligrams a day times three days is
18  48 milligrams per infusion with docetaxel
19  dosed every three weeks.
20      A.    That's the way they gave it,
21  yes.
22      Q.    Right.  And you would have
23  48 milligrams times six infusions.  That adds
24  up to 288 milligrams cumulative dose over a
25  18-week period.  Correct?

Lawrence E. Foote, M.D.

Page 126

1     A.   That's the way they gave it.
2 Yes.
3     Q.   Okay. And I think I may have
4 misspoke before. I think the AC is given
5 every other week, it stretches it out to 20
6 weeks in a paclitaxel regimen of AC
7 paclitaxel, and that would have 120
8 milligrams being received of dexamethasone
9 over a 20-week period. Right?
10        MR. HOLDEN: Objection to form.
11     A.   I try to -- I'm reading through
12 this, looking at other stuff, so I'm not
13 necessarily paying attention to the direct
14 numbers. But they would get it every week on
15 the weekly regimen.
16     Q.   (By Mr. Miceli) Right. And
17 you don't mention in your report anywhere
18 about how the disregulation of glucose
19 management works with steroids, but steroids
20 do interfere with the body's ability to
21 maintain or manage glucose. Correct?
22        MR. HOLDEN: Objection to form.
23     A.   The steroids do do that, yes.
24     Q.   (By Mr. Miceli) And you don't
25 address in your report what -- how long it

Page 127

1 takes to clear the disregulation of glucose
2 when it is given as a premedication.
3 Correct?
4     A.   Several things. The
5 premedication -- I'm looking through here as
6 you're talking and looking for the
7 premedications that they use for the
8 Adriamycin and Cytoxan; and many times in
9 clinical practice and maybe in the study, I
10 can't find it, they use dexamethasone as a
11 nausea drug for Adriamycin and Cytoxan
12 frequently for several days, the day of, and
13 one day and sometimes two days afterwards. I
14 can't find that listed in here.
15      I would do the same thing with
16 other chemotherapies. The effect of the
17 dexamethasone and its effect on your
18 metabolism wears off. But it's a hormone, so
19 it wears off slower than the drug that's
20 actually in your system.
21      So we measure the dexamethasone
22 in my system. It may be gone, but it has
23 persistent effects. Those effects tend to
24 get worse the longer you are on them
25 continuously.

Page 128

1     Q.   Okay. So and if the -- well,
2 first of all, let's go back because you've
3 said a couple of things I think we need to
4 unpack.
5      One, there is nothing in the
6 Sparano study and in this appendix under
7 Supportive Care and Dose Modification for
8 Toxicity that describes the use of
9 dexamethasone with the AC administration.
10 Correct?
11     A.   They don't describe it. That's
12 correct.
13     Q.   Okay. And there is no
14 reference in your report concerning the
15 relationship between a cumulative of
16 dexamethasone in a -- in an 18-week period
17 versus a 20-week period and at the doses that
18 are addressed in this supplemental appendix
19 to the Sparano study. Correct?
20        MR. HOLDEN: Objection to form.
21     A.   We're taking this out of
22 context. I think the issue with the steroid
23 has to do with the effect on the patient's
24 potential for diabetes, and Ms. Stewart had a
25 family history of diabetes and was obese.

Page 129

1 And getting a dose of dexamethasone
2 persistently is much worse for that than
3 getting one dose intermittently.
4      And so the total dosage is less
5 relevant than the amount of time that she
6 spent getting an effective dexamethasone. So
7 a weekly dose of 10 --
8     Q.   (By Mr. Miceli) Again --
9        MR. HOLDEN: The doctor
10 wasn't --
11        MR. MICELI: I'm sorry.
12     A.   -- a weekly dose of 10
13 milligrams --
14     Q.   (By Mr. Miceli) I'm sorry.
15     A.   -- may be worse than a very
16 high dose intermittently of dexamethasone.
17     Q.   My question -- and I understand
18 your comment just now was that it may be
19 worse, but what's not demonstrated in your
20 report is an analysis of how receiving
21 288 milligrams over 18 weeks in three-week
22 increments versus receiving 120 milligrams
23 over a 20-week period -- or, excuse me, over
24 a 12-week period corresponds to better or
25 worse glucose disregulation in a patient.

Lawrence E. Foote, M.D.

1  Correct?
2         MR. HOLDEN:  Objection to form.
3     A.    As I tried to state, although
4  maybe not very eloquently, the continuous
5  dose of dexamethasone is worse on a patient's
6  metabolism than an individual high dose given
7  intermittently.
8         And so the total dose over
9  so-and-so many weeks is not the same as if
10 they got a large dose one or two days every
11 three weeks, if they got a smaller dose much
12 more frequently over the same period of time,
13 or even over a lesser period of time.
14        So the continuous -- if you'll
15 allow me to twist the word a little bit, but
16 the continuous administration of
17 dexamethasone in a weekly paclitaxel is worse
18 for your metabolism than a pulse
19 dexamethasone given every three weeks.
20        And so the actual total dose is
21 not a relevant piece of information, although
22 Dr. Bosserman tries to make it relevant by
23 adding up doses; but in actuality that's not
24 the most important issue.
25     Q.    (By Mr. Miceli)  In your

1  opinion the most important issue is the
2  continuous use of it over an additional two
3  weeks from 18 weeks to 20 weeks.  Correct?
4  Or 18 weeks to 12 weeks?
5     A.    No.  First of all, they
6  probably got it during the Adriamycin and
7  Cytoxan.
8         Secondly, it's not the number
9  of weeks, it's not the total dose.  It's the
10 fact that they got it continuously every week
11 they got another dose of dexamethasone which
12 very had -- had very little time to wear off,
13 whereas with the Taxotere they got a big dose
14 every three weeks with plenty of time to
15 normalize metabolism in between the doses.
16        So the continuous
17 administration of dexamethasone is much more
18 detrimental to her metabolism than mine or
19 yours than a pulse dose with ample time to
20 recover between those doses.
21     Q.    Again, I need to unpack a few
22 things because you said they probably got it
23 during the AC, and I want to work with what
24 we know from what's reported in these
25 articles.

1         We don't know that they got it
2  during the AC or the paclitaxel group.
3  Correct?
4     A.    We don't know, which means that
5  doesn't mean they didn't get it.  It means we
6  don't know.
7     Q.    Right.  And so let's put that
8  aside for one second.
9         Now, do you analyze or do you
10 set out in your report any literature that
11 supports what you just explained; that is
12 that there is sufficient time for the
13 48 milligrams every three weeks to wear off
14 versus the 10 milligrams once a week over --
15 over a shorter period of time?
16        There is just -- I guess, let
17 me -- let me just strike that question.  It's
18 a poor question.
19        Do you set forth any analysis
20 in your report to explain your theory that
21 receiving 10 milligrams weekly is worse from
22 an endocrinology standpoint in the lipid or
23 the glucose disregulation than would be
24 48 milligrams every three weeks?
25        MR. HOLDEN:  Objection to form.

1     A.    I cannot quote you a study; but
2  in the management of patients, many people
3  get steroid injections for back pain and
4  their blood sugar is out of control for four
5  or five days and then it goes back to normal.
6         People who get treated for
7  lymphoma get a regimen called CHOP.  The P is
8  Prednisone, which is like dexamethasone; it's
9  a steroid.  And they get it for five days and
10 their blood sugar becomes difficult to
11 regulate, but then it becomes back to normal
12 before the next treatment which is 21 days
13 later.
14        And most of us have discovered
15 and I think all people would -- I say "all
16 people" -- most would agree that managing
17 someone's blood sugar with a continuous
18 steroid is much more different -- much more
19 difficult than pulse steroids where things
20 are allowed to normalize in between the
21 courses.
22        So I can't quote you a specific
23 study, but I think most people realize that
24 pulse steroids -- the glucose becomes a
25 problem for four or five days and then goes

Lawrence E. Foote, M.D.

Page 134

1  back to where it was prior to the dose;
2  whereas, when you give it continuously, it's
3  very hard to control the blood sugar.
4      Q.    (By Mr. Miceli) Okay. And
5  how long after the 10th -- excuse me, the
6  12th dose of the 10 milligrams would it take
7  for somebody to normalize?
8      A.    On the -- with getting it every
9  week?
10     Q.    Yeah.
11     A.    For their blood sugar to
12 normalize, it would probably be about the
13 same time; maybe ten days, maybe two weeks.
14          However, when you're giving it
15 continuously, you're much more likely to get
16 adrenal suppression and osteoporosis more so
17 than if you give it in a pulse fashion.
18          And that --
19     Q.    Okay.
20     A.    -- doesn't recover very quickly
21 at all.  That takes a long time to recover,
22 if it ever does.
23     Q.    Okay.  And for your explanation
24 that you've just given -- and it's partially
25 included in your report, I believe -- you do

Page 135

1  not provide us with a citation to support the
2  theory that you've just explained.  Correct?
3          MR. HOLDEN:  Objection to form.
4      A.    I do not use a citation of
5  that, but I gave some common examples that
6  people know about.
7          Also, I might point out that
8  the supplemental report does not show that
9  these people with docetaxel every three weeks
10 got colony-stimulating factors like we were
11 discussing before this subject was changed.
12     Q.    (By Mr. Miceli) Excuse me.
13 Say that again.  I'm sorry.  The stimulating
14 factors?
15     A.    We brought up the supplementary
16 report to look at if the every-three-week
17 docetaxel got colony-stimulating factors, and
18 they did not.  It was left to the discretion
19 of the doctor.
20          And so that explains why the
21 neutropenia was so much higher in the
22 docetaxel group than the paclitaxel.
23     Q.    Now, you said it was left up to
24 the doctor.  How many of them actually
25 received the colony-stimulating factors?

Page 136

1      A.    At that time the
2  colony-stimulating factors were used only if
3  the patient had a neutropenic fever or if
4  they had a treatment delay because of
5  neutropenia, then the colony factor was
6  added.
7          So that would clearly skew the
8  data to show more neutropenic fever because
9  they weren't allowed to treat that until it
10 occurred.
11     Q.    Okay.  Where is that in the
12 original report, sir?
13     A.    On Page 2 on the supplementary
14 (as read), "Supportive dose -- Supportive
15 Care and Dose Modification for Toxicity.  For
16 the every 3 week arms, treatment was given if
17 the neutrophil count was at least 1500..."
18          That means it was delayed if it
19 was less than that.
20          (As read), "...platelets at
21 least 100,000, and there was satisfactory
22 recovery from non-hematologic toxicity for AC
23 and every 3 week taxane therapy; the same was
24 true for the weekly arms, although the
25 neutrophil count was required to be at least

Page 137

1  1,000."
2          So they do it only on the
3  three-weeks arms.  Hang on.  It's further
4  down here.
5          The last paragraph of that
6  section, towards the end of that -- this is
7  on Page 3 -- (as read):  "Patients who had an
8  episode of febrile neutropenia, or who had
9  persistent neutropenia that prevented
10 treatment on a schedule, were permitted to
11 receive colony-stimulating factors at the
12 discretion of the treating physician."
13          That means they were not
14 permitted unless they had neutropenia or
15 delay in treatment, and at that point then
16 the doctor's discretion could be used.
17          So that requires people to get
18 neutropenia before you can use supportive
19 care that is now standard.
20          And so --
21     Q.    Okay.  Okay.
22     A.    -- the fact that the
23 every-three-week docetaxel has more
24 neutropenia would be an expected finding, not
25 an unusual finding.

Lawrence E. Foote, M.D.

Page 138

1    Q.    Okay.  But it doesn't say
2  patients in the docetaxel arms who had an
3  episode.  It's any patient who has an episode
4  of febrile neutropenia, correct? --
5    A.    Correct.
6    Q.    -- could use the
7  colony-stimulating factors?
8          So that means in order for more
9  people in the Taxotere arm to receive the
10  growth factors, they had to first get febrile
11  neutropenia.  Correct?
12    A.    It is well described for
13  docetaxel that it causes febrile neutropenia,
14  and today it is standard therapy to give
15  colony-stimulating factors routinely before
16  they develop neutropenia.
17          And that data that you quoted
18  about the 16 percent febrile neutropenia
19  versus 1 percent does not apply because we do
20  not use that drug that way.  We always give
21  it with Neulasta now.
22    Q.    I understand that now, Doctor.
23  My point for bringing that up was that it
24  demonstrates the need to use
25  colony-stimulating factors because more

Page 139

1  people who use docetaxel are known to be at
2  risk for febrile neutropenia.  That's why you
3  use Neulasta now.  Correct?
4          MR. HOLDEN:  Objection to form.
5    A.    But using it prevents the
6  complication completely.
7    Q.    (By Mr. Miceli)  I understand.
8  Well, are you saying that if you use
9  Neulasta, you can never get febrile
10  neutropenia?
11    A.    I rarely say "never."  You can
12  also get it --
13    Q.    Right, right.
14    A.    -- using AC and Taxotere and
15  paclitaxel.
16    Q.    Certainly.  Certainly.
17          My only point is that the
18  reason it is standard with docetaxel now is
19  because it is known that docetaxel is -- has
20  a greater likelihood of an incidence of
21  febrile neutropenia than does paclitaxel.
22  Correct?
23    A.    If you -- I believe that that
24  was pointed out to try to show that there is
25  a greater toxicity with docetaxel, and that

Page 140

1  toxicity is abrogated by the way we treat it
2  today.
3          And the toxicity that you
4  showed in that study was done before we used
5  standard therapy to prevent that toxicity, so
6  it's a little bit disingenuous in how it's
7  being presented.
8    Q.    Well, Doctor, I appreciate your
9  editorializing on what my intentions are when
10  I ask you a question.
11          But my question simply is that
12  it is well known in the oncology community
13  that docetaxel has a higher likely -- that
14  patients who take docetaxel regimens have a
15  higher likelihood of experiencing febrile
16  neutropenia than do patients who receive
17  paclitaxel regimens.  Correct?
18          MR. HOLDEN:  Objection to form.
19    A.    Not if it's given with Neulasta
20  as a -- with a growth factor as an expected
21  treatment in that regimen.
22    Q.    (By Mr. Miceli)  Why do they
23  give it as an expected treatment as
24  premedication --
25    A.    Because it works.

Page 141

1    Q.    -- with docetaxel?
2    A.    Because it works.
3          MR. HOLDEN:  Objection to form.
4    Q.    (By Mr. Miceli)  Well, it
5  works because you know people who take
6  docetaxel are going to get febrile
7  neutropenia, so you give them Neulasta.
8  Right?
9    A.    Because it's effective at
10  abrogating the side effect that your -- the
11  implication was that this is an inferior drug
12  because of that side effect, but that side
13  effect is very easy to treat and in fact is
14  not an issue anymore like it was when that
15  study was first published.
16    Q.    Doctor, is Neulasta without --
17  without risks of its own?
18    A.    It has --
19          MR. HOLDEN:  Objection to form.
20    A.    It has some risks, but they're
21  very small.
22    Q.    (By Mr. Miceli)  Well, one of
23  the risks is that it can stimulate the growth
24  of myelocyte tumors as well, correct?
25    A.    No, that was a proposed -- or

Lawrence E. Foote, M.D.

Page 142

1 supposed or possible risk when it was first
2 introduced. That is not shown to be the
3 case.
4       Q.    Okay. Let's look at -- let's
5 look at the Neulasta label for a second.
6             (Marked was Foote Exhibit 11.)
7             THE REPORTER: Mr. Miceli, this
8 is the reporter.
9             MR. MICELI: Yes.
10            THE REPORTER: Before we get
11 into that, can I have like maybe one
12 minute? I need to restart my file
13 real quick. Is that okay?
14            MR. MICELI: Yes, yes.
15            THE VIDEOGRAPHER: The time is
16 11:19 a.m. We are off the record.
17            (Recess taken at 11:19 a.m.,
18 resuming at 11:24 a.m.)
19            THE VIDEOGRAPHER: Time now is
20 11:24 a.m. We are back on the record.
21      Q.    (By Mr. Miceli) Doctor, I need
22 to share my screen with you. This is the
23 Neulasta label. Correct? I could -- I just
24 need to back up a little bit.
25      A.    Yes.

Page 143

1       Q.    Did you receive a copy of it
2 from Evan?
3       A.    It just -- It was just handed
4 to me. Correct.
5       Q.    Turn with me to Section 5.9 of
6 this label.
7       A.    All right.
8       Q.    And this is the -- 5.9 is,
9 "Potential for tumor growth, stimulatory
10 effects on malignant cells." Correct?
11      A.    That's what it says.
12      Q.    This says that the (as read)
13 "CSF receptor through which pegfilgrastim,"
14 which is Neulasta, act has been -- "and
15 through which act has been found on tumor
16 cell lines, the possibility that Neulasta
17 acts as a growth factor for any tumor type
18 including myeloid malignancies and
19 myelodysplasia diseases for which Neulasta is
20 not approved cannot be excluded." Correct?
21            MR. HOLDEN: Objection to form.
22      A.    That -- that is a correct
23 reading of that.
24            MR. HOLDEN: Was it? Just
25 kidding.

Page 144

1       Q.    (By Mr. Miceli) And Section 5
2 is Warnings and Precautions. Correct?
3       A.    Yes. I believe the important
4 word here is the "potential" for tumor growth
5 exists and the possibility that it stimulates
6 any tumor type including myeloid malignancies
7 and myelodysplasia for which it is not
8 approved cannot be excluded, which means it
9 has not been included, it just can't be
10 excluded.
11            And we use this drug all time
12 for myeloid malignancies and myelodysplasia.
13 This has been disproven and they have not
14 cleaned up the package insert, but we use
15 this drug all the time in myeloid
16 malignancies.
17            It does not do the same --
18            (Cross-talk.)
19      Q.    Okay.
20      A.    It is the potential for the
21 possibility that it might be related. It
22 doesn't do it.
23      Q.    Okay. Doctor, look on Page 1
24 with me, if you would, please.
25      A.    All right.

Page 145

1       Q.    You see this label was revised
2 in January of 2020. Correct?
3       A.    Correct. Okay.
4       Q.    And I can only represent to you
5 that I've pulled this label this week; and if
6 that is true, the manufacturers of Neulasta
7 continue to include a warning for the growth
8 of tumor cells, the potential growth of tumor
9 cells with the use of its product. Correct?
10            MR. HOLDEN: Objection to form.
11      A.    They do continue to include the
12 warning of the potential exists that it
13 possibly might be related.
14      Q.    (By Mr. Miceli) Okay. The use
15 of Neulasta is not without risks of its own,
16 correct?
17            MR. HOLDEN: Objection to form.
18      A.    The use of Neulasta has risks,
19 but they are small and very, very manageable.
20      Q.    (By Mr. Miceli) And, Doctor,
21 where do you address the risks for the
22 potential side effects of Neulasta in your
23 report? Do you?
24      A.    The risks of Neulasta are very
25 small and very uncommon and easily manageable

Lawrence E. Foote, M.D.

Page 146

1  so they don't really affect how we treat a
2  breast cancer patient with docetaxel because
3  the benefit is hundreds of times greater than
4  the risk.
5      Q.    I want to move to Page 25 of
6  your report.  This is where you state at the
7  very top of the Page 25, "I've
8  reviewed" -- well, if I can get my fingers to
9  work -- this paragraph right there, Doctor
10  (indicating).
11          Concerning the use of
12  corticosteroids you say, "I believe that
13  Dr. Bosserman's opinions on that subject omit
14  important considerations and incorrectly
15  suggest the risks of steroid-induced side
16  effects are greater or equivalent in a
17  docetaxel regimen as compared with a
18  paclitaxel regimen."  Correct?
19      A.    Correct.
20      Q.    Now, when you reviewed
21  Dr. Bosserman's report, did you note that she
22  referred to the NCCN recommendations as they
23  are reported in the UpToDate data on
24  premedication for AC-Taxol?
25      A.    I did note that.

Page 147

1      Q.    And do you disagree with the
2  recommendations of the NCCN on how to dose
3  premedication with dexamethasone?
4          MR. HOLDEN:  Object to form.
5      A.    The NCCN is a guideline, not a
6  requirement, and the NCCN says this is how
7  this drug is usually given.  And in practice
8  we rarely give that much steroids.
9          And once the patient has been
10  shown to not have very much edema, we cut the
11  dose of steroids substantially for docetaxel.
12          It also omits in her analysis
13  the fact that almost everybody who gets
14  Adriamycin and Cytoxan and dosed in this
15  fashion, by the way, gets Neulasta, but also
16  get a dose of steroids as a nausea drug and
17  they're used more so on that.  And she
18  completely omits that from her evaluation.
19      Q.    Well, do you include that in
20  your evaluation and cite to any reference
21  source, whether it be peer-reviewed published
22  medical literature or NCCN Guidelines or
23  anything for the positions you hold?
24          MR. HOLDEN:  Objection to form.
25      A.    The positions I hold are based

Page 148

1  on the way this is normally treated.  I
2  believe that most people use dexamethasone as
3  a nausea medicine with dose-dense AC.
4          Can I cite a study that did
5  that?  I believe Dr. Bosserman, when she
6  gives people AC, dose-dense AC, she uses
7  steroids as nausea medicine.  I can't cite it
8  unless she reports it.  She has elected to
9  not report that.
10          And the usage of dexamethasone,
11  many studies, although I can't tell you one
12  exactly right now, where they say we start
13  dexamethasone at this schedule with docetaxel
14  but we quickly narrow it down to a much
15  smaller dose if the patient is tolerating the
16  drug well.
17          That's standard oncology
18  practice.  It may not be quoted in the NCCN
19  Guidelines, which are not an attempt to tell
20  you how we practice.  It's an attempt to give
21  you guidelines of regimens that they think
22  are good.
23      Q.    (By Mr. Miceli)  Okay.  I
24  understand -- I think I --
25          THE VIDEOGRAPHER:  Mr. Miceli,

Page 149

1  this is Melissa.  Can we go off the
2  record for one second?  I have a
3  computer flicker on my video feed.
4          MR. MICELI:  Okay.
5          THE VIDEOGRAPHER:  Time is
6  11:31 a.m.  We are off the record.
7          (Recess taken at 11:31 a.m.,
8  resuming at 11:32 a.m.)
9          THE VIDEOGRAPHER:  Time now is
10  11:32 a.m.  We are back on the record.
11          MR. MICELI:  Evan, I was on
12  mute myself so I was trying to say
13  something, but just let me know when
14  you and the doctor -- if and when you
15  want to take a lunch break, you just
16  tell me.  I'll operate with whatever
17  you guys want to do.
18          MR. HOLDEN:  I don't believe we
19  want one.
20          MR. MICELI:  All right.  Very
21  good.
22      Q.    (By Mr. Miceli)  Doctor, with
23  regard to the administration of the
24  premedication with dexamethasone that we have
25  gone over for a while this morning -- you

Lawrence E. Foote, M.D.

Page 150

1  know I've lost my -- I've lost my train of
2  thought from where we were when we broke.  I
3  had a question and I've lost it, so I'm going
4  to move on.
5        I want to go back to Page 9 of
6  your report.
7        A.    Page 9?
8        Q.    Let me just -- no, let's -- no,
9  let's stay on Page 25.  Let's stay on Page --
10       Concerning what you believe
11 Dr. Bosserman omits concerning these
12 important considerations, Dr. Bosserman in
13 her report provides the recitations of where
14 she gets her table at Page 21 of her report
15 setting out the utilization and premedication
16 with steroids.  Correct?
17       A.    She does.
18       Q.    The explanation you gave just
19 before we took that brief break to correct
20 the video feed, in your report or today in
21 this deposition you have not provided any
22 recitation of peer-reviewed medical
23 literature by way of reference or citation to
24 support the positions you were taking in
25 criticism of and counter to what

Page 151

1  Dr. Bosserman says, correct?
2        MR. HOLDEN:  Objection to form.
3        A.    No, actually I believe I recite
4  her report, and in her report she does not
5  mention the use of steroids during dose-dense
6  AC.  She completely leaves that out in her
7  analysis.  That is cited in her report.
8        That's an important use of
9  steroids.  And in someone who uses steroids
10 on a continual basis for a weekly paclitaxel
11 and gets them every two weeks during the AC
12 and then weekly for the paclitaxel, the
13 continual dose of steroids is an issue.
14       And I do cite her report where
15 she just doesn't mention the steroids given
16 for nausea during the AC or the weekly Taxol.
17       Q.    (By Mr. Miceli) Is
18 dexamethasone given in greater amounts with
19 the TAC regimen because it is both for
20 premedication and for nausea?
21       A.    Usually with TAC it's given as
22 premedication to try to abrogate some of the
23 toxicities of the Taxotere.
24       It's not really given much for
25 nausea because they are already on it anyway,

Page 152

1  so you don't have to give it for nausea
2  because they have already received a dose.
3        Q.    And you receive it for three
4  days, whereas with paclitaxel you receive it
5  on the day of administration.  Correct?
6        A.    The NCCN Guidelines recommend
7  it for three days.  Most people don't give it
8  for three days.
9        Q.    Now, what source of -- is that
10 just practice information that you know from
11 practicing for 30 years, or is there
12 something that you can refer us to by way of
13 a reference to peer-reviewed medical
14 literature that says you don't -- you don't
15 follow the three-day ban as stated in the
16 NCCN Guidelines?
17       A.    Dexamethasone has significant
18 toxicities that we are discussing; and in
19 treating patients with difficult-to-tolerate
20 chemotherapy and giving them ancillary drugs
21 that have toxicities of themselves, most of
22 us in the practice of medicine try to limit
23 the amount of toxicity to the patient and
24 minimize the amount of steroids they're
25 exposed to.

Page 153

1        So the normal practice today,
2  and I believe most oncologists do this, is to
3  give them the three days of the steroids and
4  if the patient has no edema, or fluid
5  retention, then you drop off the last day;
6  and if they still have none, then the third
7  cycle you skip one dose of the first day and
8  they get one dose that day instead of two.
9        And you quickly hone down the
10 amount of dexamethasone they need because
11 those guidelines are to prevent toxicity to
12 everybody, and not everybody gets that
13 toxicity.  So they don't need a drug to
14 prevent that toxicity if they don't ever
15 receive the toxicity.
16       Q.    Again, is that just practice
17 information that you've gleaned over 30
18 years; or can you cite to me to something in
19 your report that shows me that tapering or
20 explains the purposes behind that tapering
21 that you've just discussed?
22       A.    That's the normal practice of
23 medicine.  That's the normal way people do
24 things in a day-to-day basis.
25       Q.    And you do state -- I mean, you

Page 154

1 do practice evidence-based medicine, don't
2 you?
3    A.   I do.
4    Q.   What evidence supports the
5 tapering of steroids as you've just described
6 them, or is that just something that you've
7 trial-and-errored over 30 years?
8    A.   The personal experience of
9 hundreds of thousands of oncologists over
10 time is what the basis for that is.
11    Q.   Never been published?
12    A.   I don't know.  It may have
13 been.  I -- not that I'm aware of.
14    Q.   Okay.  And we don't know which
15 oncologist took the risk of stepping out on
16 that limb first?
17    MR. HOLDEN:  Objection to form.
18    A.   That's correct.  I do not know
19 who did it first.
20    Q.   (By Mr. Miceli)  And there's --
21 now let's go to Page 9 of your report.
22 Actually, first go to Page 8, if you don't
23 mind.
24    A.   5?
25    Q.   No.  8.  I'm sorry.  Yeah, the

Page 155

1 section titled NCCN Guidelines.
2    A.   Yes.
3    Q.   You state that, "The
4 NCCN" -- this is second -- third sentence of
5 your paragraph (as read):  "The NCCN reviews
6 medical" literature -- excuse me -- "medical
7 research, literature and clinical studies,
8 and makes representations
9 [sic/recommendations] about the appropriate
10 ways to treat cancers, including breast
11 cancers."  Correct?
12    A.   Correct.
13    Q.   So when they make
14 recommendations for the use of medications,
15 it's based upon "research, literature and
16 clinical studies."
17    Those are your words?
18    A.   Yes.
19    Q.   Then you say down below, couple
20 of sentences, "Because they review published
21 data, however, the NCCN Guidelines are
22 frequently slightly behind existing data, and
23 as more data becomes available the treatment
24 guidelines are often modified."
25    Right?

Page 156

1    A.   That's correct.
2    Q.   Now, I know that the NCCN
3 Guidelines come out a few times a year.  Is
4 that fair?
5    A.   I don't know how frequently,
6 but I think that's fair.
7    Q.   Okay.  Do you know -- because
8 you have this statement about being slightly
9 behind existing data, do you have any basis
10 for -- that you can point me to that
11 demonstrates how long it takes for the NCCN
12 panel to respond to new data and update their
13 guidelines?
14    MR. HOLDEN:  Objection to form.
15    A.   There is no, that I know of,
16 published requirement that they update their
17 guidelines every 20 minutes or three days or
18 16 hours, whatever.
19    But it just make sense that if
20 one study is published and it shows a
21 positive effect, most of us don't believe
22 that until it's been duplicated.
23    And after it's been duplicated,
24 that means a second study or a third study
25 has to be published, and then the guidelines

Page 157

1 are changed.
2    To contend that the guidelines
3 are changed as the study is being published
4 is not realistic and it doesn't happen that
5 way.  But I can't quote you a study saying it
6 takes 14 hours for the guidelines to be
7 changed or whatever the timing is.
8    Q.   (By Mr. Miceli)  Right.  But
9 Texas Oncology is not part of the NCCN
10 network, are they?
11    MR. HOLDEN:  Object to form.
12    A.   I believe some of the people at
13 Texas Oncology work at NCCN centers, but I
14 don't think they are part of the network
15 specifically.
16    Q.   (By Mr. Miceli)  So with regard
17 to how the NCCN goes about updating their
18 guidelines and the recommendations, do you
19 really have any firsthand knowledge of how
20 that transpires within the NCCN network?
21    MR. HOLDEN:  Objection to form.
22    A.   No, I -- no, I do not.
23    Q.   (By Mr. Miceli)  Okay.  Would
24 your knowledge of the fact that new data or
25 new studies have prompted changes to the

Lawrence E. Foote, M.D.

Page 158

1  guidelines be the actual change to the
2  guidelines themselves?
3         MR. HOLDEN:  Objection to form.
4      A.   No, I don't think the
5  guidelines are changed on a whim.  I think
6  they are changed when published data suggests
7  that what we're doing should be altered.
8      Q.   (By Mr. Miceli) Okay.  And
9  so -- but you trust that -- let me strike
10  that.
11         As an oncologist who at least
12  consults the NCCN Guidelines, you trust that
13  they are following evidence-based medicine
14  and, as you state in your report, based upon
15  medical research, literature and clinical
16  studies?
17      A.   I believe that they use
18  published data to determine what they believe
19  to be the best course, but it doesn't apply
20  to an individual patient.
21         It's used to say, in general,
22  here is how we think we should treat breast
23  cancer; but in your particular case, the
24  patient in front of you, you make the
25  decisions on your own based on what's best

Page 159

1  for that individual.
2      Q.   Okay.  Now we will go to
3  Page 9.  This is under Chemotherapy Timing,
4  Regimens and Selections.
5         You state under that first
6  sentence, under the section, "The selection
7  of an appropriate chemotherapy regimen to
8  treat breast cancer is not formulaic and
9  cannot be made simply by looking to
10  guidelines such as the NCCN Guidelines."
11         Correct?
12      A.   Correct.
13      Q.   And then you say further down
14  that "The patient's entire clinical
15  circumstance:  pathology, staging,
16  biomarkers, and the patient's concomitant
17  illnesses, comorbidities and social
18  circumstances all play a role in which
19  chemotherapy an oncologist selects as the
20  most beneficial for the patient's survival."
21  Right?
22      A.   Correct.
23      Q.   Now, jump ahead with me to
24  Page 21 of your report.  Now, when you are
25  select --

Page 160

1         Are you there with me, Doctor?
2      A.   I am.
3      Q.   Okay.  When you start a
4  section, selecting appropriate chemotherapy
5  for Ms. Stewart, the first subheading
6  underneath that is Chemotherapy Regimens
7  Indicated in the NCCN Guidelines.  Right?
8      A.   Yes.
9      Q.   So while you say you can't look
10  to them, they are not formulaic, the first
11  thing you address in assessing regimens for
12  Ms. Stewart is the NCCN Guidelines.  Correct?
13         MR. HOLDEN:  Objection to form.
14      A.   No, that's not the first thing
15  I recommended.  I recommended an adequate
16  history and discussing her social issues as
17  well and the comorbidities, but I eventually
18  get to the NCCN Guidelines.
19      Q.   (By Mr. Miceli)  When you're
20  talking about the regimens, you go to the
21  NCCN Guidelines.  Fair?
22         MR. HOLDEN:  Objection to form.
23      A.   I listed them on my report.
24      Q.   (By Mr. Miceli)  Right.  And
25  you state that there are 13 regimens that are

Page 161

1  supported by Category 1 evidence.  Right?
2      A.   Yes.
3      Q.   And what is Category 1
4  evidence?
5      A.   Category 1 evidence is where
6  the data is reliable, usually randomized
7  studies or large studies that have been
8  duplicated by different institutions.  Not
9  always that --
10      Q.   Okay.
11      A.   -- not always that exclusitory,
12  but that's usually what that means.
13      Q.   I think we mentioned this
14  earlier in your deposition, but the NCCN
15  further breaks down regimens to Preferred and
16  Others.  Correct?
17      A.   It does do that.
18      Q.   And let's look at the -- well,
19  do you know which NCCN Guidelines were in
20  place at the time of Ms. Stewart's initial
21  chemotherapy?
22      A.   I don't know what you mean.
23  The ones that were relevant at the time I'm
24  sure were the ones that were just published
25  around that time, but I don't know what

Lawrence E. Foote, M.D.

Page 162

1  you're asking.
2      Q.    Okay.  I was just trying to see
3  if you had -- well, let's look at -- this
4  is -- I keep having to renumber some things
5  here.  I apologize.
6          I'm going to share with you on
7  the screen -- I'll put it in the chat box --
8  the NCCN Guidelines, Version 1, from 2014.
9          Doctor, do you see those on the
10 screen?
11     A.    I do.
12     Q.    Okay.
13         (Marked was Foote Exhibit 12.)
14     Q.    (By Mr. Miceli)  And if we go
15 to -- these are excerpts.
16         But if we go to the NCCN
17 Guidelines, Version 1, 2014, Invasive Breast
18 Cancer, this would be the guidelines
19 applicable to -- from a description of the
20 cancer for Ms. Stewart.  Correct?
21         MR. HOLDEN:  Objection to form.
22     A.    I believe so.
23     Q.    (By Mr. Miceli)  She had
24 invasive breast cancer.  Correct?
25     A.    Yes.

Page 163

1      Q.    It was for neoadjuvant or
2  adjuvant chemotherapy?
3      A.    Right.
4      Q.    She was HER2 negative?
5      A.    Right.
6      Q.    Right?  And it shows right
7  here, all Category 1, 5 and maybe -- come
8  down to 5.  I think you were very accurate
9  and Category 5 is "Regimens listed for HER2
10 negative disease are all Category 1 when used
11 in the adjuvant setting."
12         And "The preferred regimens are
13 dose-dense AC followed by paclitaxel every
14 two weeks, dose-dense AC followed by weekly
15 paclitaxel, and TC," which is Taxotere and
16 cyclophosphamide.  Correct?
17     A.    Correct.
18     Q.    Right.  And "TAC" is listed
19 down here under "Other Regimens," correct?
20     A.    Correct.
21     Q.    Do you know the reason for --
22 well, let me back up.
23         Are you familiar with the fact
24 that at some point in time TAC was actually
25 included in the Preferred regimens?

Page 164

1      A.    Yes, it was.
2      Q.    Do you know why it was lowered
3  from Preferred to Other regimens?
4      A.    Why it was changed from
5  Preferred to Other?  I don't know why.
6      Q.    Right.  Well, before we look at
7  that, let's go to the next page.  This is
8  where NCCN lists out, for the Preferred
9  regimens, the recommended dosing schedules.
10 Correct?
11     A.    The doses of it, yes.  It
12 says --
13         (Cross-talk.)
14         MR. HOLDEN:  Dave, do you want
15 to just note what page you're on just
16 so we're clear for the record?  I
17 think it's BINV-K207.
18         MR. MICELI:  Let me -- B --
19 BINV-K7 of 7.
20         MR. HOLDEN:  (Cross-talk) -- 7.
21         MR. MICELI:  -- but beneath
22 that -- well, it says 2 of 7 here and
23 it says C -- okay, yeah, 2 of 7.  I'm
24 sorry.
25         Are you with us, Evan?

Page 165

1          MR. HOLDEN:  Yes, we are.  I
2  just wanted to be clear.
3          MR. MICELI:  Okay.  I
4  appreciate that.
5      Q.    (By Mr. Miceli)  In the middle
6  one here, the "Dose-dense AC followed by
7  weekly paclitaxel chemotherapy regimen" lists
8  out the drugs that are recommended,
9  "Doxorubicin, cyclophosphamide cycled every
10 14 days for four cycles."
11         Correct?
12     A.    Correct.
13     Q.    So that would be eight weeks,
14 right?
15     A.    Right.
16     Q.    Okay.  "Followed by weekly
17 paclitaxel for 12 weeks for a total of
18 20 weeks."
19         Correct?
20     A.    Correct.
21     Q.    And if we go to the next page
22 under the "Dosing schedules for combination,
23 HER2 negative, Other regimens," the TAC
24 regimen is -- I've got to find it now.  I
25 think it may be on the next page.

Lawrence E. Foote, M.D.

Page 166

1      A.    It's the second one, I think.
2      Q.    The second one.  I apologize.
3  I apologize.
4          It has "Docetaxel, doxorubicin,
5  cyclophosphamide cycled every 21 days for six
6  cycles."
7          All cycles are with basically
8  Neulasta.  Correct?
9      A.    Correct.  Despite their warning
10  on the other package insert that it may cause
11  leukemia, clearly they're recommending that
12  we use it on every cycle, which everybody
13  does.
14      Q.    Right.  I'm not --
15      A.    (Cross-talk.)
16      Q.    I'm not arguing with that.  I'm
17  just saying it's -- it's not without
18  risk -- the reason I brought that up is it's
19  not without risk.
20          I'm certainly not suggesting
21  that it doesn't need to be given.  That's
22  what it recommends here.  Correct?
23      A.    Correct.
24      Q.    I think that's all we need to
25  go through on that one.

Page 167

1          All right.  I want to -- as
2  Exhibit 13 to your deposition, I need to
3  change a -- I'm going to take another excerpt
4  from those NCCN Guidelines.
5          (Marked was Foote Exhibit 13.)
6          MR. MICELI:  I will just send
7      these to you two, Evan, before I open
8      it up.
9          MR. HOLDEN:  Is this the same
10      version?
11          MR. MICELI:  Yep.
12          MR. HOLDEN:  Okay.
13          MR. MICELI:  On -- and it's --
14      you will see why.  It's got the page
15      numbers there at the end.  I'm sending
16      it to you right now.
17          MR. HOLDEN:  He has the whole
18      guideline in front of him, if that
19      helps.
20          MR. MICELI:  Okay.  Well, I
21      will tell -- I will ask him to move to
22      particular pages then.  That will
23      help.
24      Q.    (By Mr. Miceli)  If you could
25  go to Page 107, it's actually down at the

Page 168

1  bottom.  It is MS-85.  Excuse me.  I did the
2  wrong one.  It's MS-32.
3      A.    All right.  I think I have that
4  one.
5      Q.    And do you see where it says in
6  the third -- well, first at the top left it
7  says "Adjuvant Cytotoxic Chemotherapy."
8  Correct?
9      A.    Yes.
10      Q.    And in the third paragraph it
11  says, "The purpose of distinguishing the
12  adjuvant chemotherapy regimens as preferred
13  in other adjuvant chemotherapy regimens is to
14  convey the sense of the panel regarding the
15  relative efficacy and toxicity of the
16  regimens."
17          Correct?
18      A.    That's what -- that's correct,
19  yes.
20      Q.    And then it says, "Factors
21  considered by the panel," excuse me, "include
22  the efficacy, toxicity and treatment
23  schedules of the regimens."
24          Correct?
25      A.    Correct.

Page 169

1      Q.    Now, part of your reason for
2  opining in your report that TAC is the
3  appropriate choice or is one of the
4  appropriate choices is because of the
5  efficacy which you claim is the -- or you
6  state is the efficacy, toxicity, and
7  scheduling of that regimen.  Correct?
8      A.    Absolutely.
9      Q.    Yet, the NCCN, in 2014, has
10  removed TAC as a Preferred regimen, put it in
11  the Other; and their explanation for the
12  breakdown of the regimens is the efficacy,
13  toxicity, and scheduling.  Correct?
14          MR. HOLDEN:  Objection to the
15      form.
16      A.    I believe the NCCN Guidelines
17  are not addressing which regimen is best for
18  Ms. Stewart.  I believe they are talking
19  about population statistics in general, but
20  any individual makes her own predictions or
21  necessities based on that individual patient.
22          For example, if the efficacy,
23  toxicity, and treatment schedules are most
24  important, in some patients the efficacy
25  becomes most important; and in people who

Page 170

1  have other many comorbid medical problems,
2  the toxicity may become more important.
3          And the NCCN Guidelines doesn't
4  tell you how to rank them.  It just says,
5  these are other regimens that, by the way, we
6  do not think are beyond the standard of care,
7  they're perfectly acceptable, we rank them
8  "Other" because of other issues that the
9  panel considers important in a general
10  population of people, not in any one
11  individual.
12      Q.   (By Mr. Miceli)  Right.  I
13  understand.  But populations are made up of
14  individuals, right?
15          MR. HOLDEN:  Objection to form.
16      A.   The average man is 5-9.  How
17  tall is my neighbor?
18      Q.   (By Mr. Miceli)  I understand.
19      A.   And you can't tell from
20  statistics about an individual.
21      Q.   Well, I understand.  But
22  what -- evidence-based medicine is based upon
23  medical research, clinical trials, published
24  literature.  Correct?
25      A.   The evidence-based medicine

Page 171

1  that exists is showing that TAC is a very
2  effective regimen for breast cancer which is
3  why it's on the -- one of the protocols that
4  you're allowed to use, if you will, if you
5  follow the guidelines by the NCCN.
6      Q.   Your statement in your report
7  is that the NCCN Guidelines are evidence
8  based and they are based upon medical
9  research, clinical studies, published
10  literature.  Correct?
11      A.   Yes.
12      Q.   Okay.  And clinical studies are
13  not done on individual patients.  They are
14  done in populations.  Correct?
15          MR. HOLDEN:  Objection to form.
16      A.   The practice of medicine is
17  taking published medical literature and NCCN
18  Guidelines as guidelines to help you direct
19  the care that's best for that individual
20  patient.
21          What Ms. Stewart needs --
22      Q.   (By Mr. Miceli)  Right.
23      A.   -- for her breast cancer is not
24  necessarily the same thing that my wife would
25  need if she had breast cancer.

Page 172

1          But that is what the practice
2  of medicine is all about, is applying the
3  published medical data and approval by NCCN
4  Guidelines, for example, to apply to that
5  particular patient.
6          Some people, one drug is better
7  than the other, one regimen is better than
8  the other, depending upon the approach that
9  you're trying to take.
10      Q.   Right.  Okay.  And when you
11  come to those conclusions, there are, as
12  we've already discussed -- though there may
13  be, as we've discussed, a number of regimens
14  that are all within the acceptable standard
15  of care.  Correct?
16      A.   I think that's accurate.
17      Q.   I'm going to flip to Page 12 of
18  your -- 11 and 12 of your report.
19          At the very bottom of Page 11
20  and going to the top of Page 12 you say, "The
21  information that we have obtained about
22  toxicities is abundant and easily available."
23          Correct?
24      A.   Yes.  Yes.
25      Q.   And when you say "it is

Page 173

1  abundant and easily available," what exactly
2  are you referring to?
3      A.   If I want to look up the
4  toxicities of Adriamycin, I can find them
5  very easily.
6      Q.   Okay.  And that's -- that's all
7  that's meant, if you wanted to find the
8  toxicities of really any particular drug, you
9  feel like you can just go and pull -- well,
10  where would you look for toxicities?
11      A.   Most of the toxicities I kind
12  of already understand them from my daily
13  reading; but if I have to look up a specific
14  question, usually it's a specific question.
15          Like if your hair turns green,
16  does this drug call green hair?  I would tend
17  to look on UpToDate or something like that to
18  see if that specific side effect has been
19  reported.
20      Q.   And do you regularly consult
21  UpToDate?
22      A.   Regularly?  I don't know what
23  you mean by that, but I use it commonly.
24      Q.   Is it sufficiently -- well, do
25  you recognize it sufficiently enough to

Lawrence E. Foote, M.D.

Page 174

1  accept it as a reliable source for
2  information?
3         MR. HOLDEN:  Objection to form.
4     A.   It's one of many pieces of
5  medical information that's available to us
6  that's easily handy and helps add to our fund
7  of knowledge.
8     Q.   (By Mr. Miceli)  I'm going to
9  mark as Exhibit 14 an UpToDate -- excuse me.
10 I was getting ready to give you the wrong
11 one.
12        MR. MICELI:  Let me send it to
13 you, too, Evan.  Or do you want to --
14 do you download it off of the screen?
15        MR. HOLDEN:  I can get it off
16 the screen.
17        (Marked was Foote Exhibit 14.)
18        MR. MICELI:  Okay.  I'm going
19 to open this up.
20    Q.   (By Mr. Miceli)  I will share
21 my screen with you, Doctor.
22        Do you recognize this UpToDate
23 for alopecia-related -- related to
24 symptomatic cancer -- or, excuse me, systemic
25 cancer therapy?

Page 175

1     A.   I've seen it, yes.
2     Q.   And have you reviewed it?
3     A.   Yes, but not recently.  It's
4  been probably a few months.
5     Q.   Do you agree that "For some
6  patients, the emotional trauma may be so
7  severe as to lead to refusing or delaying
8  treatment that might otherwise be
9  beneficial"?
10    A.   I believe that's true for some
11 patients, yes.
12    Q.   And do you believe that for
13 some patients it is also psychologically and
14 socially devastating?
15    A.   It can be, certainly.
16    Q.   Let's go to Page 7 of this
17 document and I want to go down -- let me find
18 my place.  Actually, I'm on Page 9.
19        Do you agree with the statement
20 on Page 9 of this document that, "Although
21 permanent alopecia is uncommon after
22 standard-dose chemotherapy, there is now
23 convincing evidence of permanent or prolonged
24 alopecia after standard-dose chemotherapy for
25 breast cancer (particularly with docetaxel

Page 176

1  and clearly related to both dose per infusion
2  and duration of exposure)."
3         Do you agree with that?
4         MR. HOLDEN:  Objection to form.
5     A.   I don't believe that the data
6  is -- would -- I didn't ever -- I never found
7  your spot.  Where are you here?
8     Q.   (By Mr. Miceli)  Okay.  I'm
9  sorry.  This paragraph, I'm sorry, at the top
10 of Page 9.
11    A.   Oh, there it is.  I see it.  I
12 don't know that the evidence is convincing
13 because all the data that shows long-term
14 hair loss with Taxotere is always given with
15 other drugs, so I don't see anything that's
16 convincing that Taxotere does it.
17    Q.   What measures can be taken to
18 isolate the use of Taxotere in its relation
19 to permanent chemotherapy-induced alopecia as
20 opposed to other agents?
21        MR. HOLDEN:  Objection to form.
22    A.   I believe you would have to do
23 a controlled and randomized study, getting a
24 bunch of patients who did not need docetaxel
25 and following them over time and giving the

Page 177

1  docetaxel to another group of patients that
2  are age- and disease-matched controls and
3  following them over time.  That study is not
4  ethical and won't be done.
5     Q.   (By Mr. Miceli)  So
6  without -- with the impossibility of
7  conducting an unethical study to test this,
8  are you saying there is absolutely no way to
9  identify the relative contribution or causal
10 association with Taxotere or any drug for
11 that matter?
12        MR. HOLDEN:  Objection to form.
13    A.   It's very hard to do
14 definitively.
15    Q.   (By Mr. Miceli)  When you say
16 it's very hard, is it possible to do?
17    A.   If you were to say that I think
18 that docetaxel causes more, I wouldn't argue
19 with you.  But if you said there is
20 convincing evidence that shows that it does,
21 I don't believe that.  So --
22    Q.   Okay.
23    A.   -- when I say it's hard to
24 show, meaning the data is not compelling,
25 it's maybe suggested in your interpretation

Lawrence E. Foote, M.D.

Page 178

1  of the data, but it's certainly not
2  convincing or compelling because of the
3  ramifications of being unable to study it in
4  a randomized fashion.
5      Q.    Have you attempted in any
6  fashion whatsoever to conduct a causation
7  analysis to determine the relative causal
8  association of Taxotere to permanent
9  chemotherapy-induced alopecia?
10         MR. HOLDEN:  Objection to form.
11     A.    I have read Dr. Feigal's
12  analysis.
13     Q.    (By Mr. Miceli)  My question
14  was:  Have you done an -- have you attempted
15  to do an analysis, yourself?
16         MR. HOLDEN:  Objection to form.
17     A.    I have read the published data
18  and interpreted it.  I don't know what you
19  mean by "do an analysis."
20         Did I look at all the data and
21  make a decision?  You bet.
22     Q.    (By Mr. Miceli)  Do you
23  apply -- we will get into Dr. Feigal's
24  analysis later in this deposition.
25         But did you apply any

Page 179

1  recognized methodology for assessing
2  causation other than simply reading articles
3  and coming to a general opinion on your own?
4         MR. HOLDEN:  Objection to form.
5     A.    Looking for things like
6  specificity and consistency, I don't see that
7  in my personal practice or in reading the
8  literature, as everybody who has permanent
9  hair loss from Taxotere is in a group of
10  patients who also have permanent hair loss
11  who did not receive Taxotere.
12         So it's very hard to be very
13  specific or consistent with that kind of
14  data.  So I have run an analysis looking at
15  those factors.  They are inconclusive.
16     (Brief off-the-record discussion
17  regarding extraneous talk from unmuted mic.)
18     Q.    (By Mr. Miceli)  Do you
19  know -- let me go back to the first page.
20         Do you know any of the authors
21  who were listed on this UpToDate document?
22     A.    No, I don't.
23     Q.    Do you know what Dr. Mario
24  Lacouture's specialty is?
25     A.    No.

Page 180

1     Q.    Do you know who Hope Rugo is?
2     A.    I know who she is, but I don't
3  know her.
4     Q.    What do you know of Dr. Rugo?
5     A.    I think she was a former Astro
6  president and publishes frequently.
7     Q.    In oncology?
8     A.    Yes.
9     Q.    Okay.  Do you know
10  Dr. Savarese?
11     A.    No.
12     Q.    Or Doctors Drews or Hordinsky?
13     A.    I say that I don't know any of
14  the doctors on list.  We can go through them
15  individually, but I don't know them.
16     Q.    Do you know how UpToDate goes
17  about reaching its conclusions that it
18  provides to practitioners such as yourself
19  who consulted when looking at toxicities for
20  drugs?
21     A.    I believe they -- and to be
22  frank, I don't know exactly how they do it;
23  but by reading, I believe they assign a topic
24  to people that they think are well educated
25  or versed in that topic, because I frequently

Page 181

1  see articles in UpToDate where the report
2  says:  At our institution, here is how we do
3  it.
4         If there is an area of
5  controversy, they don't necessarily say, do
6  this.  This is how we do -- here's how we do
7  it at UCLA, or wherever it is.
8         So I suspect they turn it over
9  to a group and have them hash out the
10  details.
11     Q.    Now, you do note that -- at
12  least on the front page it says, "All topics
13  are updated as new evidence becomes available
14  and our peer-review process is complete."
15  Correct?
16     A.    That's what it says, yes.
17     Q.    Are you familiar with what peer
18  review is?
19     A.    Yes.
20     Q.    How would you describe that
21  process?
22     A.    Research that is done is
23  usually looked at by other people who do
24  research to try to find deficiencies or
25  biases in the research to prevent things from

Page 182

1 being published that may have false
2 conclusions.
3      Q.    You, yourself, do not list on
4 your CV involvement as a peer reviewer for
5 any journals.
6           Have you ever done that?
7      A.    No.
8      Q.    But you do consult -- well,
9 strike that.
10          Do you consult UpToDate because
11 it is peer reviewed, it provides
12 peer-reviewed information that may be
13 relevant to your practice area?
14     A.    The reasons I consult it are
15 usually because it's easily accessible and I
16 can look stuff up quickly.  I can get the
17 same information by doing a literature
18 review, but sometimes I don't have time to do
19 a literature review, so I look things up in
20 UpToDate.
21     Q.    Now, when you do that, do you
22 do it because you believe they have, pardon
23 the pun, up-to-date information that is based
24 upon peer review of peer-reviewed literature?
25          MR. HOLDEN:  Objection to form.

Page 183

1      A.    I don't use it for -- again, I
2 can look at peer-reviewed literature by doing
3 literature searches in journals that only
4 publish peer-reviewed articles but -- and I
5 think that's what they do, but it's a
6 convenient way of putting those all in the
7 same place and having someone else review it.
8           So peer review is an important
9 component to what I read, but it's not the
10 only component.
11     Q.    (By Mr. Miceli)  Okay.  I want
12 to go back to Page 9 for a moment, and I'm
13 going to highlight another sentence for you.
14          This sentence right here that I
15 just highlighted reads (as read), "For
16 patients with breast cancer who are receiving
17 docetaxel at doses of 75 milligrams per meter
18 squared or over meter squared or above per
19 infusion, it is important to advise patients
20 about the risk of prolonged or permanent
21 alopecia."
22          Do you see that statement,
23 Doctor?
24     A.    I do see that statement.
25     Q.    Do you agree with it?

Page 184

1      A.    I believe the statement should
2 say:  For patients with breast cancer who are
3 receiving any chemotherapy, it is important
4 to advise them about the risk of prolonged or
5 permanent alopecia.
6      Q.    Okay.
7      A.    So I mean --
8      Q.    So as written you disagree --
9 I'm sorry.  Go ahead.
10     A.    I wasn't finished.
11          There are many patients who
12 have permanent alopecia who have never
13 received docetaxel.
14     Q.    Have you -- so would it be fair
15 to say you disagree with it as written and
16 you would amend it to read as you've just
17 stated?
18     A.    I think that would be fair.
19     Q.    Have you attempted to do or to
20 perform a causation analysis for any drug,
21 not just Taxotere, to determine whether or
22 not it demonstrates -- the evidence
23 demonstrates in a statistically significant
24 way that any chemotherapy drug is
25 associated -- causally associated with an

Page 185

1 increased risk of chemotherapy-induced
2 permanent alopecia?
3          MR. HOLDEN:  Objection to form.
4      A.    I have not seen through
5 Dr. Feigal's report and deposition or
6 Dr. Bosserman's, or anybody else's, an
7 analysis of the factors relating to
8 Adriamycin and Cytoxan causing permanent hair
9 loss.
10          We know it happens.  It's been
11 well reported.  There are multiple reports of
12 it.  And to say since I haven't done analysis
13 on that therefore it doesn't happen, I
14 believe that everybody would agree that it
15 does happen whether I do a formal analysis of
16 it or not.
17     Q.    (By Mr. Miceli)  Well, you
18 mentioned reports.  Now, is it your opinion
19 or will you offer the opinion that case
20 report -- a case report of persistent or
21 permanent chemotherapy-induced alopecia alone
22 establishes causation?
23     A.    A case report is a case report
24 and does very little except give us something
25 to look at closer.  It doesn't prove

Lawrence E. Foote, M.D.

Page 186

1 anything.
2    Q.   Okay.  So we at least agree
3 that case reports alone do not establish
4 causation for drugs where people have taken
5 them and report permanent alopecia.  Correct?
6         MR. HOLDEN:  Objection to form.
7    A.   I believe case reports of
8 toxicity to chemotherapy are not very helpful
9 by themselves.
10   Q.   (By Mr. Miceli)  Now, I want to
11 go back to that statement that you disagree
12 with as written.
13        Just concerning the portion of
14 that sentence where it says (as read), "for
15 patients with breast cancer who are receiving
16 docetaxel at doses of 75 milligrams over
17 meter squared or above per infusion," that
18 would include Ms. Stewart.  Correct?  Because
19 she received 75 milligrams over metered
20 squared.  Right?
21   A.   The docetaxel that she received
22 would be included on that; but if the
23 statement said, like I said, that all
24 patients receiving chemotherapy should be
25 informed, that would also include

Page 187

1 Ms. Stewart.
2    Q.   Okay.  All right.  What
3 peer-reviewed journal has set out what dose
4 level of Adriamycin a patient has to be on
5 before they receive the warning of prolonged
6 or permanent chemotherapy-induced alopecia?
7         MR. HOLDEN:  Objection to form.
8    A.   The warning label where?  I
9 don't know where --
10        (Cross-talk.)
11   Q.   (By Mr. Miceli)  What -- let
12 me -- let me back up.  I will -- I will
13 attack it differently.
14        We already established that you
15 do not agree with, as written, the sentence
16 that ends, "It is important to advise
17 patients about the risk of prolonged or
18 permanent alopecia," talking about
19 75 milligrams over meter squared or higher
20 for docetaxel.
21        My question is:  Have you seen
22 any peer-reviewed medical journal,
23 publication of any type, that sets out at
24 what milligram dose over meter squared of
25 Adriamycin a patient must receive before they

Page 188

1 are advised of prolonged or permanent
2 alopecia?
3         MR. HOLDEN:  Objection to form.
4    A.   There are several studies that
5 show that people developed permanent
6 alopecia, however that study describes it,
7 who never received docetaxel and only
8 received Adriamycin or Adriamycin and
9 Cytoxan.
10        The question about what dose,
11 well, if you give an effective dose for
12 breast cancer, it causes it.  Nobody has
13 tried to determine what's the minimal dose
14 you could give and have them not get it and
15 still survive the breast cancer because in
16 doing so would require us to go on lower and
17 lower doses until the mortality of breast
18 cancer went up, which we would never do that
19 study.
20        So they didn't try to -- an
21 effective dose of Adriamycin causes it.  It
22 has not been studied in lower doses.
23   Q.   (By Mr. Miceli)  You say "an
24 effective dose of Adriamycin causes it."
25        What leads you to the

Page 189

1 conclusion that Adriamycin at any dose causes
2 permanent chemotherapy-induced alopecia?
3    A.   Because some of the studies
4 we've looked at where they are looking at
5 permanent alopecia, some of the patients
6 received Adriamycin and did not
7 receive -- most of them received Adriamycin
8 and cyclophosphamide so it could be the
9 combination, but did not receive docetaxel or
10 paclitaxel.
11   Q.   Are you referring to the
12 publications that are referenced later in
13 your report?
14   A.   I suspect so.
15   Q.   Well, you keep referring to
16 studies, and my question is:  Are you
17 referring to observational articles,
18 retrospective articles, or are you referring
19 to randomized control trial data?
20   A.   There is no randomized control
21 trial data when we checked the degree of
22 permanent alopecia compared to a control
23 group because no control group can be -- that
24 trial can't be done, as we discussed earlier.
25   Q.   What articles have you reviewed

Lawrence E. Foote, M.D.

Page 190

1  that come to the conclusion that Adriamycin
2  causes permanent chemotherapy-induced
3  alopecia?
4     A.    Again, it may be Adriamycin
5  plus cyclophosphamide because most people who
6  get one get both.  And there are several
7  studies.  I would have to go look through the
8  things.  I believe the Sparano one is one of
9  them.
10        But several of them where they
11  got -- or some of the -- even the hair loss
12  clinic studies where they got Adriamycin and
13  Cytoxan and never received the taxane, and
14  some of those people still had permanent hair
15  loss.
16    Q.    But your -- is it your position
17  that those articles demonstrate causation or
18  are they simply case reports reported of an
19  event associated with a drug?
20        MR. HOLDEN:  Objection to form.
21    A.    They are articles that were
22  used to make the point about docetaxel as
23  well, and some of them showed that the
24  Adriamycin and cyclophosphamide combination
25  caused more permanent alopecia than adding in

Page 191

1  the docetaxel.
2        So they are not randomized,
3  controlled studies looking at hair loss.
4  None of them are.  None of them quoted by any
5  of the experts --
6    Q.    (By Mr. Miceli)  Okay.
7    A.    -- are a randomized, controlled
8  study looking at permanent hair loss.
9        MR. MICELI:  All right.  Let me
10  do this.  I want to -- I need to talk
11  to my colleague.  I want to take a
12  break.  Let's take about a ten-minute
13  break, and we will be back at 12:30
14  central time.
15        THE VIDEOGRAPHER:  Time now is
16  12:21 p.m.  We are off the record.
17        (Recess taken at 12:21 p.m.,
18  resuming at 12:42 p.m.)
19        THE VIDEOGRAPHER:  Time now is
20  12:42 p.m. we are back on the record.
21    Q.    (By Mr. Miceli)  Dr. Foote, I'm
22  putting back into the chat box, and I
23  probably should send to Evan because I don't
24  know if he has this one, the 2020 NCCN
25  Guidelines.

Page 192

1        (Marked was Foote Exhibit 15.)
2        MR. MICELI:  Evan, I'm sending
3  this now to you.
4    Q.    (By Mr. Miceli)  Have you
5  reviewed this lately, Doctor?
6    A.    Not in the last month or so.
7  The 2020?  No.
8    Q.    Yes.  I will show you the first
9  page of them just so we're clear.
10        What this one says is Version 6
11  of 2020, September 8, 2020.
12        So this is -- as far as the
13  NCCN website goes, this is the most recent
14  one I could find on it.  I want to go to --
15        MR. HOLDEN:  You're not --
16  you're not sharing the screen, Dave,
17  or it's not up there.
18        MR. MICELI:  Oh, I'm not?  I
19  apologize.  Thank you.  There we go.
20  Sorry about that.
21        Thank you, Evan.
22    Q.    (By Mr. Miceli)  This is the
23  most recent one I could find, "Version 6,
24  2020, Breast Cancer NCCN Evidence Blocks.
25        Are you familiar with the new

Page 193

1  layout of the NCCN Guidelines?
2    A.    I've used it.  I don't really
3  study the layout.  I just kind of fumble
4  through it, find what I need to find.
5    Q.    I'm going to jump to Pages 52
6  and 53.  This again is the "Guidelines for
7  Invasive Breast Cancer, Preoperative/Adjuvant
8  Therapy Regimens.  HER2 negative."
9        That would be Ms. Stewart.
10  Correct?
11    A.    Yes.
12    Q.    And then it has -- it breaks it
13  down further --
14        MR. HOLDEN:  (Cross-talk.)
15  Hold on one second.  I'm going to just
16  print out these two pages if you --
17        MR. MICELI:  Yeah, yeah.  If
18  you want to.  And if you want to, you
19  might want to print out Page 141, too.
20        MR. HOLDEN:  I got it.
21    Q.    (By Mr. Miceli)  Dr. Foote, the
22  regimens now, instead of just being Preferred
23  and Others, they now have Preferred Regimens,
24  Useful in Certain Circumstances, and then
25  Other Regimens.  Correct?

Page 194

1     A.    (Inaudible).
2     Q.    I'm sorry.  Did you answer,
3  Doctor?  I apologize.
4     A.    I'm sorry.  I said "correct,"
5  yes.
6     Q.    Okay.  Thank you.  I didn't
7  hear it.  I do apologize.
8           And dose-dense AC followed by
9  weekly paclitaxel in 2020 still remains as a
10  preferred regimen.  Correct?
11    A.    Correct.
12    Q.    And docetaxel is not in the
13  Useful in Certain -- or excuse me, TAC is not
14  listed in the Useful in Certain
15  Circumstances.  Correct?
16    A.    It's listed in the Other
17  Recommended Regimens.
18    Q.    Other Recommended Regimens over
19  here, correct.
20          And if we go to Page 53, are
21  you familiar with this new layout of the NCCN
22  Guidelines?
23    A.    I've seen it, but I don't
24  really study it.  I don't know how they come
25  up with it.

Page 195

1     Q.    What it has -- at least in the
2  NCCN Guidelines it has E, S, Q, C, A across
3  the bottom.  And that is Efficacy, Safety of
4  Regimen, Quality of Evidence, Consistency of
5  Evidence, and Affordability of Regimen/Agent.
6          Correct?
7     A.    Correct.
8     Q.    And then they rank them from --
9  1 is low and 5 is high.  Correct?
10    A.    Correct.
11    Q.    And if you compare dose-dense
12  AC weekly paclitaxel, this box right here,
13  Neoadjuvant, this is where Ms. Stewart's
14  treatment would be in the Neoadjuvant column,
15  and she would be down here with TAC, correct?
16          MR. HOLDEN:  Objection to form.
17    A.    Correct.
18    Q.    (By Mr. Miceli)  And if you
19  look at the box diagram and compare the TAC
20  to the AC weekly paclitaxel, at least for the
21  NCCN purposes, there is no topic or there is
22  no category of Efficacy, Safety, Quality of
23  Evidence, Consistency of Evidence, or
24  Affordability, at which the TAC regimen
25  outscores the -- or outranks the dose-dense

Page 196

1  AC followed by weekly paclitaxel.  Correct?
2          MR. HOLDEN:  Objection to form.
3     A.    That's one way of looking at
4  it.  Another way would be as far as Efficacy,
5  TAC is just as efficacious as AC followed by
6  weekly Taxol.
7     Q.    (By Mr. Miceli)  Right.  And
8  Safety, it demonstrates it's a little less
9  safe.  Correct?
10    A.    Correct.
11    Q.    And then it appears that they
12  are -- well, I guess Quality of Evidence,
13  it's a little less for TAC, one box less for
14  TAC; and the other two there, the same.
15  Correct?
16    A.    Correct.
17    Q.    If we go to Page 141 --
18          MR. HOLDEN:  Objection to form.
19    Q.    (By Mr. Miceli) -- okay, of
20  this, under -- and we can go back to, I
21  guess, to 140 because it talks about adjuvant
22  chemotherapy -- adjuvant cytotoxic
23  chemotherapy again.
24          And at 141 it again
25  distinguishes regimens as Preferred and Other

Page 197

1  is to convey the sense to the panel regarding
2  the relative efficacy and toxicity and the
3  factors considered are, still, Efficacy,
4  Toxicity and Treatment Schedules.  Correct?
5     A.    Correct.
6     Q.    So looking back on the prior
7  comment that you had in your report about the
8  NCCN Guidelines at times lagging behind the
9  discovery of evidence that would change the
10  recommendations, it appears at least for the
11  six years, six-plus years between Version 1
12  of 2014 and Version 6 of 2020, the reasoning
13  and the differing categorizations of
14  Preferred and Other remain the same or at
15  least they remain the same at the bookends of
16  that six-year period.  Correct?
17          MR. HOLDEN:  Objection to form.
18    A.    Just to be clear, when I'm
19  talking about the delay in the NCCN
20  Guidelines, it's not a criticism.  You
21  can't --
22    Q.    (By Mr. Miceli)  No, no.
23    A.    -- talk about published data
24  before it's published.  So it's not a
25  criticism.

Page 198

1    Q.    I understand.
2    A.    It's not that -- I think that
3 the NCCN Guidelines for neoadjuvant breast
4 cancer are reasonable and they show that TAC
5 is just efficacious as AC plus T, which is
6 the main --
7    Q.    Right.
8    A.    -- consideration, and
9 Ms. Stewart wants to get something that's
10 going to work effectively and quickly and
11 that was the main consideration.
12    Q.    Right.  All right.  But at
13 least at the end -- at the bookends of that
14 six-year period there was nothing that was
15 demonstrated to the panel to place TAC back
16 in the Preferred regimen category.  Correct?
17          MR. HOLDEN:  Objection to form.
18    A.    Nothing to show that it should
19 be taken off of the other recommended
20 regimens.  It's still on the list, but you're
21 right, no change.
22    Q.    (By Mr. Miceli)  But it's --
23 right.  It's still on the list but -- well,
24 yeah, okay, we will leave it at that.
25          All right.  Because of some of

Page 199

1 the things we discussed right before we took
2 that break I have to ask a series of
3 questions; and it may seem tedious, but there
4 is a reason I need to ask them this way.
5          I want to ask you specifically,
6 do you intend to offer an opinion based upon
7 reliable scientific evidence that Adriamycin
8 causes permanent chemotherapy-induced
9 alopecia?
10          MR. HOLDEN:  Objection to form.
11    A.    I think there are studies that
12 show that people who received multiple
13 different chemotherapy drugs were found to
14 have over time permanent alopecia.
15          Those reports don't show that
16 one or another drug causes it.  It just shows
17 that it happened.  It may be permanent that
18 we don't know how to measure beforehand and
19 may be only in people who drive blue cars or
20 something we don't know is related.
21          So the fact that multiple
22 chemotherapies have been given and people end
23 up with permanent alopecia doesn't prove that
24 one or another causes it or doesn't cause it.
25    Q.    (By Mr. Miceli)  I appreciate

Page 200

1 that and I think you may have answered the
2 question a roundabout way, but I need to have
3 a -- I need to -- I want to try to get a
4 specific answer to this question because you
5 intend to come and testify at the trial of
6 this case.  Correct?
7    A.    Yes.
8    Q.    And I need to know, when you
9 come into the courtroom, do you intend to
10 offer an opinion that Adriamycin causes
11 permanent chemotherapy-induced alopecia?
12    A.    No.
13    Q.    Do you intend to offer an
14 opinion that cyclophosphamide causes
15 permanent chemotherapy-induced alopecia?
16    A.    No.
17    Q.    Do you intend to offer an
18 opinion that Tamoxifen causes permanent
19 alopecia?
20          MR. HOLDEN:  Objection to form.
21    A.    No.  Sorry.  You may not have
22 heard me.
23    Q.    (By Mr. Miceli)  Okay.  Do you
24 intend to offer an opinion that Taxol or
25 paclitaxel causes permanent

Page 201

1 chemotherapy-induced alopecia?
2          MR. HOLDEN:  Objection to form.
3    A.    No.
4    Q.    (By Mr. Miceli)  Do you intend
5 to offer an opinion that any drug causes
6 permanent chemotherapy-induced alopecia?
7    A.    I don't think the date is
8 compelling enough to show that any one drug
9 causes it.  I just think the data shows that
10 people who get chemotherapy or hormonal
11 therapy sometimes have that.  We don't really
12 know what the true cause is.
13    Q.    So would the answer be that you
14 don't intend to come into court and testify
15 that any drug causes permanent
16 chemotherapy-induced alopecia?
17          MR. HOLDEN:  Objection to form.
18    A.    I'm a little more subtle than
19 that.  I'm not saying no drug will cause it.
20 I'm saying we don't have any evidence that a
21 specific drug causes it.  There may be a drug
22 that causes it, but certainly we don't have
23 any proof of that presently.
24    Q.    (By Mr. Miceli)  Right.  But I
25 guess for purposes of what I want to make

Page 202

1  sure I'm getting forecasted for me, if Evan
2  puts you up at trial and says, Dr. Foote,
3  have you formed an opinion as to whether or
4  not any drug -- any chemotherapy drug or
5  Tamoxifen causes permanent chemotherapy-
6  induced alopecia, your answer to that
7  question currently would be no, correct,
8  because of the current state of the evidence?
9      MR. HOLDEN:  Objection to form.
10     A.   I probably wouldn't answer in
11 one word.  I'd probably say when you ask a
12 question of any drug, well, I go -- there may
13 be some drug that causes it, but I don't have
14 enough evidence to say that there is.  So
15 I --
16     Q.   (By Mr. Miceli)  Okay.
17     A.   -- the answer would be, in
18 short answer, no.  The long answer, I
19 probably would --
20     Q.   Okay.
21     A.   -- have talked too much in
22 answering.
23     Q.   Very good.  Let me just keep
24 going a little bit here on your -- I need to
25 stop sharing my screen.

Page 203

1      I want to go to Page 14 of your
2  report with you.  Actually, you know what, I
3  want to -- I apologize to have to do this.
4  I'm going to go actually a couple of pages
5  earlier, back to Page 12.
6      A.   Okay.
7      Q.   You have a section titled
8  "Sandoz' Docetaxel Labeling and Hair Loss."
9  Correct?
10     A.   Correct.
11     Q.   All right.  There are a number
12 of things I want to discuss with you in this
13 section, but you -- you say, "In my
14 opinion" -- at the beginning of this
15 section -- "In my opinion as a practicing
16 medical oncologist, Sandoz' docetaxel
17 labeling and published information make clear
18 that hair loss is a potential side effect of
19 the medication.  It is clear from" package --
20 "the package insert that docetaxel is
21 associated with hair loss and it is well
22 described in the published label and in
23 medical literature.  It is my opinion that
24 Sandoz' labeling is adequate and not
25 defective in any way."

Page 204

1      Correct?
2      A.   Correct.
3      Q.   Now, in that paragraph where
4  you're talking about hair loss, are you
5  referring to temporary chemotherapy-induced
6  hair loss or permanent hair loss or both?
7      MR. HOLDEN:  Objection to form.
8      A.   I think hair loss as a general
9  term that means hair loss.  It doesn't
10 attempt to imply or describe temporality or
11 not.
12     Q.   (By Mr. Miceli)  I want to
13 just -- I'm going to unpack some of that for
14 us -- or with you.
15     Now, you are not going to offer
16 an opinion as a FDA labeling expert, correct?
17     A.   That's correct.
18     Q.   And you do not hold yourself
19 out to be that.  Your comments here are as a
20 treating oncologist that treats patients that
21 received Sanofi's -- or, excuse me, Sandoz
22 docetaxel product.  Correct?
23     A.   Correct.
24     Q.   We have already looked at one
25 source, which was UpToDate, and we don't need

Page 205

1  to go back and talk about the "there is now
2  convincing evidence" statements in that
3  document.  You disagree with that.  Correct?
4      A.   Correct.
5      Q.   And you do cite to UpToDate in
6  your report as a resource that you refer to
7  or consult when you're investigating
8  toxicities associated with drugs.  Right?
9      MR. HOLDEN:  Objection to form.
10     A.   I use it for many things, but
11 that is a common usage.
12     Q.   (By Mr. Miceli)  Very good.
13 Now, you state on Page 12, at the bottom of
14 that second paragraph, you talk about the
15 FDA's (as read) "preferred nomenclature
16 during this time period in chemotherapy
17 labeling for alopecia was not to" be
18 included -- "was not to include a durational
19 modifier such as 'permanent' or 'persistent'
20 or 'temporary'."
21     Do you see that?
22     A.   Yes.  I see that.
23     Q.   What is your basis for saying
24 that it was -- that FDA preferred that --
25 that the FDA's preferred nomenclature was to

Lawrence E. Foote, M.D.

Page 206

1 not include a durational modifier?
2         MR. HOLDEN:  Objection to form.
3     A.    I don't have any basis for the
4 specific thing.  I think a better way to say
5 it was the FDA nomenclature didn't include,
6 so I just presumed that to be their
7 preference because I don't ever see anything
8 saying permanent or temporary or short
9 duration.
10        I never saw anything like that.
11 So I don't know if they preferred that.  I'm
12 just commenting that's what they did.
13    Q.    (By Mr. Miceli)  I mean, you're
14 saying basically that the label doesn't have
15 a modifier and you assumed that that's what
16 FDA preferred?
17        MR. HOLDEN:  Objection to form.
18    A.    Well, I presume that the FDA
19 looks at every single word on the label and
20 uses the words that they prefer to use.
21    Q.    (By Mr. Miceli)  But you didn't
22 review any documents that go over the
23 process, that regulatory process, to come to
24 this conclusion.  It's just the label
25 language itself that you're presuming that

Page 207

1 from.  Correct?
2     A.    I think that is correct.  Yes.
3     Q.    You didn't look at Sandoz' or
4 Sanofi's, for that matter, regulatory
5 documents concerning labeling, did you?
6     A.    No.
7     Q.    And you didn't review any FDA
8 guidance for industry that would lead you to
9 the conclusion that FDA-preferred
10 nomenclature didn't include durational
11 modifiers, did you?
12        MR. HOLDEN:  Objection to form.
13 Objection to form.
14    A.    I did not look at any of those
15 reports, no.
16    Q.    (By Mr. Miceli)  And to you,
17 just generally, the terms -- we can agree, I
18 hope, that the terms "permanent" and
19 "temporary" do mean different things, don't
20 they?
21    A.    Certainly, sure.
22    Q.    And the -- do you know or have
23 any knowledge whatsoever about the Code of
24 Federal Regulations as they relate to what
25 needs to be in a label?

Page 208

1         MR. HOLDEN:  Objection to form.
2     A.    I do not know what requirements
3 they have, no.
4     Q.    (By Mr. Miceli)  If I were to
5 ask you what does it take -- what level of
6 evidence is necessary to make a Section 5 or
7 a Section 6 change to a label, would you
8 agree with me you're not the expert to speak
9 to that topic?
10    A.    I would agree with that.
11    Q.    If I were to ask you the --
12 what the Code of Federal Regulation as it
13 relates to labeled adverse events and what
14 needs to be described for purposes of
15 duration or severity, would you also agree
16 with me that you're not the expert to speak
17 to that topic?
18    A.    I would agree with that.
19    Q.    I think we may have gone over
20 this.  But up to now, not -- this is Page 12
21 of your report, and if you want to flip
22 through the hard copy.
23        Up to this point in your report
24 your references include two product inserts,
25 the cancer.gov website that was Footnote No.

Page 209

1 1 or Reference No. 1, and then two
2 explanations for Footnotes 4 and Footnotes 2.
3 Correct?
4     A.    I believe that's correct, yes.
5     Q.    And so up to this point in your
6 report, aside from those references, would it
7 be your testimony that no specialized
8 knowledge of an oncologist is necessary to
9 communicate what is in your report up to this
10 point?
11        MR. HOLDEN:  Objection to form.
12    A.    I think the stuff I'm saying
13 with the report is understandable by anybody
14 with an appropriate explanation, and it
15 doesn't require a specific citation of the
16 literature to make that point.
17    Q.    (By Mr. Miceli)  Concerning
18 Paragraph No. 4, how did you come up with
19 this language?  I'm sorry, not Paragraph 4.
20 Reference No. 4 on Page 12.
21        MR. HOLDEN:  Objection to form.
22    A.    I didn't come up with the
23 language, but I did discuss with the
24 attorneys that the assessment of alopecia is
25 called many, many things in many different

Lawrence E. Foote, M.D.

Page 210

1  studies and the specific identification of it
2  is pretty vague and not consistent across
3  studies.
4      Q.    (By Mr. Miceli)  Okay.  But you
5  would agree with me that you didn't come up
6  with these words yourself.
7          MR. HOLDEN:  Objection to form.
8      A.    I may have called -- I may have
9  said "hair regrowth."  I mean, I may have
10  said some of these words; but I did not
11  design that text, if that makes sense.
12     Q.    (By Mr. Miceli)  Okay.  It
13  does.  Thank you.
14         I apologize for continuing to
15  do this, but I need to locate it for you in
16  this document.
17         Go down to the paragraph
18  that -- the bottom paragraph on Page 12 that
19  starts "Furthermore..."
20         Do you see that?
21     A.    Yes.
22     Q.    And then you state -- I'm going
23  to highlight this and then I'm going to share
24  my screen with you.
25         You see the highlighted text I

Page 211

1  have here, "Sanofi's Taxotere patient
2  information" -- excuse me.
3          "Sanofi's Taxotere patient
4  information section of the labeling was
5  modified by the FDA and Sanofi and
6  incorporated into Sandoz' docetaxel package
7  insert when Sandoz' docetaxel was approved,
8  to inform patients to notify their doctor if
9  certain adverse reactions, including hair
10  loss, do not go away.  Again, this language
11  implies that hair loss may be permanent or
12  persistent."
13         Did I read that correctly?
14     A.    Yes, you did.
15     Q.    Did you read regulatory
16  documents from Sanofi and Sandoz, both?
17         MR. HOLDEN:  Objection to form.
18     A.    I believe I just read the
19  package inserts.  Although I don't -- I've
20  read a lot of things.  I don't remember
21  specifically if I read this particular
22  article or that one.  But I believe I just
23  read this from the package inserts.
24     Q.    (By Mr. Miceli)  You don't cite
25  here on Page 12 what you're referring to that

Page 212

1  led you to understand Sanofi's labeling
2  insert or patient information and the level
3  of involvement of the FDA and Sanofi in
4  making any changes.  Correct?
5      A.    I do not cite that, correct.
6      Q.    And you don't cite any
7  regulatory documents internal to Sandoz about
8  how it came up with the inclusion or
9  exclusion of language that went into its
10  label.  Correct?
11         MR. HOLDEN:  Objection to form.
12     A.    Correct.
13     Q.    (By Mr. Miceli)  And how do you
14  come to the conclusion that the language that
15  is referenced in this paragraph that we don't
16  have a source for is meant to imply that hair
17  loss may be permanent?
18         MR. HOLDEN:  Objection to form.
19     A.    If -- I'm trying to think of an
20  analogy.  But if you were hired as an
21  attorney and we said you generally would get
22  paid, you might want to say, you mean I will
23  get paid.  So "generally" implies that you
24  might not, as opposed to saying you will.
25         So this says it generally grows

Page 213

1  back means that sometimes it doesn't.  I
2  think that's pretty clear use of the
3  language.  I think we use that all the time.
4          Generally there is not going to
5  be much traffic at this time of day, but
6  sometimes there is, which means -- generally
7  means it's not saying there absolutely won't
8  be traffic this time of day.
9          So I think that's just --
10     Q.    (By Mr. Miceli)  Right.
11     A.    -- understanding the English
12  language, that when somebody says generally
13  this occurs it implies that sometimes it
14  doesn't.
15     Q.    But understanding I think we --
16  we talked about this earlier, just moments
17  ago, but you're unfamiliar with the labeling
18  requirements as they relate to whether or not
19  a company is aware of a differing duration or
20  severity of an adverse event even if its
21  biophysical mechanism may be similar to
22  something that is already in the label.
23         Those are regulations that
24  you're unfamiliar with.  Correct?
25     A.    That is correct.  I have not

Page 214

1 reviewed those regulations.
2    Q.    So to the extent the
3 regulations may require communication, if
4 known, of differing severity or duration for
5 labeled events, when it becomes known that
6 there is a severity or duration issue, that's
7 not something you're going to testify to as
8 an expert in this case, right?
9    A.    That's correct.
10       MR. HOLDEN:  Objection to form.
11    Q.    (By Mr. Miceli)  I apologize
12 for looking down and x'ing through some
13 things, but you and I have covered some of
14 this.
15       Let me see if I'm correct on
16 this.  I want to make sure I'm -- I don't
17 tell you something and then move -- again,
18 move away from it again.
19       The section on page -- begins
20 on Page 14, Chemotherapy and Hair Loss.
21       You state, beginning on the
22 bottom of 14 (as read):  "It has been
23 understood and relayed to me during my
24 training and confirmed during my years in
25 practice that docetaxel as well as many other

Page 215

1 chemotherapy drugs are associated with a high
2 risk of hair loss and that, in some cases,
3 the hair grows back differently with respect
4 to fullness, texture, and color."
5       Correct?
6    A.    That's correct.
7    Q.    You then state that -- I'm
8 trying to find the portion of it.
9       I want to go down to the bottom
10 here.  In Footnote 16 you list a number of
11 articles that support the reference in the
12 paragraph that begins, "It is understood by
13 oncologists," the sentence that reads, "In
14 addition, there were reports in the medical
15 literature, including many predating
16 Ms. Stuart's diagnosis, of ongoing hair loss
17 following chemotherapy with many common
18 breast chemotherapy agents including the
19 three systemic chemotherapy agents with which
20 Ms. Stewart was treated and with the hormonal
21 intervention she received after
22 chemotherapy."
23       Do you see that in footnote --
24 or Reference 16?
25    A.    Yes.

Page 216

1    Q.    Do you need to take one?
2 I'm --
3    A.    I'm good.
4    Q.    Okay.  All right.  The list of
5 articles there, are these articles that you
6 were familiar with as an oncologist because
7 you read them in oncology journals, or were
8 these articles that were provided to you?
9    A.    Some of them were provided to
10 me.  Some of them I knew about.  I generally
11 read clinical oncology pretty regularly,
12 journals pretty regularly.  Some of these I
13 don't normally read so they were, I'm sure,
14 given to me.
15    Q.    Now, the articles that you
16 cite, De Jonge particularly, are you -- were
17 you familiar with that one before you were
18 retained as an expert in this case?
19    A.    That one I remember I had read
20 previously, yes.
21    Q.    Do you recall the level of
22 cyclophosphamide that was utilized in the
23 De Jonge paper?
24    A.    I don't recall, no.
25    Q.    Do you recall whether or not

Page 217

1 the authors of the De Jonge paper had ruled
2 out cyclophosphamide as a potential cause of
3 ongoing alopecia in this bone marrow
4 transplant article?
5       MR. HOLDEN:  Objection to form.
6    A.    I don't recall, but -- but my
7 recollection was they thought it was mostly
8 the Thaltipa, but I don't recall
9 specifically.
10    Q.    (By Mr. Miceli)  Doctor, do
11 you -- will you offer the opinion that any
12 chemotherapy agent that can cause temporary
13 alopecia can also cause or -- let me back
14 that up.
15       We just went over a number of
16 drugs that you said you're not going to come
17 into court and offer an opinion that they
18 cause permanent chemotherapy-induced
19 alopecia.
20       This may be a little bit of a
21 different question, but do you have any -- do
22 you make any assumptions that drugs that
23 cause reversible alopecia can also cause
24 permanent or irreversible alopecia?
25       MR. HOLDEN:  Objection to form.

Lawrence E. Foote, M.D.

Page 218

1    A.    My general conclusion is that
2  people who develop kind of short-term
3  alopecia, some of them it doesn't grow back
4  very well and it's most likely related to
5  issues that we don't study or we haven't done
6  a study comparing normal people versus
7  chemotherapy patients and people who have
8  menopausal versus post-menopausal -- we don't
9  know the answer.
10          So I think anybody who develops
11 alopecia from chemotherapy may have it grow
12 back poorly.  We don't know who -- how to
13 pick, who it does -- who it affects.
14    Q.    (By Mr. Miceli)  Regardless of
15 which drug is utilized?
16    A.    I think any drug that causes
17 the -- kind of the fairly acute or profound
18 alopecia that we're talking about.
19          So some drugs that don't cause
20 alopecia, I don't think they increase that
21 risk, or they don't seem to.
22          But any drug that causes
23 alopecia may cause it to grow back in a
24 manner that's not satisfactory or not as full
25 as it used to be.

Page 219

1    Q.    Have you reviewed any articles
2  that give you an understanding as to what the
3  pathologic diagnostic criteria are for
4  permanent alopecia?
5          MR. HOLDEN:  Objection to form.
6    A.    I have reviewed some articles
7  that try to define what they call it in their
8  study, but it's not -- it's not very well
9  described.
10          As far as the pathological
11 of -- of looking at the pathologies of the
12 scalp biopsies, that's using a lot terms I
13 don't normally use and I gave up trying to
14 understand it.
15    Q.    (By Mr. Miceli)  And so you're
16 not going to testify about the pathology of
17 permanent chemotherapy-induced alopecia?
18    A.    Correct.
19    Q.    And whether or not follicular
20 dropout or loss of what's called follicular
21 ostia is or is not present in patients who
22 have permanent chemotherapy-induced alopecia,
23 that's not part of your opinions.  Correct?
24    A.    That's correct.
25    Q.    Now, let's go to Page 17 of

Page 220

1  your report.  And this is where you begin
2  your criticism of Dr. Feigal's Bradford-Hill
3  causation analysis.  Correct?
4    A.    Yes.
5    Q.    Other than citing -- and I look
6  down at the -- at Footnote -- I'm sorry.  How
7  did I get to Page 12?
8          Page 17.  When I look down at
9  Footnote 21, you reference Dr. Feigal's
10 report and you reference a Miguel Martín
11 article, "Adjuvant Docetaxel with Node
12 Positive Breast Cancer," the 2005 New England
13 Journal of Medicine.  Correct?
14    A.    Correct.
15    Q.    And what you cite in the body
16 of your report is the ten-year follow-up of
17 the TAX316 study with the 29 patients in the
18 TAC arm and the 16 in the FAC arm.  Correct?
19    A.    Correct.
20    Q.    And that's what your reference
21 to 21 is meant to include.  Correct?
22    A.    I think so.
23          MR. HOLDEN:  Objection to form.
24    Q.    (By Mr. Miceli)  Now, you do
25 not cite -- and we can go to Page 18 and

Page 221

1  beyond if you would like.  But you do not
2  cite in your report any basis or any support
3  for the criticisms of Dr. Feigal's
4  methodology to the extent that you claim that
5  she failed to properly assess the Hill
6  criteria.  Correct?
7          MR. HOLDEN:  Objection to form.
8    A.    I think I do explain some of
9  that in the subsequent discussion, but I
10 don't necessarily point it out in the words
11 you used.  But I think some of these clearly
12 show a -- an inconsistency in those criteria.
13    Q.    (By Mr. Miceli)  Okay.  I
14 understand that you have criticisms and you
15 believe she shows some inconsistencies.
16          My point was you do not cite to
17 any other published literature or source for
18 the application of the Hill criteria,
19 Bradford-Hill criteria, in the manner in
20 which -- that demonstrates the manner in
21 which Dr. Feigal did it was inappropriate.
22 Correct?
23          MR. HOLDEN:  Objection to form.
24    A.    I did not -- I did not cite in
25 the report saying that her trying to analyze

Lawrence E. Foote, M.D.

Page 222

1  this using a Bradford-Hill concept is
2  inappropriate.
3      Q.   (By Mr. Miceli)  And it's just
4  simply your personal criticisms as you walk
5  through it and where you see them as either
6  not fitting appropriately or where she was
7  inconsistent.  Correct?
8      A.   I think personal criticism is
9  not the best way to put it.  They are
10 professional criticisms.  I think some of the
11 conclusion she's drawn are not based on the
12 science.
13     Q.   But Doctor, we went over at the
14 beginning of your deposition that you don't
15 involved yourself in publishing literature.
16 You went into medicine to treat patients.
17 Correct?
18         MR. HOLDEN:  Objection to form.
19     A.   I read literature for
20 essentially every day of my life for the last
21 40 years.  So the fact that I don't publish
22 it --
23     Q.   (By Mr. Miceli)  I understand.
24     A.   -- doesn't mean I don't read
25 it.

Page 223

1      Q.   Right.  I understand.  But you
2  don't -- you don't involve yourself in
3  conducting causation analyses in the context
4  of clinical trials, do you?
5          MR. HOLDEN:  Objection to form.
6      A.   No, I -- no, I do not.
7      Q.   (By Mr. Miceli)  Okay.  You
8  don't perform observational studies to assess
9  incident rates or reporting rates of various
10 adverse events.  Correct?
11     A.   In all of these studies I read
12 the studies and have been trained to read
13 them with a critical eye, understand how
14 they're presenting the data, but I don't
15 generate the data.  But I read the data and
16 interpret it.
17     Q.   I understand that and you apply
18 it in your -- in your chosen field of
19 clinical oncology.  Correct?
20     A.   Correct.
21     Q.   But you have never had to
22 perform a Bradford-Hill analysis yourself,
23 have you?
24         MR. HOLDEN:  Objection to form.
25     A.   I don't go through the analysis

Page 224

1  myself, but I read the published literature
2  and make analyses of toxicities and other
3  things on a routine basis.
4      Q.   (By Mr. Miceli)  Are you going
5  to offer an opinion -- this is going to be
6  two different questions, but are you going
7  to -- are you going to offer an opinion the
8  Bradford-Hill analysis is inappropriate -- is
9  an inappropriate methodology to assess
10 causation?
11     A.   No, I think the Bradford-Hill
12 analysis is a reasonable thing to look at.
13     Q.   Are you going to offer an
14 opinion that Dr. Feigal's Bradford-Hill
15 analysis is deficient in how she conducted it
16 based upon some -- something you can refer me
17 to that demonstrates she did something wrong?
18         MR. HOLDEN:  Objection to form.
19     A.   How she analyzed it, I don't
20 know.  I think some of the conclusions she
21 draws from some of these studies are not
22 borne by the data.
23     Q.   (By Mr. Miceli)  Do you agree
24 that a Bradford-Hill criteria, analysis,
25 provides a method for determining general

Page 225

1  causation when reviewing information from
2  observational studies?
3          MR. HOLDEN:  Objection to form.
4      A.   It provides a tool that can be
5  used to help confirm one's opinion, but it --
6  but in and of itself isn't usually
7  conclusive.  It's a helpful tool.
8      Q.   (By Mr. Miceli)  Right.  It's a
9  helpful tool to suggest whether or not
10 causation is or is not present, but it cannot
11 be definitive.  Is that your testimony?
12         MR. HOLDEN:  Objection to form.
13     A.   I think it's -- I think that's
14 reasonable.  It's not usually conclusive.  It
15 just kind of helps you decide if they should
16 be looked at closer, maybe.
17     Q.   (By Mr. Miceli)  Do you agree
18 or disagree with the proposition that the use
19 of a Bradford-Hill analysis, or it's through
20 the criteria, is a method for determining
21 whether observational data demonstrate
22 causation?
23         MR. HOLDEN:  Objection to form.
24     A.   I think the Bradford-Hill
25 analysis has taken on this unique meaning.

Lawrence E. Foote, M.D.

Page 226

1  It's just an analysis of consistency,
2  reliability, and lack of other issues that
3  can be confounding.
4          It's just a normal way of
5  analyzing data.  There's nothing magic about
6  doing it and calling it a Bradford-Hill
7  analysis or doing the same assessment and
8  calling it something else.
9          So I don't -- I don't think
10 Bradford-Hill analysis by itself makes it
11 magical or meaningful.  We all look at
12 consistency and reliability and some of the
13 issues in the Bradford-Hill analysis and in
14 means of assessing data.  We all do that.
15     Q.    (By Mr. Miceli) But it is
16 recognized as a methodology for assessing
17 data, correct?
18     A.    It is recognized as one
19 methodology that can be used amongst others.
20     Q.    And what are the other ones
21 that can be used?
22     A.    Looking at consistency and
23 reliability on its own.  You could pick
24 certain aspects of it and say, I think this
25 is more important than that; I think

Page 227

1  consistency is more important than
2  reliability.  And do a different analysis
3  with more emphasis on the consistency.
4          There's -- the Bradford-Hill is
5  not a check this box, check this box, check
6  that box; therefore, it's true.
7          It doesn't work that way.
8      Q.    Oh, okay.  I think we're on the
9  same page there.  But you are -- I mean, as
10 an oncologist, you are familiar with how the
11 Bradford-Hill criteria came about, aren't
12 you?
13     A.    I don't know the history, but I
14 know some guy I think in England proposed it
15 in the' 60s or maybe something like that and
16 we've used it, but it's not real specific.
17     Q.    And do you know, do you recall
18 what he used it for?  What association, what
19 causal association?
20     A.    I don't know that I recall if I
21 never knew, so I don't know that I ever knew.
22     Q.    Okay.  You've never read that
23 actually the Bradford-Hill criteria was a
24 proposed basis for demonstrating causal
25 relationship between cigarette smoking and

Page 228

1  lung cancer?
2      A.    Oh, I've used it with that
3  respect, but I didn't know that's what caused
4  it to become well known.
5      Q.    But you are familiar with the
6  fact that -- whether that's what brought it
7  about, but you are familiar with the fact
8  that the Bradford-Hill criteria was utilized
9  to demonstrate a causal association between
10 cigarette smoking and lung cancer?
11         MR. HOLDEN:  Objection to form.
12     A.    I know that it was used -- I
13 don't know if that was the only thing that
14 was used, but it was used then.  I don't know
15 if that's how it started, but I know it was
16 used during that.
17     Q.    (By Mr. Miceli) So there is
18 some track record for using it to demonstrate
19 a causal association for something that is
20 well known like lung cancer and its
21 association to cigarette smoking, right?
22     A.    Might I suggest that everybody
23 involved knew that that association existed
24 before they did a Bradford-Hill analysis?
25 Which is why they did the Bradford-Hill

Page 229

1  analysis, because there was already data
2  showing that that was the case?  And we just
3  wanted to formalize it a bit so we could
4  formalize it a bit.
5          But that data was already known
6  and that association was already well worked
7  out in most people's mind, before the
8  Bradford-Hill analysis.
9      Q.    Do you -- doctor, do you know
10 an oncologist in -- I think it's an
11 oncologist in DC, Dr. Gruenberg?
12     A.    I don't.
13     Q.    I was just -- one of the things
14 you were saying, I think he was one of the
15 ones instrumental in getting the warning on
16 the packs of cigarettes.
17     A.    Great.
18     Q.    But you -- some of the things
19 you said reminded me of something he said in
20 one of these depositions.
21         Do you disagree with the
22 proposition that the Bradford-Hill analysis
23 or its criteria is -- I may have already
24 asked you this -- a method for determining
25 whether causal association can be seen among

Lawrence E. Foote, M.D.

Page 230

1 observational data?
2     A.    It can be helpful.  I think
3 it's -- I have no problem with people using
4 it, but it's usually not conclusive.
5     Q.    Okay.  All right.  I want to
6 look at Page 22 with you for one moment.
7     A.    All right.
8     Q.    And you make a statement at the
9 very bottom of the page that, "The fact that
10 a patient may have responded to a
11 docetaxel-containing regimen does not
12 indicate that she would have responded to the
13 same regimen with paclitaxel substituted for
14 the docetaxel, or to a similar
15 paclitaxel-containing regimen."
16         Do you see that sentence,
17 Doctor?
18     A.    Yes, I do.
19     Q.    When a patient has a favorable
20 response to a medicine, we have the benefit
21 of saying it worked.  Correct?
22     A.    Right.
23     Q.    Or it appears to be working?
24     A.    Right.
25     Q.    And regardless of what regimen

Page 231

1 a patient takes and has a beneficial result,
2 we cannot then go back and say, had they
3 taken X or Y regimen, they would have had the
4 same, a better, or a worse outcome, can we?
5     MR. HOLDEN:  Objection to form.
6     A.    We may think that, but we can't
7 really say it definitively.
8     Q.    (By Mr. Miceli)  Right.  I
9 mean, there were -- because there were
10 patients before taxanes came along that were
11 treated with CMF that lived long, happy lives
12 after they were done with their treatment.
13 Correct?
14     A.    Yes, that is correct.
15     Q.    And we have statistics from
16 population-based studies that demonstrate the
17 incremental benefits that patients receive as
18 more effective regimens and modalities become
19 available.  Correct?
20     A.    Right.  But we don't know
21 who -- any one individual prospectively, we
22 don't know if they are the ones that
23 benefited from that increment or not.
24     Q.    Right.  And because of the
25 level of treatment that -- and treatment

Page 232

1 options that have been developed over the
2 years, most of the benefits that we see are
3 in fact incremental.  There's not huge leaps
4 in benefits.  It's sort of inching our way up
5 the hill, aren't we?
6     MR. HOLDEN:  Objection to form.
7     A.    I made that statement earlier
8 where we talked about Generation 2 or 3.
9 It's really an increment.  It's kind of
10 arbitrary to decide one is a Generation 1 or
11 a Generation 2 because it's been an
12 incremental improvement over many years.
13     Q.    (By Mr. Miceli)  Okay.  Now,
14 you make this statement in your report that
15 the regimen chosen "was an integral component
16 of her life-saving care."
17         And the same would hold true,
18 though, with any regimen that is utilized in
19 a patient remains cancer-free ongoingly and
20 hopefully forever.  But we would -- you would
21 come to the conclusion that their
22 chemotherapy was an integral part of their
23 lifesaving treatment.  Correct?
24     MR. HOLDEN:  Objection to form.
25     A.    It's hard to know in an

Page 233

1 individual whether the chemotherapy helped
2 them or not.  One advantage of giving the
3 neoadjuvant chemotherapy is you can tell up
4 front that it has helped them.
5         But if you have a patient that
6 is cured on CMF, which is a less effective
7 regimen, they may not be cured if they got
8 Adriamycin, Cytoxan followed by Taxol.
9         Even though the cure rate is
10 higher, that particular patient may not have
11 been benefitted by the new chemotherapy.
12         So that is correct, the fact --
13     Q.    (By Mr. Miceli)  Right, right.
14     A.    -- that they got -- they did
15 better on one drug doesn't mean that they
16 wouldn't have done better without that drug
17 or with a different drug.
18     Q.    Right.  But what we do is we
19 treat them the best we can with the treatment
20 options that we have which -- and as you
21 pointed out, I think earlier in your
22 deposition, that there are a number that can
23 fall within the standard of care.
24         It's not -- standard of care
25 does not sit on a point of a pin.  It's a

Page 234

1  number -- in this case it's a number of
2  different regimens.  Correct?
3      A.    Correct.
4      Q.    At Page 23 of your report, you
5  make the statement -- and I want to find it
6  so that I can point to it -- yeah, the first
7  full paragraph.  And I apologize.  I'm -- I
8  can --
9      A.    I've got it here.
10     Q.    -- try to --
11         Are you there with me?
12     A.    Yes.
13     Q.    You say, the advantage -- I
14  keep messing up where I'm going to.
15         "The advantage of...TAC" -- I'm
16  going to over -- I'm going to overhighlight
17  here.
18         "The advantage of the TAC
19  regimen is that it calls for all three drugs
20  to be introduced quickly, which may help
21  treat aggressive disease before it can
22  develop resistance."
23         Do you see that?
24     A.    Yes.
25     Q.    And you don't -- you don't

Page 235

1  offer a citation.  Is there any place where
2  this theory that you cite here is set out in
3  the medical scientific -- peer-reviewed
4  medical or scientific literature?
5      A.    The theory was introduced with
6  lymphomas where there were many very active
7  drugs and it was felt if you got more drugs
8  in faster, the response rates were higher,
9  which is well documented, and the cure rates
10  would be higher, which as it turned out it
11  probably isn't true; but the chance of
12  getting a response to chemotherapy is higher
13  if you give multiple drugs quickly because
14  the drug may be resistant to Treatment A but
15  if you give Treatment B at the same time it
16  may be sensitive to Treatment B.
17         So that hypothesis, the Goldman
18  Coldie -- I think it's Goldie-Coleman
19  hypothesis, was purported in lymphomas and
20  shown to be true in some instances.  You get
21  higher response rates and higher complete
22  responses, but over time the survival tended
23  to equal out.
24     Q.    Okay.
25     A.    So if you're trying to get an

Page 236

1  aggressive response, like in Ms. Stewart
2  where she had rapidly progressing disease,
3  you want to give drugs out quickly to get a
4  quick response.
5         And if you try AC and then T,
6  if the resist -- if the tumor responded to
7  the T but not the AC, then you may wait two
8  months to find out that her tumor was
9  resistant and you should have used the taxane
10  up front and now you've exposed her to the
11  potential of having metastatic disease that's
12  not curable.
13     Q.    But for purposes of being
14  demonstrated in the Goldie -- what did you
15  say?  Goldie --
16     A.    I think it's the
17  Goldie-Coleman.
18     Q.    Goldie-Coleman hypothesis is,
19  you don't cite anything here for the
20  Goldie-Coleman hypothesis as being
21  demonstrated to be accurate or a true proven
22  hypothesis in the adjuvant care of early
23  stage breast cancer.  Correct?
24         MR. HOLDEN:  Objection to form.
25     A.    I don't think it has been shown

Page 237

1  to be true in breast cancer.  So I can't cite
2  a study.
3      Q.    Okay.
4      A.    No study has shown that.  It's
5  a hypotheses that we think is active but --
6  and we may use it to pick a treatment for
7  that individual patient, but there is no data
8  showing that that's correct.
9      Q.    Okay.  I'll tell you what, I
10  don't know how long we've been going.  I want
11  to -- if it's okay, I would like to take a
12  break.  It looks like we've been going about
13  an hour.
14         I want to talk to my colleague
15  because I think I may be shortening some of
16  the rest of the depo.  If we can take about
17  10 or 15 minutes, I want to talk to Palmer
18  off and then we're --
19         I'm not going to come back and
20  say we're done, Doctor.  I don't want to be
21  overly optimistic, but there are some things
22  we've talked about that are coming up in my
23  outline.  I want to -- I don't want to waste
24  your time or any of our time just prolonging
25  it.  So I want to look and see when I can

Lawrence E. Foote, M.D.

Page 238

1  condense.
2      A.    No problem.
3          THE VIDEOGRAPHER:  Time is
4  1:35.  We are off the record.
5      (Recess taken at 1:35 p.m.,
6      resuming at 2:01 p.m.)
7          THE VIDEOGRAPHER:  Time now is
8  2:01 p.m.  We are back on the record.
9      Q.    (By Mr. Miceli)  Dr. Foote, I
10  do promise you we are getting close to the
11  end of it, at least my portion of this.
12          And so I have a few areas I
13  want to hit that may seem a little bit
14  disjointed, but I think they are just more
15  follow-ups on some things that we've already
16  talked about.
17          But you had mentioned when I
18  had asked you earlier this morning about
19  doing things like biopsies and seeing people
20  for dermatology conditions and you had
21  referenced or you told me that you generally
22  refer people to dermatologists for
23  dermatology care.
24          Is that a fair statement?
25      A.    The point I was trying to make

Page 239

1  is that when people have hair loss and they
2  go, my hair is not coming back as much as I
3  would like it to; and I go, yeah, I know.
4  That happens, it really bothers them that I
5  send them to a dermatologist to see if
6  there's any other issues that I may be
7  missing.
8      Q.    And would you defer to a
9  dermatologist to differentiate between
10  various types of different hair loss?
11      A.    Yes.  Yes.
12      Q.    And would you defer to a
13  dermatologist or perhaps a dermatopathologist
14  to address the pathophysiology of what is
15  actually causing differing types of hair
16  loss?
17      A.    Yes, I would.
18      Q.    And this is more an
19  administrative thing.
20          When you do your report, do you
21  dictate it and somebody transcribes it and
22  you edit, or do you actually type it up
23  yourself?
24          MR. HOLDEN:  Objection to form.
25      A.    I'm not a very good typist, so

Page 240

1  I have a Dragon, you know, the voice
2  recognition system, so I usually --
3      Q.    (By Mr. Miceli)  Right.
4      A.    -- dictate it myself but then
5  it's transcribed on to a document.
6      Q.    Okay.  And then you edit from
7  there?
8      A.    Right.
9      Q.    Okay.  Very good.  I just have
10  a few other things that I want to talk about.
11          Now, you state at Page 24 of
12  your report -- and I've got to get something
13  off my screen or else I'm -- if I share with
14  you, you're going to see how I spend my time.
15  So...
16          At Page 24 just above the
17  section on steroid use, the last sentence you
18  said (as read):  "Ms. Stewart did develop
19  neuropathy with her TAC regimen and it is
20  reasonable to conclude that had she treated"
21  with AC-Taxol regimen -- "an AC-Taxol
22  regimen, that neuropathy would have been
23  worse."
24          Is there a way that you can
25  predict that anybody who has neuropathy on

Page 241

1  Taxotere will in fact have it on Taxol?
2          MR. HOLDEN:  Object to form.
3      A.    Specifically we don't have a
4  good way of predicting, but there are some
5  things that very clearly increase the risk of
6  somebody developing peripheral neuropathy.
7          Those risks include diabetes, a
8  pre-existing peripheral neuropathy, heavy
9  alcohol usage.  And if someone develops a
10  neuropathy on a taxane, I think they are very
11  likely to develop it on another taxane.
12          And so we have lots of personal
13  data or practice data, not necessarily
14  published, about people who often get one
15  drug and later on in their course of their
16  disease, it may be a year or two later, they
17  get -- you try to use the other drug and you
18  can't because they have a pre-existing
19  neuropathy from the previous drug.
20      Q.    (By Mr. Miceli)  An ongoing
21  pre-existing neuropathy from the other drug?
22      A.    Let me be more specific.
23  Somebody got Taxol and developed neuropathy
24  and then later on you want to use Taxotere
25  but it's harder to do because they already

Lawrence E. Foote, M.D.

Page 242

1  have a neuropathy from the Taxol.
2     Q.    But when you say they already
3  had one, they had one or they had one?
4  Meaning it's ongoing or they had one and it
5  went away?
6     A.    Both, actually.  If someone
7  developed a pretty significant neuropathy on
8  one taxane, you would expect it on the other.
9  And many times they become permanent so they
10 still have it.
11    Q.    But if I understood what you
12 said before -- and I don't want to -- you
13 know, we may disagree on this one, but I
14 thought I heard you say that there is no way
15 to predict whether or not somebody will have
16 one on one drug because they had one on
17 another drug, meaning just because she took
18 Taxotere, a Taxotere regimen, and had one, if
19 she had been given AC-Taxol, can you say she
20 definitely would have had neuropathy on the
21 Taxol regimen?
22          MR. HOLDEN:  Objection to form.
23    A.    What I had said was concerning
24 survival.  First of all, I don't do many
25 absolutes.  When she say she could never have

Page 243

1  one, I don't do absolutes very well.  Right?
2  But --
3     Q.    (By Mr. Miceli)  Right.
4     A.    -- what I said before, had she
5  gotten CMF and survived, we wouldn't know if
6  we -- that means she would have survived if
7  she got AC followed by T, because --
8     Q.    Right.
9     A.    -- the people who survive
10 aren't necessarily the same percentage of
11 people.
12          The same thing with a
13 neuropathy.  You can't say absolutely.  And I
14 usually don't say things absolutely.  But if
15 someone is more likely to develop a
16 neuropathy from a taxane for whatever reason,
17 through genetics, through diabetes, their
18 alcohol usage, whatever it is, and they are
19 getting on one taxane, they are also more
20 likely to develop it on the other taxane
21 because we've kind of been able to predict
22 who is more likely to get a neuropathy.
23          And that prediction is good for
24 both taxanes, regardless of whether they --
25    Q.    Right.

Page 244

1     A.    -- (cross-talk).
2     Q.    But the reason I ask
3  that -- and I'll stand corrected if I'm wrong
4  on this, but in our first trial, I -- well,
5  strike that.
6          I'm not going to say that.  I'm
7  not going to mention what the judge might
8  have ruled on previously.
9          But you don't cite to any
10 medical literature that has collected data to
11 demonstrate that if a person used a -- one
12 taxane and suffered a neuropathy, that they
13 in fact would have suffered the same or a
14 worse neuropathy had they taken
15 another -- the other taxane.
16          I'm not asking for the same
17 explanation.  I'm saying you just simply
18 don't cite to any collection of data that
19 demonstrates that.  Correct?
20          MR. HOLDEN:  Objection to form.
21    A.    That's correct, I did not cite
22 any data, but I think most of us agree that a
23 pre-existing neuropathy of any cause
24 increases a risk of developing a neuropathy
25 from some other cause.

Page 245

1     Q.    (By Mr. Miceli)  Okay.  All
2  right.  And then the last thing I wanted to
3  talk to you about is on Page 29 of your
4  report, where you talk about the tumor
5  shrinking from 4.4 to 4.7 centimeters to
6  1.7 centimeters, because that is a positive
7  response to chemotherapy, that the tumor
8  shrunk, correct?
9     A.    Correct.
10    Q.    When a tumor or mass is in the
11 breast, it is -- how is it measured?  Do you
12 do that, or is that a radiologist that does
13 the measuring or an ultrasonographer?
14    A.    We use whatever measurements we
15 can find.  If there is no imaging, we measure
16 it with our hand and a ruler.  If there is
17 imaging --
18    Q.    The doppler.
19    A.    -- we often the use size on the
20 mammogram or the ultrasound or the MRI or the
21 CAT scan, depending on what we have.
22          And the best measurement is the
23 pathological measurement where the
24 pathologist takes it out, cuts it open, and
25 puts a ruler in front of it.  So we use all

Lawrence E. Foote, M.D.

Page 246

1  of them.
2      Q.    And that was my question.  When
3  a -- when a tumor is in the body, there are
4  various modes or opportunities to measure it,
5  that are, at best, relatively accurate
6  estimates.  Is that a fair statement?
7      A.    Yes.
8      Q.    Because when a tumor is in the
9  body, there's going to be -- there is
10  possibly fluid around it and there is
11  possibly interstitial swelling around that
12  tumor.  Correct?
13      A.    Is that possible?  Yes.
14      Q.    Yeah.  And then when a tumor is
15  removed from the breast and goes to the
16  pathology lab, the extraneous tissue can be
17  separated from the actual tumor itself and
18  you get an exact measurement of what the
19  tumor is, right?
20      A.    Not really.  If have you a mass
21  the size of a tennis ball and there may be
22  interstitial cells in it and that mass
23  shrinks to the size of a marble, it still has
24  those interstitial cells in it.
25          So any measurement we make,

Page 247

1  even under the pathologist, they only
2  separate out the tissues that are extraneous,
3  it's often embedded in the tumor.
4          I found that to be a little bit
5  unusual in Dr. Bosserman's deposition, that
6  there is not an oncologist in the world, that
7  I know of, who would take a tumor that
8  measures 5 centimeters on a mammogram and
9  pathologically is 1.7 centimeters and would
10  try to contend that it wasn't really the
11  tumor that shrank.
12          I don't understand that.
13  That's exactly what we do, is we measure it
14  with our hand.  We give chemotherapy to make
15  sure it's getting smaller on physical
16  examination to continue that chemotherapy.
17          So the fact that she wouldn't
18  agree that the tumor was smaller is
19  astounding to me.  The -- clearly the tumor
20  was smaller.
21      Q.    You know, we don't need to get
22  in an argument over what Dr. Bosserman said.
23  But is it your recollection that
24  Dr. Bosserman said the tumor didn't shrink,
25  or that there could be swelling in other

Page 248

1  tissue around the tumor that's measured
2  internally versus what is measured
3  externally?
4          MR. HOLDEN:  Objection to form.
5      A.    I believe she said because
6  there are other issues in the tumor that we
7  don't really know how to measure very well,
8  it may not have shrunk.
9          And I can't -- if you ask me to
10  find an oncologist that would say that with a
11  5 centimeter tumor on ultrasound and a 1.7
12  centimeter pathologically, I can assure you I
13  could not find anybody to say that.
14          MR. MICELI:  That's all I have.
15  Thank you, Doctor.
16          THE WITNESS:  Thank you.
17  (Following commenced at 2:11 p.m.)
18          MR. HOLDEN:  Thanks, Dave.
19          Let me -- give me five minutes
20  here, and I will have a few questions.
21          MR. MICELI:  Okay.  Thanks.
22          THE VIDEOGRAPHER:  Time is 2:11
23  p.m.  We are off the record.
24          (Recess taken at 2:11 p.m.,
25  resuming at 2:36 p.m.)

Page 249

1          THE VIDEOGRAPHER:  The time now
2  is 2:36 p.m.  We are back on the
3  record.
4          EXAMINATION
5  BY MR. HOLDEN:
6      Q.    Dr. Foote, just a few quick
7  questions.
8          First up, were you looking at
9  your cell phone at a few points today?
10      A.    Yes.  I'm still on call and I
11  have to be available to take messages and I
12  have to look -- most of them are not very
13  important but some of them are, so I have to
14  keep looking at them to make sure they're not
15  relevant.
16      Q.    You weren't bored by
17  Mr. Miceli's questions?
18      A.    Not at all.
19          MR. MICELI:  How could he be?
20          MR. HOLDEN:  And if Dawn is on
21  the line, could we pull up as the next
22  exhibit --
23          THE WITNESS:  I'm getting paged
24  right now, sorry.
25          MR. HOLDEN:  Me, too.

Page 250

1     We will mark as Exhibit -- I
2  think it's 16.
3     (Marked was Foote Exhibit 16.)
4     Q.   (By Mr. Holden)  This is the
5  updated reliance list or updated Materials
6  Provided list, which we sent to plaintiffs'
7  counsel yesterday.
8     And, Dr. Foote, have you had a
9  chance to look at this list before?
10    A.   I have looked at it.
11    Q.   And is it your understanding
12 that this list includes everything that was
13 provided to you before you signed your report
14 on July 22, as well as additional items that
15 were sent to you, provided to you after that?
16    A.   Yes.  And I may have been a
17 little bit unclear because I can't remember
18 exactly when I read something; but some of
19 those that I thought I had read before the
20 report I actually read after the report.  But
21 I think that clears it up.
22    Q.   Dr. Foote, how long have you
23 been treating cancer patients?
24    A.   I went into practice in
25 January of 1990, but I was a cancer -- in

Page 251

1  training three years prior to that, so 33
2  years.
3     Q.   And how long have you treated
4  breast cancer patients?
5     A.   33 years.
6     Q.   What percentage of your
7  patients today are breast cancer patients?
8     A.   It's --
9        MR. MICELI:  Object to form.
10    A.   We don't -- we don't really
11 keep track of that, but it's probably between
12 15 to 20 percent.
13    Q.   (By Mr. Holden)  Approximately
14 how many new breast cancer patients do you
15 see each month?
16    A.   Probably a couple a week, so
17 maybe between five and ten a month.
18    Q.   You've mentioned a couple of
19 times today how you spend a significant
20 portion of your time reading literature.  Is
21 that true?
22    A.   Yes.
23    Q.   And tell us about that.  Why do
24 you spend so much time reviewing literature?
25    A.   There is new data that gets

Page 252

1  published.  And most of the time when new
2  data gets published, we kind of new know that
3  there is new data coming out because of
4  conferences we go to and tumor boards and
5  such.
6     But any time there is published
7  data, it's peer-reviewed -- it's in
8  peer-reviewed journals, but we as peers also
9  review it to see if it's practice changing or
10 something we may want to utilize in our
11 practice.
12    But there are new things that
13 happen all time, and we have to keep up.
14    Q.   In the Wanda Stewart case, how
15 would you describe the volume of material
16 that you reviewed in connection with offering
17 your opinions?
18    A.   Breast cancer is a common,
19 comma -- sorry, I'm used to dictating.  You
20 have to dictate the comma --
21    It's a common disease with a
22 lot of literature.  And so any kind of breast
23 cancer patient, there is a huge amount of
24 literature written about breast cancer that
25 we all keep up with and have to read.

Page 253

1     And in her case specifically I
2  read a lot more articles concerning alopecia
3  than I normally do.  I read a very large
4  number of articles for her particular case.
5     Q.   Did you also review medical
6  records?
7     A.   I reviewed her medical records
8  as well as the depositions of her treating
9  doctor, herself, her mother and then the
10 plaintiffs' experts and such.
11    Q.   Which would be -- the full list
12 of the depositions is on the Materials
13 Provided list?
14    A.   Yes.
15    Q.   In Mr. Miceli's questions
16 today, which lasted several hours, did --
17 were you asked about your opinion as to what
18 regimen was the best for Ms. Stewart?
19       MR. MICELI:  Object to the form
20       of the question.
21    A.   I wasn't asked that very much,
22 but I think when Ms. Stewart came to see
23 Dr. McCanless she had a newly discovered
24 breast cancer that she says just kind of
25 popped up suddenly.  It certainly doesn't

Page 254

1  prove but suggested it was growing fairly
2  quickly.
3        It was a locally advanced
4  disease with a large tumor, 5 centimeters on
5  one mammogram, with matted lymph nodes that
6  had already spread to the lymph nodes and
7  grown into each other and stuck together kind
8  of like bubble gum in hair.
9        And just very suggestive that
10  she had an aggressive disease.  And so her
11  treatment needed to be quick and effective,
12  or, better said, needed to be effective
13  quickly.
14        And she had other comorbid
15  problems that make it difficult to treat her,
16  such as the obesity and the family history of
17  diabetes, which all predisposes to
18  neuropathy.
19        I just need to point out
20  that -- we didn't cover this much; but if she
21  develops neuropathy from the chemotherapy
22  before she gets diabetes and she gets
23  diabetes ten years later, it's going to be a
24  worse neuropathy.
25        So we're talking about a

Page 255

1  lifelong problem by picking something that
2  increase her risk for neuropathy now, even if
3  it's seemingly trivial at the time.
4        So her chemotherapy needed to
5  be drugs used quickly.  As I was reading her
6  chart, her medical records, the first thing
7  that popped in my mind was she needed
8  anthracycline, she needs a taxane.
9        And then as I went through it
10  and got her history, family history of
11  diabetes and obesity, that the TAC is by far
12  the best regimen for her than I would with
13  AC-plus-Taxol.
14     Q.   (By Mr. Holden)  And you were
15  asked some questions by Mr. Miceli about
16  whether you agree that paclitaxel is a
17  lifesaving drug.
18        Do you recall that?
19     A.   Yes.
20     Q.   Does that mean that you can
21  opine that had Ms. Stewart received a
22  paclitaxel regimen, she would have had as
23  good of a result as she had with her TAC
24  regimen?
25     A.   There is no way to tell that.

Page 256

1  All we --
2        MR. MICELI:  Object to form.
3     A.   -- can tell is that -- I'm
4  sorry.
5        All's we can tell is that she
6  did very well with the TAC regimen.  We don't
7  know if she would have went -- been one of
8  the people who did well with AC-Taxol or if
9  she would have been one of the people that
10  failed.
11        Those -- the success rate of
12  the two drugs aren't necessarily the same
13  patients.
14        MR. HOLDEN:  I will ask you to
15     just give Mr. Miceli a chance to
16     object after I finish my question.
17        MR. MICELI:  Thank you.
18     Q.   (By Mr. Holden)  You were asked
19  a lot of questions today about in the early
20  portion of your report you did not include
21  many citations to articles and such.
22        In your own words, why in the
23  early portion of your report do you not
24  include citations and you did later on?
25     A.   In the early portion of the

Page 257

1  report it's really kind of background
2  information for breast cancer in general,
3  stuff that's kind of understood by
4  oncologists that I'm explaining to other
5  people who aren't oncologists, how we
6  approach breast cancer, how we look at it,
7  the rationale behind giving chemotherapy or
8  not giving chemotherapy, why give it before
9  surgery or after surgery, some of those
10  issues.
11        This is all kind of standard
12  stuff and it's not controversial at all, and
13  it's pretty -- pretty straightforward, just
14  outlining the rationale of our thought
15  processes.
16     Q.   You were asked some questions
17  about Footnote 4 in your report regarding how
18  permanent alopecia is defined.  Do you recall
19  that?
20     A.   Yes, I do.
21     Q.   With regard to the substantive
22  medical opinions in your report, who drafted
23  those?
24     A.   As I mentioned to Dr. -- to
25  Mr. Miceli earlier, I dictate this and I read

Lawrence E. Foote, M.D.

Page 258

1  all the medical records, read all the
2  articles I thought were appropriate and then
3  dictated the entire report myself.
4        I've made modifications in it,
5  but it's my words and sometimes even -- if
6  you or your team ask me if this could be
7  worded differently I would say, no, that's
8  the best way to do it.
9        So I feel very comfortable that
10  this is my opinions in the report, not an
11  attorney's.
12    Q.    You were asked some questions
13  about your statement on Page 8 of your report
14  that docetaxel save lives.
15        Do you recall those questions?
16    A.    I do.
17    Q.    And your statement does not
18  refer to a TAC regimen, correct?
19    A.    No.  It's just docetaxel,
20  period.
21    Q.    And Mr. Miceli asked if you had
22  any specific articles to support a statement
23  that docetaxel saves lives.
24        Do you recall that?
25    A.    I do recall that.

Page 259

1    Q.    Are you aware of any support
2  for that statement?
3    A.    There is support for it, but I
4  don't know of any article that supports it.
5  There is no article that I could quote that
6  says, this many people died before docetaxel
7  became available, this many people died
8  afterwards; therefore, some of them were
9  saved.
10        But I think it's understood in
11  the oncology community that docetaxel is a
12  very effective drug in multiple diseases and
13  helps us take care of cancer patients and
14  cure some of them.
15    Q.    You were asked questions about
16  whether you were going to offer opinions that
17  any chemotherapy medication causes permanent
18  alopecia.  Do you recall those?
19    A.    I do.
20    Q.    Do you have an opinion as to
21  whether it has been established that
22  docetaxel causes permanent alopecia?
23    A.    I don't think it has been
24  established for any of those drugs.  I know
25  that there are associations, but I don't

Page 260

1  think there is any causative link that's been
2  proven with any of those.
3    Q.    That was my next point.  You
4  were asked questions about other drugs such
5  as cyclophosphamide and Adriamycin and
6  paclitaxel and whether they cause permanent
7  alopecia.
8        Do you recall those questions?
9    A.    I do.
10    Q.    In your opinion, is there an
11  association between Cytoxan and permanent
12  hair loss?
13    A.    There is an association.  As we
14  have discussed, when I was in training the
15  taxanes weren't discovered yet and we all had
16  patients that would have alopecia that lasted
17  longer than they would expect or their hair
18  would be thinner than they would like it to
19  be.  And that was -- occurred in chemotherapy
20  patients even before the taxanes.
21        So we don't really know exactly
22  why that happens and what the direct cause
23  is, but there clearly is an association.
24    Q.    Is it your opinion that
25  Adriamycin is associated with permanent hair

Page 261

1  loss?
2    A.    Yes.
3        MR. MICELI:  Object to the
4  form.
5    Q.    (By Mr. Holden)  Is it your
6  opinion that aromatase inhibitors such as
7  letrozole and anastrozole are associated with
8  permanent hair loss?
9        MR. MICELI:  Same objection.
10    A.    Yes.
11    Q.    (By Mr. Holden)  In
12  Ms. Stewart's case is Adriamycin a reasonable
13  potential cause of her alleged permanent hair
14  loss?
15        MR. MICELI:  Object to the
16  form.
17    A.    I don't know that we can say
18  the cause because she got, if I remember
19  right, five different drugs that are
20  associated with it; so I don't know what the
21  cause is.  But any of those drugs could be
22  the cause, but certainly you can't -- you
23  can't tell.
24    Q.    (By Mr. Holden)  With regard to
25  your opinion regarding docetaxel and whether

Lawrence E. Foote, M.D.

Page 262

1 it's been established that docetaxel causes
2 permanent hair loss, did you do an analysis
3 on your own, aside from looking at what
4 Dr. Feigal did?
5      MR. MICELI:  Object to the
6 form.
7      A.    I read a large amount of
8 literature, including looking at the
9 literature that Dr. Feigal recommended; and
10 in my analysis I felt that the link or the
11 causation that one was caused by the other
12 wasn't strong.
13      There is an association, but I
14 don't see a causal link between the two in my
15 analysis of the data that I looked at plus
16 the data that she supplied.
17      Q.    (By Mr. Holden)  You were asked
18 some questions by Mr. Miceli about whether
19 you had experience with patients who are
20 concerned about hair loss.  Do you recall
21 that?
22      A.    Yes.
23      Q.    In your 30-plus years of
24 experience treating breast cancer patients,
25 what is a patient's primary concern when they

Page 263

1 discuss your treatment recommendations?
2      A.    Breast cancer is a --
3      MR. MICELI:  Object to the
4 form.
5      A.    Breast cancer is a complex
6 disease that is frightening and it often
7 affects women who are fairly young and most
8 commonly when people come to the office with
9 a newly diagnosed breast cancer their main
10 concern is:  Am I going to die?  Far and away
11 above anything else.
12      Q.    (By Mr. Holden)  And what is
13 their -- what is their main concern in
14 choosing a regimen?
15      A.    Will it --
16      (Cross-talk.)
17      MR. MICELI:  Object to the
18 form.
19      THE WITNESS:  I'm sorry.  I'm
20 not trying to interrupt you.  It just
21 seems to look that way.  But...
22      MR. MICELI:  No, no, I know.
23 It's not the usual way we do things,
24 Doctor.  I apologize.
25      A.    But the most important question

Page 264

1 about the chemotherapy that we recommend is
2 whether it's going to be effective in saving
3 your life.
4      Q.    (By Mr. Holden)  Did you review
5 Dr. McCanless' deposition in this case?
6      A.    I did.
7      Q.    What was your understanding of
8 his decision-making process in choosing the
9 TAC regimen for Ms. Stewart?
10      A.    I thought he looked at the
11 status of her disease, asked appropriate
12 questions about her social circumstances,
13 meaning her weight, her family history of
14 diabetes and such like that and chose a
15 regimen that I think is -- a perfect regimen
16 for her with avoiding the long-term
17 complications of the Taxol but getting her a
18 drug that's -- get in quickly and was
19 effective before her disease spread to other
20 organs making it incurable.
21      So I thought his thought
22 process and his rationale behind it were
23 exceptional.
24      MR. HOLDEN:  Those are all the
25 questions I have for now.

Page 265

1      (Following commenced at 2:53 p.m.)
2      MR. MICELI:  All righty.
3      FURTHER EXAMINATION
4 BY MR. MICELI:
5      Q.    I think I may have just a
6 couple of follow-ups I can just go right into
7 if you don't mind, Doctor.
8      A.    I don't mind.
9      Q.    Very good.
10      When you were just answering
11 some questions for Mr. Holden about reading
12 literature and keeping up on things that are
13 current, you mentioned going to conferences.
14      Because you're from San Antonio
15 and because you're in Texas I have to ask, do
16 you go to the San Antonio Breast Cancer
17 Symposium each year?
18      A.    I was born in San Antonio but
19 moved when I was six months old; so I'm not
20 really from San Antonio.
21      Q.    Okay.
22      A.    But I go to the San Antonio
23 Breast Cancer conference -- I've been
24 probably two times in the last ten years.
25 I'm going this year.  It's next month -- or

Page 266

1 December.
2 Q. Did you move from San Antonio
3 to Houston?
4 A. I moved to La Porte, about 25
5 miles from Houston.
6 Q. Do you go to -- do you go to
7 ASCO, the ASCO conference each year?
8 A. I've been -- I've been to ASCO
9 few times. I don't really like ASCO. It's
10 very, very big and you spend a whole lot of
11 time getting from one conference to the next
12 and a lot of time not hearing people talk.
13 So I generally go to the
14 Chemotherapy Foundation Symposium in
15 New York, although I probably won't be going
16 in the near future because then there, you
17 sit in a big room and they bring in bunch of
18 professors, you don't have to spend lot of
19 time going from place to place.
20 I go to the San Antonio Breast,
21 I go to that meeting, I go to ASCO a little
22 bit, but again, probably twice in the last
23 ten years to ASCO.
24 Q. Okay.
25 A. I went to a breast cancer

Page 267

1 meeting in Chicago at Northwestern a couple
2 of years ago. I went to the Harvard oncology
3 review Course three or four years ago in
4 Boston.
5 So I go to these different
6 conferences, but I -- the one in New York I
7 like the best, but I probably won't be going
8 the next couple of years.
9 Q. Right. I understand. With
10 regard to the large volume of literature that
11 you read, would it be fair for me to
12 understand that you have read everything that
13 was in your Exhibit B in preparing to give
14 opinions in this case?
15 A. Exhibit B was the -- all the
16 stuff in my report? Yes, I read every one of
17 those.
18 Q. Everything that's in your
19 report. And then Exhibit B included all the
20 depositions you've been provided, all of the
21 medical records and a number of pages of
22 listings of peer-reviewed journal articles.
23 Did you read all of that?
24 A. I read all the medical records.
25 I read all the articles. I did not read all

Page 268

1 the depositions.
2 I think I pointed out the ones
3 I didn't read were the pathology ones, the
4 dermatologist and dermatopathology; but I
5 read the patient's deposition, McCanless'
6 deposition, the patient's mother's
7 deposition, and Dr. Bosserman's deposi -- I
8 think I read all of them except the
9 dermatopathologist.
10 Q. Okay. We --
11 A. I also read Dr. Reddy's.
12 Q. But you didn't read
13 Dr. Reddy's, obviously, until after you gave
14 your report?
15 A. Right.
16 Q. And you couldn't read it
17 because it wasn't taken.
18 A. Right.
19 Q. With regard to the opinions or
20 the reasonings you described with Mr. Holden
21 about medical issues concerning diabetes and
22 chemo neurology risk or neurotoxicity risks,
23 is that set out in your report with support
24 from the peer-reviewed medical literature?
25 MR. HOLDEN: Objection to form.

Page 269

1 A. I don't recall how I listed it
2 in the report, but there were clearly
3 articles that I reference in my report
4 concerning -- that addressed neuropathy.
5 Whether I specifically listed it under that
6 heading, I don't remember.
7 Q. (By Mr. Miceli) With regard to
8 your comments about there being an
9 association -- I've heard association before
10 described as a rooster crowing in the morning
11 and the sun comes up. The rooster crows and
12 then the sun comes up every day doesn't mean
13 that the rooster is reminding the sun to
14 rise, correct?
15 A. Correct. It does not mean
16 that.
17 Q. That just means two events that
18 occurred in some order doesn't necessarily
19 imply causation one to the other. Correct?
20 A. An association can be due to
21 cause and effect but by itself doesn't prove
22 it.
23 Q. And you have to do more work
24 than just establishing that an association
25 occurred to determine or to demonstrate

Lawrence E. Foote, M.D.

Page 270

1  evidence of a causal association. Correct?
2      A.    Correct. There is a strong
3  association between ashtrays and lung cancer.
4  Ashtrays don't cause lung cancer.
5      Q.    Right, okay. Exactly. And
6  your report does not include any analysis,
7  drug by drug, of what Ms. Stewart received,
8  trying to establish or trying to communicate
9  how you went from a simple association to the
10  strength in a statistically significant way
11  of a causal association between any of
12  her -- the drugs she received and permanent
13  chemotherapy-induced alopecia. Correct?
14      MR. HOLDEN: Objection to form.
15      A.    I think I understand your
16  question. I don't think that I can tell why
17  she developed the permanent alopecia, whether
18  it's something that has to do with her
19  genetics and the way she is or products that
20  she's been exposed to with her hair in the
21  past, or menopause, or a drug that she took.
22  I don't -- I don't -- there is an
23  association, but I don't know what was the
24  cause.
25      Q.    (By Mr. Miceli) Right. And in

Page 271

1  your report you don't set out an attempt on
2  your part to figure that out by way of
3  analyzing other strands of data other than
4  just the simple association, correct?
5      MR. HOLDEN: Objection to form.
6      A.    I don't think that you can
7  figure that out, but that is correct.
8      Q.    (By Mr. Miceli) All right.
9  And then when -- you were asked some
10  questions about aromatase inhibitors and
11  anastrozole.
12      Do you know what the different
13  presentation is of endocrine-induced alopecia
14  versus permanent chemotherapy-induced
15  alopecia?
16      A.    What's it --
17      MR. HOLDEN: Objection to form.
18      A.    What's it look like, or what do
19  you mean by "presentation"?
20      Q.    (By Mr. Miceli) Well, let me
21  ask it differently. I think we already asked
22  this earlier in the deposition, but I will
23  start there in case we didn't.
24      But you don't know the
25  differences from a pathological, objective

Page 272

1  evidence standpoint between the difference in
2  the type of hair loss that is usually seen
3  with endocrine therapies, endocrine
4  modulators, like anastrozole and aromatase
5  inhibitors. Do you?
6      A.    I do not know the pathological
7  differences, that's correct.
8      Q.    And do you know the clinical
9  dermatologic presentation of
10  endocrine-induced alopecia after
11  chemotherapy?
12      MR. HOLDEN: Objection to form.
13      A.    I don't know what you mean. It
14  tends to be androgenic, androgenic type, but
15  I don't know the subtle differences.
16      Q.    (By Mr. Miceli) If I were to
17  ask you to describe to me how the ostia
18  appears or how the shaft of the hair appears,
19  would you be able to describe that to me?
20      A.    No.
21      Q.    And if I ask the same
22  question -- I think I asked this -- about
23  permanent chemotherapy-induced alopecia, you
24  told me earlier you don't -- you don't know
25  what the pathological objective findings are

Page 273

1  for that diagnosis. Correct?
2      A.    That is correct.
3      Q.    And do you know now what the
4  clinical diagnostic criteria are by way of
5  trichoscopy?
6      A.    With trichoscopy, no.
7      Q.    Do you know the clinical
8  presentation and objective findings for
9  permanent chemotherapy-induced alopecia from
10  a clinical dermatologic examination, what
11  those would be?
12      A.    No.
13      MR. MICELI: That's all I have.
14  Thank you. Doctor.
15      THE WITNESS: Thank you.
16  (Following commenced at 3:01 p.m.)
17      MR. HOLDEN: Anybody else? He
18  will read and sign.
19      MR. MICELI: All righty. Thank
20  you, Evan.
21      Thank you, Doctor. Appreciate
22  your time today.
23      THE WITNESS: You are welcome.
24  Thank you.
25      THE VIDEOGRAPHER: The time now

Page 274

1    is 3:01 p.m.  We are off the record.
2    (Proceedings concluded at 3:01 p.m.)
3               *  *  *
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 276

CHANGES AND SIGNATURE
LAWRENCE E. FOOTE, M.D.
Page 2

1
2
3    ____ ____ _____ _____
4    ____ ____ _____ _____
5    ____ ____ _____ _____
6    ____ ____ _____ _____
7    ____ I, LAWRENCE E. FOOTE, M.D., have
     read the foregoing deposition and hereby
8    affix my signature that same is true and
     correct, except as noted above.
9
10   _____
     LAWRENCE E. FOOTE, M.D.
11   THE STATE OF_____:
     COUNTY OF_____:
12
     BEFORE ME, _____,
13   on this day appeared LAWRENCE E. FOOTE, M.D.,
     known to me or proved to me on the oath of
14   _____ or through
     _____ [description of identity
15   card or other document] to be the person
     whose name is subscribed to the foregoing
16   instrument and acknowledged to me that they
     executed the same for purposes and
17   consideration therein expressed.
18
     Given under my hand on this _____
19   day of _____, 2020.
20
21
22   Notary Public in and for the
     State of _____
23   My commission expires: _____
24
25

Page 275

1    IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS
             LIABILITY LITIGATION
2
     ZOOM VIDEOTAPED DEPOSITION OF
3    LAWRENCE E. FOOTE, M.D.
            OCTOBER 28, 2020
4
     CHANGES AND SIGNATURE
5
     PAGE  LINE    CHANGE      REASON
6    ____  ____ _____  _____
7    ____  ____ _____  _____
8    ____  ____ _____  _____
9    ____  ____ _____  _____
10   ____  ____ _____  _____
11   ____  ____ _____  _____
12   ____  ____ _____  _____
13   ____  ____ _____  _____
14   ____  ____ _____  _____
15   ____  ____ _____  _____
16   ____  ____ _____  _____
17   ____  ____ _____  _____
18   ____  ____ _____  _____
19   ____  ____ _____  _____
20   ____  ____ _____  _____
21   ____  ____ _____  _____
22   ____  ____ _____  _____
23   ____  ____ _____  _____
24   ____  ____ _____  _____
25   ____  ____ _____  _____

Page 277

1    COUNTY OF HARRIS )
2    STATE  OF  TEXAS )
3          REPORTER'S CERTIFICATION
4       I, Pat English-Arredondo, CSR (TX),
5    RMR, CRR, CLR, CCR (LA), Certified Shorthand
6    Reporter in and for the State of Texas,
7    hereby certify that this transcript is a true
8    record of the testimony given and that the
9    witness was duly sworn by the officer.
10     I further certify that I am neither
11   attorney nor counsel for, related to, nor
12   employed by any of the parties to the action
13   in which this testimony was taken.  Further,
14     I am not a relative or employee of any
15   attorney of record in this cause, nor do I
16   have a financial interest in the action.
17     Subscribed and sworn to on this the 3rd day
18   of November, 2020.
19
20   _____
     Pat English-Arredondo,
21   CSR (TX), RMR, CRR, CLR, CCR (LA)
     Expiration Date:  4/30/2022
22
23
24
25

Lawrence E. Foote, M.D.

**WORD INDEX**

**< – >**
– 1:*20, 20, 20*

**< 0 >**
**0** 62:*6*
**02110** 2:*17*

**< 1 >**
**1** 5:*3, 5, 12, 14*
6:*7, 12* 14:*11,*
*13* 15:*10* 17:*2*
62:*3* 69:*24*
105:*1, 3*
120:*18* 125:*9*
138:*19* 144:*23*
161:*1, 3, 5*
162:*8, 17*
163:*7, 10*
195:*9* 197:*11*
209:*1, 1*
232:*10*
**1,000** 137:*1*
**1.7** 245:*6*
247:*9* 248:*11*
**1:35** 238:*4, 5*
**10** 6:*1* 25:*4*
122:*25* 123:*2,*
*3* 124:*2, 9*
125:*1* 129:*7,*
*12* 132:*14, 21*
134:*6* 237:*17*
**10:13** 99:*7, 8*
**10:31** 99:*9, 11*
**100** 78:*17*
105:*2*
**100,000** 136:*21*
**10036-6797**
*3:16*
**10-20-20** 5:*20*
**107** 167:*25*
**1095** 3:*16*
**1099s** 34:*20*
**10th** 134:*5*
**11** 5:*8* 6:*4*
56:*19* 57:*6*
142:*6* 172:*18,*
*19*
**11:00** 31:*8, 9*

**11:19** 142:*16,*
*17*
**11:24** 142:*18,*
*20*
**11:31** 149:*6, 7*
**11:32** 149:*8, 10*
**1100** 2:*9*
**111** 5:*21*
**12** 5:*15* 6:*7*
124:*7, 9, 14, 16,*
*16, 25* 131:*4*
162:*13* 165:*17*
172:*17, 18, 20*
203:*5* 205:*13*
208:*20* 209:*20*
210:*18* 211:*25*
220:*7*
**12:21** 191:*16,*
*17*
**12:30** 191:*13*
**12:42** 191:*18,*
*20*
**120** 124:*10*
126:*7* 129:*22*
**123** 6:*1*
**12th** 134:*6*
**12-week**
129:*24*
**13** 6:*9* 30:*12*
55:*15* 160:*25*
167:*2, 5*
**14** 5:*5* 6:*11*
157:*6* 165:*10*
174:*9, 17*
203:*1* 214:*20,*
*22*
**140** 196:*21*
**141** 193:*19*
196:*17, 24*
**142** 6:*4*
**15** 5:*7* 6:*4, 13*
42:*2, 7, 9*
55:*10* 192:*1*
237:*17* 251:*12*
**1500** 136:*17*
**15th** 56:*2*
**16** 5:*3, 8* 6:*14*
21:*10* 120:*19*
125:*17* 138:*18*
156:*18* 215:*10,*

**24** 220:*18*
250:*2, 3*
**162** 6:*7*
**1664** 121:*21*
**1667** 115:*8*
**167** 6:*9*
**1670** 118:*23*
**17** 219:*25*
220:*8*
**174** 6:*11*
**18** 129:*21*
131:*3, 4*
220:*25*
**18-week**
125:*25* 128:*16*
**19** 75:*20*
**192** 6:*13*
**1970s** 75:*2, 4,*
*13* 77:*13*
79:*22*
**1980** 85:*16*
**1990** 75:*17*
85:*17* 99:*23*
250:*25*
**1990s** 75:*23*
82:*21*
**1996** 76:*6, 7*
**19th** 56:*19*

**< 2 >**
**2** 4:*4* 5:*7*
15:*19, 22* 16:*4*
81:*21* 105:*1*
118:*22* 120:*16*
123:*7, 8*
136:*13* 164:*22,*
*23* 209:*2*
232:*8, 11*
276:*2*
**2:01** 238:*6, 8*
**2:11** 248:*17,*
*22, 24*
**2:17-cv-10817**
1:*9*
**2:36** 248:*25*
249:*2*
**2:53** 265:*1*
**20** 25:*4* 27:*7*
124:*1* 126:*5*
131:*3* 156:*17*
165:*18* 251:*12*

**2000** 2:*16*
91:*13*
**2005** 220:*12*
**2008** 5:*21*
111:*18*
**2014** 6:*7*
162:*8, 17*
169:*9* 197:*12*
**2015** 21:*12*
**2016** 21:*5*
**2020** 1:*13, 19*
5:*3* 6:*6, 13*
7:*6* 30:*14, 15*
145:*2* 191:*24*
192:*7, 11, 11,*
*24* 194:*9*
197:*12* 275:*3*
276:*19* 277:*18*
**2022** 277:*21*
**20th** 55:*12*
**20-week** 126:*9*
128:*17* 129:*23*
**21** 51:*22*
133:*12* 150:*14*
159:*24* 166:*5*
220:*9, 21*
**212-641-5623**
3:*17*
**213.430.3409**
3:*11*
**22** 6:*16* 29:*21*
30:*15* 230:*6*
250:*14*
**22nd** 55:*22*
**23** 234:*4*
**235** 6:*14*
**24** 240:*11, 16*
**249** 4:*11*
**25** 146:*5, 7*
150:*9* 266:*4*
**250** 6:*14*
**2500** 2:*13*
**2519** 2:*4*
**2555** 2:*20*
**26** 35:*4, 6, 9*
36:*14, 17, 19,*
*21* 37:*1*
**265** 4:*12*
**2740** 1:*3*
**28** 1:*13* 5:*3*

**275:*3**
**2800** 2:*8*
**288** 125:*24*
129:*21*
**28th** 1:*18* 7:*6*
**29** 5:*12*
220:*17* 245:*3*

**< 3 >**
**3** 5:*8, 20* 6:*8*
16:*24* 123:*8*
136:*16, 23*
137:*7* 232:*8*
**3:01** 1:*18*
273:*16* 274:*1,*
*2*
**30** 27:*4* 29:*23*
38:*18* 123:*24*
152:*11* 153:*17*
154:*7* 277:*21*
**30112** 2:*5*
**30305** 2:*13*
**30-plus** 20:*12*
100:*22* 262:*23*
**316** 94:*13*
**32** 30:*15*
32:*20* 33:*10*
53:*12* 55:*16,*
*22*
**33** 17:*2* 251:*1,*
*5*
**3333** 2:*13*
**34** 17:*4*
**350** 33:*10*
**37** 6:*10* 17:*5*
**38** 17:*7* 18:*3*
**39** 17:*7*
**3rd** 277:*17*

**< 4 >**
**4** 5:*12, 17*
29:*5* 33:*10*
59:*20* 209:*2,*
*18, 19, 20*
257:*17* 277:*21*
**4.4** 245:*5*
**4.7** 245:*5*
**40** 80:*22* 81:*4,*
*13* 222:*21*
**400** 49:*4*

Lawrence E. Foote, M.D.

4-15-20  5:*19*
44  51:*18*
45202-2409  3:*6*
46  5:*12*
47  5:*15*
48  5:*15*  6:*6*
  125:*18, 23*
  132:*13, 24*
480  44:*17*
485  44:*24*
490  44:*23*

< 5 >
5  5:*12*  46:*17,*
  *19*  58:*4, 6*
  144:*1*  154:*24*
  163:*7, 8, 9*
  195:*9*  208:*6*
  247:*8*  248:*11*
  254:*4*
5.9  143:*5, 8*
500  49:*4*
504-522-2304
  2:*10*
513.698.5000
  3:*7*
515  3:*10*
52  193:*5*
53  193:*6*
  194:*20*
54  5:*17*
5-9  170:*16*
5-fluorouracil
  94:*11*

< 6 >
6  5:*15*  6:*13*
  47:*5*  51:*20, 21*
  71:*14, 17*
  104:*19*  192:*10,*
  *23*  197:*12*
  208:*7*
60  17:*8*  18:*3*
  29:*23*  30:*2*
600  3:*6*
60s  227:*15*
617.531.1411
  2:*17*
62  5:*11*
62-page  17:*1*

64108-2613
  2:*21*
678.553.2100
  2:*14*

< 7 >
7  5:*15*  15:*8*
  48:*9*  69:*23, 24*
  70:*6*  73:*25*
  86:*16, 22*
  164:*19, 20, 22,*
  *23*  175:*16*
70163-2800  2:*9*
70s  74:*14*
7-22-20  5:*8*
74  82:*18*
75  183:*17*
  186:*16, 19*
  187:*19*
770.834.4467
  2:*5*

< 8 >
8  5:*6, 17*  15:*9*
  54:*14, 16, 18*
  86:*17, 19*
  92:*22, 24*
  111:*11*  125:*8,*
  *16*  154:*22, 25*
  192:*11*  258:*13*
8:00  31:*6, 7*
8:33  1:*18*  7:*1,*
  *7*
816.474.6550
  2:*21*
877.370.3377
  1:*23*
8th  58:*3*

< 9 >
9  5:*21, 22*
  111:*10, 14, 17,*
  *19*  113:*13*
  150:*5, 7*
  154:*21*  159:*3*
  175:*18, 20*
  176:*10*  183:*12*
90  29:*23*  30:*2*
90071  3:*11*
917.591.5672

1:*23*
9-8-20  6:*14*

< A >
a.m  1:*18*  7:*1,*
  *7*  99:*7, 8, 9, 11*
  142:*16, 17, 18,*
  *20*  149:*6, 7, 8,*
  *10*
ability  12:*15*
  88:*6*  126:*20*
able  27:*21*
  86:*24*  87:*1, 17,*
  *24*  103:*24*
  243:*21*  272:*19*
abrogate
  151:*22*
abrogated
  140:*1*
abrogating
  141:*10*
absolute  68:*25*
Absolutely
  169:*8*  177:*8*
  213:*7*  243:*13,*
  *14*
absolutes  68:*8*
  242:*25*  243:*1*
abundant
  172:*22*  173:*1*
AC  108:*12*
  114:*24, 25*
  117:*13*  119:*5,*
  *7, 11*  124:*7, 19,*
  *23, 23*  126:*4, 6*
  128:*9*  131:*23*
  132:*2*  136:*22*
  139:*14*  148:*3,*
  *6, 6*  151:*6, 11,*
  *16*  163:*13, 14*
  165:*6*  194:*8*
  195:*12, 20*
  196:*1, 5*  198:*5*
  236:*5, 7*  243:*7*
accept  174:*1*
acceptable
  170:*7*  172:*14*
accepts  40:*16*
  71:*11*

access  11:*10,*
  *21*  18:*13, 25*
  87:*23*
accessible
  182:*15*
ACCORD  3:*7*
  9:*15*
account  33:*18*
accountant
  34:*14, 21*
accounts  34:*21*
accumulate
  20:*6*  42:*5*
accumulated
  38:*18*
accumulation
  86:*6*
accurate
  21:*20*  32:*12*
  56:*23*  63:*20*
  68:*16*  82:*22*
  163:*8*  172:*16*
  236:*21*  246:*5*
accurately
  23:*21*  42:*15,*
  *18*  103:*24*
accused  22:*17*
AC-docetaxel
  113:*20*  119:*19,*
  *19*
acknowledged
  276:*16*
AC-paclitaxel
  108:*7*  113:*18,*
  *19*
AC-plus-Taxol
  255:*13*
acquire  20:*13*
acquired  20:*19*
act  143:*14, 15*
ACTAVIS  3:*1,*
  *4, 4*  9:*10, 11*
AC-Taxol
  97:*5, 6, 25*
  98:*11*  108:*17*
  146:*24*  240:*21,*
  *21*  242:*19*
  256:*8*
action  89:*25*
  277:*12, 16*

active  77:*6*
  78:*12*  80:*12*
  87:*10*  88:*11,*
  *15, 15*  89:*11*
  90:*6, 9, 12, 25*
  235:*6*  237:*5*
activity  87:*14*
acts  143:*17*
actual  130:*20*
  158:*1*  246:*17*
actuality
  130:*23*
acute  218:*17*
add  56:*7*
  174:*6*
added  36:*8*
  102:*6*  121:*2*
  136:*6*
adding  130:*23*
  190:*25*
addition  67:*6*
  75:*8*  81:*21*
  101:*2*  104:*20*
  215:*14*
additional
  131:*2*  250:*14*
address  40:*21*
  102:*25*  126:*25*
  145:*21*  160:*11*
  239:*14*
addressed
  128:*18*  269:*4*
addressing
  169:*17*
adds  125:*23*
adequate
  160:*15*  203:*24*
adjuvant
  41:*17*  42:*25*
  43:*1*  71:*21*
  72:*6*  76:*2, 8*
  78:*10*  80:*21*
  81:*3*  93:*12*
  163:*2, 11*
  168:*7, 12, 13*
  193:*7*  196:*21,*
  *22*  220:*11*
  236:*22*
administered
  10:*3*

Lawrence E. Foote, M.D.

**administration**
120:*10*  124:*8,
19*  128:*9*
130:*16*  131:*17*
149:*23*  152:*5*
**administrative**
239:*19*
**adrenal**  134:*16*
**Adriamycin**
77:*14*  81:*20*
83:*19, 24*
93:*14*  102:*17*
117:*22*  118:*11,
15*  127:*8, 11*
131:*6*  147:*14*
173:*4*  185:*8*
187:*4, 25*
188:*8, 8, 21, 24*
189:*1, 6, 7*
190:*1, 4, 12, 24*
199:*7*  200:*10*
233:*8*  260:*5,
25*  261:*12*
**advanced**
254:*3*
**advantage**
233:*2*  234:*13,
15, 18*
**adverse**
208:*13*  211:*9*
213:*20*  223:*10*
**advise**  183:*19*
184:*4*  187:*16*
**advised**  188:*1*
**affect**  146:*1*
**affix**  276:*8*
**Affordability**
195:*5, 24*
**age**  177:*2*
**Agent**  195:*5*
217:*12*
**agents**  176:*20*
215:*18, 19*
**aggressive**
234:*21*  236:*1*
254:*10*
**aggressively**
72:*12*
**ago**  15:*14*
24:*25*  25:*5*
27:*5, 6*  36:*15*

213:*17*  267:*2,
3*
**agree**  36:*12*
37:*3*  65:*2, 15*
68:*3, 12*  69:*14*
70:*17*  72:*15*
79:*16*  82:*6*
101:*9*  105:*9,
21*  108:*3, 6*
109:*23*  115:*22*
116:*16*  117:*7*
118:*15*  119:*5*
133:*16*  175:*5,
19*  176:*3*
183:*25*  185:*14*
186:*2*  187:*15*
207:*17*  208:*8,
10, 15, 18*
210:*5*  224:*23*
225:*17*  244:*22*
247:*18*  255:*16*
**agreed**  7:*14*
52:*20*  65:*18*
**agreement**
64:*24*  72:*20*
**ahead**  10:*1*
12:*20*  14:*10,
15*  16:*16*
54:*12, 13*
111:*8*  159:*23*
184:*9*
**alcohol**  241:*9*
243:*18*
**alive**  94:*4*
**all,**  38:*15*
**alleged**  261:*13*
**allow**  53:*13*
130:*15*
**allowed**
133:*20*  136:*9*
171:*4*
**All's**  256:*5*
**alopecia**  99:*25*
100:*2*  175:*21,
24*  176:*19*
178:*9*  183:*21*
184:*5, 12*
185:*2, 21*
186:*5*  187:*6*
188:*2, 6*  189:*2,
5, 22*  190:*3, 25*

199:*9, 14, 23*
200:*11, 15, 19*
201:*1, 6, 16*
202:*6*  205:*17*
209:*24*  217:*3,
13, 19, 23, 24*
218:*3, 11, 18,
20, 23*  219:*4,
17, 22*  253:*2*
257:*18*  259:*18,
22*  260:*7, 16*
270:*13, 17*
271:*13, 15*
272:*10, 23*
273:*9*
**alopecia,**
187:*18*
**alopecia-related**
174:*23*
**altered**  158:*7*
**alternative**
109:*9, 21*
**alternatives**
109:*8*
**ambiguous**
78:*16, 16*
**amend**  184:*16*
**Americas**  3:*16*
**amount**  34:*12*
50:*6*  57:*1*
80:*5*  129:*5*
152:*23, 24*
153:*10*  252:*23*
262:*7*
**amounts**
151:*18*
**ample**  131:*19*
**analogy**  212:*20*
**analyses**  223:*3*
224:*2*
**analysis**
129:*20*  132:*19*
147:*12*  151:*7*
178:*7, 12, 15,
19, 24*  179:*14*
184:*20*  185:*7,
12, 15*  220:*3*
223:*22, 25*
224:*8, 12, 15,
24*  225:*19, 25*

226:*1, 7, 10, 13*
227:*2*  228:*24*
229:*1, 8, 22*
262:*2, 10, 15*
270:*6*
**analyze**  132:*9*
221:*25*
**analyzed**
224:*19*
**analyzing**
226:*5*  271:*3*
**anastrozole**
261:*7*  271:*11*
272:*4*
**ancillary**
152:*20*
**androgenic**
272:*14, 14*
**Angeles**  3:*11*
**animal**  87:*12*
**answer**  12:*14*
34:*5*  35:*10*
37:*9*  54:*3*
56:*10*  63:*17,
20*  97:*18*
100:*7*  106:*10*
111:*5*  116:*24*
194:*2*  200:*4*
201:*13*  202:*6,
10, 17, 18, 18*
218:*9*
**answered**  13:*4*
200:*1*
**answering**
202:*22*  265:*10*
**answers**  12:*9,
15*
**anthracycline**
101:*17, 17, 25*
102:*1*  109:*16*
255:*8*
**anthracyclines**
75:*9, 12*  77:*15,
20*
**Antonio**
265:*14, 16, 18,
20, 22*  266:*2,
20*
**anybody**  58:*8*
185:*6*  209:*13*

218:*10*  240:*25*
248:*13*  273:*17*
**anymore**
141:*14*
**anyway**
110:*24*  151:*25*
**apart**  34:*2*
**apologize**
16:*19*  29:*2*
46:*9*  51:*19*
162:*5*  166:*2, 3*
192:*19*  194:*3,
7*  203:*3*
210:*14*  214:*11*
234:*7*  263:*24*
**appear**  17:*4*
23:*10*
**APPEARANCE
S**  4:*4*  8:*25*
**Appeared**  2:*2*
3:*1*  92:*1*
276:*13*
**appearing**  7:*14*
**appears**  14:*17*
115:*16*  196:*11*
197:*10*  230:*23*
272:*18, 18*
**appendix**
122:*2, 7*  128:*6,
18*
**applicable**
162:*19*
**application**
221:*18*
**apply**  138:*19*
158:*19*  172:*4*
178:*23, 25*
223:*17*
**applying**  172:*2*
**appreciate**
55:*6*  140:*8*
165:*4*  199:*25*
273:*21*
**approach**
77:*18*  172:*8*
257:*6*
**appropriate**
52:*22*  57:*22*
67:*16*  68:*10*
108:*11*  121:*18*
155:*9*  159:*7*

Lawrence E. Foote, M.D.

160:4  169:3, 4
209:14  258:2
264:11
**appropriately**
222:6
**approval**
88:13  89:17
90:9  172:3
**approved**
75:21, 22, 25
76:2, 8  88:5,
12, 21, 22
89:11  90:1, 7,
11, 19, 23, 24
91:5, 10, 18, 21,
22, 23  92:18
93:4  119:6, 15
143:20  144:8
211:7
**approximately**
51:17  123:24
251:13
**April** 30:6, 10,
10, 12, 12, 14
55:10  56:2
**arbitrary**
102:4, 8, 13
232:10
**area**  11:1
43:3  45:1
181:4  182:13
**areas**  45:15
238:12
**argue**  177:18
**arguing**  166:16
**argument**
247:22
**arm**  109:17
110:1  138:9
220:18, 18
**arms**  136:16,
24  137:3
138:2
**aromatase**
261:6  271:10
272:4
**Arredondo**
7:23
**article**  5:22
6:11  51:9
111:18  112:9

211:22  217:4
220:11  259:4,
5
**articles**  52:8
53:6, 7  131:25
179:2  181:1
183:4  189:17,
18, 25  190:17,
21  215:11
216:5, 5, 8, 15
219:1, 6  253:2,
4  256:21
258:2, 22
267:22, 25
269:3
**artificial**  96:17
**ASCO**  266:7,
7, 8, 9, 21, 23
**ashtrays**  270:3,
4
**aside**  28:22
132:8  209:6
262:3
**asked**  28:18
49:13, 18
57:16  65:25
108:21  114:6,
17  229:24
238:18  253:17,
21  255:15
256:18  257:16
258:12, 21
259:15  260:4
262:17  264:11
271:9, 21
272:22
**asking**  10:16
97:24  162:1
244:16
**asks**  28:15
**aspects**  226:24
**assess**  221:5
223:8  224:9
**assessing**
160:11  179:1
226:14, 16
**assessment**
120:24  209:24
226:7
**assign**  180:23

**assignment**
49:16, 23
**assisted**  19:11
**associated**
84:6  184:25,
25  190:19
203:21  205:8
215:1  260:25
261:7, 20
**association**
177:10  178:8
227:18, 19
228:9, 19, 21,
23  229:6, 25
260:11, 13, 23
262:13  269:9,
9, 20, 24  270:1,
3, 9, 11, 23
271:4
**associations**
259:25
**assume**  12:14
55:21
**assumed**
206:15
**assumptions**
217:22
**Assurance**
28:13
**assure**  248:12
**astounding**
247:19
**Astro**  180:5
**Atkins**  24:16
**Atlanta**  2:13
**ATRA**  77:18,
19
**attach**  40:25
46:8
**attack**  83:9
187:13
**attempt**  38:7,
25  103:17
148:19, 20
204:10  271:1
**attempted**
39:3  178:5, 14
184:19
**attention**
30:23  50:14
111:25  126:13

**attorney**  28:16
212:21  277:11,
15
**attorneys**
12:10  25:12,
15  28:7, 12
30:25  32:23
51:9  55:20
209:24
**attorney's**
258:11
**attorneys,**  58:4
**audio**  84:15
**authors**
179:20  217:1
**availability**
90:14
**available**
18:10  19:5
27:23  86:24
87:6  88:22
155:23  172:22
174:5  181:13
231:19  249:11
259:7
**available,**
173:1
**Avenue**  3:16
**average**  78:23,
24  170:16
**avoiding**
264:16
**aware**  25:16
36:22  97:16,
19  154:13
213:19  259:1

**< B >**
**Bachelor's**
86:11
**back**  12:2, 19
25:3, 4  29:1
30:13  33:24
34:25  35:1
39:22  41:15
42:14  50:19
52:25  58:1
63:15  71:17
78:9  91:8
97:25  99:11
103:13  104:4

113:24  116:14
119:3  128:2
133:3, 5, 11
134:1  142:20,
24  149:10
150:5  163:22
179:19  183:12
186:11  187:12
191:13, 20, 22
196:20  197:6
198:15  203:5
205:1  213:1
215:3  217:13
218:3, 12, 23
231:2  237:19
238:8  239:2
249:2
**back-end**  38:6
**background**
257:1
**BACON**  2:20
**Baehr**  2:19
9:6, 7
**ball**  246:21
**ban**  152:15
**Bardwell**  3:21
7:4
**bark**  87:25
**based**  64:5
67:14  101:25
107:17, 20
147:25  155:15
158:14, 25
169:21  170:22
171:8, 8
182:23  199:6
222:11  224:16
**bases**  37:20
39:24
**basic**  46:23
70:25
**Basically**
27:25  166:7
206:14
**basis**  19:6, 24
38:7  151:10
153:24  154:10
156:9  205:23
206:3  221:2
224:3  227:24
**bathroom**  66:3

Lawrence E. Foote, M.D.

**Baylor** 45:8, 17
**before,** 76:23
**began** 58:20 75:16 85:16
**beginning** 35:2 56:19 74:14 79:8 86:21 125:9 203:14 214:21 222:14
**begins** 214:19 215:12
**behalf** 8:7 9:7 24:22
**behave** 72:13
**believe** 17:19 21:2, 4 22:9, 10 23:5, 21, 24 24:6 26:6 34:16 35:14, 20 37:7 46:25 48:23 49:2 50:12, 15 51:18 58:6, 24 59:3 62:12 65:11 68:20 71:3 72:2 75:15 76:7, 10 82:5, 22 85:3 88:9 93:18 94:14 97:6 98:9, 10, 18 101:14 105:14 112:16, 21 113:25 114:14 116:4 118:5, 18 119:17 120:1, 4 121:1 134:25 139:23 144:3 146:12 148:2, 5 149:18 150:10 151:3 153:2 156:21 157:12 158:17, 18 162:22 169:16, 18 175:10, 12 176:5, 22 177:21 180:21, 23 182:22

184:1 185:14 186:7 190:8 209:4 211:18, 22 221:15 248:5
**Benadryl** 123:1
**beneath** 164:21
**Benedict** 3:9 9:14, 15
**beneficial** 159:20 175:9 231:1
**benefit** 40:20 71:15 103:25 106:1, 14 146:3 230:20
**benefited** 231:23
**benefits** 231:17 232:2, 4
**benefitted** 233:11
**BENJAMIN** 2:7
**Bennett** 3:19 9:21
**BERNE** 3:5
**best** 12:15 32:8, 11 89:24 106:10 158:19, 25 169:17 171:19 222:9 233:19 245:22 246:5 253:18 255:12 258:8 267:7
**bet** 178:21
**better** 30:20 55:25 77:16 79:9, 12, 12 80:1, 6, 10, 15 102:8, 10, 15 110:24 111:1 129:24 172:6, 7 206:4 231:4 233:15, 16 254:12

**beyond** 170:6 221:1
**biases** 181:25
**big** 102:15, 16 131:13 266:10, 17
**bill** 33:18
**billed** 28:4 30:16
**BINV-K207** 164:17
**BINV-K7** 164:19
**Biographical** 5:15
**biological** 67:5, 9
**biomarkers** 159:16
**biophysical** 213:21
**biopsies** 100:5 219:12 238:19
**biopsy** 99:24
**bit** 15:9 28:25 65:22 81:14, 16 96:17 99:16 102:10 105:4 119:10 130:15 140:6 142:24 202:24 217:20 229:3, 4 238:13 247:4 250:17 266:22
**bizarre** 61:1
**bleeds** 15:9
**blocker** 123:23
**Blocks** 192:24
**Blocks,** 6:14
**blood** 133:4, 10, 17 134:3, 11
**blown** 16:21
**blue** 199:19
**board** 43:24, 25 44:13
**boards** 252:4
**body** 220:15 246:3, 9

**body's** 126:20
**bone** 217:3
**Bonner's** 58:24
**bookends** 197:15 198:13
**boots-on-the-gr ound** 43:12
**bored** 249:16
**born** 265:18
**borne** 224:22
**Bosserman** 65:14 101:10 130:22 148:5 150:11, 12 151:1 247:22, 24
**Bosserman's** 59:2 64:23 102:23 103:14 104:10 146:13, 21 185:6 247:5 268:7
**Boston** 2:17 267:4
**bothers** 239:4
**bottom** 51:20 70:6 86:16, 21, 22 121:24 123:10 168:1 172:19 195:3 205:13 210:18 214:22 215:9 230:9
**Boulevard** 2:20
**Box** 2:4 12:21, 23 122:18, 24 123:17 162:7 191:22 195:12, 19 196:13 227:5, 5, 6
**Bradford-Hill** 220:2 221:19 222:1 223:22 224:8, 11, 14, 24 225:19, 24 226:6, 10, 13 227:4, 11, 23 228:8, 24, 25

229:8, 22
**brain** 105:23
**breached** 108:16
**breaching** 22:18
**break** 33:12 63:10 65:23 92:21 99:3, 4 101:15 149:15 150:19 191:12, 13 199:2 237:12
**breakdown** 63:20 169:12
**breaks** 161:15 193:12
**Breast** 5:15 6:13 41:18, 23 42:3, 4 43:1, 2 44:3, 7, 8, 11, 14 47:4, 8, 11, 12, 18, 25, 25 48:6, 12, 21, 24 49:5, 11 59:24 60:17, 18 61:1, 3, 4 62:5 63:1 66:12 70:5, 18 72:13 74:19 75:22 76:3, 9 77:4 78:10 80:22 81:3, 18, 24, 25 89:22 90:5 92:18 93:13 119:13 146:2 155:10 158:22 159:8 162:17, 24 171:2, 23, 25 175:25 183:16 184:2 186:15 188:12, 15, 17 192:24 193:7 198:3 215:18 220:12 236:23 237:1 245:11 246:15 251:4, 7, 14 252:18, 22, 24 253:24 257:2, 6 262:24 263:2,

Lawrence E. Foote, M.D.

5, 9 265:16, 23
266:20, 25
**brief** 150:19
179:16
**briefly** 7:18
118:19
**bring** 266:17
**bringing**
138:23
**brochure** 5:15
**broke** 112:1
150:2
**brought**
135:15 166:18
228:6
**Bryant** 3:15
**bubble** 254:8
**builds** 32:1
**bunch** 176:24
266:17
**bundle** 20:18

< C >
**calculation**
104:10
**calculations**
104:9
**California**
3:11
**call** 20:14
44:11 61:25
62:1, 15 73:15
102:11 116:25
117:4 173:16
219:7 249:10
**called** 10:5
44:17 45:8, 10
47:3 49:13
50:15, 18
133:7 209:25
210:8 219:20
**calling** 226:6, 8
**calls** 28:15
234:19
**camera** 13:5
**cancer** 6:12,
13 40:14
41:18, 23 42:3,
4 43:2 44:3, 7,
11, 14 47:18,
25 48:6, 13, 22,

24 49:6, 11
59:24 60:17,
19 62:5 66:12
70:5, 14, 18
72:13 74:20
75:22 76:3, 9
77:4 78:10
79:3, 7, 24
80:22 81:3, 18,
24, 25 82:25
83:5, 17, 19
87:11 88:16
89:3, 6, 22, 23
90:5 91:1
92:18 93:13
95:16 100:20
101:2, 13
105:23 110:20
119:13 146:2
158:23 159:8
162:18, 20, 24
171:2, 23, 25
174:24, 25
175:25 183:16
184:2 186:15
188:12, 15, 18
192:24 193:7
198:4 228:1,
10, 20 236:23
237:1 250:23,
25 251:4, 7, 14
252:18, 23, 24
253:24 257:2,
6 259:13
262:24 263:2,
5, 9 265:16, 23
266:25 270:3,
4
**Cancer,** 220:12
**cancer.gov**
70:6 208:25
**cancer-free**
94:24 232:19
**cancerous** 79:5
**cancers** 61:2,
24 63:1, 21
93:4 155:10,
11
**capacity** 26:18
**capital** 113:17,
17, 18

**carcinoma**
59:25 60:10,
16, 20, 22, 22,
24, 24, 25 61:6,
10, 12, 12, 22,
23 62:12, 18,
19
**card** 276:15
**cardiology**
86:3
**Care** 6:1
22:18, 19
41:17 43:1, 16
49:19 76:2, 8
89:14 93:12
100:23 108:8,
16 109:2, 11
122:1 128:7
136:15 137:19
170:6 171:19
172:15 232:16
233:23, 24
236:22 238:23
259:13
**career** 43:20
**carriers** 28:13
**Carrollton** 2:5
**cars** 199:19
**Case** 1:9 5:12,
19 21:2, 3, 11,
14, 21, 25 22:7,
8 24:20, 23
25:12, 15, 22
26:10 29:8
30:16 36:8
37:6, 17 49:11,
16, 21 50:17,
18 51:8 90:25
94:10 100:15
142:3 158:23
185:19, 20, 23,
23 186:3, 7
190:18 200:6
214:8 216:18
229:2 234:1
252:14 253:1,
4 261:12
264:5 267:14
271:23
**cases** 17:11
22:22, 23 23:3,

4, 7, 16 25:11
26:1 27:21
28:1, 19 36:2,
8 96:2 215:2
**CAT** 245:21
**categorizations**
197:13
**Category**
161:1, 3, 5
163:7, 9, 10
195:22 198:16
**causal** 177:9
178:7 227:19,
24 228:9, 19
229:25 262:14
270:1, 11
**causally**
184:25
**causation**
178:6 179:2
184:20 185:22
186:4 190:17
220:3 223:3
224:10 225:1,
10, 22 262:11
269:19
**causative**
260:1
**cause** 166:10
199:24 201:12,
19 217:2, 12,
13, 18, 23, 23
218:19, 23
244:23, 25
260:6, 22
261:13, 18, 21,
22 269:21
270:4, 24
277:15
**caused** 190:25
228:3 262:11
**causes** 138:13
177:18 188:12,
21, 24 189:1
190:2 199:8,
16, 24 200:10,
14, 18, 25
201:5, 9, 15, 21,
22 202:5, 13
218:16, 22

259:17, 22
262:1
**causing** 185:8
239:15
**CCR** 3:23
277:5, 21
**cell** 83:17, 20
143:16 249:9
**cells** 79:24
82:1, 25 83:1,
5, 10 84:1
85:6, 8 143:10
145:8, 9
246:22, 24
**Center** 45:3, 6,
8, 9, 13, 18, 19
**centers** 157:13
**centimeter**
248:11, 12
**centimeters**
245:5, 6 247:8,
9 254:4
**central** 191:14
**Centre** 2:8
**certain** 40:3
49:7 67:23
91:10 106:8
193:24 194:13,
14 211:9
226:24
**certainly**
37:23 38:4, 17
57:8 72:18
89:10 90:6
92:17 101:6
108:22 110:9
139:16, 16
166:20 175:15
178:1 201:22
207:21 253:25
261:22
**certainty**
91:17, 21, 25
**CERTIFICAT
E.277** 4:17
**certification**
44:13 277:3
**Certified** 1:19,
20 43:24, 25
277:5

Lawrence E. Foote, M.D.

certify 277:7, 10
chance 235:11 250:9 256:15
change 102:7 158:1 167:3 197:9 198:21 208:7 275:3
changed 135:11 157:1, 3, 7 158:5, 6 164:4
CHANGES 4:15 157:25 212:4 275:3 276:1
changing 252:9
characteristics 67:5
chart 108:21 118:20, 21 255:6
chat 12:21, 23 122:18, 23 162:7 191:22
check 17:3 103:19 227:5, 5, 5
checked 189:21
chemo 268:22
chemotherapies 127:16 199:22
chemotherapy 68:17, 22 74:5, 15, 20, 24 77:3 79:5, 21 84:6 85:6 89:25 93:24 96:10 98:7 101:12 103:25 104:11, 20 105:15, 20, 23 107:2 109:16 114:3 121:15 152:20 159:3, 7, 19 160:4, 6 161:21 163:2 165:7 168:7,

12, 13 175:22, 24 184:3, 24 186:8, 24 196:22, 23 199:13 201:10 202:4, 5 205:16 214:20 215:1, 17, 18, 19, 22 217:12 218:7, 11 232:22 233:1, 3, 11 235:12 245:7 247:14, 16 254:21 255:4 257:7, 8 259:17 260:19 264:1 266:14 272:11
chemotherapy-induced 176:19 178:9 185:1, 21 187:6 189:2 190:2 199:8 200:11, 15 201:1, 6, 16 204:5 217:18 219:17, 22 270:13 271:14 272:23 273:9
Chicago 267:1
choice 107:5, 5, 6 169:3
choices 108:10 169:4
choose 110:22
choosing 108:17 263:14 264:8
CHOP 133:7
chose 264:14
chosen 108:8 223:18 232:15
chronology 52:13
cigarette 227:25 228:10, 21
cigarettes 229:16
Cincinnati 3:6

circumstance 67:15 68:2, 4, 9 159:15
circumstances 89:10 104:1 106:8 159:18 193:24 194:15 264:12
citation 20:5 39:1 78:19 80:4 83:7, 9 84:14, 22 85:9 98:20 114:15 135:1, 4 150:23 209:15 235:1
citations 40:19 50:4 70:20 84:9 98:10 114:7 256:21, 24
cite 39:8, 12 40:6, 25 41:1, 2 51:9 70:13 71:9 72:3 79:16 80:24 81:2, 5 82:8 97:8, 11 98:1, 5 147:20 148:4, 7 151:14 153:18 205:5 211:24 212:5, 6 216:16 220:15, 25 221:2, 16, 24 235:2 236:19 237:1 244:9, 18, 21
cited 18:1 20:1 38:20 39:16, 19 40:12, 15 51:2 71:8 72:16 79:20 80:2 98:16, 16, 18 151:7
cites 70:23 82:11
citing 70:10 81:14 220:5

City 2:21
Civil 1:9
claim 169:5 221:4
clarify 96:25
classes 81:22
clean 16:18
cleaned 144:14
clear 11:20 21:16 56:9 58:7 78:13 93:19 108:14 121:3 127:1 164:16 165:2 192:9 197:18 203:17, 19 213:2
clearly 87:13 88:11 90:8 116:8 136:7 166:11 176:1 221:11 241:5 247:19 260:23 269:2
clears 250:21
clicked 42:22
clinic 190:12
clinical 93:22 103:25 127:9 155:7, 16 158:15 159:14 170:23 171:9, 12 216:11 223:4, 19 272:8 273:4, 7, 10
clinically 88:11
close 18:17 34:25 104:6 238:10
closer 185:25 225:16
CLR 3:23 277:5, 21
CMF 231:11 233:6 243:5
Coast 87:20
Code 207:23 208:12
Cohen 25:17
Coldie 235:18

colleague 8:2, 9 191:11 237:14
collected 244:10
collection 15:7 244:18
college 107:11
colony 136:5
colony-forming 121:8
colony-simulating 121:16
colony-stimulating 135:10, 17, 25 136:2 137:11 138:7, 15, 25
color 215:4
column 195:14
columns 120:13
combination 56:11 165:22 189:9 190:24
come 50:9 86:10 89:23 106:2 156:3 163:7 172:11 190:1 194:24 200:5, 9 201:14 206:23 209:18, 22 210:5 212:14 217:16 232:21 237:19 263:8
comes 76:5, 12, 12 269:11, 12
comfortable 106:14 258:9
coming 82:23 179:3 237:22 239:2 252:3
comma 76:20 252:19, 20
commence 7:1
commenced 248:17 265:1 273:16

Lawrence E. Foote, M.D.

comment
76:*19*  87:*2*
129:*18*  197:*7*
commenting
206:*12*
comments
84:*10, 13*
204:*19*  269:*8*
commission
276:*22*
common
59:*24*  60:*9, 17,*
*21*  84:*20, 23*
121:*4*  135:*5*
205:*11*  215:*17*
252:*18, 21*
commonly
71:*7*  84:*5*
173:*23*  263:*8*
communicate
209:*9*  270:*8*
communicated
69:*10, 13*
communicating
69:*18*
communication
69:*19*  214:*3*
community
40:*5*  72:*22*
140:*12*  259:*11*
comorbid
170:*1*  254:*14*
comorbidities
159:*17*  160:*17*
companies
26:*13, 16, 19*
69:*5*
company  27:*3,*
*11*  68:*23, 24*
69:*14*  96:*8*
213:*19*
comparatively
117:*19*
compare
93:*23*  97:*2*
98:*6*  114:*10*
195:*11, 19*
compared
80:*13*  94:*22*
97:*17*  98:*11*

112:*6*  114:*8*
146:*17*  189:*22*
compares
96:*14*  97:*5*
114:*18*
comparing
80:*18*  94:*17*
98:*2*  114:*23*
115:*14*  218:*6*
compelling
177:*24*  178:*2*
201:*8*
compensated
27:*2, 6*
compile  42:*1*
compiling  15:*2*
complete
27:*21*  37:*4, 16*
40:*14*  68:*17*
181:*14*  235:*21*
completely
7:*20*  139:*6*
147:*18*  151:*6*
complex  263:*5*
complication
139:*6*
complications
264:*17*
component
67:*9*  183:*9, 10*
232:*15*
comprehensive
27:*17*
computer
12:*22, 24*  13:*7*
28:*1*  31:*12, 16*
32:*14*  43:*18*
149:*3*
concept  52:*21*
222:*1*
concern
262:*25*  263:*10,*
*13*
concerned
17:*24*  262:*20*
concerning
42:*25*  64:*22*
76:*18*  77:*25*
128:*14*  146:*11*
150:*10, 11*
186:*13*  207:*5*

209:*17*  242:*23*
253:*2*  268:*21*
269:*4*
conclude
240:*20*
concluded
274:*2*
conclusion
64:*4*  105:*6*
189:*1*  190:*1*
206:*24*  207:*9*
212:*14*  218:*1*
222:*11*  232:*21*
conclusions
172:*11*  180:*17*
182:*2*  224:*20*
conclusive
225:*7, 14*
230:*4*
concomitant
159:*16*
concomitantly
117:*14*
condense
238:*1*
conditions
238:*20*
conduct  178:*6*
conducted
95:*25*  224:*15*
conducting
177:*7*  223:*3*
CONFERENC
E  5:*2*  265:*23*
266:*7, 11*
conferences
252:*4*  265:*13*
267:*6*
configuration
119:*8*
confirm  8:*16*
225:*5*
confirmed
214:*24*
confounding
226:*3*
confused
119:*10*
Connecticut
23:*25*  24:*11*

connection
252:*16*
consideration
198:*8, 11*
276:*17*
considerations
146:*14*  150:*12*
considered
38:*12*  61:*24*
62:*12*  168:*21*
197:*3*
considers
170:*9*
consistency
179:*6*  195:*4,*
*23*  226:*1, 12,*
*22*  227:*1, 3*
consistent
179:*13*  210:*2*
consult  173:*20*
182:*8, 10, 14*
205:*7*
consultant
27:*3*
consultation
109:*5*
consulted
180:*19*
Consulting
34:*11*
consults
158:*12*
contact  26:*23*
contacted
29:*15*  49:*9*
contend  157:*2*
247:*10*
context  79:*2*
81:*11*  128:*22*
223:*3*
continual
151:*10, 13*
continue
81:*17*  145:*7,*
*11*  247:*16*
Continued  3:*1*
6:*1*
continuing
210:*14*
continuous
130:*4, 14, 16*

131:*2, 16*
133:*17*
continuously
81:*13*  127:*25*
131:*10*  134:*2,*
*15*
contribution
177:*9*
contributions
73:*3, 5*  103:*1*
control  113:*3*
133:*4*  134:*3*
189:*19, 20, 22,*
*23*
controlled
80:*18*  176:*23*
191:*3, 7*
controls  177:*2*
controversial
257:*12*
controversy
106:*9*  181:*5*
convenient
183:*6*
convey  168:*14*
197:*1*
convincing
175:*23*  176:*12,*
*16*  177:*20*
178:*2*  205:*2*
copies  14:*4*
copy  17:*4*
32:*18*  54:*12*
111:*23*  112:*20*
143:*1*  208:*22*
correct  10:*23*
11:*2*  12:*1*
13:*8, 11*  14:*1,*
*19*  15:*12*
17:*12, 13*  19:*2,*
*3, 15*  20:*20, 21*
21:*8, 9*  23:*11*
27:*14*  29:*9*
32:*4*  33:*21, 22*
34:*23*  37:*1, 2*
38:*10*  41:*12,*
*13*  43:*4, 6, 7,*
*14, 24*  44:*19*
46:*18, 24*  47:*4,*
*6, 9*  48:*1*  53:*3,*
*4, 17*  55:*11, 16,*

Lawrence E. Foote, M.D.

17, 23, 24  56:8,
9  60:1, 2, 10,
11  62:21, 22
63:3, 3, 7, 8, 25
64:8, 20  67:24
69:15  70:7, 9
71:22  75:3, 13,
15, 23  82:12,
13  83:5, 10, 11,
20, 22  84:1, 2,
6, 7, 10  85:1,
17, 18, 21
86:15  87:2
88:25  89:1, 7
96:3, 4  97:3, 9
98:2, 3  99:21
100:13  101:13,
14  107:6
108:9  110:3, 4
113:21, 22
114:25  115:1,
5, 6, 17, 20
119:20  120:19
123:22  124:5,
12, 13, 14, 20
125:3, 12, 13,
25  126:21
127:3  128:10,
12, 19  130:1
131:3  132:3
135:2  138:4, 5,
11  139:3, 22
140:17  141:24
142:23  143:4,
10, 20, 22
144:2  145:2, 3,
9, 16  146:18,
19  150:16, 19
151:1  152:5
154:18  155:11,
12  156:1
159:11, 12, 22
160:12  161:16
162:20, 24
163:16, 17, 19,
20  164:10
165:11, 12, 19,
20  166:8, 9, 22,
23  168:8, 17,
18, 24, 25
169:7, 13

170:24  171:10,
14  172:15, 23
181:15  186:5,
18  193:10, 25
194:10, 11, 15,
19  195:6, 7, 9,
10, 15, 17
196:1, 9, 10, 15,
16  197:4, 5, 16
198:16  200:6
202:7  203:9,
10  204:1, 2, 16,
17, 22, 23
205:3, 4  207:1,
2  209:3, 4
212:4, 5, 10, 12
213:24, 25
214:9, 15
215:5, 6
219:18, 23, 24
220:3, 13, 14,
18, 19, 21
221:6, 22
222:7, 17
223:10, 19, 20
226:17  230:21
231:13, 14, 19
232:23  233:12
234:2, 3
236:23  237:8
244:19, 21
245:8, 9
246:12  258:18
269:14, 15, 19
270:1, 2, 13
271:4, 7  272:7
273:1, 2  276:8
**correct,**  194:4
**corrected**
244:3
**correctly**
23:25  62:7, 10
124:21  211:13
**corresponds**
129:24
**corticosteroids**
146:12
**counsel**  7:21
15:10  16:8
17:16, 20
19:12  24:9

29:11  49:10
52:3, 7  250:7
277:11
**count**  136:17,
25
**counted**  44:24
**counter**  150:25
**counting**
95:20, 21, 22
**County**  21:7
23:11  36:3, 6
276:11  277:1
**couple**  15:14
101:9  128:3
155:19  203:4
251:16, 18
265:6  267:1, 8
**course**  12:10
60:21  67:18
77:7  89:25
100:19  158:19
241:15  267:3
**courses**  133:21
**COURT**  1:1
3:22  7:23
21:7, 24, 25
23:10, 11, 13,
17  35:8, 13, 15,
20, 21, 22  36:2,
8  61:8  201:14
217:17
**courtroom**
200:9
**courts**  36:6
**cover**  254:20
**covered**  214:13
**criteria**  219:3
221:6, 12, 18,
19  224:24
225:20  227:11,
23  228:8
229:23  273:4
**critical**  101:24
223:13
**criticism**
150:25  197:20,
25  220:2
222:8
**criticisms**
221:3, 14

222:4, 10
**criticize**  73:17
**Cross-talk**
55:4  62:14
95:8  110:15
144:18  164:13,
20  166:15
187:10  193:14
244:1  263:16
**crowing**
269:10
**crows**  269:11
**CRR**  3:23
277:5, 21
**CSF**  143:13
**CSR**  3:23
277:4, 21
**cuff**  42:11
**culminating**
86:8
**cumbersome**
28:25  40:19,
25
**cumulative**
125:24  128:15
**curable**  79:6
236:12
**curative**
110:21
**cure**  74:7, 10
76:23  77:10
78:2, 9  79:11,
25  80:14
233:9  235:9
259:14
**cured**  233:6, 7
**current**  202:8
265:13
**currently**  29:4
37:17  41:10
202:7
**curriculum**
17:5
**cursor**  55:14
**cut**  147:10
**cuts**  245:24
**CV**  5:10
42:15, 18, 24
43:5, 23  46:24
182:4

**cycle**  153:7
166:12
**cycled**  165:9
166:5
**cycles**  165:10
166:6, 7
**cyclophosphami
de**  93:15
118:11, 16
163:16  165:9
166:5  189:8
190:5, 24
200:14  216:22
217:2  260:5
**Cytotoxic**
168:7  196:22
**Cytoxan**
117:23  127:8,
11  131:7
147:14  185:8
188:9  190:13
233:8  260:11

**< D >**
**daily**  19:24
20:11, 14
125:8  173:12
**data**  38:12, 17,
17  52:23  64:5
80:21  81:2
93:18  96:18,
22, 23  120:24
136:8  138:17
146:23  155:21,
22, 23  156:9,
12  157:24
158:6, 18
161:6  172:3
176:5, 13
177:24  178:1,
17, 20  179:14
189:19, 21
197:23  201:9
223:14, 15, 15
224:22  225:21
226:5, 14, 17
229:1, 5  230:1
237:7  241:13,
13  244:10, 18,
22  251:25
252:2, 3, 7

262:15, 16
271:3
date  7:5
29:24  55:21
76:5, 12  91:21
201:7  277:21
dated  6:14
29:20
dates  25:1
94:4
Daumas  21:3,
6  22:7
Dave  12:25
13:13, 17
15:24  32:21,
24  57:11
112:22  113:9
122:18  164:14
192:16  248:18
David  2:3, 4, 7
7:25  10:13
11:16
Dawn  3:19
9:21  249:20
day  1:18
45:24  51:6
125:9, 16, 17
127:12, 13
152:5  153:5, 7,
8  213:5, 8
222:20  269:12
276:13, 19
277:17
days  29:23
30:3  125:9, 17
127:12, 13
130:10  133:5,
9, 12, 25
134:13  152:4,
7, 8  153:3
156:17  165:10
166:5
day-to-day
19:6  153:24
DC  229:11
DCIS  62:1
De  216:16, 23
217:1
deal  32:23
Debra  5:17
48:8

decade  85:19
107:10
deceive  67:22
December
30:12  266:1
deceptive
52:18
DECHERT
3:15
decide  89:24
95:2  106:25
225:15  232:10
decided  109:6
decision  89:24
107:20  108:3
178:21
decision-makin
g  105:11
264:8
decisions
158:25
defective
203:25
DEFENDANT
2:10  3:7

DEFENDANTS
2:19  3:1, 13
9:18  22:13, 15
23:2  59:13
defending
25:13
defense  24:9,
12, 14, 18
defer  239:8, 12
deficiencies
181:24
deficient
224:15
define  219:7
defined  257:18
definitely
242:20
definitive  64:4
225:11
definitively
25:2  177:14
231:7
degree  85:25
189:21

delay  136:4
137:15  197:19
delayed  136:18
delaying  175:7
delivery  8:20
demonstrate
94:22  115:24
116:18  118:7,
10, 13  190:17
225:21  228:9,
18  231:16
244:11  269:25
demonstrated
80:17  129:19
198:15  236:14,
21
demonstrates
79:17  93:25
117:18  118:3
120:17  138:24
156:11  184:22,
23  196:8
221:20  224:17
244:19
demonstrating
227:24
denied  109:15
depend  104:25
depending
172:8  245:21
depends  73:9
depo  58:3
237:16
deponent  7:12
deposi  268:7
Deposition
1:17  5:2, 5, 8
7:8, 13  8:12,
15  11:6  12:11,
18  14:12, 21,
24  15:20  16:2,
6, 8  17:22
21:11, 14  22:1
25:24  26:3, 4,
4  28:5  38:22
46:17  50:3
57:7  58:16, 21
59:7  60:5
92:16  103:6,
10  150:21
161:14  167:2

178:24  185:5
222:14  233:22
247:5  264:5
268:5, 6, 7
271:22  275:1
276:7
depositions
12:6  28:3
51:14  57:14
58:9, 19  59:8
229:20  253:8,
12  267:20
268:1
deps@golkow.c
om  1:24
depth  12:4
dermatologic
272:9  273:10
dermatologist
59:9, 12  99:19
100:3  239:5, 9,
13  268:4
dermatologists
238:22
dermatology
100:11  238:20,
23
dermatopatholo
gist  59:9
100:4  239:13
268:9
dermatopatholo
gist,  59:12
dermatopatholo
gy  268:4
describe
128:11  181:20
204:10  252:15
272:17, 19
described
18:12  61:15
64:16  138:12
154:5  203:22
208:14  219:9
268:20  269:10
describes  72:9
128:8  188:6
DESCRIPTIO
N  5:3  6:1
11:4  162:19

276:14
design  210:11
designated
35:7
desk  43:18
Despite  166:9
details  22:10
50:15  59:17
66:18  181:10
detained  22:14
detection  80:7
determine
80:23  158:18
178:7  184:21
188:13  269:25
determining
224:25  225:20
229:24
detrimental
131:18
devastating
175:14
develop  87:21
138:16  218:2
234:22  240:18
241:11  243:15,
20
developed
75:19, 20
86:25  188:5
232:1  241:23
242:7  270:17
developing
88:25  241:6
244:24
development
26:14, 16
Developments
74:19
develops
218:10  241:9
254:21
devoted  41:22
dexamethasone
123:25  124:10,
12  125:8
126:8  127:10,
17, 21  128:9,
16  129:1, 6, 16
130:5, 17, 19
131:11, 17

133:8  147:3
148:2, 10, 13
149:24  151:18
152:17  153:10
**diabetes**
108:24  128:24,
25  241:7
243:17  254:17,
22, 23  255:11
264:14  268:21
**diagnose** 99:24
**diagnosed**
60:1  66:12
263:9
**Diagnosis**
59:23  215:16
273:1
**diagnostic**
219:3  273:4
**diagram**
195:19
**dictate** 239:21
240:4  252:20
257:25
**dictated** 258:3
**dictating**
252:19
**did,** 95:11
**die** 110:23
263:10
**died** 259:6, 7
**difference**
94:9  104:19
105:9  117:11
272:1
**differences**
271:25  272:7,
15
**different**
67:13  83:24,
25  106:25
110:22  133:18
161:8  199:13
207:19  209:25
217:21  224:6
227:2  233:17
234:2  239:10
261:19  267:5
271:12
**differentiate**
239:9

**differently**
37:14  101:21
102:21  187:13
215:3  258:7
271:21
**differing**
197:13  213:19
214:4  239:15
**difficult** 40:6,
10  110:25
133:10, 19
254:15
**difficult-to-toler**
**ate** 152:19
**difficulty**
87:23
**diligent** 27:22
**diphenhydrami**
**ne,** 123:20
**direct** 113:5
126:13  171:18
260:22
**directly** 15:3
100:8
**disagree** 65:18
147:1  184:8,
15  186:11
205:3  225:18
229:21  242:13
**disclosed** 28:9
**discourage**
106:7, 19
**discovered**
87:9  133:14
253:23  260:15
**discovery** 15:8
197:9
**discretion**
135:18  137:12,
16
**discuss** 57:23
63:6  67:4
74:3  98:25
203:12  209:23
263:1
**discussed** 26:7
53:2  64:18
73:11  153:21
172:12, 13
189:24  199:1
260:14

**discusses**
100:17
**discussing**
67:1  135:11
152:18  160:16
**discussion**
55:20  68:15
116:4  179:16
221:9
**disease** 66:19
67:3, 6  77:7, 8
87:10  110:23
110:23  163:10
234:21  236:2,
11  241:16
252:21  254:4,
10  263:6
264:11, 19
**disease,** 74:16
**disease-free**
94:24  115:10,
25  116:19
117:20
**disease-matche**
**d** 177:2
**diseases**
143:19  259:12
**disease-specific**
94:7
**dishonesty**
68:9
**disingenuous**
140:6
**disjointed**
238:14
**disposal** 18:5
**disproven**
144:13
**dispute** 100:25
**disregulation**
126:18  127:1
129:25  132:23
**distinction**
102:4, 12
**distinguishes**
196:25
**distinguishing**
168:11
**distortion**
84:15

**distressing**
100:18  101:1,
2, 4, 6
**DISTRICT**
1:1, 1  21:7
23:10  35:8
45:14
**divert** 43:19
**divide** 82:25
**dividing** 83:1,
10  84:1  85:6,
8
**division** 32:20
**dmiceli@miceli**
**-law.com** 2:6
**DOCETAXEL**
1:5  7:10
41:11, 17
81:21  86:18,
25  87:5  93:3,
9, 14  96:7
98:13  112:4, 8
114:18, 23, 24
115:15  116:1,
7, 8, 21  117:12,
22  118:4
119:2, 18
120:7, 17, 18,
23  125:7, 10,
10, 15, 18
135:9, 17, 22
137:23  138:2,
13  139:1, 18,
19, 25  140:13,
14  141:1, 6
146:2, 17
147:11  148:13
166:4  175:25
176:24  177:1,
18  183:17
184:13  186:16,
21  187:20
188:7  189:9
190:22  191:1
194:12  203:8,
16, 20  204:22
211:6, 7
214:25  220:11
230:14  258:14,
19, 23  259:6,

**distressing**
11, 22  261:25
262:1  275:1
**docetaxel-conta**
**ining** 230:11
**doctor** 12:25
14:7, 14  18:20
29:1  46:9
54:21  57:16
65:22  69:21
92:25  95:24
99:5  111:22
112:10, 15, 25
113:12  115:7
118:24  123:4
129:9  135:19,
24  138:22
140:8  141:16
142:21  144:23
145:20  146:9
149:14, 22
160:1  162:9
174:21  183:23
192:5  194:3
211:8  217:10
222:13  229:9
230:17  237:20
248:15  253:9
263:24  265:7
273:14, 21
**doctors** 49:4
180:12, 14
**doctor's**
137:16
**DOCUMENT**
1:6  17:2
175:17, 20
179:21  205:3
210:16  240:5
276:15
**documented**
235:9
**documenting**
30:24
**documents**
8:20  13:24
14:25, 25  15:7
206:22  207:5
211:16  212:7
**doing** 30:24
34:13  90:13
105:16, 24

Lawrence E. Foote, M.D.

158:7  182:17
183:2  188:16
226:6, 7
238:19
**Donald**  24:16
**doppler**  245:18
**dosage**  129:4
**Dose**  6:1
121:25  125:24
128:7  129:1, 3,
7, 12, 16  130:5,
6, 8, 10, 11, 20
131:9, 11, 13,
19  134:1, 6
136:14, 15
147:2, 11, 16
148:15  151:13
152:2  153:7, 8
176:1  187:3,
24  188:10, 11,
13, 21, 24
189:1
**dosed**  125:19
147:14
**dose-dense**
148:3, 6  151:5
163:13, 14
165:6  194:8
195:11, 25
**doses**  128:17
130:23  131:15,
20  164:11
183:17  186:16
188:17, 22
**dosing**  124:23
164:9  165:22
**download**
174:14
**downloaded**
122:20
**doxorubicin**
81:19  82:14
165:9  166:4
**DR**  2:10  5:8,
12, 17  6:16
8:8, 14, 18, 19,
21  10:1, 11, 20,
21  16:3  24:16
34:10  48:8, 8,
17, 20  58:2, 15,
23, 24  59:2, 2,

3  64:23  65:14
74:5  88:2
99:13  101:10
102:23  103:6,
7, 14  104:8, 10
107:25  108:3
109:6, 8
130:22  146:13,
21  148:5
150:11, 12
151:1  178:11,
23  179:23
180:4, 10
185:5, 6
191:21  193:21
202:2  220:2, 9
221:3, 21
224:14  229:11
238:9  247:5,
22, 24  249:6
250:8, 22
253:23  257:24
262:4, 9  264:5
268:7, 11, 13
**drafted**  257:22
**drafting**  30:17
**Dragon**  240:1
**draw**  40:23
41:3, 3  55:13
84:9  102:9
111:24
**drawn**  222:11
**draws**  224:21
**Drews**  180:12
**drill**  12:8
**drive**  199:19
**drop**  46:7
81:16  153:5
**dropout**
219:20
**drug**  27:13
68:13, 22, 24,
24  77:14
81:22  88:10,
14  89:10, 15
90:25  91:3
92:20  116:7, 9
118:4, 8
127:11, 19
138:20  141:11
144:11, 15

147:7, 16
148:16  153:13
172:6  173:8,
16  177:10
184:20, 24
190:19  199:16
201:5, 8, 15, 19,
21, 21  202:4, 4,
12, 13  218:15,
16, 22  233:15,
16, 17  235:14
241:15, 17, 19,
21  242:16, 17
255:17  259:12
264:18  270:7,
7, 21
**drugs**  26:14,
17  68:18  74:8
76:21  77:5, 18,
19, 25  78:12
81:18, 22
86:24  90:7, 10,
15  118:12, 16
152:20  165:8
176:15  180:20
186:4  199:13
205:8  215:1
217:16, 22
218:19  234:19
235:7, 7, 13
236:3  255:5
256:12  259:24
260:4  261:19,
21  270:12
**ductal**  59:25
60:9, 16, 20, 22,
24  61:5, 11, 17,
22
**ductile**  62:20,
21
**Due**  7:17
78:22  269:20
**duly**  10:6
277:9
**Dumas**  21:1
**duplicated**
156:22, 23
161:8
**duration**
176:2  206:9

208:15  213:19
214:4, 6
**durational**
205:18  206:1
207:10
**Dx**  71:20, 20

**< E >**
**earlier**  10:15
53:2  57:16
69:3  74:16
77:6, 19  79:10,
23  80:7, 10, 14
116:5  161:14
189:24  203:5
213:16  232:7
233:21  238:18
257:25  271:22
272:24
**earliest**  91:9
**early**  41:17
43:1  53:3
75:13  76:2, 9
93:12  236:22
256:19, 23, 25
**earned**  34:13
**Earth**  71:9, 10
**easily**  145:25
172:22  173:1,
5  174:6
182:15
**EASTERN**  1:1
**easy**  78:5
87:23  141:13
**edema**  147:10
153:4
**edit**  239:22
240:6
**editorializing**
140:9
**educate**  66:11,
13
**educated**
66:16  107:6, 9,
12  180:24
**educating**
110:2
**education**
42:19  85:11
**Edward**  10:20

**effect**  127:16,
17  128:23
141:10, 12, 13
156:21  173:18
203:18  269:21
**effective**  74:6,
8  76:21  77:25
79:22  81:18,
25  95:17
105:18  129:6
141:9  171:2
188:11, 21, 24
231:18  233:6
254:11, 12
259:12  264:2,
19
**effectively**
198:10
**effectiveness**
77:17
**effects**  68:25
84:5  120:16
127:23, 23
143:10  145:22
146:16
**efficacious**
196:5  198:5
**efficacy**
168:15, 22
169:5, 6, 12, 22,
24  195:3, 22
196:4  197:2, 3
**egg**  53:12
**eight**  165:13
**either**  19:10
36:1  38:13, 24
41:18  69:10
76:3  94:23
96:6  98:4
100:16  104:8
106:25  125:7
222:5
**elected**  148:8
**eliminated**
95:4, 9, 11
**ELLIS**  3:9
**eloquently**
130:4
**else's**  185:6
**email**  112:24

Lawrence E. Foote, M.D.

embedded 247:3
emotional 175:6
emphasis 227:3
employed 277:12
employee 277:14
encourage 106:6, 18
endeavor 14:3 39:7, 13 66:13
endocrine 272:3, 3
endocrine-indu ced 271:13 272:10
endocrinology 132:22
ends 187:16
Energy 2:8
England 5:21 111:17 220:12 227:14
English 213:11
English-Arredo ndo 1:19 3:22 277:4, 20
enlarge 71:16
ensure 7:19
entered 8:14 82:17, 20
entering 99:22
entire 77:1 86:7 159:14 258:3
entirely 21:20 51:23
entitled 74:18
entity 96:9
entries 53:1, 13
entry 58:2 75:5
Episcopal 45:7
episode 137:8 138:3, 3
equal 235:23
equivalent 146:16

essentially 222:20
establish 186:3 270:8
established 187:14 259:21, 24 262:1
establishes 185:22
establishing 269:24
estimate 30:8, 20 42:1, 10
estimates 246:6
estimating 42:11
estrogen 66:20 67:9
ethical 177:4
evaluation 147:18, 20
Evan 2:12 8:6 11:20 13:4 14:1, 17, 23 15:2 20:14, 15 42:21 54:24 112:19 122:14 143:2 149:11 164:25 167:7 174:13 191:23 192:2, 21 202:1 273:20
event 190:19 213:20
events 208:13 214:5 223:10 269:17
eventually 160:17
everybody 40:16 60:15 70:17, 19 71:11 120:23 147:13 153:12, 12 166:12 179:8 185:14 228:22
everybody's 70:21

every-three-wee k 98:12, 13 120:9, 22 124:2 125:15 135:16 137:23
every-week 98:13, 14
Evidence 6:14 154:4 161:1, 4, 5 171:7 175:23 176:12 177:20 181:13 184:22 192:24 195:4, 5, 23, 23 196:12 197:9 199:7 201:20 202:8, 14 205:2 208:6 270:1 272:1
evidence-based 154:1 158:13 170:22, 25
exact 44:20 94:4 246:18
Exactly 14:2 29:16, 19 34:4 52:19 53:9 65:3 71:3 78:8, 18 88:20 91:5, 21 97:21 114:12 148:12 173:1 180:22 247:13 250:18 260:21 270:5
EXAMINATIO N 4:9, 11, 12 10:9 247:16 249:4 265:3 273:10
example 53:5 169:22 172:4
examples 135:5
Excellent 56:5 109:25
exceptional 264:23
Excerpt 6:9 167:3
excerpts 162:15

excluded 143:20 144:8, 10
exclusion 212:9
exclusory 161:11
Excuse 16:1 26:3 43:13 47:2 82:3 92:3 112:3 119:6 124:14 129:23 134:5 135:12 155:6 168:1, 21 174:9, 24 194:13 204:21 211:2
executed 276:16
exhaustive 40:12
EXHIBIT 5:5, 7, 8, 12, 12, 15, 15, 17, 21 6:1, 4, 7, 9, 11, 13, 14 12:4, 18 14:11, 13 15:9, 19, 22 16:4, 14, 24 17:9, 10 18:3 19:2, 9, 13, 17 20:16 26:1 27:16 29:5 33:10 36:1 46:17, 19 47:5 48:9 50:6 51:3 52:1 54:14, 16, 18 111:9, 17, 19 113:13 123:3 142:6 162:13 167:2, 5 174:9, 17 192:1 249:22 250:1, 3 267:13, 15, 19
exhibits 11:13, 14 12:23 13:1
existed 228:23
existing 155:22 156:9

exists 144:5 145:12 171:1
expect 12:16 85:1 242:8 260:17
expected 104:21 137:24 140:20, 23
experience 19:25 20:3 26:12 38:19 42:19 100:23 104:2 154:8 262:19, 24
experiencing 140:15
Expert 5:10 16:15, 21 26:9 27:18 28:9 29:15 35:7 37:1 49:10 204:16 208:8, 16 214:8 216:18
experts 191:5 253:10
Expiration 277:21
expires 276:22
explain 73:21 83:23 85:5 132:20 221:8
explained 80:16 132:11 135:2
explaining 83:4, 15 257:4
explains 84:4, 4 135:20 153:20
explanation 78:22 83:16 84:8 106:23 134:23 150:18 169:11 209:14 244:17
explanations 209:2
exposed 152:25 236:10

Lawrence E. Foote, M.D.

270:20
exposure 176:2
express 37:6
expressed
276:17
extends 68:13
extensive 87:14
extensively
87:1
extent 19:16,
18 38:23 39:4
40:3 113:24
214:2 221:4
externally
248:3
extra 34:13
extraneous
179:17 246:16
247:2
extremely
110:25
eye 223:13

< F >
FAC 94:6, 9,
18, 20, 25 96:2,
13, 14 97:2, 15
98:2 116:9
118:1 220:18
fact 38:23
43:5 70:5
79:21 101:1
103:19 131:10
137:22 141:13
147:13 157:24
163:23 199:21
222:21 228:6,
7 230:9 232:3
233:12 241:1
244:13 247:17
factor 136:5
140:20 143:17
factors 103:20
121:9, 16
135:10, 14, 17,
25 136:2
137:11 138:7,
10, 15, 25
168:20 179:15
185:7 197:3

facts 38:12, 16,
17 40:3
factual 39:1
70:3 80:4
failed 118:21
221:5 256:10
fair 15:17
18:7 19:6, 19
25:8 32:5, 7
39:25 40:1
43:2 50:1, 6
57:4 78:3
120:24 156:4,
6 160:21
184:14, 18
238:24 246:6
267:11
fairly 31:19
102:13 218:17
254:1 263:7
fall 233:23
false 67:17
182:1
familiar
117:16 163:23
181:17 192:25
194:21 216:6,
17 227:10
228:5, 7
family 108:23
128:25 254:16
255:10 264:13
far 17:24
30:11 85:11
102:20 192:12
196:4 219:10
255:11 263:10
fashion 134:17
147:15 178:4,
6
fast 61:7
faster 235:8
favor 72:4
favorable
230:19
favored
115:25 116:20
fax 1:23
FDA 88:12
89:4, 11 90:11
119:14 204:16

205:24 206:5,
16, 18 207:7
211:5 212:3
FDA-approved
89:5, 15
119:12
FDA-preferred
207:9
FDA's 205:15,
25
febrile 120:19
137:8 138:4,
10, 13, 18
139:2, 9, 21
140:15 141:6
February 21:5,
10
federal 35:13,
15, 19, 21 36:2,
6, 7 207:24
208:12
feed 149:3
150:20
feel 68:23
104:4 106:14
173:9 258:9
Feigal 221:21
262:4, 9
Feigal's 59:3
178:11, 23
185:5 220:2, 9
221:3 224:14
fellow 86:5
fellowship
85:14 86:12
felt 114:6
235:7 262:10
fever 136:3, 8
field 43:9
44:14 72:8
223:18
fifth 24:2
figure 77:23
271:2, 7
file 142:12
finally 77:7
financial
277:16
find 39:8
78:15 118:21
127:10, 14

165:24 173:4,
7 175:17
181:24 192:14,
23 193:4, 4
215:8 234:5
236:8 245:15
248:10, 13
finding 137:24,
25
findings
272:25 273:8
fine 111:6, 7
fingers 146:8
finish 31:8
256:16
finished
184:10
first 10:17
23:22 27:4
29:14 49:8
58:25 70:4
77:14 82:17
86:23 91:23
92:1 101:15
102:2, 5, 9, 10
103:13 106:16
124:18 128:2
131:5 138:10
141:15 142:1
153:7 154:16,
19, 22 159:5
160:5, 10, 14
168:6 179:19
192:8 234:6
242:24 244:4
249:8 255:6
firsthand
157:19
fit 63:12
fitting 222:6
five 58:4 94:5
133:5, 9, 25
248:19 251:17
261:19
flicker 149:3
flip 69:23
113:4 115:7
172:17 208:21
Floor 3:10
Flower 3:10

fluid 153:4
246:10
focus 119:1
120:12
focusing 67:11
119:4
folder 54:12
follicular
219:19, 20
follow 67:18
152:15 171:5
followed
108:12 117:13
119:11 124:7
163:13, 14
165:6, 16
194:8 196:1, 5
233:8 243:7
following
158:13 176:25
177:3 215:17
248:17 265:1
273:16
follows 10:6
follow-up
220:16
follow-ups
238:15 265:6
FOOTE 1:17
2:10 4:6 5:2,
5 6:16 7:12
8:8, 14, 18
10:1, 4, 11, 20,
21 14:13
15:22 16:3, 24
20:25 29:5
34:10 46:19
47:5 48:9
54:16 58:2
74:5 88:2
99:13 111:19
123:3 142:6
162:13 167:5
174:17 191:21
192:1 193:21
202:2 238:9
249:6 250:3, 8,
22 275:3
276:1, 7, 10, 13
Foote's 5:8, 12,
17 8:19, 21

footnote 27:16
70:15 208:25
215:10, 23
220:6, 9
257:17
Footnotes
209:2, 2
forecasted
202:1
foregoing
27:20 276:7,
15
forever 232:20
forget 94:16
form 15:23
19:22 30:18
36:16 38:25
39:11 40:9
41:5, 24 44:5
48:2 49:17
50:11 51:4
52:6 53:18
56:22 59:24
64:1 67:20
68:6, 19 69:16
70:8 71:2
73:7, 19 75:7
76:25 78:4
79:1, 19 84:11
85:2 87:8
88:8 89:8
90:4, 20 91:19
92:5 93:8, 17
94:2 96:11
97:20 104:12,
23 105:13
107:7 108:19
109:12 115:2
116:3, 23
119:9 125:2
126:10, 22
128:20 130:2
132:25 135:3
139:4 140:18
141:3, 19
143:21 145:10,
17 147:4, 24
151:2 154:17
156:14 157:11,
21 158:3
160:13, 22

162:21 169:15
170:15 171:15
174:3 176:4,
21 177:12
178:10, 16
179:4 182:25
185:3 186:6
187:7 188:3
190:20 195:16
196:2, 18
197:17 198:17
199:10 200:20
201:2, 17
202:9 204:7
205:9 206:2,
17 207:12, 13
208:1 209:11,
21 210:7
211:17 212:11,
18 214:10
217:5, 25
219:5 220:23
221:7, 23
222:18 223:5,
24 224:18
225:3, 12, 23
228:11 231:5
232:6, 24
236:24 239:24
241:2 242:22
244:20 248:4
251:9 253:19
256:2 261:4,
16 262:6
263:4, 18
268:25 270:14
271:5, 17
272:12
formal 185:15
formalize
229:3, 4
formed 202:3
former 180:5
forming 38:12
formulaic
159:8 160:10
forth 29:1
132:19
fortunately
42:5

Forty-Second
3:10
forward
105:21
found 80:10,
13 113:10
143:15 176:6
199:13 247:4
Foundation
266:14
four 13:1
28:19 53:21,
21 72:10
102:14 124:18
133:4, 25
165:10 267:3
fourth 23:24
frank 180:22
frequently
18:10, 14
28:20 38:2
127:12 130:12
155:22 156:5
180:6, 25
frightening
263:6
front 11:5, 9,
11, 15, 24 13:5,
6 14:7, 17
15:21 21:25
42:20 57:23
77:19 121:2
122:9 123:5
158:24 167:18
181:12 233:4
236:10 245:25
FTP 8:20
fulfilled 36:20
full 68:16
84:25 218:24
234:7 253:11
fullness 215:4
fully 68:15
105:10 107:5,
6, 9, 12 122:21
fumble 193:3
fund 107:17
174:6
FURTHER
4:12 17:15, 21
72:11 137:3

159:13 161:15
193:13 265:3
277:10, 13
Furthermore
210:19
future 266:16

< G >

GAINSBURGH
2:7
game 111:3
gap 67:2
gastroenterolog
y 86:3
gather 50:25
51:14, 16
G-colony-formi
ng 121:9
gears 99:16
gen 104:21, 21
general 37:21
41:6 43:13
60:13 63:13
69:19 79:14
80:3 82:4
89:21 99:17
158:21 169:19
170:9 179:3
204:8 218:1
224:25 257:2
generally
34:25 35:1
40:4, 24 49:19
61:22 66:11
69:21 72:6, 7,
21, 23 73:3, 4
83:23 107:25
207:17 212:21,
23, 25 213:4, 6,
12 216:10
238:21 266:13
generate
27:22 52:9
223:15
generated 69:4
generation
101:16 102:2,
3, 3, 9, 10, 11
104:14, 15

107:1, 2 232:8,
10, 11
genetics
243:17 270:19
Georgia 2:5,
13 25:20
getting 13:25
89:17, 18
92:19 124:11
129:1, 3, 6
134:8 174:10
176:23 202:1
229:15 235:12
238:10 243:19
247:15 249:23
264:17 266:11
give 11:4
28:8 30:20
49:21, 25
55:25 62:3
63:19 105:15
107:21 109:14,
21, 22 116:25
134:2, 17
138:14, 20
140:23 141:7
147:8 148:20
152:1, 7 153:3
174:10 185:24
188:11, 14
219:2 235:13,
15 236:3
247:14 248:19
256:15 257:8
267:13
given 12:5
78:19 122:1
124:23 126:4
127:2 130:6,
19 134:24
136:16 140:19
147:7 151:15,
18, 21, 24
166:21 176:14
199:22 216:14
242:19 276:17
277:8
gives 148:6
giving 83:16
105:22 134:14

Lawrence E. Foote, M.D.

152:20  176:25
233:2  257:7, 8
**gleaned**  153:17
**glucose**  126:18,
21  127:1
129:25  132:23
133:24
**go**  10:1  12:2
14:10, 15
16:16  17:6
30:11  34:24
35:1  41:9
45:24, 25  50:2
51:8  54:2, 11,
11, 13  58:1
59:20  60:5
63:15, 24  64:3,
8  66:3, 18
71:17  74:1
78:9  83:19
86:11, 13  91:3
92:22  104:4
105:1, 21
106:25  111:8,
13  112:14
117:2  123:7, 9,
14  124:25
128:2  149:1
150:5  154:21,
22  159:2
160:20  162:14,
16  164:7
165:21  166:25
167:25  173:9
175:16, 17
179:19  180:14
183:12  184:9
186:11  188:16
190:7  192:14,
19  194:20
196:17, 20
202:12  203:1,
4  205:1
206:22  210:17
211:10  215:9
219:25  220:25
223:25  231:2
239:2, 3  252:4
265:6, 16, 22
266:6, 6, 13, 20,
21, 21  267:5

**goes**  85:11
133:5, 25
157:17  180:16
192:13  246:15
**going**  10:16
11:5  12:3
14:10, 15
15:16  16:11,
16  18:18, 21
22:3  28:21, 22
32:2, 16  34:24,
25  38:22  46:6,
6, 7, 14, 15, 20
50:2  53:13
54:8, 11, 13, 17,
19  56:6, 15
60:4  65:22, 24
66:7  67:8
68:18  69:11
71:16, 17  74:1,
2  86:17  88:3
92:10  98:22
99:1, 15, 16
105:14  106:16
107:24  110:21
111:13, 14, 16,
24  118:20
122:11, 15
123:7, 9  124:6,
8  141:6  150:3
162:6  167:3
172:17, 20
174:8, 18
183:13  193:5,
15  198:10
202:24  203:4
204:13, 15
210:22, 23
213:4  214:7
217:16  219:16
224:4, 5, 6, 7,
13  234:14, 16,
16  237:10, 12,
19  240:14
244:6, 7  246:9
254:23  259:16
263:10  264:2
265:13, 25
266:15, 19
267:7

**Goldie**  236:14,
15
**Goldie-Colema
n**  235:18
236:17, 18, 20
**Goldman**
235:17
**GOLKOW**
1:23  7:4
**Good**  8:5  9:8,
14, 19  10:11,
12  36:11
64:17  87:14
107:14  148:22
149:21  202:23
205:12  216:3
239:25  240:9
241:4  243:23
255:23  265:9
**gotten**  56:3
78:11  93:20
243:5
**grade**  66:21
**graded**  65:1
**grading**  65:4,
7  67:14
**graduated**
85:15
**Grand**  2:20
**grants**  43:17
**granulocyte**
121:8
**Great**  9:24
99:15  100:9
229:17
**Greater**  44:25
139:20, 25
146:3, 16
151:18
**Green**  9:23
173:15, 16
**GREENBERG**
2:12, 16  3:19
8:6
**Group**  22:25
44:16  47:2, 3,
3  48:4, 5  85:4
132:2  135:22
177:1  179:9
181:9  189:23,

23
**groups**  121:6
**grow**  83:5
218:3, 11, 23
**growing**  254:1
**grown**  254:7
**grows**  40:14
212:25  215:3
**growth**  121:9
138:10  140:20
141:23  143:9,
17  144:4
145:7, 8
**Gruenberg**
229:11
**guess**  13:3, 24
28:24  34:8
35:24  38:5
50:8  63:16, 18
64:3  71:14
77:22  95:23
132:16  196:12,
21  201:25
**guessing**  64:7,
9, 11, 15, 16
**guidance**  207:8
**Guideline**  6:9
147:5  167:18
**Guidelines**  6:7
90:3  92:13
119:15, 23
121:25  147:22
148:19, 21
152:6, 16
153:11  155:1,
21, 24  156:3,
13, 17, 25
157:2, 6, 18
158:1, 2, 5, 12
159:10, 10
160:7, 12, 18,
21  161:19
162:8, 17, 18
167:4  169:16
170:3  171:5, 7,
18, 18  172:4
191:25  193:1,
6  194:22
195:2  197:8,
20  198:3
**gum**  254:8

**Gumerove**
3:14  9:17, 17
**guy**  227:14
**guys**  65:2
149:17
**GYN**  85:23

< H >
**H2**  123:23
**hair**  100:19,
24  101:3
173:15, 16
176:14  179:9,
10  185:8
190:11, 14
191:3, 8  203:8,
18, 21  204:4, 6,
6, 8, 9  210:9
211:9, 11
212:16  214:20
215:2, 3, 16
239:1, 2, 10, 15
254:8  260:12,
17, 25  261:8,
13  262:2, 20
270:20  272:2,
18
**half**  45:20
99:2
**hand**  10:2
122:14  245:16
247:14  276:17
**handed**  143:3
**handy**  174:6
**Hang**  137:3
**happen**  157:4
185:13, 15
252:13
**happened**
50:12  52:19
110:16  199:17
**happens**
185:10  239:4
260:22
**happy**  231:11
**hard**  14:4
17:3  25:2
40:13  65:17
109:17  134:3
177:13, 16, 23

Lawrence E. Foote, M.D.

179:12  208:22
232:25
harder  241:25
HARDY  2:20
Harris  21:7
23:11  36:3, 6
277:1
Harvard  267:2
hash  181:9
hazard  115:16
HCA  45:9, 11,
20
heading  269:6
HEALTHCAR
E  3:7  9:16
23:1
hear  18:21
194:7
heard  7:20
14:23  200:22
242:14  269:9
hearing  266:12
heavy  241:8
held  1:17  7:9
help  9:4
38:25  72:17,
24  73:1
106:20  167:23
171:18  225:5
234:20
helped  233:1, 4
helpful  186:8
225:7, 9  230:2
helps  167:19
174:6  225:15
259:13
HER2  66:21
67:10  163:4, 9
165:23  193:8
hey  20:15
high  129:16
130:6  195:9
215:1
higher  74:10
76:23  78:2
79:25  123:14
135:21  140:13,
15  187:19
233:10  235:8,
10, 12, 21, 21

highlight  74:2
123:17  183:13
210:23
highlighted
76:18  77:23
115:12  183:15
210:25
highlighting
111:23
Hill  221:5, 18
232:5
hired  212:20
historically
66:18
history  108:24
128:25  160:16
227:13  254:16
255:10, 10
264:13
hit  238:13
hold  39:22
44:2  45:5
147:23, 25
193:15  204:18
232:17
Holden  2:12
4:11  8:5, 6
9:22  11:15, 22
12:24  13:8, 12,
16  14:2  15:23
19:22  30:18
32:17, 21, 24
36:16  39:11
40:9  41:5, 24
44:5  48:2
49:17  50:11
51:4  52:6
53:18  55:1
56:22  57:11
64:1  67:20
68:6, 19  69:16
70:8  71:2
73:7, 19  75:7
76:25  78:4, 20
79:1, 19  84:11,
18  85:2  87:8
88:8  89:8
90:4, 20  91:19
92:5  93:8, 17
94:2  96:11
97:20  104:12,

23  105:13
107:7  108:19
109:12  112:21
113:9  115:2
116:3, 23
119:9  122:17,
25  125:2
126:10, 22
128:20  129:9
130:2  132:25
135:3  139:4
140:18  141:3,
19  143:21, 24
145:10, 17
147:4, 24
149:18  151:2
154:17  156:14
157:11, 21
158:3  160:13,
22  162:21
164:14, 20
165:1  167:9,
12, 17  169:14
170:15  171:15
174:3, 15
176:4, 21
177:12  178:10,
16  179:4
182:25  185:3
186:6  187:7
188:3  190:20
192:15  193:14,
20  195:16
196:2, 18
197:17  198:17
199:10  200:20
201:2, 17
202:9  204:7
205:9  206:2,
17  207:12
208:1  209:11,
21  210:7
211:17  212:11,
18  214:10
217:5, 25
219:5  220:23
221:7, 23
222:18  223:5,
24  224:18
225:3, 12, 23
228:11  231:5

232:6, 24
236:24  239:24
241:2  242:22
244:20  248:4,
18  249:5, 20,
25  250:4
251:13  255:14
256:14, 18
261:5, 11, 24
262:17  263:12
264:4, 24
265:17  268:20,
25  270:14
271:5, 17
272:12  273:17
Holdene@gtlaw
.com  2:14
hone  153:9
honest  68:5
81:15
hope  16:1, 22
101:9  180:1
207:18
hopefully
232:20
Hordinsky
180:12
hormonal
201:10  215:20
hormone
127:18
HOSPIRA
3:13, 13, 13
9:18
Hospital  45:7,
9, 10, 11
hospitals  45:5,
15, 20  46:1
100:11
hour  33:11
65:23  99:2
237:13
hours  30:15,
20, 22  31:3, 4,
18  32:13, 20
33:10  53:12,
21, 22  55:16,
22  56:6  58:4,
5  156:18
157:6  253:16

Houston  1:18
10:22, 25  21:8
45:1, 3, 6, 14,
16  266:3, 5
huge  232:3
252:23
hundreds
146:3  154:9
Hurt  21:1, 6
22:7
hydroxydaunor
ubicin  81:19
hypotheses
237:5
hypothesis
96:1  235:17,
19  236:18, 20,
22

< I >
idea  23:14
identification
210:1
identify  7:22
10:18  16:16
54:19  74:23
75:1  177:9
identity  276:14
ignore  20:3
96:18
illnesses
159:17
imaging
245:15, 17
immediately
41:10
impact  81:23
implication
141:11
implies  211:11
212:23  213:13
imply  55:7
204:10  212:16
269:19
important
19:18  130:24
131:1  144:3
146:14  150:12
151:8  169:24,
25  170:2, 9
183:8, 19

Lawrence E. Foote, M.D.

184:*3*  187:*16*
226:*25*  227:*1*
249:*13*  263:*25*
**impossibility**
177:*6*
**improve**  74:*7*
77:*10*
**improved**
78:*11*
**improvement**
102:*14, 15, 16*
232:*12*
**inappropriate**
221:*21*  222:*2*
224:*8, 9*
**Inaudible**
194:*1*
**inching**  232:*4*
**incidence**
139:*20*
**incident**  223:*9*
**include**  17:*16*
37:*19*  38:*3*
40:*6*  42:*24*
43:*6*  51:*22*
82:*11*  84:*9*
96:*16*  145:*7,*
*11*  147:*19*
168:*21*  186:*18,*
*25*  205:*18*
206:*1, 5*
207:*10*  208:*24*
220:*21*  241:*7*
256:*20, 24*
270:*6*
**Included**
11:*12*  18:*2*
19:*20*  51:*3*
52:*15*  77:*20*
90:*3*  92:*13*
123:*20*  125:*7*
134:*25*  144:*9*
163:*25*  186:*22*
205:*18*  267:*19*
**includes**  37:*23,*
*23, 25*  250:*12*
**including**
30:*17*  75:*5*
96:*16*  143:*18*
144:*6*  155:*10*

211:*9*  215:*15,*
*18*  262:*8*
**inclusion**  212:*8*
**income**  34:*2,*
*11, 17*
**inconclusive**
179:*15*
**inconsistencies**
221:*15*
**inconsistency**
221:*12*
**inconsistent**
222:*7*
**incorporated**
211:*6*
**incorrectly**
146:*14*
**increase**  105:*2,*
*3*  218:*20*
241:*5*  255:*2*
**increased**
94:*23*  185:*1*
**increases**
244:*24*
**increment**
231:*23*  232:*9*
**incremental**
102:*13*  231:*17*
232:*3, 12*
**incrementally**
102:*8*
**increments**
129:*22*
**incurable**
264:*20*
**independent**
50:*24*
**indicate**
230:*12*
**Indicated**
160:*7*
**indicating**
123:*11*  146:*10*
**individual**
48:*7*  130:*6*
158:*20*  159:*1*
169:*20, 21*
170:*11, 20*
171:*13, 19*
231:*21*  233:*1*
237:*7*

**individually**
33:*20*  180:*15*
**individuals**
170:*14*
**induced**  202:*6*
**industry**  207:*8*
**inferior**  141:*11*
**influences**  20:*2*
**inform**  211:*8*
**information**
5:*15*  17:*15, 21*
19:*4, 20*  20:*6,*
*13*  27:*23*
46:*10, 24*  50:*6,*
*10*  52:*14*
54:*10*  67:*17*
68:*17, 21*
70:*25*  72:*12*
107:*20*  130:*21*
152:*10*  153:*17*
172:*21*  174:*2,*
*5*  182:*12, 17,*
*23*  203:*17*
211:*2, 4*  212:*2*
225:*1*  257:*2*
**informed**
68:*15*  105:*10*
107:*5*  186:*25*
**infusion**
123:*25*  125:*10,*
*18*  176:*1*
183:*19*
**infusion,**
186:*17*
**infusions**
125:*23*
**inherent**  70:*11*
**inhibit**  83:*13*
**inhibitors**
83:*12*  261:*6*
271:*10*  272:*5*
**initial**  49:*15*
53:*15*  74:*5*
161:*20*
**initially**  36:*7*
52:*15*  75:*21*
77:*3, 12*  87:*10*
**injections**
133:*3*
**input**  103:*20*

**insert**  27:*12*
144:*14*  166:*10*
203:*20*  211:*7*
212:*2*
**inserts**  208:*24*
211:*19, 23*
**Insogna**  2:*14*
8:*9*  9:*19, 20*
32:*18*
**insognan@gtla
w.com**  2:*18*
**instance**  51:*12*
58:*14*  71:*14*
**instances**
235:*20*
**institution**
181:*2*
**institutions**
161:*8*
**instructed**
12:*13*
**instrument**
276:*16*
**instrumental**
229:*15*
**integral**
232:*15, 22*
**intend**  37:*17*
199:*6*  200:*5, 9,*
*13, 17, 24*
201:*4, 14*
**intended**  32:*25*
**intention**  43:*19*
**intentional**
68:*9*
**intentionally**
67:*22*
**intentions**
140:*9*
**interest**  277:*16*
**interested**
50:*16*
**interfere**
126:*20*
**intermittently**
129:*3, 16*
130:*7*
**internal**  43:*25*
86:*2*  212:*7*
**internally**
248:*2*

**International**
2:*16*
**interpret**
223:*16*
**interpretation**
177:*25*
**interpreted**
178:*18*
**interrupt**
263:*20*
**interstitial**
246:*11, 22, 24*
**intervention**
215:*21*
**intravenously**
124:*1*
**introduced**
10:*14*  142:*2*
234:*20*  235:*5*
**invasive**  59:*24*
60:*9, 16, 20, 22*
61:*5, 11, 12, 13,*
*17, 17, 25*
62:*20, 21*
162:*17, 24*
193:*7*
**invented**  88:*7*
**investigating**
205:*7*
**Invoice**  5:*12*
8:*19*  28:*23*
29:*8, 10*  33:*7*
58:*25*
**invoiced**  55:*16*
**invoices**  27:*25*
28:*4*
**involve**  223:*2*
**involved**  88:*24*
222:*15*  228:*23*
**involvement**
63:*23*  64:*20*
182:*4*  212:*3*
**involves**  35:*10*
66:*17*
**irreversible**
217:*24*
**isolate**  176:*18*
**issue**  20:*16*
128:*22*  130:*24*
131:*1*  141:*14*

Lawrence E. Foote, M.D.

151:13 214:6
issued 56:8
issues 57:9
160:16 170:8
218:5 226:2,
13 239:6
248:6 257:10
268:21
items 15:13
250:14
its 127:17
141:17 145:9,
15 176:18
180:17 212:9
213:20 226:23
228:20 229:23

< J >
January 6:6
145:2 250:25
jbaehr@shb.co
m 2:22
Jenkins 36:1
job 34:13
joining 8:10
Jonge 216:16,
23 217:1
Jordan 2:19
9:6
Journal 5:21
111:18 187:3,
22 220:13
267:22
journals 182:5
183:3 216:7,
12 252:8
Judge 1:7, 9
22:1 25:25
244:7
judgment 41:6
73:15
July 29:21
30:15 55:19
250:14
jump 159:23
193:5
jury 22:1
25:25

< K >
Kansas 2:21

keep 21:18
23:13 28:2
30:22 31:3, 23
34:1 35:21
38:8 41:25
42:12 65:24
69:7 82:23
110:17 162:4
189:15 202:23
234:14 249:14
251:11 252:13,
25
keeping 39:23
265:12
Kelsey-Seybold
22:25
kept 47:15
92:23
kidding 143:25
kill 83:17
87:20 88:1
killed 79:24
killing 81:25
kills 83:19
85:6, 7
kind 40:16
61:1 102:4
104:22 173:11
179:13 193:3
218:2, 17
225:15 232:9
243:21 252:2,
22 253:24
254:7 257:1, 3,
11
knew 88:15
90:11, 25
216:10 227:21,
21 228:23
know 12:8
13:18 14:3, 16
18:16 22:22
23:16, 18 25:1,
14 29:24 34:4
35:9, 10, 22
36:5, 9, 13, 17
37:25 38:16
41:9 42:20
44:20 48:8, 10,
11, 14, 16, 18,
19 49:9, 12, 18

51:12, 13 52:4
53:14 58:11,
14 61:8 62:24
64:2 65:24
66:5 72:6
77:24 78:18
81:9 88:20
91:12, 14, 15
97:1, 4, 16
98:4, 5, 16
99:4 103:5
106:9, 10, 15
107:12 109:25
117:24, 25
119:19 121:7
122:20 131:24
132:1, 4, 6
135:6 141:5
149:13 150:1
152:10 154:12,
14, 18 156:2, 5,
7, 15 161:19,
22, 25 163:21
164:2, 5
173:22 176:12
178:18 179:19,
20, 23 180:1, 2,
3, 4, 9, 13, 15,
16, 22 185:10
187:9 191:24
194:24 199:18,
20 200:8
201:12 203:2
206:11 207:22
208:2 218:9,
12 224:20
227:13, 14, 17,
20, 21 228:3,
12, 13, 14, 15
229:9 231:20,
22 232:25
237:10 239:3
240:1 242:13
243:5 247:7,
21 248:7
252:2 256:7
259:4, 24
260:21 261:17,
20 263:22
270:23 271:12,

24 272:6, 8, 13,
15, 24 273:3, 7
knowledge
20:19 35:13
60:13 63:14
70:12 80:3
82:4 84:13, 20,
24 107:18
157:19, 24
174:7 207:23
209:8
known 40:4,
24 71:7 139:1,
19 140:12
214:4, 5 228:4,
20 229:5
276:13
knows 78:7

< L >
LA 3:23
266:4 277:5,
21
lab 246:16
label 6:4
27:12 142:5,
23 143:6
145:1, 5 187:8
203:22 206:14,
19, 24 207:25
208:7 212:10
213:22
labeled 208:13
214:5
labeling 82:17
203:8, 17, 24
204:16 205:17
207:5 211:4
212:1 213:17
lack 226:2
Lacouture's
179:24
lagging 197:8
Lambert 2:7
8:2
Land 11:1
45:22, 23 46:1,
3
language
206:25 209:19,
23 211:10

212:9, 14
213:3, 12
large 67:2
81:23 130:10
161:7 253:3
254:4 262:7
267:10
largely 69:4
lasted 253:16
260:16
late 75:23
lately 192:5
latest 28:4
Lauren 3:14
9:17
Lauren.gumero
ve@dechert.co
m 3:17
LAWRENCE
1:17 4:6 5:2,
5 7:12 10:4,
20 20:24
34:10 275:3
276:1, 7, 10, 13
lawsuit 25:13
layout 193:1,
3 194:21
LCIS 62:1
lead 175:7
207:8
leads 188:25
leaps 232:3
learned 20:16
86:7
learning 38:9
39:23 85:19,
22 86:3, 5
leave 198:24
leaves 67:1
151:6
led 212:1
Lee 21:5
left 135:18, 23
168:6
lesser 107:2
130:13
letrozole 261:7
letter 29:18
letting 123:17
leukemia
166:11

level 91:25
187:4 208:5
212:2 216:21
231:25
LIABILITY
1:5 7:10
26:10 275:1
life 86:7
222:20 264:3
lifelong 255:1
lifesaving
114:5, 13
116:7, 8 118:4,
8, 12, 16
232:23 255:17
life-saving
232:16
likelihood
139:20 140:15
Lilette 21:6
limb 154:16
limit 48:6, 21
49:5 152:22
limits 44:10
48:23
line 40:24
41:3, 4 55:13
102:9 249:21
275:3
lines 123:9
143:16
link 260:1
262:10, 14
lipid 132:22
List 5:10
6:16 8:18, 22
12:4 17:8, 18
18:2 20:24
21:5, 17, 18
22:4 23:9
27:17, 20, 21
30:19 31:3, 4
35:16, 18 36:7
38:14 40:12
47:22 57:13
180:14 182:3
198:20, 23
215:10 216:4
250:5, 6, 9, 12
253:11, 13

listed 17:25
19:1 22:22
23:1 26:1
35:25 47:7
127:14 160:23
163:9, 18
179:21 194:14,
16 269:1, 5
listen 18:20
106:22, 23
Listing 5:17
55:10
listings 267:22
lists 46:23
164:8 165:7
literature 18:9,
25 26:20, 21,
25 31:1 39:5,
18 40:15 50:5,
7, 10, 21 51:2,
5, 7, 24 53:15,
17, 24 54:3, 3
56:12, 16, 21
57:2, 5 69:1, 3,
10 70:2 82:7
100:16, 22
104:1 132:10
147:22 150:23
152:14 155:6,
7, 15 158:15
170:24 171:10,
17 179:8
182:17, 19, 24
183:2, 3
203:23 209:16
215:15 221:17
222:15, 19
224:1 235:4
244:10 251:20,
24 252:22, 24
262:8, 9
265:12 267:10
268:24
LITIGATION
1:5, 23 7:5, 11
9:13 29:12
275:1
little 16:13
28:20, 25 30:3
37:13 65:22
66:8 81:14, 16

86:23 99:2, 16
101:20 102:10
105:4 119:10
130:15 131:12
140:6 142:24
185:24 196:8,
13 201:18
202:24 217:20
238:13 247:4
250:17 266:21
live 42:4
lived 231:11
lives 93:5, 7,
16, 19 94:1
95:17 231:11
258:14, 23
LLC 2:4, 8
3:4, 13 9:11
33:25 34:18
LLP 2:12, 16,
20 3:5, 9, 15,
19
loaded 12:23
Lobular 60:22,
25 61:12, 14,
15, 17, 23
62:19, 20
local 66:17
locally 254:3
locate 40:6
210:15
located 49:10
long 24:25
27:6 42:4
85:10 126:25
134:5, 21
156:11 202:18
231:11 237:10
250:22 251:3
longer 127:24
260:17
long-term
176:13 264:16
look 12:2, 17
16:17 20:22
27:24 28:22
32:13 42:16
49:24 53:7
54:8 63:15, 18,
24 64:8, 10
69:21, 22

73:25 78:9
80:20 101:16,
20, 23, 25
102:20 113:13
121:18, 21
122:9 135:16
142:4, 5
144:23 160:9
161:18 162:3
164:6 173:3,
10, 13, 17
178:20 182:16,
19 183:2
185:25 190:7
195:19 207:3,
14 220:5, 8
224:12 226:11
230:6 237:25
249:12 250:9
257:6 263:21
271:18
looked 30:19
50:18 52:20
81:12 100:21
181:23 189:4
204:24 225:16
250:10 262:15
264:10
looking 50:16
53:12 54:6
64:5, 14, 14
74:13 80:11
121:22 125:14
126:12 127:5,
6 159:9 179:5,
14 180:19
189:4 191:3, 8
196:3 197:6
214:12 219:11
226:22 249:8,
14 262:3, 8
Looks 21:6
121:15 206:19
237:12
Lori 25:17
Los 3:11
lose 100:18
101:3
loss 176:14
179:9, 10
185:9 190:11,

15 191:3, 8
203:8, 18, 21
204:4, 6, 6, 8, 9
211:10, 11
212:17 214:20
215:2, 16
219:20 239:1,
10, 16 260:12
261:1, 8, 14
262:2, 20
272:2
lost 100:24
150:1, 1, 3
lot 18:21
50:14 87:22
211:20 219:12
252:22 253:2
256:19 266:10,
12, 18
lots 241:12
LOUISIANA
1:1 2:9
low 195:9
lower 94:8
188:16, 17, 22
lowered 164:2
Luke's 45:7, 8,
17
lunch 112:1
149:15
lung 228:1, 10,
20 270:3, 4
lymph 63:22
254:5, 6
lymphoma
133:7
lymphomas
61:2 63:2
235:6, 19

< M >
M.D 1:17 4:6
5:2, 5, 17 7:13
10:4 21:6
22:25 275:3
276:1, 7, 10, 13
made-up 102:4
Mag 1:9
magic 226:5
magical 226:11

**main** 198:6, 11 263:9, 13

**maintain** 27:17 31:17 126:21

**majority** 37:24

**maker** 96:7

**making** 84:13 89:24 106:24 212:4 264:20

**malignancies** 143:18 144:6, 12, 16

**malignant** 85:8 143:10

**malpractice** 22:18 23:15 24:23

**Mammaprints** 71:21

**mammogram** 245:20 247:8 254:5

**man** 170:16

**manage** 126:21

**manageable** 145:19, 25

**management** 126:19 133:2

**managing** 133:16

**manipulate** 46:12

**manner** 218:24 221:19, 20

**manufacturer** 68:13

**manufacturers** 145:6

**marble** 246:23

**march** 12:20

**Mario** 179:23

**mark** 54:18 111:17 174:9 250:1

**marked** 9:1 13:1 14:13 15:22 16:24 29:5 46:19 47:5 48:9

54:16 55:3 111:12, 19 123:3 142:6 162:13 167:5 174:17 192:1 250:3

**market** 75:6, 10 82:17, 21

**marrow** 217:3

**Martín** 220:10

**mass** 245:10 246:20, 22

**Massachusetts** 2:17

**matched** 103:21

**matching** 104:9

**material** 19:10 52:2 252:15

**Materials** 5:10 6:14 8:17, 21 17:8, 17, 17, 25 18:2 38:14 51:13, 21, 22 57:12 250:5 253:12

**matted** 254:5

**matter** 177:11 207:4

**matters** 27:18 100:24

**McCanless** 58:23 107:25 108:3 109:6, 8 253:23 264:5 268:5

**MDL** 1:3 8:14 9:12

**mean** 13:12 34:7, 8 35:24 39:14 64:7, 12 78:2 112:23 114:11 132:5 153:25 161:22 173:23 178:19 184:7 206:13 207:19 210:9 212:22 222:24 227:9 231:9 233:15 255:20

269:12, 15 271:19 272:13

**meaning** 177:24 225:25 242:4, 17 264:13

**meaningful** 226:11

**means** 36:18 39:17 61:21 132:4, 5 136:18 137:13 138:8 144:8 156:24 161:12 204:9 213:1, 6, 7 226:14 243:6 269:17

**meant** 31:15 78:17, 18 119:25 173:7 212:16 220:21

**measure** 127:21 199:18 245:15 246:4 247:13 248:7

**measured** 245:11 248:1, 2

**measurement** 245:22, 23 246:18, 25

**measurements** 245:14

**measures** 176:17 247:8

**measuring** 245:13

**mechanism** 39:17 83:25 213:21

**mechanisms** 89:18

**medical** 18:9, 25 19:1 22:25 23:15 24:22 39:5, 6 40:5, 7 43:13 45:2, 6, 8, 9, 13, 17, 19 47:16, 17, 24 48:25 50:5, 7 51:1, 15, 24

52:16, 20 53:16 56:11, 14, 20, 24 70:2 85:4, 14, 22, 25 89:2 103:21 147:22 150:22 152:13 155:6, 6 158:15 170:1, 23 171:8, 17 172:3 174:5 187:22 203:16, 23 215:14 235:3, 4 244:10 253:5, 7 255:6 257:22 258:1 267:21, 24 268:21, 24

**medication** 91:11 109:20, 22 114:5, 13 203:19 259:17

**medications** 26:23 87:24 89:6 155:14

**Medicine** 5:22 19:25 43:16 44:1 75:17 86:2 111:18 148:3, 7 152:22 153:23 154:1 158:13 170:22, 25 171:16 172:2 220:13 222:16 230:20

**med-mal** 22:8, 23 23:3 28:12

**meet** 66:10

**meeting** 266:21 267:1

**Melissa** 3:21 7:3 149:1

**memorized** 62:11 97:12, 23 98:20 120:4

**memory** 21:17 22:6 91:8

**menopausal** 218:8

**menopause** 270:21

**mention** 74:17 75:8 90:2 95:1 121:16 126:17 151:5, 15 244:7

**mentioned** 32:10 40:18 61:10 161:13 185:18 238:17 251:18 257:24 265:13

**Merit** 1:19

**messages** 249:11

**messing** 234:14

**met** 22:19 25:17

**metabolism** 127:18 130:6, 18 131:15, 18

**metastasis** 63:23 64:20

**metastatic** 75:22 77:4 110:20 236:11

**meter** 183:17, 18 186:17 187:19, 24

**metered** 186:19

**method** 63:6 65:2, 9, 13 66:9 224:25 225:20 229:24

**Methodist** 45:9, 18

**methodology** 179:1 221:4 224:9 226:16, 19

**MEUNIER** 2:7

**mic** 179:17

**Miceli** 2:3, 4 4:12 7:25 8:1, 23 9:5 10:10, 13 11:19, 23

13:2, *14, 20*
14:*8, 9, 14*
15:*25*  16:*3*
18:*16, 23*  20:8
29:7  31:2
32:22  33:5, *17*
36:23  39:*21*
40:22  41:7
42:*13*  44:*15*
46:*20*  48:*3*
50:*1, 23*  51:*11*
52:*11*  53:23
54:*17, 23*  55:*5,
9*  57:*3, 15, 25*
64:6  67:*24*
68:*11*  69:*2, 20*
70:22  71:*13*
73:*14, 24*
75:11  77:11
78:*21*  79:*15*
80:5  84:*23*
85:*10*  88:*2, 23*
89:*19*  90:*16*
91:7, *24*  92:8
93:*10, 22*
94:*12*  96:*21*
97:*24*  99:*1, 12*
104:*17*  105:7,
*19*  107:*16*
109:*4, 24*
111:*9, 13, 16,
20*  112:*19, 23*
113:*11, 12*
115:*3*  116:*11,
13*  117:*2, 9*
119:*14*  122:*14,
19*  123:*2, 4*
125:*5*  126:*16,
24*  129:*8, 11,
14*  130:*25*
134:*4*  135:*12*
139:7  140:*22*
141:*4, 22*
142:*7, 9, 14, 21*
144:*1*  145:*14,
20*  148:*23, 25*
149:*4, 11, 20,
22*  151:*17*
154:*20*  157:*8,
16, 23*  158:8
160:*19, 24*

162:*14, 23*
164:*18, 21*
165:*3, 5*  167:*6,
11, 13, 20, 24*
170:*12, 18*
171:*22*  174:*8,
12, 18, 20*
176:*8*  177:*5,
15*  178:*13, 22*
179:*18*  183:*11*
185:*17*  186:*10*
187:*11*  188:*23*
191:*6, 9, 21*
192:*2, 4, 18, 22*
193:*17, 21*
195:*18*  196:*7,
19*  197:*22*
198:*22*  199:*25*
200:*23*  201:*4,
24*  202:*16*
204:*12*  205:*12*
206:*13, 21*
207:*16*  208:*4*
209:*17*  210:*4,
12*  211:*24*
212:*13*  213:*10*
214:*11*  217:*10*
218:*14*  219:*15*
220:*24*  221:*13*
222:*3, 23*
223:*7*  224:*4,
23*  225:*8, 17*
226:*15*  228:*17*
231:*8*  232:*13*
233:*13*  238:*9*
240:*3*  241:*20*
243:*3*  245:*1*
248:*14, 21*
249:*19*  251:*9*
253:*19*  255:*15*
256:*2, 15, 17*
257:*25*  258:*21*
261:*3, 9, 15*
262:*5, 18*
263:*3, 17, 22*
265:*2, 4*  269:7
270:*25*  271:*8,
20*  272:*16*
273:*13, 19*
**MICELI10**  4:*9*

**Miceli's**
249:*17*  253:*15*
**Michael**  3:*5*
9:*9*
**microphone**
18:*18*
**microscopic**
79:*24*
**middle**  120:*13*
165:*5*
**Miguel**  220:*10*
**Milazzo**  1:7
**mile**  45:*20*
**miles**  266:*5*
**milligram**
187:*24*
**milligrams**
124:*1, 2, 9, 10*
125:*1, 8, 16, 17,
18, 23, 24*
126:*8*  129:*13,
21, 22*  132:*13,
14, 21, 24*
134:6  183:*17*
186:*16, 19*
187:*19*
**mind**  54:*2*
64:*3*  76:*5, 12*
154:*23*  229:7
255:7  265:*7, 8*
**mine**  131:*18*
**minimal**
188:*13*
**minimize**
152:*24*
**minute**  142:*12*
**minutes**
123:*24*  156:*17*
237:*17*  248:*19*
**mischaracteriza
tion**  71:*4*
**mislead**  58:7
**missed**  33:*8*
**missing**  32:*9*
239:7
**Missouri**  2:*21*
**misspoke**
126:*4*
**mitosis**  83:*13*
**mitotic**  83:*12*

**modalities**
103:*2*  231:*18*
**modeling**
103:*15, 16, 17*
**modes**  246:*4*
**Modification**
6:*4*  128:7
136:*15*
**modifications**
121:*25*  258:*4*
**modified**
155:*24*  211:*5*
**modifier**
205:*19*  206:*1,
15*
**modifiers**
207:*11*
**modulators**
272:*4*
**Mollie**  3:*9*
9:*15*
**mollie.benedict
@tuckerellis.co
m**  3:*12*
**moment**  17:*6*
20:*23*  22:*5*
36:*15*  98:*23,
25*  183:*12*
230:6
**moments**
213:*16*
**money**  34:*12*
**month**  31:*25*
192:6  251:*15,
17*  265:*25*
**months**  175:*4*
236:*8*  265:*19*
**Morgan**  21:*5*
**morning**  8:*5*
9:*8, 14, 19*
10:*11, 12*
149:*25*  238:*18*
269:*10*
**mortality**
188:*17*
**mother**  253:*9*
**mother's**
58:*23*  268:6
**move**  28:*25*
42:*17*  146:*5*
150:*4*  167:*21*

214:*17, 18*
266:*2*
**moved**  265:*19*
266:*4*
**MRI**  245:*20*
**MS-32**  6:*9*
168:*2*
**MS-85**  168:*1*
**msuffern@ulm
er.com**  3:*7*
**multiple**  70:*15*
185:*11*  199:*12,
21*  235:*13*
259:*12*
**Museum**  45:*13*
**mute**  18:*19*
149:*12*
**Mutual**  28:*13*
**myelocyte**
141:*24*
**myelodysplasia**
143:*19*  144:*7,
12*
**myeloid**
143:*18*  144:*6,
12, 15*

**< N >**
**N0**  63:*10*
**N1**  63:*10*
**N2**  63:*10*
**name**  7:*3*  9:*3,
9*  10:*13*  49:*13*
76:*11*  276:*15*
**names**  98:*19*
**narrow**  148:*14*
**nature**  7:*17*
**nausea**  127:*11*
147:*16*  148:*3,
7*  151:*16, 20,
25*  152:*1*
**NCCN**  6:7, *9,
13*  90:*3*  92:*2,
13*  119:*6, 7, 15,
23*  120:*4*
146:*22*  147:*2,
5, 6, 22*  148:*18*
152:*6, 16*
155:*1, 4, 5, 21*
156:*2, 11*
157:*9, 13, 17,*

Lawrence E. Foote, M.D.

20  158:12 159:10  160:7, 12, 18, 21 161:14, 19 162:8, 16 164:8  167:4 169:9, 16 170:3  171:5, 7, 17  172:3 191:24  192:13, 24  193:1 194:21  195:2, 21  197:8, 19 198:3
**NE**  2:13
**near**  45:13 266:16
**nearly**  49:4
**necessarily** 36:22  70:16 126:13  171:24 181:5  221:10 241:13  243:10 256:12  269:18
**necessary** 38:24  73:21 85:20  208:6 209:8
**necessities** 169:21
**need**  8:24 28:24  35:17 41:2, 9  66:2 70:16  71:7 73:12  85:9 93:3  99:3, 18 104:4  128:3 131:21  138:24 142:12, 21, 24 153:10, 13 166:21, 24 167:2  171:25 176:24  191:10 193:4  199:4 200:2, 3, 8 202:24  204:25 210:15  216:1 247:21  254:19
**needed**  254:11, 12  255:4, 7
**needles**  87:19

**needs**  72:16 171:21  207:25 208:14  255:8
**negative**  67:10, 11  94:16  96:2 163:4, 10 165:23  193:8
**negligent** 109:3
**neighbor** 170:17
**neither**  84:21 277:10
**neoadjuvant** 41:18  76:3 163:1  195:13, 14  198:3 233:3
**nervous**  105:1
**network** 157:10, 14, 20
**Neulasta**  6:4 120:22, 23 121:2, 5 138:21  139:3, 9  140:19 141:7, 16 142:5, 23 143:14, 16, 19 145:6, 15, 18, 22, 24  147:15 166:8
**neurology** 268:22
**neuropathy** 240:19, 22, 25 241:6, 8, 10, 19, 21, 23  242:1, 7, 20  243:13, 16, 22  244:12, 14, 23, 24  254:18, 21, 24  255:2 269:4
**neurotoxicity** 268:22
**neutropenia** 120:20  121:4, 4  135:21 136:5  137:8, 9, 14, 18, 24 138:4, 11, 13,

16, 18  139:2, 10, 21  140:16 141:7
**neutropenic** 136:3, 8
**neutrophil** 136:17, 25
**never**  27:10 37:22  139:9, 11  154:11 176:6  184:12 188:7, 18 190:13  206:10 223:21  227:21, 22  242:25
**New**  2:9  3:16, 16  5:21  20:17 42:3, 9  57:17 80:6, 19  81:21, 22  111:17 156:12  157:24, 25  181:13 192:25  194:21 220:12  233:11 251:14, 25 252:1, 2, 3, 12 266:15  267:6
**newly**  253:23 263:9
**Nicholas**  2:14
**Nick**  8:9  9:20 33:4, 14
**night**  8:16 33:1, 3  55:2 57:13
**nine**  123:9
**nodal**  64:19
**node**  63:22 94:15, 15  96:1, 2  220:11
**nodes**  254:5, 6
**nomenclature** 205:15, 25 206:5  207:10
**non-hematologi c**  136:22
**noninvasive** 60:23  61:18, 19, 21, 24 62:19

**non-TAC** 114:21
**nontypical** 62:25
**normal**  51:6 83:1  85:4 133:5, 11 153:1, 22, 23 218:6  226:4
**normalize** 131:15  133:20 134:7, 12
**normally** 148:1  216:13 219:13  253:3
**North**  1:9
**Northwestern** 267:1
**NOS**  5:3
**Notary**  276:19
**note**  31:7 32:9  57:12 64:23  83:6 146:21, 25 164:15  181:11
**noted**  79:4 276:8
**notes**  31:5, 10, 21  32:13
**Notice**  5:5, 8 14:11, 20  16:5, 9
**noticed**  33:18 69:11
**notify**  211:8
**November** 277:18
**NUMBER**  5:3 6:1  44:20 50:2, 4  94:3, 6 104:22  131:8 172:13  203:11 215:10  217:15 233:22  234:1, 1  253:4 267:21
**numbered** 51:19
**numbers** 104:2  126:14

167:15

**< O >**
**oath**  10:3 276:13
**OB**  85:23
**obese**  108:24 128:25
**obesity**  254:16 255:11
**object**  12:10 147:4  157:11 241:2  251:9 253:19  256:2, 16  261:3, 15 262:5  263:3, 17
**objecting** 18:19
**Objection** 15:23  19:22 30:18  36:16 39:11  40:9 41:5, 24  44:5 48:2  49:17 50:11  51:4 52:6  53:18 56:22  64:1 67:20  68:6, 19 69:16  70:8 71:2  73:7, 19 75:7  76:25 78:4, 20  79:1, 19  84:11  85:2 87:8  88:8 89:8  90:4, 20 91:19  92:5 93:8, 17  94:2 96:11  97:20 104:12, 23 105:13  107:7 108:19  109:12 115:2  116:3, 23  119:9 125:2  126:10, 22  128:20 130:2  132:25 135:3  139:4 140:18  141:3, 19  143:21 145:10, 17

Lawrence E. Foote, M.D.

147:24  151:2
154:17  156:14
157:21  158:3
160:13, 22
162:21  169:14
170:15  171:15
174:3  176:4,
21  177:12
178:10, 16
179:4  182:25
185:3  186:6
187:7  188:3
190:20  195:16
196:2, 18
197:17  198:17
199:10  200:20
201:2, 17
202:9  204:7
205:9  206:2,
17  207:12, 13
208:1  209:11,
21  210:7
211:17  212:11,
18  214:10
217:5, 25
219:5  220:23
221:7, 23
222:18  223:5,
24  224:18
225:3, 12, 23
228:11  231:5
232:6, 24
236:24  239:24
242:22  244:20
248:4  261:9
268:25  270:14
271:5, 17
272:12
**Objections**  5:7
15:19  16:5
**objective**
271:25  272:25
273:8
**observational**
80:17  189:17
223:8  225:2,
21  230:1
**obtained**
172:21
**obviously**

51:14  268:13
**occasion**  90:14
**occur**  28:17
61:4
**occurred**
77:12  92:7
136:10  260:19
269:18, 25
**occurs**  213:13
**o'clock**  31:6, 7,
8, 9
**October**  1:13,
19  5:3  7:6
56:19  57:6
58:3  275:3
**odd**  62:24
**offer**  37:17
60:7  70:1
72:3  185:19
199:6  200:10,
13, 17, 24
201:5  204:15
217:11, 17
224:5, 7, 13
235:1  259:16
**offered**  27:18
**offering**  252:16
**office**  42:8
45:23, 25
54:24  89:23
263:8
**officer**  277:9
**offices**  46:2
**official**  27:12
**off-label**  89:17
**off-the-record**
179:16
**ofTAC**  234:15
**Oh**  15:25
112:12  176:11
192:18  227:8
228:2
**Ohio**  3:6
**Okay**  9:5, 24
10:21  11:12,
19  13:20  14:8
15:6  18:23
24:1, 4, 7, 15,
21  26:8  27:10
28:6  29:20
30:5, 9  31:2

33:5  34:20, 24
35:12  36:11,
23  37:13, 19
41:7  42:13
43:11  45:4
47:14, 20, 23
48:15  53:23
54:7  56:5, 17
57:10  58:13
59:11  66:1, 2,
4, 5  69:9
79:15  82:14,
20  83:8  84:23
90:16  91:24
95:18  97:8
98:4  99:15
100:6, 9, 25
101:22  102:18,
22  107:22
109:24, 25
110:19  112:23
113:11  115:3
117:2, 9
119:18  120:2,
6  121:13, 17,
23  122:25
124:22  126:3
128:1, 13
134:4, 19, 23
136:11  137:21,
21  138:1
142:4, 13
144:19, 23
145:3, 14
148:23  149:4
154:14  156:7
157:23  158:8
159:2  160:3
161:10  162:2,
12  164:23
165:3, 16
167:12, 20
171:12  172:10
173:6  174:18
176:8  177:22
180:9  183:11
184:6  186:2
187:2  191:6
194:6  196:19
198:24  200:23
202:16, 20

203:6  210:4,
12  216:4
221:13  223:7
227:8, 22
230:5  232:13
235:24  237:3,
9, 11  240:6, 9
245:1  248:21
265:21  266:24
268:10  270:5
**old**  80:18
265:19
**older**  74:9
76:22  78:1
**omit**  146:13
**omits**  147:12,
18  150:11
**once**  132:14
147:9
**Onco**  71:20
**oncologist**
20:12  43:12,
13  48:25
60:14  67:16,
21  68:4  71:1
73:18, 20  78:7,
23, 25  82:4
84:25  85:12,
17, 21, 24  89:2
154:15  158:11
159:19  203:16
204:20  209:8
216:6  227:10
229:10, 11
247:6  248:10
**oncologists**
44:18  47:24
68:21  70:12
72:1  74:15
78:17  79:4
84:24  153:2
154:9  257:4, 5
**oncologist's**
73:15
**oncologists,**
215:13
**Oncology**  5:14
10:24, 25
27:13  33:21
34:3  43:9
44:1, 6, 9, 14,

17  46:11, 18
47:1, 2, 16, 17
49:4  63:14
65:10  72:8, 22
86:4, 5, 12
89:21  99:23
140:12  148:17
157:9, 13
180:7  216:7,
11  223:19
259:11  267:2
**Oncology's**
47:8
**Oncotype**
71:20
**Oncotyping**
71:20
**one-page**
17:11  33:2
**ones**  23:8, 17
24:7  25:15
36:20  56:10
59:15  74:9
75:2  76:22
78:1  90:2
95:4, 11, 14, 15,
19, 21  96:16
161:23, 24
226:20  229:15
231:22  268:2,
3
**one's**  225:5
**ongoing**  91:6
215:16  217:3
241:20  242:4
**ongoingly**
232:19
**Online**  71:21
72:7
**open**  12:21
13:21  14:10
54:19  111:21
167:7  174:19
245:24
**operate**  20:10,
10  149:16
**operated**  47:19
**operating**
20:10
**opine**  255:21
**opining**  169:2

Lawrence E. Foote, M.D.

opinion 20:2
38:8, 20, 24, 25
39:15, 18, 24
49:22, 25
50:19 52:9
53:8 70:23
100:15 106:4,
11, 13, 15, 17,
20 131:1
179:3 185:18,
19 199:6
200:10, 14, 18,
24 201:5
202:3 203:14,
15, 23 204:16
217:11, 17
224:5, 7, 14
225:5 253:17
259:20 260:10,
24 261:6, 25
opinions 19:19
37:5, 11, 16, 20
38:13 39:6, 7,
10 51:7, 10
146:13 219:23
252:17 257:22
258:10 259:16
267:14 268:19
opportunities
246:4
opposed
117:13, 23
176:20 212:24
opposing 19:12
opposite 97:21
optimistic
237:21
options 232:1
233:20
oral 125:7
order 8:13
63:19 67:17
68:14, 14
107:9 138:8
269:18
organization
34:18
organs 264:20
original 17:8
136:12

originally
110:7
Orleans 2:9
O'Shaughnessy
48:17, 20
osteoporosis
134:16
ostia 219:21
272:17
outcome
104:19 231:4
outcomes
110:3
outline 118:22
237:23
outlining
257:14
outranks
195:25
outscores
195:25
outside 19:17
33:19, 20 34:6
ovarian 87:11
88:16 91:1
overall 94:24
115:11, 19, 24
116:18 117:20
overhighlight
234:16
overly 40:25
237:21
overspeak
40:21 102:18

< P >
p.m 1:18
191:16, 17, 18,
20 238:5, 6, 8
248:17, 23, 24,
25 249:2
265:1 273:16
274:1, 2
package 53:15
144:14 166:10
203:19, 20
211:6, 19, 23
packs 229:16
pacli 118:6
paclitaxel
41:11, 16

81:20 87:5, 9
88:5 91:17
98:12 112:5, 7
114:10, 11, 18,
24, 25 115:14
116:2, 21
117:12, 19
118:7 119:1, 5,
7, 12 120:16,
17 123:15, 20,
25 124:2, 3, 8,
25 125:11
126:6, 7
130:17 132:2
135:22 139:15,
21 140:17
146:18 151:10,
12 152:4
163:13, 15
165:7, 17
189:10 194:9
195:12, 20
196:1 200:25
230:13 255:16,
22 260:6
paclitaxel-conta
ining 92:1, 12
230:15
PAGE 4:2
5:3, 12, 12, 14
6:1, 12 15:8, 9
17:7 33:11
46:18 51:18,
20 59:20
69:23 70:6
71:14, 17
73:25 86:16,
17, 19, 22
92:22, 24
115:8 118:23
121:21 123:7,
8 136:13
137:7 144:23
146:5, 7 150:5,
7, 9, 9, 14
154:21, 22
159:3, 24
164:7, 15
165:21, 25
167:14, 25
172:17, 19, 20

175:16, 18, 20
176:10 179:19
181:12 183:12
192:9 193:19
194:20 196:17
203:1, 5
205:13 208:20
209:20 210:18
211:25 214:19,
20 219:25
220:7, 8, 25
227:9 230:6, 9
234:4 240:11,
16 245:3
258:13 275:3
276:2
paged 249:23
pages 5:6, 8,
11, 15, 17, 20,
22 6:4, 6, 8, 10,
14, 16 17:2, 4
18:3 51:21
69:24 70:4, 15
113:4 167:22
193:5, 16
203:4 267:21
paid 212:22,
23
pain 133:3
Palmer 2:7
8:2 237:17
panel 156:12
168:14 170:9
197:1 198:15
panel, 168:21
paper 31:11
118:23 216:23
217:1
paper, 31:15
papers 43:17,
21
paragraph
59:22 71:18
74:1, 17, 25
77:2, 22 81:17
82:24 83:5, 15,
18, 21 86:22
98:17 137:5
146:9 155:5
168:10 176:9
204:3 205:14

209:18, 19
210:17, 18
212:15 215:12
234:7
paragraphs
115:11
Paralegal 3:19
9:23
pardon 182:22
Park 3:15
45:10
part 15:1
20:2 41:21
51:12 66:22
73:15 76:19
77:22 157:9,
14 169:1
219:23 232:22
271:2
partially
134:24
participate
105:11
particular
21:21 67:18
74:22 99:24
101:13 102:24
158:23 167:22
172:5 173:8
211:21 233:10
253:4
particularly
76:19 175:25
216:16
particulars
85:20
Parties 2:2
3:1 7:13, 19
277:12
Pat 1:19 3:22
7:23 9:1
111:10 116:14
277:4, 20
pathologic
219:3
pathological
219:10 245:23
271:25 272:6,
25
pathologically
247:9 248:12

Lawrence E. Foote, M.D.

pathologies 219:*11*
pathologist 245:*24* 247:*1*
pathology 159:*15* 219:*16* 246:*16* 268:*3*
pathophysiology 239:*14*
patient 56:*24* 66:*10, 14, 15* 67:*1, 18, 22* 68:*5, 16* 73:*4, 13, 22* 88:*16* 89:*22, 23* 105:*10, 15* 106:*3, 12, 22* 107:*4* 109:*13* 110:*2, 12, 13* 129:*25* 136:*3* 138:*3* 146:*2* 147:*9* 148:*15* 152:*23* 153:*4* 158:*20, 24* 169:*21* 171:*20* 172:*5* 187:*4, 25* 211:*1, 3* 212:*2* 230:*10, 19* 231:*1* 232:*19* 233:*5, 10* 237:*7* 252:*23*
patients 41:*11* 42:*2, 3, 3, 9* 45:*21, 25* 46:*3* 47:*18, 25* 48:*1* 63:*12* 73:*2, 9* 87:*16* 88:*18* 89:*3, 6, 12, 16* 90:*10, 17* 91:*2* 100:*1, 23* 106:*2* 110:*5, 10* 133:*2* 137:*7* 138:*2* 140:*14, 16* 152:*19* 169:*24* 171:*13* 175:*6, 11, 13* 176:*24* 177:*1* 179:*10* 183:*16, 19* 184:*2, 11*

186:*15, 24* 187:*17* 189:*5* 204:*20* 211:*8* 218:*7* 219:*21* 220:*17* 222:*16* 231:*10, 17* 250:*23* 251:*4, 7, 7, 14* 256:*13* 259:*13* 260:*16, 20* 262:*19, 24*
patient's 72:*12* 73:*10* 128:*23* 130:*5* 159:*14, 16, 20* 262:*25* 268:*5, 6*
pause 7:*18*
pay 30:*23* 50:*14*
paying 126:*13*
PDF 123:*8*
pecking 18:*21*
peer 181:*17* 182:*4, 11, 24* 183:*8*
peer-review 181:*14*
peer-reviewed 51:*1, 23* 147:*21* 150:*22* 152:*13* 182:*12, 24* 183:*2, 4* 187:*3, 22* 235:*3* 252:*7, 8* 267:*22* 268:*24*
peers 252:*8*
pegfilgrastim, 143:*13*
pending 23:*9*
people 42:*4* 43:*16* 48:*5* 71:*15* 72:*16, 24* 79:*11* 85:*4* 94:*3* 101:*5, 7* 105:*5* 133:*2, 6, 15, 16, 23* 135:*6, 9* 137:*17* 138:*9* 139:*1* 141:*5* 148:*2, 6* 152:*7* 153:*23* 157:*12*

169:*25* 170:*10* 172:*6* 180:*24* 181:*23* 186:*4* 188:*5* 190:*5, 14* 199:*12, 19, 22* 201:*10* 218:*2, 6, 7* 230:*3* 238:*19, 22* 239:*1* 241:*14* 243:*9, 11* 256:*8, 9* 257:*5* 259:*6, 7* 263:*8* 266:*12*
people's 229:*7*
percent 42:*2, 8, 9* 104:*19* 105:*1, 2, 2, 3* 120:*18, 19* 138:*18, 19* 251:*12*
percentage 41:*14* 63:*11* 243:*10* 251:*6*
percentages 60:*8* 63:*21* 104:*25* 105:*5* 120:*14*
perfect 264:*15*
perfectly 170:*7*
perform 184:*20* 223:*8, 22*
performed 20:*11*
period 81:*13* 125:*25* 126:*9* 128:*16, 17* 129:*23, 24* 130:*12, 13* 132:*15* 197:*16* 198:*14* 205:*16* 258:*20*
peripheral 241:*6, 8*
permanent 175:*21, 23* 176:*19* 178:*8* 179:*8, 10* 183:*20* 184:*5, 12* 185:*2, 8, 21* 186:*5* 187:*6,*

18 188:*1, 5* 189:*2, 5, 22* 190:*2, 14, 25* 191:*8* 199:*8, 14, 23* 200:*11, 15, 18, 25* 201:*6, 15* 202:*5* 204:*6* 205:*19* 206:*8* 207:*18* 211:*11* 212:*17* 217:*18, 24* 219:*4, 17, 22* 242:*9* 257:*18* 259:*17, 22* 260:*6, 11, 25* 261:*8, 13* 262:*2* 270:*12, 17* 271:*14* 272:*23* 273:*9*
permitted 137:*10, 14*
persisted 109:*19*
persistent 127:*23* 137:*9* 185:*20* 205:*19* 211:*12*
persistently 129:*2*
person 78:*23, 24* 124:*6* 244:*11* 276:*15*
personal 154:*8* 179:*7* 222:*4, 8* 241:*12*
personally 17:*15* 48:*11*
PFIZER 3:*14* 9:*18*
ph 1:*23*
PHARMA 3:*1* 9:*11*
pharmaceutical 26:*9, 13, 15, 19* 27:*3, 11* 68:*22* 69:*4, 14*
PHARMACEUTICALS 3:*4* 9:*12*

phone 8:*3* 249:*9*
physical 247:*15*
physically 45:*18*
physician 19:*5* 22:*17* 137:*12*
physicians 44:*18*
pick 81:*10* 218:*13* 226:*23* 237:*6*
picking 255:*1*
piece 31:*10, 15* 130:*21*
pieces 174:*4*
Piedmont 2:*13*
pin 233:*25*
pine 87:*19, 19*
Place 2:*16* 161:*20* 175:*18* 183:*7* 198:*15* 235:*1* 266:*19, 19*
plaintiff 8:*1, 4* 24:*13, 18, 22* 51:*15*
PLAINTIFFS 2:*3* 5:*7* 16:*5* 22:*13* 59:*13* 250:*6* 253:*10*
plambert@gainsben.com 2:*10*
plan 43:*22*
platelets 136:*20*
play 111:*3, 3* 159:*18*
Plaza 45:*10*
please 7:*18, 21, 24* 10:*3* 18:*19* 33:*14* 144:*24*
plenty 131:*14*
plethora 18:*9*
plus 101:*17* 102:*1* 123:*25* 190:*5* 198:*5* 262:*15*
PO 2:*4*

Lawrence E. Foote, M.D.

**point**  57:*24*
66:*3*  71:*6*
73:*22*  78:*14*
82:*10*  96:*19,*
*20, 23, 24*
119:*24*  135:*7*
137:*15*  138:*23*
139:*17*  156:*10*
163:*24*  190:*22*
208:*23*  209:*5,*
*10, 16*  221:*10,*
*16*  233:*25*
234:*6*  238:*25*
254:*19*  260:*3*
**pointed**
139:*24*  233:*21*
268:*2*
**points**  249:*9*
**poor**  132:*18*
**poorly**  21:*19*
218:*12*
**popped**
253:*25*  255:*7*
**pops**  122:*13*
**population**
169:*19*  170:*10*
**population-base
d**  231:*16*
**populations**
170:*13*  171:*14*
**Porte**  266:*4*
**portion**  77:*24*
79:*17*  80:*25*
81:*7*  82:*12*
102:*24*  186:*13*
215:*8*  238:*11*
251:*20*  256:*20,*
*23, 25*
**portions**
115:*12*
**position**
190:*16*
**positions**
147:*23, 25*
150:*24*
**positive**  67:*10,*
*11*  94:*15*  96:*2*
156:*21*  220:*12*
245:*6*
**possession**
50:*9*

**possibilities**
108:*13*
**possibility**
143:*16*  144:*5,*
*21*
**possible**  77:*24*
91:*9*  110:*14*
142:*1*  177:*16*
246:*13*
**possibly**
145:*13*  246:*10,*
*11*
**post-menopaus
al**  218:*8*
**postsurgical**
76:*4*
**potential**
105:*25*  110:*3*
128:*24*  143:*9*
144:*4, 20*
145:*8, 12, 22*
203:*18*  217:*2*
236:*11*  261:*13*
**Poydras**  2:*9*
**practice**  10:*24*
19:*25*  27:*4, 17*
33:*19*  34:*6*
41:*21*  42:*6*
43:*15*  44:*11,*
*25*  45:*2*  47:*16*
48:*6, 21*  49:*5*
60:*19*  85:*16*
89:*21*  99:*22,*
*23*  127:*9*
147:*7*  148:*18,*
*20*  152:*10, 22*
153:*1, 16, 22*
154:*1*  171:*16*
172:*1*  179:*7*
182:*13*  214:*25*
241:*13*  250:*24*
252:*9, 11*
**practices**
47:*18*  78:*7*
**practicing**
43:*11*  75:*16*
152:*11*  203:*15*
**practitioners**
180:*18*
**Prather**  3:*19*

**Pratt**  5:*17*
48:*8, 8*
**Precautions**
144:*2*
**predates**  55:*22*
**predating**
215:*15*
**Predict**  71:*21*
72:*6, 25*
102:*25*  103:*15,*
*16, 24*  240:*25*
242:*15*  243:*21*
**predicted**
104:*3, 6*
**predicting**
241:*4*
**prediction**
243:*23*
**predictions**
169:*20*
**predictive**
72:*11*  103:*17*
**predisposes**
254:*17*
**Prednisone**
133:*8*
**pre-existing**
241:*8, 18, 21*
244:*23*
**prefer**  9:*2*
113:*8*  206:*20*
**preference**
206:*7*
**preferred**  92:*3*
119:*6, 16*
161:*15*  163:*12,*
*25*  164:*3, 5, 8*
168:*12*  169:*10*
193:*22, 23*
194:*10*  196:*25*
197:*14*  198:*16*
205:*15, 24, 25*
206:*11, 16*
**premarked**
16:*15*
**premedication**
121:*19*  122:*1*
123:*15, 19*
125:*3, 6, 6*
127:*2, 5*
140:*24*  146:*24*

147:*3*  149:*24*
150:*15*  151:*20,*
*22*
**premedications**
127:*7*
**Preoperative**
193:*7*
**Prep**  58:*3*
**preparing**
18:*6*  57:*7*
58:*20*  59:*7*
267:*13*
**prescribe**
68:*18*  89:*3, 5*
90:*1*  120:*7, 9*
**PRESENT**
3:*17*  7:*21*
55:*11*  67:*6*
219:*21*  225:*10*
**presentation**
271:*13, 19*
272:*9*  273:*8*
**presented**
140:*7*
**presenting**
223:*14*
**presently**
201:*23*
**president**
180:*6*
**presume**
206:*18*
**presumed**
206:*6*
**presuming**
206:*25*
**pretty**  104:*6*
210:*2*  213:*2*
216:*11, 12*
242:*7*  257:*13,*
*13*
**prevent**  79:*10*
140:*5*  153:*11,*
*14*  181:*25*
**prevented**
137:*9*
**prevents**  139:*5*
**previous**
80:*14*  241:*19*
**previously**
84:*12*  92:*15*

114:*20*  216:*20*
244:*8*
**primarily**  61:*3*
**primary**
262:*25*
**principles**  40:*4*
**print**  14:*6*
193:*16, 19*
**prior**  12:*5*
17:*21*  22:*1*
28:*1*  29:*24*
30:*3*  35:*19*
56:*3, 10*
123:*24*  124:*3*
125:*9*  134:*1*
197:*6*  251:*1*
**privileges**  45:*5*
100:*12*
**probably**  27:*5*
28:*18*  29:*17,*
*25*  30:*2*  42:*2,*
*7, 9*  56:*3*  66:*2*
77:*13*  92:*22*
94:*5*  97:*10*
131:*6, 22*
134:*12*  175:*4*
191:*23*  202:*10,*
*11, 19*  235:*11*
251:*11, 16*
265:*24*  266:*15,*
*22*  267:*7*
**probate**  23:*10*
**problem**  92:*14*
133:*25*  230:*3*
238:*2*  255:*1*
**problematic**
100:*2*
**problems**
170:*1*  254:*15*
**proceed**  99:*13*
**Proceedings**
7:*1*  274:*2*
**process**  91:*6*
105:*11*  110:*2*
181:*14, 21*
206:*23, 23*
264:*8, 22*
**processes**
257:*15*
**produce**  32:*25*
35:*16*

Lawrence E. Foote, M.D.

produced
15:14
product 27:12,
12 82:16 96:7
145:9 204:22
208:24
PRODUCTS
1:5 7:10 26:9
270:19 275:1
professional
222:10
professors
266:18
profound
218:17
programs
72:10
progressing
236:2
projector
13:17
prolonged
175:23 183:20
184:4 187:5,
17 188:1
prolonging
237:24
promise
238:10
prompted
157:25
proof 201:23
proper 63:20
109:5
properly 221:5
proposed
141:25 227:14,
24
proposition
70:3 225:18
229:22
propositions
40:8
proprietorship
34:1, 5
prospectively
231:21
protective 8:13
protocols
171:3

prove 71:10
104:5 185:25
199:23 254:1
269:21
proved 276:13
proven 236:21
260:2
provide 17:14,
15, 20 32:17
38:7 39:1, 7
67:17 70:23
72:11 82:7
135:1
Provided 5:10
6:16 8:17, 18,
21 14:24 15:1
17:8, 18 18:2,
4, 8, 12 19:11,
12 21:14 35:4,
6 42:21 51:13
52:3 57:13
100:17 109:8
150:21 216:8,
9 250:6, 13, 15
253:13 267:20
provides 37:4
150:13 180:18
182:11 224:25
225:4
providing
12:14 100:15
PSC 2:3 8:1,
4
psychiatry
85:23
psychologically
175:13
public 79:14
276:19
publication
187:23
publications
42:25 43:6
70:13 189:12
publish 43:17
183:4 222:21
published
26:22 43:3, 8,
21 69:1, 3
70:2 80:21
81:2 141:15

147:21 154:11
155:20 156:16,
20, 25 157:3
158:6, 18
161:24 170:23
171:9, 17
172:3 178:17
182:1 197:23,
24 203:17, 22
221:17 224:1
241:14 252:1,
2, 6
publishes 69:8
180:6
publishing
43:21 222:15
PubMed 50:24
pull 51:8
173:9 249:21
pulled 112:13
145:5
pulse 130:18
131:19 133:19,
24 134:17
pun 182:23
purported
235:19
purpose 39:23
57:6 168:11
purposes 19:9
34:9 100:14
153:20 195:21
201:25 208:14
236:13 276:16
pursuant 8:13
put 14:17
20:15 21:17
22:4, 6 27:11
28:21 31:10,
14 40:19, 25
46:21 52:1
54:12 88:17
90:18 118:21
132:7 162:7
169:10 222:9
puts 202:2
245:25
putting 15:18
19:11 183:6
191:22

< Q >
Quality 195:4,
22 196:12
question 36:18
38:6 50:8
51:25 54:2, 4
56:10 58:1
63:17 100:7
108:25 116:12,
14, 16 117:16
129:17 132:17,
18 140:10, 11
150:3 173:14,
14 178:13
187:21 188:10
189:16 200:2,
4 202:7, 12
217:21 246:2
253:20 256:16
263:25 270:16
272:22
questions
10:17 12:9
13:4 26:24
60:3 99:17
107:25 199:3
224:6 248:20
249:7, 17
253:15 255:15
256:19 257:16
258:12, 15
259:15 260:4,
8 262:18
264:12, 25
265:11 271:10
quick 46:16
54:9 117:6
142:13 236:4
249:6 254:11
quickly 12:20
42:22 134:20
148:14 153:9
182:16 198:10
234:20 235:13
236:3 254:2,
13 255:5
264:18
quite 25:2, 4
89:14 93:18
95:17 101:6

quote 84:4
93:25 133:1,
22 157:5
259:5
quoted 95:14
96:12 138:17
148:18 191:4

< R >
radiologist
245:12
raise 10:2
ramifications
178:3
randomized
80:18 111:4
117:17 161:6
176:23 178:4
189:19, 20
191:2, 7
range 30:4
rank 170:4, 7
195:8
rapidly 82:25
83:9 84:1
85:6, 7 236:2
rare 89:14
rarely 139:11
147:8
rate 74:7, 10
76:23 77:10
78:2, 9 79:25
80:10, 15 94:8
120:18 233:9
256:11
rates 80:6, 8
223:9, 9 235:8,
9, 21
rationale
105:16, 25
257:7, 14
264:22
ratios 115:16
reach 91:8
reaching
180:17
reactions 211:9
read 8:15
16:22, 23
18:10 19:23
26:20, 21

27:20  53:8
72:10  74:14
79:2  103:10,
11  108:2
116:13  136:14,
20  137:7
143:12  155:5
178:11, 17
183:9, 15
184:16  186:14
205:15  211:13,
15, 18, 20, 21,
23  214:22
216:7, 11, 13,
19  222:19, 24
223:11, 12, 15
224:1  227:22
240:18  250:18,
19, 20  252:25
253:2, 3
257:25  258:1
262:7  267:11,
12, 16, 23, 24,
25, 25  268:3, 5,
8, 11, 12, 16
273:18  276:7
**readily**  87:18
**reading**  31:1,
6  103:3  104:1,
13  126:11
143:23  173:13
179:2, 7
180:23  251:20
255:5  265:11
**reads**  183:15
215:13
**ready**  87:6
99:13  174:10
**real**  18:17
46:16  54:8
104:2  116:25
117:6  142:13
227:16
**realistic**
107:13  157:4
**realize**  133:23
**realizes**  60:15
**really**  17:7
21:18  28:2
30:21, 23
35:21, 22

36:13  42:1, 12
49:19  57:23
76:6  101:15,
16  106:18
107:11  146:1
151:24  157:19
173:8  193:2
194:24  201:11
231:7  232:9
239:4  246:20
247:10  248:7
251:10  257:1
260:21  265:20
266:9
**realm**  108:13
**Realtime**  1:19
**reason**  36:24
38:8  81:9
123:16  139:18
163:21  166:18
169:1  199:4
243:16  244:2
275:3
**reasonable**
30:7  104:24
105:6  107:20
198:4  224:12
225:14  240:20
261:12
**reasonably**
109:18
**reasoning**
197:12
**reasonings**
268:20
**reasons**  37:20
92:15  106:23
182:14
**recall**  15:3, 5
23:12  24:16,
17  25:18  26:2
27:8  29:16, 18
30:1  50:13
52:18  53:5, 9
58:18  59:3, 6,
17  65:3, 12
75:14, 24  76:1,
6, 11, 13, 16
82:15  92:12
97:10  102:23
103:5, 12

104:7  216:21,
24, 25  217:6, 8
227:17, 20
255:18  257:18
258:15, 24, 25
259:18  260:8
262:20  269:1
**receive**  105:12
124:7, 9, 18, 19
137:11  138:9
140:16  143:1
152:3, 4
153:15  179:11
187:5, 25
189:7, 9
231:17
**received**  52:14
103:6  126:8
135:25  152:2
184:13  186:19,
21  188:7, 8
189:6, 7
190:13  199:12
204:21  215:21
255:21  270:7,
12
**receiving**
125:1  129:20,
22  132:21
183:16  184:3
186:15, 24
**recently,**  71:19
**receptor**  66:20
67:10  143:13
**Recess**  99:8
142:17  149:7
191:17  238:5
248:24
**recitation**
17:11  82:7
150:22
**recitations**
150:13
**recite**  151:3
**recognition**
240:2
**recognize**
71:24  119:21
173:25  174:22
**recognized**
40:5  72:8, 21,

23  119:20, 21,
22, 25  179:1
226:16, 18
**recollection**
52:19  55:25
104:14  217:7
247:23
**recommend**
108:4, 20
110:23  152:6
264:1
**recommendatio
n**  101:11
**recommendatio
ns**  106:22, 24
146:22  147:2
155:9, 14
157:18  197:10
263:1
**recommended**
92:2  110:8
160:15, 15
164:9  165:8
194:17, 18
198:19  262:9
**recommending**
166:11
**recommends**
166:22
**record**  7:3
8:12  9:1
10:14, 19
29:17  41:25
54:4  99:7, 11
117:3  142:16,
20  149:2, 6, 10
164:16  191:16,
20  228:18
238:4, 8
248:23  249:3
274:1  277:8,
15
**records**  27:23,
24  28:7  49:21,
24  51:15
52:16, 20  53:6,
8, 17, 21, 21, 25
54:1  56:1, 12,
14, 18, 20, 24
57:5  103:22
253:6, 7  255:6

258:1  267:21,
24
**records,**  58:9
**recount**  76:15
95:24
**recounted**
94:20
**recover**
131:20  134:20,
21
**recovery**
136:22
**recurred**  77:8,
9  79:7, 25
**recurrence**
66:16  79:10
94:8
**Reddy's**  58:15
59:2  103:6, 7
104:8  268:11,
13
**refer**  11:5
100:3  152:12
205:6  224:16
238:22  258:18
**reference**  7:9
19:20  29:22
39:2  41:1, 2
63:24  70:2
97:14  128:14
147:20  150:23
152:13  209:1,
20  215:11, 24
220:9, 10, 20
269:3
**referenced**
189:12  212:15
238:21
**references**
208:24  209:6
**referred**
146:22
**referring**
59:13  70:24
74:24  76:24
77:1  79:18
93:6  94:13
95:12  98:21
112:10  113:14
114:1  173:2
189:11, 15, 17,

18 204:5
211:25
**reflect** 21:13
23:17 42:16,
18 53:2 54:5
**reflected**
38:19 82:16
**reflects** 37:11
**refuse** 109:20
**refused**
109:15 110:6
**refuses** 109:13
**refusing** 175:7
**regard** 68:14
69:9 102:22
103:14 149:23
157:16 257:21
261:24 267:10
268:19 269:7
**regarding**
15:6 64:17
168:14 179:17
197:1 257:17
261:25
**regardless**
105:8, 20
114:22 218:14
230:25 243:24
**regimen** 52:22
93:15, 21, 24,
24 94:21 96:3,
3, 9, 10 97:18
98:7, 7, 24
101:12 107:1,
2 108:4, 7, 17
109:22 113:18
114:17, 24, 25
116:1, 2, 21, 22
117:18, 19
119:7, 12, 16,
20 124:23
125:11, 15
126:6, 15
133:7 140:21
146:17, 18
151:19 159:7
165:7, 24
169:7, 10, 17
171:2 172:7
194:10 195:4,
5, 24 198:16

230:11, 13, 15,
25 231:3
232:15, 18
233:7 234:19
240:19, 21, 22
242:18, 21
253:18 255:12,
22, 24 256:6
258:18 263:14
264:9, 15, 15
**regimens** 74:5,
20, 24 80:14,
19, 19 90:1
92:1, 2, 2, 3, 13
94:21 108:11
112:2, 2, 3, 4, 5
114:2, 3, 21, 21
115:4 120:8
140:14, 17
148:21 159:4
160:6, 11, 20,
25 161:15
163:9, 12, 25
164:3, 9
168:12, 13, 16,
23 169:12
170:5 172:13
193:8, 22, 23,
25 194:17, 18
196:25 198:20
231:18 234:2
**Regimens,**
163:19 165:23
**Regional** 23:1
**Registered**
1:19
**regrowth**
210:9
**regularly**
173:20, 22
216:11, 12
**regulate**
133:11
**Regulation**
208:12
**Regulations**
207:24 213:23
214:1, 3
**regulatory**
206:23 207:4

211:15 212:7
**relapses** 94:6
**relate** 207:24
213:18
**related** 80:6
144:21 145:13
174:23 176:1
199:20 218:4
277:11
**RELATES**
1:6 50:7
208:13
**relating** 6:11
185:7
**relation** 176:18
**relationship**
128:15 227:25
**relative** 73:2,
5 102:25
168:15 177:9
178:7 197:2
277:14
**relatively**
103:24 246:5
**relayed** 214:23
**relevant** 37:12
66:25 129:5
130:21, 22
161:23 182:13
249:15
**reliability**
226:2, 12, 23
227:2
**reliable** 161:6
174:1 199:7
**reliance** 250:5
**relied** 15:10
19:16
**reluctant** 68:7
**rely** 16:7 39:4
**relying** 39:9
**remain** 197:14,
15
**remainder**
22:21
**remaining**
56:6
**remains** 194:9
232:19
**remember**
22:10, 12, 14

23:21, 25 24:2,
19 25:6, 7
35:5 36:9
59:15 62:6, 10,
15 65:16, 19
88:12 90:23
91:5 92:4, 6
94:4 103:3, 9,
11 104:13, 16
114:7 124:21
211:20 216:19
250:17 261:18
269:6
**remembered**
21:19
**reminded**
229:19
**reminding**
269:13
**Remote** 1:17
5:2 7:8, 17
**remotely** 1:18
2:2 3:1 7:14,
16 8:10
**removed**
169:10 246:15
**render** 100:10
**renewable**
87:18
**renumber**
111:14 162:4
**repetitive** 60:4
**replaced** 74:8
76:21 78:1
**replicate**
103:17
**Report** 5:10
11:7, 9, 13, 14,
25 16:15, 21
17:4, 9 18:1, 1,
4, 6 19:9, 14,
21 20:1 29:20
30:3, 17 31:1
35:1, 4, 6, 10
36:14, 19, 25
37:1, 4, 10, 11,
15 38:13
40:23 41:8
50:5 51:2
55:23 56:8, 11,
13 57:19

59:20, 21 63:7
64:24 69:22,
24 70:4, 24
71:14 72:9, 25
73:25 76:15
79:17, 20
80:25 81:1, 8
82:12 90:2
94:21 95:24
97:9, 15 98:6,
11, 18 102:23
103:7, 10, 11,
16 104:9, 18
108:2 126:17,
25 128:14
129:20 132:10,
20 134:25
135:8, 16
136:12 145:23
146:6, 21
148:9 150:6,
13, 14, 20
151:4, 4, 7, 14
153:19 154:21
158:14 159:24
160:23 169:2
171:6 172:18
181:1 185:5,
20, 20, 23, 23
186:5 189:13
197:7 203:2
205:6 208:21,
23 209:6, 9, 13
220:1, 10, 16
221:2, 25
232:14 234:4
239:20 240:12
245:4 250:13,
20, 20 256:20,
23 257:1, 17,
22 258:3, 10,
13 267:16, 19
268:14, 23
269:2, 3 270:6
271:1
**reported**
131:24 146:23
173:19 185:11
190:18
**Reporter** 1:19,
20, 20 3:22

Lawrence E. Foote, M.D.

7:23 9:2, 21,
24 10:8 61:8
84:16 111:11
116:15 142:7,
8, 10 277:6
**REPORTER'S**
4:17 277:3
reporting 7:18
223:9
reports 148:8
185:11, 18
186:3, 7
190:18 199:15
207:15 215:14
represent 9:10
145:4
representations
155:8
represented
9:4
representing
8:8
request 15:8
33:15
requested
109:7
requests 15:11,
20 16:9
require 80:4
84:14 188:16
209:15 214:3
required
117:6 136:25
requirement
36:21 147:6
156:16
requirements
208:2 213:18
requires 84:21
137:17
research
44:23 50:24
52:2 155:7, 15
158:15 170:23
171:9 181:22,
24, 25
researched
100:16
researchers
79:4

reservations
108:22
residency
85:13
resident 86:2
resist 236:6
resistance
234:22
resistant
235:14 236:9
resource 205:6
resources 19:1
respect 78:22
116:5, 6 215:3
228:3
respond 15:10
16:8 156:12
responded
230:10, 12
236:6
response
117:6 230:20
235:8, 12, 21
236:1, 4 245:7
Responses 5:7
16:4 235:22
responsibility
68:12
responsive
15:7
rest 237:16
restart 142:12
result 231:1
255:23
resuming 99:9
142:18 149:8
191:18 238:6
248:25
retained 22:13,
15 24:8, 12, 13
27:2 28:8
29:23 30:6
216:18
retention 153:5
retrospective
189:18
returns 34:22
reversible
217:23
review 17:21
18:5 28:18

46:11 49:14,
20, 21 51:5, 7
52:5, 15, 23
53:20, 21 54:1,
3 56:18, 19, 20,
24 57:4, 19
58:8 59:17
101:8 108:21
113:1 118:19
122:6 155:20
181:18 182:18,
19, 24 183:7, 8
206:22 207:7
252:9 253:5
264:4 267:3
**Reviewed**
17:17, 25 28:7
38:14 47:10
51:21, 22 52:9
56:2, 14 57:17
58:9, 15, 20, 22
59:2, 10 93:23
96:6 100:16
103:7 146:8,
20 175:2
182:11 189:25
192:5 214:1
219:1, 6
252:16 253:7
reviewer 182:4
reviewing
53:16, 25
54:10 56:15
59:6 64:23
102:23 104:8
121:12 225:1
251:24
Reviewing.
69:25
reviews 155:5
revised 6:4
145:1
**Right** 8:23
10:2 11:11, 23
13:7, 9 14:2
19:14 21:23
23:2 25:8, 10
28:21 36:4
41:8 42:13
44:21 53:11
54:15 55:5, 5,

13, 14 56:7
57:15 58:10,
18 59:5, 19
61:16 62:24
63:19 64:6
66:6, 24 67:8,
12 73:1, 24
74:4, 20, 25
75:4, 6 77:11,
11, 21 82:18,
21 86:9, 12, 14
90:3 93:2
95:6, 23 97:13
99:20 100:12
101:22 104:5,
17 105:7, 10,
19, 21 107:16
108:4 112:17
115:9 117:15
123:10, 19, 21
124:4, 10, 16,
17 125:4, 22
126:9, 16
132:7 139:13,
13 141:8
143:7 144:25
146:9 148:12
149:20 155:25
157:8 159:21
160:7, 24
161:1 163:3, 5,
6, 6, 18 164:6
165:14, 15
166:14 167:1,
16 168:3
170:12, 14
171:22 172:10
183:14 186:20
187:2 191:9
195:12 196:7
198:7, 12, 12,
21, 23, 25
199:1 201:24
203:11 205:8
213:10 214:8
216:4 223:1
225:8 228:21
230:5, 7, 22, 24
231:8, 20, 24
233:13, 13, 18
240:3, 8 243:1,

3, 8, 25 245:2
246:19 249:24
261:19 265:6
267:9 268:15,
18 270:5, 25
271:8
righty 99:12
265:2 273:19
rise 269:14
risk 139:2
142:1 146:4
154:15 166:18,
19 183:20
184:4 185:1
187:17 215:2
218:21 241:5
244:24 255:2
268:22
risks 66:16
141:17, 20, 23
145:15, 18, 21,
24 146:15
241:7 268:22
**RMR** 3:23
277:5, 21
**Road** 2:13
role 15:18
159:18
room 20:11
84:25 266:17
rooster 269:10,
11, 13
round 71:9, 11
roundabout
200:2
routine 224:3
routinely
120:12 138:15
**Rugo** 180:1, 4
**Rule** 35:4, 6, 9
36:14, 17, 19,
21, 25 37:21
ruled 217:1
244:8
ruler 245:16,
25
run 179:14
running 21:18
31:18, 23

Lawrence E. Foote, M.D.

< S >

safe 196:9
Safety 195:3, 22 196:8
SAGENT 3:4 9:11
San 265:14, 16, 18, 20, 22 266:2, 20
Sandoz 1:8 2:10 5:7 8:7 9:20 16:4 49:9 96:7 203:8, 16, 24 204:21 207:3 211:6, 7, 16 212:7
Sanofi 9:7 15:24 16:1 95:25 96:1, 6 211:5, 16 212:3
SANOFI-AVENTIS 2:19
Sanofi's 15:19 204:21 207:4 211:1, 3 212:1
sarcomas 61:2 63:1
satisfactory 136:21 218:24
satisfy 113:1
Savarese 180:10
save 258:14
saved 93:5, 7, 19, 20 259:9
saves 16:13 94:1 95:17 258:23
saving 93:15 264:2
saw 11:1 28:4 33:6 103:21 206:10
saying 18:24 20:9 22:5 82:9 87:4 89:20 90:17 95:15, 23 102:9 107:19

109:19 119:11 139:8 157:5 166:17 177:8 201:19, 20 205:23 206:8, 14 209:12 212:24 213:7 221:25 229:14 230:21 244:17
says 21:11 53:20, 20 56:18 58:6, 8 72:9, 10 76:20 114:13 121:24 143:11, 12 147:6 151:1 152:14 164:12, 22, 23 168:5, 7, 11, 20 170:4 181:2, 12, 16 186:14 192:10 202:2 212:25 213:12 253:24 259:6
scalp 99:24 100:4 219:12
scan 245:21
schedule 34:10 117:12 137:10 148:13
schedules 164:9 165:22 168:23 169:23 197:4
scheduling 169:7, 13
school 85:14, 22
Science 86:11 222:12
scientific 40:7 51:1 199:7 235:3, 4
score 62:3, 6
scoring 63:23
screen 12:22 13:13, 16, 18, 23 14:15 15:16, 21 16:18, 20 20:23 29:4

36:25 43:18 46:7, 21 54:20 69:12 92:25 111:21 113:3 122:12, 16, 22 123:5, 6 142:22 162:7, 10 174:14, 16, 21 192:16 202:25 210:24 240:13
screens 29:1 46:12
scroll 51:20
search 27:22
searches 183:3
second 21:4 23:22 25:22 28:22 61:6 74:1, 25 92:10 101:16 102:2, 11 104:14, 20 106:3, 11, 13, 15, 20 117:1 121:11 122:22 132:8 142:5 149:2 155:4 156:24 166:1, 2 193:15 205:14
second-generation 104:11 109:9
Secondly 131:8
Section 1:6 74:18, 23 137:6 143:5 144:1 155:1 159:6 160:4 203:7, 13, 15 208:6, 7 211:4 214:19 240:17
see 12:25 13:19, 24 14:16, 20 22:24 23:8 29:3 36:24 45:21, 24 46:3 47:18 54:18 60:19 74:11 76:17 77:9

83:3 92:24 98:23 106:2 108:2 112:11, 15 113:13 115:10, 13 122:4, 10, 22 123:12 145:1 162:2, 9 167:14 168:5 173:18 176:11, 15 179:6 181:1 183:22, 24 205:21, 22 206:7 210:20, 25 214:15 215:23 222:5 230:16 232:2 234:23 237:25 239:5 240:14 251:15 252:9 253:22 262:14
seeing 103:9 238:19
seek 106:3
seemingly 255:3
seen 60:23 175:1 185:4 187:21 194:23 229:25 272:2
select 159:25
selecting 160:4
selection 159:6
Selections 159:4
selects 159:19
send 33:14 34:12, 20 50:20 52:5 54:25 113:7 167:6 174:12 191:23 239:5
sending 167:15 192:2
sense 31:20 49:20 156:19 168:14 197:1 210:11
sensitive 235:16

sent 8:19 50:21 52:7, 10, 22 53:5 54:7 55:1 57:13 58:25 250:6, 15
sentence 74:4 83:20 155:4 159:6 183:13, 14 186:14 187:15 215:13 230:16 240:17
sentences 74:3 82:2, 3 155:20
separate 30:21 33:25 34:2, 9, 16, 18 47:16 93:13 247:2
separated 93:11 246:17
September 55:15 192:11
sequential 119:8
sequentially 117:23
series 199:2
serve 49:10
served 26:8
SERVICES 1:23 7:5 100:11
serving 29:15 55:22
set 34:14 37:15 38:11 132:10, 19 187:3 235:2 268:23 271:1
sets 60:8 187:23
setting 77:15 150:15 163:11
seven 70:4
severe 175:7
severity 208:15 213:20 214:4, 6
shaft 272:18
share 13:15, 22 14:15

Lawrence E. Foote, M.D.

16:*18*  46:*7*
54:*20*  89:*24*
111:*21*  122:*12,*
*18, 21*  142:*22*
162:*6*  174:*20*
210:*23*  240:*13*
**shared**  54:*21*
92:*23*  112:*12*
**sharing**  15:*16*
16:*11*  20:*23*
69:*12*  192:*16*
202:*25*
**sheet**  33:*2*
53:*19, 20*
**Shocrock**  36:*1*
**SHOOK**  2:*20*
**shoot**  33:*4*
**short**  202:*18*
206:*8*
**shortening**
237:*15*
**shorter**  132:*15*
**Shorthand**
1:*20*  277:*5*
**short-term**
218:*2*
**show**  94:*6*
95:*3, 4*  111:*11*
117:*11*  135:*8*
136:*8*  139:*24*
177:*24*  188:*5*
192:*8*  198:*4,*
*18*  199:*12, 15*
201:*8*  221:*12*
**showed**  77:*17*
87:*13*  95:*15*
104:*3*  140:*4*
190:*23*
**showing**  171:*1*
229:*2*  237:*8*
**shown**  142:*2*
147:*10*  235:*20*
236:*25*  237:*4*
**shows**  12:*22*
40:*15*  116:*8*
153:*19*  156:*20*
163:*6*  176:*13*
177:*20*  199:*16*
201:*9*  221:*15*
**shrank**  247:*11*

**shrink**  79:*5*
247:*24*
**shrinking**
245:*5*
**shrinks**  246:*23*
**shrunk**  245:*8*
248:*8*
**sic**  71:*20*
155:*9*
**sick**  43:*16*
**side**  68:*25*
84:*5*  141:*10,*
*12, 12*  145:*22*
146:*15*  173:*18*
203:*18*
**sign**  8:*15*
273:*18*
**SIGNATURE**
275:*3*  276:*1, 8*
**SIGNATURE2**
**75**  4:*15*
**signed**  250:*13*
**significant**
152:*17*  184:*23*
242:*7*  251:*19*
270:*10*
**similar**  104:*2*
106:*16*  115:*17*
125:*11*  213:*21*
230:*14*
**similarly**
106:*21*
**simple**  270:*9*
271:*4*
**simply**  38:*8*
140:*11*  159:*9*
179:*2*  190:*18*
222:*4*  244:*17*
**single**  38:*1*
206:*19*
**sir**  10:*3*
84:*17*  136:*12*
**sit**  43:*17*
233:*25*  266:*17*
**site**  60:*7*  70:*6*
**sitting**  13:*5, 6*
**situ**  60:*24, 25*
61:*18, 20, 21,*
*23, 23*  62:*2, 4,*
*12, 18*  63:*5*

**six**  125:*23*
166:*5*  197:*11*
265:*19*
**six-plus**  197:*11*
**sixth**  24:*5*
**six-year**
197:*16*  198:*14*
**size**  245:*19*
246:*21, 23*
**skew**  136:*7*
**skip**  153:*7*
**slightly**  155:*22*
156:*8*
**slower**  127:*19*
**small**  57:*1*
141:*21*  145:*19,*
*25*
**smaller**  94:*7*
130:*11*  148:*15*
247:*15, 18, 20*
**smoking**
227:*25*  228:*10,*
*21*
**so-and-so**
130:*9*
**social**  159:*17*
160:*16*  264:*12*
**socially**  175:*14*
**sole**  34:*1, 5*
39:*14*
**somebody**
28:*14*  49:*13*
50:*15*  54:*7*
106:*19*  134:*7*
213:*12*  239:*21*
241:*6, 23*
242:*15*
**someone's**
133:*17*
**soon**  111:*21*
**sorry**  31:*14*
32:*24*  61:*11*
62:*9*  86:*20*
95:*10*  112:*12*
116:*14*  117:*1*
129:*11, 14*
135:*13*  154:*25*
164:*24*  176:*9,*
*9*  184:*9*
192:*20*  194:*2,*
*4*  200:*21*

209:*19*  220:*6*
249:*24*  252:*19*
256:*4*  263:*19*
**sort**  20:*18*
31:*18*  38:*5*
52:*12*  60:*13*
232:*4*
**sorts**  20:*5*
**sound**  82:*18*
**sounds**  33:*23*
44:*21*  97:*18*
**source**  34:*17*
39:*14*  63:*15*
147:*21*  152:*9*
174:*1*  204:*25*
212:*16*  221:*17*
**sources**  87:*18*
**South**  3:*10*
**Sparano**  5:*21*
98:*22*  111:*17*
112:*9*  115:*23*
116:*17*  118:*2,*
*7, 22*  120:*15*
121:*10*  128:*6,*
*19*  190:*8*
**speak**  12:*9*
208:*8, 16*
**speaking**  7:*19*
69:*21*  73:*3, 4*
84:*24*  85:*3*
**specialist**  44:*3,*
*6, 12*  48:*13*
**Specialists**
5:*15*  44:*8*
47:*4, 8, 11*
**specialize**
47:*24*  48:*21*
**specialized**
209:*7*
**specialty**  44:*8,*
*13*  179:*24*
**specific**  20:*4*
26:*24*  58:*19*
73:*4, 9, 13*
74:*23*  75:*2*
107:*8, 9*
133:*22*  173:*13,*
*14, 18*  179:*13*
200:*4*  201:*21*
206:*4*  209:*15*

210:*1*  227:*16*
241:*22*  258:*22*
**specifically**
15:*5*  20:*1*
24:*19*  25:*23*
27:*9*  30:*1*
39:*22*  41:*22*
50:*13*  51:*8*
59:*6*  62:*5*
65:*20*  75:*14*
76:*6, 11, 13*
90:*21, 22*  91:*4*
98:*17*  114:*20*
157:*15*  199:*5*
211:*21*  217:*9*
241:*3*  253:*1*
269:*5*
**specificity**
54:*6*  179:*6*
**specifics**  59:*4*
104:*16*
**spend**  240:*14*
251:*19, 24*
266:*10, 18*
**spent**  29:*12*
30:*16*  32:*12*
53:*16*  56:*7*
85:*19*  86:*1*
129:*6*
**sponsored**
95:*25*
**sporadic**  31:*20*
**spot**  176:*7*
**spread**  254:*6*
264:*19*
**squared**
183:*18, 18*
186:*17, 20*
187:*19, 24*
**St**  45:*7, 8, 17*
**staff**  26:*23*
**stage**  41:*17*
43:*1*  67:*1, 7*
70:*11, 13, 18*
76:*3, 9*  80:*9, 9,*
*11, 13*  93:*13*
236:*23*
**staged**  64:*18*
**Staging**  59:*23*
62:*11*  63:*5, 22*
64:*18, 22*  65:*5,*

7, 8, 9, 13
66:13, 17, 19,
22  67:12
70:10  159:15
**stand**  244:3
**standard**
22:18, 19
65:10  84:13
108:8, 16
109:2, 10
137:19  138:14
139:18  140:5
148:17  170:6
172:14  233:23,
24  257:11
**standard-dose**
175:22, 24
**standpoint**
132:22  272:1
**start**  31:6
35:2  62:17
105:5  112:4
148:12  160:3
271:23
**started**  11:3
14:24  59:7
74:15  77:6, 7
79:9, 22  102:5
228:15
**starting**  51:17
**starts**  15:8
71:19  82:24
123:10  210:19
**state**  8:11  9:3
21:3  23:19
25:20  27:15
41:8  44:18
91:17, 20, 25
94:24  95:13
130:3  146:6
153:25  155:3
158:14  159:5
160:25  169:6
202:8  205:13
210:22  214:21
215:7  240:11
276:11, 22
277:2, 6
**stated**  25:24
70:10  72:25
76:10  84:12

88:9, 10  91:4
92:15  152:15
184:17
**statement**
19:6  37:5, 16
70:3  78:25
84:3  156:8
171:6  175:19
183:22, 24
184:1  186:11,
23  230:8
232:7, 14
234:5  238:24
246:6  258:13,
17, 22  259:2
**statements**
82:8  205:2
**STATES**  1:1
35:8  82:24
87:7  88:6
104:18
**statistically**
184:23  270:10
**statistics**
169:19  170:20
231:15
**status**  66:21,
21  264:11
**stay**  59:19
150:9, 9
**stepping**
154:15
**steroid**  128:22
133:3, 9, 18
240:17

**steroid-induced**
146:15
**steroids**
126:19, 19, 23
133:19, 24
147:8, 11, 16
148:7  150:16
151:5, 9, 9, 13,
15  152:24
153:3  154:5
**Stewart**  1:7
59:25  64:25
96:8  103:22
108:1  109:5,
15  128:24

160:5, 12
162:20  169:18
171:21  186:18
187:1  193:9
198:9  215:20
236:1  240:18
252:14  253:18,
22  255:21
264:9  270:7
**Stewart's**
58:22  101:13
161:20  195:13
261:12
**sticky**  31:5, 7,
10, 21  32:9
**stimulate**
141:23
**stimulates**
144:5
**stimulating**
135:13
**stimulatory**
143:9
**stop**  15:16
16:11  65:25
82:25  202:25

**straightforward**
257:13
**strands**  271:3
**Street**  2:9  3:6,
10
**strength**
270:10
**stretches**  126:5
**strike**  86:19
89:4  132:17
158:9  182:9
244:5
**strong**  262:12
270:2
**Stuart's**
215:16
**stuck**  254:7
**studied**  188:22
**studies**  87:13
88:24  89:12
93:23  94:6, 17,
20  95:1, 3, 25
96:5, 12, 14, 15
97:2, 14, 17

98:1, 6, 15, 18
118:1, 14
148:11  155:7,
16  157:25
158:16  161:7,
7  171:9, 12
188:4  189:3,
16  190:7, 12
191:3  199:11
210:1, 3  223:8,
11, 12  224:21
225:2  231:16
**study**  88:17
91:2  94:13
97:4  98:22
111:4  113:14,
16  114:1, 23
115:23  116:9,
10, 17  117:10,
17, 17, 24
118:2, 13
120:15, 25
121:1, 10
127:9  128:6,
19  133:1, 23
140:4  141:15
148:4  156:20,
24, 24  157:3, 5
176:23  177:3,
7  178:3  188:6,
19  191:8
193:3  194:24
218:5, 6  219:8
220:17  237:2,
4
**stuff**  126:12
182:16  209:12
257:3, 12
267:16
**subheading**
160:5
**subject**  5:12,
19  135:11
146:13
**submitted**
29:11
**subscribed**
276:15  277:17
**subsequent**
221:9

**substantially**
74:10  76:22
78:2  147:11
**substantive**
257:21
**substituted**
230:13
**subtle**  201:18
272:15
**success**  256:11
**suddenly**
253:25
**suffered**
244:12, 13
**Suffern**  3:5
9:8, 9
**S-U-F-F-E-R-N**
9:10
**sufficient**
132:12
**sufficiently**
16:22  173:24,
25
**Sugar**  11:1
45:22, 23  46:1,
3  133:4, 10, 17
134:3, 11
**suggest**  146:15
225:9  228:22
**suggested**  15:4
73:6  177:25
254:1
**suggesting**
166:20
**suggestive**
254:9
**suggests**  158:6
**Suite**  2:13, 16
**sun**  269:11, 12,
13
**supplemental**
122:2, 6
128:18  135:8
**supplementary**
135:15  136:13
**supplied**
262:16
**supplies**  92:14
**supply**  87:6
**support**  38:24
39:5, 9  40:7

Lawrence E. Foote, M.D.

82:8  84:10
101:11  135:1
150:24  215:11
221:2  258:22
259:1, 3
268:23
**supported**
161:1
**supporting**
39:18
**Supportive**
6:1  122:1
128:7  136:14,
14  137:18
**supports**
132:11  154:4
259:4
**supposed**
35:16  142:1
**suppression**
134:16
**Sure**  18:15
20:8  32:1
34:15  40:22
43:23  44:15
52:11, 12
72:19  86:9
103:20  111:5,
6  116:15
121:14  161:24
202:1  207:21
214:16  216:13
247:15  249:14
**surgeon**  47:21
**surgeons**  47:13
**surgery**  41:19
47:13  85:23
257:9, 9
**survivability**
94:23
**survival**  80:6,
8, 10  81:23
94:25  115:11,
11, 20, 24, 25
116:19, 19
117:11, 20, 21
159:20  235:22
242:24
**survive**  188:15
243:9

**survived**
110:11  243:5,
6
**suspect**  26:21
29:25  181:8
189:14
**swear**  7:24
**swelling**
246:11  247:25
**switch**  99:16
**sworn**  7:15
10:6  277:9, 17
**Symposium**
265:17  266:14
**symptomatic**
174:24
**synthesis**
86:18  87:5
**synthesize**
87:25  88:7
**synthesized**
86:25  87:17
**system**  32:10
43:20  62:11
64:22  70:10
127:20, 22
240:2
**systemic**  6:11
174:24  215:19

< T >
**T0**  62:13
**T1**  63:10
**T2**  63:10
**T3a**  63:10
**Table**  118:22
120:16  150:14
**TAC**  52:21
93:15, 19, 23
94:5, 8, 13, 17,
19, 21, 25  96:3,
9, 13, 14  97:2,
5, 15, 17  98:2,
6, 11, 24  108:4,
11  112:2
113:17  114:2,
9, 10, 20
116:10  117:18
118:1  151:19,
21  163:18, 24
165:23  169:2,

10  171:1
194:13  195:15,
19, 24  196:5,
13, 14  198:4,
15  220:18
234:18  240:19
255:11, 23
256:6  258:18
264:9
**take**  43:16
46:14  48:16
65:23  69:11
70:15  85:11
89:14  92:10,
21  99:3, 4
109:15, 20, 23
112:17  117:3
124:24  134:6
140:14  141:5
149:15  167:3
172:9  191:11,
12  208:5
216:1  237:11,
16  247:7
249:11  259:13
**taken**  8:13
95:14  99:8, 24
142:17  149:7
176:17  186:4
191:17  198:19
225:25  231:3
238:5  244:14
248:24  268:17
277:13
**takes**  127:1
134:21  156:11
157:6  231:1
245:24
**talk**  57:20
66:7  67:8
71:19  93:2
96:15  98:22
179:17  191:10
197:23  205:1,
14  237:14, 17
240:10  245:3,
4  266:12
**talked**  61:7
117:25  202:21
213:16  232:8
237:22  238:16

**talking**  22:3
30:25  51:10
64:25  66:10
77:25  78:6, 8
80:9  86:18
89:20  101:19
105:5  112:2
114:2, 4, 12, 16,
20  127:6
160:20  169:18
187:18  197:19
204:4  218:18
254:25
**talks**  27:5
77:2  196:21
**tall**  170:17
**Tamoxifen**
200:18  202:5
**tapering**
153:19, 20
154:5
**tasks**  20:11
**tax**  34:9, 22
116:6
**TAX316**
220:17
**taxane**  86:23
101:18  102:1
109:7  117:13
136:23  190:13
236:9  241:10,
11  242:8
243:16, 19, 20
244:12, 15
255:8
**taxane-based**
109:16
**taxanes**  75:5,
9, 19  76:1, 24
77:20  81:20
82:20  83:9, 12,
13, 17  102:16
231:10  243:24
260:15, 20
**Taxol**  88:25
90:18, 19, 25
91:10, 18
108:12, 23
151:16  196:6
200:24  233:8
241:1, 23

242:1, 21
264:17
**TAXOTERE**
1:3  7:10
88:25  94:10,
10  95:16
112:3  114:5,
11, 13, 23
118:3  131:13
138:9  139:14
151:23  163:15
176:14, 16, 18
177:10  178:8
179:9, 11
184:21  211:1,
3  241:1, 24
242:18, 18
275:1
**TC,**  163:15
**team**  258:6
**tedious**  199:3
**tell**  12:19
15:15  35:23
48:15  63:11
78:6  91:8
121:11  148:11,
19  149:16
167:21  170:4,
19  214:17
233:3  237:9
251:23  255:25
256:3, 5
261:23  270:16
**temperature**
64:10
**temporality**
204:10
**temporarily**
100:19
**temporary**
204:5  206:8
207:19  217:12
**temporary'**
205:20
**ten**  124:14
134:13  251:17
254:24  265:24
266:23
**tend**  127:23
173:16
**tended**  235:22

Lawrence E. Foote, M.D.

tendering 113:10
tends 272:14
ten-minute 191:12
tennis 246:21
ten-year 220:16
term 38:2, 15 204:9
terms 101:25 207:17, 18 219:12
test 96:1 97:15 117:19, 20 177:7
tested 96:9 115:4
testified 10:6 17:12 24:21 25:11, 19, 25 35:13, 20
testify 108:15 200:5 201:14 214:7 219:16
testimony 12:5 20:24 21:15, 25 22:16 26:5, 7 27:19 28:8 35:16, 19 36:15 71:1, 5 88:4 104:8 209:7 225:11 277:8, 13
Texas 1:18 5:12, 15 10:22, 25 23:19 24:6, 8 33:21 34:3 44:17, 19 46:11, 18 47:1, 2, 4, 8, 8, 11 49:4 85:16 86:11 157:9, 13 265:15 277:2, 6
text 210:11, 25
texture 215:4
Thaltipa 217:8
Thank 8:23 9:25 10:8

25:9 54:23 69:20 192:19, 21 194:6 210:13 248:15, 16 256:17 273:14, 15, 19, 21, 24
Thanks 248:18, 21
theory 132:20 135:2 235:2, 5
therapies 73:5 80:7 272:3
therapy 6:12 66:17 81:3 119:8 136:23 138:14 140:5 174:25 193:8 201:11
thermometer 64:11
thing 10:17 11:24 33:6, 9 62:9 65:5 101:20 127:15 160:11, 14 171:24 206:4 224:12 228:13 239:19 243:12 245:2 255:6
things 13:22 14:4 15:4 16:19 18:13 19:23 21:19 37:8 39:19 52:5 60:6, 12 66:9 71:6 86:13 99:18 101:9 111:24, 25 127:4 128:3 131:22 133:19 153:24 162:4 179:5 181:25 182:19 190:8 199:1 203:12 205:10 207:19 209:25 211:20 214:13 224:3 229:13, 18 237:21 238:15, 19

240:10 241:5 243:14 252:12 263:23 265:12
think 11:1 19:7 21:3 30:7 33:1 34:17 37:10, 11 53:19 55:2 56:13, 23 57:8, 21 59:16 60:15 64:13 65:18 66:15 67:25 68:8, 23 69:17 70:17, 18 71:11 72:14, 14, 16 73:20 77:13 78:5, 6, 13 79:3, 13 80:3, 20 82:15 85:9 93:3 98:15, 21, 23 99:18 100:24 101:19 102:12, 14, 19 104:24 105:6 107:22 109:1 126:3, 4 128:3, 22 133:15, 23 148:21, 24 156:6 157:14 158:4, 5, 22 161:13 163:8 164:17 165:25 166:1, 24 168:3 170:6 172:16 177:17 180:5, 24 183:5 184:18 198:2 199:11 200:1 201:7, 9 204:8 206:4 207:2 208:19 209:12 212:19 213:2, 3, 9, 15 218:10, 16, 20 220:22 221:8, 11 222:8, 10 224:11, 20 225:13, 13, 24 226:9, 24, 25 227:8, 14

229:10, 14 230:2 231:6 233:21 235:18 236:16, 25 237:5, 15 238:14 241:10 244:22 250:2, 21 253:22 259:10, 23 260:1 264:15 265:5 268:2, 8 270:15, 16 271:6, 21 272:22
thinking 113:2
thinner 260:18
third 16:14 23:23 71:18 101:16 102:3 104:15, 21 153:6 155:4 156:24 168:6, 10
third-generation 101:12
thought 88:18 112:6 114:19 150:2 217:7 242:14 250:19 257:14 258:2 264:10, 21, 21
thousands 154:9
Three 3:15 28:19 35:25 82:3 85:13, 14 86:1, 4 112:7 113:19, 20 115:5, 15 119:2 120:8, 18 125:9, 17, 19 130:11, 19 131:14 132:13, 24 135:9 152:3, 7, 8 153:3 156:17 215:19 234:19 251:1 267:3
three-day 152:15

three-hour 55:19
three-week 129:21
three-weeks 137:3
time 5:19 7:6 16:13 29:11 42:5 53:1, 13, 16, 19, 20 55:10, 18 56:17 57:1 70:21, 23 74:6 78:11 88:22 89:9 91:9, 12, 14, 15 92:9 99:6, 10 101:1 106:12 112:18 129:5 130:12, 13 131:12, 14, 19 132:12, 15 134:13, 21 136:1 142:15, 19 144:11, 15 149:5, 9 154:10 161:20, 23, 25 163:24 176:25 177:3 182:18 191:14, 15, 19 199:14 205:16 213:3, 5, 8 235:15, 22 237:24, 24 238:3, 7 240:14 248:22 249:1 251:20, 24 252:1, 6, 13 255:3 266:11, 12, 19 273:22, 25
times 26:23 28:19 35:3, 5 56:25 110:16, 17 124:9 125:17, 23 127:8 146:3 156:3 197:8 242:9 251:19 265:24 266:9
timing 29:17 157:7 159:3

Lawrence E. Foote, M.D.

tissue 61:3
246:16 248:1
tissues 247:2
title 36:25
55:3 74:21
titled 155:1
203:7
TNM 63:6
64:19 65:1, 6,
9, 14 66:8, 13
today 10:17
20:17 78:7
80:13 90:5
138:14 140:2
150:20 153:1
249:9 251:7,
19 253:16
256:19 273:22
Today's 7:5
17:22
told 65:21
238:21 272:24
tolerating
148:15
tool 102:25
103:16 225:4,
7, 9
tools 71:25
72:7 73:12, 18,
21
top 21:5
71:18 86:17,
19 146:7
168:6 172:20
176:9
topic 180:23,
25 195:21
208:9, 17
topics 181:12
total 31:18, 23
129:4 130:8,
20 131:9
165:17
Toxic 120:16
toxicities 84:5
151:23 152:18,
21 172:22
173:4, 8, 10, 11
180:19 205:8
224:2

Toxicity 6:4
128:8 136:15,
22 139:25
140:1, 3, 5
152:23 153:11,
13, 14, 15
168:15, 22
169:6, 13, 23
170:2 186:8
197:2, 4
track 23:13
28:2 30:22
35:21 42:12
69:7 110:17
228:18 251:11
traffic 131:5, 8
train 150:1
trained 223:12
training 42:19
44:8, 13 85:5,
12 107:10
214:24 251:1
260:14
transcribed
240:5
transcribes
239:21
transcript
277:7
transmittal
33:3
transpired
57:5
transpires
157:20
transplant
217:4
trauma 175:6
TRAURIG
2:12, 16 3:19
8:7 9:23
treat 88:18
89:16 136:9
140:1 141:13
146:1 155:10
158:22 159:8
222:16 233:19
234:21 254:15
treated 133:6
148:1 215:20

231:11 240:20
251:3
treating 67:16
92:17 100:20
137:12 152:19
204:20 250:23
253:8 262:24
treatment
41:22 67:19,
23 74:16, 19
78:10 80:22
89:18 93:12
103:1 108:1
109:14 110:6,
21, 22 133:12
136:4, 16
137:10, 15
140:21, 23
155:23 168:22
169:23 175:8
195:14 197:4
231:12, 25, 25
232:23 233:19
235:14, 15, 16
237:6 254:11
263:1
treatments
80:1, 12
treats 44:7
89:3 95:16
204:20
tree 87:19, 21
88:1
trial 21:15
26:4, 7 189:19,
21, 24 200:5
202:2 244:4
trial-and-errore
d 154:7
trials 80:18
170:23 223:4
trichoscopy
273:5, 6
tried 87:15
88:16 130:3
188:13
tries 130:22
trivial 255:3
trouble 90:13
92:19

true 69:19
71:8 72:14
82:10 98:8, 9
136:24 145:6
175:10 201:12
227:6 232:17
235:11, 20
236:21 237:1
251:21 276:8
277:7
trust 158:9, 12
truth 68:25
truthful 69:15,
18
truthfulness
68:13
try 14:5 37:9
39:12 40:2
55:7 56:6
70:12 74:2
89:12, 16 90:9
91:8 96:25
101:8 104:4
122:11 126:11
139:24 151:22
152:22 181:24
188:20 200:3
219:7 234:10
236:5 241:17
247:10
trying 12:20
16:18 18:20
46:10 52:18
53:11 58:7
73:22 77:23
149:12 162:2
172:9 212:19
215:8 219:13
221:25 235:25
238:25 263:20
270:8, 8
TUCKER 3:9
tumor 64:19
65:4, 4, 13
66:22 67:5, 15
143:9, 15, 17
144:4, 6 145:8,
8 236:6, 8
245:4, 7, 10
246:3, 8, 12, 14,
17, 19 247:3, 7,

11, 18, 19, 24
248:1, 6, 11
252:4 254:4
tumors 61:1
64:18 65:1
70:11 79:5
89:13 141:24
tuning 71:15
Turn 143:5
181:8
turned 235:10
turns 173:15
twice 125:8,
16 266:22
twist 110:1
130:15
twisted 109:17
twisting-the-ar
m 110:1
two 15:4
31:21 45:19
62:18 81:17,
22 82:2 94:14,
17, 19, 25
95:25 96:12
97:1, 14 98:1
111:2 115:17
120:13 127:13
130:10 131:2
134:13 151:11
153:8 163:14
167:7 193:16
196:14 208:24
209:1 224:6
236:7 241:16
256:12 262:14
265:24 269:17
TX 3:23
62:13 277:4,
21
type 31:12, 15
34:2 60:17
61:9 99:25
143:17 144:6
187:23 239:22
272:2, 14
typed 32:14
types 60:18
62:18, 25
63:21 239:10,

Lawrence E. Foote, M.D.

15
typically 63:16
typing 18:17
  32:2 43:18
typist 239:25

< U >
UCLA 181:7
ULMER 3:5
ultrasonograph
er 245:13
ultrasound
  245:20 248:11
unable 87:16
  178:3
unclear 250:17
uncommon
  60:9 145:25
  175:21
underneath
  160:6
underpinnings
  39:6
understand
  19:24 20:9
  22:5 32:12
  44:16 52:12
  58:12 69:2
  72:18 73:2, 11
  78:25 85:1
  89:19 93:10
  97:13 105:16
  107:18, 22
  118:2 119:25
  120:6 129:17
  138:22 139:7
  148:24 170:13,
  18, 21 173:12
  198:1 212:1
  219:14 221:14
  222:23 223:1,
  13, 17 247:12
  267:9, 12
  270:15

understandable
  79:3, 13
  209:13
understanding
  23:20 32:19
  35:15 47:12

52:24 67:2
  70:11 73:10
  88:4 103:23
  105:17, 24
  107:15 213:11,
  15 219:2
  250:11 264:7
understands
  70:19
understood
  79:9 80:3
  214:23 215:12
  242:11 257:3
  259:10
unethical
  177:7
unfamiliar
  213:17, 24
unique 41:2
  225:25
UNITED 1:1
  23:1 35:7
  87:7 88:6
University
  85:15 86:10
unmuted
  179:17
unpack 128:4
  131:21 204:13
unquote 93:25
unscramble
  53:12
unusual
  137:25 247:5
update 31:22
  156:12, 16
Updated 6:14
  8:17 57:12
  181:13 250:5,
  5
updating
  157:17
UpToDate
  6:11 146:23
  173:17, 21
  174:9, 22
  179:21 180:16
  181:1 182:10,
  20 204:25
  205:5

up-to-date
  182:23
usage 148:10
  205:11 241:9
  243:18
use 18:14
  26:22 37:22
  38:2 41:10, 16
  54:13 68:7, 24
  72:17 73:12,
  21 75:22 77:2
  80:12 87:1, 16
  88:5 93:9
  95:2, 19, 20
  96:14, 22, 23
  109:3, 7 121:2
  127:7, 10
  128:8 131:2
  135:4 137:18
  138:6, 20, 24
  139:1, 3, 8
  144:11, 14
  145:9, 14, 18
  146:11 148:2
  151:5, 8
  155:14 158:17
  166:12 171:4
  173:23 176:18
  183:1 205:10
  206:20 213:2,
  3 219:13
  225:18 237:6
  240:17 241:17,
  24 245:14, 19,
  25
useful 68:1
  193:24 194:13,
  14
uses 102:24
  120:23 148:6
  151:9 206:20
usual 263:23
usually 28:14,
  16 31:5 38:1
  67:4 100:2
  120:11 147:7
  151:21 161:6,
  12 173:14
  181:23 182:15
  225:6, 14

230:4 240:2
  243:14 272:2
utilization
  103:15 150:15
utilize 252:10
utilized 121:9
  216:22 218:15
  228:8 232:18

< V >
vague 210:2
various 13:22,
  22 63:5, 22
  103:1 223:9
  239:10 246:4
versed 180:25
Version 6:7,
  13 162:8, 17
  167:10 192:10,
  23 197:11, 12
versus 21:1, 6
  22:7 80:7
  94:5, 8, 11, 17,
  20, 25 96:3, 13,
  14 97:15, 25
  98:11, 12, 14
  102:1 104:21
  112:5 113:17,
  18 114:2, 9, 10,
  11, 21 116:9
  117:18 118:1
  128:17 129:22
  132:14 138:19
  218:6, 8 248:2
  271:14
VIDEO 5:2
  7:8 8:3 149:3
  150:20
VIDEOGRAPH
ER 3:19 7:2,
  4 99:6, 10
  142:15, 19
  148:25 149:5,
  9 191:15, 19
  238:3, 7
  248:22 249:1
  273:25
Videotaped
  1:17 5:8 16:5
  275:1

Vine 3:6
violation 109:1
virtually 51:6,
  23
visits 42:8
vitae 17:5
voice 240:1
volume 252:15
  267:10

< W >
wait 236:7
walk 222:4
Wanda 1:7
  252:14
want 10:17
  12:3, 17 13:23
  17:3 46:11
  49:20 52:4, 12
  55:7 57:11
  59:20 60:5
  65:23 72:19
  101:8 109:7
  111:8 112:18,
  24 113:4
  118:19 119:1
  120:12 131:23
  146:5 149:15,
  17, 19 150:5
  164:14 167:1
  173:3 174:13
  175:17 183:11
  186:10 191:10,
  11 192:14
  193:18, 18, 19
  199:5 200:3
  201:25 203:1,
  3, 12 204:12
  208:21 212:22
  214:16 215:9
  230:5 234:5
  236:3 237:10,
  14, 17, 20, 23,
  23, 25 238:13
  240:10 241:24
  242:12 252:10
wanted 16:12
  55:14 63:17
  90:18 92:22
  97:16 165:2

173:7  229:3
245:2
**wanting**  82:10
**wants**  106:13,
19  112:25
198:9
**warning**  145:7,
12  166:9
187:5, 8
229:15
**Warnings**
144:2
**warrant**  32:2
**WARSHAUER**
2:8
**wary**  105:4
**waste**  70:20,
23  237:23
**way**  32:12
38:6  67:13
72:4  78:15
92:9, 11
101:23  115:25
116:20  125:20
126:1  138:20
140:1  147:15
148:1  150:23
152:12  153:23
157:5  170:5
177:8  183:6
184:24  196:3,
4  199:4  200:2
203:25  206:4
222:9  226:4
227:7  232:4
240:24  241:4
242:14  255:25
258:8  263:21,
23  270:10, 19
271:2  273:4
**ways**  155:10
**wear**  131:12
132:13
**wears**  127:18,
19
**Web**  5:12
46:18
**website**  44:24
47:9  192:13
208:25

**Wednesday**
1:18
**week**  31:24
45:24  56:3
124:12, 24
125:1  126:5,
14  131:10
132:14  134:9
136:16, 23
145:5  251:16
**weekly**  108:17,
23  113:19, 20
115:4, 15
119:2, 7, 11
120:17  124:3,
7, 19, 25
125:10, 11
126:15  129:7,
12  130:17
132:21  136:24
151:10, 12, 16
163:14  165:7,
16  194:9
195:12, 20
196:1, 6
**weeks**  15:14
17:16  112:7
113:19, 21
115:5, 15
119:2  120:8,
19  124:7, 14,
15, 16, 18, 25
125:19  126:6
129:21  130:9,
11, 19  131:3, 3,
3, 4, 4, 9, 14
132:13, 24
134:13  135:9
151:11  163:14
165:13, 17, 18
**weight**  264:13
**welcome**
273:23
**well**  12:19
14:9  15:15
19:23  23:8, 8
27:7  33:24
34:8  36:13
39:20  40:15
41:14  44:22
45:4  46:14

49:1  51:11
52:23  57:14
60:25  64:6, 12
71:13  75:9, 20
78:21  86:19
88:23  90:24
91:7  93:5, 11
95:14, 20
96:20  99:3
103:8, 13
104:15, 22
110:13  113:24
116:9, 13, 25
118:17  119:22
128:1  138:12
139:8  140:8,
12  141:4, 22,
24  146:8
147:19  148:16
160:17  161:18
162:3  163:22
164:6, 22
167:20  168:6
170:21  173:9,
24  180:24
182:8  185:11,
17  188:11
189:15  190:23
196:12  198:23
202:12  203:21
206:18  214:25
218:4  219:8
228:4, 20
229:6  235:9
243:1  244:4
248:7  250:14
253:8  256:6, 8
271:20
**went**  21:24
28:3  43:15
108:14  188:18
212:9  217:15
222:13, 16
242:5  250:24
255:9  256:7
266:25  267:2
270:9
**we're**  11:5
22:3  50:2
54:13  66:7
67:8  72:19

98:22  101:19
107:19  125:14
128:21  158:7
164:16  192:9
218:18  227:8
237:18, 20
254:25
**West**  87:20
**wether**  116:6
**We've**  65:22
78:11  95:14
99:1  172:12,
13  189:4
227:16  237:10,
12, 22  238:15
243:21
**whatsoever**
178:6  207:23
**whim**  158:5
**wife**  171:24
**willing**  108:15
**withheld**  40:18
**withhold**  40:2
**WITNESS**  4:6
7:15, 24  10:5,
7  13:10  57:23
116:24  248:16
249:23  263:19
273:15, 23
277:9
**woman**  66:11
**Woman's**
45:11
**women**  100:18
101:3  263:7
**wondering**
13:3  101:24
**word**  62:25
130:15  144:4
202:11  206:19
**worded**  258:7
**words**  155:17
206:20  210:6,
10  221:10
256:22  258:5
**work**  26:15,
19  30:22, 24
31:21  53:2
122:15  131:23
146:9  157:13

198:10  227:7
269:23
**worked**  27:10
229:6  230:21
**working**  25:12,
15  26:13
230:23
**works**  83:25
126:19  140:25
141:2, 5
**world**  247:6

**WORLDWIDE**
3:13, 13
**worse**  127:24
129:2, 15, 19,
25  130:5, 17
132:21  231:4
240:23  244:14
254:24
**Wright**  36:2
**write**  31:7, 8,
13  43:17
**writing**  30:25
40:23
**written**  184:8,
15  186:12
187:15  252:24
**wrong**  104:5
168:2  174:10
224:17  244:3

**< X >**
**x'ing**  214:12

**< Y >**
**Yeah**  33:5
64:7  74:22
122:19, 23
123:2  134:10
154:25  164:23
193:17, 17
198:24  234:6
239:3  246:14
**year**  28:19
29:21  30:6
34:13  75:24
76:1  156:3
241:16  265:17,
25  266:7

Lawrence E. Foote, M.D.

**years**  20:*7, 12,*
*20*  25:*5*  27:*5,*
*7*  38:*18*  66:*20*
80:*22*  81:*4, 13*
85:*13, 14*  86:*2,*
*4*  94:*5*  100:*22*
102:*14*  152:*11*
153:*18*  154:*7*
197:*11, 11*
214:*24*  222:*21*
232:*2, 12*
251:*1, 2, 5*
254:*23*  262:*23*
265:*24*  266:*23*
267:*2, 3, 8*
**Yep**  167:*11*
**yesterday**
250:*7*
**York**  3:*16, 16*
266:*15*  267:*6*
**young**  263:*7*

**< Z >**
**Zoom**  1:*17*
13:*18*  275:*1*