# **EXHIBIT I**

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3                     ---oOo---

 4   IN RE:  TAXOTERE (DOCETAXEL)      :
     PRODUCTS LIABILITY LITIGATION     :  MDL Number: 2740
 5   This Document Relates to:         :  Section H(5)
                                       :
 6   ALICE D. HUGHES VS. ACCORD        :
     HEALTHCARE, INC., CASE NUMBER     :
 7   2:17-cv-11769                     :
                                       :
 8              -and-                  :
                                       :
 9   WANDA STEWART VS. SANDOZ, INC.,   :
     CIVIL CASE NO. 2:17-cv-10817      :
10   _____ :

11

12

13           VIDEOTAPED REMOTE DEPOSITION

14                  Volume II

15           OF LINDA BOSSERMAN, M.D.

16              September 15, 2020

17

18

19

20

21

22   Job No. 184049

23   Stenographically reported by:

24   LAURA AXELSEN, CSR NO. 6173

25   RMR, CCRR, CRR, CRC
```

1              UNITED STATES DISTRICT COURT
2              EASTERN DISTRICT OF LOUISIANA
3                    ---oOo---
4   IN RE:  TAXOTERE (DOCETAXEL)    :
    PRODUCTS LIABILITY LITIGATION   :  MDL Number: 2740
5   This Document Relates to:       :  Section H(5)
                                    :
6   ALICE D. HUGHES VS. ACCORD      :
    HELTHCARE, INC., CASE NUMBER    :
7   2:17-cv-11769                   :
                                    :
8             -and-                 :
                                    :
9   WANDA STEWART VS. SANDOZ, INC., :
    CIVIL CASE NO. 2:17-cv-10817    :
10  _____ :
11       BE IT REMEMBERED THAT, pursuant to Notice and
12  on Tuesday, September 15, 2020, 8:03 a.m., with all
13  participants being present via Zoom
14  videoconference  before me, LAURA AXELSEN, a
15  Certified Shorthand Reporter, remotely appeared
16              LINDA BOSSERMAN, M.D.,
17  called as a witness by the Defendants.
18                   ---oOo---
19
20
21
22
23
24
25

1                     APPEARANCES
2
3   FOR THE PLAINTIFFS:
4
5          DAVID F. MICELI
6          BY:  DAVID MICELI, ESQ.
7          P.O.BOX 2519
8          Carrollton, Georgia  30112
9
10            -AND-
11
12         GOMEZ LAW FIRM, TRIAL ATTORNEYS
13         BY:  JOHN GOMEZ, ESQ.
14         655 West Broadway
15         San Diego, California  92101
16
17  FOR DEFENDANT SANDOZ, INC.:
18
19         GREENBERG TRAURIG
20         BY:  EVAN HOLDEN, ESQ.
21         3333 Piedmont Road, NE
22         Atlanta, Georgia  30305
23
24
25  ////

1   FOR DEFENDANT ACCORD HEALTHCARE, INC.:
2
3          TUCKER ELLIS
4          BY:  MOLLIE BENEDICT, ESQ.
5               MADELINE DENNIS, ESQ.
6          515 South Flower Street
7          Los Angeles, California  90071
8
9       There also being present Chris Jordan,
10  videographer.
11
12                   ---oOo---
13
14
15
16
17
18
19
20
21
22
23
24
25

1                       INDEX
2
3                                              PAGE
4   EXAMINATION BY MR. HOLDEN                   190
5   EXAMINATION BY MS. BENEDICT                 216
6   FURTHER EXAMINATION BY MR. HOLDEN           361
7   EXAMINATION BY MR. GOMEZ                    369
8                    ---oOo---
9               INDEX OF EXHIBITS
10
11  EXHIBIT      DESCRIPTION                    PAGE
12
13  Exhibit 28   Deposition of Dorothy Lamore   193
14               Stewart
15  Exhibit 29   Order and Reasons, Barbara Earnest  208
16  Exhibit 30   A Phase II Study of Gemcitabine    217
17               and Docetaxel Therapy in Patients
18               with Advanced Urothelial Carcinoma
19  Exhibit 31   Neuropsychological Performance in  264
20               Survivors of Breast Cancer More
21               Than 20 Years After Adjuvant
22               Chemotherapy
23  Exhibit 32   Falls, Functioning, and Disability  276
24               Among Women With Persistent
25               Symptoms of Chemotherapy-Induced

| | | Page 187 |
|---|---|---|
| 1 | Peripheral Neuropathy | |
| 2 | Exhibit 33  Peripheral neuropathy secondary to | 280 |
| 3 | docetaxel (Taxotere) | |
| 4 | Exhibit 34  Randomized Phase III Study of | 282 |
| 5 | Docetaxel Compared With Paclitaxel | |
| 6 | in Metastatic Breast Cancer | |
| 7 | Exhibit 35  Phase III Randomized Trial of | 284 |
| 8 | Docetaxel-Carboplatin Versus | |
| 9 | Paclitaxel-Carboplatin as | |
| 10 | First-Line Chemotherapy for | |
| 11 | Ovarian Carcinoma | |
| 12 | Exhibit 36  Abstract P1-17-06: Long-term | 287 |
| 13 | incidence of taxane induced | |
| 14 | peripheral neuropathy in early | |
| 15 | breast cancer patients, a real | |
| 16 | world, single centre experience | |
| 17 | exploring effects on health | |
| 18 | related quality of life | |
| 19 | Exhibit 37  Risks and Benefits of Taxanes in | 289 |
| 20 | Breast and Ovarian Cancer | |
| 21 | Exhibit 38  Chemotherapy-induced alopecia and | 312 |
| 22 | effects on quality of life among | |
| 23 | women with breast cancer: a literature | |
| 24 | review | |
| 25 | Exhibit 39  Psychological Sequelae and | 314 |

| | | Page 188 |
|---|---|---|
| 1 | Alopecia Among Women with Cancer | |
| 2 | Exhibit 40  Accord docetaxel label from 2011 | 318 |
| 3 | Exhibit 41  Patient Consent, Alice Hughes | 329 |
| 4 | Exhibit 42  Deposition of Robert W. Veith, M.D. | 335 |
| 5 | Exhibit 43  Assessment of Quality of Life and | 342 |
| 6 | Treatment Outcomes of Patients With | |
| 7 | Persistent Postchemotherapy | |
| 8 | Alopecia | |
| 9 | Exhibit 44  Permanent alopecia in patients with | 347 |
| 10 | breast cancer after taxane | |
| 11 | chemotherapy; Clinicopathologic | |
| 12 | findings in a cohort of 10 patients | |
| 13 | Exhibit 45  The Knew-It-All-Along Effect | 351 |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | ---oOo--- | |

---

**Page 189**

1    VIDEOGRAPHER:  Good morning.  My name is
2  Chris Jordan, and I'm the legal videographer in
3  association with TSG Reporting.
4    Due to the severity of the COVID-19,
5  following the practice of social distancing, I will
6  not be in the same room as the witness.  Instead, I
7  will videotape this deposition remotely.
8    The reporter, Laura Axelsen, also will not
9  be in the same room and will swear the witness
10  remotely.
11    Do all parties stipulate to the validity of
12  this video recording and remote swearing and that it
13  will be admissible in the courtroom as if it had
14  been taken following Rule 30 of Federal Rules of
15  Civil Procedure and the State's rules where this
16  case is pending?
17    MR. MICELI:  This is David Miceli on behalf
18  of the plaintiff and the PSC.  We agree and
19  stipulate to that, yes.
20    MR. HOLDEN:  Evan Holden for Defendant
21  Sandoz.  We agree.
22    MS. BENEDICT:  Mollie Benedict for Accord
23  Healthcare, Inc.  We agree.
24    VIDEOGRAPHER:  Thank you.  This marks the
25  beginning of Disc No. 1 of the continued deposition

---

**Page 190**

1  of Dr. Laura -- Dr. Linda Bosserman being taken in
2  re Taxotere Products Liability Litigation, the
3  United States District Court, Eastern District of
4  Louisiana.
5    Deposition is being taken on
6  September 15th, 2020, at approximately 8:04 a.m.
7  My name is Chris Jordan with TSG Reporting.
8  The court reporter is Laura Axelsen with TSG
9  Reporting.
10    Will counsel please state your name for the
11  record?
12    MR. GOMEZ:  John Gomez on behalf of the
13  plaintiffs.
14    MR. MICELI:  This is David Miceli on behalf
15  of plaintiffs.
16    MR. HOLDEN:  Evan Holden on behalf of
17  Sandoz.
18    MS. BENEDICT:  Mollie Benedict of Tucker
19  Ellis for Accord Healthcare, Inc.
20    VIDEOGRAPHER:  Thank you.  Will the court
21  reporter please swear in the witness.
22    LINDA D. BOSSERMAN, M.D.
23  having been duly sworn, testified as follows:
24    EXAMINATION BY MR. HOLDEN
25    MR. MICELI:  Before we get started, I

1 covered the deposition for the PSC and for plaintiff
2 yesterday because John could not be here, but I'm
3 going to step back and let John cover today, if
4 that's fine with you.
5         MR. HOLDEN:  That's fine.
6         MR. MICELI:  Okay.  Thank you.  Thanks
7 John.
8         MR. GOMEZ:  Yeah, of course.
9         MR. HOLDEN:  Q.    Good morning, Dr.
10 Bosserman.
11     A.  Good morning.
12     Q.  When you prepared your report in the
13 Stewart and Hughes case, did you consider whether
14 there was evidence anywhere that might contradict
15 your factual bases for any of your opinions?
16         MR. GOMEZ:  Objection to form.
17         THE WITNESS:  My expert opinion is based on
18 a clinical characterization, the evidence-based
19 guidelines, shared decision making, treatment of
20 breast cancer regimens.
21     So, yeah, I reviewed a lot of data for
22 that, but through years of experience and being a
23 nationally recognized breast expert, that's my
24 expert testimony area.
25         MR. HOLDEN:  Q.    I think we went over

1 yesterday you did not read all the deposition
2 transcripts from plaintiff's family members,
3 correct?
4     A.  Correct.
5     Q.  Uhm, and that would include the deposition
6 of Ms. Stewart's mother, Dorothy Stewart, correct?
7     A.  I believe we discussed that yesterday, and
8 I said I did not review it.  I'll say the same
9 today.
10     Q.  On page 59 of your report, uhm you state
11 that Ms. Stewart testified that the discussions with
12 the oncology nurse did not include hair loss
13 discussions.  You have that handy?
14     A.  Let me just open it here.  Know where I put
15 it.  59, what line are you referring to?
16     Q.  It's paragraph 3, and the last sentence is
17 in point number 3.
18     A.  Okay.
19     Q.  And the citation to that sentence is to the
20 Wanda Stewart deposition, page 180, correct?
21     A.  180, 21, yes, the best of my reviewing the
22 lines and correcting it.  I hope I didn't make an
23 error, but yes.
24         MR. GOMEZ:  I think it's right, uhm, okay.
25 I'm marking as Exhibit No. 28 the transcript of the

1 deposition of Dorothy Stewart, who is plaintiff
2 Wanda Stewart's mother.
3         (EXHIBIT 28 WAS MARKED FOR IDENTIFICATION.)
4         MR. HOLDEN:  Q.    Okay.  And I'm pulling
5 up page 86 of that deposition of Wanda Stewart, and
6 on line 8, there's a question, "Were you present for
7 when the nurse had that discussion?"  Answer is,
8 "Yeah.  Yeah."
9         In your experience, is it common for
10 patients, who -- when they're having a discussion
11 prior to chemotherapy, to have a family member
12 there?
13     A.  I have a question.  You said this is
14 Dorothy Stewart's deposition or Wanda Stewart's
15 deposition?
16     Q.  Exhibit 28 is Dorothy Stewart's deposition,
17 who was Wanda Stewart's mother.
18     A.  Okay.  Thank you.  So -- so what's your
19 question.
20     Q.  You see on line 8 through 10 that Ms. --
21 that Dorothy Stewart confirmed that she was present
22 for the meeting with Wanda Stewart and the nurse?
23     A.  I guess what I'm reading is that the mother
24 said she was there when they were going to give the
25 chemotherapy.  And she let her know that the -- she

1 was going to have a side effect.  It was going to be
2 hair loss.  Okay?
3     Q.  And, in your experience, it's common for
4 patients to have a family member present?
5     A.  Could somebody mute who is shuffling
6 papers?  It's really annoying.
7     Q.  Thank you.  Agreed.  Seems better now.
8 Okay.  My question was, in your experience, is it
9 common for patients to have a family member present
10 for those initial meetings with doctors and nurses
11 discussing the therapy?
12     A.  It's common for patients to bring a family
13 member or a good friend to discussions about
14 chemotherapy.
15     Q.  In your experience, why do patients like to
16 have a family member or friend present for those
17 meetings?
18     A.  Well, again, this is not my area of expert
19 opinion, the social support of patients in cancer.
20 It is not part of my expert opinion.
21     Q.  Do you -- do you know why or understand
22 why?
23         MR. GOMEZ:  Objection to form.
24         THE WITNESS:  You want to know as a general
25 idea why you think people bring supportive members

1  to -- to discussions with their clinicians?
2       MR. HOLDEN:  Yeah, if you know.
3       MR. GOMEZ:  Objection to form.
4       THE WITNESS:  Well, sometimes people take
5  notes for them.  Sometimes they feel more
6  comfortable learning things.  They share with the
7  patient.  The patient has, you know, more people to
8  help.  Everybody has a different reason to do that.
9  Sometimes the family just simply comes.  A lot of
10 potential reasons.  There's not one.
11      MR. HOLDEN:  Q.   Is there typically a lot
12 of information being given to the patients at those
13 meetings?
14      A.  Well, it depends how it's done.  Literature
15 on the proper way to education and engage patients
16 and the level of education and the material and the
17 whole, you know, informed consent is not a document.
18      It is a process of sharing information with
19 the patient in a way they can understand it and then
20 make decisions consistent with their priorities and
21 what's important to them based on the alternatives
22 and the options as there were in this case.
23      So that's the goal of shared decision
24 making and the informed consent process, not get
25 something signed on a piece of paper.

1       Q.  And I'm pulling up the next page here of
2  Dorothy Stewart's deposition, and on line 18,
3  there's a question, "What did the nurse say about
4  the side effect of hair loss?"  And Dorothy Stewart
5  answered, "Well, she was just telling her that hair
6  loss is going to be aware that your hair might grow
7  back to where it was or it might don't come back.
8  So said she was going to gain -- get some hair back,
9  but she didn't know whether she was going to have a
10 head full of hair like she had before she --" next
11 page "-- was diagnosed with cancer."
12      Did I read that correctly?
13      A.  I believe so, yes.
14      Q.  And then just down a little bit on line 9,
15 there's another question, "Did you all ask any
16 questions to the nurse?
17      "Answer:  Well, I was asking about the hair
18 loss mainly.  She said, 'Well her hair will grow
19 back, but not the way some people's hair don't grow
20 back with that chemo.'"
21      Did I read that correctly?
22      A.  Yes.
23      Q.  So Wanda Stewart's mother testified that
24 Wanda Stewart was specifically told before getting
25 her chemotherapy that her hair might not regrow

1  fully, and she might not have a full head of hair
2  afterwards, correct?
3       A.  I don't interpret it that way.  This is
4  what her mother thought by hearing the nurse.  Wanda
5  talked to the doctor directly, who said her hair
6  would grow back when she asked specifically.
7       So the mom, this is -- sounds like a
8  typical nursing discussion from what nurses know,
9  that most people have it grow back, and sometimes it
10 grows back differently.
11      So typical nursing talking to the mother,
12 not really what Wanda's doctor told her.
13      Q.  Do you -- do you think Wanda Stewart's
14 mother was incorrect when she said this to us?
15      A.  Well, I have no opinion about her mother.
16 I haven't evaluated her.  I don't know her.  I have
17 no opinion about the mother's capability or anything
18 else.
19      Q.  You don't dispute that her account that the
20 nurse told Wanda Stewart that her hair might not
21 regrow after chemotherapy?
22      MR. GOMEZ:  Objection; form.
23      THE WITNESS:  I have no way to evaluate the
24 competency of her mother and her ability to remember
25 anything.  It's not part of my expert opinion.

1       MR. HOLDEN:  Q.   And according to her
2  mother, Wanda Stewart was told that her hair might
3  not regrow fully after chemotherapy by the nurse,
4  correct?
5       MR. GOMEZ:  Objection; form.
6       THE WITNESS:  I think I said, again, this
7  is what the mother recalled at some point talking
8  to -- I don't know her.  I don't have any opinion on
9  her competence or her recollection abilities.  I
10 don't know her age.  I know nothing about her.  I
11 have no opinion on any impact of this.
12      MR. HOLDEN:  Q.   Right.  Understood.  I'm
13 just asking what she testified to was that Wanda
14 Stewart was told by the nurse that her hair might
15 not regrow fully after chemotherapy, right?
16      A.  You have read specifically what she said to
17 you at deposition.  I don't think I need to repeat
18 that.
19      Q.  Does that change any of your opinions?
20      A.  No.
21      Q.  Okay.  And it is one of your opinions that
22 Ms. Stewart testified that the oncology nurse did
23 not include hair loss discussions, right?
24      MR. GOMEZ:  Objection to form.
25      THE WITNESS:  I -- in Ms. Stewart's

1  deposition, she addressed it as the patient. I have
2  looked at her specific understanding from her
3  deposition. What her mother thought or didn't think
4  really doesn't impact that.
5         And the whole issue is information was
6  withheld from all of the professionals to be able to
7  share accurately with patients the knowledge that
8  was available in the drug company's science file.
9  That's the crux of this. The rest are your words.
10        MR. HOLDEN: Q.   And move to strike. I
11  think you are not offering an opinion about whether
12  information was withheld from the company, or that
13  is outside your scope of opinions, correct?
14        A. That is -- my -- my opinion is that
15  information available is important to clinicians and
16  to patients and that they expect available
17  information from clinical trials to be shared in a
18  timely manner so they can educate themselves and
19  patients, and that does have an impact on decision
20  making, particularly shared decision making with
21  something that is so emotional like hair loss, and
22  when there's options available with different risks.
23        Q. Going back to your report on page 59, if
24  you have that with you.
25        A. Yes, I'm on 59, yes.

1         Q. And at the start of paragraph No. 4, you
2  wrote that Dr. McCanless was not aware of the PCIA
3  risk with docetaxel when he prescribed the TAC
4  regimen for Ms. Stewart. Do you see that?
5         A. Yes.
6         Q. And there's not a specific citation at any
7  depo -- deposition testimony there, is there?
8         A. He is told testimony. He -- he didn't know
9  about PCIA, specifically with docetaxel, when he was
10  considering that in the regimen. And I looked at
11  the things he cited in his discussions that never
12  mentioned that, and you look at the dates of when
13  those handouts were made, and all of that together,
14  he clearly didn't know.
15        Q. But he didn't -- you couldn't pinpoint any
16  specific part of his testimony where he said he
17  didn't know there was a risk of the PCIA?
18        A. I'd have to go through my whole report. I
19  don't recall whether I found anything specific or
20  not -- specific order and after extensive review of
21  his deposition and the materials provided in the
22  discussion.
23        And the fact that when specifically
24  Mrs. Stewart asked will my hair grow back, he said
25  yes. When you know the results of the trial, that

1  is not the answer a clinician would give a patient.
2         Q. If you can just turn to the next page of
3  your report, page 60, and just starting on the third
4  line, you wrote that the drug handout for docetaxel
5  described hair loss as common occurring in greater
6  than 30 percent of patients, which Dr. McCanless
7  agreed, quote, It is exactly what is stated on the
8  Taxotere label without qualification. Hair loss as
9  a side effect that's a known risk, end quote. Did I
10  read that correctly?
11        A. You did.
12        Q. And you go on to say that Dr. McCanless
13  then clarified what this meant in saying, quote, "I
14  usually tell them usually with Taxotere it will
15  usually come back. They will lose it usually before
16  the second treatment, usually within three weeks,
17  and kind of variable in patients how much it grows
18  back or how full it will be is usually what we
19  counsel them on," end quote.
20        Did I read that correctly?
21        A. You did.
22        Q. And based on that testimony, Dr. McCanless
23  is not making any guarantees or assurance that the
24  patient's hair will go back after chemotherapy,
25  correct?

1         MR. GOMEZ: Object to form.
2         THE WITNESS: He is addressing we all
3  expect hair to come out with Taxotere at the start
4  of treatment, and as he said next, we also expect it
5  to grow back.
6         MR. HOLDEN: Q.   He said it's kind of
7  variable in patients how much it grows back or how
8  full it will be, correct?
9         A. Those were his words.
10        Q. So he's not assuring that the hair will
11  grow back fully after chemotherapy?
12        MR. GOMEZ: Objection to form.
13        THE WITNESS: It's a pretty specific
14  statement when she asked if it's going to grow back,
15  and he says yes. He didn't say the drug company has
16  informed us of a significant risk of PCIA, and you
17  have choices. My video again.
18        MR. HOLDEN: Q.   Pulling up, Doctor,
19  Dr. McCanless's deposition transcript, Exhibit 16,
20  and on page 56 and line 18, Dr. McCanless is asked,
21  "You haven't promised anywhere in the document that
22  you provided to plaintiff or in the discussions that
23  you have that hair loss will be temporary and that
24  their hair will always grow back, do you?
25        "Answer: No, we don't make any promises."

1        Did I read that correctly?
2    A.  You did.
3    Q.  So, again, Dr. McCanless testified that he
4 does not assure patients their hair will grow back,
5 correct?
6    A.  I believe he said no, we don't make any
7 promises in his deposition, that he told the patient
8 her hair would grow back.  That was his
9 understanding.
10   Q.  He did not promise that Ms. Stewart's hair
11 would grow back; is that correct?
12   A.  In the deposition --
13       MR. GOMEZ:  Objection to form.
14       THE WITNESS:  In this deposition, he
15 answers your question.  When he spoke directly to
16 the patient, he said, When she asked will my hair
17 grow back, he said yes.
18       MR. HOLDEN:  Q.    And you're -- for that
19 statement, you're relying on Wanda Stewart's
20 testimony, correct?
21   A.  That's from Wanda Stewart's testimony, who
22 was specifically asking about that.
23   Q.  Okay.  Not from Dr. McCanless's testimony,
24 correct?
25   A.  I looked at Wanda Stewart's deposition for

1 that information.
2    Q.  And you did not consider Dorothy Stewart's
3 testimony either, correct?
4        MR. GOMEZ:  Objection to form.
5        THE WITNESS:  I believe that's the 10th
6 time I've answered that question.  I did not review
7 her deposition.
8        MR. HOLDEN:  Q.    Okay.  Your opinion, in
9 this case, is that Ms. Stewart should have received
10 a different risk benefit discussion that
11 specifically addressed permanent hair loss, correct?
12   A.  Yes.
13   Q.  Uhm, is it fair to say that's sort of the
14 crux of your opinion?
15   A.  My opinion is the responsibility of a drug
16 company when, as a clinician, we count on them to
17 disclose the results of clinical trials.  They did a
18 direct comparison with TAC and FAC, F against T,
19 essentially, because the AC component was the same.
20       And, you know, your own expert says that
21 5-FU really isn't an effective drug in breast
22 cancer, but the TAC regimen was found to be better,
23 but with significant risk of permanent hair loss.
24 That should have been disclosed so it could have
25 been considered by physicians.  And it should have

1 been disclosed in a timely manner.
2        As you know, they updated the label later.
3 They've disclosed it to physicians.  I shared with
4 you the update, which gives a very clear perspective
5 from the clinician point of view.  The
6 responsibility to share that information with the
7 patient, the severe emotional devastation of
8 permanent hair loss to women and their right and
9 their often choice to choose a different regimen
10 that may have less risk of PCIA, if any risk.
11       And the only drug consistently called out
12 from the literature is docetaxel.  So hiding that
13 information that the company was well aware of
14 violates all the things that clinicians expect to be
15 told and to share with patients.
16       And, again, my expert opinion is the shared
17 decision-making process includes the things that are
18 important to patients.  The patient asked about hair
19 loss.  Will it grow back?  He said yes.  Had he
20 known the information given that he shared other
21 things and handouts, the handouts are updated when
22 the company finally came clean with their
23 information, and, as you know, in Europe that
24 happened earlier.
25       So from the clinician point of view, my

1 expert opinion is shared decision making is
2 essential, and the drug company has the
3 responsibility to be honest.
4    Q.  Just a quick clarification.  You mentioned
5 a couple of times in that answer the company finally
6 coming clean and information that the company was
7 well aware of.  Just to be clear, you have not
8 reviewed any documents that were produced in this
9 litigation by my client, Sandoz, correct?
10   A.  Correct.
11   Q.  And you don't know what Sandoz was
12 specifically aware of, correct?
13   A.  I'm not your regulatory expert on the
14 requirements, on the label, on the disclosure, on
15 the rules of the 505(b)(2).  So that you have a
16 whole expert has testified on that.  That is not my
17 area of expert opinion.
18   Q.  Okay.  If you could turn to page 52 of your
19 report, and paragraph 9 at the top you state in the
20 fourth line down, "If Dr. McCanless had been
21 informed of the PCIA risk, he could have disclosed
22 that to Ms. Stewart," correct?
23   A.  Yes.
24   Q.  And then down the next paragraph, the fifth
25 line down, you say, "Had the 505(b)(2) defendant

1  Sandoz included language in its labeling, which
2  stated docetaxel was associated with permanent hair
3  loss in 2014, Dr. McCanless could have discussed it
4  with Ms. Stewart," correct?
5      A.  Yes.
6      Q.  And these lines in your report is your
7  speculation about what Dr. McCanless could have done
8  if the label were written in 2014 the same way it's
9  written now, correct?
10         MR. GOMEZ:  Objection to form.
11         THE WITNESS:  So, again, as the information
12  has become widely available, doctors are including
13  it in their discussions, and I have no reason to
14  think, based on his other information and the
15  handouts he gave, that he wouldn't have concluded
16  that.
17         MR. HOLDEN:  Q.   Do you understand that
18  before the trial in this case last year in the
19  Earnest trial that Judge Milazzo issued an order
20  that limited your opinions as to what you could
21  testify to?
22         MR. GOMEZ:  Objection to form.
23         THE WITNESS:  I don't agree with that.
24         MR. HOLDEN:  Q.   Okay.  Pulling up that
25  order right now.  It's Exhibit 29.

1         (EXHIBIT 29 WAS MARKED FOR IDENTIFICATION.)
2         THE WITNESS:  My expert opinion, as I keep
3  saying, is about all the things I testified on:
4  Shared decision making, informed consent process,
5  the standards of the treatment of breast cancer, the
6  available options under the guidelines and, you
7  know, different generations of treatment and the
8  manner of treatment.  I testified on all that
9  report.  There was no restriction whatsoever.
10         MR. HOLDEN:  Q.   Okay.  And at the top of
11  page 5 of the order, Dr. -- Judge Milazzo wrote,
12  "Because the plaintiff's treating physician, Dr.
13  James Carinder, is available to testify,
14  Dr. Bosserman will not be allowed to opine the facts
15  of Earnest's case."
16         Is that -- did I read that correctly?
17      A.  Yes.
18         MR. MICELI:  Evan, could we share that file
19  so that we can download it?  Thank you.
20         MR. HOLDEN:  You should have it, David.
21  You agree Dr. Judge Milazzo limited what you
22  testified to in the Ernest trial, correct?
23         MR. GOMEZ:  Objection --
24         THE WITNESS:  I don't agree.  I testified
25  on the things that I was engaged to be an expert

1  witness on.  That's was confirmed in this.
2         MR. HOLDEN:  Q.   Your Speculation as to
3  what Dr. McCanless could have done for -- in
4  Ms. Stewart's case is no different than what Judge
5  Milazzo said you couldn't testify about in the
6  Earnest case, fair?
7         MR. GOMEZ:  Objection to form.
8         THE WITNESS:  I'm -- I'm not going to get
9  the legal expert on these kind of machinations.
10         MR. HOLDEN:  Q.   Did you read in
11  Dr. McCanless's deposition about what he would have
12  done if the labeling for docetaxel included language
13  about permanent chemotherapy induced alopecia?
14      A.  I read his deposition.  If you want to
15  review specific language, I'd be glad to look at
16  that with you.
17      Q.  And we pulled up page 107 of
18  Dr. McCanless's deposition.  And the question was
19  asked by Ms. Stewart's counsel, "If you had known
20  about that risk of permanent hair loss, would have
21  warned Ms. Stewart about that?
22         "Answer:  I mean, no.  At this point, we
23  still do the same warning I talk to my nurse
24  practitioners about.  No, everybody's different.  I
25  mean, we don't really make decisions on which

1  regimen to give for, you know, whether they have
2  complete hair loss or just partial hair loss."
3         Did I read that correctly?
4      A.  You did.
5      Q.  Have you considered that testimony of
6  Dr. McCanless when writing your report?
7      A.  I read that.  I also know that when
8  patients ask specific questions, doctors answer it.
9  If they don't, they change doctors.  This is now
10  called on as the standard in shared decision making,
11  and I -- I see what you wrote here, but I also know
12  he talked to the patient and answered her question.
13         So I don't find this -- the weight of my
14  decision is that he did engage with this patient and
15  shared information and handouts, nurses, other
16  things, and had this been disclosed, I don't find
17  this -- the weight of the evidence that he wouldn't
18  have included it some way or at least answered her
19  question honestly.
20      Q.  Okay.  One more here on page 113 of
21  Dr. McCanless'.  He's asked again on line 20, "And,
22  again, if you knew at the time that the docetaxel
23  was associated with the risk of permanent hair loss,
24  would have counseled Ms. Stewart as to that,
25         "Answer:  Not -- not specifically for

Page 211

1  permanent hair loss."
2           Did I read that correctly?
3      A.  You read it correctly out of context
4  because he may not have started bringing it up, but
5  he clearly answered her question.
6      Q.  And you're basing that on what Wanda
7  Stewart testified to?
8      A.  Yes, one of her most --
9      Q.  Dr. McCanless --
10     A.  -- important side effect questions that she
11 was concerned about.
12     Q.  So if Dr. McCanless, as he testified here,
13 would not have warned Ms. Stewart about permanent
14 hair loss even if the label had the language, you
15 would agree that Ms. Stewart's treatment would not
16 have been impacted by a different label, correct?
17     MR. GOMEZ:  Objection to form.
18     THE WITNESS:  I do not agree with that.
19     MR. HOLDEN:  Q.    Why is that?
20     MR. GOMEZ:  Objection to form.
21     THE WITNESS:  I think I answered already.
22 He may not have brought it up in his counseling, but
23 it's a process.  Shared decision making is a
24 process, and patients think about and they ask
25 questions, and she asked a specific question.

Page 212

1           I don't think he would have lied to her if
2  he knew there was PCIA.  When she asked will my hair
3  grow back, I don't think he would have said yes.  I
4  think he would have shared the information available
5  if it had been provided.
6      MR. HOLDEN:  Q.    I assume you saw in his
7  deposition that Dr. McCanless still prescribes
8  docetaxel today, correct?
9      A.  I don't remember that area specifically.
10 You want to pull it up?
11     Q.  That's okay.  Uhm, did you read that
12 Dr. McCanless said he still would prescribe
13 docetaxel if the label had warned of permanent hair
14 loss?
15     A.  I think if you want to look at that, we can
16 look at that language.
17     Q.  Sure.  Uhm, we'll pull it up right now.
18 It's page 120 and line 8, and the question is, "Even
19 the label contained the words 'cases of permanent
20 hair loss have been reported,' that wouldn't change
21 your prescribing decision, would it?
22     "Answer:  No, I still would look at the
23 response rates in the adjuvant pattern."
24     And the question, "And you still prescribe
25 Taxotere today to the appropriate patients, correct?

Page 213

1           "Answer:  Yes."
2           Did I read that correctly?
3      A.  You read it correctly.
4      Q.  And fair to say Dr. McCanless testified he
5  still counsels his patients the same way he did
6  today that he did when he counseled Ms. Stewart,
7  correct?
8      MR. GOMEZ:  Objection to form.
9      THE WITNESS:  I don't see that.  Uhm, in
10 looking below it says, "The label contained wording,
11 that would be something you would counsel your
12 patients to," and he says yes.
13          So he seems to be -- from reading his work,
14 I don't see that he lied to patients.  I see he
15 says, yes, he would have counseled them.  So I don't
16 know if this was just the deposition issue, but he
17 says, yes, he would have counseled them on.
18     MR. HOLDEN:  Q.    I asked you yesterday
19 you're aware of reports in the literature permanent
20 hair loss being associated with Taxol, correct?
21     A.  I can't tell if John's objecting or not
22 because of the delay in your technology here.
23     MR. GOMEZ:  Objection.  How do you like
24 that?
25     THE WITNESS:  I have read the literature,

Page 214

1  if you look at my reliance list, and I provided you
2  the UpToDate, which is a very excellent perspective
3  on all of those.
4      MR. HOLDEN:  Q.    But you're aware that
5  there are literature and case reports that discuss a
6  risk of permanent chemotherapy induced alopecia with
7  Taxol or docetaxel, correct?
8      A.  It's a -- you're mixing up -- the case
9  report is a case report.  It's not a risk.  It's
10 just a case report.  It's -- it was what it is.  I'm
11 aware there are case reports on a lot of things in
12 the literature.
13          It's why we rely on the Phase III
14 randomized studies to establish appropriate risks
15 and toxicity and disclosure in the face of the
16 trials is essential to medicine, the integrity of
17 medicine, the integrity of the consent process.
18     Q.  You'd have to speculate as to what
19 Ms. Stewart would have done if she had been told
20 that AC-PACLitaxel was a potential alternative to
21 TAC, but there had been reports of permanent hair
22 loss with paclitaxel, correct?
23     MR. GOMEZ:  Objection; form.
24     THE WITNESS:  We know that permanent hair
25 loss is devastating to women, 8,000 women in these

Page 215

1  cases, and more, and when that information is
2  disclosed and patients have choices, there may be a
3  lot of other things that go into that, but they
4  deserve the knowledge.
5        That's the most important thing.
6  Fundamental that information be disclosed.  That's
7  been established as an ethical principle in America
8  ever since the Tuskegee study and information was
9  withheld -- withheld from people.
10       MR. HOLDEN:  Q.   But we don't know what
11 Ms. Stewart would have done if she had been told
12 that there was case reports about a risk of
13 permanent chemotherapy induced alopecia with
14 docetaxel.
15       MR. GOMEZ:  Objection to form.
16       THE WITNESS:  No one knows a final
17 decision.  Patients are owed the honest information
18 and the perspective.  That's what they come to us
19 for.
20       MR. HOLDEN:  We go -- I think I'm going to
21 stop here and turn it over to counsel for Accord.
22 Can we go off the record?
23       VIDEOGRAPHER:  Off the record.  The time is
24 8:46.
25       (The deposition was in recess from 8:46 to

Page 216

1  9:07.)
2        VIDEOGRAPHER:  Back on the record.  The
3  time is 9:07.
4        EXAMINATION BY MS. BENEDICT
5        MS. BENEDICT:  Q.   Hello, again, Dr.
6  Bosserman.  My name is Mollie Benedict.  I represent
7  defendant Accord Healthcare, Inc.  I'm going to be
8  asking you questions about the case Alice Hughes.
9        I will try very hard not to ask questions
10 that have already been covered today.  But I do have
11 to ask questions that are specific to my client,
12 Accord.  So some of them may sound a little bit
13 similar, but I'm really trying not to go back over
14 things that have already been covered.
15       Any reason that you can't continue and
16 continue to give your best and most truthful
17 testimony?
18       A.   No.  I'm fully prepared to speak.  Good
19 morning or afternoon.
20       Q.   It's morning for me too.  I'm in
21 Los Angeles.  So -- I noticed on your C.V. that you
22 had an article, Gitlitz, from 2003 that you
23 co-authored involving docetaxel and gemcitabine -- I
24 can't say that.  How do you say that?
25       A.   Gemcitabine, or patients call it jump dark

Page 217

1  because they like it so much.  Gemcitabine.
2        Q.   Okay.  So you co-authored an article in
3  2003 involving docetaxel and gemcitabine in advanced
4  urothelial carcinoma.
5        Do you recall that?
6        A.   I don't actually, but I'm glad to pull it
7  up and look at it.
8        Q.   Sure.  Go ahead if you have it.
9        A.   It was a Phase II study.
10       MS. BENEDICT:  Can you pull up the first
11 page of that?  We'll mark this as Exhibit 30.
12       (EXHIBIT 30 WAS MARKED FOR IDENTIFICATION.)
13       MS. BENEDICT:  Q.   It's a Phase II study
14 published in the Journal of American Cancer Society,
15 27 patients.
16       Does this refr- -- refresh your
17 recollection?
18       A.   Vaguely.  I'm sorry.  What exhibit was
19 this, by the way?
20       Q.   30.
21       A.   Thanks.  As you know, I published lots of
22 things.  That's 17 years ago.  Gitlitz is a GI lead,
23 and it was a Phase II trial.  So this isn't a
24 registration study or a -- it's a toxicity study
25 whatsoever.  So it's urothelial cancer, not breast

Page 218

1  cancer, but I'm glad to review it.
2        Q.   It involves docetaxel, correct?
3        A.   It does, yes.
4        Q.   And you're listed as an author, correct?
5        A.   I was an author, yes.  Am an author, yes.
6        Q.   The objective was to evaluate the safety
7  and efficacy of gemcitabine plus docetaxel in
8  patients with unresectable metastatic or locally
9  advanced transitional cell carcinoma of the
10 urothelial tract, correct?
11       A.   Correct.
12       Q.   And the conclusion of the study, if I read
13 it correctly, was that docetaxel and gemcitabine was
14 effective and well tolerated, correct?
15       A.   Correct.
16       Q.   Did you have any patients report alopecia
17 in the study?
18       A.   I don't have any specific recollection, nor
19 do I know that alopecia was -- again, in Phase II
20 study like this with drugs that are on the market,
21 that wouldn't be part of the reporting that I know
22 of.  I'd have to go look at the study reports, but I
23 don't remember that being an aim of the study or
24 anything that was followed in any kind of way for
25 that.

1      Q.  And that's consistent with my review of
2  what was published was that there was no information
3  on alopecia or persistent alopecia from the study.
4  So you would agree that that's what you were looking
5  for, correct?
6      A.  It's 2003 that -- and, again, this is
7  published in 2003.  So the study would have been
8  done several years before that.  So that was not --
9  and I don't remember that being a specific aim of
10 the study, meaning it's not like a registration
11 trial, like the TAC 316, where you have to set up to
12 follow specific events in a structured way.  This
13 was a Phase II study.  Very different goal and aim,
14 and I don't remember that --
15     Q.  There were -- I'm sorry.  You don't
16 remember?
17     A.  I don't remember alopecia being a specific
18 study aim.
19     Q.  There were noted in what was published
20 several dose limiting side effects.  Do you recall
21 that?
22     A.  Again, I don't have any specific
23 recollection of this paper.  It's been 17 years
24 since I even looked at it, and, as you know, I don't
25 treat urothelial cancers any longer.  So it's not

1  something I would have reviewed recently at all.  I
2  can look at it.
3      Q.  There's several dose-limiting side effects.
4      A.  Okay.
5      Q.  Is it fair to say that in this Phase II
6  trial, you were concerned about dose-limiting side
7  effects?
8      A.  No, I can't answer that offhand.  I'd have
9  to go back and remember whether the combination had
10 already been established for the main side effects.
11 This is just looking at it in urothelial.  I don't
12 remember the context of the timing of this study.
13     Q.  Wouldn't dose-limiting side effects be more
14 important than a side effect like alopecia in a
15 study of this nature?
16         MR. GOMEZ:  Objection; form.
17         THE WITNESS:  That's like apples and
18 oranges.  So the Phase II studies, generally looking
19 at efficacy and what -- what could be combined
20 together.  Not usually a dose-finding study, unless
21 it's set up to be that.  So I thought -- again, I
22 have to look at this specifically to answer these
23 questions, whether the doses were set.
24         Looking at it here, the first 10 patients
25 got 800, and then on day one, first 10 got 80 of

1  docetaxel.  Because of neutropenia, the docetaxel
2  was reduced to 60.  So that's -- so generally a
3  Phase II study -- and, again, not your regulatory
4  expert.  I'm talking as a clinician, this is not my
5  expert opinion in this case -- but the doses that
6  are started on this particular study would be those
7  that were thought to be safe, and then you find out
8  in this population, if they tolerate it, and you set
9  up the study to have specific dose reduction.  And
10 that looks like what they did.
11         So, again, this is kind of apples and
12 oranges and not any part of my expert testimony here
13 on the structure and, you know, maybe running of the
14 Phase II trial, I have patients in this study, and
15 these where the findings that we recorded from it.
16         MS. BENEDICT:  Q.   You were testifying
17 earlier about the importance of Phase III clinical
18 trials.  Is it your opinion that Phase III clinical
19 trials are where a clinician should look for
20 information about side effects?
21         MR. GOMEZ:  Objection --
22         THE WITNESS:  Again, you have regulatory
23 experts who have really addressed this in detail.
24 So there's a difference between a general Phase III
25 trial and a Phase III trial that is really what

1  they're using to bring something to market.  And,
2  again, this is not the area of my expert testimony.
3  You have regulatory and FDA and trial experts to
4  address that.
5          MS. BENEDICT:  Q.   I'm asking you about
6  your perspective as a clinician.  Where do
7  clinicians look for side effect information?
8      A.  So it depends on the rigor of any trial,
9  the size, the implications, and the perspective.  I
10 think that's why the UpToDate article is so
11 important as information's finally been disclosed,
12 that they put it in perspective for clinicians that
13 docetaxel has known proven PCIA.  In other drugs,
14 you know, there may be rare reports of anything from
15 any drug, but docetaxel consistently has proven
16 associated causation with PCIA.  So There's a
17 clinical perspective --
18     Q.  When you say -- when you say docetaxel has
19 consistently proven, uhm, PCIA, are you referring to
20 results from TAX316?
21     A.  Again, I just mentioned UpToDate put all of
22 that perspective together.  TAX316 certainly, again,
23 as a randomized Phase III trial, that was a
24 registration trial not -- it's a difference between
25 the Phase III that that was set up.

1    A registration trial has, you know,
2 specific goals of understanding all the safety
3 signals and the toxicity signals.  They call them
4 toxicity signals.  Whereas other Phase III studies,
5 it depends what the rules of the study are.  There's
6 always primary objectives and secondary objectives.
7    They specifically say what they intend to
8 study, what the statistical power of that would be,
9 and then what their study shows.  So not all
10 Phase III trials study toxicity.  Depends what
11 they're set up to do.
12    Q.  You said a second ago that's why the
13 UpToDate is so important.  What are you referring
14 to?
15    A.  So it provided that, and it really went
16 over the weight of the evidence.  Study --
17    Q.  What is it?
18    A.  I'm sorry?
19    Q.  Was is the "it?"  You said "it" provided
20 that.  What are you referring to?
21    A.  The UpToDate review by Dr. Hope Rugo and
22 Dr. Lacouture summarized the weight and the
23 perspective of hair loss due to systemic
24 chemotherapy, systemic cancer treatment, and really
25 discussed the PCIA associated with docetaxel as

1 significant as very critical to disclose to
2 patients.
3    Q.  Is that available in the published
4 literature?
5    A.  Published literature?  Uhm, UpToDate is a
6 subscription service.  I know -- I think every
7 university subscribes.  You can buy a private
8 subscription.  I provided a copy of it.
9    It is the number one education tool used by
10 clinicians around the country, both academic
11 training and community practice.  Because it is
12 up-to-date by experts and well referenced and
13 succinct and clinically important.  They
14 specifically call out the importance of educating
15 women getting docetaxel on the risk of PCIA.
16    Q.  When was that published?
17    A.  The update was January of 2020.  It's based
18 on the literature back to the TAX316 and other
19 subsequent things.  So I did provide --
20    Q.  What --
21    A.  What?
22    Q.  You said it's based on the publication of
23 TAX316?
24    A.  It has many -- it has many references, at
25 least 54 references throughout the body of the

1 paper, but it has, I think, many or most of the
2 papers that are on my reliance list with other
3 experts that testified to in their role on
4 regulatory and causation, which, again, are not the
5 areas I'm going to be offering expert opinion on.
6    Q.  I understand that.  Thank you.  Okay.  So
7 back to the Gitlitz article that you co-authored.
8 Is it fair to say in that study, including
9 docetaxel, you were not interested or particularly
10 looking at alopecia or persistent alopecia?
11    MR. GOMEZ:  Objection to form.
12    THE WITNESS:  As I said, I haven't
13 rereviewed it to know what we were looking for at
14 the time other than that, you know, what the effects
15 on the tumor was.  I really can't address that
16 without reviewing that paper in detail.
17    MS. BENEDICT:  Q.    And the focus was in
18 curing the patient's cancer, correct?
19    A.  Beg your pardon?
20    Q.  The focus of the article was finding a
21 combination that would help cure the patient's
22 cancer, in that case, advanced urothelial carcinoma?
23    A.  No.  I mean, we don't cure metastatic
24 urothelial carcinoma.  The goals -- again, I have to
25 go back to review exactly why we did it, but it's --

1 and looking there the MVAC regimen that had been
2 standard is quite toxic, but effective.
3    And the question was, was there a less
4 toxic effective regimen, uhm, really to help control
5 tumor, hopefully in a way that people lived better,
6 possibly longer, but I don't think anybody had an
7 expectation that that would cure urothelial
8 metastatic cancer.
9    Q.  Understood.  And hair loss was not one of
10 the toxicities that you were interested in?
11    A.  Once again, I haven't reviewed the specific
12 goals of that trial.  I'd have to go look at the
13 paper, and I don't recall that being anything that
14 was called out to be monitored or looked at.  And,
15 again, these patients are often heavily pre-treated.
16 They've often lost their hair from other things.
17    This isn't an adjuvant study.  And once
18 people have lost their hair a few times and go from
19 regimen to regimen, you can't really evaluate
20 alopecia of a regimen in a way that you can with an
21 adjuvant study.
22    So it wouldn't be likely that that would
23 have been an outcome, but I have to go review it to
24 know for sure, but I can't -- couldn't -- wouldn't
25 expect that to be an outcome that would be looked at

Page 227

1   for that reason.
2       Q.  What documents have you reviewed specific
3   to Ms. Hughes?  I have the documents listed on your
4   reliance list, which was previously marked as
5   Exhibit 13.  In addition to that, I think there was
6   an Oncotype report and some photos produced a couple
7   of days ago.
8           Does that sound like a complete list?
9       A.  I don't remember ever looking at the
10  photos.  Your request was anything in my record, and
11  I produced those.  I don't remember looking at them
12  because I don't testify to the hair loss component.
13      Q.  Okay.  So you have not looked at the photos
14  for Alice Hughes?
15      A.  I said I don't remember looking at them.
16  If I looked, I might remember looking at them, but I
17  don't remember looking at them, but I don't remember
18  whether I did or didn't.
19      Q.  Is it fair to say they are not important to
20  your opinions?
21      A.  No.  It's fair to say other people will
22  testify their expert opinion on that aspect.  Oh,
23  gosh.  I just left.  One second.  My screen goes
24  blank every now and then.  The -- okay.  Back.
25      Q.  Do you have an opinion as to what is

Page 228

1   causing Ms. Hughes' persistent alopecia?
2           MR. GOMEZ:  Objection to form.
3           THE WITNESS:  Again, I'm not your causation
4   expert.  I think people have addressed that that are
5   the experts in that, so I'm not offering an expert
6   opinion on that.
7           MS. BENEDICT:  Q.  Did you consider any
8   alternate causes of persistent alopecia for
9   Ms. Hughes?
10          MR. GOMEZ:  Objection to form.
11          THE WITNESS:  I'm not offering an expert
12  opinion on causation.  That is not what I'm
13  addressing or what I reviewed.
14          MS. BENEDICT:  Q.   And you said a few
15  times that you're not the expert on FDA regulations.
16  Uhm, is it true that you don't have an opinion
17  regarding whether Accord's docetaxel label satisfied
18  FDA requirements?
19      A.  I will not be offering an expert opinion on
20  the label and FDA requirements for this case.
21      Q.  And you don't have any opinion on whether
22  or not Accord's docetaxel label -- or Accord's
23  docetaxel satisfied all post marketing requirements?
24      A.  I am not offering an expert opinion on the
25  label or the regulatory requirements of Accord.

Page 229

1       Q.  When did you first hear of the company
2   Accord Healthcare, Inc.?
3       A.  I managed a medical practice for a lot of
4   years.  I'm sure I've heard the name, but I don't
5   know much about it.
6       Q.  Do you know what the focus of the company
7   is?
8           MR. GOMEZ:  Objection to form.
9           THE WITNESS:  I have no reason to know
10  that.  I'm not speaking to any of those issues.
11          MS. BENEDICT:  Q.   Are you aware that
12  Accord focuses on generics?
13          MR. GOMEZ:  Objection to form.
14          THE WITNESS:  I am not, but I know that
15  this is a 505(b)(2), which is not a generic.
16          MS. BENEDICT:  Q.   Do you know how long
17  Accord has been in business?
18      A.  I believe I said I've never really studied
19  the company.  So I wouldn't know that.
20      Q.  What's your basis for saying the 505(b)(2)
21  was not a generic?
22      A.  Because generics are generally --
23          MR. GOMEZ:  Objection to form.
24          THE WITNESS:  My understanding, and, again,
25  I'm not your regulatory expert they will discuss

Page 230

1   this in detail.  The 505(j) pathway is what we call
2   generic drugs and, again, there is, you know, there
3   may be regulatory versus, you know, maybe the common
4   understanding.
5           But this, I understand, you developed under
6   a 505(b)(2) and, again, that's not an expert
7   opinion.  That is going to be given by those who are
8   experts in the regulatory process.
9           MS. BENEDICT:  Q.   Did you review any
10  Accord-specific documents?
11      A.  I don't recall any on my reliance list.
12      Q.  Well, whether or not they're on your
13  reliance list, did you review any Accord-specific
14  documents?  Anything internal to Accord?
15      A.  I don't recall because I'm not commenting
16  on any of the regulatory or the label issues.
17      Q.  Did you review Dr. Markman's expert report
18  regarding Ms. Hughes?
19      A.  That is on my reliance list, and I have
20  reviewed it.
21      Q.  Did Dr. Markman's report impact any of your
22  opinions?
23      A.  Well, as you know, I wrote my report, I
24  believe, before he wrote his.  And, no, it did not.
25      Q.  Okay.  Do you know Dr. Maurie Markman?

1    A.  I don't know him personally.  I've
2  certainly known about his work in the country for a
3  number of years in ovary cancer.
4    Q.  Have you read any of his publications?
5    A.  None that I recall specifically, but I'm
6  sure I have.  I don't remember any specifically.
7    Q.  Did you review any of Accord's docetaxel
8  labels?
9    A.  I think I've answered that.  I didn't
10  review Accord's specific information.  I'm not
11  relying on that.  I believe I have a copy of them.
12    Q.  So you don't know what went into Accord's
13  docetaxel label when?
14    A.  I'm sorry?
15    Q.  You don't know what went into Accord's
16  docetaxel label when?
17    A.  I have a copy of it, and it's on my list,
18  but I'm not the regulatory expert.  So I would not
19  have reviewed it.
20    Q.  Are you aware that Accord has produced
21  thousands of documents in this litigation?
22    MR. GOMEZ:  Objection to form.
23    THE WITNESS:  I have not reviewed any of
24  the -- as I said, the label, I have a copy.  I tried
25  to answer.  I don't have any Accord-produced

1  documents.  I'm not the expert on Accord's
2  practices, regulatory compliance, label.  That's not
3  where I'm offering an expert opinion.
4    MS. BENEDICT:  Q.   So you have a copy of
5  an Accord label, but you said you have not reviewed
6  it?
7    A.  Right.
8    Q.  Do you know which Accord label you have a
9  copy of?
10    A.  The one that's on my reliance list.
11    Q.  But you didn't review it?
12    A.  Correct.
13    Q.  And you didn't review any deposition
14  testimony of Accord employees, correct?
15    A.  I don't believe I have any of that, nor
16  would it be helpful to me in my Rule 26 report and
17  the areas that I'm an expert at, offering expert
18  opinion.
19    Q.  And you didn't review any communications
20  between Accord and the FDA, correct?
21    A.  I did not because that's not my area of
22  expert opinion.
23    Q.  And you don't have any knowledge of
24  Accord's regulatory submissions for docetaxel,
25  correct?

1    A.  I did not review any such information, and
2  I'm not offering opinion in that area.
3    Q.  You don't have an opinion that Accord
4  failed to comply with 505(b)(2) approval pathway
5  requirements, correct?
6    MR. GOMEZ:  Objection to form.
7    THE WITNESS:  Sorry, john.
8    MR. GOMEZ:  Go ahead.
9    THE WITNESS:  I'm not offering an expert
10  opinion on the regulatory or the label in this, uh,
11  matter.
12    MS. BENEDICT:  Q.   To your knowledge,
13  Accord docetaxel was approved by the FDA, correct?
14    A.  Again, I'm not offering expert opinion on
15  that.
16    Q.  You don't know if the FDA approved --
17  approved Accord's docetaxel?
18    A.  As an expert opinion, I mean, there's a
19  label for it, and I know that means there was a
20  process.  So I can make an assumption, but I'm not
21  offering an expert opinion on any of the regulatory
22  matters or the label or the process that Accord did
23  with the FDA.
24    Q.  Are you aware that a prescription medicine
25  label has to be approved by the FDA before it can

1  come onto the market?
2    MR. GOMEZ:  Objection to form.
3    THE WITNESS:  What I know as a clinician
4  and what I'm offering expert opinion are very
5  different things.  So I'm aware that in the U.S.
6  drugs have FDA approval and have a label, but I'm
7  not offering an opinion on that regarding Accord or
8  its products.
9    MS. BENEDICT:  Q.   Do you know when
10  Accord docetaxel was first available in the U.S.?
11    A.  Once again --
12    MR. GOMEZ:  Objection to form.
13    THE WITNESS:  -- I'm not offering an
14  opinion on that.  I haven't study studied it.
15  That's not my area of contribution to this expert
16  opinion.
17    MS. BENEDICT:  Q.   You don't know when
18  Accord's docetaxel became available in the U.S.?
19    A.  Not offhand.
20    Q.  Do you have any opinions on the scientific
21  evidence available to Accord prior to its approval
22  by the FDA for docetaxel?
23    A.  So I'm not offering an expert opinion on
24  what they knew, what they talked to the FDA about,
25  their regulatory process, or their label.

Page 235

1    Q.  Do you believe Accord had access to
2  Sanofi's clinical trial reports on docetaxel?
3        MR. GOMEZ:  Objection to form.
4        THE WITNESS:  Once again -- sorry, John.
5        MR. GOMEZ:  Go ahead.
6        THE WITNESS:  Once again, I'm not offering
7  an opinion on what they knew when, from where, and
8  what they did with that knowledge.  That is not the
9  area that I'm offering an expert opinion on.
10       MS. BENEDICT:  Q.    Okay.  So you're not
11 offering an opinion on what Accord knew about the
12 risk of PCIA and docetaxel, correct?
13       A.  That is not the area of my expert opinion.
14 You have other experts who are addressing that.
15       Q.  Based on your knowledge with industry, do
16 the companies that make pharmaceuticals routinely
17 share unpublished clinical trial data?
18       MR. GOMEZ:  Object to form.
19       THE WITNESS:  It's not an area of my
20 expertise, what the regulatory process is or the
21 requirements for what is shared.  I can't give any
22 kind of -- I don't plan to, nor have I given an
23 expert opinion on that topic.
24       MS. BENEDICT:  Q.    Your report on page 46
25 says that "Given that 505(b)(2) manufacturers had

Page 236

1  not disclosed the well-known risks of PCIA with
2  docetaxel from the Sanofi trial information and the
3  publicly available information in 2011, which led a
4  European FDA labels update disclosing PCIA risk on
5  2010."
6        It sounds like you're talking about what
7  Accord knew in 2011, but you're telling me now you
8  don't have an opinion about that?
9        MR. GOMEZ:  Objection to form.
10       THE WITNESS:  So, no, I think we've agreed
11 that Mrs. Hughes got the Accord docetaxel in 2014.
12 And there was public information from Europe that,
13 you know, again, doctors were entitled to know what
14 was known, and the process of that and the timing
15 are being addressed by another expert.
16       MS. BENEDICT:  Q.    Ms. Hughes was treated
17 with docetaxel in 2011, not 2014, correct?
18       A.  Yeah, I forget.  Yeah, was on my cheat
19 sheet.  I'm still thinking of Mrs. Stewart.  It's a
20 different drug.  Yep, 2011.  Yep.
21       Q.  On page 46 of the portion that I was just
22 reading -- do you want to take a look at that?  When
23 you say the publicly available information in 2011,
24 which led European FDA label update, are you
25 referring to the Sanofi European label?

Page 237

1    A.  That was the label that was updated in
2  Europe, the original, the Sanofi label.
3    Q.  The Sanofi label, not the Accord label?
4        MR. GOMEZ:  Objection to form.
5        THE WITNESS:  I was referring to the Sanofi
6  label.
7        MS. BENEDICT:  Q.    And are any of the
8  European Sanofi labels on your reliance list?
9    A.  I don't recall that because I'm not really
10 offering that area of in-depth discussion of an
11 expert opinion.
12   Q.  Do you have the European docetaxel labels
13 in your files?
14   A.  I don't recall that.
15   Q.  How did you find them to review them?
16   A.  I actually don't remember.
17   Q.  Have you produced them to -- produced them
18 in this case with your materials?
19       MR. GOMEZ:  Objection to form.
20       THE WITNESS:  If it's not on my reliance
21 list, then I haven't -- then I haven't -- I haven't
22 reviewed them.  Again, my opinions about clinical
23 oncology, the treatment of breast cancer, the
24 work-up, the options, the informed consent process,
25 and the informed consent process is impacted when

Page 238

1  information is withheld.  And that's the basis of
2  my --
3        MS. BENEDICT:  Q.    In order to talk about
4  what information is withheld, uhm, information has
5  to be known to be withheld, correct?
6        MR. GOMEZ:  Objection to form.
7        THE WITNESS:  That's kind of a double
8  negative.  It's clear now that information was
9  known.  I mean, look at the up-to-date summary of
10 those papers and the knowledge.  And, you know, look
11 what's happened.  The label is updated in Europe by
12 Sanofi.  I mean, the events speak for itself that
13 the knowledge was there and the doctors didn't have
14 it.
15       That's really my issue, that doctors and
16 patient advocates and patient information makers
17 didn't have it, and, therefore, it wasn't disclosed.
18 It would have been very important to patients.  It
19 is important.  It's changed, you know, how we -- how
20 we treat breast cancer patients.
21       MS. BENEDICT:  Q.    Going back to your
22 statement on page 46 of your report, it says, "The
23 publicly available information in 2011."  My
24 question is, in that sentence, what publicly
25 available information are you referring to?

1    A.  The label change that called out the risk
2  of docetaxel.
3    Q.  And the statement says, "The publicly
4  available information which led to the European FDA
5  label update."  So other than the European Sanofi
6  label update, are you aware of any publicly
7  available information about the risk of PCIA in
8  docetaxel as of 2011?
9    A.  If you look at, you know, the -- you know,
10  starting with the TAC/FAC trial, you look at, you
11  know, other literature that was looked at.  Again,
12  I'm -- I'm not your expert on the causation and the
13  clear knowledge that docetaxel has proven causation
14  scientifically associated with PCIA.
15    Q.  Right.  And can you point me to any
16  specific publication or something available publicly
17  besides the Sanofi European label that was available
18  in 2011?
19    A.  So, again, I'm going to refer you to the
20  regulatory experts on what was known when and the
21  availability of that and the ethical requirements --
22  ethical expectation to make that widely available to
23  clinicians, which it's finally become and it's
24  really impacted practice.
25    Q.  The makers of the 505(b)(2) generic

1  products rely on published data and the FDA's
2  assessment of clinical trial data, correct?
3    MR. GOMEZ:  Objection to form.
4    THE WITNESS:  Again, I'm going to refer you
5  to the regulatory experts to answer that expert
6  opinion.
7    MS. BENEDICT:  Q.    Okay.  In your report
8  on page 65, you state that, "Reports impacted the
9  informed consent process by keeping critically
10  relevant information from Ms. Hughes's doctor."
11    My question is, what information do you
12  believe Accord had in November of 2011 that it kept
13  from Dr. Veith?
14    A.  Again, I'm going to refer you to the expert
15  work, particularly Dr. Feigal, who really goes over
16  the causation information and timing and the FDA
17  regulatory expert who has spoken to the timing and
18  the actual details of that information.
19    Q.  You don't have any opinions about foreign
20  regulatory requirements or labeling standards,
21  correct?
22    A.  I'm not going to address the FDA or the
23  foreign FDA regulatory requirements.
24    Q.  Have you ever made a treatment decision in
25  a clinical setting based on foreign labeling?

1    A.  I can't answer if I've ever done that.
2    Q.  You don't recall?
3    A.  I don't have any recollection one way or
4  another on that.
5    Q.  You don't normally look at foreign drug
6  labels in your clinical practice, do you?
7    A.  The labels that come with our drugs are the
8  U.S. FDA labels that are put in the packages,
9  generally called label the packages, or, uhm, I
10  don't.  You know, again, I've been in China.  I've
11  been in Europe.  I've rounded in oncology clinics
12  there and done grand rounds.  So I -- you may have
13  seen it, but I don't have any specific recollection
14  of using that information.
15    Q.  Have you ever discussed foreign drug labels
16  with your U.S. patients?
17    A.  I don't -- I can't remember everything I've
18  ever done in clinical practice.  I really can't
19  answer that question.
20    Q.  Do you have any recollection of ever
21  discussing a foreign drug label with one of your
22  U.S. patients?
23    A.  I don't have a recollection of doing that
24  offhand, but I really haven't thought about that.
25    Q.  That's not something you would normally do,

1  correct?
2    A.  In the general course of my day-to-day, I
3  don't -- that's not my standard practice.  Whether I
4  ever did or not, I don't know.
5    Q.  And your aware, just from your practice,
6  that regulatory requirements in different countries
7  differ from the FDA's regulatory requirements,
8  correct?
9    MR. HOLDEN:  Objection to form.
10    THE WITNESS:  Once again, I'm not going to
11  offer an expert opinion on the regulatory process,
12  whether it's U.S. or otherwise.
13    MS. BENEDICT:  Q.    Would you agree that
14  the primary way a prescription drug manufacturer
15  communicates risks with physicians is through its
16  labeling?
17    MR. GOMEZ:  Objection to form.
18    THE WITNESS:  Again, I'm not going to
19  comment on that.  I think in my report I discuss
20  that certainly the branded drugs have a lot of
21  different ways of educating clinicians and more and
22  more patients and patient advocates and the
23  education companies that write documents that are
24  geared towards patients.
25    MS. BENEDICT:  Q.    Accord's docetaxel is

Page 243

1  not a branded drug, correct?
2     A.  Again, I'm not --
3        MR. GOMEZ:  Objection to form.
4     A.  -- your regulatory expert.  It's my
5  understanding it was approved through a 505(b)(2)
6  process as mentioned.
7     Q.  And the brand name is Sanofi's Taxotere,
8  correct?
9     A.  The branded drug was Sanofi's Taxotere.
10    Q.  On page 64 of your report, you discuss
11 companies' sales reps.  Are you aware that Accord,
12 as a generic company, doesn't have sales reps
13 communicating with physicians about docetaxel?
14       MR. GOMEZ:  Objection to form.
15       THE WITNESS:  Again, I didn't study
16 anything about Accord's methodology,
17 responsibilities.  I didn't really study that.  I'm
18 not offering the expert opinion there.  I'm offering
19 the clinical oncology perspective of care decision
20 making and the importance of disclosing information
21 in an honest way with patients on a toxicity that's
22 one of the most devastating that they have in
23 undergoing chemotherapy.  That comes into
24 significant consideration when there's alternatives
25 that may have different risks and certainly when one

Page 244

1  product has a proven sustained risk and others
2  don't.
3        MS. BENEDICT:  Q.   Do you have any
4  information that Accord was dishonest in its
5  communications about docetaxel?
6        MR. GOMEZ:  Objection to form.
7        THE WITNESS:  Again, I'm not commenting on
8  Accord's process or regulatory or their compliance.
9  You have an FDA expert for regulatory.  You have
10 Dr. Feigal, who is the causation expert.
11       MS. BENEDICT:  Q.   And you have no reason
12 to disagree that Accord is a responsible company
13 that cares about the patient's health and safety,
14 correct?
15       MR. GOMEZ:  Objection to form.
16       THE WITNESS:  Kind of laughable given
17 what's happened here, but I have no expert opinion
18 on that.
19       MS. BENEDICT:  Q.   One of the three key
20 impacts you discussed with respect to assessing a
21 cancer therapy is costs, correct?
22    A.  In order we look at efficacy then toxicity.
23 If those are all equal, then we consider cost.
24 Sometimes the patient's cost becomes primary, but
25 the accepted clinical approach is efficacy, then

Page 245

1  toxicity, then cost.
2     Q.  And that's one of the fundamental
3  principles of value-based medicine, correct?
4     A.  Value-based medicine has had an evolving
5  definition, that is my speciality area, and really
6  value is about quality of care, patient
7  satisfaction, staff satisfaction over cost.  So it's
8  not cost as the bottom line.
9     Q.  Right.  Cost is not the deciding factor.
10 It's one of three key impacts, correct?
11    A.  One of three or four because advanced
12 expanding definition, then quality -- quality,
13 patient satisfaction, staff satisfaction, and really
14 health systems sustainability, have to have them
15 here to treat.  So there has to be funding over the
16 cost.  Trying to level the playing field on the
17 broader view of value.  It isn't just the cost of
18 the drug.
19    Q.  You agree it's important to have affordable
20 chemotherapy for breast cancer patients?
21       MR. GOMEZ:  Objection to form.
22       THE WITNESS:  Again, I'm not offering an
23 expert opinion on cost.  I think, you know,
24 certainly in clinical care, uhm, costs can impact
25 patients decisions.

Page 246

1        MS. BENEDICT:  Q.   Are you aware that
2  Accord's docetaxel is a pharmaceutical and
3  therapeutic equivalent of the brand name Taxotere?
4        MR. GOMEZ:  Objection to form.
5        THE WITNESS:  Again, I'm not discussing
6  your regulatory qualifications.  I know the
7  patient -- it was approved, and, as we agreed,
8  Mrs. Hughes got it in 2011.
9        MS. BENEDICT:  Q.   And you're aware that
10 505(b)(2) generics are lower cost options than the
11 brand name products, correct?
12       MR. GOMEZ:  Objection to form.
13       THE WITNESS:  No.  It's -- sometimes the
14 brands drop their price.  So this is always a moving
15 target.  Certainly the goal of developing
16 alternatives to brand, when they lose exclusivity,
17 whether it's the generic 505(j) process or the
18 505(b)(2) process, is hopefully lower cost, but
19 there's no guarantee of that.
20       MS. BENEDICT:  Q.   Do you have an opinion
21 that Accord's label, as of November 2011, should
22 have been different from the brand name Sanofi's
23 label for docetaxel?
24       MR. GOMEZ:  Objection to form.
25       THE WITNESS:  Again, I'm not offering an

Page 247

1  expert opinion on the regulatory requirements for
2  the label.
3        MS. BENEDICT:  As a clinician, does it make
4  sense to you that the generic 505(b)(2) docetaxel
5  would have the same label as the brand name
6  docetaxel?
7        MR. GOMEZ:  Objection to form.
8        THE WITNESS:  Again, I'm not offering an
9  expert opinion on the regulatory issues.
10       MS. BENEDICT:  Q.    You have no reason to
11 dispute that the FDA had all of the Sanofi's
12 clinical information, post marketing, adverse
13 events, and studies when it approved Accord's
14 docetaxel in June of 2011, correct?
15       MR. GOMEZ:  Objection to form.
16       THE WITNESS:  I am not offering an expert
17 opinion as to what the FDA did or didn't have.  You
18 have experts that have addressed or will address it.
19       MS. BENEDICT:  Q.    In addition to cost as
20 a consideration, do you consider efficacy a key
21 impact to consider in assessing a cancer therapy,
22 correct?
23       A.  As I reviewed, the treatments are generally
24 prioritized, first for efficacy, then for toxicity
25 comparisons, and then cost.  An individual patient

Page 248

1  might say cost trumps everything.  Some may say
2  toxicity of one or another trumps it.  So all three
3  components are important, but they're prioritized
4  for efficacy and then toxicity and cost.
5        Q.  It seemed like you cut out a little bit.
6  Can you say something?  I just want to make sure
7  your audio is still working.
8        A.  Yeah.  Can you hear?
9        Q.  Thank you.  Okay.  You agree docetaxel is a
10 highly effective chemotherapy, correct?
11       A.  I -- I agree that Taxotere can be an
12 effective chemotherapy drug in some settings for
13 some patients.
14       Q.  And would the same hold true for docetaxel?
15 Do you agree that docetaxel is a highly effective
16 treatment?
17       A.  Docetaxel can be an effective treatment for
18 some patients in some circumstances as a
19 chemotherapy agent.
20       Q.  In your opinion, do you make any
21 distinction between Taxotere as a brand name and one
22 of the 505(b)(2) docetaxel?
23       MR. GOMEZ:  Object to form.
24       THE WITNESS:  I'm not offering an expert
25 opinion on that.  I know they're used pretty

Page 249

1  interchangeably in the clinics, once they become
2  available.
3        MS. BENEDICT:  Q.    All right.  And my
4  question is, does it impact your opinions at all
5  which docetaxel a patient received?
6        MR. GOMEZ:  Objection to form.
7        THE WITNESS:  Which of my opinions you're
8  asking did it impact?
9        MS. BENEDICT:  Q.    Any of them.  Does it
10 matter --
11       MR. GOMEZ:  Objection to form.
12       MS. BENEDICT:  Q.    -- for your opinion,
13 which company made the docetaxel?  Let's ask for
14 Alice Hughes specifically.  Does it matter for any
15 of your opinions for Alice Hughes which docetaxel
16 she received?
17       A.  I think that's a --
18       MR. GOMEZ:  Objection to form.
19       THE WITNESS:  -- very broad question.  The
20 informed consent process needs to disclose the known
21 toxicities regardless of, you know, the product used
22 in your regimen.  The regimen, uhm, in general don't
23 call out differences, whether it's a brand or a
24 non-branded product.  So we expect -- disclose
25 information and toxicities, sometimes costs,

Page 250

1  specifically cost differences or not cost
2  differences.  Depends.
3        MS. BENEDICT:  Q.    Are you aware of any
4  differences in efficacy between Taxotere, the brand
5  named docetaxel, and Accord's 505(b)(2) docetaxel?
6        A.  So, again, I'm not offering an expert
7  opinion on their equivalency.  Once they're
8  available, I think clinicians use them
9  interchangeably, but I'm not offering expert opinion
10 on what that means scientifically.
11       Q.  So you also have no opinion on whether or
12 not there are any differences in the toxicity
13 between the brand name Taxotere docetaxel and
14 Accord's generic 505(b)(2) docetaxel, correct?
15       MR. GOMEZ:  Objection to form.
16       THE WITNESS:  Again, not discussing what is
17 known and disclosed regulatorily or otherwise.
18       MS. BENEDICT:  Q.    A docetaxel regimen of
19 TAC confers a benefit over CMF of two to three more
20 people per hundred who survived for 10 years post
21 treatment, correct?
22       MR. GOMEZ:  Objection to the form.
23       THE WITNESS:  The study was done with TAC
24 first FAC.  TMF is a first generation regimen, and
25 depending on the tumor and the risk, the benefits to

1  a patient of adding a taxane can vary from zero, if
2  they're really low risk and don't need chemo, to a
3  percent or two.
4          So really you've asked a very broad
5  question that doesn't have a -- an easy answer.
6  Depends on who you're talking about.  And that's why
7  the predictive pool that's available now looks at
8  second or third generations.  The active on-line
9  pool that was available, but is not available even
10 if it's test model did compare first generation.
11 You can see if there's any differences in individual
12 patients.  Did we lose John?
13       MR. GOMEZ:  I'm here on audio.
14       MS. BENEDICT:  Q.   Are we on?
15       A.  Yes.
16       Q.  Dr. Bosserman, are you there?  Can you hear
17 me?
18       A.  Yes.  I can hear you, yes.
19       Q.  Okay.  On page 47 of your report --
20       A.  Yes.
21       Q.  -- you include some charts, which show
22 benefits of the addition of hormone therapy and the
23 addition of adjuvant chemotherapy.
24          Do you see where I'm looking?
25       A.  Yes, I do.  And I believe this is the third

1  generation.  You -- you click that as the option.
2        Q.  Third generation meaning not CMF.  CMF is a
3  second generation, right?
4        A.  CMF is a first generation.
5        Q.  Oh, first generation.  What generation is
6  docetaxel and carboplatin?
7        A.  That's an interesting -- because it's --
8  because there is a taxane, it is considered third
9  generation, but the study that is was done in,
10 head-to-head with AC, was an earlier stage breast
11 cancer women at lower risk.  So not high node
12 positive or larger tumors.  So, generally, it's
13 considered third generation, but because it has the
14 taxane, but clinically I don't quite consider it in
15 exactly the same way.
16       Q.  In the charts on page 47 of your report, it
17 shows survival rates for surgery, and this is
18 talking about early stage breast cancer patients
19 surgery only, survival is 83 percent at 10 years.
20       A.  So let me be specific.  This is the
21 currently available model based on the same articles
22 and early adjuvant breast cancer trials group work
23 that adjuvant on-line was based on.
24          And I specifically put in Mrs. Hughes'
25 information, and this is the result.  So if -- I

1  believe I wrote exactly what I put.  Uhm, she had --
2  and, in fact, a lot of things, but, uhm, I put this
3  in because it said she had a weak positive estrogen
4  receptor.  Uhm, and based on that, these are the
5  results you would get.
6        Q.  So did you put in ER negative to get this
7  result?
8        A.  I did not, and I could rerun it that way
9  because, as you know, when I got the Onco DX, it was
10 very high, and they retested and felt the estrogen
11 was negative, and, again, these five percent range
12 is often treated as triple negative and why she was,
13 uhm, considered for those regimens.
14       Q.  Dr. Veith treated her as ER positive,
15 correct?
16       A.  Yes.
17       Q.  And for the charts that you have on page
18 47, just so I'm clear, you put an ER positive, ER
19 negative --
20       A.  Yes.
21       Q.  -- her2 negative.  Okay.  So --
22       A.  I put in ER positive, her2 negative.
23       Q.  And it shows surgery only survival is
24 83 percent at 10 years, correct?
25       A.  Right.  You do no systemic therapy,

1  83 percent of patients are alive at 10 years.
2        Q.  And when you add hormone therapy, such as
3  the letrozole that she took, it brings survival to
4  86 percent in 10 years, correct?
5        A.  Right.  It helps about three women per
6  hundred.  And I put the range in to be completely on
7  the whole dataset there.
8        Q.  And the addition of adjuvant chemotherapy
9  brings survival to 88 percent at 10 years, correct?
10       A.  Helps about two, two and a half women per
11 hundred.  So a hundred women get highly toxic
12 chemotherapy, and you help two to two and a half.
13       Q.  And you would agree that based on
14 Ms. Hughes' oncotype score, it was a benefit to
15 adjuvant chemotherapy, correct?
16       MR. GOMEZ:  Object to form.
17       THE WITNESS:  Yeah.  High oncotype score,
18 the scores that are well over, you know, well over
19 26 to 30 are associated with a benefited
20 chemotherapy in those patients.
21          But just to also be clear, if they really
22 knew that her tumor was ER/PR negative her2 positive
23 and her2 negative, we wouldn't have run an oncotype
24 DX.  And there's a caveat on her report to that
25 effect.  And, you know, she was felt to have a

Page 255

1  benefit to chemotherapy.  I don't think we're
2  arguing that at all.
3        MS. BENEDICT:  Q.   All right.  You agree
4  she had a benefit to receiving adjuvant
5  chemotherapy?
6        A.  No, I don't agree she received a benefit.
7  I agree that we believe that if you take a hundred
8  women, there will be a benefit to some of them, and
9  it should be offered to patients.  You never know in
10  an individual patient whether a therapy actually
11  benefited them or not in adjuvant therapy.  It's not
12  possible to know that.
13       Q.  Would you agree that taxane including
14  docetaxel were a significant step forward in
15  advancing a cure for early stage breast cancer?
16       A.  I think that development in use of taxane
17  has improved the outcome for many women with early
18  breast cancer, some of whom may be cured, and some
19  may be harmed.  So there's a spectrum, but I think
20  that taxanes are important chemotherapy to have
21  available.
22            And, like all therapies, it has to be
23  discussed in the context of the patient's risks to
24  toxicities and their preferences, come up with the
25  right regimen, because there are several feasible

Page 256

1  options.
2        Q.  Would you agree that all chemotherapy comes
3  with risks as well as benefits, correct?
4        A.  Most chemotherapies have some toxicities in
5  some patients, different toxicities in others.  They
6  have general profiles that have been developed, and
7  an individual patient may or may not experience that
8  toxicity.
9        Q.  And each chemotherapy trial has a unique
10  risk profile, correct?
11       A.  Every drug is a bit different.  Classes of
12  drugs may have some similar and some difference.  I
13  think it is important to know the individual
14  toxicities of the drug but also in the regimen.
15       Q.  In your report on page 17, you list some
16  risks associated with chemotherapy.
17            Do you see that?
18       A.  Let me move to that.  What was that page?
19       Q.  17.
20       A.  Okay.  These are general statements.  Okay.
21  Kind of look at the context for what I was talking
22  about here.
23       Q.  Do you warn your patients about all of
24  these risks?
25       A.  I give patients a perspective of the risks,

Page 257

1  what is common, what is less common, what is rare.
2  Especially when they're life-threatening or
3  permanent, and I discuss based on the side effects
4  the perspective of perhaps how likely it is, how it
5  might be treated, what their life might be like if
6  they accept it.
7        Q.  Are all of these risks listed temporary?
8        A.  I beg your pardon?
9        Q.  Are all of these risks that you have listed
10  on page 17 temporary?
11       A.  Uh, they're variable.  So, again, this is a
12  list -- uhm, constipation, that's not a big problem
13  with chemotherapy.  This is a general -- for all the
14  drugs in chemotherapy regimens with breast cancer.
15  Some do.  Some don't.  So some can be --
16       Q.  And --
17       A.  -- longer term.  Some can be short term.
18  So I do discuss that with patients what -- what the
19  common understanding is.
20       Q.  When you make this list, you don't say
21  temporary fatigue or temporary shortness of breath,
22  but you do say temporary hair loss.  So with the
23  others besides hair loss, you haven't indicated
24  whether they're temporary, ongoing, or permanent,
25  correct?

Page 258

1        A.  Where do you see that?  Oh, yeah.  So --
2  yeah.  This is --
3        Q.  Hair loss?
4        A.  Yeah.  This is a list -- I forget what
5  source.  Uhm, in this report, I didn't call out
6  those issues for other things since we're focused on
7  PCIA.  I mean --
8        Q.  Do you tell patients that all of these
9  risks are temporary?
10       A.  Beg your pardon?
11       Q.  Do you tell patients that all of these
12  risks are temporary?
13       A.  So, again, each patient is counseled
14  individually on generally the regimen options we're
15  considering and why they might want to choose one or
16  another and to elicit their input and participation.
17  Uhm, so it depends on the regimen what I talk about.
18            I think you're looking here at fertility
19  problems, you know, that can be life long.  So,
20  again, there's a huge encouragement to counsel young
21  women.  Would they want more biologic children?  If
22  so, do we use ovarian supresion?  Do we harvest
23  eggs?  So it really depends on the patient.  You're
24  not going to talk to a 60-year-old postmenopausal
25  woman about that.  So, you know, each --

1    Q.  Do you tailor the risk discussion to the
2  particular -- oh, I'm sorry.  Doctor, were you done?
3    A.  Yes.
4    Q.  Is it fair to say that you tailor the
5  particular risk discussion to the patient?
6    A.  To the regimen and the patient, and then
7  open it to whoever they're bringing with them and
8  the patient to answer questions, and then to -- we
9  also generally give handouts.  We can -- we're here
10  to ask about.
11    Q.  You listed, uhm, one of the common adverse
12  events of chemotherapy as nerve and muscle problems,
13  such as numbness, tingling, and pain.
14        Do you see that on the list?
15    A.  Yes, I do.
16    Q.  In the footnote, you indicate that
17  toxicities of numbness and tingling of hands and
18  feet normally resolve after 6 to 12 months but can
19  be longer for some patients, correct?
20    A.  Correct.
21    Q.  Do you know how paclitaxel and docetaxel
22  compare on this particular adverse event,
23  neurotoxicity and its persistence?
24    A.  So, again, I'm not here to talk about
25  paclitaxel, but I did put in my report those

1  specific numbers and information on the one
2  comparative trial in 2008.  And I put the chart in
3  both on sensory neuropathy, which we usually think
4  of as tingling and numbness, and neuropathic pain,
5  which is quite bothersome, as well as the
6  arthralgias, myalgias, which is sometimes mixed up
7  because it just hurts.
8        I did specifically call that out because
9  that is one of the side effects of the taxane, and
10  there's some subtle differences and some small
11  number differences.  Could have it with either one,
12  and we can switch drugs if we need to.  So there's a
13  lot of components to that, but I did put a section
14  in to specifically address that.
15    Q.  Did you look at the -- or do any research
16  about the risk profiles for paclitaxel?
17    A.  I've given Taxol for years.  I'm not here
18  to give an opinion on that.  We're here talking
19  about what is known for docetaxel and how important
20  it would be in the informed consent process.
21    Q.  Right.  And I'm -- I understand that.  I
22  appreciate that.  And what I'm asking about is, in
23  order to compare paclitaxel and docetaxel, did you
24  do any research or look at any risks of -- specific
25  to paclitaxel to support your opinion?

1    A.  So, again, in my expert report, I
2  specifically put the chart of the closest to
3  compared to the AC followed by weekly Taxol, or
4  every three weeks Taxol, or AC followed by docetaxel
5  weekly or every three weeks.
6        And I put the summary chart very
7  specifically with each of the -- maybe I should have
8  made a chart instead of written about it, but I put
9  those numbers, and you'll see that some are up and
10  some are down.
11        And I think I've discussed earlier in the
12  deposition that there is some reports that show
13  there's more neurotoxicity with one drug or another,
14  but I think it's important that one comparative
15  study because it really went into the details,
16  rather than these overall blanket statements.
17    Q.  Do you have an opinion as to which
18  chemotherapy drug is more toxic, paclitaxel or
19  docetaxel?
20    A.  So, again, uhm, why is TAC come out of
21  favor?  Because it has a higher toxicity profile
22  overall.  I mean, that's why ACT has become, you
23  know, much more used across the country, so many
24  other places for a lot of reasons, it's so much
25  easier on patients.

1    Q.  Taxol is the same as paclitaxel, correct?
2    A.  Yes.
3    Q.  Would you agree that neurotoxicity is an
4  important consideration for patients, especially if
5  it may be permanent?
6    A.  My expert opinion is that discussing in
7  context the regimen specific toxicities with women
8  is important.  So, again, a blanket statement
9  doesn't help the patient.  Neurotoxicity is one of
10  the things we absolutely discuss with patients when
11  discussing regimens.  And for some, that may be more
12  important.  For others, other things are important.
13  The principle is the informed consent process and
14  disclosure.
15    Q.  Would you also agree that cognitive
16  difficulties can persist for years past chemotherapy
17  treatment.
18    A.  That's another huge statement you're
19  making.  It's a blanket statement and not my
20  expertise.
21    Q.  I jumped topics.
22    A.  Sorry.
23    Q.  I jumped topics a little bit.  But talking
24  about a different toxicity, do you agree that
25  cognitive difficulties can persist for many years

1  past chemotherapy treatment?
2      A.  So, first of all, anything can happen in
3  life.  So, again, that's not what we're here for.
4  Cognitive impairment, generally referred to as chemo
5  brain, is something we talk to women with early
6  breast cancer about with any of the chemotherapies.
7          And it can impact different people
8  differently, from zero to impacting their life.
9  It's generally not long term, but it can last
10  months.  It can last a year or more.  And then it
11  depends how you define that.
12          So, again, I'm not here as your expert
13  opinion on cognitive dysfunction impact and their
14  duration or specific drug association.  But I can
15  talk as a clinical oncologist about its importance,
16  toxicity to patients, that it's very variable, uhm,
17  and it's important to disclose the possibility for
18  any of the regimens.
19      Q.  Are you aware of literature reporting
20  continued cognitive problems in patients after 20
21  years following treatment with CMS?
22      A.  Again, I have not reviewed or plan to offer
23  an expert opinion on the toxicity of the CMF long
24  term.  It's not in the area of my expert review for
25  this case.

1      Q.  Can we pull up the Janelsins article,
2  please?  This was published in the Journal of
3  Clinical Oncology.
4          Is that a reliable journal?
5          MR. MICELI:  Is this Exhibit 31, Mollie?
6          MS. BENEDICT:  Q.    It is.
7      A.  Let me just make a note.
8          (EXHIBIT 31 WAS MARKED FOR IDENTIFICATION.)
9          MS. BENEDICT:  Q.    And the exhibit
10  numbers are published at the top of the little box
11  that has the exhibit.
12      A.  It's exhibit what?  31?
13      Q.  31.  My question is, is the Journal of
14  Clinical Oncology a reliable authority?  That's my
15  first question.
16      A.  The Journal of Clinical Oncology is a
17  respected journal in oncology for their peer review
18  and their publications.  No journal is perfect and
19  they've had retractions, and, again, it is a -- it's
20  a journal that clinicians use to learn from.
21      Q.  Are you familiar with this article from
22  2016 entitled Cognitive Complaints in Survivors of
23  Breast Cancer After Chemotherapy with Age-Matched
24  Controls:  An Analysis From a Nationwide,
25  Multicenter, Prospective, Longitudinal Study?

1      A.  I don't recall reviewing this paper.
2      Q.  That's not the title.  The title is
3  "Neuropsychological Performance in Survivors of
4  Breast Cancer More Than 20 Years After Adjuvant
5  Chemotherapy."
6          Are you familiar with this article?
7      A.  I don't recall reviewing it.
8      Q.  If you could just jump to the conclusion
9  from the abstract.  It states that "Patients with
10  breast cancer report more cognitive difficulties
11  after six months after treatment with chemotherapy
12  than do age-matched non-cancer control."
13          Have I read that correctly?
14      A.  I'm sorry.  Where are you reading?
15      Q.  On the conclusion of the abstract, and it's
16  highlighted for you.
17      A.  I agree that's what you read.  That's what
18  that reads.
19      Q.  Okay.  And is that consistent with your
20  understanding of cognitive problems following CMF
21  and adjuvant treatments generally?
22      A.  I'm not here to offer a comparative study
23  or review of cognitive changes between different
24  regimens.
25      Q.  When considering changing from one

1  prescription regimen to another, do you agree that a
2  patient should be disclosed on all the risks of the
3  alternate regimen?
4      A.  I think patients should be informed of the
5  significant risk, including, I mean, cognitive
6  impact as I've reviewed is much more significant
7  with the taxane regimens.
8          So part of understanding these studies is
9  you can do really detailed neurocognitive studies
10  that may or may not clinically impact patients
11  versus things where patients have trouble in
12  activity of daily living.
13          So, again, it's not my area of expertise,
14  but I think it's an important area that we talk
15  about with patients undergoing adjuvant therapy
16  particularly with taxane.  But with any
17  chemotherapy, it comes up as a possibility.
18      Q.  Can we go to the Koppelman article, please?
19          MR. MICELI:  I think Exhibit 31 was the
20  Koppelman article.
21          MS. BENEDICT:  No, that was Janelsins.
22          MR. MICELI:  It's not what came up on the
23  screen, though.
24          MS. BENEDICT:  No wonder I was reading the
25  wrong title.  I need these glasses.  I need to get

1  them on and off faster so I can read two different
2  things.  Let's go back to -- so pull up 31 again.
3  I'll put on my glasses and make sure that's
4  Koppelman.  Indeed, Exhibit 31 is Koppelman.  Sorry.
5  I was looking at my own copy and not at the screen.
6      A.  I'm totally confused.  What is 31?
7      Q.  31.  Let's try that again.  And that's my
8  mistake for having the wrong -- wrong exhibit up and
9  my poor eyesight.  I'll blame it on that.
10      Dr. Bosserman, Exhibit 31 is an article
11  from the Journal of Clinical Oncology from 2012
12  entitled, "Neuropsychological Performance in
13  Survivors of Breast Cancer More Than 20 Years After
14  Adjuvant Chemotherapy."
15      A.  Okay.  I think that's what came up before.
16  Okay.
17      Q.  And I already asked you if you thought the
18  Journal of Clinical Oncology was a reliable
19  authority.  And I think you agreed that no journal
20  is perfect, but you would consider it reliable.
21      Is that fair?
22      A.  I believe I said it's a highly respected
23  journal for clinical information on oncology.
24      Q.  If you look at the conclusion section of
25  the abstract, it states that "Survivors of breast

1  cancer are treated with adjuvant CMF chemotherapy
2  more than 20 years ago performed worse on average
3  than random population control on neuropsychological
4  tests."
5      A.  You read that correctly.  I have no
6  opinion.  I haven't reviewed it.
7      Q.  It then states in the last sentence, "This
8  study suggests that cognitive deficits following
9  breast cancer diagnosis and subsequent CMF
10  chemotherapy can be long lasting."
11      Would you agree with that statement?
12      A.  I have no opinion on the statement.
13      Q.  Do you warn your patients receiving CMF
14  about the risk of long term cognitive difficulties?
15      A.  I talk to all my patients who got adjuvant
16  therapy about potential cognitive impacts from
17  chemotherapy regimens, particularly the taxane.
18      Q.  Going back to your list on page 17, adverse
19  side effects from chemotherapy regimen.
20      A.  Uh-huh.
21      Q.  I don't see on your list dental problems,
22  osteoporosis, lung problems, loss of taste, or
23  hearing loss.  Are any of those risks that you
24  consult your patients with when receiving adjuvant
25  chemotherapy?

1      A.  Sorry.  What are saying isn't on here?
2      Q.  Dental problems, osteoporosis, lung
3  problems, loss of taste, hearing loss.  And my
4  question is, are any of those adverse side effects
5  that you consult your patients on when receiving
6  adjuvant chemotherapy?
7      A.  Yeah, I think your -- the chemo brain is
8  what the common lingo is for the cognitive
9  dysfunctions.  Concentration focus is the main thing
10  that people -- you might call that mental problems.
11  Are you talking about anxiety, depression?
12      Q.  Jumping topics a little bit.  I'm talking
13  about besides chemo brain, these other risks --
14  dental problems, osteoporosis, lung problems, loss
15  of taste, hearing loss.
16      Are any of these risks that you consult
17  your patients with before receiving adjuvant
18  chemotherapy?
19      A.  So there are definitely toxicities I speak
20  to with them about certain treatments.  So the
21  osteoporosis is a very major discussion of people
22  getting endocrine therapy particularly.  Mental
23  problems, anxiety, depression is something we
24  routinely monitor for, but it's something that
25  depends the treatment, the patient, the medication,

1  what we're giving them, whether that's something
2  thought to be important for that regimen.  This is a
3  general list.  We give specific --
4      Q.  Doctor, I said dental problems, teeth,
5  dental problems.  I think that's where we got
6  confused.  I said dental with a D, dental problems.
7      A.  Oh, dental problems.  That comes up a lot
8  when you're looking bisphosphonates or certain
9  treatments that might have high risk of neutropenia
10  where they need to get their dental problems fixed
11  early, like AML induction.
12      It's not generally -- again, not generally
13  a problem in adjuvant breast cancer unless you're
14  using bisphosphonates, and it's absolutely
15  discussed.  So, again, that's not a chemo regimen
16  thing we talk about unless there's a lot of
17  neutropenia, and that's not as common in breast
18  cancer patients.
19      But if they tell me I've got a dental
20  cavity, we have that fixed before they go through
21  treatment.  So that's part of the individualizing
22  the assessment of the patient and the treatment.
23      Q.  Right --
24      A.  The other things you mentioned, you
25  mentioned hearing and something else.

1    Q.  Loss of taste.

2    A.  If it was platinum agents, which is rarely
3  used in adjuvant therapy, there's some triple
4  negative where we use some carboplatin, and that
5  makes up the discussion.  It's not common in other
6  chemotherapies.  So, again, we tailor this.  This is
7  a general list, again, common things including
8  these.  We would include others depending on the
9  regimen and patient as well.

10    Q.  So this list is not a complete list of
11  adverse side effects from chemotherapy, correct?

12    A.  Doesn't claim to be that, no.

13    Q.  And you tailor the risks that you actually
14  discuss with the patient to the particular
15  chemotherapy regimen and to the patient, correct?

16    A.  We talk to the patients, yes, specifically.

17    Q.  Do you agree that doctors generally warn
18  regarding the most common risks and the very severe
19  risks?

20    A.  So, again, I haven't done a study of what
21  doctors commonly do.  I think, uhm, I know what I
22  do.  I know what the standards say to be done.  And
23  I know there are handouts that cover this, and
24  there's a process of tailoring it to each patient.

25    Q.  Do you agree that it's impractical to warn

1  of every adverse side effect ever reported with the
2  medication?

3    A.  I don't know if practical is the correct
4  term versus you need to make sure the patient knows
5  the side effects that are likely to impact them or
6  last long term and impact their life.  And that as
7  well as, you know, common and rare is why we give
8  the handouts and go over that with patients as well,
9  to make sure that it's complete.

10    Q.  Do you have an opinion about what doctors
11  should have told their patients about the risk of
12  docetaxel and alopecia in November of 2011?

13    A.  My opinion is that had the known
14  information from the trials been disclosed in 2011,
15  certainly, you know, the information that had been
16  submitted to Europe -- they changed their label.
17  American doctors really weren't aware that that
18  label was updated.  That information would have been
19  used by most clinicians and certainly is relevant to
20  patients.

21    Q.  When you say the known information, you
22  mean known to Sanofi from their clinical trials,
23  correct?

24    A.  Again, I am not going to talk about who
25  knew what, where, when.  That is our regulatory

1  expert who will address that.

2    Q.  You have no opinion about what Accord knew
3  regarding docetaxel and alopecia as of November
4  2011?

5    A.  I think I answered that.  I'm not going to
6  address what Accord should or did or didn't know.

7    Q.  And I think you testified before that you
8  agreed docetaxel and paclitaxel, though both
9  taxanes, are not the same medicine, correct?

10    A.  Docetaxel, paclitaxel are slightly
11  different taxanes.

12    Q.  And they have different risk profiles and
13  efficacy, correct?

14    A.  They have different risk profiles and
15  different efficacy and different regimens and
16  different tumors.

17    Q.  And you cannot just substitute one for
18  another in any regimen for any patient, correct?

19    A.  Well, that's not really I think a
20  generalizable statement.  Certainly in adjuvant
21  breast cancer, if patients have severe reaction to
22  one taxane, it's very common to substitute the
23  other.  May change the schedule in some way, but
24  they are considered, in that way, efficacious in
25  breast cancer.  We will substitute them.

1    Q.  But it depends on the specific regimen and
2  the specific patient, correct?

3    A.  Yes.

4    Q.  You have not undertaken an assessment of
5  the overall toxicity of docetaxel and carboplatin,
6  correct?

7    A.  Uhm, I haven't done an analysis for this
8  expert opinion on that.

9    Q.  And you haven't undertaken an assessment of
10  the overall toxicity of the paclitaxel and
11  carboplatin, correct?

12    A.  Well, you know, I put in two papers showing
13  that both regimens were evaluated in Phase II
14  studies in breast cancer because, uhm, Mrs. Hughes
15  got Phase II research regimen thought to be
16  effective for her triple negative.

17      So certainly given a lot of both of those,
18  actually not a lot of docetaxel carbo, except for
19  some.  In the -- the choosing that regimen that I've
20  given a lot, you know, both regimens over time, but
21  I haven't done a side-by-side except to provide
22  those two papers showing they were options being
23  studied.

24      MS. BENEDICT:  How long have we been going
25  on the record?

1    VIDEOGRAPHER:  We've been going for an hour
2  and 33 minutes, and we've got 10 minutes left on the
3  disc, Counsel.
4    MS. BENEDICT:  Can we take a break for a
5  minute?
6    VIDEOGRAPHER:  Off the record.  The time is
7  10:40.
8    (The deposition was in recess from 10:40 to
9  10:59.)
10    VIDEOGRAPHER:  Stand by.  Back on the
11  record.  The time is 10:59.
12    MS. BENEDICT:  Q.    Dr. Bosserman, I have
13  a few questions about neuropathy --
14    A.  Okay.
15    Q.  -- with taxane use.
16    A.  I'm sorry?
17    Q.  Do you agree that neuropathy -- better?
18  Can you hear me?
19    A.  A little better, yes.  Thank you.
20    Q.  I'll come closer.  I'll try to speak up.
21  If I get too soft, just let me know, and I'll try to
22  speak up.  Okay?
23    A.  Yes.
24    Q.  Uhm, so I have a few questions about
25  neuropathy and -- and adjuvant chemotherapy.  Do you

1  agree that neuropathy can have a significant impact
2  on a patient's quality of life?
3    A.  Uhm, neuropathy can impact patient's
4  quality of life, yes.
5    MS. BENEDICT:  Madeline, can we pull up the
6  Winters article?  I'll put my glasses on and make
7  sure I'm looking at the right article this time.
8    (EXHIBIT 32 WAS MARKED FOR IDENTIFICATION.)
9    THE WITNESS:  This is Exhibit 32?
10    MS. BENEDICT:  Q.    This will be
11  Exhibit 32, yes.  This is an article published in
12  the Journal of Clinical Oncology in 2017 entitled,
13  "Falls, Functioning, and Disability Among Women with
14  Persistent Symptoms of Chemotherapy Induced
15  Peripheral Neuropathy."
16    Have you seen this article before?
17    A.  I don't recall reviewing it at all.
18    Q.  The article reports that -- a finding that
19  an average of six years after treatment, 47 percent
20  of women still reported neuropathy symptoms with
21  worse function, greater disability, and more falls.
22    Are you aware of those or similar findings?
23    A.  This is totally out of context.  What is
24  this related to?
25    Q.  This is related to chemotherapy induced

1  peripheral neuropathy.
2    MR. GOMEZ:  Objection; form.
3    THE WITNESS:  Again, I have not reviewed
4  this for any kind of context of who they studied,
5  when, uhm, what the regimens were, what the level of
6  disability is.  I mean, some people have some
7  tingling.
8    You know, I put in the comparison for the
9  Sparano article on impact at that time.  I've not
10  done a whole review of the long term.  Certainly
11  it's something we talk to patients about as a
12  possibility.
13    MS. BENEDICT:  Q.    So you have not done a
14  review of the long term neuropathy related to
15  adjuvant chemotherapy?
16    A.  Not as an expert for this deposition.
17  That's not a specific topic I'm covering.  I'm
18  covering -- it's definitely a topic we talk to
19  patients about, both the acute and the longer term
20  and what that might mean for patients.  Just --
21  yeah.
22    That's the context we talk to patients
23  about.  And then we -- again, depending on the
24  regimen, uhm, talk about it more specifically and
25  the patient.

1    Q.  On page -- thank you.  On page 18 of your
2  report, you have a section entitled "Neurotoxicity."
3    A.  Is that about the chart I made?
4    Q.  I don't know if it's about the chart.
5    A.  Yeah.
6    Q.  On page 18 under toxicity, two major
7  taxanes and breast cancer regimen.
8    A.  Right.  So I -- as I basically said, the
9  causation will all be discussed by Dr. Feigal.  But
10  neurotoxicity, I put in the information from, uhm,
11  various sources, but also the, uhm, head-to-head
12  Sparano trial that looked at -- because we're really
13  talking about here -- not all chemo.  We're not
14  giving platinum here, except for her regimen --
15  talking about the taxane part of it.
16    Q.  So for neurotoxicity, your report says one
17  study shows higher risks with paclitaxel regimen,
18  and others show higher risk with docetaxel regimen.
19    A.  Right.  And I put the paper --
20    Q.  Right.  And the two papers that you cited
21  to show higher risk with docetaxel are New and
22  Jones; is that correct?
23    A.  I'm sorry.  I really have trouble hearing
24  you.
25    Q.  Sure.  The two papers that you cited to

1  show higher risks with docetaxel are New and Jones,
2  and that's -- you have that statement footnoted with
3  12 and 13, which is the New and the Jones article,
4  correct?
5     A.  Yes.
6     Q.  Are there any other articles that show
7  higher neurotoxicity with docetaxel as compared to
8  paclitaxel?
9     A.  So, again, I can't tell you I've reviewed
10 the entire literature.  I reviewed what I thought
11 was relevant and the -- this comparison, I think, is
12 best looking at the Sparano article, which is with
13 the common ACT or docetaxel regimen because that was
14 head to head.  And it got into those differences,
15 sensory, Grade 2, Grade 3, Grade 4., neuropathy,
16 pain, arthralgia, arthritis, which can sometimes be
17 overlaid with it, so that's why I put those specific
18 issues in with them.
19    Q.  Are you aware of any other articles besides
20 New and Jones that show higher neurotoxicity with
21 docetaxel as compared to paclitaxel?
22    A.  Not offhand.  I didn't really search for
23 that.  I searched for these two basically saying in
24 the common clinical literature and my experience,
25 individual patients can have neurotoxicity with

1  either drug.  Very individual.  And when that
2  happens --
3     Q.  Can you pull up the New article?
4     A.  -- you can switch.
5     MS. BENEDICT:  Can we pull up the New
6  article, please?
7     (EXHIBIT 33 WAS MARKED FOR IDENTIFICATION.)
8     MS. BENEDICT:  Q.    The New article looks
9  at peripheral neuropathy secondary to docetaxel,
10 correct?
11    A.  That's the title, yes.
12    Q.  Is there any comparison to paclitaxel in
13 the New article?
14    A.  I'd have to rereview it.  I don't remember.
15 Uhm --
16    Q.  In fact, the New article doesn't have any
17 data on paclitaxel neurotoxicity, does it?
18    MR. GOMEZ:  Object to form.
19    THE WITNESS:  Yeah, you know, I can't --
20 because here talks about neurotoxicity.  It's got
21 paclitaxel.  So I can't --
22    MS. BENEDICT:  Q.    That article was
23 published in 1996, correct?
24    A.  Yes.
25    Q.  And you just don't recall whether it covers

1  paclitaxel?
2     A.  I mean, from the title, it looks likes
3  docetaxel, but as I'm looking here, it says,
4  "Paclitaxel, the parent compound, can produce
5  sensory motor."  I don't remember any comparison in
6  this article.  I don't -- I remember looking at the
7  article because it talked about more -- more
8  neurotoxicity.
9     But, you know, again, Taxotere -- or
10 docetaxel is not without neurotoxicity in individual
11 patients, whether it's 4 or 7 percent or one or
12 another.  When you get it, it can be significant to
13 you, and patients need to know about that risk.
14    Q.  Could we pull up the Jones article?
15    A.  In that perspective of informed consent.
16 You wouldn't say one drug always causes it, one just
17 doesn't.  They both can cause it.  There can be some
18 subtle differences, but the differences can be in
19 individual patients how they experience it.
20    And that's what you need to talk to them
21 about that we could change.  We could alter.  So,
22 again, to say that one doesn't and one does is just
23 not clinically the perspective of a clinical
24 oncologist talking to patients.  That's the
25 perspective of my expert testimony.

1     (EXHIBIT 34 WAS MARKED FOR IDENTIFICATION.)
2     MS. BENEDICT:  Q.    The second article you
3  cite to say that there are studies on the side
4  showing docetaxel having neurological toxicities is
5  the Jones article.
6     A.  I'm sorry?
7     Q.  Looking at the Jones article on page 2 --
8     A.  Let me just get where that is.
9     Q.  Of course that's in metastatic disease.  It
10 says neurotoxicity is described more commonly with
11 paclitaxel?
12    A.  It's described.  Does not -- we don't
13 simply talk to patients about descriptions.  We talk
14 about, here are these risks that when it happens, it
15 may impact you.  It could be short or long term.
16 And how is that going to weigh in, and how do we go
17 into more depth on that depending on the patient,
18 the issues, and the risk.  So whether one paper,
19 again, describes something is more or less, because
20 it's not in any way absolute, they both can cause
21 significant neurotoxicity.
22    Q.  Would you agree that the vast majority of
23 the literature describes a higher rate of
24 neurotoxicity with paclitaxel as compared to
25 docetaxel?

1    A.  I would not agree with that because you're
2  lumping all of neurotoxicity, sensories, pain, and
3  others with testing done different ways.  So there's
4  quite -- you know, there's quite a variable in this.
5  And you could probably get a neurotoxicity expert to
6  discuss this in more detail, but clinically both
7  drugs can cause significant neurotoxicity that can
8  impact patients, their activities of daily life,
9  short term and long term.  So we really monitor
10 that.  We can --
11    Q.  Even --
12    A.  -- switch drugs.  So --
13    Q.  Would you agree that it would be most
14 relevant to have a direct comparison of docetaxel
15 and paclitaxel in the same regimen and then compare
16 neurotoxicity rates if you were looking at this?
17    A.  I think that would be another component
18 that could be helpful and, again, that's why I put
19 Sparano in because it's got a lot of that sub detail
20 in.  Of course, you have to get to the supplement to
21 get it, because it really talks about the
22 neuropathic pain, and then, again, Grade 2, which
23 does not interfere in activities of daily living.
24        So when you give patients a perspective,
25 they want to know what might I experience?  If it's

1  short term for a number of months and goes away,
2  what's the gain of that versus the other drug and
3  regimen and side effects?
4        Uhm, then you monitor during the treatment
5  for experience with that, and we may have to adjust
6  dose or drug.  So, again, you've got to have that
7  clinical perspective.  Each of these papers adds
8  some information, but none of these on are absolute.
9    Q.  Madeline, could you pull up the Vasey
10 article, please?
11    A.  Is this another exhibit?
12        (EXHIBIT 35 WAS MARKED FOR IDENTIFICATION.)
13    MS. BENEDICT:  Q.    It is.  This is
14 Exhibit 35.  And this is an article from the Journal
15 of National Cancer Institute.
16        Is that a reliable authority?
17    MR. GOMEZ:  Objection to form.
18    THE WITNESS:  The NCI Journal is another
19 respected peer-reviewed oncology journal.
20    MS. BENEDICT:  Q.    And the article is
21 entitled, "Phase III Randomized Trial of
22 Docetaxel-Carboplatin Versus Paclitaxel-Carboplatin
23 as First-Line Chemotherapy for Ovarian Carcinoma."
24        Ms. Hughes received docetaxel and
25 carboplatin, correct?

1    A.  Yes.
2    Q.  And if you could go down, I think it's on
3  the same page, where I've highlighted it says,
4  "Docetaxel-carboplatin was associated with
5  substantially less overall Grade 2 or higher
6  neurotoxicity than paclitaxel-carboplatin."
7        Have I read that correctly?
8    A.  Yes.
9    Q.  And this is a Phase III clinical trial, so
10 the highest level of evidence, correct?
11    A.  Again, it depends what they were looking
12 at.  It looks like they, again, I don't know this
13 study, that they may have -- I don't know what
14 measurement they've put in place, but reporting on
15 this, I don't know if it was an in-point or an
16 observation.  I don't know the level of it, but I do
17 agree that's what they wrote.
18    Q.  And this involved over 1,000 patients?
19    A.  Uhm --
20    MR. GOMEZ:  Objection to form.
21    THE WITNESS:  I have to read the study.
22 I'm not -- take a look.
23    MS. BENEDICT:  Q.    Did this study involve
24 over a thousand patients?
25    A.  I haven't gotten there yet.  The treatment

1  are --
2    Q.  It's highlighted for you on the page.
3    A.  Okay.  Randomized 1077 patients.  Okay.
4    Q.  Does the study involve over a thousand
5  patients?
6    A.  Yeah.  I mean, used Taxol in the way that
7  we use it dose dense, but not the weekly, which is
8  more common in breast cancer, but either one can be
9  used.
10    Q.  This is the chemotherapy regimen that Alice
11 Hughes received, correct?  Docetaxel and
12 carboplatin?
13    A.  The -- I have to look.  What's the carbo?
14 Because, you know, the carboplatin adds
15 neurotoxicity.  What was the carbo dosing?
16    Q.  So when combining two chemotherapy regimens
17 with -- if one of the drugs, carboplatin, has
18 neurotoxicity, it's especially important to look at
19 the neurotoxicities of the added chemotherapy drug,
20 correct?
21    A.  So you need to know --
22    MR. GOMEZ:  Objection to form.
23    THE WITNESS:  -- again, if it's additive or
24 not.  So, again, this is for ovary cancer patients.
25 Uhm --

1      MS. BENEDICT:  Q.    Could you pull up the
2   Blackley article?
3      A.  I'm sorry?
4         (EXHIBIT 36 WAS MARKED FOR IDENTIFICATION.)
5      MS. BENEDICT:  Q.    I'm sorry.  I was
6   asking for the next exhibit.  Are you familiar with
7   this publication, Cancer Research?
8      A.  Which is this one?
9      Q.  This is Exhibit 36, article by Blackley.
10  Blackley.  Sorry.
11     A.  I don't -- I don't know this paper offhand.
12     Q.  My question wasn't about the paper.  It's
13  about the publication.  Do you know this
14  publication, Cancer Research?
15     A.  You know, I know the name.  It's not a
16  journal that I read regularly, but it's definitely a
17  respected cancer journal from the AACR.
18     Q.  This is a publication from 2020 entitled,
19  "Long-Term Incidence of Taxane Induced Peripheral
20  Neuropathy in Early Breast Cancer Patients, a real
21  world single centre experience exploring effects on
22  health related quality of life."
23         And in this article -- in this article
24  the -- the authors report that paclitaxel is
25  associated with higher sensory peripheral neuropathy

1   than docetaxel.
2      A.  I haven't reviewed the paper, and --
3      Q.  Fair to say that you did not do a
4   comprehensive analysis of the literature with
5   respect to the comparison of paclitaxel and neuro--
6   and docetaxel on neurotoxicities?
7      A.  My expert opinion is about the clinical
8   discussion of patients and shared decision making,
9   of which neuropathy is certainly part of that
10  discussion.  But I didn't offer an opinion as to --
11  that has to be discussed along with other things.
12  That this, you know, uhm --
13     Q.  Madeline, you can take that one down.
14         Dr. Bosserman, can you say whether or not
15  Ms. Hughes would have developed severe peripheral
16  neuropathy if she had been given paclitaxel instead
17  of docetaxel with carboplatin?
18         MR. GOMEZ:  Objection to form.
19         THE WITNESS:  No, you cannot say that.
20         MS. BENEDICT:  Q.    Uhm, Dr. Bosserman,
21  do you recall that Ms. Hughes specifically wanted to
22  avoid Adriamycin because of its cardio toxicity?
23     A.  I remember her saying that, and I don't
24  remember if it was her doctors or others.  It's such
25  a common thing patients come in with, and then we

1   talk to them about pros and cons.  And there are
2   some that still want to avoid it.  So I'm not
3   criticizing what the doctor did.
4      Q.  And Ms. Hughes expressed that as a
5   treatment priority, correct?
6      A.  That's what they discussed with her doctor,
7   and I think that influenced him talking to MD
8   Anderson and using a regimen they recommended.
9      Q.  Are you aware of literature describing
10  cardiovascular side effects related to paclitaxel?
11     A.  I have not reviewed that literature.
12         MS. BENEDICT:  Could we pull up the Michaud
13  article?  This is a review article from the Journal
14  of Drug Safety published in 2000.
15         (EXHIBIT 37 WAS MARKED FOR IDENTIFICATION.)
16         MS. BENEDICT:  Q.    Are you familiar with
17  this publication, the Journal of Drug Safety?
18     A.  No, I've not reviewed this.
19     Q.  The publication.  Sorry.  First, I'm asking
20  you about the publication, not the article
21  specifically.
22     A.  No, I'm not.
23     Q.  Drug safety.
24     A.  I'm not a drug safety expert.  I'm not as
25  familiar with this journal.

1      Q.  Not a source you typically look at?
2      A.  No.
3      Q.  This is entitled, "Risks and Benefits of
4   Taxanes in Breast and Ovarian Cancer."  If you go to
5   the page 413 --
6      A.  When was that published?
7      Q.  2000.  In the section of cardiovascular, it
8   states that "Asymptomatic bradycardia is the most
9   common cardiac manifestation of paclitaxel toxicity
10  and is estimated to occur in approximately
11  30 percent of patients.  More severe bradyarrythmias
12  and heart blocks have also been reported but occur
13  less frequently.  Secondary to these effects,
14  patients with a history of cardiac rhythms,
15  disturbances, or patients on medication that may
16  predispose them to these effects should be monitored
17  closely.  Cardiac toxicity has not been evident with
18  docetaxel."
19         Have I read that correctly?
20     A.  You have.
21     Q.  Uhm, but you didn't -- were not aware of
22  the cardiac toxicity comparison of docetaxel and
23  paclitaxel?
24     A.  It's not something that I reviewed or
25  prepared for this expert opinion.  I'm aware any

Page 291

1 drug can have, you know, an effect on any patient.
2 We certainly monitor patients for their blood
3 pressure and any symptoms.  So the patients that
4 have these symptoms, not been my experience with
5 Taxol that this is at all common, but this is a
6 monitoring review.
7      Q.  Uhm, and this drug safety article comparing
8 the two taxanes, if you go to the page 412, also
9 discusses neuropathy.
10      A.  Okay.
11      Q.  And the authors state that "Peripheral
12 neuropathy and myalgias slash arthralgias are also
13 seen with docetaxel, but to a lessor degree, and are
14 generally not limiting factors for continued
15 treatment."
16           Have I read that correctly?
17      A.  You read that, yes.
18      Q.  Do you agree that for patients choosing
19 between docetaxel and paclitaxel, it would be
20 important for the oncologist to know and consider
21 the comparatives between these two drugs?
22      A.  I believe I discussed that in my report,
23 that discussing the side effects that are expected
24 with the regimen and the patient is important, and
25 neurotoxicity is one of the important toxicities to

Page 292

1 discuss.
2      Q.  Cardio toxicity is also one of the
3 important toxicities?
4      A.  Cardio toxicity is important to discuss.
5      Q.  And Ms. Hughes specifically had a concern
6 about cardio toxicity, correct?
7      A.  I'd have to review her depo.  She had
8 concern about Adriamycin and what her interpretation
9 was, and I didn't see any educational discussion on
10 that most patients mix up cardio toxicity with being
11 a risk for heart attack, and in anthracycline, it's
12 a muscle weakening risk for congestive heart
13 failure.
14           So when that's explained, and the treatment
15 for it, depending on options, as I think some of the
16 other doctors have discussed here, many patients
17 will change, and some won't.  So, again, the
18 principle here isn't that any one drug is better or
19 worse.  The principle is the disclosure of known
20 information, and this is a case on permanent
21 chemotherapy induced hair loss.  So, yes, we
22 discussed --
23      Q.  Do you have any reason to believe --
24      A.  -- on non-disclosure of what was known, as
25 Dr. Feigal's, you know, report clearly shows, by

Page 293

1 2011 it was known that that was a risk, but it
2 wasn't really disclosed to clinicians widely or
3 patients in a way that is now being incorporated
4 fully into shared decision making and is influencing
5 patients' choice of treatment and use or not of
6 scalp cooling.
7      Q.  Do you have any reason to believe that
8 Dr. Veith didn't properly consent Ms. Hughes on the
9 cardio toxicity of Adriamycin?
10           MR. GOMEZ:  Objection to form.
11           THE WITNESS:  I don't recall any discussion
12 about that.  I'd have to go back and look at his
13 deposition, how that came up.
14           MS. BENEDICT:  Q.   As you sit here
15 today --
16      A.  I don't --
17      Q.  -- you don't --
18      A.  Have any criticisms of Dr. --
19      Q.  You don't have any criticisms -- I'm sorry.
20 Do you have any criticisms of Dr. Veith's --
21      A.  No, I don't.
22      Q.  -- care and treatment of -- okay.  In order
23 to comply with Ms. Hughes' preference to avoid
24 Adriamycin, Dr. Veith would not have been able to
25 prescribe several common adjuvant chemotherapy

Page 294

1 regimens, correct?
2           MR. HOLDEN:  Objection to form.
3           THE WITNESS:  Correct.  If you don't
4 want to --
5           MS. BENEDICT:  Q.   Does that include --
6           MR. GOMEZ:  You want to finish your answer,
7 Doctor?  Did you finish Doctor?
8           MS. BENEDICT:  -- AC --
9           THE WITNESS:  Yes.
10           MR. GOMEZ:  Okay.  Go ahead.  Sorry,
11 Mollie.
12           MS. BENEDICT:  Q.   And that would include
13 AC followed by paclitaxel?
14      A.  Yes.
15      Q.  That would include AC and --
16      A.  Anything with an A or an E in it.
17      Q.  And that would include FAC correct?
18      A.  Yes.
19      Q.  And the E is for Epirubicin, correct?
20      A.  Yes, the other anthracycline, or another
21 one.  There are others.
22      Q.  Because Epirubicin -- excuse me.  So sorry,
23 Doctor.
24      A.  No worries.
25      Q.  Epirubicin -- thank you.  Epirubicin is an

1  anthracycline like adrimycin and also cardio toxic,
2  correct?
3      A.  It's an anthracycline.  Some people think
4  it has less cardio toxicity.  Of course, there is a
5  cardio toxicity blocker you can use.  So it's
6  generally considered similar to anthra- -- to
7  adramycin, but it does have, again, like, you know,
8  different drugs.  Slight different profile.
9      Q.  So if Dr. Veith is avoiding the
10 anthracycline, he would not be able to prescribe
11 FEC, TEF, EC, or -- yeah, I think TECF or EC
12 followed by --
13     A.  Yeah.
14     Q.  -- docetaxel, correct?
15     A.  If the patient said, No matter what you
16 tell me on the pros and cons and the relative
17 options and risks and benefits, I don't want
18 anthracycline, then none of those regimens would
19 come up for discussion.
20         But, I mean, I think most of us all have an
21 initial discussion about that.  We don't generally
22 ever take that at face value because it's such a
23 common misunderstanding in patients.
24         First of all, the nausea that used to be
25 significant that now is essentially fully

1  controlled, or vomiting, from the medication, that
2  was their biggest issue.  And the second is really
3  the misunderstanding of the cardio toxicity as being
4  a heart attack risk versus a muscle weakening effect
5  and the treatments available for that versus
6  treatments available for other things.
7          So, again, each of these comes up, and the
8  patients do have different priorities, as, you know,
9  if she says no matter what you tell me, then we're
10 limited to regimen that don't have Adriamycin or
11 epirubicin.
12     Q.  And you agree that a third generation
13 chemotherapy was appropriate for Ms. Hughes,
14 correct?
15     A.  Well, again, you know, we would generally
16 give a third generation or a second generation for
17 her.  If I go back, uhm, I don't know that -- I go
18 back, pull up my thing on Mrs. Hughes.
19     Q.  You're not critical of Dr. Veith's decision
20 to prescribe carboplatin or and paclitaxel -- sorry
21 carboplatin and docetaxel, correct?
22     A.  As I mentioned to you, I don't have any
23 criticism of Dr. Veith.
24     Q.  Uhm, in your summary regarding Ms. Hughes
25 that is Exhibit 14 that you provided the other day,

1  you don't document any letrozole use past March of
2  2019 --
3      A.  Let me pull up my --
4      Q.  -- is that correct?
5      A.  -- my summary.  Let me see my summary on
6  Hughes.  It's -- the last notes that I have was
7  March of '19 that letrozole was concerned, no change
8  in hair loss, no recovery.  Those were what I got
9  from the notes, the summary.
10     Q.  Do you have any reason to believe
11 Ms. Hughes stopped taking letrozole after March of
12 2019?
13     A.  I don't have any clinic notes to know what
14 happened.  If there's an update, I'm glad to review
15 it, but the records I was provided went through
16 March of '19.
17     Q.  Uhm, and you understand that Ms. Hughes'
18 letrozole course was to go into 2022, correct?
19     A.  Well, I know that was the plan.  I think
20 some people think five years is enough, and some
21 people think since her estrogen was negative on the
22 retest she doesn't need it.
23         So, you know, again, the record I have
24 shows it was felt to be helpful, and she was on it
25 through March of '19.  I don't know what happened

1  after that.
2      Q.  Do you recall Dr. Veith's testimony that
3  Ms. Hughes' letrozole course would go through 2022?
4      A.  I believe -- what I do have is -- see, I
5  did address it somewhere, I believe.  Uhm, I believe
6  it was -- yes, in March of '17, Dr. Veith's note
7  says, discussed extended AI, meaning aromatase
8  inhibitor, five to ten years.  Agreed to continue
9  letrozole.
10         So I -- I did interpret that that he would
11 continue it for 10 years, and it was started uhm, in
12 '12.  So it would go through about May of '22.  I
13 think that was his plan.
14     Q.  And you don't have any criticisms of
15 Dr. Veith's prescription of letrozole for Ms. Hughes
16 correct?
17     A.  I don't have any criticism of Dr. Veith's
18 treatment.
19     Q.  Do you agree with his decision to prescribe
20 docetaxel and carboplatin?
21         MR. GOMEZ:  Objection --
22         THE WITNESS:  I don't have any criticism of
23 his treatment.
24         MS. BENEDICT:  Q.  Was it appropriate for
25 Dr. Veith to consult with MD Anderson when picking

1  an adjuvant chemotherapy for Ms. Hughes?

2       MR. GOMEZ:  Objection to form.

3       THE WITNESS:  Uhm, I think doctors

4  consulting with other experts is a great thing to

5  do.  I think it's a very appropriate center.

6       MS. BENEDICT:  Q.    What is MD Anderson

7  Cancer Center?

8       A.  I'm sorry?

9       Q.  What is the MD Anderson Cancer Center?

10      A.  I'm not giving expert opinion on the MD

11 Anderson Cancer Center qualifications or status.

12      Q.  You cite to MD Anderson in your report as

13 well, right, on page 7 when you're talking about

14 survival rates?

15      A.  I -- I put in there specific published

16 tools.

17      Q.  And you'd consider MD Anderson cancer

18 center an expert in early stage breast cancer

19 treatment, wouldn't you?

20      A.  I think MD Anderson cancer center has

21 experts that are nationally renowned in breast

22 cancer work and research, yes.

23      Q.  Have you, yourself, prescribed a

24 combination of docetaxel and carboplatin?

25      A.  So that is -- if you look to the her2

1  positive regimen, that is one of the more common --

2  that's one of -- probably the most common regimen of

3  is the docetaxel carboplatin for six treatments with

4  Trastuzumab.  Yes, I have prescribed that quite a

5  bit.

6       Q.  On -- if we go back to 2011 and are looking

7  at the MCC and guideline, CMS is not listed as a

8  preferred regimen, correct?

9       A.  What page did we -- can we go back and look

10 at that?  Here, I put them in.  The methods on the

11 other category by then.

12      Q.  My question is it's not listed as a

13 preferred regimen, correct?

14      A.  Right.  But a perfectly appropriate

15 regimen.

16      Q.  Under what circumstances would CMF be

17 appropriate for adjuvant early stage breast cancer?

18      A.  If patients wanted to avoid an

19 anthracycline, it has some of the longest term known

20 efficacy and toxicity data.  It causes significantly

21 less hair loss, but I quote patients about

22 70 percent don't lose their hair temporarily, and

23 then those that do, again, it's exceptionally rare

24 that they wouldn't get it back.

25      So the docetaxel, which has proven PCIA.

1  So, again, talking to patients, they don't want

2  anthracycline.  They may want to avoid docetaxel

3  because of the PCIA and the neuropathy because

4  that's not so common with CMF.  Again, it's

5  discussion with patients.

6       Q.  Do you have an opinion about the risk of

7  PCIA with CMF as compared to a docetaxel-containing

8  regimen?

9       A.  Again, I'm not the --

10      MR. GOMEZ:  Objection to form.

11      THE WITNESS:  Sorry, John.  Go ahead.

12      MR. GOMEZ:  Go ahead.  I made my objection.

13 Thanks.

14      THE WITNESS:  Okay.  So I'm not the expert

15 opinion in that, but defer to Dr. Feigal, who looked

16 and really addressed that.  Again --

17      MS. BENEDICT:  Q.    Do you know if

18 Dr. Feigal reviewed other chemotherapy drugs

19 besides docetaxel for risk of PCIA?

20      A.  If you look at her report, she refers to

21 many of those in the literature, and she did an

22 extensive search.  So I really refer you to her --

23 her extensive work on that.  She is really the

24 expert.

25      Q.  Do you know if Dr. Feigal reviewed clinical

1  trial study reports from other chemotherapy drugs

2  besides docetaxel?

3       A.  If you want to know --

4       MR. GOMEZ:  Objection to form.

5       THE WITNESS:  -- what she specifically

6  reviewed, you could open her report and see

7  specifically what she covered.  I remember she did a

8  very large literature search of trials.

9       MS. BENEDICT:  Q.    And my question is

10 you're -- you're deferring to her, and I'm asking

11 what -- if you know what she did.

12      A.  I've read her report, and so we should look

13 at her report.  It will state specifically what she

14 did.

15      Q.  Do you know if Dr. Feigal reviewed clinical

16 trial data regarding risks of persistent alopecia

17 with other chemotherapy drugs besides docetaxel?

18      A.  The answer that we should open her report

19 where she specifically says what she reviewed in the

20 clinical trials.

21      Q.  And without doing that, you don't know

22 either way?

23      A.  I'm not giving an expert opinion on that.

24 I defer you to Dr. Feigal's report where she

25 reviewed the clinical trial results and did a very

1  detailed analysis of the regimen.
2      Q.  Right.  And I'm asking you do you know if
3  Dr. Feigal reviewed clinical trial results for
4  carboplatin and PCIA?
5      A.  So again --
6          MR. GOMEZ:  Objection to form.
7          THE WITNESS:  -- I'm going to refer you to
8  her report because she will tell you exactly what
9  she referred -- what she reviewed.
10         MS. BENEDICT:  Q.   Right, but you do
11 know.  So if you know, tell me, and if you don't
12 know, tell me you don't know.
13     A.  I rely on Dr. Feigal's report, and so we
14 should look at that, and then we can answer your
15 question.
16     Q.  Looking at her report won't answer my
17 question whether you know or not.  My question is to
18 you, do you know if Dr. Feigal looked at the
19 clinical trial data for chemotherapy drugs other
20 than docetaxel to assess the PCIA?
21     A.  Her notes state as that she did an
22 extensive literature search of clinical trials.
23 That's by definition more than docetaxel, and you
24 should look at her report.  It's very detailed on
25 all those regimens.

1      Q.  And what clinical trial data do you think
2  she looked at other -- what drugs other than
3  docetaxel?
4      A.  So --
5          MR. GOMEZ:  Objection to form.
6          THE WITNESS:  -- let's go to her report.
7          MS. BENEDICT:  Q.   No, I don't -- I'm not
8  asking what's in her report.  I'm asking you what
9  you believe she has looked at.
10         MR. GOMEZ:  Objection to form.
11         THE WITNESS:  I've answered your question.
12         MS. BENEDICT:  Q.   Do you know if
13 Dr. Feigal reviewed clinical trial data related to
14 cyclophosphamide and the risk of PCIA?  I didn't
15 hear your answer.
16     A.  I've answered your question.  Let's open
17 the report, and you can look at it.  That's what I
18 rely on.
19     Q.  Can you answer my question without looking
20 at Dr. Feigal's report?
21     A.  I have answered this question 10 ways for
22 you.  You want to know, let's open her report that I
23 rely on.  She did the literature search.  That is
24 her area of expertise.
25     Q.  Are you aware that persistent alopecia

1  following cyclophosphamide-containing regimens has
2  been reported in the literature?
3          MR. GOMEZ:  Objection to form.
4          THE WITNESS:  Dr. Feigal addressed
5  causation.  I'm aware there's likely thousands of
6  reports of all kinds of things in the literature,
7  and, as we know, a case report is not causation.
8          MS. BENEDICT:  Q.   You can't say with
9  certainty that if Ms. Hughes had taken CMF she would
10 not have experienced persistent hair loss, correct?
11         MR. GOMEZ:  Objection to form.
12         THE WITNESS:  No one has a crystal ball,
13 and any one patient could have any rare side
14 effects.  So that's -- that's not answerable.  The
15 chance I think of it happening is near zero.
16 Whereas, you know, docetaxel has a proven consistent
17 risk in causation of PCIA well-established, and
18 well-established by 2011 as Dr. Feigal addressed as
19 the expert.
20         MS. BENEDICT:  Q.   And your basis for
21 saying that the risk was well established as of 2011
22 is based on the Sanofi European labels, correct?
23         MR. GOMEZ:  Objection to form.
24         THE WITNESS:  No, there are other -- there
25 are other articles of the literature, and Dr. Feigal

1  really went over that in detail as the causation
2  expert.
3          MS. BENEDICT:  Q.   As you sit here today,
4  can you point to any articles in 2011 or before that
5  establish that PCIA with docetaxel?
6      A.  I'm going to refer you to Dr. Feigal who
7  found evidence for docetaxel causation and not for
8  any other drug.
9      Q.  And you don't know if Dr. Feigal looked at
10 any other drugs, do you?
11         MR. GOMEZ:  Objection; form.
12         THE WITNESS:  I've referred to you her
13 statement that she did an extensive literature
14 search of clinical trials.  So she found no other
15 drugs that had causation for PCIA.
16         MS. BENEDICT:  Q.   I think you testified
17 that you can't, without a crystal ball, say what
18 patient is going to experience which particular
19 risks with a particular chemotherapy regimen; is
20 that correct?
21     A.  That's correct.
22     Q.  So you can't say, for example, if
23 Ms. Hughes had taken CMF, if she would have
24 developed some new cancer, which is one of the risks
25 of a CMF regimen, correct?

1      MR. GOMEZ:  Objection to form.
2      THE WITNESS:  You -- you -- the principles
3  I'm speaking of as an expert witness is to share the
4  known scientifically established risks in
5  perspective with the patient.  So had I been
6  counseling on CMF, I would have discussed CMF
7  regimen.
8          If I would have been counseling on others,
9  I would have counseled her in a way to help her
10  understand the tradeoff.  I would have also
11  discussed anthracycline because there's so much
12  misinformation.
13         And then, you know, at some point, even if
14  you discuss PCI risk, the issue is you have to
15  disclose that because it's so important to patients.
16  And withholding that information really hogtied the
17  doctors in being able to provide causation
18  information for really important side effects to
19  patients.  That's what we're here for.
20      MS. BENEDICT:  Q.   Do you agree that
21  doctors should discuss -- should warn about a risk
22  of PCIA with paclitaxel?
23      MR. GOMEZ:  Objection to form.
24      THE WITNESS:  When we do chemotherapy
25  consents, we generally say any rare event could

1  happen with anything.  There is no causation
2  established for paclitaxel.  There is a causation
3  established, as Dr. Feigal has reviewed in detail as
4  the causation expert for docetaxel.
5      MS. BENEDICT:  Q.   And that's because
6  case reports don't establish causation, correct?
7      A.  Case reports are not evidence of causation.
8      Q.  And so if there are only case reports on an
9  adverse event, it's not necessary to disclose those
10  risks because it is not proven causation?
11     MR. GOMEZ:  Objection to form.
12     THE WITNESS:  That's not what I said.  What
13  I said is we generally tell patients any one patient
14  could have an unusual side effect of all the
15  possible things that could happen.
16         What we talked about is what is common, how
17  we might handle it, what the impact on their life
18  might be, uhm, how they may think about that when
19  we're really talking about one, two, or three
20  regimens in comparison.
21         If they eliminate one class, we move to
22  others.  So there's a kind of hierarchy of
23  discussion, and then you tell people anything could
24  happen, but we know, for instance, docetaxel,
25  there's established causation.  And it may be

1  mitigated by cold cap.  So it may be worth raising
2  your head, and we also know from the literature the
3  chance of scalp metastasis are exceptionally rare.
4      MS. BENEDICT:  Q.   Doctor, I'm sorry.  My
5  sound cut out and I have not heard any of that
6  answer.  Court Reporter, could we go back to the
7  last question?
8      A.  Did the court reporter get that?
9      MS. BENEDICT:  I was dropped off the call.
10  I think it was just me.  I couldn't hear and trying
11  to do the time out.
12     MR. GOMEZ:  The court reporter just -- can
13  the court reporter just read back?
14     MS. BENEDICT:  Can you just read back what
15  the last question is.
16     (Record read by the reporter:
17         "QUESTION:  And so if there are only case
18         reports on an adverse event, it's not
19         necessary to disclose those risks because it
20         is not proven causation?")
21     MS. BENEDICT:  Q.   Doctor, you would
22  agree that case reports of an adverse event do not
23  equal causation, correct?
24      A.  That's correct.  Case reports do not
25  establish causation.

1      Q.  Okay.  And if a risk has been reported in
2  case reports, but there's no data on a randomized
3  clinical trial, that is not sufficient to establish
4  causation such that the risk should be disclosed,
5  correct?
6      MR. GOMEZ:  Objection to form.
7      THE WITNESS:  When it comes to causation
8  and the rules, I really refer you to Dr. Feigal to
9  answer your questions.
10     MS. BENEDICT:  Q.   And I'm talking about
11  as a clinician, when is it appropriate to disclose
12  risks to a patient?  Would you do that based on case
13  reports alone?
14     MR. GOMEZ:  Objection to form.
15     THE WITNESS:  You know what?  It's just not
16  a yes or no answer.  It really depends what was
17  found, what was done with it, what it was, where it
18  was published.  It's really depending on details
19  whether I might bring it up with patients or whether
20  you even know about it.
21         Case reports are generally put in journals
22  as potentially hypothesis generating, or they get
23  sent -- you know, again the regulatory process, you
24  should talk to the regulatory person, but they get
25  reported, and then there's a responsibility someone

1  will kind of look at that and see if they think it's
2  important or not.  So it all depends on the details
3  of it.
4        MS. BENEDICT:  Q.   And I understand
5  you're saying you're not the expert in this case on
6  causation.  So you don't have an opinion whether
7  docetaxel causes PCIA.  You defer to Dr. Feigal for
8  that, correct?
9        A.  I defer to her, and her opinion is clear
10 that there's causation for docetaxel and only
11 docetaxel in her review of the literature.
12       Q.  Are you going to offer an opinion that
13 docetaxel causes PCIA?
14       A.  My clinical opinion is that when that's
15 known, it needs to be disclosed because it's
16 meaningfully important to doctors and really to
17 patients.  It's so important to women, that when
18 it's known, it needs to be widely educated on and
19 disclosed to women for use in their shared decision
20 making.
21       Q.  And your report, if you go to page 23 at
22 the very top, you have a sentence that says, "The
23 medical literature has confirmed that temporary hair
24 loss is one of the most distressing side effects to
25 patients."

1        A.  Yes.
2        Q.  Is that your opinion?
3        A.  Yes, I agree with that statement.
4        Q.  And for that statement, you cite to two
5  articles, footnote 26 and 27, and that's
6  Lemieux and McGarvey correct?
7        A.  Yes.
8        MS. BENEDICT:  Could you pull the Lemieux
9  -- Lemieux.
10       (EXHIBIT 38 WAS MARKED FOR IDENTIFICATION.)
11       THE WITNESS:  Is that 38?
12       MS. BENEDICT:  Q.   Yes.  And this is a
13 publication from 2008.  And the title is,
14 Chemotherapy Induced Alopecia and its Effects on
15 Quality of Life Among Women with Breast Cancer, a
16 Literature Review.  The article title says alopecia,
17 not temporary alopecia.  Correct?
18       A.  Sorry.  You're -- you're breaking up there.
19       Q.  Yeah, the article title says alopecia, not
20 temporary alopecia, correct?
21       A.  That word is alopecia, yes.
22       Q.  And, in fact, the article does not
23 specifically describe that the risk is temporary
24 hair loss, correct?
25       A.  I'm sorry.  I'm really having trouble

1  hearing you.
2        Q.  Yeah.  The article that you cite, Lemieux,
3  doesn't specifically say temporary hair loss.  It
4  just says hair loss or alopecia, correct?
5        MR. GOMEZ:  Objection to form.
6        THE WITNESS:  My -- my comment is that,
7  again, in context, temporary is distressing, and
8  permanent is more distressing.  That was the point I
9  was making.
10       MS. BENEDICT:  Q.   And if you look at
11 Table 1, one of the articles that it's relying on,
12 Beisecker, demonstrated that six months after chemo,
13 86 percent of women had problems with hair.
14       A.  It's -- yes.
15       Q.  Back in 1997, this article was discussing
16 problems with hair in 86 percent of women beyond six
17 months after chemotherapy, correct?
18       A.  Six months after means people finish their
19 chemotherapy, and their hair is not growing -- is
20 not fully grown back as is usual in six months.  As
21 you know, it takes about a year.  It grows about a
22 half an inch a month starting 6 to 12 weeks after
23 you finish.  So that's the common thing we tell
24 patients.
25       Q.  And so this article is not distinguishing

1  between permanent and temporary alopecia, correct?
2        A.  I'd have to go back and review whether it
3  really did two-year and one-year and all the other
4  exact criteria it used.
5        Q.  Alopecia was commonly referring to all
6  alopecia, not based on any temporal requirements,
7  correct?
8        A.  No, I don't agree with that.
9        Q.  Does this article say temporary alopecia
10 anywhere in it?
11       A.  I'd have to go rereview it, what they
12 actually did, but my point in citing it was that
13 temporary, which is typical, that hair comes out and
14 grows back, may grow back differently, but doesn't
15 not grow back.  That's different.
16       MS. BENEDICT:  Could you pull up the
17 McGarvey article, please, for the next exhibit.
18 This will be Exhibit 39.
19       (EXHIBIT 39 WAS MARKED FOR IDENTIFICATION.)
20       MS. BENEDICT:  Q.   This is the second
21 article you cite to say that medical literature
22 confirmed that temporary hair loss is one of the
23 most distressing common side effects for patients.
24       A.  This is which one?  McGarvey?
25       Q.  McGarvey.  And this is an article from

Page 315

```
 1   2001.  The McGarvey article also does not describe
 2   alopecia as temporary, correct?
 3       A.  Again, I'd have to --
 4           MR. GOMEZ:  Objection to form.
 5           THE WITNESS:  I'd have to rereview it all
 6   because I used this to talk about hair loss being
 7   emotionally important and distressing for women.
 8           MS. BENEDICT:  Q.   If you look at page
 9   284 in the McGarvey article, it states that hair
10   usually grows back.  You see that?
11       A.  Yes.  Just look at something.  I see that.
12   I'm just going backwards.  Is this an adjuvant or
13   women who also have metastatic?  I just don't
14   remember the paper offhand.
15       Q.  And in describing that hair usually grows
16   back, is it understood that hair sometimes does not
17   grow back?
18           MR. GOMEZ:  Objection to form.
19           THE WITNESS:  That's not generally what it
20   means.  Because we know, as the doctor, to discuss
21   it may grow back a little differently.  So we don't
22   expect your hair never to grow back where you wear a
23   wig for life.  That is not the common expectation
24   from chemotherapy.
25           MS. BENEDICT:  Q.    And what is your basis
```

Page 316

```
 1   for that?
 2       A.  More serious for women than having thinner
 3   hair or hair that grows back curlier or different,
 4   and it may take time after chemotherapy to grow back
 5   versus not grow back.
 6       Q.  Right.  And I'm trying to understand your
 7   basis for your assumption that -- that hair loss is
 8   only known as a temporary side effect with
 9   chemotherapy.  Because we're looking at the two
10   articles you cited, 2008 and 2001, and one included
11   the article from 1997 talking about hair loss
12   persisting and hair loss that doesn't necessarily
13   grow back.
14       A.  So these are some --
15           MR. GOMEZ:  Objection to form.
16           THE WITNESS:  -- statements taken out of
17   context, yeah.
18           MR. GOMEZ:  Just objection to form.
19           THE WITNESS:  You've taken these out of
20   context.  I'm using these because temporary is
21   distressing, and permanent is very distressing.  I
22   made the point that even with temporary hair loss,
23   there are some women that decline chemotherapy let
24   alone permanent.  It's very important that that gets
25   disclosed.  So it can be taken into consideration in
```

Page 317

```
 1   their decision.
 2           MS. BENEDICT:  Q.    And you would agree,
 3   though, that there's statements in the literature
 4   going back prior to 2011 that alopecia related to
 5   chemotherapy may not be temporary, correct?
 6           MR. GOMEZ:  Objection to form.
 7           THE WITNESS:  Well, I -- I did not search
 8   the literature for statements on that.  And as I've
 9   said, any passive effect, this could happen to
10   someone somewhere.  That's not causation.  We're
11   talking about disclosing known risks that are
12   established scientifically, as Dr. Feigal discussed
13   in the docetaxel causation.
14           MS. BENEDICT:  Q.    The docetaxel drug
15   labels that you reviewed, have any of them used
16   temporary or any other caveat to alopecia as a
17   reported adverse event?
18       A.  So, again, I'm not --
19           ATTORNEY 2:  Objection to form.
20           THE WITNESS:  -- the label -- I'm not your
21   label expert, and you have expert opinion on that
22   from others.  That's not my area of expert opinion
23   in this case.
24           MS. BENEDICT:  Q.    So you don't know
25   what's in the docetaxel labels regarding alopecia?
```

Page 318

```
 1       A.  I'm not going to address the label as an
 2   expert in this case.
 3       Q.  And you don't have any opinion on the
 4   adequacy of Accord's docetaxel label regarding
 5   alopecia, correct?
 6           MR. GOMEZ:  Objection to form.
 7           THE WITNESS:  I don't know how many times
 8   you want to ask the same question.  I've told you
 9   before I don't have any expert opinion on the Accord
10   label regulatory processes.
11           MS. BENEDICT:  Q.    The word alopecia
12   means hair loss, correct?
13           MR. GOMEZ:  Objection to form.
14           THE WITNESS:  Uhm, you have to look it up,
15   the definition.  Generally when we see alopecia,
16   that's a medical term for hair loss.
17           MS. BENEDICT:  Would you pull up the Accord
18   docetaxel label from 2011, Madeline?  All right.
19   This is Accord's docetaxel label from 2011.  Will be
20   Exhibit 40.
21           (EXHIBIT 40 WAS MARKED FOR IDENTIFICATION.)
22           THE WITNESS:  40?
23           MS. BENEDICT:  Q.    Yeah.  If you could go
24   to the side effects, it includes a list of the most
25   common side effects, which includes hair loss.
```

1          Do you see that?
2      A.  Again, I'm not here to comment on your
3  label.  You have an expert, regulatory expert, that
4  has commented on this.  This is not the area of my
5  expert opinion.
6      Q.  And are you going to give any opinions on
7  how a doctor might interpret the language in the
8  label?
9          MR. GOMEZ:  Objection to form.
10         THE WITNESS:  I put my opinions in my
11 report.  The label and the regulatory disclosure is
12 by a different expert.
13         MS. BENEDICT:  Q.    Right, and I'm not
14 talking about the regulatory requirement of the
15 label.  Right now I'm asking you about the clinical
16 side of it and if you're going to offer opinions
17 about how a doctor might interpret the language in
18 the label?
19         MR. HOLDEN:  Objection to form.
20         THE WITNESS:  My expert opinion is based on
21 the doctor talking to a patient about the known
22 causation of docetaxel for PCIA with no other
23 chemotherapy, having that established causation and
24 talking about the perspective of the impact on the
25 patient.

1          MS. BENEDICT:  Q.    Do you see any
2  temporal qualifiers with hair loss in the document
3  in front of you?
4      A.  So, again, I'm not an expert on this
5  document.  You have experts who have addressed it.
6      Q.  So the docetaxel label that Accord had in
7  2011 lists the side effects that are common,
8  including hair loss, and then below that it says,
9  "Tell your doctor if you have any side effect that
10 bothers you or does not go away."
11         Do you agree it would be reasonable for a
12 patient to interpret that language to mean the
13 listed side effects might not go away?
14         MR. GOMEZ:  Objection to form.
15         THE WITNESS:  Again, I am not going to talk
16 about the label.
17         MS. BENEDICT:  Q.    Do you recall
18 Dr. Veith's testimony that he did not read the
19 Accord docetaxel label?
20         MR. GOMEZ:  Objection to form.
21         THE WITNESS:  Again, you want to put it up
22 and we can look at that?
23         MS. BENEDICT:  Q.    You don't recall?
24     A.  Not offhand.  There were the two doctors
25 and a lot of depositions here.  If you want to bring

1  up that statement, I'm glad to review it with you if
2  you think it's there.
3      Q.  Sure.  It's at page 91, 14 through 21, and
4  I'll read it to you.  That might be -- I don't know
5  if you have it quickly assessable.
6  Dr. Veith says --
7          MR. GOMEZ:  Is this Exhibit -- hold on.
8          MS. BENEDICT:  Q.    Uhm, Have you read the
9  full prescribing information for Taxotere?
10         "Answer:  Well, that's in the PDR.  It's
11 the full prescribing information.  I'm not sure I
12 read it word for word, but I looked it over, the
13 major sections and the highlights and such.
14         "You said you took a look at the PDR today.
15 When was the last -- or in preparation for the
16 deposition.  When was the last time that you read
17 either the PDR or the full prescribing information
18 from another source for docetaxel?
19         "Probably right around the time it first
20 came out, whenever that was."
21         So if Dr. Veith only looked at the PDR, he
22 was looking at the branded Taxotere information for
23 docetaxel, correct?
24         MR. GOMEZ:  Objection to form.
25         THE WITNESS:  Actually, I don't -- I don't

1  know that the PDR has only branded.  I'm not an
2  expert at PDR.  I actually don't know the answer.
3          MS. BENEDICT:  Q.    And if he hadn't
4  looked at the PDR information since docetaxel first
5  came out, he wouldn't have looked at it years later
6  when Accord's docetaxel was approved, correct?
7          MR. GOMEZ:  Objection to form.
8          THE WITNESS:  I can't assume what he would
9  have done or not done.
10         MS. BENEDICT:  Q.    Well, he testifies
11 that that was the last time that he looked at it.
12     A.  Is that a question?
13     Q.  Does that make sense to you -- yeah, does
14 it make sense to you based on that that Dr. Veith
15 would not have read specifically Accord's docetaxel
16 labels?
17         MR. GOMEZ:  Objection; form.
18         THE WITNESS:  Yeah, I don't think those are
19 related topics.  The package inserts come with the
20 bottles.  Every bottle you got the package insert.
21         MS. BENEDICT:  Q.    Do doctors read the
22 package inserts every time they get a new bottle of
23 docetaxel?
24         MR. GOMEZ:  Objection to form.
25         MS. BENEDICT:  Q.    Is that common

Page 323

1 practice?
2     A.  I don't believe it's a common practice.
3 But when you have a question, you certainly go to it
4 because it's right there in the clinic.
5     Q.  Do the doctors always know which docetaxel
6 manufacturer the patient is using?
7     MR. GOMEZ:  Objection to form.
8     MS. BENEDICT:  Q.    Let me ask that a
9 better way.
10    Do doctors always know who manufactures the
11 docetaxel that they're giving to their patients?
12    MR. GOMEZ:  Objection to form.
13    THE WITNESS:  Do doctors always know?  That
14 seems kind of a loaded question.  I don't think
15 anyone always knows that.
16    MS. BENEDICT:  Q.    If a generic is
17 substituted for a brand name, such as done with
18 docetaxel, is that something that is important to
19 the prescribing doctor?
20    MR. GOMEZ:  Objection to form.
21    THE WITNESS:  I think that depends on what
22 the issues are.  If the patient has a reaction, we
23 go and grab the box and the bottle and the package
24 because it's right there in the clinic.  So, in
25 general, the clinics make those decisions.

Page 324

1     MS. BENEDICT:  Q.    Are you aware of
2 Ms. Hughes having any specific reaction during her
3 chemotherapy which would have led Dr. Veith to go
4 read the docetaxel label?
5     MR. GOMEZ:  Objection to form.
6     THE WITNESS:  Uhm, I -- I don't think I
7 took notes or read every one of her infusions to
8 really recall if there was any problem with that.
9     MS. BENEDICT:  Q.    Do you have any reason
10 to believe that Dr. Veith read Accord's docetaxel
11 the label?
12    MR. GOMEZ:  Objection to form.
13    THE WITNESS:  I think you read his
14 deposition.  He said he didn't.  I mean, we couldn't
15 see it there, but I assume you were reading from it.
16    MS. BENEDICT:  Q.    And you're not
17 critical of Dr. Veith for that, are you?
18    A.  I believe I stated --
19    MR. GOMEZ:  Objection to form.
20    THE WITNESS:  -- I'm not criticizing
21 Dr. Veith.
22    MS. BENEDICT:  Q.    Generally, how do
23 physicians learn about the medicines they prescribe?
24 Specifically, how do oncologists learn about
25 chemotherapy drugs?

Page 325

1     A.  Well, initially, they learn about it from
2 the reports of the registration trials where there
3 is the real intensive look at toxicity signals.
4 Then subsequent literature, discussions,
5 conferences, early on, drug rep.
6     Drug reps take it really seriously, uhm,
7 but they are limited.  You know, they can be limited
8 in what they tell you based on what the drug company
9 instructs.  Uhm --
10    Q.  Do they initially learn about the
11 chemotherapy drugs in medicine -- medical school and
12 their residency and fellowship?
13    A.  Well, there are pharmacology courses where
14 we learn about toxicity at the beginning.  So
15 they're general, and general toxicity is because
16 it's so specific to individual treatment.  Certainly
17 in residency, if you're giving chemotherapy, your
18 instructors will start to teach you how to talk
19 about it.  Fellowship, you might -- it's lots of
20 different ways you might learn about it.
21    Q.  I think you mentioned reading medical
22 journals is one of the ways?
23    A.  Yes, and that's very variable as doctors
24 get really busy in practice, and so, you know,
25 common education handouts that really codify some of

Page 326

1 those toxicities, as we're seeing now.
2     UpToDate is a major source people use now
3 because it's so succinct and well referenced and
4 well written.  And they, again, work to keep
5 up-to-date with knowledge that's disclosed.
6     Q.  And I think you also said doctors may
7 attend conferences, learn about chemotherapy drugs
8 that way?
9     A.  Yes.  And when there's significant new
10 information, you get a Dear Doctor letter.  The FDA
11 says, hey, this is really potentially important, and
12 you get a letter on a new toxicity that tends to be
13 a drug that's already on the market, and they see a
14 new toxicity that could be a doctor letter.
15 They're, you know --
16    Q.  Conferences.  Doctor, yeah, sorry.  My
17 question was do doctors learn about this at
18 conferences?
19    A.  Oh, so if -- there can be conference
20 discussions about this, yes.
21    Q.  And do doctors also learn about
22 chemotherapy drugs from on-line sources?
23    A.  They can.
24    Q.  And I think you mentioned that they talk to
25 their colleagues, which would be, like, when Dr.

1  Veith called MD Anderson, correct?
2      A.  Yes.
3      Q.  And is it reasonable for a treating
4  oncologist to rely on the brand name, disclosed
5  risks, even if their patient receives a generic of a
6  particular chemotherapy drug?
7      MR. GOMEZ:  Objection to form.
8      THE WITNESS:  Again, I'm really not the
9  regulatory expert about that and the label and the
10  requirements of the label and what the doctor is --
11  uhm, can learn differently.  That really has been
12  addressed.
13      MS. BENEDICT:  Q.    Right, and I'm asking
14  you in clinical practice what's reasonable for the
15  doctor to do.  Is that a reasonable thing for the
16  doctor to rely on -- let me ask my question.
17      In clinical practice is it
18  reasonable for --
19      A.  Can't --
20      Q.  Can you hear me?
21      A.  No, you're -- it's really breaking up.
22      Q.  How's this, Doctor?
23      A.  I'm sorry.
24      Q.  Can you hear me now?
25      A.  It's really scratchy and breaking up.

1      Q.  Is everybody -- anybody else, is my sound
2  bad generally, or is it just fading a little bit?
3      VIDEOGRAPHER:  This is Chris, the
4  videographer.  You seem to be coming no clear.
5      THE WITNESS:  I got that last.  Maybe
6  everybody who wasn't talking's on mute.  I don't
7  know.  It really was so scratchy I can't hear you.
8      MR. MICELI:  Hey, you guys were talking
9  over each other -- Mollie, you guys were talking
10  over each other a little bit.  When one talks, you
11  hear one but not the other, so I'm just -- that's
12  just what I'm noticing, but --
13      MS. BENEDICT:  Q.    All right.
14  Dr. Bosserman, I know it's a little challenging to
15  do this remotely.  I'm going to try one more time,
16  and I'll try to go slowly.  My question is about in
17  clinical practice, is it reasonable for a doctor to
18  rely -- you can't hear me?
19      A.  No.
20      Q.  I'll try it again.  In clinical practice,
21  is it reasonable for a doctor to rely on the label
22  of the brand name chemotherapy drug, even when a
23  generic is what's being used by his patient?
24      MR. GOMEZ:  Objection to form.
25      THE WITNESS:  Again, I don't have an

1  opinion on that.  When there's new information
2  known, doctors expect that to be disclosed.
3      MS. BENEDICT:  Q.    All right.  If we
4  could look at the Louisiana medical disclosure as
5  the next exhibit.
6      (EXHIBIT 41 WAS MARKED FOR IDENTIFICATION.)
7      MS. BENEDICT:  Q.    Dr. Bosserman, I'm
8  marking as the next exhibit part of the
9  documentation of the informed consent for
10  Ms. Hughes.
11      A.  Is that 41?
12      Q.  40.
13      A.  I thought 40 was the label you were going
14  to talk about.
15      MR. MICELI:  Mollie, I have 40 as the
16  Accord label.  39 was McGarvey.
17      MS. BENEDICT:  Q.    All right.  So this
18  will be 41.  Give us a second to re-mark it.
19  Thanks.  Thank you for that.
20      All right.  This is one of the informed
21  consent forms that Ms. Hughes signed, and these are
22  the risks as determined by the Louisiana Medical
23  Disclosure Panel that accompanied the warnings
24  related to docetaxel.
25      If you can Zoom in, it states, "The risks

1  as determined by the Louisiana Medical Disclosure
2  Panel are," and it includes hair loss as the first
3  listed risk, correct?
4      A.  Was there a question?
5      Q.  Yeah.  I said, it includes -- this is the
6  risk for docetaxel, the consent form that Ms. Hughes
7  signed with the risks determined by the Louisiana
8  Medical Disclosure Panel, and my question is, it
9  includes hair loss as the first listed risk,
10  correct?
11      A.  Hair loss is on that, yes.
12      Q.  It doesn't say permanent hair loss, does
13  it?
14      A.  It does not.
15      Q.  Do you have any reason to believe that the
16  Louisiana Medical Disclosure Panel would not warn of
17  a risk if it was well-known and considered
18  important?
19      MR. GOMEZ:  Objection; form.
20      THE WITNESS:  So, again, that regulatory
21  knowledge, uhm, I believe if they were aware of
22  that, they would have included that differential.
23      MS. BENEDICT:  Q.    The Louisiana Medical
24  Disclosure Panel is not affiliated with any of the
25  drug companies, to your knowledge, correct?

Page 331

1        MR. GOMEZ:  Objection to form.
2        THE WITNESS:  I don't really know who the
3   panel is and what they're made up of.
4        MS. BENEDICT:  Q.   Any reason to dispute
5   that the panel is medical doctors with the goal of
6   informed patient decision making and well-being?
7        MR. HOLDEN:  Objection to form.
8        THE WITNESS:  I honestly don't know who
9   they are, to be honest.  I don't know the rules of
10  that board and who -- what it's composed of, that
11  patient advocate --
12       MS. BENEDICT:  Q.   Do you know that --
13       A.  I don't know who is on it.
14       Q.  You don't know that in Louisiana they --
15  that the Louisiana Medical Disclosure Panel provides
16  recommended risks for disclosure for specific
17  medications, including docetaxel?
18       A.  I remember --
19       MR. GOMEZ:  Objection to form.
20       THE WITNESS:  -- but I don't know who is on
21  the panel.  You asked specifics.  I don't know what
22  it's made up of.  I know somewhere on this form, I
23  believe, who made the form, but I don't remember
24  reading who -- up here.
25       MS. BENEDICT:  Q.   Any reason to believe

Page 332

1   that the Louisiana Medical Disclosure Panel would
2   not include permanent hair loss if it was a
3   well-known risk at the time?
4        MR. GOMEZ:  Objection; form.
5        THE WITNESS:  I believe if they knew it,
6   they would have disclosed it.
7        MS. BENEDICT:  Q.   It's true that
8   docetaxel is still commonly prescribed and used by
9   oncologists in treating adjuvant breast cancer,
10  correct?
11       A.  I'm sorry.  You're breaking up.
12       Q.  Yeah.  It's true that docetaxel is still
13  commonly prescribed and used by oncologists to treat
14  adjuvant breast cancer, correct?
15       A.  Docetaxel is still used to treat adjuvant
16  breast cancer, yes.
17       Q.  Even after the label has been updated to
18  reflect reports of persistent alopecia, correct?
19       A.  It is used with disclosure of that so that
20  women can consider it in their options.
21       Q.  And Dr. Veith testified he can't recall any
22  breast cancer patients refusing treatment with
23  docetaxel since he's incorporated warning of
24  persistent alopecia.  Do you recall that testimony?
25       A.  I don't recall --

Page 333

1        MR. GOMEZ:  Objection to form.  Go ahead.
2        MS. BENEDICT:  Q.   You don't recall?
3        A.  I don't recall him saying that.  And
4   again --
5        Q.  Do you recall Dr. Veith's testimony that
6   the warning would not have impacted his decision to
7   recommend the docetaxel regimen to Ms. Hughes?
8        MR. GOMEZ:  Objection to form, and let
9   her --
10       THE WITNESS:  I think --
11       MR. GOMEZ:  -- finish please.
12       THE WITNESS:  I think we discussed that
13  already.
14       MS. BENEDICT:  Would you read the question
15  back, please?  I think it was a new question, but --
16       (Record read by the reporter:
17       "QUESTION:  Do you recall Dr. Veith's
18       testimony that the warning would not have
19       impacted his decision to recommend the
20       docetaxel regimen to Ms. Hughes?")
21       MS. BENEDICT:  Q.   Do you recall that
22  testimony?
23       MR. GOMEZ:  Objection; form.
24       THE WITNESS:  I believe you and I reviewed
25  this earlier.

Page 334

1        MS. BENEDICT:  Q.   And can you remind me
2   your answer?  Because I don't recall.
3        A.  I don't recall my answer.
4        Q.  Can you answer the question anew, then?
5   Because I don't remember.  I don't think I asked you
6   before, but if you did, I don't remember it.
7        Do you recall Dr. Veith's testimony that
8   the warning regarding persistent cases of permanent
9   alopecia on docetaxel would not have impacted his
10  decision to recommend docetaxel to Ms. Hughes?
11       MR. GOMEZ:  Objection to form.
12       THE WITNESS:  I think you and I pulled up
13  his deposition where he said something to the
14  effect, and then the question was, if you knew it,
15  would you disclose it?  He said yes.  I think we
16  reviewed that earlier.
17       MS. BENEDICT:  Q.   I think that was with
18  the other plaintiff, Wanda Stewart.
19       A.  Okay.  That's possible so maybe you should
20  pull up what Dave said.
21       Q.  Sure.  Umm, it's on page 97, and I'm not
22  sure we have it in an exhibit, but I'll read it to
23  you.  I don't know if I have the whole context, but
24  if you have Dr. Veith's deposition.
25       "-- if it would have changed your decision

1 to recommend?
2       "Answer:  My rec -- oh, yeah, my decision
3 to recommend?  No, it wouldn't because that was what
4 had been suggested as an alternative.  But if she
5 said no, then I might have gone to my original one,
6 which was Taxotere plus cyclophosphamide."
7       That's a little out of context.  The
8 testimony is asking him about --
9       A.  You read him saying that.  I thought he
10 said more subsequently.
11      Q.  See if we can pull it up.  So I think
12 you're saying you don't recall Dr. Veith's testimony
13 on whether the updated warning on cases of
14 persistent alopecia would have impacted his
15 prescribing decision, correct?  Looks like we've
16 lost --
17      A.  Are you there?  It just cut me off.
18          (EXHIBIT 42 WAS MARKED FOR IDENTIFICATION.)
19      MS. BENEDICT:  Q.   I can hear you now.
20 Do you want to take just a second and read the
21 highlighted portions of what is now Exhibit 42?
22      A.  You're completely broken up.  I didn't hear
23 anything that you said.
24      Q.  Could you read the highlighted portions of
25 what we've marked as Exhibit 42?

1       A.  Oh.
2       Q.  Which is pages 94 to 97 of Dr. Veith's
3 deposition?
4       A.  So you want me to read this area that you
5 chose to highlight?
6       Q.  You can see more if you would like, but I'm
7 going to ask you about the highlighted section.
8       VIDEOGRAPHER:  Counsel, just let you know
9 we have 15 minutes left until the disc change.
10      THE WITNESS:  So I've read that and the
11 part in between.
12      MS. BENEDICT:  Q.   Okay.  And my question
13 is would you agree that Dr. Veith testified that the
14 warning regarding cases of permanent alopecia
15 recorded with docetaxel would not have impacted his
16 decision to recommend the docetaxel regimen to
17 Ms. Hughes?
18      A.  Well --
19      MR. GOMEZ:  Objection; form.
20      THE WITNESS:  He said he would recommend
21 it, but he would have let -- if he knew, he would
22 have let her know, and if her decision was
23 different, he would have listened to that.  So,
24 again, there's -- this is kind of a --
25      MS. BENEDICT:  Q.   And I move to strike

1 everything after "he would have recommended it"
2 because that was my question.  He said he would have
3 recommended it, correct?
4       A.  Uhm --
5       MR. GOMEZ:  Again, objection; form.  I
6 think you're, in fairness, not allowing her to
7 answer the question.  So I don't think the motion to
8 strike will be well received, but if you want her to
9 answer again, you can.
10      Go ahead, Doctor.
11      THE WITNESS:  Yeah, I mean, he's saying if
12 he had known it, he might have let her know it and
13 see what her decision might be, and, yes, he was
14 recommending it because the MD Anderson, and she
15 might have agreed to do it.  He didn't know what she
16 would decide, but he would have -- would have --
17 would have let her know, and that his recommendation
18 was for that, but he would have changed it if -- my
19 sense as I read this in context is that he would
20 have been willing to offer something different if
21 that was important to her.
22      MS. BENEDICT:  Q.   Yeah, and I'm not
23 asking about what he would have offered her if she
24 had refused it.  I'm asking about whether he would
25 have recommended it, but we'll move on.  We'll let

1 the testimony speak for itself.
2       Let's look at the materials reviewed that
3 you include in your reliance materials that have --
4 there are 21 articles, correct?  I think that's
5 right.
6       A.  I don't -- I didn't count them because it's
7 still really scratchy coming through.  Go ahead.
8       Q.  None of the literature in your reliance
9 involves patients who receive docetaxel, 120 mg, and
10 carboplatin for six cycles every two weeks followed
11 by letrozole, correct?
12      A.  I'd have to go look at my list to answer
13 that question.
14      Q.  That is the regimen that Ms. Hughes
15 received, correct?
16      A.  Well, she received the chemo regimen, and
17 I -- I did put in those two Phase II papers, one on
18 docetaxel carbo and one on Taxol docetaxels, and
19 you're both being evaluated.
20      Q.  None of the patients in your literature
21 cited received the specific regimen of docetaxel and
22 carboplatin followed by letrozole that Ms. Hughes
23 received, correct?
24      A.  I'm not sure that's true because in general
25 in trial cases that go on to hormone positive go on to

Page 339

1   get endocrine therapy.  So I can't say no to that.
2        Q.  Which -- which article has the same
3   treatment course that Ms. Hughes -- which article
4   includes the same chemotherapy treatment course as
5   Ms. Hughes?
6        A.  I would have to go look at them.
7        Q.  You think there are some, though?
8        A.  Again, I'm not here to -- I didn't really
9   look at that as a regimen.  People -- generally when
10  they publish chemotherapy trials, they'll go on to
11  say so many were hormone positive got hormonal
12  therapy.  So I would have to take a look at each of
13  those.
14       Q.  All right.  Uhm, new subject.  If a
15  patient's alopecia was resolved, was treated with
16  topical Minoxidil, would you still consider it
17  permanent?
18       MR. GOMEZ:  Objection to form.
19       THE WITNESS:  Yeah, I'm -- I'm not a
20  Minoxidil expert.  So I think you have to go to the
21  hair loss experts for that who are giving expert
22  opinion.
23       MS. BENEDICT:  Q.   And as a clinician,
24  you, uhm, you don't have any comment on what's
25  considered permanent hair loss?

Page 340

1        A.  Well, I think we -- you know, the
2   definition is in there, and, you know, people that
3   are wearing a wig after time.  The time frame in
4   that are our hair loss experts addressing that.
5        Q.  So you're not going to offer any opinions
6   about what's considered permanent hair loss,
7   correct?
8        A.  That is the expert opinion of our hair loss
9   expert, who will talk to that point.
10       VIDEOGRAPHER:  10 minutes, Counsel.
11       MS. BENEDICT:  Yeah, let's go ahead and
12  take a break.  Thanks.
13       VIDEOGRAPHER:  Off the record.  The time is
14  the 12:36.
15       (The deposition was in recess from 12:36 to
16       12:53.)
17       VIDEOGRAPHER:  Back on the record.  The
18  time is 12:53.
19       MS. BENEDICT:  Q.   Dr. Bosserman, do you
20  warn patients of a risk of persistent alopecia when
21  prescribing endocrine therapies, such as letrozole?
22       A.  You're asking what I do in my clinical
23  practice or an expert opinion?
24       Q.  Do you warn patients of a risk of
25  persistent alopecia with endocrine therapy, such as

Page 341

1   letrozole?
2        MR. GOMEZ:  Objection to form.
3        THE WITNESS:  I'm not -- I'm not really
4   here to give an expert opinion on aromatase
5   inhibitors and hair loss.
6        MS. BENEDICT:  Q.   Are you refusing to
7   answer the question?
8        A.  I'm saying I'm not giving expert opinion on
9   that topic.
10       Q.  I'm not asking for your expert opinion.
11  I'm asking what you do in your practice.
12       MR. GOMEZ:  Objection to form.
13       THE WITNESS:  But I'm an expert opinion on
14  oncology, chemotherapy, in this case on the
15  standards and the treatment and the shared decision
16  making.  So things that are known or common side
17  effects in the perspective are things that doctors
18  discuss with their patients.
19       MS. BENEDICT:  Q.   So you have no
20  opinions on the roll of letrozole in Ms. Hughes's
21  treatment?
22       A.  I am not giving --
23       MR. GOMEZ:  Objection to form.
24       THE WITNESS:  -- an expert opinion on the
25  role of aromatase inhibitors in hair loss.  There

Page 342

1   are hair loss experts --
2        MS. BENEDICT:  Q.   Are you aware -- are
3   you aware that endocrine therapy, including
4   letrozole, comes with a risk of persistent alopecia?
5        MR. GOMEZ:  Objection to form.
6        THE WITNESS:  Uhm, you know, again, I'm
7   aware, you know, commonly from my experience if
8   there's hair thinning and some people go off of it
9   so their hair grows back, I'm -- you know, it's very
10  different kind of hair loss and the hair loss expert
11  would address that.  It's obviously not PCIA.
12  Endocrine therapy isn't chemotherapy.
13       MS. BENEDICT:  Q.   It's obviously not --
14  oh, PCIA, right?  It's, in fact, called ECIA or EI,
15  endocrine induced?
16       A.  Permanent chemotherapy induced alopecia.
17  PCIA, yeah.
18       MS. BENEDICT:  And could we pull up the
19  Freites-Martinez 2019 article, please?
20       (EXHIBIT 43 WAS MARKED FOR IDENTIFICATION.)
21       THE WITNESS:  Which is this one?
22       MS. BENEDICT:  Q.   Freites-Martinez.
23  This is in -- cited in your report in Table 2, but
24  you're not going to offer any opinion -- this is --
25  sorry.  This is Assessment of Quality of Life and

1  Treatment Outcomes of Patients With Persistent Post
2  Chemotherapy Alopecia.  This article also covers
3  letrozole, but you're not going to offer any
4  opinions about alopecia related to letrozole,
5  correct?
6      A.  That is correct.
7      Q.  And in the abstract, this describes a
8  retrospective cohort of 192 women with cancer
9  treated with cytotoxic agents who received a
10 clinical diagnosis of persistent alopecia, 98 with
11 PCIA and 94 with EIAC, which we've established is
12 endocrine induced, correct?
13     A.  I'm -- I'm sorry.  What were -- what were
14 the other terms?
15     Q.  This is --
16     A.  Retrospective outcome and study is not a
17 causation study.
18     Q.  With 192 women.  Your reliance materials,
19 uhm, who received a clinical diagnosis of persistent
20 alopecia, 98 with PCIA and 94 with EIAC.
21     A.  Okay.
22     Q.  Is that accurate?
23     A.  That you read the English?  Yes.
24     Q.  Okay.  This is what the study reported?
25     A.  This retrospective multicenter study, so,

1  again, it's a retrospective study, and, you know,
2  looked at this.  It's not a causation study.
3      Q.  And if you go to page 724, which is the
4  second page of the PDF.  I think we can pull it up.
5  In defining EIAC patients, it says, quote, "Patients
6  previously treated with cytotoxic chemotherapy with
7  complete hair regrowth after chemotherapy confirmed
8  by physician; association with endocrine therapy."
9      Have I read that correctly.
10     A.  This is a retrospective study.  So it
11 wasn't set up to actually monitor all of that in an
12 appropriate way to understand the full outcome or
13 causation.
14     These were a select group of people that
15 were seen with clinical hair loss, and they went
16 back and tried to figure out these parameters.
17     Q.  Right.  And so this study is defining that
18 EIAC, or the patients with permanent hair loss from
19 endocrine therapy, in patients who had -- their hair
20 had completely regrown after the chemotherapy before
21 they started the endocrine therapy.  Correct?
22     A.  Well, that's what it says --
23     MR. GOMEZ:  Objection to form.
24     THE WITNESS:  -- but we have no criteria
25 for what that actually means.

1      MS. BENEDICT:  Q.  And in this article,
2  55 percent of the patients taking letrozole reported
3  endocrine induced alopecia, correct?  And maybe we
4  can --
5      MR. GOMEZ:  Objection to form.
6      MS. BENEDICT:  Q.  -- put that --
7      A.  I haven't reviewed the details because this
8  is not a causation study, and --
9      Q.  But you put it in your reliance materials,
10 correct?
11     A.  I read it, yeah, but, again, what I read it
12 for --
13     Q.  And cited it in your -- and cited it in
14 your report?
15     A.  Yeah.  Again, Dr. Feigal will address
16 causation, and the hair loss expert will address
17 these different types of hair loss between
18 chemotherapy, and we're really here for Taxotere
19 chemotherapy, correct?
20     Q.  Well, she took letrozole as well as
21 docetaxel, correct?
22     A.  She took letrozole, yes.
23     Q.  And, in fact, is still taking letrozole, as
24 far as you know, correct?
25     A.  Well, as I said, I only have records for

1  2019.  So I don't know for a fact that she's still
2  on it.  I know the plan was, but I don't know that
3  fact.
4      Q.  Okay.  And what I asked you to confirm a
5  second ago is that this study reported the
6  55 percent of the patients taking letrozole reported
7  endocrine-induced alopecia, correct?
8      MR. GOMEZ:  Objection to form.
9      THE WITNESS:  I'd have to look back.  I
10 think is it the 55 of the patients, they had had
11 previous chemo, and a selected group of people that
12 were ready being evaluated for hair loss?
13     MS. BENEDICT:  Q.  Right, with
14 endocrine-induced alopecia as defined hair growth in
15 between the chemotherapy and the beginning of
16 letrozole.
17     A.  So they all had chemotherapy beforehand?
18     Q.  Yes.  Can you answer my question?
19     A.  I'm sorry.  What was the question?
20     Q.  Yes.  According to this study, 55 percent
21 of the patients in this cohort taking letrozole
22 reported endocrine-induced alopecia, correct?
23     A.  Let me see what they say here.  There are
24 94 women that they claim have endocrine-induced
25 alopecia, and they have 30 --

1    Q.  32 out of 58, which is 55 percent.
2    A.  58 had aromatase inhibitors, and of the
3  aromatase inhibitors, half of them got letrozole.
4  32 patients got letrozole.
5        MS. BENEDICT:  Okay.  Could we pull up the
6  Fonia article, please?  And this is another article
7  cited in your reliance list?
8        (EXHIBIT 44 WAS MARKED FOR IDENTIFICATION.)
9        THE WITNESS:  Is this number 43?
10       MS. BENEDICT: Q.    44.
11   A.  What was 43?
12   Q.  I don't know, but we have it marked at the
13  top of the screen.
14   A.  42 is the Freites-Martinez paper we just
15  looked at.  Did I miss one?
16   Q.  43 was Freites-Martinez?
17       MR. MICELI:  42 was the Veith depo.
18       THE WITNESS:  Okay.  Okay.  I thought that
19  was much earlier.  Okay.  Right.  Thank you.  This
20  is --
21       MS. BENEDICT: Q.    The Fonia article,
22  which was cited in your reliance list, correct?
23   A.  Yes.  You know, again, my list of things
24  reviewed, yes.
25   Q.  And this is Permanent -- entitled Permanent

1  Alopecia in Patients with Breast Cancer After Taxane
2  Chemotherapy and Adjuvant Hormonal Therapy.
3    A.  Uh-huh.
4    Q.  Clincopathologic Findings in a Cohort of 10
5  Patients, correct?
6    A.  That is the title.
7    Q.  This is from 2017, correct?
8    A.  March of '17, uh-huh.
9    Q.  And, in fact, this article suggests that
10  hormone therapy is an important co-factor in
11  persistent alopecia following chemotherapy, correct?
12   A.  Again --
13       MR. GOMEZ:  Objection to form.
14       THE WITNESS:  -- I didn't cite -- I didn't
15  cite or rely on this paper in my report because I'm
16  addressing chemotherapy.
17       MS. BENEDICT: Q.    So we should take this
18  article off of your reliance list?
19       MR. GOMEZ:  Objection to form.
20       THE WITNESS:  I believe your request was
21  that anything I looked at, related, get reported,
22  and, as you know, I rely on Dr. Feigal for causation
23  and the air loss experts for the hair loss experts,
24  expertise.
25       MS. BENEDICT: Q.    Do you agree that this

1  article reports that hormone therapy is an important
2  co-factor in persistent alopecia following
3  chemotherapy?
4    A.  I'm not an expert on this --
5        MR. GOMEZ:  Objection -- did you finish
6  your answer, Doctor?
7        THE WITNESS:  Yeah.  I mean, I'm not an
8  expert.  You know, we're discussing informed consent
9  for chemotherapy.  That is my area of expertise that
10  I'm commenting on.  The separate discussion is the
11  decision making and informed consent for endocrine,
12  which is not the topic of this expertise.  The hair
13  loss expert will discuss these findings, and the
14  causation expert will discuss causation.
15       MS. BENEDICT: Q.    And do you agree that
16  this article reports that antiestrogen hormonal
17  adjuvant therapy also represents an important
18  co-factor in persistent alopecia following
19  chemotherapy?
20       MR. GOMEZ:  Objection to form.
21       THE WITNESS:  I don't have an expert
22  opinion on this paper.
23       MS. BENEDICT: Q.    Did you take hindsight
24  bias into account when forming your opinions on what
25  should have been consulted -- what Ms. Hughes should

1  have been consulted on?
2    A.  I'm sorry, but that was really scratchy.
3  Can you repeat that?
4    Q.  Sure.  Did you take hindsight bias into
5  account in forming your opinions on what risks
6  should have been disclosed to Ms. Hughes regarding
7  permanent alopecia?
8        MR. GOMEZ:  Objection to form.
9        THE WITNESS:  So I think it's clear that
10  our experts will talk about the regulatory
11  requirements and disclosure and causation, and my
12  point is that information that is known needs to be
13  disclosed because it's important to share with
14  patients as part of shared decision making and
15  helping to decide between the various regimen
16  choices of which they have pretty known equal
17  outcomes for several of them.  And it does come down
18  to toxicity and occasionally cost differences.
19  That's my expert testimony.
20       MS. BENEDICT: Q.    And so you don't have
21  any opinion that has to do with hindsight bias,
22  correct?
23   A.  I am not offering an expert opinion on that
24  topic.
25   Q.  And you don't know what Ms. Hughes'

1  decision would have been if she had been informed of
2  a risk of PCIA with her adjuvant chemotherapy
3  regimen, correct?
4      A.  I don't think anyone knows what a patient's
5  decision will be.  The patient -- you know, my -- my
6  experience is that important side effects are
7  weighed thoughtfully by patients, and it's our job
8  to disclose them.
9      What their ultimate decision is is their
10 decision, but our job is disclosure, and when the
11 information's not disclosed, you've just hogtied the
12 doctors and the advocates and the education company
13 and, therefore, deprived the patient of important
14 knowledge that can impact their decision.
15     MS. BENEDICT:  Can you pull up the Wood
16 article, please?
17     (EXHIBIT 45 WAS MARKED FOR IDENTIFICATION.)
18     MS. BENEDICT:  Q.    While this is coming
19 up, this is the article from 1978.  The title is The
20 Knew-It-All Along Effect in the Journal of
21 Experimental Psychology, Human Perfection and
22 Performance.
23     In the abstract is described, "The general
24 finding of previous investigations is that subjects
25 are unable to or unwilling to ignore outcome

1  knowledge when making post-outcome judgments, as
2  revealed by the fact that post-outcome judgments are
3  better than pre-outcome judgments."
4      You understand what that's saying?
5      MR. HOLDEN:  Objection to form.
6      THE WITNESS:  I haven't reviewed this.
7  This is not something I'm an expert and going to
8  testify on.
9      MS. BENEDICT:  Q.    So a patient, when
10 being asked what decision he would have made, is
11 unable to ignore what actually happened when
12 reassessing that decision.  Do you understand that
13 concept?
14     MR. GOMEZ:  Objection to form.
15     THE WITNESS:  I think there's a delay.  I
16 understand what you've read here.
17     MS. BENEDICT:  Q.    And so you understand
18 that patients are not able to ignore the knowledge
19 of the outcome of what actually happened when going
20 back and reassessing how they would have made a
21 decision back in time before they knew those
22 outcomes, correct?
23     MR. GOMEZ:  Objection to form.
24     THE WITNESS:  No, I have not reviewed -- I
25 have not reviewed this paper, and I have no expert

1  opinion on it.
2      MR. HOLDEN:  Q.    and you did not take
3  hindsight bias or the knew-it-all along effect into
4  account when rendering your opinion, correct?
5      A.  My expert opinion is about the
6  responsibility to disclose known the toxicities,
7  especially the causation of PCIA and docetaxel.
8  It's the patient's right to consider it real-time,
9  and that's deprived of people when the information
10 is withheld or not disclosed in a way that intended
11 to actually make sure people know.
12     Q.  Could you, Madeline, pull back up the
13 Louisiana Medical Disclosure Panel?  I forgot what
14 exhibit that is.
15     Ms. Hughes was, in fact, consented on
16 several serious risks, including damage to brain,
17 heart, kidneys, liver, lungs, and nervous system,
18 correct?
19     A.  Uhm, I don't remember the exact wording of
20 the document.  You want to bring it up?  We'll look
21 at it.  It's now coming up.
22     Q.  After -- it's the next after hair loss.
23 Just timed out.
24     A.  It's not coming up.
25     Q.  I'm sorry.  Give us one sec.  Doctor, I'll

1  move on until we can get that exhibit up.
2      You agree that survival is a paramount
3  concern for oncologists?
4      A.  I think that's a broad statement.  Survival
5  is certainly of great interest in considering
6  things.  If you kill people to get a survival
7  advantage, I think -- you know, again, doctors have
8  to weigh the side effect.  Survival is one important
9  outcome.
10     Q.  Ms. Hughes was consented on several serious
11 potential side effects with her chemotherapy
12 regimen.  We've pulled up, uhm, her consent, one of
13 her signed consent documents.
14     Again, first risk was hair loss, but it
15 also states damage to blood forming organs, bone
16 marrow, which may result in bleeding, infection,
17 anemia.  Possible need for transfusion.  Damage to
18 brain, heart, kidneys, liver, lungs, nervous system.
19     Despite being informed of these risks,
20 Ms. Hughes decided to proceed with her regimen of
21 docetaxel and carboplatin, correct?
22     A.  Uhm, she signed this form, and as you note
23 above it, it also says that you can ask your doctors
24 to put the nature and the consequence in perspective
25 about these risks and their likelihood and, you

1  know, whether you want to consider it significant or
2  not be listed.  So there may be others.
3       So this is a pretty standard blanket form
4  that she signed.  I think with that understanding,
5  that she could talk to her doctor directly, and that
6  really states that in the consent form.
7       Q.  So despite signing this form, presumably
8  with some knowledge of these risks and the ability
9  to discuss with her doctor, Ms. Hughes chose to
10  undergo the chemotherapy regimen of docetaxel and
11  carboplatin, correct?
12       A.  She has chosen to go that chemotherapy is
13  what she was told, yes.
14       Q.  All right.  Doctor, I'm just about done.  I
15  have a couple more questions and may jump around a
16  little bit, so bear with me, and if you need context
17  for something, let me know.
18       Uhm, I think I've asked you this, but you
19  haven't seen any pharmacovigilance documents from my
20  client, Accord, correct?
21       A.  I am not going to offer any expert opinion
22  about Accord documents or regulatory compliance.
23       Q.  Right.  And my question is have you seen
24  any of those documents, the pharmacovigilance
25  documents?

1       A.  I believe early on I said I have not seen
2  Accord documents.  I don't believe I put any Accord
3  documents, and, as I said, even if I didn't rely on
4  it, I tried to answer honestly your request to share
5  with you what I either have in my possession or
6  potential review, even though I didn't rely on it,
7  and that only included the Accord label.  So as far
8  as I know, I have no other documents, nor have I
9  reviewed them from Accord.
10       Q.  And you're not familiar with the steps that
11  are involved in obtaining approval from the FDA to
12  market a drug pursuant to, uhm, 505(b)(2), correct?
13       MR. GOMEZ:  Objection to form.
14       THE WITNESS:  Thank you.  I have not in my
15  expert opinion that I'm going to offer.
16       MS. BENEDICT:  Q.  Uhm, you agree in
17  general that it's important to expand access to
18  life-saving drugs, such as chemotherapy, by making
19  drugs more affordable to patients, correct?
20       A.  In general --
21       MR. GOMEZ:  Objection to form.
22       THE WITNESS:  In general, saying that
23  availability and lower cost is a goal, I think most
24  you would agree with, but, of course, you have to
25  pair that with the appropriate safety, efficacy, and

1  informed consent.
2       If you made widely available a drug that
3  killed people, I don't think people would care if
4  you gave it for free.  So, again, there's
5  perspective on that.
6       MS. BENEDICT:  Q.  And as a physician who
7  focuses on value-based medicine, do you agree that
8  the availability of pharmaceutical -- pharmaceutic
9  and therapeutic equivalents -- in other words,
10  generic -- provides a public health benefit,
11  correct?
12       MR. GOMEZ:  Objection to form.
13       THE WITNESS:  Again, so I'm not here to
14  offer my expert opinion as a clinical doctor.  I'm
15  always hopefully that proven effective safe
16  therapies have lower costs.
17       MS. BENEDICT:  Q.  And you're not going
18  to tell a jury that Accord didn't comply with some
19  regulation when it sought -- it sought approval to
20  market its docetaxel, correct?
21       MR. GOMEZ:  Objection to form.
22       THE WITNESS:  So I am not -- sorry.  I am
23  not going to address the regulatory process for
24  Accord.
25       MS. BENEDICT:  Q.  And your opinions in

1  this case would have been the same regardless of
2  which company manufactured the docetaxel that
3  Ms. Hughes received, correct?
4       MR. GOMEZ:  Objection to form.
5       THE WITNESS:  The time frame when they were
6  developed, assuming they were in the similar time
7  frame, my opinion that informed consent is closure
8  of known established causation is really important
9  to doctors in allowing them to review the options
10  within the standard guidelines that are customized
11  for each patient and then to discuss the patient
12  preferences and come up with the best treatment
13  plan.
14       MS. BENEDICT:  Q.  I'm not sure that that
15  answered my question.  Would your opinions in this
16  case have been the same regardless of which company
17  manufactured the docetaxel that Ms. Hughes received?
18       MR. GOMEZ:  Objection to form.
19       THE WITNESS:  So when the time frame was
20  the same, I believe there's the same responsibility
21  to disclose the known causation risk in a way that
22  doctors and advocates and education providers can
23  wildly make that known to be considered by patients.
24       MS. BENEDICT:  Q.  So you're saying the
25  responsibilities of the manufacturer of docetaxel

1  are the same regardless of who the manufacturer is,
2  correct?
3        MR. GOMEZ:  Objection to form.
4        THE WITNESS:  I expect -- yeah, I expect
5  that disclosure of known a causation is disclosed by
6  anyone making a drug for sale that doctors can have
7  an appropriate discussion with their patients.
8        MS. BENEDICT:  Q.   And when you say known
9  causation, what's your basis -- known to whom?
10       A.  So, again, not, again, looking at
11 Dr. Feigal's report about the causation and the
12 timing and the literature that goes into her
13 documentation of the causation, those reports and
14 scientific studies that she outlined in detail.
15       Q.  Are you saying known to physicians or known
16 to manufacturers, or do you not distinguish between
17 the two when you say a known risk?
18       A.  Well, again --
19       MR. GOMEZ:  Objection --
20       THE WITNESS:  -- the physician learns from
21 the manufacturers, and then, you know, they -- they
22 make that known, and there're, okay, opinion leaders
23 or conferences or Dear Doctor letters.  We discuss
24 all of the ways that that information gets
25 disseminated.

1        MS. BENEDICT:  Q.   Are you aware of when
2  the published results that indicated ongoing
3  alopecia from Sanofi clinical trials were available
4  to the public?
5        A.  Again --
6        MR. GOMEZ:  Objection to form.
7        THE WITNESS:  -- I refer you -- I refer you
8  to Dr. Feigal's report and her dating and timing.
9        MS. BENEDICT:  Q.   Okay.  Was Ms. Hughes'
10 treatment of adjuvant chemotherapy followed by
11 letrozole effective to cure her cancer?
12       A.  A, we don't know her cancer's cured.  B, we
13 don't know if it was effective or not.
14       VIDEOGRAPHER:  10 minutes, Counsel.
15       MS. BENEDICT:  Q.   To your knowledge --
16 thank you.  To your knowledge, is Ms. Hughes cancer
17 free?
18       A.  Again, the last report I have, I believe I
19 gave you the date.  Let me check.  The last date I
20 have was March 12th of '19, and her doctor
21 noted -- did not note any recurrence and kept her on
22 letrozole and noticed her hair not recovered.  So
23 that's the last date I know that she was clinically
24 felt to have no disease.
25       MS. BENEDICT:  All right.  Uhm, I'm going

1  to turn it back up to Sandoz's counsel.  Thank you
2  very much, Doctor.  Nothing more for me.
3        FURTHER EXAMINATION BY MR. HOLDEN
4        MR. HOLDEN:  Q.   Hi, Doctor.  Just a few
5  questions from me here, uhm, the guy with about nine
6  minutes to go.
7        Did you see any discussion in any
8  deposition in Ms. Stewart's case regarding whether
9  cold caps were ever -- ever under consideration for
10 Ms. Stewart?
11       A.  You know, we would have to go back.  It's a
12 long 10 hours, and I don't really remember
13 specifically --
14       Q.  Sure.
15       A.  -- whether her case had that discussion or
16 not.  So if you know of an area, feel free to bring
17 it up.
18       Q.  I don't.  I don't think it was discussed in
19 any deposition.  Did that -- do you disagree with
20 that or --
21       A.  Again, I -- I don't have -- I didn't make a
22 note in my notes, and I don't have any independent
23 recollection whether they did or not.  Uhm, I know
24 my own practice when we discussed it, there were
25 patients that even way back wanted them because of

1  the impact of even temporary hair loss, let alone
2  what we know about PCIA with docetaxel.  But I don't
3  remember -- probably would have put it in my
4  deposition.  So if you see it, great, but I don't
5  know that it was there.  I don't remember.
6        Q.  Okay.  And you don't recall seeing anything
7  in Ms. Stewart's medical records that suggested
8  Dr. McCanless ever discussed cold caps with her, do
9  you?
10       A.  Offhand I don't recall that.
11       Q.  So you're not aware of whether there's any
12 indication that Dr. McCanless ever used cold caps
13 with any of his patients back in 2014?
14       A.  I don't remember any review of that.
15       Q.  Do you know how much it cost for a patient
16 to use a cold cap in 2014 for chemotherapy?
17       A.  Don't know that specifically.  I put some
18 information in my report about I think a range of
19 prices for what was available.  Some places have
20 philanthrope coverage.  Some people have different
21 costs.  So I can't really address that specifically
22 for their area and cost.
23       Q.  But it's -- it's a fairly significant
24 amount of money that a patient would have to pay
25 for, correct?

1    A.  I can only say for the few people that I
2 had, it depended the length of hair and which method
3 they used.  Uhm, and even now it varies by
4 institution and coverage and insurance.  There's a
5 wide range of differences.
6    Q.  Uhm, and in 2014, cool caps were not
7 approved by FDA, correct?
8    A.  There hadn't been an approval, but there
9 were cold caps available, and I can say I had
10 patients that spent thousands of dollars because it
11 was worth it to them, and they didn't want to get
12 chemotherapy without that.  So, again, it's that
13 individual right to know and then to weigh what that
14 might mean to them and how important or not it is to
15 them.  It's a very individual decision.
16    Q.  Even today using cold caps does not
17 guarantee that a patient will avoid hair loss during
18 chemotherapy, correct?
19    A.  The cold caps -- you know, again, I think I
20 put some articles in -- have a marked reduction,
21 uhm, in PCIA, even with docetaxel, but there's never
22 a guarantee.
23       VIDEOGRAPHER:  Five minutes, Counsel.
24       MR. HOLDEN:  Q.   You were asked a lot of
25 questions by Ms. Benedict about what Accord should

1 or did or didn't know.  Uhm, and you said you were
2 not going to offer opinions about that.
3       Just to confirm, you were also not going to
4 offer any expert opinions as to what my client,
5 Sandoz, should know or did know or didn't know about
6 the risk of PCIA with docetaxel, correct?
7    A.  I believe --
8       MR. GOMEZ:  Objection --
9       THE WITNESS:  -- you and I covered that
10 yesterday, that I'm not going to discuss regulatory
11 or compliance issues for Sandoz.
12       MR. HOLDEN:  Q.   You were also asked
13 several questions by Ms. Benedict about regulatory
14 issues as they relate to Accord.  My question is all
15 those questions and answers that related to
16 regulatory issues with Accord, those are equally
17 applicable to my client, Sandoz, correct?
18    A.  I don't remember every question, but I
19 don't plan to offer an expert opinion on regulatory
20 issues or regulatory compliance for Sandoz.  There
21 are other experts that will offer that opinion.
22    Q.  When you consent a patient to paclitaxel or
23 Taxol, do you promise them that their hair will grow
24 back?
25       MR. GOMEZ:  Objection; form.

1       THE WITNESS:  You know, we discussed the
2 risks and benefits.  As you well know, no one can
3 promise someone something.  We can tell them what is
4 likely and what we know about the risk and the
5 likelihood of that risk and then let them decide
6 what it means for them.
7       MR. HOLDEN:  Q.   Does the paclitaxel
8 label warn of hair loss?
9       MR. GOMEZ:  Objection to form.
10       THE WITNESS:  Uhm, I don't believe we
11 reviewed the paclitaxel label.  This is a docetaxel
12 case, but if you would like to bring it up, we can
13 look at it.
14       MR. HOLDEN:  Q.   You prescribed or have
15 prescribed paclitaxel, correct?
16    A.  I have, yep.
17    Q.  And do you know whether the label warns of
18 hair loss?
19    A.  Hair loss is a common side effect of
20 paclitaxel, generally temporary, depending on the
21 dose.  Weekly, sometimes freaks people out, their
22 hair grows back.
23    Q.  Does the paclitaxel label specify whether
24 the hair loss will be temporary or permanent?
25       MR. GOMEZ:  Objection to form.

1       THE WITNESS:  We just lost you.  I got
2 nothing from the last question.
3       MR. HOLDEN:  Q.   Sorry.  Does the
4 paclitaxel label specify whether the hair loss will
5 be temporary or permanent?
6       MR. GOMEZ:  Objection to form.
7       THE WITNESS:  You'd have to look at that
8 for me to see what the current label shows.
9       MR. HOLDEN:  Q.   Okay.  You don't know --
10       VIDEOGRAPHER:  Two minutes, Counsel.
11       MR. HOLDEN:  Q.   -- sitting here today
12 whether it says temporary hair loss or just hair
13 loss?
14    A.  We know from Dr. Feigal that the extensive
15 literature review only has causation for docetaxel,
16 and I shared with you the UpToDate article, like
17 others, said that anything could happen with other
18 chemotherapy, which obviously paclitaxel is another
19 chemotherapy, but it's -- it's established with
20 docetaxel as causation.
21    Q.  Can you identify a single published study
22 that's found a statistically significant higher risk
23 of permanent alopecia with docetaxel than with
24 paclitaxel?
25       MR. GOMEZ:  Objection to form.

1        THE WITNESS:  So I'm going to refer you --
2   to refer you to Dr. Feigal's expert opinion on the
3   causation and the studies and the scientific
4   validity and statistics of those studies.
5        MR. HOLDEN:  Q.    But putting Dr. Feigal
6   aside, sitting here right now today, you can't
7   identify a single study?
8        MR. GOMEZ:  Objection to form.
9        THE WITNESS:  I'm not here to discuss
10  paclitaxel and the -- sorry.  Just lost my -- my
11  feed again.  Sign back on.  There.
12        So I'm not here to discuss that as an
13  expert.  I'm here to discuss the clinical informed
14  consent issues.
15        MR. HOLDEN:  Q.    Would it make any
16  difference to your opinions if the fact is that
17  there's not a single Phase III trial or controlled
18  clinical study showing a statistically significantly
19  higher risk of PCIA with docetaxel than paclitaxel?
20        MR. GOMEZ:  Objection to form.
21        THE WITNESS:  My counseling of patients is
22  following the guidelines of legitimate, respected
23  studies, just like Dr. Feigal, who studied the
24  literature and established a causation for PCIA with
25  docetaxel and likely tells every patient any patient

1   could experience an unusual side effect, but our job
2   is to especially bring out those that are
3   established, and the PCIA is established as
4   causation with docetaxel.
5        And, now --
6        MR. HOLDEN:  Q.    I just --
7        THE WITNESS:  -- the literature of
8   UpToDate, which is the most wildly used education
9   tool that's available to clinicians and available to
10  patients.
11        MR. HOLDEN:  Q.    I just have one last
12  question.
13        A.  Docetaxel --
14        Q.  Sorry.  Uhm, just one last question, you
15  mentioned that Exhibit 43, the Freites-Martinez
16  study we talked about a minute ago, I think you said
17  it's not a causation study.  Do you know whether the
18  TAX316 study that you talked about earlier is a
19  causation study?
20        MR. GOMEZ:  Objection to form.
21        THE WITNESS:  Dr. Feigal will discuss it.
22  The TAX is a registration study where the toxicity
23  is measured in -- at least in my experience as a
24  clinical trial doctor, you follow it to resolution
25  and reporting.  Dr. Feigal will be the expert that

1   will discuss that.
2        MR. HOLDEN:  All right.  I think I'm done.
3   Thank you, Doctor, very much.
4        THE WITNESS:  You're welcome.
5           EXAMINATION BY MR. GOMEZ
6        MR. GOMEZ:  Q.    Dr. Bosserman, just very
7   briefly, my understanding is you identified some
8   misspellings in your report yesterday.  Could you
9   just point us to those?
10        A.  Oh, yeah.  I found two typos.  I apologize.
11        Q.  Typos I should say.
12        A.  Yeah, so there's a typo -- on page 49 of my
13  report, the least sentence should read, "Given her
14  positive estrogen receptor."  It shouldn't say "low
15  but" for Mrs. Stewart.
16        Q.  Okay.
17        A.  And then on page 51, uhm, second to last
18  sentence of the second paragraph reads, "The right
19  axillary lymph nodes had --" it should be 4 of 39.
20  I'm not sure how I typed 9 of 20.  4 of 39, "with
21  metastatic tumor," and all the rest is correct.
22        Q.  Okay.  Thank you.  Just those two?
23        A.  Yeah, and then -- let's see.  I had one
24  other.  I'm sorry.  Oh, yes in the -- the second
25  sentence of that same paragraph says, "Her tumors

1   shrunk," and, again, as I clarified at deposition
2   "her masses shrunk."  We -- we cannot say that a
3   mass is all tumor.  So that's the third correction.
4        Q.  All right.
5        A.  That's it.
6        Q.  Everyone got that?  Sounds good?  And then,
7   you know, whether it has been by virtue of the delay
8   using this program or for any other reason, have
9   there been times where your response to questions
10  has been interrupted by counsel?
11        A.  Yeah.  I have to say it's a fairly bad
12  platform, and I know there were trouble hearing, and
13  then finishing and then being interrupted and losing
14  trains of thought on both sides.  So I've got to
15  review the deposition.
16        MR. GOMEZ:  Okay.  That's all I have.
17  Thank you, guys.  Thank you, everyone.
18        MR. MICELI:  Thanks everyone.
19        MR. GOMEZ:  Thanks, Doctor.
20        MR. MICELI:  Evan, I'm glad you took your
21  tie off finally.
22        VIDEOGRAPHER:  Do you want to go off the
23  record counsel?
24        MS. BENEDICT:  Off the record?
25        MR. HOLDEN:  Don't say that on the record.

Page 371

1        VIDEOGRAPHER:  This completes today's
2   deposition.  We're off the record.  The time is
3   1:40.
4        (The deposition was concluded at 1:40 p.m.)
5
6
7
8
9                   _____
               LINDA BOSSERMAN, M.D.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 372

1                       CERTIFICATE
2
3        I, the undersigned, a Certified Shorthand
4   Reporter, State of California, hereby certify that
5   the witness in the foregoing deposition was by me
6   first duly sworn to testify to the truth, the whole
7   truth, and nothing but the truth in the
8   within-entitled cause; that said deposition was
9   taken at the time and place therein stated; that the
10  testimony of the said witness was reported by me, a
11  disinterested person, and was thereafter transcribed
12  under my direction into typewriting; that the
13  foregoing is a full, complete, and true record of
14  said testimony; and that the witness was given an
15  opportunity to read it and, if necessary, correct
16  said deposition and to subscribe the same.
17        I further certify that I am not of counsel
18  or attorney for either or any of the parties in the
19  foregoing deposition and caption named, nor in any
20  way interested in the outcome of the cause named in
21  said caption.
22        Executed this 25th day of September, 2020.
23
24                   _____
             LAURA AXELSEN, C.S.R. 6173
25

Page 373

1                    ERRATA SHEET
2   Case Name:
3   Deposition Date:
4   Deponent:
5   Pg.  No. Now Reads     Should Read    Reason
6   ____ ____ _____   _____     _____
7   ____ ____ _____   _____     _____
8   ____ ____ _____   _____     _____
9   ____ ____ _____   _____     _____
10  ____ ____ _____   _____     _____
11  ____ ____ _____   _____     _____
12  ____ ____ _____   _____     _____
13  ____ ____ _____   _____     _____
14  ____ ____ _____   _____     _____
15  ____ ____ _____   _____     _____
16  ____ ____ _____   _____     _____
17  ____ ____ _____   _____     _____
18  ____ ____ _____   _____     _____
19  ____ ____ _____   _____     _____
20
21                   _____
                 Signature of Deponent
22  SUBSCRIBED AND SWORN BEFORE ME
23  THIS _____ DAY OF _____, 2020.
24  _____
25  (Notary Public)   MY COMMISSION EXPIRES:_____

## 1

**1** 189:25 313:11

**1,000** 285:18

**10** 193:20 220:24,25 250:20 252:19 253:24 254:1,4,9 275:2 298:11 304:21 340:10 348:4 360:14 361:12

**107** 209:17

**1077** 286:3

**10:40** 275:7,8

**10:59** 275:9,11

**10th** 204:5

**113** 210:20

**12** 259:18 279:3 298:12 313:22

**120** 212:18 338:9

**12:36** 340:14,15

**12:53** 340:16,18

**12th** 360:20

**13** 227:5 279:3

**14** 296:25 321:3

**15** 336:9

**15th** 190:6

**16** 202:19

**17** 217:22 219:23 256:15,19 257:10 268:18 298:6 348:8

**18** 196:2 202:20 278:1,6

**180** 192:20,21

**19** 297:7,16,25 360:20

**192** 343:8,18

**1978** 351:19

**1996** 280:23

**1997** 313:15 316:11

**1:40** 371:3,4

## 2

**2** 279:15 282:7 283:22 285:5 317:19 342:23

**20** 210:21 263:20 265:4 267:13 268:2 369:20

**2000** 289:14 290:7

**2001** 315:1 316:10

**2003** 216:22 217:3 219:6,7

**2008** 260:2 312:13 316:10

**2010** 236:5

**2011** 236:3,7,17,20, 23 238:23 239:8,18 240:12 246:8,21 247:14 272:12,14 273:4 293:1 300:6 305:18,21 306:4 317:4 318:18,19 320:7

**2012** 267:11

**2014** 207:3,8 236:11, 17 362:13,16 363:6

**2016** 264:22

**2017** 276:12 348:7

**2019** 297:2,12 342:19 346:1

**2020** 190:6 224:17 287:18

**2022** 297:18 298:3

**21** 192:21 321:3 338:4

**22** 298:12

**23** 311:21

**26** 232:16 254:19 312:5

**27** 217:15 312:5

**28** 192:25 193:3,16

**284** 315:9

**29** 207:25 208:1

## 3

**3** 192:16,17 279:15

**30** 189:14 201:6 217:11,12,20 254:19 290:11 346:25

**31** 264:5,8,12,13 266:19 267:2,4,6,7, 10

**316** 219:11

**32** 276:8,9,11 347:1,4

**33** 275:2 280:7

**34** 282:1

**35** 284:12,14

**36** 287:4,9

**37** 289:15

**38** 312:10,11

**39** 314:18,19 329:16 369:19,20

## 4

**4** 200:1 279:15 281:11 369:19,20

**40** 318:20,21,22 329:12,13,15

**41** 329:6,11,18

**412** 291:8

**413** 290:5

**42** 335:18,21,25 347:14,17

**43** 342:20 347:9,11, 16 368:15

**44** 347:8,10

**45** 351:17

**46** 235:24 236:21 238:22

**47** 251:19 252:16 253:18 276:19

**49** 369:12

## 5

**5** 208:11

**5-FU** 204:21

**505(b)(2)** 206:15,25 229:15,20 230:6 233:4 235:25 239:25 243:5 246:10,18 247:4 248:22 250:5, 14 356:12

**505(j)** 230:1 246:17

**51** 369:17

**52** 206:18

**54** 224:25

**55** 345:2 346:6,10,20 347:1

**56** 202:20

**58** 347:1,2

**59** 192:10,15 199:23, 25

## 6

**6** 259:18 313:22

**60** 201:3 221:2

**60-year-old** 258:24

**64** 243:10

**65** 240:8

## 7

**7** 281:11 299:13

**70** 300:22

**724** 344:3

## 8

**8** 193:6,20 212:18

**8,000** 214:25

**80** 220:25

**800** 220:25

**83** 252:19 253:24

254:1

**86** 193:5 254:4 313:13,16

**88** 254:9

**8:04** 190:6

**8:46** 215:24,25

## 9

**9** 196:14 206:19 369:20

**91** 321:3

**94** 336:2 343:11,20 346:24

**97** 334:21 336:2

**98** 343:10,20

**9:07** 216:1,3

## A

**a.m.** 190:6

**AACR** 287:17

**abilities** 198:9

**ability** 197:24 355:8

**absolute** 282:20 284:8

**absolutely** 262:10 270:14

**abstract** 265:9,15 267:25 343:7 351:23

**AC** 204:19 252:10 261:3,4 294:8,13,15

**AC-PACLITAXEL** 214:20

**academic** 224:10

**accept** 257:6

**accepted** 244:25

**access** 235:1 356:17

**accompanied** 329:23

**Accord** 189:22 190:19 215:21 216:7,

12 228:25 229:2,12,
17 230:14 231:20
232:5,8,14,20 233:3,
13,22 234:7,10,21
235:1,11 236:7,11
237:3 240:12 243:11
244:4,12 273:2,6
318:9,17 320:6,19
329:16 355:20,22
356:2,7,9 357:18,24
363:25 364:14,16

**Accord's** 228:17,22
231:7,10,12,15
232:1,24 233:17
234:18 242:25
243:16 244:8 246:2,
21 247:13 250:5,14
318:4,19 322:6,15
324:10

**Accord-produced**
231:25

**Accord-specific**
230:10,13

**account** 197:19
349:24 350:5 353:4

**accurate** 343:22

**accurately** 199:7

**ACT** 261:22 279:13

**active** 251:8

**activities** 283:8,23

**activity** 266:12

**actual** 240:18

**acute** 277:19

**add** 254:2

**added** 286:19

**adding** 251:1

**addition** 227:5
247:19 251:22,23
254:8

**additive** 286:23

**address** 222:4
225:15 240:22
247:18 260:14 273:1,
6 298:5 318:1 342:11
345:15,16 357:23
362:21

**addressed** 199:1
204:11 221:23 228:4
236:15 247:18
301:16 305:4,18
320:5 327:12

**addressing** 202:2
228:13 235:14 340:4
348:16

**adds** 284:7 286:14

**adequacy** 318:4

**adjust** 284:5

**adjuvant** 212:23
226:17,21 251:23
252:22,23 254:8,15
255:4,11 265:4,21
266:15 267:14 268:1,
15,24 269:6,17
270:13 271:3 273:20
275:25 277:15
293:25 299:1 300:17
315:12 332:9,14,15
348:2 349:17 351:2
360:10

**admissible** 189:13

**adramycin** 295:7

**Adriamycin** 288:22
292:8 293:9,24
296:10

**adrimycin** 295:1

**advanced** 217:3
218:9 225:22 245:11

**advancing** 255:15

**advantage** 354:7

**adverse** 247:12
259:11,22 268:18
269:4 271:11 272:1
308:9 309:18,22
317:17

**advocate** 331:11

**advocates** 238:16
242:22 351:12
358:22

**affiliated** 330:24

**affordable** 245:19
356:19

**afternoon** 216:19

**age** 198:10

**age-matched**
264:23 265:12

**agent** 248:19

**agents** 271:2 343:9

**agree** 189:18,21,23
207:23 208:21,24
211:15,18 219:4
242:13 245:19 248:9,
11,15 254:13 255:3,
6,7,13 256:2 262:3,
15,24 265:17 266:1
268:11 271:17,25
275:17 276:1 282:22
283:1,13 285:17
291:18 296:12
298:19 307:20
309:22 312:3 314:8
317:2 320:11 336:13
348:25 349:15 354:2
356:16,24 357:7

**agreed** 194:7 201:7
236:10 246:7 267:19
273:8 298:8 337:15

**ahead** 217:8 233:8
235:5 294:10 301:11,
12 333:1 337:10
338:7 340:11

**AI** 298:7

**aim** 218:23 219:9,13,
18

**air** 348:23

**Alice** 216:8 227:14
249:14,15 286:10

**alive** 254:1

**allowed** 208:14

**allowing** 337:6 358:9

**alopecia** 209:13
214:6 215:13 218:16,
19 219:3,17 220:14
225:10 226:20 228:1,
8 272:12 273:3
302:16 304:25
312:14,16,17,19,20,
21 313:4 314:1,5,6,9
315:2 317:4,16,25
318:5,11,15 332:18,
24 334:9 335:14
336:14 339:15

340:20,25 342:4,16
343:2,4,10,20 345:3
346:7,14,22,25
348:1,11 349:2,18
350:7 360:3 366:23

**alter** 281:21

**alternate** 228:8
266:3

**alternative** 214:20
335:4

**alternatives** 195:21
243:24 246:16

**America** 215:7

**American** 217:14
272:17

**AML** 270:11

**amount** 362:24

**analysis** 264:24
274:7 288:4 303:1

**Anderson** 289:8
298:25 299:6,9,11,
12,17,20 327:1
337:14

**anemia** 354:17

**anew** 334:4

**Angeles** 216:21

**annoying** 194:6

**answerable** 305:14

**answers** 203:15
364:15

**anthra-** 295:6

**anthracycline**
292:11 294:20 295:1,
3,10,18 300:19 301:2
307:11

**antiestrogen** 349:16

**anxiety** 269:11,23

**apologize** 369:10

**apples** 220:17
221:11

**applicable** 364:17

**approach** 244:25

**approval** 233:4
234:6,21 356:11
357:19 363:8

**approved** 233:13,16,
17,25 243:5 246:7
247:13 322:6 363:7

**approximately**
190:6 290:10

**area** 191:24 194:18
206:17 212:9 222:2
232:21 233:2 234:15
235:9,13,19 237:10
245:5 263:24 266:13,
14 304:24 317:22
319:4 336:4 349:9
361:16 362:22

**areas** 225:5 232:17

**arguing** 255:2

**aromatase** 298:7
341:4,25 347:2,3

**arthralgia** 279:16

**arthralgias** 260:6
291:12

**arthritis** 279:16

**article** 216:22 217:2
222:10 225:7,20
264:1,21 265:6
266:18,20 267:10
276:6,7,11,16,18
277:9 279:3,12
280:3,6,8,13,16,22
281:6,7,14 282:2,5,7
284:10,14,20 287:2,
9,23 289:13,20 291:7
312:16,19,22 313:2,
15,25 314:9,17,21,25
315:1,9 316:11
339:2,3 342:19 343:2
345:1 347:6,21
348:9,18 349:1,16
351:16,19 366:16

**articles** 252:21
279:6,19 305:25
306:4 312:5 313:11
316:10 338:4 363:20

**aspect** 227:22

**assess** 303:20

**assessable** 321:5

**assessing** 244:20 247:21

**assessment** 240:2 270:22 274:4,9 342:25

**association** 189:3 263:14 344:8

**assume** 212:6 322:8 324:15

**assuming** 358:6

**assumption** 233:20 316:7

**assurance** 201:23

**assure** 203:4

**assuring** 202:10

**Asymptomatic** 290:8

**attack** 292:11 296:4

**attend** 326:7

**ATTORNEY** 317:19

**audio** 248:7 251:13

**author** 218:4,5

**authority** 264:14 267:19 284:16

**authors** 287:24 291:11

**availability** 239:21 356:23 357:8

**average** 268:2 276:19

**avoid** 288:22 289:2 293:23 300:18 301:2 363:17

**avoiding** 295:9

**aware** 196:6 200:2 205:13 206:7,12 213:19 214:4,11 229:11 231:20 233:24 234:5 239:6 242:5 243:11 246:1,9 250:3 263:19 272:17 276:22 279:19 289:9 290:21,25 304:25 305:5 324:1 330:21 342:2,3,7 360:1

362:11

**Axelsen** 189:8 190:8

**axillary** 369:19

---

**B**

**back** 191:3 196:7,8, 19,20 197:6,9,10 199:23 200:24 201:15,18,24 202:5, 7,11,14,24 203:4,8, 11,17 205:19 212:3 216:2,13 220:9 224:18 225:7,25 227:24 238:21 267:2 268:18 275:10 293:12 296:17,18 300:6,9,24 309:6,13, 14 313:15,20 314:2, 14,15 315:10,16,17, 21,22 316:3,4,5,13 317:4 333:15 340:17 342:9 344:16 346:9 352:20,21 353:12 361:1,11,25 362:13 364:24 365:22 367:11

**backwards** 315:12

**bad** 328:2 370:11

**ball** 305:12 306:17

**based** 191:17 195:21 201:22 207:14 224:17,22 235:15 240:25 252:21,23 253:4 254:13 257:3 305:22 310:12 314:6 319:20 322:14 325:8

**bases** 191:15

**basically** 278:8 279:23

**basing** 211:6

**basis** 229:20 238:1 305:20 315:25 316:7 359:9

**bear** 355:16

**beg** 225:19 257:8 258:10

**beginning** 189:25

325:14 346:15

**behalf** 189:17 190:12,14,16

**Beisecker** 313:12

**Benedict** 189:22 190:18 216:4,5,6 217:10,13 221:16 222:5 225:17 228:7, 14 229:11,16 230:9 232:4 233:12 234:9, 17 235:10,24 236:16 237:7 238:3,21 240:7 242:13,25 244:3,11, 19 246:1,9,20 247:3, 10,19 249:3,9,12 250:3,18 251:14 255:3 264:6,9 266:21,24 274:24 275:4,12 276:5,10 277:13 280:5,8,22 282:2 284:13,20 285:23 287:1,5 288:20 289:12,16 293:14 294:5,8,12 298:24 299:6 301:17 302:9 303:10 304:7, 12 305:8,20 306:3,16 307:20 308:5 309:4, 9,14,21 310:10 311:4 312:8,12 313:10 314:16,20 315:8,25 317:2,14,24 318:11, 17,23 319:13 320:1, 17,23 321:8 322:3, 10,21,25 323:8,16 324:1,9,16,22 327:13 328:13 329:3,7,17 330:23 331:4,12,25 332:7 333:2,14,21 334:1,17 335:19 336:12,25 337:22 339:23 340:11,19 341:6,19 342:2,13, 18,22 345:1,6 346:13 347:5,10,21 348:17, 25 349:15,23 350:20 351:15,18 352:9,17 356:16 357:6,17,25 358:14,24 359:8 360:1,9,15,25 363:25 364:13 370:24

**benefit** 204:10 250:19 254:14 255:1, 4,6,8 357:10

**benefited** 254:19 255:11

**benefits** 250:25 251:22 256:3 290:3 295:17 365:2

**bias** 349:24 350:4,21 353:3

**big** 257:12

**biggest** 296:2

**biologic** 258:21

**bisphosphonates** 270:8,14

**bit** 196:14 216:12 248:5 256:11 262:23 269:12 300:5 328:2, 10 355:16

**Blackley** 287:2,9,10

**blame** 267:9

**blank** 227:24

**blanket** 261:16 262:8,19 355:3

**bleeding** 354:16

**blocker** 295:5

**blocks** 290:12

**blood** 291:2 354:15

**board** 331:10

**body** 224:25

**bone** 354:15

**Bosserman** 190:1, 22 191:10 208:14 216:6 251:16 267:10 275:12 288:14,20 328:14 329:7 340:19 369:6 371:9

**bothers** 320:10

**bothersome** 260:5

**bottle** 322:20,22 323:23

**bottles** 322:20

**bottom** 245:8

**box** 264:10 323:23

**bradyarrythmias**

290:11

**bradycardia** 290:8

**brain** 263:5 269:7,13 353:16 354:18

**brand** 243:7 246:3, 11,16,22 247:5 248:21 249:23 250:4, 13 323:17 327:4 328:22

**branded** 242:20 243:1,9 321:22 322:1

**brands** 246:14

**break** 275:4 340:12

**breaking** 312:18 327:21,25 332:11

**breast** 191:20,23 204:21 208:5 217:25 237:23 238:20 245:20 252:10,18,22 255:15,18 257:14 263:6 264:23 265:4, 10 267:13,25 268:9 270:13,17 273:21,25 274:14 278:7 286:8 287:20 290:4 299:18, 21 300:17 312:15 332:9,14,16,22 348:1

**breath** 257:21

**briefly** 369:7

**bring** 194:12,25 222:1 310:19 320:25 353:20 361:16 365:12 368:2

**bringing** 211:4 259:7

**brings** 254:3,9

**broad** 249:19 251:4 354:4

**broader** 245:17

**broken** 335:22

**brought** 211:22

**business** 229:17

**busy** 325:24

**buy** 224:7

**C**

**C.V.** 216:21

**call** 216:25 223:3
224:14 230:1 249:23
258:5 260:8 269:10
309:9

**called** 205:11 210:10
226:14 239:1 241:9
327:1 342:14

**cancer** 191:20
194:19 196:11
204:22 208:5 217:14,
25 218:1 223:24
225:18,22 226:8
231:3 237:23 238:20
244:21 245:20
247:21 252:11,18,22
255:15,18 257:14
263:6 264:23 265:4,
10 267:13 268:1,9
270:13,18 273:21,25
274:14 278:7 284:15
286:8,24 287:7,14,
17,20 290:4 299:7,9,
11,17,18,20,22
300:17 306:24
312:15 332:9,14,16,
22 343:8 348:1
360:11,16

**cancer's** 360:12

**cancers** 219:25

**cap** 309:1 362:16

**capability** 197:17

**caps** 361:9 362:8,12
363:6,9,16,19

**carbo** 274:18 286:13,
15 338:18

**carboplatin** 252:6
271:4 274:5,11
284:25 286:12,14,17
288:17 296:20,21
298:20 299:24 300:3
303:4 338:10,22
354:21 355:11

**carcinoma** 217:4
218:9 225:22,24
284:23

**cardiac** 290:9,14,17,
22

**cardio** 288:22 292:2,
4,6,10 293:9 295:1,4,
5 296:3

**cardiovascular**
289:10 290:7

**care** 243:19 245:6,24
293:22 357:3

**cares** 244:13

**Carinder** 208:13

**case** 189:16 191:13
195:22 204:9 207:18
208:15 209:4,6
214:5,8,9,10,11
215:12 216:8 221:5
225:22 228:20
237:18 263:25
292:20 305:7 308:6,
7,8 309:17,22,24
310:2,12,21 311:5
317:23 318:2 341:14
358:1,16 361:8,15
365:12

**cases** 212:19 215:1
334:8 335:13 336:14
338:25

**category** 300:11

**causation** 222:16
225:4 228:3,12
239:12,13 240:16
244:10 278:9 305:5,
7,17 306:1,7,15
307:17 308:1,2,4,6,7,
10,25 309:20,23,25
310:4,7 311:6,10
317:10,13 319:22,23
343:17 344:2,13
345:8,16 348:22
349:14 350:11 353:7
358:8,21 359:5,9,11,
13 366:15,20 367:3,
24 368:4,17,19

**causing** 228:1

**caveat** 254:24
317:16

**cavity** 270:20

**cell** 218:9

**center** 299:5,7,9,11,
18,20

**centre** 287:21

**certainty** 305:9

**challenging** 328:14

**chance** 305:15 309:3

**change** 198:19 210:9
212:20 239:1 273:23
281:21 292:17 297:7
336:9

**changed** 238:19
272:16 334:25
337:18

**changing** 265:25

**characterization**
191:18

**chart** 260:2 261:2,6,8
278:3,4

**charts** 251:21 252:16
253:17

**cheat** 236:18

**check** 360:19

**chemo** 251:2 263:4
269:7,13 270:15
278:13 313:12
338:16 346:11

**chemo.'** 196:20

**chemotherapies**
256:4 263:6 271:6

**chemotherapy**
193:11,25 194:14
196:25 197:21 198:3,
15 201:24 202:11
209:13 214:6 215:13
223:24 243:23
245:20 248:10,12,19
251:23 254:8,12,15,
20 255:1,5,20 256:2,
9,16 257:13,14
259:12 261:18
262:16 263:1 264:23
265:5,11 266:17
267:14 268:1,10,17,
19,25 269:6,18
271:11,15 275:25
276:14,25 277:15
284:23 286:10,16,19
292:21 293:25

**296:13 299:1 301:18**
302:1,17 303:19
306:19 307:24
312:14 313:17,19
315:24 316:4,9,23
317:5 319:23 324:3,
25 325:11,17 326:7,
22 327:6 328:22
339:4,10 341:14
342:12,16 343:2
344:6,7,20 345:18,19
346:15,17 348:2,11,
16 349:3,9,19 351:2
354:11 355:10,12
356:18 360:10
362:16 363:12,18
366:18,19

**children** 258:21

**China** 241:10

**choice** 205:9 293:5

**choices** 202:17
215:2 350:16

**choose** 205:9 258:15

**choosing** 274:19
291:18

**chose** 336:5 355:9

**chosen** 355:12

**Chris** 189:2 190:7
328:3

**circumstances**
248:18 300:16

**citation** 192:19 200:6

**cite** 282:3 299:12
312:4 313:2 314:21
348:14,15

**cited** 200:11 278:20,
25 316:10 338:21
342:23 345:13 347:7,
22

**citing** 314:12

**Civil** 189:15

**claim** 271:12 346:24

**clarification** 206:4

**clarified** 201:13
370:1

**class** 308:21

**Classes** 256:11

**clean** 205:22 206:6

**clear** 205:4 206:7
238:8 239:13 253:18
254:21 311:9 328:4
350:9

**click** 252:1

**client** 206:9 216:11
355:20 364:4,17

**Clincopathologic**
348:4

**clinic** 297:13 323:4,
24

**clinical** 191:18
199:17 204:17
221:17,18 222:17
235:2,17 237:22
240:2,25 241:6,18
243:19 244:25
245:24 247:12
263:15 264:3,14,16
267:11,18,23 272:22
276:12 279:24
281:23 284:7 285:9
288:7 301:25 302:15,
20,25 303:3,19,22
304:1,13 306:14
310:3 311:14 319:15
327:14,17 328:17,20
340:22 343:10,19
344:15 357:14 360:3
367:13,18 368:24

**clinically** 224:13
252:14 266:10
281:23 283:6 360:23

**clinician** 201:1
204:16 205:5,25
221:4,19 222:6 234:3
247:3 310:11 339:23

**clinicians** 195:1
199:15 205:14 222:7,
12 224:10 239:23
242:21 250:8 264:20
272:19 293:2 368:9

**clinics** 241:11 249:1
323:25

**closely** 290:17

**closer** 275:20

**closest** 261:2

**closure** 358:7

**CMF** 250:19 252:2,4 263:23 265:20 268:1, 9,13 300:16 301:4,7 305:9 306:23,25 307:6

**CMS** 263:21 300:7

**co-authored** 216:23 217:2 225:7

**co-factor** 348:10 349:2,18

**codify** 325:25

**cognitive** 262:15,25 263:4,13,20 264:22 265:10,20,23 266:5 268:8,14,16 269:8

**cohort** 343:8 346:21 348:4

**cold** 309:1 361:9 362:8,12,16 363:9, 16,19

**colleagues** 326:25

**combination** 220:9 225:21 299:24

**combined** 220:19

**combining** 286:16

**comfortable** 195:6

**comment** 242:19 313:6 319:2 339:24

**commented** 319:4

**commenting** 230:15 244:7 349:10

**common** 193:9 194:3,9,12 201:5 230:3 257:1,19 259:11 269:8 270:17 271:5,7,18 272:7 273:22 279:13,24 286:8 288:25 290:9 291:5 293:25 295:23 300:1,2 301:4 308:16 313:23 314:23 315:23 318:25 320:7 322:25 323:2 325:25 341:16 365:19

**commonly** 271:21 282:10 314:5 332:8, 13 342:7

**communicates** 242:15

**communicating** 243:13

**communications** 232:19 244:5

**community** 224:11

**companies** 235:16 242:23 330:25

**companies'** 243:11

**company** 199:12 202:15 204:16 205:13,22 206:2,5,6 229:1,6,19 243:12 244:12 249:13 325:8 351:12 358:2,16

**company's** 199:8

**comparative** 260:2 261:14 265:22

**comparatives** 291:21

**compare** 251:10 259:22 260:23 283:15

**compared** 261:3 279:7,21 282:24 301:7

**comparing** 291:7

**comparison** 204:18 277:8 279:11 280:12 281:5 283:14 288:5 290:22 308:20

**comparisons** 247:25

**competence** 198:9

**competency** 197:24

**Complaints** 264:22

**complete** 210:2 227:8 271:10 272:9 344:7

**completely** 254:6 335:22 344:20

**completes** 371:1

**compliance** 232:2 244:8 355:22 364:11, 20

**comply** 233:4 293:23 357:18

**component** 204:19 227:12 283:17

**components** 248:3 260:13

**composed** 331:10

**compound** 281:4

**comprehensive** 288:4

**Concentration** 269:9

**concept** 352:13

**concern** 292:5,8 354:3

**concerned** 211:11 220:6 297:7

**concluded** 207:15 371:4

**conclusion** 218:12 265:8,15 267:24

**conference** 326:19

**conferences** 325:5 326:7,16,18 359:23

**confers** 250:19

**confirm** 346:4 364:3

**confirmed** 193:21 209:1 311:23 314:22 344:7

**confused** 267:6 270:6

**congestive** 292:12

**cons** 289:1 295:16

**consent** 195:17,24 208:4 214:17 237:24, 25 240:9 249:20 260:20 262:13 281:15 293:8 329:9, 21 330:6 349:8,11 354:12,13 355:6

357:1 358:7 364:22 367:14

**consented** 353:15 354:10

**consents** 307:25

**consequence** 354:24

**consideration** 243:24 247:20 262:4 316:25 361:9

**considered** 204:25 210:5 252:8,13 253:13 273:24 295:6 330:17 339:25 340:6 358:23

**consistent** 195:20 219:1 265:19 305:16

**consistently** 205:11 222:15,19

**constipation** 257:12

**consult** 268:24 269:5,16 298:25

**consulted** 349:25 350:1

**consulting** 299:4

**contained** 212:19 213:10

**context** 211:3 220:12 255:23 256:21 262:7 276:23 277:4,22 313:7 316:17,20 334:23 335:7 337:19 355:16

**continue** 216:15,16 298:8,11

**continued** 189:25 263:20 291:14

**contradict** 191:14

**contribution** 234:15

**control** 226:4 265:12 268:3

**controlled** 296:1 367:17

**Controls** 264:24

**cool** 363:6

**cooling** 293:6

**copy** 224:8 231:11, 17,24 232:4,9 267:5

**correct** 192:3,4,6,20 197:2 198:4 199:13 201:25 202:8 203:5, 11,20,24 204:3,11 206:9,10,12,22 207:4,9 208:22 211:16 212:8,25 213:7,20 214:7,22 218:2,4,10,11,14,15 219:5 225:18 232:12, 14,20,25 233:5,13 235:12 236:17 238:5 240:2,21 242:1,8 243:1,8 244:14,21 245:3,10 246:11 247:14,22 248:10 250:14,21 253:15,24 254:4,9,15 256:3,10 257:25 259:19,20 262:1 271:11,15 272:3,23 273:9,13,18 274:2,6,11 278:22 279:4 280:10,23 284:25 285:10 286:11,20 289:5 292:6 294:1,3,17,19 295:2,14 296:14,21 297:4,18 298:16 300:8,13 305:10,22 306:20,21,25 308:6 309:23,24 310:5 311:8 312:6,17,20,24 313:4,17 314:1,7 315:2 317:5 318:5,12 321:23 322:6 327:1 330:3,10,25 332:10, 14,18 335:15 337:3 338:4,11,15,23 340:7 343:5,6,12 344:21 345:3,10,21,24 346:7,22 347:22 348:5,7,11 350:22 351:3 352:22 353:4, 18 354:21 355:11,20 356:12,19 357:11,20 358:3 359:2 362:25 363:7,18 364:6,17 365:15 369:21

**correcting** 192:22

**correction** 370:3

**correctly** 196:12,21 201:10,20 203:1 208:16 210:3 211:2,3 213:2,3 218:13 265:13 268:5 285:7 290:19 291:16 344:9

**cost** 244:23,24 245:1, 7,8,9,16,17,23 246:10,18 247:19,25 248:1,4 250:1 350:18 356:23 362:15,22

**costs** 244:21 245:24 249:25 357:16 362:21

**counsel** 190:10 201:19 209:19 213:11 215:21 258:20 275:3 336:8 340:10 360:14 361:1 363:23 366:10 370:10,23

**counseled** 210:24 213:6,15,17 258:13 307:9

**counseling** 211:22 307:6,8 367:21

**counsels** 213:5

**count** 204:16 338:6

**countries** 242:6

**country** 224:10 231:2 261:23

**couple** 206:5 227:6 355:15

**courses** 325:13

**court** 190:3,8,20 309:6,8,12,13

**courtroom** 189:13

**cover** 191:3 271:23

**coverage** 362:20 363:4

**covered** 191:1 216:10,14 302:7 364:9

**covering** 277:17,18

**covers** 280:25 343:2

**COVID-19** 189:4

**criteria** 314:4 344:24

**critical** 224:1 296:19 324:17

**critically** 240:9

**criticism** 296:23 298:17,22

**criticisms** 293:18, 19,20 298:14

**criticizing** 289:3 324:20

**crux** 199:9 204:14

**crystal** 305:12 306:17

**cure** 225:21,23 226:7 255:15 360:11

**cured** 255:18 360:12

**curing** 225:18

**curlier** 316:3

**current** 366:8

**customized** 358:10

**cut** 248:5 309:5 335:17

**cycles** 338:10

**cyclophosphamide** 304:14 335:6

**cyclophosphamide -containing** 305:1

**cytotoxic** 343:9 344:6

---

**D**

**daily** 266:12 283:8,23

**damage** 353:16 354:15,17

**dark** 216:25

**data** 191:21 235:17 240:1,2 280:17 300:20 302:16 303:19 304:1,13 310:2

**dataset** 254:7

**date** 360:19,23

**dates** 200:12

**dating** 360:8

**Dave** 334:20

**David** 189:17 190:14 208:20

**day** 220:25 296:25

**day-to-day** 242:2

**days** 227:7

**Dear** 326:10 359:23

**decide** 337:16 350:15 365:5

**decided** 354:20

**deciding** 245:9

**decision** 191:19 195:23 199:19,20 206:1 208:4 210:10, 14 211:23 212:21 215:17 240:24 243:19 288:8 293:4 296:19 298:19 311:19 317:1 331:6 333:6,19 334:10,25 335:2,15 336:16,22 337:13 341:15 349:11 350:14 351:1, 5,9,10,14 352:10,12, 21 363:15

**decision-making** 205:17

**decisions** 195:20 209:25 245:25 323:25

**decline** 316:23

**defendant** 189:20 206:25 216:7

**defer** 301:15 302:24 311:7,9

**deferring** 302:10

**deficits** 268:8

**define** 263:11

**defined** 346:14

**defining** 344:5,17

**definition** 245:5,12 303:23 318:15 340:2

**degree** 291:13

**delay** 213:22 352:15 370:7

**demonstrated** 313:12

**dense** 286:7

**dental** 268:21 269:2, 14 270:4,5,6,7,10,19

**depended** 363:2

**depending** 250:25 271:8 277:23 282:17 292:15 310:18 365:20

**depends** 195:14 222:8 223:5,10 250:2 251:6 258:17,23 263:11 269:25 274:1 285:11 310:16 311:2 323:21

**depo** 200:7 292:7 347:17

**deposition** 189:7,25 190:5 191:1 192:1,5, 20 193:1,5,14,15,16 196:2 198:17 199:1,3 200:7,21 202:19 203:7,12,14,25 204:7 209:11,14,18 212:7 213:16 215:25 232:13 261:12 275:8 277:16 293:13 321:16 324:14 334:13,24 336:3 340:15 361:8,19 362:4 370:1,15 371:2,4

**depositions** 320:25

**depression** 269:11, 23

**deprived** 351:13 353:9

**depth** 282:17

**describe** 312:23 315:1

**describes** 282:19,23 343:7

**describing** 289:9 315:15

**descriptions** 282:13

**deserve** 215:4

**detail** 221:23 225:16 230:1 283:6,19 306:1 308:3 359:14

**detailed** 266:9 303:1, 24

**details** 240:18 261:15 310:18 311:2 345:7

**determined** 329:22 330:1,7

**devastating** 214:25 243:22

**devastation** 205:7

**developed** 230:5 256:6 288:15 306:24 358:6

**developing** 246:15

**development** 255:16

**diagnosed** 196:11

**diagnosis** 268:9 343:10,19

**differ** 242:7

**difference** 221:24 222:24 256:12 367:16

**differences** 249:23 250:1,2,4,12 251:11 260:10,11 279:14 281:18 350:18 363:5

**differential** 330:22

**differently** 197:10 263:8 314:14 315:21 327:11

**difficulties** 262:16, 25 265:10 268:14

**direct** 204:18 283:14

**directly** 197:5 203:15 355:5

**disability** 276:13,21 277:6

**disagree** 244:12

361:19

**disc** 189:25 275:3 336:9

**disclose** 204:17 224:1 249:20,24 263:17 307:15 308:9 309:19 310:11 334:15 351:8 353:6 358:21

**disclosed** 204:24 205:1,3 206:21 210:16 215:2,6 222:11 236:1 238:17 250:17 266:2 272:14 293:2 310:4 311:15, 19 316:25 326:5 327:4 329:2 332:6 350:6,13 351:11 353:10 359:5

**disclosing** 236:4 243:20 317:11

**disclosure** 206:14 214:15 262:14 292:19 319:11 329:4, 23 330:1,8,16,24 331:15,16 332:1,19 350:11 351:10 353:13 359:5

**discuss** 214:5 229:25 242:19 243:10 257:3,18 262:10 271:14 283:6 292:1,4 307:14,21 315:20 341:18 349:13,14 355:9 358:11 359:23 364:10 367:9,12,13 368:21 369:1

**discussed** 192:7 207:3 223:25 241:15 244:20 255:23 261:11 270:15 278:9 288:11 289:6 291:22 292:16,22 298:7 307:6,11 317:12 333:12 361:18,24 362:8 365:1

**discusses** 291:9

**discussing** 194:11 241:21 246:5 250:16 262:6,11 291:23

313:15 349:8

**discussion** 193:7,10 197:8 200:22 204:10 237:10 259:1,5 269:21 271:5 288:8, 10 292:9 293:11 295:19,21 301:5 308:23 349:10 359:7 361:7,15

**discussions** 192:11, 13 194:13 195:1 198:23 200:11 202:22 207:13 325:4 326:20

**disease** 282:9 360:24

**dishonest** 244:4

**dispute** 197:19 247:11 331:4

**disseminated** 359:25

**distancing** 189:5

**distinction** 248:21

**distinguish** 359:16

**distinguishing** 313:25

**distressing** 311:24 313:7,8 314:23 315:7 316:21

**District** 190:3

**disturbances** 290:15

**docetaxel** 200:3,9 201:4 205:12 207:2 209:12 210:22 212:8, 13 214:7 215:14 216:23 217:3 218:2, 7,13 221:1 222:13, 15,18 223:25 224:15 225:9 228:17,22,23 231:7,13,16 232:24 233:13,17 234:10,18, 22 235:2,12 236:2, 11,17 237:12 239:2, 8,13 242:25 243:13 244:5 246:2,23 247:4,6,14 248:9,14, 15,17,22 249:5,13,15 250:5,13,14,18 252:6

255:14 259:21 260:19,23 261:4,19 272:12 273:3,8,10 274:5,18 278:18,21 279:1,7,13,21 280:9 281:3,10 282:4,25 283:14 284:24 286:11 288:1,6,17 290:18,22 291:13,19 295:14 296:21 298:20 299:24 300:3, 25 301:2,19 302:2,17 303:20,23 304:3 305:16 306:5,7 308:4,24 311:7,10, 11,13 317:13,14,25 318:4,18,19 319:22 320:6,19 321:18,23 322:4,6,15,23 323:5, 11,18 324:4,10 329:24 330:6 331:17 332:8,12,15,23 333:7,20 334:9,10 336:15,16 338:9,18, 21 345:21 353:7 354:21 355:10 357:20 358:2,17,25 362:2 363:21 364:6 365:11 366:15,20,23 367:19,25 368:4,13

**Docetaxel-carboplatin** 284:22 285:4

**docetaxel-containing** 301:7

**docetaxels** 338:18

**doctor** 197:5,12 202:18 240:10 259:2 270:4 289:3,6 294:7, 23 309:4,21 315:20 319:7,17,21 320:9 323:19 326:10,14,16 327:10,15,16,22 328:17,21 337:10 349:6 353:25 355:5, 9,14 357:14 359:23 360:20 361:2,4 368:24 369:3 370:19

**doctors** 194:10 207:12 210:8,9 236:13 238:13,15 271:17,21 272:10,17 288:24 292:16 299:3

307:17,21 311:16 320:24 322:21 323:5, 10,13 325:23 326:6, 17,21 329:2 331:5 341:17 351:12 354:7, 23 358:9,22 359:6

**document** 195:17 202:21 297:1 320:2,5 353:20

**documentation** 329:9 359:13

**documents** 206:8 227:2,3 230:10,14 231:21 232:1 242:23 354:13 355:19,22,24, 25 356:2,3,8

**dollars** 363:10

**Dorothy** 192:6 193:1,14,16,21 196:2,4 204:2

**dose** 219:20 221:9 284:6 286:7 365:21

**dose-finding** 220:20

**dose-limiting** 220:3, 6,13

**doses** 220:23 221:5

**dosing** 286:15

**double** 238:7

**download** 208:19

**drop** 246:14

**dropped** 309:9

**drug** 199:8 201:4 202:15 204:15,21 205:11 206:2 222:15 236:20 241:5,15,21 242:14 243:1,9 245:18 248:12 256:11,14 261:13,18 263:14 280:1 281:16 284:2,6 286:19 289:14,17,23,24 291:1,7 292:18 306:8 317:14 325:5,6,8 326:13 327:6 328:22 330:25 356:12 357:2 359:6

**drugs** 218:20 222:13 230:2 234:6 241:7

242:20 256:12 257:14 260:12 283:7, 12 286:17 291:21 295:8 301:18 302:1, 17 303:19 304:2 306:10,15 324:25 325:11 326:7,22 356:18,19

**due** 189:4 223:23

**duly** 190:23

**duration** 263:14

**DX** 253:9 254:24

**dysfunction** 263:13

**dysfunctions** 269:9

**E**

**earlier** 205:24 221:17 252:10 261:11 333:25 334:16 347:19 368:18

**early** 252:18,22 255:15,17 263:5 270:11 287:20 299:18 300:17 325:5 356:1

**Earnest** 207:19 209:6

**Earnest's** 208:15

**easier** 261:25

**Eastern** 190:3

**easy** 251:5

**EC** 295:11

**ECIA** 342:14

**educate** 199:18

**educated** 311:18

**educating** 224:14 242:21

**education** 195:15,16 224:9 242:23 325:25 351:12 358:22 368:8

**educational** 292:9

**effect** 194:1 196:4 201:9 211:10 220:14 222:7 254:25 272:1

291:1 296:4 308:14 316:8 317:9 320:9 334:14 351:20 353:3 354:8 365:19 368:1

**effective** 204:21 218:14 226:2,4 248:10,12,15,17 274:16 357:15 360:11,13

**effects** 219:20 220:3, 7,10,13 221:20 225:14 257:3 260:9 268:19 269:4 271:11 272:5 284:3 287:21 289:10 290:13,16 291:23 305:14 307:18 311:24 312:14 314:23 318:24,25 320:7,13 341:17 351:6 354:11

**efficacious** 273:24

**efficacy** 218:7 220:19 244:22,25 247:20,24 248:4 250:4 273:13,15 300:20 356:25

**eggs** 258:23

**EI** 342:14

**EIAC** 343:11,20 344:5,18

**elicit** 258:16

**eliminate** 308:21

**Ellis** 190:19

**emotional** 199:21 205:7

**emotionally** 315:7

**employees** 232:14

**encouragement** 258:20

**end** 201:9,19

**endocrine** 269:22 339:1 340:21,25 342:3,12,15 343:12 344:8,19,21 345:3 349:11

**endocrine-induced** 346:7,14,22,24

**engage** 195:15 210:14

**engaged** 208:25

**English** 343:23

**entire** 279:10

**entitled** 236:13 264:22 267:12 276:12 278:2 284:21 287:18 290:3 347:25

**epirubicin** 294:19, 22,25 296:11

**equal** 244:23 309:23 350:16

**equally** 364:16

**equivalency** 250:7

**equivalent** 246:3

**equivalents** 357:9

**ER** 253:6,14,18,22

**ER/PR** 254:22

**Ernest** 208:22

**error** 192:23

**essential** 206:2 214:16

**essentially** 204:19 295:25

**establish** 214:14 306:5 308:6 309:25 310:3

**established** 215:7 220:10 305:21 307:4 308:2,3,25 317:12 319:23 343:11 358:8 366:19 367:24 368:3

**estimated** 290:10

**estrogen** 253:3,10 297:21 369:14

**ethical** 215:7 239:21, 22

**Europe** 205:23 236:12 237:2 238:11 241:11 272:16

**European** 236:4,24, 25 237:8,12 239:4,5, 17 305:22

**evaluate** 197:23 218:6 226:19

**evaluated** 197:16 274:13 338:19 346:12

**Evan** 189:20 190:16 208:18 370:20

**event** 259:22 307:25 308:9 309:18,22 317:17

**events** 219:12 238:12 247:13 259:12

**everybody's** 209:24

**evidence** 191:14 210:17 223:16 234:21 285:10 306:7 308:7

**evidence-based** 191:18

**evident** 290:17

**evolving** 245:4

**exact** 314:4 353:19

**EXAMINATION** 190:24 216:4 361:3 369:5

**excellent** 214:2

**exceptionally** 300:23 309:3

**exclusivity** 246:16

**excuse** 294:22

**exhibit** 192:25 193:3, 16 202:19 207:25 208:1 217:11,12,18 227:5 264:5,8,9,11, 12 266:19 267:4,8,10 276:8,9,11 280:7 282:1 284:11,12,14 287:4,6,9 289:15 296:25 312:10 314:17,18,19 318:20, 21 321:7 329:5,6,8 334:22 335:18,21,25 342:20 347:8 351:17 353:14 354:1 368:15

**expand** 356:17

**expanding** 245:12

**expect** 199:16 202:3, 4 205:14 226:25 249:24 315:22 329:2 359:4

**expectation** 226:7 239:22 315:23

**expected** 291:23

**experience** 191:22 193:9 194:3,8,15 256:7 279:24 281:19 283:25 284:5 287:21 291:4 306:18 342:7 351:6 368:1,23

**experienced** 305:10

**Experimental** 351:21

**expert** 191:17,23,24 194:18,20 197:25 204:20 205:16 206:1, 13,16,17 208:2,25 209:9 221:4,5,12 222:2 225:5 227:22 228:4,5,11,15,19,24 229:25 230:6,17 231:18 232:1,3,17,22 233:9,14,18,21 234:4,15,23 235:9, 13,23 236:15 237:11 239:12 240:5,14,17 242:11 243:4,18 244:9,10,17 245:23 247:1,9,16 248:24 250:6,9 261:1 262:6 263:12,23,24 273:1 274:8 277:16 281:25 283:5 288:7 289:24 290:25 299:10,18 301:14,24 302:23 305:19 306:2 307:3 308:4 311:5 317:21, 22 318:2,9 319:3,5, 12,20 320:4 322:2 327:9 339:20,21 340:8,9,23 341:4,8, 10,13,24 342:10 345:16 349:4,8,13, 14,21 350:19,23 352:7,25 353:5 355:21 356:15 357:14 364:4,19 367:2,13 368:25

**expanding** 245:12

**expertise** 235:20 262:20 266:13 304:24 348:24 349:9, 12

**experts** 221:23 222:3 224:12 225:3 228:5 230:8 235:14 239:20 240:5 247:18 299:4, 21 320:5 339:21 340:4 342:1 348:23 350:10 364:21

**explained** 292:14

**exploring** 287:21

**expressed** 289:4

**extended** 298:7

**extensive** 200:20 301:22,23 303:22 306:13 366:14

**eyesight** 267:9

**F**

**FAC** 204:18 250:24 294:17

**face** 214:15 295:22

**fact** 200:23 253:2 280:16 312:22 342:14 345:23 346:1, 3 348:9 352:2 353:15 367:16

**factor** 245:9

**factors** 291:14

**facts** 208:14

**factual** 191:15

**fading** 328:2

**failed** 233:4

**failure** 292:13

**fair** 204:13 209:6 213:4 220:5 225:8 227:19,21 259:4 267:21 288:3

**fairly** 362:23 370:11

**fairness** 337:6

**falls** 276:13,21

**familiar** 264:21 265:6 287:6 289:16,25 356:10

**family** 192:2 193:11 194:4,9,12,16 195:9

**faster** 267:1

**fatigue** 257:21

**favor** 261:21

**FDA** 222:3 228:15,18, 20 232:20 233:13,16, 23,25 234:6,22,24 236:4,24 239:4 240:16,22,23 241:8 244:9 247:11,17 326:10 356:11 363:7

**FDA's** 240:1 242:7

**feasible** 255:25

**FEC** 295:11

**Federal** 189:14

**feed** 367:11

**feel** 195:5 361:16

**feet** 259:18

**Feigal** 240:15 244:10 278:9 301:15,18,25 302:15 303:3,18 304:13 305:4,18,25 306:6,9 308:3 310:8 311:7 317:12 345:15 348:22 366:14 367:5, 23 368:21,25

**Feigal's** 292:25 302:24 303:13 304:20 359:11 360:8 367:2

**fellowship** 325:12, 19

**felt** 253:10 254:25 297:24 360:24

**fertility** 258:18

**field** 245:16

**figure** 344:16

**file** 199:8 208:18

**files** 237:13

**final** 215:16

**finally** 205:22 206:5 222:11 239:23 370:21

**find** 210:13,16 221:7 237:15

**finding** 225:20 276:18 351:24

**findings** 221:15 276:22 348:4 349:13

**fine** 191:4,5

**finish** 294:6,7 313:18,23 333:11 349:5

**finishing** 370:13

**First-line** 284:23

**fixed** 270:10,20

**focus** 225:17,20 229:6 269:9

**focused** 258:6

**focuses** 229:12 357:7

**follow** 219:12 368:24

**Fonia** 347:6,21

**footnote** 259:16 312:5

**footnoted** 279:2

**foreign** 240:19,23,25 241:5,15,21

**forget** 236:18 258:4

**forgot** 353:13

**form** 191:16 194:23 195:3 197:22 198:5, 24 202:1,12 203:13 204:4 207:10,22 209:7 211:17,20 213:8 214:23 215:15 220:16 225:11 228:2, 10 229:8,13,23 231:22 233:6 234:2, 12 235:3,18 236:9 237:4,19 238:6 240:3 242:9,17 243:3,14 244:6,15 245:21 246:4,12,24 247:7,15 248:23 249:6,11,18 250:15,22 254:16

**finally** 205:22 206:5

**forming** 349:24 350:5 354:15

**forms** 329:21

**forward** 255:14

**found** 200:19 204:22 306:7,14 310:17 366:22 369:10

**fourth** 206:20

**frame** 340:3 358:5,7, 19

**freaks** 365:21

**free** 357:4 360:17 361:16

**Freites-martinez** 342:19,22 347:14,16 368:15

**frequently** 290:13

**friend** 194:13,16

**front** 320:3

**full** 196:10 197:1 201:18 202:8 321:9, 11,17 344:12

**fully** 197:1 198:3,15 202:11 216:18 293:4 295:25 313:20

**function** 276:21

**Functioning** 276:13

**fundamental** 215:6 245:2

**funding** 245:15

---

**G**

**gain** 196:8 284:2

**gave** 207:15 357:4 360:19

**geared** 242:24

**gemcitabine** 216:23,25 217:1,3 218:7,13

**general** 194:24 221:24 242:2 249:22 256:6,20 257:13 270:3 271:7 323:25 325:15 338:24 351:23 356:17,20,22

**generalizable** 273:20

**generally** 220:18 221:2 229:22 241:9 247:23 252:12 258:14 259:9 263:4,9 265:21 270:12 271:17 291:14 295:6, 21 296:15 307:25 308:13 310:21 315:19 318:15 324:22 328:2 339:9 365:20

**generating** 310:22

**generation** 250:24 251:10 252:1,2,3,4,5, 9,13 296:12,16

**generations** 208:7 251:8

**generic** 229:15,21 230:2 239:25 243:12 246:17 247:4 250:14 323:16 327:5 328:23 357:10

**generics** 229:12,22 246:10

**GI** 217:22

**Gitlitz** 216:22 217:22 225:7

**give** 193:24 201:1 210:1 216:16 235:21 256:25 259:9 260:18 270:3 272:7 283:24 296:16 319:6 329:18 341:4 353:25

**giving** 270:1 278:14 299:10 302:23 323:11 325:17 339:21 341:8,22

**glad** 209:15 217:6 218:1 297:14 321:1 370:20

**glasses** 266:25 267:3 276:6

**goal** 195:23 219:13 246:15 331:5 356:23

**goals** 223:2 225:24 226:12

**Gomez** 190:12 191:8,16 192:24 194:23 195:3 197:22 198:5,24 202:1,12 203:13 204:4 207:10, 22 208:23 209:7 211:17,20 213:8,23 214:23 215:15 220:16 221:21 225:11 228:2,10 229:8,13,23 231:22 233:6,8 234:2,12 235:3,5,18 236:9 237:4,19 238:6 240:3 242:17 243:3,14 244:6,15 245:21 246:4,12,24 247:7,15 248:23 249:6,11,18 250:15,22 251:13 254:16 277:2 280:18 284:17 285:20 286:22 288:18 293:10 294:6,10 298:21 299:2 301:10, 12 302:4 303:6 304:5,10 305:3,11,23 306:11 307:1,23

308:11 309:12 310:6,
14 313:5 315:4,18
316:15,18 317:6
318:6,13 319:9
320:14,20 321:7,24
322:7,17,24 323:7,
12,20 324:5,12,19
327:7 328:24 330:19
331:1,19 332:4
333:1,8,11,23 334:11
336:19 337:5 339:18
341:2,12,23 342:5
344:23 345:5 346:8
348:13,19 349:5,20
350:8 352:14,23
356:13,21 357:12,21
358:4,18 359:3,19
360:6 364:8,25
365:9,25 366:6,25
367:8,20 368:20
369:5,6 370:16,19

**good**  189:1 191:9,11
194:13 216:18 370:6

**gosh**  227:23

**grab**  323:23

**Grade**  279:15 283:22
285:5

**grand**  241:12

**great**  299:4 354:5
362:4

**greater**  201:5 276:21

**group**  252:22 344:14
346:11

**grow**  196:6,18,19
197:6,9 200:24
202:5,11,14,24
203:4,8,11,17 205:19
212:3 314:14,15
315:17,21,22 316:4,
5,13 364:23

**growing**  313:19

**grown**  313:20

**grows**  197:10 201:17
202:7 313:21 314:14
315:10,15 316:3
342:9 365:22

**growth**  346:14

**guarantee**  246:19
363:17,22

**guarantees**  201:23

**guess**  193:23

**guideline**  300:7

**guidelines**  191:19
208:6 358:10 367:22

**guy**  361:5

**guys**  328:8,9 370:17

---

**H**

---

**hair**  192:12 194:2
196:4,5,6,8,10,17,18,
19,25 197:1,5,20
198:2,14,23 199:21
200:24 201:5,8,24
202:3,10,23,24
203:4,8,10,16
204:11,23 205:8,18
207:2 209:20 210:2,
23 211:1,14 212:2,
13,20 213:20 214:21,
24 223:23 226:9,16,
18 227:12 257:22,23
258:3 292:21 297:8
300:21,22 305:10
311:23 312:24 313:3,
4,13,16,19 314:13,22
315:6,9,15,16,22
316:3,7,11,12,22
318:12,16,25 320:2,8
330:2,9,11,12 332:2
339:21,25 340:4,6,8
341:5,25 342:1,8,9,
10 344:7,15,18,19
345:16,17 346:12,14
348:23 349:12
353:22 354:14
360:22 362:1 363:2,
17 364:23 365:8,18,
19,22,24 366:4,12

**half**  254:10,12 313:22
347:3

**handle**  308:17

**handout**  201:4

**handouts**  200:13
205:21 207:15
210:15 259:9 271:23
272:8 325:25

**hands**  259:17

**handy**  192:13

**happen**  263:2 308:1,
15,24 317:9 366:17

**happened**  205:24
238:11 244:17
297:14,25 352:11,19

**happening**  305:15

**hard**  216:9

**harmed**  255:19

**harvest**  258:22

**head**  196:10 197:1
279:14 309:2

**head-to-head**
252:10 278:11

**health**  244:13 245:14
287:22 357:10

**Healthcare**  189:23
190:19 216:7 229:2

**hear**  229:1 248:8
251:16,18 275:18
304:15 309:10
327:20,24 328:7,11,
18 335:19,22

**heard**  229:4 309:5

**hearing**  197:4
268:23 269:3,15
270:25 278:23 313:1
370:12

**heart**  290:12 292:11,
12 296:4 353:17
354:18

**heavily**  226:15

**helpful**  232:16
283:18 297:24

**helping**  350:15

**helps**  254:5,10

**her2**  253:21,22
254:22,23 299:25

**hey**  326:11 328:8

**hiding**  205:12

**hierarchy**  308:22

**high**  252:11 253:10
254:17 270:9

**higher**  261:21
278:17,18,21 279:1,
7,20 282:23 285:5
287:25 366:22
367:19

**highest**  285:10

**highlight**  336:5

**highlighted**  265:16
285:3 286:2 335:21,
24 336:7

**highlights**  321:13

**highly**  248:10,15
254:11 267:22

**hindsight**  349:23
350:4,21 353:3

**history**  290:14

**hogtied**  307:16
351:11

**hold**  248:14 321:7

**Holden**  189:20
190:16,24 191:5,9,25
193:4 195:2,11
198:1,12 199:10
202:6,18 203:18
204:8 207:17,24
208:10,20 209:2,10
211:19 212:6 213:18
214:4 215:10,20
242:9 294:2 319:19
331:7 352:5 353:2
361:3,4 363:24
364:12 365:7,14
366:3,9,11 367:5,15
368:6,11 369:2
370:25

**honest**  206:3 215:17
243:21 331:9

**honestly**  210:19
331:8 356:4

**hope**  192:22 223:21

**hormonal**  339:11
348:2 349:16

**hormone**  251:22
254:2 338:25 339:11
348:10 349:1

**hour**  275:1

**hours**  361:12

**How's**  327:22

**huge**  258:20 262:18

**Hughes**  191:13
216:8 227:3,14 228:9
230:18 236:11,16
246:8 249:14,15
274:14 284:24
286:11 288:15,21
289:4 292:5 293:8
296:13,18,24 297:6,
11 298:15 299:1
305:9 306:23 324:2
329:10,21 330:6
333:7,20 334:10
336:17 338:14,22
339:3,5 349:25 350:6
353:15 354:10,20
355:9 358:3,17
360:16

**Hughes'**  228:1
252:24 254:14
293:23 297:17 298:3
350:25 360:9

**Hughes's**  240:10
341:20

**Human**  351:21

**hundred**  250:20
254:6,11 255:7

**hurts**  260:7

**hypothesis**  310:22

---

**I**

---

**idea**  194:25

**IDENTIFICATION**
193:3 208:1 217:12
264:8 276:8 280:7
282:1 284:12 287:4
289:15 312:10
314:19 318:21 329:6
335:18 342:20 347:8
351:17

**identified**  369:7

**identify**  366:21 367:7

**ignore**  351:25
352:11,18

**II**  217:9,13,23 218:19
219:13 220:5,18

221:3,14 274:13,15
338:17

III  214:13 221:17,18,
24,25 222:23,25
223:4,10 284:21
285:9 367:17

impact  198:11 199:4,
19 230:21 245:24
247:21 249:4,8
263:7,13 266:6,10
272:5,6 276:1,3
277:9 282:15 283:8
308:17 319:24
351:14 362:1

impacted  211:16
237:25 239:24 240:8
333:6,19 334:9
335:14 336:15

impacting  263:8

impacts  244:20
245:10 268:16

impairment  263:4

implications  222:9

importance  221:17
224:14 243:20
263:15

important  195:21
199:15 205:18
211:10 215:5 220:14
222:11 223:13
224:13 227:19
238:18,19 245:19
248:3 255:20 256:13
260:19 261:14 262:4,
8,12 263:17 266:14
270:2 286:18 291:20,
24,25 292:3,4
307:15,18 311:2,16,
17 315:7 316:24
323:18 326:11
330:18 337:21
348:10 349:1,17
350:13 351:6,13
354:8 356:17 358:8
363:14

impractical  271:25

improved  255:17

in-depth  237:10

in-point  285:15

inch  313:22

Incidence  287:19

include  192:5,12
198:23 251:21 271:8
294:5,12,15,17 332:2
338:3

included  207:1
209:12 210:18
316:10 330:22 356:7

includes  205:17
318:24,25 330:2,5,9
339:4

including  207:12
225:8 255:13 266:5
271:7 320:8 331:17
342:3 353:16

incorporated  293:3
332:23

incorrect  197:14

independent  361:22

indication  362:12

individual  247:25
251:11 255:10 256:7,
13 279:25 280:1
281:10,19 325:16
363:13,15

individualizing
270:21

individually  258:14

induced  209:13
214:6 215:13 276:14,
25 287:19 292:21
312:14 342:15,16
343:12 345:3

induction  270:11

industry  235:15

infection  354:16

influenced  289:7

influencing  293:4

information  195:12,
18 199:5,12,15,17
204:1 205:6,13,20,23
206:6 207:11,14
210:15 212:4 215:1,
6,8,17 219:2 221:20
222:7 231:10 233:1

236:2,3,12,23 238:1,
4,8,16,23,25 239:4,7
240:10,11,16,18
241:14 243:20 244:4
247:12 249:25
252:25 260:1 267:23
272:14,15,18,21
278:10 284:8 292:20
307:16,18 321:9,11,
17,22 322:4 326:10
329:1 350:12 353:9
359:24 362:18

information's
222:11 351:11

informed  195:17,24
202:16 206:21 208:4
237:24,25 240:9
249:20 260:20
262:13 266:4 281:15
329:9,20 331:6
349:8,11 351:1
354:19 357:1 358:7
367:13

infusions  324:7

inhibitor  298:8

inhibitors  341:5,25
347:2,3

initial  194:10 295:21

initially  325:1,10

input  258:16

insert  322:20

inserts  322:19,22

instance  308:24

Institute  284:15

institution  363:4

instructors  325:18

instructs  325:9

insurance  363:4

integrity  214:16,17

intend  223:7

intended  353:10

intensive  325:3

interchangeably
249:1 250:9

interest  354:5

interested  225:9
226:10

interesting  252:7

interfere  283:23

internal  230:14

interpret  197:3
298:10 319:7,17
320:12

interpretation  292:8

interrupted  370:10,
13

investigations
351:24

involve  285:23 286:4

involved  285:18
356:11

involves  218:2 338:9

involving  216:23
217:3

issue  199:5 213:16
238:15 296:2 307:14

issued  207:19

issues  229:10
230:16 247:9 258:6
279:18 282:18
323:22 364:11,14,16,
20 367:14

J

James  208:13

Janelsins  264:1
266:21

January  224:17

job  351:7,10 368:1

john  190:12 191:2,3,
7 233:7 235:4 251:12
301:11

John's  213:21

Jones  278:22 279:1,
3,20 281:14 282:5,7

Jordan  189:2 190:7

journal  217:14
264:2,4,13,16,17,18,
20 267:11,18,19,23
276:12 284:14,18,19
287:16,17 289:13,17,
25 351:20

journals  310:21
325:22

Judge  207:19
208:11,21 209:4

judgments  352:1,2,3

jump  216:25 265:8
355:15

jumped  262:21,23

Jumping  269:12

June  247:14

jury  357:18

K

keeping  240:9

key  244:19 245:10
247:20

kidneys  353:17
354:18

kill  354:6

killed  357:3

kind  201:17 202:6
209:9 218:24 221:11
235:22 238:7 244:16
256:21 277:4 308:22
311:1 323:14 336:24
342:10

kinds  305:6

knew  210:22 212:2
234:24 235:7,11
236:7 254:22 272:25
273:2 332:5 334:14
336:21 352:21

knew-it-all  351:20
353:3

knowledge  199:7
215:4 232:23 233:12
235:8,15 238:10,13
239:13 326:5 330:21,
25 351:14 352:1,18

355:8 360:15,16

**Koppelman** 266:18, 20 267:4

---

**L**

**label** 201:8 205:2 206:14 207:8 211:14, 16 212:13,19 213:10 228:17,20,22,25 230:16 231:13,16,24 232:2,5,8 233:10,19, 22,25 234:6,25 236:24,25 237:1,2,3, 6 238:11 239:1,5,6, 17 241:9,21 246:21, 23 247:2,5 272:16,18 317:20,21 318:1,4, 10,18,19 319:3,8,11, 15,18 320:6,16,19 324:4,11 327:9,10 328:21 329:13,16 332:17 356:7 365:8, 11,17,23 366:4,8

**labeling** 207:1 209:12 240:20,25 242:16

**labels** 231:8 236:4 237:8,12 241:6,7,8, 15 305:22 317:15,25 322:16

**Lacouture** 223:22

**language** 207:1 209:12,15 211:14 212:16 319:7,17 320:12

**large** 302:8

**larger** 252:12

**lasting** 268:10

**laughable** 244:16

**Laura** 189:8 190:1,8

**lead** 217:22

**leaders** 359:22

**learn** 264:20 324:23, 24 325:1,10,14,20 326:7,17,21 327:11

**learning** 195:6

**learns** 359:20

**led** 236:3,24 239:4 324:3

**left** 227:23 275:2 336:9

**legal** 189:2 209:9

**legitimate** 367:22

**Lemieux** 312:6,8,9 313:2

**length** 363:2

**lessor** 291:13

**let alone** 362:1

**letrozole** 254:3 297:1,7,11,18 298:3, 9,15 338:11,22 340:21 341:1,20 342:4 343:3,4 345:2, 20,22,23 346:6,16,21 347:3,4 360:11,22

**letter** 326:10,12,14

**letters** 359:23

**level** 195:16 245:16 277:5 285:10,16

**Liability** 190:2

**lied** 212:1 213:14

**life** 257:5 258:19 263:3,8 272:6 276:2, 4 283:8 287:22 308:17 312:15 315:23 342:25

**life-saving** 356:18

**life-threatening** 257:2

**likelihood** 354:25 365:5

**likes** 281:2

**limited** 207:20 208:21 296:10 325:7

**limiting** 219:20 291:14

**Linda** 190:1,22 371:9

**lines** 192:22 207:6

**lingo** 269:8

**list** 214:1 225:2 227:4,8 230:11,13,19 231:17 232:10 237:8, 21 256:15 257:12,20 258:4 259:14 268:18, 21 270:3 271:7,10 318:24 338:12 347:7, 22,23 348:18

**listed** 218:4 227:3 257:7,9 259:11 300:7,12 320:13 330:3,9 355:2

**listened** 336:23

**lists** 320:7

**literature** 195:14 205:12 213:19,25 214:5,12 224:4,5,18 239:11 263:19 279:10,24 282:23 288:4 289:9,11 301:21 302:8 303:22 304:23 305:2,6,25 306:13 309:2 311:11, 23 312:16 314:21 317:3,8 325:4 338:8, 20 359:12 366:15 367:24 368:7

**litigation** 190:2 206:9 231:21

**lived** 226:5

**liver** 353:17 354:18

**living** 266:12 283:23

**loaded** 323:14

**locally** 218:8

**long** 229:16 258:19 263:9,23 268:10,14 272:6 274:24 277:10, 14 282:15 283:9 361:12

**Long-term** 287:19

**longer** 219:25 226:6 257:17 259:19 277:19

**longest** 300:19

**Longitudinal** 264:25

**looked** 199:2 200:10 203:25 219:24 226:14,25 227:13,16

239:11 278:12 301:15 303:18 304:2, 9 306:9 321:12,21 322:4,5,11 344:2 347:15 348:21

**Los** 216:21

**lose** 201:15 246:16 251:12 300:22

**losing** 370:13

**loss** 192:12 194:2 196:4,6,18 198:23 199:21 201:5,8 202:23 204:11,23 205:8,19 207:3 209:20 210:2,23 211:1,14 212:14,20 213:20 214:22,25 223:23 226:9 227:12 257:22,23 258:3 268:22,23 269:3,14, 15 271:1 292:21 297:8 300:21 305:10 311:24 312:24 313:3, 4 314:22 315:6 316:7,11,12,22 318:12,16,25 320:2,8 330:2,9,11,12 332:2 339:21,25 340:4,6,8 341:5,25 342:1,10 344:15,18 345:16,17 346:12 348:23 349:13 353:22 354:14 362:1 363:17 365:8,18,19,24 366:4,12,13

**lost** 226:16,18 335:16 366:1 367:10

**lot** 191:21 195:9,11 214:11 215:3 229:3 242:20 253:2 260:13 261:24 270:7,16 274:17,18,20 283:19 320:25 363:24

**lots** 217:21 325:19

**Louisiana** 190:4 329:4,22 330:1,7,16, 23 331:14,15 332:1 353:13

**low** 251:2 369:14

**lower** 246:10,18 252:11 356:23

357:16

**lumping** 283:2

**lung** 268:22 269:2,14

**lungs** 353:17 354:18

**lymph** 369:19

---

**M**

**M.D.** 190:22 371:9

**machinations** 209:9

**made** 200:13 240:24 249:13 261:8 278:3 301:12 316:22 331:3, 22,23 352:10,20 357:2

**Madeline** 276:5 284:9 288:13 318:18 353:12

**main** 220:10 269:9

**major** 269:21 278:6 321:13 326:2

**majority** 282:22

**make** 192:22 195:20 202:25 203:6 209:25 233:20 235:16 239:22 247:3 248:6, 20 257:20 264:7 267:3 272:4,9 276:6 322:13,14 323:25 353:11 358:23 359:22 361:21 367:15

**makers** 238:16 239:25

**makes** 271:5

**making** 191:19 195:24 199:20 201:23 206:1 208:4 210:10 211:23 243:20 262:19 288:8 293:4 311:20 313:9 331:6 341:16 349:11 350:14 352:1 356:18 359:6

**managed** 229:3

**manifestation** 290:9

**manner** 199:18
205:1 208:8

**manufactured**
358:2,17

**manufacturer**
242:14 323:6 358:25
359:1

**manufacturers**
235:25 359:16,21

**manufactures**
323:10

**March** 297:1,7,11,16,
25 298:6 348:8
360:20

**mark** 217:11

**marked** 193:3 208:1
217:12 227:4 264:8
276:8 280:7 282:1
284:12 287:4 289:15
312:10 314:19
318:21 329:6 335:18,
25 342:20 347:8,12
351:17 363:20

**market** 218:20 222:1
234:1 326:13 356:12
357:20

**marketing** 228:23
247:12

**marking** 192:25
329:8

**Markman** 230:25

**Markman's** 230:17,
21

**marks** 189:24

**marrow** 354:16

**mass** 370:3

**masses** 370:2

**material** 195:16

**materials** 200:21
237:18 338:2,3
343:18 345:9

**matter** 233:11
249:10,14 295:15
296:9

**matters** 233:22

**Maurie** 230:25

**MCC** 300:7

**Mccanless** 200:2
201:6,12,22 202:20
203:3 206:20 207:3,7
209:3 210:6 211:9,12
212:7,12 213:4
362:8,12

**Mccanless'** 210:21

**Mccanless's** 202:19
203:23 209:11,18

**Mcgarvey** 312:6
314:17,24,25 315:1,9
329:16

**MD** 289:7 298:25
299:6,9,10,12,17,20
327:1 337:14

**meaning** 219:10
252:2 298:7

**meaningfully**
311:16

**means** 233:19
250:10 313:18
315:20 318:12
344:25 365:6

**meant** 201:13

**measured** 368:23

**measurement**
285:14

**medical** 229:3
311:23 314:21
318:16 325:11,21
329:4,22 330:1,8,16,
23 331:5,15 332:1
353:13 362:7

**medication** 269:25
272:2 290:15 296:1

**medications** 331:17

**medicine** 214:16,17
233:24 245:3,4 273:9
325:11 357:7

**medicines** 324:23

**meeting** 193:22

**meetings** 194:10,17
195:13

**member** 193:11
194:4,9,13,16

**members** 192:2
194:25

**mental** 269:10,22

**mentioned** 200:12
206:4 222:21 243:6
270:24,25 296:22
325:21 326:24
368:15

**metastasis** 309:3

**metastatic** 218:8
225:23 226:8 282:9
315:13 369:21

**method** 363:2

**methodology**
243:16

**methods** 300:10

**mg** 338:9

**Miceli** 189:17 190:14,
25 191:6 208:18
264:5 266:19,22
328:8 329:15 347:17
370:18,20

**Michaud** 289:12

**Milazzo** 207:19
208:11,21 209:5

**Minoxidil** 339:16,20

**minute** 275:5 368:16

**minutes** 275:2 336:9
340:10 360:14 361:6
363:23 366:10

**misinformation**
307:12

**misspellings** 369:8

**mistake** 267:8

**misunderstanding**
295:23 296:3

**mitigated** 309:1

**mix** 292:10

**mixed** 260:6

**mixing** 214:8

**model** 251:10 252:21

**member** 193:11
194:4,9,13,16

**Mollie** 189:22 190:18
216:6 264:5 294:11
328:9 329:15

**mom** 197:7

**money** 362:24

**monitor** 269:24
283:9 284:4 291:2
344:11

**monitored** 226:14
290:16

**monitoring** 291:6

**month** 313:22

**months** 259:18
263:10 265:11 284:1
313:12,17,18,20

**morning** 189:1
191:9,11 216:19,20

**mother** 192:6 193:2,
17,23 196:23 197:4,
11,14,15,24 198:2,7
199:3

**mother's** 197:17

**motion** 337:7

**motor** 281:5

**move** 199:10 256:18
308:21 336:25
337:25 354:1

**moving** 246:14

**multicenter** 264:25
343:25

**muscle** 259:12
292:12 296:4

**mute** 194:5 328:6

**MVAC** 226:1

**myalgias** 260:6
291:12

**N**

**named** 250:5

**National** 284:15

**nationally** 191:23
299:21

**Nationwide** 264:24

**nature** 220:15 354:24

**nausea** 295:24

**NCI** 284:18

**necessarily** 316:12

**negative** 238:8
253:6,11,12,19,21,22
254:22,23 271:4
274:16 297:21

**nerve** 259:12

**nervous** 353:17
354:18

**neuro--** 288:5

**neurocognitive**
266:9

**neurological** 282:4

**neuropathic** 260:4
283:22

**neuropathy** 260:3
275:13,17,25 276:1,
3,15,20 277:1,14
279:15 280:9 287:20,
25 288:9,16 291:9,12
301:3

**neuropsychologica
l** 265:3 267:12 268:3

**neurotoxicities**
286:19 288:6

**neurotoxicity**
259:23 261:13 262:3,
9 278:2,10,16 279:7,
20,25 280:17,20
281:8,10 282:10,21,
24 283:2,5,7,16
285:6 286:15,18
291:25

**neutropenia** 221:1
270:9,17

**node** 252:11

**nodes** 369:19

**non-branded**
249:24

**non-cancer** 265:12

**non-disclosure**
292:24

**note** 264:7 298:6 354:22 360:21 361:22

**noted** 219:19 360:21

**notes** 195:5 297:6,9, 13 303:21 324:7 361:22

**noticed** 216:21 360:22

**noticing** 328:12

**November** 240:12 246:21 272:12 273:3

**number** 192:17 224:9 231:3 260:11 284:1 347:9

**numbers** 260:1 261:9 264:10

**numbness** 259:13, 17 260:4

**nurse** 192:12 193:7, 22 196:3,16 197:4,20 198:3,14,22 209:23

**nurses** 194:10 197:8 210:15

**nursing** 197:8,11

**O**

**Object** 202:1 235:18 248:23 254:16 280:18

**objecting** 213:21

**objection** 191:16 194:23 195:3 197:22 198:5,24 202:12 203:13 204:4 207:10, 22 208:23 209:7 211:17,20 213:8,23 214:23 215:15 220:16 221:21 225:11 228:2,10 229:8,13,23 231:22 233:6 234:2,12 235:3 236:9 237:4,19 238:6 240:3 242:9,17 243:3,14 244:6,15 245:21 246:4,12,24 247:7,15 249:6,11,18

250:15,22 277:2 284:17 285:20 286:22 288:18 293:10 294:2 298:21 299:2 301:10,12 302:4 303:6 304:5,10 305:3,11,23 306:11 307:1,23 308:11 310:6,14 313:5 315:4,18 316:15,18 317:6,19 318:6,13 319:9,19 320:14,20 321:24 322:7,17,24 323:7,12,20 324:5, 12,19 327:7 328:24 330:19 331:1,7,19 332:4 333:1,8,23 334:11 336:19 337:5 339:18 341:2,12,23 342:5 344:23 345:5 346:8 348:13,19 349:5,20 350:8 352:5,14,23 356:13, 21 357:12,21 358:4, 18 359:3,19 360:6 364:8,25 365:9,25 366:6,25 367:8,20 368:20

**objective** 218:6

**objectives** 223:6

**observation** 285:16

**obtaining** 356:11

**occasionally** 350:18

**occur** 290:10,12

**occurring** 201:5

**offer** 242:11 263:22 265:22 288:10 311:12 319:16 337:20 340:5 342:24 343:3 355:21 356:15 357:14 364:2,4,19,21

**offered** 255:9 337:23

**offering** 199:11 225:5 228:5,11,19,24 232:3,17 233:2,9,14, 21 234:4,7,13,23 235:6,9,11 237:10 243:18 245:22 246:25 247:8,16 248:24 250:6,9 350:23

**offhand** 220:8 234:19 241:24 279:22 287:11 315:14 320:24 362:10

**on-line** 251:8 252:23 326:22

**Onco** 253:9

**oncologist** 263:15 281:24 291:20 327:4

**oncologists** 324:24 332:9,13 354:3

**oncology** 192:12 198:22 237:23 241:11 243:19 264:3, 14,16,17 267:11,18, 23 276:12 284:19 341:14

**oncotype** 227:6 254:14,17,23

**one-year** 314:3

**ongoing** 257:24 360:2

**open** 192:14 259:7 302:6,18 304:16,22

**opine** 208:14

**opinion** 191:17 194:19,20 197:15,17, 25 198:8,11 199:11, 14 204:8,14,15 205:16 206:1,17 208:2 221:5,18 225:5 227:22,25 228:6,12, 16,19,21,24 230:7 232:3,18,22 233:2,3, 10,14,18,21 234:4,7, 14,16,23 235:7,9,11, 13,23 236:8 237:11 240:6 242:11 243:18 244:17 245:23 246:20 247:1,9,17 248:20,25 249:12 250:7,9,11 260:18,25 261:17 262:6 263:13, 23 268:6,12 272:10, 13 273:2 274:8 288:7,10 290:25 299:10 301:6,15 302:23 311:6,9,12,14 312:2 317:21,22

318:3,9 319:5,20 329:1 339:22 340:8, 23 341:4,8,10,13,24 342:24 349:22 350:21,23 353:1,4,5 355:21 356:15 357:14 358:7 359:22 364:19,21 367:2

**opinions** 191:15 198:19,21 199:13 207:20 227:20 230:22 234:20 237:22 240:19 249:4, 7,15 319:6,10,16 340:5 341:20 343:4 349:24 350:5 357:25 358:15 364:2,4 367:16

**option** 252:1

**options** 195:22 199:22 208:6 237:24 246:10 256:1 258:14 274:22 292:15 295:17 332:20 358:9

**oranges** 220:18 221:12

**order** 200:20 207:19, 25 208:11 238:3 244:22 260:23 293:22

**organs** 354:15

**original** 237:2 335:5

**osteoporosis** 268:22 269:2,14,21

**outcome** 226:23,25 255:17 343:16 344:12 351:25 352:19 354:9

**outcomes** 343:1 350:17 352:22

**outlined** 359:14

**ovarian** 258:22 284:23 290:4

**ovary** 231:3 286:24

**overlaid** 279:17

**owed** 215:17

**P**

**p.m.** 371:4

**package** 322:19,20, 22 323:23

**packages** 241:8,9

**paclitaxel** 214:22 259:21,25 260:16,23, 25 261:18 262:1 273:8,10 274:10 278:17 279:8,21 280:12,17,21 281:1,4 282:11,24 283:15 287:24 288:5,16 289:10 290:9,23 291:19 294:13 296:20 307:22 308:2 364:22 365:7,11,15, 20,23 366:4,18,24 367:10,19

**paclitaxel-carboplatin** 284:22 285:6

**pages** 336:2

**pain** 259:13 260:4 279:16 283:2,22

**pair** 356:25

**panel** 329:23 330:2, 8,16,24 331:3,5,15, 21 332:1 353:13

**paper** 195:25 219:23 225:1,16 226:13 265:1 278:19 282:18 287:11,12 288:2 315:14 347:14 348:15 349:22 352:25

**papers** 194:6 225:2 238:10 274:12,22 278:20,25 284:7 338:17

**paragraph** 192:16 200:1 206:19,24 369:18,25

**parameters** 344:16

**paramount** 354:2

**pardon** 225:19 257:8

258:10

**parent** 281:4

**part** 194:20 197:25
200:16 218:21
221:12 266:8 270:21
278:15 288:9 329:8
336:11 350:14

**partial** 210:2

**participation** 258:16

**parties** 189:11

**passive** 317:9

**past** 262:16 263:1
297:1

**pathway** 230:1 233:4

**patient** 195:7,19
199:1 201:1 203:7,16
205:7,18 210:12,14
238:16 242:22 245:6,
13 246:7 247:25
249:5 251:1 255:10
256:7 258:13,23
259:5,6,8 262:9
266:2 269:25 270:22
271:9,14,15,24 272:4
273:18 274:2 277:25
282:17 291:1,24
295:15 305:13
306:18 307:5 308:13
310:12 319:21,25
320:12 323:6,22
327:5 328:23 331:6,
11 351:5,13 352:9
358:11 362:15,24
363:17 364:22
367:25

**patient's** 201:24
225:18,21 244:13,24
255:23 276:2,3
339:15 351:4 353:8

**patients** 193:10
194:4,9,12,15,19
195:12,15 199:7,16,
19 201:6,17 202:7
203:4 205:15,18
210:8 211:24 212:25
213:5,12,14 215:2,17
216:25 217:15 218:8,
16 220:24 221:14
224:2 226:15 238:18,
20 241:16,22 242:22,

24 243:21 245:20,25
248:13,18 251:12
252:18 254:1,20
255:9 256:5,23,25
257:18 258:8,11
259:19 261:25 262:4,
10 263:16,20 265:9
266:4,10,11,15
268:13,15,24 269:5,
17 270:18 271:16
272:8,11,20 273:21
277:11,19,20,22
279:25 281:11,13,19,
24 282:13 283:8,24
285:18,24 286:3,5,24
287:20 288:8,25
290:11,14,15 291:2,
3,18 292:10,16 293:3
295:23 296:8 300:18,
21 301:1,5 307:15,19
308:13 310:19
311:17,25 313:24
314:23 323:11
332:22 338:9,20
340:20,24 341:18
343:1 344:5,18,19
345:2 346:6,10,21
347:4 348:1,5 350:14
351:7 352:18 356:19
358:23 359:7 361:25
362:13 363:10
367:21 368:10

**patients'** 293:5

**pattern** 212:23

**pay** 362:24

**PCI** 307:14

**PCIA** 200:2,9,17
202:16 205:10
206:21 212:2 222:13,
16,19 223:25 224:15
235:12 236:1,4
239:7,14 258:7
300:25 301:3,7,19
303:4,20 304:14
305:17 306:5,15
307:22 311:7,13
319:22 342:11,14,17
343:11,20 351:2
353:7 362:2 363:21
364:6 367:19,24
368:3

**PDF** 344:4

**PDR** 321:10,14,17,21
322:1,2,4

**peer** 264:17

**peer-reviewed**
284:19

**pending** 189:16

**people** 194:25 195:4,
7 197:9 215:9 226:5,
18 227:21 228:4
250:20 263:7 269:10,
21 277:6 295:3
297:20,21 308:23
313:18 326:2 339:9
340:2 342:8 344:14
346:11 353:9,11
354:6 357:3 362:20
363:1 365:21

**people's** 196:19

**percent** 201:6 251:3
252:19 253:11,24
254:1,4,9 276:19
281:11 290:11
300:22 313:13,16
345:2 346:6,20 347:1

**perfect** 264:18
267:20

**Perfection** 351:21

**perfectly** 300:14

**Performance** 265:3
267:12 351:22

**performed** 268:2

**peripheral** 276:15
277:1 280:9 287:19,
25 288:15 291:11

**permanent** 204:11,
23 205:8 207:2
209:13,20 210:23
211:1,13 212:13,19
213:19 214:6,21,24
215:13 257:3,24
262:5 292:20 313:8
314:1 316:21,24
330:12 332:2 334:8
336:14 339:17,25
340:6 342:16 344:18
347:25 350:7 365:24
366:5,23

**persist** 262:16,25

**persistence** 259:23

**persistent** 219:3
225:10 228:1,8
276:14 302:16
304:25 305:10
332:18,24 334:8
335:14 340:20,25
342:4 343:1,10,19
348:11 349:2,18

**persisting** 316:12

**person** 310:24

**personally** 231:1

**perspective** 205:4
214:2 215:18 222:6,
9,12,17,22 223:23
243:19 256:25 257:4
281:15,23,25 283:24
284:7 307:5 319:24
341:17 354:24 357:5

**pharmaceutic** 357:8

**pharmaceutical**
246:2 357:8

**pharmaceuticals**
235:16

**pharmacology**
325:13

**pharmacovigilance**
355:19,24

**Phase** 214:13 217:9,
13,23 218:19 219:13
220:5,18 221:3,14,
17,18,24,25 222:23,
25 223:4,10 274:13,
15 284:21 285:9
338:17 367:17

**philanthrope** 362:20

**photos** 227:6,10,13

**physician** 208:12
344:8 357:6 359:20

**physicians** 204:25
205:3 242:15 243:13
324:23 359:15

**picking** 298:25

**piece** 195:25

**pinpoint** 200:15

**place** 285:14

**persistence** 259:23

**places** 261:24
362:19

**plaintiff** 189:18
191:1 193:1 202:22
334:18

**plaintiff's** 192:2
208:12

**plaintiffs** 190:13,15

**plan** 235:22 263:22
297:19 298:13 346:2
358:13 364:19

**platform** 370:12

**platinum** 271:2
278:14

**playing** 245:16

**point** 192:17 198:7
205:5,25 209:22
239:15 306:4 307:13
313:8 314:12 316:22
340:9 350:12 369:9

**pool** 251:7,9

**poor** 267:9

**population** 221:8
268:3

**portion** 236:21

**portions** 335:21,24

**positive** 252:12
253:3,14,18,22
254:22 300:1 338:25
339:11 369:14

**possession** 356:5

**possibility** 263:17
266:17 277:12

**possibly** 226:6

**post** 228:23 247:12
250:20 343:1

**post-outcome**
352:1,2

**postmenopausal**
258:24

**potential** 195:10
214:20 268:16
354:11 356:6

**potentially** 310:22

326:11

**power** 223:8

**practical** 272:3

**practice** 189:5
224:11 229:3 239:24
241:6,18 242:3,5
323:1,2 325:24
327:14,17 328:17,20
340:23 341:11
361:24

**practices** 232:2

**practitioners** 209:24

**pre-outcome** 352:3

**pre-treated** 226:15

**predictive** 251:7

**predispose** 290:16

**preference** 293:23

**preferences** 255:24
358:12

**preferred** 300:8,13

**preparation** 321:15

**prepared** 191:12
216:18 290:25

**prescribe** 212:12,24
293:25 295:10
296:20 298:19
324:23

**prescribed** 200:3
299:23 300:4 332:8,
13 365:14,15

**prescribes** 212:7

**prescribing** 212:21
321:9,11,17 323:19
335:15 340:21

**prescription** 233:24
242:14 266:1 298:15

**present** 193:6,21
194:4,9,16

**pressure** 291:3

**pretty** 202:13 248:25
350:16 355:3

**previous** 346:11
351:24

**previously** 227:4
344:6

**price** 246:14

**prices** 362:19

**primary** 223:6
242:14 244:24

**principle** 215:7
262:13 292:18,19

**principles** 245:3
307:2

**prior** 193:11 234:21
317:4

**priorities** 195:20
296:8

**prioritized** 247:24
248:3

**priority** 289:5

**private** 224:7

**problem** 257:12
270:13 324:8

**problems** 258:19
259:12 263:20
265:20 268:21,22
269:2,3,10,14,23
270:4,5,6,7,10
313:13,16

**Procedure** 189:15

**proceed** 354:20

**process** 195:18,24
205:17 208:4 211:23,
24 214:17 230:8
233:20,22 234:25
235:20 236:14
237:24,25 240:9
242:11 243:6 244:8
246:17,18 249:20
260:20 262:13
271:24 310:23
357:23

**processes** 318:10

**produce** 281:4

**produced** 206:8
227:6,11 231:20
237:17

**product** 244:1
249:21,24

**products** 190:2
234:8 240:1 246:11

**professionals** 199:6

**profile** 256:10 261:21
295:8

**profiles** 256:6
260:16 273:12,14

**program** 370:8

**promise** 203:10
364:23 365:3

**promised** 202:21

**promises** 202:25
203:7

**proper** 195:15

**properly** 293:8

**pros** 289:1 295:16

**Prospective** 264:25

**proven** 222:13,15,19
239:13 244:1 300:25
305:16 308:10
309:20 357:15

**provide** 224:19
274:21 307:17

**provided** 200:21
202:22 212:5 214:1
223:15,19 224:8
296:25 297:15

**providers** 358:22

**PSC** 189:18 191:1

**Psychology** 351:21

**public** 236:12 357:10
360:4

**publication** 224:22
239:16 287:7,13,14,
18 289:17,19,20
312:13

**publications** 231:4
264:18

**publicly** 236:3,23
238:23,24 239:3,6,16

**publish** 339:10

**published** 217:14,21
219:2,7,19 224:3,5,
16 240:1 264:2,10

276:11 280:23
289:14 290:6 299:15
310:18 360:2 366:21

**pull** 212:10,17 217:6,
10 264:1 267:2 276:5
280:3,5 281:14 284:9
287:1 289:12 296:18
297:3 312:8 314:16
318:17 334:20
335:11 342:18 344:4
347:5 351:15 353:12

**pulled** 209:17 334:12
354:12

**pulling** 193:4 196:1
202:18 207:24

**pursuant** 356:12

**put** 192:14 222:12,21
241:8 252:24 253:1,
2,6,18,22 254:6
259:25 260:2,13
261:2,6,8 267:3
274:12 276:6 277:8
278:10,19 279:17
283:18 285:14
299:15 300:10
310:21 319:10
320:21 338:17 345:6,
9 354:24 356:2
362:3,17 363:20

**putting** 367:5

**Q**

**qualification** 201:8

**qualifications** 246:6
299:11

**qualifiers** 320:2

**quality** 245:6,12
276:2,4 287:22
312:15 342:25

**question** 193:6,13,
19 194:8 196:3,15
203:15 204:6 209:18
210:12,19 211:5,25
212:18,24 226:3
238:24 240:11
241:19 249:4,19
251:5 264:13,15
269:4 287:12 300:12
302:9 303:15,17

304:11,16,19,21
309:7,15,17 318:8
322:12 323:3,14
326:17 327:16
328:16 330:4,8
333:14,15,17 334:4,
14 336:12 337:2,7
338:13 341:7 346:18,
19 355:23 358:15
364:14,18 366:2
368:12,14

**questions** 196:16
210:8 211:10,25
216:8,9,11 220:23
259:8 275:13,24
310:9 355:15 361:5
363:25 364:13,15
370:9

**quick** 206:4

**quickly** 321:5

**quote** 201:7,9,13,19
300:21 344:5

**R**

**raising** 309:1

**random** 268:3

**randomized** 214:14
222:23 284:21 286:3
310:2

**range** 253:11 254:6
362:18 363:5

**rare** 222:14 257:1
272:7 300:23 305:13
307:25 309:3

**rarely** 271:2

**rate** 282:23

**rates** 212:23 252:17
283:16 299:14

**re-mark** 329:18

**reaction** 273:21
323:22 324:2

**read** 192:1 196:12,21
198:16 201:10,20
203:1 208:16 209:10,
14 210:3,7 211:2,3
212:11 213:2,3,25
218:12 231:4 265:13,

17 267:1 268:5
285:7,21 287:16
290:19 291:16,17
302:12 309:13,14,16
320:18 321:4,8,12,16
322:15,21 324:4,7,
10,13 333:14,16
334:22 335:9,20,24
336:4,10 337:19
343:23 344:9 345:11
352:16 369:13

**reading** 193:23
213:13 236:22
265:14 266:24
324:15 325:21
331:24

**reads** 265:18 369:18

**ready** 346:12

**real** 287:20 325:3

**real-time** 353:8

**reason** 195:8 207:13
216:15 227:1 229:9
244:11 247:10
292:23 293:7 297:10
324:9 330:15 331:4,
25 370:8

**reasonable** 320:11
327:3,14,15,18
328:17,21

**reasons** 195:10
261:24

**reassessing** 352:12,
20

**rec** 335:2

**recall** 200:19 217:5
219:20 226:13
230:11,15 231:5
237:9,14 241:2
265:1,7 276:17
280:25 288:21
293:11 298:2 320:17,
23 324:8 332:21,24,
25 333:2,3,5,17,21
334:2,3,7 335:12
362:6,10

**recalled** 198:7

**receive** 338:9

**received** 204:9
249:5,16 255:6

284:24 286:11 337:8
338:15,16,21,23
343:9,19 358:3,17

**receives** 327:5

**receiving** 255:4
268:13,24 269:5,17

**recently** 220:1

**receptor** 253:4
369:14

**recess** 215:25 275:8
340:15

**recognized** 191:23

**recollection** 198:9
217:17 218:18
219:23 241:3,13,20,
23 361:23

**recommend** 333:7,
19 334:10 335:1,3
336:16,20

**recommendation**
337:17

**recommended**
289:8 331:16 337:1,
3,25

**recommending**
337:14

**record** 190:11
215:22,23 216:2
227:10 274:25 275:6,
11 297:23 309:16
333:16 340:13,17
370:23,24,25 371:2

**recorded** 221:15
336:15

**recording** 189:12

**records** 297:15
345:25 362:7

**recovered** 360:22

**recovery** 297:8

**recurrence** 360:21

**reduced** 221:2

**reduction** 221:9
363:20

**refer** 239:19 240:4,14
301:22 303:7 306:6

310:8 360:7 367:1,2

**referenced** 224:12
326:3

**references** 224:24,
25

**referred** 263:4 303:9
306:12

**referring** 192:15
222:19 223:13,20
236:25 237:5 238:25
314:5

**refers** 301:20

**reflect** 332:18

**refr-** 217:16

**refresh** 217:16

**refused** 337:24

**refusing** 332:22
341:6

**regimen** 200:4,10
204:22 205:9 210:1
226:1,4,19,20 249:22
250:18,24 255:25
256:14 258:14,17
259:6 262:7 266:1,3
268:19 270:2,15
271:9,15 273:18
274:1,15,19 277:24
278:7,14,17,18
279:13 283:15 284:3
286:10 289:8 291:24
296:10 300:1,2,8,13,
15 301:8 303:1
306:19,25 307:7
333:7,20 336:16
338:14,16,21 339:9
350:15 351:3 354:12,
20 355:10

**regimens** 191:20
253:13 257:14
262:11 263:18
265:24 266:7 268:17
273:15 274:13,20
277:5 286:16 294:1
295:18 303:25 305:1
308:20

**registration** 217:24
219:10 222:24 223:1
325:2 368:22

**regrow** 196:25
197:21 198:3,15

**regrown** 344:20

**regrowth** 344:7

**regularly** 287:16

**regulation** 357:19

**regulations** 228:15

**regulatorily** 250:17

**regulatory** 206:13
221:3,22 222:3 225:4
228:25 229:25 230:3,
8,16 231:18 232:2,24
233:10,21 234:25
235:20 239:20 240:5,
17,20,23 242:6,7,11
243:4 244:8,9 246:6
247:1,9 272:25
310:23,24 318:10
319:3,11,14 327:9
330:20 350:10
355:22 357:23
364:10,13,16,19,20

**relate** 364:14

**related** 276:24,25
277:14 287:22
289:10 304:13 317:4
322:19 329:24 343:4
348:21 364:15

**relative** 295:16

**relevant** 240:10
272:19 279:11
283:14

**reliable** 264:4,14
267:18,20 284:16

**reliance** 214:1 225:2
227:4 230:11,13,19
232:10 237:8,20
338:3,8 343:18 345:9
347:7,22 348:18

**rely** 214:13 240:1
303:13 304:18,23
327:4,16 328:18,21
348:15,22 356:3,6

**relying** 203:19
231:11 313:11

**remember** 197:24
212:9 218:23 219:9,
14,16,17 220:9,12

**regrow** 196:25

227:9,11,15,16,17
231:6 237:16 241:17
280:14 281:5,6
288:23,24 302:7
315:14 331:18,23
334:5,6 353:19
361:12 362:3,5,14
364:18

**remind** 334:1

**remote** 189:12

**remotely** 189:7,10
328:15

**rendering** 353:4

**renowned** 299:21

**rep** 325:5

**repeat** 198:17 350:3

**report** 191:12 192:10
199:23 200:18 201:3
206:19 207:6 208:9
210:6 214:9,10
218:16 227:6 230:17,
21,23 232:16 235:24
238:22 240:7 242:19
243:10 251:19
252:16 254:24
256:15 258:5 259:25
261:1 265:10 278:2,
16 287:24 291:22
292:25 299:12
301:20 302:6,12,13,
18,24 303:8,13,16,24
304:6,8,17,20,22
305:7 311:21 319:11
342:23 345:14
348:15 359:11 360:8,
18 362:18 369:8,13

**reported** 272:1
276:20 290:12 305:2
310:1,25 317:17
343:24 345:2 346:5,
6,22 348:21

**reported,'** 212:20

**reporter** 189:8
190:8,21 309:6,8,12,
13,16 333:16

**reporting** 189:3
190:7,9 218:21
263:19 285:14
368:25

**reports** 213:19 214:5,11,21 215:12 218:22 222:14 235:2 240:8 261:12 276:18 302:1 305:6 308:6,7,8 309:18,22,24 310:2,13,21 325:2 332:18 349:1,16 359:13

**represent** 216:6

**represents** 349:17

**reps** 243:11,12 325:6

**request** 227:10 348:20 356:4

**requirement** 319:14

**requirements** 206:14 228:18,20,23, 25 233:5 235:21 239:21 240:20,23 242:6,7 247:1 314:6 327:10 350:11

**rereview** 280:14 314:11 315:5

**rereviewed** 225:13

**rerun** 253:8

**research** 260:15,24 274:15 287:7,14 299:22

**residency** 325:12,17

**resolution** 368:24

**resolve** 259:18

**resolved** 339:15

**respect** 244:20 288:5

**respected** 264:17 267:22 284:19 287:17 367:22

**response** 212:23 370:9

**responsibilities** 243:17 358:25

**responsibility** 204:15 205:6 206:3 310:25 353:6 358:20

**responsible** 244:12

**rest** 199:9 369:21

**restriction** 208:9

**result** 252:25 253:7 354:16

**results** 200:25 204:17 222:20 253:5 302:25 303:3 360:2

**retest** 297:22

**retested** 253:10

**retractions** 264:19

**retrospective** 343:8, 16,25 344:1,10

**revealed** 352:2

**review** 192:8 200:20 204:6 209:15 218:1 219:1 223:21 225:25 226:23 230:9,13,17 231:7,10 232:11,13, 19 233:1 237:15 263:24 264:17 265:23 277:10,14 289:13 291:6 292:7 297:14 311:11 312:16 314:2 321:1 356:6 358:9 362:14 366:15 370:15

**reviewed** 191:21 206:8 220:1 226:11 227:2 228:13 230:20 231:19,23 232:5 237:22 247:23 263:22 266:6 268:6 277:3 279:9,10 288:2 289:11,18 290:24 301:18,25 302:6,15, 19,25 303:3,9 304:13 308:3 317:15 333:24 334:16 338:2 345:7 347:24 352:6,24,25 356:9 365:11

**reviewing** 192:21 225:16 265:1,7 276:17

**rhythms** 290:14

**rigor** 222:8

**risk** 200:3,17 201:9 202:16 204:10,23 205:10 206:21 209:20 210:23 214:6, 9 215:12 224:15

235:12 236:4 239:1,7 244:1 250:25 251:2 252:11 256:10 259:1, 5 260:16 266:5 268:14 270:9 272:11 273:12,14 278:18,21 281:13 282:18 292:11,12 293:1 296:4 301:6,19 304:14 305:17,21 307:14,21 310:1,4 312:23 330:3,6,9,17 332:3 340:20,24 342:4 351:2 354:14 358:21 359:17 364:6 365:4,5 366:22 367:19

**risks** 199:22 214:14 236:1 242:15 243:25 255:23 256:3,16,24, 25 257:7,9 258:9,12 260:24 266:2 268:23 269:13,16 271:13,18, 19 278:17 279:1 282:14 290:3 295:17 302:16 306:19,24 307:4 308:10 309:19 310:12 317:11 327:5 329:22,25 330:7 331:16 350:5 353:16 354:19,25 355:8 365:2

**role** 225:3 341:25

**roll** 341:20

**room** 189:6,9

**rounded** 241:11

**rounds** 241:12

**routinely** 235:16 269:24

**Rugo** 223:21

**Rule** 189:14 232:16

**rules** 189:14,15 206:15 223:5 310:8 331:9

**run** 254:23

**running** 221:13

**S**

**safe** 221:7 357:15

**safety** 218:6 223:2 244:13 289:14,17,23, 24 291:7 356:25

**sale** 359:6

**sales** 243:11,12

**Sandoz** 189:21 190:17 206:9,11 207:1 364:5,11,17,20

**Sandoz's** 361:1

**Sanofi** 236:2,25 237:2,3,5,8 238:12 239:5,17 272:22 305:22 360:3

**Sanofi's** 235:2 243:7,9 246:22 247:11

**satisfaction** 245:7, 13

**satisfied** 228:17,23

**scalp** 293:6 309:3

**schedule** 273:23

**school** 325:11

**science** 199:8

**scientific** 234:20 359:14 367:3

**scientifically** 239:14 250:10 307:4 317:12

**scope** 199:13

**score** 254:14,17

**scores** 254:18

**scratchy** 327:25 328:7 338:7 350:2

**screen** 227:23 266:23 267:5 347:13

**search** 279:22 301:22 302:8 303:22 304:23 306:14 317:7

**searched** 279:23

**sec** 353:25

**secondary** 223:6 280:9 290:13

**section** 260:13 267:24 278:2 290:7 336:7

**sections** 321:13

**select** 344:14

**selected** 346:11

**sense** 247:4 322:13, 14 337:19

**sensories** 283:2

**sensory** 260:3 279:15 281:5 287:25

**sentence** 192:16,19 238:24 286:7 311:22 369:13,18,25

**separate** 349:10

**September** 190:6

**service** 224:6

**set** 219:11 220:21,23 221:8 222:25 223:11 344:11

**setting** 240:25

**settings** 248:12

**severe** 205:7 271:18 273:21 288:15 290:11

**severity** 189:4

**share** 195:6 199:7 205:6,15 208:18 235:17 307:3 350:13 356:4

**shared** 191:19 195:23 199:17,20 205:3,16,20 206:1 208:4 210:10,15 211:23 212:4 235:21 288:8 293:4 311:19 341:15 350:14 366:16

**sharing** 195:18

**sheet** 236:19

**short** 257:17 282:15 283:9 284:1

**shortness** 257:21

**show** 251:21 261:12 278:18,21 279:1,6,20

**showing** 274:12,22 282:4 367:18

**shows** 223:9 252:17 253:23 278:17 292:25 297:24 366:8

**shrunk** 370:1,2

**shuffling** 194:5

**side** 194:1 196:4 201:9 211:10 219:20 220:3,6,10,13,14 221:20 222:7 257:3 260:9 268:19 269:4 271:11 272:1,5 282:3 284:3 289:10 291:23 305:13 307:18 308:14 311:24 314:23 316:8 318:24, 25 319:16 320:7,9,13 341:16 351:6 354:8, 11 365:19 368:1

**side-by-side** 274:21

**sides** 370:14

**Sign** 367:11

**signals** 223:3,4 325:3

**signed** 195:25 329:21 330:7 354:13, 22 355:4

**significant** 202:16 204:23 224:1 243:24 255:14 266:5,6 276:1 281:12 282:21 283:7 295:25 326:9 355:1 362:23 366:22

**significantly** 300:20 367:18

**signing** 355:7

**similar** 216:13 256:12 276:22 295:6 358:6

**simply** 195:9 282:13

**single** 287:21 366:21 367:7,17

**sit** 293:14 306:3

**sitting** 366:11 367:6

**size** 222:9

**slash** 291:12

**Slight** 295:8

**slightly** 273:10

**slowly** 328:16

**small** 260:10

**social** 189:5 194:19

**Society** 217:14

**soft** 275:21

**sort** 204:13

**sought** 357:19

**sound** 216:12 227:8 309:5 328:1

**sounds** 197:7 236:6 370:6

**source** 258:5 290:1 321:18 326:2

**sources** 278:11 326:22

**Sparano** 277:9 278:12 279:12 283:19

**speak** 216:18 238:12 269:19 275:20,22 338:1

**speaking** 229:10 307:3

**speciality** 245:5

**specific** 199:2 200:6, 16,19,20 202:13 209:15 210:8 211:25 216:11 218:18 219:9, 12,17,22 221:9 223:2 226:11 227:2 231:10 239:16 241:13 252:20 260:1,24 262:7 263:14 270:3 274:1,2 277:17 279:17 299:15 324:2 325:16 331:16 338:21

**specifically** 196:24

197:6 198:16 200:9, 23 203:22 204:11 206:12 210:25 212:9 220:22 223:7 224:14 231:5,6 249:14 250:1 252:24 260:8,14 261:2,7 271:16 277:24 288:21 289:21 292:5 302:5, 7,13,19 312:23 313:3 322:15 324:24 361:13 362:17,21

**specifics** 331:21

**spectrum** 255:19

**speculate** 214:18

**speculation** 207:7 209:2

**spent** 363:10

**spoke** 203:15

**spoken** 240:17

**staff** 245:7,13

**stage** 252:10,18 255:15 299:18 300:17

**Stand** 275:10

**standard** 210:10 226:2 242:3 355:3 358:10

**standards** 208:5 240:20 271:22 341:15

**start** 200:1 202:3 325:18

**started** 190:25 211:4 221:6 298:11 344:21

**starting** 201:3 239:10 313:22

**state** 190:10 192:10 206:19 240:8 291:11 302:13 303:21

**State's** 189:15

**stated** 201:7 207:2 324:18

**statement** 202:14 203:19 238:22 239:3 262:8,18,19 268:11,

12 273:20 279:2 306:13 312:3,4 321:1 354:4

**statements** 256:20 261:16 316:16 317:3, 8

**states** 190:3 265:9 267:25 268:7 290:8 315:9 329:25 354:15 355:6

**statistical** 223:8

**statistically** 366:22 367:18

**statistics** 367:4

**status** 299:11

**step** 191:3 255:14

**steps** 356:10

**Stewart** 191:13 192:6,11,20 193:1,5, 21,22 196:4,24 197:20 198:2,14,22 200:4,24 204:9 206:22 207:4 209:21 210:24 211:7,13 213:6 214:19 215:11 236:19 334:18 361:10 369:15

**Stewart's** 192:6 193:2,14,16,17 196:2,23 197:13 198:25 203:10,19,21, 25 204:2 209:4,19 211:15 361:8 362:7

**stipulate** 189:11,19

**stop** 215:21

**stopped** 297:11

**strike** 199:10 336:25 337:8

**structure** 221:13

**structured** 219:12

**studied** 229:18 234:14 274:23 277:4 367:23

**studies** 214:14 220:18 223:4 247:13 266:8,9 274:14 282:3 359:14 367:3,4,23

**study** 215:8 217:9, 13,24 218:12,17,20, 22,23 219:3,7,10,13, 18 220:12,15,20 221:3,6,9,14 223:5,8, 9,10,16 225:8 226:17,21 234:14 243:15,17 250:23 252:9 261:15 264:25 265:22 268:8 271:20 278:17 285:13,21,23 286:4 302:1 343:16, 17,24,25 344:1,2,10, 17 345:8 346:5,20 366:21 367:7,18 368:16,17,18,19,22

**subject** 339:14

**subjects** 351:24

**submissions** 232:24

**submitted** 272:16

**subscribes** 224:7

**subscription** 224:6, 8

**subsequent** 224:19 268:9 325:4

**subsequently** 335:10

**substantially** 285:5

**substitute** 273:17, 22,25

**substituted** 323:17

**subtle** 260:10 281:18

**succinct** 224:13 326:3

**sufficient** 310:3

**suggested** 335:4 362:7

**suggests** 268:8 348:9

**summarized** 223:22

**summary** 238:9 261:6 296:24 297:5,9

**supplement** 283:20

**support** 194:19 260:25

Index: supportive..toxicities

**supportive** 194:25

**suppresion** 258:22

**surgery** 252:17,19 253:23

**survival** 252:17,19 253:23 254:3,9 299:14 354:2,4,6,8

**survived** 250:20

**Survivors** 264:22 265:3 267:13,25

**sustainability** 245:14

**sustained** 244:1

**swear** 189:9 190:21

**swearing** 189:12

**switch** 260:12 280:4 283:12

**sworn** 190:23

**symptoms** 276:14, 20 291:3,4

**system** 353:17 354:18

**systemic** 223:23,24 253:25

**systems** 245:14

**T**

**Table** 313:11 342:23

**TAC** 200:3 204:18,22 214:21 219:11 250:19,23 261:20

**TAC/FAC** 239:10

**tailor** 259:1,4 271:6, 13

**tailoring** 271:24

**takes** 313:21

**taking** 297:11 345:2, 23 346:6,21

**talk** 209:23 238:3 258:17,24 259:24 263:5,15 266:14 268:15 270:16 271:16 272:24

**talked** 197:5 210:12 234:24 281:7 308:16 368:16,18

**talking** 197:11 198:7 221:4 236:6 251:6 252:18 256:21 260:18 262:23 269:11,12 278:13,15 281:24 289:7 299:13 301:1 308:19 310:10 316:11 317:11 319:14,21,24 328:8,9

**talking's** 328:6

**talks** 280:20 283:21 328:10

**target** 246:15

**taste** 268:22 269:3, 15 271:1

**TAX** 368:22

**TAX316** 222:20,22 224:18,23 368:18

**taxane** 251:1 252:8, 14 255:13,16 260:9 266:7,16 268:17 273:22 275:15 278:15 287:19 348:1

**taxanes** 255:20 273:9,11 278:7 290:4 291:8

**Taxol** 213:20 214:7 260:17 261:3,4 262:1 286:6 291:5 338:18 364:23

**Taxotere** 190:2 201:8,14 202:3 212:25 243:7,9 246:3 248:11,21 250:4,13 281:9 321:9,22 335:6 345:18

**teach** 325:18

**TECF** 295:11

**technology** 213:22

**teeth** 270:4

**TEF** 295:11

**telling** 196:5 236:7

**tells** 367:25

**temporal** 314:6 320:2

**temporarily** 300:22

**temporary** 202:23 257:7,10,21,22,24 258:9,12 311:23 312:17,20,23 313:3,7 314:1,9,13,22 315:2 316:8,20,22 317:5,16 362:1 365:20,24 366:5,12

**ten** 298:8

**term** 257:17 263:9,24 268:14 272:4,6 277:10,14,19 282:15 283:9 284:1 300:19 318:16

**terms** 343:14

**test** 251:10

**testified** 190:23 192:11 196:23 198:13,22 203:3 206:16 208:3,8,22,24 211:7,12 213:4 225:3 273:7 306:16 332:21 336:13

**testifies** 322:10

**testify** 207:21 208:13 209:5 227:12,22 352:8

**testifying** 221:16

**testimony** 191:24 200:7,8,16 201:22 203:20,21,23 204:3 210:5 216:17 221:12 222:2 232:14 281:25 298:2 320:18 332:24 333:5,18,22 334:7 335:8,12 338:1 350:19

**testing** 283:3

**tests** 268:4

**therapeutic** 246:3 357:9

**therapies** 255:22 340:21 357:16

**therapy** 194:11 244:21 247:21 251:22 253:25 254:2 255:10,11 266:15 268:16 269:22 271:3 339:1,12 340:25 342:3,12 344:8,19,21 348:2,10 349:1,17

**there're** 359:22

**thing** 215:5 269:9 270:16 288:25 296:18 299:4 313:23 327:15

**things** 195:6 200:11 205:14,17,21 208:3, 25 210:16 214:11 215:3 216:14 217:22 224:19 226:16 234:5 253:2 258:6 262:10, 12 266:11 267:2 270:24 271:7 288:11 296:6 305:6 308:15 341:16,17 347:23 354:6

**thinking** 236:19

**thinner** 316:2

**thinning** 342:8

**thought** 197:4 199:3 220:21 221:7 241:24 267:17 270:2 274:15 279:10 329:13 335:9 347:18 370:14

**thoughtfully** 351:7

**thousand** 285:24 286:4

**thousands** 231:21 305:5 363:10

**tie** 370:21

**time** 204:6 210:22 215:23 216:3 225:14 274:20 275:6,11 276:7 277:9 309:11 316:4 321:16,19 322:11,22 328:15 332:3 340:3,13,18

**timed** 353:23

**timely** 199:18 205:1

**times** 206:5 226:18 228:15 318:7 370:9

**timing** 220:12 236:14 240:16,17 359:12 360:8

**tingling** 259:13,17 260:4 277:7

**title** 265:2 266:25 280:11 281:2 312:13, 16,19 348:6 351:19

**TMF** 250:24

**today** 191:3 192:9 212:8,25 213:6 216:10 293:15 306:3 321:14 363:16 366:11 367:6

**today's** 371:1

**told** 196:24 197:12, 20 198:2,14 200:8 203:7 205:15 214:19 215:11 272:11 318:8 355:13

**tolerate** 221:8

**tolerated** 218:14

**tool** 224:9 368:9

**tools** 299:16

**top** 206:19 208:10 264:10 311:22 347:13

**topic** 235:23 277:17, 18 341:9 349:12 350:24

**topical** 339:16

**topics** 262:21,23 269:12 322:19

**totally** 267:6 276:23

**toxic** 226:2,4 254:11 261:18 295:1

**toxicities** 226:10 249:21,25 255:24 256:4,5,14 259:17

352:21 358:5,6,19 371:2

262:7 269:19 282:4
291:25 292:3 326:1
353:6

**toxicity** 214:15
217:24 223:3,4,10
243:21 244:22 245:1
247:24 248:2,4
250:12 256:8 261:21
262:24 263:16,23
274:5,10 278:6
288:22 290:9,17,22
292:2,4,6,10 293:9
295:4,5 296:3 300:20
325:3,14,15 326:12,
14 350:18 368:22

**tract** 218:10

**tradeoff** 307:10

**training** 224:11

**trains** 370:14

**transcript** 192:25
202:19

**transcripts** 192:2

**transfusion** 354:17

**transitional** 218:9

**Trastuzumab** 300:4

**treat** 219:25 238:20
245:15 332:13,15

**treated** 236:16
253:12,14 257:5
268:1 339:15 343:9
344:6

**treating** 208:12
327:3 332:9

**treatment** 191:19
201:16 202:4 208:5,
7,8 211:15 223:24
237:23 240:24
248:16,17 250:21
262:17 263:1,21
265:11 269:25
270:21,22 276:19
284:4 285:25 289:5
291:15 292:14 293:5,
22 298:18,23 299:19
325:16 332:22 339:3,
4 341:15,21 343:1
358:12 360:10

**treatments** 247:23

265:21 269:20 270:9
296:5,6 300:3

**trial** 200:25 207:18,
19 208:22 217:23
219:11 220:6 221:14,
25 222:3,8,23,24
223:1 226:12 235:2,
17 236:2 239:10
240:2 256:9 260:2
278:12 284:21 285:9
302:1,16,25 303:3,19
304:1,13 310:3
338:25 367:17
368:24

**trials** 199:17 204:17
214:16 221:18,19
223:10 252:22
272:14,22 302:8,20
303:22 306:14 325:2
339:10 360:3

**triple** 253:12 271:3
274:16

**trouble** 266:11
278:23 312:25
370:12

**true** 228:16 248:14
332:7,12 338:24

**trumps** 248:1,2

**truthful** 216:16

**TSG** 189:3 190:7,8

**Tucker** 190:18

**tumor** 225:15 226:5
250:25 254:22
369:21 370:3

**tumors** 252:12
273:16 369:25

**turn** 201:2 206:18
215:21 361:1

**Tuskegee** 215:8

**two-year** 314:3

**typed** 369:20

**types** 345:17

**typical** 197:8,11
314:13

**typically** 195:11
290:1

**typo** 369:12

**typos** 369:10,11

**U**

**U.S.** 234:5,10,18
241:8,16,22 242:12

**uh-huh** 268:20
348:3,8

**uhm** 192:5,10,24
204:13 212:11,17
213:9 222:19 224:5
226:4 228:16 238:4
241:9 245:24 249:22
253:1,2,4,13 257:12
258:5,17 259:11
261:20 263:16
271:21 274:7,14
275:24 276:3 277:5,
24 278:10,11 280:15
284:4 285:19 286:25
288:12,20 290:21
291:7 296:17,24
297:17 298:5,11
299:3 308:18 318:14
321:8 324:6 325:6,9
327:11 330:21
334:21 337:4 339:14,
24 342:6 343:19
353:19 354:12,22
355:18 356:12,16
360:25 361:5,23
363:3,6,21 364:1
365:10 368:14
369:17

**ultimate** 351:9

**unable** 351:25
352:11

**undergo** 355:10

**undergoing** 243:23
266:15

**understand** 194:21
195:19 207:17 225:6
230:5 260:21 297:17
307:10 311:4 316:6
344:12 352:4,12,16,
17

**understanding**
199:2 203:9 223:2
229:24 230:4 243:5
257:19 265:20 266:8

355:4 369:7

**understood** 198:12
226:9 315:16

**undertaken** 274:4,9

**unique** 256:9

**United** 190:3

**university** 224:7

**unpublished** 235:17

**unresectable** 218:8

**unusual** 308:14
368:1

**unwilling** 351:25

**up-to-date** 224:12
238:9 326:5

**update** 205:4 224:17
236:4,24 239:5,6
297:14

**updated** 205:2,21
237:1 238:11 272:18
332:17 335:13

**Uptodate** 214:2
222:10,21 223:13,21
224:5 326:2 366:16
368:8

**urothelial** 217:4,25
218:10 219:25
220:11 225:22,24
226:7

**usual** 313:20

**V**

**Vaguely** 217:18

**validity** 189:11 367:4

**value-based** 245:3,4
357:7

**variable** 201:17
202:7 257:11 263:16
283:4 325:23

**varies** 363:3

**vary** 251:1

**Vasey** 284:9

**vast** 282:22

**Veith** 240:13 253:14
293:8,24 295:9
296:23 298:25 321:6,
21 322:14 324:3,10,
17,21 327:1 332:21
336:13 347:17

**Veith's** 293:20
296:19 298:2,6,15,17
320:18 333:5,17
334:7,24 335:12
336:2

**versus** 230:3 266:11
272:4 284:2,22
296:4,5 316:5

**video** 189:12 202:17

**videotape** 189:7

**view** 205:5,25 245:17

**violates** 205:14

**virtue** 370:7

**vomiting** 296:1

**W**

**Wanda** 192:20 193:2,
5,14,17,22 196:23,24
197:4,13,20 198:2,13
203:19,21,25 211:6
334:18

**Wanda's** 197:12

**wanted** 288:21
300:18 361:25

**warn** 256:23 268:13
271:17,25 307:21
330:16 340:20,24
365:8

**warned** 209:21
211:13 212:13

**warning** 209:23
332:23 333:6,18
334:8 335:13 336:14

**warnings** 329:23

**warns** 365:17

**ways** 242:21 283:3
304:21 325:20,22
359:24

**weak** 253:3

**weakening** 292:12 296:4

**wear** 315:22

**wearing** 340:3

**weekly** 261:3,5 286:7 365:21

**weeks** 201:16 261:4, 5 313:22 338:10

**weigh** 282:16 354:8 363:13

**weighed** 351:7

**weight** 210:13,17 223:16,22

**well-being** 331:6

**well-established** 305:17,18

**well-known** 236:1 330:17 332:3

**whatsoever** 208:9 217:25

**wide** 363:5

**widely** 207:12 239:22 293:2 311:18 357:2

**wig** 315:23 340:3

**wildly** 358:23 368:8

**Winters** 276:6

**withheld** 199:6,12 215:9 238:1,4,5 353:10

**withholding** 307:16

**woman** 258:25

**women** 205:8 214:25 224:15 252:11 254:5, 10,11 255:8,17 258:21 262:7 263:5 276:13,20 311:17,19 312:15 313:13,16 315:7,13 316:2,23 332:20 343:8,18 346:24

**Wood** 351:15

**word** 312:21 318:11 321:12

**wording** 213:10 353:19

**words** 199:9 202:9 212:19 357:9

**work** 213:13 231:2 240:15 252:22 299:22 301:23 326:4

**work-up** 237:24

**working** 248:7

**world** 287:21

**worries** 294:24

**worse** 268:2 276:21 292:19

**worth** 309:1 363:11

**write** 242:23

**writing** 210:6

**written** 207:8,9 261:8 326:4

**wrong** 266:25 267:8

**wrote** 200:2 201:4 208:11 210:11 230:23,24 253:1 285:17

---

**Y**

---

**year** 207:18 263:10 313:21

**years** 191:22 217:22 219:8,23 229:4 231:3 250:20 252:19 253:24 254:1,4,9 260:17 262:16,25 263:21 265:4 267:13 268:2 276:19 297:20 298:8,11 322:5

**yesterday** 191:2 192:1,7 213:18 364:10 369:8

**young** 258:20

---

**Z**

---

**Zoom** 329:25