# EXHIBIT M

Page 1

1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
2

                     MDL No. 2740
3                    SECTION:  H
4      IN RE: TAXOTERE (DOCETAXEL)
5      PRODUCTS LIABILITY LITIGATION
6      This Document Relates To:
7      Sheila Crayton, Case No. 2:17-cv-05923;
       Cynthia Thibodeaux, Case No. 2:16-cv-15859;
8      _____/
9                              1633 North Bayshore Drive
                               Miami, Florida
10                             December 12, 2019
                               9:08 a.m. - 6:13 p.m.
11
12            VIDEO DEPOSITION OF ANTONELLA TOSTI, M.D.
13         Taken before SUZANNE VITALE, R.P.R., F.P.R.
14     and Notary Public for the State of Florida at Large,
15     pursuant to Notice of Taking Deposition filed in the
16     above cause.
17
18
19
20
21
22
23
24
25

Page 2

```
1   APPEARANCES:
2
    On behalf of Plaintiffs:
3   BACHUS & SCHANKER LLC
    1899 Wynkoop Street, Suite 700
4   Denver, Colorado 80202
    BY: DARIN SCHANKER, ESQ.
5      dschanker@coloradolaw.net
    ANDREWS & THORNTON
6   4701 Von Karman Avenue
    Suite 300
7   Newport Beach, California 92660
    BY: LAUREN R. DAVIS, ESQ.
8      ldavis@andrewsthornton.com
9
    PENDLEY, BAUDIN & COFFIN, LLP
10  1100 Poydras Street
    Suite 2505
11  New Orleans, Louisiana 70163
    BY: JESSICA PEREZ REYNOLDS, ESQ.
12     jperez@pbclawfirm.com
13
14  On behalf of Sandoz:
15  GREENBERG TRAURIG
    3333 Piedmont Road, NE
16  Suite 2500
    Atlanta, Georgia 30305
17  BY: TARYN HARPER, ESQ.
    hapert@gtlaw.com
18
    On behalf of Sanofi:
19  SHOOK HARDY & BACON LLP
    2555 Grand Boulevard
20  Kansas City, Missouri 64108
    (816)474-6550
21  BY: CONNOR J. SEARS, ESQUIRE
    csears@shb.com
22  BY: MAUREEN MOEDER, ESQUIRE
    mmoeder@shb.com
23
24
25
```

Page 3

```
1   APPEARANCES:
2   On behalf of Defendants Hospira and Pfizer:
3   DECHERT LLP
    Three Bryant Park
4   1095 Avenue of the Americas
    New York, New York 10036
5   BY: LAUREN GUMEROVE, ESQUIRE
       lauren.gumrove@dechert.com
6
7   On behalf of Sun:
8   HINSHAW LAW
    53 State Street
9   27th Floor
    Boston, Massachusetts 02019
10  BY: GEOFFREY M. COAN, ESQ. (via phone)
       gcoan@hinshawlaw.com
11
12  On behalf of defendant:
13  TUCKER ELLIS LLP
    950 Main Avenue
14  Suite 110
    Cleveland, Ohio 44113
15  BY: BRANDON D. COX, ESQ. (via phone)
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
             I N D E X
    Examination                      Page
3   Direct    By Mr. Sears:            7
    Cross     By Mr. Schanker:       317
4   Redirect  By Mr. Sears:          337
5          EXHIBITS
6   No.                              Page
    Exhibit 1    Notice                9
7   Exhibit 2    Dermatologic Reactions to   11
8                Cancer Therapies Book
    Exhibit 3    April 22, 2019 Invoice     17
9   Exhibit 4    June 3, 2019 Invoice       18
    Exhibit 5    September 15, 2019 Invoice  19
10  Exhibit 6    September 30, 2019 Invoice  19
    Exhibit 7    November 6, 2019 Invoice    19
11  Exhibit 8    Case Specific List         30
    Exhibit 9    List of Articles           41
12  Exhibit 10   Abstract                   96
    Exhibit 11   Kang Article              109
13  Exhibit 12   Martin Article            115
    Exhibit 13   Martinez Article          129
14  Exhibit 14   1991 Article              164
    Exhibit 15   Tosti Expert Report       186
15  Exhibit 16   January 14, 2009 Medical  261
                 Record
16  Exhibit 17   Vishal Saggar Article     281
    Exhibit 18   December 3, 2008 Medical  287
17  Exhibit 19   August 2, 2011 Medical    288
                 Record
18  Exhibit 20   Requisition Form          296
19  Exhibit 21   Tosti encounter with      303
                 Plaintiff
20  Exhibit 22   Plaintiffs' Objections and 317
                 Responses to Defendant's
21               Notice Deposition of
                 Antonella Tosti, M.D.
22  Exhibit 23   CV                        318
    Exhibit 24   Kluger Article            318
23  Exhibit 25   Bourgeois abstract dated  323
                 December 15, 2009
24  Exhibit 26   2010 Follow-Up to the     325
                 Bourgeois Study
25
```

Page 5

```
1   Thereupon the following proceedings were had:
2       THE VIDEOGRAPHER: We're on the record.
3   The date is December 12, 2019. The time is
4   9:08 a.m. This is Media Unit 1 of the
5   videotaped deposition of Dr. Antonella Tosti in
6   the matter of Taxotere Product Liability
7   Litigation.
8       At this time, may counsel please state
9   their appearances for the record.
10      MR. SEARS: I'm Connor Sears and I
11  represent Sanofi.
12      MR. SCHANKER: Darin Schanker and I
13  represent Cynthia Thibodeaux as well as the PSC
14  in this MDL.
15      MS. REYNOLDS: Jessica Perez Reynolds on
16  behalf of the PSC.
17      MS. DAVIS: Lauren Davis on behalf of the
18  PSC.
19      MS. MOEDER: Maureen Moeder on behalf of
20  Sanofi.
21      MS. GUMEROVE: Lauren Gumerove on behalf
22  of the Hospira and Pfizer defendants.
23      MS. HARPER: I'm Taryn Harper on behalf of
24  Sandoz.
25      MR. COAN: Geoff Coan on behalf of Sun
```

2 (Pages 2 - 5)

Page 6

1    Pharmaceutical.
2        MR. COX:  Brandon Cox on behalf of
3    Accord-Healthcare.
4    Thereupon:
5            ANTONELLA TOSTI
6    a witness named in the notice heretofore filed,
7    being of lawful age and having been first duly
8    sworn, testified on her oath as follows:
9        THE WITNESS:  I swear.
10           DIRECT EXAMINATION
11   BY MR. SEARS:
12       Q.  Good morning.
13       A.  Good morning.
14       Q.  Nice to see you again.
15       A.  Nice to meet you again.
16       Q.  Could you please state your name for the
17   record?
18       A.  Antonella Tosti.
19       Q.  So I know we've gone through the
20   deposition process before.
21           As a reminder, we need verbal responses,
22   yes, nos, because everything is being taken down by
23   the court reporter.
24           Is there anything to prevent you from
25   giving your best and most accurate testimony today?

Page 7

1        A.  No.
2        Q.  If you need a break, will you please let
3    me know?
4        A.  Thank you.
5        Q.  So like I said, you've been deposed, I
6    think, for three days previously in this litigation.
7            Does that sound right?
8        A.  Yes.
9        Q.  Do you have any changes to that testimony?
10       MR. SCHANKER:  Objection, form.
11       THE WITNESS:  No, I don't.
12   BY MR. SEARS:
13       Q.  Do you still charge $800 an hour?
14       A.  No.  I charge $600 an hour for
15   consultation and $800 an hour for deposition.
16       Q.  As of the time we deposed you last, you
17   had made around $55,000?
18       A.  I probably did.
19       Q.  Do you know how much you billed since
20   then?
21       MR. SCHANKER:  Objection, form.
22       THE WITNESS:  I think they have all the
23   invoice to produce here.
24           (Thereupon, the referred-to document was
25   marked by the court reporter for Identification as

Page 8

1    Defendants' Exhibit 1.)
2    BY MR. SEARS:
3        Q.  I'm handing you what's been marked as
4    Exhibit 1, and it's the notice of your deposition.
5        A.  Yes.
6        Q.  On the seventh page, there is an Exhibit A
7    and there's a bunch of items to be produced.
8            Did you have a chance to look over this
9    before?
10       A.  Yes.
11       Q.  I believe plaintiffs' attorneys brought
12   some responsive materials.
13           Do you have that available?
14       MS. DAVIS:  We do.
15       MR. SEARS:  Could I have it?
16       MS. DAVIS:  Yes.
17       MR. SEARS:  Thank you.
18       MR. SCHANKER:  In particular, Counselor,
19   is there a -- obviously, we've worked through
20   them.
21           Do we want to give them to him as we work
22   through them, numerically, maybe the easiest
23   way to do it, just to keep it organized?
24   BY MR. SEARS:
25       Q.  So plaintiffs' attorneys have filed some

Page 9

1    objections to some of these, and I looked over those
2    this morning.
3            So for number 5, it says, "Provide your
4    entire file however described or maintained in
5    connection with plaintiffs," and there's an
6    objection to that.
7            Do you know if you have anything that has
8    not been produced to the defendants?
9        A.  No, I don't think I do.
10       Q.  Number 10 asks for "All documents,
11   including presentations, speeches, slides, notes,
12   handouts or posters regarding any presentation or
13   speech by you concerning docetaxel and alopecia,"
14   and the objections, it says, "Responsive documents
15   will be provided."
16           Do you know if there's anything that's
17   responsive?
18       A.  Yes, there is a book that is here.
19       Q.  Thank you.
20           The name of the book is "Dermatologic
21   Reactions to Cancer Therapies," and it looks like
22   you're one of the authors on this?
23       A.  Yes.
24       Q.  Along with Mario Lacouture?
25       A.  Yes.

3 (Pages 6 - 9)

Page 10

1    Q.  Is this your copy of the book?
2    A.  Yes.  I have many copies, so I can give
3  you this copy.
4    Q.  Thank you.
5       MR. SEARS:  Well, I'll go ahead and mark
6    this as Exhibit 2.
7       (Thereupon, the referred-to document was
8    marked by the court reporter for Identification as
9  Defendants' Exhibit 2.)
10  BY MR. SEARS:
11    Q.  And I'll look over it a little bit during
12  a break, but is there anything in this book in
13  particular about persistent alopecia in chemotherapy
14  regimens?
15       MR. SCHANKER:  Objection, form.
16       THE WITNESS:  Yes.  There is a chapter on
17    hair disorders due to cancer medications, and
18    there is a -- permanent alopecia is discussed.
19  BY MR. SEARS:
20    Q.  Who wrote that chapter?
21    A.  I wrote that chapter with Freites
22  Martinez.
23    Q.  He's the doctor that appeared on a couple
24  of CME articles, I believe?
25       MR. SCHANKER:  Objection, form.

Page 11

1       THE WITNESS:  Yes, CEs.
2  BY MR. SEARS:
3    Q.  Did he primarily write that chapter or did
4  you?
5       MR. SCHANKER:  Objection, form.
6       THE WITNESS:  He did the draft, and then I
7    corrected the chapter.
8  BY MR. SEARS:
9    Q.  Do you think that he's an expert with
10  regard to chemotherapy regimens and persistent
11  alopecia?
12       MR. SCHANKER:  Objection, form.
13       THE WITNESS:  I think somehow, he is
14    because he wrote a lot on status; this topic.
15    He's a young doctor, and this is more a review
16    because it's a book.
17  BY MR. SEARS:
18    Q.  Do you think he's one of the leading
19  authorities in the world about chemotherapy regimens
20  and alopecia?
21       MR. SCHANKER:  Objection, form.
22       THE WITNESS:  No, I don't think so.
23  BY MR. SEARS:
24    Q.  Can you think of anyone that is a greater
25  authority than he is regarding chemotherapy regimens

Page 12

1  and alopecia?
2       MR. SCHANKER:  Objection, form.
3       THE WITNESS:  Dermatologically, because
4    chemotherapy regimen, alopecia -- sorry, I
5    understand the question now.
6       I believe I am definitely more than him,
7    or Dr. Lacouture is more than the Freites
8    Martinez, more than him.
9  BY MR. SEARS:
10    Q.  So back to Exhibit A.  Number 14 asks for
11  a list of expert reports and depositions reviewed by
12  you in connection with your report or in preparation
13  for your deposition in this matter.
14       And in the objections that were filed, it
15  stated that you reviewed Dr. Thompson and
16  Dr. Madigan's expert reports.
17    A.  I did.
18    Q.  Why did you review Dr. Madigan's expert
19  report?
20       MR. SCHANKER:  Objection, form.
21       THE WITNESS:  I just reviewed the report
22    because of the statistical part, but I'm not a
23    statistician.  And to be honest, I didn't
24    understand a lot from the report, but I rely on
25    the conclusion.

Page 13

1  BY MR. SEARS:
2    Q.  Did you ask to review that report?
3    A.  No, I did not.
4    Q.  I think it was in your answer, but you're
5  not a statistician, are you?
6    A.  I'm not a statistician.
7    Q.  Based upon your review of that report,
8  what do you think the conclusion was?
9       MR. SCHANKER:  Objection, form.
10       THE WITNESS:  The conclusion was that
11    permanent alopecia due to chemotherapy was
12    statistically more common with docetaxel than
13    with other drugs.
14  BY MR. SEARS:
15    Q.  What did Dr. Madigan review to reach that
16  conclusion?
17       MR. SCHANKER:  Objection, form.
18       THE WITNESS:  As far as I know, he
19    reviewed the clinical trials and he review
20    the -- I believe he reviewed the side effects
21    that were reported to the company after the
22    drug was in the market -- the side effects
23    reported.
24  BY MR. SEARS:
25    Q.  Have you had any conversations with

4 (Pages 10 - 13)

1  Dr. Madigan?
2      A.  No, I never met him.
3      Q.  Have you exchanged any e-mails with him?
4      A.  No.  But I was at his deposition in New
5  Orleans.
6      Q.  You said you were at his deposition?
7      A.  The trial.  It was the trial.  Sorry.
8      Q.  Did you talk to him at the trial?
9      A.  Absolutely not.
10     Q.  So you've had no contact ever with
11 Dr. Madigan?
12     A.  No, I never met him in person, but I saw
13 him.
14     Q.  Have you personally reviewed the clinical
15 trials for Taxotere?
16        MR. SCHANKER:  Objection, form.
17        THE WITNESS:  No.
18 BY MR. SEARS:
19     Q.  Do you know what TAX316 is?
20     A.  No, I don't.
21     Q.  Do you know what GEICAM is?
22     A.  No, I don't.
23     Q.  Number 15 asks for "All documents and
24 materials you reviewed, considered and/or relied
25 upon in the course of developing your opinions in

1  the above-captioned matters that are not listed on
2  the reliance list contained in your expert report."
3        Plaintiffs' attorneys objected to portions
4  of that.
5        Do you know if there's anything that you
6  have that has not been produced to the defendants?
7      A.  Not that I'm aware of.
8      Q.  Number 16 asks for "All work product,
9  notes, memos, calculations, tables, graphs, charts
10 and other documents that you have created in
11 connection with the Taxotere litigation other than
12 draft reports, including any copies of materials
13 reviewed that contain writing, highlighting or
14 marking of any kind."
15        Again, plaintiffs' attorneys objected, but
16 do you know of anything that has not already been
17 produced to defendants?
18     A.  No.  Basically, I have nothing.
19     Q.  Then number 18 asks for your invoices.
20        Did you bring some of those today?
21     A.  I did.
22     Q.  Thank you.
23        So we have your book.  We have your
24 invoices.
25        Is there anything else you brought that is

1  responsive to Exhibit A?
2      A.  No, I don't think so.
3      Q.  Let's run through your invoices quick.
4        (Thereupon, the referred-to document was
5  marked by the court reporter for Identification as
6  Defendants' Exhibit 3.)
7  BY MR. SEARS:
8      Q.  I'm marking, as Exhibit 3, your invoices
9  dated April 22, 2019, and it's an invoice for
10 $9,450.
11        Do you see that?
12     A.  Yes.  Yes, that invoice include the
13 deposition we had in April.
14     Q.  There's also 11 hours and five minutes for
15 consulting services?
16     A.  Yes.  That's for April.  It was the other
17 case.
18     Q.  When you write "consulting services," what
19 does that mean?
20     A.  It mean when I studied medical records, I
21 studied articles.  I researched the literature.  I
22 work a lot on these cases.
23        You know, I made a calculation that, from
24 the beginning of this, I probably -- if you consider
25 eight hours a day of working, I working in three

1  years for one month just for this case.
2      Q.  So since you started working on this
3  litigation, you've worked for about a month on this?
4      A.  Since then, yes.  Three years, since 2017.
5      Q.  When you say a month, are you saying
6  five-day workweeks?
7      A.  Yes.  And eight hours a day.
8        (Thereupon, the referred-to document was
9  marked by the court reporter for Identification as
10 Defendants' Exhibit 4.)
11 BY MR. SEARS:
12     Q.  So I've marked, as Exhibit 4, your invoice
13 dated June 3, 2019, and that invoice is for $17,400.
14        Do you see that?
15     A.  Yes.
16     Q.  I've marked, as Exhibit 5, your invoice
17 dated September 15, 2019, and that one is for
18 $24,300.
19        Do you see that?
20     A.  Yes.
21        (Thereupon, the referred-to document was
22 marked by the court reporter for Identification as
23 Defendants' Exhibit 5.)
24
25

Page 18

1      (Thereupon, the referred-to document was
2   marked by the court reporter for Identification as
3   Defendants' Exhibit 6.)
4   BY MR. SEARS:
5      Q.  I've marked, as Exhibit 6, your invoice
6   dated September 30, 2019, and that one is for
7   $47,695?
8      A.  Yes, that's for the New Orleans trial.
9      Q.  So that includes your testimony at the
10  first Taxotere trial?
11     A.  Yes.
12     (Thereupon, the referred-to document was
13  marked by the court reporter for Identification as
14  Defendants' Exhibit 7.)
15  BY MR. SEARS:
16     Q.  I've marked, as Exhibit 7, your invoice
17  dated November 6, 2019, and that one is for $17,100?
18     A.  Yes.
19     Q.  Do you have any outstanding time that you
20  have not invoiced?
21     A.  Yes.
22     Q.  How much?
23     MR. SCHANKER:  Objection, form.
24     THE WITNESS:  Maybe, you know, maybe 10,
25  15 hours.

Page 19

1   BY MR. SEARS:
2      Q.  Is that at the 600 or $800 rate?
3      A.  600.
4      Q.  That's another 6,000 to $9,000?
5      A.  Yes.
6      Q.  So I added up these invoices and your
7   outstanding time, and it's approximately $125,000?
8      MR. SCHANKER:  Objection, form.
9      THE WITNESS:  If you did the calculation,
10  I trust you, yes.
11  BY MR. SEARS:
12     Q.  And then if we add the $55,000 to that,
13  you've made around $180,000 working on this
14  litigation?
15     MR. SCHANKER:  Objection, form.
16     THE WITNESS:  I think so.  I think I made
17  around 200,000 total.
18  BY MR. SEARS:
19     Q.  We talked about how you reviewed some
20  expert reports.
21     Have you had any conversations or e-mails
22  with any of the experts involved in this litigation?
23     MR. SCHANKER:  Objection, form.
24     THE WITNESS:  No.
25  BY MR. SEARS:

Page 20

1      Q.  How about with Dr. Thompson?
2      A.  No.  We didn't discuss except we talk on
3   the phone when he receive the biopsies.
4      Q.  So you took the biopsies and you sent them
5   to him, right?
6      A.  Yes.
7      Q.  And what was the discussion that you had
8   on the phone when you sent the biopsies?
9      A.  He called me back and he said that he
10  received the biopsy first, because I was concerned
11  that the biopsy might be lost, and then he said that
12  there was a small technical problem with the lab in
13  the cut of the biopsy, but this technical problem
14  did not affect his capacity to diagnose the biopsy.
15     Q.  What did he say specifically about the
16  technical problem?
17     MR. SCHANKER:  Objection, form.
18     THE WITNESS:  He said that there was a
19  problem in cutting the specimen.
20  BY MR. SEARS:
21     Q.  Do you know very much about how biopsies
22  are supposed to be sectioned?
23     MR. SCHANKER:  Objection, form.
24     THE WITNESS:  Yes, I do.  First cut
25  biopsy.  The diagnosis require horizontal

Page 21

1   section.  Horizontal meaning transverse
2   sections.  And so it's important that the
3   section is not oblique, it's perfect.  That's
4   difficult.
5   BY MR. SEARS:
6      Q.  Are you aware that he uses what's called
7   the HoVert method?
8      A.  I know that he does that, and that this
9   method allows also to evaluate the vertical section
10  of the upper part of the biopsy.
11     Q.  So there's multiple layers of the dermis,
12  right?
13     MR. SCHANKER:  Objection, form.
14     THE WITNESS:  Yes, of course there are.
15  BY MR. SEARS:
16     Q.  Do you know where or what layer of the
17  dermis hair slides are supposed to be reviewed at?
18     MR. SCHANKER:  Objection, form.
19     THE WITNESS:  You know, that's not my
20  field.  I know because I read the literature.
21  Of course, I know that slides -- usually the
22  count are done at the isthmus level, which is
23  superficial part of the dermis.
24  BY MR. SEARS:
25     Q.  So that's higher up in the dermis?

6 (Pages 18 - 21)

Page 22

1          MR. SCHANKER: Objection, form.
2          THE WITNESS: Yes.
3   BY MR. SEARS:
4      Q.  Why are the hair counts done at that
5   level?
6          MR. SCHANKER: Objection, form.
7          THE WITNESS: You know, I don't know
8      exactly. I'm not a pathologist, but because at
9      that level, you can count the very, very small
10     follicles.
11  BY MR. SEARS:
12     Q.  So one of the concerns is if you go too
13  low in the dermis, you're not going to see all of
14  the hairs.
15         Is that true?
16         MR. SCHANKER: Objection, form.
17         THE WITNESS: I don't think it's
18     completely true because you can, in any case,
19     see the stelae and so you can know that there
20     is a follicle up there.
21         They are called stelae -- S-T-E-L-A-E.
22     From Latin.
23  BY MR. SEARS:
24     Q.  Beyond the conversation about the
25  biopsies, have you had any other conversations with

Page 23

1   Dr. Thompson about this case or the Taxotere
2   litigation?
3          MR. SCHANKER: Objection, form.
4          THE WITNESS: No, not at all.
5   BY MR. SEARS:
6      Q.  Did you provide -- let me start the
7   question again.
8          What did you say in response to
9   Dr. Thompson when he said that his lab made a
10  mistake processing the biopsy?
11         MR. SCHANKER: Objection, form.
12         THE WITNESS: So I said, if you think you
13     cannot make the diagnosis, we can take another
14     biopsy. If you think you can make the
15     diagnosis, we'll do with what we have.
16         And he said, I can do the diagnosis. I
17     have no problem. Those biopsies are
18     diagnostic.
19  BY MR. SEARS:
20     Q.  Have you told me everything about that
21  conversation?
22         MR. SCHANKER: Objection, form.
23         THE WITNESS: Yes.
24  BY MR. SEARS:
25     Q.  Do you know what the FAERS database is,

Page 24

1   F-A-E-R-S?
2          MR. SCHANKER: Objection, form.
3          THE WITNESS: No.
4   BY MR. SEARS:
5      Q.  Are you familiar with a database that
6   includes adverse events reported to the FDA?
7          MR. SCHANKER: Objection, form.
8          THE WITNESS: I know that you can report
9      adverse event, but I know nothing about
10     Taxotere and that database.
11  BY MR. SEARS:
12     Q.  Have you provided any of plaintiffs'
13  experts with search terms for any database?
14         MR. SCHANKER: Objection, form.
15         THE WITNESS: I did because I believe, in
16     the very beginning of this litigation, they
17     asked me a number of words that can be utilized
18     to indicate hair loss.
19  BY MR. SEARS:
20     Q.  What words did you provide?
21         MR. SCHANKER: Objection, form.
22         THE WITNESS: I don't remember.
23  BY MR. SEARS:
24     Q.  Do you remember providing the term
25  "baldness"?

Page 25

1          MR. SCHANKER: Objection, form.
2          THE WITNESS: Yes, because people, when
3      lose hair, you know, normal people may use the
4      word "baldness" just to explain that there is
5      no hair on the scalp.
6   BY MR. SEARS:
7      Q.  Do you agree that the word "baldness" is
8   not the same as permanent hair loss due to
9   chemotherapy?
10         MR. SCHANKER: Objection, form.
11         THE WITNESS: Absolutely yes. But, you
12     know, you have to think in the mind of normal
13     people.
14  BY MR. SEARS:
15     Q.  Do you know whether Dr. Madigan relies on
16  any adverse events reported to the FDA or Sanofi?
17         MR. SCHANKER: Objection, form.
18         THE WITNESS: I don't know exactly but I
19     guess, yes.
20  BY MR. SEARS:
21     Q.  Have you reviewed any of those adverse
22  event reports?
23     A.  No, I have not.
24         MR. SCHANKER: Object.
25  BY MR. SEARS:

7 (Pages 22 - 25)

Page 26

1    Q.  So what have you done to prepare for your
2  deposition today?
3    A.  I studied all the medical records, which
4  are a lot because she has like -- I don't know how
5  many pages of medical records.  I reviewed the
6  literature on the topic.  And that's basically what
7  I did.
8       I read my deposition, all my depositions.
9  I read Dr. Thompson deposition.  And maybe I did
10 something else that I don't remember in this moment.
11   Q.  And when you said you read Dr. Thompson's
12 deposition, are you talking about the most recent
13 one that was taken a few weeks ago?
14   A.  Yes.
15   Q.  Did you read his depositions from the
16 first set of cases?
17   A.  I think I did.  I don't remember it,
18 honestly.
19   Q.  Did you have any thoughts or impressions
20 after reading Dr. Thompson's deposition?
21      MR. SCHANKER:  Objection, form.
22      THE WITNESS:  No.
23 BY MR. SEARS:
24   Q.  Did you think I did a good job?
25      MR. SCHANKER:  Objection, form.

Page 27

1       THE WITNESS:  Absolutely.
2       MR. SCHANKER:  Leading.
3       MR. SEARS:  Hey, man, I got to get credit
4  however I can, you know.
5  BY MR. SEARS:
6    Q.  Do you know who Sheila Crayton is?
7    A.  Who?
8    Q.  Sheila, S-H-E-I-L-A.  Crayton,
9  C-R-A-Y-T-O-N.
10   A.  I don't remind of this name, but I may
11 know, you know.  I don't know.
12   Q.  Do you know if you've reviewed any of her
13 medical records?
14   A.  No.
15   Q.  Do you know if you've looked at any of her
16 photographs?
17   A.  That may be.  You know, I review a lot of
18 photographs and I don't remember at all the names of
19 the persons.
20   Q.  Have you had any conversations about
21 whether you could evaluate her in person?
22   A.  Not yet.
23   Q.  Have you had any conversations about
24 whether she could have a biopsy taken?
25   A.  No.

Page 28

1    Q.  Have you had any conversations about
2  whether she could consent to having a biopsy taken?
3    A.  No.
4    Q.  Have you had any conversations about how
5  she's not going to be sent to you because she cannot
6  consent to a biopsy?
7    A.  No.
8    Q.  If you were unable to do a biopsy on a
9  person, could you still perform trichoscopy on them?
10      MR. SCHANKER:  Objection, form.
11      THE WITNESS:  Yes.  I believe trichoscopy
12   is very, very useful.
13 BY MR. SEARS:
14   Q.  Have you had any conversations about
15 whether you could prepare an expert report on
16 Ms. Crayton?
17   A.  No.
18   Q.  Have you ever had a patient that has been
19 unable to consent to a biopsy?
20      MR. SCHANKER:  Objection, form.
21      THE WITNESS:  Outside this litigation,
22   yes.  It's very common that they don't want a
23   biopsy.
24 BY MR. SEARS:
25   Q.  I think I asked you a wrong question.

Page 29

1       I understand that people may not want a
2  biopsy, but have you ever had a patient that was
3  mentally incapable of consenting to a biopsy?
4       MR. SCHANKER:  Objection, form.
5       THE WITNESS:  Of course, I may have, you
6    know, younger children.  I may have patients
7    with mental disorders and then there is
8    somebody that consent for them.
9  BY MR. SEARS:
10   Q.  So I reviewed the report that was prepared
11 for this case.
12      Does that report contain the opinions that
13 you're going to offer?
14   A.  Yes.
15   Q.  So have we -- excluding conversations you
16 may have had with plaintiffs' attorneys, have we
17 covered all the conversations that you've had about
18 this case and the Taxotere litigation?
19   A.  Yes.
20      (Thereupon, the referred-to document was
21 marked by the court reporter for Identification as
22 Defendants' Exhibit 8.)
23 BY MR. SEARS:
24   Q.  I'm handing you what was marked as Exhibit
25 D to your report, and I've marked it as Exhibit 8.

8 (Pages 26 - 29)

1      These are a list of the case-specific
2   materials that you consulted, right?
3      A.  Yes.
4      Q.  So one of the entries here is "all
5   photographs of Cynthia Thibodeaux uploaded to MDL
6   Centrality."
7      Do you see that?
8      A.  Yes.  I saw the photographs they provide
9   me.  I have no access to this MDL Centrality, but I
10   saw all the photographs.
11      Q.  About how many photographs of
12   Ms. Thibodeaux did you review?
13      A.  Many photographs, but important, meaning
14   without a wig or that were not like when she was 15,
15   maybe ten maximum.
16      Q.  So I believe Ms. Thibodeaux received
17   chemotherapy in 2008; is that right?
18      A.  Yes.
19      Q.  What was the most recent photograph in
20   time before 2008 that you reviewed of
21   Ms. Thibodeaux?
22      MR. SCHANKER:  Objection, form.
23      THE WITNESS:  I think it was 2004.
24   BY MS. HARPER:
25      Q.  After she received chemotherapy, what was

1   the most recent photograph in time that you reviewed
2   after chemotherapy?
3      A.  I think I review many but with a wig.  So
4   reviewing a picture with a wig, I didn't even look
5   at them carefully.
6      Q.  As far as the year, after 2008, what year
7   is the most recent photograph that you reviewed?
8      A.  Most recently, probably the one I took.  I
9   took pictures of her when I saw her 2019, June.
10      Q.  So between when she received chemotherapy
11   in 2008 and 2019, there are not any photographs that
12   you reviewed of her hair?
13      A.  No, I did review photographs with wig and
14   I saw photographs I think she took in 2016 without a
15   wig.
16      Q.  So between 2008 and 2016, you did not see
17   any photographs of Ms. Thibodeaux without a wig?
18      A.  Yes, correct.
19      Q.  The next entry on your materials
20   consultant list are "All medical records of Cynthia
21   Thibodeaux uploaded to MDL Centrality."
22      Do you see that?
23      A.  I received a medical record from them.
24   Again, I didn't assess that.
25      Q.  About how many pages of medical records

1   did you review?
2      A.  Maybe 4,000 it was like -- but, you know,
3   because in America, you often have the same medical
4   record again, again and again from different
5   sources.
6      Q.  The next entry down is "Patient medical
7   records for Cynthia Thibodeaux."
8      Do you see that?
9      A.  I think it's the same as the one before.
10      Q.  That's what I was going to ask you.
11      So there's no difference between those
12   two?
13      A.  No.
14      Q.  The next entry down is "Jerome Z. Litt.
15   It's "Litt's Drug Eruptions & Reactions Manual."
16      What is that?
17      A.  This is a book where you can find the side
18   effects of drugs.  Honestly, I have a most recent
19   edition than 2012, and you can use that book to
20   check if any drug -- if any side effect of a drug
21   has ever been reported.
22      Q.  What specifically, in relation to this
23   case, were you looking for in that manual?
24      MR. SCHANKER:  Objection, form.
25      THE WITNESS:  You know, not for Taxotere.

1      For the other possible drugs.
2   BY MR. SEARS:
3      Q.  What specific drugs did you look at?
4      A.  You know, I look for the Synthroid, not
5   the chemotherapy.
6      Q.  And that's a drug that she takes for her
7   thyroid condition?
8      A.  She's taking Synthroid for thyroid.
9      Q.  Did you look up any other drugs?
10      MR. SCHANKER:  Objection, form.
11      THE WITNESS:  Just the one that -- she's
12   taking multivitamin.  So, no, I look at that
13   for her.
14   BY MR. SEARS:
15      Q.  So beyond the Synthroid, there's no other
16   drug that you looked up in relation to
17   Ms. Thibodeaux?
18      MR. SCHANKER:  Objection, form.
19      THE WITNESS:  Not in her case.
20   BY MR. SEARS:
21      Q.  The next entry down looks like an article
22   called "A New Classification of Pattern Hair Loss
23   that is Universal for Men and Women:  Basic and
24   Specific Classifications."
25      Do you see that?

Page 34

1    A.  Yes.
2    Q.  What's that?
3        MR. SCHANKER:  Objection, form.
4        THE WITNESS:  It's a very complicated new
5    classification that these Korean, people from
6    Korea, that they develop, and I look at this
7    article because this classification was
8    utilized by Freites-Martinez in their status,
9    so I want to be aware of the classification.
10   BY MR. SEARS:
11   Q.  So if I understand your answer, you looked
12   that up because Dr. -- is his first name Freites?
13   A.  I think Freites, but I don't swear.
14   Q.  So you looked that up because
15   Dr. Freites-Martinez included that classification
16   system in his article?
17   A.  Yes.  They didn't use the normal
18   classifications like Ludwig, Hamilton or Savin, but
19   they used this classification that nobody uses and
20   so I wanted to know the classification.
21   Q.  This also lists Dr. Madigan's report as
22   something you reviewed.
23   A.  I told you that's something I reviewing.
24   It's not a complete right word.  I look at it.  I'm
25   very bad in math, so I just write the conclusions.

Page 35

1    Let's say that.
2    Q.  Did you read any other portions of his
3    report beyond the conclusions?
4    A.  I tried.
5    Q.  Did you read his entire report?
6    A.  No.
7    Q.  Did you understand the statistical
8    calculations that were used in his report?
9        MR. SCHANKER:  Objection, form.
10       THE WITNESS:  I didn't even try to do
11   that.  I am not a statistician, you know.  I
12   don't -- no.
13   BY MR. SEARS:
14   Q.  Do you know at what point in the TAX316
15   study Dr. Madigan reached the conclusion that there
16   was an increased statistical probability of alopecia
17   associated with Taxotere?
18       MR. SCHANKER:  Objection, form.
19       THE WITNESS:  No, I don't know.
20   BY MR. SEARS:
21   Q.  Do you know what his conclusion was at the
22   end of the study, whether there is an increased
23   statistical probability of hair loss associated with
24   Taxotere?
25       MR. SCHANKER:  Objection, form.

Page 36

1        THE WITNESS:  I don't know, but I think
2    so, but I don't know.
3    BY MR. SEARS:
4    Q.  Do you know if he's ever concluded that
5    there is not an increased statistical probability of
6    hair loss associated with Taxotere versus other
7    chemotherapy drugs?
8        MR. SCHANKER:  Objection, form.
9        THE WITNESS:  No, I think he concluded
10   that there is.
11   BY MR. SEARS:
12   Q.  The next entry is "All volumes of
13   deposition testimony and exhibits from Cynthia
14   Thibodeaux."
15       I know, in the prior litigation, you did
16   not review the entire deposition.
17       Is that true for Ms. Thibodeaux as well?
18       MR. SCHANKER:  Objection, form.
19       THE WITNESS:  This time, I read the
20   deposition.
21   BY MR. SEARS:
22   Q.  You read the entire thing?
23   A.  I read the entire second deposition.  I'm
24   not sure about the first, but I think I read it.
25   It's a long time ago, the first.  The second, it's

Page 37

1    recently, and I read it.
2    Q.  So you had two deposition transcripts for
3    Ms. Thibodeaux provided to you?
4        MR. SCHANKER:  Objection to form.
5        THE WITNESS:  Yes.
6    BY MR. SEARS:
7    Q.  And then the last entry is "Curtis
8    Thompson - Amended Dermatopathology Report for
9    Cynthia Thibodeaux."
10       Do you see that?
11   A.  Yes.
12   Q.  Is that something that you relied on in
13   reaching your conclusions in this case?
14       MR. SCHANKER:  Objection, form.
15       THE WITNESS:  Yes.
16   BY MR. SEARS:
17   Q.  Have we talked about all the case-specific
18   materials that you reviewed?
19   A.  I think so.
20   Q.  Do you know if any depositions beyond
21   Cynthia Thibodeaux's depositions have been taken in
22   this case?
23   A.  I don't know, but I imagine many.
24   Q.  But you have not reviewed any of those
25   depositions?

Page 38

1    A.  No.  No.  I review one.  I review -- it's
2    here in my report.  What's the name?  Corcowski.
3    Q.  Kopreski?
4    A.  Yes.
5    Q.  You reviewed Dr. Kopreski's deposition?
6    A.  Yes.
7    Q.  Did you ask to review that deposition?
8        MR. SCHANKER:  Objection, form.
9        THE WITNESS:  You know, I was given that
10   deposition, and then I reviewed the deposition.
11   BY MR. SEARS:
12   Q.  Did you review the entire thing?
13   A.  Yes.
14   Q.  What do you think about after reading that
15   deposition?
16       MR. SCHANKER:  Objection, form.
17       THE WITNESS:  You know, I think that there
18   were -- there are -- there is evidence that
19   they had information about permanent alopecia
20   due to Taxotere since, you know -- maybe even
21   2001, okay.  And that there were cases, a few
22   cases where the only drug the patient receive
23   was Taxotere.
24   BY MR. SEARS:
25   Q.  Did you review the portions of that

Page 39

1    deposition that talked about TAX316?
2        MR. SCHANKER:  Objection, form.
3        THE WITNESS:  I think I read, but I didn't
4    know exactly the studies are.
5    BY MR. SEARS:
6    Q.  Did you review the portion of the
7    deposition where Dr. Kopreski reviewed the patient
8    files for TAX316?
9        MR. SCHANKER:  Objection, form.
10       THE WITNESS:  I don't remember the study,
11   but I reviewed, you know, all the -- they did
12   patient by patient.
13   BY MR. SEARS:
14   Q.  Do you know if Dr. Madigan took into
15   account Dr. Kapreski's analysis in his expert
16   report?
17       MR. SCHANKER:  Objection, form.
18       THE WITNESS:  No, I don't know.
19   BY MR. SEARS:
20   Q.  Do you know who Dr. Danna is?
21   A.  No, I don't --
22   Q.  Danna, D-A-N-N-A?
23   A.  No.
24   Q.  Have you talked to any of Ms. Thibodeaux's
25   treating physicians?

Page 40

1    A.  No.
2    Q.  Beyond the one time that you saw
3    Ms. Thibodeaux, have you had any conversations with
4    her?
5    A.  No.
6    Q.  Have you reviewed the labels for any of
7    the drugs that Ms. Thibodeaux was taking?
8    A.  No.
9        (Thereupon, the referred-to document was
10   marked by the court reporter for Identification as
11   Defendants' Exhibit 9.)
12   BY MR. SEARS:
13   Q.  I'm handing you what's been marked as
14   Exhibit 9, and it's Exhibit E to your expert report.
15       So this is articles on persistent alopecia
16   following breast cancer chemotherapy that you
17   reviewed; is that true?
18       MR. SCHANKER:  Objection, form.
19       THE WITNESS:  Yes.
20   BY MR. SEARS:
21   Q.  Have you reviewed any articles that are
22   not included on this list?
23   A.  I don't think so.
24   Q.  How did you get this literature?
25   A.  Everything was in PubMed, I had.  I

Page 41

1    received some abstracts from the plaintiff.
2    Q.  Have you done a search in PubMed for
3    articles on this topic?
4        MR. SCHANKER:  Objection, form.
5        THE WITNESS:  I basically do every week to
6    see if there is something new.
7    BY MR. SEARS:
8    Q.  So this list includes materials that were
9    not included previously.
10       Why are you including them now?
11       MR. SCHANKER:  Objection, form.
12       THE WITNESS:  I think I included the
13   quality of life study I'm author of, and
14   that's -- I think it's the recent one.
15       And one case, I don't know if this Curres
16   was there before.
17   BY MR. SEARS:
18   Q.  I think there's other items that were
19   included that were available at the time that you
20   drafted your last expert report but were not
21   included.
22       Do you know why they're included now?
23       MR. SCHANKER:  Objection, form.
24       THE WITNESS:  I don't think anything that
25   was published was not included because I

11 (Pages 38 - 41)

1  include what's published.
2  BY MR. SEARS:
3      Q.  So I know you read Dr. Thompson's
4  deposition.
5          Did you see in there where he said that
6  the pathological findings for PCIA are not defined?
7          MR. SCHANKER:  Objection, form.
8          THE WITNESS:  I disagree with that.  I
9      think are quite defined.
10 BY MR. SEARS:
11     Q.  So you disagree with Dr. Thompson on that
12 topic?
13         MR. SCHANKER:  Objection, form.
14         THE WITNESS:  I disagree on the sentence
15     you said.  I think the pathological features of
16     PCIA are characterized.
17 BY MR. SEARS:
18     Q.  So you and Dr. Thompson are both experts
19 that have been listed for for plaintiff in this
20 litigation.
21         Is that true?
22         MR. SCHANKER:  Objection, form.
23         THE WITNESS:  Yes.
24 BY MR. SEARS:
25     Q.  And at least on the topic of whether

1  pathological findings for PCIA are defined as a
2  topic that you two disagree on.
3          Is that true?
4          MR. SCHANKER:  Objection to form.
5          THE WITNESS:  Can I see that sentence in
6      his -- because I don't remember he saying that
7      are not defined.
8  BY MR. SEARS:
9      Q.  I don't have his deposition with me.
10         Do you recall him saying that in his
11 deposition, though?
12     A.  I don't.
13     Q.  Well, let's assume that he said that,
14 okay?
15         MR. SCHANKER:  Objection, form.
16 BY MR. SEARS:
17     Q.  Assuming that he said that pathological
18 findings for PCIA are not defined, do you disagree
19 with him?
20         MR. SCHANKER:  Objection, form.
21         THE WITNESS:  This is speculation.  I
22     don't think we can speculate.  I don't think he
23     said that.
24 BY MR. SEARS:
25     Q.  I'm asking you to assume that he did.

1          Assuming that he did say that, do you
2  agree or disagree that the pathological findings for
3  PCIA are not defined?
4          MR. SCHANKER:  Objection, form.
5          THE WITNESS:  I don't want to speculate,
6      but I can say that the pathological finding for
7      PCIA are defined.
8  BY MR. SEARS:
9      Q.  If it's true that he said the pathological
10 findings are not defined, that's an example of two
11 experts reviewing the literature and reaching
12 different conclusions.
13         Is that true?
14         MR. SCHANKER:  Objection, form.
15         THE WITNESS:  It's speculation.  I don't
16     think it's true.
17 BY MR. SEARS:
18     Q.  Can you assume for me that Dr. Thompson
19 said that the pathological findings for PCIA are not
20 defined?
21         MR. SCHANKER:  Objection, form.
22 BY MR. SEARS:
23     Q.  Just for purposes of this question, can
24 you assume that for me?
25         MR. SCHANKER:  Objection, form.

1          THE WITNESS:  No.  No.
2  BY MR. SEARS:
3      Q.  Let me go about this a different way.
4          You know who Dr. Miteva is, right?
5      A.  Absolutely, yes.
6      Q.  She's a dermatopathologist in Miami.
7          Is that true?
8      A.  She's a dermatologist in Miami.  Because
9  she trained in Europe and so she's not recognized as
10 a dermatopathologist in U.S.
11     Q.  Is she recognized as a dermatopathologist
12 in Europe?
13     A.  Yes, in Europe.
14     Q.  You've published literature with
15 Dr. Miteva, haven't you?
16     A.  I publish a lot with Mariya.
17     Q.  And you published one article with
18 Dr. Miteva that included ten patients and analyzed
19 the pathology and whether there were certain
20 patterns associated with PCIA, didn't you?
21     A.  Yes, I did.
22     Q.  And you know in that article, one of the
23 conclusions that was reached is that there are not
24 defined pathological findings for PCIA, right?
25         MR. SCHANKER:  Objection to form.

12 (Pages 42 - 45)

1      THE WITNESS:  No.  In that article, we
2  explained that what you see in PCIA is a severe
3  reduction in the numbers of the follicle, and
4  that distinguished PCIA from androgenetic
5  alopecia, but we say that a pathologist who has
6  no experience can misdiagnose PCIA with
7  androgenetic alopecia.
8  BY MR. SEARS:
9      Q.  Do you recall the sentence in the article
10  that said, "The histological features of this type
11  of alopecia and the mechanisms of its origin are not
12  yet known"?
13      A.  I believe this is the introduction of the
14  article.  So when you do the introduction, you
15  explain why you do the study.  And so we did the
16  study to answer that question.
17      Q.  But that sentence is included in the
18  article, isn't it?
19      MR. SCHANKER:  Objection, form.
20      THE WITNESS:  That's the introduction.
21  When you do an article, you do the introduction
22  and you explain what is known.  And then, from
23  that, you do the study to add your findings.
24  BY MR. SEARS:
25      Q.  Do you agree that if the pathological

1  findings indicated that the alopecia was a scarring
2  alopecia, it would not be PCIA?
3      MR. SCHANKER:  Objection, form.
4      THE WITNESS:  I agree, because PCIA is
5  unique.  It's permanent but non-scarring,
6  non-scarring in the dermatological sense,
7  meaning that you don't have fibrosis replacing
8  the hair follicle.
9      So this is unique.  So you don't have
10  fibrosis, but you have the follicle disappear
11  without being substituted by fibrosis.
12  BY MR. SEARS:
13      Q.  Do you think that it's possible for two
14  dermatologists to review the literature that exists
15  for PCIA and reach different conclusions?
16      MR. SCHANKER:  Objection, form.
17      THE WITNESS:  I believe if they're hair
18  experts, it's unlikely.
19  BY MR. SEARS:
20      Q.  Do you believe that Dr. Schapiro is a hair
21  expert?
22      A.  Yes, absolutely, yes.
23      Q.  Do you know if he holds different
24  conclusions than you do after reviewing all this
25  literature?

1      MR. SCHANKER:  Objection, form.
2      THE WITNESS:  I know that he wrote a CME
3  article stating the features of permanent
4  alopecia after chemotherapy, and CME articles
5  are articles that are published to teach
6  dermatologists new things, okay, and each
7  dermatologist to maintain the license has to
8  have CME points every year.
9      So he wrote an article on that topic.  So
10  I don't know how can we disagree.
11  BY MR. SEARS:
12      Q.  CME articles are review articles, aren't
13  they?
14      MR. SCHANKER:  Objection, form.
15      THE WITNESS:  No.  CME articles are
16  different, are articles that the journal accept
17  because feels that this is a topic that needs
18  to be spread among dermatologists for them to
19  know, and was very important because before
20  that article, many dermatologists didn't even
21  know of the existence of this.
22  BY MR. SEARS:
23      Q.  There is no independent research that was
24  conducted for the CME articles.
25      Do you agree with that?

1      MR. SCHANKER:  Objection, form.
2      THE WITNESS:  Not for the CME article, but
3  then on the quality of life article, where
4  Dr. Schapiro is part of the team and he
5  reviewed the data as is written in the article,
6  he described more than 80 patients with PCIA.
7  BY MS. HARPER:
8      Q.  Have you reviewed Dr. Shapiro's expert
9  report from the first case?
10      MR. SCHANKER:  Objection, form.
11      THE WITNESS:  Yes, I did.
12  BY MR. SEARS:
13      Q.  You realize that he's got different
14  opinions than you do, don't you?
15      MR. SCHANKER:  Objection, form.
16      THE WITNESS:  I don't remember exactly.
17  It's a long time ago.
18  BY MR. SEARS:
19      Q.  Did you review his testimony -- actually,
20  he didn't testify at the first trial.
21      Have you had any conversations with any
22  dermatologists about PCIA?
23      A.  Yes, absolutely yes.
24      Q.  Who have you talked to?
25      A.  To many dermatologists around the world.

13 (Pages 46 - 49)

Page 50

1  For instance, I was in Argentina for a meeting, and
2  I have many cases over there.
3      There is a dermatologists, her name is
4  Gisela D'Atri, and she works in a cancer center in
5  Buenos Aires, and she has many cases she presented.
6      Q.  Have you talked to Dr. Shapiro about PCIA?
7      A.  No.  We talk each other a lot, but I
8  thought it was better not to talk about this
9  litigation.
10      Q.  Have you talked with Dr. Frietes Martinez
11  about PCIA?
12      A.  No, I did not.  And you know I'm
13  organizing a meeting, a big meeting, and I invited
14  him but not to talk about PCIA, because I thought it
15  might be a conflict.
16      Q.  If Dr. Schapiro does have different
17  opinions than you after reviewing all of this
18  literature, do you agree that his opinions would be
19  valid?
20      MR. SCHANKER:  Objection, form.
21      THE WITNESS:  Doctors often have different
22      opinions.  And that's how medicine grow.  You
23      know, you have different opinions.  You discuss
24      and you learn.
25  BY MR. SEARS:

Page 51

1      Q.  In the article that you wrote with
2  Dr. Miteva that looked at those ten cases, I think
3  it was called "Permanent Alopecia After Systemic
4  Chemotherapy."
5      Is that right?
6      MR. SCHANKER:  Objection, form.
7      THE WITNESS:  Yes.
8  BY MR. SEARS:
9      Q.  One of the things that was written in
10  there is that "Dose-dependent permanent alopecia has
11  been reported after repeated courses of
12  cyclophosphamide and carboplatin."
13      Do you remember that?
14      A.  Yes.
15      Q.  Do you agree that you can have PCIA from
16  cyclophosphamide?
17      MR. SCHANKER:  Objection, form.
18      THE WITNESS:  Very high dose, yes.
19  BY MR. SEARS:
20      Q.  Do you agree you can have PCIA from
21  carboplatin?
22      MR. SCHANKER:  Objection, form.
23      THE WITNESS:  Yes.
24  BY MR. SEARS:
25      Q.  You mentioned the dose.

Page 52

1      Do you think that the dose of a drug
2  matters in whether it will cause PCIA?
3      MR. SCHANKER:  Objection, form.
4      THE WITNESS:  I'm not so sure.
5  BY MR. SEARS:
6      Q.  Do you think you could have PCIA from low
7  doses of cyclophosphamide?
8      MR. SCHANKER:  Objection, form.
9      THE WITNESS:  No, I don't know, but there
10      are, you know, few cases.  Cyclophosphamide is
11      like two, three cases.
12  BY MR. SEARS:
13      Q.  Do you know what dose of -- do you have
14  any opinions about what dose of Taxotere is needed
15  before it can result in PCIA?
16      MR. SCHANKER:  Objection, form.
17      THE WITNESS:  I know there are two cases
18      reported with just 100 milligram per square
19      meter, which is a very low dose, just one
20      cycle.
21  BY MR. SEARS:
22      Q.  What literature is that included in?
23      MR. SCHANKER:  Objection, form.
24      THE WITNESS:  It's in my report.  It's
25      Sedlacek, I think.

Page 53

1  BY MR. SEARS:
2      Q.  We'll talk more about Sedlacek later, but
3  that was AC, which is adriamycin cyclophosphamide,
4  followed by Taxotere, right?
5      MR. SCHANKER:  Objection, form.
6      THE WITNESS:  I don't remember exactly.
7      It was not only Taxotere.
8  BY MR. SEARS:
9      Q.  It's your testimony that, in the Sedlacek
10  article, the patients only received one cycle of
11  Taxotere?
12      A.  I think that's the article.  I'm not
13  100 percent sure.  It's an article where two of the
14  seven patients had the side effects, so couldn't
15  receive more than one cycle.
16      I'm not 100 percent sure if this or it's
17  another one.  If I can look at the article, I show
18  you.
19      Q.  In the literature that you've included, do
20  you know if there are any reports of patients
21  receiving 75 milligrams per meter squared and having
22  persistent alopecia from a Taxotere regimen?
23      MR. SCHANKER:  Objection, form.
24      THE WITNESS:  I'm sorry.  I didn't
25      understand the question.

14 (Pages 50 - 53)

1  BY MR. SEARS:
2      Q.  In the literature that you reviewed, do
3  you know if there are any reports of patients who
4  received 75 milligrams per meter squared of Taxotere
5  and reported having persistent alopecia?
6          MR. SCHANKER:  Object to the form.
7          THE WITNESS:  Yes, the Martin article, for
8      instance, they had.
9  BY MR. SEARS:
10     Q.   That's the 2008 Martin article that looked
11  at scalp cooling?
12     A.  Yes, 2018.
13     Q.  Sorry.  2018.
14          It's your testimony they received 75
15  milligrams per meter squared?
16     A.  Depends on the groups.  There were
17  different groups.  Okay.  And the one that receive
18  more had more severe alopecia, but they had also in
19  the patients who received 75.
20     Q.  Do you know if there are any reports of
21  grade 2 alopecia in the Martin article for patients
22  that receive 75 milligrams per meter squared of
23  Taxotere?
24          MR. SCHANKER:  Objection, form.
25          THE WITNESS:  Yes, there are.

1  BY MR. SEARS:
2      Q.  We'll look at the article, too.
3          Beyond the Martin article and the Sedlacek
4  article, can you tell me any other article that you
5  reviewed that has reports of persistent
6  chemotherapy-induced alopecia when the patient
7  receives 75 milligrams per meter squared of
8  Taxotere?
9      A.  No, I don't recall of any other.
10     Q.  I think one of the articles that you
11  included in here is the Prevezas article, increased
12  dose, Prevezas?
13     A.  Yes.
14     Q.  Do you recall in that article that it says
15  that aromatase inhibitors explain the
16  androgenetic-like hair loss pattern?
17          MR. SCHANKER:  Objection, form.
18          THE WITNESS:  I don't recall saying that.
19      I think that article reported two patients.  I
20      think that's the article in French, yes, 2009.
21      Yes, I think that's the article they report two
22      cases of permanent alopecia.  So it's a case
23      report.
24  BY MR. SEARS:
25     Q.  When you say "case report," you're saying

1  it like it's a bad thing.
2          MR. SCHANKER:  Objection, form.
3          THE WITNESS:  Absolutely not.  Case report
4      are the signals.  They are very, very
5      important.
6          Everything we know for every disease
7      started from a case report.  So they identify
8      the problem.
9          That was probably one of the first -- the
10      first article published in the dermatological
11      literature on that.
12  BY MR. SEARS:
13     Q.  Do you recall the statement in the article
14  that says that aromatase inhibitors explain the
15  androgenetic-like hair loss pattern?
16          MR. SCHANKER:  Objection, form.
17          THE WITNESS:  I don't remember the phrase
18      in the article, but I can agree that an
19      aromatase inhibitor can cause androgenetic-like
20      alopecia.
21  BY MR. SEARS:
22     Q.  Do you recall the conversation that
23  Dr. Thompson and I had during his deposition about
24  how there's a disagreement in the pathological
25  community about whether you would see reduced

1  follicular counts with PCIA?
2          MR. SCHANKER:  Objection, form.
3          THE WITNESS:  I think most of the
4      dermatological community agree, because if we
5      look at these papers, most of them found a
6      reduction in the number of follicles.
7  BY MR. SEARS:
8      Q.  Do you agree that there are
9  dermatopathologists out there that have said that
10  there is not a reduction in follicles associated
11  with PCIA?
12          MR. SCHANKER:  Objection, form.
13          THE WITNESS:  I'm not aware of this
14      sentence.  I never saw that there is no
15      reduction.
16  BY MR. SEARS:
17     Q.  Have you reviewed Dr. Sperling's book?
18          MR. SCHANKER:  Objection, form.
19          THE WITNESS:  No, I did not.  It's a book.
20  BY MR. SEARS:
21     Q.  Do you know who Dr. Whiting is?
22     A.  He's a very good -- he was a very good
23  friend of mine.  Yes, I know him.  I respect him a
24  lot.
25     Q.  He was a dermatopathologist, right?

15 (Pages 54 - 57)

Page 58

1    A.  Yes.
2    Q.  Do you know whether he ever reported that
3  there is not a loss of follicles associated with
4  PCIA?
5    A.  No, I don't.
6    Q.  If he did report that, would you agree
7  with him?
8      MR. SCHANKER:  Objection, form.
9      THE WITNESS:  You know, Dr. Whiting died
10    four years ago.  You know, at that time, we
11    didn't know a lot on this topic.  The last ten
12    years, he was really old.  So I think he
13    probably didn't see many cases.
14  BY MR. SEARS:
15    Q.  Can you recall any literature that's been
16  published in the last four years about pathological
17  findings associated with PCIA?
18    A.  Yes.  I think the only paper in the last
19  four years is Stefanato paper.  Last author is
20  Stefanato.  And in that paper, they describe some
21  inflammation.
22    Q.  I don't see that Stefanato paper included
23  on your list.
24    A.  Yes, because the last name should be
25  Fonia.  Let me check.  Fonia.  No, let me check --

Page 59

1  yes, I think probably first name is fonia.
2    Q.  Is that the Permanent Alopecia in Patients
3  with Breast Cancer and After Taxane Chemotherapy?
4    A.  Yes, I think that's the one.  And if we
5  look on the other paper, I'm looking to see if the
6  last name is Stefanato.  I think that's the paper.
7    Q.  That's the 2016 paper?
8    A.  Yes.
9      MR. SCHANKER:  May I point it out to her?
10      THE WITNESS:  Yes, it's here, 2016 paper.
11  BY MR. SEARS:
12    Q.  You know in that paper, it said that the
13  pathological findings for PCIA are scant and not
14  defined?
15    A.  I believe it's, again, the introduction.
16  Everybody starts with the same introduction to
17  explain why they do the study.
18    Q.  Do you recall what that article said about
19  anti-estrogen therapy and its role in preventing
20  hair regrowth?
21    A.  I think we had this conversation the last
22  time at the deposition.  So they have a theory that
23  I disagree with -- a theory I disagree with.  So
24  they think inflammation is a big part of the
25  problem, but it's only speculation.

Page 60

1    Q.  Do you think that Dr. -- is it pronounced
2  Fonia?
3    A.  Fonia?  I don't know.
4    Q.  Do you think that Dr. Fonia is an expert
5  in PCIA?
6    A.  No, I don't think so.  He's the first
7  author.  So first author is usually a young person,
8  maybe a student you give the paper to write.
9      The main author here was Stefanato.
10  Stefanato is an expert pathologist, but she review
11  cases that were not hair.  So she doesn't see the
12  patients.
13      And the patients in this article, they
14  just had one or two from the UK.  The others came
15  from all over the world.
16    Q.  So if Dr. Stefanato, after reviewing these
17  ten patients, said that the pathological findings
18  for PCIA are scant and not entirely defined, would
19  you agree?
20      MR. SCHANKER:  Objection, form.
21      THE WITNESS:  I think that's the
22    introduction.
23      Again, that's what I was saying before.
24    That's the introduction of the paper before
25    doing the study.

Page 61

1  BY MR. SEARS:
2    Q.  If Dr. Stefanato said that the
3  pathological findings were a mimic of androgenetic
4  alopecia, would you agree with that?
5      MR. SCHANKER:  Objection, form.
6      THE WITNESS:  Absolutely, yes.  That's
7    what also I published.  If the
8    dermatopathologist is not expert and doesn't
9    know the history of the patient, can
10    misdiagnose PCIA as androgenetic alopecia.
11  BY MR. SEARS:
12    Q.  And if Dr. Stefanato concluded that the
13  anti-estrogen therapy is playing a role in
14  preventing the hair regrowth, would you agree with
15  that?
16      MR. SCHANKER:  Objection, form.
17      THE WITNESS:  I don't know.  I don't think
18    we have the information about that.
19  BY MR. SEARS:
20    Q.  Do you think that there's doctors in the
21  hair loss community that have different impressions
22  on what is causing PCIA?
23      MR. SCHANKER:  Objection, form.
24      THE WITNESS:  I believe that most doctors
25    don't even know about PCIA.  I just found an

16 (Pages 58 - 61)

1     article recently, so it's not in this material,
2     where they send a questionnaire to see how many
3     doctors was aware of this side effect, and very
4     few doctor knew.
5  BY MR. SEARS:
6     Q.  That's part of the reason why I prefaced
7  the question with doctors in the hair loss
8  community.
9         Do you believe that doctors in the hair
10 loss community have reached different conclusions
11 about PCIA and what is causing PCIA?
12        MR. SCHANKER:  Objection, form.
13        THE WITNESS:  I don't think so, if they
14    even decide to do a CME article on that.
15 BY MR. SEARS:
16    Q.  So we talked about one dermatopathologist
17 that said that there are a normal number of
18 follicles with PCIA.  We've talked about another
19 that says that it's the anti-estrogen therapy that's
20 preventing the hair regrowth.
21        Would you agree that those are examples of
22 doctors in the hair loss community having different
23 opinions than you do?
24        MR. SCHANKER:  Objection, form.
25        THE WITNESS:  I want to be divided in two

1     sentences because it's complicated.  So let's
2     start from the beginning.
3  BY MR. SEARS:
4     Q.  Do you agree that there's doctors in the
5  hair loss community that have concluded that there
6  are a normal number of follicles found in PCIA?
7        MR. SCHANKER:  Objection, form.
8        THE WITNESS:  I'm not aware of this
9     sentence.
10 BY MR. SEARS:
11    Q.  If there are, do you agree that that is an
12 example of doctors in the hair loss community having
13 different opinions about PCIA?
14        MR. SCHANKER:  Objection, form.
15        THE WITNESS:  I never saw an article
16    saying that there is a normal number of
17    follicle in PCIA.  Most of the article report
18    reduced number of follicle.
19 BY MR. SEARS:
20    Q.  I know, in the prior case, we had a
21 deposition where we talked about stem cells.
22        Do you remember that?
23    A.  Yes.
24    Q.  Do you agree that the mechanism of action
25 for why a chemotherapy drug may result in PCIA has

1  not been defined?
2        MR. SCHANKER:  Objection, form.
3        THE WITNESS:  I agree.
4  BY MR. SEARS:
5     Q.  Do you agree that there's no test that can
6  be used to determine which chemotherapy drug caused
7  PCIA in any specific patient?
8        MR. SCHANKER:  Objection, form.
9        THE WITNESS:  Yes, I agree.
10 BY MR. SEARS:
11    Q.  So what are some problems with reaching
12 conclusions about causation from small studies?
13        MR. SCHANKER:  Objection, form.
14        THE WITNESS:  I don't think this is my
15    field of expertise.
16 BY MR. SEARS:
17    Q.  Are you going to offer an opinion about
18 whether any specific chemotherapy drug causes
19 persistent chemotherapy-induced alopecia?
20        MR. SCHANKER:  Objection, form.
21        THE WITNESS:  Yes, I am, but from the
22    literature and from my experience.
23 BY MR. SEARS:
24    Q.  So you're relying on the literature as a
25 basis for your conclusion that specific chemotherapy

1  drugs can cause PCIA?
2        MR. SCHANKER:  Objection, form.
3        THE WITNESS:  I also base on my personal
4     experience, and I have quite big personal
5     experience in this field.  I've seen many
6     patients.
7  BY MR. SEARS:
8     Q.  So I'm focusing on the literature, and
9  most of the literature involves a very small sample
10 size.
11        Would you agree with that?
12        MR. SCHANKER:  Objection, form.
13        THE WITNESS:  No.  There are at least two
14    prospective studies, which are very, very
15    important.
16 BY MR. SEARS:
17    Q.  Are you referring to the Kang and Martin
18 studies?
19    A.  Yes.
20    Q.  Do you think that there's problems with
21 relying on retrospective studies to reach any
22 conclusions about whether a specific drug causes an
23 outcome?
24        MR. SCHANKER:  Objection, form.
25        THE WITNESS:  No.  I think retrospective

17 (Pages 62 - 65)

1     can be good for that but can be bad for finding
2     that real prevalence. So retrospective, you
3     can identify the problem, but you may not get
4     the real prevalence. It's kind of frequency,
5     the real frequency.
6          I'm sorry for my accent.
7     BY MR. SEARS:
8        Q. Do you agree that the studies that you're
9     relying on include multidrug chemotherapy regimens?
10       A. Yes.
11         MR. SCHANKER: Can we go ahead and take a
12     break?
13         MR. SEARS: Yes.
14         THE VIDEOGRAPHER: We're off the record.
15     The time is 10:15 p.m.
16         (Short recess taken.)
17         THE VIDEOGRAPHER: We're back on the
18     record. The time is 10:31 a.m.
19     BY MR. SEARS:
20       Q. Are you ready to keep going?
21       A. Yes.
22       Q. In your expert report, there is a page
23     that talked about case reports of PCIA.
24          Do you remember that?
25       A. Yes.

1        Q. I think you tracked how many have been
2     reported for adriamycin and cyclophosphamide and
3     then taxene regimens?
4          MR. SCHANKER: Objection, form.
5          THE WITNESS: I think I described, yes,
6     how many were cases where, in the literature,
7     from Taxotere and how many cases from
8     cyclophosphamide and adriamycin.
9     BY MR. SEARS:
10       Q. Out of all those reports, do you know how
11    many of those patients also received endocrine
12    therapy?
13         MR. SCHANKER: Objection, form.
14         THE WITNESS: No, I don't know.
15    BY MR. SEARS:
16       Q. Do you know, out of all those reports, how
17    many of those patients were actually looked at by a
18    dermatologist?
19         MR. SCHANKER: Objection, form.
20         THE WITNESS: Many, because, for instance,
21    in Martin's study, even if they're oncologists,
22    they had the dermatology looking at the
23    patients. And many of the reports in the
24    literature are from dermatologists.
25          But, of course, there are also cases from

1     oncologists.
2     BY MR. SEARS:
3        Q. Are you able to tell me how many of them
4     were reviewed by dermatologists?
5          MR. SCHANKER: Objection, form.
6          THE WITNESS: If you give me, like, the
7     number, I can tell of many, I can tell you.
8     Because, for instance, in other paper, they --
9     let me get this paper from -- they had the
10    dermatology looking at them.
11         So even if the paper is from oncologist,
12    many of these paper had a dermatology looking
13    at the patients.
14         I believe Kluger also. They had a
15    dermatologist. They had the pathology. It was
16    a good paper.
17    BY MR. SEARS:
18       Q. Out of the papers you reviewed, can you
19    tell me which papers concluded that Taxotere was a
20    drug that was causing the PCIA?
21         MR. SCHANKER: Objection, form.
22         THE WITNESS: I think all of them.
23    BY MR. SEARS:
24       Q. You think all the papers that are included
25    in that list, in exhibit -- what is that, E -- say

1     that Taxotere was the cause?
2          MR. SCHANKER: Objection, form.
3          THE WITNESS: You know, there were other
4     drugs in some papers, but all of them had cases
5     from Taxotere and maybe few cases from
6     something else.
7     BY MR. SEARS:
8        Q. My question might not be clear.
9          What I'm really asking you is, in the
10    literature, out of the literature you reviewed, what
11    literature has concluded, specifically said in the
12    literature that it was Taxotere that was causing the
13    PCIA?
14         MR. SCHANKER: Objection, form.
15         THE WITNESS: I can go one by one.
16         For instance, Martin, that's his
17    conclusion. And others, for instance, Kang,
18    K-A-N-G, they say that the chance of having
19    permanent alopecia from Taxotere are eight time
20    higher, eight time higher than for any other
21    regimen.
22    BY MR. SEARS:
23       Q. Outside of Martin, can you tell me any
24    paper that has specifically said that the Taxotere
25    is the cause of the PCIA?

18 (Pages 66 - 69)

Page 70

1     MR. SCHANKER: Objection, form.
2     THE WITNESS: For instance, our paper,
3   Miteva, our paper on pathology, we say that.
4   The case reports, they say that.
5   BY MR. SEARS:
6     Q. So you're telling me, in your article,
7   "Permanent Alopecia After Systemic Therapy: A
8   Clinicopathology Study of Ten Cases," you're telling
9   me there's a sentence in this that specifically says
10   that Taxotere is the cause of the PCIA?
11     MR. SCHANKER: Objection, form.
12     THE WITNESS: I think there is sentence
13   saying that six patients develop the permanent
14   chemotherapy-induced alopecia after treatment
15   with docetaxel.
16   BY MR. SEARS:
17     Q. I understand that these patients in these
18   papers received docetaxel or another taxane.
19     What I'm asking is, out of the papers you
20   reviewed, which paper has specifically attributed
21   the hair loss to Taxotere?
22     MR. SCHANKER: Objection, form.
23     THE WITNESS: Martin, 100 percent.
24   BY MR. SEARS:
25     Q. Beyond Martin, is there any other paper

Page 71

1   that has specifically attributed the PCIA to
2   Taxotere?
3     MR. SCHANKER: Objection, form.
4     THE WITNESS: Kang, you know, is
5   specifically attributed to the -- Kang,
6   K-A-N-G.
7   BY MR. SEARS:
8     Q. Doesn't Kang say that there's a higher
9   percentage of PCIA reported in Taxotere regimens,
10   but the paper never concludes that the cause is
11   Taxotere?
12     MR. SCHANKER: Objection, form.
13     THE WITNESS: In those patients, he
14   concludes it's Taxotere.
15   BY MR. SEARS:
16     Q. So you're telling me if I read the Kang
17   article, I would see a sentence that says that
18   Taxotere is the cause of the PCIA?
19     MR. SCHANKER: Objection, form.
20     THE WITNESS: You will find a sentence
21   saying that they -- in patients with Taxotere,
22   they found PCIA.
23   BY MR. SEARS:
24     Q. And those patients were also treated with
25   other chemotherapy drugs, too, weren't they?

Page 72

1     MR. SCHANKER: Objection, form.
2     THE WITNESS: You know, most patients have
3   treated with multiple chemotherapy.
4   BY MR. SEARS:
5     Q. I feel like we're kind of going around in
6   circles.
7     Really, what I'm asking you for is, out of
8   the literature that you've reviewed, what literature
9   has specifically said that Taxotere is the drug that
10   is causing the PCIA at the exclusion of all the
11   other drugs?
12     MR. SCHANKER: Objection, form.
13     THE WITNESS: Martin. That's very
14   specific, because he reports PCIA only with
15   Taxotere, and he specifically say they had no
16   cases with endocrine therapy, no cases with
17   other medications.
18   BY MR. SEARS:
19     Q. We'll look at the Martin article and the
20   dosing in a minute.
21     I know you said that you reviewed
22   Dr. Thompson's deposition.
23     Has Dr. Thompson reviewed the same medical
24   literature that you've reviewed?
25     MR. SCHANKER: Objection, form.

Page 73

1     THE WITNESS: I don't think he write all
2   them articles, because he's a pathologist and
3   is interested in the pathology of the problem.
4   BY MR. SEARS:
5     Q. Did you see, in Dr. Thompson's testimony,
6   that you would need a time machine to go into the
7   future to be able to determine which drug, out of
8   the multi-drug chemotherapy regimen, is causing
9   PCIA?
10     MR. SCHANKER: Objection, form.
11     THE WITNESS: I don't remember reading
12   that. Interesting. But I don't remember.
13   BY MR. SEARS:
14     Q. Do you agree with that?
15     MR. SCHANKER: Objection, form.
16     THE WITNESS: No. I disagree.
17   BY MR. SEARS:
18     Q. Do you think that Dr. Thompson is a
19   qualified expert that's capable of interpreting the
20   medical literature?
21     MR. SCHANKER: Objection, form.
22     THE WITNESS: I think he's a
23   dermatopathologist. So he's a very qualified
24   expert in reading biopsies.
25   BY MR. SEARS:

19 (Pages 70 - 73)

Page 74

1    Q.  Do you think there would be something that
2    would prevent a dermatopathologist from reviewing
3    the same medical literature that you did and
4    reaching the conclusion that there's no way to tell
5    which drug, in a multi-drug chemotherapy regimen, is
6    causing the PCIA?
7        MR. SCHANKER: Objection, form.
8        THE WITNESS: I don't think this is the
9        case. I don't think this is the case.
10   BY MR. SEARS:
11   Q.  I understand that's your opinion, but you
12   reviewed Dr. Thompson's deposition. And you realize
13   that he's got a different opinion, don't you?
14       MR. SCHANKER: Objection, form.
15       THE WITNESS: No, I did not.
16   BY MR. SEARS:
17   Q.  You don't remember his testimony where he
18   said you need a time machine to go into the future
19   to determine which drug, out of the multi-drug
20   chemotherapy regimen, is causing PCIA?
21       MR. SCHANKER: Objection, form.
22       THE WITNESS: I don't remember this
23       sentence.
24   BY MR. SEARS:
25   Q.  Assuming that he did say that, do you

Page 75

1    agree with him?
2        MR. SCHANKER: Objection, form, asked and
3        answered multiple times.
4        THE WITNESS: No, I don't agree with this
5        sentence.
6    BY MR. SEARS:
7    Q.  Would that be an example of two people who
8    specialize in hair loss reaching different
9    conclusions after reviewing medical literature?
10       MR. SCHANKER: Objection, form.
11       THE WITNESS: He's a dermatopathologist.
12       He's not a hair loss specialist. You know, you
13       don't have to confuse this. It's different.
14   BY MR. SEARS:
15   Q.  Is he a dermatopathologist that
16   specializes in hair?
17       MR. SCHANKER: Objection, form.
18       THE WITNESS: Yes, in reading hair
19       specimens, but he doesn't see the patients.
20   BY MR. SEARS:
21   Q.  Do you think he's capable of reviewing
22   medical literature and interpreting it?
23   A.  Absolutely, yes. But he's interested in
24   dermatopathological literature.
25   Q.  So out of the case reports that you

Page 76

1    included in your expert report, do you know how many
2    of those numbers were double-counted?
3        MR. SCHANKER: Objection, form.
4        THE WITNESS: I hope none, but I may have
5        done a mistake. I hope none.
6    BY MR. SEARS:
7    Q.  After reading your report, it seems like
8    one of your conclusions is there's more case reports
9    of PCIA with taxane regimens than with non-taxane
10   regimens. And because of that, your conclusion is
11   that it's the taxane in the regimen that's causing
12   the PCIA.
13       Is that true?
14       MR. SCHANKER: Objection, form.
15       THE WITNESS: Yes, this is one of the
16       reasons.
17   BY MR. SEARS:
18   Q.  So I know you're not an oncologist, right?
19   A.  I am not.
20   Q.  Out of the women that are treated for
21   breast cancer and they receive chemotherapy, do you
22   know what percentage of the regimens administered
23   contain a taxane?
24       MR. SCHANKER: Objection, form.
25       THE WITNESS: No, I don't know.

Page 77

1    BY MR. SEARS:
2    Q.  Do you know if there's a higher prevalence
3    of regimens given that contain a taxane than those
4    that do not contain a taxane?
5    A.  No. I don't know. I also believe that's
6    something that changes every year. So I really
7    don't know.
8    Q.  And here's why I'm bringing this up.
9        Do you agree that if there's more regimens
10   given that contain a taxane than regimens that do
11   not contain a taxane, there's going to be more
12   reports of PCIA in taxane-containing regimens?
13       MR. SCHANKER: Objection, form.
14       THE WITNESS: We said before, taxane are
15       not the only drug. So these regimens contain
16       taxane and other drugs.
17   BY MR. SEARS:
18   Q.  Right, they do.
19       So what I'm saying is, if there's more
20   regimens given that contain taxanes than
21   non-taxanes, wouldn't it make sense that there would
22   be more reports of PCIA in taxane-containing
23   regimens?
24       MR. SCHANKER: Objection, form.
25       THE WITNESS: Yes.

20 (Pages 74 - 77)

Page 78

1  BY MR. SEARS:
2    Q.  Have you reviewed the labels for Avastin
3  or Gemzar?
4         MR. SCHANKER:  Objection, form.
5         THE WITNESS:  I did not review the labels,
6    but I know Avastin very well because I publish
7    a paper on the side effect of this medication.
8    So I know it very well.
9         And I don't know the other one very well,
10   but I know can cause hair loss.
11 BY MR. SEARS:
12   Q.  Do you know how Avastin works?
13        MR. SCHANKER:  Objection, form.
14        THE WITNESS:  Yes.  It's an inhibitor of
15   the endothelial vascular growth factor.  So it
16   prevents the vessels to vascularize the tumor.
17 BY MR. SEARS:
18   Q.  So, in other words, it affects capillary
19 vessels?
20   A.  Yes.
21   Q.  Do you agree that can impact hair cycling?
22        MR. SCHANKER:  Objection, form.
23        THE WITNESS:  But there are no cases of
24   permanent hair loss from that drug, never.
25 BY MR. SEARS:

Page 79

1    Q.  My question is a little bit different.
2         Do you agree that drugs that can affect
3  capillary vessels would impact hair cycling?
4    A.  There are no data on that.
5    Q.  From a common sense standpoint, if there's
6  not blood flowing to an area, wouldn't that impact
7  hair cycling?
8         MR. SCHANKER:  Objection, form.
9         THE WITNESS:  I think what you're saying
10   is wrong, because if there are no vessels, it
11   can cause ischemia, and I have patients
12   developing terrible ulcers and that's what I
13   publish.
14        But either they have ischemia or don't
15   affect the skin.
16 BY MR. SEARS:
17   Q.  Do you agree that drugs that impact blood
18 vessels can impact hair growth?
19        MR. SEARS:  Objection, form.
20        THE WITNESS:  I agree that drugs that
21   increase the blood flow can promote hair
22   growth.
23 BY MR. SEARS:
24   Q.  And the inverse of that, drugs that
25 decrease blood flow can prevent hair growth, right?

Page 80

1         MR. SCHANKER:  Objection, form.
2         THE WITNESS:  No.  I believe there are no
3    examples of that.
4  BY MR. SEARS:
5    Q.  I think, in one of your prior answers, you
6  said that there have been reports of Gemzar causing
7  alopecia, right?
8         MR. SCHANKER:  Objection, form.
9         THE WITNESS:  Of what?
10 BY MR. SEARS:
11   Q.  Gemzar.  Am I saying that wrong?
12   A.  The other chemotherapy drug?
13   Q.  Yes.
14   A.  Yes.
15   Q.  Do you know that, in clinical trials, it's
16 been found that adding Gemzar to chemotherapy
17 regimens has increased rates of alopecia?
18   A.  Yes, but that's transitory alopecia, not
19 permanent.
20   Q.  Do you know that the Avastin label says
21 that Avastin may exacerbate reactions, including
22 alopecia, when combined with other chemotherapy
23 regimens?
24        MR. SCHANKER:  Objection to form.
25        THE WITNESS:  Again, that's the transitory

Page 81

1  alopecia.
2  BY MR. SEARS:
3    Q.  Do you know how frequently Avastin and
4  Gemzar are included in chemotherapy regimens?
5    A.  No, I don't know.
6    Q.  Do you know if they're experimental drugs
7  given for breast cancer?
8         MR. SCHANKER:  Objection, form.
9         THE WITNESS:  I think so.  I've seen in
10   other cancers, but I don't know.
11 BY MR. SEARS:
12   Q.  And because they're not well studied and
13 they're experimental drugs, it's impossible to say
14 what side effects they might have, like persistent
15 alopecia, right?
16        MR. SCHANKER:  Objection, form.
17        THE WITNESS:  No.  Absolutely no, because
18   they're used for other cancer and we're not
19   discussing only breast cancer.
20 BY MR. SEARS:
21   Q.  So drugs that would cause persistent
22 alopecia, if used in other cancers, you would also
23 see case reports of PCIA when used to treat those
24 other cancers, wouldn't you?
25        MR. SCHANKER:  Objection, form.

21 (Pages 78 - 81)

1        THE WITNESS:  Can you ask the question
2    again?  It's very complicated.
3    BY MR. SEARS:
4        Q.  So you said that Avastin and Gemzar are
5    used to treat other cancers, right?
6        A.  Yes.
7        Q.  So if a drug is capable of causing PCIA,
8    when that drug is used to treat other cancers, you
9    would see PCIA when treated for those other cancers
10   as well, right?
11       MR. SCHANKER:  Objection, form.
12       THE WITNESS:  Yes, possibly.
13   BY MR. SEARS:
14       Q.  So how does cyclophosphamide work?
15       MR. SCHANKER:  Objection, form.
16       THE WITNESS:  I don't know exactly.
17   BY MR. SEARS:
18       Q.  Do you know what the theoretical mechanism
19   of action is for why cyclophosphamide causes PCIA?
20       MR. SCHANKER:  Objection, form.
21       THE WITNESS:  No.
22   BY MR. SEARS:
23       Q.  Do you know if cyclophosphamide impacts
24   the immune system?
25       A.  I don't think so -- or, yes, because it's

1    also used in other situations as an
2    immunosuppressant, yes.
3        Q.  And drugs that can impact the immune
4    system can lead to hair loss, can't they?
5        A.  I don't think because of this.
6        Q.  Okay.  Well, let me back up.
7            There's forms of alopecia that have been
8    associated with autoimmune diseases, right?
9        MR. SCHANKER:  Objection, form.
10       THE WITNESS:  Yes, but in these forms,
11   cyclophosphamide is utilized to treat the
12   autoimmune disease and even prevent the
13   alopecia.  Because, for instance, I use
14   cyclophosphamide in severe cases of lupus to
15   treat the alopecia.
16   BY MR. SEARS:
17       Q.  Do you agree that drugs that impact the
18   immune system can cause alopecia?
19       MR. SCHANKER:  Objection, form.
20       THE WITNESS:  No, I don't think this is
21   the mechanism of action.
22   BY MR. SEARS:
23       Q.  Do you know if cyclophosphamide causes
24   irreversible cross-links with DNA strands?
25       MR. SCHANKER:  Objection, form.

1        THE WITNESS:  I am not an oncologist, but
2    it looks like possible to me.
3    BY MR. SEARS:
4        Q.  Do you know if cyclophosphamide works
5    differently than taxanes?
6        MR. SCHANKER:  Objection, form.
7        THE WITNESS:  Yes, it works differently,
8    but I don't know exactly the mechanism.
9    BY MR. SEARS:
10       Q.  Do you know whether the theoretical
11   mechanism of action for why cyclophosphamide might
12   cause PCIA is more logical than why a taxane might
13   cause PCIA?
14       MR. SCHANKER:  Objection, form.
15       THE WITNESS:  No, I have no idea on this.
16   I think it's all speculation.
17   BY MR. SEARS:
18       Q.  So what's a follicle unit?
19       A.  A follicle unit is -- the follicles are
20   not sparse, but they are grouped in a unit, okay?
21   And a follicular unit are composed by many
22   follicles, okay.
23           This is very important in scarring
24   alopecia because in scarring alopecia, you lose the
25   units.

1        Q.  So there's multiple hairs that grow out of
2    a follicular unit?
3        A.  Yes.
4        Q.  With scarring alopecia, you lose the
5    follicular unit?
6        A.  Usually you have a reduction in the
7    follicular units.
8        Q.  What about with cases of androgenetic
9    alopecia --
10       MR. SCHANKER:  Objection, form.
11   BY MR. SEARS:
12       Q.  -- you lose the follicular unit there?
13       MR. SCHANKER:  Object to the form.
14       THE WITNESS:  No.
15   BY MR. SEARS:
16       Q.  What about in cases of longstanding
17   androgenetic alopecia?
18       A.  Not really.
19       Q.  When you say "not really," does that mean
20   that, to some extent, you do?
21       A.  I don't think so, but I'm not a
22   dermatopathologist.  I know that you lose it in
23   scarring alopecia.
24       Q.  What about for cases of PCIA, what does
25   the follicular unit look like there?

22 (Pages 82 - 85)

Page 86

1    A.   You know, that's what our paper, paper of
2  Mariya Miteva and I, we explain that the unicity of
3  PCIA, you don't lose the follicular unit.  You lose
4  some follicles inside the units and that's the big
5  difference between PCIA and scarring alopecia.
6    Q.   So I know we talked about hair density
7  before.
8         Do you remember that?
9    A.   Yes.
10   Q.   It was a fun conversation, wasn't it?
11   A.   Yes.
12   Q.   I don't think I asked you this before.
13        So hair density can vary from person to
14  person, can't it?
15   A.   Absolutely, yes.
16   Q.   So when assessing whether there's been a
17  change in hair density for any person, wouldn't a
18  better standard be to look at the density before the
19  hair loss versus after the hair loss?
20        MR. SCHANKER:  Objection, form.
21        THE WITNESS:  Yes, but this is very
22        difficult to do in reality because to do that,
23        you have to tattoo the person, and not many
24        people are happy to be tattooed.
25  BY MR. SEARS:

Page 87

1    Q.   Do you tattoo the person to make sure that
2  you are looking at the same hair follicle in the
3  future?
4    A.   Exactly.
5    Q.   Because if you're not tattooing a person,
6  you might be looking at some other hair follicle and
7  not getting an accurate assessment, right?
8    A.   Absolutely.
9    Q.   So when you're doing studies that look at
10  hair density and miniaturization, do you tattoo the
11  follicle to make sure that you are looking at the
12  same follicle in the future?
13        MR. SCHANKER:  Objection, form.
14        THE WITNESS:  If this is a study on a
15        drug, for instance, that's the gold standard.
16  BY MR. SEARS:
17   Q.   And if you are -- do you peer review
18  literature before it's published in journals?
19   A.   I don't understand the question.  I'm a
20  peer reviewer for journals.  Is that the question?
21   Q.   Yes.
22   A.   Yes, for many journals.
23   Q.   So if an article is submitted to you that
24  was looking at whether a drug can cause alopecia and
25  they did not tattoo the hair follicle, would you

Page 88

1  provide a comment that that might not be a reliable
2  methodology?
3        MR. SCHANKER:  Objection, form.
4        THE WITNESS:  No.  The methodology of
5        tattooing is to show that the drug cause hair
6        growth.
7  BY MR. SEARS:
8    Q.   I didn't understand.  It causes hair
9  growth?
10   A.   Yes.  If you have a drug that they are
11  supposed to put in the market that grow hair,
12  because that's what a company want.  To show that
13  they grow hair, they have to have tattoo the area,
14  count the hair, and after six months of treatment,
15  reach the same area and see that there are more hair
16  than before.  This technology is only utilized for
17  that purpose.
18   Q.   Let me make sure I understood.
19        If you are reviewing a study that looks at
20  whether a drug can cause hair growth, you want to
21  tattoo the area to make sure you're looking at the
22  same hair follicle?
23   A.   Yes.
24   Q.   What about whether a drug is causing hair
25  loss?

Page 89

1        MR. SCHANKER:  Objection, form.
2        THE WITNESS:  There are no prospective
3        studies on that.  You know, the study on
4        quality of life, they did some studies with
5        this instrument which is called the folliscope,
6        but they did not tattoo.
7  BY MR. SEARS:
8    Q.   So, really, what I'm trying to get at is
9  you peer review literature, and if an article is
10  submitted to you that was looking at whether a drug
11  can cause hair loss but they did not tattoo the
12  area, would that be a comment that you would
13  provide?
14   A.   No.
15        MR. SCHANKER:  Objection, form.
16  BY MR. SEARS:
17   Q.   Don't you think that would reduce the
18  reliability of the findings?
19        MR. SCHANKER:  Objection, form.
20        THE WITNESS:  No, that technology is
21        important if you want to show that you grow
22        hair.  It's a different situation.
23        Because if you lose hair, you have a hair
24        loss.  You don't need to count.  It's evident.
25  BY MR. SEARS:

23 (Pages 86 - 89)

Page 90

1    Q.  Aren't you looking -- one of the things
2   that you look at in hair loss is whether the
3   follicles are miniaturizing as well, right?
4    A.  Yes.
5    Q.  So when you're reviewing the follicle to
6   see if it's miniaturized, wouldn't it be important
7   to make sure that you're reviewing the same
8   follicle?
9    A.  No, because there are no study checking
10   before and after.
11    Of course Kang, for instance, did
12   something similar.  So you have to start the
13   prospective study, and he started a prospective
14   study.
15    They measured.  They didn't tattoo, but
16   they measured.  Tattooing would be even better, but
17   that's the only article ever published like that.
18    But I wouldn't ask for tattooing in a
19   study on hair loss from drugs.
20    Q.  So tattooing would have been a better
21   methodology than what was used in Kang?
22    MR. SCHANKER:  Objection, form.
23    THE WITNESS:  No.  You know, I don't think
24   tattooing is so important for hair loss.  It's
25   very important for hair growth.

Page 91

1   BY MR. SEARS:
2    Q.  I'm still struggling with the distinction
3   you're making between hair growth and hair loss.
4    Can you explain that to me?
5    MR. SCHANKER:  Objection, form.
6    THE WITNESS:  Okay.  So what reality we
7   are looking for is a drug that grow hair, okay?
8   And this is a multi-millionaire field.
9    And so there are many company studying
10   drugs that grow hair, and to show that -- to
11   show evidence that the drug grow hair and to
12   compare with other drugs that grow hair, which
13   is minoxidil, they have to provide what's
14   called hair count.
15    So they tattoo an area.  They shave this
16   area.  And then after six months, they take a
17   picture from the same area and they count the
18   hair.
19    This is very important for hair growth.
20   But it's never really been utilized for hair
21   loss.
22   BY MR. SEARS:
23    Q.  So when looking at hair growth, they're
24   tattooing because they want to have reliable
25   findings, right?

Page 92

1    A.  They tattoo -- they tattoo because they
2   want to show that their drug grow more hair than the
3   comparative drug.
4    Q.  Right.  So they want the results of their
5   study to be reliable?
6    MR. SCHANKER:  Objection, form.
7    THE WITNESS:  I think there are other way
8   to be reliable than to count because sometimes
9   count may be affected by other factors.  But
10   it's a kind of gold standard of studies for
11   hair growth.
12   BY MR. SEARS:
13    Q.  Right.  So the gold standard in assessing
14   hair growth would be a tattoo, right?
15    A.  The gold standard for assessing hair
16   regrowth include the hair count.  That require a
17   tattoo.
18    Q.  Do you agree that alopecia areata can
19   present as a diffuse alopecia?
20    MR. SCHANKER:  Objection, form.
21    THE WITNESS:  Yes.  Yes.  I agree.
22   BY MR. SEARS:
23    Q.  So do you remember a paper that you were
24   an author on called "Frequency of the Types of
25   Alopecia at 22 Specialist Hair Clinics; A

Page 93

1   Multi-Center Study"?
2    A.  Yes.
3    Q.  And so what you did in that paper is you
4   looked at various rates of alopecia in Europe,
5   America, Africa and Australia, right?
6    A.  Yes.
7    Q.  One of the conclusions that you made is
8   that the different frequency of alopecia in each
9   continent, Europe, America, Africa and Australia,
10   was analyzed, and we cannot find any statistically
11   significant difference in the frequency of
12   androgenetic alopecia?
13    A.  You know, look at the table of that paper.
14   Do you have the paper with you?
15    Q.  I do.  And I have looked at the table.
16    A.  Let's look at the table of Africa, and see
17   how androgenetic alopecia is one of the less common
18   condition in Africa.  They have just 4 percent of
19   androgenetic alopecia in Africa, as compared with
20   30 percent in Europe.  I don't know exactly, but
21   roughly, 40 percent in U.S.
22    Q.  I think you told me earlier today that
23   you're not a statistician, right?
24    A.  No.
25    Q.  And you don't really understand statistics

24 (Pages 90 - 93)

1   very well, do you?
2        MR. SCHANKER:  Objection, form.
3        THE WITNESS:  I'm not saying that paper
4   did a statistic of everything.  But if you look
5   at the number of androgenetic alopecia, even if
6   I'm not a statistician, if I see it's
7   4 percent, it's a very low number.
8   BY MR. SEARS:
9        Q.   The conclusion of that article is that,
10  When looking at the various continents, we cannot
11  find any statistically significant difference in
12  frequency of androgenetic alopecia," right?
13       MR. SCHANKER:  Objection, form.
14       THE WITNESS:  Maybe, because there are
15       many continents, but I think Africa was very
16       different.  I don't think they look at that.
17  BY MR. SEARS:
18       Q.   Really, all I'm asking is that this
19  sentence, "We cannot find any statistically
20  significant difference in the frequency of
21  androgenetic alopecia," was included in that paper,
22  right?
23       MR. SCHANKER:  Objection, form.
24       THE WITNESS:  I think it was.
25  BY MR. SEARS:

1        Q.   Let's talk about Sedlacek.
2        A.   Don't you think it's a little bit hot?
3        Q.   It is hot.
4        A.   Huh?
5        Q.   I agree.
6        A.   Can we ask them, maybe?  I know it's
7   difficult here.
8        MS. DAVIS:  I can text message them.
9        (Thereupon, the referred-to document was
10  marked by the court reporter for Identification as
11  Defendants' Exhibit 10.)
12  BY MR. SEARS:
13       Q.   In your report, you said there are three
14  studies that compared AC, which is adriamycin and
15  cyclophosphamide regimens, without Taxotere to
16  taxane regimens, right?
17       A.   Yes, I think so.  Let me take a look to
18  the paper, because -- I know who is the main
19  investigator of the big trial or no.
20       Q.   This is the Sedlacek.
21       A.   Oh, 2016.  Sorry, no.
22       Q.   So one of the abstracts that you included
23  in your report for saying there are three studies
24  that compared AC to a taxane regimen is the Sedlacek
25  abstract, right?

1        A.   Yes.  Yes.  This is the one showing that
2   you can have permanent alopecia even with one dose,
3   okay, because if you read the abstract, it said,
4   "Two patients discontinued the docetaxel after only
5   one dose due to unacceptable toxicity, while the
6   other five receive all four planned doses."
7        So that means that persistent alopecia can
8   develop only after one dose.
9        Q.   Do you remember during your last
10  deposition we talked about abstracts?
11       MR. SCHANKER:  Objection, form.
12       THE WITNESS:  You showed me this abstract.
13  BY MR. SEARS:
14       Q.   We talked about abstracts in general at
15  your last deposition.
16       Do you remember that?
17       MR. SCHANKER:  Objection, form.
18       THE WITNESS:  I think, yes.  Of course,
19       abstracts are not peer reviewed.
20  BY MR. SEARS:
21       Q.   So one of the things that you said in your
22  last deposition is, "I'm not going to say I even
23  look to a case report that has not been published in
24  a good journal with peer reviewers."
25       Do you remember saying that?

1        MR. SCHANKER:  Objection, form.
2        THE WITNESS:  I didn't say I even look.  I
3        look.  But I agree that a good paper is peer
4        reviewed.
5   BY MR. SEARS:
6        Q.   And this was not peer reviewed, was it?
7        A.   This is an abstract.  It was not.
8        Q.   This was not published in a good journal,
9   was it?
10       MR. SCHANKER:  Objection, form.
11       THE WITNESS:  No.  I think it was
12       published in a supplement of a good journal.
13  BY MR. SEARS:
14       Q.   One of the reasons why you don't like
15  reviewing or relying on abstracts is because they're
16  not peer reviewed, right?
17       A.   You know, some abstracts like this isn't
18  in a journal.  So you can find it on PubMed.  Other
19  abstracts, you don't find because they just are in a
20  meeting and not published.
21       Usually, when they are published, there's
22  some, you know, control.
23       Q.   This abstract did not go through the peer
24  review process, did it?
25       A.   No, it did not.  It's an abstract.

25 (Pages 94 - 97)

Page 98

1    Q.  And part of the peer review process is to
2  ensure that articles meet a certain scientific
3  standard, right?
4    A.  Yes, but abstracts are never peer
5  reviewed.
6    Q.  So Dr. Sedlacek wrote in this abstract,
7  "We have always told our female patients don't
8  worry.  It," meaning hair, "will always come back.
9  This last statement may not be true."
10       Do you see that?
11   A.  Yes.
12   Q.  How do you interpret the word "may"?
13       MR. SCHANKER:  Objection, form.
14       THE WITNESS:  You know, I'm Italian.  So
15   this is like a trick, to be honest.
16       May, in my mind, means that it's not
17   certain, but this is not my expertise, English
18   language.
19  BY MR. SEARS:
20   Q.  So the group C, there's seven out of 111
21  or 112.
22       Do you see that?
23   A.  Yes.
24   Q.  And it said, "All seven of these women had
25  received AC times four every three weeks followed by

Page 99

1  docetaxel every three weeks."
2       Do you see that?
3    A.  Yes.
4    Q.  And the docetaxel dosing was at
5  100 milligrams per meter squared.
6       Do you see that?
7    A.  Yes.
8    Q.  Do you agree that Ms. Thibodeaux did not
9  receive a dose of 100 milligrams per meter squared?
10   A.  Yes, I agree.  But you have to read the
11  following sentence, "Two patients discontinued the
12  docetaxel after only one dose."
13       So they receive only one dose.
14   Q.  Well, there's individual dosing and
15  there's cumulative dosing, isn't there?
16   A.  Yes, but I'm not an oncologist.  I don't
17  know about that.
18   Q.  Do you think it matters what the
19  individual dose is and whether it causes PCIA?
20       MR. SCHANKER:  Objection, form.
21       THE WITNESS:  I don't know.
22  BY MR. SEARS:
23   Q.  Do you think the cumulative dose matters
24  in whether it causes PCIA?
25       MR. SCHANKER:  Objection, form.

Page 100

1       THE WITNESS:  I think we have some data on
2    that from the Martin study but not big data.
3  BY MR. SEARS:
4    Q.  Do you know if there's been any
5  prospective study that has looked at a Taxotere dose
6  of 75 milligrams per meter squared and concluded
7  that there is a case of PCIA?
8       MR. SCHANKER:  Objection, form.
9       THE WITNESS:  Yes, I think the Martin
10   shows that.
11  BY MR. SEARS:
12   Q.  We'll look at Martin in a second.
13       But you think that Martin has women that
14  were treated at 75 milligrams per meter squared?
15   A.  I think so, but I may be wrong.
16   Q.  So in the Sedlacek abstract, do you know
17  if any of these women received Tamoxifen or
18  aromatase inhibitors?
19       MR. SCHANKER:  Objection, form.
20       THE WITNESS:  I don't think so, because he
21   report Herceptin, which is a drug that's, you
22   know, is part of the post-chemotherapy.
23  BY MR. SEARS:
24   Q.  Do you know what Herceptin is?
25   A.  Herceptin is an inhibitor of the epidermal

Page 101

1  growth factor, of the growth factor.
2    Q.  Do you know what HER2-positive breast
3  cancer is?
4    A.  That's when it's used.
5    Q.  You understand that Herceptin is
6  completely different than an aromatase inhibitor or
7  Tamoxifen, right?
8    A.  Absolutely, yes.
9    Q.  Do you know, one way or the other, whether
10  any of these women included in this abstract
11  received Tamoxifen or aromatase inhibitors?
12   A.  It looks they did not, because if he
13  report Herceptin, which is another chemotherapy,
14  it's something like adjuvant treatment, something
15  that is not a chemotherapy.  He reports this.  I
16  think he would have reported that, but we don't
17  know.
18   Q.  Right.  That's my point.
19       We don't know, one way or the other, if
20  the women received Tamoxifen or aromatase inhibitor,
21  right?
22       MR. SCHANKER:  Objection, form.
23       THE WITNESS:  We don't know, but I guess
24   they did not.
25  BY MR. SEARS:

26 (Pages 98 - 101)

1    Q.   And that's a guess?
2        MR. SCHANKER:  Objection to form.
3        THE WITNESS:  I guess reading the article,
4    because if he reports Herceptin, he would
5    report also dose.
6    BY MR. SEARS:
7    Q.   Do you know whether oncologists view
8    Herceptin as part of a chemotherapy regimen?
9        MR. SCHANKER:  Objection, form.
10       THE WITNESS:  I think they view Herceptin
11   something as they use aromatase inhibitors for
12   certain type of cancer.  You know, they use
13   Herceptin as that receptor.  They use the
14   aromatase inhibitor if there's an estrogen
15   receptor.
16       So it's something that is additional to
17   chemotherapy, but I'm not an oncologist.
18   BY MR. SEARS:
19   Q.   Right.  When looking at chemotherapy
20   regimens, they're usually denoted by letters.  So
21   it's like ACT, TCH, ACTH.
22       Do you understand that?
23       MR. SCHANKER:  Objection, form.
24       THE WITNESS:  I'm not an oncologist, but I
25   see that.

1    BY MR. SEARS:
2    Q.   And the H stands for Herceptin, doesn't
3    it?
4        MR. SCHANKER:  Objection, form.
5        THE WITNESS:  Yes, but it's like Avastin.
6    That is not part of normal chemotherapy.  You
7    add it.
8    BY MR. SEARS:
9    Q.   Really, the point I'm trying to get at is,
10   do you know whether oncologists make a distinction
11   between aromatase inhibitors and Tamoxifen versus
12   Herceptin?
13   A.   I know it depends on the -- more it's the
14   chemical features of the tumor.  Depends on the
15   tumor.
16   Q.   And it's complete speculation on your part
17   to say that, because they listed Herceptin in here,
18   that by not listing an aromatase inhibitor means
19   they did not receive an aromatase inhibitor?
20       MR. SCHANKER:  Objection, form.
21       THE WITNESS:  Listen to me.  It's the
22   opposite.  It's a speculation on your case that
23   they receive when it's not written.
24       It's not written.  So they probably did
25   not receive.

1    Q.   You don't know one way or the other, do
2    you?
3        MR. SCHANKER:  Objection, form.
4        THE WITNESS:  I think they did not,
5    reading the article.
6    BY MR. SEARS:
7    Q.   Have you reached out to Dr. Sedlacek to
8    know if they did?
9    A.   No, I did not.
10   Q.   Do you think, in relying on this article
11   or abstract, it would be important to reach out to
12   him to know whether they received an aromatase
13   inhibitor?
14       MR. SCHANKER:  Objection, form.
15       THE WITNESS:  That's not my job.
16   BY MR. SEARS:
17   Q.   Don't you want to provide accurate
18   opinions in this litigation?
19       MR. SCHANKER:  Objection, form.
20       THE WITNESS:  Absolutely, yes.  But I
21   think that may be oncologist's job.  I think
22   I'm providing very accurate opinion.
23   BY MR. SEARS:
24   Q.   In providing opinions, wouldn't you want

1    to know the drugs that women received, including
2    drugs that can cause persistent alopecia?
3        MR. SCHANKER:  Objection, form.
4        THE WITNESS:  This abstract list all the
5    drugs for all the groups.  So if something is
6    not listed, it's not given.
7        It's speculation to think they gave a drug
8    and they don't write it down.
9    BY MR. SEARS:
10   Q.   Do you know whether these women are
11   treated in an adjuvant setting or a metastatic
12   setting?
13   A.   I don't know.  Maybe it's written.
14   Q.   Do you know if these women received
15   additional chemotherapy drugs beyond the ones that
16   were listed?
17       MR. SCHANKER:  Did you finish your
18   response to the previous question?
19       THE WITNESS:  From here, doesn't look they
20   had metastatic cancer.  And I read the
21   abstract.  What I know is what is written.
22       Everything else, I don't know.
23   BY MR. SEARS:
24   Q.   Do you know what steps were taken to
25   determine whether these women had preexisting hair

27 (Pages 102 - 105)

Page 106

1    loss?
2        A.  Is this written in the abstract?  No.  So
3    I don't know.
4        Q.  Do you know what steps were taken to rule
5    out other causes of alopecia?
6        A.  I read an abstract and only know what is
7    here.
8        Q.  If this abstract was submitted to you to
9    be published in a peer-reviewed journal, would you
10   provide comments to the abstract?
11       MR. SCHANKER:  Objection, form.
12       THE WITNESS:  Abstracts are never
13       submitted to peer review.
14   BY MR. SEARS:
15       Q.  Let's say that this was submitted to be
16   published in a journal as an article.
17       Would you provide comments to this
18   abstract?
19       A.  I think it looks a good study.
20       Q.  So based upon your opinion, you think that
21   this abstract is at a level of sufficient scientific
22   reliability to be published in a peer-reviewed
23   journal?
24       MR. SCHANKER:  Objection, form.
25       THE WITNESS:  Yes.

Page 107

1    BY MR. SEARS:
2        Q.  As is?
3        A.  As is.  It's the abstract of a study.
4        Q.  So another one of the papers that you
5    included in your report for saying there's a study
6    that compared an AC regimen to a taxane regimen is
7    Kang, K-A-N-G, right?
8        A.  Yes.
9        Q.  Do you know what dose of Taxotere was used
10   in that study?
11       A.  I don't know, but I think it was 100.
12       Q.  Again, that's not the dose that
13   Ms. Thibodeaux received, right?
14       A.  Yes, she receive 75.
15       Q.  We talked a little bit about tattooing
16   before, and I think you might have mentioned this in
17   one of your answers, but this article did not use
18   tattooing, right?
19       A.  No.
20       MR. SCHANKER:  Objection, form.
21       THE WITNESS:  No, they did not.
22   BY MR. SEARS:
23       Q.  And this study was not blinded, was it?
24       A.  How can a study like this be blinded?
25   It's impossible to have a blinded study.

Page 108

1        Q.  Do you know how many hairs they looked at
2    with trichoscopy?
3        A.  I don't remember.
4        Q.  It was only five, wasn't it?
5        A.  I don't remember.
6        MR. SCHANKER:  Did we mark Sedlacek?
7        MR. SEARS:  I think so.  I think it was
8        10.
9        (Thereupon, the referred-to document was
10   marked by the court reporter for Identification as
11   Defendants' Exhibit 11.)
12   BY MR. SEARS:
13       Q.  I've marked, as Exhibit 11, the Kang
14   article.  You would think I would have highlighted
15   that part.
16       So it's on page 2, the bottom left.  It's
17   after the footnote 21.  It says, "The hair shaft
18   diameter, five hairs from the vertex, was measured
19   and averaged."
20       Do you see that?
21       A.  Yes, I see, but it also measured density.
22   So you have to consider.  For density, you count an
23   area, and then they took the hair shaft to measure
24   the thickness of the shaft, which is different.
25       Q.  So no biopsies were taken in this study,

Page 109

1    were they?
2        A.  I don't think so.
3        Q.  Do you know if a dermatologist was the one
4    that was reviewing hair density and hair shaft
5    diameter?
6        A.  Dr. Lacouture is here.
7        Q.  I understand he's an author on this paper,
8    but he did not review any of the materials, did he?
9        MR. SCHANKER:  Objection, form.
10       THE WITNESS:  Let's see, because they
11       probably say what everybody did.
12       Contributions.  Concept and design:  Kang
13   Guallar, Cho.  Collection and assembly:  Kim
14   Young.  Youn -- all Korean.  Data collection:
15   Korean.  Manuscript writing, that's where he
16   is.  Final approval.
17       So I believe -- but they are the
18   dermatologists.  No, they are from dermatology
19   in Korea.
20   BY MR. SEARS:
21       Q.  Can you tell me, besides Dr. Lacouture,
22   who's a dermatologist on this article?
23       A.  It's -- I tell you, B.  B, Kang.
24       Q.  You think Danbee Kang is a dermatologist?
25       A.  No, D.  Young Hyuck Im.  You see it?

28 (Pages 106 - 109)

1  Epidemiologist, South Korea.  Department of
2  Dermatology or Oncology -- no.  Sorry.  F,
3  dermatology, Dr. Lacatoure.  It's F. Dong-Youn Lee.
4      Q.  So you think Dong-Youn Lee is a
5  dermatologist?
6      A.  Yes.  F is a dermatologist, because it's
7  department of dermatology.
8      Q.  Do you know if Don-Youn Lee was the one
9  that was reviewing the hair diameter and density?
10     MR. SCHANKER:  Objection, form.
11     THE WITNESS:  I think so, because he's a
12     dermatologist.  And they had to have
13     dermatology to do these kind of pictures.
14  BY MR. SEARS:
15     Q.  Do you know one way or the other if the
16  same five hairs were the ones that were reviewed
17  over time?
18     MR. SCHANKER:  Objection, form.
19     THE WITNESS:  I think what's important
20     here is more the density.  I don't think they
21     were the same five hairs.
22  BY MR. SEARS:
23     Q.  Have you talked to any other
24  dermatologists about this Kang paper?
25     A.  No.

1      Q.  Do you know if there's criticisms of this
2  paper in the dermatological community?
3      A.  No, I have no idea.
4      Q.  So we'll talk a little bit more about your
5  requisition form later, but after reviewing
6  Ms. Thibodeaux, you sent a requisition form to
7  Dr. Thompson, didn't you?
8      A.  Yes.
9      Q.  And as part of that requisition form, you
10  included differential diagnoses?
11     A.  Yes.
12     Q.  And I believe you included androgenetic
13  alopecia and CCCA, right?
14     A.  Yes.
15     Q.  And that was after you reviewed
16  Ms. Thibodeaux's hair with trichoscopy?
17     A.  Yes.
18     Q.  And you wanted a dermatopathologist to
19  review the biopsy to help rule out those
20  differential diagnoses, didn't you?
21     A.  Just because it's a litigation.  If she
22  was my patient, I would never have taken a biopsy.
23     Q.  You're relying on Dr. Thompson to rule out
24  your differential diagnoses, weren't you?
25     A.  No, because if you look at my requisition

1  form, I wrote that my diagnosis was permanent
2  alopecia after chemotherapy, but since part of the
3  litigation is to be -- rule out differential
4  diagnosis, those were the only possible differential
5  diagnosis.
6      Q.  Right.  So you included differential
7  diagnoses in your requisition form, didn't you?
8      A.  I put a diagnosis, which is permanent
9  alopecia after chemotherapy, and then I put two
10  possible differential diagnoses.
11     Q.  You included those differential diagnoses
12  after reviewing Ms. Thibodeaux in person, right?
13     A.  But I also include my diagnosis after
14  reviewing her in person.
15     Q.  Here's really where I'm going with this.
16     You had differential diagnoses after using
17  trichoscopy on Ms. Thibodeaux, right?
18     MR. SCHANKER:  Objection, form.
19     THE WITNESS:  Not really.  In fact, if you
20     read my diagnosis, I wrote -- even in my
21     progress note, I wrote permanent alopecia after
22     chemotherapy, but I asked the pathologist to
23     confirm my diagnosis, and I wrote to the
24     pathologist which were the possible
25     differential diagnosis.

1  BY MR. SEARS:
2      Q.  I guess I'm confused.
3      Why would you include any differential
4  diagnoses at all if you didn't think that was a
5  possibility, that she might have androgenetic
6  alopecia or CCCA?
7      MR. SCHANKER:  Objection, form.
8      THE WITNESS:  Because, in the American way
9      of doing medicine, you have always to exclude
10     the differential diagnosis.
11  BY MR. SEARS:
12     Q.  So bottom line, you included AGA and CCCA
13  as differential diagnoses for Ms. Thibodeaux after
14  reviewing her with trichoscopy?
15     MR. SCHANKER:  Objection, form.
16     THE WITNESS:  No.  I put a diagnosis.  I
17     wrote down my diagnosis, which is permanent
18     alopecia after chemotherapy, and then I wrote
19     which were the possible differential diagnosis
20     that I didn't think were a problem.
21  BY MR. SEARS:
22     Q.  So in this Kang article, they used
23  trichoscopy, and they did not use any biopsy to rule
24  out potential differential diagnoses, correct?
25     A.  Yes.

29 (Pages 110 - 113)

Page 114

1    Q.  In the third paper that you included in
2  your report for comparison between an AC regimen and
3  an AC plus taxane regimen is Martin, right?
4    A.  Martin.
5    Q.  Am I saying his name wrong?
6    A.  I think it's Martin because it's Spanish.
7    Q.  It sounds better like that as well.
8        (Thereupon, the referred-to document was
9  marked by the court reporter for Identification as
10  Defendants' Exhibit 12.)
11  BY MR. SEARS:
12    Q.  I've marked the Martin article as Exhibit
13  12.
14        So in the table 1 on page 629, that's the
15  table for the prevalent study.
16        Do you see that?
17    A.  Uh-huh.
18    Q.  Is that a yes?
19    A.  630?
20    Q.  629, table 1?
21    A.  Table 1, prevalent study, okay.
22    Q.  And there's a TAC, T-A-C, times six
23  cycles.
24        Do you see that?
25    A.  Yes.

Page 115

1    Q.  And the prevalence report was four out of
2  74?
3    A.  Yes.
4    Q.  Do you know what the cumulative dose of
5  Taxotere was in the TAC regimen?
6    A.  We can check here.  So TAC, 75.
7    Q.  The TAC -- it's on the prior page, 628,
8  but it says, "75 milligrams per meter squared."
9        Do you see that?
10    A.  Yes.
11    Q.  And it's given over six cycles.
12        Do you see that?
13    A.  Yes.
14    Q.  Do you know what the cumulative dose is?
15    A.  Sorry.  I don't understand the question.
16    Q.  So six times 75 is 450; is that right?
17    A.  Yes.
18    Q.  So the cumulative dose in the TAC cycle is
19  450 milligrams per meter squared?
20    A.  So you're right.
21    Q.  Ms. Thibodeaux did not receive that much
22  Taxotere, did she?
23        MR. SCHANKER:  Objection, form.
24        THE WITNESS:  I agree.
25  BY MR. SEARS:

Page 116

1    Q.  Then, under the docetaxel, 100 milligrams
2  per meter squared times four cycles, there is an
3  instant report of 8 out of 66.
4        Do you see that?
5    A.  Yes.
6    Q.  So the Docotaxel in that regimen was given
7  at 100 milligrams per meter squared, right?
8    A.  Yes.
9    Q.  And the cumulative dose was 400 milligrams
10  per meter squared, right?
11    A.  Yes.
12    Q.  Both the individual and the cumulative
13  dose is more than what Ms. Thibodeaux received,
14  right?
15        MR. SCHANKER:  Objection, form.
16        THE WITNESS:  Yes, I agree.
17  BY MR. SEARS:
18    Q.  Can you tell me any study that has
19  concluded that there's a risk of PCIA at the dose
20  that Ms. Thibodeaux received?
21        MR. SCHANKER:  Objection, form.
22        THE WITNESS:  I believe the one that we
23    reviewed before that just had the 100 total had
24    less than her.
25  BY MR. SEARS:

Page 117

1    Q.  Even in that Sedlacek abstract, the
2  individual dose is more than what Ms. Thibodeaux
3  received, right?
4    A.  The individual but not the cumulative.
5    Q.  You understand that when given drugs, a
6  high individual dose could cause a side effect,
7  right?
8        MR. SCHANKER:  Objection, form.
9        THE WITNESS:  I'm not an oncologist.  I
10    don't know about that.
11  BY MR. SEARS:
12    Q.  I'm not even asking you necessarily about
13  chemotherapy drugs.  I'm asking about drugs in
14  general.
15        You can have an individual dose that could
16  trigger a side effect, right?
17        MR. SCHANKER:  Objection, form.
18        THE WITNESS:  I think it's very variable.
19    I don't think there is a complete rule on that.
20  BY MR. SEARS:
21    Q.  Are you an expert in dosing and the side
22  effects of individual or cumulative doses?
23    A.  No, I'm not, but I'm a doctor, and I know
24    if a drug is approved for a dose, there are safety
25    data, usually.

30 (Pages 114 - 117)

Page 118

1    Q.  Do you have any literature that you have
2  relied on that says -- let me back up.
3    Ms. Thibodeaux received four doses of
4  Taxotere at 75 milligrams per meter squared, right?
5    A.  Yes.
6    Q.  So her cumulative dose was 300 milligrams
7  per meter squared, right?
8    A.  Yes.
9    Q.  And the individual dose was 75 milligrams
10 per meter squared, right?
11   A.  Yes.
12   Q.  Do you have any study that you can rely on
13 that says an individual dose of 75 milligrams per
14 meter squared or a cumulative dose of 300 milligrams
15 per meter squared can result in PCIA?
16     MR. SCHANKER:  Objection, form.
17     THE WITNESS:  No, I don't.  I thought this
18   was, but I was wrong.
19 BY MR. SEARS:
20   Q.  I wanted to ask you about Martin.
21     You see on page 631, there's figure 2
22   there?
23   A.  Yes.
24   Q.  And the photographs from A through I are
25 listed as grade 2 persistent alopecia.

Page 119

1      Do you see that?
2    A.  Yes.
3    Q.  Would you agree that those are diffuse
4  presentations of hair loss?
5      MR. SCHANKER:  Objection, form.
6      THE WITNESS:  For some, it's evident.  For
7    others, it's difficult.  For instance, H, you
8    don't see the back.
9  BY MR. SEARS:
10   Q.  So A, B, D, E, F, G and I, C too, they all
11 look very diffuse, don't they?
12   A.  C, you don't see the side.  You don't see
13 the back.  How can you say it's diffuse?
14     I believe that A is diffuse.  F is
15 definitely diffuse.  The other one may be diffuse,
16 but the pictures don't show.
17   Q.  Do you think that any of those photographs
18 look like the alopecia that's seen with
19 Ms. Thibodeaux?
20     MR. SCHANKER:  Objection, form.
21     THE WITNESS:  I think D is very similar,
22   but, you know, you cannot make diagnosis from
23   pictures.
24 BY MR. SEARS:
25   Q.  Right, it's hard to assess hair density

Page 120

1  from a photo alone, isn't it?
2    A.  It's hard to make any possible diagnosis
3  from picture.
4      I use trichoscopy because I believe just
5    even looking at the patient is not enough.
6    Q.  I've read all the literature that you've
7  included in your report, and for the clinical
8  presentation of PCIA, some of the literature says it
9  presents a new diffuse pattern, right?
10     MR. SCHANKER:  Objection, form.
11     THE WITNESS:  It presents with a diffuse
12   pattern often more prominent on
13   androgen-dependent scalp.  Everybody says that.
14 BY MR. SEARS:
15   Q.  Do you think that for women that present
16 with more of a pattern hair loss, more of a
17 androgenetic-like pattern, that hair loss is likely
18 due to or contributed to from the aromatase
19 inhibitors or Tamoxifen intake?
20     MR. SCHANKER:  Objection, form.
21     THE WITNESS:  I cannot answer that
22   question.  I don't think so, but even if you
23   look A, which is very diffuse, you know, the
24   androgen-dependent scalp is more affected.
25 BY MR. SEARS:

Page 121

1    Q.  Do you have any of explanation for why a
2  chemotherapy drug would result in a pattern like
3  alopecia?
4      MR. SCHANKER:  Objection, form.
5      THE WITNESS:  I have an idea, but may be
6    wrong, that maybe this area of the scalp is
7    more sensitive to chemotherapy drug.
8      There are studies showing that, even with
9    acute alopecia from chemotherapy, that this
10   area is spared, but we don't know.
11 BY MR. SEARS:
12   Q.  So the reason why pattern hair loss exists
13 for androgenetic in the pattern that it presents as
14 is because that portion of the scalp is more
15 sensitive to hormones, right?
16     MR. SCHANKER:  Objection, form.
17     THE WITNESS:  That's androgenetic
18   alopecia.  And you were asking about diffuse
19   alopecia, why the androgen-dependent scalp is
20   more affected.  I don't think that depends on
21   hormone.
22 BY MR. SEARS:
23   Q.  Right.  And I understood your prior
24 answer.  What I'm asking is androgenetic alopecia.
25   The reason why androgenetic alopecia

31 (Pages 118 - 121)

Page 122

1  presents in the pattern that it presents in is
2  because the portions of the scalp where the hair is
3  lost are more hormone sensitive, right?
4      A.  There are many discussion on that in
5  women, because there are authors that believe that
6  androgens are definitely important in men but may
7  not be so important in women.
8          And there are reports of patients having
9  this rare condition that is insensitivity to
10  androgen, having female pattern hair loss.  So maybe
11  there is something more than androgens.
12         MR. SCHANKER:  We've been going a little
13  over an hour, can we take a break?
14         MR. SEARS:  Yeah.
15         THE VIDEOGRAPHER:  We're off the record.
16  The time is 11:34 p.m.
17         (Short recess taken.)
18         THE VIDEOGRAPHER:  We're back on the
19  record.  The time is 11:55 a.m.
20         THE WITNESS:  I went back to the Martin
21  study and I was right.  I can show you that
22  there are cases, because I was sure, but -- so
23  you have to look at figure 1, page -- there's
24  no page -- figure 1.
25         So you see this ETCAP, and if you look

Page 123

1  here, it's epirubicin plus docetaxel, 75
2  milligram per four cycle, followed by
3  capecitabine.
4          And they have this, probably it's going to
5  be 15 percent of permanent alopecia, grade 1,
6  because the table you showed me was for grade
7  2.
8          So to be correct, there are cases of
9  permanent alopecia from docetaxel at the dose
10  75 milligram per square meter for four cycle.
11  BY MR. SEARS:
12      Q.  That's a different regimen than what
13  Ms. Thibodeaux received, isn't it?
14         MR. SCHANKER:  Objection, form.
15         THE WITNESS:  Absolutely, yes.
16  BY MR. SEARS:
17      Q.  Does Ms. Thibodeaux have grade 1 alopecia?
18         MR. SCHANKER:  Objection, form.
19         THE WITNESS:  Everybody can respond
20  differently.  She has grade 2, but she received
21  a regimen with 75 per four.
22  BY MR. SEARS:
23      Q.  Are there any reports of grade 2 alopecia
24  at 75 milligrams per meter squared?
25         MR. SCHANKER:  Objection, form.

Page 124

1         THE WITNESS:  I'm not aware.
2  BY MR. SEARS:
3      Q.  So in your report, when you calculate the
4  numbers of case reports of PCIA with various
5  regimens, do you include the cyclophosphamide
6  regimens used for bone marrow conditioning?
7      A.  No, I don't think so.
8      Q.  Why not?
9      A.  Because this is a very high dose, I think.
10  It's different.
11      Q.  I think earlier you told me that you're
12  not an expert in dosing, right?
13      A.  I'm not, but bone marrow --
14         MR. SCHANKER:  Objection.
15         THE WITNESS:  But bone marrow
16  conditioning, like busulfan, is something
17  completely different.  Busulfan is a drug that
18  cause permanent alopecia and used for bone
19  marrow conditioning.
20  BY MR. SEARS:
21      Q.  Do you think that you'd have a more
22  accurate incidence of the rates of alopecia
23  associated with various chemotherapy drugs if you
24  were to include the case reports of PCIA with those
25  drugs across all types of cancers?

Page 125

1         MR. SCHANKER:  Objection, form.
2         THE WITNESS:  I don't know.  I don't think
3  so.  I was focused on breast cancer.
4  BY MR. SEARS:
5      Q.  A lot of the drugs that are used to treat
6  breast cancer, including cyclophosphamide, Taxotere,
7  Taxol, adriamycin are also used to treat other
8  cancers as well, aren't they?
9      A.  You know, a drug that commonly cause
10  permanent alopecia is busulfan and is not included
11  in my table because it's something that is out of
12  the scope of this discussion.
13      Q.  What I was focusing on is that there are
14  drugs that are used to treat breast cancer in an
15  adjuvant setting, including Taxotere, adriamycin,
16  cyclophosphamide, Taxol are also used to treat other
17  cancers as well, aren't they?
18      A.  Yes.
19      Q.  And cyclophosphamide, especially when used
20  to treat other cancers has had case reports of PCIA,
21  right?
22      A.  Very few case reports, and you have to
23  think that bone marrow conditioning -- you have to
24  kill the bone marrow.  So the dosage is very, very
25  high.  I'm not an expert, but I know what's that.

32 (Pages 122 - 125)

1    Q.   So do you think you would need very, very
2  high doses of Taxotere to result in PCIA?
3        MR. SCHANKER:  Objection to form.
4        THE WITNESS:  I was not discussing
5    Taxotere.  I don't know Taxotere has ever been
6    used in bone marrow conditioning.  I don't
7    know.
8  BY MR. SEARS:
9    Q.   We'll talk a little bit more about
10  Tamoxifen and aromatase inhibitors later, but the
11  hair loss pattern seen with Tamoxifen and aromatase
12  inhibitors clinically looks like androgenetic
13  alopecia, doesn't it?
14        MR. SCHANKER:  Objection, form.
15        THE WITNESS:  Yes.
16  BY MR. SEARS:
17    Q.   So if you were looking at a woman who had
18  a chemotherapy regimen and also took an aromatase
19  inhibitor or Tamoxifen, and that woman's hair loss
20  presented in an androgenetic pattern, would you
21  think that it's more likely that the hair loss was
22  due to the Tamoxifen or aromatase inhibitor?
23        MR. SCHANKER:  Objection, form.
24        THE WITNESS:  Everything depends on the
25    history, because the chronology is very

1    different.
2        So patients who develop androgenetic
3    alopecia-like by aromatase inhibitors or
4    Tamoxifen, they have complete regrow after
5    chemotherapy, and then they start developing
6    alopecia within the first year of chemotherapy.
7        This is very different from Cynthia.  She
8    had no grow, incomplete regrow, and then -- of
9    chemotherapy.  And then, you know, she started
10    the Tamoxifen when she had no hair.  So there
11    is nothing change since she started until now.
12  BY MR. SEARS:
13    Q.   So if I understand your answer, you're
14  saying that if a woman had chemotherapy, lost her
15  hair, hair regrew, then she started Tamoxifen,
16  aromatase inhibitor and lost her hair again, that's
17  how you can tell it's due to Tamoxifen or aromatase
18  inhibitor?
19        MR. SCHANKER:  Objection, form.
20        THE WITNESS:  Yes.  And the loss is not
21    like a sudden loss afterwards.  It's a gradual
22    loss over the time.
23  BY MR. SEARS:
24    Q.   If a woman started taking Tamoxifen or an
25  aromatase inhibitor before her hair regrew from

1  chemotherapy, couldn't the Tamoxifen or aromatase
2  inhibitor prevent the hair regrowth?
3        MR. SCHANKER:  Objection, form.
4        THE WITNESS:  I don't think so, but we
5    don't know.  There is no way to know.
6        (Thereupon, the referred-to document was
7    marked by the court reporter for Identification as
8    Defendants' Exhibit 13.)
9  BY MR. SEARS:
10    Q.   I'm handing you what's marked as Exhibit
11  13.  And it's "Assessment of Quality of Life and
12  Treatment Outcomes of Patients with Persistent
13  Postchemotherapy Alopecia."
14        Is this an article that you're an author
15  on?
16    A.   Yes, it is.
17    Q.   Who took the primary responsibility in
18  drafting this?
19        MR. SCHANKER:  Objection, form.
20        THE WITNESS:  As always, you can get it
21    from the article.  And so I tell you where.  It
22    is page 727, okay?  So author contributions.
23    And you can see everything.  So I'm in concept
24    and design, and I'm in critical revision.
25  BY MR. SEARS:

1    Q.   So you had a role in the study concept and
2  design?
3    A.   Yes.
4    Q.   So on the first page, under the result
5  section, it's about four lines down, it says,
6  "Diffuse alopecia was predominant in patients with
7  PCIA compared to patients with EIAC."
8        Do you see that?
9    A.   Yes.  I don't see that, but I believe it.
10    Q.   And EIAC is the hair loss that's
11  associated with endocrine therapies like Tamoxifen,
12  right?
13    A.   Yes.
14    Q.   This paper also concludes that 25 percent
15  of patients who receive endocrine therapy will have
16  alopecia from it?
17        MR. SCHANKER:  Objection, form.
18        THE WITNESS:  Yes.
19  BY MR. SEARS:
20    Q.   We can look at some of the other
21  literature later, but Tamoxifen is associated with
22  the greatest rate of ongoing alopecia for any
23  endocrine therapy, right?
24        MR. SCHANKER:  Objection, form.
25        THE WITNESS:  Not for breast cancer.  I

33 (Pages 126 - 129)

1    believe the other paper, where they found they
2    have very high prevalence of Tamoxifen, was for
3    other type of cancer like renal cancer.
4    BY MR. SEARS:
5       Q.  Have you seen literature that says that,
6    for people who take Tamoxifen, 25 percent of them
7    will have ongoing alopecia from the Tamoxifen?
8          MR. SCHANKER:  Objection, form.
9          THE WITNESS:  I believe in that
10   prevalence.  I've seen patients myself.
11   BY MR. SEARS:
12      Q.  So for the study design, you exclude some
13   people from the study, don't you?
14         MR. SCHANKER:  Objection, form.
15         THE WITNESS:  Yes.
16   BY MR. SEARS:
17      Q.  And some of the people that were excluded
18   are those having other potential causes of alopecia,
19   including androgenetic alopecia, thyroid-related
20   disease, telogen effluvium, targeted therapy,
21   immunotherapy and graft versus host disease?
22      A.  Yes.
23      Q.  Why were those people excluded from the
24   study?
25      A.  You know, because we wanted to have

1    patients that definitely had the right diagnosis and
2    this is a quality of life study.  That's why I was
3    involved, because I've been working on quality of
4    life of this problem for a long time.
5          We even develop, in the past, a special
6    questionnaire.  And so that's why I was interested,
7    because to show that the quality of life after PCIA
8    is severely damaged.
9       Q.  So was one of the reasons why you excluded
10   people with other potential causes of alopecia is
11   because you wanted to ensure that the study
12   subject's alopecia was either caused by the
13   chemotherapy or the endocrine therapy?
14      A.  Yes.
15         MR. SCHANKER:  Objection, form.
16         THE WITNESS:  Yes, but it's a retro --
17   it's important.
18   BY MR. SEARS:
19      Q.  So Ms. Thibodeaux, for example, she has
20   thyroid disease, doesn't she?
21      A.  She had the thyroid disease since a long
22   time, but controlled with Synthroid and her last
23   TSH, which is an important value, in 2018, was
24   absolutely normal.
25      Q.  Because of Ms. Thibodeaux's thyroid

1    disease, she would have been excluded from this
2    study, wouldn't she?
3          MR. SCHANKER:  Objection, form.
4          THE WITNESS:  I don't think so.  This
5    study excluded patients with thyroid disease
6    like hyperthyroid disease in the moment of the
7    study or hypothyroid disease not treated,
8    untreated thyroid disease.
9    BY MR. SEARS:
10      Q.  So you're saying if a patient had treated
11   thyroid disease, they would have been included in
12   the study?
13         MR. SCHANKER:  Objection, form.
14         THE WITNESS:  Yes.
15   BY MR. SEARS:
16      Q.  Was that noted anywhere in this paper?
17      A.  Maybe it's not written, but it's how it
18   was designed.
19      Q.  Were patients who received both cytotoxic
20   and endocrine therapy excluded from the study?
21         MR. SCHANKER:  Objection, form.
22         THE WITNESS:  It's different.  They should
23   have complete regrow before starting the
24   endocrine therapy to be included.
25   BY MR. SEARS:

1       Q.  So you're saying that you included
2    patients who had chemotherapy, had complete hair
3    regrowth, and then started an endocrine therapy?
4          MR. SCHANKER:  Objection, form.
5          THE WITNESS:  Yes.  I think so.  I have to
6    check, but I think so.
7          Yes.
8    BY MR. SEARS:
9       Q.  Where does it say that?
10      A.  "Patients were eligible if they receive
11   only systemic cytotoxic chemotherapy with a clinical
12   diagnosis of PCIA or receive chemotherapy followed
13   by endocrine therapy, but the alopecia was
14   associated with the endocrine therapy."
15         And I think --
16      Q.  So is it your testimony that that is the
17   way that you associated whether it was caused by
18   endocrine therapy?
19         MR. SCHANKER:  Objection, form.
20         THE WITNESS:  Yes.
21   BY MR. SEARS:
22      Q.  If some of the other authors on the study
23   said that it's impossible to tell whether hair loss
24   is caused by endocrine therapy or chemotherapy,
25   would you agree with that?

34 (Pages 130 - 133)

Page 134

1          MR. SCHANKER:  Objection, form.
2          THE WITNESS:  Not for this study, because
3     for this study, they had to have hair before
4     starting the endocrine therapy to be included.
5  BY MR. SEARS:
6     Q.  What about outside of the study, do you
7  agree there's instances where it's impossible to
8  determine whether the hair loss was caused by
9  endocrine therapy or chemotherapy?
10         MR. SCHANKER:  Objection, form.
11         THE WITNESS:  I think it should be case
12    by case.  I don't know what you are referring
13    to.
14  BY MR. SEARS:
15    Q.  So in this study of the 98 reports of
16  PCIA, 18 of them received a regimen that did not
17  include a taxane, right?
18    A.  I think this study also included patients
19  with other cancer, not only breast cancer.
20         Yes, you see.
21    Q.  What I'm asking is, out of the 98 patients
22  that were included in the study, 18 of them received
23  a regimen that did not include a taxane, right?
24    A.  Yes.
25    Q.  13 of them received CMF?

Page 135

1     A.  Let me check, because I don't remember
2  everything.
3         Yes.
4     Q.  So in the CMF regimen, which drug was
5  causing the alopecia there?
6          MR. SCHANKER:  Objection, form.
7          THE WITNESS:  I don't know.
8  BY MR. SEARS:
9     Q.  Is it impossible for you to determine
10  which drug is causing the alopecia in the CMF
11  regimen?
12         MR. SCHANKER:  Objection, form.
13         THE WITNESS:  I'm not familiar with this
14    regimen.  I've never seen patients with this
15    regimen, so I don't know.
16  BY MR. SEARS:
17    Q.  Do you know what the CMF regimen is?
18    A.  I can read here, but I don't know why it's
19  used.  Something I'm not familiar with it.
20    Q.  What drugs are in the CMF regimen?
21    A.  It's here, cyclophosphamide, methotrexate
22  and fluorouracil.
23    Q.  Do you know what the incidence reports of
24  persistent alopecia is with any of those drugs?
25         MR. SCHANKER:  Objection, form.

Page 136

1          THE WITNESS:  I think there are few cases
2     with cyclophosphamide and probably also with
3     fluorouracil.
4  BY MR. SEARS:
5     Q.  Are you able to, based upon your review of
6  the literature, determine which drug in the CMF
7  regimen caused the alopecia?
8          MR. SCHANKER:  Objection, form.
9          THE WITNESS:  I did not.
10  BY MR. SEARS:
11    Q.  Are you able to look at the literature in
12  aggregate cases of reported persistent alopecia with
13  those drugs and determine which drug is causing the
14  alopecia?
15         MR. SCHANKER:  Objection, form.
16         THE WITNESS:  I don't think there was a
17    reason to do that.  Why?
18  BY MR. SEARS:
19    Q.  Are you able to do that?
20         MR. SCHANKER:  Objection, form.
21         THE WITNESS:  If I want, I can probably
22    collect all the literature on those drugs and
23    do as I did for breast cancer but, you know, I
24    had no reason to do it.
25  BY MR. SEARS:

Page 137

1     Q.  Do you know if CMF is a regimen that's
2  used to treat breast cancer?
3          MR. SCHANKER:  Objection, form.
4          THE WITNESS:  I don't think so, but I
5     don't know.
6  BY MR. SEARS:
7     Q.  Do you know if those 13 patients included
8  in the study that received CMF were being treated
9  for breast cancer?
10         MR. SCHANKER:  Objection, form.
11         THE WITNESS:  No, I don't know, but it's
12    not even in the results.
13  BY MR. SEARS:
14    Q.  So in reaching your conclusions in this
15  case about whether any specific chemotherapy drug
16  could cause PCIA, do you think it would be important
17  to look at other chemotherapy regimens like CMF and
18  determine how many case reports there are of
19  persistent alopecia associated with that regimen?
20         MR. SCHANKER:  Objection, form.
21         THE WITNESS:  I think single cases can be
22    for any drug.  You know, for Taxotere, there
23    are a big number of cases that are brought in
24    the literature.  There are thousand of patients
25    in these litigations.  There are many patients

1    I've seen.  It's different.
2    BY MR. SEARS:
3      Q.  Many of the Taxotere regimens include
4    cyclophosphamide, don't they?
5        MR. SCHANKER:  Objection, form.
6        THE WITNESS:  Many regimens include
7      cyclophosphamide.  But, you know,
8      cyclophosphamide is on the market since many,
9      many years, 1959.  This is a problem we start
10     seeing in the 2000s.
11   BY MR. SEARS:
12     Q.  Do you think the fluorouracil can cause
13   PCIA?
14       MR. SCHANKER:  Objection, form.
15       THE WITNESS:  Maybe there are a few
16     reports.  I don't know.
17   BY MR. SEARS:
18     Q.  Do you think that methotrexate can cause
19   PCIA?
20     A.  No, methotrexate, I don't think so.
21     Q.  Do you think busulfan can cause PCIA?
22       MR. SCHANKER:  Objection, form.
23       THE WITNESS:  Absolutely, yes.
24   BY MR. SEARS:
25     Q.  Do you think that vincristine can cause

1    PCIA?
2        MR. SCHANKER:  Objection, form.
3        THE WITNESS:  I don't know.  Maybe a few
4      cases.
5    BY MR. SEARS:
6      Q.  Do you think that carboplatin can cause
7    PCIA?
8        MR. SCHANKER:  Objection, form.
9        THE WITNESS:  Yes.
10   BY MR. SEARS:
11     Q.  Do you think that --
12     A.  Few cases.
13     Q.  Do you think that doxorubicin can cause
14   PCIA?
15       MR. SCHANKER:  Objection, form.
16       THE WITNESS:  I think, in association with
17     cyclophosphamide, there's been few cases.
18   BY MR. SEARS:
19     Q.  In the five reports of PCIA in this study
20   that received doxorubicin-containing regimens, which
21   drug in that regimen caused the PCIA?
22       MR. SCHANKER:  Objection, form.
23       THE WITNESS:  From this study, you don't
24     know which was the association.  Definitely,
25     they didn't have just doxorubicin.  They had

1    something else together.
2    BY MR. SEARS:
3      Q.  So in those five patients who received the
4    other regimen, which drug in that regimen caused the
5    PCIA?
6        MR. SCHANKER:  Objection, form.
7        THE WITNESS:  I don't think it's in the
8      table, but I'm sure they didn't receive one
9      drug.  They receive a combination.
10   BY MR. SEARS:
11     Q.  And out of that combination of drugs,
12   which drug caused the PCIA?
13       MR. SCHANKER:  Objection, form.
14       THE WITNESS:  Probably busulfan.
15   BY MR. SEARS:
16     Q.  Do you know if all five of those patients
17   received busulfan?
18       MR. SCHANKER:  Object to form.
19       THE WITNESS:  No, I don't know.
20   BY MR. SEARS:
21     Q.  And if they did not receive busulfan and
22   received a multidrug regimen, which drug caused the
23   PCIA?
24       MR. SCHANKER:  Objection, form.
25       THE WITNESS:  I cannot speculate of that.

1    I don't know.
2    BY MR. SEARS:
3      Q.  So I want you to assume for me that CMF is
4    used to treat breast cancer, okay?
5        MR. SCHANKER:  Objection, form.
6        THE WITNESS:  Tell me again.
7    BY MR. SEARS:
8      Q.  I want you to assume that the CMF regimen
9    has been used to treat breast cancer, okay?
10       MR. SCHANKER:  Objection, form.
11       THE WITNESS:  CMF, I don't think so.  I
12     don't know.
13   BY MR. SEARS:
14     Q.  So you don't know, one way or the other,
15   if CMF has been used to treat breast cancer?
16     A.  I don't know.  I'm not aware of any of
17   case treated with this regimen.
18     Q.  Do you think it would be important to know
19   which regimens are used to treat breast cancer?
20       MR. SCHANKER:  Objection, form.
21       THE WITNESS:  That's not my job.  That's
22     not my expertise to know all the regimens used
23     to treat breast cancer.
24   BY MR. SEARS:
25     Q.  In coming up with your opinion about

36 (Pages 138 - 141)

Page 142

1  whether any specific drug can cause chemotherapy
2  {sic} in breast cancer treatment, don't you think it
3  would be important to know which drugs are used to
4  treat breast cancer?
5          MR. SCHANKER: Objection, form.
6          THE WITNESS: I think there are new
7      studies every single day, new drugs that are
8      utilized, and this is not my expertise.
9          My expertise is just on alopecia.
10  BY MR. SEARS:
11     Q.  And what you're doing is you're looking at
12  case reports of PCIA for breast cancer and
13  concluding whether a specific drug can cause PCIA,
14  right?
15         MR. SCHANKER: Objection, form.
16         THE WITNESS: No. I've published cases of
17     PCIA due to Taxotere. I see many other
18     patients with this problem. I'm aware of many
19     women that have this problem, and there are,
20     you know, many data that show that a problem is
21     here.
22  BY MR. SEARS:
23     Q.  The reason I'm asking this is because I'm
24  really trying to understand whatever methodology you
25  used here.

Page 143

1          But in science, don't you want to use the
2  best methodology that you possibly can to reach any
3  sort of conclusion?
4          MR. SCHANKER: Objection, form.
5          THE WITNESS: I think I do always.
6  BY MR. SEARS:
7      Q.  In reaching a conclusion about whether
8  there's a higher rate of one drug causing PCIA as
9  opposed to other drugs causing PCIA, wouldn't you
10  want to know the case reports of all of the drugs
11  used to treat breast cancer and reports of PCIA?
12         MR. SCHANKER: Objection, form.
13         THE WITNESS: I look at all cases of PCIA
14     reported in breast cancer, okay. And I think I
15     did a table on that. I may have missed
16     something, but I look at that.
17  BY MR. SEARS:
18     Q.  So do you know what percentage of patients
19  treated for breast cancer in an adjuvant setting
20  would receive CMF versus a taxane regimen?
21         MR. SCHANKER: Objection, form.
22         THE WITNESS: No. That's not my
23     expertise.
24  BY MR. SEARS:
25     Q.  I understand that you're not a

Page 144

1  statistician, right?
2      A.  I'm not.
3      Q.  So bear with me for a minute, because my
4  math is terrible, too, so I'm probably going to
5  explain this horribly, but let's see if we can
6  understand each other.
7      A.  You told Dr. Thompson that you are very
8  good in statistics.
9      Q.  I took finance, but that's about the
10  extent of it.
11         When concluding whether one drug has more
12  reports of PCIA, wouldn't it be important to know
13  whether that drug is used more than another drug?
14         MR. SCHANKER: Objection, form.
15         THE WITNESS: I definitely think that, and
16     that's important for this study, because one of
17     the reason they found a lot of Taxol is because
18     it was used more than Taxotere.
19  BY MR. SEARS:
20     Q.  Right. Memorial Sloan Kettering uses
21  Taxol, don't they?
22     A.  Uh-huh.
23     Q.  Yes?
24     A.  Yes.
25     Q.  So I think I heard you say this at trial,

Page 145

1  but you're saying that one of the reasons why
2  there's more reports of Taxol than Taxotere in the
3  study is because of the greater prevalence of use
4  with Taxol than Taxotere at Memorial Sloan
5  Kettering?
6      A.  Yes.
7      Q.  Let's think about this worldwide for a
8  second.
9          Wouldn't it be important to know the rates
10  that various drugs are given to women in reaching a
11  conclusion about whether a specific drug can cause
12  persistent chemotherapy-induced alopecia?
13         MR. SCHANKER: Objection, form.
14         THE WITNESS: I think that most cases,
15     those drugs are used in association. So I
16     think probably the most common used regimen is
17     the docetaxel, cyclophosphamide and
18     doxorubicin. I think this is the most common
19     used, but I'm a dermatologist.
20  BY MR. SEARS:
21     Q.  So, for instance, in this study, you
22  looked at 98 reports of PCIA and 13 of them received
23  CMF, right?
24     A.  Yes, but it was not for breast cancer.
25  You know, if you look, there are other types of

37 (Pages 142 - 145)

Page 146

1  cancer in this study and this is why they receive
2  other stuff.
3       I'm not aware of methotrexate being used
4  in breast cancer. I'm not aware of that.
5       Q.  Do you know whether CMF was the preferred
6  regimen for breast cancer before taxanes were
7  invented?
8       A.  Maybe yes, but this study, look at the
9  date of inclusion of this study, January 2009. I
10 don't think that regimen was used in 2009.
11      Q.  Have you ever looked at the NCCN
12 guidelines for chemotherapy regimens for breast
13 cancer?
14      A.  Absolutely no.
15      Q.  Have you attempted to do any sort of
16 incidence study about which regimens are used more
17 frequently for breast cancer as opposed to other
18 regimens?
19      MR. SCHANKER:  Objection, form.
20      THE WITNESS:  This is not my job, but I
21 review a lot of articles, and I saw that
22 doxorubicin and cyclophosphamide and Taxotere
23 are very common used.
24 BY MR. SEARS:
25      Q.  So let's assume that a taxane regimen is

Page 147

1  used 90 percent of the time, and then some other
2  regimen is used 10 percent of the time for breast
3  cancer.
4       Would that sort of information be
5  important for you to know in determining whether any
6  specific drug in the regimen is more likely to cause
7  PCIA versus another drug in the regimen?
8       MR. SCHANKER:  Objection, form.
9       THE WITNESS:  But if it's an associated
10 regimen, I believe the most common is Taxotere
11 with those two drugs.
12 BY MR. SEARS:
13      Q.  One of the drugs that's commonly used with
14 Taxotere is cyclophosphamide, right?
15      A.  Yes.
16      Q.  If cyclophosphamide or CMF is given
17 10 percent of the time, but can result in persistent
18 alopecia 40 percent of the time that it's used,
19 wouldn't that be important to know in assessing
20 whether it's the cyclophosphamide or the Taxotere
21 that's causing persistent alopecia in the Taxotere
22 regimen?
23      MR. SCHANKER:  Objection, form.
24      THE WITNESS:  As I told you before,
25 cyclophosphamide is on the market since, I

Page 148

1  think, 1959. We didn't see permanent alopecia.
2  There are no case report before 2000. It's
3  very, very, very unlikely.
4  BY MR. SEARS:
5       Q.  And we'll talk more about that in a
6  minute.
7       But what I'm asking you is, if a regimen
8  like CMF is used 10 percent of the time and can
9  result in alopecia at high prevalence, wouldn't that
10 be important to know in determining whether it's the
11 cyclophosphamide, adriamycin or Taxotere that is
12 causing the persistent alopecia in the Taxotere
13 regimen?
14      MR. SCHANKER:  Objection, form.
15      THE WITNESS:  I think we have that answer.
16 It's Taxotere. And that answer comes from the
17 literature and also from the start of these
18 drugs, because as I said, the cyclophosphamide
19 is on the market since 1959 and, you know,
20 adriamycin is on the market from the '70s and
21 Taxotere became in the market around 1996. And
22 then we start seeing this problem afterwards.
23 BY MR. SEARS:
24      Q.  Do you know what percentage of women would
25 go on to develop PCIA after being treated with CMF?

Page 149

1       MR. SCHANKER:  Objection, form.
2       THE WITNESS:  I don't know the percentage.
3  BY MR. SEARS:
4       Q.  Do you know what the percentage of
5  patients who lived more than six months after
6  chemotherapy for breast cancer was in the 1980s?
7       MR. SCHANKER:  Objection, form.
8       THE WITNESS:  There were also, at that
9  time, patients who survived. Of course, now,
10 they survive more.
11 BY MR. SEARS:
12      Q.  Have you looked at any of the survival
13 statistics over the last 30 years?
14      MR. SCHANKER:  Objection, form.
15      THE WITNESS:  That's not my job. I don't
16 look at survival statistics for breast cancer.
17 I may look at melanoma.
18 BY MR. SEARS:
19      Q.  The reason I'm asking you this is you seem
20 to be putting a lot of focus on when the drugs were
21 available on the market, right?
22      MR. SCHANKER:  Objection, form.
23      THE WITNESS:  No. This is just part of my
24 discussion. I don't put focus on that.
25 BY MR. SEARS:

38 (Pages 146 - 149)

Page 150

1    Q.   So it's not important to your opinions
2  when Taxotere was introduced or when
3  cyclophosphamide was introduced or when adriamycin
4  was introduced on the market?
5         MR. SCHANKER:  Objection, form.
6         THE WITNESS:  This is just a small piece
7     of a puzzle, okay?  And that's diagnosis in
8     medicine.
9         You take different pieces and put
10    everything together.
11 BY MR. SEARS:
12    Q.   So does the introduction date of various
13 drugs used to treat chemotherapy play any role in
14 your conclusions in this litigation?
15        MR. SCHANKER:  Objection, form.
16        THE WITNESS:  Yes, it does.  It's a piece
17    of the puzzle.
18 BY MR. SEARS:
19    Q.   If I understand what you're saying is
20 there are more reports of PCIA after Taxotere was
21 introduced; is that right?
22        MR. SCHANKER:  Objection form.
23        THE WITNESS:  I would say that except for
24    the busulfan, so problem, yes, the only report
25    came after Taxotere was introduced.

Page 151

1  BY MR. SEARS:
2     Q.   So why I'm asking you about survival
3  statistics is, do you know if women were living long
4  enough to be able to report PCIA when treated for
5  breast cancer before the advent of taxanes?
6         MR. SCHANKER:  Objection, form.
7         THE WITNESS:  I think they live at least
8     six months.
9  BY MR. SEARS:
10    Q.   Have you looked at that at all?
11    A.   I didn't look, but I'm sure they live at
12 least six months.
13    Q.   So in the Taxol regimens included in the
14 quality of life paper, what drug in the Taxol
15 regimen was causing the PCIA?
16        MR. SCHANKER:  Objection, form.
17        THE WITNESS:  I think Taxol.
18 BY MR. SEARS:
19    Q.   The study also said there was moderate to
20 significant clinical improvement in 36 of 54
21 patients who were treated with minoxidil and/or
22 spironolactone, right?
23    A.   Yes, it says.
24    Q.   The study said that you can see grade 2
25 alopecia from aromatase inhibitors and Tamoxifen,

Page 152

1  right?
2         MR. SCHANKER:  Objection, form.
3         THE WITNESS:  Yes.
4  BY MR. SEARS:
5     Q.   The study said that you can see eyebrow
6  and eyelash loss with -- let me start over again.
7         The study said that you can see eyebrow
8  and eyelash loss with aromatase inhibitors and
9  Tamoxifen, right?
10    A.   Yes.  Less frequently than with taxane,
11 but, yes.
12    Q.   Do you know what the USMLE is?
13        MR. SCHANKER:  Objection, form.
14        THE WITNESS:  What, what?
15 BY MR. SEARS:
16    Q.   The US -- United States -- MLE, medical
17 licensing exam.  Do you know what that is?
18    A.   Yes.
19    Q.   Did you ever have to take that?
20    A.   No, because I was given my license for
21 extraordinary ability.  My license, medical license,
22 was given me because of my extraordinary abilities.
23    Q.   Do you know whether doctors who graduate
24 from medical schools in the United States have to
25 take that exam before becoming licensed?

Page 153

1         MR. SCHANKER:  Objection.
2         THE WITNESS:  Yes.  We do the same,
3     something exactly the same in Europe.
4  BY MR. SEARS:
5     Q.   So I think we talked about this a little
6  bit last time, but there's various hair cycles,
7  right?
8     A.   Various?
9     Q.   Hair cycles.  The hair goes through
10 cycles?
11    A.   The hair cycle, yes.  There is one hair
12 cycle, various phases.
13    Q.   That's a better way of saying it, thank
14 you.
15        And so one of the phases is the telogen
16 phase, right?
17    A.   Yes.
18    Q.   Another phase is the anagen phase?
19    A.   Yes.
20    Q.   And if hair comes out during the telogen
21 phase, that can unveil underlying androgenetic
22 alopecia, can't it?
23        MR. SCHANKER:  Objection, form.
24        THE WITNESS:  I didn't understand.  I need
25    you to reformulate the question.  The question

39 (Pages 150 - 153)

Page 154

1    is wrong somehow.
2    BY MR. SEARS:
3        Q.  If you lose all of your hair in the anagen
4    or telogen phase, because of the hair cycling, that
5    can accelerate underlying hair conditions like
6    androgenetic alopecia, can't it?
7        MR. SCHANKER:  Objection, form.
8        THE WITNESS:  It's different.  If you
9    lose -- if you have a telogen effluvium,
10   telogen effluvium can trigger or unmask
11   androgenetic alopecia, but you're losing the
12   telogen phase.  There is nothing on the anagen
13   phase.
14   BY MR. SEARS:
15       Q.  Why do you think there's a difference
16   between anagen and telogen in unmasking androgenetic
17   alopecia?
18       A.  Because the mechanism is completely
19   different.
20       Q.  Do you think that if hairs fall out during
21   the anagen phase, it can disrupt hair cycling?
22       MR. SCHANKER:  Objection, form.
23       THE WITNESS:  You know, what's the
24   beginning of the word disrupt?  You know, it's
25   very vague.  Usually, you lose the hair in the

Page 155

1    anagen phase, and the cycle restart, normally.
2        We see that in chemotherapy alopecia, we
3    see that in alopecia areata, when alopecia
4    areata regrow.  We see that in other cases of
5    anagen effluvium.
6    BY MR. SEARS:
7        Q.  So we talked about this a little bit
8    before, but do you know what the survival rate of
9    breast cancer was in the 1970s?
10       MR. SCHANKER:  Objection, form.
11       THE WITNESS:  That's not my expertise.
12   BY MR. SEARS:
13       Q.  Do you know what the survival rate was in
14   the 1980s?
15       MR. SCHANKER:  Objection, form.
16       THE WITNESS:  That's not my expertise, but
17   I'm sure more than six months.
18   BY MR. SEARS:
19       Q.  Do you know what the survival rate was in
20   the 1990s?
21       MR. SCHANKER:  Objection, form.
22       THE WITNESS:  No, but I guess more than
23   six months.
24   BY MR. SEARS:
25       Q.  Do you know what the six-month survival

Page 156

1    rate was in any of those decades?
2        MR. SCHANKER:  Objection, form.
3        THE WITNESS:  In is not my expertise.  I'm
4    not an expert in breast cancer, but if your
5    question is, there was enough time after
6    chemotherapy to see the permanent alopecia,
7    probably yes.
8    BY MR. SEARS:
9        Q.  And that is why I'm asking you this.
10       In reaching your conclusions in this case,
11   wouldn't it be important to know whether people are
12   living longer after being treated from breast cancer
13   in the 2000s than the 1970s, 1980s, 1990s?
14       MR. SCHANKER:  Objection, form.
15       THE WITNESS:  I don't think so, because
16   this problem is shown early.  You see that
17   after six months, after the end of
18   chemotherapy.
19       So I believe the survival is increased at
20   five years, at ten years, but at six months, it
21   was probably similar at that time.
22   BY MR. SEARS:
23       Q.  Do you know if women in the 1970s, 1980s
24   and 1990s took chemotherapy drugs longer than they
25   do in the 2000s?

Page 157

1        MR. SCHANKER:  Objection, form.
2        THE WITNESS:  I think you cannot ask me
3    questions on treatment of breast cancer.  I'm
4    not the expert.  I think you have experts on
5    that.  Those are the one.
6    BY MR. SEARS:
7        Q.  We do.  And, again, I'm trying to
8    understand the methodology for why you reached the
9    conclusions that you reached in this case.
10       And so you have not looked at whether
11   women in the 1970s, '80s and '90s were taking
12   chemotherapy longer, have you?
13       MR. SCHANKER:  Objection, form.
14       THE WITNESS:  I have not looked at that,
15   because I'm not an oncologist.
16   BY MR. SEARS:
17       Q.  Do you know whether the drugs that are
18   given to women now for breast cancer are more
19   effective than the drugs that were given to them in
20   the 1970s, 1980s and 1990s?
21       MR. SCHANKER:  Objection, form.
22       THE WITNESS:  I think so.
23   BY MR. SEARS:
24       Q.  Do you know when Tamoxifen was first
25   introduced in the breast cancer setting?

40 (Pages 154 - 157)

1        MR. SCHANKER: Objection, form.
2        THE WITNESS: I think at least 15 years
3    ago.
4    BY MR. SEARS:
5        Q.  Do you know when aromatase inhibitors were
6    first introduced in the breast cancer setting?
7        MR. SCHANKER: Objection, form.
8        THE WITNESS: I think more recently, but I
9    don't know exactly.
10   BY MR. SEARS:
11       Q.  Would knowing the date of introduction for
12   those drugs be important for you to know in offering
13   your opinions about the prevalence rates of PCIA?
14       MR. SCHANKER: Objection, form.
15       THE WITNESS: No, I don't think those
16   drugs are linked to PCIA.
17   BY MR. SEARS:
18       Q.  Do you think it would be important to know
19   the introduction dates of those drugs as far as
20   assessing case reports of ongoing alopecia after
21   chemotherapy?
22       MR. SCHANKER: Objection, form.
23       THE WITNESS: I think -- you know, I don't
24   think so, because there were no cases of
25   ongoing alopecia after chemotherapy before

1    2000.  So I don't think there was any utility
2    to have all this information before that day.
3    BY MR. SEARS:
4        Q.  Have you done a PubMed search to see if
5    there are reports of PCIA that existed before 2000?
6        A.  I did.  I definitely did.  I think in this
7    material, I check everything.
8        Q.  Do you know when adriamycin first started
9    being used in the adjuvant breast cancer setting?
10       A.  No.  I told you I don't know these dates.
11   I'm not an oncologist.  I don't know.
12       Q.  Do you know when cyclophosphamide first
13   started being used in the adjuvant breast cancer
14   setting?
15       A.  I don't know.
16       Q.  Do you know when Taxol was first used in
17   the adjuvant breast cancer setting?
18       A.  I don't know exactly, but I believe in the
19   middle '90s.
20       Q.  We've already talked about how you think
21   that Taxol can cause PCIA, right?
22       MR. SCHANKER: Objection, form.
23       THE WITNESS: Yes, I think it can.
24   BY MR. SEARS:
25       Q.  So why weren't there reports in the '90s

1    about Taxol causing PCIA?
2        A.  I don't understand the question.
3        Q.  Well, I think you just told me that you
4    think that Taxol was first used the adjuvant breast
5    cancer setting in the 1990s, right?
6        A.  Yes, I think so.
7        Q.  We talked about how you think that Taxol
8    can cause PCIA, right?
9        A.  Yes, I think so.
10       Q.  Why aren't there reports in the 1990s
11   about Taxol causing PCIA?
12       A.  The first report, even for Taxotere, are
13   in the beginning of the 2000, and if I can check my
14   material, I believe there is one case -- let me
15   find, Prevezas, that was beginning -- where are my
16   materials -- so there is one case, I tell you which
17   one, Prevezas.  You know, that was 2009, first case
18   that I know from Taxol.
19       Q.  Why I'm asking you this is you seem to be
20   putting an emphasis on when drugs were introduced.
21       A.  I didn't put emphasis.  I told you it's
22   part of the puzzle.
23       Q.  And as part of the puzzle, do you find it
24   interesting that there are not reports of Taxol
25   causing PCIA in the 1990s?

1        A.  I believe Taxol is the less common cause
2    of PCIA.
3        Now, they probably use it more and become
4    more common than before, but it's not as common as
5    Taxotere.
6        Q.  Do you know what other cancers Taxotere is
7    approved to treat?
8        MR. SCHANKER: Objection, form.
9        THE WITNESS: No, I don't know, but I
10   think many others.
11   BY MR. SEARS:
12       Q.  Do you know when Taxotere was first
13   approved to treat those other cancers?
14       A.  No, I don't know.
15       Q.  Have you made any effort to look at
16   whether there are case reports of PCIA when Taxotere
17   is used to treat other cancers?
18       MR. SCHANKER: Objection, form.
19       THE WITNESS: My literature included all
20   cases of PCIA.  I check PCIA.  When I go on
21   PubMed, I do permanent alopecia, and I see
22   everything that comes out.
23   BY MR. SEARS:
24       Q.  Can you tell me of any case report of
25   Taxotere causing PCIA outside of the breast cancer

41 (Pages 158 - 161)

Page 162

1  setting?
2     A.  I don't think there are case reports.  But
3  even in this study, we don't know.
4     Q.  Do you know what dose of Taxotere is used
5  to treat other cancers besides breast cancer?
6     A.  I'm not an oncologist.  I don't know.
7     Q.  Do you know what other drugs are contained
8  in those Taxotere regimens that are used to treat
9  other cancers?
10    A.  No, I don't know.  I'm not an oncologist.
11 I'm here as a hair expert.
12    Q.  Do you know that there's reports of
13 non-reversible alopecia before 2001 from adriamycin
14 and cyclophosphamide regimens?
15    A.  I think maybe one or two report, few
16 reports, yes.
17    Q.  Have you reviewed an article written by
18 Berglund, B-E-R-G-L-U-N-D, called "Late Effects of
19 Adjuvant Chemo and Postoperative Radiotherapy on
20 Quality of Life Among Breast Cancer Patients"?
21    A.  I don't remember.  Can I see the article?
22 Because maybe I did.  Can you show me the article?
23       (Thereupon, the referred-to document was
24 marked by the court reporter for Identification as
25 Defendants' Exhibit 14.)

Page 163

1  BY MR. SEARS:
2     Q.  I'm marking that as Exhibit 14.
3       Have you seen this before?
4     A.  I'd have to look because maybe I did, but
5  I don't remember everything.
6       No, I don't think so.
7     Q.  Do you see that this article is from 1991?
8     A.  Yes.  I see they survived at least from
9  two to ten years, they had the question.
10    Q.  You see on the top of page 1076, it talks
11 about the chemotherapy regimen that was used.  It
12 says, "12 courses of chemotherapy (CMF:
13 Cyclophosphamide, methotrexate and 5-fluorouracil)"
14 were used?
15    A.  I see they use this regimen, but I also
16 see they survived at least two years.  So this was
17 enough to see any permanent alopecia.
18    Q.  And do you see, on page 1078, on table 2?
19       MR. SCHANKER:  Counselor, I have a problem
20    going back over old ground that we covered in
21    the previous deposition.  We went through this,
22    this article in the previous deposition,
23    correct?
24       MR. SEARS:  Your objection is noted.
25 BY MR. SEARS:

Page 164

1     Q.  Do you see table 2, "Percentage of
2  patients rating some degree of symptoms and
3  problems"?
4       MR. SCHANKER:  Counselor, these are the
5     same questions we went over in the last
6     deposition.
7       THE WITNESS:  I see.
8  BY MR. SEARS:
9     Q.  Do you see hair loss that's reported in
10 17 percent of the patients that receive CMF?
11       MR. SCHANKER:  Objection.  Let's go off
12    the record, and we can have the deponent step
13    out if you'd like, so we can talk about this.
14       MR. SEARS:  I'm almost done with this.
15       MR. SCHANKER:  Let's go ahead and go off
16    the record.
17       We're not supposed to be covering the same
18    ground that you covered last time in this
19    deposition, and that's exactly what you're
20    doing right now.
21       MR. SEARS:  I don't think we ever had that
22    agreement.
23       MR. SCHANKER:  Let's go ahead and go off
24    the record.
25       THE VIDEOGRAPHER:  Both parties have to

Page 165

1  agree to go off the record.
2       MR. SCHANKER:  I just don't want to talk
3     in front of her.  That's the reason I wanted to
4     go off the record and have her step out.
5       MR. SEARS:  All right.  Fine.
6       THE VIDEOGRAPHER:  We're off the record.
7  The time is 12:45 p.m.
8       (Short recess taken.)
9       THE VIDEOGRAPHER:  Back on the record.
10 The time is 12:47 p.m.
11 BY MR. SEARS:
12    Q.  So we were talking about table 2 and these
13 patients that were treated with CMF.
14       And you see that hair loss was reported in
15 17 percent of those patients?
16    A.  I'm looking at the material, because I
17 want to see when this hair loss was affected.
18       MR. SCHANKER:  Take your time and read the
19    whole article if you need to.
20       THE WITNESS:  Uh-huh.
21 BY MR. SEARS:
22    Q.  Really, the only thing I'm trying to get
23 across is that there were reports of persistent
24 alopecia before 2001 in non-Taxotere regimens.
25       Will you agree to that?

42 (Pages 162 - 165)

Page 166

1      MR. SCHANKER: Objection, form.
2      THE WITNESS: This is a questionnaire,
3   first of all. You know, and when you ask
4   patients by a questionnaire, if they have hair
5   loss, they may have hair loss for many other
6   reasons.
7   BY MR. SEARS:
8      Q. So you think that questionnaires included
9   in retrospective studies are not reliable?
10      MR. SCHANKER: Objection, form.
11      THE WITNESS: Not for hair loss, because
12   you send a questionnaire, do you have hair
13   loss? If I ask people in this room if they
14   have hair loss, I'm pretty sure some of them
15   would say yes.
16   BY MR. SEARS:
17      Q. Do you have any idea, out of the materials
18   that you cited in your report, how many of those
19   case reports of hair loss were based upon
20   retrospective questionnaires?
21      MR. SCHANKER: Objection, form.
22      THE WITNESS: I think some send a
23   questionnaire, but the one area I believe are
24   important are the ones showing the alopecia.
25   BY MR. SEARS:

Page 167

1      Q. Do you know when Rogaine and minoxidil was
2   first introduced?
3      A. More than 30 years ago.
4      Q. So that would have been around 1990?
5      A. '90? No. Maybe earlier. '90 -- probably
6   '90 -- maybe, yes, 1990.
7      Q. And I'm not talking about it in a context
8   of high blood pressure. I'm talking about in the
9   context of using it to treat alopecia.
10      A. In androgenetic alopecia, yes, it's more
11   than 30 years ago. I don't remember the date,
12   because it depends on countries and many other
13   stuff.
14      Q. Do you agree that, since the 1990s and
15   2000s, that the amount of dermatologists that focus
16   on hair loss issues has increased?
17      MR. SCHANKER: Objection, form.
18      THE WITNESS: I think it's increased after
19   2000. Maybe it's real increase after -- in the
20   last ten years.
21   BY MR. SEARS:
22      Q. Do you think that as the amount of
23   dermatologists that focus on hair issues increases,
24   that there's more literature out there about hair
25   loss issues?

Page 168

1      MR. SCHANKER: Objection, form.
2      THE WITNESS: No, I don't think so. I
3   think it's because dermatologists now are more
4   focused on making money. And so they do --
5   hair loss can be a very good source of income.
6   BY MR. SEARS:
7      Q. Do you think, since the 2000s, there have
8   been a higher prevalence of articles that have been
9   published about hair loss issues?
10      MR. SCHANKER: Objection, form.
11      THE WITNESS: I think, in the last ten
12   years, so since 2010, I see a real increase.
13   BY MR. SEARS:
14      Q. So we talked about when Rogaine/minoxidil
15   was first used. And since Rogaine, there have been
16   other drugs that have been introduced to treat
17   alopecia as well, right?
18      MR. SCHANKER: Objection, form.
19      THE WITNESS: Very few, and the Rogaine is
20   still the most effective.
21   BY MR. SEARS:
22      Q. So do you agree that once drugs became
23   available to treat alopecia, more patients went to
24   dermatologists with complaints of hair loss?
25      MR. SCHANKER: Objection, form.

Page 169

1      THE WITNESS: No. I disagree about that,
2   because when Rogaine came to the market,
3   patients went to the doctor.
4      Then right now, if the patients come to
5   see you and you give Rogaine, they say, oh,
6   this is an old medication. They don't want
7   Rogaine. They think you're not updated.
8   BY MR. SEARS:
9      Q. My question might have been a bad
10   question.
11      Before there were treatments available for
12   hair loss, less people went to dermatologists with
13   complaints of hair loss, right?
14      MR. SCHANKER: Objection to form.
15      THE WITNESS: Not really, because there
16   are always be treated for -- treatments for
17   hair loss, even if they were not effective.
18      You know, in the past, pharmacy made their
19   own remedy. Patients always went to
20   dermatologists.
21   BY MR. SEARS:
22      Q. I guess I'm confused by that, because if
23   there's more dermatologists now that focus on hair
24   loss, there's got to be more patients that go see
25   them than before to keep them in business, right?

43 (Pages 166 - 169)

1     MR. SCHANKER: Objection, form.
2     THE WITNESS: You know, I believe that
3 dermatologists try to find other areas because
4 maybe everybody's doing Botox, everybody is
5 doing cosmetics. So they have to find other
6 areas, the cosmetic area, and hair loss is
7 somehow cosmetics in more instances, but I
8 don't think that the number of disease has
9 increased except for a disease called frontal
10 fibrosing alopecia.
11 BY MR. SEARS:
12    Q. What causes frontal fibrosing alopecia?
13    MR. SCHANKER: Objection, form.
14    THE WITNESS: We don't know exactly. It's
15 autoimmune.
16 BY MR. SEARS:
17    Q. Have you reviewed literature that says --
18 that at one point concluded that the increased
19 prevalence of frontal fibrosing alopecia was due to
20 the use of sunscreen?
21    A. I just publish a paper on that because I'm
22 president of the hair society and so we just
23 published on that. I know.
24    Q. What's been shown is that that's not true,
25 right?

1     A. This is a meta-analysis. I believe it's
2 true.
3     Q. Do you know there's other dermatologists
4 that think that that correlation is false?
5     A. You know, as a president of the society,
6 we send all data to our experts, a questionnaire,
7 asking if they believe or not in that, and most of
8 them in U.S., they believe on that.
9     Q. As there became more dermatologists who
10 focused on hair, would you agree that hair disorders
11 were studied more?
12    MR. SCHANKER: Objection, form.
13    THE WITNESS: I think so.
14 BY MR. SEARS:
15    Q. Do you think it's difficult to attribute a
16 change in the number of publications or case reports
17 to a change in the actual incidence of something as
18 opposed to a growth in the field itself?
19    MR. SCHANKER: Objection, form.
20    THE WITNESS: I know that the journal
21 don't want case report. So, of course, the
22 number of case report go down.
23 BY MR. SEARS:
24    Q. Why do journals not want case reports?
25    A. Because case report lower the impact

1 factor of the journal, reduce what's called impact
2 factor of the journal.
3     Q. Why do case reports lower the impact
4 factor of journals?
5     A. Because are less frequently quoted.
6     Q. Why are they less frequently quoted?
7     A. We don't know exactly, but now there are
8 journals doing just case reports.
9     Q. Do you think that one explanation for why
10 case reports are less frequently quoted is because
11 they're less reliable?
12    A. Absolutely not. I said case report are
13 very important. They are often the first sign that
14 something is happening. For instance, this new
15 problem with the E, the cigarettes, the vape
16 cigarette came out from case report.
17    Q. So we talked about how there's been a
18 growth in the field of hair dermatology.
19    So what I'm trying to understand is, do
20 you think it's difficult to attribute a change in
21 the number of publications on a certain topic due to
22 a change in the incident rates of that topic versus
23 a growth in the field of hair dermatology?
24    MR. SCHANKER: Objection, form.
25    THE WITNESS: You know, I believe a lot

1 depends, on, for instance, this new JAK
2 inhibitor. So there is finally a treatment for
3 alopecia areata, and that produce a lot of
4 people interested in hair disorders, and the
5 pharmaceutical companies became interested
6 again in hair disorder.
7     So there is money paid to research which
8 is, unfortunately, most of the research is
9 sometimes paid by pharmaceutical company.
10 BY MR. SEARS:
11    Q. Are you saying that a growth in reports of
12 a certain condition can be tied to treatment being
13 available for a condition?
14    MR. SCHANKER: Objection, form.
15    THE WITNESS: Depends on the condition,
16 but technically, yes, because I see patients.
17 I do want to help the patients and, of course,
18 I mean, the treatments.
19 BY MR. SEARS:
20    Q. So, ultimately, a growth in the number of
21 reports published in the literature can be due to
22 things outside of an increased prevalence of the
23 condition?
24    MR. SCHANKER: Objection, form.
25    THE WITNESS: I don't think so. You also

44 (Pages 170 - 173)

1  have to think that now if you see a case of
2  permanent alopecia, you're not going to publish
3  that case because there are already so many
4  papers on the topic, that no journal is going
5  to accept a case report.
6  BY MR. SEARS:
7     Q.  Right, which is another example of the
8  intervening factor of whether something is going to
9  be published, right?
10       MR. SCHANKER:  Objection, form.
11       THE WITNESS:  No, this is a reason that
12  probably there are many, many, many cases out
13  there have not been published because I have
14  now maybe 50 cases.  I'm not going to publish
15  because it's something that's already
16  published.
17  BY MR. SEARS:
18     Q.  Really, here is the only thing I'm trying
19  to ask you is that there's factors that impact
20  publications and the amount of publications that are
21  outside of the incident reports of a condition?
22       MR. SCHANKER:  Objection, form.
23       THE WITNESS:  There are many factors.
24  There are people that need to publish to
25  improve their job, you know, there are people

1  that publish because they need to publish to
2  keep their job.  Sometimes publication have
3  nothing to do with science.
4  BY MR. SEARS:
5     Q.  Do you know how long busulfan has been
6  available?
7     A.  I think a long time.  Probably the '60s,
8  but I don't know exactly.
9     Q.  When were the first reports of ongoing
10  alopecia associated with busulfan?
11     A.  I don't know.  It was from dermatologist
12  so I don't know exactly.
13     Q.  Would you be surprised if the first case
14  reports I could find associated with busulfan was
15  the 1980s?
16     A.  No, I won't be surprised.
17     Q.  So that's an example of a chemotherapy
18  drug that had been on the market for 20 to 30 years
19  before there started being published case reports of
20  PCIA, right?
21       MR. SCHANKER:  Objection, form.
22       THE WITNESS:  Those patients rarely died.
23  Okay, this is a different subject of patients
24  and those patients had leukemia.  They died
25  immediately.  It's very different from breast

1  cancer.
2  BY MR. SEARS:
3     Q.  Have you done any research to determine
4  what the rates are of the survive with leukemia over
5  time?
6     A.  No, I didn't do any research but I was
7  aware of that because I published on busulfan before
8  working on publishing on Taxotere, and I work with
9  dermatologists in Bologna and I know.
10     Q.  Just a couple of more questions and we'll
11  take a break.
12       So case reports of PCIA associated with a
13  chemotherapy drug can also be tied to the length of
14  time that a person survives after receiving that
15  drug, right?
16       MR. SCHANKER:  Objection, form.
17       THE WITNESS:  Different -- if you survive
18  at least to six months, you can see the
19  permanent alopecia after chemotherapy.  But if
20  you die during the chemotherapy, you're not
21  going to see the permanent alopecia after
22  chemotherapy.
23  BY MR. SEARS:
24     Q.  And there are examples of chemotherapy
25  drugs that have been on the market for 20 to 30

1  years before there are published case reports of
2  PCIA, right?
3       MR. SCHANKER:  Objection, form.
4       THE WITNESS:  I think you are referring to
5  busulfan and, you know, at one time, the bone
6  marrow transplantation, all the patients died.
7  Now they survive.
8  BY MR. SEARS:
9     Q.  Do you know what changes were made to that
10  regimen that caused patients to survive?
11       MR. SCHANKER:  Objection, form.
12       THE WITNESS:  I don't know and, again, I'm
13  not an oncologist.  You asked me a lot of
14  question outside my field of expertise and I
15  don't want to guess and give wrong answers.
16  BY MR. SEARS:
17     Q.  Do you think that giving rates of alopecia
18  caused by any specific chemotherapy drug is outside
19  of your field of expertise?
20       MR. SCHANKER:  Objection, form.
21       THE WITNESS:  I think that if you ask me
22  the survival of certain type of cancer, it's
23  definitely outside and if you ask me
24  information about bone marrow transplantation,
25  it's outside.

45 (Pages 174 - 177)

Page 178

1    BY MR. SEARS:
2        Q.   Wouldn't it be helpful to know the rates
3    of survival associated with any chemotherapy drugs
4    over time in evaluating whether that drug or other
5    drugs can cause PCIA?
6            MR. SCHANKER:  Objection, form.
7            THE WITNESS:  I write, for instance, quite
8        frequently the literature about busulfan.  Now
9        that they survive, they found that up to
10        40 percent of patients had PCIA.
11    BY MR. SEARS:
12        Q.   Do you know how many people lived back in
13    the 1950s and 1960s for over six months after
14    receiving busulfan?
15            MR. SCHANKER:  Objection, form.
16            THE WITNESS:  I believe that at that time,
17        you had the bone marrow transplantation.  Most
18        people didn't survive the transplantation.
19    BY MR. SEARS:
20        Q.   Really what I'm asking you is for a
21    percentage.
22            Do you have any idea what percentage of
23    people survived in the 1950s, 1960s and 1970s after
24    being treated with busulfan?
25            MR. SCHANKER:  Objection, form.

Page 179

1            THE WITNESS:  This is not my field of
2        expertise.
3    BY MR. SEARS:
4        Q.   We can agree that busulfan is an example
5    of a chemotherapy drug that was on the market for
6    nearly 30 years before there was a published case
7    report of PCIA?
8            MR. SCHANKER:  Objection, form.
9            THE WITNESS:  I believe this is due to the
10        fact that patients did not survive six months,
11        which is the minimum to see PCIA.
12    BY MR. SEARS:
13        Q.   Do you know when the first case reports
14    were of adriamycin and cyclophosphamide causing PCIA
15    in a breast cancer setting?
16        A.   I can check.  But I believe, you know,
17    cannot be before 2000, so 2000.
18        Q.   You're aware that adriamycin and
19    cyclophosphamide were both used to treat breast
20    cancer for 20 to 30 years before those reports?
21        A.   Yes.
22        Q.   Yes.
23            MR. SEARS:  We'll take a break.
24            THE VIDEOGRAPHER:  We're off the record.
25    The time is 1:04 p.m.

Page 180

1            (Lunch recess taken.)
2            THE VIDEOGRAPHER:  We're back on the
3        record.  The time is 2:09 p.m.
4    BY MR. SEARS:
5        Q.   Are you ready to keep going?
6        A.   Yes.
7        Q.   You don't sound sure.
8            So there's been reports of PCIA from an
9    adriamycin/cyclophosphamide regimen, correct?
10            MR. SCHANKER:  Objection, form.
11            THE WITNESS:  Yes, very few cases.
12    BY MR. SEARS:
13        Q.   So in the adriamycin/cyclophosphamide
14    regimen, which drug is causing the PCIA?
15            MR. SCHANKER:  Objection, form.
16            THE WITNESS:  I don't know.
17    BY MR. SEARS:
18        Q.   So when we were talking about hair loss
19    after chemotherapy regimens and endocrine therapy,
20    you were making a point of saying if the hair did
21    not regrow after six months, that would be an
22    indication whether it's the chemo or the endocrine
23    therapy.
24            Do you remember that?
25            MR. SCHANKER:  Objection, form.

Page 181

1            THE WITNESS:  What I said is different, is
2        that to make a diagnosis of alopecia from
3        endocrine therapy, you have to have the patient
4        with hair, so the patient should start with
5        hair.
6    BY MR. SEARS:
7        Q.   Would a patient know, after receiving
8    chemotherapy, that their hair did not regrow after
9    six months?
10            MR. SCHANKER:  Objection, form.
11            THE WITNESS:  What's the question?
12    BY MR. SEARS:
13        Q.   So if a patient took chemotherapy and the
14    hair did not regrow after six months, would the
15    patient know that there's some sort of issue going
16    on?
17            MR. SCHANKER:  Objection, form.
18            THE WITNESS:  I think so.
19    BY MR. SEARS:
20        Q.   So if I were to give you 100 photographs
21    of patients who had PCIA, would you be able to look
22    at the photographs and tell me which of those
23    patients received Taxotere?
24            MR. SCHANKER:  Objection, form.
25            THE WITNESS:  I cannot make a diagnosis on

46 (Pages 178 - 181)

1      photographs for any -- anything.
2    BY MR. SEARS:
3        Q.  If you were to walk into a room and there
4    were 100 patients who had PCIA and you weren't
5    allowed to talk to them, you could just look at them
6    and inspect them, would you be able to tell which of
7    those patients received Taxotere?
8          MR. SCHANKER:  Objection, form.
9          THE WITNESS:  No.  As many things in
10        medicine, history is fundamental for diagnosis,
11        okay?
12          It's like you have a patient that's
13        complaining of pain, and you have to
14        distinguish between a myocardial infarction,
15        or, you know, he fall down from a tree.  You
16        have to have information.
17    BY MR. SEARS:
18        Q.  Let's say there were a hundred patients in
19    the room and some of them had endocrine-induced
20    alopecia and some of them had chemotherapy --
21    persistent chemotherapy-induced alopecia.
22          Would you be able to tell which one was
23    which from just looking at them?
24          MR. SCHANKER:  Objection, form.
25          THE WITNESS:  Asking the history, yes.

1    BY MR. SEARS:
2        Q.  Let's say you're not allowed to talk to
3    them.  Just looking at them, would you be able to
4    tell who received what?
5          MR. SCHANKER:  Objection, form.
6          THE WITNESS:  I would refuse to do that
7        because you're a doctor.  History is very big
8        part of a doctor examination.
9          Would you go to a doctor who just look at
10        you and doesn't take your history?  No?
11    BY MR. SEARS:
12        Q.  I want you to assume, for purposes of this
13    question, that you're not allowed to talk to them.
14    You're just able to look at them.
15          If you were to walk into a room with 100
16    people, some of them had endocrine-induced alopecia,
17    and some of them had PCIA, would you be able to tell
18    just from looking at them who received what?
19          MR. SCHANKER:  Objection, form.
20          THE WITNESS:  I would say I don't want to
21        do this because that's impossible without
22        asking a history.
23    BY MR. SEARS:
24        Q.  So if you were to ask them and get a
25    history, what would the history tell you?

1          MR. SCHANKER:  Objection, form.
2          THE WITNESS:  The history tells me if they
3        had chemotherapy, if the hair regrow after six,
4        even eight months after the end of
5        chemotherapy.
6          If not, I would say that's a
7        chemotherapy-induced alopecia.  If the hair
8        grow back and then they started losing hair and
9        have alopecia after that, I would say, when, on
10        endocrine therapy, I would say it's the
11        endocrine therapy.
12          But then you have to think that maybe a
13        patient may develop alopecia areata, may
14        develop any other problem.  So history and
15        clinical examination are very important part.
16    BY MR. SEARS:
17        Q.  So even after receiving chemotherapy and
18    having hair loss, a patient can go on to develop
19    other forms of hair loss too, right?
20          MR. SCHANKER:  Objection, form.
21          THE WITNESS:  Yes.  If it's unlucky, he
22        can.
23    BY MR. SEARS:
24        Q.  So let's say you went into this room with
25    100 people, and the only information you were

1    provided was which chemotherapy drugs the patient
2    took.
3          Would you be able to tell what
4    chemotherapy drug caused the PCIA in any of those
5    patients?
6          MR. SCHANKER:  Objection, form.
7          THE WITNESS:  No.  I need to visit the
8        patient to be sure of the diagnosis, to ask, to
9        have the clinical history.
10          You know, it's part -- a diagnosis, as I
11        said, is like a mosaic, you have to put all the
12        stones.
13    BY MR. SEARS:
14        Q.  So in your report -- I don't think I
15    marked your report yet.  So I'm just going to go
16    ahead and do that.
17          (Thereupon, the referred-to document was
18    marked by the court reporter for Identification as
19    Defendants' Exhibit 15.)
20    BY MR. SEARS:
21        Q.  I'm marking your expert report as Exhibit
22    15.
23          So on page 14, carrying over to page 15,
24    at the very bottom of 14, it's written, "As a result
25    of my analysis in the case, I learned that the

47 (Pages 182 - 185)

1 randomized studies with Taxotere regimens for breast
2 cancer sponsored by the manufacturer, Sanofi,
3 revealed that Taxotere regimens had a statistically
4 increased rate of PCIA when controlled for
5 Adriamycin/doxorubicin and cyclophosphamide."
6      Do you see that?
7      A. Yes.
8      Q. Then there's a footnote that cites to
9 TAX316.
10      Do you see that?
11      A. Yes.
12      Q. I think earlier we talked about how you
13 have not reviewed TAX316 or that GEICAM study,
14 right?
15      MR. SCHANKER: Objection, form.
16      THE WITNESS: I didn't review the study,
17   but I saw the table, the final table with the
18   results.
19 BY MR. SEARS:
20      Q. Is that a table that was prepared by the
21 plaintiffs' expert?
22      A. No. It's a table that is kind of
23 published. I think I may have it. I think it was
24 done by the manufacturer.
25      Q. So you think this was a table that was

1 included in TAX316?
2      MR. SCHANKER: Objection, form.
3      THE WITNESS: I think the table is from
4   that study and shows a different percentage.
5 BY MR. SEARS:
6      Q. So that study did not -- the TAX316 study
7 did not conclude that there's a statically increased
8 rate of PCIA when controlled for adriamycin and
9 cyclophosphamide, right?
10      MR. SCHANKER: Objection, form.
11      THE WITNESS: I write the conclusions as I
12   state here, the conclusion of Dr. Madigan, I
13   think is the name, about that study.
14 BY MR. SEARS:
15      Q. So when you say, "There's a statistically
16 increased rate of PCIA when controlled for
17 adriamycin and cyclophosphamide," you're relying on
18 Dr. Madigan?
19      MR. SCHANKER: Objection, form.
20      THE WITNESS: Yes.
21 BY MR. SEARS:
22      Q. Do you know if Dr. Madigan concluded that
23 at ten years, at the end of the TAX316 study, there
24 was not a statistically increased rate of PCIA in
25 the Taxotere arm?

1      MR. SCHANKER: Objection, form.
2      THE WITNESS: No, I don't know.
3 BY MR. SEARS:
4      Q. Would that surprise you?
5      MR. SCHANKER: Objection, form.
6      THE WITNESS: Yes.
7 BY MR. SEARS:
8      Q. Would that cause you to reevaluate your
9 opinions in this case if there was not a
10 statistically increased rate of PCIA in the Taxotere
11 arm at the end of the study?
12      MR. SCHANKER: Objection, form.
13      THE WITNESS: No, because, you know,
14   that's statistical. It's not the single case.
15 BY MR. SEARS:
16      Q. Do you know how many patients were
17 included in the TAX316 study?
18      A. No, I don't know.
19      Q. It's a perspective study, isn't it?
20      MR. SCHANKER: Objection, form.
21      THE WITNESS: Yes.
22 BY MR. SEARS:
23      Q. Do you know anything about how the
24 patients in the TAX316 study were tracked over time?
25      MR. SCHANKER: Objection, form.

1      THE WITNESS: No, that's what I said. I
2   didn't read the study. So I don't know the
3   arms, I don't know when they were visited. I
4   don't know.
5 BY MR. SEARS:
6      Q. Do you think that the TAX316 study would
7 give you a better prevalence rate of PCIA than
8 relying on case reports?
9      MR. SCHANKER: Objection, form.
10      THE WITNESS: Depends how the study
11   evaluated the problem, you know, because
12   sometimes the study evaluate, like, ongoing
13   alopecia, which is not very clear. So it
14   should be permanent alopecia and a
15   dermatologist evaluating.
16 BY MR. SEARS:
17      Q. So Dr. Madigan is relying on TAX316 as a
18 portion of his opinions, isn't he?
19      MR. SCHANKER: Objection, form.
20      THE WITNESS: You know, I think so.
21 BY MR. SEARS:
22      Q. Do you think that his reliance on TAX316
23 in calculating whether there's a statistically
24 increased rate of PCIA with Taxotere is reliable?
25      MR. SCHANKER: Objection, form.

48 (Pages 186 - 189)

1    THE WITNESS: Again, I think it's a part
2  of his general expertise. So he had that
3  study. He had the information from the
4  company. He had different source of
5  information.
6  BY MR. SEARS:
7    Q. So if Dr. Madigan is relying on TAX316 as
8  part of his opinion, and you're relying on
9  Dr. Madigan as part of your opinion, do you think
10 it's reasonable to rely on TAX316 for calculating
11 incidence rates of persistent alopecia with Taxotere
12 regimens?
13   MR. SCHANKER: Objection, form.
14   THE WITNESS: I'm not a statistician. I'm
15   a clinician.
16   I believe that Taxotere is an important
17   substantial factor in the development of this
18   condition, and I rely on his expertise on
19   statistics, but I rely on my expertise on
20   clinical evaluation and diagnosis.
21 BY MR. SEARS:
22   Q. So can you say, one way or the other,
23 whether Dr. Madigan's reliance on TAX316 as part of
24 his statistical analysis is reliable or not?
25   MR. SCHANKER: Objection, form.

1    THE WITNESS: I believe his analysis is
2  reliable, but my opinion is not just from that
3  analysis.
4  BY MR. SEARS:
5    Q. So TAX316 involved well over a thousand
6  patients divided into two arms, right?
7    MR. SCHANKER: Objection, form.
8    THE WITNESS: I told you I didn't read the
9  study. I don't know, you know, the arms. I
10   don't know the treatments. I just saw a table
11   showing that prevalence of PCIA at the end of
12   the study.
13 BY MR. SEARS:
14   Q. Do you think a prospective study like
15 TAX316 would provide you with a more reliable rate
16 of ongoing alopecia than aggregating case reports in
17 the literature?
18   MR. SCHANKER: Objection, form.
19   THE WITNESS: It depends a lot on how the
20   study is organized.
21   Did they tattoo and measure the density?
22   If that study had a hair count, definitely yes.
23 BY MR. SEARS:
24   Q. Can you identify any study in the
25 literature that tattooed the patients in assessing

1  whether there's PCIA?
2    A. I believe Dr. Lacouture has an ongoing
3  study, I have no idea of the results, but it's on
4  clinicaltrials.org, where they prospective, and I'm
5  pretty sure with dermatology visiting the patients,
6  that study will answer.
7    Q. Can you identify any existing study that
8  you're relying upon where patients were tattooed as
9  part of the assessment for PCIA?
10   MR. SCHANKER: Objection, form.
11   THE WITNESS: No, there are no study.
12   They are needed.
13 BY MR. SEARS:
14   Q. And so that sounded like that was one of
15 your criticisms of TAX316, is that the patients were
16 not tattooed?
17   MR. SCHANKER: Objection, form.
18   THE WITNESS: I didn't say that.
19   Patients -- were patients seen by a
20   dermatologist? I don't know the study. But to
21   make a diagnosis of PCIA, I believe it will be
22   very important to have a dermatologist because
23   my cases can escape the diagnosis of an
24   oncologist.
25 BY MR. SEARS:

1    Q. So you think it would be more reliable for
2  a dermatologist to assess cases of ongoing alopecia
3  in concluding whether the chemotherapy was actually
4  the cause?
5    MR. SCHANKER: Objection, form.
6    THE WITNESS: To make the diagnosis. The
7   dermatologist can say this hair density is
8   normal, this is abnormal, it's telogen
9   effluvium, it's alopecia. Can make the
10   differential diagnosis.
11 BY MR. SEARS:
12   Q. To the extent that there's case reports in
13 the literature that were not assessed by
14 dermatologists, it would be more reliable if those
15 case reports were assessed by a dermatologist,
16 right?
17   MR. SCHANKER: Objection, form.
18   THE WITNESS: I think so. And, for
19   instance, Martin, some of the study had
20   dermatologists looking at the patients.
21 BY MR. SEARS:
22   Q. So if a dermatologist did not assess the
23 patients in the TAX316 study, do you think that
24 limits the reliability of using TAX316 to calculate
25 rates of PCIA?

49 (Pages 190 - 193)

1          MR. SCHANKER:  Objection, form.
2          THE WITNESS:  I don't think so, but I
3     think that probably there were more cases than
4     reported.
5     BY MR. SEARS:
6          Q.  So I understand that you think there's
7     probably more cases of ongoing alopecia than were
8     reported in TAX316 in that study; is that true?
9          A.  I don't like ongoing alopecia.  But
10    probably there were more cases than the one that
11    were reported.  My cases may not be detected.
12         Q.  And that would have been true for both
13    arms of the study, right?
14         A.  Yes, I think so.
15         Q.  And knowing that this is a prospective
16    clinical trial, do you think that the rates of
17    alopecia, even if they're low, that study would be
18    more reliable than relying on case reports in the
19    literature?
20         MR. SCHANKER:  Objection, form.
21         THE WITNESS:  No.  I think it's important,
22    also important.
23    BY MR. SEARS:
24         Q.  Are you aware that one of the arms in the
25    TAX316 trial was FAC?

1          A.  I told you I don't know the -- it's true,
2     I didn't ever read the protocol.
3          Q.  So in the FAC arm, which drug in that arm
4     was causing PCIA?
5          MR. SCHANKER:  Objection, form.
6          THE WITNESS:  I don't know.
7     BY MR. SEARS:
8          Q.  And if there's not a statistical
9     difference at the end of the clinical trial between
10    the FAC arm and the TAC arm, as far as the rates of
11    persistent alopecia, what would have been causing
12    the PCIA in the TAC arm?
13         MR. SCHANKER:  Objection, form.
14         THE WITNESS:  Okay.  You have to ask me
15    the question again.  I'm very sorry.  Maybe
16    shorter.
17    BY MR. SEARS:
18         Q.  If there's no statistical difference
19    between the two arms and the rate of ongoing
20    alopecia, what would have been causing the ongoing
21    alopecia in the TAC arm?
22         MR. SCHANKER:  Objection, form.
23         THE WITNESS:  I don't think the
24    statistical difference can give you the cause.
25    I don't think that -- that question doesn't

1     make sense to me.
2     BY MR. SEARS:
3          Q.  So are you saying that you cannot rely on
4     statistics in determining the cause of alopecia in a
5     patient?
6          MR. SCHANKER:  Objection, form.
7          THE WITNESS:  I believe statistics is a
8     useful instrument but technically doesn't give
9     you the cause of anything.  You use statistical
10    in addition to other things to make your
11    opinion.
12    BY MR. SEARS:
13         Q.  So what was causing the ongoing alopecia
14    in the TAC arm?
15         MR. SCHANKER:  Objection, form.
16         THE WITNESS:  You know, in the TAC arm,
17    it's Taxotere.  It's Taxotere, in my opinion.
18    BY MR. SEARS:
19         Q.  That's your opinion even if there's no
20    statistical difference in the rate of ongoing
21    alopecia between the two arms?
22         MR. SCHANKER:  Objection, form.
23         THE WITNESS:  Yes, because that's --
24    having a disease doesn't mean that you have a
25    statistical difference, you know, two different

1     problems.
2     BY MR. SEARS:
3          Q.  So this could be my incompetence, I
4     apologize if it is.  But if there's, like, let's
5     say, a rate of 3 percent of ongoing alopecia in the
6     FAC arm and no statistical difference in the TAC
7     arm, how can you say that one drug is causing the
8     alopecia in the TAC arm?
9          MR. SCHANKER:  Objection, form.
10         THE WITNESS:  Because I know that drug
11    cause alopecia in many other situations.  So
12    that's just a piece of a complex problem, you
13    know.
14         I don't base my opinion only on these
15    studies at all.
16    BY MR. SEARS:
17         Q.  Do you agree that if the results of this
18    prospective clinical trial that involved well over a
19    thousand patients showed there was no statistical
20    difference, that would undermine portions of your
21    opinion?
22         MR. SCHANKER:  Objection, form.
23         THE WITNESS:  No.  And I also think this
24    is a trial sponsored by the company, and there
25    are always biases in these type of studies, and

50 (Pages 194 - 197)

Page 198

1    we know that.
2    BY MR. SEARS:
3      Q.  Do you know who the main author was on
4    TAX316?
5        MR. SCHANKER:  Objection, form.
6        THE WITNESS:  No, I don't know.
7    BY MR. SEARS:
8      Q.  Do you know it's Dr. Martin?
9        MR. SCHANKER:  Objection, form.
10       THE WITNESS:  Dr. --
11   BY MR. SEARS:
12     Q.  Dr. Martin?
13     A.  The main author, yes.  But who designed
14   the study?  He didn't design the study.  He was one
15   of the investigators, okay.
16     Q.  Do you think that Dr. Martin would have
17   somehow altered or misrepresented the data in TAX316
18   because it was sponsored by Sanofi?
19       MR. SCHANKER:  Objection, form.
20       THE WITNESS:  No, absolutely not.
21       What I believe, that the design of the
22   study may have not -- for instance, not
23   included a dermatological evaluation.
24   BY MR. SEARS:
25     Q.  So are you relying on the results of

Page 199

1    TAX316 for your opinions?
2        MR. SCHANKER:  Objection, form.
3        THE WITNESS:  This is a piece of my
4    opinion.
5    BY MR. SEARS:
6      Q.  Does that mean you are relying on it?
7        MR. SCHANKER:  Objection, form.
8        THE WITNESS:  Yes, I'm relying on it, but
9    it's not the main core of my opinion.
10   BY MR. SEARS:
11     Q.  Because there have been thousands of
12   patients involved in that clinical trial, that's
13   many more patients than have been included in any
14   literature that has looked at PCIA, right?
15       MR. SCHANKER:  Objection, form.
16       THE WITNESS:  But the purpose of the study
17   was not looking at PCIA.
18   BY MR. SEARS:
19     Q.  Do you think that the end point of the
20   study needs to be PCIA for it to be reliable?
21       MR. SCHANKER:  Objection, form.
22       THE WITNESS:  I think you have to have
23   PCIA among your end points.
24   BY MR. SEARS:
25     Q.  So also on page 15 of your report, you say

Page 200

1    you were able to review Sanofi's data analysis in
2    2015.
3        Do you see that?
4      A.  Yes.
5      Q.  Did you actually review that?
6      A.  I read this Hangai report, clinical
7    overview.
8      Q.  Do you know if Dr. Hangai has been deposed
9    in this litigation?
10     A.  I think she did.
11     Q.  Did you ask to review that deposition?
12     A.  I did review the deposition.
13     Q.  You did review Dr. Hangai's deposition?
14     A.  Yes.  But it was very difficult because
15   she didn't speak very well English, and so I rely on
16   this instead on the deposition.
17     Q.  Do you remember what Dr. Hangai said about
18   the data analysis for 2015?
19     A.  That's why I'm using the report, because
20   the deposition was very difficult for me to really
21   understand.
22     Q.  Do you understand what she said in the
23   deposition at all?
24     A.  I think that --
25       MR. SCHANKER:  Hold on.  Let him finish

Page 201

1    the question.
2    BY MR. SEARS:
3      Q.  Do you understand what Dr. Hangai said in
4    her deposition about Sanofi's data analysis in 2015?
5        MR. SCHANKER:  Objection, form.
6        THE WITNESS:  I think that, at the end,
7    she said that Taxotere was the main
8    contributing factor, substantial contributing
9    factor to the development of PCIA.
10   BY MR. SEARS:
11     Q.  So it's your testimony that Dr. Hangai
12   used the term "substantial contributing factor" in
13   her deposition?
14       MR. SCHANKER:  Objection, form.
15       THE WITNESS:  I don't remember exactly,
16   but it was the wording of her report -- of this
17   report.
18   BY MR. SEARS:
19     Q.  The wording of this report --
20     A.  Of this, you know, clinical overview of
21   docetaxel and permanent alopecia.
22     Q.  Are you disregarding what Dr. Hangai said
23   in her deposition about the language that was used
24   in the 2015 data analysis?
25       MR. SCHANKER:  Objection, form.

51 (Pages 198 - 201)

Page 202

1     THE WITNESS: You know, I think what is
2 written is more important than what's verbal,
3 especially if somebody doesn't speak good
4 English.
5     I start reading the deposition. I didn't
6 read all of it because it was very difficult to
7 understand.
8 BY MR. SEARS:
9     Q.   So you did not read Dr. Hangai's entire
10 deposition?
11    A.   Not entire deposition.
12    Q.   Would it be important for you to know what
13 she meant when she wrote this language in the 2015
14 data analysis?
15        MR. SCHANKER: Objection, form.
16        THE WITNESS: I read the document, and I
17 had a big number of cases of PCIA, and that
18 were permanent, and so I believe that what she
19 thought is that -- what she said is that
20 Taxotere is determinant for the alopecia to
21 occur, even if most patients were on more than
22 one drug.
23        So you may have more than one drug, but
24 Taxotere is the factor that induce the
25 alopecia, the absence of regrowth.

Page 203

1 BY MR. SEARS:
2     Q.   She did not say that in her deposition,
3 did she?
4     A.   I'm saying that this is from this
5 document, not from the deposition.
6     Q.   And to the extent that the deposition
7 clarified what she meant when this was written, is
8 that important to you?
9         MR. SCHANKER: Objection, form.
10        THE WITNESS: I don't think the deposition
11 clarified. The deposition -- even the lawyers
12 all the time said that she needs an
13 interpreter.
14 BY MR. SEARS:
15    Q.   So if we were to have a study that looked
16 at 1,500 patients and half of them received a taxane
17 regimen and half did not receive a taxane regimen,
18 and there was no statistical difference in the rate
19 of PCIA between the two arms, how could you
20 determine that Taxotere is the cause of the alopecia
21 in the Taxotere arm?
22        MR. SCHANKER: Objection, form.
23        THE WITNESS: So let's make me an example.
24 You have somebody with lung cancer. So you
25 have a group of patients with lung cancer.

Page 204

1     Some smoke, and then some didn't smoke and
2 you don't find in that study a statistical
3 difference.
4     But you know that smoking is associated
5 with lung cancer. So that study may not show,
6 but because statistical doesn't always show,
7 you know.
8     That's my point of view in this type of
9 discussion.
10 BY MR. SEARS:
11    Q.   So the causation for smoking and lung
12 cancer is based upon large epidemiological studies,
13 right?
14        MR. SCHANKER: Objection, form.
15        THE WITNESS: It's a causation that is
16 known, you know, but there may be study showing
17 no statistical differences. That's always like
18 that in medicine, so statistic is important,
19 but it's a piece.
20 BY MR. SEARS:
21    Q.   Do you think that epidemiological studies
22 are more reliable in establishing causation in case
23 reports?
24        MR. SCHANKER: Objection, form.
25        THE WITNESS: Epidemiological study? I

Page 205

1 think so, yes.
2 BY MR. SEARS:
3     Q.   So if there was a study that was out there
4 that showed there was no statistical difference
5 between the Taxotere arm and the non-Taxotere arm in
6 the rates of ongoing alopecia, will you disregard
7 those results for purposes of your opinion in this
8 case?
9         MR. SCHANKER: Objection, form.
10        THE WITNESS: I don't disregard results,
11 but I always think that the study design is
12 very important. So designing a study, you can
13 get what you want sometimes. So that's
14 something also to take in account.
15 BY MR. SEARS:
16    Q.   So when there's this TAX316 study and the
17 end point was not assessing ongoing alopecia, do you
18 think that the rates of ongoing alopecia that were
19 tracked in the study were reliable?
20        MR. SCHANKER: Objection, form.
21        THE WITNESS: I think I already told you
22 before. Probably ongoing alopecia was more
23 common than reported.
24 BY MR. SEARS:
25    Q.   Do you think that, in that study, because

52 (Pages 202 - 205)

Page 206

1   a dermatologist did not review the patients, that
2   attributing the cause of ongoing alopecia to the
3   chemotherapy regimen would be reliable?
4           MR. SCHANKER: Objection, form.
5           THE WITNESS: I believe that probably they
6       detect all the severe cases. The one that went
7       undetected were probably the mild cases.
8   BY MR. SEARS:
9       Q. My question was different.
10          What I was asking is, because a
11  dermatologist did not review the patients in the
12  TAX316 study, do you think that attributing the
13  cause of ongoing alopecia to the chemotherapy that
14  was received would be unreliable?
15      A. No, I don't think it's unreliable, but I
16  think that probably, with a dermatologist, they
17  would detect more cases than the one they detected.
18      Q. So how much more of a percentage of
19  ongoing alopecia would you need to see in the
20  Taxotere arm for you to reach the conclusion that
21  it's the Taxotere causing hair loss as opposed to
22  the adriamycin or cyclophosphamide?
23          MR. SCHANKER: Objection, form.
24          THE WITNESS: I'm not -- I don't base on
25      statistics my diagnosis, okay? But I believe

Page 207

1       no doctors base the diagnosis on statistics.
2   BY MR. SEARS:
3       Q. Are you saying that there's a higher
4   prevalence of PCIA with Taxotere regimens than
5   non-Taxotere regimens, a statistical analysis?
6           MR. SCHANKER: Objection, form.
7           THE WITNESS: Of course, but if I see a
8       single patient, even if there is higher
9       prevalence with a medication, I make my
10      diagnosis on the patient, not on the fact that
11      that disease was statistically more common with
12      a certain medication.
13          So statistics is important, but should be
14      a piece of your judgment.
15  BY MR. SEARS:
16      Q. So a patient comes to you and tells you
17  that they received a Taxotere-containing regimen and
18  also received adriamycin and cyclophosphamide.
19          How do you determine, in that patient,
20  that the adriamycin and cyclophosphamide was not the
21  cause of their alopecia?
22          MR. SCHANKER: Objection, form.
23          THE WITNESS: I'm not going to determine
24      in my patient which was the cause of alopecia
25      every time, you know. And if he has permanent

Page 208

1   alopecia, since -- because may have alopecia
2   due to chemotherapy, but if the patient has
3   permanent alopecia due to chemotherapy, I would
4   say it's Taxotere because that's my experience.
5   All the cases I've seen are with Taxotere.
6   BY MR. SEARS:
7       Q. In those patients that you've seen, they
8   also received other chemotherapy drugs, too, didn't
9   they?
10      A. They did.
11      Q. I assume the majority, if not all of those
12  patients, received cyclophosphamide, right?
13          MR. SCHANKER: Objection, form.
14          THE WITNESS: I don't have this
15      information.
16  BY MR. SEARS:
17      Q. Do you know what other chemotherapy drugs
18  your patients received?
19      A. These patients I'm talking about are my
20  patients in my normal dermatological life. I don't
21  keep track of the chemotherapy they receive.
22      Q. And so earlier we talked about how there's
23  case reports of PCIA with cyclophosphamide and
24  adriamycin.
25          What I am trying to understand is when you

Page 209

1   have a patient that comes to you and they received
2   both of those drugs and also received Taxotere, how
3   can you rule out the cause of their persistent
4   alopecia for being caused by adriamycin or
5   cyclophosphamide?
6           MR. SCHANKER: Objection, form.
7           THE WITNESS: By my experience, by the
8       literature, by -- I think it's much more likely
9       it's Taxotere.
10          You can never completely rule out, but
11      that's what we have as evidence.
12  BY MR. SEARS:
13      Q. Right. There's no way to completely rule
14  out the other chemotherapy drugs they received such
15  as adriamycin and cyclophosphamide as being the
16  cause of the PCIA?
17          MR. SCHANKER: Objection, form.
18          THE WITNESS: I don't think they are the
19      cause of PCIA. All together cause PCIA, and
20      Taxotere is the drug that make the disease to
21      develop.
22  BY MR. SEARS:
23      Q. We talked earlier about how there's been
24  reports of PCIA in an AC regimen, right?
25          MR. SCHANKER: Objection, form.

53 (Pages 206 - 209)

Page 210

1    THE WITNESS: AC?  Yes.  Very few cases.
2  BY MR. SEARS:
3    Q.  And because there have been case reports
4  of AC alone causing PCIA, there's no way to rule out
5  A or C as the cause of PCIA even when a patient
6  receives Taxotere, right?
7    MR. SCHANKER: Objection, form.
8    THE WITNESS: Well, there are maybe 400
9  and something cases from taxanes in general,
10  30-something cases from the other two drugs.
11  I believe that's not such a difficult
12  judgment.
13  BY MR. SEARS:
14    Q.  So you're basing your opinion that it's
15  the Taxotere because you're saying there's been more
16  reports of PCIA from Taxotere than adriamycin and
17  cyclophosphamide?
18    MR. SCHANKER: Objection, form.
19    THE WITNESS: There are very few cases of
20  adriamycin and cyclophosphamide.
21  BY MR. SEARS:
22    Q.  In those reports of the Taxotere regimens
23  and PCIA, those patients also received adriamycin or
24  cyclophosphamide, right?
25    MR. SCHANKER: Objection, form.

Page 211

1    THE WITNESS: Not all of them.  The
2  Taxotere was responsible for PCIA also with
3  other regimens.
4  BY MR. SEARS:
5    Q.  The reports of Taxotere regimens causing
6  PCIA involved multi-drug chemotherapy regimens,
7  right?
8    MR. SCHANKER: Objection, form.
9    THE WITNESS: I think there are also few
10  reports of Taxotere as monotherapy.  But,
11  again, few reports.
12  BY MR. SEARS:
13    Q.  Can you give me a number of how many
14  reports there are of PCIA when Taxotere is used as a
15  monotherapy for breast cancer?
16    A.  Less than five.  Few.
17    Q.  And there's more reports of AC causing
18  PCIA than five?
19    MR. SCHANKER: Objection, form.
20    THE WITNESS: There are 39.  It's not a
21  big number.
22  BY MR. SEARS:
23    Q.  39 is much more than five, isn't it?
24    A.  Do you think 470 is more than 39?  You
25  know, there are many more than those.

Page 212

1    Q.  The reason I'm asking you about the 39 and
2  five is because, with the 400, those are
3  multi-chemotherapy drug regimens.
4  Do you understand that?
5    MR. SCHANKER: Objection, form.
6    THE WITNESS: I know, but all of those are
7  a taxane.
8  BY MR. SEARS:
9    Q.  So when we're looking at reports of
10  Taxotere as a monotherapy versus reports of AC,
11  there are more reports of AC causing PCIA than
12  Taxotere as a monotherapy, right?
13    MR. SCHANKER: Objection, form.
14    THE WITNESS: There are a few cases of
15  both and AC are, again, together.  So if you
16  separate A from C.
17  BY MR. SEARS:
18    Q.  I just want to make sure it's clear for
19  the record.
20  There are more reports of PCIA with the AC
21  regimen than with Taxotere as a monotherapy, right?
22    MR. SCHANKER: Objection, form.
23    THE WITNESS: Yes, but there are very few
24  of both.
25  BY MR. SEARS:

Page 213

1    Q.  So, really, what I'm struggling with is
2  how can you ever rule out A or C as the cause even
3  if they received Taxotere?
4    MR. SCHANKER: Objection, form.
5    THE WITNESS: I believe that Taxotere is
6  what, together maybe with A and C or with other
7  chemotherapy -- chemotherapy drug, cause the
8  problem.
9  BY MR. SEARS:
10    Q.  Do you think the patient needs to receive
11  all of the drugs before they're going to have PCIA?
12    MR. SCHANKER: Objection, form.
13    THE WITNESS: I think that Taxotere is a
14  factor together with the other drugs.  So
15  that's what caused the PCIA.
16  The other drugs were used before with
17  very, very sparse, few cases of PCIA.  Adding
18  the Taxotere caused the problem.
19  BY MR. SEARS:
20    Q.  So you think it's all the drugs working
21  together that causes the PCIA?
22    MR. SCHANKER: Objection, form.
23    THE WITNESS: That's not what I said.
24  I said that adding the Taxotere caused the
25  PCIA.  We don't know how.  We miss a piece,

54 (Pages 210 - 213)

1    which is the molecular level.
2    BY MR. SEARS:
3       Q.   So if you take the Taxotere out of the TAC
4    regimen and they just get AC, they could still get
5    PCIA, right?
6          MR. SCHANKER:  Objection, form.
7          THE WITNESS:  Very, very, very, very
8    rarely.
9    BY MR. SEARS:
10      Q.   We seem to be going around in circles, but
11   here is what I'm trying to understand.
12         If AC alone can cause PCIA, how could you
13   ever rule out AC as the cause when it's combined
14   with Taxotere?
15         MR. SCHANKER:  Objection, form.
16         THE WITNESS:  I was explaining to you.
17         A and C are very, very, very, very rare
18   cause.  As soon as you add the Taxotere, you
19   have a very, very increased prevalence of the
20   problem.
21         So Taxotere is an important piece of it.
22   BY MR. SEARS:
23      Q.   So you know that Mrs. Thibodeaux was part
24   of the NSABP B-40 clinical trial, right?
25         MR. SCHANKER:  Objection, form.

1          THE WITNESS:  I know.
2    BY MR. SEARS:
3       Q.   Have you reviewed the results of that
4    clinical trial?
5       A.   No.
6       Q.   Have you reviewed -- well, I guess you
7    haven't.
8          Do you know that the clinical trial
9    reported the results of ongoing alopecia at the end
10   of the trial?
11      A.   No, no, I didn't study the clinical trial
12   at all.
13         MR. SCHANKER:  Objection.
14         Let me stop here.  If these questions are
15   based on the records that have not been
16   disclosed that were the subject of
17   conversations with Strongman that you all
18   obtained, which I believe they are, then these
19   are deemed improper to be questioning this
20   witness about today.
21         So I'm going to ask you to stop.  And I am
22   going to instruct her not to answer these
23   questions.
24         You all haven't provided these records, as
25   you were supposed to pursuant to the court

1    order.
2          MR. SEARS:  I understand your objection.
3    BY MR. SEARS:
4       Q.   If, in that clinical trial, the only
5    results that showed ongoing alopecia include
6    patients with Tamoxifen or aromatase inhibitors,
7    would that be significant to you?
8          MR. SCHANKER:  Objection, instruct not to
9    answer based on the record that I just made.
10         MR. SEARS:  When we did the stem cell
11   deposition, we had a similar issue come up with
12   Mr. Miceli, and I know that Judge North had a
13   problem with that.
14         MR. SCHANKER:  Sure.  Let's get -- let's
15   work through this the right way, but if that
16   includes getting Judge North on the line,
17   that's absolutely fine.
18         We have correspondence from your law firm
19   today that indicates that, from Mr. Strongman,
20   that you won't be asking questions about this
21   very topic because you all failed to disclose
22   the records as you were supposed to, and you'd
23   be blindsiding the witness.
24         MR. SEARS:  I have not been on these
25   e-mails or seen it.

1          MR. SCHANKER:  If you insist on asking
2    these questions, I understand.  Let's work
3    through this issue.
4          MR. SEARS:  Maybe I can ask it in a
5    hypothetical and get around any problems.
6          MR. SCHANKER:  We're going to still
7    instruct her not to answer because you're
8    getting to the same point, which is improper.
9    BY MR. SEARS:
10      Q.   If there's a study that showed that the
11   only reports of ongoing alopecia were with patients
12   who received an aromatase inhibitor or Tamoxifen --
13      A.   Can you ask the question -- oh.
14      Q.   -- would that be significant in assessing
15   which drug was the cause of alopecia in the patient?
16         MR. SCHANKER:  Objection, form.
17         THE WITNESS:  I think I explained that
18   before.
19         So to establish that aromatase inhibitor
20   or Tamoxifen were the cause of alopecia, you
21   have to have a patient starting with hair and
22   developing alopecia afterwards.
23         So you cannot start with patients with
24   permanent alopecia.
25   BY MR. SEARS:

55 (Pages 214 - 217)

Page 218

1    Q.  Would you agree that a woman could have
2  scarring alopecia and androgenetic alopecia at the
3  same time?
4    A.  Just for a traction alopecia.  So a woman
5  can have traction alopecia and androgenetic alopecia
6  at the same time, yes.
7    Q.  You don't think a woman can have other
8  forms of scarring alopecia and androgenetic alopecia
9  at the same time?
10    MR. SCHANKER:  Objection, form.
11    THE WITNESS:  Yes, she can have a frontal
12    fibrosing alopecia and androgenetic alopecia at
13    the same time.
14    Then, really, you may have the discoid
15    lupus and androgenetic alopecia at the same
16    time.
17  BY MR. SEARS:
18    Q.  Can you tell me any literature that exists
19  anywhere that says a woman cannot have CCCA and
20  androgenetic alopecia at the same time?
21    A.  It's a paper of Dr. Sperling doing the
22  pathology to show the difference between
23  androgenetic alopecia and CCCA in men, because he
24  also believes it's a differential and he did a
25  study.

Page 219

1    Q.  Can a woman have scarring alopecia and
2  underlying androgenetic alopecia?
3    A.  Yes, but depends of which scarring
4  alopecia, not CCCA, because CCCA and androgenetic
5  alopecia are a differential diagnosis.
6    Q.  I understand there are two different
7  conditions.
8    A.  Two different conditions that affect the
9  same area.  So if you take a biopsy and there's
10  scarring, it's CCCA.  If you take a biopsy and it's
11  not scarring, it's androgenetic alopecia.
12    Q.  Can't you see findings of scarring
13  alopecia and androgenetic alopecia on the same
14  biopsy?
15    MR. SCHANKER:  Objection, form.
16    THE WITNESS:  Not really, but I'm not a
17    pathologist, but not really.
18  BY MR. SEARS:
19    Q.  So you'd defer to a pathologist on that?
20    A.  But I have my clinical experience, and I
21  never see scarring alopecia and androgenetic
22  alopecia in the same area.
23    Q.  How about in different areas?
24    A.  Yes, I said frontal fibrosing, traction.
25    Q.  You can have CCCA and AGA in different

Page 220

1  areas on the scalp?
2    MR. SCHANKER:  Objection, form.
3    THE WITNESS:  Maybe, yes.
4  BY MR. SEARS:
5    Q.  We talked earlier about how Taxol and
6  Taxotere are used outside of the breast cancer
7  setting to treat other cancers.
8    Do you remember that?
9    A.  Yes, but this is not my field of
10  expertise.
11    Q.  I think you said that you have not seen
12  any report of Taxotere being associated with PCIA
13  outside of the breast cancer setting.
14    MR. SCHANKER:  Objection, form.
15    THE WITNESS:  I didn't say that.
16  BY MR. SEARS:
17    Q.  Let me ask you.  Have you seen any report
18  of Taxotere being associated with PCIA outside of
19  the breast cancer setting?
20    A.  I don't know, but probably there is.
21    Q.  Have you looked into that?
22    MR. SCHANKER:  Objection, form.
23    THE WITNESS:  No, I didn't look at that.
24  BY MR. SEARS:
25    Q.  I'll just tell you, for HER2 negative

Page 221

1  breast cancer --
2    A.  Sorry.  For?
3    Q.  HER2 negative breast cancer.
4    A.  Okay.
5    Q.  The chemotherapy drugs that a patient
6  receives to treat that breast cancer are different
7  than the chemotherapy drugs that are included in a
8  lung cancer setting.  And so by that, I mean, in
9  breast cancer, they're going to get adriamycin or
10  cyclophosphamide, but in a lung cancer setting,
11  they're not going to get adriamycin or
12  cyclophosphamide, okay?
13    A.  I don't know.
14    Q.  I am just asking you to assume that for
15  me.
16    So you talked about how there's these
17  reports of Taxotere regimens in a breast cancer
18  setting with PCIA, right?
19    A.  What's the question?
20    Q.  You've talked about how there's reports of
21  PCIA with Taxotere regimens used in a breast cancer
22  setting, right?
23    A.  Yes, it's not a question.
24    Q.  Right.
25    A.  It's a statement.

56 (Pages 218 - 221)

1    Q.  So in a lung cancer setting, if there are
2    no reports of Taxotere regimens and PCIA yet the
3    drugs given in the lung cancer setting are
4    different, wouldn't that make you think that it's
5    the other drugs that are causing the PCIA?
6         MR. SCHANKER:  Objection, form.
7         THE WITNESS:  I have to see the data to
8         answer these questions.
9    BY MR. SEARS:
10   Q.   Well, let's assume the data is there are
11   no case reports of Taxotere causing -- or
12   Taxotere-containing regimen in a lung cancer setting
13   causing PCIA.
14        MR. SCHANKER:  Objection, form.
15        THE WITNESS:  I don't know that. I don't
16        know that.
17        Even the study of quality of life, it's
18        not fully, you know, disclosed which condition
19        they were used.
20   BY MR. SEARS
21   Q.  I'll ask you as a hypothetical.
22        Let's assume there's no reports of
23   Taxotere regimens and PCIA and lung cancer, and
24   you've talked about the reports of Taxotere regimens
25   and PCIA in a breast cancer setting.

1         If there's no reports in the lung cancer
2    setting yet Taxotere is being used, wouldn't that
3    make you think it's the other drugs in the regimen
4    causing the PCIA?
5         MR. SCHANKER:  Objection, form.
6         THE WITNESS:  It's just speculation.  I
7         cannot answer the question.
8    BY MR. SEARS:
9    Q.   Wouldn't it be speculation then, in a
10   breast cancer setting, to say which drug was causing
11   the PCIA?
12        MR. SCHANKER:  Objection, form.
13        THE WITNESS:  If there was not a lot of
14        evidence, yes. But here, there is a lot of
15        evidence, and many people agreeing on that.
16   BY MR. SEARS:
17   Q.   Do you know how many people have received
18   Taxotere-containing regimens in a lung cancer
19   setting?
20   A.   How can you think I know?  No, I don't.
21   Q.   Do you know whether Taxotere is used as a
22   monotherapy in lung cancer?
23   A.   I'm not an oncologist.
24   Q.   I want you to assume that there are
25   monotherapy regimens with only Taxotere that's used

1    in lung cancer.
2         MR. SCHANKER:  Objection, form.
3    BY MR. SEARS:
4    Q.   I want you to assume that for me.
5    A.   It's true or it's not?
6    Q.   It is true.
7    A.   Okay.
8    Q.   So Taxotere is used as a monotherapy in
9    lung cancer, yet there are no reports of PCIA in a
10   lung cancer setting.
11        Wouldn't that cause you to think that it's
12   the other drugs given in the breast cancer setting
13   that are causing the PCIA?
14        MR. SCHANKER:  Objection, form.
15        THE WITNESS:  As I said, I believe that
16        Taxotere, together with other drugs, cause the
17        problem.  So you may have other drugs and then
18        you add Taxotere and the problem develops.
19        I don't know the molecular mechanism of
20        that, but there is a paper that just -- was
21        just published to try to explain why busulfan
22        caused the problem when added to
23        cyclophosphamide.
24   BY MR. SEARS:
25   Q.   So do you think you need the other drugs

1    given in the Taxotere regimen for breast cancer to
2    cause the PCIA?
3         MR. SCHANKER:  Objection, form.
4         THE WITNESS:  You may need any other drug,
5         okay, but the Taxotere is the causative
6         problem.
7    BY MR. SEARS:
8    Q.   So in a lung cancer setting, I want you to
9    assume that Taxotere is given at a dose of
10   75 milligrams per meters squared for anywhere from
11   four to six cycles.
12        We know that Ms. Thibodeaux received
13   75 milligrams per meter squared for four cycles,
14   right?
15   A.   Yes.
16   Q.   So if there's no reports in a lung cancer
17   setting of PCIA when Taxotere is given at
18   75 milligrams per meter squared for four to six
19   cycles, would that cause you to think that that
20   dosing of Taxotere is incapable of causing PCIA?
21        MR. SCHANKER:  Objection, form.
22        THE WITNESS:  First, I don't know if there
23        are no reports because, you know, many study,
24        they put different concepts together and you
25        don't really know.

57 (Pages 222 - 225)

1      And second, I really think Taxotere
2    probably won't cause.  It's adding Taxotere to
3    other regimens that cause the PCIA.
4  BY MR. SEARS:
5      Q.  So if I understand what you're saying,
6  it's your opinion that Taxotere alone would be
7  insufficient to cause PCIA?
8         MR. SCHANKER:  Objection, form.
9         THE WITNESS:  I don't like the word
10   "insufficient."
11      I believe that Taxotere is the factor that
12    cause PCIA in patients on other chemotherapy
13    agents, on combination chemotherapy, let's say.
14  BY MR. SEARS:
15      Q.  And if Taxotere was given alone, it would
16  not cause PCIA, right?
17         MR. SCHANKER:  Objection, form.
18         THE WITNESS:  Very rarely.  There are few
19    reports but rarely.
20  BY MR. SEARS:
21      Q.  Hence, the addition of the other drugs to
22  Taxotere that results, in your opinion, in a much
23  higher prevalence of PCIA?
24         MR. SCHANKER:  Objection, form.
25         THE WITNESS:  Yes.

1  BY MR. SEARS:
2      Q.  Do you know if Taxotere is used for head
3  and neck cancers?
4      A.  I don't know.  If you ask me, probably
5  yes.
6      Q.  Do you know if it's used to treat prostate
7  cancer?
8      A.  Again, I don't know.  I'm not an
9  oncologist.
10      Q.  Do you know if it's used to treat gastric
11  cancer?
12      A.  I don't know.
13      Q.  Have you seen any reports of Taxotere -- a
14  Taxotere-containing regimen causing PCIA in either
15  lung cancer, prostate cancer, gastric cancer or a
16  head and neck cancer setting?
17      A.  You know, as I said, in our own paper on
18  quality of life, there are patients with other type
19  of cancer, you know, and maybe they had Taxotere or
20  Taxol.  I don't know from the data.
21      Q.  Really, what I'm looking for is anything
22  that you can definitively point to and say, yes.
23      Can you definitively point to anything
24  that you've seen that says that Taxotere, when used
25  to treat lung, prostate, gastric or head and neck

1  cancer, has resulted in PCIA?
2         MR. SCHANKER:  Objection, form.
3         THE WITNESS:  I didn't see any specific
4    report of Taxotere causing PCIA in other type
5    of cancer, but I didn't look for it.
6  BY MR. SEARS:
7      Q.  So do you think that PCIA is a medical
8  condition?
9         MR. SCHANKER:  Objection, form.
10         THE WITNESS:  Yes.
11  BY MR. SEARS:
12      Q.  Do you think that PCIA is diagnosable?
13      A.  Absolutely, yes.
14      Q.  Do you think it can look similar
15  clinically to other forms of alopecia?
16      A.  Absolutely, yes.  You need to examine when
17  the patient do the trichoscopy, and sometimes the
18  biopsy to confirm the diagnosis.
19      Q.  So for a patient to receive a diagnosis of
20  PCIA, do you think that they need to go to a
21  qualified dermatologist and be assessed before they
22  can be diagnosed with that condition?
23         MR. SCHANKER:  Objection, form.
24         THE WITNESS:  You know, clinical history,
25    of course, is important.  So if you are an

1  oncologist and you have a patient doing
2    chemotherapy and developing -- that don't
3    regrowing the hair after then, after
4    chemotherapy, you may guess that's PCIA.
5  BY MR. SEARS:
6      Q.  Really, what I'm asking is, do you think
7  that a patient needs to be assessed by a qualified
8  medical doctor before they can have a diagnosis of
9  PCIA?
10         MR. SCHANKER:  Objection, form.
11         THE WITNESS:  I think a doctor should make
12    the diagnosis.
13         MR. SCHANKER:  Is this a good time for a
14    break?  We've been going for about an hour.
15         MR. SEARS:  Sure.
16         MR. SCHANKER:  Okay.
17         THE VIDEOGRAPHER:  We're off the record.
18    The time is 3:07 p.m.
19      (Short recess taken.)
20         THE VIDEOGRAPHER:  We're back on the
21    record.  The time is 3:21 p.m.
22  BY MR. SEARS:
23      Q.  Are you ready to keep going?
24      A.  Yes, absolutely.
25      Q.  So let's talk a little bit about causes of

Page 230

1 hair loss.
2      Would you agree that autoimmune conditions
3 can cause hair loss?
4      A.  Yes, I do agree.
5      Q.  Do you agree that thyroid disease can
6 cause hair loss?
7      A.  They can cause telogen effluvium.
8      Q.  Do you agree that there's forms of thyroid
9 disease that are autoimmune?
10     A.  Absolutely, yes.
11     Q.  Can those autoimmune forms of thyroid
12 disease cause hair loss?
13     A.  They can cause telogen effluvium.
14     Q.  Have you seen literature that says that
15 having a history of hypothyroidism can cause
16 permanent alopecia?
17     A.  Absolutely not.
18     Q.  Have you ever looked at that?
19     A.  No.  I've looked at that, yes, of course.
20     Q.  To the extent there's literature out there
21 that has concluded that hypothyroidism can cause
22 permanent alopecia, would you agree with that?
23          MR. SCHANKER:  Objection, form.
24          THE WITNESS:  Show me that paper.
25 BY MR. SEARS:

Page 231

1      Q.  There's actually a few of them but would
2 you agree with that?
3          MR. SCHANKER:  Objection, form.
4          THE WITNESS:  Permanent alopecia, no.
5      Maybe it's alopecia areata.  You know,
6      autoimmune thyroid disease are associated with
7      alopecia areata.  And sometimes alopecia areata
8      is longstanding but is different, is not
9      permanent.  It's a completely different
10     disease.
11 BY MR. SEARS:
12     Q.  So when you're talking about thyroid
13 disease, it can cause telogen effluvium, but it can
14 also call alopecia areata?
15          MR. SCHANKER:  Objection, form.
16          THE WITNESS:  No.  They don't cause
17     alopecia areata, but they are common, more
18     common in patients with alopecia areata because
19     alopecia areata is an autoimmune disease and
20     autoimmune disease often go together.
21 BY MR. SEARS:
22     Q.  So if I understand, there's a greater
23 frequency of alopecia areata in people who have
24 autoimmune diseases?
25     A.  Certain autoimmune disease.  Not all

Page 232

1 autoimmune disease.
2      The autoimmune disease that are commonly
3 associated with alopecia areata include thyroid
4 autoimmune disease, celiac disease, vitiligo.
5      Q.  So earlier we talked about Synthroid, and
6 I think you said you looked up, I can't remember the
7 name of the book, but some book about medication
8 side effects, and you looked up Synthroid.
9      Do you recall that?
10          MR. SCHANKER:  Objection, form.
11          THE WITNESS:  Yes.  That's the Litt's.
12     Manual of -- it's L-I-T-T, the name of the
13     book.  And excessive thyroid supplementation,
14     so when you take too much Synthroid, you can
15     get telogen effluvium.
16 BY MR. SEARS:
17     Q.  So if you take too much Synthroid, you can
18 get alopecia?
19     A.  Not alopecia.  Telogen effluvium.
20     Q.  Do you know what radioactive iodine
21 therapy is?
22     A.  Yes, it's therapy that you use for
23 hyperthyroidism.
24     Q.  Do you know if that therapy can cause
25 alopecia?

Page 233

1      A.  Hyperthyroidism can cause alopecia, more
2 than the therapy, so it's --
3      Q.  Do you know if Ms. Thibodeaux had
4 radioactive iodine therapy?
5      A.  I know she had hyperthyroidism.
6      Q.  Can liver disease cause alopecia?
7      A.  No.
8      Q.  What is nonalcoholic steatohepatitis?
9      A.  It's a type of fat liver.  It's fat liver
10 that is not due to alcohol, which is the most common
11 cause.  So it's not due to drinking alcohol.
12     Q.  Do you know if Ms. Thibodeaux has that?
13     A.  She does.
14     Q.  Can that disease result in fibrosis?
15     A.  She has very mild fibrosis, you know, and
16 she had a biopsy.  So she had just a 2 grade
17 fibrosis, which is very mild.
18     Q.  Did you review the medical records that
19 showed that she underwent a FibroScan that showed
20 fibrosis?
21     A.  I review the medical record.  She had a
22 liver biopsy.  The liver biopsy is the diagnostic
23 tool, okay?
24     Q.  And the liver biopsy showed that she had
25 fibrosis?

59 (Pages 230 - 233)

1    A.  Showed that she has very mild fibrosis.
2  So she had steatohepatitis with grade 2 fibrosis and
3  this is something that is reversible just with diet,
4  and --
5    Q.  In Ms. Thibodeaux's deposition, did you
6  see that she had a history of using hair relaxers?
7    A.  It's also in my visit.  In the past, she
8  used a relaxer.
9    Q.  She had a history of using a hot comb?
10    A.  Probably, yes, when she was young.
11    Q.  And she used rollers?
12    A.  I think she may use rollers.
13    Q.  She used dryers?
14    A.  Everybody use dryers.
15    Q.  Including Ms. Thibodeaux?
16    A.  Yes.
17    Q.  Did she use dyes?
18    A.  I don't know, but dye don't cause hair
19  loss.
20    Q.  Did you see in her deposition where she
21  said that she had a history of using dyes?
22    A.  I don't remember, but she probably did.
23    Q.  She used a curling iron?
24    A.  I think she may have used it.
25    Q.  Do you agree that Ms. Thibodeaux has risk

1  factors for alopecia?
2        MR. SCHANKER:  Objection, form.
3        THE WITNESS:  That's a very difficult
4    question, meaning those things that we were
5    talking about, like hairstyle, may be risk
6    factors for traction alopecia, and she has
7    traction alopecia.
8        There are not -- they are not risk factor
9    to central centrifugal cicatricial alopecia,
10    according to the recent literature.
11  BY MR. SEARS:
12    Q.  I think we talked a little bit about this
13  last time, but you can get traction alopecia
14  anywhere on your scalp where there's traction,
15  right?
16        MR. SCHANKER:  Objection, form.
17        THE WITNESS:  You usually get traction
18    alopecia in the marginal scalp, okay, because
19    that's where you pull when you braid, when you
20    do a ponytail.
21        Then, of course, if you use extensions,
22    okay, then you can get traction alopecia in
23    other parts of the scalp.
24  BY MR. SEARS:
25    Q.  So, essentially, traction alopecia is

1  caused by repeated pulling on the hair, right?
2    A.  Yes.
3    Q.  So anywhere on your scalp where you've got
4  repeated pulling of the hair, you can get traction
5  alopecia?
6    A.  It's not just the pulling.  It should be
7  something heavy, okay?  So, for instance, if -- in
8  African America, when they put those extensions,
9  long extensions, that's when they get the traction
10  alopecia outside the marginal scalp.
11    Q.  So I know, in the first set of these
12  cases, Dr. Thompson did cytokeratin 15 and Ki-67
13  staining on the pathology.
14        Do you remember that?
15    A.  Yes, I do.
16    Q.  Why was that not done for this case?
17        MR. SCHANKER:  Objection, form.
18        THE WITNESS:  Because it's not a
19    diagnostic test, I guess, but this is a
20    question I think you asked him and he answered
21    that.
22  BY MR. SEARS:
23    Q.  Did you have any discussions with
24  Dr. Thompson about whether cytokeratin 15 or Ki-67
25  staining should be done for Ms. Thibodeaux?

1    A.  No, no.  We just talk about the
2  orientation of the specimen.  That's my only
3  discussion with him.
4    Q.  Do you know what elastin staining is?
5    A.  Yes, I know.
6    Q.  Do you think it's a useful stain?
7        MR. SCHANKER:  Objection, form.
8        THE WITNESS:  I'm not a pathologist.  I
9    don't know.  I know he believes it's not.
10  BY MR. SEARS:
11    Q.  In any of your literature, have you
12  included elastin staining?
13        MR. SCHANKER:  Objection, form.
14        THE WITNESS:  What's the question exactly?
15  BY MR. SEARS:
16    Q.  In the literature that you've published,
17  have you included pathology that was stained with
18  elastin?
19    A.  We stain with Weigert, that's something
20  that may be similar, to look for Arao bodies within
21  the streamers.
22    Q.  Do you think elastin staining is useful in
23  assessing whether the alopecia a person has is a
24  scarring alopecia?
25        MR. SCHANKER:  Objection, form.

Page 238

1    THE WITNESS: You know, it can be an
2    additional tool. It's not a diagnostic tool
3    again.
4    BY MR. SEARS:
5    Q. So we talked about this during your last
6    deposition a little bit, but the location of the
7    punch biopsy is driven, in part, by the presumed
8    diagnosis, right?
9    A. Absolutely, yes.
10   Q. And so if your presumed diagnosis is
11   scarring alopecia, where do you want to take the
12   biopsy from?
13       MR. SCHANKER: Objection, form.
14       THE WITNESS: Depends on which scarring
15   alopecia, because scarring alopecia is a group
16   of different alopecia. But for CCCA, is that
17   the question?
18   BY MR. SEARS:
19   Q. We can start with CCCA.
20       For CCCA, where would you want to take the
21   biopsy?
22   A. I want to take the biopsy at the margin
23   inside the patch but at the margin of the patch.
24   And since I like the dermatoscopy-guided biopsy, you
25   can either choose an area that has the white gray

Page 239

1    halo, a dermatoscopy, but she had no signs of that.
2    But I choose an area with a broken hair
3    because there are some paper, Dr. Miteva paper,
4    showing that that's the best area to make the
5    diagnosis in case you don't have the white gray
6    halos.
7    Q. Is the reason that you want to take the
8    biopsy from the margin in CCCA because you want an
9    area of active disease?
10   A. Yes, that's the reason.
11   Q. What if the scarring alopecia presumed
12   diagnosis is lichen planopilaris, where would you
13   take the biopsy then?
14   A. You know, the dermatoscopy-guided biopsy
15   should be taken on a peripilar cast. So hair
16   surrounded by peripilar cast.
17   Q. And, again, what you're trying to do is
18   get the biopsy taken from an area of active disease?
19   A. Yes. But, you know, that's important if
20   you want to make a diagnosis of which disease is
21   causing scarring alopecia. But to see if it's
22   scarring or non-scarring, you can take it in the
23   center of the patch and the pathology tells you
24   that.
25   Q. So if I understand, if you are assessing

Page 240

1    whether it's scarring or non-scarring, you can take
2    the biopsy from a place where the scarring disease
3    has already run its course?
4        MR. SCHANKER: Objection, form.
5        THE WITNESS: You basically can take it on
6    anyplace.
7    BY MR. SEARS:
8    Q. As long as the scarring disease has been
9    there or is currently there, right?
10   A. A scarring disease cannot go away, okay?
11   You have to take it in an area with alopecia, of
12   course, not normal scalp.
13   Q. You probably articulated it better than I
14   did, but when you want to take the biopsy to assess
15   if it's scarring, you need to take it from a place
16   where there is alopecia?
17   A. Yes.
18   Q. When you were taking Ms. Thibodeaux's
19   biopsy, what was your presumed diagnosis that guided
20   where you took the biopsy from?
21       MR. SCHANKER: Objection, form.
22       THE WITNESS: My diagnosis was PCIA. I
23   took two biopsies. One from the area, the
24   crown, because that's the area affected by
25   CCCA. So if you want to rule out CCCA, you

Page 241

1    have to take from that area. And one from the
2    frontal scalp which was the area that was more
3    affected and you rule out androgenetic
4    alopecia.
5    BY MR. SEARS:
6    Q. If your differential was CCCA instead of
7    PCIA, would that have impacted the location where
8    you chose to take biopsies from?
9        MR. SCHANKER: Objection, form.
10       THE WITNESS: No, I choose the biopsy site
11   I would have taken in a patient with CCCA.
12   BY MR. SEARS:
13   Q. What if your presumed diagnosis was
14   androgenetic alopecia, would that have impacted
15   where you took the biopsies from?
16       MR. SCHANKER: Objection, form.
17       THE WITNESS: No, because one of the
18   biopsies was taken from the frontal scalp,
19   which is the area affected by androgenetic
20   alopecia.
21   BY MR. SEARS:
22   Q. At trial, are you going to offer any
23   opinions about what pathological findings are seen
24   for scarring alopecias?
25       MR. SCHANKER: Objection, form.

61 (Pages 238 - 241)

1     THE WITNESS:  No.
2     MR. SEARS:  I'll save you some time.
3  BY MR. SEARS:
4     Q.   Are you going to offer any opinion about
5  what pathological findings were seen with
6  androgenetic alopecia?
7     MR. SCHANKER:  Objection, form.
8     THE WITNESS:  You know, I know the
9     pathology of androgenetic alopecia, but I'm not
10    a pathologist.
11  BY MR. SEARS:
12    Q.   Because you're not a pathologist, I assume
13  you're not going to offer any opinions at trial
14  about the pathological findings associated with any
15  type of alopecia?
16    MR. SCHANKER:  Objection, form.
17    THE WITNESS:  I know the pathology, what
18    has been described in the different types of
19    alopecia, so I can offer my opinion.  I think I
20    can.
21  BY MR. SEARS:
22    Q.   All right.  We'll talk about it.
23    So for scarring alopecia, one finding that
24  you would see is fibrosis, right?
25    MR. SCHANKER:  Objection, form.

1     THE WITNESS:  You see that the hair
2     follicles are replaced by fibrous tissue.  So
3     that fibrous fibrosis first surround the
4     follicle and then, in the long term, scarring
5     alopecia replace the follicles.
6  BY MR. SEARS:
7     Q.   With scarring alopecia, you can see naked
8  follicles, right?
9     A.   Yes, you can see naked follicles, but you
10  can see naked follicles in the black scalp even in
11  normal scalp.
12    Q.   With CCCA, in particular, you can see
13  premature desquamation of the inner root sheath,
14  right?
15    A.   I believe in that.  I know Dr. Thompson
16  does not, but I believe, yes.
17    Q.   And I read in your report that you think
18  that premature desquamation of the inner root sheath
19  is kind of the key pathological diagnostic factor
20  for CCCA, right?
21    MR. SCHANKER:  Objection, form.
22    THE WITNESS:  I don't know if it's a key,
23    but it's very common, commonly found, and
24    Dr. Sperling work a lot on that, but I know
25    that you can find in other types of alopecia.

1  It's not exclusive.
2  BY MR. SEARS:
3     Q.   And also with scarring alopecias, you can
4  see eccentric epithelial atrophy, can't you?
5     A.   I disagree with this, because I think this
6  is a feature of the normal black scalp.  The hair
7  follicle of black are not regular.  So the hair is
8  on the side.
9     I publish a paper with Dr. Miteva on the
10  pathology of the black scalp.
11    Q.   CCCA and androgenetic alopecia can look
12  similar at clinical examination, right?
13    A.   I think it's a very differential
14  diagnosis, I agree, early CCCA.
15    Q.   I reviewed one paper that you were on
16  called "Ethnic Hair Disorder," where you cited that
17  28 percent of African-American women had CCCA.
18    Do you remember that?
19    A.   I remember.  This was a review paper, but
20  after that, there are data showing that it was too
21  high, that percentage.  You know, I believe that all
22  the new paper say around 5, 6 percent.  But it's
23  common.
24    Q.   Do you agree that lichen planopilaris can
25  cause eyebrow hair loss?

1     A.   From fibrosing alopecia, which is a
2  variety of lichen planopilaris, can cause loss of
3  the eyebrows, not lichen planopilaris itself.
4     Q.   That's true for eyelashes as well, right?
5     A.   Uncommon but true.  But from frontal
6  fibrosing alopecia.
7     Q.   Would you agree that pinpoint white dots
8  make distinguishing scarring from non-scarring
9  alopecia more difficult in the non-pigmented scalp
10  because of the loss of follicular openings is not
11  immediately evident?
12    MR. SCHANKER:  Objection, form.
13    THE WITNESS:  It's wrong.  I explain you
14    how it's right.
15    So the black scalp has pinpoint white
16    dots.  In scarring alopecia, they are
17    irregularly organized, okay.  So the irregular
18    distribution of the pinpoint white dots is a
19    clue for diagnosing scarring alopecia in the
20    black scalp.
21  BY MR. SEARS:
22    Q.   You've written before that using chemical
23  relaxers can cause irreparable damage to the hair
24  shaft, right?
25    A.   Yes, to the hair shaft.  So damage to the

62 (Pages 242 - 245)

1  hair shaft means hair breakage.
2      Q.  You have written before that the majority
3  of females will have androgenetic alopecia at some
4  point in their lives, right?
5      A.  For Caucasians, definitely, yes.  But I
6  believe if this is androgenetic alopecia, it's
7  uncommon in African-American.
8      Q.  You've written before that the diagnosis
9  of androgenetic alopecia is difficult in women of
10  African decent, possibly due to its overlap with
11  CCCA, right?
12      A.  I don't believe in this.  Maybe I've
13  written that many years ago, but now I think they're
14  absolutely two different diagnosis that may look
15  similar at clinical examination.  So it's a
16  differential.
17      Q.  So androgenetic alopecia and CCCA can look
18  similar at clinical examination?
19      A.  Yes, correct.
20      Q.  Can androgenetic alopecia be caused by
21  hormone imbalances?
22      A.  Yes, but in women, it's not so common.  So
23  you don't need to have hormonal imbalance to have
24  androgenetic alopecia.
25      Q.  Can androgenetic alopecia be caused by

1  becoming post menopausal?
2      MR. SCHANKER:  Objection, form.
3      THE WITNESS:  No.  It's one time of the
4    life where you see more androgenetic alopecia,
5    I agree.
6  BY MR. SEARS:
7      Q.  You've written before that androgenetic
8  alopecia is worsened by drugs with androgenetic
9  effects, right?
10      A.  Yes.
11      Q.  And an example of a drug with androgenetic
12  effects is Tamoxifen, right?
13      A.  Yes.  I think Tamoxifen can cause an
14  alopecia that is similar to androgenetic alopecia.
15  We don't know exactly.
16      It's difficult to say it's the same.
17      Q.  You've written before that androgenetic
18  alopecia is one of the most common side effects of
19  Tamoxifen, right?
20      A.  No, I don't think so.
21      Q.  Do you remember an article that you wrote
22  called "Hair Loss in Women"?
23      A.  Yeah.  You need to get -- I need to get
24  the article.
25      Q.  So I'll just read the sentence and tell me

1  if you agree or disagree.
2      In that article, it's written,
3  "Androgenetic alopecia is one of the most common
4  side effects of treatment with the non-steroidal
5  aromatase inhibitors Letrozole and Borosol."
6      Do you agree with that?
7      MR. SCHANKER:  Objection, form.
8      THE WITNESS:  I have to see the articles,
9    but I don't think it's a wrong sentence.
10  BY MR. SEARS:
11      Q.  In fact, in your report, you wrote that,
12  "Endocrine therapy can cause alopecia with a pattern
13  similar to female pattern hair loss," right?
14      A.  Yes.
15      Q.  Things like iron deficiency and vitamin
16  deficiencies can aggravate and accelerate
17  androgenetic alopecia, can't they?
18      MR. SCHANKER:  Objection, form.
19      THE WITNESS:  This cause telogen
20    effluvium, which is a different problem.  And
21    telogen effluvium can aggravate androgenetic
22    alopecia or unmask androgenetic alopecia.
23  BY MR. SEARS:
24      Q.  So you've written before that the
25  causative role of a drug is often difficult to

1  prove, haven't you?
2      A.  Depends from situations.
3      Q.  Do you agree, though, that determining the
4  causative role of a drug in hair loss can be
5  difficult to prove?
6      A.  Not always.  There are situations where it
7  is very easy to prove.  For instance, a patient
8  starts an anticoagulant, develop telogen effluvium.
9  It's very easy to prove.
10      There are other cases that are difficult.
11      Q.  Do you remember an article you were on
12  called "Drug Reactions Affecting Hair"?
13      A.  Yes.
14      Q.  Do you recall writing in that article that
15  "The causative role of a drug is often difficult to
16  prove"?
17      MR. SCHANKER:  Objection, form.
18      THE WITNESS:  It's often, not always.  So
19    depends on the drug, on the situation.
20  BY MR. SEARS:
21      Q.  So why would a chemotherapy drug cause
22  persistent hair miniaturization?
23      MR. SCHANKER:  Objection, form.
24      THE WITNESS:  In permanent alopecia after
25    chemotherapy, you don't only have

63 (Pages 246 - 249)

Page 250

1    miniaturization, you also have loss of
2    follicles.
3        We don't know the molecular mechanism. I
4    still believe it's a stem cell problem, but the
5    stem cells may be the epithelial stem cells,
6    the dermal papilla stem cells or the
7    communications between these cells. We don't
8    know.
9  BY MR. SEARS:
10       Q. Would communication or damage to those
11   stem cells result in hair miniaturization?
12       MR. SCHANKER: Objection, form.
13       THE WITNESS: Yes.
14  BY MR. SEARS:
15       Q. Can endocrine therapies cause hair
16   miniaturization?
17       MR. SCHANKER: Objection, form.
18       THE WITNESS: Can endocrine therapy cause
19   permanent miniaturization? What's the
20   question?
21  BY MR. SEARS:
22       Q. Yes.
23       A. Miniaturization, by definition, is not
24   permanent, but, you know, I don't think we have
25   studies on that.

Page 251

1        Q. Let me ask you this.
2            Can endocrine therapies cause hair
3    miniaturization?
4            MR. SCHANKER: Objection, form.
5            THE WITNESS: Yes.
6  BY MR. SEARS:
7        Q. Do you know which chemotherapy drugs Ms.
8    Thibodeaux received?
9        A. Which drugs she received? Yes, I know.
10   She received Taxotere. She received
11   cyclophosphamide. She received doxorubicin. And
12   she received the other one, Gem --
13       Q. Gemzar?
14       A. Yes.
15       Q. Did she receive any other drugs?
16       A. Then she received the Avastin. It's not
17   really a chemotherapy. Something different, like
18   biologic, I would call it.
19       Q. Would you agree that even after a woman
20   receives chemotherapy, there's reasons beyond the
21   chemotherapy why a woman's hair may not regrow?
22       MR. SCHANKER: Objection, form.
23       THE WITNESS: I don't understand your
24   question. Sorry.
25  BY MR. SEARS:

Page 252

1        Q. So a woman receives chemotherapy. The
2    hair does not regrow.
3            Are there reasons beyond the chemotherapy
4    why the hair would not regrow?
5            MR. SCHANKER: Objection, form.
6            THE WITNESS: I don't think that if the
7    hair doesn't regrow, it's the chemotherapy.
8  BY MR. SEARS:
9        Q. Do you think that aromatase inhibitors and
10   Tamoxifen could prevent hair from regrowing after
11   chemotherapy?
12           MR. SCHANKER: Objection, form.
13           THE WITNESS: That has never been proven.
14   I don't think so.
15  BY MR. SEARS:
16       Q. Has it been disproven?
17       A. I think so, because the diagnosis of
18   alopecia from endocrine therapy is a diagnosis that
19   is a chronological history, okay? So these patients
20   have had -- started endocrine therapy, and they lose
21   the hair.
22           That's why, for instance, in the quality
23   of life paper, they were selected that way.
24   Otherwise, you don't know.
25       Q. In that quality of life paper, they were

Page 253

1    selected because the hair had regrown before they
2    started endocrine therapy, right?
3        A. They want -- to be included, you need to
4    have hair regrow.
5        Q. You would not have included women whose
6    hair had not regrown after chemotherapy in that
7    study when assessing if -- let me start the question
8    over again.
9            So, in your study, you wanted the hair to
10   regrow before they started endocrine therapy, right?
11       A. To define them to have alopecia for
12   endocrine therapy, yes, because this is the criteria
13   to make that diagnosis. You have to have somebody
14   who has hair, start the endocrine therapy, and
15   develops the alopecia.
16       Q. And if the woman took chemo, the hair had
17   not regrown and started endocrine therapy, you would
18   not have included that woman in your study to assess
19   whether the hair loss was caused by endocrine
20   therapy, right?
21       A. You cannot make the diagnosis of alopecia
22   due to endocrine therapy if you don't have hair when
23   you start the endocrine therapy.
24       Q. I know you did trichoscopy on
25   Mrs. Thibodeaux, right?

64 (Pages 250 - 253)

Page 254

1    A.   Yes.
2    Q.   And you found reduced hair density, right?
3    A.   Yes.
4    Q.   And you found more than 20 percent
5  variability, right?
6    A.   Yes.
7    Q.   You can also see that with androgenetic
8  alopecia, can't you?
9         MR. SCHANKER:  Objection, form.
10        THE WITNESS:  Yes.
11  BY MR. SEARS:
12    Q.   And for trichoscopy for scarring
13  alopecias, you can see decreased hair density, can't
14  you?
15    A.   It's different.  You see the regular
16  pinpoint white dots we spoke about.  So, no, it's
17  different.
18    Q.   Do you see a decreased hair density for
19  scarring alopecias when conducting trichoscopy?
20        MR. SCHANKER:  Objection, form.
21        THE WITNESS:  You see other features that
22    are the one that make you think of scarring
23    alopecia.
24  BY MR. SEARS:
25    Q.   So you see features in addition to

Page 255

1  decreased hair density with scarring alopecia?
2         MR. SCHANKER:  Objection, form.
3         THE WITNESS:  In scarring alopecia, you
4    have areas without hair, which is different
5    from decreased hair density.  And you have, in
6    the black scalp, irregular distributed pinpoint
7    white dots, and the white scalp is different.
8  BY MR. SEARS:
9    Q.   So in an African-American scalp, if you
10  were to see irregularly distributed pinpoint white
11  dots, that would be an indication that a scarring
12  alopecia process is present?
13        MR. SCHANKER:  Objection, form.
14        THE WITNESS:  The regular distributed
15    pinpoint white dots and white patches.
16  BY MR. SEARS:
17    Q.   Can you see hair loss on parts of the body
18  besides the scalp with alopecia areata?
19        MR. SCHANKER:  Objection, form.
20        THE WITNESS:  Absolutely, yes.  You can
21    lose all the hair in alopecia areata.
22        MR. SEARS:  Sounds like someone on the
23    phone is not mute.  Can you please check to see
24    if you're on mute?  Thank you.
25  BY MR. SEARS:

Page 256

1    Q.   So you've written that, "Trichoscopy
2  finding that is consistent with CCCA includes
3  reduced hair density," haven't you?
4    A.   The trichoscopy findings of CCCA are
5  irregular distributed pinpoint white dots, white
6  patches, and the white -- gray white halos in, let's
7  say, more than 90 percent of cases.  Those are the
8  trichoscopy findings.
9    Q.   With CCCA, you can still see vellus and
10  terminal hairs on trichoscopy, right?
11    A.   Yes, you do.
12    Q.   You can see hair shaft variability on
13  trichoscopy with CCCA, can't you?
14    A.   Yes, you do.  In addition to the other
15  things.
16    Q.   So after chemotherapy, can hair grow back
17  but with a different texture, color or thickness?
18    A.   Yes, this is very common.
19    Q.   Is that considered PCIA?
20        MR. SCHANKER:  Objection, form.
21        THE WITNESS:  No, no, it's not.
22  BY MR. SEARS:
23    Q.   How do you distinguish between hair
24  growing back with a different texture or thickness
25  versus PCIA?

Page 257

1         MR. SCHANKER:  Objection, form.
2         THE WITNESS:  They don't have alopecia.
3    They just have maybe the hair become curly or
4    becomes straight.  Maybe some hair are thinner
5    than other, but they have a full head of hair.
6  BY MR. SEARS:
7    Q.   Could a person have grade 1 alopecia and
8  not have PCIA just due to thinning after
9  chemotherapy?
10        MR. SCHANKER:  Objection, form.
11        THE WITNESS:  Ask the question again.
12    It's not clear.
13  BY MR. SEARS:
14    Q.   So I understand you're making a
15  distinction between PCIA and hair thinning after
16  chemotherapy.
17    Can a patient have hair thinning after
18  chemotherapy that you don't consider as PCIA that
19  would still qualify as grade 1 alopecia?
20        MR. SCHANKER:  Objection, form.
21        THE WITNESS:  No.  I believe if you have
22    grade 1 alopecia, you see the scalp through the
23    hair.  And so the patient needs some camouflage
24    in grade 1.
25  BY MR. SEARS:

65 (Pages 254 - 257)

Page 258

1    Q.   You don't think that you can have grade 1
2  alopecia as just the normal result of chemotherapy?
3         MR. SCHANKER:  Objection, form.
4         THE WITNESS:  No.
5  BY MR. SEARS:
6    Q.   Do you agree that losing body hair is a
7  normal part of aging?
8         MR. SCHANKER:  Objection, form.
9         THE WITNESS:  I agree.
10  BY MR. SEARS:
11    Q.   Do you agree that autoimmune conditions
12  can cause hair loss on the body besides on the
13  scalp?
14        MR. SCHANKER:  Objection, form.
15        THE WITNESS:  Okay.  For instance, frontal
16    fibrosing alopecia, which is an autoimmune
17    condition, can cause loss of the hair on the
18    arms and on the legs.  That's an example, yeah.
19    But not all autoimmune disorders.
20  BY MR. SEARS:
21    Q.   How about thyroid conditions, can thyroid
22  conditions cause hair loss on the body besides on
23  the scalp?
24    A.   Very uncommonly.  You have to have an
25  ongoing thyroid condition.

Page 259

1    Q.   Can nutritional deficiencies cause hair
2  loss on parts of the body besides the scalp?
3    A.   No.
4    Q.   Tamoxifen can cause grade 2 alopecia,
5  right?
6         MR. SCHANKER:  Objection, form.
7         THE WITNESS:  I think it can cause, yes.
8  BY MR. SEARS:
9    Q.   When, after completing chemotherapy, did
10  Ms. Thibodeaux start taking Tamoxifen?
11    A.   Seven months after completion of
12  chemotherapy.
13    Q.   Do you know if that seven months was after
14  the Taxotere or after all of the chemotherapy drugs
15  she received?
16    A.   After all the chemotherapy.
17    Q.   In your first report, in the first set of
18  cases, there's a line in there that said,
19  "African-American hair grows slower than Caucasian
20  hair."
21        Do you agree with that?
22    A.   I think there is literature showing that.
23    Q.   Do you think that African-American women
24  could still have hair loss caused by chemotherapy
25  and not have PCIA seven months after completing the

Page 260

1  chemotherapy regimen?
2    A.   I don't think we have data about that, but
3  I doubt.
4    Q.   Did you see, in Ms. Thibodeaux's medical
5  records, that it was said her alopecia was resolved
6  before she started Tamoxifen?
7         MR. SCHANKER:  Objection, form.
8         THE WITNESS:  What the medical records say
9    is that the alopecia was resolving, but the
10    hair was too short for her to go outside
11    without a wig.
12        (Thereupon, the referred-to document was
13  marked by the court reporter for Identification as
14  Defendants' Exhibit 16.)
15  BY MR. SEARS:
16    Q.   I'm going to mark, as Exhibit 16, one of
17  Ms. Thibodeaux's medical records from January 14,
18  2009.
19        Do you see, at the end of the first
20  paragraph, it says, "Hair continues to grow back.
21  Alopecia resolved.  However, it remains too short
22  and patient doesn't feel comfortable not wearing a
23  wig."
24        Do you see that?
25    A.   That's what I said.

Page 261

1    Q.   According to this, it says the alopecia is
2  resolved, right?
3    A.   You know, but it remains too short and
4  patient doesn't feel comfortable not wearing a wig.
5    Q.   So when hair is growing back from
6  chemotherapy, it can be short, can't it?
7    A.   I think what is happening and what she
8  says, it's the hair that she had at that time is
9  that she has now.  But I believe there is another
10  medical record because before starting Tamoxifen --
11  so this medical record is January 14th.  You should
12  have a medical record of February, I'm sure about
13  that, saying this again.  So let me check my
14  exhibit -- is the exhibit in here?
15        Okay.  On 2/4/2009, hair was reported to
16  continue to grow back.  However, it was note to
17  remain short.
18        So one month after this, the situation was
19  still the same.
20    Q.   It's actually 20 days later, wasn't it?
21    A.   You know, almost one month.
22    Q.   It said the hair continued to grow back in
23  what you just read me, right?
24    A.   Yes.
25    Q.   But it continued to remain short, right?

66 (Pages 258 - 261)

Page 262

1    A.  The same problem.
2    Q.  Over a three-week period, how much would
3  hair regrow in an African-American female?
4         MR. SCHANKER:  Objection, form.
5         THE WITNESS:  Probably half a centimeter.
6  BY MR. SEARS:
7    Q.  How many millimeters is that?
8    A.  I don't -- I go with centimeter.  1
9  centimeter is 100 -- 1 centimeter is 100 millimeter,
10  10 millimeter?  I don't know.  I'm not going to do
11  that.  I told you I'm not mathematical.  I go with
12  centimeter.
13    Q.  So between this January 14th record and
14  that February 4th record that you mentioned, her
15  hair may have regrown a half centimeter?
16         MR. SCHANKER:  Objection, form.
17         THE WITNESS:  Yes, but I'm saying that you
18    didn't show the last record.  That's the only
19    thing I'm saying.
20  BY MR. SEARS:
21    Q.  The record that you just referred to, that
22  February 4th record, said that her hair continued to
23  regrow and it remained short, right?
24         MR. SCHANKER:  Objection, form.
25         THE WITNESS:  They copy exactly because

Page 263

1    they copy and paste.
2  BY MR. SEARS:
3    Q.  All I'm asking is, the record that you
4  just referred to, that February 4th record, said
5  that her hair continued to regrow but remained
6  short, right?
7         MR. SCHANKER:  Objection, form.
8         THE WITNESS:  But remained so short that
9    the patient require to wear a wig, okay, which
10    is a criteria of grade 2 alopecia.
11  BY MR. SEARS:
12    Q.  It could also be an indication that her
13  hair was only a half centimeter long, too, right?
14         MR. SCHANKER:  Objection, form.
15         THE WITNESS:  You don't wear a wig if you
16    have a good density.  You wear a wig if you
17    have to -- a wig is very uncomfortable -- if
18    you don't want people to look at your scalp
19    without hair.  That's my opinion.
20  BY MR. SEARS:
21    Q.  So we've talked about two of the records.
22  We've looked at one of them.  And what her medical
23  records say is, one, that her alopecia is resolved,
24  right?
25         MR. SCHANKER:  Objection, form.

Page 264

1         THE WITNESS:  The medical record documents
2    that she has to wear a wig.
3  BY MR. SEARS:
4    Q.  It also documents that her hair -- her
5  alopecia has resolved, right?
6         MR. SCHANKER:  Objection, form.
7         THE WITNESS:  It says, as a result, it's
8    growing, but it's not resolved, because if
9    alopecia is resolved, you don't wear a wig.
10  BY MR. SEARS:
11    Q.  I understand you're here testifying ten
12  years after this record and saying what you're
13  saying.
14       All I'm saying is this record, taken at
15  the time when this nurse saw Ms. Thibodeaux said,
16  quote, "Alopecia resolved," right?
17         MR. SCHANKER:  Objection, form.
18         THE WITNESS:  But the nurse also wrote she
19    has to wear a wig.  She wouldn't have written
20    that if the alopecia had resolved and the
21    patient had normal hair.
22  BY MR. SEARS:
23    Q.  You don't think a patient could have
24  normal hair density that's regrowing but just short
25  and still want to wear a wig?

Page 265

1         MR. SCHANKER:  Objection, form.
2         THE WITNESS:  Absolutely not.  You know,
3    after chemotherapy, when the patient can get
4    rid of the wig, they do that immediately.
5  BY MR. SEARS:
6    Q.  So just so it's clear, the record that you
7  referred to, the February 4th record, said that her
8  hair continued to regrow, right?
9    A.  The same sentence as this record and she
10  has to wear a wig.
11    Q.  I feel like I'm asking a pretty simple
12  question.
13       All I'm asking is, the February 4th record
14  said that her hair continued to regrow, right?
15         MR. SCHANKER:  Objection, form, asked and
16    answered multiple times.
17         THE WITNESS:  You have to read the whole
18    sentence because otherwise it doesn't make the
19    truth.  So the truth, the hair was growing
20    back, but she had to wear a wig because she
21    felt uncomfortable.
22  BY MR. SEARS:
23    Q.  So she's wearing a wig and the medical
24  records also say that her alopecia has resolved and
25  her hair continues to grow, right?

67 (Pages 262 - 265)

Page 266

1          MR. SCHANKER:  Objection, form.
2          THE WITNESS:  The medical records says
3      that she feels uncomfortable and has to wear a
4      wig.  So wearing a wig is not a choice.  She
5      has to wear a wig because the hair is too short
6      and she feels uncomfortable.
7   BY MR. SEARS:
8      Q.  I'm trying to ask you a question to take
9   into account what you're telling me.
10         The record says she's wearing a wig and
11  the records also say the alopecia is resolved and
12  the hair continues to regrow, right?
13         MR. SCHANKER:  Objection, form.
14         THE WITNESS:  I think this medical record
15     says hair continues to grow back, and then in
16     bracket, alopecia resolved, that is probably
17     resolving eventually, but the hair remains too
18     short and patient doesn't feel comfortable not
19     wearing a wig.
20         So why on earth she document something
21     like that?  It's documented.
22  BY MR. SEARS:
23     Q.  And this is a nurse for Ms. Thibodeaux's
24  clinical trial, right?
25     A.  That, I don't know.

Page 267

1      Q.  Do you think a nurse in a clinical trial
2   would be doing her best to accurately document the
3   status of Ms. Thibodeaux's hair?
4          MR. SCHANKER:  Objection, form.
5          THE WITNESS:  I don't know.
6   BY MR. SEARS:
7      Q.  Can you think of any reason why a nurse
8   would not be providing the most accurate assessment
9   that the nurse can make regarding Ms. Thibodeaux's
10  hair?
11     A.  I didn't say that.  I didn't.  I said that
12  I don't know.  I think she did good documentation.
13  In fact, she documented.
14     Q.  That's what I'm asking.  The nurse
15  documented accurately the status of Ms. Thibodeaux's
16  hair at the time that she saw her?
17         MR. SCHANKER:  Objection, form.
18         THE WITNESS:  I think you are trying to
19     show something that is not true, okay?
20         So what is documented here is that the
21     hair was growing back because, of course, she
22     was not completely bald but was not grown
23     enough for her to go out without a wig.  That's
24     what I read here, okay.
25  BY MR. SEARS:

Page 268

1      Q.  Do you think that someone else could look
2   at this medical record and have a different
3   interpretation than you do?
4          MR. SCHANKER:  Objection, form.
5          THE WITNESS:  I don't know.
6   BY MR. SEARS:
7      Q.  Do you think that Ms. Thibodeaux's
8   Tamoxifen use could play a role in her alopecia?
9          MR. SCHANKER:  Objection, form.
10         THE WITNESS:  She started Tamoxifen when
11     she was already without hair, and then she
12     stopped Tamoxifen and she, as far as I know,
13     did not improve.
14  BY MR. SEARS:
15     Q.  What I'm asking is, do you think that Ms.
16  Thibodeaux's Tamoxifen use could play a role in her
17  alopecia?
18     A.  I don't think so.
19     Q.  Even though 25 percent of women who take
20  Tamoxifen have hair loss?
21         MR. SCHANKER:  Objection, form.
22         THE WITNESS:  Yes, because that's
23     endocrine alopecia.  Those woman start with
24     hair and then develop the problem.
25  BY MR. SEARS:

Page 269

1      Q.  That 25 percent number does not come with
2   that qualification that you put on it, does it?
3          MR. SCHANKER:  Objection, form.
4          THE WITNESS:  I'm sorry?
5   BY MR. SEARS:
6      Q.  You put a qualification on the 25 percent
7   number saying that they regrow hair and then start
8   Tamoxifen.
9          What I'm saying is that 25 percent number
10  does not have that limitation on it.
11         So it's the 25 percent of women who take
12  Tamoxifen have alopecia, right?
13         MR. SCHANKER:  Objection, form.
14         THE WITNESS:  To make the diagnosis, those
15     women have to have hair before starting
16     Tamoxifen.  So I agree, 25 percent of women who
17     have complete regrow and starts the Tamoxifen
18     may develop alopecia, which is a different
19     situation from here, because she never regrow
20     the hair completely.
21  BY MR. SEARS:
22     Q.  You don't think someone could look at the
23  medical records that we just talked about and think
24  her hair regrew, she started Tamoxifen, and then had
25  hair loss?

68 (Pages 266 - 269)

Page 270

1    MR. SCHANKER: Objection, form.
2    THE WITNESS: If someone was not really
3    expert in hair disorders, yes, who has no
4    experience with this problem, maybe.
5    BY MR. SEARS:
6    Q. So Ms. Thibodeaux did not have any sort of
7    clinical examination before her chemotherapy to
8    assess her hair density, right?
9    MR. SCHANKER: Objection, form.
10   THE WITNESS: I think so.
11   BY MR. SEARS:
12   Q. And you saw her 11 years after she
13   completed chemotherapy, right?
14   A. Yes. Maybe -- yes, 11.
15   Q. Over that 11-year period, she could have
16   had progression of various forms of alopecia,
17   couldn't she?
18   MR. SCHANKER: Objection, form.
19   THE WITNESS: But I trust the patient.
20   She said that she was -- she had that problem
21   since the end of chemotherapy.
22   BY MR. SEARS:
23   Q. 11 years is long enough for androgenetic
24   alopecia to continue to develop, isn't it?
25   MR. SCHANKER: Objection, form.

Page 271

1    THE WITNESS: But she had not androgenetic
2    alopecia from the pictures I saw before
3    chemotherapy.
4    BY MR. SEARS:
5    Q. All I'm asking you is that 11 years is
6    long enough for androgenetic alopecia to develop,
7    right?
8    MR. SCHANKER: Objection, form.
9    THE WITNESS: Again, androgenetic alopecia
10   develops from somebody who has hair. You don't
11   see androgenetic alopecia developing in someone
12   who is already bald.
13   BY MR. SEARS:
14   Q. I've only got seven hours, and at this
15   point, I'm going to file a motion unless you can
16   start answering my questions.
17   I'm asking you if 11 years is a long
18   enough period of time for androgenetic alopecia to
19   develop?
20   MR. SCHANKER: I'm going to object, and
21   it's going to be time for a break now, but that
22   was absolutely improper, and we move that that
23   get stricken from the record.
24   MR. SEARS: You can move whatever you want
25   to.

Page 272

1    MR. SCHANKER: Let's keep it professional,
2    Counselor.
3    MR. SEARS: I'm trying my best.
4    BY MR. SEARS:
5    Q. I'm asking a very simple question.
6    MR. SCHANKER: It's time for a break.
7    BY MR. SEARS
8    Q. Is 11 years a long enough period of
9    time --
10   MR. SCHANKER: You're clearly losing your
11   cool. Let's take a break. You're not going to
12   treat the witness that way.
13   BY MR. SEARS:
14   Q. Let me finish my question.
15   Would you agree that 11 years is a long
16   enough period of time for androgenetic alopecia to
17   develop?
18   MR. SCHANKER: Objection, asked and
19   answered.
20   Go ahead and answer. Do you have a
21   different response?
22   THE WITNESS: I can answer or I cannot
23   answer?
24   MR. SCHANKER: Sure. Go ahead and answer.
25   And then we'll take a break.

Page 273

1    THE WITNESS: Yes. In a normal person,
2    yes, 11 years is -- you can develop
3    androgenetic alopecia, sure.
4    MR. SCHANKER: Okay. Take a break.
5    THE VIDEOGRAPHER: We're off the record.
6    The time is 4:13 p.m.
7    (Short recess taken.)
8    THE VIDEOGRAPHER: We're back on the
9    record. The time is 4:21 p.m.
10   BY MR. SEARS:
11   Q. Ready to keep going?
12   A. Yes.
13   Q. Before the break, we were talking about 11
14   years, and an 11-year period is long enough for a
15   scarring alopecia to develop as well, isn't it?
16   MR. SCHANKER: Objection, form.
17   THE WITNESS: Yes.
18   BY MR. SEARS:
19   Q. How old is Ms. Thibodeaux?
20   A. Probably now, I think, around 75,
21   something like that. I don't remember exactly.
22   Q. As people get older, there's a greater
23   prevalence of alopecia, isn't there?
24   MR. SCHANKER: Objection, form.
25   THE WITNESS: Not an alopecia like her

69 (Pages 270 - 273)

Page 274

1 alopecia.
2 BY MR. SEARS:
3 Q. For alopecia, generally, as people get
4 older, there's greater rates of alopecia, isn't
5 there?
6 A. Just for androgenetic alopecia.
7 Q. Ms. Thibodeaux is postmenopausal, isn't
8 she?
9 A. She is.
10 Q. I know, in the record that you have from
11 your visit with her, you noted that her brother has
12 thin hair.
13 Do you recall that?
14 MR. SCHANKER: Objection, form.
15 THE WITNESS: It think he's Hamilton 3,
16 androgenetic alopecia, which is a mild form of
17 androgenetic alopecia.
18 BY MR. SEARS:
19 Q. Do you know if her mother has alopecia?
20 MR. SCHANKER: Objection, form.
21 THE WITNESS: I don't know. She didn't
22 tell me.
23 BY MR. SEARS:
24 Q. Do you think that obesity is a risk factor
25 for alopecia?

Page 275

1 MR. SCHANKER: Objection, form.
2 THE WITNESS: What?
3 BY MR. SEARS:
4 Q. Do you think obesity is a risk factor for
5 alopecia?
6 A. No.
7 Q. Have you seen literature that says that
8 obesity can cause a rise in the level of androgen
9 which could result in alopecia?
10 MR. SCHANKER: Objection, form.
11 THE WITNESS: It's the opposite.
12 Androgenetic alopecia is a risk factor for
13 metabolic syndrome, okay? So all the papers
14 are patients with androgenetic alopecia have
15 increased risk of metabolic syndrome that
16 include obesity, diabetes, hypertension,
17 because androgens have a negative effect on the
18 arteries.
19 BY MR. SEARS:
20 Q. Do you know if Ms. Thibodeaux meets the
21 criteria for metabolic syndrome?
22 A. I don't think so.
23 Q. Ms. Thibodeaux takes Synthroid, right?
24 A. Yes.
25 Q. Do you know when she started taking it?

Page 276

1 A. She start taking before the breast cancer.
2 Q. Have you seen in Ms. Thibodeaux's medical
3 records that she's vitamin D deficient?
4 A. Yes, she is, but she's taking vitamin D
5 since a long time.
6 Q. Have you seen in Ms. Thibodeaux's medical
7 records that she's iron deficient?
8 A. No. Now, her ferritin is high. In the
9 last medical record, she had very high ferritin.
10 Q. Have you seen in her medical records, at
11 points in time, Ms. Thibodeaux was iron deficient?
12 A. She may have been, but iron deficiency
13 cause telogen effluvium.
14 Q. So Ms. Thibodeaux has more hair on the
15 back of her scalp and the sides than the front and
16 crown of her scalp, right?
17 A. Yes.
18 Q. And that is consistent with more of a
19 pattern hair loss, isn't it?
20 A. No. I think she has a diffuse alopecia
21 with more prominent involvement of androgenetic
22 dependent areas, as has been described in PCIA.
23 Q. She has greater hair loss in
24 androgen-dependent areas, right?
25 A. Androgen-dependent areas are more

Page 277

1 affected, yes.
2 Q. When you look at pattern hair loss, the
3 hair loss occurs on androgen-dependent areas, right?
4 MR. SCHANKER: Objection, form.
5 THE WITNESS: Yes.
6 BY MR. SEARS:
7 Q. Did you see, in Ms. Thibodeaux's
8 deposition, that she testified that she cuts her
9 hair to keep it short?
10 A. Yes, but I saw that even when I took my
11 clinical examination.
12 Q. Have you seen literature that says that
13 women with a history of fibroids are more likely to
14 have CCCA?
15 A. It's the opposite. CCCA, there is an
16 association between CCCA and fibroids, and the
17 reason of this is that all African-American people
18 have these genes that predispose to fibrosis,
19 probably because it was a kind of selection to
20 prevent helminthiasis, to prevent worm infections,
21 and so in CCCA, there is an increased frequency of
22 fibroids and pulmonary fibrosis.
23 Q. So if I understand, you're saying that
24 women who have CCCA are more likely to have
25 fibroids?

70 (Pages 274 - 277)

Page 278

1    A.  Yes, but fibroids are very common.
2  50 percent of women over 50 have fibroids.
3    Q.  Have you seen literature that says that
4  women with CCCA are five times more likely to have
5  fibroids?
6    A.  Yes, that's what I told you.
7    Q.  We know that Ms. Thibodeaux has uterine
8  fibroids, right?
9    A.  Yes, she has calcified uterine fibroids.
10   Q.  She also has hepatic fibrosis, right?
11   A.  Not really, you know, because she has --
12  we discussed that.  Fat liver with very minimal
13  fibrosis.
14   Q.  Right.  So she had a liver biopsy and the
15  liver biopsy showed minimal fibrosis, right?
16   A.  Type 2.
17   Q.  Did you see in Ms. Thibodeaux's deposition
18  that she said that she's had ear-length hair since
19  1994?
20   A.  Sorry.  Tell me again.  She had what?
21   Q.  Ear-length hair since 1994.
22   A.  I didn't understand.  Sorry.  Since 1994,
23  she had what?
24   Q.  Her hair was ear length.  It was --
25   A.  Oh, short.  You know, yes.  Her pictures

Page 279

1  of 1994 show she had hair like this, you know.
2    Q.  So women who have never had chemotherapy
3  can present clinically with alopecia that looks the
4  same as Ms. Thibodeaux, right?
5    MR. SCHANKER:  Objection, form.
6    THE WITNESS:  No, because her frontal
7  involvement, the involvement of the frontal
8  scalp like she has, in women, you don't see
9  that.  They always have preservation of the
10  frontal hairline, and she lost everything
11  there.
12  BY MR. SEARS:
13   Q.  So if there's dermatologists out there
14  that say that you can have pattern hair loss where
15  women lose the front line of their hair, you
16  disagree with that?
17   MR. SCHANKER:  Objection, form.
18   THE WITNESS:  Absolutely.  All the
19  classification of hair loss, including the
20  Lee's classification, you know, in women,
21  what's very typical, here, the frontal hairline
22  is preserved.
23  BY MR. SEARS:
24   Q.  Can you lose that frontal hairline with
25  Tamoxifen?

Page 280

1    MR. SCHANKER:  Objection, form.
2    THE WITNESS:  No.  You can lose the
3  temporal but not the frontal, okay?  So here is
4  the frontal, you know, the widow peak.  You
5  don't lose this.  You lose the sides.
6  BY MR. SEARS:
7    Q.  You haven't seen medical literature that
8  have photographs of women who took Tamoxifen that
9  lost the frontal portion of their hairline?
10   A.  No.
11   (Thereupon, the referred-to document was
12  marked by the court reporter for Identification as
13  Defendants' Exhibit 17.)
14  BY MR. SEARS:
15   Q.  I'm marking Exhibit 17 as the Vishal
16  Saggar article.  It's called "Alopecia with
17  Endocrine Therapies in Patients with Cancer."
18   Have you seen this article before?
19   A.  I think yes.
20   Q.  You see figure 1?
21   A.  Yes.
22   Q.  The photograph on the right, the woman has
23  lost the front portion of her hair, correct?
24   MR. SCHANKER:  Objection, form.
25   THE WITNESS:  No, you don't see the face.

Page 281

1  To judge that, you have to see the face and the
2  patient have been lost this part.  Here, you
3  see the crown, the top of the skull.
4  BY MR. SEARS:
5    Q.  Do you think the layperson could look at
6  that photograph and have a different conclusion than
7  you?
8    MR. SCHANKER:  Objection, form.
9    THE WITNESS:  Somebody expert in hair
10  loss, no, by sure.
11  BY MR. SEARS:
12   Q.  So in Exhibit F to your report, you attach
13  trichoscopy photos, and there's various numbers on
14  the photographs.
15   What do the numbers mean?
16   A.  It means where I took the pictures.
17   Q.  So when you look at the number on the
18  trichoscopy photograph, are you able to tell where
19  on the scalp that was taken?
20   A.  Yes.
21   MR. SCHANKER:  Objection, form.
22  BY MR. SEARS:
23   Q.  I know we talked about this last time, but
24  is that something that you'd have to go back to your
25  computer at your office to determine?

71 (Pages 278 - 281)

1    A.  To have on the side, the arrows, and on
2  the other side, the picture, yes.  When you take it
3  out, they go away.
4    Q.  And based upon the photographs, it looks
5  like you did wet trichoscopy on Ms. Thibodeaux?
6    A.  I did also the dry trichoscopy with the
7  endoscope, but in the black scalp, dry trichoscopy
8  is not good because they have a lot of deposits and
9  we don't use that.  That's good for the white scalp.
10   Q.  Did you include any photographs of the dry
11 trichoscopy that you did in your Exhibit F?
12   A.  No, I did not, because that instrument is
13 different.
14   Q.  The only photographs that you included in
15 Exhibit F were from the wet trichoscopy, right?
16   A.  Yes.
17   Q.  Do you know how many months Ms. Thibodeaux
18 received chemotherapy drugs?
19   A.  I think she started in February and
20 finished February -- so let's say -- I think it's
21 written in my report if I go back to my report.
22 Otherwise, I do subtractions.
23   Q.  Maybe I can save some time.
24       Would you agree that she received
25 chemotherapy drugs for 16 months?

1    A.  16?  So she started chemotherapy in
2  February -- in February 2008, and she finish in
3  July 2008.
4    Q.  So that's 14 months?
5        MR. SCHANKER:  Objection, form.
6  BY MR. SEARS:
7    Q.  Do you agree that she received
8  chemotherapy for 14 months?
9        MR. SCHANKER:  Objection, form.
10       THE WITNESS:  No, because from
11 February 2008 to July 2008, it's not --
12 BY MR. SEARS:
13   Q.  It's 16.  I said it right the first time.
14       MR. SCHANKER:  Same year.
15       MR. SEARS:  2008 to 2009.
16       THE WITNESS:  No.
17       MR. SEARS:  Received Avastin.
18       THE WITNESS:  But that's not chemotherapy.
19 That's something different.
20 BY MR. SEARS:
21   Q.  Including Avastin, she received drugs from
22 February of 2008 to June of 2009, right?
23       MR. SCHANKER:  Objection, form.
24       THE WITNESS:  Yes, but the Avastin is not
25 a chemotherapy.  So she had chemotherapy from

1  February to July.
2  BY MR. SEARS:
3    Q.  You know that Avastin and Gemzar are
4  experimental study drugs, right?
5        MR. SCHANKER:  Objection, form.
6        THE WITNESS:  I don't know.  I know
7  Avastin is not experimental in other
8  situations.
9  BY MR. SEARS:
10   Q.  You know that Ms. Thibodeaux agreed to
11 participate in the experimental clinical trial,
12 right?
13       MR. SCHANKER:  Objection, form.
14       THE WITNESS:  I think she did because
15 otherwise could not be included.
16 BY MR. SEARS:
17   Q.  And as part of that consent, she consented
18 to not knowing which chemotherapy drug she'd be
19 given?
20   A.  I'm sure it was like this.
21   Q.  Ms. Thibodeaux's cancer free today, isn't
22 she?
23       MR. SCHANKER:  Objection to form.
24       THE WITNESS:  As far as I know.
25 BY MR. SEARS:

1    Q.  Are you aware of any study that has looked
2  at whether there's PCIA with the chemotherapy
3  regimen that Ms. Thibodeaux received?
4        MR. SCHANKER:  Objection to form.
5        THE WITNESS:  I know there are no cases
6  with Avastin, and I know there are no cases of
7  permanent with gemcitabine, but I don't know if
8  there is anything go together.
9  BY MR. SEARS:
10   Q.  Let me see if I can ask you a clearer
11 question.
12       In the case reports, are you aware of any
13 case report of PCIA that included the same regimen
14 that Ms. Thibodeaux received?
15       MR. SCHANKER:  Objection, form.
16       THE WITNESS:  Not with exactly the same
17 regimen but with some drugs of her regimen.
18 BY MR. SEARS:
19   Q.  We've looked at some of Ms. Thibodeaux's
20 medical records, but in one of her medical records,
21 it states that she admits that her hair is starting
22 to grow back.
23       Do you recall that?
24       MR. SCHANKER:  Objection to form.
25       THE WITNESS:  I do not.

72 (Pages 282 - 285)

Page 286

1     MR. SEARS:  I am marking, as Exhibit 18
2  Ms. Thibodeaux's record from December 3, 2008.
3     (Thereupon, the referred-to document was
4  marked by the court reporter for Identification as
5  Defendants' Exhibit 18.)
6  BY MR. SEARS:
7     Q.  You see the bottom paragraph there, second
8  line down, it says, "She admits her hair is starting
9  to grow back."
10     Do you see that?
11     A.  I see starting to grow back.  And this is
12  before the record we were looking at.
13     Q.  Right.  We looked at a record about a
14  month later that said that her alopecia had resolved
15  as well as saying that she continued to wear a wig,
16  right?
17     MR. SCHANKER:  Objection, form.
18     THE WITNESS:  Two months later.
19  BY MR. SEARS:
20     Q.  I know that you reviewed 4,000 pages of
21  Ms. Thibodeaux's medical records, right?
22     A.  Yes.
23     Q.  It sounds like a lot of fun, wasn't it?
24     A.  You know, it was same things many, many
25  times.

Page 287

1     Q.  So after reviewing all of those medical
2  records, do you agree that there is no reference to
3  ongoing alopecia after February 4, 2009?
4     MR. SCHANKER:  Objection, form.
5     THE WITNESS:  Yes, I agree.
6  BY MR. SEARS:
7     Q.  And she continued to see the nurse for her
8  clinical trial after that, didn't she?
9     A.  Yes.
10     Q.  Do you know how many more times she saw
11  that nurse after February 4, 2009?
12     A.  Honestly, I didn't keep track of that.
13     Q.  Would it surprise you if it was five more
14  times?
15     A.  No.  Makes sense.
16     (Thereupon, the referred-to document was
17  marked by the court reporter for Identification as
18  Defendants' Exhibit 19.)
19  BY MR. SEARS:
20     Q.  I'm handing you Exhibit 19.  It's one of
21  Ms. Thibodeaux's records from August 2, 2011.
22     Do you see, under the chief complaint
23  section, it says, "Annual clinical breast exam"?
24     A.  Yes.
25     Q.  Then under skin, about halfway down, you

Page 288

1  see that?
2     A.  Sorry.
3     Q.  Skin.  It's right here.
4     A.  Skin, yes.
5     Q.  So it says, "The patient denies any
6  redness, swelling, increased warmth of the skin,
7  denies any rash, lesions or hair loss."
8     Do you see that?
9     A.  I do.
10     Q.  You know that Ms. Thibodeaux received,
11  looks like, 33 radiation treatments?
12     A.  I know she receive radiation.  I don't
13  remember the number.
14     Q.  Radiation can cause alopecia, can't it?
15     MR. SCHANKER:  Objection, form.
16     THE WITNESS:  If you radiate the scalp but
17  not if you radiate the breast.
18  BY MR. SEARS:
19     Q.  If you're radiating the breast, it could
20  cause armpit hair loss, couldn't it?
21     A.  I don't think she had radiation in the
22  armpit, and she had loss in both.  She had radiation
23  on one side, but of course, if you radiate the
24  axilla, it can cause that.
25     Q.  Do you know if Ms. Thibodeaux was seen by

Page 289

1  any dermatologists?
2     A.  I know, but she was seen because of
3  melasma and she was seen because of, I believe,
4  dermatofibroma, something like that.  She had a
5  removal, and she had melasma.
6     Q.  I'll just tell that you Dr. Danna,
7  D-A-N-N-A, she's a dermatologist in New Orleans,
8  okay?
9     A.  Uh-huh.
10     Q.  We deposed her in this litigation, and I
11  assume you have not looked at her deposition, right?
12     A.  No.
13     Q.  Do you know that Ms. Thibodeaux saw
14  Dr. Danna three times?
15     A.  I don't remember the name.  I saw that she
16  saw a dermatologist for melasma.  I think that's
17  probably the dermatologist.
18     Q.  So you know that she saw a dermatologist
19  three times after she completed chemotherapy, right?
20     A.  I know she saw a dermatologist, yes, but
21  not for the hair.
22     Q.  Right.  You know that she saw a
23  dermatologist three times after she completed
24  chemotherapy, don't you?
25     A.  I know -- I remember two times, but

73 (Pages 286 - 289)

Page 290

1  probably she had the follow-up visit, so I believe
2  it.
3      Q.  So she saw a dermatologist once in 2010
4  for facial moles.
5          Did you see that?
6      A.  Yes.
7      Q.  She saw a dermatologist once in 2013 again
8  for facial moles.
9          Did you see that?
10     A.  Uh-huh.
11     Q.  Yes?
12     A.  Yes.
13     Q.  Sorry.  Just for the record.
14     A.  Sorry.
15     Q.  She saw a dermatologist once in 2014 for
16 hyperpigmentation.
17         Did you see that?
18     A.  Yes, that's melasma.
19     Q.  Based upon the records you reviewed, Ms.
20 Thibodeaux did not bring up alopecia in any of those
21 visits, did she?
22     A.  I agree.
23     Q.  Ms. Thibodeaux never told her
24 dermatologist that any hair issues that she had were
25 caused by chemotherapy, did she?

Page 291

1      A.  As far as I know, I agree.
2      Q.  She did not mention hair loss at all to
3  the dermatologist, did she?
4      A.  From the medical records, it looks like
5  that.
6      Q.  Do you know if she's talked to any doctor
7  about hair loss besides you?
8          MR. SCHANKER:  Objection, form.
9          THE WITNESS:  Yes, in the medical records,
10     I saw that she told that to the
11     endocrinologist, who's following her for the
12     thyroid disease.  She told me.
13 BY MR. SEARS:
14     Q.  When was that endocrinologist appointment?
15     A.  It was recently.  I don't remember.  2018,
16 probably, okay, but it was recently.
17     Q.  That was after she filed this lawsuit,
18 wasn't it?
19     A.  Yes.
20     Q.  She's never sought treatment for alopecia,
21 has she?
22     A.  As far as I know, she did not.
23     Q.  It's possible, if she was treated, she
24 could have some regrowth, couldn't she?
25         MR. SCHANKER:  Objection, form.

Page 292

1          THE WITNESS:  Very minimal, I believe, but
2      some.  If the word is "some," yeah.
3  BY MR. SEARS:
4      Q.  We talked earlier about that quality of
5  life study that you were on, and I believe there's a
6  statement in there that some percentage of the
7  patients that were treated had moderate to
8  significant hair regrowth.
9          Do you remember that?
10         MR. SCHANKER:  Objection, form.
11         THE WITNESS:  I remember, but I believe
12     when it's grade 2, you don't have it
13     significant.
14 BY MR. SEARS:
15     Q.  Really all I'm asking is if Ms. Thibodeaux
16 was treated for alopecia, she could have some
17 moderate or significant hair regrowth, couldn't she?
18     A.  She could have some mild, moderate hair
19 growth but nothing to remove the wig, okay, which
20 is, for me, the criteria that makes the difference.
21     Q.  When you saw Ms. Thibodeaux, you did not
22 order any blood work, did you?
23     A.  I did not.
24     Q.  Would blood work help you assess whether
25 her thyroid condition is autoimmune?

Page 293

1          MR. SCHANKER:  Objection, form.
2          THE WITNESS:  The thyroid disease cause
3      telogen effluvium either if they are autoimmune
4      or not.  Doesn't make any difference.
5  BY MR. SEARS:
6      Q.  If you ran blood work on Ms. Thibodeaux,
7  would you be able to tell if her thyroid condition
8  is autoimmune?
9          MR. SCHANKER:  Objection, form.
10         THE WITNESS:  Not necessarily.  And it's
11     something we don't do.  So in hair loss, you
12     use thyroid, TSH and T3 and T4 level.  You
13     don't do the other antibodies.  It's useless.
14 BY MR. SEARS:
15     Q.  Earlier -- actually, at the very beginning
16 of the deposition today, we were talking about the
17 photographs that you reviewed for Ms Thibodeaux.
18         Do you remember that?
19     A.  Uh-huh.  Yes, I do.
20     Q.  Did you review any photographs of her
21 before chemotherapy that showed the top of her head?
22     A.  Yes.
23         MR. SCHANKER:  Objection, form.
24         THE WITNESS:  I think the one from -- I
25     was saying from 2004 shows the top of the hair.

74 (Pages 290 - 293)

Page 294

1  BY MR. SEARS:
2      Q.  For that 2004 photograph, isn't it a
3  photograph where it's of her face and she's looking
4  forward?
5          MR. SCHANKER:  Objection, form.
6          THE WITNESS:  No.  The one I'm referring
7      to is a photograph of several people, and she's
8      in the back like this and you can see the top
9      of the hair.
10 BY MR. SEARS:
11     Q.  Do you think that's a high quality
12 photograph of her hair?
13         MR. SCHANKER:  Objection, form.
14         THE WITNESS:  None of those photographs
15     are high quality photographs.
16         MR. SEARS:  I don't think we've marked
17     this yet, but let's mark the requisition form
18     that was sent to Dr. Thompson.  We'll mark that
19     as Exhibit 20.
20         (Thereupon, the referred-to document was
21     marked by the court reporter for Identification as
22     Defendants' Exhibit 20.)
23 BY MR. SEARS:
24     Q.  So is this the requisition form, front and
25 back, that was sent to Dr. Thompson along with Ms.

Page 295

1  Thibodeaux's pathology?
2          MR. SCHANKER:  Objection, form.
3          THE WITNESS:  This is my requisition form,
4      and the back is what his lab wrote.  University
5      of Miami, UF, is my requisition form.  The back
6      is CTA Lab.  It's his.
7  BY MR. SEARS:
8      Q.  So on the back on your requisition form
9  from the University of Miami, one of the things
10 that's written is, "Differential diagnoses include
11 permanent alopecia after chemotherapy, androgenetic
12 alopecia and CCCA," right?
13         MR. SCHANKER:  Objection, form.
14         THE WITNESS:  No.  I wrote the history,
15     what happened, incomplete hair regrowth after
16     chemotherapy, alopecia characterized by diffuse
17     thinning, more prominent on androgen-dependent
18     scalp.
19         So describe what I saw to the pathologist
20     and then I wrote the differential diagnosis,
21     yes.
22 BY MR. SEARS:
23     Q.  The differential diagnoses that you
24 included on this requisition form were permanent
25 alopecia after chemotherapy, androgenic alopecia

Page 296

1  and CCCA, right?
2      A.  Yes.
3      Q.  I know, in the first trial, we talked a
4  little bit about the types of information that a
5  dermatologist should gather when assessing a patient
6  for hair loss.
7          Do you remember that?
8          MR. SCHANKER:  Objection, form.
9          THE WITNESS:  I think so.
10 BY MR. SEARS:
11     Q.  So when a patient comes to you with
12 complaints of hair loss, do you offer patients
13 treatment for their hair loss?
14     A.  If it's my patient, yes, because patients
15 come to see me because of treatment.  She was
16 referred to me for diagnosis for the litigation.
17 That is a different situation.
18     Q.  Do you think that Ms. Thibodeaux would
19 like to see any sort of hair regrowth?
20     A.  I think she would have a full hair on her
21 head, but I believe that she will never be able to
22 remove the wig.
23     Q.  Did you feel like you should offer Ms.
24 Thibodeaux any sort of treatment?
25         MR. SCHANKER:  Objection, form.

Page 297

1          THE WITNESS:  No, I don't think it's -- if
2      you balance the benefit and the expenses, I
3      don't think she will get anything good from the
4      treatment.
5  BY MR. SEARS:
6      Q.  Did you discuss treatment with her at all?
7          MR. SCHANKER:  Objection, form.
8          THE WITNESS:  No, I did not.  She was not
9      asking treatment to me.
10 BY MR. SEARS:
11     Q.  So when you saw Ms. Thibodeaux, she did
12 not ask you about what she could do to treat her
13 hair, did she?
14     A.  She did not.
15     Q.  Did you review the portion of
16 Ms. Thibodeaux's deposition where she talked about
17 her visit with you?
18     A.  I did.
19     Q.  When you see a patient for hair loss, do
20 you ask about risk factors for hair loss?
21     A.  When I see a patient with hair loss, I do
22 a complete history.
23     Q.  And as part of that complete history, do
24 you ask the patient about risk factors they have for
25 hair loss?

75 (Pages 294 - 297)

1     A.  I don't understand the question.  What are
2  risk factors for you?
3        I ask her about hairstyle, for instance.
4  It's in my visit.
5     Q.  Do you ask questions about other medical
6  conditions they have that might cause hair loss?
7     A.  I did.  It's here.  I did ask.
8     Q.  Do you ask questions about the medication
9  that the patient is taking?
10    A.  I did ask.
11    Q.  Are there times that you order blood work
12 for the patients?
13    A.  I order blood work only in case of telogen
14 effluvium, alopecia areata, maybe lupus.
15    Q.  You've written before that laboratory
16 tests should evaluate iron and vitamin D levels and
17 thyroid function, right?
18    A.  In case of telogen effluvium, yes.
19    Q.  When I was talking about risk factors, do
20 you ask patients about certain diseases they might
21 have that could cause hair loss?
22       MR. SCHANKER:  Objection, form.
23       THE WITNESS:  I do a complete history.  I
24       don't ask disease by disease.  I know there are
25       dermatologists that like questionnaire.  I

1       don't do a questionnaire.  I ask specifically
2       what's important.
3  BY MR. SEARS:
4     Q.  So you talked to Ms. Thibodeaux one time,
5  right?
6     A.  Yes.
7     Q.  How long was your appointment with her?
8     A.  Probably 40 minutes.
9     Q.  Did you see, in Ms. Thibodeaux's
10 deposition, that she said your entire encounter with
11 you is that Dr. Tosti said hi, and you can leave?
12       MR. SCHANKER:  Objection, form.
13       THE WITNESS:  You know, she said many
14       things that were not correct in the deposition.
15       I asked her everything.  I even know the
16       name of the hairdresser.  I couldn't get this
17       from medical records.  No, I spoke with her a
18       lot.
19 BY MR. SEARS:
20    Q.  So you disagree with that portion of Ms.
21 Thibodeaux's deposition?
22       MR. SCHANKER:  Objection, form.
23       THE WITNESS:  I think she got scared by
24       the questions, and so she start saying she
25       didn't recall.

1  BY MR. SEARS:
2     Q.  You saw that Ms. Thibodeaux testified that
3  you did not ask her about her Tamoxifen use, right?
4        MR. SCHANKER:  Objection, form.
5        THE WITNESS:  I saw that she testified
6        that she didn't talk with me, but I talk with
7        her, at least 20 minutes.
8  BY MR. SEARS:
9     Q.  Did you talk with her about her Tamoxifen
10 use?
11    A.  I talk with her about everything.
12    Q.  Did you see in her deposition where she
13 said that you two did not talk about her
14 medications?
15    A.  I saw, but she said also that I didn't ask
16 her a history.  And if you read my progress report,
17 you know, I wrote everything.  She went to the salon
18 weekly.  She had hair relaxers.  You know, I spoke
19 with her.
20       I don't know why -- she got scared.
21 That's my idea.
22    Q.  That's not anything that Ms. Thibodeaux
23 told you, right, that she got scared?
24       MR. SCHANKER:  Objection, form.
25       THE WITNESS:  No, that's what I --

1  BY MR. SEARS:
2     Q.  Ms. Thibodeaux also testified that you did
3  not ask her about her hair care practices, right?
4     A.  She testified that, but I asked because
5  it's written here.  I couldn't invent it.
6     Q.  She also testified that you did not ask
7  her about her medical history, right?
8     A.  I know, but it's not true.  I ask her
9  about everything.
10    Q.  She said you did not talk about her
11 history of liver disease, right?
12    A.  She said that, but it's not true.
13    Q.  She also said that you two did not talk
14 about what her hair looked like before she had
15 chemotherapy, right?
16    A.  Yes, but it's not true.  Everything is
17 documented here.
18    Q.  She said that you did not ask her about
19 her chemotherapy, right?
20    A.  It's not true.
21    Q.  She testified that you did not give her a
22 diagnosis during that appointment, right?
23    A.  I think that's true.  I didn't give her a
24 diagnosis.
25    Q.  She testified that you did not tell her

76 (Pages 298 - 301)

1  what caused her hair loss, right?
2      A.  I did not.
3      Q.  You did not tell her that Taxotere caused
4  her hair loss, right?
5      A.  I did not.
6      Q.  We talked about this earlier, but -- I'm
7  going to go ahead and mark this.
8          (Thereupon, the referred-to document was
9  marked by the court reporter for Identification as
10  Defendants' Exhibit 21.)
11  BY MR. SEARS:
12      Q.  I've marked, as Exhibit 21, what was
13  Exhibit F to your report.
14      A.  Okay.
15      Q.  It's not the whole thing.  It doesn't have
16  your photographs, but it's just the record from your
17  encounter with Ms. Thibodeaux.
18          Do you see that?
19      A.  Yes, that was what I was talking about two
20  minutes before.
21      Q.  So one thing I do want to make clear is,
22  in this Exhibit F, you say that Ms. Thibodeaux was
23  given docetaxel at a dose of 100 milligrams per
24  meter squared, but that's not correct, is it?
25          MR. SCHANKER:  Objection, form.

1          THE WITNESS:  I agree it's not correct,
2      but I found this in the medical records.  So
3      there is possibly a mistake in the medical
4      records.
5  BY MR. SEARS:
6      Q.  You also note that Ms. Thibodeaux has
7  medical records from March 3, 2008; March 26, 2008
8  and April 16, 2008.  They all note that her alopecia
9  was grade 1.
10          Do you recall seeing all those records?
11      A.  Yes.
12      Q.  Do you think that, currently, her hair is
13  grade 2?
14      A.  Yes, I do think.
15      Q.  Could have her Tamoxifen use be what
16  caused her hair from going from grade 1 to grade 2?
17      A.  I cannot exclude that completely.
18      Q.  When you send biopsies to pathologists and
19  you suspect that the form of alopecia is PCIA, do
20  you include the chemotherapy drugs that the patient
21  received in the requisition form?
22      A.  No.  And I don't usually take biopsies of
23  PCIA.  These patients already have so many problems.
24      Q.  Why would you not include the chemotherapy
25  drugs that the patient receives in the biopsy?

1          MR. SCHANKER:  Objection, form.
2          MR. SEARS:  Sorry.  Let me start that over
3      again.
4  BY MR. SEARS:
5      Q.  Why would you not include the chemotherapy
6  drugs that the patient receives in the requisition
7  form to the pathologist?
8          MR. SCHANKER:  Objection, form.
9          THE WITNESS:  Because this is useless
10      information for the pathologist, basically, and
11      I have limited space.
12  BY MR. SEARS:
13      Q.  Do you think it's useless information
14  because all chemotherapy drugs are capable of
15  causing PCIA?
16          MR. SCHANKER:  Objection, form.
17          THE WITNESS:  No, because what I want from
18      the pathologist is just to look at the slides
19      and let me know if it's PCIA.
20  BY MR. SEARS:
21      Q.  If you think that some chemotherapy drugs
22  are more likely to cause alopecia than other
23  chemotherapy drugs, wouldn't it be useful for the
24  pathologist to know that information?
25      A.  I don't think so, absolutely.

1      Q.  So we talked earlier about how
2  Dr. Thompson testified that he could never say, in a
3  multidrug chemotherapy regimen, which drug is
4  causing alopecia?
5          MR. SCHANKER:  Objection, form.
6          THE WITNESS:  From pathology, of course.
7      Pathology just make you the diagnosis.  It
8      doesn't give you the cause of the problem.
9  BY MR. SEARS:
10      Q.  Right.  You can't look at pathology and
11  determine which chemotherapy drug is causing the
12  alopecia, right?
13      A.  Absolutely right.
14      Q.  You can't look at a patient clinically and
15  tell what chemotherapy drug is causing the alopecia
16  either, can you?
17      A.  Without a clinical history, we discussed
18  that, no.
19      Q.  In your Exhibit F, your medical record,
20  you note that Ms. Thibodeaux has traction alopecia,
21  right?
22      A.  Yes.
23      Q.  So before, we've talked about how there
24  can be multiple forms of alopecia occurring on one
25  scalp at one time.

Page 306

1    Do you remember those discussions?
2    A.  Yes.
3    Q.  And so with a biopsy, all the biopsy shows
4  is the form of alopecia that's occurring where the
5  biopsy was taken, right?
6    A.  Yes.  That's the limit of biopsy as
7  compared with trichoscopy, because with trichoscopy,
8  you can check the whole scalp.  With biopsy, you get
9  the sample.
10   Q.  So if you took a biopsy from the crown,
11 you wouldn't necessarily know what's causing the
12 hair loss based upon the biopsy on some other part
13 of the scalp, right?
14   MR. SCHANKER:  Objection, form.
15   THE WITNESS:  That's why I took two
16   biopsies, one from the areas -- each one from
17   the areas that were most important for the
18   differential diagnosis.
19 BY MR. SEARS:
20   Q.  I think it was implied in that answer, but
21 I just want to make sure.
22   So when you take a biopsy from one
23 location, you don't know what form of alopecia might
24 be occurring from some other location on the scalp?
25   MR. SCHANKER:  Objection, form.

Page 307

1    THE WITNESS:  This is absolutely correct.
2    The biopsy give you the information of that
3    specific point.
4  BY MR. SEARS:
5    Q.  Did you review both of the pathology
6  reports that Dr. Thompson created?
7    A.  Yes, I did.
8    Q.  Do you know why he created two pathology
9  reports for the same biopsies?
10   A.  I know because he kept some unstained
11 slides, and so he wanted to stain those slides as
12 well to see if there was any difference, and there
13 was not.
14   Q.  I know you reviewed his deposition where
15 he said that, but have you had any independent
16 conversations with Dr. Thompson about why he did two
17 pathology reports?
18   MR. SCHANKER:  Objection, form.
19   THE WITNESS:  No, because the only time I
20   spoke with him was when I sent the biopsies.
21 BY MR. SEARS:
22   Q.  So both of Ms. Thibodeaux's biopsies were
23 taken from locations where a woman could have
24 androgenetic alopecia, right?
25   A.  Yes.

Page 308

1    Q.  And both of the biopsies taken from
2  Ms. Thibodeaux are from locations where a woman can
3  have scarring alopecia as well?
4    A.  Yes.
5    MR. SEARS:  Let's go off the record.  I
6  think I'm getting close to being finished.
7    THE VIDEOGRAPHER:  We're off the record.
8  The time is 5:03 p.m.
9    (Short recess taken.)
10   THE VIDEOGRAPHER:  We're back on the
11 record.  The time is 5:25 p.m.
12 BY MR. SEARS:
13   Q.  I think we're getting close.  Are you
14 ready to keep going?
15   A.  Yes.
16   Q.  I don't want to make promises, but I'm
17 guessing I've got about 15 minutes left.
18   A.  Very good.
19   Q.  So we've talked a few times today about
20 how Ms. Thibodeaux wears a wig, right?
21   A.  Yes.
22   Q.  Do you know how she affixes that wig to
23 her scalp?
24   A.  I don't know.  I think I saw that when she
25 came.  So she does what most African-Americans do.

Page 309

1  She has like a silk cap, and then she puts the wig
2  on that.  It's not fixed.
3    Q.  Do you know if she's ever used any sort of
4  adhesive to attach her wig to her scalp?
5    A.  I don't know, but it's very unlikely for
6  African-American.  They have a different type of
7  wigs.
8    Q.  Can wig use cause traction alopecia?
9    A.  Yes, it can, if it's attached with the
10 pins or stuff like that.
11   Q.  So if Ms. Thibodeaux is attaching her wig
12 with pins or some sort of adhesive, that could
13 result in traction alopecia?
14   A.  Yeah, but that's usually in the marginal
15 scalp because they touch here.  They don't touch on
16 the top of the scalp.
17   Q.  What about for the frontal hairline, can
18 wig use cause hair loss there, too?
19   A.  If she has a pin in the frontal hairline,
20 it possibly may, but traction is different
21 clinically.
22   Q.  So what does the term "substantial
23 contributing factor" mean?
24   MR. SCHANKER:  Objection, form.
25   THE WITNESS:  What I believe it means is

78 (Pages 306 - 309)

Page 310

1    that without that factor, the problem doesn't
2    happen.  Something necessary for a problem to
3    happen.
4    BY MR. SEARS:
5        Q.  Have you ever used that term outside of
6    litigation?
7            MR. SCHANKER:  Objection, form.
8            THE WITNESS:  No.  I would say a necessary
9        factor in my language.
10   BY MR. SEARS:
11       Q.  Where did you find the term "substantial
12   contributing factor"?
13           MR. SCHANKER:  Objection, form.
14           THE WITNESS:  To be honest, I don't
15       remember.
16   BY MR. SEARS:
17       Q.  Do you know if the term "substantial
18   contributing factor" is a legal term?
19           MR. SCHANKER:  Objection, form.
20           THE WITNESS:  I don't think so, because
21       substantially can be a normal word.
22   BY MR. SEARS:
23       Q.  So if Ms. Thibodeaux received a
24   chemotherapy regimen that did not include Taxotere
25   but still included adriamycin and cyclophosphamide,

Page 311

1    she could still have developed PCIA, right?
2            MR. SCHANKER:  Objection, form.
3            THE WITNESS:  Very unlikely.  There are
4        only few cases reported.
5    BY MR. SEARS:
6        Q.  It's possible, isn't it?
7            MR. SCHANKER:  Objection, form.
8            THE WITNESS:  Possible but very unlikely.
9    BY MR. SEARS:
10       Q.  You've mentioned a few times today that a
11   clinical history is important in assessing the cause
12   of hair loss?
13       A.  Yes, clinical history is very, very
14   important.
15       Q.  And you referred to a clinical history in
16   assessing PCIA as well, haven't you?
17       A.  In assessing any hair disorders,
18   generally.
19       Q.  So what do you need to know in a clinical
20   history for you to reach any sort of conclusion
21   about whether a specific drug in the chemotherapy
22   regimen is causing PCIA?
23           MR. SCHANKER:  Objection, form.
24           THE WITNESS:  The clinical history, it's
25       not just about drugs.  It's about when the

Page 312

1        problem happened, how it develop, any
2        concomitant factor that may be relevant.  So
3        drugs are only a part of the clinical history.
4    BY MR. SEARS:
5        Q.  So when you're assessing a patient and one
6    of your differential diagnoses is PCIA, what would
7    you need in the clinical history for you to assess
8    if any specific drug was what was causing the PCIA?
9        A.  First, I need to have a history of
10   incomplete hair regrow after chemotherapy.
11           And then I ask for which drugs were used.
12   And then the specific drug may be possible to
13   determine or maybe not, but in case of Taxotere, I
14   think that's the specific drug because there are
15   reports, there are data.
16       Q.  So if a woman comes to you and tells you,
17   I took chemotherapy, my hair did not regrow and I
18   took a Taxotere-containing regimen, would you
19   automatically conclude the Taxotere was the cause of
20   the ongoing hair loss?
21       A.  Honestly, yes.
22       Q.  So for Ms. Thibodeaux, beyond knowing that
23   she received Taxotere, is there anything in her
24   history that allows you to conclude that Taxotere
25   was the cause of her PCIA as opposed to the other

Page 313

1    chemotherapy drugs that she received?
2            MR. SCHANKER:  Objection, form.
3            THE WITNESS:  Not in the history.  History
4        of incomplete hair regrowth after chemotherapy
5        regimen that included Taxotere, for me, is a
6        very good indication that Taxotere was causing
7        the problem, was the main factor for the
8        problem.
9    BY MR. SEARS:
10       Q.  So, in other words, besides the fact that
11   she received Taxotere, there's nothing in her
12   clinical history that would cause you to conclude
13   that Taxotere was the cause as opposed to adriamycin
14   or cyclophosphamide?
15           MR. SCHANKER:  Objection, form.
16           THE WITNESS:  Yes.
17   BY MR. SEARS:
18       Q.  Is it your opinion that Ms. Thibodeaux's
19   alopecia is 100 percent caused by Taxotere?
20           MR. SCHANKER:  Objection, form.
21           THE WITNESS:  I cannot give percentage,
22       you know.  I don't know.
23   BY MR. SEARS:
24       Q.  Do you think that the adriamycin and
25   cyclophosphamide played a role in her PCIA?

79 (Pages 310 - 313)

Page 314

1      MR. SCHANKER:  Objection, form.
2      THE WITNESS:  Possibly some role.
3  BY MR. SEARS:
4      Q.   What percentage role do you think the
5  adriamycin caused?
6      MR. SCHANKER:  Objection, form.
7      THE WITNESS:  I don't know.  I cannot
8  guess a number on that.
9  BY MR. SEARS:
10     Q.   What percentage role do you think the
11 cyclophosphamide caused?
12     MR. SCHANKER:  Objection, form.
13     THE WITNESS:  Again, I don't know.
14 BY MR. SEARS:
15     Q.   What percentage role do you think the
16 Gemzar played?
17     A.   I don't know.
18     Q.   What percentage role do you think the
19 Avastin played?
20     MR. SCHANKER:  Objection, form.
21     THE WITNESS:  Zero.
22 BY MR. SEARS:
23     Q.   Do you think if Ms. Thibodeaux received
24 Taxotere as a monotherapy, she would have gone on to
25 develop PCIA?

Page 315

1      MR. SCHANKER:  Objection, form.
2      THE WITNESS:  Again, it's unlikely, you
3  know.
4      MR. SEARS:  Let's go off the record.  I
5  think I might be finished.  I just want to make
6  sure I didn't mess anything up too bad.
7      THE VIDEOGRAPHER:  We're off the record.
8  The time is 5:34 p.m.
9      (Short recess taken.)
10     THE VIDEOGRAPHER:  We're back on the
11 record.  The time is 5:36 p.m.
12     MR. SEARS:  I think I'm finished absent
13 any questions you might get from plaintiffs'
14 counsel.  Thank you for your time.
15     MR. SCHANKER:  We'll go off the record.
16 Just let us step outside for one second.
17     THE VIDEOGRAPHER:  We're off the record.
18 The time is 5:37 p.m.
19     (Short recess taken.)
20     THE VIDEOGRAPHER:  Back on the record.
21 The time is 5:39 p.m.
22          CROSS EXAMINATION
23 BY MR. SCHANKER:
24     Q.   Good evening, Dr. Tosti.
25     A.   Good evening.

Page 316

1      Q.   You were asked questions on the record for
2  over six hours by defense attorney in this case.
3      Does that sound about right?
4      A.   Yes, could be worse, because I expected
5  seven, so I feel --
6      Q.   Lucky you.
7      A.   -- thankful.
8      (Thereupon, the referred-to document was
9  marked by the court reporter for Identification as
10 Plaintiffs' Exhibit 22.)
11     MR. SCHANKER:  Just for the record, we
12 we'll mark, as Exhibit 22 Plaintiffs'
13 Objections and Responses to Defendants' Notice
14 of Videotaped Deposition of Antonella Tosti,
15 M.D.
16 BY MR. SCHANKER:
17     Q.   And for the record, also, Dr. Tosti, I'll
18 make an Exhibit 23 what I believe is a copy of your
19 most recent CV.
20     Can you take a look at this and just
21 confirm that that, indeed, is?
22     A.   Yes, December 2019.
23     (Thereupon, the referred-to document was
24 marked by the court reporter for Identification as
25 Plaintiffs' Exhibit 23.)

Page 317

1  BY MR. SCHANKER:
2      Q.   Okay.  Thank you.
3      Do you remember a few hours ago, you were
4  asked some questions about dosage of chemotherapy
5  drugs, in particular Taxotere?
6      You recall questions on that, right?
7      A.   Yes.
8      (Thereupon, the referred-to document was
9  marked by the court reporter for Identification as
10 Plaintiffs' Exhibit 24.)
11 BY MR. SCHANKER:
12     Q.   I've marked an article as Exhibit 24.
13 I'll place that before you.
14     And this is the Kluger article.
15     Are you familiar with this?
16     A.   Yes.
17     Q.   And the title is "Permanent Scalp Alopecia
18 Related to Breast Cancer Chemotherapy by sequential
19 fluoroucil/epirubicin/cyclophosphamide (FEC)and
20 docetaxel:  A Prospective Study of 20 Patients."
21     Was this is an article -- this study
22 discusses -- first of all, did you rely upon this
23 study?
24     A.   Yes.  This is a good article.  They also
25 have pathology.

80 (Pages 314 - 317)

1    Q.  Okay.  Now, the Kluger article, which
2  we've marked as Exhibit 24, you relied upon it in
3  your expert report; is that correct?
4         MR. SEARS:  Objection, form.
5         THE WITNESS:  Yeah.
6  BY MR. SCHANKER:
7    Q.  And specifically, Dr. Tosti, does this
8  study discuss 19 patients with PCIA from Taxotere
9  regimens and one patient with PCIA from a Taxotere
10  and Taxol regimen?
11        Is that what you recall?
12        MR. SEARS:  Objection, form.
13        THE WITNESS:  Yes.
14  BY MR. SCHANKER:
15    Q.  If you turn to the second stapled page, it
16  looks like it's page 2880.
17        Do you see that in the lower left corner?
18    A.  Yes.
19    Q.  I want to ask you about the dosage.
20  Again, in this article, it considered 20 -- a
21  prospective study of 20 patients, correct?
22    A.  Uh-huh.  Yes.
23    Q.  And is it correct that when you reviewed
24  this article, that 12 -- and these 20 patients were
25  identified as having PCIA, correct?

1         MR. SEARS:  Objection, form.
2         THE WITNESS:  Yes.
3  BY MR. SCHANKER:
4    Q.  And of those 20 patients, concerning
5  dosage, is it your recollection, Doctor, that 12 of
6  those patients with PCIA had received a cumulative
7  dosage of 300 milligrams per meter squared of
8  Taxotere?
9         MR. SEARS:  Objection, form.
10        THE WITNESS:  Yes, I see that in the
11  article.
12  BY MR. SCHANKER:
13    Q.  And what is the cumulative dose that
14  Cynthia Thibodeaux received of Taxotere, do you
15  recall?
16    A.  300.
17    Q.  The same amount?
18    A.  The same amount.
19        MR. SEARS:  Objection, form.
20  BY MR. SCHANKER:
21    Q.  And, Doctor, if you turn to the next page,
22  which is 2881, and you see the table at the top, I
23  want to ask you a question about that.
24        Is it correct that, of those 20 patients,
25  who -- the women who had PCIA, that 14 of those had

1  to wear a hair prosthesis or scarf; is that right?
2         MR. SEARS:  Objection, form.
3         THE WITNESS:  Yes, because I see -- yes.
4  I think 15.
5  BY MR. SCHANKER:
6    Q.  And the need to wear a hair prosthesis or
7  scarf is indicative of what grade of PCIA?
8    A.  Grade 2.
9    Q.  So then the logical conclusion, if you
10  look at those numbers, is that several of these 20
11  women who received the 300-milligram dosage,
12  cumulative dosage per meter squared of Taxotere
13  ended up with grade 2 PCIA, correct?
14        MR. SEARS:  Objection, form.
15        THE WITNESS:  Yes.
16  BY MR. SCHANKER:
17    Q.  You had also referenced there was
18  something else interesting concerning pathology in
19  the Kluger article.
20        Could you explain that to us?
21    A.  These cases were confirmed by pathology.
22    Q.  Pathology similar to that which you
23  performed on Cynthia Thibodeaux?
24        MR. SEARS:  Objection, form.
25        THE WITNESS:  They were confirmed by a

1  biopsy, 15 of the 20 cases.
2  BY MR. SCHANKER:
3    Q.  And is that a biopsy similar to what you
4  did per confirmation as you explained for Cynthia
5  Thibodeaux?
6         MR. SEARS:  Objection, form.
7         THE WITNESS:  Yes.
8  BY MR. SCHANKER:
9    Q.  Concerning Ms. Thibodeaux, you were asked
10  some questions about treatment options for her.
11        Are there viable treatment options for
12  Cynthia Thibodeaux with grade 2 PCIA that you
13  diagnosed her with caused by Taxotere?
14        MR. SEARS:  Objection, form.
15        THE WITNESS:  Honestly, I don't think she
16  can improve enough to remove the wig.  And so
17  sometimes for women with hair loss, having to
18  apply something to the scalp twice a day, they
19  even see the hair loss more.
20        So I don't think that would change her
21  quality of life.
22  BY MR. SCHANKER:
23    Q.  Talking about dosage, continuing to ask a
24  few questions about that.
25

81 (Pages 318 - 321)

Page 322

1          (Thereupon, the referred-to document was
2     marked by the court reporter for Identification as
3     Plaintiffs' Exhibit 25.)
4     BY MR. SCHANKER:
5          Q.   I've marked, as Exhibit 25, abstract, the
6     Bourgeois abstract, dated December 15, 2009.
7               Is that what you have before you marked as
8     Exhibit 25?
9          A.   Yes.
10         Q.   And you recall -- and this is also
11    material that you referenced and relied upon in your
12    report, correct?
13              MR. SEARS:  Objection, form.
14              THE WITNESS:  Yes.
15    BY MR. SCHANKER:
16         Q.   Specifically in this particular abstract,
17    the information provided, does it indicate that
18    there is a 300-milligram per meter squared dosage
19    for some of the women who were considered for this
20    particular abstract?
21         A.   Yes, I see group -- yes, number 3, yes.
22         Q.   And these are individuals that ended up
23    with Taxotere-induced PCIA; is that correct?
24              MR. SEARS:  Objection, form.
25              THE WITNESS:  Yes.

Page 323

1     BY MR. SCHANKER:
2          Q.   And similarly -- actually, it's docetaxel,
3     is what it's referred to in this case; is that
4     correct?
5               MR. SEARS:  Objection, form.
6               THE WITNESS:  Yes.
7     BY MR. SCHANKER:
8          Q.   And, similarly, with regard to dosage,
9     would some of the patients who ended up with what
10    the study concluded, PCIA caused by docetaxel, were
11    some of those dosages, the individual dosages,
12    75 milligrams per meter squared?
13              MR. SEARS:  Objection, form.
14              THE WITNESS:  Yes, I see that.
15    BY MR. SCHANKER:
16         Q.   And, in fact, that's the individual dose
17    that Cynthia Thibodeaux received, correct?
18         A.   Yes.
19              MR. SEARS:  Objection, form.
20              MR. SCHANKER:  Just for completeness of
21    the record, Doctor, I'll mark as Exhibit 26 the
22    2010 follow-up to the Bourgeois study.
23              (Thereupon, the referred-to document was
24    marked by the court reporter for Identification as
25    Plaintiffs' Exhibit 26.)

Page 324

1     BY MR. SCHANKER:
2          Q.   You relied upon that and reference that in
3     your materials as well, correct?
4          A.   Yes.
5          Q.   And that's the "Long-Term Persistent
6     Alopecia and Suboptimal Hair Regrowth after Adjuvant
7     Chemotherapy for Breast Cancer:  Alert for an
8     Emerging Side Effect:  ALOPERS Observatory"; is that
9     correct?
10         A.   Yes.
11         Q.   Doctor, is it your opinion that it's more
12    likely than not that Cynthia Thibodeaux's exposure
13    to Taxotere contributed to the development of her
14    condition, PCIA?
15              MR. SEARS:  Objection, form.
16              THE WITNESS:  Yes, I think that her PCIA
17         was substantially caused by the exposure to
18         Taxotere.
19    BY MR. SCHANKER:
20         Q.   And, Doctor, would you agree that it's
21    more likely than not that if she had not been
22    exposed to Taxotere, that she would have not
23    developed the PCIA?
24              MR. SEARS:  Objection, form.
25              THE WITNESS:  Yes, I agree.

Page 325

1     BY MR. SCHANKER:
2          Q.   You were asked, Doctor, by defense counsel
3     whether or not there's a test to determine which
4     drug causes PCIA.
5               Do you recall that?
6          A.   Yes.
7          Q.   And there's no test that exists, is there?
8          A.   No, there is no test that shows which drug
9     caused PCIA.
10         Q.   But in this case, within a reasonable
11    degree of scientific probability, you reached a
12    conclusion as to which drug you believe was a
13    substantially contributing factor to Cynthia
14    Thibodeaux's PCIA, correct?
15              MR. SEARS:  Objection, form.
16              THE WITNESS:  Yes.  I think Taxotere was
17         the drug that was the substantially
18         contributing factor to her PCIA.
19    BY MR. SCHANKER:
20         Q.   I want to talk to you about if there's no
21    test, how you accomplish -- how do you make -- how
22    do you reach that conclusion?
23              Doctor, again, is it fair to say that it's
24    your opinion that Taxotere caused Cynthia
25    Thibodeaux's PCIA?

Page 326

1           MR. SEARS:  Objection, form.
2           THE WITNESS:  Yes.
3    BY MR. SCHANKER:
4       Q.  Is it based -- is that decision based on
5    your clinical experience as well as your review of
6    the scientific literature?
7       A.  Yes.
8           MR. SEARS:  Objection, form.
9           THE WITNESS:  It's based on my clinical
10          experience, on examination of the patient, on
11          her history, on the literature on the topic.
12          You know, I'm -- I base my conclusion on
13          several aspects.
14   BY MR. SCHANKER:
15      Q.  But in addition to your clinical
16   experience and scientific literature, did you
17   consider other types of evidence in reaching that
18   conclusion?
19      A.  I consider the evidence that Taxotere is
20   being reported to substantially cause this problem.
21      Q.  Doctor, did you consider the clinical
22   study reports from TAX316 and GEICAM in reaching
23   your conclusion?
24      A.  Yes.
25      Q.  If I understood your testimony correctly,

Page 327

1    your review of those clinical trial studies showed
2    an increased rate of PCIA in patients who received
3    Taxotere when AC was controlled for it, correct?
4           MR. SEARS:  Objection, form.
5           THE WITNESS:  I rely on the statistical
6           evaluation of the statistician about that.
7    BY MR. SCHANKER:
8       Q.  And is it fair to say that the conclusion
9    of the statistician that you relied upon based on
10   the TAX316 and the GEICAM studies, that that
11   conclusion was consistent with your personal
12   experience and your review of the scientific
13   literature that Taxotere causes an increased risk of
14   developing PCIA when compared with the other drugs?
15          MR. SEARS:  Objection, form.
16          THE WITNESS:  Yes.
17   BY MR. SCHANKER:
18      Q.  You recall we also talked about
19   Dr. Hangai's 2015 clinical overview of docetaxel and
20   permanent alopecia?
21      A.  Yes.
22      Q.  You were asked questions about that by the
23   defense attorney.
24          And if I understood your testimony
25   correctly, you testified that Dr. Hangai's analysis

Page 328

1    concluded that there was a causal association
2    between Taxotere and PCIA, correct?
3           MR. SEARS:  Objection, form.
4           THE WITNESS:  Yes.
5    BY MR. SCHANKER:
6       Q.  Is it fair to say that Dr. Hangai's
7    conclusion that there's a causal association between
8    the use of Taxotere and PCIA is consistent with your
9    own clinical experience that you've testified about
10   here as well your review of the scientific
11   literature?
12          MR. SEARS:  Objection, form.
13          THE WITNESS:  Absolutely, yes.
14          MR. SEARS:  I'm sorry.  I don't mean to
15          keep on jumping on your answers.  If you can
16          give me just a beat.
17          THE WITNESS:  Okay.
18          MR. SEARS:  Thank you.
19   BY MR. SCHANKER:
20      Q.  In addition, you reviewed and we talked
21   about here, you were asked questions by defense
22   counsel about Dr. Kapreski in that deposition and
23   the table that you referred to.
24          Do you recall that?
25      A.  Yes.

Page 329

1           MR. SCHANKER:  She was giving you the
2           pause there.
3           MR. SEARS:  Thank you.
4    BY MR. SCHANKER:
5       Q.  I just want to make sure that I clearly
6    understood your testimony concerning that.
7           Was it your takeaway from Dr. Kapreski's
8    deposition, the table that you referred to, that
9    Sanofi had received reports of permanent alopecia or
10   persistent alopecia from the use of Taxotere in both
11   monotherapy and combination therapy?
12          MR. SEARS:  Objection, form.
13          THE WITNESS:  A few cases in monotherapy.
14          Many cases in combination therapy.
15   BY MR. SCHANKER:
16      Q.  And are those reports of PCIA associated
17   with Taxotere that were reported directly to Sanofi
18   involving the drug Taxotere in the monotherapy and
19   the combination therapy, are those consistent with
20   your clinical experience and review of the
21   scientific literature that PCIA can occur when
22   Taxotere is used alone or in combination with other
23   drugs?
24          MR. SEARS:  Objection, form.
25          THE WITNESS:  I have no experience with

83 (Pages 326 - 329)

Page 330

1   Taxotere alone.
2   BY MR. SCHANKER:
3       Q.  Yes.
4       A.  But in combination other drugs, yes.
5       Q.  Did you review any evidence that's caused
6   you to change your opinion on conclusions that you
7   stated in your report?
8           Is there anything you heard here in this
9   deposition that's caused you to change your
10  conclusions as you offered them in your expert
11  report?
12      A.  No, I have the same conclusions.
13      Q.  Do you recall when defense counsel asked
14  you questions about Dr. Thompson's deposition that
15  you reviewed?
16          Do you recall that earlier today?
17      A.  Yes, I do.
18      Q.  Defense counsel referenced a statement by
19  Dr. Thompson about a time machine.
20          Do you recall that?
21      A.  Yes, I do.
22      Q.  I'm going to read to you from that
23  deposition and ask you questions about that.
24          Dr. Thompson, specifically in that
25  deposition, I'll reference that he responded, "I

Page 331

1   think that" -- I'm sorry.
2           Question by Mr. Sears, defense counsel, of
3   Dr. Thompson, "So the first time I deposed you, you
4   said you were not in a position to make a claim or
5   distinction about if a specific chemotherapy drug
6   caused ongoing alopecia in any specific individual?
7   Do you remember that?"
8           Answer, "Yes."
9           Question, "What sort of training or
10  knowledge do you think a person would need to have
11  to make that claim or distinction?"
12          Answer, "I think they would have to do a
13  whole lot more research, maybe have a time machine
14  to go in the future when they have more experience
15  with some of these drugs."
16          What, if anything, does that testimony
17  mean to you?
18      A.  I think what he wants to say is that by
19  pathology, you cannot right now distinguish the drug
20  that caused the problem.  Maybe in the future, they
21  will have some marker of this, but we are far away.
22      Q.  So it's my understanding that Dr. Thompson
23  determined that it's PCIA in this case, correct?
24      MR. SEARS:  Objection, form.
25      THE WITNESS:  Yes.

Page 332

1   BY MR. SCHANKER:
2       Q.  That that's the cause of Cynthia
3   Thibodeaux's permanent alopecia, right?
4       MR. SEARS:  Objection, form.
5   BY MR. SCHANKER:
6       Q.  But that Dr. Thompson, just based on the
7   biopsy results and the pathology, can't determine
8   which of those chemotherapy drugs caused the PCIA;
9   is that right?
10      MR. SEARS:  Objection, form.
11      THE WITNESS:  Not just Dr. Thompson.
12  Nobody can do that.  It's something impossible.
13  BY MR. SCHANKER:
14      Q.  And you agree with Dr. Thompson concerning
15  that, that he can't make that determination as to
16  which of the chemotherapy drugs caused Cynthia
17  Thibodeaux's PCIA, right?
18      A.  Absolutely, yes.
19      Q.  Because you were asked questions by
20  defense counsel that made it look like there was a
21  disagreement between the two of you on that.
22          Is there any disagreement between the
23  two -- between you and Dr. Thompson on that issue?
24      A.  No.
25      MR. SEARS:  Objection, form.

Page 333

1       THE WITNESS:  Absolutely no disagreement.
2   BY MR. SCHANKER:
3       Q.  Does Cynthia Thibodeaux then have diffuse
4   alopecia?
5       MR. SEARS:  Objection, form.
6       THE WITNESS:  She has diffuse alopecia.
7   It's more accentuated on androgen-dependent
8   scalp.
9   BY MR. SCHANKER:
10      Q.  One question.  I want to ask you about the
11  Bourgeois studies, which are marked, I apologize, as
12  Exhibits 25 and 26.
13          You're aware -- are you aware, Doctor,
14  that there were 54 patients in the Bourgeois study
15  with a cumulative dosage of 300 milligrams per meter
16  squared that had PCIA identified from the use of
17  docetaxel?
18      MR. SEARS:  Objection, form.
19      THE WITNESS:  I can see here.
20  BY MR. SCHANKER:
21      Q.  Would you agree that your review of the
22  literature supports the proposition that a
23  cumulative dosage of 300 milligrams per meter
24  squared of docetaxel or Taxotere can cause PCIA?
25      MR. SEARS:  Objection, form.

84 (Pages 330 - 333)

1      THE WITNESS: Yes, I agree.
2  BY MR. SCHANKER:
3      Q.  Would you agree that the literature
4  supports the proposition that a 70-milligram dosage
5  schedule, individual schedules of per meter squared
6  of Taxotere or docetaxel can cause PCIA?
7      MR. SEARS:  Objection, form.
8      THE WITNESS:  Yes, it can cause.
9  BY MR. SCHANKER:
10     Q.  Doctor, do you recall when defense counsel
11 asked you questions about Tamoxifen?
12     A.  Yes, I do.
13     Q.  And do you recall as well when defense
14 counsel asked you questions about Cynthia
15 Thibodeaux's medical records and a reference in
16 those records to grade 1 alopecia?
17     A.  Yes, I do.
18     Q.  Doctor, is grading of alopecia subjective?
19     A.  Absolutely, yes, but the only parameter
20 that distinguish grade 1 to grade 2 is wearing a
21 wig, and she is wearing a wig.
22     Q.  And is wearing a wig indicative of grade 2
23 alopecia?
24     MR. SEARS:  Objection, form.
25     THE WITNESS:  Yes.

1  BY MR. SCHANKER:
2      Q.  And why is that?
3      A.  Because you have more than 50 percent of
4  scalp involvement, and you cannot camouflage the
5  hair loss with other materials.
6      Q.  And on that topic, Doctor, when you met
7  with Cynthia Thibodeaux in 2018, you took
8  photographs of her scalp, correct?
9      A.  Yes.
10     Q.  And those are photographs that are
11 included in your report; is that right?
12     A.  Yes.
13     Q.  And what grade did Cynthia Thibodeaux have
14 in those -- when you met with her and in those
15 photographs?
16     A.  She has grade 2.
17     Q.  So would it be fair to say, if her hair
18 regrowth from the time she took the chemotherapy
19 never improved beyond what you saw in those
20 photographs, that she has had grade 2 alopecia since
21 the chemotherapy and her hair loss?
22     A.  Yeah.
23     MR. SEARS:  Objection, form.
24     MR. SCHANKER:  I don't have any more
25 questions.

1      MR. SEARS:  Can we go off the record for
2  about five minutes?  I just want to look over
3  these articles quickly.
4      THE VIDEOGRAPHER:  We're off the record.
5  The time is 6:04 p.m.
6      (Short recess taken.)
7      THE VIDEOGRAPHER:  We're back on the
8  record.  The time is 6:09 p.m.
9           REDIRECT EXAMINATION
10 BY MR. SEARS:
11     Q.  I've just got a couple of questions about
12 the articles that you reviewed with plaintiffs'
13 counsel, okay?
14     A.  Yes.
15     Q.  Let's start with the Kluger article.
16 That's Exhibit 24.
17     So you were asked a few questions about
18 the dosage in this article, right?
19     A.  Yes.
20     Q.  And you see that the dosage of docetaxel
21 was given at 100 milligrams per meter squared,
22 right?
23     A.  Yes.
24     Q.  And that is not the dosage that
25 Mrs. Thibodeaux received, was it?

1      A.  It's the cumulative dose is the same but
2  not the single dose every cycle.
3      Q.  I'm focusing on the individual dose right
4  now.
5      The individual dose that was given in this
6  Kluger article was 100 milligrams per meter squared,
7  right?
8      A.  Yes.
9      Q.  And the individual dose that
10 Ms. Thibodeaux received was 75 milligrams per meter
11 squared?
12     A.  Yes.
13     Q.  Then in Exhibit 25, which is the -- I can
14 never say this guy's name, Bourgeois abstract, there
15 were, looks like, five different chemotherapy
16 regimens referenced in this abstract.
17     Do you see that?
18     A.  Yes, I do.
19     Q.  For the first one, which included
20 docetaxel, the dosage of docetaxel was given at
21 100 milligrams per meter squared.
22     Do you see that?
23     A.  Yes, I do.
24     Q.  Again, that is not the individual dose
25 that Ms. Thibodeaux received, correct?

85 (Pages 334 - 337)

Page 338

1     A.  Correct.
2     Q.  You see for the -- looks like the fourth
3  one that's being addressed, it's epirubicin in
4  association with docetaxel.
5        Do you see that?
6     A.  I do.
7     Q.  That does note that the docetaxel was
8  given at 75 milligrams per meter squared, right?
9        But there's no indication of how many
10 doses were given, is there?
11       MR. SCHANKER:  Objection, form.
12       THE WITNESS:  Yes.
13 BY MR. SEARS:
14    Q.  So we have no idea what the cumulative
15 dose was there, do we?
16    A.  Not for this, but the cumulative dose for
17 the docetaxel 100 milligram was 300.
18    Q.  I understand.  I'm focusing on the
19 epirubicin and docetaxel regimen right now.
20       We don't know what the cumulative dose of
21 docetaxel was for that regimen, do we?
22    A.  I agree, we don't know from here.
23    Q.  Finally, you and plaintiffs' counsel
24 talked about Exhibit 26, and the only regimen that
25 was referenced in that was FEC 100 followed by

Page 339

1  docetaxel at 100 milligrams per meter squared.
2        Do you see that?
3     A.  Yes.
4     Q.  And that individual dose is higher than
5  what Ms. Thibodeaux received, correct?
6     A.  The individual dose is higher.
7     Q.  And so none of these three things include
8  either the same individual -- the same individual
9  and cumulative dose given to Ms. Thibodeaux, right?
10       MR. SCHANKER:  Objection, form.
11       THE WITNESS:  Sorry.  Make the question
12    again.
13 BY MR. SEARS:
14    Q.  Sure.
15       I understand that some of these regimens
16 have a cumulative dose of 300 milligrams per meter
17 squared, but none of these regimens include both 75
18 milligrams per meter squared as an individual dose
19 and the cumulative dose of 300 milligrams per meter
20 squared, right?
21       MR. SCHANKER:  Objection, form.
22       THE WITNESS:  Yes.
23       MR. SEARS:  That's all I got.  Thank you
24    very much.
25       MR. SCHANKER:  Done.

Page 340

1        THE VIDEOGRAPHER:  We're off the record.
2  The time is 6:13 p.m.
3        (Concluded at 6:13 p.m.)

Page 341

1              CERTIFICATE OF OATH
2
3  STATE OF FLORIDA   )
4  COUNTY OF BROWARD  )
5
6        I, the undersigned authority, certify
7  that ANTONELLA TOSTI personally appeared before
8  me and was duly sworn.
9        WITNESS my hand and official seal this
10 17th day of December, 2019.
11
12
13       Suzanne Vitale

14       SUZANNE VITALE, R.P.R., F.P.R.
15       Notary Public, State of Florida
         My Commission No. DD179981
16       Expires: 5/24/2020
17
18
19
20
21
22
23
24
25

86 (Pages 338 - 341)

Page 342

```
 1              CERTIFICATE
 2
 3
 4  STATE OF FLORIDA  )
    COUNTY OF DADE  )
 5
 6
        I, SUZANNE VITALE, R.P.R., F.P.R. do
 7
    hereby certify that I was authorized to and did
 8
    stenographically report the foregoing deposition
 9
    of ANTONELLA TOSTI; that a review of the
10
    transcript was requested; and that the transcript
11
    is a true record of my stenographic notes.
12
        I FURTHER CERTIFY that I am not a
13
    relative, employee, attorney, or counsel of any
14
    of the parties, nor am I a relative or employee
15
    of any of the parties' attorney or counsel
16
    connected with the action, nor am I financially
17
    interested in the action.
18
        Dated this 17th day of December, 2019.
19
20
21
22  SUZANNE VITALE, R.P.R., F.P.R.
    My Commission No. DD179981
23  Expires: 5/24/2020
24
25
```

Page 343

```
 1  DARIN SCHANKER, ESQ.
 2  dschanker@coloradolaw.net
 3       December 17, 2019
 4  RE:  In Re: Crayton, Thibodeaux v. Sanofi S.A., Et Als
 5       12/12/2019, Dr. Antonella Tosti (#3771265)
 6     The above-referenced transcript is available for
 7  review.
 8     Within the applicable timeframe, the witness should
 9  read the testimony to verify its accuracy. If there are
10  any changes, the witness should note those with the
11  reason, on the attached Errata Sheet.
12     The witness should sign the Acknowledgment of
13  Deponent and Errata and return to the deposing attorney.
14  Copies should be sent to all counsel, and to Veritext at
15  cs-ny@veritext.com
16
17    Return completed errata within 30 days from
18  receipt of testimony.
19    If the witness fails to do so within the time
20  allotted, the transcript may be used as if signed.
21
22       Yours,
23       Veritext Legal Solutions
24
25
```

Page 344

```
 1  In Re: Crayton, Thibodeaux v. Sanofi S.A., Et Als
 2  Dr. Antonella Tosti (#3771265)
 3        E R R A T A   S H E E T
 4  PAGE_____ LINE_____ CHANGE_____
 5  _____
 6  REASON_____
 7  PAGE_____ LINE_____ CHANGE_____
 8  _____
 9  REASON_____
10  PAGE_____ LINE_____ CHANGE_____
11  _____
12  REASON_____
13  PAGE_____ LINE_____ CHANGE_____
14  _____
15  REASON_____
16  PAGE_____ LINE_____ CHANGE_____
17  _____
18  REASON_____
19  PAGE_____ LINE_____ CHANGE_____
20  _____
21  REASON_____
22
23  _____  _____
24  Dr. Antonella Tosti              Date
25
```

Page 345

```
 1  In Re: Crayton, Thibodeaux v. Sanofi S.A., Et Als
 2  Dr. Antonella Tosti (#3771265)
 3       ACKNOWLEDGEMENT OF DEPONENT
 4     I, Dr. Antonella Tosti, do hereby declare that I
 5  have read the foregoing transcript, I have made any
 6  corrections, additions, or changes I deemed necessary as
 7  noted above to be appended hereto, and that the same is
 8  a true, correct and complete transcript of the testimony
 9  given by me.
10
11  _____  _____
12  Dr. Antonella Tosti              Date
13  *If notary is required
14       SUBSCRIBED AND SWORN TO BEFORE ME THIS
15       _____ DAY OF _____, 20____.
16
17
18       _____
19       NOTARY PUBLIC
20
21
22
23
24
25
```

87 (Pages 342 - 345)

**[& - 2015]**

| & | |
|---|---|
| **&** | 2:3,5,9,19 32:15 |

**0**

**02019** 3:9
**05923** 1:7

**1**

**1** 4:7 5:4 8:1,4
114:14,20,21
122:23,24 123:5
123:17 257:7,19
257:22,24 258:1
262:8,9 280:20
303:9,16 334:16
334:20
**1,500** 203:16
**10** 4:12 9:10 18:24
95:11 108:8 147:2
147:17 148:8
262:10
**100** 52:18 53:13,16
70:23 99:5,9
107:11 116:1,7,23
181:20 182:4
183:15 184:25
262:9,9 302:23
313:19 336:21
337:6,21 338:17
338:25 339:1
**10036** 3:4
**1076** 163:10
**1078** 163:18
**109** 4:12
**1095** 3:4
**10:15** 66:15
**10:31** 66:18
**11** 4:7,12 16:14
108:11,13 270:12
270:14,15,23
271:5,17 272:8,15
273:2,13,14

**110** 3:14
**1100** 2:10
**111** 98:20
**112** 98:21
**115** 4:13
**11:34** 122:16
**11:55** 122:19
**12** 1:10 4:13 5:3
114:10,13 163:12
318:24 319:5
**12/12/2019** 343:5
**125,000** 19:7
**129** 4:13
**12:45** 165:7
**12:47** 165:10
**13** 4:13 128:8,11
134:25 137:7
145:22
**14** 4:14,15 12:10
162:25 163:2
185:23,24 260:17
283:4,8 319:25
**14th** 261:11
262:13
**15** 4:9,14,23 14:23
17:17 18:25 30:14
123:5 158:2
185:19,22,23
199:25 236:12,24
308:17 320:4
321:1 322:6
**15859** 1:7
**16** 4:15 15:8
260:14,16 282:25
283:1,13 303:8
**1633** 1:9
**164** 4:14
**17** 4:8,16 164:10
165:15 280:13,15
343:3

**17,100** 18:17
**17,400** 17:13
**17th** 341:10
342:18
**18** 4:9,16 15:19
134:16,22 286:1,5
**180,000** 19:13
**186** 4:14
**1899** 2:3
**19** 4:9,10,10,17
287:18,20 318:8
**1950s** 178:13,23
**1959** 138:9 148:1
148:19
**1960s** 178:13,23
**1970s** 155:9
156:13,23 157:11
157:20 178:23
**1980s** 149:6
155:14 156:13,23
157:20 175:15
**1990** 167:4,6
**1990s** 155:20
156:13,24 157:20
160:5,10,25
167:14
**1991** 4:14 163:7
**1994** 278:19,21,22
279:1
**1996** 148:21
**1:04** 179:25

**2**

**2** 4:7,17 10:6,9
54:21 108:16
118:21,25 123:7
123:20,23 151:24
163:18 164:1
165:12 233:16
234:2 259:4
263:10 278:16
287:21 292:12

**303**:13,16 320:8
320:13 321:12
334:20,22 335:16
335:20
**2/4/2009** 261:15
**20** 4:18 175:18
176:25 179:20
254:4 261:20
294:19,22 300:7
317:20 318:20,21
318:24 319:4,24
320:10 321:1
345:15
**200,000** 19:17
**2000** 148:2 159:1,5
160:13 167:19
179:17,17
**2000s** 138:10
156:13,25 167:15
168:7
**2001** 38:21 162:13
165:24
**2004** 30:23 293:25
294:2
**2008** 4:16 30:17,20
31:6,11,16 54:10
283:2,3,11,11,15
283:22 286:2
303:7,7,8
**2009** 4:15,23 55:20
146:9,10 160:17
260:18 283:15,22
287:3,11 322:6
**2010** 4:24 168:12
290:3 323:22
**2011** 4:17 287:21
**2012** 32:19
**2013** 290:7
**2014** 290:15
**2015** 200:2,18
201:4,24 202:13

**[2015 - 9,000]**                    Page 2

327:19
**2016**   31:14,16 59:7
59:10 95:21
**2017**   17:4
**2018**   54:12,13
131:23 291:15
335:7
**2019**   1:10 4:8,9,9
4:10,10 5:3 16:9
17:13,17 18:6,17
31:9,11 316:22
341:10 342:18
343:3
**21**   4:19 108:17
302:10,12
**22**   4:8,20 16:9
92:25 316:10,12
**23**   4:22 316:18,25
**24**   4:22 317:10,12
318:2 336:16
**24,300**   17:18
**25**   4:23 129:14
130:6 268:19
269:1,6,9,11,16
322:3,5,8 333:12
337:13
**2500**   2:16
**2505**   2:10
**2555**   2:19
**26**   4:24 303:7
323:21,25 333:12
338:24
**261**   4:15
**2740**   1:2
**27th**   3:9
**28**   244:17
**281**   4:16
**287**   4:16
**288**   4:17
**2880**   318:16

**2881**   319:22
**296**   4:18
**2:09**   180:3
**2:16**   1:7
**2:17**   1:7

**3**

**3**   4:8,9,16 16:6,8
17:13 197:5
274:15 286:2
303:7 322:21
**30**   4:10,11 18:6
93:20 149:13
167:3,11 175:18
176:25 179:6,20
210:10 343:17
**300**   2:6 118:6,14
319:7,16 320:11
322:18 333:15,23
338:17 339:16,19
**303**   4:19
**30305**   2:16
**317**   4:3,20
**318**   4:22,22
**323**   4:23
**3249**   341:13
342:20
**325**   4:24
**33**   288:11
**3333**   2:15
**337**   4:4
**36**   151:20
**3771265**   343:5
344:2 345:2
**39**   211:20,23,24
212:1
**3:07**   229:18
**3:21**   229:21

**4**

**4**   4:9 17:10,12
93:18 94:7 287:3

287:11
**4,000**   32:2 286:20
**40**   93:21 147:18
178:10 214:24
299:8
**400**   116:9 210:8
212:2
**41**   4:11
**44113**   3:14
**450**   115:16,19
**47,695**   18:7
**470**   211:24
**4701**   2:6
**474-6550**   2:20
**4:13**   273:6
**4:21**   273:9
**4th**   262:14,22
263:4 265:7,13

**5**

**5**   4:9 9:3 17:16,23
163:13 244:22
**5/24/2020**   341:16
342:22
**50**   174:14 278:2,2
335:3
**53**   3:8
**54**   151:20 333:14
**55,000**   7:17 19:12
**5:03**   308:8
**5:25**   308:11
**5:34**   315:8
**5:36**   315:11
**5:37**   315:18
**5:39**   315:21

**6**

**6**   4:10,10 18:3,5,17
244:22
**6,000**   19:4
**600**   7:14 19:2,3

**60s**   175:7
**628**   115:7
**629**   114:14,20
**630**   114:19
**631**   118:21
**64108**   2:20
**66**   116:3
**67**   236:12,24
**6:04**   336:5
**6:09**   336:8
**6:13**   1:10 340:2,3

**7**

**7**   4:3,10 18:14,16
**70**   334:4
**700**   2:3
**70163**   2:11
**70s**   148:20
**727**   128:22
**74**   115:2
**75**   53:21 54:4,14
54:19,22 55:7
100:6,14 107:14
115:6,8,16 118:4,9
118:13 123:1,10
123:21,24 225:10
225:13,18 273:20
323:12 337:10
338:8 339:17

**8**

**8**   4:11 29:22,25
116:3
**80**   49:6
**800**   7:13,15 19:2
**80202**   2:4
**80s**   157:11
**816**   2:20

**9**

**9**   4:7,11 40:11,14
**9,000**   19:4

Veritext Legal Solutions

**9,450** 16:10
**90** 147:1 167:5,5,6
  256:7
**90s** 157:11 159:19
  159:25
**92660** 2:7
**950** 3:13
**96** 4:12
**98** 134:15,21
  145:22
**9:08** 1:10 5:4

---

### a

**a.m.** 1:10 5:4
  66:18 122:19
**abilities** 152:22
**ability** 152:21
**able** 68:3 73:7
  136:5,11,19 151:4
  181:21 182:6,22
  183:3,14,17 185:3
  200:1 281:18
  293:7 296:21
**abnormal** 193:8
**absence** 202:25
**absent** 315:12
**absolutely** 14:9
  25:11 27:1 45:5
  47:22 49:23 56:3
  61:6 75:23 81:17
  86:15 87:8 101:8
  104:21 123:15
  131:24 138:23
  146:14 172:12
  198:20 216:17
  228:13,16 229:24
  230:10,17 238:9
  246:14 255:20
  265:2 271:22
  279:18 304:25
  305:13 307:1
  328:13 332:18

333:1 334:19
**abstract** 4:12,23
  95:25 96:3,12
  97:7,23,25 98:6
  100:16 101:10
  104:12 105:4,21
  106:2,6,8,10,18,21
  107:3 117:1 322:5
  322:6,16,20
  337:14,16
**abstracts** 41:1
  95:22 96:10,14,19
  97:15,17,19 98:4
  106:12
**ac** 53:3 95:14,24
  98:25 107:6 114:2
  114:3 209:24
  210:1,4 211:17
  212:10,11,15,20
  214:4,12,13 327:3
**accelerate** 154:5
  248:16
**accent** 66:6
**accentuated** 333:7
**accept** 48:16 174:5
**access** 30:9
**accomplish** 325:21
**accord** 6:3
**account** 39:15
  205:14 266:9
**accuracy** 343:9
**accurate** 6:25 87:7
  104:18,23 124:22
  267:8
**accurately** 267:2
  267:15
**acknowledgement**
  345:3
**acknowledgment**
  343:12

**act** 102:21
**acth** 102:21
**action** 63:24 82:19
  83:21 84:11
  342:16,17
**active** 239:9,18
**actual** 171:17
**acute** 121:9
**add** 19:12 46:23
  103:7 214:18
  224:18
**added** 19:6 224:22
**adding** 80:16
  213:17,24 226:2
**addition** 196:10
  226:21 254:25
  256:14 326:15
  328:20
**additional** 102:16
  105:15 238:2
**additions** 345:6
**addressed** 338:3
**adhesive** 309:4,12
**adjuvant** 101:14
  105:11 125:15
  143:19 159:9,13
  159:17 160:4
  162:19 324:6
**administered**
  76:22
**admits** 285:21
  286:8
**adriamycin** 53:3
  67:2,8 95:14
  125:7,15 148:11
  148:20 150:3
  159:8 162:13
  179:14,18 180:9
  180:13 186:5
  187:8,17 206:22
  207:18,20 208:24

209:4,15 210:16
  210:20,23 221:9
  221:11 310:25
  313:13,24 314:5
**advent** 151:5
**adverse** 24:6,9
  25:16,21
**affect** 20:14 79:2
  79:15 219:8
**affixes** 308:22
**africa** 93:5,9,16,18
  93:19 94:15
**african** 236:8
  244:17 246:7,10
  255:9 259:19,23
  262:3 277:17
  308:25 309:6
**aga** 113:12 219:25
**age** 6:7
**agents** 226:13
**aggravate** 248:16
  248:21
**aggregate** 136:12
**aggregating**
  191:16
**aging** 258:7
**ago** 26:13 36:25
  49:17 58:10 158:3
  167:3,11 246:13
  317:3
**agree** 25:7 44:2
  46:25 47:4 48:25
  50:18 51:15,20
  56:18 57:4,8 58:6
  60:19 61:4,14
  62:21 63:4,11,24
  64:3,5,9 65:11
  66:8 73:14 75:1,4
  77:9 78:21 79:2
  79:17,20 83:17
  92:18,21 95:5

97:3 99:8,10
115:24 116:16
119:3 133:25
134:7 165:1,25
167:14 168:22
171:10 179:4
197:17 218:1
230:2,4,5,8,22
231:2 234:25
244:14,24 245:7
247:5 248:1,6
249:3 251:19
258:6,9,11 259:21
269:16 272:15
282:24 283:7
287:2,5 290:22
291:1 303:1
324:20,25 332:14
333:21 334:1,3
338:22

**agreed** 284:10

**agreeing** 223:15

**agreement** 164:22

**ahead** 10:5 66:11
164:15,23 185:16
272:20,24 302:7

**aires** 50:5

**alcohol** 233:10,11

**alert** 324:7

**allotted** 343:20

**allowed** 182:5
183:2,13

**allows** 21:9 312:24

**alopecia** 9:13
10:13,18 11:11,20
12:1,4 13:11
35:16 38:19 40:15
46:5,7,11 47:1,2
48:4 51:3,10
53:22 54:5,18,21
55:6,22 56:20

59:2 61:4,10
64:19 69:19 70:7
70:14 80:7,17,18
80:22 81:1,15,22
83:7,13,15,18
84:24,24 85:4,9,17
85:23 86:5 87:24
92:18,19,25 93:4,8
93:12,17,19 94:5
94:12,21 96:2,7
105:2 106:5
111:13 112:2,9,21
113:6,18 118:25
119:18 121:3,9,18
121:19,24,25
123:5,9,17,23
124:18,22 125:10
126:13 127:3,6
128:13 129:6,16
129:22 130:7,18
130:19 131:10,12
133:13 135:5,10
135:24 136:7,12
136:14 137:19
142:9 145:12
147:18,21 148:1,9
148:12 151:25
153:22 154:6,11
154:17 155:2,3,3
156:6 158:20,25
161:21 162:13
163:17 165:24
166:24 167:9,10
168:17,23 170:10
170:12,19 173:3
174:2 175:10
176:19,21 177:17
181:2 182:20,21
183:16 184:7,9,13
189:13,14 190:11
191:16 193:2,9

194:7,9,17 195:11
195:20,21 196:4
196:13,21 197:5,8
197:11 201:21
202:20,25 203:20
205:6,17,18,22
206:2,13,19
207:21,24 208:1,1
208:3 209:4 215:9
216:5 217:11,15
217:20,22,24
218:2,2,4,5,5,8,8
218:12,12,15,20
218:23 219:1,2,4,5
219:11,13,13,21
219:22 228:15
230:16,22 231:4,5
231:7,7,14,17,18
231:19,23 232:3
232:18,19,25
233:1,6 235:1,6,7
235:9,13,18,22,25
236:5,10 237:23
237:24 238:11,15
238:15,16 239:11
239:21 240:11,16
241:4,14,20 242:6
242:9,15,19,23
243:5,7,25 244:11
245:1,6,9,16,19
246:3,6,9,17,20,24
246:25 247:4,8,14
247:14,18 248:3
248:12,17,22,22
249:24 252:18
253:11,15,21
254:8,23 255:1,3
255:12,18,21
257:2,7,19,22
258:2,16 259:4
260:5,9,21 261:1

263:10,23 264:5,9
264:16,20 265:24
266:11,16 268:8
268:17,23 269:12
269:18 270:16,24
271:2,6,9,11,18
272:16 273:3,15
273:23,25 274:1,3
274:4,6,16,17,19
274:25 275:5,9,12
275:14 276:20
279:3 280:16
286:14 287:3
288:14 290:20
291:20 292:16
295:11,12,16,25
295:25 298:14
303:8,19 304:22
305:4,12,15,20,24
306:4,23 307:24
308:3 309:8,13
313:19 317:17
324:6 327:20
329:9,10 331:6
332:3 333:4,6
334:16,18,23
335:20

**alopecias** 241:24
244:3 254:13,19

**alopers** 324:8

**als** 343:4 344:1
345:1

**altered** 198:17

**amended** 37:8

**america** 32:3 93:5
93:9 236:8

**american** 113:8
244:17 246:7
255:9 259:19,23
262:3 277:17
309:6

**americans** 308:25
**americas** 3:4
**amount** 167:15,22
  174:20 319:17,18
**anagen** 153:18
  154:3,12,16,21
  155:1,5
**analysis** 39:15
  171:1 185:25
  190:24 191:1,3
  200:1,18 201:4,24
  202:14 207:5
  327:25
**analyzed** 45:18
  93:10
**andrews** 2:5
**andrewsthornto...**
  2:8
**androgen** 120:13
  120:24 121:19
  122:10 275:8
  276:24,25 277:3
  295:17 333:7
**androgenetic** 46:4
  46:7 55:16 56:15
  56:19 61:3,10
  85:8,17 93:12,17
  93:19 94:5,12,21
  111:12 113:5
  120:17 121:13,17
  121:24,25 126:12
  126:20 127:2
  130:19 153:21
  154:6,11,16
  167:10 218:2,5,8
  218:12,15,20,23
  219:2,4,11,13,21
  241:3,14,19 242:6
  242:9 244:11
  246:3,6,9,17,20,24
  246:25 247:4,7,8

247:11,14,17
  248:3,17,21,22
  254:7 270:23
  271:1,6,9,11,18
  272:16 273:3
  274:6,16,17
  275:12,14 276:21
  295:11,25 307:24
**androgens** 122:6
  122:11 275:17
**annual** 287:23
**answer** 13:4 34:11
  46:16 120:21
  121:24 127:13
  148:15,16 192:6
  215:22 216:9
  217:7 222:8 223:7
  272:20,22,23,24
  306:20 331:8,12
**answered** 75:3
  236:20 265:16
  272:19
**answering** 271:16
**answers** 80:5
  107:17 177:15
  328:15
**anti** 59:19 61:13
  62:19
**antibodies** 293:13
**anticoagulant**
  249:8
**antonella** 1:12
  4:21 5:5 6:5,18
  316:14 341:7
  342:9 343:5 344:2
  344:24 345:2,4,12
**anyplace** 240:6
**apologize** 197:4
  333:11
**appearances** 2:1
  3:1 5:9

**appeared** 10:23
  341:7
**appended** 345:7
**applicable** 343:8
**apply** 321:18
**appointment**
  291:14 299:7
  301:22
**approval** 109:16
**approved** 117:24
  161:7,13
**approximately**
  19:7
**april** 4:8 16:9,13
  16:16 303:8
**arao** 237:20
**area** 79:6 88:13,15
  88:21 89:12 91:15
  91:16,17 108:23
  121:6,10 166:23
  170:6 219:9,22
  238:25 239:2,4,9
  239:18 240:11,23
  240:24 241:1,2,19
**areas** 170:3,6
  219:23 220:1
  255:4 276:22,24
  276:25 277:3
  306:16,17
**areata** 92:18 155:3
  155:4 173:3
  184:13 231:5,7,7
  231:14,17,18,19
  231:23 232:3
  255:18,21 298:14
**argentina** 50:1
**arm** 187:25
  188:11 195:3,3,10
  195:10,12,21
  196:14,16 197:6,7
  197:8 203:21

205:5,5 206:20
**armpit** 288:20,22
**arms** 189:3 191:6
  191:9 194:13,24
  195:19 196:21
  203:19 258:18
**aromatase** 55:15
  56:14,19 100:18
  101:6,11,20
  102:11,14 103:11
  103:18,19 104:13
  120:18 126:10,11
  126:18,22 127:3
  127:16,17,25
  128:1 151:25
  152:8 158:5 216:6
  217:12,19 248:5
  252:9
**arrows** 282:1
**arteries** 275:18
**article** 4:12,13,13
  4:14,16,22 33:21
  34:7,16 45:17,22
  46:1,9,14,18,21
  48:3,9,20 49:2,3,5
  51:1 53:10,12,13
  53:17 54:7,10,21
  55:2,3,4,4,11,14
  55:19,20,21 56:10
  56:13,18 59:18
  60:13 62:1,14
  63:15,17 70:6
  71:17 72:19 87:23
  89:9 90:17 94:9
  102:3 104:6,11
  106:16 107:17
  108:14 109:22
  113:22 114:12
  128:14,21 162:17
  162:21,22 163:7
  163:22 165:19

247:21,24 248:2
249:11,14 280:16
280:18 317:12,14
317:21,24 318:1
318:20,24 319:11
320:19 336:15,18
337:6
**articles**   4:11 10:24
16:21 40:15,21
41:3 48:4,5,12,12
48:15,16,24 55:10
73:2 98:2 146:21
168:8 248:8 336:3
336:12
**articulated**   240:13
**asked**   24:17 28:25
75:2 86:12 112:22
177:13 236:20
265:15 272:18
299:15 301:4
316:1 317:4 321:9
325:2 327:22
328:21 330:13
332:19 334:11,14
336:17
**asking**   43:25 69:9
70:19 72:7 94:18
117:12,13 121:18
121:24 134:21
142:23 148:7
149:19 151:2
156:9 160:19
171:7 178:20
182:25 183:22
206:10 212:1
216:20 217:1
221:14 229:6
263:3 265:11,13
267:14 268:15
271:5,17 272:5
292:15 297:9

**asks**   9:10 12:10
14:23 15:8,19
**aspects**   326:13
**assembly**   109:13
**assess**   31:24
119:25 193:2,22
240:14 253:18
270:8 292:24
312:7
**assessed**   193:13,15
228:21 229:7
**assessing**   86:16
92:13,15 147:19
158:20 191:25
205:17 217:14
237:23 239:25
253:7 296:5
311:11,16,17
312:5
**assessment**   87:7
128:11 192:9
267:8
**associated**   35:17
35:23 36:6 45:20
57:10 58:3,17
83:8 124:23
129:11,21 133:14
133:17 137:19
147:9 175:10,14
176:12 178:3
204:4 220:12,18
231:6 232:3
242:14 329:16
**association**   139:16
139:24 145:15
277:16 328:1,7
338:4
**assume**   43:13,25
44:18,24 141:3,8
146:25 183:12
208:11 221:14

222:10,22 223:24
224:4 225:9
242:12 289:11
**assuming**   43:17
44:1 74:25
**atlanta**   2:16
**atrophy**   244:4
**attach**   281:12
309:4
**attached**   309:9
343:11
**attaching**   309:11
**attempted**   146:15
**attorney**   316:2
327:23 342:13,15
343:13
**attorneys**   8:11,25
15:3,15 29:16
**attribute**   171:15
172:20
**attributed**   70:20
71:1,5
**attributing**   206:2
206:12
**august**   4:17
287:21
**australia**   93:5,9
**author**   41:13
58:19 60:7,7,9
92:24 109:7
128:14,22 198:3
198:13
**authorities**   11:19
**authority**   11:25
341:6
**authorized**   342:7
**authors**   9:22
122:5 133:22
**autoimmune**   83:8
83:12 170:15
230:2,9,11 231:6

231:19,20,24,25
232:1,2,4 258:11
258:16,19 292:25
293:3,8
**automatically**
312:19
**available**   8:13
41:19 149:21
168:23 169:11
173:13 175:6
343:6
**avastin**   78:2,6,12
80:20,21 81:3
82:4 103:5 251:16
283:17,21,24
284:3,7 285:6
314:19
**avenue**   2:6 3:4,13
**averaged**   108:19
**aware**   15:7 21:6
34:9 57:13 62:3
63:8 124:1 141:16
142:18 146:3,4
176:7 179:18
194:24 285:1,12
333:13,13
**axilla**   288:24

**b**

**b**   109:23,23
119:10 162:18
214:24
**bachus**   2:3
**back**   12:10 20:9
66:17 83:6 98:8
118:2 119:8,13
122:18,20 163:20
165:9 178:12
180:2 184:8
229:20 256:16,24
260:20 261:5,16
261:22 265:20

266:15 267:21
273:8 276:15
281:24 282:21
285:22 286:9,11
294:8,25 295:4,5,8
308:10 315:10,20
336:7
**bacon** 2:19
**bad** 34:25 56:1
66:1 169:9 315:6
**balance** 297:2
**bald** 267:22
271:12
**baldness** 24:25
25:4,7
**base** 65:3 197:14
206:24 207:1
326:12
**based** 13:7 106:20
136:5 166:19
204:12 215:15
216:9 282:4
290:19 306:12
326:4,4,9 327:9
332:6
**basic** 33:23
**basically** 15:18
26:6 41:5 240:5
304:10
**basing** 210:14
**basis** 64:25
**baudin** 2:9
**bayshore** 1:9
**beach** 2:7
**bear** 144:3
**beat** 328:16
**becoming** 152:25
247:1
**beginning** 16:24
24:16 63:2 154:24
160:13,15 293:15

**behalf** 2:2,14,18
3:2,7,12 5:16,17
5:19,21,23,25 6:2
**believe** 8:11 10:24
12:6 13:20 24:15
28:11 30:16 46:13
47:17,20 59:15
61:24 62:9 68:14
77:5 80:2 109:17
111:12 116:22
119:14 120:4
122:5 129:9 130:1
130:9 147:10
156:19 159:18
160:14 161:1
166:23 170:2
171:1,7,8 172:25
178:16 179:9,16
190:16 191:1
192:2,21 196:7
198:21 202:18
206:5,25 210:11
213:5 215:18
224:15 226:11
243:15,16 244:21
246:6,12 250:4
257:21 261:9
289:3 290:1 292:1
292:5,11 296:21
309:25 316:18
325:12
**believes** 218:24
237:9
**benefit** 297:2
**berglund** 162:18
**best** 6:25 143:2
239:4 267:2 272:3
**better** 50:8 86:18
90:16,20 114:7
153:13 189:7
240:13

**beyond** 22:24
33:15 35:3 37:20
40:2 55:3 70:25
105:15 251:20
252:3 312:22
335:19
**biases** 197:25
**big** 50:13 59:24
65:4 86:4 95:19
100:2 137:23
183:7 202:17
211:21
**billed** 7:19
**biologic** 251:18
**biopsies** 20:3,4,8
20:21 22:25 23:17
73:24 108:25
240:23 241:8,15
241:18 303:18,22
306:16 307:9,20
307:22 308:1
**biopsy** 20:10,11
20:13,14,25 21:10
23:10,14 27:24
28:2,6,8,19,23
29:2,3 111:19,22
113:23 219:9,10
219:14 228:18
233:16,22,22,24
238:7,12,21,22,24
239:8,13,14,18
240:2,14,19,20
241:10 278:14,15
303:25 306:3,3,5,6
306:8,10,12,22
307:2 321:1,3
332:7
**bit** 10:11 79:1 95:2
107:15 111:4
126:9 153:6 155:7
229:25 235:12

238:6 296:4
**black** 243:10
244:6,7,10 245:15
245:20 255:6
282:7
**blinded** 107:23,24
107:25
**blindsiding** 216:23
**blood** 79:6,17,21
79:25 167:8
292:22,24 293:6
298:11,13
**bodies** 237:20
**body** 255:17 258:6
258:12,22 259:2
**bologna** 176:9
**bone** 124:6,13,15
124:18 125:23,24
126:6 177:5,24
178:17
**book** 4:8 9:18,20
10:1,12 11:16
15:23 32:17,19
57:17,19 232:7,7
232:13
**borosol** 248:5
**boston** 3:9
**botox** 170:4
**bottom** 108:16
113:12 185:24
286:7
**boulevard** 2:19
**bourgeois** 4:23,24
322:6 323:22
333:11,14 337:14
**bracket** 266:16
**braid** 235:19
**brandon** 3:15 6:2
**break** 7:2 10:12
66:12 122:13
176:11 179:23

229:14 271:21
272:6,11,25 273:4
273:13
**breakage** 246:1
**breast** 40:16 59:3
76:21 81:7,19
101:2 125:3,6,14
129:25 134:19
136:23 137:2,9
141:4,9,15,19,23
142:2,4,12 143:11
143:14,19 145:24
146:4,6,12,17
147:2 149:6,16
151:5 155:9 156:4
156:12 157:3,18
157:25 158:6
159:9,13,17 160:4
161:25 162:5,20
175:25 179:15,19
186:1 211:15
220:6,13,19 221:1
221:3,6,9,17,21
222:25 223:10
224:12 225:1
276:1 287:23
288:17,19 317:18
324:7
**bring** 15:20
290:20
**bringing** 77:8
**broken** 239:2
**brother** 274:11
**brought** 8:11
15:25 137:23
**broward** 341:4
**bryant** 3:3
**buenos** 50:5
**bunch** 8:7
**business** 169:25

**busulfan** 124:16
124:17 125:10
138:21 140:14,17
140:21 150:24
175:5,10,14 176:7
177:5 178:8,14,24
179:4 224:21

**c**

**c** 27:9 98:20
114:22 119:10,12
210:5 212:16
213:2,6 214:17
**calcified** 278:9
**calculate** 124:3
193:24
**calculating** 189:23
190:10
**calculation** 16:23
19:9
**calculations** 15:9
35:8
**california** 2:7
**call** 231:14 251:18
**called** 20:9 21:6
22:21 33:22 51:3
89:5 91:14 92:24
162:18 170:9
172:1 244:16
247:22 249:12
280:16
**camouflage**
257:23 335:4
**cancer** 4:8 9:21
10:17 40:16 50:4
59:3 76:21 81:7
81:18,19 101:3
102:12 105:20
125:3,6,14 129:25
130:3,3 134:19,19
136:23 137:2,9
141:4,9,15,19,23

142:2,4,12 143:11
143:14,19 145:24
146:1,4,6,13,17
147:3 149:6,16
151:5 155:9 156:4
156:12 157:3,18
157:25 158:6
159:9,13,17 160:5
161:25 162:5,20
176:1 177:22
179:15,20 186:2
203:24,25 204:5
204:12 211:15
220:6,13,19 221:1
221:3,6,8,9,10,17
221:21 222:1,3,12
222:23,25 223:1
223:10,18,22
224:1,9,10,12
225:1,8,16 227:7
227:11,15,15,15
227:16,19 228:1,5
276:1 280:17
284:21 317:18
324:7
**cancers** 81:10,22
81:24 82:5,8,9
124:25 125:8,17
125:20 161:6,13
161:17 162:5,9
220:7 227:3
**cap** 309:1
**capable** 73:19
75:21 82:7 304:14
**capacity** 20:14
**capecitabine**
123:3
**capillary** 78:18
79:3
**captioned** 15:1

**carboplatin** 51:12
51:21 139:6
**care** 301:3
**carefully** 31:5
**carrying** 185:23
**case** 1:7,7 4:11
16:17 17:1 22:18
23:1 29:11,18
30:1 32:23 33:19
37:13,17,22 41:15
49:9 55:22,25
56:3,7 63:20
66:23 70:4 74:9,9
75:25 76:8 81:23
96:23 100:7
103:22 124:4,24
125:20,22 134:11
134:12 137:15,18
141:17 142:12
143:10 148:2
156:10 157:9
158:20 160:14,16
160:17 161:16,24
162:2 166:19
171:16,21,22,24
171:25 172:3,8,10
172:12,16 174:1,3
174:5 175:13,19
176:12 177:1
179:6,13 185:25
188:9,14 189:8
191:16 193:12,15
194:18 204:22
205:8 208:23
210:3 222:11
236:16 239:5
285:12,13 298:13
298:18 312:13
316:2 323:3
325:10 331:23

**cases** 16:22 26:16
38:21,22 50:2,5
51:2 52:10,11,17
55:22 58:13 60:11
67:6,7,25 69:4,5
70:8 72:16,16
78:23 83:14 85:8
85:16,24 122:22
123:8 136:1,12
137:21,23 139:4
139:12,17 142:16
143:13 145:14
155:4 158:24
161:21 194:12,14
180:11 192:23
193:2 194:3,7,10
194:11 202:17
206:6,7,17 208:5
210:1,9,10,19
212:14 213:17
236:12 249:10
256:7 259:18
285:5,6 311:4
320:21 321:1
329:13,14
**cast** 239:15,16
**caucasian** 259:19
**caucasians** 246:5
**causal** 328:1,7
**causation** 64:12
204:11,15,22
**causative** 225:5
248:25 249:4,15
**cause** 1:16 52:2
56:19 65:1 69:1
69:25 70:10 71:10
71:18 78:10 79:11
81:21 83:18 84:12
84:13 87:24 88:5
88:20 89:11 105:2
117:6 124:18

125:9 137:16
138:12,18,21,25
139:6,13 142:1,13
145:11 147:6
159:21 160:8
161:1 178:5 188:8
193:4 195:24
196:4,9 197:11
203:20 206:2,13
207:21,24 209:3
209:16,19,19
210:5 213:2,7
214:12,13,18
217:15,20 224:11
224:16 225:2,19
226:2,3,7,12,16
230:3,6,7,12,13,15
230:21 231:13,16
232:24 233:1,6,11
234:18 244:25
245:2,23 247:13
248:12,19 249:21
250:15,18 251:2
258:12,17,22
259:1,4,7 275:8
276:13 288:14,20
288:24 293:2
298:6,21 304:22
305:8 309:8,18
311:11 312:19,25
313:12,13 326:20
332:2 333:24
334:6,8
**caused** 64:6
131:12 133:17,24
134:8 136:7
139:21 140:4,12
140:22 177:10,18
185:4 209:4
213:15,18,24
224:22 236:1

246:20,25 253:19
259:24 290:25
302:1,3 303:16
313:19 314:5,11
321:13 323:10
324:17 325:9,24
330:5,9 331:6,20
332:8,16
**causes** 64:18 65:22
82:19 83:23 88:8
99:19,24 106:5
130:18 131:10
170:12 213:21
229:25 325:4
327:13
**causing** 61:22
62:11 68:20 69:12
72:10 73:8 74:6
74:20 76:11 80:6
82:7 88:24 135:5
135:10 136:13
143:8,9 147:21
148:12 151:15
160:1,11,25
161:25 179:14
180:14 195:4,11
195:20 196:13
197:7 206:21
210:4 211:5,17
212:11 222:5,11
222:13 223:4,10
224:13 225:20
227:14 228:4
239:21 304:15
305:4,11,15
306:11 311:22
312:8 313:6
**ccca** 111:13 113:6
113:12 218:19,23
219:4,4,10,25
238:16,19,20

239:8 240:25,25
241:6,11 243:12
243:20 244:11,14
244:17 246:11,17
256:2,4,9,13
277:14,15,16,21
277:24 278:4
295:12 296:1
**celiac** 232:4
**cell** 216:10 250:4
**cells** 63:21 250:5,5
250:6,7,11
**center** 50:4 93:1
239:23
**centimeter** 262:5
262:8,9,9,12,15
263:13
**central** 235:9
**centrality** 30:6,9
31:21
**centrifugal** 235:9
**certain** 45:19 98:2
98:17 102:12
172:21 173:12
177:22 207:12
231:25 298:20
**certificate** 341:1
342:1
**certify** 341:6
342:7,12
**ces** 11:1
**chance** 8:8 69:18
**change** 86:17
127:11 171:16,17
172:20,22 321:20
330:6,9 344:4,7,10
344:13,16,19
**changes** 7:9 77:6
177:9 343:10
345:6

**chapter** 10:16,20
  10:21 11:3,7
**characterized**
  42:16 295:16
**charge** 7:13,14
**charts** 15:9
**check** 32:20 58:25
  58:25 115:6 133:6
  135:1 159:7
  160:13 161:20
  179:16 255:23
  261:13 306:8
**checking** 90:9
**chemical** 103:14
  245:22
**chemo** 162:19
  180:22 253:16
**chemotherapy**
  10:13 11:10,19,25
  12:4 13:11 25:9
  30:17,25 31:2,10
  33:5 36:7 40:16
  48:4 51:4 55:6
  59:3 63:25 64:6
  64:18,19,25 66:9
  70:14 71:25 72:3
  73:8 74:5,20
  76:21 80:12,16,22
  81:4 100:22
  101:13,15 102:8
  102:17,19 103:6
  105:15 112:2,9,22
  113:18 117:13
  121:2,7,9 124:23
  126:18 127:5,6,9
  127:14 128:1
  131:13 133:2,11
  133:12,24 134:9
  137:15,17 142:1
  145:12 146:12
  149:6 150:13

155:2 156:6,18,24
  157:12 158:21,25
  163:11,12 175:17
  176:13,19,20,22
  176:24 177:18
  178:3 179:5
  180:19 181:8,13
  182:20,21 184:3,5
  184:7,17 185:1,4
  193:3 206:3,13
  208:2,3,8,17,21
  209:14 211:6
  212:3 213:7,7
  221:5,7 226:12,13
  229:2,4 249:21,25
  251:7,17,20,21
  252:1,3,7,11 253:6
  256:16 257:9,16
  257:18 258:2
  259:9,12,14,16,24
  260:1 261:6 265:3
  270:7,13,21 271:3
  279:2 282:18,25
  283:1,8,18,25,25
  284:18 285:2
  289:19,24 290:25
  293:21 295:11,16
  295:25 301:15,19
  303:20,24 304:5
  304:14,21,23
  305:3,11,15
  310:24 311:21
  312:10,17 313:1,4
  317:4,18 324:7
  331:5 332:8,16
  335:18,21 337:15
**chief** 287:22
**children** 29:6
**cho** 109:13
**choice** 266:4

**choose** 238:25
  239:2 241:10
**chose** 241:8
**chronological**
  252:19
**chronology**
  126:25
**cicatricial** 235:9
**cigarette** 172:16
**cigarettes** 172:15
**circles** 72:6 214:10
**cited** 166:18
  244:16
**cites** 186:8
**city** 2:20
**claim** 331:4,11
**clarified** 203:7,11
**classification**
  33:22 34:5,7,9,15
  34:19,20 279:19
  279:20
**classifications**
  33:24 34:18
**clear** 69:8 189:13
  212:18 257:12
  265:6 302:21
**clearer** 285:10
**clearly** 272:10
  329:5
**cleveland** 3:14
**clinical** 13:19
  14:14 80:15 120:7
  133:11 151:20
  184:15 185:9
  190:20 194:16
  195:9 197:18
  199:12 200:6
  201:20 214:24
  215:4,8,11 216:4
  219:20 228:24
  244:12 246:15,18

266:24 267:1
  270:7 277:11
  284:11 287:8,23
  305:17 311:11,13
  311:15,19,24
  312:3,7 313:12
  326:5,9,15,21
  327:1,19 328:9
  329:20
**clinically** 126:12
  228:15 279:3
  305:14 309:21
**clinicaltrials.org**
  192:4
**clinician** 190:15
**clinicopathology**
  70:8
**clinics** 92:25
**close** 308:6,13
**clue** 245:19
**cme** 10:24 48:2,4,8
  48:12,15,24 49:2
  62:14
**cmf** 134:25 135:4
  135:10,17,20
  136:6 137:1,8,17
  141:3,8,11,15
  143:20 145:23
  146:5 147:16
  148:8,25 163:12
  164:10 165:13
**coan** 3:10 5:25,25
**coffin** 2:9
**collect** 136:22
**collection** 109:13
  109:14
**color** 256:17
**colorado** 2:4
**coloradolaw.net**
  2:5 343:2

**comb** 234:9
**combination**
  140:9,11 226:13
  329:11,14,19,22
  330:4
**combined** 80:22
  214:13
**come** 98:8 169:4
  216:11 269:1
  296:15
**comes** 148:16
  153:20 161:22
  207:16 209:1
  296:11 312:16
**comfortable**
  260:22 261:4
  266:18
**coming** 141:25
**comment** 88:1
  89:12
**comments** 106:10
  106:17
**commission**
  341:15 342:22
**common** 13:12
  28:22 79:5 93:17
  145:16,18 146:23
  147:10 161:1,4,4
  205:23 207:11
  231:17,18 233:10
  243:23 244:23
  246:22 247:18
  248:3 256:18
  278:1
**commonly** 125:9
  147:13 232:2
  243:23
**communication**
  250:10
**communications**
  250:7

**community** 56:25
  57:4 61:21 62:8
  62:10,22 63:5,12
  111:2
**companies** 173:5
**company** 13:21
  88:12 91:9 173:9
  190:4 197:24
**comparative** 92:3
**compare** 91:12
**compared** 93:19
  95:14,24 107:6
  129:7 306:7
  327:14
**comparison** 114:2
**complaining**
  182:13
**complaint** 287:22
**complaints** 168:24
  169:13 296:12
**complete** 34:24
  103:16 117:19
  127:4 132:23
  133:2 269:17
  297:22,23 298:23
  345:8
**completed** 270:13
  289:19,23 343:17
**completely** 22:18
  101:6 124:17
  154:18 209:10,13
  231:9 267:22
  269:20 303:17
**completeness**
  323:20
**completing** 259:9
  259:25
**completion** 259:11
**complex** 197:12
**complicated** 34:4
  63:1 82:2

**composed** 84:21
**computer** 281:25
**concept** 109:12
  128:23 129:1
**concepts** 225:24
**concerned** 20:10
**concerning** 9:13
  319:4 320:18
  321:9 329:6
  332:14
**concerns** 22:12
**conclude** 187:7
  312:19,24 313:12
**concluded** 36:4,9
  61:12 63:5 68:19
  69:11 100:6
  116:19 170:18
  187:22 230:21
  323:10 328:1
  340:3
**concludes** 71:10
  71:14 129:14
**concluding** 142:13
  144:11 193:3
**conclusion** 12:25
  13:8,10,16 35:15
  35:21 64:25 69:17
  74:4 76:10 94:9
  143:3,7 145:11
  187:12 206:20
  281:6 311:20
  320:9 325:12,22
  326:12,18,23
  327:8,11 328:7
**conclusions** 34:25
  35:3 37:13 44:12
  45:23 47:15,24
  62:10 64:12 65:22
  75:9 76:8 93:7
  137:14 150:14
  156:10 157:9

**187:11 330:6,10**
  330:12
**concomitant** 312:2
**condition** 33:7
  93:18 122:9
  173:12,13,15,23
  174:21 190:18
  222:18 228:8,22
  258:17,25 292:25
  293:7 324:14
**conditioning**
  124:6,16,19
  125:23 126:6
**conditions** 154:5
  219:7,8 230:2
  258:11,21,22
  298:6
**conducted** 48:24
**conducting** 254:19
**confirm** 112:23
  228:18 316:21
**confirmation**
  321:4
**confirmed** 320:21
  320:25
**conflict** 50:15
**confuse** 75:13
**confused** 113:2
  169:22
**connected** 342:16
**connection** 9:5
  12:12 15:11
**connor** 2:21 5:10
**consent** 28:2,6,19
  29:8 284:17
**consented** 284:17
**consenting** 29:3
**consider** 16:24
  108:22 257:18
  326:17,19,21

**considered** 14:24 256:19 318:20 322:19

**consistent** 256:2 276:18 327:11 328:8 329:19

**consultant** 31:20

**consultation** 7:15

**consulted** 30:2

**consulting** 16:15 16:18

**contact** 14:10

**contain** 15:13 29:12 76:23 77:3 77:4,10,11,15,20

**contained** 15:2 162:7

**containing** 77:12 77:22 139:20 207:17 222:12 223:18 227:14 312:18

**context** 167:7,9

**continent** 93:9

**continents** 94:10 94:15

**continue** 261:16 270:24

**continued** 261:22 261:25 262:22 263:5 265:8,14 286:15 287:7

**continues** 260:20 265:25 266:12,15

**continuing** 321:23

**contributed** 120:18 324:13

**contributing** 201:8,8,12 309:23 310:12,18 325:13 325:18

**contributions** 109:12 128:22

**control** 97:22

**controlled** 131:22 186:4 187:8,16 327:3

**conversation** 22:24 23:21 56:22 59:21 86:10

**conversations** 13:25 19:21 22:25 27:20,23 28:1,4,14 29:15,17 40:3 49:21 215:17 307:16

**cool** 272:11

**cooling** 54:11

**copies** 10:2 15:12 343:14

**copy** 10:1,3 262:25 263:1 316:18

**corcowski** 38:2

**core** 199:9

**corner** 318:17

**correct** 31:18 113:24 123:8 163:23 180:9 246:19 280:23 299:14 302:24 303:1 307:1 318:3 318:21,23,25 319:24 320:13 322:12,23 323:4 323:17 324:3,9 325:14 327:3 328:2 331:23 335:8 337:25 338:1 339:5 345:8

**corrected** 11:7

**corrections** 345:6

**correctly** 326:25 327:25

**correlation** 171:4

**correspondence** 216:18

**cosmetic** 170:6

**cosmetics** 170:5,7

**counsel** 5:8 315:14 325:2 328:22 330:13,18 331:2 332:20 334:10,14 336:13 338:23 342:13,15 343:14

**counselor** 8:18 163:19 164:4 272:2

**count** 21:22 22:9 88:14 89:24 91:14 91:17 92:8,9,16 108:22 191:22

**counted** 76:2

**countries** 167:12

**counts** 22:4 57:1

**county** 341:4 342:4

**couple** 10:23 176:10 336:11

**course** 14:25 21:14,21 29:5 67:25 90:11 96:18 149:9 171:21 173:17 207:7 228:25 230:19 235:21 240:3,12 267:21 288:23 305:6

**courses** 51:11 163:12

**court** 1:1 6:23 7:25 10:8 16:5

**17:9,22 18:2,13** 29:21 40:10 95:10 108:10 114:9 128:7 162:24 185:18 215:25 260:13 280:12 286:4 287:17 294:21 302:9 316:9,24 317:9 322:2 323:24

**covered** 29:17 163:20 164:18

**covering** 164:17

**cox** 3:15 6:2,2

**crayton** 1:7 27:6,8 28:16 343:4 344:1 345:1

**created** 15:10 307:6,8

**credit** 27:3

**criteria** 253:12 263:10 275:21 292:20

**critical** 128:24

**criticisms** 111:1 192:15

**cross** 4:3 83:24 315:22

**crown** 240:24 276:16 281:3 306:10

**cs** 343:15

**csears** 2:21

**cta** 295:6

**cumulative** 99:15 99:23 115:4,14,18 116:9,12 117:4,22 118:6,14 319:6,13 320:12 333:15,23 337:1 338:14,16 338:20 339:9,16

339:19
**curling** 234:23
**curly** 257:3
**currently** 240:9
303:12
**curres** 41:15
**curtis** 37:7
**cut** 20:13,24
**cuts** 277:8
**cutting** 20:19
**cv** 1:7,7 4:22
316:19
**cycle** 52:20 53:10
53:15 115:18
123:2,10 153:11
153:12 155:1
337:2
**cycles** 114:23
115:11 116:2
153:6,9,10 225:11
225:13,19
**cycling** 78:21 79:3
79:7 154:4,21
**cyclophosphami...**
51:12,16 52:7,10
53:3 67:2,8 82:14
82:19,23 83:11,14
83:23 84:4,11
95:15 124:5 125:6
125:16,19 135:21
136:2 138:4,7,8
139:17 145:17
146:22 147:14,16
147:20,25 148:11
148:18 150:3
159:12 162:14
163:13 179:14,19
180:9,13 186:5
187:9,17 206:22
207:18,20 208:12
208:23 209:5,15

210:17,20,24
221:10,12 224:23
251:11 310:25
313:14,25 314:11
317:19
**cynthia** 1:7 5:13
30:5 31:20 32:7
36:13 37:9,21
127:7 319:14
320:23 321:4,12
323:17 324:12
325:13,24 332:2
332:16 333:3
334:14 335:7,13
**cytokeratin**
236:12,24
**cytotoxic** 132:19
133:11

**d**

**d** 3:15 4:1 29:25
39:22 109:25
119:10,21 162:18
276:3,4 289:7
298:16
**d'atri** 50:4
**dade** 342:4
**damage** 245:23,25
250:10
**damaged** 131:8
**danbee** 109:24
**danna** 39:20,22
289:6,14
**darin** 2:4 5:12
343:1
**data** 49:5 79:4
100:1,2 109:14
117:25 142:20
171:6 198:17
200:1,18 201:4,24
202:14 222:7,10
227:20 244:20

260:2 312:15
**database** 23:25
24:5,10,13
**date** 5:3 146:9
150:12 158:11
167:11 344:24
345:12
**dated** 4:23 16:9
17:13,17 18:6,17
322:6 342:18
**dates** 158:19
159:10
**davis** 2:7 5:17,17
8:14,16 95:8
**day** 16:25 17:6,7
142:7 159:2
321:18 341:10
342:18 345:15
**days** 7:6 261:20
343:17
**dd179981** 341:15
342:22
**decades** 156:1
**december** 1:10
4:16,23 5:3 286:2
316:22 322:6
341:10 342:18
343:3
**decent** 246:10
**dechert** 3:3
**dechert.com** 3:5
**decide** 62:14
**decision** 326:4
**declare** 345:4
**decrease** 79:25
**decreased** 254:13
254:18 255:1,5
**deemed** 215:19
345:6
**defendant** 3:12

**defendant's** 4:20
**defendants** 3:2
5:22 8:1 9:8 10:9
15:6,17 16:6
17:10,23 18:3,14
29:22 40:11 95:11
108:11 114:10
128:8 162:25
185:19 260:14
280:13 286:5
287:18 294:22
302:10 316:13
**defense** 316:2
325:2 327:23
328:21 330:13,18
331:2 332:20
334:10,13
**defer** 219:19
**deficiencies**
248:16 259:1
**deficiency** 248:15
276:12
**deficient** 276:3,7
276:11
**define** 253:11
**defined** 42:6,9
43:1,7,18 44:3,7
44:10,20 45:24
59:14 60:18 64:1
**definitely** 12:6
119:15 122:6
131:1 139:24
144:15 159:6
177:23 191:22
246:5
**definition** 250:23
**definitively**
227:22,23
**degree** 164:2
325:11

denies  288:5,7
denoted  102:20
density  86:6,13,17
  86:18 87:10
  108:21,22 109:4
  110:9,20 119:25
  191:21 193:7
  254:2,13,18 255:1
  255:5 256:3
  263:16 264:24
  270:8
denver  2:4
department  110:1
  110:7
dependent  51:10
  120:13,24 121:19
  276:22,24,25
  277:3 295:17
  333:7
depends  54:16
  103:13,14 121:20
  126:24 167:12
  173:1,15 189:10
  191:19 219:3
  238:14 249:2,19
deponent  164:12
  343:13 345:3
deposed  7:5,16
  200:8 289:10
  331:3
deposing  343:13
deposition  1:12,15
  4:21 5:5 6:20 7:15
  8:4 12:13 14:4,6
  16:13 26:2,8,9,12
  26:20 36:13,16,20
  36:23 37:2 38:5,7
  38:10,10,15 39:1,7
  42:4 43:9,11
  56:23 59:22 63:21
  72:22 74:12 96:10

96:15,22 163:21
  163:22 164:6,19
  200:11,12,13,16
  200:20,23 201:4
  201:13,23 202:5
  202:10,11 203:2,5
  203:6,10,11
  216:11 234:5,20
  238:6 277:8
  278:17 289:11
  293:16 297:16
  299:10,14,21
  300:12 307:14
  316:14 328:22
  329:8 330:9,14,23
  330:25 342:8
depositions  12:11
  26:8,15 37:20,21
  37:25
deposits  282:8
dermal  250:6
dermatofibroma
  289:4
dermatologic  4:7
  9:20
dermatological
  47:6 56:10 57:4
  111:2 198:23
  208:20
dermatologically
  12:3
dermatologist
  45:8 48:7 67:18
  68:15 109:3,22,24
  110:5,6,12 145:19
  175:11 189:15
  192:20,22 193:2,7
  193:15,22 206:1
  206:11,16 228:21
  289:7,16,17,18,20
  289:23 290:3,7,15

290:24 291:3
  296:5
dermatologists
  47:14 48:6,18,20
  49:22,25 50:3
  67:24 68:4 109:18
  110:24 167:15,23
  168:3,24 169:12
  169:20,23 170:3
  171:3,9 176:9
  193:14,20 279:13
  289:1 298:25
dermatology
  67:22 68:10,12
  109:18 110:2,3,7
  110:13 172:18,23
  192:5
dermatopatholo...
  75:24
dermatopatholo...
  45:6,10,11 57:25
  61:8 62:16 73:23
  74:2 75:11,15
  85:22 111:18
dermatopatholo...
  57:9
dermatopathology
  37:8
dermatoscopy
  238:24 239:1,14
dermis  21:11,17
  21:23,25 22:13
describe  58:20
  295:19
described  9:4 49:6
  67:5 242:18
  276:22
design  109:12
  128:24 129:2
  130:12 198:14,21
  205:11

designed  132:18
  198:13
designing  205:12
desquamation
  243:13,18
detect  206:6,17
detected  194:11
  206:17
determinant
  202:20
determination
  332:15
determine  64:6
  73:7 74:19 105:25
  134:8 135:9 136:6
  136:13 137:18
  176:3 203:20
  207:19,23 281:25
  305:11 312:13
  325:3 332:7
determined
  331:23
determining  147:5
  148:10 196:4
  249:3
develop  34:6
  70:13 96:8 127:2
  131:5 148:25
  184:13,14,18
  209:21 249:8
  268:24 269:18
  270:24 271:6,19
  272:17 273:2,15
  312:1 314:25
developed  311:1
  324:23
developing  14:25
  79:12 127:5
  217:22 229:2
  271:11 327:14

development
  190:17 201:9
  324:13
develops 224:18
  253:15 271:10
diabetes 275:16
diagnosable
  228:12
diagnose 20:14
diagnosed 228:22
  321:13
diagnoses 111:10
  111:20,24 112:7
  112:10,11,16
  113:4,13,24
  295:10,23 312:6
diagnosing 245:19
diagnosis 20:25
  23:13,15,16 112:1
  112:4,5,8,13,20,23
  112:25 113:10,16
  113:17,19 119:22
  120:2 131:1
  133:12 150:7
  181:2,25 182:10
  185:8,10 190:20
  192:21,23 193:6
  193:10 206:25
  207:1,10 219:5
  228:18,19 229:8
  229:12 238:8,10
  239:5,12,20
  240:19,22 241:13
  244:14 246:8,14
  252:17,18 253:13
  253:21 269:14
  295:20 296:16
  301:22,24 305:7
  306:18
diagnostic 23:18
  233:22 236:19

238:2 243:19
diameter 108:18
  109:5 110:9
die 176:20
died 58:9 175:22
  175:24 177:6
diet 234:3
difference 32:11
  86:5 93:11 94:11
  94:20 154:15
  195:9,18,24
  196:20,25 197:6
  197:20 203:18
  204:3 205:4
  218:22 292:20
  293:4 307:12
differences 204:17
different 32:4
  44:12 45:3 47:15
  47:23 48:16 49:13
  50:16,21,23 54:17
  61:21 62:10,22
  63:13 74:13 75:8
  75:13 79:1 89:22
  93:8 94:16 101:6
  108:24 123:12
  124:10,17 127:1,7
  132:22 138:1
  150:9 154:8,19
  175:23,25 176:17
  181:1 187:4 190:4
  196:25 206:9
  219:6,8,23,25
  221:6 222:4
  225:24 231:8,9
  238:16 242:18
  246:14 248:20
  251:17 254:15,17
  255:4,7 256:17,24
  268:2 269:18
  272:21 281:6

282:13 283:19
  296:17 309:6,20
  337:15
differential 111:10
  111:20,24 112:3,4
  112:6,10,11,16,25
  113:3,10,13,19,24
  193:10 218:24
  219:5 241:6
  244:13 246:16
  295:10,20,23
  306:18 312:6
differently 84:5,7
  123:20
difficult 21:4
  86:22 95:7 119:7
  171:15 172:20
  200:14,20 202:6
  210:11 235:3
  245:9 246:9
  247:16 248:25
  249:5,10,15
diffuse 92:19
  119:3,11,13,14,15
  119:15 120:9,11
  120:23 121:18
  129:6 276:20
  295:16 333:3,6
direct 4:3 6:10
directly 329:17
disagree 42:8,11
  42:14 43:2,18
  44:2 48:10 59:23
  59:23 73:16 169:1
  244:5 248:1
  279:16 299:20
disagreement
  56:24 332:21,22
  333:1
disappear 47:10

disclose 216:21
disclosed 215:16
  222:18
discoid 218:14
discontinued 96:4
  99:11
discuss 20:2 50:23
  297:6 318:8
discussed 10:18
  278:12 305:17
discusses 317:22
discussing 81:19
  126:4
discussion 20:7
  122:4 125:12
  149:24 204:9
  237:3
discussions 236:23
  306:1
disease 56:6 83:12
  130:20,21 131:20
  131:21 132:1,5,6,7
  132:8,11 170:8,9
  196:24 207:11
  209:20 230:5,9,12
  231:6,10,13,19,20
  231:25 232:1,2,4,4
  233:6,14 239:9,18
  239:20 240:2,8,10
  291:12 293:2
  298:24,24 301:11
diseases 83:8
  231:24 298:20
disorder 173:6
  244:16
disorders 10:17
  29:7 171:10 173:4
  258:19 270:3
  311:17
disproven 252:16

disregard 205:6 205:10
disregarding 201:22
disrupt 154:21,24
distinction 91:2 103:10 257:15 331:5,11
distinguish 182:14 256:23 331:19 334:20
distinguished 46:4
distinguishing 245:8
distributed 255:6 255:10,14 256:5
distribution 245:18
district 1:1,1
divided 62:25 191:6
dna 83:24
docetaxel 1:4 9:13 13:12 70:15,18 96:4 99:1,4,12 116:1 123:1,9 145:17 201:21 302:23 317:20 323:2,10 327:19 333:17,24 334:6 336:20 337:20,20 338:4,7,17,19,21 339:1
docotaxel 116:6
doctor 10:23 11:15 62:4 117:23 169:3 183:7,8,9 229:8,11 291:6 319:5,21 323:21 324:11,20 325:2 325:23 326:21

333:13 334:10,18 335:6
doctors 50:21 61:20,24 62:3,7,9 62:22 63:4,12 152:23 207:1
document 1:6 7:24 10:7 16:4 17:8,21 18:1,12 29:20 40:9 95:9 108:9 114:8 128:6 162:23 185:17 202:16 203:5 260:12 266:20 267:2 280:11 286:3 287:16 294:20 302:8 316:8,23 317:8 322:1 323:23
documentation 267:12
documented 266:21 267:13,15 267:20 301:17
documents 9:10 9:14 14:23 15:10 264:1,4
doing 60:25 87:9 113:9 142:11 164:20 170:4,5 172:8 218:21 229:1 267:2
don 110:8
dong 110:3,4
dosage 125:24 317:4 318:19 319:5,7 320:11,12 321:23 322:18 323:8 333:15,23 334:4 336:18,20 336:24 337:20

dosages 323:11,11
dose 51:10,18,25 52:1,13,14,19 55:12 96:2,5,8 99:9,12,13,19,23 100:5 102:5 107:9 107:12 115:4,14 115:18 116:9,13 116:19 117:2,6,15 117:24 118:6,9,13 118:14 123:9 124:9 162:4 225:9 302:23 319:13 323:16 337:1,2,3,5 337:9,24 338:15 338:16,20 339:4,6 339:9,16,18,19
doses 52:7 96:6 117:22 118:3 126:2 338:10
dosing 72:20 99:4 99:14,15 117:21 124:12 225:20
dots 245:7,16,18 254:16 255:7,11 255:15 256:5
double 76:2
doubt 260:3
doxorubicin 139:13,20,25 145:18 146:22 186:5 251:11
dr 5:5 12:7,15,16 12:18 13:15 14:1 14:11 20:1 23:1,9 25:15 26:9,11,20 34:12,15,21 35:15 38:5 39:7,14,15,20 42:3,11,18 44:18 45:4,15,18 47:20 49:4,8 50:6,10,16

51:2 56:23 57:17 57:21 58:9 60:1,4 60:16 61:2,12 72:22,23 73:5,18 74:12 98:6 104:8 109:6,21 110:3 111:7,23 144:7 187:12,18,22 189:17 190:7,9,23 192:2 198:8,10,12 198:16 200:8,13 200:17 201:3,11 201:22 202:9 218:21 236:12,24 239:3 243:15,24 244:9 289:6,14 294:18,25 299:11 305:2 307:6,16 315:24 316:17 318:7 327:19,25 328:6,22 329:7 330:14,19,24 331:3,22 332:6,11 332:14,23 343:5 344:2,24 345:2,4 345:12
draft 11:6 15:12
drafted 41:20
drafting 128:18
drinking 233:11
drive 1:9
driven 238:7
drug 13:22 32:15 32:20,20 33:6,16 38:22 52:1 63:25 64:6,18 65:22 68:20 72:9 73:7,8 74:5,5,19,19 77:15 78:24 80:12 82:7 82:8 87:15,24 88:5,10,20,24

89:10 91:7,11
92:2,3 100:21
105:7 117:24
121:2,7 124:17
125:9 135:4,10
136:6,13 137:15
137:22 139:21
140:4,9,12,22
142:1,13 143:8
144:11,13,13
145:11 147:6,7
151:14 175:18
176:13,15 177:18
178:4 179:5
180:14 185:4
195:3 197:7,10
202:22,23 209:20
211:6 212:3 213:7
217:15 223:10
225:4 247:11
248:25 249:4,12
249:15,19,21
284:18 305:3,11
305:15 311:21
312:8,12,14 325:4
325:8,12,17
329:18 331:5,19
**drugs** 13:13 32:18
33:1,3,9 36:7 40:7
65:1 69:4 71:25
72:11 77:16 79:2
79:17,20,24 81:6
81:13,21 83:3,17
90:19 91:10,12
105:1,2,5,15 117:5
117:13,13 124:23
124:25 125:5,14
135:20,24 136:13
136:22 140:11
142:3,7 143:9,10
145:10,15 147:11

147:13 148:18
149:20 150:13
156:24 157:17,19
158:12,16,19
160:20 162:7
168:16,22 176:25
178:3,5 185:1
208:8,17 209:2,14
210:10 213:11,14
213:16,20 221:5,7
222:3,5 223:3
224:12,16,17,25
226:21 247:8
251:7,9,15 259:14
282:18,25 283:21
284:4 285:17
303:20,25 304:6
304:14,21,23
311:25 312:3,11
313:1 317:5
327:14 329:23
330:4 331:15
332:8,16
**dry** 282:6,7,10
**dryers** 234:13,14
**dschanker** 2:5
343:2
**due** 10:17 13:11
25:8 38:20 96:5
120:18 126:22
127:17 142:17
170:19 172:21
173:21 179:9
208:2,3 233:10,11
246:10 253:22
257:8
**duly** 6:7 341:8
**dye** 234:18
**dyes** 234:17,21

# e

**e** 4:1 14:3 19:21
22:21,21 24:1
27:8 40:14 68:25
119:10 162:18
172:15 216:25
344:3,3,3
**ear** 278:18,21,24
**earlier** 93:22
124:11 167:5
186:12 208:22
209:23 220:5
232:5 292:4
293:15 302:6
305:1 330:16
**early** 156:16
244:14
**earth** 266:20
**easiest** 8:22
**eastern** 1:1
**easy** 249:7,9
**eccentric** 244:4
**edition** 32:19
**effect** 32:20 62:3
78:7 117:6,16
275:17 324:8
**effective** 157:19
168:20 169:17
**effects** 13:20,22
32:18 53:14 81:14
117:22 162:18
232:8 247:9,12,18
248:4
**effluvium** 130:20
154:9,10 155:5
193:9 230:7,13
231:13 232:15,19
248:20,21 249:8
276:13 293:3
298:14,18

**effort** 161:15
**eiac** 129:7,10
**eight** 16:25 17:7
69:19,20 184:4
**either** 79:14
131:12 227:14
238:25 293:3
305:16 339:8
**elastin** 237:4,12,18
237:22
**eligible** 133:10
**ellis** 3:13
**emerging** 324:8
**emphasis** 160:20
160:21
**employee** 342:13
342:14
**encounter** 4:19
299:10 302:17
**ended** 320:13
322:22 323:9
**endocrine** 67:11
72:16 129:11,15
129:23 131:13
132:20,24 133:3
133:13,14,18,24
134:4,9 180:19,22
181:3 182:19
183:16 184:10,11
248:12 250:15,18
251:2 252:18,20
253:2,10,12,14,17
253:19,22,23
268:23 280:17
**endocrinologist**
291:11,14
**endoscope** 282:7
**endothelial** 78:15
**english** 98:17
200:15 202:4

**ensure** 98:2
   131:11
**entire** 9:4 35:5
   36:16,22,23 38:12
   202:9,11 299:10
**entirely** 60:18
**entries** 30:4
**entry** 31:19 32:6
   32:14 33:21 36:12
   37:7
**epidemiological**
   204:12,21,25
**epidemiologist**
   110:1
**epidermal** 100:25
**epirubicin** 123:1
   317:19 338:3,19
**epithelial** 244:4
   250:5
**errata** 343:11,13
   343:17
**eruptions** 32:15
**escape** 192:23
**especially** 125:19
   202:3
**esq** 2:4,7,11,17
   3:10,15 343:1
**esquire** 2:21,22
   3:5
**essentially** 235:25
**establish** 217:19
**establishing**
   204:22
**estrogen** 59:19
   61:13 62:19
   102:14
**et** 343:4 344:1
   345:1
**etcap** 122:25
**ethnic** 244:16

**europe** 45:9,12,13
   93:4,9,20 153:3
**evaluate** 21:9
   27:21 189:12
   298:16
**evaluated** 189:11
**evaluating** 178:4
   189:15
**evaluation** 190:20
   198:23 327:6
**evening** 315:24,25
**event** 24:9 25:22
**events** 24:6 25:16
**eventually** 266:17
**everybody** 59:16
   109:11 120:13
   123:19 170:4
   234:14
**everybody's** 170:4
**evidence** 38:18
   91:11 209:11
   223:14,15 326:17
   326:19 330:5
**evident** 89:24
   119:6 245:11
**exacerbate** 80:21
**exactly** 22:8 25:18
   39:4 49:16 53:6
   82:16 84:8 87:4
   93:20 153:3 158:9
   159:18 164:19
   170:14 172:7
   175:8,12 201:15
   237:14 247:15
   262:25 273:21
   285:16
**exam** 152:17,25
   287:23
**examination** 4:2
   6:10 183:8 184:15
   244:12 246:15,18

270:7 277:11
   315:22 326:10
   336:9
**examine** 228:16
**example** 44:10
   63:12 75:7 131:19
   174:7 175:17
   179:4 203:23
   247:11 258:18
**examples** 62:21
   80:3 176:24
**excessive** 232:13
**exchanged** 14:3
**exclude** 113:9
   130:12 303:17
**excluded** 130:17
   130:23 131:9
   132:1,5,20
**excluding** 29:15
**exclusion** 72:10
**exclusive** 244:1
**exhibit** 4:7,7,8,9,9
   4:10,10,11,11,12
   4:12,13,13,14,14
   4:15,16,16,17,18
   4:19,20,22,22,23
   4:24 8:1,4,6 10:6
   10:9 12:10 16:1,6
   16:8 17:10,12,16
   17:23 18:3,5,14,16
   29:22,24,25 40:11
   40:14,14 68:25
   95:11 108:11,13
   114:10,12 128:8
   128:10 162:25
   163:2 185:19,21
   260:14,16 261:14
   261:14 280:13,15
   281:12 282:11,15
   286:1,5 287:18,20
   294:19,22 302:10

302:12,13,22
   305:19 316:10,12
   316:18,25 317:10
   317:12 318:2
   322:3,5,8 323:21
   323:25 336:16
   337:13 338:24
**exhibits** 4:5 36:13
   333:12
**existed** 159:5
**existence** 48:21
**existing** 192:7
**exists** 47:14
   121:12 218:18
   325:7
**expected** 316:4
**expenses** 297:2
**experience** 46:6
   64:22 65:4,5
   208:4 209:7
   219:20 270:4
   326:5,10,16
   327:12 328:9
   329:20,25 331:14
**experimental** 81:6
   81:13 284:4,7,11
**expert** 4:14 11:9
   12:11,16,18 15:2
   19:20 28:15 39:15
   40:14 41:20 47:21
   49:8 60:4,10 61:8
   66:22 73:19,24
   76:1 117:21
   124:12 125:25
   156:4 157:4
   162:11 185:21
   186:21 270:3
   281:9 318:3
   330:10
**expertise** 64:15
   98:17 141:22

142:8,9 143:23
155:11,16 156:3
177:14,19 179:2
190:2,18,19
220:10
**experts** 19:22
24:13 42:18 44:11
47:18 157:4 171:6
**expires** 341:16
342:22
**explain** 25:4 46:15
46:22 55:15 56:14
59:17 86:2 91:4
144:5 224:21
245:13 320:20
**explained** 46:2
217:17 321:4
**explaining** 214:16
**explanation** 121:1
172:9
**exposed** 324:22
**exposure** 324:12
324:17
**extensions** 235:21
236:8,9
**extent** 85:20
144:10 193:12
203:6 230:20
**extraordinary**
152:21,22
**eyebrow** 152:5,7
244:25
**eyebrows** 245:3
**eyelash** 152:6,8
**eyelashes** 245:4

**f**

**f** 24:1 110:2,3,6
119:10,14 281:12
282:11,15 302:13
302:22 305:19

**f.p.r.** 1:13 341:14
342:6,21
**fac** 194:25 195:3
195:10 197:6
**face** 280:25 281:1
294:3
**facial** 290:4,8
**fact** 112:19 179:10
207:10 248:11
267:13 313:10
323:16
**factor** 78:15 101:1
101:1 172:1,2,4
174:8 190:17
201:8,9,12 202:24
213:14 226:11
235:8 243:19
274:24 275:4,12
309:23 310:1,9,12
310:18 312:2
313:7 325:13,18
**factors** 92:9
174:19,23 235:1,6
297:20,24 298:2
298:19
**faers** 23:25
**failed** 216:21
**fails** 343:19
**fair** 325:23 327:8
328:6 335:17
**fall** 154:20 182:15
**false** 171:4
**familiar** 24:5
135:13,19 317:15
**far** 13:18 31:6
158:19 195:10
268:12 284:24
291:1,22 331:21
**fat** 233:9,9 278:12
**fda** 24:6 25:16

**feature** 244:6
**features** 42:15
46:10 48:3 103:14
254:21,25
**february** 261:12
262:14,22 263:4
265:7,13 282:19
282:20 283:2,2,11
283:22 284:1
287:3,11
**fec** 317:19 338:25
**feel** 72:5 260:22
261:4 265:11
266:18 296:23
316:5
**feels** 48:17 266:3,6
**felt** 265:21
**female** 98:7
122:10 248:13
262:3
**females** 246:3
**ferritin** 276:8,9
**fibroids** 277:13,16
277:22,25 278:1,2
278:5,8,9
**fibroscan** 233:19
**fibrosing** 170:10
170:12,19 218:12
219:24 245:1,6
258:16
**fibrosis** 47:7,10,11
233:14,15,17,20
233:25 234:1,2
242:24 243:3
277:18,22 278:10
278:13,15
**fibrous** 243:2,3
**field** 21:20 64:15
65:5 91:8 171:18
172:18,23 177:14
177:19 179:1

220:9
**figure** 118:21
122:23,24 280:20
**file** 9:4 271:15
**filed** 1:15 6:6 8:25
12:14 291:17
**files** 39:8
**final** 109:16
186:17
**finally** 173:2
338:23
**finance** 144:9
**financially** 342:16
**find** 32:17 71:20
93:10 94:11,19
97:18,19 160:15
160:23 170:3,5
175:14 204:2
243:25 310:11
**finding** 44:6 66:1
242:23 256:2
**findings** 42:6 43:1
43:18 44:2,10,19
45:24 46:23 47:1
58:17 59:13 60:17
61:3 89:18 91:25
219:12 241:23
242:5,14 256:4,8
**fine** 165:5 216:17
**finish** 105:17
200:25 272:14
283:2
**finished** 282:20
308:6 315:5,12
**firm** 216:18
**first** 6:7 18:10
20:10,24 26:16
34:12 36:24,25
49:9,20 56:9,10
59:1 60:6,7 127:6
129:4 157:24

158:6 159:8,12,16
160:4,12,17
161:12 166:3
167:2 168:15
172:13 175:9,13
179:13 225:22
236:11 243:3
259:17,17 260:19
283:13 296:3
312:9 317:22
331:3 337:19
**five**  16:14 17:6
96:6 108:4,18
110:16,21 139:19
140:3,16 156:20
211:16,18,23
212:2 278:4
287:13 336:2
337:15
**fixed**  309:2
**floor**  3:9
**florida**  1:9,14
341:3,15 342:3
**flow**  79:21,25
**flowing**  79:6
**fluoroucil**  317:19
**fluorouracil**
135:22 136:3
138:12 163:13
**focus**  149:20,24
167:15,23 169:23
**focused**  125:3
168:4 171:10
**focusing**  65:8
125:13 337:3
338:18
**follicle**  22:20 46:3
47:8,10 63:17,18
84:18,19 87:2,6,11
87:12,25 88:22
90:5,8 243:4

244:7
**follicles**  22:10 57:6
57:10 58:3 62:18
63:6 84:19,22
86:4 90:3 243:2,5
243:8,9,10 250:2
**follicular**  57:1
84:21 85:2,5,7,12
85:25 86:3 245:10
**folliscope**  89:5
**follow**  4:24 290:1
323:22
**followed**  53:4
98:25 123:2
133:12 338:25
**following**  5:1
40:16 99:11
291:11
**follows**  6:8
**fonia**  58:25,25
59:1 60:2,3,4
**footnote**  108:17
186:8
**foregoing**  342:8
345:5
**form**  4:18 7:10,21
10:15,25 11:5,12
11:21 12:2,20
13:9,17 14:16
18:23 19:8,15,23
20:17,23 21:13,18
22:1,6,16 23:3,11
23:22 24:2,7,14,21
25:1,10,17 26:21
26:25 28:10,20
29:4 30:22 32:24
33:10,18 34:3
35:9,18,25 36:8,18
37:4,14 38:8,16
39:2,9,17 40:18
41:4,11,23 42:7,13

42:22 43:4,15,20
44:4,14,21,25
45:25 46:19 47:3
47:16 48:1,14
49:1,10,15 50:20
51:6,17,22 52:3,8
52:16,23 53:5,23
54:6,24 55:17
56:2,16 57:2,12,18
58:8 60:20 61:5
61:16,23 62:12,24
63:7,14 64:2,8,13
64:20 65:2,12,24
67:4,13,19 68:5,21
69:2,14 70:1,11,22
71:3,12,19 72:1,12
72:25 73:10,15,21
74:7,14,21 75:2,10
75:17 76:3,14,24
77:13,24 78:4,13
78:22 79:8,19
80:1,8,24 81:8,16
81:25 82:11,15,20
83:9,19,25 84:6,14
85:10,13 86:20
87:13 88:3 89:1
89:15,19 90:22
91:5 92:6,20 94:2
94:13,23 96:11,17
97:1,10 98:13
99:20,25 100:8,19
101:22 102:2,9,23
103:4,20 104:4,15
104:20 105:3
106:11,24 107:20
109:9 110:10,18
111:5,6,9 112:1,7
112:18 113:7,15
115:23 116:15,21
117:8,17 118:16
119:5,20 120:10

120:20 121:4,16
123:14,18,25
125:1 126:3,14,23
127:19 128:3,19
129:17,24 130:8
130:14 131:15
132:3,13,21 133:4
133:19 134:1,10
135:6,12,25 136:8
136:15,20 137:3
137:10,20 138:5
138:14,22 139:2,8
139:15,22 140:6
140:13,18,24
141:5,10,20 142:5
142:15 143:4,12
143:21 144:14
145:13 146:19
147:8,23 148:14
149:1,7,14,22
150:5,15,22 151:6
151:16 152:2,13
153:23 154:7,22
155:10,15,21
156:2,14 157:1,13
157:21 158:1,7,14
158:22 159:22
161:8,18 166:1,10
166:21 167:17
168:1,10,18,25
169:14 170:1,13
171:12,19 172:24
173:14,24 174:10
174:22 175:21
176:16 177:3,11
177:20 178:6,15
178:25 179:8
180:10,15,25
181:10,17,24
182:8,24 183:5,19
184:1,20 185:6

186:15 187:2,10
187:19 188:1,5,12
188:20,25 189:9
189:19,25 190:13
190:25 191:7,18
192:10,17 193:5
193:17 194:1,20
195:5,13,22 196:6
196:15,22 197:9
197:22 198:5,9,19
199:2,7,15,21
201:5,14,25
202:15 203:9,22
204:14,24 205:9
205:20 206:4,23
207:6,22 208:13
209:6,17,25 210:7
210:18,25 211:8
211:19 212:5,13
212:22 213:4,12
213:22 214:6,15
214:25 217:16
218:10 219:15
220:2,14,22 222:6
222:14 223:5,12
224:2,14 225:3,21
226:8,17,24 228:2
228:9,23 229:10
230:23 231:3,15
232:10 235:2,16
236:17 237:7,13
237:25 238:13
240:4,21 241:9,16
241:25 242:7,16
242:25 243:21
245:12 247:2
248:7,18 249:17
249:23 250:12,17
251:4,22 252:5,12
254:9,20 255:2,13
255:19 256:20

257:1,10,20 258:3
258:8,14 259:6
260:7 262:4,16,24
263:7,14,25 264:6
264:17 265:1,15
266:1,13 267:4,17
268:4,9,21 269:3
269:13 270:1,9,18
270:25 271:8
273:16,24 274:14
274:16,20 275:1
275:10 277:4
279:5,17 280:1,24
281:8,21 283:5,9
283:24 284:5,13
284:23 285:4,15
285:24 286:17
287:4 288:15
291:8,25 292:10
293:1,9,23 294:5
294:13,17,24
295:2,3,5,8,13,24
296:8,25 297:7
298:22 299:12,22
300:4,24 302:25
303:19,21 304:1,7
304:8,16 305:5
306:4,14,23,25
307:18 309:24
310:7,13,19 311:2
311:7,23 313:2,15
313:20 314:1,6,12
314:20 315:1
318:4,12 319:1,9
319:19 320:2,14
320:24 321:6,14
322:13,24 323:5
323:13,19 324:15
324:24 325:15
326:1,8 327:4,15
328:3,12 329:12

329:24 331:24
332:4,10,25 333:5
333:18,25 334:7
334:24 335:23
338:11 339:10,21
**forms**  83:7,10
184:19 218:8
228:15 230:8,11
270:16 305:24
**forward**  294:4
**found**  57:5 61:25
63:6 71:22 80:16
130:1 144:17
178:9 243:23
254:2,4 303:2
**four**  58:10,16,19
96:6 98:25 115:1
116:2 118:3 123:2
123:10,21 129:5
225:11,13,18
**fourth**  338:2
**free**  284:21
**freites**  10:21 12:7
34:8,12,13,15
**french**  55:20
**frequency**  66:4,5
92:24 93:8,11
94:12,20 231:23
277:21
**frequently**  81:3
146:17 152:10
172:5,6,10 178:8
**friend**  57:23
**frietes**  50:10
**front**  165:3 276:15
279:15 280:23
294:24
**frontal**  170:9,12
170:19 218:11
219:24 241:2,18
245:5 258:15

279:6,7,10,21,24
280:3,4,9 309:17
309:19
**full**  257:5 296:20
**fun**  86:10 286:23
**function**  298:17
**fundamental**
182:10
**further**  342:12
**future**  73:7 74:18
87:3,12 331:14,20

**g**

**g**  69:18 71:6 107:7
119:10 162:18
**gastric**  227:10,15
227:25
**gather**  296:5
**gcoan**  3:10
**geicam**  14:21
186:13 326:22
327:10
**gem**  251:12
**gemcitabine**  285:7
**gemzar**  78:3 80:6
80:11,16 81:4
82:4 251:13 284:3
314:16
**general**  96:14
117:14 190:2
210:9
**generally**  274:3
311:18
**genes**  277:18
**geoff**  5:25
**geoffrey**  3:10
**georgia**  2:16
**getting**  87:7
216:16 217:8
308:6,13
**gisela**  50:4

**give** 8:21 10:2 60:8
68:6 169:5 177:15
181:20 189:7
195:24 196:8
211:13 301:21,23
305:8 307:2
313:21 328:16
**given** 38:9 77:3,10
77:20 81:7 105:6
115:11 116:6
117:5 145:10
147:16 152:20,22
157:18,19 222:3
224:12 225:1,9,17
226:15 284:19
302:23 336:21
337:5,20 338:8,10
339:9 345:9
**giving** 6:25 177:17
329:1
**go** 10:5 22:12 45:3
66:11 69:15 73:6
74:18 97:23
148:25 161:20
164:11,15,15,23
164:23 165:1,4
169:24 171:22
183:9 184:18
185:15 228:20
231:20 240:10
260:10 262:8,11
267:23 272:20,24
281:24 282:3,21
285:8 302:7 308:5
315:4,15 331:14
336:1
**goes** 153:9
**going** 22:13 28:5
29:13 32:10 64:17
66:20 72:5 77:11
96:22 112:15

122:12 123:4
144:4 163:20
174:2,4,8,14
176:21 180:5
181:15 185:15
207:23 213:11
214:10 215:21,22
217:6 221:9,11
229:14,23 241:22
242:4,13 260:16
262:10 271:15,20
271:21 272:11
273:11 302:7
303:16 308:14
330:22
**gold** 87:15 92:10
92:13,15
**good** 6:12,13
26:24 57:22,22
66:1 68:16 96:24
97:3,8,12 106:19
144:8 168:5 202:3
229:13 263:16
267:12 282:8,9
297:3 308:18
313:6 315:24,25
317:24
**grade** 54:21
118:25 123:5,6,17
123:20,23 151:24
233:16 234:2
257:7,19,22,24
258:1 259:4
263:10 292:12
303:9,13,16,16
320:7,8,13 321:12
334:16,20,20,22
335:13,16,20
**grading** 334:18
**gradual** 127:21

**graduate** 152:23
**graft** 130:21
**grand** 2:19
**graphs** 15:9
**gray** 238:25 239:5
256:6
**greater** 11:24
145:3 231:22
273:22 274:4
276:23
**greatest** 129:22
**greenberg** 2:15
**ground** 163:20
164:18
**group** 98:20
203:25 238:15
322:21
**grouped** 84:20
**groups** 54:16,17
105:5
**grow** 50:22 85:1
88:11,13 89:21
91:7,10,11,12 92:2
127:8 184:8
256:16 260:20
261:16,22 265:25
266:15 285:22
286:9,11
**growing** 256:24
261:5 264:8
265:19 267:21
**grown** 267:22
**grows** 259:19
**growth** 78:15
79:18,22,25 88:6,9
88:20 90:25 91:3
91:19,23 92:11,14
101:1,1 171:18
172:18,23 173:11
173:20 292:19

**gtlaw.com** 2:17
**guallar** 109:13
**guess** 25:19
101:23 102:1,3
113:2 155:22
169:22 177:15
215:6 229:4
236:19 314:8
**guessing** 308:17
**guided** 238:24
239:14 240:19
**guidelines** 146:12
**gumerove** 3:5 5:21
5:21
**guy's** 337:14

## h

**h** 1:3 27:8 103:2
119:7 344:3
**hair** 10:17 21:17
22:4 24:18 25:3,5
25:8 31:12 33:22
35:23 36:6 47:8
47:17,20 55:16
56:15 59:20 60:11
61:14,21 62:7,9,20
62:22 63:5,12
70:21 75:8,12,16
75:18 78:10,21,24
79:3,7,18,21,25
83:4 86:6,13,17,19
86:19 87:2,6,10,25
88:5,8,11,13,14,15
88:20,22,24 89:1
89:22,23,23 90:2
90:19,24,25 91:3,3
91:7,10,11,12,14
91:18,19,20,23
92:2,11,14,15,16
92:25 98:8 105:25
108:17,23 109:4,4
110:9 111:16

119:4,25 120:16
120:17 121:12
122:2,10 126:11
126:19,21 127:10
127:15,15,16,25
128:2 129:10
133:2,23 134:3,8
153:6,9,9,11,11,20
154:3,4,5,21,25
162:11 164:9
165:14,17 166:4,5
166:11,12,14,19
167:16,23,24
168:5,9,24 169:12
169:13,17,23
170:6,22 171:10
171:10 172:18,23
173:4,6 180:18,20
181:4,5,8,14 184:3
184:7,8,18,19
191:22 193:7
206:21 217:21
229:3 230:1,3,6,12
234:6,18 236:1,4
239:2,15 243:1
244:6,7,16,25
245:23,25 246:1,1
247:22 248:13
249:4,12,22
250:11,15 251:2
251:21 252:2,4,7
252:10,21 253:1,4
253:6,9,14,16,19
253:22 254:2,13
254:18 255:1,4,5
255:17,21 256:3
256:12,16,23
257:3,4,5,15,17,23
258:6,12,17,22
259:1,19,20,24
260:10,20 261:5,8

261:15,22 262:3
262:15,22 263:5
263:13,19 264:4
264:21,24 265:8
265:14,19,25
266:5,12,15,17
267:3,10,16,21
268:11,20,24
269:7,15,20,24,25
270:3,8 271:10
274:12 276:14,19
276:23 277:2,3,9
278:18,21,24
279:1,14,15,19
280:23 281:9
285:21 286:8
288:7,20 289:21
290:24 291:2,7
292:8,17,18
293:11,25 294:9
294:12 295:15
296:6,12,13,19,20
297:13,19,20,21
297:25 298:6,21
300:18 301:3,14
302:1,4 303:12,16
306:12 309:18
311:12,17 312:10
312:17,20 313:4
320:1,6 321:17,19
324:6 335:5,17,21
**hairdresser**
299:16
**hairline** 279:10,21
279:24 280:9
309:17,19
**hairs** 22:14 85:1
108:1,18 110:16
110:21 154:20
256:10

**hairstyle** 235:5
298:3
**half** 203:16,17
262:5,15 263:13
**halfway** 287:25
**halo** 239:1
**halos** 239:6 256:6
**hamilton** 34:18
274:15
**hand** 341:9
**handing** 8:3 29:24
40:13 128:10
287:20
**handouts** 9:12
**hangai** 200:6,8,17
201:3,11,22
**hangai's** 200:13
202:9 327:19,25
328:6
**hapert** 2:17
**happen** 310:2,3
**happened** 295:15
312:1
**happening** 172:14
261:7
**happy** 86:24
**hard** 119:25 120:2
**hardy** 2:19
**harper** 2:17 5:23
5:23 30:24 49:7
**head** 227:2,16,25
257:5 293:21
296:21
**healthcare** 6:3
**heard** 144:25
330:8
**heavy** 236:7
**helminthiasis**
277:20
**help** 111:19
173:17 292:24

**helpful** 178:2
**hepatic** 278:10
**her2** 101:2 220:25
221:3
**herceptin** 100:21
100:24,25 101:5
101:13 102:4,8,10
102:13 103:2,12
103:17
**hereto** 345:7
**heretofore** 6:6
**hey** 27:3
**hi** 299:11
**high** 51:18 117:6
124:9 125:25
126:2 130:2 148:9
167:8 244:21
276:8,9 294:11,15
**higher** 21:25
69:20,20 71:8
77:2 143:8 168:8
207:3,8 226:23
339:4,6
**highlighted**
108:14
**highlighting** 15:13
**hinshaw** 3:8
**hinshawlaw.com**
3:10
**histological** 46:10
**history** 61:9
126:25 182:10,25
183:7,10,22,25,25
184:2,14 185:9
228:24 230:15
234:6,9,21 252:19
277:13 295:14
297:22,23 298:23
300:16 301:7,11
305:17 311:11,13
311:15,20,24

312:3,7,9,24 313:3
313:3,12 326:11
**hold** 200:25
**holds** 47:23
**honest** 12:23
98:15 310:14
**honestly** 26:18
32:18 287:12
312:21 321:15
**hope** 76:4,5
**horizontal** 20:25
21:1
**hormonal** 246:23
**hormone** 121:21
122:3 246:21
**hormones** 121:15
**horribly** 144:5
**hospira** 3:2 5:22
**host** 130:21
**hot** 95:2,3 234:9
**hour** 7:13,14,15
122:13 229:14
**hours** 16:14,25
17:7 18:25 271:14
316:2 317:3
**hovert** 21:7
**huh** 95:4 114:17
144:22 165:20
289:9 290:10
293:19 318:22
**hundred** 182:18
**hyperpigmentati...**
290:16
**hypertension**
275:16
**hyperthyroid**
132:6
**hyperthyroidism**
232:23 233:1,5
**hypothetical**
217:5 222:21

**hypothyroid**
132:7
**hypothyroidism**
230:15,21
**hyuck** 109:25

**i**

**idea** 84:15 111:3
121:5 166:17
178:22 192:3
300:21 338:14
**identification** 7:25
10:8 16:5 17:9,22
18:2,13 29:21
40:10 95:10
108:10 114:9
128:7 162:24
185:18 260:13
280:12 286:4
287:17 294:21
302:9 316:9,24
317:9 322:2
323:24
**identified** 318:25
333:16
**identify** 56:7 66:3
191:24 192:7
**imagine** 37:23
**imbalance** 246:23
**imbalances** 246:21
**immediately**
175:25 245:11
265:4
**immune** 82:24
83:3,18
**immunosuppres...**
83:2
**immunotherapy**
130:21
**impact** 78:21 79:3
79:6,17,18 83:3,17
171:25 172:1,3

174:19
**impacted** 241:7,14
**impacts** 82:23
**implied** 306:20
**important** 21:2
30:13 48:19 56:5
65:15 84:23 89:21
90:6,24,25 91:19
104:12 110:19
122:6,7 131:17,23
137:16 141:18
142:3 144:12,16
145:9 147:5,19
148:10 150:1
156:11 158:12,18
166:24 172:13
184:15 190:16
192:22 194:21,22
202:2,12 203:8
204:18 205:12
207:13 214:21
228:25 239:19
299:2 306:17
311:11,14
**impossible** 81:13
107:25 133:23
134:7 135:9
183:21 332:12
**impressions** 26:19
61:21
**improper** 215:19
217:8 271:22
**improve** 174:25
268:13 321:16
**improved** 335:19
**improvement**
151:20
**incapable** 29:3
225:20
**incidence** 124:22
135:23 146:16

171:17 190:11
**incident** 172:22
174:21
**include** 16:12 42:1
66:9 92:16 112:13
113:3 124:5,24
134:17,23 138:3,6
216:5 232:3
275:16 282:10
295:10 303:20,24
304:5 310:24
339:7,17
**included** 34:15
40:22 41:9,12,19
41:21,22,25 45:18
46:17 52:22 53:19
55:11 58:22 68:24
76:1 81:4 94:21
95:22 101:10
107:5 111:10,12
112:6,11 113:12
114:1 120:7
125:10 132:11,24
133:1 134:4,18,22
137:7 151:13
161:19 166:8
187:1 188:17
198:23 199:13
221:7 237:12,17
253:3,5,18 282:14
284:15 285:13
295:24 310:25
313:5 335:11
337:19
**includes** 18:9 24:6
41:8 216:16 256:2
**including** 9:11
15:12 41:10 80:21
105:1 125:6,15
130:19 234:15
279:19 283:21

inclusion  146:9
income  168:5
incompetence
  197:3
incomplete  127:8
  295:15 312:10
  313:4
increase  79:21
  167:19 168:12
increased  35:16
  35:22 36:5 55:11
  80:17 156:19
  167:16,18 170:9
  170:18 173:22
  186:4 187:7,16,24
  188:10 189:24
  214:19 275:15
  277:21 288:6
  327:2,13
increases  167:23
independent  48:23
  307:15
indicate  24:18
  322:17
indicated  47:1
indicates  216:19
indication  180:22
  255:11 263:12
  313:6 338:9
indicative  320:7
  334:22
individual  99:14
  99:19 116:12
  117:2,4,6,15,22
  118:9,13 323:11
  323:16 331:6
  334:5 337:3,5,9,24
  339:4,6,8,8,18
individuals  322:22
induce  202:24

induced  55:6
  64:19 70:14
  145:12 182:19,21
  183:16 184:7
  322:23
infarction  182:14
infections  277:20
inflammation
  58:21 59:24
information  38:19
  61:18 147:4 159:2
  177:24 182:16
  184:25 190:3,5
  208:15 296:4
  304:10,13,24
  307:2 322:17
inhibitor  56:19
  78:14 100:25
  101:6,20 102:14
  103:18,19 104:14
  126:19,22 127:16
  127:18,25 128:2
  173:2 217:12,19
inhibitors  55:15
  56:14 100:18
  101:11 102:11
  103:11 120:19
  126:10,12 127:3
  151:25 152:8
  158:5 216:6 248:5
  252:9
inner  243:13,18
insensitivity  122:9
inside  86:4 238:23
insist  217:1
inspect  182:6
instance  50:1 54:8
  67:20 68:8 69:16
  69:17 70:2 83:13
  87:15 90:11 119:7
  145:21 172:14

173:1 178:7
  193:19 198:22
  236:7 249:7
  252:22 258:15
  298:3
instances  134:7
  170:7
instant  116:3
instruct  215:22
  216:8 217:7
instrument  89:5
  196:8 282:12
insufficient  226:7
  226:10
intake  120:19
interested  73:3
  75:23 131:6 173:4
  173:5 342:17
interesting  73:12
  160:24 320:18
interpret  98:12
interpretation
  268:3
interpreter  203:13
interpreting  73:19
  75:22
intervening  174:8
introduced  150:2
  150:3,4,21,25
  157:25 158:6
  160:20 167:2
  168:16
introduction
  46:13,14,20,21
  59:15,16 60:22,24
  150:12 158:11,19
invent  301:5
invented  146:7
inverse  79:24
investigator  95:19

investigators
  198:15
invited  50:13
invoice  4:8,9,9,10
  4:10 7:23 16:9,12
  17:12,13,16 18:5
  18:16
invoiced  18:20
invoices  15:19,24
  16:3,8 19:6
involved  19:22
  131:3 191:5
  197:18 199:12
  211:6
involvement
  276:21 279:7,7
  335:4
involves  65:9
involving  329:18
iodine  232:20
  233:4
iron  234:23
  248:15 276:7,11
  276:12 298:16
irregular  245:17
  255:6 256:5
irregularly  245:17
  255:10
irreparable
  245:23
irreversible  83:24
ischemia  79:11,14
issue  181:15
  216:11 217:3
  332:23
issues  167:16,23
  167:25 168:9
  290:24
isthmus  21:22
italian  98:14

items   8:7 41:18

**j**

j   2:21
jak   173:1
january   4:15
   146:9 260:17
   261:11 262:13
jerome   32:14
jessica   2:11 5:15
job   26:24 104:16
   104:22 141:21
   146:20 149:15
   174:25 175:2
journal   48:16
   96:24 97:8,12,18
   106:9,16,23
   171:20 172:1,2
   174:4
journals   87:18,20
   87:22 171:24
   172:4,8
jperez   2:12
judge   216:12,16
   281:1
judgment   207:14
   210:12
july   283:3,11
   284:1
jumping   328:15
june   4:9 17:13
   31:9 283:22

**k**

k   69:18 71:6 107:7
kang   4:12 65:17
   69:17 71:4,5,8,16
   90:11,21 107:7
   108:13 109:12,23
   109:24 110:24
   113:22

kansas   2:20
kapreski   328:22
kapreski's   39:15
   329:7
karman   2:6
keep   8:23 66:20
   169:25 175:2
   180:5 208:21
   229:23 272:1
   273:11 277:9
   287:12 308:14
   328:15
kept   307:10
kettering   144:20
   145:5
key   243:19,22
ki   236:12,24
kill   125:24
kim   109:13
kind   15:14 66:4
   72:5 92:10 110:13
   186:22 243:19
   277:19
kluger   4:22 68:14
   317:14 318:1
   320:19 336:15
   337:6
knew   62:4
know   6:19 7:3,19
   9:7,16 13:18
   14:19,21 15:5,16
   16:23 18:24 20:21
   21:8,16,19,20,21
   22:7,7,19 23:25
   24:8,9 25:3,12,15
   25:18 26:4 27:4,6
   27:11,11,11,12,15
   27:17 29:6 32:2
   32:25 33:4 34:20
   35:11,14,19,21
   36:1,2,4,15 37:20

37:23 38:9,17,20
39:4,11,14,18,20
41:15,22 42:3
45:4,22 47:23
48:2,10,19,21
50:12,23 52:9,10
52:13,17 53:20
54:3,20 56:6
57:21,23 58:2,9,10
58:11 59:12 60:3
61:9,17,25 63:20
67:10,14,16 69:3
71:4 72:2,21
75:12 76:1,18,22
76:25 77:2,5,7
78:6,8,9,10,12
80:15,20 81:3,5,6
81:10 82:16,18,23
83:23 84:4,8,10
85:22 86:1,6 89:3
90:23 93:13,20
95:6,18 97:17,22
98:14 99:17,21
100:4,16,22,24
101:2,9,17,19,23
102:7,12 103:10
103:13 104:2,9,13
105:1,10,13,14,21
105:22,24 106:3,4
106:6 107:9,11
108:1 109:3 110:8
110:15 111:1
115:4,14 117:10
117:23 119:22
120:23 121:10
125:2,9,25 126:5,7
127:9 128:5,5
130:25 134:12
135:7,15,17,18,23
136:23 137:1,5,7
137:11,22 138:7

138:16 139:3,24
140:16,19 141:1
141:12,14,16,18
141:22 142:3,20
143:10,18 144:12
145:9,25 146:5
147:5,19 148:10
148:19,24 149:2,4
151:3 152:12,17
152:23 154:23,24
155:8,13,19,25
156:11,23 157:17
157:24 158:5,9,12
158:18,23 159:8
159:10,11,12,15
159:16,18 160:17
160:18 161:6,9,12
161:14 162:3,4,6,7
162:10,12 166:3
167:1 169:18
170:2,14,23 171:3
171:5,20 172:7,25
174:25 175:5,8,11
175:12 176:9
177:5,9,12 178:2
178:12 179:13,16
180:16 181:7,15
182:15 185:10
187:22 188:2,13
188:16,18,23
189:2,3,4,11,20
191:9,9,10 192:20
195:1,6 196:16,25
197:10,13 198:1,3
198:6,8 200:8
201:20 202:1,12
204:4,7,16 207:25
208:17 211:25
212:6 213:25
214:23 215:1,8
216:12 220:20

221:13 222:15,16
222:18 223:17,20
223:21 224:19
225:12,22,23,25
227:2,4,6,8,10,12
227:17,19,20
228:24 231:5
232:20,24 233:3,5
233:12,15 234:18
236:11 237:4,5,9,9
238:1 239:14,19
242:8,8,17 243:15
243:22,24 244:21
247:15 250:3,8,24
251:7,9 252:24
253:24 259:13
261:3,21 262:10
265:2 266:25
267:5,12 268:5,12
274:10,19,21
275:20,25 278:7
278:11,25 279:1
279:20 280:4
281:23 282:17
284:3,6,6,10,24
285:5,6,7 286:20
286:24 287:10
288:10,12,25
289:2,13,18,20,22
289:25 291:1,6,22
296:3 298:24
299:13,15 300:17
300:18,20 301:8
304:19,24 306:11
306:23 307:8,10
307:14 308:22,24
309:3,5 310:17
311:19 313:22,22
314:7,13,17 315:3
326:12 338:20,22

knowing 158:11
194:15 284:18
312:22
knowledge 331:10
known 46:12,22
204:16
kopreski 38:3 39:7
kopreski's 38:5
korea 34:6 109:19
110:1
korean 34:5
109:14,15

l

l 22:21 27:8
162:18 232:12
lab 20:12 23:9
295:4,6
label 80:20
labels 40:6 78:2,5
laboratory 298:15
lacatoure 110:3
lacouture 9:24
12:7 109:6,21
192:2
language 98:18
201:23 202:13
310:9
large 1:14 204:12
late 162:18
latin 22:22
lauren 2:7 3:5
5:17,21
lauren.gumrove
3:5
law 3:8 216:18
lawful 6:7
lawsuit 291:17
lawyers 203:11
layer 21:16
layers 21:11

layperson 281:5
ldavis 2:8
lead 83:4
leading 11:18 27:2
learn 50:24
learned 185:25
leave 299:11
lee 110:3,4,8
lee's 279:20
left 108:16 308:17
318:17
legal 310:18
343:23
legs 258:18
length 176:13
278:18,21,24
lesions 288:7
letrozole 248:5
letters 102:20
leukemia 175:24
176:4
level 21:22 22:5,9
106:21 214:1
275:8 293:12
levels 298:16
liability 1:5 5:6
license 48:7
152:20,21,21
licensed 152:25
licensing 152:17
lichen 239:12
244:24 245:2,3
life 41:13 49:3
89:4 128:11 131:2
131:4,7 151:14
162:20 208:20
222:17 227:18
247:4 252:23,25
292:5 321:21
limit 306:6

limitation 269:10
limited 304:11
limits 193:24
line 113:12 216:16
259:18 279:15
286:8 344:4,7,10
344:13,16,19
lines 129:5
linked 158:16
links 83:24
list 4:11,11 12:11
15:2 30:1 31:20
40:22 41:8 58:23
68:25 105:4
listed 15:1 42:19
103:17 105:6,16
118:25
listen 103:21
listing 103:18
lists 34:21
literature 16:21
21:20 26:6 40:24
44:11 45:14 47:14
47:25 50:18 52:22
53:19 54:2 56:11
58:15 64:22,24
65:8,9 67:6,24
69:10,10,11,12
72:8,8,24 73:20
74:3 75:9,22,24
87:18 89:9 118:1
120:6,8 129:21
130:5 136:6,11,22
137:24 148:17
161:19 167:24
170:17 173:21
178:8 191:17,25
193:13 194:19
199:14 209:8
218:18 230:14,20
235:10 237:11,16

259:22 275:7
277:12 278:3
280:7 326:6,11,16
327:13 328:11
329:21 333:22
334:3
**litigation**   1:5 5:7
7:6 15:11 17:3
19:14,22 23:2
24:16 28:21 29:18
36:15 42:20 50:9
104:19 111:21
112:3 150:14
200:9 289:10
296:16 310:6
**litigations**   137:25
**litt**   32:14
**litt's**   32:15 232:11
**little**   10:11 79:1
95:2 107:15 111:4
122:12 126:9
153:5 155:7
229:25 235:12
238:6 296:4
**live**   151:7,11
**lived**   149:5 178:12
**liver**   233:6,9,9,22
233:22,24 278:12
278:14,15 301:11
**lives**   246:4
**living**   151:3
156:12
**llc**   2:3
**llp**   2:9,19 3:3,13
**location**   238:6
241:7 306:23,24
**locations**   307:23
308:2
**logical**   84:12
320:9

**long**   36:25 49:17
131:4,21 151:3
175:5,7 236:9
240:8 243:4
263:13 270:23
271:6,17 272:8,15
273:14 276:5
299:7 324:5
**longer**   156:12,24
157:12
**longstanding**
85:16 231:8
**look**   8:8 10:11
31:4 33:3,4,9,12
34:6,24 53:17
55:2 57:5 59:5
72:19 85:25 86:18
87:9 90:2 93:13
93:16 94:4,16
95:17 96:23 97:2
97:3 100:12
105:19 111:25
119:11,18 120:23
122:23,25 129:20
136:11 137:17
143:13,16 145:25
146:8 149:16,17
151:11 161:15
163:4 181:21
182:5 183:9,14
220:23 228:5,14
237:20 244:11
246:14,17 263:18
268:1 269:22
277:2 281:5,17
304:18 305:10,14
316:20 320:10
332:20 336:2
**looked**   9:1 27:15
33:16 34:11,14
51:2 54:10 67:17

93:4,15 100:5
108:1 145:22
146:11 149:12
151:10 157:10,14
199:14 203:15
220:21 230:18,19
232:6,8 263:22
285:1,19 286:13
289:11 301:14
**looking**   32:23 59:5
67:22 68:10,12
87:2,6,11,24 88:21
89:10 90:1 91:7
91:23 94:10
102:19 120:5
126:17 142:11
165:16 182:23
183:3,18 193:20
199:17 212:9
227:21 286:12
294:3
**looks**   9:21 33:21
84:2 88:19 101:12
106:19 126:12
279:3 282:4
288:11 291:4
318:16 337:15
338:2
**lose**   25:3 84:24
85:4,12,22 86:3,3
89:23 154:3,9,25
252:20 255:21
279:15,24 280:2,5
280:5
**losing**   154:11
184:8 258:6
272:10
**loss**   24:18 25:8
33:22 35:23 36:6
55:16 56:15 58:3
61:21 62:7,10,22

63:5,12 70:21
75:8,12 78:10,24
83:4 86:19,19
88:25 89:11,24
90:2,19,24 91:3,21
106:1 119:4
120:16,17 121:12
122:10 126:11,19
126:21 127:20,21
127:22 129:10
133:23 134:8
152:6,8 164:9
165:14,17 166:5,5
166:11,13,14,19
167:16,25 168:5,9
168:24 169:12,13
169:17,24 170:6
180:18 184:18,19
206:21 230:1,3,6
230:12 234:19
244:25 245:2,10
247:22 248:13
249:4 250:1
253:19 255:17
258:12,17,22
259:2,24 268:20
269:25 276:19,23
277:2,3 279:14,19
281:10 288:7,20
288:22 291:2,7
293:11 296:6,12
296:13 297:19,20
297:21,25 298:6
298:21 302:1,4
306:12 309:18
311:12 312:20
321:17,19 335:5
335:21
**lost**   20:11 122:3
127:14,16 279:10
280:9,23 281:2

**lot** 11:14 12:24
16:22 26:4 27:17
45:16 50:7 57:24
58:11 125:5
144:17 146:21
149:20 172:25
173:3 177:13
191:19 223:13,14
243:24 282:8
286:23 299:18
331:13
**louisiana** 1:1 2:11
**low** 22:13 52:6,19
94:7 194:17
**lower** 171:25
172:3 318:17
**lucky** 316:6
**ludwig** 34:18
**lunch** 180:1
**lung** 203:24,25
204:5,11 221:8,10
222:1,3,12,23
223:1,18,22 224:1
224:9,10 225:8,16
227:15,25
**lupus** 83:14
218:15 298:14

**m**

**m** 3:10
**m.d.** 1:12 4:21
316:15
**machine** 73:6
74:18 330:19
331:13
**madigan** 13:15
14:1,11 25:15
35:15 39:14
187:12,18,22
189:17 190:7,9
**madigan's** 12:16
12:18 34:21

190:23
**mails** 14:3 19:21
216:25
**main** 3:13 60:9
95:18 198:3,13
199:9 201:7 313:7
**maintain** 48:7
**maintained** 9:4
**majority** 208:11
246:2
**making** 91:3 168:4
180:20 257:14
**man** 27:3
**manual** 32:15,23
232:12
**manufacturer**
186:2,24
**manuscript**
109:15
**march** 303:7,7
**margin** 238:22,23
239:8
**marginal** 235:18
236:10 309:14
**mario** 9:24
**mariya** 45:16 86:2
**mark** 10:5 108:6
260:16 294:17,18
302:7 316:12
323:21
**marked** 7:25 8:3
10:8 16:5 17:9,12
17:16,22 18:2,5,13
18:16 29:21,24,25
40:10,13 95:10
108:10,13 114:9
114:12 128:7,10
162:24 185:15,18
260:13 280:12
286:4 287:17
294:16,21 302:9

302:12 316:9,24
317:9,12 318:2
322:2,5,7 323:24
333:11
**marker** 331:21
**market** 13:22
88:11 138:8
147:25 148:19,20
148:21 149:21
150:4 169:2
175:18 176:25
179:5
**marking** 15:14
16:8 163:2 185:21
280:15 286:1
**marrow** 124:6,13
124:15,19 125:23
125:24 126:6
177:6,24 178:17
**martin** 4:13 54:7
54:10,21 55:3
65:17 69:16,23
70:23,25 72:13,19
100:2,9,12,13
114:3,4,6,12
118:20 122:20
193:19 198:8,12
198:16
**martin's** 67:21
**martinez** 4:13
10:22 12:8 34:8
34:15 50:10
**massachusetts** 3:9
**material** 62:1
159:7 160:14
165:16 322:11
**materials** 8:12
14:24 15:12 30:2
31:19 37:18 41:8
109:8 160:16
166:17 324:3

335:5
**math** 34:25 144:4
**mathematical**
262:11
**matter** 5:6 12:13
**matters** 15:1 52:2
99:18,23
**maureen** 2:22
5:19
**maximum** 30:15
**mdl** 1:2 5:14 30:5
30:9 31:21
**mean** 16:19,20
85:19 173:18
196:24 199:6
221:8 281:15
309:23 328:14
331:17
**meaning** 21:1
30:13 47:7 98:8
235:4
**means** 96:7 98:16
103:18 246:1
281:16 309:25
**meant** 202:13
203:7
**measure** 108:23
191:21
**measured** 90:15
90:16 108:18,21
**mechanism** 63:24
82:18 83:21 84:8
84:11 154:18
224:19 250:3
**mechanisms** 46:11
**media** 5:4
**medical** 4:15,16
4:17 16:20 26:3,5
27:13 31:20,23,25
32:3,6 72:23
73:20 74:3 75:9

75:22 152:16,21
152:24 228:7
229:8 233:18,21
260:4,8,17 261:10
261:11,12 263:22
264:1 265:23
266:2,14 268:2
269:23 276:2,6,9
276:10 280:7
285:20,20 286:21
287:1 291:4,9
298:5 299:17
301:7 303:2,3,7
305:19 334:15
**medication** 78:7
169:6 207:9,12
232:7 298:8
**medications** 10:17
72:17 300:14
**medicine** 50:22
113:9 150:8
182:10 204:18
**meet** 6:15 98:2
**meeting** 50:1,13
50:13 97:20
**meets** 275:20
**melanoma** 149:17
**melasma** 289:3,5
289:16 290:18
**memorial** 144:20
145:4
**memos** 15:9
**men** 33:23 122:6
218:23
**menopausal** 247:1
**mental** 29:7
**mentally** 29:3
**mention** 291:2
**mentioned** 51:25
107:16 262:14
311:10

**mess** 315:6
**message** 95:8
**met** 14:2,12 335:6
335:14
**meta** 171:1
**metabolic** 275:13
275:15,21
**metastatic** 105:11
105:20
**meter** 52:19 53:21
54:4,15,22 55:7
99:5,9 100:6,14
115:8,19 116:2,7
116:10 118:4,7,10
118:14,15 123:10
123:24 225:13,18
302:24 319:7
320:12 322:18
323:12 333:15,23
334:5 336:21
337:6,10,21 338:8
339:1,16,18,19
**meters** 225:10
**method** 21:7,9
**methodology** 88:2
88:4 90:21 142:24
143:2 157:8
**methotrexate**
135:21 138:18,20
146:3 163:13
**miami** 1:9 45:6,8
295:5,9
**miceli** 216:12
**middle** 159:19
**mild** 206:7 233:15
233:17 234:1
274:16 292:18
**milligram** 52:18
123:2,10 320:11
322:18 334:4
338:17

**milligrams** 53:21
54:4,15,22 55:7
99:5,9 100:6,14
115:8,19 116:1,7,9
118:4,6,9,13,14
123:24 225:10,13
225:18 302:23
319:7 323:12
333:15,23 336:21
337:6,10,21 338:8
339:1,16,18,19
**millimeter** 262:9
262:10
**millimeters** 262:7
**millionaire** 91:8
**mimic** 61:3
**mind** 25:12 98:16
**mine** 57:23
**miniaturization**
87:10 249:22
250:1,11,16,19,23
251:3
**miniaturized** 90:6
**miniaturizing**
90:3
**minimal** 278:12
278:15 292:1
**minimum** 179:11
**minoxidil** 91:13
151:21 167:1
168:14
**minute** 72:20
144:3 148:6
**minutes** 16:14
299:8 300:7
302:20 308:17
336:2
**misdiagnose** 46:6
61:10
**misrepresented**
198:17

**missed** 143:15
**missouri** 2:20
**mistake** 23:10
76:5 303:3
**miteva** 45:4,15,18
51:2 70:3 86:2
239:3 244:9
**mle** 152:16
**mmoeder** 2:22
**moderate** 151:19
292:7,17,18
**moeder** 2:22 5:19
5:19
**molecular** 214:1
224:19 250:3
**moles** 290:4,8
**moment** 26:10
132:6
**money** 168:4
173:7
**monotherapy**
211:10,15 212:10
212:12,21 223:22
223:25 224:8
314:24 329:11,13
329:18
**month** 17:1,3,5
155:25 261:18,21
286:14
**months** 88:14
91:16 149:5 151:8
151:12 155:17,23
156:17,20 176:18
178:13 179:10
180:21 181:9,14
184:4 259:11,13
259:25 282:17,25
283:4,8 286:18
**morning** 6:12,13
9:2

**mosaic** 185:11
**mother** 274:19
**motion** 271:15
**move** 271:22,24
**multi** 73:8 74:5,19
  91:8 93:1 211:6
  212:3
**multidrug** 66:9
  140:22 305:3
**multiple** 21:11
  72:3 75:3 85:1
  265:16 305:24
**multivitamin**
  33:12
**mute** 255:23,24
**myocardial**
  182:14

**n**

**n** 4:1 27:9 39:22
  39:22 69:18 71:6
  107:7 162:18
  289:7,7
**naked** 243:7,9,10
**name** 6:16 9:20
  27:10 34:12 38:2
  50:3 58:24 59:1,6
  114:5 187:13
  232:7,12 289:15
  299:16 337:14
**named** 6:6
**names** 27:18
**nccn** 146:11
**ne** 2:15
**nearly** 179:6
**necessarily** 117:12
  293:10 306:11
**necessary** 310:2,8
  345:6
**neck** 227:3,16,25
**need** 6:21 7:2 73:6
  74:18 89:24 126:1

153:24 165:19
174:24 175:1
185:7 206:19
224:25 225:4
228:16,20 240:15
246:23 247:23,23
253:3 311:19
312:7,9 320:6
331:10
**needed** 52:14
  192:12
**needs** 48:17
  199:20 203:12
  213:10 229:7
  257:23
**negative** 220:25
  221:3 275:17
**never** 14:2,12
  57:14 63:15 71:10
  78:24 91:20 98:4
  106:12 111:22
  135:14 209:10
  219:21 252:13
  269:19 279:2
  290:23 291:20
  296:21 305:2
  335:19 337:14
**new** 2:11 3:4,4
  14:4 18:8 33:22
  34:4 41:6 48:6
  120:9 142:6,7
  172:14 173:1
  244:22 289:7
**newport** 2:7
**nice** 6:14,15
**non** 47:5,6 76:9
  77:21 162:13
  165:24 205:5
  207:5 239:22
  240:1 245:8,9
  248:4

**nonalcoholic**
  233:8
**normal** 25:3,12
  34:17 62:17 63:6
  63:16 103:6
  131:24 193:8
  208:20 240:12
  243:11 244:6
  258:2,7 264:21,24
  273:1 310:21
**normally** 155:1
**north** 1:9 216:12
  216:16
**nos** 6:22
**notary** 1:14
  341:15 345:13,19
**note** 112:21
  261:16 303:6,8
  305:20 338:7
  343:10
**noted** 132:16
  163:24 274:11
  345:7
**notes** 9:11 15:9
  342:11
**notice** 1:15 4:7,21
  6:6 8:4 316:13
**november** 4:10
  18:17
**nsabp** 214:24
**number** 9:3,10
  12:10 14:23 15:8
  15:19 24:17 57:6
  62:17 63:6,16,18
  68:7 94:5,7
  137:23 170:8
  171:16,22 172:21
  173:20 202:17
  211:13,21 269:1,7
  269:9 281:17
  288:13 314:8

322:21
**numbers** 46:3
  76:2 124:4 281:13
  281:15 320:10
**numerically** 8:22
**nurse** 264:15,18
  266:23 267:1,7,9
  267:14 287:7,11
**nutritional** 259:1
**ny** 343:15

**o**

**o** 27:9
**oath** 6:8 341:1
**obesity** 274:24
  275:4,8,16
**object** 25:24 54:6
  85:13 140:18
  271:20
**objected** 15:3,15
**objection** 7:10,21
  9:6 10:15,25 11:5
  11:12,21 12:2,20
  13:9,17 14:16
  18:23 19:8,15,23
  20:17,23 21:13,18
  22:1,6,16 23:3,11
  23:22 24:2,7,14,21
  25:1,10,17 26:21
  26:25 28:10,20
  29:4 30:22 32:24
  33:10,18 34:3
  35:9,18,25 36:8,18
  37:4,14 38:8,16
  39:2,9,17 40:18
  41:4,11,23 42:7,13
  42:22 43:4,15,20
  44:4,14,21,25
  45:25 46:19 47:3
  47:16 48:1,14
  49:1,10,15 50:20
  51:6,17,22 52:3,8

| | | | |
|---|---|---|---|
| 52:16,23 53:5,23 | 132:3,13,21 133:4 | 192:10,17 193:5 | 264:17 265:1,15 |
| 54:24 55:17 56:2 | 133:19 134:1,10 | 193:17 194:1,20 | 266:1,13 267:4,17 |
| 56:16 57:2,12,18 | 135:6,12,25 136:8 | 195:5,13,22 196:6 | 268:4,9,21 269:3 |
| 58:8 60:20 61:5 | 136:15,20 137:3 | 196:15,22 197:9 | 269:13 270:1,9,18 |
| 61:16,23 62:12,24 | 137:10,20 138:5 | 197:22 198:5,9,19 | 270:25 271:8 |
| 63:7,14 64:2,8,13 | 138:14,22 139:2,8 | 199:2,7,15,21 | 272:18 273:16,24 |
| 64:20 65:2,12,24 | 139:15,22 140:6 | 201:5,14,25 | 274:14,20 275:1 |
| 67:4,13,19 68:5,21 | 140:13,24 141:5 | 202:15 203:9,22 | 275:10 277:4 |
| 69:2,14 70:1,11,22 | 141:10,20 142:5 | 204:14,24 205:9 | 279:5,17 280:1,24 |
| 71:3,12,19 72:1,12 | 142:15 143:4,12 | 205:20 206:4,23 | 281:8,21 283:5,9 |
| 72:25 73:10,15,21 | 143:21 144:14 | 207:6,22 208:13 | 283:23 284:5,13 |
| 74:7,14,21 75:2,10 | 145:13 146:19 | 209:6,17,25 210:7 | 284:23 285:4,15 |
| 75:17 76:3,14,24 | 147:8,23 148:14 | 210:18,25 211:8 | 285:24 286:17 |
| 77:13,24 78:4,13 | 149:1,7,14,22 | 211:19 212:5,13 | 287:4 288:15 |
| 78:22 79:8,19 | 150:5,15,22 151:6 | 212:22 213:4,12 | 291:8,25 292:10 |
| 80:1,8,24 81:8,16 | 151:16 152:2,13 | 213:22 214:6,15 | 293:1,9,23 294:5 |
| 81:25 82:11,15,20 | 153:1,23 154:7,22 | 214:25 215:13 | 294:13 295:2,13 |
| 83:9,19,25 84:6,14 | 155:10,15,21 | 216:2,8 217:16 | 296:8,25 297:7 |
| 85:10 86:20 87:13 | 156:2,14 157:1,13 | 218:10 219:15 | 298:22 299:12,22 |
| 88:3 89:1,15,19 | 157:21 158:1,7,14 | 220:2,14,22 222:6 | 300:4,24 302:25 |
| 90:22 91:5 92:6 | 158:22 159:22 | 222:14 223:5,12 | 304:1,8,16 305:5 |
| 92:20 94:2,13,23 | 161:8,18 163:24 | 224:2,14 225:3,21 | 306:14,25 307:18 |
| 96:11,17 97:1,10 | 164:11 166:1,10 | 226:8,17,24 228:2 | 309:24 310:7,13 |
| 98:13 99:20,25 | 166:21 167:17 | 228:9,23 229:10 | 310:19 311:2,7,23 |
| 100:8,19 101:22 | 168:1,10,18,25 | 230:23 231:3,15 | 313:2,15,20 314:1 |
| 102:2,9,23 103:4 | 169:14 170:1,13 | 232:10 235:2,16 | 314:6,12,20 315:1 |
| 103:20 104:4,15 | 171:12,19 172:24 | 236:17 237:7,13 | 318:4,12 319:1,9 |
| 104:20 105:3 | 173:14,24 174:10 | 237:25 238:13 | 319:19 320:2,14 |
| 106:11,24 107:20 | 174:22 175:21 | 240:4,21 241:9,16 | 320:24 321:6,14 |
| 109:9 110:10,18 | 176:16 177:3,11 | 241:25 242:7,16 | 322:13,24 323:5 |
| 112:18 113:7,15 | 177:20 178:6,15 | 242:25 243:21 | 323:13,19 324:15 |
| 115:23 116:15,21 | 178:25 179:8 | 245:12 247:2 | 324:24 325:15 |
| 117:8,17 118:16 | 180:10,15,25 | 248:7,18 249:17 | 326:1,8 327:4,15 |
| 119:5,20 120:10 | 181:10,17,24 | 249:23 250:12,17 | 328:3,12 329:12 |
| 120:20 121:4,16 | 182:8,24 183:5,19 | 251:4,22 252:5,12 | 329:24 331:24 |
| 123:14,18,25 | 184:1,20 185:6 | 254:9,20 255:2,13 | 332:4,10,25 333:5 |
| 124:14 125:1 | 186:15 187:2,10 | 255:19 256:20 | 333:18,25 334:7 |
| 126:3,14,23 | 187:19 188:1,5,12 | 257:1,10,20 258:3 | 334:24 335:23 |
| 127:19 128:3,19 | 188:20,25 189:9 | 258:8,14 259:6 | 338:11 339:10,21 |
| 129:17,24 130:8 | 189:19,25 190:13 | 260:7 262:4,16,24 | **objections**   4:20 |
| 130:14 131:15 | 190:25 191:7,18 | 263:7,14,25 264:6 | 9:1,14 12:14 |

316:13
oblique 21:3
observatory 324:8
obtained 215:18
obviously 8:19
occur 202:21
329:21
occurring 305:24
306:4,24
occurs 277:3
offer 29:13 64:17
241:22 242:4,13
242:19 296:12,23
offered 330:10
offering 158:12
office 281:25
official 341:9
oh 95:21 169:5
217:13 278:25
ohio 3:14
okay 38:21 43:14
48:6 54:17 83:6
84:20,22 91:6,7
96:3 114:21
128:22 141:4,9
143:14 150:7
175:23 182:11
195:14 198:15
206:25 221:4,12
224:7 225:5
229:16 233:23
235:18,22 236:7
240:10 245:17
252:19 258:15
261:15 263:9
267:19,24 273:4
275:13 280:3
289:8 291:16
292:19 302:14
317:2 318:1
328:17 336:13

old 58:12 163:20
169:6 273:19
older 273:22 274:4
once 168:22 290:3
290:7,15
oncologist 68:11
76:18 84:1 99:16
102:17,24 117:9
157:15 159:11
162:6,10 177:13
192:24 223:23
227:9 229:1
oncologist's
104:22
oncologists 67:21
68:1 102:7 103:10
oncology 110:2
ones 105:15
110:16 166:24
ongoing 129:22
130:7 158:20,25
175:9 189:12
191:16 192:2
193:2 194:7,9
195:19,20 196:13
196:20 197:5
205:6,17,18,22
206:2,13,19 215:9
216:5 217:11
258:25 287:3
312:20 331:6
openings 245:10
opinion 64:17
74:11,13 104:23
106:20 141:25
190:8,9 191:2
196:11,17,19
197:14,21 199:4,9
205:7 210:14
226:6,22 242:4,19
263:19 313:18

324:11 325:24
330:6
opinions 14:25
29:12 49:14 50:17
50:18,22,23 52:14
62:23 63:13
104:19,25 150:1
158:13 188:9
189:18 199:1
241:23 242:13
opposed 143:9
146:17 171:18
206:21 312:25
313:13
opposite 103:22
275:11 277:15
options 321:10,11
order 216:1
292:22 298:11,13
organized 8:23
191:20 245:17
organizing 50:13
orientation 237:2
origin 46:11
orleans 2:11 14:5
18:8 289:7
outcome 65:23
outcomes 128:12
outside 28:21
69:23 134:6
161:25 173:22
174:21 177:14,18
177:23,25 220:6
220:13,18 236:10
260:10 310:5
315:16
outstanding 18:19
19:7
overlap 246:10
overview 200:7
201:20 327:19

**p**

**p.m.** 1:10 66:15
122:16 165:7,10
179:25 180:3
229:18,21 273:6,9
308:8,11 315:8,11
315:18,21 336:5,8
340:2,3
**page** 4:2,6 8:6
66:22 108:16
114:14 115:7
118:21 122:23,24
128:22 129:4
163:10,18 185:23
185:23 199:25
318:15,16 319:21
344:4,7,10,13,16
344:19
**pages** 26:5 31:25
286:20
**paid** 173:7,9
**pain** 182:13
**paper** 58:18,19,20
58:22 59:5,6,7,10
59:12 60:8,24
68:8,9,11,12,16
69:24 70:2,3,20,25
71:10 78:7 86:1,1
92:23 93:3,13,14
94:3,21 95:18
97:3 109:7 110:24
111:2 114:1
129:14 130:1
132:16 151:14
170:21 218:21
224:20 227:17
230:24 239:3,3
244:9,15,19,22
252:23,25
**papers** 57:5 68:18
68:19,24 69:4

70:18,19 107:4
174:4 275:13
**papilla** 250:6
**paragraph** 260:20
286:7
**parameter** 334:19
**park** 3:3
**part** 12:22 21:10
21:23 49:4 59:24
62:6 98:1 100:22
102:8 103:6,16
108:15 111:9
112:2 149:23
160:22,23 183:8
184:15 185:10
190:1,8,9,23 192:9
214:23 238:7
258:7 281:2
284:17 297:23
306:12 312:3
**participate** 284:11
**particular** 8:18
10:13 243:12
317:5 322:16,20
**parties** 164:25
342:14,15
**parts** 235:23
255:17 259:2
**paste** 263:1
**patch** 238:23,23
239:23
**patches** 255:15
256:6
**pathological** 42:6
42:15 43:1,17
44:2,6,9,19 45:24
46:25 56:24 58:16
59:13 60:17 61:3
241:23 242:5,14
243:19

**pathologist** 22:8
46:5 60:10 73:2
112:22,24 219:17
219:19 237:8
242:10,12 295:19
304:7,10,18,24
**pathologists**
303:18
**pathology** 45:19
68:15 70:3 73:3
218:22 236:13
237:17 239:23
242:9,17 244:10
295:1 305:6,7,10
307:5,8,17 317:25
320:18,21,22
331:19 332:7
**patient** 28:18 29:2
32:6 38:22 39:7
39:12,12 55:6
61:9 64:7 111:22
120:5 132:10
181:3,4,7,13,15
182:12 184:13,18
185:1,8 196:5
207:8,10,16,19,24
208:2 209:1 210:5
213:10 217:15,21
221:5 228:17,19
229:1,7 241:11
249:7 257:17,23
260:22 261:4
263:9 264:21,23
265:3 266:18
270:19 281:2
288:5 296:5,11,14
297:19,21,24
298:9 303:20,25
304:6 305:14
312:5 318:9
326:10

**patients** 29:6
45:18 49:6 53:10
53:14,20 54:3,19
54:21 55:19 59:2
60:12,13,17 65:6
67:11,17,23 68:13
70:13,17 71:13,21
71:24 72:2 75:19
79:11 96:4 98:7
99:11 122:8 127:2
128:12 129:6,7,15
130:10 131:1
132:5,19 133:2,10
134:18,21 135:14
137:7,24,25 140:3
140:16 142:18
143:18 149:5,9
151:21 162:20
164:2,10 165:13
165:15 166:4
168:23 169:3,4,19
169:24 173:16,17
175:22,23,24
177:6,10 178:10
179:10 181:21,23
182:4,7,18 185:5
188:16,24 191:6
191:25 192:5,8,15
192:19,19 193:20
193:23 197:19
199:12,13 202:21
203:16,25 206:1
206:11 208:7,12
208:18,19,20
210:23 216:6
217:11,23 226:12
227:18 231:18
252:19 275:14
280:17 292:7
296:12,14 298:12
298:20 303:23

317:20 318:8,21
318:24 319:4,6,24
323:9 327:2
333:14
**pattern** 33:22
55:16 56:15 120:9
120:12,16,17
121:2,12,13 122:1
122:10 126:11,20
248:12,13 276:19
277:2 279:14
**patterns** 45:20
**pause** 329:2
**pbclawfirm.com**
2:12
**pcia** 42:6,16 43:1
43:18 44:3,7,19
45:20,24 46:2,4,6
47:2,4,15 49:6,22
50:6,11,14 51:15
51:20 52:2,6,15
57:1,11 58:4,17
59:13 60:5,18
61:10,22,25 62:11
62:11,18 63:6,13
63:17,25 64:7
65:1 66:23 68:20
69:13,25 70:10
71:1,9,18,22 72:10
72:14 73:9 74:6
74:20 76:9,12
77:12,22 81:23
82:7,9,19 84:12,13
85:24 86:3,5
99:19,24 100:7
116:19 118:15
120:8 124:4,24
125:20 126:2
129:7 131:7
133:12 134:16
137:16 138:13,19

138:21 139:1,7,14
139:19,21 140:5
140:12,23 142:12
142:13,17 143:8,9
143:11,13 144:12
145:22 147:7
148:25 150:20
151:4,15 158:13
158:16 159:5,21
160:1,8,11,25
161:2,16,20,20,25
175:20 176:12
177:2 178:5,10
179:7,11,14 180:8
180:14 181:21
182:4 183:17
185:4 186:4 187:8
187:16,24 188:10
189:7,24 191:11
192:1,9,21 193:25
195:4,12 199:14
199:17,20,23
201:9 202:17
203:19 207:4
208:23 209:16,19
209:19,24 210:4,5
210:16,23 211:2,6
211:14,18 212:11
212:20 213:11,15
213:17,21,25
214:5,12 220:12
220:18 221:18,21
222:2,5,13,23,25
223:4,11 224:9,13
225:2,17,20 226:3
226:7,12,16,23
227:14 228:1,4,7
228:12,20 229:4,9
240:22 241:7
256:19,25 257:8
257:15,18 259:25

276:22 285:2,13
303:19,23 304:15
304:19 311:1,16
311:22 312:6,8,25
313:25 314:25
318:8,9,25 319:6
319:25 320:7,13
321:12 322:23
323:10 324:14,16
324:23 325:4,9,14
325:18,25 327:2
327:14 328:2,8
329:16,21 331:23
332:8,17 333:16
333:24 334:6
**peak** 280:4
**peer** 87:17,20 89:9
  96:19,24 97:3,6,16
  97:23 98:1,4
  106:9,13,22
**pendley** 2:9
**people** 25:2,3,13
  29:1 34:5 75:7
  86:24 130:6,13,17
  130:23 131:10
  156:11 166:13
  169:12 173:4
  174:24,25 178:12
  178:18,23 183:16
  184:25 223:15,17
  231:23 263:18
  273:22 274:3
  277:17 294:7
**percent** 53:13,16
  70:23 93:18,20,21
  94:7 123:5 129:14
  130:6 147:1,2,17
  147:18 148:8
  164:10 165:15
  178:10 197:5
  244:17,22 254:4

256:7 268:19
269:1,6,9,11,16
278:2 313:19
335:3
**percentage** 71:9
  76:22 143:18
  148:24 149:2,4
  164:1 178:21,22
  187:4 206:18
  244:21 292:6
  313:21 314:4,10
  314:15,18
**perez** 2:11 5:15
**perfect** 21:3
**perform** 28:9
**performed** 320:23
**period** 262:2
  270:15 271:18
  272:8,16 273:14
**peripilar** 239:15
  239:16
**permanent** 10:18
  13:11 25:8 38:19
  47:5 48:3 51:3,10
  55:22 59:2 69:19
  70:7,13 78:24
  80:19 96:2 112:1
  112:8,21 113:17
  123:5,9 124:18
  125:10 148:1
  156:6 161:21
  163:17 174:2
  176:19,21 189:14
  201:21 202:18
  207:25 208:3
  217:24 230:16,22
  231:4,9 249:24
  250:19,24 285:7
  295:11,24 317:17
  327:20 329:9
  332:3

**persistent** 10:13
  11:10 40:15 53:22
  54:5 55:5 64:19
  81:14,21 96:7
  105:2 118:25
  128:12 135:24
  136:12 137:19
  145:12 147:17,21
  148:12 165:23
  182:21 190:11
  195:11 209:3
  249:22 324:5
  329:10
**person** 14:12
  27:21 28:9 60:7
  86:13,14,17,23
  87:1,5 112:12,14
  176:14 237:23
  257:7 273:1
  331:10
**personal** 65:3,4
  327:11
**personally** 14:14
  341:7
**persons** 27:19
**perspective**
  188:19
**pfizer** 3:2 5:22
**pharmaceutical**
  6:1 173:5,9
**pharmacy** 169:18
**phase** 153:16,18
  153:18,21 154:4
  154:12,13,21
  155:1
**phases** 153:12,15
**phone** 3:10,15
  20:3,8 255:23
**photo** 120:1
**photograph** 30:19
  31:1,7 280:22

281:6,18 294:2,3,7
294:12
**photographs**
27:16,18 30:5,8,10
30:11,13 31:11,13
31:14,17 118:24
119:17 181:20,22
182:1 280:8
281:14 282:4,10
282:14 293:17,20
294:14,15 302:16
335:8,10,15,20
**photos** 281:13
**phrase** 56:17
**physicians** 39:25
**picture** 31:4 91:17
120:3 282:2
**pictures** 31:9
110:13 119:16,23
271:2 278:25
281:16
**piece** 150:6,16
197:12 199:3
204:19 207:14
213:25 214:21
**pieces** 150:9
**piedmont** 2:15
**pigmented** 245:9
**pin** 309:19
**pinpoint** 245:7,15
245:18 254:16
255:6,10,15 256:5
**pins** 309:10,12
**place** 240:2,15
317:13
**plaintiff** 4:19 41:1
42:19
**plaintiffs** 2:2 4:20
8:11,25 9:5 15:3
15:15 24:12 29:16
186:21 315:13

316:10,12,25
317:10 322:3
323:25 336:12
338:23
**planned** 96:6
**planopilaris**
239:12 244:24
245:2,3
**play** 150:13 268:8
268:16
**played** 313:25
314:16,19
**playing** 61:13
**please** 5:8 6:16 7:2
255:23
**plus** 114:3 123:1
**point** 35:14 59:9
101:18 103:9
170:18 180:20
199:19 204:8
205:17 217:8
227:22,23 246:4
271:15 307:3
**points** 48:8 199:23
276:11
**ponytail** 235:20
**portion** 39:6
121:14 189:18
280:9,23 297:15
299:20
**portions** 15:3 35:2
38:25 122:2
197:20
**position** 331:4
**positive** 101:2
**possibility** 113:5
**possible** 33:1
47:13 84:2 112:4
112:10,24 113:19
120:2 291:23
311:6,8 312:12

**possibly** 82:12
143:2 246:10
303:3 309:20
314:2
**post** 100:22 247:1
**postchemotherapy**
128:13
**posters** 9:12
**postmenopausal**
274:7
**postoperative**
162:19
**potential** 113:24
130:18 131:10
**poydras** 2:10
**practices** 301:3
**predispose** 277:18
**predominant**
129:6
**preexisting** 105:25
**prefaced** 62:6
**preferred** 146:5
**premature** 243:13
243:18
**preparation** 12:12
**prepare** 26:1
28:15
**prepared** 29:10
186:20
**present** 92:19
120:15 255:12
279:3
**presentation** 9:12
120:8
**presentations** 9:11
119:4
**presented** 50:5
126:20
**presents** 120:9,11
121:13 122:1,1

**preservation**
279:9
**preserved** 279:22
**president** 170:22
171:5
**pressure** 167:8
**presumed** 238:7
238:10 239:11
240:19 241:13
**pretty** 166:14
192:5 265:11
**prevalence** 66:2,4
77:2 115:1 130:2
130:10 145:3
148:9 158:13
168:8 170:19
173:22 189:7
191:11 207:4,9
214:19 226:23
273:23
**prevalent** 114:15
114:21
**prevent** 6:24 74:2
79:25 83:12 128:2
252:10 277:20,20
**preventing** 59:19
61:14 62:20
**prevents** 78:16
**prevezas** 55:11,12
160:15,17
**previous** 105:18
163:21,22
**previously** 7:6
41:9
**primarily** 11:3
**primary** 128:17
**prior** 36:15 63:20
80:5 115:7 121:23
**probability** 35:16
35:23 36:5 325:11

**probably** 7:18
16:24 31:8 56:9
58:13 59:1 103:24
109:11 123:4
136:2,21 140:14
144:4 145:16
156:7,21 161:3
167:5 174:12
175:7 194:3,7,10
205:22 206:5,7,16
220:20 226:2
227:4 234:10,22
240:13 262:5
266:16 273:20
277:19 289:17
290:1 291:16
299:8
**problem** 20:12,13
20:16,19 23:17
56:8 59:25 66:3
73:3 113:20 131:4
138:9 142:18,19
142:20 148:22
150:24 156:16
163:19 172:15
184:14 189:11
197:12 213:8,18
214:20 216:13
224:17,18,22
225:6 248:20
250:4 262:1
268:24 270:4,20
305:8 310:1,2
312:1 313:7,8
326:20 331:20
**problems** 64:11
65:20 164:3 197:1
217:5 303:23
**proceedings** 5:1
**process** 6:20 97:24
98:1 255:12

**processing** 23:10
**produce** 7:23
173:3
**produced** 8:7 9:8
15:6,17
**product** 5:6 15:8
**products** 1:5
**professional** 272:1
**progress** 112:21
300:16
**progression**
270:16
**prominent** 120:12
276:21 295:17
**promises** 308:16
**promote** 79:21
**pronounced** 60:1
**proposition**
333:22 334:4
**prospective** 65:14
89:2 90:13,13
100:5 191:14
192:4 194:15
197:18 317:20
318:21
**prostate** 227:6,15
227:25
**prosthesis** 320:1,6
**protocol** 195:2
**prove** 249:1,5,7,9
249:16
**proven** 252:13
**provide** 9:3 23:6
24:20 30:8 88:1
89:13 91:13
104:18 106:10,17
191:15
**provided** 9:15
24:12 37:3 185:1
215:24 322:17

**providing** 24:24
104:23,25 267:8
**psc** 5:13,16,18
**public** 1:14 341:15
345:19
**publication** 175:2
**publications**
171:16 172:21
174:20,20
**publish** 45:16 78:6
79:13 170:21
174:2,14,24 175:1
175:1 244:9
**published** 41:25
42:1 45:14,17
48:5 56:10 58:16
61:7 87:18 90:17
96:23 97:8,12,20
97:21 106:9,16,22
142:16 168:9
170:23 173:21
174:9,13,16
175:19 176:7
177:1 179:6
186:23 224:21
237:16
**publishing** 176:8
**pubmed** 40:25
41:2 97:18 159:4
161:21
**pull** 235:19
**pulling** 236:1,4,6
**pulmonary** 277:22
**punch** 238:7
**purpose** 88:17
199:16
**purposes** 44:23
183:12 205:7
**pursuant** 1:15
215:25

**put** 88:11 112:8,9
113:16 149:24
150:9 160:21
185:11 225:24
236:8 269:2,6
**puts** 309:1
**putting** 149:20
160:20
**puzzle** 150:7,17
160:22,23

---

**q**

---

**qualification**
269:2,6
**qualified** 73:19,23
228:21 229:7
**qualify** 257:19
**quality** 41:13 49:3
89:4 128:11 131:2
131:3,7 151:14
162:20 222:17
227:18 252:22,25
292:4 294:11,15
321:21
**question** 12:5 23:7
28:25 44:23 46:16
53:25 62:7 69:8
79:1 82:1 87:19
87:20 105:18
115:15 120:22
153:25,25 156:5
160:2 163:9 169:9
169:10 177:14
181:11 183:13
195:15,25 201:1
206:9 217:13
221:19,23 223:7
235:4 236:20
237:14 238:17
250:20 251:24
253:7 257:11
265:12 266:8

272:5,14 285:11
298:1 319:23
331:2,9 333:10
339:11
**questioning**
215:19
**questionnaire**
62:2 131:6 166:2
166:4,12,23 171:6
298:25 299:1
**questionnaires**
166:8,20
**questions** 157:3
164:5 176:10
215:14,23 216:20
217:2 222:8
271:16 298:5,8
299:24 315:13
316:1 317:4,6
321:10,24 327:22
328:21 330:14,23
332:19 334:11,14
335:25 336:11,17
**quick** 16:3
**quickly** 336:3
**quite** 42:9 65:4
178:7
**quote** 264:16
**quoted** 172:5,6,10

**r**

**r** 2:7 24:1 27:9
162:18 344:3,3
**r.p.r.** 1:13 341:14
342:6,21
**radiate** 288:16,17
288:23
**radiating** 288:19
**radiation** 288:11
288:12,14,21,22
**radioactive** 232:20
233:4

**radiotherapy**
162:19
**ran** 293:6
**randomized** 186:1
**rare** 122:9 214:17
**rarely** 175:22
**rash** 288:7
**rate** 19:2 129:22
143:8 155:8,13,19
156:1 186:4 187:8
187:16,24 188:10
189:7,24 191:15
195:19 196:20
197:5 203:18
327:2
**rates** 80:17 93:4
124:22 145:9
158:13 172:22
176:4 177:17
178:2 190:11
193:25 194:16
195:10 205:6,18
274:4
**rating** 164:2
**reach** 13:15 47:15
65:21 88:15
104:12 143:2
206:20 311:20
325:22
**reached** 35:15
45:23 62:10 104:8
157:8,9 325:11
**reaching** 37:13
44:11 64:11 74:4
75:8 137:14 143:7
145:10 156:10
326:17,22
**reactions** 4:7 9:21
32:15 80:21
249:12

**read** 21:20 26:8,9
26:11,15 35:2,5
36:19,22,23,24
37:1 39:3 42:3
71:16 96:3 99:10
105:20 106:6
112:20 120:6
135:18 165:18
189:2 191:8 195:2
200:6 202:6,9,16
243:17 247:25
261:23 265:17
267:24 300:16
330:22 343:9
345:5
**reading** 26:20
38:14 73:11,24
75:18 76:7 102:3
104:6 202:5
**ready** 66:20 180:5
229:23 273:11
308:14
**real** 66:2,4,5
167:19 168:12
**reality** 86:22 91:6
**realize** 49:13
74:12
**really** 58:12 69:9
72:7 77:6 85:18
85:19 89:8 91:20
93:25 94:18 103:9
112:15,19 142:24
165:22 169:15
174:18 178:20
200:20 213:1
218:14 219:16,17
222:18 225:25
226:1 227:21
229:6 251:17
270:2 278:11
292:15

**reason** 62:6
121:12,25 136:17
136:24 142:23
144:17 149:19
165:3 174:11
212:1 239:7,10
267:7 277:17
343:11 344:6,9,12
344:15,18,21
**reasonable** 190:10
325:10
**reasons** 76:16
97:14 131:9 145:1
166:6 251:20
252:3
**recall** 43:10 46:9
55:9,14,18 56:13
56:22 58:15 59:18
232:9 249:14
274:13 285:23
299:25 303:10
317:6 318:11
319:15 322:10
325:5 327:18
328:24 330:13,16
330:20 334:10,13
**receipt** 343:18
**receive** 20:3 38:22
53:15 54:17,22
76:21 96:6 99:9
99:13 103:19,23
103:25 107:14
115:21 129:15
133:10,12 140:8,9
140:21 143:20
146:1 164:10
203:17 208:21
213:10 228:19
251:15 288:12
**received** 20:10
30:16,25 31:10,23

41:1 53:10 54:4
54:14,19 67:11
70:18 98:25
100:17 101:11,20
104:13 105:1,14
107:13 116:13,20
117:3 118:3
123:13,20 132:19
134:16,22,25
137:8 139:20
140:3,17,22
145:22 181:23
182:7 183:4,18
203:16 206:14
207:17,18 208:8
208:12,18 209:1,2
209:14 210:23
213:3 217:12
223:17 225:12
251:8,9,10,10,11
251:12,16 259:15
282:18,24 283:7
283:17,21 285:3
285:14 288:10
303:21 310:23
312:23 313:1,11
314:23 319:6,14
320:11 323:17
327:2 329:9
336:25 337:10,25
339:5
**receives** 55:7
210:6 221:6
251:20 252:1
303:25 304:6
**receiving** 53:21
176:14 178:14
181:7 184:17
**receptor** 102:13
102:15

**recess** 66:16
122:17 165:8
180:1 229:19
273:7 308:9 315:9
315:19 336:6
**recognized** 45:9
45:11
**recollection** 319:5
**record** 4:15,17,18
5:2,9 6:17 31:23
32:4 66:14,18
122:15,19 164:12
164:16,24 165:1,4
165:6,9 179:24
180:3 212:19
216:9 229:17,21
233:21 261:10,11
261:12 262:13,14
262:18,21,22
263:3,4 264:1,12
264:14 265:6,7,9
265:13 266:10,14
268:2 271:23
273:5,9 274:10
276:9 286:2,12,13
290:13 302:16
305:19 308:5,7,11
315:4,7,11,15,17
315:20 316:1,11
316:17 323:21
336:1,4,8 340:1
342:11
**records** 16:20 26:3
26:5 27:13 31:20
31:25 32:7 215:15
215:24 216:22
233:18 260:5,8,17
263:21,23 265:24
266:2,11 269:23
276:3,7,10 285:20
285:20 286:21

287:2,21 290:19
291:4,9 299:17
303:2,4,7,10
334:15,16
**redirect** 4:4 336:9
**redness** 288:6
**reduce** 89:17
172:1
**reduced** 56:25
63:18 254:2 256:3
**reduction** 46:3
57:6,10,15 85:6
**reevaluate** 188:8
**reference** 287:2
324:2 330:25
334:15
**referenced** 320:17
322:11 330:18
337:16 338:25
343:6
**referred** 7:24 10:7
16:4 17:8,21 18:1
18:12 29:20 40:9
95:9 108:9 114:8
128:6 162:23
185:17 260:12
262:21 263:4
265:7 280:11
286:3 287:16
294:20 296:16
302:8 311:15
316:8,23 317:8
322:1 323:3,23
328:23 329:8
**referring** 65:17
134:12 177:4
294:6
**reformulate**
153:25
**refuse** 183:6

**regard** 11:10
323:8
**regarding** 9:12
11:25 267:9
**regimen** 12:4
53:22 69:21 73:8
74:5,20 76:11
95:24 102:8 107:6
107:6 114:2,3
115:5 116:6
123:12,21 126:18
134:16,23 135:4
135:11,14,15,17
135:20 136:7
137:1,19 139:21
140:4,4,22 141:8
141:17 143:20
145:16 146:6,10
146:25 147:2,6,7
147:10,22 148:7
148:13 151:15
163:11,15 177:10
180:9,14 203:17
203:17 206:3
207:17 209:24
212:21 214:4
222:12 223:3
225:1 227:14
260:1 285:3,13,17
285:17 305:3
310:24 311:22
312:18 313:5
318:10 338:19,21
338:24
**regimens** 10:14
11:10,19,25 66:9
67:3 71:9 76:9,10
76:22 77:3,9,10,12
77:15,20,23 80:17
80:23 81:4 95:15
95:16 102:20

124:5,6 137:17
138:3,6 139:20
141:19,22 146:12
146:16,18 151:13
162:8,14 165:24
180:19 186:1,3
190:12 207:4,5
210:22 211:3,5,6
212:3 221:17,21
222:2,23,24
223:18,25 226:3
318:9 337:16
339:15,17
**regrew** 127:15,25
269:24
**regrow** 127:4,8
132:23 155:4
180:21 181:8,14
184:3 251:21
252:2,4,7 253:4,10
262:3,23 263:5
265:8,14 266:12
269:7,17,19
312:10,17
**regrowing** 229:3
252:10 264:24
**regrown** 253:1,6
253:17 262:15
**regrowth** 59:20
61:14 62:20 92:16
128:2 133:3
202:25 291:24
292:8,17 295:15
296:19 313:4
324:6 335:18
**regular** 244:7
254:15 255:14
**related** 130:19
317:18
**relates** 1:6

**relation** 32:22
33:16
**relative** 342:13,14
**relaxer** 234:8
**relaxers** 234:6
245:23 300:18
**relevant** 312:2
**reliability** 89:18
106:22 193:24
**reliable** 88:1 91:24
92:5,8 166:9
172:11 189:24
190:24 191:2,15
193:1,14 194:18
199:20 204:22
205:19 206:3
**reliance** 15:2
189:22 190:23
**relied** 14:24 37:12
118:2 318:2
322:11 324:2
327:9
**relies** 25:15
**rely** 12:24 118:12
190:10,18,19
196:3 200:15
317:22 327:5
**relying** 64:24
65:21 66:9 97:15
104:11 111:23
187:17 189:8,17
190:7,8 192:8
194:18 198:25
199:6,8
**remain** 261:17,25
**remained** 262:23
263:5,8
**remains** 260:21
261:3 266:17
**remedy** 169:19

**remember** 24:22
24:24 26:10,17
27:18 39:10 43:6
49:16 51:13 53:6
56:17 63:22 66:24
73:11,12 74:17,22
86:8 92:23 96:9
96:16,25 108:3,5
135:1 162:21
163:5 167:11
180:24 200:17
201:15 220:8
232:6 234:22
236:14 244:18,19
247:21 249:11
273:21 288:13
289:15,25 291:15
292:9,11 293:18
296:7 306:1
310:15 317:3
331:7
**remind** 27:10
**reminder** 6:21
**removal** 289:5
**remove** 292:19
296:22 321:16
**renal** 130:3
**repeated** 51:11
236:1,4
**replace** 243:5
**replaced** 243:2
**replacing** 47:7
**report** 4:14 12:12
12:19,21,24 13:2,7
15:2 24:8 28:15
29:10,12,25 34:21
35:3,5,8 37:8 38:2
39:16 40:14 41:20
49:9 52:24 55:21
55:23,25 56:3,7
58:6 63:17 66:22

76:1,7 95:13,23
96:23 100:21
101:13 102:5
107:5 114:2 115:1
116:3 120:7 124:3
148:2 150:24
151:4 160:12
161:24 162:15
166:18 171:21,22
171:25 172:12,16
174:5 179:7
185:14,15,21
199:25 200:6,19
201:16,17,19
220:12,17 228:4
243:17 248:11
259:17 281:12
282:21,21 285:13
300:16 302:13
318:3 322:12
330:7,11 335:11
342:8
**reported** 13:21,23
24:6 25:16 32:21
51:11 52:18 54:5
55:19 58:2 67:2
71:9 101:16
136:12 143:14
164:9 165:14
194:4,8,11 205:23
215:9 261:15
311:4 326:20
329:17
**reporter** 6:23 7:25
10:8 16:5 17:9,22
18:2,13 29:21
40:10 95:10
108:10 114:9
128:7 162:24
185:18 260:13
280:12 286:4

287:17 294:21
302:9 316:9,24
317:9 322:2
323:24
**reports**   12:11,16
15:12 19:20 25:22
53:20 54:3,20
55:5 66:23 67:10
67:16,23 70:4
72:14 75:25 76:8
77:12,22 80:6
81:23 101:15
102:4 122:8
123:23 124:4,24
125:20,22 134:15
135:23 137:18
138:16 139:19
142:12 143:10,11
144:12 145:2,22
150:20 158:20
159:5,25 160:10
160:24 161:16
162:2,12,16
165:23 166:19
171:16,24 172:3,8
172:10 173:11,21
174:21 175:9,14
175:19 176:12
177:1 179:13,20
180:8 189:8
191:16 193:12,15
194:18 204:23
208:23 209:24
210:3,16,22 211:5
211:10,11,14,17
212:9,10,11,20
217:11 221:17,20
222:2,11,22,24
223:1 224:9
225:16,23 226:19
227:13 285:12

307:6,9,17 312:15
326:22 329:9,16
**represent**   5:11,13
**requested**   342:10
**require**   20:25
92:16 263:9
**required**   345:13
**requisition**   4:18
111:5,6,9,25 112:7
294:17,24 295:3,5
295:8,24 303:21
304:6
**research**   48:23
173:7,8 176:3,6
331:13
**researched**   16:21
**resolved**   260:5,21
261:2 263:23
264:5,8,9,16,20
265:24 266:11,16
286:14
**resolving**   260:9
266:17
**respect**   57:23
**respond**   123:19
**responded**   330:25
**response**   23:8
105:18 272:21
**responses**   4:20
6:21 316:13
**responsibility**
128:17
**responsible**   211:2
**responsive**   8:12
9:14,17 16:1
**restart**   155:1
**result**   52:15 63:25
118:15 121:2
126:2 129:4
147:17 148:9
185:24 233:14

250:11 258:2
264:7 275:9
309:13
**resulted**   228:1
**results**   92:4
137:12 186:18
192:3 197:17
198:25 205:7,10
215:3,9 216:5
226:22 332:7
**retro**   131:16
**retrospective**
65:21,25 66:2
166:9,20
**return**   343:13,17
**revealed**   186:3
**reversible**   162:13
234:3
**review**   11:15
12:18 13:2,7,15,19
27:17 30:12 31:3
31:13 32:1 36:16
38:1,1,7,12,25
39:6 47:14 48:12
49:19 60:10 78:5
87:17 89:9 97:24
98:1 106:13 109:8
111:19 136:5
146:21 186:16
200:1,5,11,12,13
206:1,11 233:18
233:21 244:19
293:20 297:15
307:5 326:5 327:1
327:12 328:10
329:20 330:5
333:21 342:9
343:7
**reviewed**   12:11,15
12:21 13:19,20
14:14,24 15:13

19:19 21:17 25:21
26:5 27:12 29:10
30:20 31:1,7,12
34:22 37:18,24
38:5,10 39:7,11
40:6,17,21 49:5,8
54:2 55:5 57:17
68:4,18 69:10
70:20 72:8,21,23
72:24 74:12 78:2
96:19 97:4,6,16
98:5 106:9,22
110:16 111:15
116:23 162:17
170:17 186:13
215:3,6 244:15
286:20 290:19
293:17 307:14
318:23 328:20
330:15 336:12
**reviewer**   87:20
**reviewers**   96:24
**reviewing**   31:4
34:23 44:11 47:24
50:17 60:16 74:2
75:9,21 88:19
90:5,7 97:15
109:4 110:9 111:5
112:12,14 113:14
287:1
**revision**   128:24
**reynolds**   2:11 5:15
5:15
**rid**   265:4
**right**   7:7 20:5
21:12 30:2,17
34:24 45:4,24
51:5 53:4 57:25
76:18 77:18 79:25
80:7 81:15 82:5
82:10 83:8 87:7

90:3 91:25 92:4
92:13,14 93:5,23
94:12,22 95:16,25
97:16 98:3 101:7
101:18,21 102:19
107:7,13,18
111:13 112:6,12
112:17 114:3
115:16,20 116:7
116:10,14 117:3,7
117:16 118:4,7,10
119:25 120:9
121:15,23 122:3
122:21 124:12
125:21 129:12,23
131:1 134:17,23
142:14 144:1,20
145:23 147:14
149:21 150:21
151:22 152:1,9
153:7,16 159:21
160:5,8 164:20
165:5 168:17
169:4,13,25
170:25 174:7,9
175:20 176:15
177:2 184:19
186:14 187:9
191:6 193:16
194:13 199:14
204:13 208:12
209:13,24 210:6
210:24 211:7
212:12,21 214:5
214:24 216:15
221:18,22,24
225:14 226:16
235:15 236:1
238:8 240:9
242:22,24 243:8
243:14,20 244:12

245:4,14,24 246:4
246:11 247:9,12
247:19 248:13
253:2,10,20,25
254:2,5 256:10
259:5 261:2,23,25
262:23 263:6,13
263:24 264:5,16
265:8,14,25
266:12,24 269:12
270:8,13 271:7
275:23 276:16,24
277:3 278:8,10,14
278:15 279:4
280:22 282:15
283:13,22 284:4
284:12 286:13,16
286:21 288:3
289:11,19,22
295:12 296:1
298:17 299:5
300:3,23 301:3,7
301:11,15,19,22
302:1,4 305:10,12
305:13,21 306:5
306:13 307:24
308:20 311:1
316:3 317:6 320:1
331:19 332:3,9,17
335:11 336:18,22
337:3,7 338:8,19
339:9,20
**rise** 275:8
**risk** 116:19 234:25
235:5,8 274:24
275:4,12,15
297:20,24 298:2
298:19 327:13
**road** 2:15
**rogaine** 167:1
168:14,15,19

169:2,5,7
**role** 59:19 61:13
129:1 150:13
248:25 249:4,15
268:8,16 313:25
314:2,4,10,15,18
**rollers** 234:11,12
**room** 166:13
182:3,19 183:15
184:24
**root** 243:13,18
**roughly** 93:21
**rule** 106:4 111:19
111:23 112:3
113:23 117:19
209:3,10,13 210:4
213:2 214:13
240:25 241:3
**run** 16:3 240:3

**s**

**s** 22:21 24:1 27:8
344:3
**s.a.** 343:4 344:1
345:1
**safety** 117:24
**saggar** 4:16
280:16
**salon** 300:17
**sample** 65:9 306:9
**sandoz** 2:14 5:24
**sanofi** 2:18 5:11
5:20 25:16 186:2
198:18 329:9,17
343:4 344:1 345:1
**sanofi's** 200:1
201:4
**save** 242:2 282:23
**savin** 34:18
**saw** 14:12 30:8,10
31:9,14 40:2
57:14 63:15

146:21 186:17
191:10 264:15
267:16 270:12
271:2 277:10
287:10 289:13,15
289:16,18,20,22
290:3,7,15 291:10
292:21 295:19
297:11 300:2,5,15
308:24 335:19
**saying** 17:5 43:6
43:10 55:18,25
60:23 63:16 70:13
71:21 77:19 79:9
80:11 94:3 95:23
96:25 107:5 114:5
127:14 132:10
133:1 145:1
150:19 153:13
173:11 180:20
196:3 203:4 207:3
210:15 226:5
261:13 262:17,19
264:12,13,14
269:7,9 277:23
286:15 293:25
299:24
**says** 9:3,14 55:14
56:14 62:19 70:9
71:17 80:20
108:17 115:8
118:2,13 120:8,13
129:5 130:5
151:23 163:12
170:17 218:19
227:24 230:14
260:20 261:1,8
264:7 266:2,10,15
275:7 277:12
278:3 286:8
287:23 288:5

**scalp**  25:5 54:11
120:13,24 121:6
121:14,19 122:2
220:1 235:14,18
235:23 236:3,10
240:12 241:2,18
243:10,11 244:6
244:10 245:9,15
245:20 255:6,7,9
255:18 257:22
258:13,23 259:2
263:18 276:15,16
279:8 281:19
282:7,9 288:16
295:18 305:25
306:8,13,24
308:23 309:4,15
309:16 317:17
321:18 333:8
335:4,8
**scant**  59:13 60:18
**scared**  299:23
300:20,23
**scarf**  320:1,7
**scarring**  47:1,5,6
84:23,24 85:4,23
86:5 218:2,8
219:1,3,10,11,12
219:21 237:24
238:11,14,15
239:11,21,22,22
240:1,1,2,8,10,15
241:24 242:23
243:4,7 244:3
245:8,8,16,19
254:12,19,22
255:1,3,11 273:15
308:3
**schanker**  2:3,4 4:3
5:12,12 7:10,21
8:18 10:15,25

11:5,12,21 12:2,20
13:9,17 14:16
18:23 19:8,15,23
20:17,23 21:13,18
22:1,6,16 23:3,11
23:22 24:2,7,14,21
25:1,10,17,24
26:21,25 27:2
28:10,20 29:4
30:22 32:24 33:10
33:18 34:3 35:9
35:18,25 36:8,18
37:4,14 38:8,16
39:2,9,17 40:18
41:4,11,23 42:7,13
42:22 43:4,15,20
44:4,14,21,25
45:25 46:19 47:3
47:16 48:1,14
49:1,10,15 50:20
51:6,17,22 52:3,8
52:16,23 53:5,23
54:6,24 55:17
56:2,16 57:2,12,18
58:8 59:9 60:20
61:5,16,23 62:12
62:24 63:7,14
64:2,8,13,20 65:2
65:12,24 66:11
67:4,13,19 68:5,21
69:2,14 70:1,11,22
71:3,12,19 72:1,12
72:25 73:10,15,21
74:7,14,21 75:2,10
75:17 76:3,14,24
77:13,24 78:4,13
78:22 79:8 80:1,8
80:24 81:8,16,25
82:11,15,20 83:9
83:19,25 84:6,14
85:10,13 86:20

87:13 88:3 89:1
89:15,19 90:22
91:5 92:6,20 94:2
94:13,23 96:11,17
97:1,10 98:13
99:20,25 100:8,19
101:22 102:2,9,23
103:4,20 104:4,15
104:20 105:3,17
106:11,24 107:20
108:6 109:9
110:10,18 112:18
113:7,15 115:23
116:15,21 117:8
117:17 118:16
119:5,20 120:10
120:20 121:4,16
122:12 123:14,18
123:25 124:14
125:1 126:3,14,23
127:19 128:3,19
129:17,24 130:8
130:14 131:15
132:3,13,21 133:4
133:19 134:1,10
135:6,12,25 136:8
136:15,20 137:3
137:10,20 138:5
138:14,22 139:2,8
139:15,22 140:6
140:13,18,24
141:5,10,20 142:5
142:15 143:4,12
143:21 144:14
145:13 146:19
147:8,23 148:14
149:1,7,14,22
150:5,15,22 151:6
151:16 152:2,13
153:1,23 154:7,22
155:10,15,21

156:2,14 157:1,13
157:21 158:1,7,14
158:22 159:22
161:8,18 163:19
164:4,11,15,23
165:2,18 166:1,10
166:21 167:17
168:1,10,18,25
169:14 170:1,13
171:12,19 172:24
173:14,24 174:10
174:22 175:21
176:16 177:3,11
177:20 178:6,15
178:25 179:8
180:10,15,25
181:10,17,24
182:8,24 183:5,19
184:1,20 185:6
186:15 187:2,10
187:19 188:1,5,12
188:20,25 189:9
189:19,25 190:13
190:25 191:7,18
192:10,17 193:5
193:17 194:1,20
195:5,13,22 196:6
196:15,22 197:9
197:22 198:5,9,19
199:2,7,15,21
200:25 201:5,14
201:25 202:15
203:9,22 204:14
204:24 205:9,20
206:4,23 207:6,22
208:13 209:6,17
209:25 210:7,18
210:25 211:8,19
212:5,13,22 213:4
213:12,22 214:6
214:15,25 215:13

216:8,14 217:1,6
217:16 218:10
219:15 220:2,14
220:22 222:6,14
223:5,12 224:2,14
225:3,21 226:8,17
226:24 228:2,9,23
229:10,13,16
230:23 231:3,15
232:10 235:2,16
236:17 237:7,13
237:25 238:13
240:4,21 241:9,16
241:25 242:7,16
242:25 243:21
245:12 247:2
248:7,18 249:17
249:23 250:12,17
251:4,22 252:5,12
254:9,20 255:2,13
255:19 256:20
257:1,10,20 258:3
258:8,14 259:6
260:7 262:4,16,24
263:7,14,25 264:6
264:17 265:1,15
266:1,13 267:4
268:4,9,21 269:3
269:13 270:1,9,18
270:25 271:8,20
272:1,6,10,18,24
273:4,16,24
274:14,20 275:1
275:10 277:4
279:5,17 280:1,24
281:8,21 283:5,9
283:14,23 284:5
284:13,23 285:4
285:15,24 286:17
287:4 288:15
291:8,25 292:10

293:1,9,23 294:5
294:13 295:2,13
296:8,25 297:7
298:22 299:12,22
300:4,24 302:25
304:1,8,16 305:5
306:14,25 307:18
309:24 310:7,13
310:19 311:2,7,23
313:2,15,20 314:1
314:6,12,20 315:1
315:15,23 316:11
316:16 317:1,11
318:6,14 319:3,12
319:20 320:5,16
321:2,8,22 322:4
322:15 323:1,7,15
323:20 324:1,19
325:1,19 326:3,14
327:7,17 328:5,19
329:1,4,15 330:2
332:1,5,13 333:2,9
333:20 334:2,9
335:1,24 338:11
339:10,21,25
343:1

schapiro   47:20
  49:4 50:16
schedule   334:5
schedules   334:5
schools   152:24
science   143:1
  175:3
scientific   98:2
  106:21 325:11
  326:6,16 327:12
  328:10 329:21
scope   125:12
seal   341:9
search   24:13 41:2
  159:4

sears   2:21 4:3,4
  5:10,10 6:11 7:12
  8:2,15,17,24 10:5
  10:10,19 11:2,8,17
  11:23 12:9 13:1
  13:14,24 14:18
  16:7 17:11 18:4
  18:15 19:1,11,18
  19:25 20:20 21:5
  21:15,24 22:3,11
  22:23 23:5,19,24
  24:4,11,19,23 25:6
  25:14,20,25 26:23
  27:3,5 28:13,24
  29:9,23 33:2,14,20
  34:10 35:13,20
  36:3,11,21 37:6,16
  38:11,24 39:5,13
  39:19 40:12,20
  41:7,17 42:2,10,17
  42:24 43:8,16,24
  44:8,17,22 45:2
  46:8,24 47:12,19
  48:11,22 49:12,18
  50:25 51:8,19,24
  52:5,12,21 53:1,8
  54:1,9 55:1,24
  56:12,21 57:7,16
  57:20 58:14 59:11
  61:1,11,19 62:5,15
  63:3,10,19 64:4,10
  64:16,23 65:7,16
  66:7,13,19 67:9,15
  68:2,17,23 69:7,22
  70:5,16,24 71:7,15
  71:23 72:4,18
  73:4,13,17,25
  74:10,16,24 75:6
  75:14,20 76:6,17
  77:1,17 78:1,11,17
  78:25 79:16,19,23

80:4,10 81:2,11,20
82:3,13,17,22
83:16,22 84:3,9,17
85:11,15 86:25
87:16 88:7 89:7
89:16,25 91:1,22
92:12,22 94:8,17
94:25 95:12 96:13
96:20 97:5,13
98:19 99:22 100:3
100:11,23 101:25
102:6,18 103:1,8
104:1,7,17,24
105:9,23 106:14
107:1,22 108:7,12
109:20 110:14,22
113:1,11,21
114:11 115:25
116:17,25 117:11
117:20 118:19
119:9,24 120:14
120:25 121:11,22
122:14 123:11,16
123:22 124:2,20
125:4 126:8,16
127:12,23 128:9
128:25 129:19
130:4,11,16
131:18 132:9,15
132:25 133:8,21
134:5,14 135:8,16
136:4,10,18,25
137:6,13 138:2,11
138:17,24 139:5
139:10,18 140:2
140:10,15,20
141:2,7,13,24
142:10,22 143:6
143:17,24 144:19
145:20 146:24
147:12 148:4,23

| | | | |
|---|---|---|---|
| 149:3,11,18,25 | 207:2,15 208:6,16 | 275:19 277:6 | **section** 1:3 21:1,3 |
| 150:11,18 151:1,9 | 209:12,22 210:2 | 279:12,23 280:6 | 21:9 129:5 287:23 |
| 151:18 152:4,15 | 210:13,21 211:4 | 280:14 281:4,11 | **sectioned** 20:22 |
| 153:4 154:2,14 | 211:12,22 212:8 | 281:22 283:6,12 | **sections** 21:2 |
| 155:6,12,18,24 | 212:17,25 213:9 | 283:15,17,20 | **sedlacek** 52:25 |
| 156:8,22 157:6,16 | 213:19 214:2,9,22 | 284:2,9,16,25 | 53:2,9 55:3 95:1 |
| 157:23 158:4,10 | 215:2 216:2,3,10 | 285:9,18 286:1,6 | 95:20,24 98:6 |
| 158:17 159:3,24 | 216:24 217:4,9,25 | 286:19 287:6,19 | 100:16 104:8 |
| 161:11,23 163:1 | 218:17 219:18 | 288:18 291:13 | 108:6 117:1 |
| 163:24,25 164:8 | 220:4,16,24 222:9 | 292:3,14 293:5,14 | **see** 6:14 16:11 |
| 164:14,21 165:5 | 222:20 223:8,16 | 294:1,10,16,23 | 17:14,19 22:13,19 |
| 165:11,21 166:7 | 224:3,24 225:7 | 295:7,22 296:10 | 30:7 31:16,22 |
| 166:16,25 167:21 | 226:4,14,20 227:1 | 297:5,10 299:3,19 | 32:8 33:25 37:10 |
| 168:6,13,21 169:8 | 228:6,11 229:5,15 | 300:1,8 301:1 | 41:6 42:5 43:5 |
| 169:21 170:11,16 | 229:22 230:25 | 302:11 303:5 | 46:2 56:25 58:13 |
| 171:14,23 173:10 | 231:11,21 232:16 | 304:2,4,12,20 | 58:22 59:5 60:11 |
| 173:19 174:6,17 | 235:11,24 236:22 | 305:9 306:19 | 62:2 71:17 73:5 |
| 175:4 176:2,23 | 237:10,15 238:4 | 307:4,21 308:5,12 | 75:19 81:23 82:9 |
| 177:8,16 178:1,11 | 238:18 240:7 | 310:4,10,16,22 | 88:15 90:6 93:16 |
| 178:19 179:3,12 | 241:5,12,21 242:2 | 311:5,9 312:4 | 94:6 98:10,22 |
| 179:23 180:4,12 | 242:3,11,21 243:6 | 313:9,17,23 314:3 | 99:2,6 102:25 |
| 180:17 181:6,12 | 244:2 245:21 | 314:9,14,22 315:4 | 108:20,21 109:10 |
| 181:19 182:2,17 | 247:6 248:10,23 | 315:12 318:4,12 | 109:25 114:16,24 |
| 183:1,11,23 | 249:20 250:9,14 | 319:1,9,19 320:2 | 115:9,12 116:4 |
| 184:16,23 185:13 | 250:21 251:6,25 | 320:14,24 321:6 | 118:21 119:1,8,12 |
| 185:20 186:19 | 252:8,15 254:11 | 321:14 322:13,24 | 119:12 122:25 |
| 187:5,14,21 188:3 | 254:24 255:8,16 | 323:5,13,19 | 128:23 129:8,9 |
| 188:7,15,22 189:5 | 255:22,25 256:22 | 324:15,24 325:15 | 134:20 142:17 |
| 189:16,21 190:6 | 257:6,13,25 258:5 | 326:1,8 327:4,15 | 144:5 148:1 |
| 190:21 191:4,13 | 258:10,20 259:8 | 328:3,12,14,18 | 151:24 152:5,7 |
| 191:23 192:13,25 | 260:15 262:6,20 | 329:3,12,24 331:2 | 155:2,3,4 156:6,16 |
| 193:11,21 194:5 | 263:2,11,20 264:3 | 331:24 332:4,10 | 159:4 161:21 |
| 194:23 195:7,17 | 264:10,22 265:5 | 332:25 333:5,18 | 162:21 163:7,8,10 |
| 196:2,12,18 197:2 | 265:22 266:7,22 | 333:25 334:7,24 | 163:15,16,17,18 |
| 197:16 198:2,7,11 | 267:6,17,25 268:6 | 335:23 336:1,10 | 164:1,7,9 165:14 |
| 198:24 199:5,10 | 268:14,25 269:5 | 338:13 339:13,23 | 165:17 168:12 |
| 199:18,24 201:2 | 269:21 270:5,11 | **second** 36:23,25 | 169:5,24 173:16 |
| 201:10,18 202:8 | 270:22 271:4,13 | 100:12 145:8 | 174:1 176:18,21 |
| 203:1,14 204:10 | 271:24 272:3,4,7 | 226:1 286:7 | 179:11 186:6,10 |
| 204:20 205:2,15 | 272:13 273:10,18 | 315:16 318:15 | 200:3 206:19 |
| 205:24 206:8 | 274:2,18,23 275:3 | | 207:7 219:12,21 |

222:7 228:3 234:6
234:20 239:21
242:24 243:1,7,9
243:10,12 244:4
247:4 248:8 254:7
254:13,15,18,21
254:25 255:10,17
255:23 256:9,12
257:22 260:4,19
260:24 271:11
277:7 278:17
279:8 280:20,25
281:1,3 285:10
286:7,10,11 287:7
287:22 288:1,8
290:5,9,17 294:8
296:15,19 297:19
297:21 299:9
300:12 302:18
307:12 318:17
319:10,22 320:3
321:19 322:21
323:14 333:19
336:20 337:17,22
338:2,5 339:2
**seeing** 138:10
148:22 303:10
**seen** 65:5 81:9
119:18 126:11
130:5,10 135:14
138:1 163:3
192:19 208:5,7
216:25 220:11,17
227:13,24 230:14
241:23 242:5
275:7 276:2,6,10
277:12 278:3
280:7,18 288:25
289:2,3
**selected** 252:23
253:1

**selection** 277:19
**send** 62:2 166:12
166:22 171:6
303:18
**sense** 47:6 77:21
79:5 196:1 287:15
**sensitive** 121:7,15
122:3
**sent** 20:4,8 28:5
111:6 294:18,25
307:20 343:14
**sentence** 42:14
43:5 46:9,17
57:14 63:9 70:9
70:12 71:17,20
74:23 75:5 94:19
99:11 247:25
248:9 265:9,18
**sentences** 63:1
**separate** 212:16
**september** 4:9,10
17:17 18:6
**sequential** 317:18
**services** 16:15,18
**set** 26:16 236:11
259:17
**setting** 105:11,12
125:15 143:19
157:25 158:6
159:9,14,17 160:5
162:1 179:15
220:7,13,19 221:8
221:10,18,22
222:1,3,12,25
223:2,10,19
224:10,12 225:8
225:17 227:16
**seven** 53:14 98:20
98:24 259:11,13
259:25 271:14
316:5

**seventh** 8:6
**severe** 46:2 54:18
83:14 206:6
**severely** 131:8
**shaft** 108:17,23,24
109:4 245:24,25
246:1 256:12
**shapiro** 50:6
**shapiro's** 49:8
**shave** 91:15
**shb.com** 2:21,22
**she'd** 284:18
**sheath** 243:13,18
**sheet** 343:11
**sheila** 1:7 27:6,8
**shook** 2:19
**short** 66:16 122:17
165:8 229:19
260:10,21 261:3,6
261:17,25 262:23
263:6,8 264:24
266:5,18 273:7
277:9 278:25
308:9 315:9,19
336:6
**shorter** 195:16
**show** 53:17 88:5
88:12 89:21 91:10
91:11 92:2 119:16
122:21 131:7
142:20 162:22
204:5,6 218:22
230:24 262:18
267:19 279:1
**showed** 96:12
123:6 197:19
205:4 216:5
217:10 233:19,19
233:24 234:1
278:15 293:21
327:1

**showing** 96:1
121:8 166:24
191:11 204:16
239:4 244:20
259:22
**shown** 156:16
170:24
**shows** 100:10
187:4 293:25
306:3 325:8
**sic** 142:2
**side** 13:20,22
32:17,20 53:14
62:3 78:7 81:14
117:6,16,21
119:12 232:8
244:8 247:18
248:4 282:1,2
288:23 324:8
**sides** 276:15 280:5
**sign** 172:13 343:12
**signals** 56:4
**signature** 341:13
342:20
**signed** 343:20
**significant** 93:11
94:11,20 151:20
216:7 217:14
292:8,13,17
**signs** 239:1
**silk** 309:1
**similar** 90:12
119:21 156:21
216:11 228:14
237:20 244:12
246:15,18 247:14
248:13 320:22
321:3
**similarly** 323:2,8
**simple** 265:11
272:5

**single** 137:21
142:7 188:14
207:8 337:2
**site** 241:10
**situation** 89:22
249:19 261:18
269:19 296:17
**situations** 83:1
197:11 249:2,6
284:8
**six** 70:13 88:14
91:16 114:22
115:11,16 149:5
151:8,12 155:17
155:23,25 156:17
156:20 176:18
178:13 179:10
180:21 181:9,14
184:3 225:11,18
316:2
**size** 65:10
**skin** 79:15 287:25
288:3,4,6
**skull** 281:3
**slides** 9:11 21:17
21:21 304:18
307:11,11
**sloan** 144:20 145:4
**slower** 259:19
**small** 20:12 22:9
64:12 65:9 150:6
**smoke** 204:1,1
**smoking** 204:4,11
**society** 170:22
171:5
**solutions** 343:23
**somebody** 29:8
202:3 203:24
253:13 271:10
281:9

**soon** 214:18
**sorry** 12:4 14:7
53:24 54:13 66:6
95:21 110:2
115:15 195:15
221:2 251:24
269:4 278:20,22
288:2 290:13,14
304:2 328:14
331:1 339:11
**sort** 143:3 146:15
147:4 181:15
270:6 296:19,24
309:3,12 311:20
331:9
**sought** 291:20
**sound** 7:7 180:7
316:3
**sounded** 192:14
**sounds** 114:7
255:22 286:23
**source** 168:5
190:4
**sources** 32:5
**south** 110:1
**space** 304:11
**spanish** 114:6
**spared** 121:10
**sparse** 84:20
213:17
**speak** 200:15
202:3
**special** 131:5
**specialist** 75:12
92:25
**specialize** 75:8
**specializes** 75:16
**specific** 4:11 30:1
33:3,24 37:17
64:7,18,25 65:22
72:14 137:15

142:1,13 145:11
147:6 177:18
228:3 307:3
311:21 312:8,12
312:14 331:5,6
**specifically** 20:15
32:22 69:11,24
70:9,20 71:1,5
72:9,15 299:1
318:7 322:16
330:24
**specimen** 20:19
237:2
**specimens** 75:19
**speculate** 43:22
44:5 140:25
**speculation** 43:21
44:15 59:25 84:16
103:16,22 105:7
223:6,9
**speech** 9:13
**speeches** 9:11
**sperling** 218:21
243:24
**sperling's** 57:17
**spironolactone**
151:22
**spoke** 254:16
299:17 300:18
307:20
**sponsored** 186:2
197:24 198:18
**spread** 48:18
**square** 52:18
123:10
**squared** 53:21
54:4,15,22 55:7
99:5,9 100:6,14
115:8,19 116:2,7
116:10 118:4,7,10
118:14,15 123:24

225:10,13,18
302:24 319:7
320:12 322:18
323:12 333:16,24
334:5 336:21
337:6,11,21 338:8
339:1,17,18,20
**stain** 237:6,19
307:11
**stained** 237:17
**staining** 236:13,25
237:4,12,22
**standard** 86:18
87:15 92:10,13,15
98:3
**standpoint** 79:5
**stands** 103:2
**stapled** 318:15
**start** 23:6 63:2
90:12 127:5 138:9
148:17,22 152:6
181:4 202:5
217:23 238:19
253:7,14,23
259:10 268:23
269:7 271:16
276:1 299:24
304:2 336:15
**started** 17:2 56:7
90:13 127:9,11,15
127:24 133:3
159:8,13 175:19
184:8 252:20
253:2,10,17 260:6
268:10 269:24
275:25 282:19
283:1
**starting** 132:23
134:4 217:21
261:10 269:15
285:21 286:8,11

**starts** 59:16 249:8
  269:17
**state** 1:14 3:8 5:8
  6:16 187:12 341:3
  341:15 342:3
**stated** 12:15 330:7
**statement** 56:13
  98:9 221:25 292:6
  330:18
**states** 1:1 152:16
  152:24 285:21
**statically** 187:7
**stating** 48:3
**statistic** 94:4
  204:18
**statistical** 12:22
  35:7,16,23 36:5
  188:14 190:24
  195:8,18,24 196:9
  196:20,25 197:6
  197:19 203:18
  204:2,6,17 205:4
  207:5 327:5
**statistically** 13:12
  93:10 94:11,19
  186:3 187:15,24
  188:10 189:23
  207:11
**statistician** 12:23
  13:5,6 35:11
  93:23 94:6 144:1
  190:14 327:6,9
**statistics** 93:25
  144:8 149:13,16
  151:3 190:19
  196:4,7 206:25
  207:1,13
**status** 11:14 34:8
  267:3,15
**steatohepatitis**
  233:8 234:2

**stefanato** 58:19,20
  58:22 59:6 60:9
  60:10,16 61:2,12
**stelae** 22:19,21
**stem** 63:21 216:10
  250:4,5,5,6,11
**stenographic**
  342:11
**stenographically**
  342:8
**step** 164:12 165:4
  315:16
**steps** 105:24 106:4
**steroidal** 248:4
**stones** 185:12
**stop** 215:14,21
**stopped** 268:12
**straight** 257:4
**strands** 83:24
**streamers** 237:21
**street** 2:3,10 3:8
**stricken** 271:23
**strongman** 215:17
  216:19
**struggling** 91:2
  213:1
**student** 60:8
**studied** 16:20,21
  26:3 81:12 171:11
**studies** 39:4 64:12
  65:14,18,21 66:8
  87:9 89:3,4 92:10
  95:14,23 121:8
  142:7 166:9 186:1
  197:15,25 204:12
  204:21 250:25
  327:1,10 333:11
**study** 4:24 35:15
  35:22 39:10 41:13
  46:15,16,23 59:17
  60:25 67:21 70:8

  87:14 88:19 89:3
  90:9,13,14,19 92:5
  93:1 100:2,5
  106:19 107:3,5,10
  107:23,24,25
  108:25 114:15,21
  116:18 118:12
  122:21 129:1
  130:12,13,24
  131:2,11 132:2,5,7
  132:12,20 133:22
  134:2,3,6,15,18,22
  137:8 139:19,23
  144:16 145:3,21
  146:1,8,9,16
  151:19,24 152:5,7
  162:3 186:13,16
  187:4,6,6,13,23
  188:11,17,19,24
  189:2,6,10,12
  190:3 191:9,12,14
  191:20,22,24
  192:3,6,7,11,20
  193:19,23 194:8
  194:13,17 198:14
  198:14,22 199:16
  199:20 203:15
  204:2,5,16,25
  205:3,11,12,16,19
  205:25 206:12
  215:11 217:10
  218:25 222:17
  225:23 253:7,9,18
  284:4 285:1 292:5
  317:20,21,23
  318:8,21 323:10
  323:22 326:22
  333:14
**studying** 91:9
**stuff** 146:2 167:13
  309:10

**subject** 175:23
  215:16
**subject's** 131:12
**subjective** 334:18
**submitted** 87:23
  89:10 106:8,13,15
**suboptimal** 324:6
**subscribed** 345:14
**substantial** 190:17
  201:8,12 309:22
  310:11,17
**substantially**
  310:21 324:17
  325:13,17 326:20
**substituted** 47:11
**subtractions**
  282:22
**sudden** 127:21
**sufficient** 106:21
**suite** 2:3,6,10,16
  3:14
**sun** 3:7 5:25
**sunscreen** 170:20
**superficial** 21:23
**supplement** 97:12
**supplementation**
  232:13
**supports** 333:22
  334:4
**supposed** 20:22
  21:17 88:11
  164:17 215:25
  216:22
**sure** 36:24 52:4
  53:13,16 87:1,11
  88:18,21 90:7
  122:22 140:8
  151:11 155:17
  166:14 180:7
  185:8 192:5
  212:18 216:14

229:15 261:12
272:24 273:3
281:10 284:20
306:21 315:6
329:5 339:14
**surprise**  188:4
287:13
**surprised**  175:13
175:16
**surround**  243:3
**surrounded**
239:16
**survival**  149:12,16
151:2 155:8,13,19
155:25 156:19
177:22 178:3
**survive**  149:10
176:4,17 177:7,10
178:9,18 179:10
**survived**  149:9
163:8,16 178:23
**survives**  176:14
**suspect**  303:19
**suzanne**  1:13
341:14 342:6,21
**swear**  6:9 34:13
**swelling**  288:6
**sworn**  6:8 341:8
345:14
**symptoms**  164:2
**syndrome**  275:13
275:15,21
**synthroid**  33:4,8
33:15 131:22
232:5,8,14,17
275:23
**system**  34:16
82:24 83:4,18
**systemic**  51:3 70:7
133:11

**t**

**t**  22:21 27:9
114:22 232:12,12
344:3,3
**t3**  293:12
**t4**  293:12
**table**  93:13,15,16
114:14,15,20,21
123:6 125:11
140:8 143:15
163:18 164:1
165:12 186:17,17
186:20,22,25
187:3 191:10
319:22 328:23
329:8
**tables**  15:9
**tac**  114:22 115:5,6
115:7,18 195:10
195:12,21 196:14
196:16 197:6,8
214:3
**take**  23:13 66:11
91:16 95:17
122:13 130:6
150:9 152:19,25
165:18 176:11
179:23 183:10
205:14 214:3
219:9,10 232:14
232:17 238:11,20
238:22 239:7,13
239:22 240:1,5,11
240:14,15 241:1,8
266:8 268:19
269:11 272:11,25
273:4 282:2
303:22 306:22
316:20
**takeaway**  329:7

**taken**  1:13 6:22
26:13 27:24 28:2
37:21 66:16
105:24 106:4
108:25 111:22
122:17 165:8
180:1 229:19
239:15,18 241:11
241:18 264:14
273:7 281:19
306:5 307:23
308:1,9 315:9,19
336:6
**takes**  33:6 275:23
**talk**  14:8 20:2 50:7
50:8,14 53:2 95:1
111:4 126:9 148:5
164:13 165:2
182:5 183:2,13
229:25 237:1
242:22 300:6,6,9
300:11,13 301:10
301:13 325:20
**talked**  19:19 37:17
39:1,24 49:24
50:6,10 62:16,18
63:21 66:23 86:6
96:10,14 107:15
110:23 153:5
155:7 159:20
160:7 168:14
172:17 186:12
208:22 209:23
220:5 221:16,20
222:24 232:5
235:12 238:5
263:21 269:23
281:23 291:6
292:4 296:3
297:16 299:4
302:6 305:1,23

308:19 327:18
328:20 338:24
**talking**  26:12
165:12 167:7,8
180:18 208:19
231:12 235:5
273:13 293:16
298:19 302:19
321:23
**talks**  163:10
**tamoxifen**  100:17
101:7,11,20
103:11 120:19
126:10,11,19,22
127:4,10,15,17,24
128:1 129:11,21
130:2,6,7 151:25
152:9 157:24
216:6 217:12,20
247:12,13,19
252:10 259:4,10
260:6 261:10
268:8,10,12,16,20
269:8,12,16,17,24
279:25 280:8
300:3,9 303:15
334:11
**targeted**  130:20
**taryn**  2:17 5:23
**tattoo**  86:23 87:1
87:10,25 88:13,21
89:6,11 90:15
91:15 92:1,1,14,17
191:21
**tattooed**  86:24
191:25 192:8,16
**tattooing**  87:5
88:5 90:16,18,20
90:24 91:24
107:15,18

**tax316**  14:19
  35:14 39:1,8
  186:9,13 187:1,6
  187:23 188:17,24
  189:6,17,22 190:7
  190:10,23 191:5
  191:15 192:15
  193:23,24 194:8
  194:25 198:4,17
  199:1 205:16
  206:12 326:22
  327:10
**taxane**  59:3 70:18
  76:9,9,11,23 77:3
  77:4,10,11,12,14
  77:16,22 84:12
  95:16,24 107:6
  114:3 134:17,23
  143:20 146:25
  152:10 203:16,17
  212:7
**taxanes**  77:20,21
  84:5 146:6 151:5
  210:9
**taxene**  67:3
**taxol**  125:7,16
  144:17,21 145:2,4
  151:13,14,17
  159:16,21 160:1,4
  160:7,11,18,24
  161:1 220:5
  227:20 318:10
**taxotere**  1:4 5:6
  14:15 15:11 18:10
  23:1 24:10 29:18
  32:25 35:17,24
  36:6 38:20,23
  52:14 53:4,7,11,22
  54:4,23 55:8 67:7
  68:19 69:1,5,12,19
  69:24 70:10,21

71:2,9,11,14,18,21
  72:9,15 95:15
  100:5 107:9 115:5
  115:22 118:4
  125:6,15 126:2,5,5
  137:22 138:3
  142:17 144:18
  145:2,4 146:22
  147:10,14,20,21
  148:11,12,16,21
  150:2,20,25
  160:12 161:5,6,12
  161:16,25 162:4,8
  165:24 176:8
  181:23 182:7
  186:1,3 187:25
  188:10 189:24
  190:11,16 196:17
  196:17 201:7
  202:20,24 203:20
  203:21 205:5,5
  206:20,21 207:4,5
  207:17 208:4,5
  209:2,9,20 210:6
  210:15,16,22
  211:2,5,10,14
  212:10,12,21
  213:3,5,13,18,24
  214:3,14,18,21
  220:6,12,18
  221:17,21 222:2
  222:11,12,23,24
  223:2,18,21,25
  224:8,16,18 225:1
  225:5,9,17,20
  226:1,2,6,11,15,22
  227:2,13,14,19,24
  228:4 251:10
  259:14 302:3
  310:24 312:13,18
  312:19,23,24

313:5,6,11,13,19
  314:24 317:5
  318:8,9 319:8,14
  320:12 321:13
  322:23 324:13,18
  324:22 325:16,24
  326:19 327:5,13
  328:2,8 329:10,17
  329:18,22 330:1
  333:24 334:6
**tch**  102:21
**teach**  48:5
**team**  49:4
**technical**  20:12,13
  20:16
**technically**  173:16
  196:8
**technology**  88:16
  89:20
**tell**  55:4 68:3,7,7
  68:19 69:23 74:4
  109:21,23 116:18
  127:17 128:21
  133:23 141:6
  160:16 161:24
  181:22 182:6,22
  183:4,17,25 185:3
  218:18 220:25
  247:25 274:22
  278:20 281:18
  289:6 293:7
  301:25 302:3
  305:15
**telling**  70:6,8
  71:16 266:9
**tells**  184:2 207:16
  239:23 312:16
**telogen**  130:20
  153:15,20 154:4,9
  154:10,12,16
  193:8 230:7,13

231:13 232:15,19
  248:19,21 249:8
  276:13 293:3
  298:13,18
**temporal**  280:3
**ten**  30:15 45:18
  51:2 58:11 60:17
  70:8 156:20 163:9
  167:20 168:11
  187:23 264:11
**term**  24:24 201:12
  243:4 309:22
  310:5,11,17,18
  324:5
**terminal**  256:10
**terms**  24:13
**terrible**  79:12
  144:4
**test**  64:5 236:19
  325:3,7,8,21
**testified**  6:8 277:8
  300:2,5 301:2,4,6
  301:21,25 305:2
  327:25 328:9
**testify**  49:20
**testifying**  264:11
**testimony**  6:25 7:9
  18:9 36:13 49:19
  53:9 54:14 73:5
  74:17 133:16
  201:11 326:25
  327:24 329:6
  331:16 343:9,18
  345:8
**tests**  298:16
**text**  95:8
**texture**  256:17,24
**thank**  7:4 8:17
  9:19 10:4 15:22
  153:13 255:24
  315:14 317:2

328:18 329:3
339:23
**thankful**   316:7
**theoretical**   82:18
84:10
**theory**   59:22,23
**therapies**   4:8 9:21
129:11 250:15
251:2 280:17
**therapy**   59:19
61:13 62:19 67:12
70:7 72:16 129:15
129:23 130:20
131:13 132:20,24
133:3,13,14,18,24
134:4,9 180:19,23
181:3 184:10,11
232:21,22,24
233:2,4 248:12
250:18 252:18,20
253:2,10,12,14,17
253:20,22,23
329:11,14,19
**thibodeaux**   1:7
5:13 30:5,12,16,21
31:17,21 32:7
33:17 36:14,17
37:3,9 40:3,7 99:8
107:13 111:6
112:12,17 113:13
115:21 116:13,20
117:2 118:3
119:19 123:13,17
131:19 214:23
225:12 233:3,12
234:15,25 236:25
251:8 253:25
259:10 264:15
270:6 273:19
274:7 275:20,23
276:11,14 278:7

279:4 282:5,17
284:10 285:3,14
288:10,25 289:13
290:20,23 292:15
292:21 293:6,17
296:18,24 297:11
299:4 300:2,22
301:2 302:17,22
303:6 305:20
308:2,20 309:11
310:23 312:22
314:23 319:14
320:23 321:5,9,12
323:17 333:3
335:7,13 336:25
337:10,25 339:5,9
343:4 344:1 345:1
**thibodeaux's**
37:21 39:24
111:16 131:25
234:5 240:18
260:4,17 266:23
267:3,9,15 268:7
268:16 276:2,6
277:7 278:17
284:21 285:19
286:2,21 287:21
295:1 297:16
299:9,21 307:22
313:18 324:12
325:14,25 332:3
332:17 334:15
**thickness**   108:24
256:17,24
**thin**   274:12
**thing**   36:22 38:12
56:1 165:22
174:18 262:19
302:15,21
**things**   48:6 51:9
90:1 96:21 173:22

182:9 196:10
235:4 248:15
256:15 286:24
295:9 299:14
339:7
**think**   7:6,22 9:9
11:9,13,18,22,24
13:4,8 16:2 19:16
19:16 22:17 23:12
23:14 25:12 26:17
26:24 28:25 30:23
31:3,14 32:9
34:13 36:1,9,24
37:19 38:14,17
39:3 40:23 41:12
41:14,18,24 42:9
42:15 43:22,22
44:16 47:13 51:2
52:1,6,25 53:12
55:10,19,20,21
57:3 58:12,18
59:1,4,6,21,24
60:1,4,6,21 61:17
61:20 62:13 64:14
65:20,25 67:1,5
68:22,24 70:12
73:1,18,22 74:1,8
74:9 75:21 79:9
80:5 81:9 82:25
83:5,20 84:16
85:21 86:12 89:17
90:23 92:7 93:22
94:15,16,24 95:2
95:17 96:18 97:11
99:18,23 100:1,9
100:13,15,20
101:16 102:10
104:5,11,22,22
105:7 106:19,20
107:11,16 108:7,7
108:14 109:2,24

110:4,11,19,20
113:4,20 114:6
117:18,19 119:17
119:21 120:15,22
121:20 124:7,9,11
124:21 125:2,23
126:1,21 128:4
132:4 133:5,6,15
134:11,18 136:1
136:16 137:4,16
137:21 138:12,18
138:20,21,25
139:6,11,13,16
140:7 141:11,18
142:2,6 143:5,14
144:15,25 145:7
145:14,16,18
146:10 148:1,15
151:7,17 153:5
154:15,20 156:15
157:2,4,22 158:2,8
158:15,18,23,24
159:1,6,20,23
160:3,4,6,7,9
161:10 162:2,15
163:6 164:21
166:8,22 167:18
167:22 168:2,3,7
168:11 169:7
170:8 171:4,13,15
172:9,20 173:25
174:1 175:7 177:4
177:17,21 181:18
184:12 185:14
186:12,23,23,25
187:3,13 189:6,20
189:22 190:1,9
191:14 193:1,18
193:23 194:2,3,6
194:14,16,21
195:23,25 197:23

198:16 199:19,22
200:10,24 201:6
202:1 203:10
204:21 205:1,11
205:18,21,25
206:12,15,16
209:8,18 211:9,24
213:10,13,20
217:17 218:7
220:11 222:4
223:3,20 224:11
224:25 225:19
226:1 228:7,12,14
228:20 229:6,11
232:6 234:12,24
235:12 236:20
237:6,22 242:19
243:17 244:5,13
246:13 247:13,20
248:9 250:24
252:6,9,14,17
254:22 258:1
259:7,22,23 260:2
261:7 264:23
266:14 267:1,7,12
267:18 268:1,7,15
268:18 269:22,23
270:10 273:20
274:15,24 275:4
275:22 276:20
280:19 281:5
282:19,20 284:14
288:21 289:16
293:24 294:11,16
296:9,18,20 297:1
297:3 299:23
301:23 303:12,14
304:13,21,25
306:20 308:6,13
308:24 310:20
312:14 313:24

314:4,10,15,18,23
315:5,12 320:4
321:15,20 324:16
325:16 331:1,10
331:12,18
**thinner** 257:4
**thinning** 257:8,15
257:17 295:17
**third** 114:1
**thompson** 12:15
20:1 23:1,9 26:9
37:8 42:11,18
44:18 56:23 72:23
73:18 111:7,23
144:7 236:12,24
243:15 294:18,25
305:2 307:6,16
330:19,24 331:3
331:22 332:6,11
332:14,23
**thompson's** 26:11
26:20 42:3 72:22
73:5 74:12 330:14
**thornton** 2:5
**thought** 50:8,14
118:17 202:19
**thoughts** 26:19
**thousand** 137:24
191:5 197:19
**thousands** 199:11
**three** 3:3 7:6 16:25
17:4 52:11 95:13
95:23 98:25 99:1
262:2 289:14,19
289:23 339:7
**thyroid** 33:7,8
130:19 131:20,21
131:25 132:5,8,11
230:5,8,11 231:6
231:12 232:3,13
258:21,21,25

291:12 292:25
293:2,7,12 298:17
**tied** 173:12 176:13
**time** 5:3,8 7:16
18:19 19:7 30:20
31:1 36:19,25
40:2 41:19 49:17
58:10 59:22 66:15
66:18 69:19,20
73:6 74:18 110:17
122:16,19 127:22
131:4,22 147:1,2
147:17,18 148:8
149:9 153:6 156:5
156:21 164:18
165:7,10,18 175:7
176:5,14 177:5
178:4,16 179:25
180:3 188:24
203:12 207:25
218:3,6,9,13,16,20
229:13,18,21
235:13 242:2
247:3 261:8
264:15 267:16
271:18,21 272:6,9
272:16 273:6,9
276:5,11 281:23
282:23 283:13
299:4 305:25
307:19 308:8,11
315:8,11,14,18,21
330:19 331:3,13
335:18 336:5,8
340:2 343:19
**timeframe** 343:8
**times** 75:3 98:25
114:22 115:16
116:2 265:16
278:4 286:25
287:10,14 289:14

289:19,23,25
298:11 308:19
311:10
**tissue** 243:2
**title** 317:17
**today** 6:25 15:20
26:2 93:22 215:20
216:19 284:21
293:16 308:19
311:10 330:16
**told** 23:20 34:23
93:22 98:7 124:11
144:7 147:24
159:10 160:3,21
191:8 195:1
205:21 262:11
278:6 290:23
291:10,12 300:23
**tool** 233:23 238:2
238:2
**top** 163:10 281:3
293:21,25 294:8
309:16 319:22
**topic** 11:14 26:6
41:3 42:12,25
43:2 48:9,17
58:11 172:21,22
174:4 216:21
326:11 335:6
**tosti** 1:12 4:14,19
4:21 5:5 6:5,18
299:11 315:24
316:14,17 318:7
341:7 342:9 343:5
344:2,24 345:2,4
345:12
**total** 19:17 116:23
**touch** 309:15,15
**toxicity** 96:5
**track** 208:21
287:12

**tracked** 67:1
188:24 205:19
**traction** 218:4,5
219:24 235:6,7,13
235:14,17,22,25
236:4,9 305:20
309:8,13,20
**trained** 45:9
**training** 331:9
**transcript** 342:10
342:10 343:6,20
345:5,8
**transcripts** 37:2
**transitory** 80:18
80:25
**transplantation**
177:6,24 178:17
178:18
**transverse** 21:1
**traurig** 2:15
**treat** 81:23 82:5,8
83:11,15 125:5,7
125:14,16,20
137:2 141:4,9,15
141:19,23 142:4
143:11 150:13
161:7,13,17 162:5
162:8 167:9
168:16,23 179:19
220:7 221:6 227:6
227:10,25 272:12
297:12
**treated** 71:24 72:3
76:20 82:9 100:14
105:11 132:7,10
137:8 141:17
143:19 148:25
151:4,21 156:12
165:13 169:16
178:24 291:23
292:7,16

**treating** 39:25
**treatment** 70:14
88:14 101:14
128:12 142:2
157:3 173:2,12
248:4 291:20
296:13,15,24
297:4,6,9 321:10
321:11
**treatments** 169:11
169:16 173:18
191:10 288:11
**tree** 182:15
**trial** 14:7,7,8 18:8
18:10 49:20 95:19
144:25 194:16,25
195:9 197:18,24
199:12 214:24
215:4,8,10,11
216:4 241:22
242:13 266:24
267:1 284:11
287:8 296:3 327:1
**trials** 13:19 14:15
80:15
**trichoscopy** 28:9
28:11 108:2
111:16 112:17
113:14,23 120:4
228:17 253:24
254:12,19 256:1,4
256:8,10,13
281:13,18 282:5,6
282:7,11,15 306:7
306:7
**trick** 98:15
**tried** 35:4
**trigger** 117:16
154:10
**true** 22:15,18
36:17 40:17 42:21

43:3 44:9,13,16
45:7 76:13 98:9
170:24 171:2
194:8,12 195:1
224:5,6 245:4,5
267:19 301:8,12
301:16,20,23
342:11 345:8
**trust** 19:10 270:19
**truth** 265:19,19
**try** 35:10 170:3
224:21
**trying** 89:8 103:9
142:24 157:7
165:22 172:19
174:18 208:25
214:11 239:17
266:8 267:18
272:3
**tsh** 131:23 293:12
**tucker** 3:13
**tumor** 78:16
103:14,15
**turn** 318:15
319:21
**twice** 321:18
**two** 32:12 37:2
43:2 44:10 47:13
52:11,17 53:13
55:19,21 60:14
62:25 65:13 75:7
96:4 99:11 112:9
147:11 162:15
163:9,16 191:6
195:19 196:21,25
203:19 210:10
219:6,8 240:23
246:14 263:21
286:18 289:25
300:13 301:13
302:19 306:15

307:8,16 332:21
332:23
**type** 46:10 102:12
130:3 177:22
197:25 204:8
227:18 228:4
233:9 242:15
278:16 309:6
**types** 92:24 124:25
145:25 242:18
243:25 296:4
326:17
**typical** 279:21

**u**

**u** 162:18
**u.s.** 45:10 93:21
171:8
**uf** 295:5
**uh** 114:17 144:22
165:20 289:9
290:10 293:19
318:22
**uk** 60:14
**ulcers** 79:12
**ultimately** 173:20
**unable** 28:8,19
**unacceptable** 96:5
**uncomfortable**
263:17 265:21
266:3,6
**uncommon** 245:5
246:7
**uncommonly**
258:24
**underlying** 153:21
154:5 219:2
**undermine** 197:20
**undersigned** 341:6
**understand** 12:5
12:24 29:1 34:11
35:7 53:25 70:17

74:11 87:19 88:8
93:25 101:5
102:22 109:7
115:15 117:5
127:13 142:24
143:25 144:6
150:19 153:24
157:8 160:2
172:19 194:6
200:21,22 201:3
202:7 208:25
212:4 214:11
216:2 217:2 219:6
226:5 231:22
239:25 251:23
257:14 264:11
277:23 278:22
298:1 338:18
339:15
**understanding**
331:22
**understood** 88:18
121:23 326:25
327:24 329:6
**underwent** 233:19
**undetected** 206:7
**unfortunately**
173:8
**unicity** 86:2
**unique** 47:5,9
**unit** 5:4 84:18,19
84:20,21 85:2,5,12
85:25 86:3
**united** 1:1 152:16
152:24
**units** 84:25 85:7
86:4
**universal** 33:23
**university** 295:4,9
**unlucky** 184:21

**unmask** 154:10
248:22
**unmasking** 154:16
**unreliable** 206:14
206:15
**unstained** 307:10
**untreated** 132:8
**unveil** 153:21
**updated** 169:7
**uploaded** 30:5
31:21
**upper** 21:10
**use** 25:3 32:19
34:17 83:13
102:11,12,13
107:17 113:23
120:4 143:1 145:3
161:3 163:15
170:20 196:9
232:22 234:12,14
234:17 235:21
268:8,16 282:9
293:12 300:3,10
303:15 309:8,18
328:8 329:10
333:16
**useful** 28:12 196:8
237:6,22 304:23
**useless** 293:13
304:9,13
**uses** 21:6 34:19
144:20
**usmle** 152:12
**usually** 21:21 60:7
85:6 97:21 102:20
117:25 154:25
235:17 303:22
309:14
**uterine** 278:7,9
**utility** 159:1

**utilized** 24:17 34:8
83:11 88:16 91:20
142:8

**v**

**v** 343:4 344:1
345:1
**vague** 154:25
**valid** 50:19
**value** 131:23
**vape** 172:15
**variability** 254:5
256:12
**variable** 117:18
**variety** 245:2
**various** 93:4 94:10
124:4,23 145:10
150:12 153:6,8,12
270:16 281:13
**vary** 86:13
**vascular** 78:15
**vascularize** 78:16
**vellus** 256:9
**verbal** 6:21 202:2
**verify** 343:9
**veritext** 343:14,23
**veritext.com**
343:15
**versus** 36:6 86:19
103:11 130:21
143:20 147:7
172:22 212:10
256:25
**vertex** 108:18
**vertical** 21:9
**vessels** 78:16,19
79:3,10,18
**viable** 321:11
**video** 1:12
**videographer** 5:2
66:14,17 122:15
122:18 164:25

165:6,9 179:24
180:2 229:17,20
273:5,8 308:7,10
315:7,10,17,20
336:4,7 340:1
**videotaped** 5:5
316:14
**view** 102:7,10
204:8
**vincristine** 138:25
**vishal** 4:16 280:15
**visit** 185:7 234:7
274:11 290:1
297:17 298:4
**visited** 189:3
**visiting** 192:5
**visits** 290:21
**vitale** 1:13 341:14
342:6,21
**vitamin** 248:15
276:3,4 298:16
**vitiligo** 232:4
**volumes** 36:12
**von** 2:6

**w**

**walk** 182:3 183:15
**want** 8:21 28:22
29:1 34:9 44:5
62:25 88:12,20
89:21 91:24 92:2
92:4 104:18,25
136:21 141:3,8
143:1,10 165:2,17
169:6 171:21,24
173:17 177:15
183:12,20 205:13
212:18 223:24
224:4 225:8
238:11,20,22
239:7,8,20 240:14
240:25 253:3

263:18 264:25
271:24 302:21
304:17 306:21
308:16 315:5
318:19 319:23
325:20 329:5
333:10 336:2
**wanted**  34:20
111:18 118:20
130:25 131:11
165:3 253:9
307:11
**wants**  331:18
**warmth**  288:6
**way**  8:23 45:3
74:4 92:7 101:9
101:19 104:2
110:15 113:8
128:5 133:17
141:14 153:13
190:22 209:13
210:4 216:15
252:23 272:12
**we've**  6:19 8:19
62:18 122:12
159:20 229:14
263:21,22 285:19
294:16 305:23
308:19 318:2
**wear**  263:9,15,16
264:2,9,19,25
265:10,20 266:3,5
286:15 320:1,6
**wearing**  260:22
261:4 265:23
266:4,10,19
334:20,21,22
**wears**  308:20
**week**  41:5 262:2
**weekly**  300:18

**weeks**  26:13 98:25
99:1
**weigert**  237:19
**went**  122:20
163:21 164:5
168:23 169:3,12
169:19 184:24
206:6 300:17
**wet**  282:5,15
**white**  238:25
239:5 245:7,15,18
254:16 255:7,7,10
255:15,15 256:5,5
256:6,6 282:9
**whiting**  57:21 58:9
**widow**  280:4
**wig**  30:14 31:3,4
31:13,15,17
260:11,23 261:4
263:9,15,16,17
264:2,9,19,25
265:4,10,20,23
266:4,4,5,10,19
267:23 286:15
292:19 296:22
308:20,22 309:1,4
309:8,11,18
321:16 334:21,21
334:22
**wigs**  309:7
**witness**  6:6,9 7:11
7:22 10:16 11:1,6
11:13,22 12:3,21
13:10,18 14:17
18:24 19:9,16,24
20:18,24 21:14,19
22:2,7,17 23:4,12
23:23 24:3,8,15,22
25:2,11,18 26:22
27:1 28:11,21
29:5 30:23 32:25

33:11,19 34:4
35:10,19 36:1,9,19
37:5,15 38:9,17
39:3,10,18 40:19
41:5,12,24 42:8,14
42:23 43:5,21
44:5,15 45:1 46:1
46:20 47:4,17
48:2,15 49:2,11,16
50:21 51:7,18,23
52:4,9,17,24 53:6
53:24 54:7,25
55:18 56:3,17
57:3,13,19 58:9
59:10 60:21 61:6
61:17,24 62:13,25
63:8,15 64:3,9,14
64:21 65:3,13,25
67:5,14,20 68:6,22
69:3,15 70:2,12,23
71:4,13,20 72:2,13
73:1,11,16,22 74:8
74:15,22 75:4,11
75:18 76:4,15,25
77:14,25 78:5,14
78:23 79:9,20
80:2,9,25 81:9,17
82:1,12,16,21
83:10,20 84:1,7,15
85:14 86:21 87:14
88:4 89:2,20
90:23 91:6 92:7
92:21 94:3,14,24
96:12,18 97:2,11
98:14 99:21 100:1
100:9,20 101:23
102:3,10,24 103:5
103:21 104:5,16
104:21 105:4,19
106:12,25 107:21
109:10 110:11,19

112:19 113:8,16
115:24 116:16,22
117:9,18 118:17
119:6,21 120:11
120:21 121:5,17
122:20 123:15,19
124:1,15 125:2
126:4,15,24
127:20 128:4,20
129:18,25 130:9
130:15 131:16
132:4,14,22 133:5
133:20 134:2,11
135:7,13 136:1,9
136:16,21 137:4
137:11,21 138:6
138:15,23 139:3,9
139:16,23 140:7
140:14,19,25
141:6,11,21 142:6
142:16 143:5,13
143:22 144:15
145:14 146:20
147:9,24 148:15
149:2,8,15,23
150:6,16,23 151:7
151:17 152:3,14
153:2,24 154:8,23
155:11,16,22
156:3,15 157:2,14
157:22 158:2,8,15
158:23 159:23
161:9,19 164:7
165:20 166:2,11
166:22 167:18
168:2,11,19 169:1
169:15 170:2,14
171:13,20 172:25
173:15,25 174:11
174:23 175:22
176:17 177:4,12

177:21 178:7,16
179:1,9 180:11,16
181:1,11,18,25
182:9,25 183:6,20
184:2,21 185:7
186:16 187:3,11
187:20 188:2,6,13
188:21 189:1,10
189:20 190:1,14
191:1,8,19 192:11
192:18 193:6,18
194:2,21 195:6,14
195:23 196:7,16
196:23 197:10,23
198:6,10,20 199:3
199:8,16,22 201:6
201:15 202:1,16
203:10,23 204:15
204:25 205:10,21
206:5,24 207:7,23
208:14 209:7,18
210:1,8,19 211:1,9
211:20 212:6,14
212:23 213:5,13
213:23 214:7,16
215:1,20 216:23
217:17 218:11
219:16 220:3,15
220:23 222:7,15
223:6,13 224:15
225:4,22 226:9,18
226:25 228:3,10
228:24 229:11
230:24 231:4,16
232:11 235:3,17
236:18 237:8,14
238:1,14 240:5,22
241:10,17 242:1,8
242:17 243:1,22
245:13 247:3
248:8,19 249:18

249:24 250:13,18
251:5,23 252:6,13
254:10,21 255:3
255:14,20 256:21
257:2,11,21 258:4
258:9,15 259:7
260:8 262:5,17,25
263:8,15 264:1,7
264:18 265:2,17
266:2,14 267:5,18
268:5,10,22 269:4
269:14 270:2,10
270:19 271:1,9
272:12,22 273:1
273:17,25 274:15
274:21 275:2,11
277:5 279:6,18
280:2,25 281:9
283:10,16,18,24
284:6,14,24 285:5
285:16,25 286:18
287:5 288:16
291:9 292:1,11
293:2,10,24 294:6
294:14 295:3,14
296:9 297:1,8
298:23 299:13,23
300:5,25 303:1
304:9,17 305:6
306:15 307:1,19
309:25 310:8,14
310:20 311:3,8,24
313:3,16,21 314:2
314:7,13,21 315:2
318:5,13 319:2,10
320:3,15,25 321:7
321:15 322:14,25
323:6,14 324:16
324:25 325:16
326:2,9 327:5,16
328:4,13,17

329:13,25 331:25
332:11 333:1,6,19
334:1,8,25 338:12
339:11,22 341:9
343:8,10,12,19
**woman** 126:17
127:14,24 218:1,4
218:7,19 219:1
251:19 252:1
253:16,18 268:23
280:22 307:23
308:2 312:16
**woman's** 126:19
251:21
**women** 33:23
76:20 98:24
100:13,17 101:10
101:20 105:1,10
105:14,25 120:15
122:5,7 142:19
145:10 148:24
151:3 156:23
157:11,18 244:17
246:9,22 247:22
253:5 259:23
268:19 269:11,15
269:16 277:13,24
278:2,4 279:2,8,15
279:20 280:8
319:25 320:11
321:17 322:19
**word** 25:4,7 34:24
98:12 154:24
226:9 292:2
310:21
**wording** 201:16
201:19
**words** 24:17,20
78:18 313:10
**work** 8:21 15:8
16:22 82:14 176:8

216:15 217:2
243:24 292:22,24
293:6 298:11,13
**worked** 8:19 17:3
**working** 16:25,25
17:2 19:13 131:3
176:8 213:20
**works** 50:4 78:12
84:4,7
**workweeks** 17:6
**world** 11:19 49:25
60:15
**worldwide** 145:7
**worm** 277:20
**worry** 98:8
**worse** 316:4
**worsened** 247:8
**write** 11:3 16:18
34:25 60:8 73:1
105:8 178:7
187:11
**writing** 15:13
109:15 249:14
**written** 49:5 51:9
103:23,24 105:13
105:21 106:2
132:17 162:17
185:24 202:2
203:7 245:22
246:2,8,13 247:7
247:17 248:2,24
256:1 264:19
282:21 295:10
298:15 301:5
**wrong** 28:25 79:10
80:11 100:15
114:5 118:18
121:6 154:1
177:15 245:13
248:9

| | z |
|---|---|
| **wrote**  10:20,21 | **z**  32:14 |
| 11:14 48:2,9 51:1 | **zero**  314:21 |
| 98:6 112:1,20,21 | |
| 112:23 113:17,18 | |
| 202:13 247:21 | |
| 248:11 264:18 | |
| 295:4,14,20 | |
| 300:17 | |
| **wynkoop**  2:3 | |

| x |
|---|
| **x**  4:1 |

| y |
|---|
| **y**  27:9 |
| **yeah**  122:14 |
| 247:23 258:18 |
| 292:2 309:14 |
| 318:5 335:22 |
| **year**  31:6,6 48:8 |
| 77:6 127:6 270:15 |
| 273:14 283:14 |
| **years**  17:1,4 58:10 |
| 58:12,16,19 138:9 |
| 149:13 156:20,20 |
| 158:2 163:9,16 |
| 167:3,11,20 |
| 168:12 175:18 |
| 177:1 179:6,20 |
| 187:23 246:13 |
| 264:12 270:12,23 |
| 271:5,17 272:8,15 |
| 273:2,14 |
| **york**  3:4,4 |
| **youn**  109:14 110:3 |
| 110:4,8 |
| **young**  11:15 60:7 |
| 109:14,25 234:10 |
| **younger**  29:6 |

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
## COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.