# EXHIBIT P

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE:  TAXOTERE (DOCETAXEL)      *
PRODUCTS LIABILITY LITIGATION     *      Docket No.: 16-MD-2740
                                  *      Section "H(5)"
                                  *      New Orleans, Louisiana
*Relates to:  Barbara Earnest*     *      September 19, 2019
*Case No.: 16-CV-17144*            *
* * * * * * * * * * * * * * * * *


DAY 4 - AFTERNOON SESSION
TRANSCRIPT OF JURY TRIAL BEFORE
THE HONORABLE JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE


<u>APPEARANCES</u>:


For the Plaintiffs:          Barrios Kingsdorf & Casteix, LLP
                             BY:  DAWN M. BARRIOS, ESQ.
                             701 Poydras Street
                             Suite 3650
                             New Orleans, Louisiana 70139



For the Plaintiffs:          Gainsburgh Benjamin David Meunier
                               & Warshauer, LLC
                             BY:  M. PALMER LAMBERT, ESQ.
                             1100 Poydras Street
                             Suite 2800
                             New Orleans, Louisiana 70163



For the Plaintiffs:          Pendley Baudin & Coffin, LLP
                             BY:  CHRISTOPHER L. COFFIN, ESQ.
                             1100 Poydras Street
                             Suite 2505
                             New Orleans, Louisiana 70163


OFFICIAL TRANSCRIPT

APPEARANCES:

| | |
|---|---|
| For the Plaintiffs: | Gibbs Law Group, LLP<br>BY:  KAREN BARTH MENZIES, ESQ.<br>6701 Center Drive West<br>Suite 1400<br>Los Angeles, California 90045 |
| For the Plaintiffs: | Bachus & Schanker, LLC<br>BY:  J. KYLE BACHUS, ESQ.<br>     DARIN L. SCHANKER, ESQ.<br>1899 Wynkoop Street<br>Suite 700<br>Denver, Colorado 80202 |
| For the Plaintiffs: | Fleming Nolen & Jez, LLP<br>BY:  RAND P. NOLEN, ESQ.<br>2800 Post Oak Boulevard<br>Suite 4000<br>Houston, Texas 77056 |
| For the Plaintiffs: | DAVID F. MICELI, LLC<br>BY:  DAVID F. MICELI, ESQ.<br>Post Office Box 2519<br>Carrollton, Georgia 30112 |
| For the Plaintiffs: | Morgan & Morgan, P.A.<br>BY:  EMILY C. JEFFCOTT, ESQ.<br>700 S. Palafox Street<br>Suite 95<br>Pensacola, Florida 32502 |
| For the Sanofi<br>Defendants: | Irwin Fritchie Urquhart<br>     & Moore, LLC<br>BY:  DOUGLAS J. MOORE, ESQ.<br>400 Poydras Street<br>Suite 2700<br>New Orleans, Louisiana 70130 |

OFFICIAL TRANSCRIPT

<u>APPEARANCES</u>:

For the Sanofi          Shook Hardy & Bacon, LLP
Defendants:          BY:   HARLEY V. RATLIFF, ESQ.
                            JON A. STRONGMAN, ESQ.
                    2555 Grand Boulevard
                    Kansas City, Missouri 64108


For the Sanofi          Shook Hardy & Bacon, LLP
Defendants:          BY:   HILDY M. SASTRE, ESQ.
                    201 Biscayne Boulevard, Suite 3200
                    Miami, Florida 33131


Official Court Reporter:     Jodi Simcox, RMR, FCRR
                    500 Poydras Street
                    Room HB-275
                    New Orleans, Louisiana 70130
                    (504) 589-7780


Proceedings recorded by mechanical stenography, transcript
produced by computer.

OFFICIAL TRANSCRIPT

**I N D E X**

                                                    Page

ANTONELLA TOSTI
        Cross-Examination By Ms. Sastre:            1029
        Redirect Examination By Mr. Schanker:       1109

MICHAEL EARNEST
        Direct Examination By Mr. Schanker:         1130
        Cross-Examination By Mr. Moore:             1141
        Redirect Examination By Mr. Schanker:       1146

ELLEN FEIGAL
        Voir Dire By Mr. Miceli:                    1149

OFFICIAL TRANSCRIPT

| | | |
|---|---|---|
| 12:54PM | 1 | **<u>AFTERNOON SESSION</u>** |
| 12:54PM | 2 | **(September 19, 2019)** |
| 12:54PM | 3 | **\*\*\*\*\*** |
| 1:15PM | 4 | **THE DEPUTY CLERK:** All rise. |
| 1:15PM | 5 | **MR. COFFIN:** Your Honor, before we bring the jury, we |
| 1:15PM | 6 | have these Kopreski designations ready to talk to you about on |
| 1:16PM | 7 | the video. |
| 1:16PM | 8 | **THE COURT:** Are you all playing that this afternoon? |
| 1:16PM | 9 | **MR. COFFIN:** Well, that's a good point.  We might be; |
| 1:16PM | 10 | it just depends on the timing of things.  We can switch some |
| 1:16PM | 11 | things around so we don't have to jam you up. |
| 1:16PM | 12 | **THE COURT:** Well, the problem is you're jamming the |
| 1:16PM | 13 | jury up.  Okay.  Let me see. |
| 1:16PM | 14 | **MR. COFFIN:** These are what are -- this is -- |
| 1:16PM | 15 | **(OFF THE RECORD)** |
| 1:17PM | 16 | **THE COURT:** Let's bring in the jury. |
| 1:17PM | 17 | **THE DEPUTY CLERK:** All rise. |
| 1:17PM | 18 | (WHEREUPON, the jury entered the courtroom.) |
| 1:17PM | 19 | **THE COURT:** All jurors are present.  Court's back in |
| 1:17PM | 20 | session.  You may be seated. |
| 1:17PM | 21 | Dr. Tosti, I remind you you're under oath. |
| 1:17PM | 22 | **MS. SASTRE:** Thank you, Your Honor. |
| 1:18PM | 23 | **THE COURT:** Ms. Sastre. |
| 1:18PM | 24 | **MS. SASTRE:** Good afternoon, everybody. |
| 1:18PM | 25 | (WHEREUPON, **ANTONELLA TOSTI**, having been previously |

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

1:18PM 1   duly sworn, testified as follows.)

1:18PM 2                    **CROSS-EXAMINATION**

1:18PM 3   **BY MS. SASTRE:**

1:18PM 4   **Q.**   Dr. Tosti, hello.

1:18PM 5   **A.**   Hello.

1:18PM 6   **Q.**   I don't believe we've ever had the pleasure of meeting

1:18PM 7   before.  My name is Hildy Sastre.  I have some questions for

1:18PM 8   you, just like Mr. Schanker had.  All right?

1:18PM 9   **A.**   Yes, ma'am.

1:18PM 10           **MS. SASTRE:**  Before we start, Your Honor, I would

1:18PM 11   just like to give the witness a copy of her depositions in this

1:18PM 12   matter, if I may.

1:18PM 13           **THE COURT:**  Sure.

1:18PM 14           **MS. SASTRE:**  Okay.  Very good.

1:18PM 15           **THE WITNESS:**  Thank you.

1:18PM 16           **MS. SASTRE:**  You're welcome.

1:18PM 17   **BY MS. SASTRE:**

1:18PM 18   **Q.**   So, Dr. Tosti, you know that Mrs. Earnest had chemotherapy

1:18PM 19   in 2011; correct?

1:18PM 20   **A.**   Yes.

1:18PM 21   **Q.**   And that was to treat breast cancer; right?

1:18PM 22   **A.**   Yes.

1:18PM 23   **Q.**   And you understand that she was treated specifically with

1:18PM 24   a drug by the name of Adriamycin?

1:18PM 25   **A.**   Yes.

ANTONELLA TOSTI - CROSS

1:18PM 1    Q.   And you'd agree with me that Adriamycin causes hair loss;
1:19PM 2    correct?
1:19PM 3    A.   Adriamycin can cause anagen effluvium, yes.
1:19PM 4    Q.   Okay.  When you say that, though, I'm asking you a very
1:19PM 5    specific question.
1:19PM 6         When a patient takes Adriamycin for chemotherapy,
1:19PM 7    Adriamycin can cause hair loss?
1:19PM 8    A.   Yes, hair loss, but not prevent regrowth.
1:19PM 9    Q.   I'm sorry.  Say that again.  Not what?
1:19PM 10   A.   Can cause hair loss.  But what she has is different.  She
1:19PM 11   has no regrowth.
1:19PM 12   Q.   Okay.  Well, my question is just simply it can cause hair
1:19PM 13   loss; right?
1:19PM 14   A.   Yes, it can cause hair loss.
1:19PM 15   Q.   Very good.  And you'd also agree with me that there are
1:19PM 16   reports in the literature of what you call -- what you talked
1:19PM 17   about this morning, persistent chemotherapy-induced alopecia
1:19PM 18   with Adriamycin; true?
1:19PM 19   A.   With Adriamycin alone, just a very, very high dosage, not
1:20PM 20   for breast cancer.
1:20PM 21   Q.   All right.  Let me see if I can ask you a different
1:20PM 22   question.
1:20PM 23         Is Adriamycin considered an anthracycline drug?
1:20PM 24   A.   Yes.
1:20PM 25   Q.   And there's case reports of persistent

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

1:20PM  1   chemotherapy-induced alopecia with anthracycline regimens;

1:20PM  2   true?

1:20PM  3   A.    Yes.

1:20PM  4   Q.    Okay.   Now, we can agree that Mrs. Earnest was also

1:20PM  5   treated with Cytoxan?

1:20PM  6   A.    Yes.

1:20PM  7   Q.    And another name for that is cyclophosphamide?

1:20PM  8   A.    Yes.

1:20PM  9   Q.    And you'd agree that Cytoxan causes hair loss; true?

1:20PM  10  A.    Yes.

1:20PM  11  Q.    And you'd also agree with me, Doctor, that there are

1:20PM  12  reports in the literature which you have seen personally of

1:20PM  13  persistent chemotherapy-induced alopecia with Cytoxan?

1:20PM  14  A.    Very rare.

1:20PM  15  Q.    But they exist was my question.

1:20PM  16  A.    Yes, but they are very rare.

1:20PM  17  Q.    Okay.   Now, there's also a group of chemotherapies used to

1:21PM  18  treat breast cancer known as taxanes; right?

1:21PM  19  A.    Yes.

1:21PM  20  Q.    And Taxotere is a taxane; true?

1:21PM  21  A.    Yes.

1:21PM  22  Q.    Taxol is a taxane?

1:21PM  23  A.    Yes.

1:21PM  24  Q.    And let's talk about Taxol for a moment.  I know you spoke

1:21PM  25  with Mr. Schanker about it on your direct exam.

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

| | | |
|---|---|---|
| 1:21PM | 1 | **A.**   Yes. |
| 1:21PM | 2 | **Q.**   Okay.  So you agree that Taxol causes hair loss; true? |
| 1:21PM | 3 | **A.**   Yes. |
| 1:21PM | 4 | **Q.**   And you'd also agree with me there are reports of what you |
| 1:21PM | 5 | call persistent chemotherapy-induced alopecia -- reports within |
| 1:21PM | 6 | the literature of Taxol causing that condition; true? |
| 1:21PM | 7 | **A.**   Yes.  But I don't call it.  It's a condition that it's |
| 1:21PM | 8 | called by everyone.  It's recognized. |
| 1:21PM | 9 | **Q.**   My question is just simply that there are reports in the |
| 1:21PM | 10 | literature of Taxol causing PCIA or chemotherapy-induced |
| 1:21PM | 11 | alopecia; correct? |
| 1:21PM | 12 | **A.**   Absolutely, yes. |
| 1:21PM | 13 | **Q.**   Okay.  Now, you understand that Mrs. Earnest first took |
| 1:22PM | 14 | Adriamycin and Cytoxan as part of her regimen; correct? |
| 1:22PM | 15 | **A.**   Yes. |
| 1:22PM | 16 | **Q.**   Mrs. Earnest took what's known as a combination regimen; |
| 1:22PM | 17 | correct? |
| 1:22PM | 18 | **A.**   Yes. |
| 1:22PM | 19 | **Q.**   Of multiple medications; true? |
| 1:22PM | 20 | **A.**   True. |
| 1:22PM | 21 | **Q.**   First Adriamycin, given at the same time as Cytoxan; |
| 1:22PM | 22 | right? |
| 1:22PM | 23 | **A.**   Yes. |
| 1:22PM | 24 | **Q.**   And then, later, she took Taxotere; correct? |
| 1:22PM | 25 | **A.**   Absolutely. |

ANTONELLA TOSTI - CROSS

| | | |
|---|---|---|
| 1:22PM | 1 | **Q.**   But that was all part of her regimen; right? |
| 1:22PM | 2 | **A.**   Yes. |
| 1:22PM | 3 | **Q.**   Okay.  Now, we can agree that it was during the course of |
| 1:22PM | 4 | Mrs. Earnest taking Adriamycin and Cytoxan which is when she |
| 1:22PM | 5 | lost her hair; correct? |
| 1:22PM | 6 | **A.**   Absolutely, yes. |
| 1:22PM | 7 | **Q.**   And that was before she ever took her first dose of |
| 1:22PM | 8 | Taxotere? |
| 1:22PM | 9 | **A.**   Yes.  That's what happen with this regimen.  They lose |
| 1:22PM | 10 | their hair with the Adriamycin and Cytoxan, and then the hair |
| 1:22PM | 11 | does not regrow when they do the Taxotere. |
| 1:23PM | 12 | **Q.**   But I just -- I need to make sure -- I don't know if I got |
| 1:23PM | 13 | an answer to my question before the explanation. |
| 1:23PM | 14 | **THE COURT:**  She said, "Absolutely, yes." |
| 1:23PM | 15 | **MS. SASTRE:**  She did?  Okay.  Very good. |
| 1:23PM | 16 | BY MS. SASTRE: |
| 1:23PM | 17 | **Q.**   Now, after Mrs. Earnest completed her chemotherapy of |
| 1:23PM | 18 | Adriamycin, Cytoxan, and Taxotere, you understand that she then |
| 1:23PM | 19 | had radiation therapy; true? |
| 1:23PM | 20 | **A.**   Yes. |
| 1:23PM | 21 | **Q.**   And when her radiation therapy was completed and after her |
| 1:23PM | 22 | chemotherapy was completed, she took a medication known as |
| 1:23PM | 23 | Arimidex? |
| 1:23PM | 24 | **A.**   Yes.  That was three months after her chemotherapy was |
| 1:23PM | 25 | completed. |

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

| 1:23PM | 1 | Q.   Okay.  And Arimidex is a form of hormone therapy given to |
| 1:23PM | 2 | breast cancer patients? |
| 1:23PM | 3 | A.   Yes. |
| 1:23PM | 4 | Q.   Sometimes called endocrine therapy; right, Doctor? |
| 1:23PM | 5 | A.   Yes. |
| 1:23PM | 6 | Q.   All right.  And you'd agree with me that there are reports |
| 1:23PM | 7 | in the literature, which you have seen, where it's stated that |
| 1:23PM | 8 | Arimidex can cause persistent hair loss; true? |
| 1:24PM | 9 | A.   Yes, but a different time of persistent hair loss. |
| 1:24PM | 10 | Q.   And we'll talk about that in a moment because what you |
| 1:24PM | 11 | have called -- here today in court, you've called the kind of |
| 1:24PM | 12 | hair loss that you believe is associated with chemotherapy -- |
| 1:24PM | 13 | you've called it PCIA, persistent -- |
| 1:24PM | 14 | MR. SCHANKER:  I'm sorry.  I didn't mean to interrupt |
| 1:24PM | 15 | the question. |
| 1:24PM | 16 | BY MS. SASTRE: |
| 1:24PM | 17 | Q.   -- persistent chemotherapy-induced alopecia; true? |
| 1:24PM | 18 | A.   Yes. |
| 1:24PM | 19 | Q.   And then there's a kind of hair loss known as |
| 1:24PM | 20 | endocrine-induced permanent hair loss; correct? |
| 1:24PM | 21 | A.   It's not "permanent."  It's endocrine-induced hair loss, |
| 1:24PM | 22 | which is different. |
| 1:24PM | 23 | Q.   Okay.  And you're familiar with that; correct? |
| 1:24PM | 24 | A.   Absolutely, yes. |
| 1:24PM | 25 | Q.   All right.  Now, you understand -- I believe you testified |

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

1:24PM 1    that Mrs. Earnest has taken Arimidex, or this endocrine

1:24PM 2    therapy, for about eight years; true?

1:25PM 3    A.   Yes.

1:25PM 4    Q.   And it's your understanding she started taking it shortly

1:25PM 5    after her chemotherapy ended; and as far as you know, she

1:25PM 6    continues to take it today?

1:25PM 7    A.   Yes.

1:25PM 8    Q.   Okay.  Now, we've talked about Adriamycin, Cytoxan.

1:25PM 9    Taxotere, you spoke about this morning with plaintiff's

1:25PM 10   counsel.  And we've also spoken with Arimidex.

1:25PM 11           And as you stated, with each of these drugs, there

1:25PM 12   are reports of persistent hair loss; correct?

1:25PM 13   A.   No.  There are with Adriamycin.  There are with Cytoxan.

1:25PM 14   There are with Taxotere.  But there are not persistent hair

1:25PM 15   loss with endocrine therapy.

1:25PM 16   Q.   There's not reports of persistent hair loss with endocrine

1:25PM 17   therapy?

1:25PM 18   A.   Not persistent.  There are report of hair loss.

1:25PM 19   Q.   Okay.

1:25PM 20   A.   It's not called persistent.

1:26PM 21           MS. SASTRE:  If I could just have a moment.

1:26PM 22   BY MS. SASTRE:

1:26PM 23   Q.   Okay.  Dr. Tosti, you have your depositions in front of

1:26PM 24   you?

1:26PM 25   A.   Yes.

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

1:26PM  1   **Q.**   If you could turn to -- they're in order from the date

1:26PM  2   that they were taken.

1:26PM  3        If you turn to your first deposition, and it is dated

1:26PM  4   December 4th, 2018.  And I'm going to direct you to a specific

1:26PM  5   page and line.  Okay?

1:26PM  6   **A.**   Yes.

1:26PM  7   **Q.**   All right.  Ma'am, so if you go to page 230, please,

1:27PM  8   line 15.

1:27PM  9        And let me just ask you, when you gave your

1:27PM 10   deposition in this case, you were under oath; true?

1:27PM 11   **A.**   Yes.

1:27PM 12   **Q.**   Like you are today; correct?

1:27PM 13   **A.**   Yes.

1:27PM 14   **Q.**   All right.  Very good.  And if we look at page 230,

1:27PM 15   line 15.

1:27PM 16        **MR. SCHANKER:**  Your Honor, improper use of,

1:27PM 17   apparently, a prior inconsistent statement to impeach.

1:27PM 18        **THE COURT:**  You all need to approach.  I don't -- do

1:27PM 19   you have the deposition?

1:27PM 20        **MS. SASTRE:**  Yes, ma'am, I have the deposition.  I'd

1:27PM 21   be happy to provide a court a copy.

1:27PM 22        **THE COURT:**  Okay.  Come up.

1:27PM 23        (WHEREUPON, the following proceedings were held at

1:27PM 24   the bench.)

1:27PM 25        **THE COURT:**  What's your problem?

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

| | | |
|---|---|---|
| 1:27PM | 1 | **MR. SCHANKER:**  Your Honor, she needs to -- I don't |
| 1:28PM | 2 | think there's a clear statement on the record with which to |
| 1:28PM | 3 | impeach an inconsistent statement.  Maybe I heard wrong, and I |
| 1:28PM | 4 | apologize if I did. |
| 1:28PM | 5 | Is there a clear statement on the record for |
| 1:28PM | 6 | impeaching? |
| 1:28PM | 7 | **THE COURT:**  Look -- |
| 1:28PM | 8 | **MR. SCHANKER:**  If there is -- |
| 1:28PM | 9 | **THE COURT:**  No.  I'm going to allow her to ask the |
| 1:28PM | 10 | question.  It's a little different, but the jury can make that |
| 1:28PM | 11 | determination. |
| 1:28PM | 12 | **MR. SCHANKER:**  Okay. |
| 1:28PM | 13 | **MS. SASTRE:**  Thank you, Your Honor. |
| 1:28PM | 14 | (WHEREUPON, the following proceedings were held in |
| 1:28PM | 15 | open court.) |
| 1:28PM | 16 | **BY MS. SASTRE:** |
| 1:28PM | 17 | **Q.**  Dr. Tosti, are you with me? |
| 1:28PM | 18 | **A.**  Yes. |
| 1:28PM | 19 | **Q.**  Okay.  Very good.  So we're on page 230, line 15. |
| 1:28PM | 20 | Question from your deposition: |
| 1:28PM | 21 | "Q.  You've seen articles that say hormonal therapy |
| 1:29PM | 22 | like tamoxifen or aromatase inhibitors can cause permanent |
| 1:29PM | 23 | alopecia, haven't you? |
| 1:29PM | 24 | "A.  There are a few reports, yes." |
| 1:29PM | 25 | Did I read that correctly? |

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

1:29PM   1          **MR. SCHANKER:**  Your Honor, pursuant to the rule of

1:29PM   2     completeness, I would like to read that part of the deposition

1:29PM   3     that gives context to the question and answer.

1:29PM   4          **THE COURT:**  You're going to have to tell us which

1:29PM   5     part.  You're entitled to read the entire statement.

1:29PM   6          **MR. SCHANKER:**  Yes.  That is line 25 through 1,

1:29PM   7     because there was an objection as well, Your Honor.

1:29PM   8          **THE COURT:**  Okay.  First, I'm going to ask --

1:29PM   9          **MR. SCHANKER:**  I'm sorry.

1:29PM  10          **THE COURT:**  You know what?  I don't have the

1:29PM  11     deposition.  Dr. Tosti -- is there an extra one?

1:29PM  12          **MS. SASTRE:**  Yes, of course.

1:29PM  13          **THE COURT:**  First, Dr. Tosti has to answer that

1:29PM  14     question.

1:29PM  15          **THE WITNESS:**  Yes.  Here, I answered there are a few

1:29PM  16     reports.  As far as I remember, I remember there was one case

1:30PM  17     with tamoxifen, and that's only one I remember persistent.

1:30PM  18     Because all the literature on endocrine therapy shows, even the

1:30PM  19     recent article, that they improve with minoxidil and

1:30PM  20     spironolactone.

1:30PM  21          **MS. SASTRE:**  All right.  We can continue.

1:30PM  22               Your Honor, we're going to get copies for the

1:30PM  23     Court.  You'll have them.

1:30PM  24          **THE COURT:**  Thank you.

1:30PM  25          **MS. SASTRE:**  Yes, of course.

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

1:30PM   1   BY MS. SASTRE:

1:30PM   2   Q.   Now, do you have a copy of your report in front of you?

1:30PM   3   A.   Yes, I do.

1:30PM   4   Q.   Okay.  Very good.  So before we went to your deposition,

1:30PM   5   just to reorient everybody, we were talking about the

1:30PM   6   medications which Mrs. Earnest has taken, and we were talking

1:30PM   7   about them in terms of hair loss -- persistent hair loss.

1:30PM   8        My next question to you, Dr. Tosti, is that, in your

1:30PM   9   report, you state your opinion that Mrs. Earnest has persistent

1:30PM  10   chemotherapy-induced alopecia; true?

1:31PM  11   A.   Yes.

1:31PM  12   Q.   And that is, in fact, the opinion that you've expressed

1:31PM  13   this morning; correct?

1:31PM  14   A.   Yes.

1:31PM  15   Q.   But in your report, you did not attribute Mrs. Earnest's

1:31PM  16   hair loss to a specific chemotherapy drug; correct?

1:31PM  17   A.   I don't know.  I'm looking for my report, and I don't find

1:31PM  18   it.

1:31PM  19   Q.   Would you like a copy?

1:31PM  20   A.   Yes, I'm sorry.  I thought I had it.

1:31PM  21        MS. SASTRE:  May I approach?

1:31PM  22        THE COURT:  Yes, you may.

1:31PM  23        THE WITNESS:  Thank you.

1:31PM  24        MS. SASTRE:  You're very welcome.

1:31PM  25        Your Honor, may I hand up the depositions to

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

1:31PM 1    you?

1:31PM 2         THE COURT:  Yes, please.

1:31PM 3    BY MS. SASTRE:

1:31PM 4    Q.   So, Dr. Tosti, let me just -- I know you're looking, but

1:31PM 5    let me just get my question out there.

1:31PM 6         In your report, you didn't attribute Mrs. Earnest's

1:31PM 7    hair loss to a specific chemotherapy drug; correct?

1:32PM 8    A.   My conclusion, I -- I said that a certain drug was much

1:32PM 9    more commonly responsible for the hair loss than the other

1:32PM 10   ones.  It's written in my report.

1:32PM 11        There are only 23 cases of permanent alopecia

1:32PM 12   reported with the combination of doxorubicin and

1:32PM 13   cyclophosphamide in comparison with 157 reported cases with the

1:32PM 14   second set at the time of my report.

1:32PM 15   Q.   Dr. Tosti, I'm asking you a very specific question.  Okay.

1:32PM 16   So yes or no, please.

1:32PM 17        You'd agree with me you did not attribute

1:32PM 18   Mrs. Earnest's hair loss to a specific chemotherapy drug in

1:32PM 19   your report; correct?

1:32PM 20        MR. SCHANKER:  Objection.  Asked and answered --

1:32PM 21        THE WITNESS:  No, I disagree.

1:32PM 22        MR. SCHANKER:  -- your Honor.

1:32PM 23        Excuse me.

1:32PM 24        Asked and answered, Your Honor.

1:33PM 25        THE COURT:  I'm going to allow her to answer the

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

1:33PM 1   question, and then she can explain it.

1:33PM 2          **THE WITNESS:**  No, I disagree.  I don't agree with

1:33PM 3   you, because I didn't write down the cause was the second set.

1:33PM 4          But if you read the report, it clearly states

1:33PM 5   that using medicine -- medicine, you can never say it's

1:33PM 6   100 percent.  You say with a reasonable logical possibility.

1:33PM 7   That's it, and I think I explained that way.

1:33PM 8   **BY MS. SASTRE:**

1:33PM 9   **Q.**   Okay.  If you take a look at your deposition, please, the

1:33PM 10  first volume, dated December 4, 2018.  And if you'd please turn

1:33PM 11  to page 297.

1:33PM 12         **MR. SCHANKER:**  Just one moment while we get that.

1:33PM 13         **MS. SASTRE:**  Sure.

1:34PM 14  **BY MS. SASTRE:**

1:34PM 15  **Q.**   So page 297, line 24.

1:34PM 16         Are you with me?

1:34PM 17  **A.**   Yes.

1:34PM 18  **Q.**   Okay.  And we can read along together.

1:34PM 19         "Q.  In your report, you do not attribute the hair

1:34PM 20      loss to any specific chemotherapy drug; right?"

1:34PM 21         And your answer:

1:34PM 22         "A.  I cannot say which drug is causing the hair

1:34PM 23      loss, of course.  You can never make the diagnosis for any

1:34PM 24      type of drug-induced hair loss, even for telogen

1:34PM 25      effluvium?"

ANTONELLA TOSTI - CROSS

1:34PM 1        Did I read that correctly?

1:34PM 2 A.    Absolutely, yes.  And I explain you why, because the

1:34PM 3 problem here is lack of regrowth.  So she had hair loss.  And I

1:35PM 4 cannot say it was Adriamycin or cyclophosphamide or the

1:35PM 5 combination.  That's -- it's impossible to say.

1:35PM 6        But the lack of regrowth, the permanent alopecia,

1:35PM 7 that's what she had from the second set.

1:35PM 8 Q.    Now, you talked with counsel about your literature review;

1:35PM 9 right?

1:35PM 10 A.    Yes.

1:35PM 11 Q.    Okay.  I might not use the exact right words --

1:35PM 12 A.    Yes.

1:35PM 13 Q.    -- but I think we're on the same page.

1:35PM 14 A.    Sure.

1:35PM 15 Q.    Okay.  So there were certain drugs -- Taxotere,

1:35PM 16 Adriamycin, Cytoxan, right, Taxol -- and you did a search of

1:35PM 17 the literature to see were there reports of

1:35PM 18 chemotherapy-induced alopecia for those medications; correct?

1:36PM 19 A.    Yes.

1:36PM 20 Q.    All right.  And I think you basically did kind of like a

1:36PM 21 tally.  You went through with counsel, and he wrote down some

1:36PM 22 numbers.

1:36PM 23        You added up how many patients were listed as having

1:36PM 24 chemotherapy-related alopecia in those studies, and you have

1:36PM 25 sort of like a tally; right?

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

1:36PM  1    A.   I don't understand the word "tally."

1:36PM  2    Q.   Okay.

1:36PM  3    A.   I'm sorry.

1:36PM  4    Q.   No, no, no.  Of course.  You kind of kept score, right,

1:36PM  5    you added up all the numbers?

1:36PM  6    A.   Yes.

1:36PM  7    Q.   All right.  Very good.  So you'd agree with me that some

1:36PM  8    of the documents, some of the literature, which is part of your

1:36PM  9    score card, are documents that came from plaintiff's counsel;

1:36PM 10    true?

1:36PM 11    A.   I would say the abstracts, yes.

1:36PM 12    Q.   Okay.  And there were some materials that we even brought

1:37PM 13    to one of your depositions that you said you were surprised you

1:37PM 14    didn't find.

1:37PM 15         Do you remember that?

1:37PM 16    A.   I remember something.  But if you remind me or show me, I

1:37PM 17    will remember better.

1:37PM 18    Q.   Okay.  And my question is you'd agree that there are

       19    articles and abstracts on persistent chemotherapy-induced

       20    alopecia that's not included on your list; correct?

1:37PM 21    A.   Absolutely.  I believe there are many cases that are not

1:37PM 22    even published.  Because right now, it would be impossible to

1:37PM 23    publish a case series or a case of something that is well

1:37PM 24    known.

1:37PM 25    Q.   Okay.  And when you created -- I'm holding it up.

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

| | | |
|---|---|---|
| 1:37PM | 1 | This is your list; right? |
| 1:37PM | 2 | A.   That's the one, yes.  The old one, yes. |
| 1:37PM | 3 | Q.   And this is -- this was attached to your report; correct? |
| 1:37PM | 4 | A.   Yeah, it should be an exhibit, but I didn't have.  I think |
| 1:37PM | 5 | it was an exhibit. |
| 1:37PM | 6 | Q.   An exhibit to your deposition? |
| 1:38PM | 7 | A.   Yes. |
| 1:38PM | 8 | Q.   Okay. |
| 1:38PM | 9 | A.   But it's not among the exhibits.  I was looking for that. |
| 1:38PM | 10 | MS. SASTRE:  Your Honor, may I approach? |
| 1:38PM | 11 | THE COURT:  Yes, you may. |
| 1:38PM | 12 | BY MS. SASTRE: |
| 1:38PM | 13 | Q.   I'm going to provide you with a copy. |
| 1:38PM | 14 | A.   Thank you. |
| 1:38PM | 15 | Q.   So you'll have your list. |
| 1:38PM | 16 | Okay.  So there's your list; right, Doctor? |
| 1:38PM | 17 | A.   Uh-huh. |
| 1:38PM | 18 | Q.   Okay.  And you've got Taxotere up top, Taxol; you say |
| 1:38PM | 19 | taxanes not specified; and then non-taxane regimens; correct? |
| 1:38PM | 20 | A.   Yes. |
| 1:38PM | 21 | Q.   And where is -- on which one of those, where is Adriamycin |
| 1:38PM | 22 | and Cytoxan?  What are the results of that search? |
| 1:38PM | 23 | A.   It's here, non-taxane regimens. |
| 1:38PM | 24 | Q.   Okay.  Very good.  I don't see endocrine therapy or |
| 1:38PM | 25 | Arimidex on the list. |

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

1:38PM   1          Did you do a search of the medical literature to
1:39PM   2   determine what is the association between the use of Arimidex
1:39PM   3   and endocrine or hormone therapy medication and persistent hair
1:39PM   4   loss?
1:39PM   5   A.    You know, I read the medical literature on Arimidex and
1:39PM   6   alopecia.  And as I said, I think there is just one case from
1:39PM   7   tamoxifen of persistent alopecia, not from aromatase.
1:39PM   8   Q.    Well, my question is just simply did you do a search for
1:39PM   9   Arimidex, like you did with these medications?
1:39PM  10   A.    Yes.  Yes, I did.
1:39PM  11   Q.    But we don't see it on your list; is that fair?
1:39PM  12   A.    Because this was just for the chemotherapy.
1:39PM  13   Q.    Were you not focused at looking at all of the potential
1:39PM  14   causes of Mrs. Earnest's hair loss?
1:39PM  15   A.    I absolutely did, but this was the list just for the
1:39PM  16   chemotherapy.  The endocrine therapy, I did the search, but was
1:39PM  17   not there in that list.
1:40PM  18   Q.    Do you have anything that details the results of your
1:40PM  19   search from Arimidex?
1:40PM  20   A.    Yes.  I have the papers here -- the two papers that have
1:40PM  21   been published that show the data on those therapies.  Okay.
1:40PM  22   There is this -- just a second.
1:40PM  23          There is a paper from the group, again, of Lacouture,
1:40PM  24   a recent paper in JAMA Dermatology, showing the prevalence of
1:40PM  25   the problem.  And then there is a paper in an oncology journal

ANTONELLA TOSTI - CROSS

1:40PM  1    also showing this problem.

1:40PM  2    Q.   Dr. Tosti, my question was a little different, ma'am.

1:40PM  3    A.   I considered --

1:40PM  4          MR. SCHANKER:  Your Honor, she's looking for her

1:40PM  5    response.

1:40PM  6          THE COURT:  Mr. Schanker, let me -- I think the

1:40PM  7    question was where's the research -- the search.  And she's, I

1:40PM  8    think --

1:40PM  9          THE WITNESS:  I did the research.  There aren't too

1:40PM  10   many paper on that.  One paper, which is published on JAMA

1:41PM  11   Dermatology from the group Dr. Lacouture, and another paper

1:41PM  12   that is published in an oncology journal.

1:41PM  13          And, basically, they report the prevalence of

1:41PM  14   alopecia for endocrine therapy.  Usually it's not severe.  It's

1:41PM  15   usually not severe.  And it's -- in this paper, they don't talk

1:41PM  16   about permanent alopecia.

1:41PM  17   BY MS. SASTRE:

1:41PM  18   Q.   Thank you.  Let's go back to the --

1:41PM  19   A.   Here.  I found the papers.

1:41PM  20   Q.   -- list, Dr. Tosti, that you did create.

1:41PM  21          And if we look at Taxotere, you would agree with me

1:41PM  22   that nearly all of the patients which are included within the

1:41PM  23   number that you have there, 281, you would agree with me that

1:41PM  24   nearly all of them were on combination therapy; correct?

1:41PM  25   A.   Yes.

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

1:41PM    1    **Q.**    And that would include other medications, most likely

1:42PM    2    Adriamycin and Cytoxan; correct?

1:42PM    3    **A.**    Yes.

1:42PM    4    **Q.**    All right.  Now, your report in this case is dated

1:42PM    5    November of 2018; right?

1:42PM    6    **A.**    Yes.

1:42PM    7    **Q.**    Okay.  And just a few days after you signed off on your

1:42PM    8    report here, you had a paper accepted for publication just a

1:42PM    9    few days earlier by JAMA; right?

1:42PM    10    **A.**    Yes.

1:42PM    11    **Q.**    All right.  And what we're talking about is a paper

1:42PM    12    entitled "The Assessment of Quality of Life and Treatment

1:42PM    13    Outcomes of Patients with Persistent Post-Chemotherapy

1:42PM    14    Alopecia"; right?

1:42PM    15    **A.**    Yes.  We talked about that this morning.

1:42PM    16    **Q.**    Okay.  And so what I'm asking you, though, is your paper

1:42PM    17    is accepted for publication in November of 2018; right?

1:43PM    18    Correct?

1:43PM    19    **A.**    Yes.

1:43PM    20    **Q.**    And at the same time while you're doing the work

1:43PM    21    researching your paper, preparing your paper, thinking about

1:43PM    22    your paper, you're also in the process of writing your report

1:43PM    23    in this case; correct?

1:43PM    24    **A.**    Yes.

1:43PM    25    **Q.**    Okay.  And so those two events sort of coincidentally

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

1:43PM 1   enough are coinciding; correct?  They are happening at the same

1:43PM 2   time.

1:43PM 3   A.   No, it's not coincidental at all because I publish paper

1:43PM 4   every day.

1:43PM 5   Q.   Understood.  But you're here a case involving chemotherapy

1:43PM 6   and hair loss, and your paper, which you were working on, also

1:43PM 7   involved chemotherapy and hair loss; right?

1:43PM 8   A.   Yes, but most -- you know, that paper I believe has

1:43PM 9   nothing to do with this case.  I publish on this topic a long

1:43PM 10  time ago before.

1:43PM 11  Q.   Okay.  Well, let's take a look at the paper, Dr. Tosti.

1:43PM 12  And I'm going to go ahead and hand you a copy.

1:43PM 13  A.   I have it -- no, I don't.

1:43PM 14  Q.   Do you have it?

1:43PM 15  A.   No, I have the endocrine.

1:44PM 16       MS. SASTRE:  Would Your Honor like a copy?

1:44PM 17       THE COURT:  Yes, please, if you have enough.

1:44PM 18       MS. SASTRE:  Okay.

1:44PM 19  BY MS. SASTRE:

1:44PM 20  Q.   Okay.  So we're looking at -- your article that was

1:44PM 21  published; correct?

1:44PM 22  A.   Yes.

1:44PM 23  Q.   Okay.  And you are listed as one of the authors; right?

1:44PM 24  A.   Yes.

1:44PM 25  Q.   And this was published March of 2019; right?

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

1:45PM   1   **A.**   Yes.

1:45PM   2   **Q.**   So after you did your scorecard; correct?  It came out

1:45PM   3   after?

1:45PM   4   **A.**   Yes.

1:45PM   5   **Q.**   And it was published in a journal that's called JAMA.  Can

1:45PM   6   you tell us what that stands for?

1:45PM   7   **A.**   Yes.  Journal American Medical Association.  That is JAMA

1:45PM   8   Dermatology, so that is the dermatology part.

1:45PM   9   **Q.**   And it's peer-reviewed; correct?

1:45PM   10   **A.**   Yes, of course.

1:45PM   11   **Q.**   Okay.  And the chemotherapies which were included in your

1:45PM   12   study published in 2019 included the same chemotherapies we're

1:45PM   13   talking about in this case:  Taxotere, Adriamycin, Cytoxan;

1:45PM   14   correct?

1:45PM   15   **A.**   Yes.

1:45PM   16   **Q.**   Also included fluorouracil, which the jury has already

1:45PM   17   heard a little bit about; true?

1:45PM   18   **A.**   Yes.

1:45PM   19   **Q.**   And other chemotherapies as well; correct?

1:45PM   20   **A.**   Yes.

1:45PM   21   **Q.**   And you also looked at, in this paper, Doctor, hormone

1:45PM   22   therapies or endocrine therapies like the Arimidex, which

1:46PM   23   Mrs. Earnest is still taking today; true?

1:46PM   24   **A.**   Yes, but these patients, the one with the endocrine

1:46PM   25   therapy, had complete hair regrowth to be included in this

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

1:46PM    1    paper.

1:46PM    2    **Q.**    Right.

1:46PM    3    **A.**    So the definition of these type of alopecia was the

1:46PM    4    patient had to regrow, this is stated in the paper, before

1:46PM    5    starting the endocrine therapy.

1:46PM    6    **Q.**    We're going to get to all of that.

1:46PM    7    **A.**    Sure.

1:46PM    8    **Q.**    Okay.  Okay, Doctor.

1:46PM    9          So here's my question.  So what you did is you looked

1:46PM   10    at 192 patients; right?

1:46PM   11    **A.**    You know, I didn't look at these patients.  These were not

1:46PM   12    my patients.  I participated in this paper to give an idea on

1:46PM   13    the discussion and so on.  But in this paper, there are doctors

1:47PM   14    that are not even, like Ralf Paus, it's not even seeing

1:47PM   15    patients.  So this paper was -- I was in this paper because of

1:47PM   16    my knowledge of the problem, but I didn't provide the patients.

1:47PM   17    The patients came from three different institution:  France,

1:47PM   18    New York and Napoli.  It's written in the papers.

1:47PM   19    **Q.**    Doctor, I just asked if there were 192 patients in the

1:47PM   20    study?

1:47PM   21          **MR. SCHANKER:**  Objection.  That's not what she asked,

1:47PM   22    Your Honor.

1:47PM   23          **THE COURT:**  Overruled.

1:47PM   24          **THE WITNESS:**  Yes.  Yes, there are -- it's written

1:47PM   25    here in the abstract.

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

1:47PM   1   BY MS. SASTRE:

1:47PM   2   Q.   Okay.  And the patients were characterized and divided up

1:47PM   3   in a chart or a table in the study; right?

1:47PM   4   A.   For a chart or paper, they were divided in two groups.

1:48PM   5   Q.   Yes.  Correct.

1:48PM   6   A.   Okay.

1:48PM   7   Q.   So here we're taking a look at that.  There were two

1:48PM   8   groups; correct?

1:48PM   9   A.   Yes.

1:48PM   10  Q.   There's the -- the jury can see on top, there's the PCIA

1:48PM   11  group; right?

1:48PM   12  A.   Yes.

1:48PM   13  Q.   And that's that stands for?

1:48PM   14  A.   Persistent or permanent alopecia after chemotherapy.

1:48PM   15  Q.   After chemotherapy.

1:48PM   16       And then there is the EIAC group.  And what does that

1:48PM   17  stand for?

1:48PM   18  A.   Endocrine therapy.  And these patients to be included had

1:48PM   19  to have hair before starting the endocrine therapy.

1:48PM   20  Q.   I understand.  And so let's talk about first, I'm going

1:48PM   21  ask you -- I'm going to try and be very specific in my

1:48PM   22  questions.

1:48PM   23  A.   Uh-huh.

1:48PM   24  Q.   And so -- let me try and do that.  Okay?

1:48PM   25  A.   Sure.

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

1:48PM  1   **Q.**   I'm asking you very specific things, Doctor.

1:48PM  2        So, first of all, in order to be included within the

1:49PM  3   group of patients that have persistent chemotherapy-induced

1:49PM  4   alopecia, a patient had to have incomplete hair growth six

1:49PM  5   months after the completion of chemotherapy; true?

1:49PM  6   **A.**   True.

1:49PM  7   **Q.**   All right.  And if we look at the specific therapies, so

       8   there were a group of patients that received taxane-based

       9   chemotherapy; correct?

1:49PM  10  **A.**   Yes.

1:49PM  11  **Q.**   And that would include medications like Taxotere and

1:49PM  12  Taxol; right?

1:49PM  13  **A.**   Yes.

1:49PM  14  **Q.**   And you specifically recorded -- or you note here in

1:49PM  15  table 2 of the study the number of parents who took Taxol --

1:49PM  16  **A.**   Yes.

1:50PM  17  **Q.**   -- and had persistent chemotherapy-induced alopecia;

1:50PM  18  correct?

1:50PM  19  **A.**   Yes.

1:50PM  20  **Q.**   And that number was 47 out of 80; right?

1:50PM  21  **A.**   Yes.

1:50PM  22  **Q.**   Which is 59 percent of those that received Taxol in this

1:50PM  23  study in which you are one of the authors, were found to have

1:50PM  24  persistent chemotherapy-induced alopecia after Taxol use;

1:50PM  25  correct?

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

1:50PM  1    **A.**    Yes.  We put today in the numbers, in fact, today we said

1:50PM  2    50 Taxol.  And we had one at that time, and the reason that

1:50PM  3    most of them come from this paper are the new ones.

1:50PM  4    **Q.**    So you would agree with me that if a patient is going to

1:50PM  5    take Taxol, they are going to be accepting a risk of permanent

1:50PM  6    chemotherapy-induced alopecia; correct?

1:50PM  7    **A.**    Yes, but it's lower than Taxotere.  Much lower.

1:50PM  8    **Q.**    Well, not according to your paper.

1:50PM  9    **A.**    This paper, it's a number of patients.  But if you take

1:51PM  10   the whole literature, there is a different number.  I -- when

1:51PM  11   we got this results, I spoke with Dr. Lacouture and asked why

1:51PM  12   we have all these paclitaxel in here, and he said the reason is

1:51PM  13   that now --

1:51PM  14          **MS. SASTRE:**  Your Honor, I object.  I did not ask her

1:51PM  15   why.

1:51PM  16          **THE COURT:**  All right.

1:51PM  17          **THE WITNESS:**  I cannot say why?

1:51PM  18          **THE COURT:**  Well, you can answer the question -- she

1:51PM  19   can explain her answer.

1:51PM  20   **BY MS. SASTRE:**

1:51PM  21   **Q.**    Okay.  My question is just simply that the number of

1:51PM  22   patients who developed what you call alopecia --

1:51PM  23   chemotherapy-induced alopecia in this study, which you recently

1:51PM  24   published, the number for those who took Taxol was greater than

1:51PM  25   the patients who took Taxotere; correct?

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

1:51PM  1   A.   Yes.  And I want to explain why.  I spoke with

1:51PM  2   Dr. Lacouture because that was a very surprising result to me.

1:51PM  3   And he explained to me that now at Sloan Cancer Center, they

1:51PM  4   don't use Taxotere anymore.

1:52PM  5              MS. SASTRE:  I'm sorry, Your Honor.  I --

1:52PM  6              THE COURT:  All right.  I think you need to answer

1:52PM  7   the question and -- and the jury should disregard the remark as

1:52PM  8   to what's happening at Sloan Care.

1:52PM  9              THE WITNESS:  I'm sorry, I wanted to explain.

1:52PM  10             THE COURT:  No.  I think it just went further afield

1:52PM  11  than what we anticipated.

1:52PM  12                  Please proceed.

1:52PM  13  BY MS. SASTRE:

1:52PM  14  Q.   Yes.  So, Dr. Tosti, it's not just that the actual number

1:52PM  15  of patients who experience chemotherapy-induced alopecia was

1:52PM  16  greater for Taxol, it's also that the percentage of patients

1:52PM  17  was greater; correct?

1:52PM  18  A.   If the number is greater, the percentage is greater.

1:52PM  19  Q.   Well, let me be very clear, then.  The number of patients

1:52PM  20  who you reported as having persistent chemotherapy-induced

1:53PM  21  alopecia who took Taxol was 47 out of 80; correct?

1:53PM  22  A.   Yes.

1:53PM  23  Q.   And the number of patients who you reported as having

1:53PM  24  persistent chemotherapy-induced alopecia who took Taxotere,

1:53PM  25  here it says docetaxel, was 31; correct?

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

1:53PM  1    A.    Yes.

1:53PM  2    Q.    So going back to what I was saying a moment ago, you have

1:53PM  3    47 patients who took Taxol and you have 31 who took Taxotere,

1:53PM  4    and those are the numbers between those drugs for persistent

1:53PM  5    chemotherapy-induced alopecia; correct?

1:53PM  6    A.    Yes.

1:53PM  7    Q.    And then if we look a little bit further to the right,

1:53PM  8    that number in the parentheses, that's the percentage; correct?

1:53PM  9    A.    Yes.

1:53PM  10   Q.    And so of all the patients that took Taxol and you found

1:53PM  11   to have persistent chemotherapy-induced alopecia, that was

1:53PM  12   59 percent of the Taxol group; true?

1:53PM  13   A.    Yes.  Very high as compared with the previous method.

1:53PM  14   Very high.

1:53PM  15   Q.    And it was very high when compared to the percentage of

1:53PM  16   patients who took Taxotere and developed persistent

1:54PM  17   chemotherapy-induced alopecia because that number is only

1:54PM  18   39 percent; true?

1:54PM  19   A.    Yes.  But in previous papers on Taxotere, we say

1:54PM  20   10 percent of patients develop severe alopecia.  Here,

1:54PM  21   39 percent.  So in this study, there were very, very high rate

1:54PM  22   of persistent alopecia after chemotherapy.

1:54PM  23   Q.    Now, you also looked at other drugs in this study;

1:54PM  24   correct?

1:54PM  25   A.    Yes.

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

1:54PM 1   **Q.**   Okay.  And let me try to pull those up.

1:54PM 2            You looked at cyclophosphamide; correct?

1:54PM 3   **A.**   Yes.  I don't know the data about these drugs exactly.  I

1:55PM 4   see here, but I don't know if they -- patients took these,

1:55PM 5   association.  Not just cyclophosphamide alone.  I don't know.

1:55PM 6   **Q.**   Okay.  Cyclophosphamide is listed; right?

1:55PM 7   **A.**   But it's listed maybe in association with methotrexate and

1:55PM 8   fluorouracil.

1:55PM 9   **Q.**   Well, Doctor, there may be a lot of things going on here.

1:55PM 10  I don't know.  I'm just asking you is cyclophosphamide listed?

1:55PM 11  **A.**   It's listed.

1:55PM 12  **Q.**   Okay.  And what it says next to cyclophosphamide, which is

1:55PM 13  Cytoxan, and then two other drugs that are listed, it has a

1:55PM 14  number of 13; correct?

1:55PM 15  **A.**   But you don't know which one as the number.  It's a mix to

1:55PM 16  it.

1:55PM 17  **Q.**   I didn't ask that, ma'am.  I'm just asking you is the

1:55PM 18  number 13 there.

1:55PM 19  **A.**   I see number 13, but it's for three drugs, not for one.

1:55PM 20  **Q.**   I understand.  And all I'm asking you is that some number

1:55PM 21  of those 13 patients, I know you don't know how many today, but

1:55PM 22  some number within those 13 patients took cyclophosphamide --

1:56PM 23  **A.**   I am very aware of this, yes.

1:56PM 24  **Q.**   -- and had persistent chemotherapy-induced alopecia?

1:56PM 25  **A.**   Yes.

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

| | | |
|---|---|---|
| 1:56PM | 1 | **Q.**   As you sit here today, you don't know if the number is |
| 1:56PM | 2 | one, you don't know if the number is 10 for cyclophosphamide; |
| 1:56PM | 3 | right? |
| 1:56PM | 4 | **A.**   Absolutely, I don't know. |
| 1:56PM | 5 | **Q.**   Okay.  And then if we look a little further down, it says |
| 1:56PM | 6 | "doxorubicin."  Do you see that? |
| 1:56PM | 7 | **A.**   Yes, I do. |
| 1:56PM | 8 | **Q.**   And if lists other drugs as well? |
| 1:56PM | 9 | **A.**   Yes. |
| 1:56PM | 10 | **Q.**   Doxorubicin is Adriamycin; right? |
| 1:56PM | 11 | **A.**   Yes. |
| 1:56PM | 12 | **Q.**   And in your paper published in 2109, you recorded five |
| 1:56PM | 13 | cases for a group of drugs, including Adriamycin, where you saw |
| 1:56PM | 14 | five patients with persistent chemotherapy-induced alopecia; |
| 1:56PM | 15 | correct? |
| 1:56PM | 16 | **A.**   They were also taking Adriamycin. |
| 1:56PM | 17 | **Q.**   Right.  And that's what I'm saying.  You don't know of |
| 1:56PM | 18 | that five patients who had persistent chemotherapy-induced |
| 1:56PM | 19 | alopecia, if it was two or three or four or even just one of |
| 1:57PM | 20 | them that had that drug, but you know some of them did; |
| 1:57PM | 21 | correct? |
| 1:57PM | 22 | **A.**   Yes, but what I really think is that those drugs are, you |
| 1:57PM | 23 | know, sometimes occasionally causing the problem.  I never said |
| 1:57PM | 24 | they never cause.  It's just a question of, likely, frequency. |
| 1:57PM | 25 | **Q.**   One of the other drugs that the jury has heard a little |

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

1:57PM   1    bit about, and I think you discussed on your direct exam, is

1:57PM   2    fluorouracil; correct?

1:57PM   3    A.   No, I have no experience with that.  I discussed busulfan.

1:57PM   4    I have experience with busulfan.

1:57PM   5    Q.   All right.  But you've heard of fluorouracil; correct?

1:58PM   6    A.   Sorry?

1:58PM   7    Q.   Fluorouracil.  I just highlighted it on the page.

1:58PM   8    A.   Yes, I have no experience with that drug.

1:58PM   9    Q.   Okay.  But it's included within your group where some

1:58PM   10   number of patients within that 13 had persistent

1:58PM   11   chemotherapy-induced alopecia after taking fluorouracil; right?

1:58PM   12   A.   Yes.

1:58PM   13   Q.   Okay.  Now, the jury's heard a little bit about a drug

1:58PM   14   regimen.  They heard about FAC, F-A-C.  And they've also heard

1:58PM   15   about a regimen called FEC, F-E-C.  All right.  And do you

1:58PM   16   understand the E in FEC to be epirubicin?

1:58PM   17   A.   I'm not an oncologist, and to be honest, I don't feel I

1:58PM   18   can give an expert opinion, but I'm here and I will do what I

1:59PM   19   can do.

1:59PM   20   Q.   Well, let me ask you this, Doctor:  There's case reports

1:59PM   21   of persistent chemotherapy-induced alopecia with the F-E-C, or

1:59PM   22   FEC, regimen; true?

1:59PM   23   A.   I think so.

1:59PM   24   Q.   And the E in the FEC is also included within your study?

1:59PM   25   Right?  Epirubicin?

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

1:59PM   1   **A.**   Yes.

1:59PM   2   **Q.**   Okay.  Let me find that.

1:59PM   3        I may have misspoke, and I apologize.  I couldn't

1:59PM   4   find it because you actually don't comment on epirubicin in the

2:00PM   5   study.

2:00PM   6        All right.  So let's -- let's go back to

2:00PM   7   Mrs. Earnest.  Okay?

2:00PM   8   **A.**   Yes.

2:00PM   9   **Q.**   All right.  Now, we talked about Mrs. Earnest taking

2:00PM  10   hormone therapy or Arimidex; true?

2:00PM  11   **A.**   Yes.

2:00PM  12   **Q.**   And I believe what these drugs are called -- and we

2:00PM  13   haven't spent as much time on them as we have the chemotherapy

2:00PM  14   drugs, so I'd like to just spend a moment here.

2:00PM  15        But I think what they're called is aromatase

2:00PM  16   inhibitors; true?

2:00PM  17   **A.**   Yes.

2:00PM  18   **Q.**   And doctors use Arimidex for women who have been diagnosed

2:00PM  19   with cancer, particularly if they're past menopause; right?

2:00PM  20   **A.**   Yes.

2:01PM  21   **Q.**   Like Mrs. Earnest; correct?

2:01PM  22   **A.**   Yes.  And I explained today that they're used for

2:01PM  23   estrogen-positive breast cancer, not always.

2:01PM  24   **Q.**   And you would agree with me that aromatase inhibitors,

2:01PM  25   like Arimidex, cause hormonal changes in the body?

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

| | | |
|---|---|---|
| 2:01PM | 1 | **A.**   They are used for that, yes. |
| 2:01PM | 2 | **Q.**   Okay.  And Arimidex has an androgenetic effect; true? |
| 2:01PM | 3 | **A.**   Yes. |
| 2:01PM | 4 | **Q.**   And what that means is that Arimidex works by reducing the |
| 2:01PM | 5 | level of estrogen in a woman's body; true? |
| 2:01PM | 6 | **A.**   Yes. |
| 2:01PM | 7 | **Q.**   And you'd agree with me that drugs like Arimidex, which |
| 2:01PM | 8 | Mrs. Earnest has taken for the last eight years, can cause |
| 2:01PM | 9 | androgenetic alopecia; true? |
| 2:01PM | 10 | **A.**   Yes. |
| 2:01PM | 11 | **Q.**   And you'd agree with me, Dr. Tosti, that drugs like |
| 2:01PM | 12 | Arimidex, which Mrs. Earnest has taken for the last eight |
| 2:01PM | 13 | years, can worsen androgenetic alopecia; true? |
| 2:02PM | 14 | **A.**   If somebody has androgenetic alopecia, yes, but she didn't |
| 2:02PM | 15 | have hair when she started the treatment, so that's very |
| 2:02PM | 16 | unlikely even to think about this. |
| 2:02PM | 17 | **Q.**   Well, we can agree that androgenetic alopecia is one of |
| 2:02PM | 18 | the most common side effects of treatment with aromatase |
| 2:02PM | 19 | inhibitors; true? |
| 2:02PM | 20 | **A.**   I don't think it's the most common. |
| 2:02PM | 21 | **Q.**   One of the most.  One of the most. |
| 2:02PM | 22 | **A.**   Okay.  But that's not the most. |
| 2:02PM | 23 | **Q.**   Okay.  Let me ask my question again.  Maybe we missed each |
| 2:02PM | 24 | other.  That happens sometimes. |
| 2:02PM | 25 | Androgenetic alopecia is one of the most common side |

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

2:02PM  1   effects of treatment with aromatase inhibitors; correct?
2:02PM  2   A.    Yes.
2:02PM  3   Q.    Okay.  And, in fact, you've seen literature that says
2:02PM  4   aromatase inhibitors can cause alopecia in up to 30 percent of
2:02PM  5   the people that take them?
2:02PM  6   A.    Yes.
2:02PM  7   Q.    And there are reports that aromatase inhibitors, like
2:03PM  8   Arimidex, can also result in complete alopecia?
2:03PM  9   A.    That's wrong.  That's tamoxifen.
2:03PM  10  Q.    Okay.
2:03PM  11  A.    And I don't believe that case was really a true case.
2:03PM  12  Q.    Let me see if I can ask it to you and then maybe we can
2:03PM  13  avoid going to your deposition.  Okay?
2:03PM  14          Have you seen reports of aromatase inhibitors
2:03PM  15  resulting in complete alopecia?  Yes or no, please.
2:03PM  16  A.    No.
2:03PM  17  Q.    Okay.  Is tamoxifen an aromatase inhibitor?
2:03PM  18  A.    No.
2:03PM  19  Q.    Okay.  What is tamoxifen?
2:03PM  20  A.    Tamoxifen is a -- block the estrogen receptor.  So it's
2:03PM  21  the same type of drugs, but you use tamoxifen before menopause,
2:03PM  22  and aromatase inhibitor after menopause.
2:03PM  23  Q.    Okay.  Well, your study that we were just on a moment ago,
2:04PM  24  it included reports of persistent hair loss with aromatase
2:04PM  25  inhibitors; correct?

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

2:04PM   1   **A.**   No.   It's never persistent.

2:04PM   2   **Q.**   Let's take a look, Doctor.

2:04PM   3   **A.**   I'm here.

2:04PM   4   **Q.**   Okay.  So, first of all, when we talk about the hair loss

2:04PM   5   discussed in your study with regard to chemotherapy

2:04PM   6   medications, in order to meet that definition, the patient

2:04PM   7   simply had to have hair loss in excess of six months; right?

2:04PM   8   **A.**   Incomplete hair regrow.

2:05PM   9   **Q.**   For six months?

2:05PM   10   **A.**   After six months.

2:05PM   11   **Q.**   After six months; correct?  Okay.

2:05PM   12           **MS. SASTRE:**  If I could have one second, please.

2:05PM   13           **THE COURT:**  Sure.

2:05PM   14   BY MS. SASTRE:

2:05PM   15   **Q.**   All right.  Well, we'll go back to it.  I have lots of

2:05PM   16   questions on this paper.

2:05PM   17           Your report certainly included -- or your study

2:05PM   18   certainly included reports of significant hair loss with

2:05PM   19   endocrine therapy; correct?

2:05PM   20   **A.**   Yes.

2:05PM   21   **Q.**   Okay.  Let's take a look at that column, which is the EIAC

2:06PM   22   column; right?

2:06PM   23           And that's right here; correct, Doctor?

2:06PM   24   **A.**   Yes.

2:06PM   25   **Q.**   And what you have there is 94 patients; true?

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

| | | |
|---|---|---|
| 2:06PM | 1 | **A.**   Yes. |
| 2:06PM | 2 | **Q.**   And you see where it says "aromatase inhibitors"; correct? |
| 2:06PM | 3 | **A.**   Yes. |
| 2:06PM | 4 | **Q.**   And you indicated that of that group of patients on the |
| 2:06PM | 5 | medications listed, all aromatase inhibitors, that there were |
| 2:06PM | 6 | 58 that had endocrine-induced alopecia; correct? |
| 2:06PM | 7 | **A.**   Yes. |
| 2:06PM | 8 | **Q.**   And that was out of -- that's 62 percent of the patients |
| 2:06PM | 9 | that took that medication; correct? |
| 2:06PM | 10 | **A.**   Yes. |
| 2:06PM | 11 | **Q.**   Now, one of the things that you mentioned earlier, you |
| 2:06PM | 12 | said to counsel on direct exam, you said when it comes to |
| 2:06PM | 13 | chemotherapy, you said you know patients lose their eyebrows |
| 2:07PM | 14 | and their eyelashes.  Do you remember that? |
| 2:07PM | 15 | **A.**   Yes. |
| 2:07PM | 16 | **Q.**   And you'd agree with me here that underneath the endocrine |
| 2:07PM | 17 | therapy column, you had eyebrow or eyelash alopecia, 26 out of |
| 2:07PM | 18 | 92 of those who had endocrine alopecia, you noted also lost |
| 2:07PM | 19 | their eyebrows and eyelashes? |
| 2:07PM | 20 | **A.**   Yes. |
| 2:07PM | 21 | **Q.**   Which is out of that group who had the endocrine-induced |
| 2:07PM | 22 | alopecia that's 28 percent of those who took endocrine therapy |
| 2:07PM | 23 | lost their eyebrows and eyelashes? |
| 2:07PM | 24 | **A.**   Yes, that's true. |
| 2:07PM | 25 | **Q.**   And I know you made a comment a few times today, you said, |

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

2:07PM   1   well -- if you have hair loss with endocrine therapy, you said,
2:07PM   2   well, it's not that bad; right?
2:07PM   3   A.    It most commonly is Grade 1.
2:07PM   4   Q.    Well, let's take a look at that.
2:08PM   5         So right here you see where it says Grade 2; right?
2:08PM   6         Do you see that, Grade 2?  Doctor, Grade 2?
2:08PM   7   A.    I see.  I also see that it's a significant difference
2:08PM   8   between the two.
2:08PM   9   Q.    Hold on.  I got to ask a question.  Hold on.
2:08PM  10         And if we go over to the column to the right, it says
2:08PM  11   that of those patients who took endocrine therapy and had
2:08PM  12   alopecia from the endocrine therapy, 12 out of 92, or
2:08PM  13   13 percent, had Grade 2; right?
2:08PM  14   A.    Yes.
2:08PM  15   Q.    And you showed the jury a picture of what you said was
2:08PM  16   Grade 2 alopecia.  And I'd like to find that.  Just give me one
2:08PM  17   second.
2:09PM  18         MS. SASTRE:  Do you have the Grade 2 photo?
2:09PM  19         I'm sorry.  Give me one second.
2:09PM  20         Okay.  I have it.
2:09PM  21   BY MS. SASTRE:
2:09PM  22   Q.    So...
2:09PM  23   A.    I got that from another context, and I explained this
2:09PM  24   morning very well that the problem with this situation --
2:09PM  25         THE COURT:  Hold on.

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

| | | |
|---|---|---|
| 2:09PM | 1 | **THE WITNESS:** I want to explain. |
| 2:09PM | 2 | **THE COURT:** I think you need to ask a question. |
| 2:09PM | 3 | **THE WITNESS:** Okay. Sorry. |
| 2:09PM | 4 | BY MS. SASTRE: |
| 2:09PM | 5 | Q. All I'm asking you, when you showed this picture to the |
| 2:09PM | 6 | jury, you said this is Grade 2 alopecia; true? |
| 2:09PM | 7 | A. Yes. |
| 2:09PM | 8 | Q. All right. Thank you. |
| 2:09PM | 9 | And if we go back -- |
| 2:09PM | 10 | A. Can I explain now? |
| 2:09PM | 11 | **THE COURT:** Well, I think -- the question was just is |
| 2:09PM | 12 | this Grade 2 alopecia. |
| 2:09PM | 13 | BY MS. SASTRE: |
| 2:10PM | 14 | Q. And, Doctor, if we want to know what Grade 2 is, beyond |
| 2:10PM | 15 | the picture of what you showed the jury, we can read your |
| 2:10PM | 16 | definition from your study. And you state, "Grade 2 is hair |
| 2:10PM | 17 | loss of 50 percent or more of normal for that individual and is |
| 2:10PM | 18 | readily apparent to others. Camouflage is necessary if the |
| 2:10PM | 19 | patient desires." Correct? |
| 2:10PM | 20 | A. Yes. That's right, 50 percent or more. So 50 percent can |
| 2:10PM | 21 | go to 90 percent. And so that's the -- the problem of that |
| 2:10PM | 22 | grading. |
| 2:10PM | 23 | Q. The grades in your paper? |
| 2:10PM | 24 | A. The grading in general. This is the grading of |
| 2:10PM | 25 | dermatological side effects. And I explained this this |

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

2:10PM 1   morning, that depending on the two grades, it doesn't really

2:10PM 2   give you the possibility to select it completely this way.

2:10PM 3   Q.   Just to be clear, when you say that it may be necessary

2:11PM 4   that the patients camouflage, you're talking about alopecia

2:11PM 5   Grade 2 in patients who've received endocrine therapy that it's

2:11PM 6   so severe that they do need to use things like wigs; correct?

2:11PM 7   That's what "camouflage" means.

2:11PM 8   A.   Yes.  But the definition of alopecia with endocrine

2:11PM 9   therapy required that the patient starts with hair.

2:11PM 10   Q.   Okay.

2:11PM 11   A.   That's the problem.

2:11PM 12   Q.   And when it comes to endocrine therapy, you'd agree with

2:11PM 13   me that up to 25 percent of patients with breast cancer

2:11PM 14   receiving endocrine therapy may develop endocrine

2:11PM 15   therapy-induced alopecia; true?

2:11PM 16   A.   Yes.

2:11PM 17   Q.   And that's exactly what you state in your paper, up to

2:11PM 18   25 percent; right?

2:11PM 19   A.   Yes.

2:11PM 20   Q.   Now, you talked about a couple times if a patient -- you

2:11PM 21   had your 192 patients, and you divided them up into two groups;

2:12PM 22   right?  And there's the chemotherapy group; right?  PCIA.  And

2:12PM 23   then there's the endocrine therapy group, EIAC; correct?

2:12PM 24   A.   Yes.

2:12PM 25   Q.   And in order to be within the endocrine therapy group, the

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

2:12PM 1    patient would have already had chemotherapy; true?

2:12PM 2    **A.**   Yes.

2:12PM 3    **Q.**   They would have lost their hair; true?

2:12PM 4    **A.**   Yes.

2:12PM 5    **Q.**   Their hair would have come back.  They would have had

2:12PM 6    complete regrowth; correct?

2:12PM 7    **A.**   Yes.

2:12PM 8    **Q.**   And then they would have started endocrine therapy and

2:12PM 9    then had the hair loss that you specifically identified and

2:12PM 10   counted in your paper.

2:12PM 11   **A.**   That's precise.  That's exactly what happens.

2:12PM 12   **Q.**   All right.  And you'd agree with me, ma'am, that in

2:12PM 13   between the time that Barbara Earnest concluded her

2:12PM 14   chemotherapy and the time just a couple months later when she

2:12PM 15   started her endocrine therapy, you don't have any evidence and

2:12PM 16   you've seen nothing in this record to indicate that she had

2:13PM 17   hair regrowth during that time; correct?

2:13PM 18   **A.**   She did not.  She did not grow in three months, which is

2:13PM 19   normally the time you should have almost complete regrowth.  So

2:13PM 20   she didn't regrow before starting the aromatase inhibitor.

2:13PM 21   **Q.**   But to be clear, I just want to make sure that we're

2:13PM 22   drawing the distinction, the patients in your study included in

2:13PM 23   the endocrine group, their hair completely regrew after chemo;

2:13PM 24   right?

2:13PM 25   **A.**   Yes.

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

2:13PM  1   **Q.**   And then they took endocrine therapy and they lost their

2:13PM  2   hair?

2:13PM  3   **A.**   Yes.  That's the only way to make this diagnosis.  If you

2:13PM  4   don't have hair, how can you get androgenetic alopecia?  You're

2:13PM  5   already without hair.

2:14PM  6   **Q.**   Okay.  Let's move on.  All right, Doctor.  Let's go back

2:14PM  7   again to your visit with Mrs. Earnest.  All right?

2:14PM  8   **A.**   Sure.

2:14PM  9   **Q.**   So I understand that you met with Mrs. Earnest in Miami;

2:14PM  10  right?

2:14PM  11  **A.**   Yes, we met last in Miami.

2:14PM  12  **Q.**   Okay.  And I just want to make sure there's no confusion

2:14PM  13  here.

2:14PM  14          You were hired by the lawyers in this case, and you

2:14PM  15  were paid to see Mrs. Earnest; true?

2:14PM  16  **A.**   University was paid.  Because I worked for university, so

2:14PM  17  there was a contract between University of Miami and the

2:14PM  18  lawyers.

2:14PM  19  **Q.**   Okay.  But you're not one of Mrs. Earnest's treating

2:14PM  20  doctors; you saw her because of this case?

2:14PM  21  **A.**   Absolutely, yes.

2:14PM  22  **Q.**   You were asked by the lawyers; is that fair?

2:14PM  23  **A.**   If that's the question, yes.  I was explaining that.

2:15PM  24  **Q.**   Okay.  And you met with her for, like, 40 minutes; right?

2:15PM  25  **A.**   Yes.

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

2:15PM  1    Q.   Okay.  And if I understand correctly, that was in June of

2:15PM  2    last year, so over a year ago?

2:15PM  3    A.   Yes.

2:15PM  4    Q.   And that was your only meeting with Mrs. Earnest; true?

2:15PM  5    A.   I saw her yesterday and today here.  Okay.

2:15PM  6    Q.   Okay.  But you didn't examine her?

2:15PM  7    A.   I took a look just to know if she -- I asked her if she

2:15PM  8    had any regrowth.  I didn't examine, but I asked.

2:15PM  9    Q.   Well, what did you do exactly yesterday?

2:15PM  10   A.   I saw her and said if she had any growth.

2:15PM  11   Q.   And did you examine her scalp?

2:15PM  12   A.   No, I didn't see the scalp or hair, nothing.

2:15PM  13   Q.   And did Mrs. Earnest have any regrowth?

2:15PM  14   A.   She said that she was the same as she was.

2:15PM  15   Q.   I didn't ask you what she said.

2:15PM  16        What did you see?

2:15PM  17   A.   I didn't see.  I told you I didn't examine.  I asked her,

2:16PM  18   I said.

2:16PM  19   Q.   Okay.  Now, you never saw Mrs. Earnest, obviously, before

2:16PM  20   he had chemotherapy treatment; true?

2:16PM  21   A.   No, but I saw pictures of her.

2:16PM  22   Q.   Okay.  We'll get to that in a moment.

2:16PM  23        I'm just saying, you didn't see her?

2:16PM  24   A.   No.

2:16PM  25   Q.   Okay.  And you did get her medical records, though; right?

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

2:16PM  1   A.   Yes.

2:16PM  2   Q.   And did you read them?

2:16PM  3   A.   All the medical records, yes.

2:16PM  4   Q.   Okay.  And that's something you personally did; right?

2:16PM  5   A.   Yes, I personally did.

2:16PM  6   Q.   Okay.  And the medical records can inform you of the

2:16PM  7   patient's medical history; right?

2:16PM  8   A.   Yes.

2:16PM  9   Q.   And that's important if you're trying make a diagnosis

2:16PM  10  like you are in this case; true?

2:16PM  11  A.   Absolutely.

2:16PM  12  Q.   Okay.  And you would have, in particular, been looking for

2:16PM  13  things that would have related to her hair; is that fair?

2:16PM  14  A.   No.  I read the medical records, everything.  I read

2:17PM  15  everything.

2:17PM  16  Q.   Okay.  And I'm just saying, though, as you were reading,

2:17PM  17  you would have been particularly focused on things that might

2:17PM  18  impact your opinions in this case that relate to her hair;

2:17PM  19  right?

2:17PM  20  A.   Absolutely.

2:17PM  21  Q.   All right.  And so you would agree with me that, if we go

2:17PM  22  into approximately mid 2012 -- okay?

2:17PM  23  A.   Uh-huh.

2:17PM  24  Q.   -- so mid 2012, that there are reports made by

2:17PM  25  Mrs. Earnest's physicians that her alopecia or hair loss was

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

2:17PM 1    resolving; right?

2:17PM 2    A.   You know, I also read that --

2:17PM 3    Q.   Doctor, please.  Am I correct?

2:17PM 4    A.   Sorry.

2:17PM 5         THE COURT:  You need to answer the question.

2:17PM 6         THE WITNESS:  Yes.  Yes.

2:17PM 7    BY MS. SASTRE:

2:17PM 8    Q.   And you saw that in April of 2012; correct?

2:17PM 9    A.   Yes.

2:17PM 10   Q.   You saw it again when you looked at her records from

2:17PM 11   August of 2012; correct?

2:17PM 12   A.   Yes.

2:17PM 13   Q.   And what you saw were the words written by her physicians,

2:18PM 14   "alopecia resolving," to be specific; correct?

2:18PM 15   A.   Yes.  Can I add something?

2:18PM 16   Q.   Sure.

2:18PM 17   A.   Yes, because I also read the deposition of this

2:18PM 18   oncologist.  And what I understood, he was saying it's

2:18PM 19   resolving because he saw the few hair that she still has and

2:18PM 20   thought those few hair were the hair that were growing.

2:18PM 21        But still resolving, kept resolving, never resolved.

2:18PM 22   Q.   You're telling us that her oncologist testified that they

2:18PM 23   wrote "resolving alopecia" because there were a few additional

2:18PM 24   hairs?

2:18PM 25   A.   Yes.  That's what he testified.

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

2:18PM    1   **Q.**   Who said that?

2:18PM    2   **A.**   I read the deposition.

2:18PM    3   **Q.**   Which deposition?

2:18PM    4   **A.**   Of Dr. Carinder.

2:18PM    5   **Q.**   And he said there were, quote, a few additional hairs, and

2:18PM    6   that caused him to --

2:18PM    7   **A.**   He said that --

2:18PM    8   **Q.**   Hold on.

2:18PM    9            **MR. SCHANKER:**  Misstates.

2:18PM   10            **THE COURT:**  Wait.

2:18PM   11            **MR. SCHANKER:**  Misstates testimony.

2:18PM   12            **THE COURT:**  Wait.  Just --

2:18PM   13            **MR. SCHANKER:**  I'm sorry.  I thought you were asking

2:18PM   14   me --

2:18PM   15            **THE COURT:**  I think she's -- this witness can answer

2:19PM   16   the question.

2:19PM   17            **MR. SCHANKER:**  Yes.

2:19PM   18            **THE WITNESS:**  Yes.  I read the deposition of the

2:19PM   19   oncologist.  And the oncologist, in his deposition, said that

2:19PM   20   he thought it was resolving because there was some hair but

2:19PM   21   never resolved.  And he was, at a certain point, concerned

2:19PM   22   because it was too much time that had passed before the hair

2:19PM   23   grow back.

2:19PM   24   **BY MS. SASTRE:**

2:19PM   25   **Q.**   Okay.  My question was just simply -- you used the word "a

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

2:19PM 1    few additional hairs."

2:19PM 2              And are you telling us under oath that you read

2:19PM 3    Dr. Carinder's deposition, and he stated, "I recorded resolving

2:19PM 4    alopecia in her records because had a few additional hairs"?

2:19PM 5    A.   No, I didn't say that.  What I said --

2:19PM 6              MR. SCHANKER:  Objection.

2:19PM 7              THE WITNESS:  -- is that from -- I understood --

2:19PM 8              THE COURT:  Wait.  Wait, Dr. Tosti.  When there's an

2:20PM 9    objection, you have to let him voice it before you answer the

2:20PM 10   question.

2:20PM 11             MR. SCHANKER:  Thank you.  Just objection.  This line

2:20PM 12   of questioning has been asked and answered, Your Honor.

2:20PM 13             THE COURT:  Sustained.

2:20PM 14             MS. SASTRE:  I'll move on.  All right, Your Honor.

2:20PM 15   BY MS. SASTRE:

2:20PM 16   Q.   You saw that that entry in the records of resolving

2:20PM 17   alopecia continued into 2013 as well; correct?

2:20PM 18   A.   Yes.

2:20PM 19   Q.   All right.  And what we can agree upon -- well, let me go

2:20PM 20   back a bit.

2:20PM 21             So you said that you saw photos of Mrs. Earnest

2:20PM 22   before her chemotherapy; right?

2:20PM 23   A.   Yes.

2:20PM 24   Q.   And, of course, you saw her this one time for 40 minutes.

2:20PM 25             So you don't know what her hair looked like on any

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

| | | |
|---|---|---|
| 2:20PM | 1 | other day, not from your firsthand, personal experience; true? |
| 2:20PM | 2 | A.   True. |
| 2:20PM | 3 | Q.   And, instead, what you were provided were photos; correct? |
| 2:20PM | 4 | A.   From before. |
| 2:20PM | 5 | Q.   Well, you were provided photos after her chemotherapy |
| 2:20PM | 6 | treatment; true? |
| 2:20PM | 7 | A.   I was provided photos after her chemotherapy treatment.  I |
| 2:21PM | 8 | saw her after her chemotherapy treatment.  I saw the biopsy |
| 2:21PM | 9 | side. |
| 2:21PM | 10 | Q.   I know.  I'm just asking that you looked at photographs of |
| 2:21PM | 11 | Mrs. Earnest that showed her after her chemotherapy, after she |
| 2:21PM | 12 | lost her hair? |
| 2:21PM | 13 | A.   Yes. |
| 2:21PM | 14 | Q.   That's all.  Right? |
| 2:21PM | 15 |      And you looked at photos over a period of several |
| 2:21PM | 16 | years; true? |
| 2:21PM | 17 | A.   I didn't have photo of hair during these several years. |
| 2:21PM | 18 | Q.   Let me ask you this, Doctor:  The period of time that |
| 2:21PM | 19 | we're talking about, 2012 and 2013, where the records note |
| 2:21PM | 20 | "resolving alopecia," do you agree with me you were not |
| 2:22PM | 21 | provided with a single photo of Mrs. Earnest for those two |
| 2:22PM | 22 | years; correct? |
| 2:22PM | 23 | A.   I agree.  But I also think if it's resolving -- alopecia |
| 2:22PM | 24 | resolves in three months; doesn't take two years. |
| 2:22PM | 25 | Q.   And did you say to the lawyers that hired you, you know, |

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

2:22PM 1    "I'm looking at these medical records.  I have an entry in 2012

2:22PM 2    a couple times and in 2013.  And it says, you know,

2:22PM 3    Mrs. Earnest's alopecia is resolving.  Can you send me all of

2:22PM 4    her photographs from 2012 and '13 so I can see what's going on

2:22PM 5    here?"

2:22PM 6              Did you make that request?

2:22PM 7    A.   Absolutely.  The problem is that she never wanted to take

2:22PM 8    a photo of herself.  That's what I -- I don't think she has a

2:22PM 9    photo of herself.

2:22PM 10   Q.   Well, Doctor, there's pictures from 2011; true?

2:22PM 11   A.   I think Barbara didn't take picture of herself.

2:22PM 12   Q.   Okay.

2:22PM 13   A.   Doesn't have any picture.  Because of the problem, she

2:22PM 14   didn't want.

2:23PM 15   Q.   Okay.  Well, let me ask you this, did you see any photos

2:23PM 16   of her from 2011?

2:23PM 17   A.   I saw the pictures before.  The Grand Canyon picture, I

2:23PM 18   show you.

2:23PM 19   Q.   So you were not provided with any photographs of

2:23PM 20   Mrs. Earnest after she lost her hair?

2:23PM 21   A.   After -- not in 2012.  Maybe I saw something just

2:23PM 22   immediately during the chemotherapy, like the chemotherapy

2:23PM 23   alopecia.  But I didn't see photos of her after -- in 2012, no.

2:23PM 24   From 2012 to 2018, when I saw her, I asked for photo, but I

2:23PM 25   didn't see any photo.

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

| | | |
|---|---|---|
| 2:23PM | 1 | **Q.**   Okay.  Let me -- let's take steps.  Okay?  Let's try and |
| 2:23PM | 2 | go through what you just said. |
| 2:23PM | 3 | **A.**   Yes. |
| 2:23PM | 4 | **Q.**   Did you ask the lawyers that hired you for all the photos |
| 2:23PM | 5 | of Mrs. Earnest from when she lost her hair until you saw her? |
| 2:24PM | 6 |            **MR. SCHANKER:**  Okay.  Asked and answered. |
| 2:24PM | 7 |            **THE WITNESS:**  Yes. |
| 2:24PM | 8 |            **THE COURT:**  It has been asked and answered. |
| 2:24PM | 9 | **BY MS. SASTRE:** |
| 2:24PM | 10 | **Q.**   And what did you receive? |
| 2:24PM | 11 | **A.**   I received pictures of her before the chemotherapy.  I |
| 2:24PM | 12 | think -- I don't recall exactly because I thought were not |
| 2:24PM | 13 | important.  I received pictures of her just after the |
| 2:24PM | 14 | chemotherapy when she had no hair at all.  And then I didn't |
| 2:24PM | 15 | receive any other pictures except for the pictures of 2018. |
| 2:24PM | 16 | **Q.**   Okay.  So the stack of photographs that was produced in |
| 2:24PM | 17 | this case, they were not provided to you by plaintiff's |
| 2:24PM | 18 | counsel? |
| 2:24PM | 19 |            **MR. SCHANKER:**  Objection, Your Honor. |
| 2:24PM | 20 |            **THE WITNESS:**  Which photographs? |
| 2:24PM | 21 |            **MR. SCHANKER:**  Asked and answered. |
| 2:24PM | 22 |            **THE COURT:**  Sustained.  Sustained. |
| 2:24PM | 23 |                You don't need to answer that question. |
| 2:24PM | 24 | **BY MS. SASTRE:** |
| 2:25PM | 25 | **Q.**   Let me ask you this:  Would it surprise you to learn that |

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

2:25PM  1   there are photographs of Mrs. Earnest after her chemotherapy
2:25PM  2   from 2014 and 2015 and 2016 and 2017?
2:25PM  3   A.   I would be very upset to learn that, but I -- I -- that's
2:25PM  4   my answer.
2:25PM  5   Q.   Because by the time you saw Mrs. Earnest, it was seven
2:25PM  6   years after her chemotherapy had been completed; true?
2:25PM  7   A.   Yes.
2:25PM  8   Q.   And we can agree, Doctor, that was seven years after
2:25PM  9   Mrs. Earnest had lost her hair; true?
2:26PM  10  A.   Yes.
2:26PM  11  Q.   Okay.  Let's just talk about alopecia for a couple of
2:26PM  12  minutes.  All right?
2:26PM  13  A.   Yes.
2:26PM  14  Q.   Change topics.
2:26PM  15  A.   Okay.
2:26PM  16  Q.   Okay.  You'd agree with me there's multiple types of
2:26PM  17  alopecia; true?
2:26PM  18  A.   Absolutely.
2:26PM  19  Q.   And you'd agree with me that diagnosing the type of
2:26PM  20  alopecia that a patient has, it can be difficult?
2:26PM  21  A.   Absolutely.  You need to look at the -- see the patient.
2:26PM  22  You do not make diagnosis on pictures.
2:26PM  23  Q.   Okay.  And it's possible for a dermatologist to confuse
2:26PM  24  one type of alopecia for another; true?
2:26PM  25  A.   Absolutely.

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

| | | |
|---|---|---|
| 2:26PM | 1 | **Q.**   Now, one of the types of alopecia you spoke with counsel |
| 2:27PM | 2 | about is called androgenetic alopecia; true? |
| 2:27PM | 3 | **A.**   Yes. |
| 2:27PM | 4 | **Q.**   Okay.  And I think that's also sometimes called female |
| 2:27PM | 5 | pattern hair loss? |
| 2:27PM | 6 | **A.**   Yes. |
| 2:27PM | 7 | **Q.**   And there are a number of risk factors for it; true? |
| 2:27PM | 8 | **A.**   I didn't understand the question.  Sorry. |
| 2:27PM | 9 | **Q.**   I'm sorry.  There are a number of risk factors for |
| 2:27PM | 10 | androgenetic alopecia? |
| 2:27PM | 11 | **A.**   No. |
| 2:27PM | 12 | **Q.**   Okay.  Well, let's go through a couple things. |
| 2:27PM | 13 |         Does age increase the probability for a patient to |
| 2:27PM | 14 | experience androgenetic alopecia? |
| 2:27PM | 15 | **A.**   Yes. |
| 2:27PM | 16 | **Q.**   Okay.  And does the data show that 50 percent of women may |
| 2:27PM | 17 | develop androgenetic alopecia after the age of 50? |
| 2:27PM | 18 | **A.**   Yes. |
| 2:27PM | 19 | **Q.**   Okay.  And changes in a woman's hormone level are also a |
| 2:27PM | 20 | risk factor for androgenetic alopecia? |
| 2:27PM | 21 | **A.**   Yes. |
| 2:27PM | 22 | **Q.**   Including what we talked about earlier, one of the main |
| 2:27PM | 23 | points in a woman's life where her hormone levels change is |
| 2:27PM | 24 | menopause; right? |
| 2:27PM | 25 | **A.**   Yes. |

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

2:28PM 1 **Q.**   Now -- sorry.  Just one second.  I'm going to show you

2:28PM 2 something.

2:28PM 3         Do you have it?  Maybe I have a copy up here.  Okay.

2:28PM 4         Well, Doctor, let me show you -- it's got a little

2:28PM 5 bit of my writing on it, but I'll try and capture the part that

2:28PM 6 doesn't -- so -- so the picture -- well, first, let's do this.

2:29PM 7         The picture on the left is Mrs. Earnest; correct?

2:29PM 8 **A.**   Yes.

2:29PM 9 **Q.**   Okay.  And I think we can agree -- and I know you talked

2:29PM 10 about this a bit, but I want to be clear.

2:29PM 11        There is more hair on the back and the sides of

2:29PM 12 Mrs. Earnest's scalp than there is on the top; true?

2:29PM 13 **A.**   True.

2:29PM 14 **Q.**   Okay.  And the -- and the picture of her here depicts

2:29PM 15 that; correct?

2:29PM 16 **A.**   The picture?

2:29PM 17 **Q.**   Yeah.  The picture of Mrs. Earnest, we can see that

2:29PM 18 there's more hair in the back and on the sides; true?

2:29PM 19 **A.**   Very little more.

2:29PM 20 **Q.**   Okay.  Well -- and you see the picture on the right is of

2:30PM 21 endocrine-induced hair loss.

2:30PM 22        Are you familiar with that photo?  Have you seen it

2:30PM 23 before?

2:30PM 24 **A.**   No.

2:30PM 25 **Q.**   Okay.

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

| | | |
|---|---|---|
| 2:30PM | 1 | **A.**   Where does it come? |
| 2:30PM | 2 | **Q.**   It comes from an article that was published in a journal |
| 2:30PM | 3 | call *The Oncologist*? |
| 2:30PM | 4 | **A.**   Okay. |
| 2:30PM | 5 | **Q.**   Are you familiar with it? |
| 2:30PM | 6 | **A.**   I think I heard about it, yes. |
| 2:30PM | 7 | **Q.**   It's on your list probably?  Okay. |
| 2:30PM | 8 | **A.**   Can I get it? |
| 2:30PM | 9 | **Q.**   We have it.  It's coming right now.  I believe the author |
| 2:30PM | 10 | is -- |
| 2:30PM | 11 |         **MR. SCHANKER:**  Your Honor, this was published without |
| 2:30PM | 12 | us not knowing anything about it.  We don't know what treatise |
| 2:30PM | 13 | it comes from. |
| 2:30PM | 14 |         **THE COURT:**  She's on cross-examination.  I believe it |
| 2:30PM | 15 | was -- |
| 2:30PM | 16 |         **MR. SCHANKER:**  No, it is not from ours, Your Honor. |
| 2:30PM | 17 | This is not one of ours. |
| 2:30PM | 18 |         **THE COURT:**  I understand.  What is this? |
| 2:30PM | 19 |         **MR. SCHANKER:**  This is exceedingly misleading, Your |
| 2:30PM | 20 | Honor. |
| 2:30PM | 21 |         **THE COURT:**  All right.  Let me get you all up here. |
| 2:30PM | 22 |         (WHEREUPON, the following proceedings were held at |
| 2:30PM | 23 | the bench.) |
| 2:31PM | 24 |         **THE COURT:**  What is this? |
| 2:31PM | 25 |         **MS. SASTRE:**  It's a picture.  I didn't say it was one |

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

2:31PM   1    of his pictures.  It's a picture from an article just like he

2:31PM   2    used.  I represented -- it's right here.

2:31PM   3         THE COURT:  Okay.  Does she recognize the article?

2:31PM   4         MS. SASTRE:  I'm going to give it to her right now,

2:31PM   5    Judge.

2:31PM   6         THE COURT:  All right.  Well, before you show her the

2:31PM   7    picture, she needs to recognize --

2:31PM   8         MS. SASTRE:  Sure.  I understand.  Here's a copy for

2:31PM   9    counsel.

2:31PM  10         MR. SCHANKER:  Your Honor, I want to make a record

2:31PM  11    that this was intended to -- just as it misled you.  They took

2:31PM  12    what we gave them and reformatted it to look like one of ours

2:31PM  13    to try to mislead the jury, Your Honor.  And didn't inform any

2:31PM  14    of us as to what this was, and didn't even introduce the

2:31PM  15    article or let us know there was an article.

2:31PM  16         And I believe the jury needs to be instructed

2:31PM  17    that that is not one of ours.

2:31PM  18         MS. SASTRE:  Your Honor, may I respond?

2:31PM  19         THE COURT:  I thought it was one of theirs.

2:32PM  20         MS. SASTRE:  No.  I said it was from an article.  I

2:32PM  21    said it was from *The Oncologist*.  I said the author was Vishal

2:32PM  22    Saggar.

2:32PM  23         I said, "Are you familiar with it?"  She said

2:32PM  24    yes.  And I said this was a picture.  I never suggested it was

2:32PM  25    from their deck.  I mean, I'm allowed to put up a picture on

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

2:32PM 1   cross-examination.

2:32PM 2        THE COURT:  You are allowed to put up a picture on

2:32PM 3   cross-examination.  I thought it was from their deck.

2:32PM 4        MS. SASTRE:  Okay.

2:32PM 5        THE COURT:  Because it is formatted exactly like

2:32PM 6   theirs, and I was --

2:32PM 7        MS. SASTRE:  I'll make it -- I'll make it clear, very

2:32PM 8   clear.

2:32PM 9        THE COURT:  I think you need to make it clear before

2:32PM 10  you put up a photograph.  She's got to identify the article and

2:32PM 11  say, yes, this is what I would consider a learned treatise, or

2:32PM 12  whatever.  She's got to go through the same thing, and then you

2:32PM 13  may show the photograph.

2:32PM 14        MS. SASTRE:  I'll do that right now.  Well -- okay.

2:32PM 15  Yes, it's from this study.  Everyone's been putting up medical

2:32PM 16  literature all day, just like putting it up, but I needed the

2:32PM 17  paper.

2:32PM 18        THE COURT:  But she has -- she recognized those other

2:32PM 19  articles, and she can say yes.

2:32PM 20        MS. SASTRE:  I'll do that right now, Judge.  And I'll

2:32PM 21  make it clear that it was not something that plaintiff's

2:32PM 22  counsel showed to her.  I'll make that crystal clear.

2:33PM 23        (WHEREUPON, the following proceedings were held in

2:33PM 24  open court.)

25

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

2:33PM 1   BY MS. SASTRE:

2:33PM 2   Q.   All right.  Dr. Tosti, so I've just handed you an article

2:33PM 3   from a journal called *The Oncologist*, and it's entitled

2:33PM 4   "Alopecia with endocrine therapies in patients with cancers."

2:33PM 5   And the author is Vishal Saggar.

2:33PM 6          Did I say that correctly?

2:33PM 7   A.   The main author is, again, Mario Lacouture.

2:33PM 8   Q.   Your friend?

2:33PM 9   A.   Yes.

2:33PM 10  Q.   Okay.  Dr. Lacouture, who you spoke about several times

2:34PM 11  today; correct?

2:34PM 12  A.   Yes.

2:34PM 13  Q.   Okay.  When you say his name, it sounds nicer than when I

2:34PM 14  say it, so...

2:34PM 15         All right.  So you're familiar with this article;

2:34PM 16  correct?

2:34PM 17  A.   Yes.

2:34PM 18  Q.   This is published in the peer-reviewed literature?

2:34PM 19  A.   Yes.

2:34PM 20         MS. SASTRE:  Very good.  Your Honor, may we take a

2:34PM 21  look at the photograph inside?

2:34PM 22         THE WITNESS:  Yes.  I want to explain the difference.

2:34PM 23  If you can put that photograph you had before, I can explain

2:34PM 24  you the difference.

2:34PM 25

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

2:34PM  1    BY MS. SASTRE:

2:34PM  2    Q.   Okay.  Sure.  I'd be happy to.  So I'm going to go back,

2:34PM  3    and I want to make this clear just before you talk about the

2:34PM  4    photograph.

2:34PM  5            So we can agree the pictures on the left are

2:34PM  6    Mrs. Earnest; true?

2:34PM  7    A.   Yes.

2:34PM  8    Q.   And then this is not a slide that you showed the jury when

2:34PM  9    you were on direct exam with Mr. Schanker; correct?  This is

2:34PM  10   something new?

2:34PM  11   A.   Yes.  This is not.

2:34PM  12   Q.   Okay.  Exactly.

2:34PM  13           Okay.  And what it is, it's a picture from the

2:35PM  14   article we just discussed with a photograph on the right of a

2:35PM  15   patient suffering from endocrine-induced hair loss; correct?

2:35PM  16   A.   Yes.

2:35PM  17   Q.   Okay.  And you would agree with me that there are

2:35PM  18   similarities between the presentation of Mrs. Earnest on the

2:35PM  19   left side and this patient on the right, both having more

2:35PM  20   growth on the sides and the lower back; correct?

2:35PM  21   A.   No.  For someone that look at alopecia, they're very

2:35PM  22   different.  Because the one on the right is the top of the

2:35PM  23   scalp.  So it's typical of androgenetic alopecia.

2:35PM  24           You can see the back is normal.  That picture, see

2:35PM  25   they're here from there.  So this is just the top of the scalp,

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

2:35PM   1   very typical, severe androgenetic alopecia.  But the back is

2:35PM   2   preserved.  That's the big difference.

2:35PM   3   Q.   Okay.  Let me ask you this, just while we're talking about

2:36PM   4   articles, one of the articles that counsel discussed with you

2:36PM   5   is a paper by name of Prevazas.

2:36PM   6        Did I say that correctly?

2:36PM   7   A.   Yes -- no, it's French.  I don't think it's correct, but I

2:36PM   8   know that.

2:36PM   9   Q.   Okay.  And you showed a picture from that article;

2:36PM  10   correct?

2:36PM  11   A.   Uh-huh.

2:36PM  12   Q.   All right.  And I believe you showed this picture to the

2:36PM  13   jury; correct?

2:36PM  14   A.   Yes.

2:36PM  15   Q.   Okay.  But if we turn to the page -- the next page of the

2:36PM  16   article, there's a picture of this patient; right?

2:36PM  17   A.   Yes.

2:36PM  18   Q.   And this is a patient that took Taxol; right?

2:36PM  19   A.   Yes.

2:36PM  20   Q.   Okay.  That's what Taxol can do to your hair; right?

2:36PM  21   A.   You know, that patient is a type of patchy, so I've always

2:37PM  22   been doubtful if it was really -- because they describe two

2:37PM  23   type in this paper, this type that mimics alopecia areata --

2:37PM  24   you can read in the literature.  And so this type, maybe this

2:37PM  25   patient had alopecia areata.  You know, sometimes it's

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

2:37PM 1    difficult.

2:37PM 2    **Q.**    Okay.  Doctor, I'm nearing the end.  Okay?  I'm just going

2:37PM 3    to look at where I am for a moment.  And we're making good

2:37PM 4    progress, Doctor.

2:37PM 5            Okay.  There are parts of scalp which are considered

2:38PM 6    to be what's called androgen-dependent; correct?

2:38PM 7    **A.**    Yes.

2:38PM 8    **Q.**    And you talked about that on your direct exam; correct?

2:38PM 9    **A.**    Yes.

2:38PM 10   **Q.**    You would agree that, in the case of Mrs. Earnest's

2:38PM 11   alopecia, the alopecia is more severe in the areas which are,

2:38PM 12   in fact, androgen-dependent; true?

2:38PM 13   **A.**    Yes.  Yes.  That's reported with persistent alopecia after

2:38PM 14   chemotherapy.

2:38PM 15   **Q.**    And that was something that you specifically noted during

2:38PM 16   your exam of her; correct?

2:38PM 17   **A.**    Absolutely.

2:38PM 18   **Q.**    Okay.

2:38PM 19   **A.**    And I also wrote in my articles.

2:38PM 20   **Q.**    And one of the things that you'd agree with me about is

2:38PM 21   that this is one of the reasons why diagnosing hair disorders

2:38PM 22   can be so difficult, because sometimes two things can look the

2:38PM 23   same; true?

2:38PM 24   **A.**    They can look the same to someone who doesn't know the

2:38PM 25   hair disorders.  Of course, you know, for an attorney, it can

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

| | | |
|---|---|---|
| 2:39PM | 1 | be difficult to compare pictures.  And for the jury, can be |
| 2:39PM | 2 | difficult.  It depends on what you know. |
| 2:39PM | 3 | **Q.**   Okay.  Let's change topics.  Okay? |
| 2:39PM | 4 | **A.**   Okay. |
| 2:39PM | 5 | **Q.**   All right.  So the specific cause of persistent permanent |
| 2:39PM | 6 | alopecia following chemotherapy is unknown; true? |
| 2:39PM | 7 | **A.**   No. |
| 2:39PM | 8 | **Q.**   Okay.  Well, let me ask you this way:  I read an article |
| 2:39PM | 9 | that you wrote in 2013 called "Female Pattern Hair Loss," and |
| 2:40PM | 10 | you said "The cause is unknown for chemotherapy and persistent |
| 2:40PM | 11 | alopecia." |
| 2:40PM | 12 | **A.**   The cause, the molecule mechanism is unknown.  But that's |
| 2:40PM | 13 | different than the cause, you know.  Depends on how you read |
| 2:40PM | 14 | the -- if you have the article, I can read the context of the |
| 2:40PM | 15 | article. |
| 2:40PM | 16 | **Q.**   Well, I'd like to refer you to your deposition, the first |
| 2:40PM | 17 | volume, please.  Page 29.  And I'm on line 10, Doctor. |
| 2:40PM | 18 | "Q.  I read an article that you wrote in 2013 called |
| 2:40PM | 19 | 'Female Pattern Hair Loss,' and you said that the cause |
| 2:41PM | 20 | of -- you said that the cause is unknown for chemotherapy |
| 2:41PM | 21 | and persistent hair loss." |
| 2:41PM | 22 | And your answer: |
| 2:41PM | 23 | "A.  Of course are unknown because, as I said, we |
| 2:41PM | 24 | don't know exactly, but that's what we think it going on." |
| 2:41PM | 25 | Did I read that correctly? |

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

2:41PM  1   **A.**   You read it correctly, but I want to go to the previous

2:41PM  2   page where I probably explain what I was thinking.  So the

2:41PM  3   cause is unknown.  We don't know at cellular level what

2:41PM  4   happens.  That's different from not knowing which can cause.

2:41PM  5              Here, it's probably here.

2:41PM  6              **THE COURT:**  Okay.

2:41PM  7              **MR. SCHANKER:**  Your Honor, with the rule of

2:41PM  8   completeness.

2:41PM  9              **THE COURT:**  The rule of completeness, yes, sir.

2:41PM  10             **MR. SCHANKER:**  On that same page, I would like to

2:41PM  11  read the previous question and answer, if I may.

2:41PM  12             **THE COURT:**  Well, I'm going to let the witness read

2:41PM  13  it.

2:41PM  14             **MR. SCHANKER:**  Okay, Your Honor.  So that would be

2:41PM  15  page 29, lines --

2:41PM  16             **THE COURT:**  Well, let me see what it says first.

2:42PM  17             **MR. SCHANKER:**  Page 29, lines 4 through 9, which are

2:42PM  18  directly before the question.

2:42PM  19             **THE COURT:**  Let me read it.

2:42PM  20             I think under the rule of completeness, you can

2:42PM  21  ask the previous question and answer.  Why don't you read the

2:42PM  22  previous question.

2:42PM  23             **THE WITNESS:**  Yes.  So I read -- somebody with better

2:42PM  24  English reads.

2:42PM  25             I read?  Okay.

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

2:42PM   1          "A.   So I look at some of the articles you wrote, and

2:42PM   2      then I also read your report.  And your report, with

2:42PM   3      regard to the causative role of chemotherapy and

2:42PM   4      persistent alopecia, you wrote that precise anatomical

2:42PM   5      process is not known."

2:42PM   6              Yes, that's what I said.

2:42PM   7      **THE COURT:**  Okay.  Now, proceed.

2:43PM   8      **MS. SASTRE:**  Thank you, Your Honor.

2:43PM   9   **BY MS. SASTRE:**

2:43PM   10  **Q.**   So with that in mind, the answer you just read, there is

2:43PM   11  something in medicine called a mechanism of action; right?

2:43PM   12  **A.**   Yes.

2:43PM   13  **Q.**   And you know what that means; right, Doctor?

2:43PM   14  **A.**   Yes, I do.

2:43PM   15  **Q.**   Okay.  And you believe the mechanism of action for

2:43PM   16  chemotherapy-induced alopecia is the stem cells are likely

2:43PM   17  damaged by chemotherapy; true?

2:43PM   18  **A.**   Yes.

2:43PM   19  **Q.**   And you believe this mechanism of action is not just

2:43PM   20  likely, you believe that it's very likely to cause damage to

2:43PM   21  the stem cells; true?

2:43PM   22  **A.**   Everybody believes that.

2:43PM   23  **Q.**   Okay.  Very good.

2:43PM   24          Now, you talked about a biopsy that had been taken of

2:43PM   25  Mrs. Earnest; true?

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

2:44PM   1   A.   She had two biopsies.

2:44PM   2   Q.   Okay.  And the biopsy was taken -- is it your

2:44PM   3   understanding it was taken here in New Orleans?

2:44PM   4   A.   Yes.

2:44PM   5   Q.   And then it was flown out of New Orleans; right?

2:44PM   6   A.   Yes.

2:44PM   7   Q.   Where was it sent?

2:44PM   8   A.   To Dr. Curtis Thompson.

2:44PM   9   Q.   Why is Dr. Thompson?

2:44PM   10   A.   Portland, Oregon.

2:44PM   11   Q.   So the biopsy, for some reason, it's taken here in New

2:44PM   12   Orleans.  I mean, there's pathologists right here; right?

2:44PM   13   A.   No.  There are very few hair pathologists here in United

2:44PM   14   States.  I'd say no more than 10.

2:44PM   15   Q.   Okay.  But my question is there's lots of pathologists

2:44PM   16   right here in New Orleans; true?

2:44PM   17   A.   None -- nobody known for hair, no.

2:44PM   18   Q.   Okay.  So there's no one in all of New Orleans --

2:44PM   19   A.   You know, that's --

2:44PM   20   Q.   -- that could take a biopsy?

2:44PM   21   A.   Could read a hair biopsy?  No.

2:44PM   22   Q.   No one in New Orleans knows anything about hair?

2:44PM   23   A.   You want me to answer -- there are very good

2:45PM   24   dermatologists.  They know.  But pathologists, there are maybe

2:45PM   25   ten pathologists in the U.S. who want to read hair.  They don't

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

2:45PM 1    even want to deal.

2:45PM 2    Q.   So the biopsies go from New Orleans to Oregon; right?

2:45PM 3    A.   Yes.

2:45PM 4    Q.   And they go to someone that you know, Dr. Curtis Thompson;

2:45PM 5    correct?

2:45PM 6    A.   Yes.

2:45PM 7    Q.   And he's someone that you suggested become involved in

2:45PM 8    this litigation; true?

2:45PM 9    A.   Yes.

2:45PM 10   Q.   Okay.  He's a friend of yours?

2:45PM 11   A.   He's a person I know, but I suggested other pathologists

2:45PM 12   to be involved.  It's not the only one I suggested.  I

2:45PM 13   suggested all the maybe eight hair pathologists that are good

2:45PM 14   in U.S.

2:45PM 15   Q.   And you know that the biopsy or biopsies for

2:45PM 16   Mrs. Earnest's scalp, when they were flown from New Orleans all

2:45PM 17   the way out to Oregon, when they got to Dr. Thompson, he

2:46PM 18   studied for stem cells?

2:46PM 19   A.   He tested for keratin 15.  I explained this morning.

2:46PM 20   Q.   Doctor, you understand that there was a scalp biopsy from

2:46PM 21   Mrs. Earnest that was sent to Dr. Thompson in Oregon, and that

2:46PM 22   he was looking for stem cell markers; true?

2:46PM 23   A.   Yes.

2:46PM 24   Q.   Okay.  And, in fact, you arranged with the plaintiff's

2:46PM 25   lawyers in this case to have Mrs. Earnest's scalp biopsies

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

2:46PM  1    tested for stem cells?

2:46PM  2             MR. SCHANKER:  Objection, Your Honor.  That

2:46PM  3    misstates --

2:46PM  4             THE COURT:  She's under cross-examination.  I'm going

2:46PM  5    to allow it.

2:46PM  6                 Overruled.

2:46PM  7             THE WITNESS:  No, I didn't arrange.

2:46PM  8    BY MS. SASTRE:

2:46PM  9    Q.   Okay.  Okay.  I'm going to get an exhibit to your

2:47PM  10   deposition.

2:47PM  11            MR. SCHANKER:  Your Honor, can we approach, please?

2:47PM  12            THE COURT:  Yes, you may.

2:47PM  13            (WHEREUPON, the following proceedings were held at

2:47PM  14   the bench.)

2:48PM  15            MS. SASTRE:  I'm just going to use this side.  That's

2:48PM  16   it.

2:48PM  17            MR. SCHANKER:  Your Honor, we did not have that

2:48PM  18   clarification before.  And as you know, if we look at the other

2:48PM  19   side, it's in direct violation of your MIL concerning

2:48PM  20   communications between the law firm and the doctor concerning

2:48PM  21   stem cells.

2:48PM  22            MS. SASTRE:  No, no, no.  The only -- I'm sorry.  Go

2:48PM  23   ahead.  My understanding was the only ruling on the stem cells

2:48PM  24   was that we can't call it a failed study.

2:48PM  25            THE COURT:  We can't call it a failed study, and we

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

| | | |
|---|---|---|
| 2:48PM | 1 | can't talk about other people -- |
| 2:48PM | 2 | MS. SASTRE:  Oh, for sure.  For sure. |
| 2:48PM | 3 | THE COURT:  What is the problem? |
| 2:48PM | 4 | MR. SCHANKER:  So this e-mail, it says that they have |
| 2:48PM | 5 | resources and access to many people who have the problem.  And |
| 2:49PM | 6 | I think that that goes to what you're talking about, Your |
| 2:49PM | 7 | Honor, and they shouldn't be allowed -- |
| 2:49PM | 8 | MS. SASTRE:  Can I just read a sentence from it, |
| 2:49PM | 9 | maybe -- |
| 2:49PM | 10 | THE COURT:  Why don't you -- |
| 2:49PM | 11 | MS. SASTRE:  Can I do that?  I won't publish it. |
| 2:49PM | 12 | I'll just read a sentence. |
| 2:49PM | 13 | THE COURT:  Refresh her memory, ask if it begins, and |
| 2:49PM | 14 | then read -- I'm afraid if she starts, "Oh, let me tell you..." |
| 2:49PM | 15 | MR. SCHANKER:  Your Honor, Anne Andrews is the |
| 2:49PM | 16 | lawyer -- is one of the attorneys, and that's -- she knows who |
| 2:49PM | 17 | Anne is -- |
| 2:49PM | 18 | THE COURT:  But these people don't -- |
| 2:49PM | 19 | MS. SASTRE:  Your Honor, all I'm going to do is |
| 2:49PM | 20 | read -- |
| 2:49PM | 21 | THE COURT:  I think she can -- I think it's |
| 2:49PM | 22 | absolutely appropriate for the defendants to explore this line |
| 2:49PM | 23 | of inquiry.  I think that's fine. |
| 2:49PM | 24 | I do have concerns about "many patients" and |
| 2:49PM | 25 | that sort of thing.  So I think you can -- why don't you give |

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

| | | |
|---|---|---|
| 2:49PM | 1 | it to her and see if it refreshes her memory, and, did you say |
| 2:49PM | 2 | that? |
| 2:49PM | 3 | MR. SCHANKER:  Which line are you thinking? |
| 2:49PM | 4 | THE COURT:  It may be that -- I don't want to open a |
| 2:49PM | 5 | can of worms. |
| 2:49PM | 6 | MS. SASTRE:  Me either.  So, Judge, I was just going |
| 2:49PM | 7 | to ask, "We're going to take scalp" -- I'll say "scalp biopsies |
| 2:50PM | 8 | for pathology and stem cells markers, and we need a good lab |
| 2:50PM | 9 | for processing."  Is that okay? |
| 2:50PM | 10 | THE COURT:  What's the problem? |
| 2:50PM | 11 | MR. SCHANKER:  The problem is that the entire purpose |
| 2:50PM | 12 | of this, which I would need to elicit, is that the reason, and |
| 2:50PM | 13 | what she would explain is that Curtis Thompson was interested |
| 2:50PM | 14 | in this because he wanted hundreds of women to do a scientific |
| 2:50PM | 15 | study.  So if they're allowed -- |
| 2:50PM | 16 | THE COURT:  Listen, Mr. Schanker. |
| 2:50PM | 17 | MR. SCHANKER:  Yes. |
| 2:50PM | 18 | THE COURT:  This defendant is allowed to ask this |
| 2:50PM | 19 | witness whether or not she lined up the stem cells, and I think |
| 2:50PM | 20 | that's what I'm hearing. |
| 2:50PM | 21 | MR. SCHANKER:  Okay.  And if it opens the door how |
| 2:50PM | 22 | many women, because it's only natural -- |
| 2:50PM | 23 | THE COURT:  Well, it's not going to open the door. |
| 2:50PM | 24 | MR. SCHANKER:  Okay.  Well, Your Honor -- |
| 2:50PM | 25 | THE COURT:  And I've already instructed this witness, |

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

| | |
|---|---|
| 2:50PM | 1 |   and you're going to have to carefully fashion your question.
| 2:50PM | 2 |          MS. SASTRE:  Okay.
| 2:50PM | 3 |          THE COURT:  Because I -- I have already cautioned
| 2:50PM | 4 |   Dr. Tosti.
| 2:51PM | 5 |          MR. SCHANKER:  Can I make a record on this?  Maybe I
| 2:51PM | 6 |   haven't been clear.
| 2:51PM | 7 |          THE COURT:  What's the problem?
| 2:51PM | 8 |          MR. SCHANKER:  My problem is, I read this entire stem
| 2:51PM | 9 |   cell, and the reason they were interested in it is because
| 2:51PM | 10 |   Dr. Thompson's going to explain that he wanted to do this on
| 2:51PM | 11 |   hundreds of women as a study.
| 2:51PM | 12 |          THE COURT:  Listen, I'm sorry if you don't want to
| 2:51PM | 13 |   hear this, but Dr. Thompson -- I understand that.  But, you
| 2:51PM | 14 |   know, there were pathology labs -- I mean pathology slides
| 2:51PM | 15 |   taken of Ms. Earnest, and they were sent to Dr. Thompson, and
| 2:51PM | 16 |   he read it, then he sent this to Dr. Tosti.  This is an
| 2:51PM | 17 |   appropriate line of inquiry, and I'm going to allow it.
| 2:51PM | 18 |          MS. SASTRE:  Does it make sense to just -- I don't
| 2:51PM | 19 |   know if you just want to let her know I'm going to be very
| 2:51PM | 20 |   specific.  She shouldn't just start talking about the whole
| 2:51PM | 21 |   document.
| 2:51PM | 22 |          THE COURT:  Dr. Tosti?
| 2:51PM | 23 |          THE WITNESS:  Yes.
| 2:51PM | 24 |          THE COURT:  Just be careful when you answer this
| 2:51PM | 25 |   question now, only answer the question.

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

2:52PM 1          (WHEREUPON, the following proceedings were held in

2:52PM 2     open court.)

2:52PM 3          **MS. SASTRE:**  May I approach?

2:52PM 4          **THE COURT:**  Please proceed.

2:52PM 5     BY MS. SASTRE:

2:52PM 6     Q.   I'm going to hand you what was marked as an exhibit to

2:52PM 7     your deposition, and I'm just going to ask you just one

2:52PM 8     specific question.  Okay.

2:52PM 9          So first just to sort of back up for a moment, this

2:52PM 10    is an e-mail that you wrote; correct?

2:52PM 11    A.   Yes.

2:52PM 12    Q.   And it went to, you said, your sort of professional

2:52PM 13    acquaintance and colleague, the dermatopathologist out in

2:52PM 14    Oregon, Dr. Curtis Thompson?

2:52PM 15    A.   Yes.

2:52PM 16    Q.   Okay.  And I just want to ask you, here you write to

2:52PM 17    Dr. Thompson, it's March 27, 2018; true?

2:53PM 18    A.   Yes.

2:53PM 19    Q.   All right.  And what you indicate here is that you say,

2:53PM 20    "We are going to take scalp biopsies for pathology and stem

2:53PM 21    cell markers and we need a good lab."  Fair?

2:53PM 22    A.   What's the question?

2:53PM 23    Q.   Did I fairly read that sentence from the e-mail?

2:53PM 24    A.   It's the beginning of the sentence.  I want to --

2:53PM 25          **THE COURT:**  That's fine.

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

| | | |
|---|---|---|
| 2:53PM | 1 | **THE WITNESS:** I want to read the whole sentence. |
| 2:53PM | 2 | **THE COURT:** No, I think that's fine. |
| 2:53PM | 3 | **THE WITNESS:** That's fine. |
| 2:53PM | 4 | **THE COURT:** Yes, ma'am. |
| 2:53PM | 5 | **THE WITNESS:** Yes. |

2:53PM   6   BY MS. SASTRE:

2:53PM   7   Q.   All right.  Thank you.

2:53PM   8        So -- now, this is March 2018.  We just established

2:53PM   9   that; right?

2:53PM  10   A.   Yes.

2:53PM  11   Q.   And your report is like six months later, November of

2:53PM  12   2018?

2:53PM  13   A.   Yes.

2:53PM  14   Q.   So at the time you're writing your report in this case,

2:53PM  15   you know that these biopsies from Mrs. Earnest's scalp are

2:54PM  16   being flown in New Orleans to Oregon; your colleague,

2:54PM  17   Dr. Curtis Thompson, is going to look at them, and you know

2:54PM  18   that six months before you write your report; true?

2:54PM  19   A.   Yes.

2:54PM  20   Q.   Okay.  And you also knew what were the results of the stem

2:54PM  21   cell markers from these biopsies months before you wrote your

2:54PM  22   report; true?

2:54PM  23   A.   Yes.

2:54PM  24   Q.   All right.  And Dr. Thompson certainly knew as well,

2:54PM  25   because he was the one that did the test; right?

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

2:54PM  1   **A.**   Yes.

2:54PM  2   **Q.**   Okay.  And you'd agree with me that Dr. Thompson -- well,

2:54PM  3   you'd agree with me that you did not make reference or mention

2:54PM  4   of the stem cell markers study done on Mrs. Earnest's scalp

2:54PM  5   anywhere in your report; true?

2:55PM  6   **A.**   True, because I don't think it's important.  Not at all.

2:55PM  7   **Q.**   Well, putting aside how you feel about it, it was you and

2:55PM  8   Dr. Thompson that arranged to have it done; true?

2:55PM  9   **A.**   No.

2:55PM  10  **Q.**   Didn't I just read that a second ago?  You said "We are

2:55PM  11  going to take biopsies and send pathology and we are going to

2:55PM  12  look at stem cell markers."

2:55PM  13          You sent that e-mail to Dr. Thompson; true?

2:55PM  14  **A.**   In that e-mail I asked him to his lab --

2:55PM  15  **Q.**   No, no, ma'am --

2:55PM  16          **THE COURT:**  Wait.

2:55PM  17  BY MS. SASTRE:

2:55PM  18  **Q.**   My question is just you sent that e-mail to Dr. Thompson;

2:55PM  19  true?

2:55PM  20          **MR. SCHANKER:**  Your Honor, she can answer the

2:55PM  21  question.

2:55PM  22          **THE COURT:**  We're going to be very careful about how

2:55PM  23  this inquiry is fashioned.

2:55PM  24              Overruled.  But --

2:55PM  25          **MS. SASTRE:**  I'll move on.  I'll move on.  Okay.

ANTONELLA TOSTI - CROSS

2:55PM 1   BY MS. SASTRE:

2:56PM 2   Q.   And what you also knew before issuing your report was that

2:56PM 3   the biopsies from Mrs. Earnest's scalp, which was looking for

2:56PM 4   stem cell markers by Dr. Curtis Thompson in Oregon, you knew

2:56PM 5   the results were positive for stem cells; right?

2:56PM 6   A.   Positive for epithelial stem cells, and this is not the

2:56PM 7   diagnostic path.  It didn't include it in the report.

2:56PM 8   Q.   Doctor, my question is just that you knew the results --

2:56PM 9   A.   Yes.

2:56PM 10  Q.   -- of the stem cell markers on Mrs. Earnest's biopsies was

2:56PM 11  positive for stem cells; true?

2:56PM 12  A.   Positive for keratin 15, yes.

2:56PM 13  Q.   Positive for stem cells; true?

2:56PM 14       MR. SCHANKER:  Asked and answered, Your Honor.

2:56PM 15  BY MS. SASTRE:

2:56PM 16  Q.   Yes or no, if you know.

2:56PM 17       MR. SCHANKER:  Asked and answered.

2:56PM 18       THE COURT:  Overruled.

2:56PM 19            Was that a yes-or-no answer?

2:56PM 20       THE WITNESS:  Yes.

2:57PM 21       THE COURT:  Thank you.

2:57PM 22  BY MS. SASTRE:

2:57PM 23  Q.   And you know that Dr. Thompson didn't mention the results

2:57PM 24  in his report either; right?

2:57PM 25  A.   Yes.

OFFICIAL TRANSCRIPT

2:57PM   1   **Q.**   Let's change topics, and this is last topic I have for

2:57PM   2   you, Doctor.  When a patient comes to see you -- we're talking

2:57PM   3   about hair loss, okay, for persistent hair loss, you often

2:57PM   4   recommend treatment for them; true?

2:57PM   5   **A.**   If the patients come to see me, usually comes for

2:57PM   6   treatment, yes.

2:57PM   7   **Q.**   Okay.  And we can agree that there is good news that, in

2:57PM   8   fact, your article states, the one we were just looking at,

2:58PM   9   that there are treatment options for patients with permanent

2:58PM   10  chemotherapy-induced alopecia; true?

2:58PM   11  **A.**   I believe there are treatment options for mild Grade 1.

2:58PM   12  But in Grade 2, I don't believe.

2:58PM   13  **Q.**   Okay.  You've stated moderate to significant improvement

2:58PM   14  was observed in 36 out of 54 patients with permanent

2:58PM   15  chemotherapy-induced alopecia?

2:58PM   16  **A.**   The one with not severe alopecia.

2:58PM   17  **Q.**   Okay.  And that would be 67 percent of the patients; true?

2:58PM   18  **A.**   67 percent of probably the one with not severe alopecia.

2:58PM   19  It's not stated that -- it's not -- but that's my experience.

2:58PM   20  **Q.**   And that's something you note in your report, correct,

2:58PM   21  that patients do experience improvement with treatment even

2:59PM   22  after permanent chemotherapy-induced alopecia?  Correct?

2:59PM   23  **A.**   Yes.

2:59PM   24  **Q.**   So we've used the word -- I mean, we've been using this

2:59PM   25  word "permanent," but in order to meet that definition, it just

ANTONELLA TOSTI - CROSS

| | | |
|---|---|---|
| 2:59PM | 1 | means you have hair loss in excess of six months; right? |
| 2:59PM | 2 | That's how you use that word; true? |
| 2:59PM | 3 | A.   Everybody use that word. |
| 2:59PM | 4 | Q.   Everybody. |
| 2:59PM | 5 | And even though we use the word "permanent" when it |
| 2:59PM | 6 | comes to chemotherapy-induced alopecia, you've seen, with your |
| 2:59PM | 7 | eyes, improvement with treatment; true? |
| 2:59PM | 8 | A.   But this improvement doesn't allow to remove the wig. |
| 2:59PM | 9 | It's a very minimal improvement. |
| 2:59PM | 10 | Q.   Is the answer to my question "yes"? |
| 2:59PM | 11 | A.   Minimal improvement, yes.  Not severe. |
| 2:59PM | 12 | Q.   Well, you usually recommend patients try something called |
| 2:59PM | 13 | Rogaine; true? |
| 2:59PM | 14 | A.   I do in some cases, not every, every time. |
| 3:00PM | 15 | Q.   But as far as you know, you don't -- Mrs. Earnest hasn't |
| 3:00PM | 16 | tried that, as far as you know; is that fair? |
| 3:00PM | 17 | A.   Yes. |
| 3:00PM | 18 | Q.   Okay.  And I think that you also prescribe your patients |
| 3:00PM | 19 | something called minoxidil. |
| 3:00PM | 20 | A.   It's the same as Rogaine. |
| 3:00PM | 21 | Q.   Same thing. |
| 3:00PM | 22 | All right.  And then there's something else I believe |
| 3:00PM | 23 | you use called spironolactone? |
| 3:00PM | 24 | A.   Spironolactone.  I don't use because I don't think it's |
| 3:00PM | 25 | completely safe in breast cancer.  And also our paper says that |

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

3:00PM   1   with caution.

3:00PM   2   **Q.**   So that's something that you don't use?

3:00PM   3   **A.**   I don't use because it's something that act on hormones,

3:00PM   4   and so if --

3:00PM   5   **Q.**   All right.  Well, Doctor, we can agree that we can't say

3:00PM   6   if Mrs. Earnest could have hair regrowth, some hair regrowth,

3:01PM   7   if she hasn't tried any treatment; is that fair?

3:01PM   8   **A.**   I agree.

3:01PM   9   **Q.**   Okay.  All right, Doctor.  Thank you.

3:01PM   10           **MS. SASTRE:**  I have no further questions.

3:01PM   11           **THE WITNESS:**  Thank you very much.

3:01PM   12           **THE COURT:**  It might be a good time for our afternoon

3:01PM   13   break.  Court will be at recess for 15 minutes.

3:01PM   14           **THE DEPUTY CLERK:**  All rise.

3:01PM   15           (WHEREUPON, the jury exited the courtroom.)

3:22PM   16           **THE DEPUTY CLERK:**  All rise.

3:23PM   17           **MS. SASTRE:**  Your Honor, before we bring the jury in,

3:23PM   18   could I raise one issue?  Maybe we could approach.

3:23PM   19           **THE COURT:**  Sure.

3:23PM   20           (WHEREUPON, the following proceedings were held at

3:23PM   21   the bench.)

3:23PM   22           **MS. SASTRE:**  So on direct exam, we had a discussion

3:23PM   23   about giving Mr. Schanker some leeway on leading, and I

3:23PM   24   understood that.  I had no issue with that.  I do have

3:23PM   25   different feelings on the redirect.

OFFICIAL TRANSCRIPT

3:23PM    1          **THE COURT:**   Okay.   This was where the issue was with

3:23PM    2   leading.   There are occasions where she said something, and I'm

3:23PM    3   having to look.   So if he says -- I agree, you should not lead.

3:24PM    4   We can play that by ear.   I agree.

3:24PM    5          **MS. SASTRE:**   Sure.

3:24PM    6          **THE COURT:**   But if she says "effluvium," and nobody

3:24PM    7   can understand it, and you said, "So your opinion is

3:24PM    8   tel-whatever effluvium."

3:24PM    9          **MR. SCHANKER:**   Sure.   I'll do my best, Your Honor.

3:24PM   10          **THE COURT:**   Okay.   So that they -- I don't want them

3:24PM   11   not to be able to understand, and that was my only issue.

3:24PM   12          **MS. SASTRE:**   I understand.

3:24PM   13          **THE COURT:**   I don't think you should lead on the

3:24PM   14   question, but if at the conclusion, it's pretty apparent nobody

3:24PM   15   has understood her, and maybe I can even help with that just

3:24PM   16   for the --

3:24PM   17          **MS. SASTRE:**   Yep, I got it.

3:24PM   18          **THE COURT:**   That was my primary concern.

3:24PM   19          **MS. SASTRE:**   I know that, Judge.   I wanted to, in

3:24PM   20   fairness, be heard.

3:24PM   21          **THE COURT:**   Sure.

3:24PM   22          **MS. SASTRE:**   And the second thing is, just so we

3:24PM   23   don't have to waste the jurors' time, I'll just say it, I see

3:24PM   24   you guys highlighting a bunch of her deposition testimony, and

3:24PM   25   I just wanted to say before we have a bunch of lengthy bench

3:25PM  1   conferences that it wouldn't be appropriate just to have her

3:25PM  2   read from her deposition.

3:25PM  3          THE COURT:  No.

3:25PM  4          MS. SASTRE:  Okay.  So I don't know what that's for.

3:25PM  5          THE COURT:  What I will tell you, and you made the

3:25PM  6   objection for completeness at the time, which is appropriate.

3:25PM  7   You can also if, when she asked you this question, why don't we

3:25PM  8   go back and if there's something else that clears it up.

3:25PM  9          MR. SCHANKER:  Understood.

3:25PM  10         THE COURT:  But I just have to see what it is because

3:25PM  11  if there was -- and I don't know -- I didn't read her

3:25PM  12  deposition.  So maybe you can tell me ahead of time where we're

3:25PM  13  going.

3:25PM  14         MR. SCHANKER:  Early on, Ms. Sastre, maybe in the

3:25PM  15  first line of questioning, where you asked her -- you asked the

3:25PM  16  witness about her -- that she could not say what caused --

3:25PM  17  which of the drugs caused the permanent hair loss, and there's

3:25PM  18  a section in the deposition that she makes clear that it's not

3:26PM  19  about what causes the hair to fall out, it's about what causes

3:26PM  20  it to come back.  That's it.

3:26PM  21         MS. SASTRE:  Your Honor, whether it's on direct or

3:26PM  22  redirect, it's highly improper for him to go back to, "Didn't

3:26PM  23  you say in your deposition."  He made rule of completeness

3:26PM  24  objections, and I didn't even pay attention.  I didn't say a

3:26PM  25  single thing about them.  Whatever he wanted to read or the

OFFICIAL TRANSCRIPT

3:26PM   1   Court wanted to read, I had no issue with that.  But this is a

3:26PM   2   continuation of a direct exam, and to say "You testified in

3:26PM   3   your deposition as follows," that is highly irregular.

3:26PM   4           THE COURT:  You're going to have to give me --

3:26PM   5           MR. SCHANKER:  I'll give you the chapter and verse

3:26PM   6   citation.

3:26PM   7           THE COURT:  Let me see what it is.  Because if there

3:26PM   8   was a portion --

3:26PM   9           MS. SASTRE:  And all I'm saying is that there was a

3:26PM   10  portion.  He made rule of completeness objections.  I did

3:26PM   11  not -- I had no issue.  There was a time and place to read

3:27PM   12  them, and redirect is not the time or the place, Your Honor.

3:27PM   13          MR. SCHANKER:  Do you want me to clarify?  This was

3:27PM   14  not one that was subject to the rule of completeness.  Her

3:27PM   15  Honor did not -- here is the question.  And it starts here on

3:27PM   16  line 24.

3:27PM   17          THE COURT:  I think that's what she said.

3:27PM   18          MR. SCHANKER:  Your Honor, may I show you?

3:27PM   19          THE COURT:  "You did attribute the hair loss to this

3:27PM   20  specific chemotherapy drug?"

3:27PM   21          MR. SCHANKER:  May I show you --

3:27PM   22          THE COURT:  "I cannot say which drug is causing the

3:27PM   23  hair loss, of course.  You can never make those decisions from

3:27PM   24  any type of drug induced-hair loss even for telogen effluvium.

3:27PM   25          MR. SCHANKER:  So later on in her deposition, she

OFFICIAL TRANSCRIPT

3:27PM  1    clarifies.  It's directly on point.

3:28PM  2              MS. SASTRE:  Your Honor, if he wants to clarify her

3:28PM  3    testimony on this issue, you told counsel, he can ask it.  It

3:28PM  4    would be very improper for him to go back to that deposition

3:28PM  5    and read almost an entire page of it and say, "Didn't you

3:28PM  6    testify as follows."  He just needs to ask the question, and he

3:28PM  7    can get a clarification from her.  That's proper redirect, not

3:28PM  8    going back to the depo and reading from it.

3:28PM  9              THE COURT:  You all are just going to have to settle

3:28PM  10   down.

3:28PM  11             MS. SASTRE:  That's you.

3:28PM  12             THE COURT:  I just want to look at the rule of

3:28PM  13   completeness because I think you do it at the time or you can

3:28PM  14   do it --

3:28PM  15             MR. SCHANKER:  Correct.

3:28PM  16             THE COURT:  -- but I want to get my hands on it.

3:28PM  17             MR. SCHANKER:  106.

3:29PM  18             THE COURT:  All right.  This is what it says:

3:29PM  19             "If a party introduces all or part of a writing

3:29PM  20   or a recorded statement, an adverse party may require the

3:29PM  21   introduction at that time of any other part or any other

3:29PM  22   writing or recorded statement that, in fairness, ought to be

3:29PM  23   considered at the same time."

3:29PM  24             This is what I think.  I always thought that you

3:29PM  25   could do it either.

3:29PM   1          MR. SCHANKER:  I don't think that precludes us from

3:29PM   2   doing it at another time.  It's to clarify.

3:29PM   3          THE COURT:  I think you can clarify, but I'm not

3:29PM   4   going to have you read a whole page of her deposition.

3:30PM   5          MR. SCHANKER:  I wasn't planning on reading the whole

3:30PM   6   page.

3:30PM   7          THE COURT:  All right.  Well, tell me where we're

3:30PM   8   going.

3:30PM   9          MR. SCHANKER:  It was simply right here to her

3:30PM  10   explanation there.

3:30PM  11          THE COURT:  This is what I think you ought do.  I'm

3:30PM  12   going to let her say this.

3:30PM  13          MS. SASTRE:  So all I would say, Judge, is I think he

3:30PM  14   can just ask the question, and she can answer, but not go back

3:30PM  15   to the deposition.

3:30PM  16          THE COURT:  This is what I think she can do.  This is

3:30PM  17   what I'm going to allow him to do, to ask the question, she can

3:31PM  18   explain it.  And I think you can direct her to page 482 without

3:31PM  19   getting her to read it, "Is that what you testified to

3:31PM  20   previously in your deposition?"  Unless she says something

3:31PM  21   different.

3:31PM  22          MR. SCHANKER:  Just so --

3:31PM  23          THE COURT:  Because I think at least with -- would

3:31PM  24   she said it.

3:31PM  25          MS. SASTRE:  Right.  But we all agree -- all I'm

OFFICIAL TRANSCRIPT

| | | |
|---|---|---|
| 3:31PM | 1 | saying, Judge, is you looked at the rule.  You got to do it at |
| 3:31PM | 2 | the time.  I didn't object to anything he wanted to -- hold |
| 3:31PM | 3 | on -- I didn't object to anything he wanted to do on the rule. |
| 3:31PM | 4 | That time has passed.  He is on a direct exam. |
| 3:31PM | 5 | You can ask whatever questions you want.  She's got to answer |
| 3:31PM | 6 | them.  He can't just put the deposition in front of her and |
| 3:31PM | 7 | say, "Can you read it?" |
| 3:31PM | 8 | THE COURT:  Oh, I'm not going to let him do that. |
| 3:31PM | 9 | MS. SASTRE:  Okay.  That's what I thought you just |
| 3:31PM | 10 | said, Judge. |
| 3:31PM | 11 | THE COURT:  I think what he can say is, "Is that what |
| 3:31PM | 12 | you said in your deposition?" |
| 3:31PM | 13 | MS. SASTRE:  But he can't put it in front of her and |
| 3:31PM | 14 | say, "Go to page53 --" |
| 3:31PM | 15 | THE COURT:  No, no.  I think he can say -- you know, |
| 3:31PM | 16 | ask the question.  If she gets confused, you can refresh her |
| 3:32PM | 17 | memory.  And then you can ask her.  My guess is I think this |
| 3:32PM | 18 | lady knows exactly what she's talking about. |
| 3:32PM | 19 | MR. SCHANKER:  She will. |
| 3:32PM | 20 | THE COURT:  But I think, "Did you say that?  Is that |
| 3:32PM | 21 | what you testified to in your deposition?" is sufficient. |
| 3:32PM | 22 | MR. SCHANKER:  That's what I'm doing. |
| 3:32PM | 23 | (WHEREUPON, the following proceedings were held in |
| 3:32PM | 24 | open court.) |
| 3:32PM | 25 | THE DEPUTY CLERK:  All rise. |

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - REDIRECT

| | | |
|---|---|---|
| 3:32PM | 1 | (WHEREUPON, the jury entered the courtroom.) |
| 3:33PM | 2 | **THE COURT:**  All jurors are present.  Court's back in |
| 3:33PM | 3 | session.  You may be seated. |
| 3:33PM | 4 | Mr. Schanker, redirect. |
| 3:33PM | 5 | Wait.  Dr. Tosti, I'll remind you, you're under |
| 3:33PM | 6 | oath. |
| 3:33PM | 7 | Please proceed. |
| 3:33PM | 8 | **REDIRECT EXAMINATION** |
| 3:33PM | 9 | **BY MR. SCHANKER:** |
| 3:33PM | 10 | **Q.**   So, Dr. Tosti, just a few topics I want to cover based on |
| 3:33PM | 11 | questions you were asked by defense counsel.  Okay? |
| 3:33PM | 12 | **A.**   Okay. |
| 3:33PM | 13 | **Q.**   You were asked about Rogaine began or other hair-growth |
| 3:33PM | 14 | treatments. |
| 3:33PM | 15 | Based on your clinical experience, do you believe |
| 3:33PM | 16 | that, if Ms. Earnest used Rogaine, she would get a full head of |
| 3:33PM | 17 | hair back? |
| 3:33PM | 18 | **A.**   No, absolutely not.  She could have improved at minimum, |
| 3:33PM | 19 | not to remove the wig or the turban. |
| 3:33PM | 20 | **Q.**   I'm sorry.  What was that? |
| 3:33PM | 21 | **A.**   Not to be happy to go out without covering her head. |
| 3:33PM | 22 | **Q.**   Okay.  Just so I'm clear, would you expect regrowth such |
| 3:33PM | 23 | that she would not have to cover her head? |
| 3:34PM | 24 | **A.**   No, I would not expect that. |
| 3:34PM | 25 | **Q.**   What would you expect, just so the jury understands? |

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - REDIRECT

3:34PM 1   **A.**   Minimal improvement so that the hair become minimal

3:34PM 2   thicken, but that's -- but using something on your scalp twice

3:34PM 3   a day, which, of course, it's boring and expensive for what you

3:34PM 4   can have.

3:34PM 5         **MR. SCHANKER:**  Your Honor, actually, I don't need the

3:34PM 6   clarification.

3:34PM 7   **BY MR. SCHANKER:**

3:34PM 8   **Q.**   Dr. Tosti, you were asked by defense attorney about some

3:34PM 9   photographs that you had, photographs Ms. Earnest had.

3:34PM 10        You've had the opportunity to treat women with hair

3:34PM 11  loss issues over your 30-plus-year career; correct?

3:34PM 12  **A.**   Yes.

3:34PM 13  **Q.**   Have you had experience as to whether these women

3:35PM 14  typically are interested in having photographs taken of them

3:35PM 15  without a head covering or photographs taken of them with no

3:35PM 16  wig on?

3:35PM 17  **A.**   Depends.  I cannot answer this question.

3:35PM 18  **Q.**   Just depends on the individual?

3:35PM 19  **A.**   Depends on the individual.

3:35PM 20  **Q.**   Would you be surprised if Ms. Earnest or others in her

3:35PM 21  position are not --

3:35PM 22        **THE COURT:**  Sustained.

3:35PM 23        **THE WITNESS:**  I --

3:35PM 24        **THE COURT:**  No.  That's fine.

3:35PM 25        Next question, Mr. Schanker.

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - REDIRECT

3:35PM  1  **BY MR. SCHANKER:**

3:35PM  2  **Q.**   You were asked about androgenetic alopecia and

3:35PM  3  female-pattern hair loss.  In 50 percent of -- I want to make

3:35PM  4  sure I understand and then ask you questions about it.

3:35PM  5        Something about 50 percent of women at some point may

3:35PM  6  have suffered from this condition?

3:35PM  7  **A.**   Yes.

3:35PM  8  **Q.**   And so if you could just sort of educate us, make sure

3:35PM  9  we're clear on that, because I don't know if that was clear.

3:36PM  10       At what point in time do women typically have this,

3:36PM  11  and then how does it present?

3:36PM  12  **A.**   Okay.  There are, I would say, two peaks important in the

3:36PM  13  literature.  One peak that present around when they have their

3:36PM  14  first baby, after delivery sometimes; and the other peak after

3:36PM  15  menopause.  Okay.  Those are the times that women have most the

3:36PM  16  problem.  But now I see a lot of young women with the problem.

3:36PM  17       And the condition presents as a progressive thinning

3:36PM  18  of the top of the scalp.  So you can see the scalp through the

3:36PM  19  hair.

3:36PM  20  **Q.**   Hold on just one sec.

3:36PM  21       **THE JUROR:**  I'm good.

3:36PM  22       **MR. SCHANKER:**  Are you okay?

3:36PM  23       **THE COURT:**  Oh, I'm sorry.

3:36PM  24       **MR. SCHANKER:**  No problem.  Don't worry about it.  We

3:36PM  25  can just -- hold on for a second.

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - REDIRECT

| | |
|---|---|
| 3:36PM | 1 |
| 3:36PM | 2 |
| 3:36PM | 3 |
| 3:37PM | 4 |
| 3:37PM | 5 |
| 3:37PM | 6 |
| 3:37PM | 7 |
| 3:37PM | 8 |
| 3:37PM | 9 |
| 3:37PM | 10 |
| 3:37PM | 11 |
| 3:37PM | 12 |
| 3:37PM | 13 |
| 3:37PM | 14 |
| 3:37PM | 15 |
| 3:37PM | 16 |
| 3:37PM | 17 |
| 3:37PM | 18 |
| 3:37PM | 19 |
| 3:38PM | 20 |
| 3:38PM | 21 |
| 3:38PM | 22 |
| 3:38PM | 23 |
| 3:38PM | 24 |
| 3:38PM | 25 |

1      THE JUROR:  That's all right.  I'm good.

2      MR. SCHANKER:  I'm sorry, Dr. Tosti.

3           Can we continue, Your Honor?

4      THE COURT:  Please.

5  BY MR. SCHANKER:

6  Q.   Go ahead.

7  A.   So you start seeing the scalp through the hair.  So
usually that part becomes larger, okay, and sometimes even the
front of the hairline.  And then that can progress.  Usually,
it's a slow progression, okay, and becomes little bit -- little
bit more evident, as I show in those case.

12 Q.   So how does this condition that you're describing compare
to what Barbara suffers from as far as presentation?

14 A.   It's never so severe and never affects, as I said several
times, the back of the scalp.

16 Q.   And so is that part of why you ruled that out in this
case?

18      MS. SASTRE:  Leading, Your Honor.

19      THE COURT:  You're leading.

20           Sustained.

21 BY MR. SCHANKER:

22 Q.   And did you rule that out in this case, androgenetic
alopecia?

24 A.   Yes, I did rule it out because of the history, which is
very different.  Because history is an incomplete hair regrow

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI – REDIRECT

3:38PM   1   after the end of chemotherapy.  It's not gradual thinning of

3:38PM   2   the scalp.  And from the clinical examination, because it was

3:38PM   3   too severe for being that.

3:38PM   4   Q.   Let's move on to a different topic.  We've heard about the

3:38PM   5   slides that were provided from the pathology that was taken

3:38PM   6   here in New Orleans to Dr. Thompson.

3:38PM   7         And were there two kinds of slides that were

3:38PM   8   provided?

3:38PM   9   A.   No.  It's different.  The biopsy means the tissue went

3:38PM   10  from here to Dr. Thompson.  Dr. Thompson cut the tissues and

3:39PM   11  did the stains and look at the slides.

3:39PM   12  Q.   Okay.  So you just described the pathology that was sent

3:39PM   13  from the biopsies; is that right?

3:39PM   14  A.   Yes.

3:39PM   15  Q.   And does that have anything to do with the conversation

3:39PM   16  about this stem cell?

3:39PM   17         MS. SASTRE:  Objection.

3:39PM   18         THE WITNESS:  Yes.

3:39PM   19         MS. SASTRE:  Objection.  It's vague and ambiguous,

3:39PM   20  Your Honor.

3:39PM   21         THE COURT:  Rephrase your question.

3:39PM   22         MR. SCHANKER:  Thank you.

3:39PM   23  BY MR. SCHANKER:

3:39PM   24  Q.   So we have those biopsies.

3:39PM   25         And what were done with those biopsies, just to

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - REDIRECT

<table>
<tr><td>3:39PM</td><td>1</td><td>clarify, in this case?</td></tr>
<tr><td>3:39PM</td><td>2</td><td>A.   Okay.  When those biopsies were done, regular stains.  The</td></tr>
<tr><td>3:39PM</td><td>3</td><td>stains is called H&E, which is a stain that dermatopathologists</td></tr>
<tr><td>3:39PM</td><td>4</td><td>use always.  And then he did this immunohistochemical stain for</td></tr>
<tr><td>3:39PM</td><td>5</td><td>keratin-15.</td></tr>
<tr><td>3:39PM</td><td>6</td><td>        THE COURT:  All right.  Would you mind just -- I</td></tr>
<tr><td>3:39PM</td><td>7</td><td>think you said he did an -- what kind of chemical stain?</td></tr>
<tr><td>3:40PM</td><td>8</td><td>        THE WITNESS:  It's called immunohistochemical stain,</td></tr>
<tr><td>3:40PM</td><td>9</td><td>histochemistry, okay, which is a stain that was -- was done to</td></tr>
<tr><td>3:40PM</td><td>10</td><td>stain these keratin 15 positive cells.</td></tr>
<tr><td>3:40PM</td><td>11</td><td>BY MR. SCHANKER:</td></tr>
<tr><td>3:40PM</td><td>12</td><td>Q.   Okay.  So I want to make sure that the jury understands.</td></tr>
<tr><td>3:40PM</td><td>13</td><td>        Were those H&E slides that were done for the analysis</td></tr>
<tr><td>3:40PM</td><td>14</td><td>that you used the same or different as the CK-15 stains that</td></tr>
<tr><td>3:40PM</td><td>15</td><td>you just described?</td></tr>
<tr><td>3:40PM</td><td>16</td><td>A.   Okay.  I have to explain.  So you have the tissue.  It's</td></tr>
<tr><td>3:40PM</td><td>17</td><td>like -- like a cylinder, like this.  And you start cutting.</td></tr>
<tr><td>3:40PM</td><td>18</td><td>Okay.  And you cut, and you have different portion of the</td></tr>
<tr><td>3:40PM</td><td>19</td><td>tissue.  So?</td></tr>
<tr><td>3:41PM</td><td>20</td><td>        It's the same specimen.  One cut had the H&E.  And</td></tr>
<tr><td>3:41PM</td><td>21</td><td>the other cut, he did the stain, I think.  Because I didn't see</td></tr>
<tr><td>3:41PM</td><td>22</td><td>that by myself, but that's what happened.</td></tr>
<tr><td>3:41PM</td><td>23</td><td>Q.   Did the H&E cut have anything to do with the stem cell</td></tr>
<tr><td>3:41PM</td><td>24</td><td>cut?</td></tr>
<tr><td>3:41PM</td><td>25</td><td>        MS. SASTRE:  Objection.  Vague and ambiguous again,</td></tr>
</table>

OFFICIAL TRANSCRIPT

3:41PM  1   Your Honor.  "Anything to do with..."

3:41PM  2           MR. SCHANKER:  I think it's clear, Your Honor.

3:41PM  3           THE COURT:  Were they different?

3:41PM  4           THE WITNESS:  Yes, they were.

3:41PM  5           THE COURT:  Thank you.

3:41PM  6           MR. SCHANKER:  Thank you, Your Honor.  Can you ask

3:41PM  7   the next line?

3:41PM  8           THE COURT:  No.

3:41PM  9   BY MR. SCHANKER:

3:41PM 10   Q.   Doctor, did the stem cell staining, which we've talked

3:41PM 11   about a little bit here, did that provide any scientifically

3:41PM 12   reliable information in connection with any hair loss issue in

3:41PM 13   this case?

3:41PM 14   A.   The stem cell -- the staining stain only certain stem

3:42PM 15   cells, and it's not a diagnostic test.

3:42PM 16   Q.   Doctor, you talked about the fact that the stem cell was

3:42PM 17   not a diagnostic test.

3:42PM 18           Could you just make sure the jury understands what

3:42PM 19   you mean by that?

3:42PM 20   A.   There are some tests that are FDA-approved and you use for

3:42PM 21   diagnosing something.  Okay?  And there are some

3:42PM 22   immunohistochemical stains that are used for diagnosis.

3:42PM 23           This is mostly a research stain that is not approved

3:43PM 24   for diagnosis.

3:43PM 25   Q.   And were you, at any time, planning on using whatever

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - REDIRECT

3:43PM 1   Curtis Thompson was doing with this stem cell staining for any

3:43PM 2   sort of diagnosis for the work you were doing and retained for

3:43PM 3   in this case?

3:43PM 4   A.   These are not diagnostic.

3:43PM 5   Q.   So is the answer no?

3:43PM 6   A.   No.

3:43PM 7   Q.   And just so we're clear, you were asked some questions

3:43PM 8   about proliferating stem cells.

3:43PM 9         Do you recall that?

3:43PM 10  A.   Yes.

3:43PM 11  Q.   And in defendants' opening specifically on that --

3:43PM 12         **MS. SASTRE:**  Objection.

3:43PM 13         **THE COURT:**  Overruled.  I mean, sustained.

3:43PM 14  Sustained.

3:43PM 15  **BY MR. SCHANKER:**

3:43PM 16  Q.   Doctor, do you believe that stem cells are damaged by

3:43PM 17  chemotherapy?

3:43PM 18  A.   Yes, I believe that something happen to stem cells.

3:44PM 19  Q.   Does the presence of stem cells in CK-15 staining mean

3:44PM 20  that those stem cells are working properly?

3:44PM 21  A.   No.

3:44PM 22  Q.   The presence of stem cells in that staining, does that

3:44PM 23  mean that hair can still regrow?

3:44PM 24  A.   No.

3:44PM 25  Q.   And have you ever, in a permanent chemotherapy case, such

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - REDIRECT

3:44PM   1    as this, used stem cell staining to reach a diagnosis?

3:44PM   2    **A.**   No.   Nobody has, as far as I know.

3:44PM   3    **Q.**   What was the purpose of the H&E stains?

3:44PM   4    **A.**   These are the routine stain that I used to look at the

3:44PM   5    slide and count the hair and see if there is inflammation, if

3:44PM   6    there is scarring.   That's what the gold standard for diagnosis

3:45PM   7    is done.

3:45PM   8    **Q.**   Okay.   Let's switch topics.   You were -- spent quite a lot

3:45PM   9    of time on the JAMA article, that which you're one of the

3:45PM   10   authors on.   And that's that assessment of quality of life and

3:45PM   11   treatment outcomes.

3:45PM   12          You remember this?

3:45PM   13   **A.**   Yes.

3:45PM   14   **Q.**   I'm going to ask you some questions about it.

3:45PM   15          And on this -- Dr. Shapiro was also on this article;

3:45PM   16   is that correct?

3:45PM   17          **MS. SASTRE:**   Your Honor, I object.   It's beyond the

3:45PM   18   scope of cross-exam.   Counsel discussed the article --

3:45PM   19          **THE COURT:**   Isn't this the one you talked about?

3:45PM   20          **MR. SCHANKER:**   It is, Your Honor.

3:45PM   21          **MS. SASTRE:**   We both did, Judge.

3:46PM   22          **THE COURT:**   I don't think it's beyond the scope of

3:46PM   23   cross-examination.   I don't know if we got much into who the

3:46PM   24   authors are.   I think we should get to those parts that are

3:46PM   25   pertinent that were covered in cross-examination.

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - REDIRECT

3:46PM   1           **MR. SCHANKER:**  Thank you, Your Honor.

3:46PM   2   BY MR. SCHANKER:

3:46PM   3   **Q.**   Specifically, you were asked about alopecia severity.

3:46PM   4           Remember this, Doctor?

3:46PM   5   **A.**   Yes.

3:46PM   6   **Q.**   The alopecia severity and the PCI cases, and there was

3:46PM   7   some talk about the Taxol cases versus the Taxotere cases.

3:46PM   8           Was there something more that, first of all, that you

3:46PM   9   wanted to add on this that you were unable to during your

3:46PM   10  cross-examination?

3:46PM   11          **MS. SASTRE:**  Objection.

3:46PM   12          **THE COURT:**  I think we need to ask a question.

3:46PM   13  BY MR. SCHANKER:

3:46PM   14  **Q.**   You were asked questions about the numbers in these tests

3:46PM   15  in this study and the number of Taxol patients versus Taxotere

3:47PM   16  patients.

3:47PM   17          And you said that this is -- I don't remember your

3:47PM   18  exact words, but my impression was that these numbers were very

3:47PM   19  unusual to you, the number of Taxol patients and the percentage

3:47PM   20  that were reporting permanent chemotherapy-induced alopecia as

3:47PM   21  well as the Taxotere patients and the percentage reporting

3:47PM   22  permanent chemotherapy-induced alopecia.

3:47PM   23          Do you remember that?

3:47PM   24  **A.**   Yes.

3:47PM   25          **MS. SASTRE:**  Your Honor, can we come up for a second,

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - REDIRECT

3:47PM   1   please.

3:47PM   2          THE COURT:  Sure.

3:47PM   3          (WHEREUPON, the following proceedings were held at

3:47PM   4   the bench.)

3:47PM   5          MS. SASTRE:  So I'm not sure where it's going, but

3:47PM   6   when I was here with her, she made a comment about -- she said,

3:47PM   7   "Well Sloan Kettering doesn't use Taxotere anymore."  And I

3:48PM   8   thought that was very improper.

3:48PM   9          It doesn't even make sense, candidly, because,

3:48PM   10  of course, that's why the Taxol numbers are higher because

3:48PM   11  they're using a lot of Taxol, so those numbers are higher.  But

3:48PM   12  I was afraid to follow up on this.  Candidly, it made it sound

3:48PM   13  like the drug could be off the market.  And I'm just afraid

3:48PM   14  that he's going back to that explanation.  She can't talk about

3:48PM   15  places that aren't using this anymore.

3:48PM   16         MR. SCHANKER:  Your Honor, if misleading numbers have

3:48PM   17  been shown to this jury, if numbers are high for some reason,

3:48PM   18  it's completely irrelevant.  No one's insinuating that a drug

3:48PM   19  is off the market or isn't on the market.  Nobody's saying

3:48PM   20  anything like that at all.

3:48PM   21         But if there's an explanation for why numbers

3:48PM   22  are irregular, this jury should certainly know it.  There's

3:48PM   23  nothing at all improper about that.

3:48PM   24         If she has knowledge that a particular clinic

3:48PM   25  isn't using a drug and that's the explanation for irregular

OFFICIAL TRANSCRIPT

3:48PM 1   numbers, this jury has a right to know that.

3:49PM 2           THE COURT:  I think it has -- the jury has been left

3:49PM 3   with the impression that Taxol numbers are worse than

3:49PM 4   Taxotere --

3:49PM 5           MS. SASTRE:  Uh-huh.

3:49PM 6           THE COURT:  -- and I think it's appropriate for you

3:49PM 7   to ask if she found that these numbers are unusual.

3:49PM 8           MS. SASTRE:  Can I show it to you, Judge.  Let me

3:49PM 9   tell you what doesn't make sense about it.  So the objective --

3:49PM 10  the actual numbers are higher.  So let's say oh, they use more

3:49PM 11  Taxol.  So the Taxol number is higher.  But even the percentage

3:49PM 12  is higher amongst Taxol users.  We, unfortunately -- I mean, we

3:49PM 13  never got to cross her on this, it came out after, and she

3:49PM 14  already made her comment.  And I think, to go back into

3:49PM 15  facilities that aren't using it --

3:49PM 16          THE COURT:  You did cross her on it.  You're saying

3:49PM 17  you weren't able to, but you did.

3:49PM 18          MS. SASTRE:  I mean before today.  I mean in a

3:49PM 19  deposition, Judge.  So I never heard that statement.  I never

3:50PM 20  dreamt she was going to say something like that assume.  So

3:50PM 21  let's assume Sloan Kettering doesn't use docetaxel and they're

3:50PM 22  using Taxol, well, so what.  Then you're seeing lots of reports

3:50PM 23  with Taxol in even higher percentages amongst taxol users.

3:50PM 24          She's creating an impression -- and I don't have

3:50PM 25  the chance to get back up -- that facilities aren't using this

ANTONELLA TOSTI - REDIRECT

3:50PM  1    medication anymore because of some risks.  That's highly

3:50PM  2    prejudicial, and it is not probative.

3:50PM  3             MR. SCHANKER:  Your Honor, defense counsel walked

3:50PM  4    into whatever she --

3:50PM  5             THE COURT:  It is probative.

3:50PM  6             MR. SCHANKER:  Yeah, absolutely probative.

3:50PM  7             THE COURT:  If there is an explanation why the

3:50PM  8    numbers are skewed.  On the other hand --

3:50PM  9             MR. SCHANKER:  Your Honor, it's clear.

3:50PM  10            THE COURT:  So what do you want to do?  I'm not going

3:50PM  11   to let you say, "Hey, so what did you want to say that you

3:50PM  12   didn't get to say?"  What's the question?

3:50PM  13            MR. SCHANKER:  I want to ask her why those numbers --

3:50PM  14   she indicated that those were irregular numbers, and I want to

3:50PM  15   ask her if she -- if she has an opinion as to why they are.

3:50PM  16            She may have information concerning -- I don't

3:51PM  17   know what exactly.  But it's clear the jury will be left with a

3:51PM  18   misperception that for some reason in this particular case,

3:51PM  19   Taxol numbers are higher because Taxol has a higher ratio of

3:51PM  20   causing PCIA.

3:51PM  21            THE COURT:  This is what -- I think, you know, you

3:51PM  22   did walk into it.  And I think -- so this is what I'm thinking.

3:51PM  23            I think it's appropriate for you to ask her if

3:51PM  24   she was surprised by this differentiation and if that was

3:51PM  25   consistent with other research.  And without her saying Sloan

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - REDIRECT

3:51PM  1   Kettering has made a determination whether there -- maybe

3:51PM  2   perhaps we can ask her.

3:51PM  3              But, unfortunately, we don't want you to lead.

3:51PM  4   But I'm afraid it's going to get spit out.  But it could be

3:52PM  5   this, they dealt with just many more Taxol patients use that

3:52PM  6   that skewed the numbers.

3:52PM  7         MS. SASTRE:  Well, that would skew the whole number.

3:52PM  8   It still wouldn't skew the percentage, right, amongst Taxol

3:52PM  9   users.  She already made the Sloan Kettering comment.  So I

3:52PM 10   think that your questions, Judge, I wouldn't have objected if

3:52PM 11   those were going to be the two questions, "Did it surprise

3:52PM 12   her," and --

3:52PM 13         THE COURT:  I think, "Did they surprise her or is it

3:52PM 14   consistent with her other research?"

3:52PM 15         MS. SASTRE:  That's fine.

3:52PM 16         THE COURT:  Beyond what was already said, is there

3:52PM 17   anything that she could use to explain it?  But if she says,

3:52PM 18   beyond what I've already said, no.

3:52PM 19         MR. SCHANKER:  Okay.  I'll ask her.

3:52PM 20         MS. SASTRE:  I'm just afraid we're going to get back

3:52PM 21   into that, and she did already say it, and I just moved on.

3:52PM 22         THE COURT:  And then I told them to disregard it.

3:52PM 23         MS. SASTRE:  Right.  Okay.  Okay, your Honor.

3:52PM 24         THE COURT:  I don't know what was said.

3:52PM 25         MS. SASTRE:  Okay.

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - REDIRECT

3:52PM  1          **THE COURT:**  Because I was concerned about that too.

3:52PM  2          **MR. SCHANKER:**  Okay.  I'm writing it down.

3:53PM  3          **THE COURT:**  You are not the first lawyer to come in

3:53PM  4   here and write down a question.

3:53PM  5          **MR. SCHANKER:**  Thank you.  Don't want to get it

3:53PM  6   wrong.

3:53PM  7          (WHEREUPON, the following proceedings were held in

3:53PM  8   open court.)

3:53PM  9          **THE COURT:**  Please proceed, Mr. Schanker.

3:53PM  10          **MR. SCHANKER:**  Thank you, Your Honor.

3:53PM  11   **BY MR. SCHANKER:**

3:53PM  12   **Q.**   So, Doctor, just a question concerning the numbers with

3:53PM  13   the taxane-based chemotherapy -- thank you -- the paclitaxel,

3:53PM  14   which is Taxol, and the docetaxel, which is the Taxotere.

3:53PM  15          And are -- those numbers, results, do you find them

3:54PM  16   unusual, based on your knowledge surrounding this topic?

3:54PM  17   **A.**   Based on my experience, I found that there were many

3:54PM  18   cases -- more cases of Taxol than expected.

3:54PM  19   **Q.**   And, Doctor, is there anything you can offer to explain

3:54PM  20   why, beyond what you've already said in this courtroom?

3:54PM  21   **A.**   You know, the explanation is --

3:54PM  22          **THE COURT:**  Nothing that you've already said.

3:54PM  23          **THE WITNESS:**  Okay.

3:54PM  24          **THE COURT:**  Is there any other reason that you can

3:54PM  25   explain it beyond what you kind of already talked about?

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - REDIRECT

3:54PM  1          **THE WITNESS:**  So -- repeat the question, please.

3:54PM  2  Clear question.

3:54PM  3  **BY MR. SCHANKER:**

3:54PM  4  **Q.**   Yes.  So with regard to those numbers, was there anything

3:54PM  5  you can offer to explain those numbers, beyond what you've

3:54PM  6  already offered here in this courtroom?

3:54PM  7  **A.**   Beyond, no.

3:54PM  8  **Q.**   Okay.  Now, staying with this paper, Doctor -- and this is

3:55PM  9  the 2000 -- what year is this? -- 2019 JAMA article.

3:55PM  10  **A.**   Yes.

3:55PM  11  **Q.**   And moving down this section right here, we have alopecia

3:55PM  12  severity.  And then it says Grade 1 and Grade 2.

3:55PM  13          Do you see that?

3:55PM  14  **A.**   Yes.

3:55PM  15  **Q.**   Am I correct -- and if I'm not, let me know.  I don't see

3:55PM  16  that it actually breaks out paclitaxel versus -- or Taxol

3:55PM  17  versus Taxotere there, does it?

3:55PM  18  **A.**   No.

3:55PM  19  **Q.**   So we -- would it be fair to say we don't know -- and if

3:55PM  20  we do, let me know -- as to the grade -- which is which as far

3:55PM  21  as the grading of that grouping of individuals with potentially

3:55PM  22  permanent chemotherapy alopecia.

3:55PM  23  **A.**   Correct.  Not only for taxane, for everything.

3:56PM  24  **Q.**   For everything.

3:56PM  25          So we just don't know because the study didn't lay

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - REDIRECT

3:56PM  1    that out?

3:56PM  2    **A.**    Because I didn't put it in the table, I believe.  You

3:56PM  3    know, sometimes journal don't give you a lot of space and you

3:56PM  4    have to cut off stuff.

3:56PM  5    **Q.**    So this paper doesn't define the patients that had the

3:56PM  6    Grade 2, which is the more severe, whether they had the Taxol

3:56PM  7    or the Taxotere; correct?

3:56PM  8              MS. SASTRE:  It's leading and repetitive, Judge.

3:56PM  9              THE COURT:  Asked and answered.  Sustained.

3:56PM  10   BY MR. SCHANKER:

3:56PM  11   **Q.**    But the Martin paper, which we talked about, it does do

3:56PM  12   that; correct?

3:56PM  13             MS. SASTRE:  Leading, Your Honor.

3:56PM  14             MR. SCHANKER:  Can we go to the Martin paper?

3:56PM  15             THE COURT:  You can go to the Martin paper.

3:56PM  16             MS. SASTRE:  I didn't ask about it.  It's beyond the

3:56PM  17   scope as well.

3:56PM  18             THE COURT:  It's beyond the scope.

3:57PM  19   BY MR. SCHANKER:

3:57PM  20   **Q.**    You were asked a lot of questions about endocrine therapy.

3:57PM  21             Do you recall that?

3:57PM  22   **A.**    Yes.

3:57PM  23   **Q.**    And concerning endocrine therapy, in this case, following

3:57PM  24   cross-examination, is it still your conclusion that Barbara

3:57PM  25   Earnest does not suffer from endocrine-induced alopecia?

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - REDIRECT

3:57PM  1   **A.**   Absolutely, yes.

3:57PM  2   **Q.**   And explain why she -- in your opinion, just so I'm clear,

3:57PM  3   why she does not suffer from endocrine-induced alopecia.

3:57PM  4   **A.**   First --

3:57PM  5          **MS. SASTRE:**  Your Honor, I object.  This was explored

3:57PM  6   on direct exam.  It's repetitive of the direct.  It's not

3:58PM  7   responsive to cross.

3:58PM  8          **THE COURT:**  Overruled.

3:58PM  9          **MR. SCHANKER:**  Thank you, Your Honor.

3:58PM 10   BY MR. SCHANKER:

3:58PM 11   **Q.**   Go ahead.

3:58PM 12   **A.**   First of all, the history.  So she had -- the hair didn't

3:58PM 13   regrow after chemotherapy.  Instead, in endocrine-induced

3:58PM 14   alopecia, you have your hair and then you lose the hair after

3:58PM 15   chemotherapy.

3:58PM 16   **Q.**   Let's stop and just make sure that the jury understands

3:58PM 17   that.

3:58PM 18          So after chemotherapy, when do you expect the hair to

3:58PM 19   regrow?

3:58PM 20   **A.**   Usually at three months after the end of chemotherapy, the

3:58PM 21   hair has regrowth.  There is the Kang paper.  They measure the

3:58PM 22   density, and they show that people will regrow -- will likely

3:58PM 23   regrow after three months.  And that's when, usually, you start

3:58PM 24   the endocrine therapy.  So they don't overlap.

3:58PM 25   **Q.**   Okay.  So Barbara's chemotherapy ended in what month?  Do

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - REDIRECT

| | |
|---|---|
| 3:59PM | 1 |
| 3:59PM | 2 |
| 3:59PM | 3 |
| 3:59PM | 4 |
| 3:59PM | 5 |
| 3:59PM | 6 |
| 3:59PM | 7 |
| 3:59PM | 8 |
| 3:59PM | 9 |
| 3:59PM | 10 |

1  you recall?

2  A.   I know she started the endocrine therapy November.  That

3  was three months after it ended.  So it's September, October,

4  November.

5  Q.   Right.  So is it your impression that it was August when

6  she ended her chemotherapy?

7  A.   Yes.  Three months before, yes.

8  Q.   Okay.  And then -- so her endocrine therapy started in

9  what month?

10  A.   November.  And she had no hair regrowth at that time.

11  Q.   And what would you have expected in November, as far as

12  hair regrowth goes?

13  A.   First, the hair should have start to regrow.  But then, to

14  make a diagnosis of endocrine-induced alopecia, you have to

15  start with hair.  You know, it's a diagnostic criteria.

16  Q.   So an individual with endocrine-induced alopecia, which is

17  from the hormone drugs, who starts with hair, takes the

18  endocrine drug.

19       When do they start to experience hair loss from that

20  endocrine drug?

21  A.   Exactly.  And they may have a little bit of androgenetic

22  alopecia before, but they cannot be without hair or almost

23  without hair before.  This is a criteria for diagnosis.

24  Q.   And, Doctor, do you remember when this photograph on the

25  right was shown by defense counsel?

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - REDIRECT

| | | |
|---|---|---|
| 4:00PM | 1 | **A.**   Yes, I do. |
| 4:00PM | 2 | **Q.**   And this is -- did you notice that that photograph had |
| 4:01PM | 3 | been rotated the other direction in the picture that we looked |
| 4:01PM | 4 | at? |
| 4:01PM | 5 | **A.**   I didn't notice, but I notice now. |
| 4:01PM | 6 | **Q.**   Doctor, you were asked questions about the different |
| 4:01PM | 7 | grades of permanent chemotherapy-induced alopecia during the |
| 4:01PM | 8 | cross-examination.  I want to follow-up on that. |
| 4:01PM | 9 | Based your knowledge, which chemotherapy drug as |
| 4:01PM | 10 | reported in the literature causes Grade 2 permanent |
| 4:01PM | 11 | chemotherapy-induced alopecia such as the kind that Barbara |
| 4:01PM | 12 | suffers from? |
| 4:01PM | 13 | **MS. SASTRE:**  Objection.  Your Honor, I didn't go |
| 4:01PM | 14 | through the grades in the context.  Beyond the scope. |
| 4:01PM | 15 | **MR. SCHANKER:**  Your Honor, clearly we went through |
| 4:01PM | 16 | grades in detail. |
| 4:01PM | 17 | **THE COURT:**  I think there was some -- |
| 4:01PM | 18 | **MS. SASTRE:**  That was limited to endocrine questions, |
| 4:01PM | 19 | Your Honor, strictly limited to it. |
| 4:01PM | 20 | **THE COURT:**  Overruled. |
| 4:01PM | 21 | BY MR. SCHANKER: |
| 4:01PM | 22 | **Q.**   Would you like me to ask the question again, Doctor? |
| 4:02PM | 23 | **A.**   Yes. |
| 4:02PM | 24 | **Q.**   Based on your knowledge and experience, Doctor, which |
| 4:02PM | 25 | chemotherapy drug as reported in the literature causes Grade 2 |

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - REDIRECT

4:02PM  1   personal chemotherapy-induced alopecia?

4:02PM  2   **A.**   Taxotere, but I cannot disprove that also Taxol can do it.

4:02PM  3   **Q.**   Doctor, you were asked questions specifically concerning

4:02PM  4   Taxol and the rates and incidents that occur in the literature.

4:02PM  5          Do you recall that on the cross-examination?

4:02PM  6   **A.**   Yes.

4:02PM  7   **Q.**   And you -- is it still your opinion that -- that there are

4:02PM  8   roughly 50 Taxol cases in the literature that report some

4:02PM  9   incidence of permanent chemotherapy-induced alopecia?

4:03PM  10  **A.**   Yes.  Because when I did this, I already included the new

4:03PM  11  paper.

4:03PM  12  **Q.**   And, Doctor, you explained to us what your conclusion is

4:03PM  13  in this case, and you've been asked a lot of questions on

4:03PM  14  cross-examination, and I want to ask you:  Has your conclusion

4:03PM  15  in any way changed in this case that it is the Taxotere that

4:03PM  16  within a reasonable degree of scientific probability is the

4:03PM  17  cause of Barbara's permanent chemotherapy-induced alopecia?

4:03PM  18  **A.**   No.  My conclusion is the same.  I -- I believe that

4:03PM  19  permanent alopecia is the most -- most likely cause.

4:04PM  20  **Q.**   One more line of question concerning the Arimidex.  When

4:04PM  21  you see a patient who has her hair and then begins taking

4:04PM  22  Arimidex, when typically will that patient, if at all, begin

4:04PM  23  experiencing the hair thinning that you have described?

4:04PM  24  **A.**   That the data from the literature show in the first year.

4:04PM  25  So either you start developing or you don't.

OFFICIAL TRANSCRIPT

MICHAEL EARNEST - DIRECT

| | | |
|---|---|---|
| 4:04PM | 1 | **Q.**   So in Barbara's case, if she was having some issue with |
| 4:04PM | 2 | hair loss caused by endocrine therapy, that doesn't start in |
| 4:04PM | 3 | November when she starts taking the drug, the endocrine drug; |
| 4:04PM | 4 | is that right? |
| 4:04PM | 5 | **MS. SASTRE:**  Leading.  Objection. |
| 4:04PM | 6 | **THE COURT:**  Sustained. |
| 4:04PM | 7 | **MR. SCHANKER:**  No further questions, Your Honor. |
| 4:04PM | 8 | **THE COURT:**  You may step down, Dr. Tosti. |
| 4:04PM | 9 | **THE WITNESS:**  Thank you very much. |
| 4:04PM | 10 | **THE COURT:**  Okay. |
| 4:05PM | 11 | Please call your next witness. |
| 4:05PM | 12 | **MR. SCHANKER:**  Yes, Your Honor. |
| 4:05PM | 13 | If I can clean up here.  We would like to call |
| 4:05PM | 14 | Michael Earnest to the stand, Barbara Earnest's son. |
| 4:05PM | 15 | (WHEREUPON, **MICHAEL EARNEST**, having been duly sworn, |
| 4:05PM | 16 | testified as follows:**)** |
| 4:05PM | 17 | **THE DEPUTY CLERK:**  Please state your full name and |
| 4:05PM | 18 | correct spelling for the record. |
| 4:06PM | 19 | **THE WITNESS:**  Michael Earnest.  M-I-C-H-A-E-L, |
| 4:06PM | 20 | E-A-R-N-E-S-T. |
| 4:06PM | 21 | **DIRECT EXAMINATION** |
| 4:06PM | 22 | BY MR. SCHANKER: |
| 4:06PM | 23 | **Q.**   Good afternoon, sir. |
| 4:06PM | 24 | **A.**   Good afternoon to you. |
| 4:06PM | 25 | **Q.**   Would you please introduce yourself to the jury and let |

OFFICIAL TRANSCRIPT

MICHAEL EARNEST - DIRECT

| | | |
|---|---|---|
| 4:06PM | 1 | them know your relationship to Barbara. |
| 4:06PM | 2 | **A.**   My name is Michael Earnest.  I am Barbara Earnest's |
| 4:06PM | 3 | youngest son. |
| 4:06PM | 4 | **Q.**   And where were you born, sir? |
| 4:06PM | 5 | **A.**   New Orleans, Louisiana. |
| 4:06PM | 6 | **Q.**   And do you still live here? |
| 4:06PM | 7 | **A.**   Yes, sir, I do. |
| 4:06PM | 8 | **Q.**   And just briefly, what do you do for a living? |
| 4:06PM | 9 | **A.**   I am a -- I work for a Cardinal Health.  I'm a warehouse |
| 4:06PM | 10 | order picker. |
| 4:06PM | 11 | **Q.**   And obviously Barbara is your mother? |
| 4:06PM | 12 | **A.**   Yes, sir, she is. |
| 4:06PM | 13 | **Q.**   And what is your father's name? |
| 4:06PM | 14 | **A.**   Ralph Earnest, Sr. |
| 4:07PM | 15 | **Q.**   And do you have any siblings? |
| 4:07PM | 16 | **A.**   Yes, I have an older brother.  His name is Ralph Lynn |
| 4:07PM | 17 | Earnest, Jr. |
| 4:07PM | 18 | **Q.**   And do -- does all the family live here in this area? |
| 4:07PM | 19 | **A.**   I live with my mother and father.  My brother lives in |
| 4:07PM | 20 | Bedico, Louisiana. |
| 4:07PM | 21 | **Q.**   Are you nervous here? |
| 4:07PM | 22 | **A.**   Yes, sir, I am. |
| 4:07PM | 23 | **THE COURT:**  Mr. Earnest, you can pour yourself some |
| 4:07PM | 24 | water if that helps. |
| 4:07PM | 25 | Please proceed. |

OFFICIAL TRANSCRIPT

MICHAEL EARNEST - DIRECT

BY MR. SCHANKER:

Q.   And you see that your mother has stepped out of the courtroom?

A.   Yes, I have.

Q.   Just some basic background questions.  What type of things did you enjoy doing with your mom growing up?

A.   We really -- one thing that we really enjoyed doing was going to garage sales.  We'd get up on a Saturday.  We'd get the newspaper.  We'd look through it.  We'd find the houses. We'd start from the highest point of St. Bernard Parish, and work our way down.  Me and mom, we loved going to doing garage sales, especially finding the treasure of somebody else's stuff.

Q.   I'm assuming you had a close relationship with your mom?

A.   Very well.  Very well close relationship.

Q.   And still do?

A.   Most definitely.

Q.   You indicated that you work at Cardinal and what you did for a living.  What did you do before that?

A.   I was a 100-ton boat captain.  I worked on the Mississippi River driving crew boats on the river.

Q.   And you said that -- why did you stop doing that?

A.   A lot of it had to do with some of my health and financial situations.

Q.   You indicated that you lived with your folks; is that

OFFICIAL TRANSCRIPT

MICHAEL EARNEST - DIRECT

| | | |
|---|---|---|
| 4:09PM | 1 | right? |
| 4:09PM | 2 | A.   Yes, sir, I do. |
| 4:09PM | 3 | Q.   And is that -- so who lives in the house? |
| 4:09PM | 4 | A.   Me, my mother and my father. |
| 4:09PM | 5 | Q.   So how did you come to be living there? |
| 4:09PM | 6 | A.   I live there because I had to move out of my ex's house, |
| 4:09PM | 7 | and then financial reasons as well, not being able to live on |
| 4:09PM | 8 | my own due to having to try to provide for my son and for me at |
| 4:09PM | 9 | the time.  So I chose to move back home. |
| 4:09PM | 10 | Q.   So, Mr. Earnest, I want to talk a little bit about your |
| 4:09PM | 11 | family unit and your household.  Between your parents, mom and |
| 4:10PM | 12 | dad, is there one that is -- you would say is sort of in charge |
| 4:10PM | 13 | of the household? |
| 4:10PM | 14 | A.   Yes, Mom.  She -- Mom takes care of everything around the |
| 4:10PM | 15 | house.  You know, Dad used to do it.  But Mom don't do it no |
| 4:10PM | 16 | more.  Mom makes sure everything is paid, makes sure everything |
| 4:10PM | 17 | is taken care of for every day -- every day that we need to do |
| 4:10PM | 18 | things. |
| 4:10PM | 19 | Q.   And I believe you said that Dad used to do it?  Or explain |
| 4:10PM | 20 | that to the jury. |
| 4:10PM | 21 | A.   So Dad used to do it.  Dad started getting to the point |
| 4:10PM | 22 | where he was getting forgetful, and he would not remember when |
| 4:10PM | 23 | to pay certain bills and not remember when he needed to look up |
| 4:10PM | 24 | this thing or start doing things around the house as -- |
| 4:10PM | 25 | sometimes daily chores, just he was forgetting certain things |

OFFICIAL TRANSCRIPT

MICHAEL EARNEST - DIRECT

4:10PM  1   that he needed to do.

4:10PM  2           So Mom took over a lot of the responsibility to make

4:11PM  3   sure that things were getting done.  And that's Mom's role

4:11PM  4   today, still, to make sure things get done.

4:11PM  5   Q.   Just to give the jury sort of a baseline and context, how

4:11PM  6   long has this been going on?

4:11PM  7   A.   I'd say, if I had to do a rough estimate, at least ten

4:11PM  8   years.  He started really getting worse.  It started around

4:11PM  9   about ten years, and now it's just started really getting worse

4:11PM  10  with him.

4:11PM  11  Q.   Now, is that one of the reasons you stick around -- you

4:11PM  12  still live the home or?

4:11PM  13  A.   That's a lot of reasons why I still live at home, to help

4:11PM  14  with Mom, to help with making sure Dad does certain things.

4:11PM  15  They're not able -- they're not capable.  They're getting up in

4:11PM  16  age, so it's -- they took care of me.  It's my time to make

4:12PM  17  sure I take care of them.  Take care and do things for them as

4:12PM  18  well.

4:12PM  19  Q.   So, Michael, I want to talk to you about your mother

4:12PM  20  before chemotherapy and what she looked like at that time.  And

4:12PM  21  have you seen the photograph of her at the Grand Canyon?

4:12PM  22  A.   You might have to -- I've seen pictures.  You might have

4:12PM  23  to show me which one that is.

4:12PM  24  Q.   Okay.  I'll do that.

4:12PM  25           MR. SCHANKER:  Your Honor, would you like me to show

OFFICIAL TRANSCRIPT

MICHAEL EARNEST - DIRECT

| | | |
|---|---|---|
| 4:12PM | 1 | this to Mr. Earnest first?  I only have -- I apologize -- |
| 4:12PM | 2 | MR. MOORE:  He can publish that.  It's fine. |
| 4:12PM | 3 | THE COURT:  Publish it. |
| 4:12PM | 4 | MR. SCHANKER:  Thank you. |
| 4:12PM | 5 | THE WITNESS:  Yes, I have seen that one. |
| 4:12PM | 6 | BY MR. SCHANKER: |
| 4:12PM | 7 | Q.   And it's been indicated that this was taken in the year |
| 4:13PM | 8 | prior to her diagnosis with chemotherapy.  Does that accurately |
| 4:13PM | 9 | depict the way your mom looked back in 2010? |
| 4:13PM | 10 | A.   Yes. |
| 4:13PM | 11 | Q.   Now, just to be clear on this issue, up to the point when |
| 4:13PM | 12 | your mom had chemotherapy in 2011, did you ever any indication |
| 4:13PM | 13 | whatsoever that she had any sort of hair issues, hair thinning, |
| 4:13PM | 14 | baldness, anything like that at all? |
| 4:13PM | 15 | A.   None. |
| 4:13PM | 16 | Q.   And does your mom have sisters on her side -- does your |
| 4:13PM | 17 | mom have sisters? |
| 4:13PM | 18 | A.   Yes.  Mom has two sisters, one that is deceased.  And they |
| 4:13PM | 19 | both have a full head of hair.  It's thick, both of them. |
| 4:14PM | 20 | Q.   And who are these folks? |
| 4:14PM | 21 | A.   Excuse me. |
| 4:14PM | 22 | One is my aunt Judy; the other one is my Aunt Bev.  I |
| 4:14PM | 23 | was real close to my aunt Judy.  That's the one that died. |
| 4:14PM | 24 | Q.   Okay.  Now, you had said something about this aunt.  Can |
| 4:14PM | 25 | you point out to the jury, which is Aunt Judy and which is |

OFFICIAL TRANSCRIPT

MICHAEL EARNEST - DIRECT

| | | |
|---|---|---|
| 4:14PM | 1 | Aunt Bev? |
| 4:14PM | 2 | **A.**   Aunt Judy is the one in the black dress, and my Aunt Bev |
| 4:15PM | 3 | is the one that has the Saints scarf around her neck. |
| 4:15PM | 4 | **Q.**   Now, did or do either one of these ladies, did they have |
| 4:15PM | 5 | any sort of hair issues from your standpoint at all? |
| 4:15PM | 6 | **A.**   They had no issues of hair loss.  They have -- they both |
| 4:15PM | 7 | had a full head of hair. |
| 4:15PM | 8 | **Q.**   As far as your mom's mom, what did you all call her? |
| 4:15PM | 9 | **A.**   I was three years old, I have no -- |
| 4:15PM | 10 | **Q.**   Okay. |
| 4:15PM | 11 | **A.**   -- no idea of Grandma. |
| 4:15PM | 12 | **Q.**   Okay.  So you -- asking you about her hair would not be a |
| 4:15PM | 13 | fair question? |
| 4:15PM | 14 | **A.**   No, sir, it would not. |
| 4:15PM | 15 | **Q.**   Thank you. |
| 4:15PM | 16 |         So, Michael, I want to talk with you about your mom |
| 4:15PM | 17 | prior to chemotherapy and that period of time prior to |
| 4:16PM | 18 | chemotherapy to -- I'd like you to share with the jury what she |
| 4:16PM | 19 | was like as a person. |
| 4:16PM | 20 | **A.**   Mom was a -- Mom was a mom.  You could go to her.  You |
| 4:16PM | 21 | could talk to her about anything.  You could have a sit-down. |
| 4:16PM | 22 | You could play games, you could enjoy -- I enjoyed being my |
| 4:16PM | 23 | mother's son.  And seeing a woman that I looked up to, she gave |
| 4:16PM | 24 | me the -- the sense of what a woman looked like to -- how to |
| 4:16PM | 25 | treat a woman, to how to interact with a woman. |

OFFICIAL TRANSCRIPT

MICHAEL EARNEST - DIRECT

| | | |
|---|---|---|
| 4:16PM | 1 | Just in general, Mom raised us and we looked at Mom |
| 4:16PM | 2 | as our idol growing up.  I mean, for me, Mom was -- Mom was |
| 4:17PM | 3 | Superwoman.  That's what Mom was to me. |
| 4:17PM | 4 | Q.  So, Michael, I want to just specifically talk to you about |
| 4:17PM | 5 | your mom's hair after chemotherapy.  Do you -- do you recall |
| 4:17PM | 6 | when her hair fell out or began to fall out? |
| 4:17PM | 7 | A.  Yes, I do.  It started falling out and she -- she asked me |
| 4:17PM | 8 | to cut it and I didn't.  I couldn't.  I could not cut her hair |
| 4:17PM | 9 | because it started falling out. |
| 4:17PM | 10 | Q.  Michael, I want to ask you specifically:  Did your mom's |
| 4:17PM | 11 | hair completely fall out with chemotherapy? |
| 4:17PM | 12 | A.  Yes, it did. |
| 4:17PM | 13 | Q.  And since that time, has your mom had any significant |
| 4:18PM | 14 | hair -- hair regrowth at all beyond the little bit that she has |
| 4:18PM | 15 | right now? |
| 4:18PM | 16 | A.  No.  None whatsoever. |
| 4:18PM | 17 | Q.  There hasn't been a situation where her hair fell out, |
| 4:18PM | 18 | came back, and then fell out again? |
| 4:18PM | 19 | A.  No.  This stayed the same as it is right now today, what |
| 4:18PM | 20 | little strands she has and that's it. |
| 4:18PM | 21 | Q.  After your mom's hair fell out, did she like having |
| 4:18PM | 22 | pictures taken of her? |
| 4:18PM | 23 | A.  No.  No, she did not. |
| 4:18PM | 24 | Q.  You indicated that you live at home.  Do you have any |
| 4:18PM | 25 | observations that you could share with the jury concerning what |

OFFICIAL TRANSCRIPT

MICHAEL EARNEST - DIRECT

4:18PM  1   your mom goes through with the fact that she doesn't have her
4:19PM  2   hair?
4:19PM  3   A.   Give me one second.
4:19PM  4   Q.   That's okay.
4:19PM  5   A.   You know, every day I see my mom with no hair, and I see
4:19PM  6   the struggles that she goes through.  She doesn't like it.  She
4:19PM  7   doesn't go off.  Like we'll ask her to go out, we'll ask her to
4:19PM  8   go do things, she doesn't want to because of not having hair,
4:19PM  9   the betray-ness of somebody looking at her because she's
4:20PM  10  different.
4:20PM  11       You know, she shouldn't have to go through that.  She
4:20PM  12  should be able to be able -- she should be able to go outside
4:20PM  13  whenever she wants.  You know, looking -- what I see on an
4:20PM  14  everyday struggle for her is putting a hat on to cover her
4:20PM  15  head, going in Walmart and people staring at her, going
4:20PM  16  anywhere and people staring at her.  I don't like it.  I don't
4:20PM  17  like the fact that people look at her because she's different.
4:20PM  18       That's -- that's what I see with my mom every day, is
4:20PM  19  the knowing what goes through -- just the knowing of what goes
4:20PM  20  through her head, that she's different because she's bald.
4:21PM  21  Q.   So, Michael, have you observed or seen that the lack of
4:21PM  22  hair regrowth has in any way changed your mom's life?
4:21PM  23  A.   It has changed her.  It has changed her to the point to
4:21PM  24  where she doesn't look forward, again, like I was saying, going
4:21PM  25  off.  Everybody has everyday things to do.  They need to go off

OFFICIAL TRANSCRIPT

MICHAEL EARNEST - DIRECT

4:21PM  1   and pay their bills.  She doesn't go off and pay her bills
4:21PM  2   until way later or early, early in the morning before anybody
4:21PM  3   gets up.
4:21PM  4          You know, I'm with her when she does that because I'm
4:21PM  5   the one if I'm off, I bring her to go pay those things.  So I
4:21PM  6   see the struggles that she goes through.
4:22PM  7          What hat she needs to wear to cover up her head to
4:22PM  8   match her outfit, that's also a struggle that she goes through
4:22PM  9   every day as well.  You know, a woman shouldn't have to worry
4:22PM 10   about that.  A woman shouldn't have to worry about a hat.  What
4:22PM 11   they need to worry about is how beautiful they should look.
4:22PM 12   That's what a woman should worry about, because a woman is
4:22PM 13   beautiful.
4:22PM 14   Q.   Michael, is there anything else that you should be sharing
4:22PM 15   with this jury specifically concerning observations you have on
4:22PM 16   how your mom's lack of hair regrowth has changed her -- changed
4:22PM 17   her life?
4:22PM 18   A.   Can you maybe reask the question a certain way because --
4:22PM 19   Q.   No, that's okay.
4:22PM 20   A.   -- I'm trying to understand -- I understand what you're
4:22PM 21   asking, but it's going to be kind of like the same way I'm
4:23PM 22   going to answer it again.
4:23PM 23   Q.   That's okay.  That's fine.  You've shared it.
4:23PM 24          The wig, does your mom have a wig?
4:23PM 25   A.   Yes, she does.  She does have a wig.  It's the -- it's the

OFFICIAL TRANSCRIPT

MICHAEL EARNEST - DIRECT

4:23PM  1   color of her hair before she lost it.  My dad brought her to go
4:23PM  2   get it.
4:23PM  3   **Q.**   So how often does she wear that wig?  And the jurors have
4:23PM  4   seen that she's had the hat or the turban on in this courtroom.
4:23PM  5   **A.**   The only time my mom wears it is if there's a family
4:23PM  6   function that goes on, or if she's going off at a real, like --
4:23PM  7   I'd say like a wedding or with the family.  Mom puts it on.
4:23PM  8   But it's hot when she wears it and it's uncomfortable for her.
4:24PM  9   **Q.**   How does that make you feel when you see your mom wear her
4:24PM  10  wig?
4:24PM  11  **A.**   It's very difficult to see my mom with the wig on.
4:24PM  12  **Q.**   Why is that?
4:24PM  13  **A.**   Because it reminds me of what she used to look like, her
4:24PM  14  hair, the way they got it shaped with the wig is how she used
4:24PM  15  to wear it.  I would prefer her to have that color and that way
4:24PM  16  of shape or form naturally to grow, not something fake.  Not
4:24PM  17  something that has to cover up something.  I don't like it, but
4:24PM  18  I've learned to accept it.
4:24PM  19          I'm 39 years old.  I love my mom no matter how she is
4:25PM  20  today, but having to see her wear a wig, it just -- it tears me
4:25PM  21  apart most of the time.  I don't like it.
4:25PM  22          **MR. SCHANKER:**  Thank you for sharing.
4:25PM  23          **THE COURT:**  Mr. Moore.
4:25PM  24
4:25PM  25

OFFICIAL TRANSCRIPT

MICHAEL EARNEST - CROSS

| | | |
|---|---|---|
| 4:25PM | 1 | CROSS-EXAMINATION |
| 4:25PM | 2 | BY MR. MOORE: |
| 4:25PM | 3 | Q.   Mr. Earnest, my name is Douglas Moore.  I'm a lawyer from |
| 4:25PM | 4 | here in New Orleans.  Okay.  I've been hired by Sanofi in this |
| 4:25PM | 5 | lawsuit that your mom brought.  Okay? |
| 4:25PM | 6 | A.   Yes, sir. |
| 4:25PM | 7 | Q.   I am not dumb enough to come up and try and argue with you |
| 4:25PM | 8 | about your mom.  I am not going to do that.  Okay? |
| 4:25PM | 9 | A.   Yes, sir. |
| 4:25PM | 10 | Q.   I am going to be fair with you.  Okay?  If I ask you a |
| 4:25PM | 11 | question you don't like, tell me that.  If I ask you a question |
| 4:25PM | 12 | that you think is not fair, I want you to tell me that too. |
| 4:26PM | 13 | Okay? |
| 4:26PM | 14 | A.   No problem. |
| 4:26PM | 15 | Q.   Okay.  All right.  You talked about some of the things |
| 4:26PM | 16 | that you did with your mother before she had her diagnosis of |
| 4:26PM | 17 | cancer.  Do you remember that? |
| 4:26PM | 18 | A.   Yes, sir. |
| 4:26PM | 19 | Q.   And you talked about going to garage sales? |
| 4:26PM | 20 | A.   Yes, sir. |
| 4:26PM | 21 | Q.   And my mom calls it garage saling.  You hear that?  I |
| 4:26PM | 22 | thought we were going sailing, but it's a garage sale. |
| 4:26PM | 23 |         Is that something that your mom is still able to do |
| 4:26PM | 24 | now? |
| 4:26PM | 25 | A.   Very limited.  Mom does it where we go to a garage sale |

OFFICIAL TRANSCRIPT

MICHAEL EARNEST - CROSS

| | | |
|---|---|---|
| 4:26PM | 1 | either before the crowd gets there or we wait until after the |
| 4:26PM | 2 | crowd has gone, due -- she doesn't want to be looked at.  She |
| 4:26PM | 3 | doesn't want to be seen differently.  So we go either real |
| 4:26PM | 4 | early or real late. |
| 4:26PM | 5 | Q.   Probably better to go early, though, beat the crowd; |
| 4:26PM | 6 | right? |
| 4:26PM | 7 | A.   Yeah. |
| 4:26PM | 8 | Q.   You were shown a picture during your direct examination by |
| 4:27PM | 9 | Mr. Schanker of your mom at the Grand Canyon.  I'm putting it |
| 4:27PM | 10 | up on the screen here. |
| 4:27PM | 11 | Was this a family vacation out to the Grand Canyon? |
| 4:27PM | 12 | Was this your mom and your dad? |
| 4:27PM | 13 | A.   It was just my mother and father. |
| 4:27PM | 14 | Q.   Okay.  And is -- does your mom, has she gone any -- any |
| 4:27PM | 15 | vacations, family vacations since she had her diagnosis? |
| 4:27PM | 16 | A.   I'm trying to think. |
| 4:27PM | 17 | Yes, she has.  Yes, she has. |
| 4:27PM | 18 | Q.   Okay.  And you also mentioned in your direct examination |
| 4:27PM | 19 | that she doesn't like to have her photograph taken? |
| 4:27PM | 20 | A.   No, she does not. |
| 4:27PM | 21 | Q.   All right.  Let me -- |
| 4:27PM | 22 | MR. MOORE:  Your Honor, may I approach the witness? |
| 4:27PM | 23 | THE COURT:  Yes, you may. |
| 4:27PM | 24 | BY MR. MOORE: |
| 4:27PM | 25 | Q.   What I'm handing you has been marked as Defendants' |

OFFICIAL TRANSCRIPT

MICHAEL EARNEST - CROSS

| | | |
|---|---|---|
| 4:28PM | 1 | Exhibit 2034.  This is an unobjected-to exhibit.  And I'm not |
| 4:28PM | 2 | going to ask you about all of the pages on there, but if you |
| 4:28PM | 3 | could flip to the third page in the stack there. |
| 4:28PM | 4 | Do you see that picture? |
| 4:28PM | 5 | A.   Yes, sir. |
| 4:28PM | 6 | Q.   Is that -- is that you in the picture with your mom? |
| 4:28PM | 7 | A.   It sure is. |
| 4:28PM | 8 | MR. MOORE:  Do you mind if I publish it? |
| 4:28PM | 9 | THE COURT:  Are we introducing these into evidence? |
| 4:28PM | 10 | MR. MOORE:  Not yet, but I will after -- |
| 4:28PM | 11 | THE COURT:  Okay. |
| 4:28PM | 12 | MR. MOORE:  -- I establish it's him and he can tell |
| 4:28PM | 13 | us what it is. |
| 4:28PM | 14 | BY MR. MOORE: |
| 4:28PM | 15 | Q.   And so can you tell me -- it has a date on here, |
| 4:28PM | 16 | October 11, '18.  Do you see that? |
| 4:28PM | 17 | A.   Yes I do. |
| 4:28PM | 18 | Q.   And where -- where was that picture taken? |
| 4:28PM | 19 | A.   That was taken at Silver Dollar City in Missouri, in |
| 4:28PM | 20 | Branson, Missouri. |
| 4:28PM | 21 | Q.   Okay.  All right.  Has your mom also taken any vacations |
| 4:28PM | 22 | to Disney World? |
| 4:28PM | 23 | A.   Yes.  I did not go. |
| 4:29PM | 24 | Q.   You did not go? |
| 4:29PM | 25 | Flip down to the little numbers at the bottom. |

OFFICIAL TRANSCRIPT

MICHAEL EARNEST - CROSS

| | | |
|---|---|---|
| 4:29PM | 1 | There's a page that's 313. |
| 4:29PM | 2 | Do you see that? |
| 4:29PM | 3 | A.   Uh-huh. |
| 4:29PM | 4 | Q.   And this is from February of '18; right?  That is -- is |
| 4:29PM | 5 | that what the date says at the top? |
| 4:29PM | 6 | A.   It could say that date, but I'm not really sure. |
| 4:29PM | 7 | Q.   You did not go on the trip? |
| 4:29PM | 8 | A.   I did not go on the trip. |
| 4:29PM | 9 | Q.   And this gentleman on the left, is that your brother? |
| 4:29PM | 10 | A.   Yes, sir, it is. |
| 4:29PM | 11 | Q.   Okay.  And it looks like from his shirt, he had to pay for |
| 4:29PM | 12 | the trip maybe? |
| 4:29PM | 13 | A.   Yes. |
| 4:29PM | 14 | Q.   Okay.  And then you were shown another picture about |
| 4:29PM | 15 | your -- if looked like it was from your aunt's birthday party. |
| 4:29PM | 16 | Do you remember that one?  During the direct. |
| 4:29PM | 17 | Here, I'll show it to you. |
| 4:30PM | 18 | A.   Yes, that was -- that was my aunt's birthday party. |
| 4:30PM | 19 | MR. MOORE:  This is Defendant's 2369, page 6. |
| 4:30PM | 20 | MR. SCHANKER:  We don't have that. |
| 4:30PM | 21 | MR. MOORE:  Sorry.  I have a different stack.  Let me |
| 4:30PM | 22 | fix that. |
| 4:30PM | 23 | BY MR. MOORE: |
| 4:30PM | 24 | Q.   What I'm handing the witness is Defendant's 2369.  We're |
| 4:30PM | 25 | looking at page 6 on the screen.  Also an unobjected-to |

MICHAEL EARNEST - CROSS

4:30PM  1    exhibit.

4:30PM  2            So if I push this up a little bit, you can see I

4:30PM  3    think you told us these were your aunts on the left side of the

4:30PM  4    picture.  And is that your mother on the right side?

4:30PM  5    A.   Yes, sir, it is.

4:30PM  6    Q.   And is that the -- this is November of '14 at the top.

4:30PM  7    And is your mom wearing the wig that you talked about?

4:30PM  8    A.   Yes, she is wearing the wig.

4:30PM  9    Q.   All right.  And how many children do you have?

4:30PM  10   A.   I have one.

4:31PM  11   Q.   Okay.  And how many nieces or nephews do you have?

4:31PM  12   A.   I have three nephews.

4:31PM  13   Q.   Okay.  And so does that mean your mom has four --

4:31PM  14   A.   Four grandchildren, yes.

4:31PM  15   Q.   Okay.  And how many of the grandsons were born prior to

4:31PM  16   her cancer diagnosis?

4:31PM  17   A.   Two.

4:31PM  18   Q.   Okay.  So two were born since the cancer diagnosis?

4:31PM  19   A.   Yes, sir.

4:31PM  20   Q.   Okay.  And I think you I heard you say at some point that

4:31PM  21   when your mom gets around the grandkids, she lights up like a

4:31PM  22   Christmas tree?

4:31PM  23   A.   Oh, yes.

4:31PM  24   Q.   And the things that we talked about today and the pictures

4:31PM  25   that I showed you, the birthday parties, the grandchildren, the

OFFICIAL TRANSCRIPT

MICHAEL EARNEST - REDIRECT

4:31PM 1   vacations, those are things that your mom has been able to

4:31PM 2   participate in since her cancer diagnosis?

4:31PM 3   A.   Since her cancer diagnosis, yes, she's been able to do

4:31PM 4   those things.

4:31PM 5           MR. MOORE:  All right.  Thank you, sir.

4:31PM 6           THE WITNESS:  You're welcome.

4:32PM 7           MR. MOORE:  No further questions.

4:32PM 8           THE COURT:  Any redirect?

4:32PM 9           MR. SCHANKER:  Just real...

4:32PM 10                    REDIRECT EXAMINATION

4:32PM 11  BY MR. SCHANKER:

4:32PM 12  Q.   Defense counsel showed you a number of pictures.  In those

4:32PM 13  pictures you saw, your mom had her head covered; correct?

4:32PM 14  A.   Correct.

4:32PM 15  Q.   And is your mom comfortable being photographed with her

4:32PM 16  head uncovered?

4:32PM 17  A.   No, she is not.

4:32PM 18           MR. SCHANKER:  Thank you.

4:32PM 19               Thank you, Your Honor.

4:32PM 20           THE COURT:  You may step down.

4:32PM 21           MR. MOORE:  Can I move the photos in evidence?

4:32PM 22           THE COURT:  I think they were unobjected to.

4:32PM 23           (WHEREUPON, the following proceedings were held at

4:32PM 24  the bench.)

4:32PM 25           MR. COFFIN:  I said we have the video, but I don't

OFFICIAL TRANSCRIPT

| | | |
|--|--|--|
| 4:32PM | 1 | know what you ruled on.  We could start that, and if they have |
| 4:33PM | 2 | it ready. |
| 4:33PM | 3 | THE COURT:  It's not ready because I have to talk to |
| 4:33PM | 4 | somebody about what's in it. |
| 4:33PM | 5 | MR. COFFIN:  Okay.  The only other possibility is to |
| 4:33PM | 6 | start Dr. Feigal, qualify her. |
| 4:33PM | 7 | THE COURT:  Why don't you qualify Dr. Feigal.  Let's |
| 4:33PM | 8 | see if we can do this in under -- I don't know how anybody |
| 4:33PM | 9 | plans to finish this case.  You know, we can -- |
| 4:33PM | 10 | MR. COFFIN:  We have our time, so we plan on being |
| 4:33PM | 11 | right within those time limits. |
| 4:33PM | 12 | THE COURT:  Maybe we can get Dr. Feigal qualified. |
| 4:33PM | 13 | MR. COFFIN:  Can we take a few minutes to go get her? |
| 4:33PM | 14 | THE COURT:  She's in the courthouse? |
| 4:33PM | 15 | MR. COFFIN:  Yes. |
| 4:33PM | 16 | THE COURT:  Call your next witness. |
| 4:33PM | 17 | (WHEREUPON, the following proceedings were held in |
| 4:33PM | 18 | open court.) |
| 4:34PM | 19 | THE COURT:  Ladies and gentlemen, we're going to take |
| 4:34PM | 20 | a five minute-recess.  And I promise you, you will be out of |
| 4:34PM | 21 | here at 5:00. |
| 4:34PM | 22 | THE DEPUTY CLERK:  All rise. |
| 4:34PM | 23 | (WHEREUPON, the jury exited the courtroom.) |
| 4:34PM | 24 | (WHEREUPON, the Court took a recess.) |
| 4:39PM | 25 | THE COURT:  Let's bring in the jury. |

OFFICIAL TRANSCRIPT

MICHAEL EARNEST - REDIRECT

| | | |
|---|---|---|
| 4:40PM | 1 | **MR. MICELI:**  Your Honor, I'm waiting for the -- I |
| 4:40PM | 2 | thought -- I grabbed it, and I rushed up here.  I don't have |
| 4:40PM | 3 | her CV that I want to put on the ELMO.  So I can talk to her, |
| 4:40PM | 4 | but -- |
| 4:40PM | 5 | **MR. STRONGMAN:**  I have it. |
| 4:40PM | 6 | **MR. MICELI:**  Okay.  If you want to bring them in, you |
| | 7 | can bring them and I can get started. |
| 4:40PM | 8 | **THE COURT:**  Because I promised them they would be |
| 4:40PM | 9 | out, so we're not doing a 20-minute CV. |
| 4:40PM | 10 | All right.  Let's bring in the jury. |
| 4:40PM | 11 | Do we have defense counsel? |
| 4:40PM | 12 | **MR. COFFIN:**  Yes.  Mr. Strongman. |
| 4:40PM | 13 | **THE DEPUTY CLERK:**  All rise. |
| 4:40PM | 14 | (WHEREUPON, the jury entered the courtroom.) |
| 4:41PM | 15 | **THE COURT:**  All jurors are present.  Court's back in |
| 4:41PM | 16 | session.  You may be seated. |
| 4:41PM | 17 | Mr. Miceli. |
| 4:41PM | 18 | **MR. MICELI:**  Yes, Your Honor. |
| 4:41PM | 19 | Plaintiff calls Dr. Ellen Feigal. |
| 4:41PM | 20 | (WHEREUPON, **ELLEN FEIGAL,** having been duly sworn, |
| 4:41PM | 21 | testified as follows:**)** |
| 4:41PM | 22 | **THE DEPUTY CLERK:**  Please state your full name and |
| 4:41PM | 23 | correct spelling for the record. |
| | 24 | |
| | 25 | |

OFFICIAL TRANSCRIPT

ELLEN FEIGAL - VOIR DIRE

<div style="text-align: center"><strong>VOIR DIRE</strong></div>

BY MR. MICELI:

**Q.**   Please have a seat, Dr. Feigal.  Make yourself comfortable.  We are -- we'll walk through your qualifications quickly.

Could you please introduce yourself to the jury and to the Court.

**A.**   Hi.  My name is Ellen Feigal.

**Q.**   Dr. Feigal, can you tell us a little bit about your educational background and your work experience.

**A.**   Yeah.  So let me start with my educational background.  I got my undergraduate degree at the University of the California, Irvine, a bachelor of science degree.

After that, I got a master of science degree in biology with a particular emphasis in molecular biology and biochemistry, also from the University of California at Irvine.

After that, I went to medical school at the University of California, Davis.  And I got my medical degree in internal medicine.

**Q.**   Okay.  Did you provide me with a curriculum vitae?

**A.**   I did.

MR. MICELI:  I'm going to put it on the ELMO, if that's okay.

MR. STRONGMAN:  No objection.

THE COURT:  Thank you.

OFFICIAL TRANSCRIPT

ELLEN FEIGAL - VOIR DIRE

<div style="column of timestamps: 4:42PM through 4:43PM"></div>

1  BY MR. MICELI:

2  Q.   And you and I, just moments ago, were talking about your

3  CV, were we not?

4  A.   Yes, we were.

5  Q.   Okay.  I'm going to walk through this briefly with you and

6  just hit some high points, and we're going to get out of here

7  by 5:00.  Okay?

8  A.   Okay.

9  Q.   We're going to make it work.

10       Are you board-certified in any medical specialty?

11  A.   Yes.  I'm board-certified in internal medicine, and I'm

12  also board-certified in oncology.

13  Q.   Okay.  I'm going to come over here to your CV, and I am

14  going -- excuse me -- I'm going to just highlight some things

15  for us so that we can move through this rather quickly.

16       You had gone through your medical education.

17       You said UC, Davis; correct?

18  A.   That's correct.

19  Q.   In 1981.

20       It has here that you did two residencies; one at the

21  University of California, Davis, and one at Stanford; correct?

22  A.   Let me caveat that.  It's one residency.  I started at the

23  University of California, Davis.  And then I transferred to

24  Stanford University to finish my residency.

25  Q.   And then you have --

OFFICIAL TRANSCRIPT

ELLEN FEIGAL - VOIR DIRE

4:43PM  1   A.   The residency is three years.

4:43PM  2   Q.   Excuse me.  I am sorry.  I'm going to try not to rush, but

4:44PM  3   I do want to make sure we get through for everyone involved.

4:44PM  4   A.   Sure.

4:44PM  5   Q.   Below your residency at Stanford, you also list something

4:44PM  6   called a fellow -- and I'm assuming that's a fellowship -- at

4:44PM  7   UC San Francisco from '85 to '87.

4:44PM  8   A.   That's correct.

4:44PM  9   Q.   Can you explain to the jury what you did during that

4:44PM  10  fellowship.

4:44PM  11  A.   Yeah.  So a fellowship is a subspecialty of internal

4:44PM  12  medicine.  So it's a three-year program, and it combined both

4:44PM  13  hematology as well as oncology.

4:44PM  14          So, basically, what I was doing is looking at tumors

4:44PM  15  and cancers of -- liquid type of tumors, hematology, as well as

4:44PM  16  solid type of tumors that you see in oncology.

4:44PM  17          And in addition, I also had training in other types

4:44PM  18  of blood diseases, like sickle cell disease and thalassemia and

4:44PM  19  other types of nonmalignant blood disorders as well.

4:44PM  20  Q.   And after you finished your medical training, where did

4:44PM  21  you begin practicing?

4:45PM  22  A.   Well, after the fellowship, I actually was recruited to

4:45PM  23  stay on at the University of California, San Francisco.

4:45PM  24  Q.   And that's where you started in '88 to '89?

4:45PM  25  A.   That's correct.

OFFICIAL TRANSCRIPT

ELLEN FEIGAL - VOIR DIRE

4:45PM 1  **Q.**   And have you been involved in clinical research in your
4:45PM 2  career?
4:45PM 3  **A.**   My entire career of 30-plus years has been involved with
4:45PM 4  clinical research.
4:45PM 5  **Q.**   Did it start here at the University of San Francisco?
4:45PM 6  **A.**   It did.  If you'll notice the years, I was training right
4:45PM 7  during the AIDS epidemic -- in one of the epicenters of AIDS
4:45PM 8  epidemic before it even had a name.
4:45PM 9          So I was seeing in my clinic, patients with unusual
4:45PM 10  cancers, very rare infectious diseases, and really had a
4:45PM 11  limited number of therapies that I could offer them.
4:45PM 12  **Q.**   Okay.  And throughout your career, it looks like --
4:45PM 13  there's a long list here on the second page.
4:45PM 14          And you went from UC San Francisco -- I want to make
4:46PM 15  sure we can hear my voice -- UC San Francisco to UC San Diego.
4:46PM 16          Did you decide to go there?  Were you recruited away?
4:46PM 17  How did that work?
4:46PM 18  **A.**   I was recruited, actually, by the University of
4:46PM 19  California, San Diego, from the University of California, San
4:46PM 20  Francisco.  And I was really attracted to the fact that they
4:46PM 21  wanted me to head up an AIDS and cancer program at University
4:46PM 22  of California, San Diego, given my experience in San Francisco.
4:46PM 23  And San Diego too was very hard hit by the AIDS epidemic.
4:46PM 24          In addition, I saw patients on the medical wards, on
4:46PM 25  the oncology wards.  And I also took care of the hemophilia

OFFICIAL TRANSCRIPT

ELLEN FEIGAL - VOIR DIRE

4:46PM  1   patients, because they too were very hard hit by the AIDS

4:46PM  2   epidemic.

4:46PM  3   Q.   Now, we have a full 12 minutes left, so I'll make sure you

4:46PM  4   slow down just a little bit, Doctor.

4:46PM  5        After you leave UC San Diego, for 12 years, it says

4:47PM  6   you're at the National Cancer Institute.  Can you please

4:47PM  7   explain what the National Cancer Institute is to the jury.

4:47PM  8   A.   So the National Cancer Institute is really the nation's

4:47PM  9   premiere institute in research both in basic science and what I

4:47PM  10  call translational science, trying to move from the lab to the

4:47PM  11  clinic and really an enormous amount of resources for clinical

4:47PM  12  research, for studying the spectrum of diseases and how cancer

4:47PM  13  develops.

4:47PM  14       And so it's really a premiere institute that actually

4:47PM  15  started back in the 1950s with treating children with acute

4:47PM  16  leukemia when there was nothing available.

4:47PM  17       So it's really helped populate the United States with

4:47PM  18  cancer centers, with oncology clinics, many of the places where

4:47PM  19  some of these patients that we'll be talking about during this

4:47PM  20  trial may have been seen.

4:47PM  21  Q.   You said it populates cancer centers across the country.

4:48PM  22       What do you mean by that?

4:48PM  23  A.   We help accredit -- people have to apply to be a cancer

4:48PM  24  center, an NCI-accredited comprehensive cancer center.  So

4:48PM  25  there's certain qualifications in order to be a cancer center.

OFFICIAL TRANSCRIPT

ELLEN FEIGAL - VOIR DIRE

1    So, initially, when I was there, there were about 60

2    cancer centers across the country, and that's grown over time.

3    Basically, there was a National Cancer Institute, but

4    we were trying to really populate the entire United States with

5    centers of excellence and places where people could go to get

6    quality care.

7    Q.   Okay.  And your CV mentions three different positions that

8    you held there.

9    Have you described all of those yet?

10   A.   I haven't described any of them yet.

11   Q.   Okay.  Well, why don't we just tell the jury what your

12   three positions were there.  And if you can, just to sort of

13   shortcut this, can you tell them which, if any of them,

14   involved -- you had involvement in clinical research?

15   A.   So all of them -- all the positions were involved with

16   clinical research.  So, immediately, from going to treating

17   care of the individual patients in the clinic, handling the

18   issues at hand, I came to a position where I was actually

19   looking at how can I help what's -- what can make an impact

20   across the entire United States in terms of how to help cancer

21   patients.

22   So there I was involved with the Clinical Trials

23   Network in what's called the cancer therapy evaluation program,

24   and I was a senior investigator there for five nears.  I worked

25   across the spectrum of cancers from everywhere to

OFFICIAL TRANSCRIPT

ELLEN FEIGAL - VOIR DIRE

4:49PM 1    first-in-human -- what we call first-in-human Phase I clinical

4:49PM 2    trials to later-stage clinical trials where we're initially

4:49PM 3    looking at safety and then looking to see whether or not the

4:49PM 4    drug product actually works and is it safe.

4:49PM 5              And we had over 25,000 patients a year on clinical

4:49PM 6    trials in the Phase II and Phase III programs and several

4:49PM 7    thousand patients a year on some of these early Phase I

4:50PM 8    clinical trials.

4:50PM 9              After that --

4:50PM 10   Q.   Let me interrupt you there just one second.  I'm going to

4:50PM 11   let you keep going.  But you were talking about different

4:50PM 12   phases of tries.

4:50PM 13             The jury has heard a lot about a couple of clinical

4:50PM 14   trials, TAX 316 and TAX 301.  And I know you've reviewed some

4:50PM 15   stuff on those.

4:50PM 16             What phase trials were those?

4:50PM 17   A.   So those are what we call pivotal Phase III trials.  Those

4:50PM 18   are the trials where you've already done the first-in-human and

4:50PM 19   in -- usually, in oncology, those are in cancer patients.

4:50PM 20   They're not just in volunteer -- normal, healthy volunteers.

4:50PM 21             You know, it's done that way primarily because -- I

4:50PM 22   wish it were different, but our drugs are toxic.  So it

4:50PM 23   wouldn't be ethical to give it to a human volunteer.  So,

4:50PM 24   instead, we give it to patients who actually have the disease

4:50PM 25   under investigation to see whether or not it's safe and what

OFFICIAL TRANSCRIPT

ELLEN FEIGAL - VOIR DIRE

4:50PM   1   dose might be safe.

4:50PM   2   Q.   Okay.  I didn't want to -- I hated to interrupt there, but

4:51PM   3   I want to because we've talked about some trials thus far.

4:51PM   4        Can you continue with what you did at NCI?

4:51PM   5   A.   Well, I do just want to make one more comment.

4:51PM   6        After the Phase I, then Phase II trials are really

4:51PM   7   trying to find out whether the drug works.

4:51PM   8        And the Phase III trials, the ones that you've heard

4:51PM   9   about, I guess, over the last two days, are the trials that

4:51PM  10   usually -- are the large trials that show -- confirms whether

4:51PM  11   or not the drug works and also the magnitude of effect of that

4:51PM  12   product.

4:51PM  13   Q.   Okay.  Let me try to shortcut it a little bit more,

4:51PM  14   because I'm going to jump down to your last title at NCI.  It

4:51PM  15   says "acting director."

4:51PM  16        Acting director of what?

4:51PM  17   A.   Acting director of the division of cancer treatment and

4:51PM  18   diagnosis.  So as -- I was first deputy director, and then I

4:51PM  19   was acting director of the division.

4:51PM  20        There's four divisions at the National Cancer

4:51PM  21   Institute.  The National Cancer Institute is headed by a

4:51PM  22   presidentially appointed director.  And under that director are

4:51PM  23   several divisions of the National Cancer Institute.  I headed

4:52PM  24   up the largest division there called cancer treatment and

4:52PM  25   diagnosis.

OFFICIAL TRANSCRIPT

ELLEN FEIGAL – VOIR DIRE

<table>
<tr><td>4:52PM</td><td>1</td><td>And that had several programs, including the</td></tr>
<tr><td>4:52PM</td><td>2</td><td>program that I initially started at, the cancer therapy</td></tr>
<tr><td>4:52PM</td><td>3</td><td>evaluation program, but it also had the cancer diagnostic</td></tr>
<tr><td>4:52PM</td><td>4</td><td>program, where we were working on a variety of different types</td></tr>
<tr><td>4:52PM</td><td>5</td><td>of tools to help identify and detect cancer.</td></tr>
<tr><td>4:52PM</td><td>6</td><td>Third was the cancer imaging program, where we</td></tr>
<tr><td>4:52PM</td><td>7</td><td>developed very novel -- traditional types of imaging that</td></tr>
<tr><td>4:52PM</td><td>8</td><td>you're probably very familiar with, CT scans and MRIs, but also</td></tr>
<tr><td>4:52PM</td><td>9</td><td>other very innovative type of imaging that can help really see</td></tr>
<tr><td>4:52PM</td><td>10</td><td>a tumor at a very tiny stage in its development.</td></tr>
<tr><td>4:52PM</td><td>11</td><td>In addition, I headed up a program in biometrics</td></tr>
<tr><td>4:52PM</td><td>12</td><td>and biostatistics, which is the group that really helps inform</td></tr>
<tr><td>4:52PM</td><td>13</td><td>the design of clinical trials.</td></tr>
<tr><td>4:52PM</td><td>14</td><td>And the last one I think is important is the</td></tr>
<tr><td>4:53PM</td><td>15</td><td>development therapeutics program.  That's really a key division</td></tr>
<tr><td>4:53PM</td><td>16</td><td>in that division that actually discovers and develops new</td></tr>
<tr><td>4:53PM</td><td>17</td><td>compounds.  And it was particularly involved with some of the</td></tr>
<tr><td>4:53PM</td><td>18</td><td>taxanes that came through during that time period.</td></tr>
<tr><td>4:53PM</td><td>19</td><td>Q.   Okay.  Now, for the next several years, up until about</td></tr>
<tr><td>4:53PM</td><td>20</td><td>2011, after the National Cancer Institute, you have a number of</td></tr>
<tr><td>4:53PM</td><td>21</td><td>positions that you hold over a seven-year period.</td></tr>
<tr><td>4:53PM</td><td>22</td><td>Can you just briefly summarize those for us.</td></tr>
<tr><td>4:53PM</td><td>23</td><td>A.   Yes.  So I went from the National Cancer Institute to</td></tr>
<tr><td>4:53PM</td><td>24</td><td>what's called the Translational Genomics Research Institute.</td></tr>
<tr><td>4:53PM</td><td>25</td><td>That was the time the human genome was being sequenced, and the</td></tr>
</table>

ELLEN FEIGAL - VOIR DIRE

4:53PM  1   head of that program started a new institute in Phoenix.  And

4:53PM  2   he recruited me to be his head of clinical sciences.

4:53PM  3         So I wasn't the basic scientist, but I was the person

4:53PM  4   who was trying to translate what they found in the lab to

4:53PM  5   things that could be applicable to patients in the clinic.  So

4:54PM  6   we were trying to develop diagnostics that could help align

4:54PM  7   patients to treatments that they would be more likely to

4:54PM  8   benefit from.

4:54PM  9   Q.   Okay.  I'm going to jump all the way down.  Because we can

4:54PM  10  see your CV on the screen, the other appointments here or

4:54PM  11  positions you held.

4:54PM  12        But I want to drop down to 2007 through 2011.  It

4:54PM  13  appears that you worked for two different pharmaceutical

4:54PM  14  companies.

4:54PM  15  A.   That's right.  So I had worked in academics.  I worked in

4:54PM  16  the federal government.  I'd worked at Research Institute?

4:54PM  17        But I wanted to understand how do you really develop

4:54PM  18  drugs in industry.  So there was a new pharmaceutical company

4:54PM  19  that was the first company to come to Phoenix, Arizona.  And

4:54PM  20  they recruited me to be their first chief medical officer.

4:54PM  21        And there, it was really getting to everything -- you

4:54PM  22  know, from the kitchen sink to everything.  It's a small

4:54PM  23  company, and you do everything but, basically, designing the

4:54PM  24  Phase I clinical trials and also designing the Phase III

4:55PM  25  clinical trials.

OFFICIAL TRANSCRIPT

ELLEN FEIGAL - VOIR DIRE

4:55PM    1          I stayed there for a year.  But the clinical trial

4:55PM    2    that I designed, developed, and implemented went on to -- and

4:55PM    3    it was in patients with cancer pain, testing a new type of pain

4:55PM    4    treatment for those individuals.  And it went on to be a

4:55PM    5    successful trial and eventually got NDA -- new drug approval

4:55PM    6    for that product.

4:55PM    7    Q.   What did you do at Amgen?

4:55PM    8    A.   So at Amgen -- so I worked at a small company focused on

4:55PM    9    one product, finite resources.  And I wanted to go to a bigger

4:55PM   10    biopharmaceutical company to understand, you know, quite a bit

4:55PM   11    more about how other types of drug products could be developed.

4:55PM   12          And, there, I was in global development and worked

4:55PM   13    across a broad spectrum of different types of therapeutic

4:55PM   14    products in a broader spectrum of different types of cancers.

4:55PM   15    Q.   Okay.  Still involved, all through all of this time that

4:56PM   16    we talked about, in clinical research?

4:56PM   17    A.   That's right.

4:56PM   18    Q.   Okay.  I'm going to jump quickly through the several

4:56PM   19    pages.

4:56PM   20    A.   Okay.

4:56PM   21    Q.   Have you published in peer-reviewed medical and scientific

4:56PM   22    journals?

4:56PM   23    A.   Yes, I have published original articles, book chapters,

4:56PM   24    been editor of books, and also published conference reports,

4:56PM   25    the last one of which I held at the National Institutes of

OFFICIAL TRANSCRIPT

ELLEN FEIGAL - VOIR DIRE

4:56PM  1  Health in January of this year where they -- I had the

4:56PM  2  assistant secretary of Health and Human Services, Brett Giroir,

4:56PM  3  give the opening keynote.  And I published the summary of that

4:56PM  4  workshop just last month in the Journal of Nature Immunology.

4:56PM  5  **Q.**   Okay.  I want to jump ahead.  If you have your -- do you

4:56PM  6  have your CV in front of you?

4:56PM  7  **A.**   I gave it to you.

4:56PM  8  **Q.**   You gave it to me.  Thank you.  I'm going to jump ahead to

4:56PM  9  page 14.  You can look at the screen.

4:56PM  10  **A.**   I'll just look at the screen.

4:56PM  11  **Q.**   Teaching is here.  And it says, "American course on drug

4:57PM  12  development and regulatory sciences, Washington, D.C., and San

4:57PM  13  Francisco, California."

4:57PM  14          In one minute or less, can you tell us what that is.

4:57PM  15  **A.**   In 2007, I worked with the Food and Drug Administration

4:57PM  16  with the European pharmaceutical center in Basel, Switzerland,

4:57PM  17  and the University of California, San Francisco, to start an

4:57PM  18  educational program for how could we educate people who are

4:57PM  19  interested in developing drugs on modern ways, more efficient

4:57PM  20  ways and, hopefully, less costly ways to develop new products.

4:57PM  21          So I launched this program in 2007, and I was the

4:57PM  22  first director of that program.  And that program, I'm happy to

4:57PM  23  say, continues to this day.

4:57PM  24  **Q.**   Okay.  You said it continues to this day.  Do you still

4:57PM  25  teach with it?

OFFICIAL TRANSCRIPT

ELLEN FEIGAL – VOIR DIRE

| | | |
|---|---|---|
| 4:57PM | 1 | **A.**   Yeah, actually. |
| 4:57PM | 2 | **Q.**   When did you last teach in it? |
| 4:57PM | 3 | **A.**   Yesterday.  I actually taught at the opening session.  So |
| 4:57PM | 4 | I did a very quick trip from here to Washington, D.C., so that |
| 4:58PM | 5 | I can open the session for the program. |
| 4:58PM | 6 | **Q.**   Now, you were in this courtroom earlier this week; right? |
| 4:58PM | 7 | **A.**   Yes, I was. |
| 4:58PM | 8 | **Q.**   You went to Washington to teach this course -- |
| 4:58PM | 9 | **A.**   Yes. |
| 4:58PM | 10 | **Q.**   -- and you came back? |
| 4:58PM | 11 | **A.**   Right. |
| 4:58PM | 12 | **Q.**   Okay. |
| 4:58PM | 13 |      **MR. MICELI:**  Your Honor, I tender Dr. Ellen Feigal as |
| 4:58PM | 14 | an expert in clinical research, clinical study design and |
| 4:58PM | 15 | interpretation, and general causation. |
| 4:58PM | 16 |      Any objection? |
| 4:58PM | 17 |      **MR. STRONGMAN:**  No objections to the subject matters. |
| 4:58PM | 18 |      **THE COURT:**  Okay.  Court's going to accept Dr. Feigal |
| 4:58PM | 19 | as an expert in the field of clinical research, clinical study |
| 4:58PM | 20 | design, interpretation -- study design and interpretation and |
| 4:58PM | 21 | general causation, qualified to render opinions. |
| 4:58PM | 22 |      **MR. MICELI:**  Your Honor, let the record reflect it's |
| 4:58PM | 23 | 4:59. |
| 4:58PM | 24 |      **THE COURT:**  I wasn't going to let you say one more |
| 4:58PM | 25 | word. |

OFFICIAL TRANSCRIPT

| | | |
|---|---|---|
| 4:58PM | 1 | Ladies and gentlemen, we're going to recess |
| 4:59PM | 2 | tonight until tomorrow morning at 8:30.  Let me remind you and |
| 4:59PM | 3 | admonish you, again, that you should not discuss this case |
| 4:59PM | 4 | amongst yourselves or with anyone else.  You should do no |
| 4:59PM | 5 | independent research. |
| 4:59PM | 6 | Leave your tablets on your seats.  They will be |
| 4:59PM | 7 | taken care of by my staff and undisturbed. |
| 4:59PM | 8 | And, again, as I have repeatedly admonished you, |
| 4:59PM | 9 | it's just better if, when you get here, you go directly into |
| 4:59PM | 10 | the jury room to avoid contact with anyone. |
| 4:59PM | 11 | If you should contact anyone, just have no |
| 4:59PM | 12 | communications. |
| 4:59PM | 13 | With that, Court's at recess until 8:30 tomorrow |
| 4:59PM | 14 | morning. |
| 4:59PM | 15 | THE DEPUTY CLERK:  All rise. |
| 4:59PM | 16 | (WHEREUPON, the jury exited the courtroom.) |
| 5:00PM | 17 | THE COURT:  Is there anything we need to take up |
| 5:00PM | 18 | before our everyday meeting?  Anything on the record? |
| 5:00PM | 19 | MR. MICELI:  I don't believe so. |
| 5:00PM | 20 | Mr. Strongman and I spoke earlier today.  I |
| 5:00PM | 21 | added one other demonstrative and we agreed to it.  I provided |
| 5:00PM | 22 | him one. |
| 5:00PM | 23 | Do you still want to look at the other one, the |
| 5:00PM | 24 | changed, the wording of the one we discussed? |
| 5:00PM | 25 | MR. STRONGMAN:  No, no, that's fine. |

OFFICIAL TRANSCRIPT

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
| 5:00PM | 1  | **MR. MICELI:**  We were able it work that out. |
| 5:00PM | 2  | **THE COURT:**  Okay.  Great. |
| 5:00PM | 3  | All right.  I will tell you that I believe all |
| 5:00PM | 4  | of the cuts related to Dr. -- |
| 5:00PM | 5  | Dr. Feigal, if you want to walk out, you're |
| 5:00PM | 6  | certainly free. |
| 5:00PM | 7  | **MR. MICELI:**  If you want to, we may be here for a |
| 5:00PM | 8  | little while.  We can't talk about any testimony, but I can see |
| 5:00PM | 9  | you. |
| 5:00PM | 10 | **THE WITNESS:**  Okay.  Thank you. |
| 5:00PM | 11 | **THE COURT:**  We have worked through the cuts on |
| 5:00PM | 12 | Kopreski.  So that should be done.  But I'm curious, I still |
| 5:01PM | 13 | have -- |
| 5:01PM | 14 | **MR. COFFIN:**  Can I just mention one thing before we |
| 5:01PM | 15 | go off the record, Your Honor. |
| 5:01PM | 16 | I just wanted to make the Court aware and the |
| 5:01PM | 17 | defense counsel aware that plaintiffs filed a motion in limine |
| 5:01PM | 18 | this afternoon.  I have a copy here.  I can give defense |
| 5:01PM | 19 | counsel a copy.  It has to do with the American Cancer Society |
| 5:01PM | 20 | pamphlet that was brought up the other day.  I don't know if |
| 5:01PM | 21 | it's going to be brought again, but in the event that it is, we |
| 5:01PM | 22 | filed a motion.  It was just filed, like -- |
| 5:01PM | 23 | **MR. MOORE:**  We'll have to look at it, Your Honor, and |
| 5:01PM | 24 | see if we can source someone to prepare a response. |
| 5:01PM | 25 | **THE COURT:**  You know, Mr. Moore, how big is this |

5:01PM 1 thing?

5:01PM 2         MR. COFFIN:  I haven't read it, Your Honor.  I was

5:02PM 3 just handed it.

5:02PM 4         THE COURT:  Okay.

5:02PM 5             It's two pages.  No -- I'm not trying to be

5:02PM 6 cute, I'm just -- because what I'm saying is, what I was going

5:02PM 7 to ask, most respectfully, is that you not give me 20 pages.

5:02PM 8 So I was even thinking, you know, this may be something that we

5:02PM 9 could handle just orally.

5:02PM 10         MR. RATLIFF:  Your Honor, we -- we already have

5:02PM 11 someone working on an opposition.  I have already told them to

5:02PM 12 make it very short, so we can file it in the morning.

5:02PM 13         THE COURT:  Okay.

5:02PM 14         MR. RATLIFF:  Two pages.  Two pages.

5:02PM 15         THE COURT:  No more than two pages.

5:02PM 16         THE WITNESS:  Understood, Your Honor.

5:02PM 17         THE COURT:  Let's go in the back.  We can talk about

5:02PM 18 that.

5:02PM 19         MR. COFFIN:  Thank you, Judge.

5:02PM 20         (WHEREUPON, the proceedings were concluded.)

21

22

23

24

25

OFFICIAL TRANSCRIPT

1    *****

2    <u>**CERTIFICATE**</u>

3         I, Jodi Simcox, RMR, FCRR, Official Court Reporter

4    for the United States District Court, Eastern District of

5    Louisiana, do hereby certify that the foregoing is a true and

6    correct transcript, to the best of my ability and

7    understanding, from the record of the proceedings in the

8    above-entitled and numbered matter.

9

10

11                         <u>*s/Jodi Simcox, RMR, FCRR*</u>
                          Jodi Simcox, RMR, FCRR
12                        Official Court Reporter

13

14

15

16

17

18

19

20

21

22

23

24

25

OFFICIAL TRANSCRIPT