## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>*Alice D. Hughes v. Accord Healthcare, Inc.*<br>*Case No. 2:17-cv-11769* | : : : : : : : | HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |

## ORDER

Considering the foregoing *Ex Parte* Motion filed by Defendant Accord Healthcare, Inc. for Leave to File its Brief in Opposition to Plaintiff's Motion to Exclude Mukul Agrawal, Ph.D. under seal;

**IT IS ORDERED** that Defendant's Motion is **GRANTED**, and that the Clerk of Court shall file Accord's Brief in Opposition to Plaintiff's Motion to Exclude Mukul Agrawal, Ph.D. and related exhibits under seal.

New Orleans, Louisiana, this 11th day of December, 2020.

_____
Hon. Jane Triche Milazzo