UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | Section:  N(5) |
| This Document Relates to: *Wanda Stewart v. Sandoz Inc.* Civil Case No. 2:17-cv-10817 | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE NORTH |

### SANDOZ INC.'S MEMORANDUM IN SUPPORT OF ITS *EX PARTE* MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS A-D TO ITS OPPOSITION TO MOTION TO EXCLUDE TESTIMONY OF LAWRENCE FOOTE, M.D. AND SREEKANTH REDDY, M.D.

Defendant Sandoz Inc. ("Sandoz") respectfully requests leave of Court to file under seal Exhibits A through D to its Opposition to Plaintiff's Motion to Exclude Testimony of Lawrence Foote, M.D. and Sreekanth Reddy, M.D. (Rec. Docs. 11639).  Sandoz respectfully submits that this Court previously entered a Protective Order ("Pretrial Order No. 50" or "PTO 50"), which governs:

> [u]nredacted information designated as "CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER" by the producing party that falls within one or more of the following categories: (a) information prohibited from disclosure by law; (b) information that reveals trade secrets; (c) research, technical, commercial or financial information that the party has maintained as confidential; (d) medical and protected health information ("PHI") concerning any individual; (e) personal identifying information ("PII"); (f) income tax returns (including attached schedules and forms), W-2 forms and 1099 forms; and/or (g) personnel or employment records of a person who is not a party to the case.

See Pretrial Order No. 50 (Rec. Doc. No. 612-1, ¶ 2). Exhibits A-D to the Opposition contain information designated as confidential and/or "protected information," as set forth in PTO 50. For these reasons, each should be sealed.

1

Courts recognize a common law right to access judicial records and proceedings, but "the right is not absolute." *Reichert v. Starring*, No. CIV.A. 11-2171, 2011 WL 4404117, at *1 (E.D. La. Sept. 21, 2011) (quoting *Bahwell v. Stanley–Bostitch, Inc.*, No. CIV.A. 00–0541, 2002 WL 1298777, at *1 (E.D. La. June 10, 2002)). In this matter, the entry of PTO 50 mandates that the documents at issue be sealed. See Pretrial Order No. 50 (Rec. Doc. No. 612-1, ¶ 2). Therefore, under PTO 50 and the applicable case law, Exhibits A-D to the Opposition (Rec. Docs. 11639) should be filed under seal.

Dated:  December 11, 2020

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

*/s/ Lori G. Cohen*
Lori G. Cohen
R. Clifton Merrell
Evan C. Holden
Terminus 200
3333 Piedmont Road, N.E., Suite 2500
Atlanta, Georgia 30305
(678) 553-2100
(678) 553-2386 (facsimile)
CohenL@gtlaw.com
MerrellC@gtlaw.com
HoldenE@gtlaw.com

*Attorneys for Sandoz Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 11, 2020, a copy of the foregoing document was served on all counsel of record via CM/ECF.

                                                                   */s/ Lori G. Cohen*
                                                                   Lori G. Cohen