UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
*Alice D. Hughes, Case No. 2:17-cv-11769*

## ORDER

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Plaintiff's Response in Opposition to Accord's Motion to Strike Supplemental Expert Report of David Ross, M.D., Ph.D., M.B.I. Under Seal;

**IT IS ORDERED** that said Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk of Court shall file Plaintiff's Response in Opposition to Accord's Motion to Strike Supplemental Expert Report of David Ross, M.D., Ph.D., M.B.I. under seal.

New Orleans, Louisiana, this 11th day of December, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE