UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Wanda Stewart v. Sandoz Inc.* Case No. 2:17-cv-10817 | |

### [PROPOSED] ORDER

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Plaintiff's Response in Opposition to Sandoz Inc.'s Motion to Exclude or Limit Opinions of Dr. Laura Plunkett Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file Plaintiff's Response in Opposition to Sandoz Inc.'s Motion to Exclude or Limit Opinions of Dr. Laura Plunkett UNDER SEAL in its entirety.

New Orleans, Louisiana, this ___ of _____, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

1