UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO:
*Wanda Stewart v. Sandoz Inc.*
Case No. 2:17-cv-10817

## NOTICE OF REQUEST TO FILE UNDER SEAL AND MANUAL ATTACHMENT

　　　　Plaintiff, through the Plaintiffs' Steering Committee ("PSC"), who respectfully hereby provides notice of their request to file under seal and manual attachment of the pleading listed below, pursuant to Local Rule 5.6:

1. Plaintiff's Response in Opposition to Sandoz Inc.'s Motion to Exclude or Limit Opinions of Dr. Laura Plunkett;

2. Exhibits A-B to Plaintiff's Response in Opposition to Sandoz Inc.'s Motion to Exclude or Limit Opinions of Dr. Laura Plunkett

　　　　On Monday, December 14, 2020, undersigned counsel will hand deliver the above-referenced pleadings to the Court.

Dated: December 11, 2020　　　　　　　　　　Respectfully submitted,


*/s/ Christopher L. Coffin*　　　　　　　　　　*/s/ Karen B. Menzies*
Christopher L. Coffin (#27902)　　　　　　　　Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.　　　　　GIBBS LAW GROUP LLP
1100 Poydras Street, Suite 2505　　　　　　　　6701 Center Drive West, Suite 1400
New Orleans, Louisiana 70163　　　　　　　　　Los Angeles, California 90045
Phone: (504) 355-0086　　　　　　　　　　　　Telephone: 510-350-9700
Fax: (504) 355-0089　　　　　　　　　　　　　Facsimile: 510-350-9701
ccoffin@pbclawfirm.com　　　　　　　　　　　　kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*　　　　　　　　　*Plaintiffs' Co-Lead Counsel*

1

| | |
|---|---|
| */s/M. Palmer Lambert* <br> M. Palmer Lambert (#33228) <br> GAINSBURGH BENJAMIN DAVID <br> MEUNIER & WARSHAUER, LLC <br> 2800 Energy Centre, 1100 Poydras Street <br> New Orleans, LA 70163-2800 <br> Phone: 504-522-2304 <br> Fax: 504-528-9973 <br> plambert@gainsben.com <br><br> *Plaintiffs' Co-Liaison Counsel* | */s/Dawn M. Barrios* <br> Dawn M. Barrios (#2821) <br> BARRIOS, KINGSDORF & CASTEIX, LLP <br> 701 Poydras Street, Suite 3650 <br> New Orleans, LA 70139 <br> Phone: 504-524-3300 <br> Fax: 504-524-3313 <br> barrios@bkc-law.com <br><br> *Plaintiffs' Co-Liaison Counsel* |

## PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Anne Andrews <br> Andrews & Thornton <br> 4701 Von Karman Ave., Suite 300 <br> Newport Beach, CA 92660 <br> Phone: (800) 664-1734 <br> aa@andrewsthornton.com | Abby E. McClellan <br> Stueve Siegel Hanson LLP <br> 460 Nichols Road, Suite 200 <br> Kansas City, MO 64112 <br> Phone: (816) 714-7100 <br> Fax: (816) 714-7101 <br> mcclellan@stuevesiegel.com |
| J. Kyle Bachus <br> Bachus & Schanker, LLC <br> 101 W Colfax Ave, Suite 650 <br> Denver, CO 80202 <br> Phone: (303) 222-2222 <br> Fax: (303) 893-9900 <br> kyle.bachus@coloradolaw.net | Karen Barth Menzies <br> Gibbs Law Group LLP <br> 6701 Center Drive West, Suite 1400 <br> Los Angeles, CA 90045 Phone: <br> 510-350-9700 <br> Fax: 510-350-9701 <br> kbm@classlawgroup.com |
| Lawrence J. Centola, III <br> Martzell, Bickford & Centola <br> 338 Lafayette Street <br> New Orleans, LA 70130 <br> Phone: (504) 581-9065 <br> Fax: (504) 581-7635 <br> lcentola@mbfirm.com | David F. Miceli <br> David F. Miceli, LLC <br> P.O. Box 2519 <br> Carrollton, GA 30112 <br> Phone: (404) 915-8886 <br> dmiceli@miceli-law.com |
| Christopher L. Coffin <br> Pendley, Baudin & Coffin, L.L.P. <br> 1100 Poydras Street, Suite 2505 <br> New Orleans, Louisiana 70163 <br> Phone: (504) 355-0086 <br> Fax: (504) 355-0089 <br> ccoffin@pbclawfirm.com | Andre M. Mura <br> Gibbs Law Group LLP <br> 505 14th Street Suite 1110 <br> Oakland, CA 94612 <br> Phone: (510) 350-9717 <br> Fax: (510) 350-9701 <br> amm@classlawgroup.com |

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

John Gomez
The Gomez Law Firm, PLLC
655 West Broadway, Suite 1700
San Diego, CA 92101
Phone: (619) 237.3490
Fax: 619.237.3496.
john@thegomezfirm.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, FL 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904 15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@atkinsandmarkoff.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Jessica Perez Reynolds
Pendley, Baudin & Coffin
P.O. Drawer 71
24110 Eden Street
Plaquemine, LA 70765
Phone: (225) 687-6396
Fax: (225) 687-6398
jperez@pbclawfirm.com

Darin L. Schanker
Bachus & Schanker, LLC
101 W Colfax Ave, Suite 650
Denver, CO 80202
Phone: (303) 222-2222
Fax: (303) 893-9900
dls@coloradolaw.net

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Zachary Wool
Barrios Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
zwool@bkc-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Dawn M. Barrios*
DAWN M. BARRIOS
