# EXHIBIT B

Edward R. Heilman, M.D.

1          UNITED STATES DISTRICT COURT

2          EASTERN DISTRICT OF LOUISIANA

3     *******************************

4     IN RE:  TAXOTERE

      (DOCETAXEL) PRODUCTS

5     LIABILITY LITIGATION          MDL No. 2740

                                    Section: "H"

6     This Document Relates to:     Judge Milazzo

      Wanda Stewart v. Sandoz       Mag. Judge

7     Inc.                          North

      Civil Case No.

8     2:17-cv-10817

9     *******************************

10          Remote via Zoom Videotaped

11    Deposition of EDWARD R. HEILMAN, M.D., held at

12    the offices of Greenberg Traurig, LLP, White

13    Plains, New York, commencing at 10:07 a.m.,

14    on the 23rd of October, 2020, before Maureen

15    O'Connor Pollard, Registered Diplomate

16    Reporter, Realtime Systems Administrator,

17    Certified Shorthand Reporter.

18

19                    – – –

20

           GOLKOW LITIGATION SERVICES

21     877.370.3377 ph | 917.591.5672 fax

              deps@golkow.com

22

23

24

Edward R. Hellman, M.D.

Page 2

1  APPEARANCES:  ALL PARTIES APPEARED REMOTELY

2

3  FOR THE PLAINTIFFS:

4  JOHN GOMEZ, ESQ.

5  LINDSAY STEVENS, ESQ.

6    GOMEZ TRIAL ATTORNEYS

7    655 W. Broadway, Suite 1700

8    San Diego, California 92101

9    619-237-3490

10   lstevens@gomeztrialattorneys.com

11

12 FOR THE SANOFI-AVENTIS DEFENDANTS:

13   HILLARY NICHOLAS, ESQ.

14   SHOOK, HARDY & BACON LLP

15   2555 Grand Boulevard

16   Kansas City, Missouri 64108-2613

17   816-474-6550

18   hnicholas@shb.com

19

20

21

22

23

24

Page 3

1  APPEARANCES (Continued):

2

3  FOR THE DEFENDANT SANDOZ and THE DEPONENT:

4    LORI G. COHEN, ESQ. (Present with deponent)

5    TARYN HARPER, ESQ.

6    BRANDON COX, ESQ.

7    DAWN BENNETT PRATHER

8      GREENBERG TRAURIG, LLP

9      3333 Piedmont Road NE

10     Atlanta, Georgia 30305

11     678-553-7320

12     cohenl@gtlaw.com

13

14 FOR DEFENDANTS HOSPIRA, INC., HOSPIRA

15 WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC.

16 AND PFIZER INC.:

17   ASHLEY A. FLYNN, ESQ.

18     DECHERT LLP

19     Three Bryant Park

20     1095 Avenue of the Americas

21     New York, New York 10036-6797

22     212-641-5623

23     ashley.flynn@dechert.com

24

Page 4

1  APPEARANCES (Continued):

2

3  FOR THE DEFENDANT SUN PHARMACEUTICALS, INC.

4  F/K/A CARACO PHARMACEUTICAL LABORATORIES,

5  LTD. IN THE TAXOTERE/DOCETAXEL MDL:

6    SUZANNE WALSH, ESQ.

7      HINSHAW & CULBERTSON LLP

8      53 State Street

9      Boston, Massachusetts 02109

10     617-213-7045

11     swalsh@hinshawlaw.com

12

13 FOR THE DEFENDANTS ACTAVIS PHARMA, INC.,

14 ACTAVIS LLC F/K/A ACTAVIS INC., and SAGENT

15 PHARMACEUTICALS, INC.:

16   MICHAEL J. SUFFERN, ESQ.

17     ULMER & BERNE LLP

18     600 Vine Street

19     Cincinnati, Ohio 45202-2409

20     513-698-5000

21     msuffern@ulmer.com

22

23

24

Page 5

1  APPEARANCES (Continued):

2

3  FOR DEFENDANT ACCORD HEALTHCARE, INC.:

4    JULIE A. CALLSEN, ESQ.

5      TUCKER ELLIS LLP

6      950 Main Avenue

7      Cleveland, Ohio 44113

8      216-592-2286

9      julie.callsen@tuckerellis.com

10

11 Videographer:  Jacob Uscinowicz

12

13

14

15

16

17

18

19

20

21

22

23

24

Page 6

1           INDEX
2  EXAMINATION                       PAGE
3  EDWARD R. HEILMAN, M.D.
4  BY MR. GOMEZ                       10
5  BY MS. COHEN                      166
6
7
8           E X H I B I T S
9  NO.      DESCRIPTION             PAGE
10  1   Dr. Heilman's July 24, 2020
        Curriculum Vitae.................    11
11
    2   Expert Report of Elgida R.
12      Volpicelli, MD....................    95
13  3   FRCP Rule 26 Report of Edward
        Heilman, MD, FAAD, FCAP...........    95
14
    4   Figures, Bates
15      STEWARTW-HEILMAN-DEP-000001
        through 3.........................    90
16
    5   Materials Provided list...........   153
17
    6   Dr. Heilman's invoices............   155
18
    7   Notice of Videotaped Deposition...   157
19
    8   Sandoz Inc.'s Responses and
20      Objections to Plaintiffs' Notice
        of Videotaped Deposition..........   158
21
    9   Freites-Martinez article,
22      Endocrine Therapy-Induced
        Alopecia in Patients With Breast
23      Cancer............................   166
    10  Medical records, Bates
24      STEWART,W-PLTF-00502 through 507..  167

Page 7

1
    11  Miteva and Tosti article,
2       Dermatoscopic features of
        central centrifugal cicatricial
3       alopecia..........................   171
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 8

P R O C E E D I N G S

THE VIDEOGRAPHER:  Good morning.  We are now on the record.

My name is Jacob Uscinowicz.  I am the videographer for Golkow Litigation Services.

Today's date is Friday, October 23rd, 2020, and the time is now approximately 10:07 a.m. Eastern Time.

This remote video deposition is being held in the matter of Taxotere, Wanda Stewart v Sandoz, Inc.

The deponent is Edward Heilman, MD.

All parties to this deposition are appearing remotely and have agreed to the witness being sworn in remotely.

Due to the nature of remote reporting, please briefly pause before speaking to ensure all parties are heard completely.

Page 9

Will counsel please identify themselves for the record.

MR. GOMEZ:  John Gomez for the plaintiffs.

MS. COHEN:  Good morning.  Lori Cohen on behalf of defendant Sandoz, and also representing the witness for purposes of the deposition.

MR. COX:  Brandon Cox also on behalf of defendant Sandoz.

THE VIDEOGRAPHER:  Will the court reporter -- the court reporter is Maureen Pollard, and she will now swear in the witness.

EDWARD R. HEILMAN, M.D., having been duly remotely sworn, was examined and testified as follows:

MS. COHEN:  Let me just state on the record, as indicated before, that this deposition will be taken pursuant to the applicable protective order in the case, and pursuant to the

Edward R. Heilman, M.D.

Page 10

1  applicable rules.
2       The doctor would like to read
3  and sign the deposition, will reserve
4  the right to do so.
5       Just to note that last night we
6  presented and produced to counsel an
7  updated reliance list. I think two
8  nights ago we produced a couple of
9  additional slides or photomicrographs
10 of slides. And then also last night
11 we sent an FTP of all of the materials
12 on Dr. Heilman's materials considered
13 list, as well as an updated CV if one
14 exists.
15      And that's all, Mr. Gomez. You
16 can proceed.
17      MR. GOMEZ: All right. Thank
18 you so much.
19           EXAMINATION
20 BY MR. GOMEZ:
21  Q.   Good morning, Doctor. How are
22 you?
23  A.   I'm doing well. I hope you're
24 doing well, too.

Page 11

1  Q.   Thank you so much. I am.
2       Have you given a deposition
3  before?
4  A.   Yes.
5  Q.   Have you acted as an expert
6  witness before?
7  A.   Yes.
8  Q.   All right. And let's take a
9  look -- if you have in front of you your CV,
10 which I've marked as Exhibit 1 for the
11 record.
12      (Whereupon, Heilman Exhibit
13      Number 1 was marked for
14      identification.)
15 BY MR. GOMEZ:
16  Q.   Do you have access to that, or
17 should I pull it up?
18      MS. COHEN: It's attached to
19 your report, if you want me to give
20 you a tab.
21  A.   Yes, I have it.
22 BY MR. GOMEZ:
23  Q.   Thanks so much.
24  A.   Exhibit A, yes.

Page 12

1  Q.   All right. Terrific. Thank
2  you very much.
3       And so we've marked that, just
4  for the record, as Exhibit 1 to the
5  deposition separately from Exhibit A to your
6  report that you're referencing.
7       But have you given particular
8  presentations, or have you published on the
9  specific topic of persistent alopecia
10 following chemotherapy?
11  A.   Well, in my capacity as the
12 chairman of the department of dermatology at
13 SUNY Downstate I am both a teacher, I am both
14 a clinician, I am a researcher, and I take
15 care of patients.
16      And in my -- in the course of
17 my job and my duty and my mission, I have
18 given certain talks to the residents and my
19 dermatopathology fellow regarding all kinds
20 of alopecias. And obviously included in
21 those talks, although it wasn't the most
22 important element of my talks, I have
23 definitely given short courses on alopecia
24 and horizontal sectioning, and I've also

Page 13

1  discussed all forms of alopecia, including
2  scarring alopecia and non-scarring alopecia,
3  and an issue I touched on the topic of PCIA.
4  Q.   And in terms of your
5  discussions with -- is it residents?
6  A.   It's both. Well, it's medical
7  students, residents in dermatology, and I
8  have a fellow in dermatopathology. I am the
9  program director as well as the chairman of
10 the department. I'm the program director of
11 the dermatopathology fellowship training
12 program at SUNY Downstate and the Ackerman
13 Academy.
14  Q.   Okay. And in terms of your
15 discussions of PCIA, which sounds like that's
16 a term you're comfortable using, what did you
17 tell your audience?
18      MS. COHEN: I'll just make an
19 objection there, but go ahead.
20  A.   Well, the essential piece is
21 that I am -- in my capacity as a clinician
22 and in my capacity as a dermatopathologist, I
23 both described some of the literature and
24 some of the published issues concerning PCIA,

Edward R. Heilman, M.D.

Page 14

1  and most specifically some of the histologic
2  criteria that have been also discussed in
3  many of the literature articles.
4      Q.    All right.  And so what type of
5  criteria did you say that word, histo
6  something or other?
7      A.    Histopathologic criteria.
8      Q.    Okay.  Thank you so much.
9          And so are you familiar with
10  the histopathologic criteria that's set forth
11  in the literature for identifying PCIA?
12     A.    Well, that's not a yes or no
13  answer I can give you, because the histologic
14  criteria varies from article and article.
15  And that's a point I would like to make, is
16  there is very little consistency from many of
17  the published articles and even in some of
18  the books I've read whereby they have a
19  consistent list of criteria that is
20  characteristic and diagnostic of PCIA.
21         So it's basically when I do
22  present it, I do present it with certain
23  caveats that this is the case, that there is
24  actually no agreed upon consistent list of

Page 15

1  criteria for defining PCIA under the
2  microscope.
3      Q.    Do you have your own list of
4  criteria that you employ when you look to
5  determine whether hair loss has been caused
6  by chemotherapy?
7      A.    Well, in the acute stage I do,
8  because in the chemotherapy-induced alopecia
9  in the acute stage there's fairly well
10  accepted histologic and clinical criteria,
11  and that falls under the diagnosis of anagen
12  effluvium.  And that's pretty consistently
13  discussed, and I'm very comfortable
14  discussing anything having to do with anagen
15  effluvium.
16         But again, when I approach the
17  concept of specific chemotherapy-induced
18  alopecia, I am fairly, you know, objective
19  about describing this with my students and my
20  medical students and my residents and my
21  fellows insofar as it's not a well-defined
22  entity.
23     Q.    Is there a set of
24  histopathologic criteria that you accept and

Page 16

1  employ when looking to determine whether
2  there's a case of PCIA?
3      A.    Not diagnostically, because
4  PCIA is actually a diagnosis of exclusion.
5  Because it shares many features of other
6  forms of alopecia, specifically non-scarring
7  alopecia, there are some elements of PCI that
8  share elements that you would see in
9  androgenetic alopecia or elements that you
10  would see in alopecia areata, so it's really
11  a diagnosis of exclusion.
12         So you really have to use
13  clinicopathologic correlations to entertain
14  PCIA in a differential diagnosis, and that's
15  basically as far as I can take it.
16         So it's in a differential
17  diagnosis, it's consideration you give when
18  you eliminate all of the possibilities for
19  the cause of the alopecia, and that allows me
20  to arrive at a conclusion.
21         Now, PCIA is extraordinarily
22  rare, it's extremely rare.  And in my whole
23  career, and I've been practicing
24  dermatopathology and dermatology for 40 years

Page 17

1  now, I've only seen one case of that, and
2  that was approximately 15 years ago.
3      Q.    All right.  And so in terms of
4  it being extremely rare, you're basing it
5  upon your conclusion that the samples that
6  you looked at showed PCIA 15 years ago,
7  that's the only time you found PCIA?
8          MS. COHEN:  Objection to form.
9      A.    No, I found PCIA in the
10  literature and in the
11  textbooks, but that's -- I'm familiar with
12  the term, I'm familiar with what the
13  literature says, I'm familiar with what the
14  textbook says.
15         But what I'm trying to get at
16  is the fact that the way that case was
17  presented to me was I had -- it was an
18  informal consultation, and this was a young
19  woman who had bone marrow transplantation,
20  and it was given to me as an additional
21  opinion which was given to me by one of my
22  junior associates in my laboratory at the
23  time, and that's the best I can tell you.  I
24  don't remember all the specific particulars

Edward R. Heilman, M.D.

Page 18

1   other than what I just mentioned.
2   BY MR. GOMEZ:
3       Q.    What percentage of your work is
4   devoted to determining the cause of alopecia?
5   That is, what percentage of your work is
6   dedicated to looking at laboratory samples to
7   determine what kind of alopecia caused hair
8   loss?
9       A.    I really can't put a percentage
10  on it because it varies.  It used to be a lot
11  more prominent before the COVID situation,
12  since the number of cases that have come
13  before my desk when assessing biopsies of
14  alopecia, I would say that I get an alopecia
15  case now once every two weeks.
16      Q.    And when you look at these
17  cases either pre or post COVID, do you know
18  what kind of chemotherapy drug the patient
19  has received, if they've received a
20  chemotherapy drug?
21      A.    Most of the cases I see do not
22  involve chemotherapy.  All right.  On
23  occasion -- it's very rare also that I even
24  get a biopsy for anagen effluvium, because

Page 19

1   individuals who are undergoing chemotherapy
2   in the acute stage, it's a bit of a traumatic
3   experience to have a skin biopsy while going
4   through cancer treatment, so those are very
5   rare as well.  And I've seen very few of
6   anagen effluviums over the years.
7           It's a relatively easy
8   diagnosis to make, not very complicated, and
9   you use pathologic correlations -- am I going
10  too fast?
11          MS. COHEN:  I think you have to
12      ask Maureen, but I think she'll let us
13      know if you're too fast, yes.
14      A.    -- and we use clinicopathologic
15  correlations to enter into a diagnosis.
16          So I very -- I don't really
17  often see alopecias that come into my
18  laboratory as rule out chemotherapy-induced
19  alopecias.
20  BY MR. GOMEZ:
21      Q.    So did you say allergan
22  alopecia, is that what you said?
23      A.    Sorry, I didn't understand the
24  question.

Page 20

1       Q.    What -- remind what it's called
2   when a person under -- or suffers temporary
3   hair loss because of chemotherapy.
4       A.    Oh, it's called anagen
5   effluvium.
6       Q.    That's right.  Anagen
7   effluvium.
8           So those cases typically aren't
9   going to make it to your lab because the
10  treating dermatologist is familiar with that,
11  it's an easy diagnosis to make, correct?
12      A.    That's correct.
13      Q.    Other than that case, I guess,
14  15 years ago and other than your involvement
15  in this case, have you ever looked at a case
16  to determine whether or not a patient
17  actually suffered from PCIA, and that was
18  your job?
19          MS. COHEN:  Objection to form.
20      A.    Could you just repeat that?
21  I'm sorry.
22  BY MR. GOMEZ:
23      Q.    Sure.
24          I know that you looked at a

Page 21

1   case 15 years ago in which you determined the
2   woman suffered PCIA following bone marrow
3   treatment.  Other than that case and your
4   involvement in this case, have you ever
5   worked on a case to determine whether a
6   person suffered from PCIA?
7           MS. COHEN:  Objection to form.
8       A.    No, I haven't.  I have seen
9   quizzes that were given to me in an effort to
10  keep my eyeballs intact when looking at
11  alopecia.
12          Alopecia is a very, very
13  difficult field, and so I've always been
14  interested in it, so whenever there's an
15  opportunity to test me to see what I can
16  do -- you know, I get quizzes sometimes sent
17  to me and, you know, I haven't done one in
18  about three or four years, and I think, I'm
19  not 100 percent sure, but I think that there
20  was one case that was a multiple choice
21  question and I picked PCIA.
22      Q.    Did you say a quiz?
23      A.    Yeah, quiz.
24      Q.    What do you mean by that?  I

Edward R. Heilman, M.D.

Page 22

1  don't understand.
2       A.    Well, sometimes through the
3  American Academy of Dermatology or the
4  American Society of Dermatopathology they
5  offer, you know, tests just to sharpen up
6  your diagnostic skills, all kinds of tests,
7  and I think there was once a question about
8  PCIA.
9       Q.    Okay.  And that was, you think,
10 about three years ago?
11      A.    I'm not sure.  About three to
12 five years ago.
13      Q.    And at least as it related to
14 that quiz, you chose PCIA?
15      A.    Yep.  Yes, I did.
16      Q.    Do you remember why that was?
17      A.    No, I don't.
18      Q.    All right.  And so kind of
19 returning to your CV for a bit, you know,
20 we've talked about your general lectures and
21 discussions with medical students and
22 residents and, I guess, others, are there any
23 entries on your CV that relate particularly
24 to PCIA?

Page 23

1       A.    I don't believe so.
2            MS. COHEN:  I'll state an
3       objection.
4            MR. GOMEZ:  Okay.
5  BY MR. GOMEZ:
6       Q.    And can you point us to
7  anything on your CV that relate particularly
8  to alopecia, just so we have it in mind?
9       A.    I don't believe so.
10      Q.    Okay.  So nothing on your CV
11 regarding PCIA or alopecia, correct?
12           MS. COHEN:  Objection to form.
13      A.    But I would like to say
14 something.  You know, I want to make sure you
15 understand that I'm very comfortable with the
16 terminology, I know a lot about the
17 terminology, I teach it, I read about it,
18 it's part of my responsibility especially
19 with my dermatopathology fellowship.
20           I train the dermatopathology
21 fellow, and at the end of this year of
22 fellowship I have to certify that she can
23 practice competently and independently.  So
24 it's my mission to make sure that she learns

Page 24

1  everything possible in all the major
2  technical areas of dermatopathology in an
3  effort to make sure she can do such as what I
4  just said.
5  BY MR. GOMEZ:
6       Q.    All right.  So when you teach
7  these dermatopathologists, you teach them how
8  to recognize the signs of PCIA?
9       A.    Not necessarily.  I teach them
10 that there's a controversy as to exactly what
11 PCIA is, and the fact that, you know, it's
12 not necessarily -- well, in my opinion it's
13 not necessarily -- well, it's not actually a
14 well-described entity clinically and
15 histopathologically, and more important than
16 that is a diagnosis of exclusion.
17      Q.    And so when you say "a
18 diagnosis of exclusion," do you mean that you
19 get to PCIA only if the findings do not
20 support another type of alopecia?
21      A.    That's more or less correct.
22           But I have to make sure you
23 understand that I am both a board-certified
24 dermatologist, I did a full residency in

Page 25

1  anatomic pathology, and I'm board-certified
2  in anatomic pathology, and I'm
3  board-certified in dermatopathology.  I'm
4  triple boarded in this.
5            So what that allows me to do is
6  I have -- basically the first thing I attempt
7  to do is get the clinical study in which
8  these biopsies are coming to me, and I use my
9  judgment as to whether there -- what the
10 clinical diagnosis could or could not be with
11 the help of the dermatologist who is
12 submitting the biopsies to my laboratory.
13           So I have clinical information.
14 And if I don't have enough clinical
15 information, I make a telephone call to the
16 dermatologist asking him certain questions
17 that allow me to get a clinical sense for
18 what we're dealing with, whether it's
19 history, whether it's photographs, or
20 something like that.  Then I look at the
21 slides.  And then I reach my opinion.
22           All right.  So if there's a
23 diagnostic criteria, let's say, for anagen --
24 androgenetic alopecia, I would say, well,

Page 26

1 this most likely represents androgenetic
2 alopecia, and that would be my diagnosis.
3 And I would also include a differential
4 diagnosis that might include something like
5 maybe a vitamin deficiency or something like
6 that.
7          But that would be more or less
8 the way I deal with it.
9     Q.    All right.  So when you're
10 speaking with the dermatologist in
11 preparation for your examination of the
12 slides, does the dermatologist provide you
13 their working clinical, I guess, theory of
14 what caused the hair loss?
15          MS. COHEN:  Objection to form.
16     A.    Well, usually they give me a
17 differential diagnosis, otherwise there's no
18 reason for them to send me the biopsy.  In
19 other words, they need help.
20          It is my goal to, number one,
21 help the patient, that's the most important
22 thing here, and the second thing is I have to
23 help the dermatologist help the patient.
24          Most dermatologists, luckily, I

Page 27

1 deal with are very high level dermatologists
2 and they don't love doing hair biopsies if
3 they don't have to.  So if they -- whenever
4 they send me a biopsy they usually are
5 confused as to what the true cause of the
6 alopecia is, and they will give me a
7 differential diagnosis.  That's more or less
8 the standard operating procedure of most of
9 the dermatologists that send me their cases.
10 BY MR. GOMEZ:
11     Q.    All right.  And so when you say
12 a differential diagnosis, are they telling
13 you at that time their best, I guess, guess
14 about what caused the hair loss?  They're
15 providing you their diagnosis at that time?
16     A.    Well, I can't allow -- I'm not
17 allowed to use the word guess, because these
18 things are under careful consideration.  All
19 right?
20          So a differential diagnosis is
21 a very, very clearly defined process by which
22 most physicians approach the patient.  I
23 mean, if they're perfectly 100 percent sure
24 and they know what the diagnosis is, they

Page 28

1 don't need me.  I'm there to help them, and
2 do the best I can for the patient.
3          So the point is that I usually
4 get a differential diagnosis, and sometimes I
5 get, you know, very confusing differential
6 diagnoses.  But like, for example, in
7 Ms. Stewart's case, which I think it was a
8 little unusual, is that when Dr. Rosic
9 examined her clinically there was no
10 differential diagnosis given in her final
11 analysis, whereas most clinicians I deal with
12 will give, okay, is this -- what is the cause
13 of this alopecia?  Is it androgenetic
14 alopecia?  Is it scarring alopecia?  Or is it
15 something induced by chemotherapy?  That's
16 more or less a differential diagnosis.
17          Whereas, one of the things I
18 was a little bit focused on was the fact that
19 when Dr. Rosic examined her, it was a
20 doctor/patient encounter, there was no
21 differential diagnosis rendered.  I can show
22 you what I'm talking about.
23          If you can look at one of the
24 MedStar Hospital Center reports from her

Page 29

1 clinical encounter, and that's 00504.
2     Q.    Okay.
3     A.    So if you look at 00504 and
4 505 -- actually, I'm sorry, what I really
5 want to go through is 00506.  And if you see
6 in the middle of the page, it says, number 1,
7 "Alopecia," and it has an ICD-9 code, which
8 basically is something that she uses for
9 billing, and then immediately underneath that
10 line it says, "Suspect chemotherapy-induced
11 alopecia."
12          It doesn't say rule out
13 androgenetic alopecia.  It doesn't say rule
14 out traction alopecia.  It doesn't say rule
15 out central centrifugal cicatricial alopecia.
16 It doesn't say rule out alopecia secondary to
17 aromatase inhibitors.  It basically says one
18 diagnosis, and that's not the usual thing I
19 expect from physicians that send me cases.
20     Q.    All right.  Thank you so much.
21          And you recognize that in this
22 case Dr. Rosic was not treating the patient,
23 correct?
24     A.    Dr. Rosic was, I assume,

Edward R. Heilman, M.D.

Page 30

1 evaluating the patient on a clinical basis,
2 and by doing biopsies she was looking for
3 more information.
4    Q.    Right.
5        So you did read her report and
6 her deposition testimony, I imagine?
7    A.    I read her deposition.  I read
8 her expert report.  But I'm now, right now
9 I'm referring to what she wrote in the
10 clinician -- as a clinician in the chart, and
11 there are certain things that I was very,
12 very surprised about, and I'd like to go
13 through them right now.
14        So if you go to page 505.
15 Okay?
16    Q.    Sure.
17    A.    If you look under "Physical
18 Examination."
19    Q.    Okay.
20    A.    Are you with me?
21        Under "Skin."
22    Q.    Yes.
23    A.    What you have here is a brief
24 description of some of the things that she

Page 31

1 described in her clinical assessment.  Okay.
2 So what she says is, "Clearly visible is
3 significant diffuse thinning present over the
4 entire scalp."
5        Now, I have reviewed her
6 clinical photographs and I have reviewed all
7 the clinical photographs that Dr. Nicole
8 Rogers submitted, and I don't agree with that
9 assessment from a photographic point of view.
10        Now, understand, I didn't
11 examine this patient, but there are certain
12 issues having to do with the photographic
13 presentation that are quite apparent, and I'd
14 like to get into them.  All right?
15        So if you drop down a little
16 bit on the paragraph she says the following.
17 All right.  It says, "There is pinpoint
18 perifollicular hypopigmentation on the vertex
19 of the scalp."
20        And I would like to draw your
21 attention to a picture that was submitted by
22 Dr. Rogers, and it's -- I think it's 0075 in
23 her expert testimony -- in her expert report.
24    Q.    Okay.  Thank you.

Page 32

1    A.    Are you with me?  Can you see
2 the picture?
3    Q.    Yes.  I'm watching you.  Yes,
4 I've got it.  Thank you.
5    A.    So what you have here is a high
6 magnification of what we call trichoscopy.
7 All right?
8        Now, trichoscopy is a very
9 valuable tool for two reasons.
10        Number one, when you're
11 evaluating certain forms of alopecia, it will
12 allow you to select the most likely area
13 that's going to give you the best
14 information.  So biopsy selection is very,
15 very critical in assessing alopecias, because
16 if you take the biopsy from the wrong place
17 you're going to get bad information.  You're
18 not going to get a proper amount of
19 information.
20        The second thing is I want to
21 draw your attention to the fact that she uses
22 the term hypopigmentation in a perifollicular
23 description.  All right.
24        And I would like to also ask

Page 33

1 you to pull up in my reference -- in my
2 reliance category, there's a particular
3 article I need you to look at, it's called
4 "Dermoscopic Features of Central Centrifugal
5 Cicatricial Alopecia" by Miteva and Tosti.
6    Q.    What number is that?
7    A.    I don't know.
8        MS. COHEN:  We can check for
9 that.
10        MR. GOMEZ:  Okay.
11        MS. COHEN:  It's on his
12 reliance list.
13    A.    It was on my reliance list.
14 BY MR. GOMEZ:
15    Q.    They're not enumerated.  No
16 problem.  Okay.  Go ahead.
17    A.    So now if you look at that
18 article which was published in our most --
19        MS. COHEN:  John, we're happy
20 to send it to you if it would be
21 helpful.  Just let us know.
22        MR. GOMEZ:  That's okay.  Go
23 ahead.
24        MS. COHEN:  Okay.

Page 34

1    MR. GOMEZ:  Thank you.
2  BY MR. GOMEZ:
3    A.    What I'm getting at is that
4  this is published in the Journal of the
5  American Academy of Dermatology, this is one
6  of our most reliable journals that we use,
7  and it was published in what year, I think
8  it's 2000 -- let me see, 2014, so it's JAAD
9  2014, Miteva and Tosti.
10    Now, if you look on page 446,
11  figure 1, photograph B, you see these black
12  arrows, and you can again see them in
13  slightly high magnification in figure 3.
14    So if you look at -- there are
15  four black arrows on this picture, all right?
16  So if you look at two black arrows, one at
17  the top and the one slightly below it, you're
18  looking at what Dr. Rosic was describing as
19  perifollicular hypopigmentation.  This
20  actually is best termed as peripilar
21  hypopigmentation, and it is one of the
22  diagnostic criteria we see in central
23  centrifugal cicatricial alopecia.
24    So if you take a look at the

Page 35

1  whole picture in figure 3, and they gave me
2  this picture without saying anything about
3  the patient, nothing, I look at this picture
4  blind and they ask me, Ed, what is your
5  diagnosis, I'd be 99 percent correct if I
6  said CCCA, and this is, in fact, one of the
7  classic photographs that illustrate the
8  macroscopic findings in CCCA.
9    All right.  Now, if you go back
10  to Dr. Rogers' photographs, number 75, we see
11  that around some of the remaining follicular
12  units, the follicular follicle, there was
13  this blue grade halo around the openings
14  where these hairs emerge from the scalp.
15  This is also called the blue-gray dots, and
16  blue-gray dots that are peripilar are also
17  diagnostic of CCCA.
18    You'll also note that if you
19  compare her picture 75 with, let's say,
20  picture 68 --
21    MS. COHEN:  68 of Rogers?
22    A.    68 of Rogers, yes.
23    -- you'll note that this
24  picture illustrates some increased density of

Page 36

1  hairs at the periphery of the central portion
2  of the scarring alopecia.
3    So if you wanted to do the best
4  biopsy possible in an effort to help
5  Mrs. Stewart and the clinician clearly define
6  what's causing alopecia in this particular
7  part of the scalp, you would do it right
8  between the area where there's less hair and
9  where there's slightly more hair.
10    Now, the point I'm trying to
11  make is two things.  Trichoscopy is used for
12  finding out where to biopsy and to help with
13  the diagnosis.  And my conclusion with going
14  through all these particular photographs that
15  Ms. Stewart suffered from, I would say, four
16  different types of alopecia, and absolutely
17  not caused by anything having to do with
18  chemotherapy.
19    And what I'm saying is that the
20  four causes of her alopecia are, number one,
21  central centrifugal cicatricial alopecia;
22  number two, androgenetic alopecia; number
23  three, traction alopecia; and number four,
24  exaggerated finding secondary to aromatase

Page 37

1  inhibitors.  Four excellent reasons why she
2  has this.
3    And just to take it a step
4  further, I contend that if I examined
5  Mrs. Stewart, it would be my opinion that if
6  she never had breast cancer and she never had
7  chemotherapy, these pictures would be
8  identical today.  In other words, she would
9  present with the exact four reasons I
10  described, both from what I read clinically,
11  and both from examining all the slides that
12  have been presented to me.
13  BY MR. GOMEZ:
14    Q.    All right.  Thank you so much.
15    And so you are a dermatologist
16  as well?
17    A.    Exactly.  I am a dermatologist,
18  and I see patients on a regular basis.  In
19  fact, this past Monday in my clinical
20  practice, we are limited to how many patients
21  we see so I only saw nine patients, of those
22  nine patients I saw two patients with central
23  centrifugal cicatricial alopecia, and I've
24  been treating.

Edward R. Heilman, M.D.

1  Q.  All right.  And so your
2  criticisms of Dr. Rosic with regard to the
3  biopsy sites, I guess, was that from the
4  perspective of a dermatologist?
5      MS. COHEN:  Objection to form.
6  A.  That causes me to separate my
7  obligations as a dermatopathologist and a
8  dermatologist.  I think I have to use both
9  skill sets.  And my opinion is if I had
10 Mrs. Stewart in front of me, I would never
11 have biopsied where Dr. Rosic biopsied her.
12     And in fact, it's not even
13 clear where she biopsied, because in her
14 expert testimony -- expert report she labeled
15 this as vertex, but in her pathology report
16 it's labeled as occiput.
17     So if you pull up her pathology
18 report, that's 00502, and then you go to her
19 expert report -- figure out where that
20 picture is -- the picture is -- I'm getting
21 close, I think it's page 54, the upper
22 picture where she circled those two spots
23 where she did the biopsy, I would not have
24 biopsied those particular cites because those

1  are what we call suboptimal sites, it doesn't
2  really reflect the true nature of her
3  clinical presentation.
4      And as I told you before, if
5  you look at page -- photograph 68 in
6  Dr. Rogers' report, that would be a much
7  better area to have biopsied because I just
8  don't think it's characteristic of the main
9  cause of her alopecia, both from a clinical
10 perspective and a trichoscopic perspective.
11 BY MR. GOMEZ:
12 Q.  All right.  So you said that
13 you actually see patients today that have
14 suffered from alopecia including CCCA?
15 A.  Yes.  I have a significant
16 patient load of women who are about
17 menopausal and postmenopausal and suffer from
18 CCCA.  I have been taking care of these women
19 for sometimes four to five years.
20 Q.  Okay.  And so do you actually
21 in some cases perform biopsies on your
22 patients?
23 A.  No, I don't do biopsies.  Let
24 me -- which cases are we talking about?

1  Q.  Your clinical cases.
2  A.  With alopecia?
3  Q.  Right.
4  A.  Not for CCCA.  I rely on
5  trichoscopy.  I try to avoid the biopsy.
6  Because as I've learned from my own
7  experience, my own education, my own
8  training, that if you find characteristic
9  findings on trichoscopy, your level of
10 comfort is approximately 99 percent, so I
11 don't see the need for doing biopsies when
12 not necessary.
13     I mean, it may be strange for
14 you to hear this, but as a dermatopathologist
15 I don't do lots of biopsies.  I use the
16 information from my clinical assessment of
17 what's going on, and I only do biopsies when
18 it's absolutely necessary.
19 Q.  Have you ever taken a biopsy
20 from a patient you are treating clinically in
21 an alopecia case?
22 A.  Yes.  On occasion I will do
23 biopsies on discoid lupus erythematosus, and
24 I will do biopsies on patients who have

1  either lichen planopilaris or focal fibrosing
2  alopecia, because they really present
3  sometimes with a differential diagnosis, and
4  I really do need the histologic criteria to
5  assess whether the patient has lupus, lichen
6  planus, focal fibrosing alopecia, or
7  something else, but not with CCCA.
8  Q.  Do you take biopsies of other
9  types of patients that you treat as a
10 clinical dermatologist, that is patients that
11 have suffered from some condition other than
12 alopecia?
13 A.  On occasion, yes.  But these
14 biopsies, even with scalp biopsies, are
15 actually done by my residents, because I
16 always practice with residents.
17     I have to -- when I see a
18 patient in my clinical practice, I have one
19 or two residents with me all the time, and we
20 discuss the clinical presentation, the
21 history of the patient, and does this patient
22 really need the biopsy.  If we both agree, we
23 have to select the biopsy site.  That's the
24 most critical part.

Page 42

1    So I'll give you an example.
2    We saw a patient on -- I was called down for
3    a consultation in the rheumatology service,
4    and this patient presented with -- he was a
5    known patient with systemic lupus
6    erythematosus, relatively well-controlled,
7    but he had an unusual rash, and the
8    rheumatologist couldn't figure it out.  They
9    didn't know what he had.  So they called me
10   down for my opinion.
11        And I walked in the room with
12   my resident, and I said, okay, this patient
13   needs a biopsy because I think he has lichen
14   planus, and it probably has nothing to do
15   with his lupus erythematosus.
16        So we had to select the site.
17   The biopsy was performed, all right, and then
18   was submitted to the laboratory.
19   Q.   All right.  And so I guess at
20   least in some cases in which you're the
21   treating dermatologist, you and your team
22   under your supervision will take a biopsy, is
23   that fair to say?
24        MS. COHEN:  Objection to form.

Page 43

1    A.   That's fair to say.
2         But again, the major issue here
3    is you need to do the best you can to help
4    the patient and help the doctor help the
5    patient.
6         And what I'm trying to get at
7    is, biopsy selection is critical.  And I want
8    to inject another concept here having to do
9    with bias, all right?
10        I was trained by Dr. Ackerman,
11   and he was one of the world authority in
12   dermatopathology, he was basically the
13   grandfather of inflammatory disorders, of
14   interpretation of inflammatory disorders --
15        MS. COHEN:  Slow down a little
16   for the court reporter.
17   A.   -- interpretation of
18   inflammatory disorders under the microscope,
19   and I trained with him in 1978.  And I got a
20   phenomenal education.  And he was just an
21   extraordinarily mentor.
22        So what he basically taught me
23   is you can't look at a slide without -- you
24   can't look at a slide -- let me rephrase

Page 44

1    that.
2         You must look at a slide
3    without any information.  Why, Dr. Ackerman,
4    why do I have to do that?  He would say,
5    because it eliminates bias.  When you have
6    bias, this is a phrase that Dr. Ackerman
7    used, your mind shuts down.
8         So bias in our field is very,
9    very critical.  And the way Dr. Ackerman
10   taught us was that you pick the slide up, you
11   don't look at anything.  You don't look at
12   the patient's name, the patient's age, the
13   sex, the history, the clinical differential
14   diagnosis.  You look at the slide, and you
15   look at the slide and you get everything you
16   can out of that slide before you entertain
17   acquiring any more information, because bias
18   is like -- it's like anesthetic, it doesn't
19   allow you to have an objective approach to a
20   slide.
21        Okay.  So in this case, I
22   believe that Dr. Rosic exhibited some level
23   of bias.  And the reason why I believe that
24   is because I think it was presented to her

Page 45

1    that, you know, here's a case, it's a case of
2    PCIA, can you help us?  Okay, great.  She has
3    the information, she does the clinical
4    assessment, she does the biopsy, and then she
5    comes up with this particular pathology
6    report which is full of inaccuracies, and she
7    comes to a conclusion without a differential
8    diagnosis on the biopsy report essentially
9    that states that this is PCIA, maybe with a
10   component of some element of CCCA.  Okay.
11        But what I'm trying to get at
12   is the biopsy selection was somewhat unusual.
13   And I said before, I would not have biopsied
14   her zone of alopecia where Dr. Rosic did it.
15   So I do believe there's some element, maybe
16   subliminally, maybe inherently, I don't know,
17   but the point is there was some bias here,
18   and the selection of where the biopsy was
19   taken does not give us the full picture of
20   what's going on here.
21   BY MR. GOMEZ:
22   Q.   All right.  Thank you.
23   A.   Also --
24   Q.   Go ahead.

Edward R. Heilman, M.D.

Page 46

1  A.  Also I would like to discuss
2  her biopsy interpretation, because I already
3  discussed her clinical interpretation, I
4  would like to assess her biopsy -- her biopsy
5  findings, because --
6  Q.  Let's put -- let's wait on that
7  one.  So I'll ask you another question.
8        And so is it true that when you
9  in a clinical setting with your team take a
10  biopsy to be further analyzed that you don't
11  read your own biopsies?  Is that what you're
12  saying?
13  A.  That's not a yes or no question
14  because it's a little complicated.
15  Q.  All right.
16  A.  Most of the biopsies I read I
17  don't -- are not biopsies of my patients done
18  by residents.  There are rarely some biopsies
19  that I -- my resident will do on my patients.
20        However, when they're submitted
21  into the laboratory for interpretation, they
22  first go to one of the surgical pathologists
23  who are usually quite adept at analyzing
24  dermatopathology specimens.  They're not

Page 47

1  board-certified dermatopathologists, but they
2  usually look at the slide first, render an
3  opinion, and then they ask me if they need
4  help for my opinion as well.
5        When the case is finally signed
6  out, the first doctor on the report will
7  usually be the surgical pathologist that
8  would read it first, and I am a co-signer on
9  the report.
10        So I don't look at that by
11  myself.  I am basically looking at it
12  sometimes with even three different people.
13  But essentially I want to eliminate any bias
14  on my part in interpreting -- in
15  interpretation of that biopsy.
16        So when the biopsy is submitted
17  to the laboratory, there are two
18  pathologists, me being one of them, but I'm
19  usually in a secondary role.
20  Q.  You said "usually."  Are there
21  times when you just read your own biopsies
22  that come from you in a clinical setting?
23  A.  Alone?
24  Q.  Yes.

Page 48

1  A.  No, I don't do that.  I need to
2  make sure that the results that I submit to
3  the clinician are unbiased and objective.
4  Q.  And so the slide will go first
5  to a surgical pathologist in every case, or
6  not?
7  A.  Well, to be more specific, it
8  goes to a resident in surgical pathology, the
9  resident puts his or her opinion on it, and
10  then it's presented in a classic routine
11  sign-out situation where all the biopsies
12  that that resident collected during that day,
13  and then the attending pathologist will
14  review all those biopsies, and one or two
15  will be some of the biopsies that I may have
16  submitted.
17        And then that pathologist puts
18  their opinion on it, and I may or may not
19  ever see that case, because it may be that
20  pathologist may not ask for my opinion.  It's
21  pretty simple.  You know, such as, let's say,
22  my resident shaved off a wart, I mean, I
23  don't think a competent surgical pathologist
24  is going to ask me to review a wart.  So I

Page 49

1  don't necessarily see all the cases that I
2  do.
3        But on some inflammatory cases,
4  now, you know, they ask me for my opinion
5  because they want to get as close to accuracy
6  as possible, so I will then enter my opinion.
7  Q.  Okay.  So sometimes you provide
8  dermatopathological opinions regarding cases
9  you have seen as a dermatologist in a
10  clinical setting?
11  A.  Correct.  But the primary
12  individual responsible, and the one who signs
13  it out in the computer is going to be the
14  surgical pathologist.
15  Q.  All right.  And so under those
16  circumstances that I've described, do you
17  believe that you're biased in any way?
18        MS. COHEN:  Objection to form.
19  A.  I can't answer that really.  I
20  mean, because, you know, I can't.  My opinion
21  is that I'm doing the best I can under the
22  circumstances to eliminate that possibility.
23  BY MR. GOMEZ:
24  Q.  You certainly have information

Page 50

1  available to you at the time that you look at
2  the slides under those circumstances,
3  correct?
4      MS. COHEN: Objection to form.
5      A.  What information are you
6  referring to?
7  BY MR. GOMEZ:
8      Q.  I think the mentor that you
9  spoke so highly about said when you look at a
10  slide you need to have no information, is
11  that right?  Or did I mishear that?
12      A.  When you first look at a slide
13  you have no information.  But then after
14  you've accumulated your information you have
15  to go back and get the information to see if
16  it correlates with your original differential
17  diagnosis.
18      So, for example, if you see a
19  case, let's say, of alopecia areata, all
20  right, you can put a slide -- in a well done
21  biopsy, you put the slide under the
22  microscope, I think this is alopecia areata,
23  and then the clinician says, well, rule out
24  androgenetic alopecia, well, now you have to

Page 51

1  go back and figure out why does the clinician
2  think it's androgenetic alopecia and why do I
3  think it's -- and if you're confused, I have
4  to make a phone call back to the clinician to
5  get more information because I need that
6  information --
7      Q.  And so --
8      A.  -- to make an accurate
9  diagnosis.
10     Q.  Sure.  So when these, I guess,
11 pathologists where you work ask for your
12 assistance or input in terms of reading a
13 slide and ultimately coming to opinions, do
14 they provide their opinions about what the
15 findings show?
16     A.  Absolutely, they do.
17         MS. COHEN:  You've got to let
18     me get an objection in, and I was
19     going to object to that.
20         Sorry, John.
21         MR. GOMEZ:  Thank you.
22 BY MR. GOMEZ:
23     Q.  So at the time that you look at
24 the slides under those circumstances, you

Page 52

1  have the information provided by the
2  pathologist that's asked for your help, you
3  have what they think, correct?
4      MS. COHEN:  Objection to form.
5      A.  Well, you have to consider that
6  biopsy diagnosis a consensus opinion between
7  me, the surgical pathologist, and maybe --
8  and sometimes we use other people as well
9  that won't necessarily be named on these
10 reports.
11 BY MR. GOMEZ:
12     Q.  Sure.
13         And so they are providing their
14 opinion to you before you look at the slide,
15 correct?
16     A.  No.
17     Q.  Okay.  Tell me how it works.
18     A.  They say, Ed, we want you to
19 look at the slide.  And they know -- I've
20 been a downstate for 40 years, I've been
21 working with these pathologists for close to
22 30 years, and what I'm trying to say is they
23 know, because they -- it's their technique to
24 give me as much information as they say I

Page 53

1  need, and I routinely say I don't want any
2  information, I don't even want to see the
3  name on the slide, just give me the slide,
4  let me look at it, and then we'll discuss it.
5  I try to replicate what was taught to me when
6  I was a fellow.
7      Q.  So when you look at slides at
8  work, you don't have the name of the patient?
9      A.  If I looked I could find it,
10 but I specifically do not.  I pick up the
11 slide without looking at the name, the
12 number, where it came from.  And I won't --
13 sometimes I don't even know if it's my biopsy
14 or not, I never know that.
15     Q.  When you say sometimes you
16 don't know if it's your biopsy or not, are
17 there times where you do know that it's your
18 biopsy and you know what your differential
19 diagnosis is?
20     A.  Mostly no, I do not know that.
21     Q.  All right.  So "mostly" means
22 sometimes that does happen, correct?
23     A.  Well, on rare occasions, okay,
24 very few biopsies will come into the

Page 54

1 laboratory, and judging from the way the
2 biopsy was taken I could more or less tell
3 who did it.
4     Q.    I see. Okay. I got you.
5 Thank you.
6         You could recognize your work
7 essentially?
8     A.    On occasion, yes.
9     Q.    All right. Very good.
10        Do you treat patients that have
11 suffered hair loss, that is provide treatment
12 for them or make treatment recommendations?
13     A.    Absolutely. I take care of --
14 the most common patients I see, as I said,
15 are women who are around menopausal age that
16 have central centrifugal cicatricial
17 alopecia. It happens to be because of where
18 my medical center is located.
19        I work at the Kings County
20 Hospital and SUNY Downstate Medical Center.
21 It's in the dead middle of Brooklyn. And in
22 Brooklyn where we are situated, out caption
23 area, there's a very large proportion of
24 individuals who are Caribbean-American and

Page 55

1 African-American, so this is one of the --
2 they are the plurality of the racial makeup
3 of our patient base.
4         And so now -- the typical
5 variety of alopecias I see would be alopecia
6 areata, androgenetic alopecia, central
7 centrifugal alopecia, discoid lupus
8 erythematosus, and lichen planopilaris, and
9 focal fibrosing alopecia.
10     Q.    Okay. And so what did you
11 understand your job to be in this case?
12     A.    That's a very good question.
13 Let me say this.
14        I was first contacted sometime
15 in March or April from the firm of Greenberg
16 Traurig, and they had asked me first to
17 evaluate clinical information and biopsy
18 information that was taken on the case. And
19 they didn't give me any information.
20        And so they asked me from the
21 perspective of a dermatopathologist who has
22 some expertise, or expertise in hair biopsy
23 analysis, could they -- they needed some
24 help, they wanted to know what would be the

Page 56

1 nature of the defense in this particular
2 case. And I really had no information, I
3 didn't know what it really entailed, but I've
4 done these things on occasion formally and
5 informally.
6         So I said, okay, send me the
7 clinical information, send me the biopsy
8 information, send me the slides, and I'll see
9 what I can do for you. Okay. So I got some
10 information.
11        Now, what I saw basically was
12 my mission here was to be as objective as
13 possible, because all I was attempting to do
14 at that time was to give the best, honest,
15 important information to the law firm because
16 that's what they were seeking.
17        So I got the slides, I got the
18 pathology report, I got some additional
19 information having to do with clinical
20 presentation, the clinical issues, but I
21 didn't pay much attention to the clinical
22 issues, I just basically went right to the
23 slide.
24        And on looking at the slides I

Page 57

1 came up with certain findings. The slides
2 were prepared properly, however there were
3 some limitations as to the ability to assess
4 the slides in its totality, and I'll get into
5 that in a second. But then I started to
6 analyze the pathology report that was issued
7 by Dr. Rosic on -- the date of issuing this
8 report I think was March 2, something about
9 that, March 2, 2020.
10        And so I wanted to -- what I
11 wanted to do basically was to say, okay,
12 let's see what we have here.
13        So if you look at her pathology
14 report, that's 00502, you know, it has a
15 certain amount of information here. One
16 thing that's not apparent is a significant
17 statement as to what the differential
18 diagnosis was. Usually in a pathology report
19 clinicians enter some element of differential
20 diagnosis, and it's usually done on the first
21 page. You don't have to go searching for it.
22        So, you know, I mean, I don't
23 know if it's here. Let me just see. Does
24 she mention anything clinical?

Page 58

1 MS. COHEN: John, do you want
2 him to stop? Do you want to ask him a
3 question? Do you want him to keep
4 going?
5 MR. GOMEZ: He can look for
6 that. That's fine.
7 MS. COHEN: Okay.
8 A. Oh, yes, okay. So under the
9 resident's name, Carl Sardi, it just says
10 "Alopecia," no differential diagnosis.
11 That's page 503.
12 BY MR. GOMEZ:
13 Q. All right.
14 A. So the second thing is labeled
15 -- the skin specimen source is labeled A and
16 B. A is occipital scalp and B is occipital
17 scalp. The A specimen is horizontal
18 sectioning, and the B specimen is vertical
19 sectioning. I understand what that means
20 because I interpret these things all the
21 time.
22 Now, when I compare the sources
23 of specimen, occipital scalp, to Dr. Rosic's
24 report, as I alluded to before and gave you

Page 59

1 the page number, I think it was 50 something
2 -- 54, the top picture, all right, underneath
3 it says, "Two circles drawn with purple
4 marker indicate biopsy site, vertex
5 horizontal and vertex vertical. So I say
6 what's going on here, is it the occiput or
7 the vertex?
8 Now, judging from the picture
9 it's actually at the interface between the
10 vertex and the occiput, and I think it's more
11 towards the vertex. I believe that the two
12 circles are actually closer to the vertex
13 than the occiput.
14 And you wouldn't really ever
15 want to biopsy the occiput because the
16 occiput is a lousy area to biopsy, because
17 it's going to give you totally misinformation
18 in patients who have alopecia.
19 For example, if you're looking
20 for a case of -- if you're looking for
21 androgenetic alopecia, you would never biopsy
22 the occiput, because the occiput is devoid of
23 changes in androgenetic alopecia. Okay. So
24 that was one issue that I had.

Page 60

1 And the second thing is I kind
2 of would have signed this out in some way
3 similar to the way she signed it out. So
4 under "Final Diagnosis" it says, "Skin
5 occipital scalp," which may or may not be
6 right the right area, but let's leave that
7 for a second, and it says, "scalp skin with
8 features of scarring and non-scarring
9 alopecia combined. See comment." And when I
10 looked at the biopsy I felt that that was a
11 fairly accurate assessment for what was on
12 the slide.
13 So -- and then the vertical
14 sectioning was a little bit different, okay,
15 because there the scarring was a little bit
16 more impressive, okay, and I could show you
17 that picture. If we go back to Dr. Rosic's
18 report, I'll show you what page I want to go
19 to.
20 If you look at page 64, the
21 vertical sections, the vertical sections with
22 no normal hair follicles. Now, when you
23 biopsy a scalp and you see no normal hair
24 follicles, there's got to be something very

Page 61

1 dramatic going on here, all right? So -- and
2 that's important to know because she alludes
3 to the fact that this scarring alopecia,
4 which is documented quite nicely in the
5 trichoscopy pictures, is minor. All right?
6 We'll get to that in a second. It's minor.
7 If you look at that picture on
8 54, no normal hair follicles, that's not
9 minor. That's rather significant. All
10 right.
11 So let's continue for now.
12 So I would say by and large she
13 signed this out descriptively, I would have
14 done a similar thing, maybe with a slightly
15 different modification, but I would have done
16 a similar thing. All right. And now she
17 analyzes it with synoptic column here of how
18 many anagen hairs there are, she counts
19 telogen/catagen hairs, miniaturized hairs,
20 total hairs, this is what we routinely do on
21 horizontal sectioning of non-inflammatory
22 alopecias.
23 Now, I state this for
24 non-alopecia because most of the time when I

Edward R. Heilman, M.D.

Page 62

1 do biopsies of scarring alopecias I don't do
2 horizontal sections. They're not mandatory.
3 But for non-scarring alopecias,
4 they're required. You have to do it because
5 you need to give the complete information to
6 the clinician.
7 So here she say terminal anagen
8 hairs eight, plus six indeterminant. Okay.
9 Let me define what indeterminant means.
10 Indeterminant means small, not
11 the smallest, but small. And so this implies
12 that she has relatively normal size
13 follicles, eight, and some follicles, six,
14 that are smaller than the eight. All right.
15 So that implies there's great variability in
16 the size of the hair follicles; eight, six
17 small, six large.
18 Next thing is she has telogen
19 hairs, two. Okay. I kind of agree with
20 that.
21 Vellus miniaturized hairs, six.
22 Well, she's basically putting all the
23 indeterminant hairs into the miniaturized
24 hair follicle, and that doesn't jibe with

Page 63

1 what Dr. Sperling does with his account.
2 Usually he divides indeterminant hairs
3 evenly. Six would go to anagen hairs and six
4 would go to vellus hairs. But she doesn't do
5 that. And I think we can still deal with
6 that. That's not really a significant issue.
7 But the point is she didn't do the
8 conventional type of counting that one
9 normally does.
10 Total hairs, 16. That's -- I
11 would agree with that.
12 Telogen count, two. We already
13 went through that, that's correct.
14 Terminal to vellus ratio, eight
15 to six.
16 So more or less I agree with
17 this, and I wouldn't change it whatsoever.
18 Now what happens is we go to
19 common. All right? Now, this is the most
20 extraordinary thing in this whole thing, and
21 we're going to have to take some time with
22 this, because this creates a great deal of
23 difficulty for me. This was the reason why I
24 became involved in this particular case,

Page 64

1 because in this paragraph alone there are
2 certain things that bothered me, and I told
3 that to the law firm, and then we agreed to
4 continue my work with them, and I took on
5 responsibility of analyzing this and becoming
6 their expert witness.
7 MS. COHEN: John, do you want
8 him to proceed, or do you want to stop
9 and ask questions?
10 BY MR. GOMEZ:
11 Q. So, Doctor, what did you
12 reference, a paragraph?
13 A. Yes. Under "Comments" on
14 page 00502.
15 Q. Okay. So there are comments in
16 that paragraph that really cause you some
17 concern, is that fair to say?
18 A. That's very fair to say. And
19 I'd like to point them out to you.
20 Q. Okay. So here's what we're
21 going to do, so you'll say yes, that's fair
22 to say. And then I'll say, so, Doctor, can
23 you point out to us the comments that concern
24 you. So we're going to do a little question

Page 65

1 and answer here.
2 So, Doctor, can you point out
3 the comments that concern you?
4 A. Thank you. Thank you.
5 MS. COHEN: Ed, I just want to
6 ask the court reporter, is he going
7 too fast for you? I know this -- I
8 know you've very experienced and
9 you're very patient.
10 THE STENOGRAPHER: It would be
11 very helpful, it would be great if he
12 could slow down a lot.
13 THE WITNESS: Keep remind me.
14 I get carried away sometimes.
15 MS. COHEN: I want to make sure
16 this is all taken down, and that John
17 has the ability to ask questions and
18 the court reporter gets the
19 opportunity to get it all done.
20 A. Under "Comments," "AB," all
21 right, let me go through these carefully.
22 Okay?
23 "The histologic findings when
24 combined with those biopsy specimens show

Edward R. Heilman, M.D.

Page 66

1 characteristics of persistent
2 chemotherapy-induced alopecia such as
3 trichomalacia."
4        All right. Trichomalacia here
5 does not exist in this case. All right? And
6 let me try and prove that to you. There is
7 no evidence of trichomalacia in any of the
8 biopsies that she provided for my examination
9 in any of the biopsy cuts that were further
10 produced by Dr. Volpicelli's laboratory.
11        So what I want to go to is her
12 expert report one more time. Okay?
13 BY MR. GOMEZ:
14    Q.    All right. Stop for one
15 moment.
16        So it's your opinion that there
17 is no trichomalacia in this case, correct?
18    A.    Not my opinion, it's a fact.
19    Q.    All right. Thank you.
20        So now you're going to bring us
21 to Dr. Rosic's report. And go ahead.
22    A.    So for this point I want you to
23 go to page 64, and also if you can bring up
24 page 66. So on page 64 you will see a

Page 67

1 photograph similar to what I showed you
2 before with two arrows, all right? And in
3 this photograph she puts a red arrow pointing
4 to something that you can barely see on this
5 photograph. And this red arrow is said to be
6 a remnant of trichomaladia, which is a
7 misspelling of trichomalacia.
8        So now you can see better on
9 the next photograph on page 66. Now here she
10 has a green arrow which also says the same
11 thing. "Trichomalacia within a fibrous
12 streamer." Well, what she's pointed to is
13 something within the fibrous streamer.
14        But these are absolutely no
15 way, no how, anything having to do with
16 trichomalacia. These are naked hair shafts
17 that have been extruded into the connective
18 tissue -- I'll slow down -- that are extruded
19 into the connective tissue secondary to a
20 scarring alopecia.
21        So let me show you when
22 trichomalacia is supposed to look like. So
23 for this you have to go to my report.
24    Q.    All right.

Page 68

1    A.    Find the report page here.
2        Okay. So if you go to my
3 report, you can see on page 48 and 49 --
4    Q.    Yes.
5    A.    -- figures 12, 13 and 14, which
6 are exact duplications of these naked hair
7 shafts that Dr. Rosic refers to on her
8 page 66 and 64. And if I want you just to
9 study on high magnification, okay, which is
10 figure 13 and figure 14, what we're looking
11 at.
12        You're looking at a pigmented
13 hair shaft that had been deposited in the
14 fibrous streamer or the fibrous scar,
15 secondary to scarring alopecia.
16        Now, if you go to the next
17 page, 50, I have given you four different
18 pictures of what trichomalacia is supposed to
19 look like, and I can -- I can't make it any
20 clearer. These are well-defined
21 trichomalacia that were published in
22 Dr. Sperling's textbook.
23        And what you're looking at are
24 follicular units, hair follicles, and what

Page 69

1 you see is the pigment casts, which is this
2 dark brown coloration in the center of each
3 one of these pictures, surrounded by
4 disruptive keratin due to the damage of this
5 particular -- these particular hair
6 follicles.
7        These are four different hair
8 follicles, all different findings, all with
9 -- these are diagnostic features of
10 trichomalacia.
11        Now, if you compare this
12 picture -- these pictures of trichomalacia
13 with Dr. Rosic's picture of trichomalacia and
14 the photographs that I took on high
15 magnification, they are not the same. They
16 are totally different, and there's no
17 equivocation here. This is not an opinion.
18 This is a fact.
19    Q.    All right. Thank you, Doctor.
20        So no trichomalacia, right?
21    A.    Yes.
22        Now we go back to the sentence
23 where I started where I said "such as
24 trichomalacia." Now if you go to the

Edward R. Heilman, M.D.

Page 70

1  following pieces of the neck of this
2  sentence, let me explain to you what we're
3  going to find.
4          So if you eliminate
5  trichomalacia, take trichomalacia out of that
6  sentence, what do we have left.  We have
7  miniaturization of hair follicles.  That's a
8  finding of androgenetic alopecia.  Fibrous
9  stellae, that's a finding of androgenetic
10  alopecia.  Preserved sebaceous grand, that's
11  a feature of androgenetic alopecia.  Minimal
12  inflammatory infiltrate, that's a finding of
13  alopecia.
14          So what I'm saying is if you
15  eliminate trichomalacia, she enumerates four
16  of the most important features that you see
17  in androgenetic alopecia.
18      Q.    And do you agree that those
19  four features exist in Ms. Stewart's samples?
20      A.    Yes.
21          MS. COHEN:  Objection to form.
22  BY MR. GOMEZ:
23      Q.    All right.  Thank you.
24          Go on.

Page 71

1      A.    Now she goes on to say there is
2  a minor component of scarring alopecia that
3  is consistent with central centrifugal
4  cicatricial alopecia.  Well, there is
5  certainly something here consistent with
6  central centrifugal cicatricial alopecia.
7          MS. COHEN:  Slow down.  Slow
8      down.
9      A.    There is certainly something
10  here that is consistent with central
11  centrifugal cicatricial alopecia, but if I
12  point you to this picture I showed you before
13  on page 64 where she says no normal hair
14  follicles, how am I to believe that this is
15  minor.
16          MS. COHEN:  For the record,
17      that's Dr. Rosic's original report
18      he's pointing to.
19      A.    Yes, this is Dr. Rosic's
20  original report, page 64, I showed you this
21  picture before.
22          I mean, you're not a
23  dermatopathologist, you look at this slide,
24  there are no hair follicles here.  So if you

Page 72

1  take this picture off of this page and
2  imagine putting it on your scalp, what do you
3  think you're going to be seeing?  You're
4  going to be seeing scar.
5  BY MR. GOMEZ:
6      Q.    All right.
7      A.    And that's what she has.
8          Let's continue with this, if I
9  can.  Let's continue with the following
10  thing.
11      Q.    Let me ask you this before you
12  go forward.
13          Do you believe that PCIA could
14  account for the absence of hair follicles?
15      A.    Not in this case, no.  PCIA,
16  first of all, is notorious for having
17  retention of most follicles.
18      Q.    Okay.  Any other reason?
19      A.    Well, you know, in
20  Mrs. Stewart's case from a clinical and
21  histologic point of view, there is absolutely
22  no possibility that she had any evidence, any
23  provable evidence having to do with PCIA.
24      Q.    Okay.  Go on.

Page 73

1      A.    If she came to me now and I
2  looked at her with -- let's say she had no
3  breast cancer, no chemotherapy, no aromatase
4  inhibitors given to her, her scalp today
5  would look the same as it did when this was
6  biopsied, and maybe ten years ago.
7      Q.    Thank you.  So let's return to
8  the paragraph that caused you some
9  consternation.
10      A.    That's very well put.  Thank
11  you.
12          "The best interpretation of
13  these findings is that it combined
14  predominantly non-scarring pattern of
15  alopecia consistent with persistent
16  chemotherapy-induced alopecia."  I don't
17  agree with that at all, as you can likely
18  understand.  And I hope I started to prove
19  this to you.  There was no provable evidence
20  in her histologic preparation, in the
21  trichoscopy she performed, in her analysis
22  from a clinical perspective that this woman
23  has any evidence of persistent
24  chemotherapy-induced alopecia.

Page 74

1  Now she goes on to state, "Due
2  to the presence of above" -- which is
3  actually incorrect -- "and the significantly
4  decreased hair density" -- which we're going
5  to get into very shortly -- "androgenetic
6  alopecia is unlikely."
7  Now, I would like you to give
8  me some time to take apart this concept of
9  "significantly decreased hair density."
10  Now, in my expert report, I
11  don't know what page it is, I talk about hair
12  density.
13  MS. COHEN:  You can flip
14  through it.
15  John, do you want him to keep
16  going to finish this?
17  MR. GOMEZ:  Sure.
18  A.  I know where it is.  I got it.
19  "Hair Counts."  Page 39 on my
20  expert report.
21  BY MR. GOMEZ:
22  Q.  All right.
23  A.  And for this we're going to
24  need an article by Birnbaum and Shapiro.  I

Page 75

1  don't know what number it is.
2  (Pause.)
3  A.  I got it.  I don't know what
4  number it is, but I have the article.
5  MS. COHEN:  John, if you want
6  us to send it to you let us know,
7  otherwise we can have him give you his
8  cite.  If you want us to e-mail it to
9  you, let us know.
10  MR. GOMEZ:  You can give us the
11  title and the authors.  Thank you.
12  MS. COHEN:  I think it's number
13  54, maybe, in his report.
14  MR. GOMEZ:  Okay.
15  MS. COHEN:  We'll check on
16  that.  I don't want to mislead anyone.
17  MR. GOMEZ:  Okay.
18  MS. COHEN:  Why don't you give
19  the citation.
20  THE WITNESS:  Citation 54.
21  All right.  It's entitled,
22  "Evaluation of hair density in
23  different ethnicities in a healthy
24  American population using quantitative

Page 76

1  trichoscopy."
2  So what this article is about,
3  it's an extremely important article,
4  basically they looked at hair counts,
5  normal hair counts, normal individuals
6  from Hispanic descent, African
7  descent, and Cajun descent.
8  And on page 307, there's a
9  beautiful table here and it goes
10  through the numbers.  And in my report
11  I deal with these numbers and I
12  extrapolate so they're easy to
13  understand when regarding the hair
14  counts that Dr. Rosic and I discussed
15  in my report.
16  So if you look under African
17  descent, these biopsy counts -- hair
18  counts were taken from the frontal
19  scalp, the vertex scalp, and the
20  occipital scalp, okay?  And you will
21  see that there's a tremendous
22  difference between the frontal scalp,
23  which is 160 plus-minus 27, and the
24  vertex, which is 149 plus-minus 23.

Page 77

1  Now, what that means is if you
2  do the mathematics and you look at a
3  normal vertex in an African-American
4  man or woman, you will see that
5  approximately 19 hairs, 19 hairs, per
6  4-millimeter punch horizontal section,
7  that's the number, whereas if you go,
8  let's say, to the frontal scalp you'll
9  get something more like 21 or 22.
10  Okay.  So here is the point.
11  How many hairs were the biopsy that
12  Dr. Rosic analyzed.  And for this we
13  have to discuss a major flaw in the
14  way Dr. Rosic approached this case.
15  Her sections, and I examined
16  six horizontal sections, all right,
17  they were well prepared and they were
18  easy to read, and they all showed the
19  exact same level.  They very, very
20  slightly varied in their anatomic
21  level.  In other words, these sections
22  were not completely done properly.
23  To get the full count of the
24  hairs you need to go more

Page 78

1  superficially, because if you
2  postulate that there are miniaturized
3  follicles and you see streamers in her
4  biopsy, you know for sure that you
5  must go more superficially to prove or
6  disprove additional miniaturized
7  follicles that don't appear in the
8  deep sections which she preliminarily
9  provided.
10     So I didn't know what was going
11 to be seen if I recommended additional
12 sections.  And you always take a risk
13 when you do additional sections,
14 especially in legal cases like this,
15 because you never know what you're
16 going to uncover.  All right?  But,
17 you know, with the aid of the counsel,
18 we decided it's going to be best if we
19 do the additional sectioning.
20     Now, my laboratory, we don't
21 have a technician who could do it
22 properly, so they suggested that I
23 allow Dr. Volpicelli to give these
24 sections to her technicians in her

Page 79

1  laboratory to perform them.  And I
2  know the quality of Dr. Volpicelli's
3  laboratory quite good.
4     So we went ahead and we cut, I
5  think, seven additional sections.  And
6  what we were trying to do is go much
7  more superficial than the sections
8  that were originally provided to us by
9  Dr. Rosic.  And what we found quite
10 clearly is the fact that we uncovered
11 two new hair follicles.
12     Do we know -- this is my
13 appendix, I think.  These are my
14 photographs from my original?  I don't
15 know how to -- here they are.  I got
16 it.
17     Okay.  What I'd like to do
18 is if you could please pull up
19 STEWART-HEILMAN-0002.
20     MS. COHEN:  Is this part of
21 your report?
22     THE WITNESS:  I think it is.
23     MS. COHEN:  Okay.  I just want
24 to have it for the record, for the

Page 80

1  court reporter.  Which reference?
2     THE WITNESS:  0002, 0003, 0004.
3     MS. COHEN:  John, I think he's
4  looking at Exhibit C to his report,
5  you probably know that, but I just
6  want to have the record clear.  He has
7  in his hand Exhibit C to his report.
8     MR. GOMEZ:  Got you.  Thank
9  you.
10    THE WITNESS:  Where is the
11 first page here?
12    MS. COHEN:  I think you pulled
13 yours apart.  Do you have a full one
14 there?
15    THE WITNESS:  Exhibit C?
16    So if you look at Exhibit C,
17 we're probably going to go through all
18 these photographs anyway, but if you
19 look at Exhibit C --
20    MS. COHEN:  I don't think he
21 asked you --
22    THE WITNESS:  Okay.
23    Exhibit C, what we're going to
24 do is start with 1, and we're going

Page 81

1  to -- I need to look at 2, 3, 4, 5, 6,
2  7, 8, 9, 10, 11.  So if we look at
3  this particular picture, all right,
4  this was one of the slides that
5  Dr. Volpicelli provided to us, these
6  were --
7  BY MR. GOMEZ:
8     Q.   When you say "when we look at
9  this picture," are you referencing 1?
10    A.   Number 1.
11    Q.   All right.  Thank you.
12       Doctor, before we go down the
13 path of these pictures, let's take a
14 five-minute break because I've been drinking
15 a little water and coffee.  Is that okay?
16    MS. COHEN:  Why don't we take
17 ten, then, as long as we're breaking.
18 Is that okay, John?  I'm sure the
19 court reporter would appreciate that,
20 too, and we'll get organized.
21    MR. GOMEZ:  Thank you so much.
22    MS. COHEN:  Thank you, guys.
23    THE VIDEOGRAPHER:  The time is
24 now approximately 11:27 a.m.  We are

Edward R. Heilman, M.D.

Page 82

1  now going off the record.
2      (Whereupon, a recess was
3  taken.)
4      THE VIDEOGRAPHER:  The time is
5  now approximately 11:45 a.m., we are
6  now going back on the record.
7  BY MR. GOMEZ:
8      Q.    Okay.  Doctor, so you had
9  selected some photographs that you were going
10 to walk us through?
11     A.    Yes, these are photographs
12 taken from Exhibit C, and I'd like to walk
13 them through.  The whole reason why I'm doing
14 this is I want to get to the bottom of the
15 hair count issue, because I want to explain
16 that in essence when I basically showed you
17 the article from Birnbaum and Shapiro that on
18 a normal African-American's scalp, in the
19 vertex the normal number of hair, normal,
20 would be 19.  Right?  So we have agreed that
21 at this point she had at least -- Ms. Stewart
22 had at least 16 hairs.  Okay?  That's
23 something that we agreed upon.
24     So if you look at the

Page 83

1  sequential pictures I've taken that start
2  with picture 1, all right, and there are a
3  lot of pictures, and I did this specifically
4  because I wanted to make sure that we don't
5  leave any stone unturned.
6      So if you look at picture 1 you
7  have a blue arrow.  I'm trying to guide your
8  eye to this very slightly hazy blue area
9  which is next to a tail-spinning circle which
10 represents the oil gland.  And that's better
11 seen on the next photograph that's labeled A1
12 L9 100X.
13     So this is under the
14 microscope, we see that gray blue area, and
15 what the arrow is pointing to is a stellae,
16 or a fibrous tract.
17     Now, this is fibrous tract.
18 And what fibrous tract means is that this is
19 the fiber connective tissue that usually sits
20 underneath a miniaturized hair follicle.  So
21 we can't prove it at this particular level,
22 but what you would expect to see if there was
23 truly a miniaturized follicle sitting on top
24 of the stellae, it would start to appear as

Page 84

1  we start sectioning the tissue more
2  superficially.
3      So basically what I do now is
4  give you a high magnification od what we're
5  looking at, that's 400X, that's picture
6  number 3.
7      We go to picture number 4, and
8  now we're not on level 9 anymore, we're on
9  level 10, which means we're starting to move
10 up towards the surface of the skin.  And that
11 arrow does not point to a stellae anymore, it
12 points to a follicular -- a hair follicle,
13 and this is the bulb of the hair.
14     All right.  And as we go a
15 little higher, 10, high magnification, this
16 is the bulb of the hair.
17     And if we go to the last more
18 superficial section, level 15, you see that
19 the arrow is pointing to a true complete hair
20 follicle, it's a miniaturized follicle, and
21 you can see how tiny it is compared to the
22 adjacent other follicles.
23     Q.    That's on 6, right?
24     A.    That's on number 6, yes.

Page 85

1      Q.    Thank you.
2      A.    And then I give you even a
3  higher magnification just so we can be sure
4  we're dealing with a true hair follicle.
5  This is a club hair, it's in telogen, all
6  right, but it's a follicle.  So now we've
7  increased the number from 16 to 17.
8      So now I'm going to repeat the
9  same method going through a different site.
10 So now we go back to -- we go to 8, number 8,
11 L13, to it's level 13, it's at 100X
12 magnification, and we see another arrow here.
13 Okay.
14     If you go to the next picture,
15 number 9, high magnification, what you're
16 looking at is a cross-section of what we call
17 a papillary mesenchymal body.  We hit the
18 jackpot there because now we know right above
19 this there's going to be another hair
20 follicle.
21     So now if you go to number 10,
22 blue arrow, you clearly see the hair follicle
23 coming into view.
24     And finally, on number 11, high

Page 86

1  magnification, we are in the hair bulb of a
2  brand new miniaturized follicle.
3        So now with this endeavor, it
4  kind of supports what I've been saying all
5  along, is that the original levels that
6  Dr. Rosic gave us were incomplete and
7  inadequate, and she never really finished off
8  a complete analysis of her biopsy material,
9  therefore her report is somewhat lacking, or
10 I would rather say it is suboptimal, because
11 she never went superficially, she never
12 looked for the full degree of
13 miniaturization, and we now increase the hair
14 count to 18.
15        By increasing the count to 18,
16 on the vertex, or what she called the vertex
17 in one of her photographs, we now have vertex
18 skin with 18 follicles.  And I've shown you
19 one of the most important publications on
20 this subject by Birnbaum and Shapiro that the
21 best number they can arrive at in
22 African-American vertex skin is 19.
23        So I also contend that her
24 assertion in her comment, all right, on her

Page 87

1  pathology report -- I now refer you back to
2  her pathology report, Stewart-0502, that last
3  sentence is another sentence which is totally
4  inaccurate.  There is no significantly
5  decrease in hair density.  This is not an
6  opinion.  This is another fact.
7        So where I'm going here is that
8  this is one of the reasons why I wanted to do
9  this case, because I found a significant
10 number of errors in the pathology report, and
11 I found some additional errors as well.
12        Do you have any questions for
13 me?
14     Q.   Sure.
15        What additional errors did you
16 find?
17     A.    In Dr. Rosic's report she gives
18 us a list of scarring and non-scarring
19 alopecia.
20        So on page 16 of Dr. Rosic's
21 expert report, she gives a list of
22 non-scarring and scarring alopecias.  So I
23 draw your attention to the list of cases --
24 the list of diagnoses under the heading

Page 88

1  "Cicatricial (scarring) alopecia."
2        And the first she mentions is
3  "central centrifugal cicatricial alopecia."
4  All right.  That's true.  All right.  But if
5  you look -- I may have picked the wrong --
6     Q.   Are you critical of Dr. Rosic
7  for including PCIA as a scarring alopecia?
8     A.   Yeah.  I just lost where I was.
9  It's the -- one, two, three, four, five --
10 sixth bullet point where she says,
11 "Persistent chemotherapy increased alopecia"
12 on page 16.
13        So what I'm saying is that I
14 basically have done an extensive amount of
15 reading on this, and in my opinion no one in
16 the world that I know of, that I've come
17 across, no one in the world has ever listed
18 PCIA as a cicatricial alopecia.  It is wrong.
19 All right.  And again, this is not an
20 opinion, this is a fact.  So I want you to
21 make sure that this is one of the other
22 things I found that was very, very
23 inconsistent in her report.
24        Now, I want to go over one more

Page 89

1  thing with you.
2     Q.   Sure.
3     A.    If you go back to her
4  photograph -- let me find it.  So I want to
5  draw your attention to her photograph on
6  page 56.  And at the same time I'd like you
7  to please also have nearby the first page of
8  her pathology report, 00502.  Okay?
9     Q.   Okay.
10    A.    If you look at the picture on
11 page 56, the left picture, she says that
12 there were three blue arrows, and these blue
13 arrows represent telogen follicles, telogen
14 hairs.  So if you count them, one, two,
15 three.  All right.  So that means that she
16 says three telogen follicles.  Now from this
17 tower I can't really tell for sure whether
18 they are or not, but let's assume, well,
19 there are three follicles, okay?  Telogen
20 follicles.
21        Let's go to her pathology
22 report, and let's go to what she says about
23 that's telogen follicles.  Telogen count, 2
24 over 14.

Page 90

1    So what I'm referring to is the
2  synoptic report, one, two, three, four, five
3  lines down, she has telogen count, terminal
4  telogen hairs, divided by total terminal
5  hairs, so the total terminal hairs is 14. I
6  agree. That's okay. But why is it two here
7  and three here? That's totally inconsistent.
8  So I wanted to investigate that and see why
9  she came to that conclusion.
10    So what I did is I took some
11  new photographs. All right.
12    MS. COHEN: John, these are the
13    ones that were produced a couple of
14    days ago. I think you marked them as
15    an exhibit already. I saw them --
16    just for the record, I think they're
17    the Exhibit 4 on your list.
18  BY MR. GOMEZ:
19    Q. All right. So you're now
20  referencing what we marked as Exhibit 4?
21    (Whereupon, Heilman Exhibit
22    Number 4 was marked for
23    identification.)
24    ///

Page 91

1  BY MR. GOMEZ:
2    Q. Just reference them by figure
3  if you would.
4    MS. COHEN: So that's Exhibit 4
5    you have in your hand.
6    THE WITNESS: This is
7    Exhibit 4?
8    MS. COHEN: That Mr. Gomez has
9    marked on behalf of plaintiffs today
10    as Exhibit 4. Yes.
11    A. So if you look at figure 1,
12  figure 1 is an exact site depicted in
13  Dr. Rosic's expert report, page 56.
14    So you compare this photograph
15  which I took to her photograph on page 56 of
16  her expert report, these are identical
17  photographs. We're looking at the same site.
18    And I marked it green because
19  green shows this dark comma shaped artifact,
20  and you can say the dark shaped comma
21  artifact at the bottom left of that brown
22  circular biopsy. I'm just trying to prove to
23  you I'm at the exact same site.
24    ///

Page 92

1  BY MR. GOMEZ:
2    Q. Okay.
3    A. The blue arrow is the third
4  telogen follicle that she delineates on her
5  expert report, 56.
6    So now what I did in figure 2
7  is I just took a higher magnification, blue
8  arrow, slightly higher magnification.
9    And then in figure 3, slightly
10  higher magnification.
11    And now on figure 4 we're on a
12  much -- there's the highest magnification.
13  All right. So this represents that
14  collection of cells that Dr. Rosic identified
15  as a telogen follicle. All right?
16    So if you go to the next page,
17  page 3, figure 5, if we examine Dr. Rosic's
18  own slides, these were not Volpicelli's
19  cells, these are Dr. Rosic's slides, so we
20  went from slide -- if we go back to page 2,
21  I'm looking at slide A1X3.
22    If we go one level higher,
23  we're looking at A1X4, this is not a telogen
24  follicle. This is the edge of an oil gland.

Page 93

1  This is a sebaceous grand.
2    And if you go one level higher,
3  A1X5, it's clearly a sebaceous gland.
4    So in my opinion -- not really
5  an opinion, it's a fact, in my opinion what
6  she labeled as the third telogen follicle is
7  not a hair follicle at all, it is actually an
8  oil gland, a sebaceous follicle.
9    That was a very significant
10  inconsistency.
11    Q. Other errors that you noted in
12  Dr. Rosic's analysis of this case?
13    A. In her analysis, 16, and after
14  looking at Dr. Volpicelli's slide we now have
15  to add two more, and we have 18. And the
16  point being that 18 varies from 19, which is
17  normal, according to Birnbaum and Shapiro,
18  this concept of significant decrease in hair
19  density is inaccurate.
20    Q. All right. Can you walk me
21  through the remaining photographs in
22  Exhibit 3 beginning on the 12, and just
23  explain to me what these are intended to show
24  and how they support your opinions?

Page 94

1    A.    Is that Exhibit 4?
2    Q.    Was it 4?  Yes, 4.  Beginning
3  at 12.
4         MS. COHEN:  Are you talking --
5  I'm sorry, I think you're not talking
6  about two different things.  Exhibit 4
7  was the new production.
8         MR. GOMEZ:  Oh, my apologies.
9  You know what, 4 was -- we're talking
10  about different things.  4 was the
11  deposition exhibit we just talked
12  about.  Thank you.
13         And then you had, I think it
14  was C actually to your report.
15         MS. COHEN:  To his report.
16         MR. GOMEZ:  Yes.
17         MS. COHEN:  Exhibit C to his
18  report.  Okay.
19  BY MR. GOMEZ:
20    Q.    You had talked us through up to
21  11.  If you could just walk us through the
22  remaining photographs and explain how they,
23  how they support your opinion, that would be
24  great.

Page 95

1         MS. COHEN:  So again, I think
2  this is Exhibit 3 that you marked,
3  John, to your deposition.  It's his
4  report.  And it's Exhibit C to Exhibit
5  3.
6         (Whereupon, Heilman Exhibit
7  Numbers 2 and 3 were marked for
8  identification.)
9         MS. COHEN:  Are we on the same
10  page?  My best use today.
11         MR. GOMEZ:  That's fantastic
12  work.
13         MS. COHEN:  Thank you.
14    A.    So I discussed all the
15  photographs up to photograph number 11, and
16  now we're on photograph number 12.
17         Are we together?
18  BY MR. GOMEZ:
19    Q.    Yes.
20    A.    All right.  So this next
21  photograph is B1 L6.  These are additional --
22  these are photographs of the additional
23  sections from Dr. Volpicelli's lab of the
24  vertical section, and that was labeled by

Page 96

1  Dr. Rosic's lab as B.  B1.
2         All the B specimens were the
3  best -- were the specimens -- excuse me.  All
4  the B slides represent the vertically
5  oriented specimens which I've referred to on
6  a number of occasions, especially in that
7  photograph that shows no normal hair
8  follicles.
9         So this is a deeper cut into
10  that particular B specimen that was cut
11  vertically.
12         And what I'm showing here is
13  what we call perifollicular scarring or
14  perifollicular fibrosis.  The yellow arrows
15  exhibit a collection of cells.  You can see
16  all these blue dots represent a significant
17  number of inflammatory cells and
18  collagen-producing scar tissue cells.  And
19  this is what we call perifollicular fibrosis,
20  and this is the most important finding in
21  attempting to diagnose central centrifugal
22  cicatricial alopecia.  It was noted in
23  Dr. Rosic's report, and it's now more clearly
24  delineated in these photographs.

Page 97

1         So what we do is, if you now go
2  to picture 13, we change colors.  And in
3  picture 13, this is what's called an elastic
4  stain.  And the reason why it was stained by
5  elastic by Dr. Volpicelli is when you have
6  scarring you lose elastic fibers.
7         So if you look at the periphery
8  of this photograph, all right, and you look
9  at those very, very deep dark black
10  spaghetti-like fibers in the surrounding
11  connective tissue of the skin, those are
12  normal elastic fibers.  And then as you get
13  closer to the upper portion of the hair
14  follicle you see that there's a significant
15  amount of pallor, and the pallor is there
16  because there is destruction of the elastic
17  fibers.  The Y on the elastic fiber is
18  destroyed because scarring destroys elastic
19  fibers.
20         So this is just to enhance the
21  finding that this is the scarring process
22  surrounding a hair follicle which is going to
23  be -- this follicle is going to turn into
24  basically a scar, and it's going to be lost

Edward R. Heilman, M.D.

Page 98

1 forever unless some kind of therapeutic
2 modality intervenes.
3        Okay. So now if we go to
4 picture 14, we're back to the routine
5 staining, this is just higher magnification,
6 you note that all these blue dots represent
7 cells, the round dots represent inflammatory
8 cells. So there's a significant amount of
9 inflammation in this photograph. And the
10 elongate blue dots represents the nuclei of
11 scar tissue cells.
12        This is just a higher
13 magnification to basically document the fact
14 that we're dealing with scar tissue that's
15 newly formed and will soon destroy that
16 particular follicle if left alone.
17        And again, the next photograph,
18 number 15, shows the same thing with the
19 special stain where we're looking for the
20 presence or absence of elastic fibers.
21        So here at the periphery where
22 the green arrow shows you, this is normal
23 connective tissue with normal elastic fibers.
24 And now what the yellow arrows is showing

Page 99

1 you, there is very little elastic fibers
2 which again document the scarring alopecia.
3        We'll go to a different
4 follicle, all right, on a deeper cut, all
5 right. So this is B1, level 6. All right.
6 Highest magnification. And now you see clear
7 cuts with these yellow arrows pointing here.
8 There is now a fully formed scar next to a
9 hair follicle which is on the left side of
10 this photograph.
11        And again we photograph -- we
12 do special stains on this particular section.
13 And you see the elastic tissue is gone in the
14 scarring zone, all right, again documenting
15 the fact that this is a scar that's
16 perifollicular fibrosis, it is the prototypic
17 example, it is the exact thing you want to
18 see in early stages of CCCA.
19        And to contrast that, I took a
20 picture of a normal follicle --
21    Q.    Could I stop you there?
22    A.    Sure.
23    Q.    Do you believe Ms. Stewart is
24 in the early stages of CCCA?

Page 100

1    A.    No. This biopsy is taken from
2 an early zone.
3    Q.    I got you. Thank you.
4        Go on.
5    A.    She's in a fairly -- well, I
6 think her CCCA is quite dramatic actually.
7 But let me just finish up. Let me just
8 finish up.
9        So here we have -- this is what
10 normal should look like. So this is an
11 elastic tissue study where you see the normal
12 fibers are actually up against the normal
13 follicle, there is no scarring here. I did
14 this just to contrast the normal with the
15 abnormal. That's picture 18.
16    Q.    All right.
17    A.    Now picture 19 just shows
18 another follicle, all right, with the scar
19 around the upper portion of the follicle,
20 high magnification.
21        Photograph number 20 exhibit
22 again this pallor in the scarring process
23 documenting the fact that this is a true scar
24 because you're losing elastic fibers.

Page 101

1        And this represents -- number
2 21 represents a high magnification of the
3 young scar being formed.
4        And again, number 22 just
5 documents the fact that there's significant
6 loss of elastic fibers, which again proves
7 that this is a scarring alopecia.
8    Q.    All right. And so, Doctor, you
9 said you believe her CCCA is quite dramatic.
10 What do you mean by that?
11    A.    Well, that, you know, I wanted
12 to refer you back to Dr. Nicole Rogers'
13 photographs which I showed you before. Let
14 me pull them up. Okay.
15        So if you can take her
16 photographs, all right, and I want to refer
17 you back to photograph 75, so it's 0075.
18    Q.    Yes.
19    A.    And I want you to see what we
20 have here. Okay.
21        So this hair density is very
22 abnormal. You have zones between the
23 residual hair shafts where there's complete
24 scarring characterized by these cloudy white

1 zones. This is fairly advanced CCCA. Now,
2 the good news for Dr. -- for Mrs. Stewart is
3 that her CCCA is advanced, but it's advanced
4 in a relatively localized area.
5         And I contend that if she came
6 to my office, presented with these findings,
7 again these findings that are completely
8 diagnostic of CCCA, however in a relatively
9 localized zone, I would contend that if I
10 treated her over a six-month course, there's
11 a 60 percent chance that I could regrow
12 50 percent of her hair.
13         Now, this goes back to an issue
14 that we uncovered when we were going through
15 her clinical issues. All right? As far as I
16 can tell, Ms. Stewart never sought the advice
17 of a dermatologist when she was -- when she
18 was experiencing this alopecia. I found that
19 she had been seeing a hair specialist, a
20 Mrs. Rhuebottom, and Mrs. Rhuebottom is an
21 authority on alopecia in the area where
22 Ms. Stewart resides, and she had seen
23 Ms. Stewart for a number of different
24 dermatologic disorders, and she basically was

1 never asked to evaluate her for alopecia, and
2 she was never asked to treat her for
3 alopecia. And it's apparent that, from a
4 medical point of view at least when she went
5 visiting with this particular hair
6 specialist, that there was no evidence that
7 she was concerned about her hair loss.
8         But I again tell you that if
9 she came to me complaining of hair loss, I
10 would have had a significant amount of
11 success in bringing back approximately
12 50 percent of her hair.
13 Q.    And so how would you do that?
14 How would you bring back 50 percent of her
15 hair over a six-month period of time?
16 A.    You go to an algorithmic
17 process by which you start out with
18 intralesional injections of corticosteroids,
19 you can give topical corticosteroids as well,
20 and you start the application of minoxidil.
21 That's the starting place. That's where we
22 start.
23         And then we evaluate her every
24 four to six weeks where she would get repeat

1 reinjections, and we basically do that on a
2 cyclical basis, and we evaluate her scalp
3 after three to four months and see if there's
4 improvement or not.
5         And then if there was just some
6 improvement but not satisfactory improvement,
7 you may add a course of an antibiotic known
8 as doxycycline.
9         And furthermore, there are some
10 doctors, and I have never had to go this
11 route, that would also add what's a
12 calcineurin inhibitor, which is something
13 where it's a type of inhibitor which reduces
14 inflammation. And so -- but I have only used
15 it on rare occasions in patients who have
16 different types of scarring alopecia.
17         So usually my course of action
18 is an algorithmic approach where you start
19 with the simple issues of intralesional
20 injection of Kenalog, topical
21 corticosteroids, and minoxidil.
22 Q.    All right. And so help me
23 understand a little bit. Do you inject the
24 corticosteroids?

1 A.    Yes.
2 Q.    Into the scalp?
3 A.    Yes. We take a very fine
4 needle, and you give certain concentrations
5 of Triamcinolone, which is -- Triamcinolone
6 is a well-known injectable steroid, and it's
7 a very safe type of preparation, only stays
8 in the skin, and it's a known treatment for
9 inflammatory alopecias. So it would reverse
10 the inflammation in her scalp and bring back
11 some of the hairs by reducing the
12 inflammatory response which is causing the
13 scarring.
14         The whole point is you need to
15 stop the scarring. Once the scar is fully
16 established there's no chance that hair
17 follicle will grow anything. So you need to
18 preserve what's there and hopefully bring
19 back some elements of the hair which is
20 possibly in the state where you can retrieve
21 adequate growth.
22         What you're basically trying to
23 do is go after the inflammatory process and
24 hopefully stimulate the stem cells to

Edward R. Heilman, M.D.

Page 106

1 reproduce another good hair.
2    Q.    Would this still work on
3 Ms. Stewart?
4    A.    Yes, I believe that it would.
5 I would love to have the opportunity to treat
6 her.
7    Q.    So you said 50 percent of her
8 hair.  Is that -- what do you mean by
9 50 percent?
10    A.    Okay.  It's an estimate.  Most
11 women who undergo -- who have certain types
12 of alopecia -- and, for example, let's take
13 androgenetic alopecia.  Most women who have
14 androgenetic alopecia don't actually start to
15 truly appreciate the alopecia until
16 approximately 50 percent of their hair is
17 diminished.  And it's not truly diminished in
18 number, it's just diminished in size.
19        Because what happens in
20 androgenetic alopecia is an anagen, a true
21 hair that's produced by a healthy hair
22 follicle is cosmetically -- you know, you can
23 see it.
24        But in a vellus follicle, which

Page 107

1 is what happens in androgenic alopecia, you
2 get transformation of a true anagen follicle,
3 a terminal follicle, to a vellus follicle
4 which is miniaturized, and so the hair
5 follicle may be present, but it's not
6 cosmetically appreciable.
7        So when a patient like that
8 comes in, usually they don't start
9 recognizing the fact that they have hair
10 loss, because it comes -- it's a very gradual
11 change, and what happens is that they don't
12 really appreciate the significance of the
13 hair loss until it's about -- 50 percent of
14 the hair is gone.
15    Q.    Okay.  And so would -- is there
16 a particular part of the scalp that you
17 anticipate that you could have 50 percent
18 improvement if she followed this treatment
19 program?
20    A.    Yes.  I believe that if you did
21 most of this injecting in the areas where she
22 shows the most pronounced alopecia, which is
23 approximately around the vertex, she would
24 have some significant hair growth.

Page 108

1    Q.    All right.  And so the
2 improvement would be to the vertex, is that
3 fair to say?
4    A.    Yes, it would.  And I'm basing
5 my assumption on the fact that I've treated
6 hundreds of patients with this, and I can't
7 tell you that I had success with every one,
8 but my success rate is fairly good.  I'm very
9 happy with my success rate.
10        But more than anything else,
11 you know, you have to sit down and discuss
12 this with the patient.  You have to try to
13 manage their expectation.  And you try to
14 encourage them to go forward with this
15 because, in my belief, we can help them.  And
16 I think her prognosis in my hands would be
17 pretty good.
18    Q.    And so I think earlier you
19 said, look, Ms. Stewart has suffered from
20 CCCA, androgenetic alopecia, traction
21 alopecia, and hair loss caused by hormones, I
22 guess.
23    A.    Let me say hormone inhibitors
24 actually, aromatase inhibitors.

Page 109

1    Q.    Okay.  So are you able to
2 allocate between those four sources what has
3 caused most of her hair loss?
4        MS. COHEN:  Objection to form.
5    A.    Most of her hair loss is due to
6 central centrifugal cicatricial alopecia.
7 And according to my analysis of her hair
8 biopsies, she has overlay of androgenetic
9 alopecia.  And then there's another component
10 of traction alopecia.
11        I am not sure how much the
12 aromatase inhibitors contributed to this
13 clinical presentation.  I think it may have
14 had an effect, but because she is a patient
15 who needs this type of drug to ensure that
16 she has a disease-free interval from her
17 breast cancer, I would not stop it.
18 BY MR. GOMEZ:
19    Q.    You would not stop the therapy?
20    A.    No, I wouldn't.  It's something
21 that's too important for her.
22    Q.    When you say most of her hair
23 loss has been caused by CCCA with an overlay
24 of androgenetic alopecia, is that to the same

Edward R. Heilman, M.D.

Page 110

1  region of the scalp?
2      A.   No.  I think the androgenetic
3  alopecia is much more prominent in the
4  frontal zone than the posterior area.
5      So I think she has traction
6  alopecia mostly around the vertex, and then
7  around that zone and more toward the frontal
8  area of her scalp she has findings of
9  androgenetic alopecia.
10     Q.   Okay.  That was helpful, what
11 you just did.  So can you point on your scalp
12 to where she has CCCA and it's caused her
13 hair loss in that part of her scalp?
14     A.   Can you see my scalp?
15     Q.   Yes.  It looks pretty good.  It
16 looks like you're taking care of your hair.
17 Doctor, you have no problem with healing
18 yourself, or maybe you're just lucky.
19     But point to where the CCCA has
20 caused her hair loss.
21     A.   Okay.  So Mrs. Stewart has hair
22 loss from here to here (indicating).  This is
23 the zone where most of her CCCA is, here to
24 here.

Page 111

1      Okay.  And the areas of
2  androgenetic alopecia are to the sides of
3  that, and it goes frontally up to here
4  (indicating), in front of that.
5      Q.   Okay.  And what about traction?
6      A.   The traction alopecia is in a
7  totally different area.  All right.  Let me
8  show you a picture of that from Dr. Rogers'
9  photographs.
10     So if you look at Dr. Rogers'
11 photographs, 000013 and 00012, these are two
12 really good photographs of what we call the
13 fringe sign.  And the fringe sign usually
14 means that there has been some element of
15 chronic traction alopecia.
16     And this has been documented
17 also in Mrs. Stewart's deposition, which I
18 read.  So she had certain types of hair
19 practices which is fairly common from her
20 cultural background, and she had, you know,
21 braids, cornrows, extensions, various things
22 that put traction in this area, and that's
23 the result of those type of practices.
24     So this is called the fringe

Page 112

1  sign, it is typical and clinically diagnostic
2  of traction alopecia in the appropriate
3  clinical setting, and she is in that
4  appropriate clinical setting.
5      Q.   So where would that be, if you
6  can indicate on your own head?
7      A.   Here (indicating).
8      Q.   All right.  And so in terms of
9  the treatment that you've recommended for
10 Ms. Stewart, would that primarily address the
11 hair loss caused by CCCA?
12          MS. COHEN:  Objection to form.
13     A.   I would like to say that I
14 would attack the CCCA aggressively, but I
15 also use minoxidil because it has an effect
16 on CCCA, and it also has an effect on
17 androgenetic alopecia.  So those would be the
18 two mainstays of my therapeutic approach.
19 BY MR. GOMEZ:
20     Q.   In terms of the traction
21 alopecia, is there anything that we can do
22 for that?
23     A.   I don't know.
24     Q.   Okay.  Nothing that you have in

Page 113

1  mind today?
2      A.   My point is that it's not a yes
3  or no question, because it's very hard to
4  inject that area.  It's very painful.  I
5  would probably just use the topical steroid
6  and see what happens over the three or four
7  months.  I would definitely give it a try.
8      I would make sure she used
9  minoxidil.  All right?  But trying to change
10 that type of alopecia, I think it would be a
11 little bit more difficult.
12     Q.   Okay.  Thank you.
13     So in terms of your work in
14 this case, have you reviewed the report and
15 deposition testimony of Dr. Volpicelli?
16     A.   Yes.  I did review her report,
17 actually more than once, and I can tell you
18 that it was -- I completely agree with
19 Dr. Volpicelli's assessment.
20     Q.   Okay.  That was going to be my
21 question.
22     So you agree with
23 Dr. Volpicelli.  And what is she?  Is she a
24 pathologist?

Page 114

1   A.    She is a board-certified
2   pathologist with a special board
3   certification in dermatopathology.
4       Q.    Right. That's right. I just
5   deposed her. I kind of forgot.
6           So in terms of your job and the
7   work that you did in this case, how is it
8   different from what Dr. Volpicelli did?
9       A.    Well, much of it is quite
10  similar because we're both
11  dermatopathologists, but I have special
12  training in dermatology.
13      Q.    Right.
14      A.    So I can span two different
15  specialties and assess things that
16  Dr. Volpicelli may or may not feel
17  comfortable with. But I'm a dermatologist.
18      Q.    Sure.
19      A.    Dermatologists really -- you
20  know, so it gives me a broader base upon
21  which I can form certain opinions.
22      Q.    I see.
23          Okay. And so you can do all of
24  what Dr. Volpicelli did, but in addition to

Page 115

1   can inform that analysis based upon your
2   background as a dermatologist?
3       A.    My background, my education, my
4   training, the fact that I have a fair amount
5   of experience taking care -- well, I really
6   have a lot of experience taking care of
7   patients with alopecia. I just want to make
8   sure that that's clear.
9           Because as I told you, I mean,
10  in the COVID situation I do see less patients
11  now. But pre-COVID, I mean, I would see --
12  every time I would have a session, whether it
13  was a private practice session or a session
14  at the Kings County Hospital where we see a
15  great deal of patients, before COVID I would
16  see five patients every session at least with
17  some kind of alopecia.
18      Q.    All right. And what about, did
19  you review the report and deposition
20  testimony of Dr. Nicole Rogers?
21      A.    Yes, I did. I did. And again,
22  I feel that she was extremely exhaustive, the
23  photographs were invaluable to me, they
24  helped me evaluate the situation from a

Page 116

1   clinical perspective, and I basically --
2   well, I agree with all her conclusions.
3       Q.    Okay. That's what I was going
4   to ask.
5           No disagreements with either
6   Dr. Rogers or Dr. Volpicelli?
7       A.    That is correct. I have no
8   disagreements with them.
9       Q.    And in terms of the job that
10  Dr. Rogers did from her perspective as a
11  dermatologist, are you able to do all those
12  things as well in this case?
13          MS. COHEN: Objection to form.
14      A.    Yes. If I was asked to perform
15  the same issues, perform the same acts that
16  Dr. Rogers was asked to do, I would probably
17  come up with the same thing as she did. Most
18  likely every one -- and she was very
19  exhaustive, her report was very
20  authoritative, her photographs were amazing,
21  and I agreed with her conclusions.
22  BY MR. GOMEZ:
23      Q.    All right. Let me just kind of
24  pull out your -- well, one moment. Let me

Page 117

1   look at my notes real quickly.
2           MS. COHEN: He just was going
3           to grab a drink, John.
4   BY MR. GOMEZ:
5       Q.    Go ahead. Go off, do your
6   thing, Doctor.
7           So how effective is minoxidil
8   in terms of hair regrowth in 40 to
9   50-year-old men?
10      A.    Very.
11      Q.    Okay. Good to know.
12      A.    So do you want to know the
13  truth?
14      Q.    Yes.
15      A.    I use it.
16      Q.    Well, it's working. I made
17  mention of that earlier.
18          I'm just looking through
19  something real quickly.
20          MS. COHEN: No problem.
21  BY MR. GOMEZ:
22      Q.    So, Doctor, if there was
23  trichomalacia in this case, if there were
24  actually findings of the presence of

Edward R. Heilman, M.D.

Page 118

1 trichomalacia based upon your analysis, would
2 you conclude that there was PCIA?
3         MS. COHEN: Objection to form.
4     A.    No, I can't do that. Let me
5 show you, and I'll try and explain why.
6         If you go to Dr. Sperling's
7 textbook, and in Dr. Sperling's textbook on
8 page 190 --
9         MS. COHEN: I'll just note on
10 the record, I think that's the second
11 edition you have in your hand?
12        THE WITNESS: Yes, it's the
13 second edition.
14        So the second edition,
15 Dr. Leonard Sperling, he's the
16 godfather of dermatopathology hair
17 issues, if you look on page 197,
18 there's a table. Okay. And in that
19 table there's a heading that says
20 "Histologic Features of Permanent
21 Alopecia Secondary to Chemotherapy."
22 BY MR. GOMEZ:
23    Q.    Okay.
24    A.    And in this list you will not

Page 119

1 find anything mentioning trichomalacia.
2         Now, he said there's decreased
3 total follicles, marked increase in
4 miniaturized hairs. We don't have a marked
5 increase in miniaturized hairs in
6 Mrs. Stewart. There are a few and -- well,
7 there's more than a few, but the point is
8 that this issue of miniaturized hairs is what
9 you see in androgenetic alopecia.
10        Increase in the percentage of
11 telogen follicles with miniature follicles.
12 Again, something you see in androgenetic
13 alopecia.
14        Preservation of sebaceous
15 glands; what you see in androgenetic
16 alopecia.
17        And no significant deeper
18 destructive inflammation.
19        More to the point, what's the
20 differential diagnosis here? Androgenetic
21 alopecia.
22        So the point of androgenetic
23 alopecia is very often in many of the
24 articles that I've read, you always come up

Page 120

1 against the fact that this particular
2 diagnosis, androgenetic alopecia, is
3 oftentimes a -- shows the exact same findings
4 that you see in long-standing persistent
5 alopecia secondary to chemotherapy.
6         Now, the problem of why I don't
7 really believe this is a well-described
8 entity is that if you pick another well-known
9 article published by -- written by Fonia, so
10 this is an article, this article is published
11 in, again, the Journal of the American
12 Academy of Dermatology, it's Fonia and Lynn
13 Goldberg and others, the title of this
14 article is "Permanent Alopecia in Patients
15 With Breast Cancer After Taxane Chemotherapy
16 and Adjuvant Hormonal Therapy, Clinical
17 Pathologic Findings in A Cohort of Ten
18 Patients."
19        MS. COHEN: Let me just put on
20 the record for everyone that this is
21 from Dr. Rosic's Exhibit E, number 5.
22        MR. GOMEZ: Thank you.
23    A.    So here is an article which
24 contradicts Dr. Sperling, leading to more

Page 121

1 confusion as to what the criteria are. So
2 here we go.
3         If you look on page 949,
4 Histopathology, and we go to the second
5 sentence, all right, it says, "The histologic
6 sections were evaluated for the presence or
7 absence of sebaceous glands, pigment casts,
8 dysmorphic telogen germinal units,
9 trichomalacia, and inflammation." Then it
10 says, "Fibrous tracts were studied for
11 vascularity versus endstage avascularity."
12        So you have a reputable person
13 who has a whole new set of criteria which
14 contradicts two-thirds of what Dr. Sperling
15 said.
16        Now, I view Dr. Sperling as an
17 authoritative source, although some of the
18 things in his book are not completely
19 authoritative because I don't agree with him
20 all the time.
21        However, my point is that you
22 can go through a number of these articles and
23 see that the criteria differ from article to
24 article, and that is my contention why when I

Page 122

1 train my fellows and my residents that this
2 is a very controversial diagnosis to make, it
3 is difficult diagnosis to make, it is a
4 diagnosis of exclusion, and experts do not
5 agree as to the exact nature of this process.
6 I'll repeat that. Experts do not agree as to
7 the true nature or the criteria for the
8 ability to diagnosis PCIA.
9     Q.    In terms of your role as an
10 expert in this case, do you have any
11 particular criteria that you would feel
12 comfortable in relying upon to diagnosis
13 PCIA?
14         MS. COHEN: Objection to form.
15     A.    Well, I've done it in the past,
16 and I can tell you that the majority of my
17 opinion actually relied on the clinical
18 information that I was given at the time.
19 The histopathology was basically that of an
20 endstage alopecia that was non-scarring. And
21 there was a differential diagnosis that I
22 rendered at the time, and PCIA was in that.
23 BY MR. GOMEZ:
24     Q.    And that was largely based upon

Page 123

1 the clinical history and extrusion of
2 other --
3     A.    Clinical history and the fact
4 that it was an endstage non-scarring
5 alopecia.
6     Q.    Okay. And so what about in
7 terms of your work today, what histologic
8 criteria do you apply to determine whether or
9 not Ms. Stewart suffered from PCIA?
10         MS. COHEN: Objection to form.
11     A.    Well, there's no question that
12 this woman has no evidence of a PCIA in her
13 biopsy, there's not a shred of evidence. And
14 she has substantial evidence that she has
15 significant diagnostic features of central
16 centrifugal cicatricial alopecia,
17 androgenetic alopecia, she has clinical
18 features of traction alopecia. And this is
19 -- much of her alopecia could have been
20 exacerbated by the five-year administration
21 of an aromatase inhibitor.
22         So she has four major elements,
23 right, so there's no possibility of making
24 the diagnosis of exclusion with PCIA when you

Page 124

1 have four major components that can explain
2 why she has what she has today.
3 BY MR. GOMEZ:
4     Q.    Could there have been something
5 in her findings that would have allowed you
6 to diagnosis her with PCIA as opposed to
7 androgenetic alopecia?
8         MS. COHEN: Objection to form.
9     A.    Possibly. And for that we have
10 to go to an article that was written by
11 Tallon. So the author is Ben Tallon. It was
12 published in the JAAD, as I said before a
13 very reputable journal, it's -- for
14 dermatologists it's the most reputable
15 journal. It was published in 2009. And it
16 was also authored by Lynn Goldberg, she's a
17 noted authority on alopecia.
18         I draw your attention to --
19         MS. COHEN: I need to say for
20     the record, I believe, again on
21     Dr. Rosic's list, Exhibit E, number
22     19.
23         MR. GOMEZ: Thank you.
24     A.    So I draw your attention to

Page 125

1 page 335, figure 2, and here is described a
2 histologic finding which has been seen before
3 in other publications, and it's labeled as
4 basaloid epithelium, okay, linear aggregates
5 of basaloid epithelium.
6         And it is purported in this
7 article and in Dr. Sperling's textbook that
8 when you see these types of linear basaloid
9 aggregates, and I'll point you to the
10 pictures in Dr. Sperling's example.
11         So if you go to Dr. Sperling's
12 book, second edition, on page 195, you can
13 see different representations of photographs
14 taken by Dr. Goldberg which are published in
15 Dr. Sperling's book.
16         Top picture, figure 35.1, are
17 different views of these linear aggregates of
18 basaloid cells which are purported to be
19 characteristic findings in PCIA. And you
20 have to see them in number, okay?
21         Now, some might categorize this
22 as, let's say, dysmorphic telogen elements,
23 dysmorphic telogen elements, but they are
24 not. These are very characteristic of an

Edward R. Heilman, M.D.

Page 126

1  entity which has been discovered in the
2  articles -- that are written about in the
3  articles both by Lynn Goldberg and Ben
4  Tallon. And actually she provided -- Lynn
5  Goldberg provided these additional pictures
6  which were published, again, in
7  Dr. Sperling's textbook. I looked high and
8  low for this in all the biopsy material that
9  was provided to me. I never found any of it.
10       So this was another element
11 which, again, it's a newish kind of element
12 that was presented, and, you know, I'm not
13 even sure that it's character -- it's
14 diagnostic of PCIA, but it's said to be
15 characteristic of PCIA. Ms. Stewart has none
16 of this in her biopsies. None whatsoever.
17       So that again takes me out
18 of -- away from the fact that she has PCIA.
19 And I conclude that these findings again tend
20 to make me think that there's no way to
21 diagnosis PCIA, it's not diagnosable in
22 Ms. Stewart.
23       Now, when we get on the topic
24 of small telogen follicles, we now can show

Page 127

1  you -- I can show you another abnormality
2  that was discussed by Dr. Rosic in her
3  rebuttal report. So let me get her rebuttal
4  report here. If can you go to her rebuttal
5  report, and you go to page 2.
6  BY MR. GOMEZ:
7       Q.  All right.
8       A.  And we go down the list here.
9  So she has these bullet points. Okay? The
10 first bullet point is, "Dysmorphic telogen
11 unit (white star)."
12       All right. So this is a low
13 magnification of some -- a blown-up
14 photograph of what she's purporting to
15 call -- what she's purporting to be a
16 telogen, a dysmorphic telogen unit. Okay?
17       So you can see this on a higher
18 magnification in her rebuttal report on page
19 16, I think? Let me get there. Page 13.
20 Again, it's a little out of focus, but you
21 can start to see this here, and this is the
22 white circle that is said to be a dysmorphic
23 telogen unit.
24       All right. Now we have to

Page 128

1  refer back to Sperling's book again. And we
2  go to page 12 in the Sperling second edition.
3  And I draw your attention to page 12, to the
4  picture with inserts in the lower right
5  corner of the page.
6       Are you with me?
7       Q.  Yes.
8       A.  Figure 3.24, and you see that
9  this picture is a composite picture of three
10 distant elements of a telogen follicle.
11       So you have a vertical section
12 of the telogen follicle on the left side of
13 the picture, and then you see each arrow is
14 showing you where the cut is made, and shows
15 you if you make a cut where these arrows are,
16 the small pictures represent exactly what you
17 would see. This is a normal telogen
18 follicle.
19       And I'm telling you that if you
20 look at this particular picture -- and maybe
21 we have even a better picture. Let me see.
22 I don't.
23       If you look at this picture and
24 you compare it to the picture that Dr. Rosic

Page 129

1  puts on the bottom of page 13, that's not a
2  dysmorphic follicle.
3       MS. COHEN: Can you just
4  identify? You just said the picture
5  in Sperling's books compared to Rosic.
6       THE WITNESS: So the picture in
7  Sperling's book is labeled 3.24 on
8  page 12, it's the lower right insert,
9  and it's labeled as a normal
10 telogen -- it's basically a normal
11 secondary hair germ or telogen germ
12 unit.
13       All right. And I contend that
14 this particular hair germ unit, which
15 is normal, is exactly what you're
16 seeing in Dr. Rosic's rebuttal report
17 in the photograph at the bottom of 13.
18 There is no -- there is absolutely
19 nothing here that makes that a
20 dysmorphic telogen follicle. It is
21 incorrectly labeled.
22       That another element that
23 didn't -- that I completely disagreed
24 with with Dr. Rosic.

Edward R. Heilman, M.D.

Page 130

BY MR. GOMEZ:

Q. All right. Thank you so much.

Anything else in her rebuttal report that you disagree with and want to bring our attention to?

MS. COHEN: Objection to form.

A. No. I think there is an issue here of Dr. Volpicelli finding something called -- well, no, I'm just going to leave it at that.

BY MR. GOMEZ:

Q. All right. And so I know that you had referenced that you had studied under Bernard Ackerman.

A. Yes.

Q. Do you know what his position is on whether PCIA is a valid finding, a valid dermatopathological finding?

MS. COHEN: Objection to form, foundation.

A. I would only work with Dr. Ackerman insofar as my taking over his fellowship. And most of the encounters I've had with him from the 1990s up until the time

Page 131

he died was basically administrative, and on occasion I would actually come in to see certain cases that I referred to him. I don't ever recall discussing PCIA with him.

BY MR. GOMEZ:

Q. So he's passed away. I sort of figured that out from the timing.

A. Yes.

Q. Thank you. Let's see.

So in this case, I think that you said you were approached by the law firm, and then, you know, worked with the lawyers to -- let me look for the term you used. You talked to them about the nature of the defense.

So do you believe that you being hired by the lawyers and working on the nature of the defense, do you believe that that caused you to have any bias in this case?

MS. COHEN: Objection to form.

A. I have no bias. I approached this completely from an objective point of view. I established the differential

Page 132

diagnosis, which included PCIA, and after careful analysis of both the clinical presentation, the history of the patient, after analyzing her deposition and all the information I've been provided with, plus all the articles that I've read, plus careful analysis of the slides that were provided to me, there's no evidence whatsoever of PCIA. That is my objective, unbiased opinion.

BY MR. GOMEZ:

Q. I'm kind of -- the great thing about a witness that is eager about expressing his opinions is that when I get to my stack of stuff I can skip a lot of stuff. So I'm looking for stuff that remains. So bear with me, if you will.

A. No problem.

MS. COHEN: John, do you want to -- it's quarter of 1 now, I don't know how long you have, do you want to try to take a break for lunch?

MR. GOMEZ: Yeah. Oh, it's quarter of 1 for you guys?

MS. COHEN: Yeah, ten of 1.

Page 133

MR. GOMEZ: Yeah, let's do it, because then I can kind of reorganize and it would probably expedite the remainder of the deposition.

MS. COHEN: Okay. I know it's a little early there.

MR. GOMEZ: That's what I've been doing in these cases, I start early, you guys start a little later, and I have like a brunch.

MS. COHEN: Okay. Have your Bloody Mary brunch.

MR. GOMEZ: No Bloody Mary's with brunch.

How much time do you guys want?

MS. COHEN: 30 minutes, is that okay?

MR. GOMEZ: Make it 45, and then I can grab something and get organized.

MS. COHEN: Okay. That's okay with us.

MR. GOMEZ: So let's plan on, let's see, 12:45 --

Page 134

1    MS. COHEN:  Is that okay with
2  the court reporter, Maureen and
3  others, are you okay?  Videographer?
4    THE STENOGRAPHER:  That's fine.
5    MR. GOMEZ:  1:35 your time, is
6  that all right?
7    MS. COHEN:  Sure.  1:35 we'll
8  be back on.
9    MR. GOMEZ:  All right.
10  Excellent.  Thank you, guys.
11    Thanks for the hair tip,
12  Doctor.
13  A.   Any time.
14    THE VIDEOGRAPHER:  The time is
15  approximately 12:49 p.m.  We are now
16  going off the record.
17    (Whereupon, a luncheon recess
18  was taken.)
19
20
21
22
23
24

Page 135

1    AFTERNOON SESSION
2
3    THE VIDEOGRAPHER:  The time is
4  now approximately 1:36 p.m.  We are
5  now going back on the record.
6  BY MR. GOMEZ:
7  Q.   Welcome back, Doctor.  Can I
8  direct your attention to page 26 of your
9  report, please?
10  A.   26 of my report.
11  Q.   And I'll just -- let's see
12  here.
13    MR. GOMEZ:  I'll mark -- I
14  think the report has already been
15  marked as Exhibit 3, you said, Lori?
16    MS. COHEN:  Yes.
17  BY MR. GOMEZ:
18  Q.   Are you there, sir?
19  A.   Yes, I have 26.
20  Q.   All right.  And at the bottom
21  of that page you state, "Histologic findings
22  in persistent hair loss after chemotherapy,"
23  and then you have -- one, two, three, four,
24  five, six -- seven findings with a citation

Page 136

1  to Kolivras, which I think we may have
2  discussed earlier.
3    Are these the findings that you
4  would be looking for if you were attempting
5  to find persistent hair loss?
6    MS. COHEN:  Objection to form.
7  A.   These would be a large
8  component of what I'd be looking for, yes.
9    But, you know, I did look for
10  all these things, and I really didn't agree
11  with the findings of Dr. Rosic, and my
12  explanation, there were no decreased total
13  number of hair follicles, there was certainly
14  not a marked increase percentage of
15  miniaturized hairs.
16    There was no increase in number
17  of telogen hairs, the sebaceous glands were
18  more or less preserved, although I also saw
19  some zones where they might have been
20  slightly decreased.
21    There was actually -- there was
22  no deep destructive inflammation, but there
23  was certainly a great deal of inflammation
24  superficially.

Page 137

1    And there was absolutely no --
2  and I searched for these, these linear
3  columns of basaloid epithelium, absolutely
4  not there, gone, non-existent.
5    And this was not a scarring
6  alopecia.  Dr. Rosic classified it as a
7  scarring alopecia.  As I said before, she
8  must be only one in the world who did that.
9  There was no fibrosis.
10  BY MR. GOMEZ:
11  Q.   All right.  Thank you so much.
12  And so let's turn to page 27, the next page
13  in your report.
14    Looking at that figure 2, which
15  comes from the Tallon article, that may have
16  been the one you discussed, I can't recall.
17  A.   It is, concerning this issue.
18  Q.   Okay.  Very good.
19    And so as you look at that
20  figure 2, what does that show that you did
21  not see in Ms. Stewart's samples?
22  A.   So what you're looking at on
23  these collections of these deep blue staining
24  small cells, all right, and there in somewhat

Edward R. Heilman, M.D.

Page 138

1  of a linear arrangement.  And these blue
2  cells represent what we call basaloid
3  differentiation.
4          And so it is important that in
5  cases of PCIA, these linear aggregates of
6  these blue staining cells would be seen in
7  number in the deep portions of the biopsy,
8  and therefore that would lead one to
9  conclude -- or lead one to possibly arrive
10  at, you know, some additional information
11  purporting diagnosis of PCIA.  This was
12  absolutely not present in any of the biopsies
13  that I looked at.
14          And I also add that
15  Dr. Volpicelli looked at these slides, and
16  this was not present in Dr. Volpicelli's
17  analysis.
18          So my point is that both she
19  and I are in perfect synergy, in perfect
20  agreement with the lack of histologic
21  findings that would seem to support any
22  diagnosis of PCIA, and instead we are in
23  complete agreement that the major issues are
24  one of scarring alopecia of CCCA,

Page 139

1  androgenetic alopecia, and the possibility of
2  an exaggerated form of changes seen with
3  aromatase inhibitors.  So -- and I must add
4  that, you know, Dr. Volpicelli and I arrived
5  at that conclusion quite independently.
6          Also I might add in addition,
7  when I went through careful analysis of
8  Dr. Rogers' expert report, independently all
9  three of us arrived at the same conclusion.
10  And so I find that quite, you know,
11  satisfying that we seem to all agree as to
12  what are the major causes of alopecia, and we
13  seem to agree there is absolutely no
14  diagnostic evidence that this woman has PCIA.
15      Q.    So you were unaware of the
16  opinions of Drs. Rogers and Volpicelli at the
17  time that you came to your opinions?
18      A.    I was totally unaware.  We
19  worked independently.
20      Q.    All right.  Let's turn to
21  page 28, the next page.  And so what is this
22  figure 35.1 intended to demonstrate?
23      A.    This is just a more exaggerated
24  presentation of these linear basaloid cells

Page 140

1  which I just previously described for you.
2  And these are photographs that were provided
3  by Dr. Lynn Goldberg to Dr. Sperling in his
4  publication of the second -- his second
5  edition of the textbook.
6          And what this is meant to
7  accentuate, the fact that finding one of
8  these things doesn't necessarily mean
9  anything.  If you see multiple ones of these
10  the authors purport that this is the
11  characteristic finding of PCIA, and I again
12  stress the fact that we searched high and low
13  for this, and Dr. Volpicelli and I could not
14  find it.
15      Q.    All right.  Very good.
16          And so you had -- I think you
17  said a number of times, you know, I'm going
18  to paraphrase, but there may have been some
19  confounding effect of aromatase inhibitors?
20      A.    Yes.
21      Q.    And I know you were able to
22  point out on the head where you thought the
23  CCCA was and the androgenetic and the
24  traction.  Are you able to identify any

Page 141

1  particular part of hair loss that aromatase
2  inhibitors may have contributed to?
3          MS. COHEN:  Objection to form.
4          Go ahead.
5      A.    I would not be able to tease
6  apart the findings to differentiate it from
7  her androgenetic alopecia.
8  BY MR. GOMEZ:
9      Q.    Okay.  So how --
10      A.    The likely cause that her
11  alopecia was probably exacerbated by the
12  aromatase inhibitor, okay, but histologically
13  you find very similar findings.  In fact,
14  it's very hard to say.
15          But because it's five years of
16  aromatase inhibitors, and there are numbers
17  of articles having to do with, you know, this
18  type of aromatase inhibitor, that it actually
19  causes alopecia in cancer patients -- I could
20  direct you to an article that was published
21  by Azael Freites-Martinez, all right.  This
22  is from JAMA Dermatology 2018.
23          MS. COHEN:  This is the Rosic
24          Exhibit E to report her report list

Edward R. Heilman, M.D.

Page 142

1  number 6.
2      THE WITNESS:  That's a
3  different one.
4      MS. COHEN:  Oh, that's a
5  different one.  Okay.
6      THE WITNESS:  That was the
7  second one you found for me, remember?
8      So this article here takes
9  patients who do not have any -- the
10 patients in this list were not
11 included in this study, if they had
12 any of the chemotherapeutic agents
13 used in routine breast cancer.
14     All they were treated with, as
15 far as I can understand, were
16 tamoxifen and aromatase inhibitors,
17 right?  And this states quite clearly
18 that they also had significant
19 alopecia secondary, secondary to the
20 aromatase inhibitors.  Right?
21     But the major piece of this
22 situation is that they treated these
23 patients with minoxidil and
24 spirolactone.  And if you look at the

Page 143

1  results and the conclusions, the
2  results state the following.  "After
3  treatment with topical minoxidil,
4  moderate or significant improvement of
5  alopecia was observed in 37 of 46
6  patients."
7      So in other words, they had
8  patients, no chemotherapy, breast
9  cancer, treated with hormonal
10 issues -- antihormonal medication, and
11 they reversed a great deal of it using
12 minoxidil.
13 BY MR. GOMEZ:
14     Q.   All right.  And so I don't know
15 if I've understood or not, but you would
16 expect the confounding effect of aromatase
17 inhibitors to be in the same region where we
18 previously described androgenetic alopecia,
19 is that true?
20     MS. COHEN:  Objection to form.
21     A.   Yes.  That was what I was
22 trying to convey to you, yes.
23 BY MR. GOMEZ:
24     Q.   Okay.  Thank you.

Page 144

1      And so let's turn to page 29 of
2  your report.  So if you could explain to me
3  the point you're trying to make here with
4  these four slides in reference.
5      A.   Okay.  So these are also
6  important features purported to be
7  characteristic of PCIA.
8      Now, the two pictures -- the
9  two pictures on the left, A and B, basically
10 state that these are the types of changes you
11 see in telogen.  All right?  So you have
12 miniaturized telogen hair follicles in B and
13 C, because you have an increased number of
14 telogen.  And again, this is basically not
15 been seen in the biopsies that were provided
16 for us by Dr. Rosic.
17     All right.  But on the
18 right-hand side, you come across the
19 different criteria that they were trying to
20 establish.  So I'll point your attention to
21 the D picture.
22     What you see are these two
23 circular construction, these two circular
24 areas here, they look like little round

Page 145

1  areas.  And they're pale pink compared to the
2  darker pink in the surrounding tissue.  These
3  pale pink areas are said to be fibrous
4  streamers or stellae, all right, and they
5  have characteristics of what they call
6  avascularity.
7      In other words, these
8  particular streamers, all right, are -- they
9  don't have significant blood vessels that
10 normal streamers would have.  So this again
11 is a finding that's been listed in some
12 publications regarding another finding that
13 can be considered characteristic in PCIA
14 where you have these increased fibrous
15 streamers, and there is very few blood
16 vessels treating these fibrous streamers.
17     So that's again a criteria that
18 some people use, some people don't use.  And
19 again, it just lends credence to my opinion
20 that the criteria used to establish the
21 histologic diagnosis of PCIA is far from
22 being settled.
23     Q.   All right.  Thank you.  Let's
24 turn to the next page, 30.  And you show

Edward R. Heilman, M.D.

Page 146

1  this, I guess, photograph of a normal, or
2  nearly normal total number of follicles in a
3  patient treated with docetaxel.
4       So what are you trying to
5  demonstrate here?
6       A.   Well, if you compare this
7  particular picture with every single slice
8  that was available to us both from the
9  horizontal sectionings from Dr. Rosic and the
10 horizontal sections of Dr. Volpicelli,
11 there's not going to be any fields anywhere
12 that even mimics this.  That's the first
13 point.
14      The second point is it says,
15 "normal or nearly normal total number of
16 follicles."  Well, we have Dr. Rosic's
17 pathology report, and she clearly states that
18 there is a marked decrease in the number of
19 hair follicles on her pathology report, Bates
20 labeled -- let me see what the number is.
21 This is a little bit different than what I
22 had, but it's essentially -- let me see,
23 where is it?  Here it is.  It's
24 Stewart-00502.  Okay.

Page 147

1       All right.  She says in the
2  last sentence under the "Comments," "Due to
3  the presence of above, and the significantly
4  decreased hair density, androgenetic alopecia
5  is unlikely."
6       I refuted this by showing you
7  that she hardly has any decrease whatsoever,
8  and I included this picture to refute that
9  statement, because this picture from noted
10 authority David Whiting shows that there is
11 no decrease in the number of follicles.
12      So this is another deficiency I
13 was trying to bring out in discussing some of
14 the things that are lacking in Dr. Rosic's
15 pathology report.  And there's just a number
16 of gross inaccuracies and outright
17 misinterpretations.
18      Q.   All right.  Thank you so much.
19      Next page, 31.  You're showing
20 a marked increase in the percentage of
21 miniaturized hairs.
22      A.   Correct.
23      Q.   I'm assuming that you're saying
24 that this is not what Ms. Stewart looked

Page 148

1  like, and there weren't a marked increase in
2  the percentage of miniaturized hairs, is that
3  fair to say?
4       A.   Well, I'm not assuming.  This
5  is a fact.  I mean, these are significant
6  number of miniaturized hair follicles, and by
7  her count she never came up with a
8  significant number of miniaturized follicles.
9       Q.   All right.  Thank you.
10      And let's see here.  Has
11 Ms. Stewart suffered a loss of non-scalp
12 hair, that is a loss of eyebrows and body
13 hair?
14      MS. COHEN:  Objection to form.
15      A.   I assume, I think it's
16 perfectly understandable during the acute
17 stages of chemotherapy -- in the
18 administration of chemotherapeutic agents
19 when she was first going through six rounds
20 in an effort to help her with her metastatic
21 breast cancer, she probably lost a lot of
22 hair everywhere.  But according to what I
23 read in her deposition, she regrew a great
24 deal of air all over the place.

Page 149

1       Now, with regard to her
2  eyebrows, according to what I read from
3  Dr. Rogers and Dr. Rogers' deposition and
4  Ms. Stewart's deposition, she was an eyebrow
5  plucker.  She did not want to have thick
6  eyebrows.  So for many years, probably way
7  before she even had breast cancer, she
8  plucked her hairs.
9       And I can tell you that chronic
10 plucking of hairs will result in permanent
11 alopecia, and that's what I think accounts
12 for the hair loss in her eyebrows.
13      Q.   All right.  Let me turn you to
14 page 44, please.  So there's at the bottom
15 there, just to give you reference, there's
16 discussion of diffuse thinning that Dr. Rosic
17 describes, and I think that you are saying
18 that based upon your review of the
19 photographs you don't see that.  Well, let me
20 just ask you.
21      Does Ms. Stewart suffer from
22 diffuse thinning or not?
23      A.   There is no thing in her
24 occiput.  There are no thinning in zones just

Edward R. Heilman, M.D.

Page 150

1  above her ears, except where we see some
2  degree of alopecia secondary to traction.
3  Aside from the traction along the sides of
4  her head and in the occiput, there is
5  absolutely no diffuse thinning whatsoever.
6      Q.    Let me turn you to page 47, and
7  the bottom figure, figure 11 --
8      A.    Yes.
9      Q.    -- where the blue arrow is.
10     A.    Yes.
11     Q.    Do you believe that that could
12  be a dilated eccrine joint duct?
13     A.    No, not the blue one.  The
14  green one.
15     Q.    The green one.  That's a
16  diluted eccrine duct?
17         MS. COHEN:  Objection to form.
18     A.    Well, it can be characterized
19  as a dilated eccrine duct, and I call it what
20  Dr. Ackerman called it, a syringomatous
21  metaplasia, and this syringomatous metaplasia
22  is a specific finding for scarring alopecia,
23  and it was an omission, another inconsistency
24  in Dr. Rosic's report.

Page 151

1         You have a punch biopsy with
2  actually no hairs here.  All right?  She had
3  characterized this picture as showing fibrous
4  fibrosis in which there's a trichomalacia.
5  There's no trichomalacia.  There are naked
6  hair follicles in the scarring domes.
7         And what I'm trying to show
8  with the green arrow, and if you go to the
9  next picture --
10         MS. COHEN:  Which one is that?
11         THE WITNESS:  Wait.  I'm not
12     there yet.
13         Page 53.  All right.  So I
14     changed it to a blue arrow, looking at
15     15a.  All right.  And now on the next
16     page, on 54, figure 16 and 17, I blew
17     it up even more.
18         So here you see what could be
19     characterized as dilated eccrine duct,
20     but it's not important what you call
21     it, Dr. Ackerman called it
22     syringometaplasia, I adopted his
23     nomenclature, it's not important what
24     you call it.

Page 152

1         It's important on what it
2  means.  It means there has been
3  destruction of a follicle, and no hair
4  will ever grow in that zone again.
5  There is scarring here.
6         Now, it doesn't tell you what
7  the nature of the scarring -- it
8  doesn't tell you why it scarred.  You
9  can see it in lichen planopilaris, you
10  can see it in endstage alopecia
11  areata, you can see it in CCCA.  It
12  doesn't tell you what the diagnosis
13  is.  But it does tell you is that this
14  is a marker for scarring alopecia.
15  BY MR. GOMEZ:
16     Q.    All right.  Let me turn you to
17  page 67, if I can.
18     A.    67.  Yes.
19     Q.    This is your right above your
20  signature here.
21     A.    Yep.
22     Q.    You talk about demonstrative
23  models that you could use at trial.
24         Do you have any demonstrative

Page 153

1  models in mind that you would use at trial?
2         MS. COHEN:  Objection to form
3     at this time.
4     A.    No.  What I'm trying to say is
5  this was a paragraph which contains a certain
6  amount of legalese, and it was a paragraph I
7  totally agreed with, so it's actually my
8  words with some legalese inserted in here,
9  and my -- and my main issue is that I'm
10  reserving the right to use material that has
11  not been produced to this point.
12  BY MR. GOMEZ:
13     Q.    All right.  Thank you.  I'm
14  going to turn you to Exhibit 5.
15         (Whereupon, Heilman Exhibit
16     Number 5 was marked for
17     identification.)
18         MR. GOMEZ:  I'm not sure if --
19     this is the updated reliance list that
20     I think we were provided sometime --
21         MS. COHEN:  Yes.
22         MR. GOMEZ:  Sometime last
23     night.
24         MS. COHEN:  I think this went

Edward R. Heilman, M.D.

Page 154

1    out last night, this version of it,
2    but I don't think it's that different
3    from -- yeah, this is the updated
4    materials provided list, right?
5        I've just handed it to him,
6    John.
7        MR. GOMEZ:  Perfect.  Thank you
8    for that.
9    BY MR. GOMEZ:
10       Q.    Doctor, there's 40 pages, so we
11   don't need you to look at them all.  I
12   imagine you helped, you know, ensure this was
13   accurate.
14       Am I safe to assume that
15   Exhibit 5 contains the materials that you
16   reviewed and relied upon in terms of coming
17   to your opinions in this case?
18       A.    Yes.
19       Q.    All right.  Let's put that away
20   then.
21       I've got to pull up again my
22   exhibits.  I accidentally got out of them.
23       MR. GOMEZ:  I think, Court
24   Reporter, do I have 6 and 7, is that

Page 155

1    what remains?
2    BY MR. GOMEZ:
3        Q.    Exhibit 6 is your notice of
4    deposition.
5        (Whereupon, Heilman Exhibit
6        Number 6 was marked for
7        identification.)
8    BY MR. GOMEZ:
9        Q.    Have you looked at that?  Have
10   you reviewed that, Doctor?
11       MS. COHEN:  I think 6 on our
12   list anyway, John, are the invoices.
13   7 is the notice, and 8 is the
14   objections.
15       MR. GOMEZ:  Oh.  Terrific.
16   Thank you for that.  I just did a -- I
17   just messed up and got out.  I'm going
18   to go back into my little folder here,
19   so give me a moment if you would.
20   BY MR. GOMEZ:
21       Q.    So Exhibit 6 -- thank you,
22   Counsel.  What I have as Exhibit 6 is you --
23   are copies of your invoices through, it looks
24   like a date of July 24th.

Page 156

1        Does that sound like the last
2    invoice that you sent out?
3        A.    The last one?
4        Q.    If they're in chronological
5    order, which they usually are.
6        A.    Yes.  July 24th is the last
7    one.
8        Q.    All right.  So since then and
9    in preparation for your work in this case,
10   how many hours have you worked on this file,
11   about?
12       A.    25.
13       Q.    25.  Okay.
14       And what's your hourly rate for
15   your work in this case?
16       A.    $350 an hour.
17       MS. COHEN:  I already told him
18   it was too low compared to everyone
19   else.
20       MR. GOMEZ:  You don't want to
21   look at the other invoices, I'll tell
22   you that.  You're going to get mad,
23   Doctor.
24       ///

Page 157

1    BY MR. GOMEZ:
2        Q.    So for today's work, do you
3    have a set rate, or are you still on the same
4    hourly rate?
5        A.    No, I have a set rate of
6    $3,000.
7        Q.    3,000.  Okay.  Very good.
8        And have you been retained by
9    Sandoz to look at any cases other than
10   Ms. Stewart's?
11       A.    No.
12       Q.    Okay.  Very good.  Thank you.
13       (Whereupon, Heilman Exhibit
14       Number 7 was marked for
15       identification.)
16   BY MR. GOMEZ:
17       Q.    Then let's go to Exhibit 7,
18   which will be your notice of deposition.
19       A.    Yes.
20       Q.    And there are some requests for
21   documents.  And your counsel on behalf of her
22   client, and I guess you too, filed some
23   response, some objections, which we'll attach
24   next.

Edward R. Heilman, M.D.

Page 158

1    Did you make your best effort
2 to provide all the documents that we
3 requested and that were not objected to?
4    A.    I did.
5    Q.    All right.  Excellent.  Thank
6 you.
7         (Whereupon, Heilman Exhibit
8    Number 8 was marked for
9    identification.)
10    MR. GOMEZ:  Then just for
11    completion of the record, I'll just
12    attach this lovely and well-written
13    objections, Lori.
14    MS. COHEN:  Thank you.
15 BY MR. GOMEZ:
16    Q.    And then for me, I would say,
17 Doctor, you know if we were to include your
18 written report and what we've talked about
19 today, do you believe that you've provided us
20 all the opinions that you intend to render in
21 this case?
22    MS. COHEN:  I'll just make an
23    objection to that.
24    A.    No.  I may have some additional

Page 159

1 opinions.
2 BY MR. GOMEZ:
3    Q.    All right.  Do you have
4 additional opinions as you sit here today?
5    A.    Yes.
6    Q.    All right.  What are those
7 additional opinions?
8    A.    Well, in Dr. Rosic's rebuttal
9 report she wrote down some criticisms of
10 Dr. Volpicelli and I, and I take great
11 exceptions to her criticisms.  I don't agree
12 with them, and I believe that they are wrong.
13    Q.    Okay.  And so are there some
14 particular criticisms that you would like to
15 direct our attention to?
16    MS. COHEN:  There was a time
17    they were in front of him.
18    MR. GOMEZ:  We had it.
19    MS. COHEN:  It's right here.
20    We've got it.
21    MR. GOMEZ:  Thank you.
22    A.    So okay, if you go to page 27
23 of her rebuttal report, in the second
24 paragraph up from the bottom, the first

Page 160

1 sentence says, "Dr. Heilman, like
2 Dr. Volpicelli, confuses findings in the
3 biopsies (his interpretations of sections)"
4 -- and then she goes on and lists all the
5 slides we see -- "with those of androgenetic
6 alopecia, which he then states cannot be
7 distinguished from hair loss induced by
8 aromatase inhibitors."
9         That is completely incorrect.
10 All right.  What I'm saying is incorrect is I
11 don't confuse anything.  There is no
12 confusion here whatsoever.  So I take great
13 exception to her critique on that.
14         And she also goes on to say
15 that we failed to provide pathologic evidence
16 in any section to confirm alopecia areata or
17 hair loss of aromatase inhibitors.
18         Well, the point is that I
19 clearly outlined all the criteria that was
20 even mentioned in Dr. Rosic's pathology
21 report.  Once you eliminate the error of the
22 addition of trichomalacia, I showed you quite
23 clearly that there's androgenetic alopecia,
24 and androgenetic alopecia and aromatase

Page 161

1 inhibitors show the exact same finding under
2 the microscope.
3         So there are a number of issues
4 here that she critiques, and I find them
5 very, very insulting.  I just think they're
6 wrong.  I mean, they're just inaccurate.
7 Okay?
8         And to boot, I want to take
9 your attention to page 29.
10    Q.    I'm there.
11    A.    So if you look at the top
12 picture in page 29, and I will read the
13 description underneath it.  It says, "Typical
14 image of androgenetic alopecia with solar
15 elastosis, dermal atrophy, variably sized
16 hair follicles and reduced sebaceous glands."
17         All right.  Now I bring your
18 attention to the first thing she mentions.
19 She mentions solar elastosis.  All right?
20         Now, I want to draw your
21 attention to the upper portion of this
22 photograph.  And you will note in that
23 photograph there's very cloudy blue stuff in
24 the upper portion of the dermis.  This cloudy

Edward R. Heilman, M.D.

Page 162

1 blue stuff is accurately identified as solar
2 elastosis, but this cloudy blue stuff cannot
3 come from a woman of color.  There is no way,
4 shape, or form you can get this degree of
5 solar elastosis in a black woman.
6         So I think this is a very
7 unfair picture to put in this particular
8 expert report, and I take great exception to
9 it.
10     Q.    All right.  Anything else?
11     A.    I think that, you know, what I
12 think is quite outstanding in this particular
13 case is I've gone through a list of maybe 15
14 or 20 deficiencies that Dr. Rosic generated,
15 and I feel very confident that I -- it's not
16 a question of opinion, these are facts, and
17 the facts speak for themselves.
18         And I have to also mention that
19 the other physicians who were listed as
20 expert witnesses in this case, Dr. Rogers and
21 Dr. Volpicelli and I, arrived at the same
22 conclusions independently without ever having
23 discussed this or exchanged any information,
24 and I say that unequivocally.

Page 163

1         And so, therefore, in my
2 opinion, there is absolutely no chance that
3 this woman has PCIA, she has four major
4 reasons why she's suffering from alopecia,
5 her alopecia is definitely reversible
6 although she never went to the doctor and
7 asked for treatment, which is kind of
8 interesting, but nonetheless, that's what she
9 did.  And I feel that if she never had breast
10 cancer and never was treated with
11 chemotherapy, she would have the exact same
12 finding that she has today.
13     Q.    Had you heard of Dr. Rosic
14 before you began your work in this case?
15     A.    Yes, I was familiar with her
16 name, but I know very little about her.  I
17 have never met her.  And we chairmen tend to
18 know who is who and where they are, but I've
19 never met her.
20     Q.    All right.  Did you ask around?
21 Did you ask your colleagues about her
22 reputation?
23     A.    No.  I didn't think it was
24 necessary.  And since I was going to be

Page 164

1 getting involved in this case I wanted to
2 keep it that way.
3     Q.    Do you have any criticism of
4 her training or education?
5         MS. COHEN:  Objection to form,
6 foundation.
7     A.    Well, I'm not familiar with the
8 type of education you get in Belgrade.  I'm
9 totally unfamiliar with the type of education
10 she gets there.
11 BY MR. GOMEZ:
12     Q.    Other than that?
13     A.    Well, her fellowship was done
14 in a respected institution.
15         MR. GOMEZ:  All right.  Okay.
16 That's all the questions I have,
17 Doctor.  I appreciate your time.
18 Thank you.
19         I don't know if your lawyer has
20 questions today.
21         MS. COHEN:  I may just have a
22 few follow-ups.  Do you want to take a
23 break, or do you want to keep going?
24         THE WITNESS:  I want to keep

Page 165

1 going.  Are you ready?
2         MS. COHEN:  I am ready.  Thank
3 you.
4         So if everybody else --
5         THE WITNESS:  Do you I face you
6 or --
7         MS. COHEN:  You can face that
8 way, because then we'll get to have
9 your beautiful face and hair on
10 camera, so it will be helpful to see
11 that.
12         So I want to just mark a couple
13 of exhibits because I don't think they
14 were marked, and I just want to make
15 sure we're not looking for them later,
16 and they were ones that were
17 referenced.
18         So, John, one of these is the
19 Freites-Martinez article that was not
20 part of the 22 attached to Dr. Rosic
21 report, so I just want to make sure we
22 have that handy.
23         We'll mark that one as, I guess
24 that will be Exhibit 9.

Edward R. Heilman, M.D.

Page 166

1     I think Karen and Don, my team
2   might be on, they'll load that up.
3        Again, this is called
4   "Endocrine Therapy-Induced Alopecia in
5   Patients With Breast Cancer."  That
6   will be Exhibit 9.
7        (Whereupon, Heilman Exhibit
8   Number 9 was marked for
9   identification.)
10            EXAMINATION
11  BY MS. COHEN:
12     Q.    Just for the record, is this
13  the one that you talked about earlier,
14  Doctor?
15     A.    Yes, this is the one I referred
16  to.  These were the patients who were
17  selected in having no evidence of
18  chemotherapy for their cancer.
19     Q.    The other thing that you
20  referred to, I'll mark this as Exhibit 10, I
21  think we all this have this, but this will be
22  the Dermatology Surgical Report, and also the
23  clinical report from Dr. Rosic.  The Bates
24  numbers from the plaintiff are 502 to 507.

Page 167

1        (Whereupon, Heilman Exhibit
2   Number 10 was marked for
3   identification.)
4   BY MS. COHEN:
5     Q.    And I'll just hand this to you
6   and ask, is this what you were looking at
7   earlier as well?
8     A.    Yes, it is.
9        MS. COHEN:  So, John you'll
10  have those uploaded as well, so will
11  the court reporter.
12     Q.    Just a few followup questions I
13  want to get to potentially.  Let me look
14  through my notes here.  I'll look at my
15  notes.
16     Earlier on in the deposition,
17  Dr. Heilman, Mr. Gomez was talking about your
18  experience with PCIA, and you and he
19  discussed one PCIA case 15 years ago.
20     Do you know whether that
21  patient had Taxotere?
22     A.    Unlikely, because I'm pretty
23  sure -- well, I'm certain that that patient
24  had a bone marrow transplant, so I'm pretty

Page 168

1   sure that there's absolutely no evidence of
2   docetaxel in that case.
3     Q.    Okay.  Again, that was -- you
4   said it was 15 years ago?
5     A.    About 15 years ago.
6     Q.    Okay.  So based on that date,
7   would Taxotere have been available?
8     A.    I think Taxotere came about
9   1996 or '7, so it would have been, yes.
10     Q.    But based on your recollection,
11  was there any Taxotere involved in that
12  patient?
13     A.    No, there no Taxotere involved.
14     Q.    Let's see.  You were asked
15  questions by Mr. Gomez about, again, your
16  consideration of PCIA when you have analyzed
17  patients with alopecia or hair loss.
18        Have you considered PCIA in the
19  past?
20     A.    Yes, I have.  But biopsies
21  with -- when we get a biopsy, all right, as I
22  said before, we basically have this list of
23  possible cases that kind of present with
24  non-scarring alopecia, so because we have

Page 169

1   this whole list, and non-scarring alopecia
2   has -- included in non-scarring alopecia, you
3   know, PCIA is there.  So we are -- you know,
4   if you -- we attempt to be complete, so we
5   will consider this, generally speaking, when
6   we're just looking at the slides without any
7   history whatsoever, we will include this in
8   our differential diagnosis.
9     Q.    Another question, Dr. Heilman,
10  is Mr. Gomez looked at your report, I believe
11  it was Exhibit 3, and then we have Exhibit A
12  to your report which occurred from B page.
13  Do you recall that he went over some aspects
14  of that with you?
15     A.    Yes.
16     Q.    He asked you some questions
17  about the words hair loss and alopecia
18  related to your curriculum vitae.  I just
19  want to ask you straight out.  Describe for
20  us, how much experience do you have with hair
21  loss and alopecia?
22     A.    My whole life I've been dealing
23  with patients who have had hair loss and
24  alopecia, and it's part of my job to not only

Edward R. Heilman, M.D.

1  deal with patients, it's part of my job to
2  teach everything there is to teach about hair
3  loss and alopecia because I'm responsible for
4  teaching residents, medical students, and
5  fellows.
6        And so -- plus, you know, I am
7  an expert in analyzing hair biopsies under
8  the microscope.
9      Q.    In addition to that, do you
10  believe you're an expert in the clinical
11  treatment of hair loss and alopecia as well?
12      A.    Yes, I am an expert in the
13  clinical diagnosis and treatment of hair
14  loss.
15      Q.    And is it something that you
16  treat regularly both as a clinician as well
17  as looking at the pathology of it?
18      A.    I see patients regularly in my
19  clinic and at Kings County Hospital clinic
20  that I supervise, and there's a good number
21  of patients who come in with alopecia
22  complaints.  And from a histologic point of
23  view, it's stuff I do on a routine basis.
24      Q.    One other article that you

1  mentioned earlier that I want to make sure we
2  mark as an exhibit, this will be Exhibit 11,
3  this was the Miteva article.  Again, I just
4  want to make sure for completeness.  It's
5  2014.
6        Is this one of the ones you
7  referred Mr. Gomez to earlier?
8      A.    This is a very important
9  article.  It's the article concerning
10  dermatoscopic features of central centrifugal
11  cicatricial alopecia.  It's a hallmark
12  article written by Miteva and Tosti.
13        (Whereupon, Heilman Exhibit
14  Number 11 was marked for
15  identification.)
16  BY MS. COHEN:
17      Q.    Thank you.
18        Again, there was some question
19  about how much hair biopsy analysis you do.
20  I just want to be clear, explain to the jury,
21  how much work do you do in the area of hair
22  biopsy analysis?
23      A.    Well, nowadays our numbers are
24  quite diminished because of COVID.  I would

1  say before COVID I was seeing maybe one or
2  two biopsies every two weeks.
3      Q.    Something that you've done --
4  how many years have you been doing hair
5  biopsies?
6      A.    40 years.
7        Would you like to know how many
8  biopsies I've seen in 40 years?
9      Q.    Do you have an estimate?
10      A.    I have an estimate.
11      Q.    And this is of hair loss or --
12      A.    No, all biopsies from
13  everywhere.
14      Q.    Okay.
15      A.    Do you want to know?
16      Q.    Sure.  Yes.
17      A.    600,000.
18      Q.    And do you have any estimate of
19  how many related to hair loss?
20      A.    I would say approximately 0.5
21  to 1 percent.
22      Q.    Okay.  And you've talked today
23  quite a bit about your ruling out of PCIA in
24  Ms. Stewart.  Did you consider her clinical

1  history or histopathology and also literature
2  in ruling that out?
3      A.    Absolutely.  All of those three
4  things were taken into serious consideration.
5      Q.    I want to go back to a phrase
6  that you used earlier on in the day in
7  describing when you first got involved in
8  this case.  I think you used a phrase "nature
9  of defense."
10        Do you recall saying that?
11      A.    Yes.
12      Q.    What do you mean by that?
13      A.    Well, it was a general
14  description, because I was basically given a
15  job, and I wanted to approach it from a very
16  objective point of view.  And materials were
17  given to me with no opinions whatsoever, and
18  they said -- so I received clinical
19  information, I received slides and a biopsy
20  report, and then basically I was supposed to
21  analyze this and to give the law firm
22  feedback secondary to my analysis.
23      Q.    I just want to ask you, did I
24  ever use the phrase "nature of defense" to

Edward R. Heilman, M.D.

Page 174

1  you?
2      A.    No.
3      Q.    Did anyone on my team ever use
4  the phrase "nature of defense" to you?
5      A.    No.
6      Q.    Did we give you any answers to
7  start, or give you any kind of end result?
8      A.    Absolutely not.
9      Q.    Did we influence you in any way
10 on what your conclusions would be?
11     A.    Definitely not.
12         MS. COHEN:  Those are all the
13 questions that I have.
14         And he would like to read and
15 sign.
16         MR. GOMEZ:  Thanks.  Enjoy your
17 day, Doctor.
18         Lori, safe travels.
19         MS. COHEN:  Thank you.
20         MR. GOMEZ:  Thank you, Maureen
21 and Jacob.
22         THE VIDEOGRAPHER:  The time is
23 approximately now 2:19 p.m.  We are
24 now going off the record.  This

Page 175

1  concludes the deposition.
2         (Whereupon, the deposition was
3  concluded.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 176

1         CERTIFICATE
2
3         I, MAUREEN O'CONNOR
POLLARD, Registered Diplomate
Reporter, Realtime Systems
4  Administrator, and Certified Shorthand
Reporter, do hereby certify that prior
5  to the commencement of the
examination, EDWARD R. HEILMAN, M.D.,
6  was remotely duly identified and sworn
by me to testify to the truth, the
7  whole truth, and nothing but the
truth.
8
9         I DO FURTHER CERTIFY that
the foregoing is a verbatim transcript
10 of the testimony as taken
stenographically by and before me at
11 the time, place, and on the date
hereinbefore set forth, to the best of
12 my ability.
13         I DO FURTHER CERTIFY that
I am neither a relative nor employee
14 nor attorney nor counsel of any of the
parties to this action, and that I am
15 neither a relative nor employee of
such attorney or counsel, and that I
16 am not financially interested in the
action.
17
18
19 MAUREEN O'CONNOR POLLARD
NCRA Registered Diplomate Reporter
20 Realtime Systems Administrator
Certified Shorthand Reporter
21 Notary Public
22 Dated:  October 30, 2020
23
24

Page 177

1         INSTRUCTIONS TO WITNESS
2
3         Please read your deposition over
4  carefully and make any necessary corrections.
5  You should state the reason in the
6  appropriate space on the errata sheet for any
7  corrections that are made.
8         After doing so, please sign the
9  errata sheet and date it.  It will be
10 attached to your deposition.
11        It is imperative that you return
12 the original errata sheet to the deposing
13 attorney within thirty (30) days of receipt
14 of the deposition transcript by you.  If you
15 fail to do so, the deposition transcript may
16 be deemed to be accurate and may be used in
17 court.
18
19
20
21
22
23
24

Page 178

```
 1       - - - - - -
         E R R A T A
 2       - - - - - -
 3  PAGE  LINE  CHANGE
 4  ____  ____  _____
 5     REASON: _____
 6  ____  ____  _____
 7     REASON: _____
 8  ____  ____  _____
 9     REASON: _____
10  ____  ____  _____
11     REASON: _____
12  ____  ____  _____
13     REASON: _____
14  ____  ____  _____
15     REASON: _____
16  ____  ____  _____
17     REASON: _____
18  ____  ____  _____
19     REASON: _____
20  ____  ____  _____
21     REASON: _____
22  ____  ____  _____
23
24
```

Page 180

```
 1       LAWYER'S NOTES
 2  PAGE  LINE
 3  ____  ____  _____
 4  ____  ____  _____
 5  ____  ____  _____
 6  ____  ____  _____
 7  ____  ____  _____
 8  ____  ____  _____
 9  ____  ____  _____
10  ____  ____  _____
11  ____  ____  _____
12  ____  ____  _____
13  ____  ____  _____
14  ____  ____  _____
15  ____  ____  _____
16  ____  ____  _____
17  ____  ____  _____
18  ____  ____  _____
19  ____  ____  _____
20  ____  ____  _____
21  ____  ____  _____
22  ____  ____  _____
23  ____  ____  _____
24  ____  ____  _____
```

Page 179

```
 1
 2       ACKNOWLEDGMENT OF DEPONENT
 3
 4     I, _____, do
    Hereby certify that I have read the foregoing
 5  pages, and that the same is a correct
    transcription of the answers given by me to
 6  the questions therein propounded, except for
    the corrections or changes in form or
 7  substance, if any, noted in the attached
    Errata Sheet.
 8
 9
10  _____
    EDWARD R. HEILMAN, M.D.        DATE
11
12
13
14
15
16
    Subscribed and sworn
17  To before me this
    _____ day of _____, 20_____.
18
    My commission expires: _____
19
20  _____
    Notary Public
21
22
23
24
```

Edward R. Heilman, M.D.

**WORD INDEX**

**< - >**
– 1:*19*, *19*, *19*

**< $ >**
**$3,000** 157:*6*
**$350** 156:*16*

**< 0 >**
**0.5** 172:*20*
**000013** 111:*11*
**00012** 111:*11*
**0002** 80:2
**0003** 80:2
**0004** 80:2
**00502** 38:*18*
57:*14* 64:*14*
89:*8*
**00504** 29:*1*, *3*
**00506** 29:5
**0075** 31:22
101:*17*
**02109** 4:*9*

**< 1 >**
**1** 6:*10* 11:*10*,
*13* 12:4 29:6
34:*11* 80:24
81:*9*, *10* 83:2,
6 91:*11*, *12*
132:*19*, *23*, *24*
172:*21*
**1:35** 134:5, 7
**1:36** 135:4
**10** 6:4, *23*
81:2 84:*9*, *15*
85:*21* 166:*20*
167:2
**10:07** 1:*13*
8:*10*
**100** 21:*19*
27:*23*
**10036-6797**
3:*21*
**100X** 83:*12*
85:*11*
**1095** 3:*20*
**11** 6:*10* 7:*1*
81:2 85:*24*

**94:***21* 95:*15*
150:7 171:2,
*14*
**11:27** 81:*24*
**11:45** 82:5
**12** 68:5 93:22
94:*3* 95:*16*
128:2, *3* 129:8
**12:45** 133:24
**12:49** 134:*15*
**13** 68:5, *10*
85:*11* 97:2, *3*
127:*19* 129:*1*,
*17*
**14** 68:5, *10*
89:*24* 90:5
98:*4*
**149** 76:24
**15** 17:2, 6
20:*14* 21:*1*
84:*18* 98:*18*
162:*13* 167:*19*
168:*4*, *5*
**153** 6:*15*
**155** 6:*15*
**157** 6:*15*
**158** 6:*20*
**15a** 151:*15*
**16** 63:*10*
82:22 85:7
87:*20* 88:*12*
93:*13* 127:*19*
151:*16*
**160** 76:*23*
**166** 6:5, *23*
**167** 6:*24*
**17** 85:7
151:*16*
**1700** 2:*7*
**171** 7:*3*
**18** 86:*14*, *15*,
*18* 93:*15*, *16*
100:*15*
**19** 77:5, 5
82:*20* 86:22
93:*16* 100:*17*
124:22
**190** 118:8
**195** 125:*12*
**197** 118:*17*

**1978** 43:*19*
**1990s** 130:*24*
**1996** 168:*9*

**< 2 >**
**2** 6:*10* 57:8, 9
81:*1* 89:*23*
92:6, *20* 95:7
125:*1* 127:5
137:*14*, *20*
**2:17-cv-10817**
1:*8*
**2:19** 174:*23*
**20** 100:*21*
162:*14* 179:*17*
**2000** 34:*8*
**2009** 124:*15*
**2014** 34:*8*, 9
171:5
**2018** 141:22
**2020** 1:*14*
6:*10* 8:*9* 57:*9*
176:22
**21** 77:*9* 101:2
**212-641-5623**
3:22
**216-592-2286**
5:*8*
**22** 77:*9* 101:*4*
165:*20*
**23** 76:*24*
**23rd** 1:*14* 8:*9*
**24** 6:*10*
**24th** 155:*24*
156:*6*
**25** 156:*12*, *13*
**2555** 2:*15*
**26** 6:*13* 135:8,
*10*, *19*
**27** 76:*23*
137:*12* 159:22
**2740** 1:5
**28** 139:*21*
**29** 144:*1*
161:*9*, *12*

**< 3 >**
**3** 6:*13*, *15*
34:*13* 35:*1*
81:*1* 84:6
92:9, *17* 93:22

**95:2**, 5, 7
135:*15* 169:*11*
**3,000** 157:*7*
**3.24** 128:8
129:7
**30** 52:22
133:*16* 145:*24*
176:22 177:*13*
**30305** 3:*10*
**307** 76:8
**31** 147:*19*
**3333** 3:9
**335** 125:*1*
**35.1** 125:*16*
139:22
**37** 143:5
**39** 74:*19*

**< 4 >**
**4** 6:*13* 81:*1*
84:7 90:*17*, *20*,
22 91:4, 7, *10*
92:*11* 94:*1*, 2,
2, 6, 9, *10*
**40** 16:24
52:*20* 117:8
154:*10* 172:6,
8
**400X** 84:5
**44** 149:*14*
**44113** 5:*7*
**446** 34:*10*
**45** 133:*18*
**45202-2409**
4:*19*
**46** 143:5
**47** 150:6
**48** 68:*3*
**49** 68:*3*
**4-millimeter**
77:6

**< 5 >**
**5** 6:*15* 81:*1*
92:*17* 120:*21*
153:*14*, *16*
154:*15*
**50** 59:*1* 68:*17*
102:*12* 103:*12*,
*14* 106:7, 9, *16*

**107:***13*, *17*
**502** 166:*24*
**503** 58:*11*
**505** 29:*4*
30:*14*
**507** 6:*24*
166:*24*
**50-year-old**
117:*9*
**513-698-5000**
4:*20*
**53** 4:*8* 151:*13*
**54** 38:*21* 59:2
61:*8* 75:*13*, *20*
151:*16*
**56** 89:*6*, *11*
91:*13*, *15* 92:5

**< 6 >**
**6** 6:*15* 81:*1*
84:*23*, *24* 99:5
142:*1* 154:*24*
155:*3*, *6*, *11*, *21*,
22
**60** 102:*11*
**600** 4:*18*
**600,000** 172:*17*
**617-213-7045**
4:*10*
**619-237-3490**
2:*9*
**64** 60:*20*
66:*23*, *24* 68:8
71:*13*, *20*
**64108-2613**
2:*16*
**655** 2:*7*
**66** 66:*24* 67:*9*
68:8
**67** 152:*17*, *18*
**678-553-7320**
3:*11*
**68** 35:*20*, *21*,
22 39:5

**< 7 >**
**7** 6:*15* 81:*2*
154:*24* 155:*13*
157:*14*, *17*
168:*9*

Edward R. Heilman, M.D.

**75** 35:*10*, *19*
101:*17*

**< 8 >**
**8** 6:*15* 81:2
85:*10*, *10*
155:*13* 158:8
**816-474-6550**
2:*17*
**877.370.3377**
1:*21*

**< 9 >**
**9** 6:*20* 81:2
84:8 85:*15*
165:*24* 166:6,
8
**90** 6:*15*
**917.591.5672**
1:*21*
**92101** 2:8
**949** 121:*3*
**95** 6:*12*, *13*
**950** 5:6
**99** 35:5 40:*10*

**< A >**
**a.m** 1:*13* 8:*10*
81:*24* 82:5
**A1** 83:*11*
**A1X3** 92:*21*
**A1X4** 92:*23*
**A1X5** 93:*3*
**AB,** 65:*20*
**ability** 57:*3*
65:*17* 122:8
176:*11*
**able** 109:*1*
116:*11* 140:*21*,
*24* 141:5
**abnormal**
100:*15* 101:*22*
**abnormality**
127:*1*
**absence** 72:*14*
98:*20* 121:7
**absolutely**
36:*16* 40:*18*
51:*16* 54:*13*
67:*14* 72:*21*
129:*18* 137:*1*,

*3* 138:*12*
139:*13* 150:5
163:2 168:*1*
173:*3* 174:8
**Academy**
13:*13* 22:*3*
34:5 120:*12*
**accentuate**
140:7
**accept** 15:*24*
**accepted** 15:*10*
**access** 11:*16*
**accidentally**
154:*22*
**ACCORD** 5:*3*
**account** 63:*1*
72:*14*
**accounts**
149:*11*
**accumulated**
50:*14*
**accuracy** 49:5
**accurate** 51:8
60:*11* 154:*13*
177:*16*
**accurately**
162:*1*
**Ackerman**
13:*12* 43:*10*
44:*3*, 6, 9
130:*14*, 22
150:*20* 151:*21*
**ACKNOWLED
GMENT** 179:2
**acquiring**
44:*17*
**ACTAVIS**
4:*13*, 14, 14
**acted** 11:5
**action** 104:*17*
176:*14*, 16
**acts** 116:*15*
**acute** 15:7, 9
19:2 148:*16*
**add** 93:*15*
104:7, *11*
138:*14* 139:*3*,
6
**addition**
114:*24* 139:6
160:*22* 170:9

**additional**
10:9 17:*20*
56:*18* 78:6, *11*,
*13*, *19* 79:5
87:*11*, *15*
95:*21*, 22
126:5 138:*10*
158:*24* 159:*4*,
7
**address** 112:*10*
**adept** 46:*23*
**adequate**
105:*21*
**adjacent** 84:*22*
**Adjuvant**
120:*16*
**administration**
123:*20* 148:*18*
**administrative**
131:*1*
**Administrator**
1:*16* 176:*4*, 20
**adopted**
151:*22*
**advanced**
102:*1*, *3*, *3*
**advice** 102:*16*
**African** 76:6,
16
**African-Americ
an** 55:*1* 77:*3*
86:*22*
**African-Americ
an's** 82:*18*
**AFTERNOON**
135:*1*
**age** 44:*12*
54:*15*
**agents** 142:*12*
148:*18*
**aggregates**
125:*4*, 9, *17*
138:5
**aggressively**
112:*14*
**ago** 10:8 17:2,
6 20:*14* 21:*1*
22:*10*, *12* 73:6
90:*14* 167:*19*
168:*4*, 5

**agree** 31:8
41:*22* 62:*19*
63:*11*, 16
70:*18* 73:*17*
90:6 113:*18*,
22 116:2
121:*19* 122:5,
6 136:*10*
139:*11*, *13*
159:*11*
**agreed** 8:*18*
14:*24* 64:*3*
82:*20*, *23*
116:*21* 153:7
**agreement**
138:*20*, *23*
**ahead** 13:*19*
33:*16*, *23*
45:*24* 66:*21*
79:*4* 117:5
141:*4*
**aid** 78:*17*
**air** 148:*24*
**algorithmic**
103:*16* 104:*18*
**allergan** 19:*21*
**allocate** 109:2
**allow** 25:*17*
27:*16* 32:*12*
44:*19* 78:*23*
**allowed** 27:*17*
124:5
**allows** 16:*19*
25:5
**alluded** 58:*24*
**alludes** 61:2
**Alopecia** 6:*22*
7:*3* 12:9, *23*
13:*1*, *2*, *2* 15:8,
*18* 16:6, 7, 9,
*10*, *19* 18:*4*, 7,
*14*, *14* 19:*22*
21:*11*, *12* 23:8,
*11* 24:*20*
25:*24* 26:2
27:6 28:*13*, *14*,
*14* 29:*11*, *13*,
*14*, *15*, 16
32:*11* 33:5
34:*23* 36:2, 6,
*16*, *20*, *21*, *22*,

*23* 37:*23* 39:*9*,
*14* 40:2, *21*
41:2, 6, *12*
45:*14* 50:*19*,
*22*, *24* 51:2
54:*17* 55:5, 6,
7, 9 59:*18*, *21*,
*23* 60:9 61:*3*
66:2 67:*20*
68:*15* 70:8, *10*,
*11*, *13*, *17* 71:2,
*4*, 6, *11* 73:*15*,
*16*, *24* 74:6
87:*19* 88:*1*, *3*,
7, *11*, *18* 96:*22*
99:2 101:7
102:*18*, *21*
103:*1*, *3*
104:*16* 106:*12*,
*13*, *14*, *15*, 20
107:*1*, 22
108:*20*, *21*
109:6, *9*, *10*, *24*
110:*3*, 6, 9
111:2, 6, *15*
112:2, *17*, *21*
113:*10* 115:7,
*17* 118:*21*
119:*9*, *13*, *16*,
*21*, *23* 120:2, 5,
*14* 122:*20*
123:5, *16*, *17*,
*18*, *19* 124:7,
*17* 137:6, 7
138:*24* 139:*1*,
*12* 141:7, *11*,
*19* 142:*19*
143:5, *18*
147:*4* 149:*11*
150:2, 22
152:*10*, *14*
160:6, *16*, *23*,
*24* 161:*14*
163:*4*, 5 166:*4*
168:*17*, *24*
169:*1*, 2, *17*, *21*,
*24* 170:*3*, *11*,
*21* 171:*11*
**Alopecia,** 29:7
58:*10*

**alopecias**
12:20  19:17,
19  32:15  55:5
61:22  62:1, 3
87:22  105:9
**amazing**
116:20
**American**
22:3, 4  34:5
75:24  120:11
**Americas**  3:20
**amount**  32:18
57:15  88:14
97:15  98:8
103:10  115:4
153:6
**anagen**  15:11,
14  18:24  19:6
20:4, 6  25:23
61:18  62:7
63:3  106:20
107:2
**analysis**  28:11
55:23  73:21
86:8  93:12, 13
109:7  115:1
118:1  132:2, 7
138:17  139:7
171:19, 22
173:22
**analyze**  57:6
173:21
**analyzed**
46:10  77:12
168:16
**analyzes**  61:17
**analyzing**
46:23  64:5
132:4  170:7
**anatomic**  25:1,
2  77:20
**androgenetic**
16:9  25:24
26:1  28:13
29:13  36:22
50:24  51:2
55:6  59:21, 23
70:8, 9, 11, 17
74:5  106:13,
14, 20  108:20
109:8, 24

110:2, 9  111:2
112:17  119:9,
12, 15, 20, 22
120:2  123:17
124:7  139:1
140:23  141:7
143:18  147:4
160:5, 23, 24
161:14
**androgenic**
107:1
**anesthetic**
44:18
**answer**  14:13
49:19  65:1
**answers**  174:6
179:5
**antibiotic**
104:7
**anticipate**
107:17
**antihormonal**
143:10
**anymore**  84:8,
11
**anyway**  80:18
155:12
**apart**  74:8
80:13  141:6
**apologies**  94:8
**apparent**
31:13  57:16
103:3
**appear**  78:7
83:24
**APPEARANCE
S**  2:1  3:1  4:1
5:1
**APPEARED**
2:1
**appearing**  8:18
**appendix**
79:13
**applicable**
9:23  10:1
**application**
103:20
**apply**  123:8
**appreciable**
107:6

**appreciate**
81:19  106:15
107:12  164:17
**approach**
15:16  27:22
44:19  104:18
112:18  173:15
**approached**
77:14  131:11,
22
**appropriate**
112:2, 4  177:6
**approximately**
8:10  17:2
40:10  77:5
81:24  82:5
103:11  106:16
107:23  134:15
135:4  172:20
174:23
**April**  55:15
**area**  32:12
36:8  39:7
54:23  59:16
60:6  83:8, 14
102:4, 21
110:4, 8  111:7,
22  113:4
171:21
**areas**  24:2
107:21  111:1
144:24  145:1,
3
**areata**  16:10
50:19, 22  55:6
152:11  160:16
**aromatase**
29:17  36:24
73:3  108:24
109:12  123:21
139:3  140:19
141:1, 12, 16,
18  142:16, 20
143:16  160:8,
17, 24
**arrangement**
138:1
**arrive**  16:20
86:21  138:9
**arrived**  139:4,
9  162:21

**arrow**  67:3, 5,
10  83:7, 15
84:11, 19
85:12, 22  92:3,
8  98:22
128:13  150:9
151:8, 14
**arrows**  34:12,
15, 16  67:2
89:12, 13
96:14  98:24
99:7  128:15
**article**  6:20
7:1  14:14, 14
33:3, 18  74:24
75:4  76:2, 3
82:17  120:9,
10, 10, 14, 23
121:23, 24
124:10  125:7
137:15  141:20
142:8  165:19
170:24  171:3,
9, 9, 12
**articles**  14:3,
17  119:24
121:22  126:2,
3  132:6
141:17
**artifact**  91:19,
21
**ASHLEY**  3:17
ashley.flynn@d
echert.com
3:23
**Aside**  150:3
**asked**  52:2
55:16, 20
80:21  103:1, 2
116:14, 16
163:7  168:14
169:16
**asking**  25:16
**aspects**  169:13
**assertion**  86:24
**assess**  41:5
46:4  57:3
114:15
**assessing**
18:13  32:15

**assessment**
31:1, 9  40:16
45:4  60:11
113:19
**assistance**
51:12
**associates**
17:22
**assume**  29:24
89:18  148:15
154:14
**assuming**
147:23  148:4
**assumption**
108:5
**Atlanta**  3:10
**atrophy**
161:15
**attach**  157:23
158:12
**attached**
11:18  165:20
177:10  179:7
**attack**  112:14
**attempt**  25:6
169:4
**attempting**
56:13  96:21
136:4
**attending**
48:13
**attention**
31:21  32:21
56:21  87:23
89:5  124:18,
24  128:3
130:5  135:8
144:20  159:15
161:9, 18, 21
**attorney**
176:13, 15
177:13
**ATTORNEYS**
2:6
**audience**  13:17
**author**  124:11
**authored**
124:16
**authoritative**
116:20  121:17,
19

authority
43:11 102:21
124:17 147:10
authors 75:11
140:10
available 50:1
146:8 168:7
avascularity
121:11 145:6
Avenue 3:20
5:6
avoid 40:5
Azael 141:21

< B >
B1 95:21
96:1 99:5
back 35:9
50:15 51:1, 4
60:17 69:22
82:6 85:10
87:1 89:3
92:20 98:4
101:12, 17
102:13 103:11,
14 105:10, 19
128:1 134:8
135:5, 7
155:18 173:5
background
111:20 115:2,
3
BACON 2:14
bad 32:17
barely 67:4
basaloid 125:4,
5, 8, 18 137:3
138:2 139:24
base 55:3
114:20
based 115:1
118:1 122:24
149:18 168:6,
10
basically
14:21 16:15
25:6 29:8, 17
43:12, 22
47:11 56:11,
22 57:11
62:22 76:4

82:16 84:3
88:14 97:24
98:13 102:24
104:1 105:22
116:1 122:19
129:10 131:1
144:9, 14
168:22 173:14,
20
basing 17:4
108:4
basis 30:1
37:18 104:2
170:23
Bates 6:13, 23
146:19 166:23
bear 132:16
beautiful 76:9
165:9
becoming 64:5
began 163:14
beginning
93:22 94:2
behalf 9:6, 10
91:9 157:21
Belgrade 164:8
belief 108:15
believe 23:1, 9
44:22, 23
45:15 49:17
59:11 71:14
72:13 99:23
101:9 106:4
107:20 120:7
124:20 131:16,
18 150:11
158:19 159:12
169:10 170:10
Ben 124:11
126:3
BENNETT 3:7
Bernard
130:14
BERNE 4:17
best 17:23
27:13 28:2
32:13 34:20
36:3 43:3
49:21 56:14
73:12 78:18
86:21 95:10

96:3 158:1
176:11
better 39:7
67:8 83:10
128:21
bias 43:9
44:5, 6, 8, 17,
23 45:17
47:13 131:19,
22
biased 49:17
billing 29:9
biopsied 38:11,
11, 13, 24 39:7
45:13 73:6
biopsies 18:13
25:8, 12 27:2
30:2 39:21, 23
40:11, 15, 17,
23, 24 41:8, 14,
14 46:11, 16,
17, 18 47:21
48:11, 14, 15
53:24 62:1
66:8 109:8
126:16 138:12
144:15 160:3
168:20 170:7
172:2, 5, 8, 12
biopsy 18:24
19:3 26:18
27:4 32:14, 16
36:4, 12 38:3,
23 40:5, 19
41:22, 23
42:13, 17, 22
43:7 45:4, 8,
12, 18 46:2, 4,
4, 10 47:15, 16
50:21 52:6
53:13, 16, 18
54:2 55:17, 22
56:7 59:4, 15,
16, 21 60:10,
23 65:24 66:9
76:17 77:11
78:4 86:8
91:22 100:1
123:13 126:8
138:7 151:1

168:21 171:19,
22 173:19
Birnbaum
74:24 82:17
86:20 93:17
bit 19:2
22:19 28:18
31:16 60:14,
15 104:23
113:11 146:21
172:23
black 34:11,
15, 16 97:9
162:5
blew 151:16
blind 35:4
blood 145:9,
15
Bloody 133:12,
13
blown-up
127:13
blue 35:13
83:7, 8, 14
85:22 89:12,
12 92:3, 7
96:16 98:6, 10
137:23 138:1,
6 150:9, 13
151:14 161:23
162:1, 2
blue-gray
35:15, 16
board 114:2
board-certified
24:23 25:1, 3
47:1 114:1
boarded 25:4
body 85:17
148:12
bone 17:19
21:2 167:24
book 121:18
125:12, 15
128:1 129:7
books 14:18
129:5
boot 161:8
Boston 4:9
bothered 64:2

bottom 82:14
91:21 129:1,
17 135:20
149:14 150:7
159:24
Boulevard
2:15
braids 111:21
brand 86:2
BRANDON
3:6 9:9
break 81:14
132:21 164:23
breaking 81:17
Breast 6:22
37:6 73:3
109:17 120:15
142:13 143:8
148:21 149:7
163:9 166:5
brief 30:23
briefly 8:22
bring 66:20,
23 103:14
105:10, 18
130:5 147:13
161:17
bringing
103:11
broader
114:20
Broadway 2:7
Brooklyn
54:21, 22
brown 69:2
91:21
brunch 133:10,
12, 14
Bryant 3:19
bulb 84:13, 16
86:1
bullet 88:10
127:9, 10

< C >
Cajun 76:7
calcineurin
104:12
California 2:8
call 25:15
32:6 39:1

51:4  85:16
96:13, 19
111:12  127:15
138:2  145:5
150:19  151:20,
24
**called**  20:1, 4
33:3  35:15
42:2, 9  86:16
97:3  111:24
130:9  150:20
151:21  166:3
**CALLSEN**  5:4
**camera**  165:10
**Cancer**  6:23
19:4  37:6
73:3  109:17
120:15  141:19
142:13  143:9
148:21  149:7
163:10  166:5,
18
**capacity**  12:11
13:21, 22
**caption**  54:22
**CARACO**  4:4
**care**  12:15
39:18  54:13
110:16  115:5,
6
**career**  16:23
**careful**  27:18
132:2, 6  139:7
**carefully**
65:21  177:4
**Caribbean-Ame
rican**  54:24
**Carl**  58:9
**carried**  65:14
**Case**  1:7  9:24
14:23  16:2
17:1, 16  18:15
20:13, 15, 15
21:1, 3, 4, 5, 20
28:7  29:22
40:21  44:21
45:1, 1  47:5
48:5, 19  50:19
55:11, 18  56:2
59:20  63:24
66:5, 17  72:15,

20  77:14  87:9
93:12  113:14
114:7  116:12
117:23  122:10
131:10, 20
154:17  156:9,
15  158:21
162:13, 20
163:14  164:1
167:19  168:2
173:8
**cases**  18:12,
17, 21  20:8
27:9  29:19
39:21, 24  40:1
42:20  49:1, 3,
8  78:14  87:23
131:3  133:8
138:5  157:9
168:23
**casts**  69:1
121:7
**catagen**  61:19
**categorize**
125:21
**category**  33:2
**cause**  16:19
18:4  27:5
28:12  39:9
64:16  141:10
**caused**  15:5
18:7  26:14
27:14  36:17
73:8  108:21
109:3, 23
110:12, 20
112:11  131:19
**causes**  36:20
38:6  139:12
141:19
**causing**  36:6
105:12
**caveats**  14:23
**CCCA**  35:6, 8,
17  39:14, 18
40:4  41:7
45:10  99:18,
24  100:6
101:9  102:1, 3,
8  108:20
109:23  110:12,

19, 23  112:11,
14, 16  138:24
140:23  152:11
**cells**  92:14, 19
96:15, 17, 18
98:7, 8, 11
105:24  125:18
137:24  138:2,
6  139:24
**Center**  28:24
54:18, 20  69:2
**central**  7:2
29:15  33:4
34:22  36:1, 21
37:22  54:16
55:6  71:3, 6,
10  88:3  96:21
109:6  123:15
171:10
**centrifugal**
7:2  29:15
33:4  34:23
36:21  37:23
54:16  55:7
71:3, 6, 11
88:3  96:21
109:6  123:16
171:10
**certain**  12:18
14:22  25:16
30:11  31:11
32:11  57:1, 15
64:2  105:4
106:11  111:18
114:21  131:3
153:5  167:23
**certainly**
49:24  71:5, 9
136:13, 23
**CERTIFICAT
E**  176:1
**certification**
114:3
**Certified**  1:17
176:4, 20
**certify**  23:22
176:4, 7, 11
179:4
**chairman**
12:12  13:9

**chairmen**
163:17
**chance**  102:11
105:16  163:2
**change**  63:17
97:2  107:11
113:9  178:3
**changed**
151:14
**changes**  59:23
139:2  144:10
179:6
**character**
126:13
**characteristic**
14:20  39:8
40:8  125:19,
24  126:15
140:11  144:7
145:13
**characteristics**
66:1  145:5
**characterized**
101:24  150:18
151:3, 19
**chart**  30:10
**check**  33:8
75:15
**chemotherapeu
tic**  142:12
148:18
**chemotherapy**
12:10  15:6
18:18, 20, 22
19:1  20:3
28:15  36:18
37:7  73:3
88:11  118:21
120:5, 15
143:8  148:17
163:11  166:18
**chemotherapy,**
135:22
**chemotherapy-i
nduced**  15:8,
17  19:18
29:10  66:2
73:16, 24
**choice**  21:20
**chose**  22:14

**chronic**
111:15  149:9
**chronological**
156:4
**cicatricial**  7:2
29:15  33:5
34:23  36:21
37:23  54:16
71:4, 6, 11
88:1, 3, 18
96:22  109:6
123:16  171:11
**Cincinnati**
4:19
**circle**  83:9
127:22
**circled**  38:22
**circles**  59:3, 12
**circular**  91:22
144:23, 23
**circumstances**
49:16, 22  50:2
51:24
**citation**  75:19,
20  135:24
**cite**  75:8
**cites**  38:24
**City**  2:16
**Civil**  1:7
**classic**  35:7
48:10
**classified**
137:6
**clear**  38:13
80:6  99:6
115:8  171:20
**clearer**  68:20
**clearly**  27:21
31:2  36:5
79:10  85:22
93:3  96:23
142:17  146:17
160:19, 23
**Cleveland**  5:7
**client**  157:22
**clinic**  170:19,
19
**clinical**  15:10
25:7, 10, 13, 14,
17  26:13  29:1
30:1  31:1, 6, 7

37:*19* 39:*3, 9* 40:*1, 16* 41:*10, 18, 20* 44:*13* 45:*3* 46:*3, 9* 47:*22* 49:*10* 55:*17* 56:*7, 19, 20, 21* 57:*24* 72:*20* 73:*22* 102:*15* 109:*13* 112:*3, 4* 116:*1* 120:*16* 122:*17* 123:*1, 3, 17* 132:*2* 166:*23* 170:*10, 13* 172:*24* 173:*18*

**clinically** 24:*14* 28:*9* 37:*10* 40:*20* 112:*1*

**clinician** 12:*14* 13:*21* 30:*10, 10* 36:*5* 48:*3* 50:*23* 51:*1, 4* 62:*6* 170:*16*

**clinicians** 28:*11* 57:*19*

**clinicopathologi c** 16:*13* 19:*14*

**close** 38:*21* 49:*5* 52:*21*

**closer** 59:*12* 97:*13*

**cloudy** 101:*24* 161:*23, 24* 162:*2*

**club** 85:*5*

**code** 29:*7*

**coffee** 81:*15*

**COHEN** 3:*4* 6:*5* 9:*5, 6, 20* 11:*18* 13:*18* 17:*8* 19:*11* 20:*19* 21:*7* 23:*2, 12* 26:*15* 33:*8, 11, 19, 24* 35:*21* 38:*5* 42:*24* 43:*15* 49:*18* 50:*4* 51:*17* 52:*4* 58:*1, 7* 64:*7* 65:*5, 15* 70:*21*

71:*7, 16* 74:*13* 75:*5, 12, 15, 18* 79:*20, 23* 80:*3, 12, 20* 81:*16, 22* 90:*12* 91:*4, 8* 94:*4, 15, 17* 95:*1, 9, 13* 109:*4* 112:*12* 116:*13* 117:*2, 20* 118:*3, 9* 120:*19* 122:*14* 123:*10* 124:*8, 19* 129:*3* 130:*6, 19* 131:*21* 132:*18, 24* 133:*1, 11, 16, 21* 134:*1, 7* 135:*16* 136:*6* 141:*3, 23* 142:*4* 143:*20* 148:*14* 150:*17* 151:*10* 153:*2, 21, 24* 155:*11* 156:*17* 158:*14, 22* 159:*16, 19* 164:*5, 21* 165:*2, 7* 166:*11* 167:*4, 9* 171:*16* 174:*12, 19*

**cohenl@gtlaw.c om** 3:*12*

**Cohort** 120:*17*

**collagen-produc ing** 96:*18*

**colleagues** 163:*21*

**collected** 48:*12*

**collection** 92:*14* 96:*15*

**collections** 137:*23*

**color** 162:*3*

**coloration** 69:*2*

**colors** 97:*2*

**column** 61:*17*

**columns** 137:*3*

**combined** 60:*9* 65:*24* 73:*13*

**come** 18:*12* 19:*17* 47:*22* 53:*24* 88:*16* 116:*17* 119:*24* 131:*2* 144:*18* 162:*3* 170:*21*

**comes** 45:*5, 7* 107:*8, 10* 137:*15*

**comfort** 40:*10*

**comfortable** 13:*16* 15:*13* 23:*15* 114:*17* 122:*12*

**coming** 25:*8* 51:*13* 85:*23* 154:*16*

**comma** 91:*19, 20*

**commencement** 176:*5*

**commencing** 1:*13*

**comment** 60:*9* 86:*24*

**Comments** 64:*13, 15, 23* 65:*3*

**Comments,** 65:*20* 147:*2*

**commission** 179:*17*

**common** 54:*14* 63:*19* 111:*19*

**compare** 35:*19* 58:*22* 69:*11* 91:*14* 128:*24* 146:*6*

**compared** 84:*21* 129:*5* 145:*1* 156:*18*

**competent** 48:*23*

**competently** 23:*23*

**complaining** 103:*9*

**complaints** 170:*22*

**complete** 62:*5* 84:*19* 86:*8* 101:*23* 138:*23* 169:*4*

**completely** 8:*24* 77:*22* 102:*7* 113:*18* 121:*18* 129:*23* 131:*23* 160:*9*

**completeness** 171:*4*

**completion** 158:*11*

**complicated** 19:*8* 46:*14*

**component** 45:*10* 71:*2* 109:*9* 136:*8*

**components** 124:*1*

**composite** 128:*9*

**computer** 49:*13*

**concentrations** 105:*4*

**concept** 15:*17* 43:*8* 74:*8* 93:*18*

**concern** 64:*17, 23* 65:*3*

**concerned** 103:*7*

**concerning** 13:*24* 137:*17* 171:*9*

**conclude** 118:*2* 126:*19* 138:*9*

**concluded** 175:*3*

**concludes** 175:*1*

**conclusion** 16:*20* 17:*5* 36:*13* 45:*7* 90:*9* 139:*5, 9*

**conclusions** 116:*2, 21* 143:*1* 162:*22* 174:*10*

**condition** 41:*11*

**confident** 162:*15*

**confirm** 160:*16*

**confounding** 140:*19* 143:*16*

**confuse** 160:*11*

**confused** 27:*5* 51:*3*

**confuses** 160:*2*

**confusing** 28:*5*

**confusion** 121:*1* 160:*12*

**connective** 67:*17, 19* 83:*19* 97:*11* 98:*23*

**consensus** 52:*6*

**consider** 52:*5* 169:*5* 172:*24*

**consideration** 16:*17* 27:*18* 168:*16* 173:*4*

**considered** 10:*12* 145:*13* 168:*18*

**consistency** 14:*16*

**consistent** 14:*19, 24* 71:*3, 5, 10* 73:*15*

**consistently** 15:*12*

**consternation** 73:*9*

**construction** 144:*23*

**consultation** 17:*18* 42:*3*

**contacted** 55:*14*

**contains** 153:*5* 154:*15*

**contend** 37:*4* 86:*23* 102:*5, 9* 129:*13*

**contention** 121:*24*

continue
61:*11*  64:*4*
72:*8, 9*
**Continued**  3:*1*
4:*1*  5:*1*
**contradicts**
120:*24*  121:*14*
**contrast**  99:*19*
100:*14*
**contributed**
109:*12*  141:2
**controversial**
122:2
**controversy**
24:*10*
**conventional**
63:*8*
**convey**  143:22
**copies**  155:*23*
**corner**  128:5
**cornrows**
111:*21*
**correct**  20:*11,*
*12*  23:*11*
24:*21*  29:*23*
35:*5*  49:*11*
50:*3*  52:*3, 15*
53:22  63:*13*
66:*17*  116:7
147:22  179:*5*
**corrections**
177:*4, 7*  179:6
**correlates**
50:*16*
**correlations**
16:*13*  19:*9, 15*
**corticosteroids**
103:*18, 19*
104:*21, 24*
**co-signer**  47:*8*
**cosmetically**
106:22  107:6
**counsel**  9:*1*
10:*6*  78:*17*
155:22  157:*21*
176:*13, 15*
**count**  63:*12*
77:23  82:*15*
86:*14, 15*
89:*14, 23*  90:*3*

148:*7*
**counting**  63:*8*
**counts**  61:*18*
74:*19*  76:*4, 5,*
*14, 17, 18*
**County**  54:*19*
115:*14*  170:*19*
**couple**  61:*18*
90:*13*  165:*12*
**course**  12:*16*
102:*10*  104:*7,*
*17*
**courses**  12:*23*
**COURT**  1:*1*
9:*12, 12*  43:*16*
65:*6, 18*  80:*1*
81:*19*  134:2
154:*23*  167:*11*
177:*17*
**COVID**  18:*11,*
*17*  115:*10, 15*
171:*24*  172:*1*
**COX**  3:*6*  9:*9,*
*9*
**creates**  63:22
**credence**
145:*19*
**criteria**  14:2,
*5, 7, 10, 14, 19*
15:*1, 4, 10, 24*
17:*10*  25:*23*
34:22  41:*4*
121:*1, 13, 23*
122:*7, 11*
123:*8*  144:*19*
145:*17, 20*
160:*19*
**critical**  32:*15*
41:*24*  43:*7*
44:*9*  88:*6*
**criticism**  164:*3*
**criticisms**  38:2
159:*9, 11, 14*
**critique**  160:*13*
**critiques**  161:*4*
**cross-section**
85:*16*

**CULBERTSON**
4:*7*

**cultural**
111:*20*
**Curriculum**
6:*10*  169:*18*
**cut**  79:*4*  96:*9,*
*10*  99:*4*
128:*14, 15*
**cuts**  66:*9*  99:*7*
**CV**  10:*13*
11:*9*  22:*19, 23*
23:*7, 10*
**cyclical**  104:2

**< D >**
**damage**  69:*4*
**dark**  69:2
91:*19, 20*  97:*9*
**darker**  145:2
**date**  8:*8*  57:*7*
155:*24*  168:*6*
176:*10*  177:*9*
179:*10*
**Dated**  176:22
**David**  147:*10*
**DAWN**  3:*7*
**day**  48:*12*
173:*6*  174:*17*
179:*17*
**days**  90:*14*
177:*13*
**dead**  54:*21*
**deal**  26:*8*
27:*1*  28:*11*
63:*5, 22*  76:*11*
115:*15*  136:*23*
143:*11*  148:*24*
170:*1*
**dealing**  25:*18*
85:*4*  98:*14*
169:22
**DECHERT**
3:*18*
**decided**  78:*18*
**decrease**  87:*5*
93:*18*  146:*18*
147:*7, 11*
**decreased**
74:*4, 9*  119:2
136:*12, 20*
147:*4*

**dedicated**  18:*6*
**deemed**  177:*16*
**deep**  78:*8*
97:*9*  136:22
137:*23*  138:*7*
**deeper**  96:*9*
99:*4*  119:*17*
**DEFENDANT**
3:*3*  4:*3*  5:*3*
9:*6, 10*

**DEFENDANTS**
2:*12*  3:*14*
4:*13*
**defense**  56:*1*
131:*15, 18*
173:*9, 24*
174:*4*
**deficiencies**
162:*14*
**deficiency**
26:*5*  147:*12*
**define**  36:*5*
62:*9*
**defined**  27:*21*
**defining**  15:*1*
**definitely**
12:*23*  113:*7*
163:*5*  174:*11*
**degree**  86:*12*
150:2  162:*4*
**delineated**
96:*24*
**delineates**  92:*4*
**demonstrate**
139:22  146:*5*
**demonstrative**
152:22, *24*
**density**  35:*24*
74:*4, 9, 12*
75:22  87:*5*
93:*19*  101:*21*
147:*4*
**department**
12:*12*  13:*10*
**depicted**  91:*12*
**DEPONENT**
3:*3, 4*  8:*15*
179:2
**deposed**  114:*5*

**deposing**
177:*12*
**deposited**
68:*13*
**Deposition**
1:*11*  6:*15, 20*
8:*12, 17*  9:*8,*
*22*  10:*3*  11:2
12:*5*  30:*6, 7*
94:*11*  95:*3*
111:*17*  113:*15*
115:*19*  132:*4*
133:*4*  148:*23*
149:*3, 4*  155:*4*
157:*18*  167:*16*
175:*1, 2*  177:*3,*
*10, 14, 15*
**deps@golkow.c**
**om**  1:*21*
**dermal**  161:*15*
**dermatologic**
102:*24*
**dermatologist**
20:*10*  24:*24*
25:*11, 16*
26:*10, 12, 23*
37:*15, 17*  38:*4,*
*8*  41:*10*  42:*21*
49:*9*  102:*17*
114:*17*  115:2
116:*11*
**dermatologists**
26:*24*  27:*1, 9*
114:*19*  124:*14*
**dermatology**
12:*12*  13:*7*
16:*24*  22:*3*
34:*5*  114:*12*
120:*12*  141:22
166:22
**dermatopatholo**
**gical**  49:*8*
130:*18*
**dermatopatholo**
**gist**  13:22
38:*7*  40:*14*
55:*21*  71:*23*
**dermatopatholo**
**gists**  24:*7*
47:*1*  114:*11*

dermatopatholo
gy 12:19 13:8,
11 16:24 22:4
23:19, 20 24:2
25:3 43:12
46:24 114:3
118:16
Dermatoscopic
7:2 171:10
dermis 161:24
Dermoscopic
33:4
descent 76:6,
7, 7, 17
Describe
169:19
described
13:23 31:1
37:10 49:16
125:1 140:1
143:18
describes
149:17
describing
15:19 34:18
173:7
DESCRIPTIO
N 6:9 30:24
32:23 161:13
173:14
descriptively
61:13
desk 18:13
destroy 98:15
destroyed
97:18
destroys 97:18
destruction
97:16 152:3
destructive
119:18 136:22
determine
15:5 16:1
18:7 20:16
21:5 123:8
determined
21:1
determining
18:4
devoid 59:22
devoted 18:4

diagnosable
126:21
diagnose 96:21
diagnoses 28:6
87:24
diagnosis
15:11 16:4, 11,
14, 17 19:8, 15
20:11 24:16,
18 25:10 26:2,
4, 17 27:7, 12,
15, 20, 24 28:4,
10, 16, 21
29:18 35:5
36:13 41:3
44:14 45:8
50:17 51:9
52:6 53:19
57:18, 20
58:10 60:4
119:20 120:2
122:2, 3, 4, 8,
12, 21 123:24
124:6 126:21
132:1 138:11,
22 145:21
152:12 169:8
170:13
diagnostic
14:20 22:6
25:23 34:22
35:17 69:9
102:8 112:1
123:15 126:14
139:14
diagnostically
16:3
died 131:1
Diego 2:8
differ 121:23
difference
76:22
different
36:16 47:12
60:14 61:15
68:17 69:7, 8,
16 75:23 85:9
94:6, 10 99:3
102:23 104:16
111:7 114:8,
14 125:13, 17

142:3, 5
144:19 146:21
154:2
differential
16:14, 16 26:3,
17 27:7, 12, 20
28:4, 5, 10, 16,
21 41:3 44:13
45:7 50:16
53:18 57:17,
19 58:10
119:20 122:21
131:24 169:8
differentiate
141:6
differentiation
138:3
difficult 21:13
113:11 122:3
difficulty
63:23
diffuse 31:3
149:16, 22
150:5
dilated 150:12,
19 151:19
diluted 150:16
diminished
106:17, 17, 18
171:24
Diplomate
1:15 176:3, 19
direct 135:8
141:20 159:15
director 13:9,
10
disagree 130:4
disagreed
129:23
disagreements
116:5, 8
discoid 40:23
55:7
discovered
126:1
discuss 41:20
46:1 53:4
77:13 108:11
discussed 13:1
14:2 15:13
46:3 76:14

95:14 127:2
136:2 137:16
162:23 167:19
discussing
15:14 131:4
147:13
discussion
149:16
discussions
13:5, 15 22:21
disease-free
109:16
disorders
43:13, 14, 18
102:24
disprove 78:6
disruptive 69:4
distant 128:10
distinguished
160:7
DISTRICT
1:1, 2
divided 90:4
divides 63:2
DOCETAXEL
1:4 4:5 146:3
168:2
doctor 10:2,
21 28:20 43:4
47:6 64:11, 22
65:2 69:19
81:12 82:8
101:8 110:17
117:6, 22
134:12 135:7
154:10 155:10
156:23 158:17
163:6 164:17
166:14 174:17
doctors 104:10
Document 1:6
98:13 99:2
documented
61:4 111:16
documenting
99:14 100:23
documents
101:5 157:21
158:2
doing 10:23,
24 27:2 30:2

40:11 49:21
82:13 133:8
172:4 177:8
domes 151:6
Don 166:1
dots 35:15, 16
96:16 98:6, 7,
10
Downstate
12:13 13:12
52:20 54:20
doxycycline
104:8
Dr 6:10, 15
10:12 28:8, 19
29:22, 24 31:7,
22 34:18
35:10 38:2, 11
39:6 43:10
44:3, 6, 9, 22
45:14 57:7
58:23 60:17
63:1 66:10, 21
68:7, 22 69:13
71:17, 19
76:14 77:12,
14 78:23 79:2,
9 81:5 86:6
87:17, 20 88:6
91:13 92:14,
17, 19 93:12,
14 95:23 96:1,
23 97:5
101:12 102:2
111:8, 10
113:15, 19, 23
114:8, 16, 24
115:20 116:6,
6, 10, 16 118:6,
7, 15 120:21,
24 121:14, 16
124:21 125:7,
10, 11, 14, 15
126:7 127:2
128:24 129:16,
24 130:8, 22
136:11 137:6
138:15, 16
139:4, 8 140:3,
3, 13 144:16
146:9, 10, 16

147:*14* 149:*3, 3, 16* 150:*20, 24* 151:*21* 159:*8, 10* 160:*1, 2, 20* 162:*14, 20, 21* 163:*13* 165:*20* 166:*23* 167:*17* 169:*9*

**dramatic** 61:*1* 100:*6* 101:*9*

**draw** 31:*20* 32:*21* 87:*23* 89:*5* 124:*18, 24* 128:*3* 161:*20*

**drawn** 59:*3*

**drink** 117:*3*

**drinking** 81:*14*

**drop** 31:*15*

**Drs** 139:*16*

**drug** 18:*18, 20* 109:*15*

**duct** 150:*12, 16, 19* 151:*19*

**Due** 8:*21* 69:*4* 74:*1* 109:*5* 147:*2*

**duly** 9:*17* 176:*6*

**duplications** 68:*6*

**duty** 12:*17*

**dysmorphic** 121:*8* 125:*22, 23* 127:*10, 16, 22* 129:*2, 20*

< E >

**eager** 132:*12*

**earlier** 108:*18* 117:*17* 136:*2* 166:*13* 167:*7, 16* 171:*1, 7* 173:*6*

**early** 99:*18, 24* 100:*2* 133:*6, 9*

**ears** 150:*1*

**EASTERN** 1:*2* 8:*10*

**easy** 19:*7* 20:*11* 76:*12* 77:*18*

**eccrine** 150:*12, 16, 19* 151:*19*

**Ed** 35:*4* 52:*18* 65:*5*

**edge** 92:*24*

**edition** 118:*11, 13, 14* 125:*12* 128:*2* 140:*5*

**education** 40:*7* 43:*20* 115:*3* 164:*4, 8, 9*

**EDWARD** 1:*11* 6:*3, 13* 8:*15* 9:*16* 176:*5* 179:*10*

**effect** 109:*14* 112:*15, 16* 140:*19* 143:*16*

**effective** 117:*7*

**effluvium** 15:*12, 15* 18:*24* 20:*5, 7*

**effluviums** 19:*6*

**effort** 21:*9* 24:*3* 36:*4* 148:*20* 158:*1*

**eight** 62:*8, 13, 14, 16* 63:*14*

**either** 18:*17* 41:*1* 116:*5*

**elastic** 97:*3, 5, 6, 12, 16, 17, 18* 98:*20, 23* 99:*1, 13* 100:*11, 24* 101:*6*

**elastosis** 161:*15, 19* 162:*2, 5*

**element** 12:*22* 45:*10, 15* 57:*19* 111:*14* 126:*10, 11* 129:*22*

**elements** 16:*7, 8, 9* 105:*19*

123:*22* 125:*22, 23* 128:*10*

**Elgida** 6:*10*

**eliminate** 16:*18* 47:*13* 49:*22* 70:*4, 15* 160:*21*

**eliminates** 44:*5*

**ELLIS** 5:*5*

**elongate** 98:*10*

**e-mail** 75:*8*

**emerge** 35:*14*

**employ** 15:*4* 16:*1*

**employee** 176:*13, 14*

**encounter** 28:*20* 29:*1*

**encounters** 130:*23*

**encourage** 108:*14*

**endeavor** 86:*3*

**Endocrine** 6:*22* 166:*4*

**endstage** 121:*11* 122:*20* 123:*4* 152:*10*

**enhance** 97:*20*

**Enjoy** 174:*16*

**ensure** 8:*23* 109:*15* 154:*12*

**entailed** 56:*3*

**enter** 19:*15* 49:*6* 57:*19*

**entertain** 16:*13* 44:*16*

**entire** 31:*4*

**entitled** 75:*21*

**entity** 15:*22* 24:*14* 120:*8* 126:*1*

**entries** 22:*23*

**enumerated** 33:*15*

**enumerates** 70:*15*

**epithelium** 125:*4, 5* 137:*3*

**equivocation** 69:*17*

**errata** 177:*6, 9, 12* 179:*7*

**error** 160:*21*

**errors** 87:*10, 11, 15* 93:*11*

**erythematosus** 40:*23* 42:*6, 15* 55:*8*

**especially** 23:*18* 78:*14* 96:*6*

**ESQ** 2:*4, 5, 13* 3:*4, 5, 6, 17* 4:*6, 16* 5:*4*

**essence** 82:*16*

**essential** 13:*20*

**essentially** 45:*8* 47:*13* 54:*7* 146:*22*

**establish** 144:*20* 145:*20*

**established** 105:*16* 131:*24*

**estimate** 106:*10* 172:*9, 10, 18*

**ethnicities** 75:*23*

**evaluate** 55:*17* 103:*1, 23* 104:*2* 115:*24*

**evaluated** 121:*6*

**evaluating** 30:*1* 32:*11*

**Evaluation** 75:*22*

**evenly** 63:*3*

**everybody** 165:*4*

**evidence** 66:*7* 72:*22, 23* 73:*19, 23* 103:*6* 123:*12, 13, 14* 132:*8* 139:*14* 160:*15* 166:*17* 168:*1*

**exacerbated** 123:*20* 141:*11*

**exact** 37:*9* 68:*6* 77:*19*

91:*12, 23* 99:*17* 120:*3* 122:*5* 161:*1* 163:*11*

**exactly** 24:*10* 37:*17* 128:*16* 129:*15*

**exaggerated** 36:*24* 139:*2, 23*

**EXAMINATIO N** 6:*2* 10:*19* 26:*11* 30:*18* 66:*8* 166:*10* 176:*5*

**examine** 31:*11* 92:*17*

**examined** 9:*17* 28:*9, 19* 37:*4* 77:*15*

**examining** 37:*11*

**example** 28:*6* 42:*1* 50:*18* 59:*19* 99:*17* 106:*12* 125:*10*

**excellent** 37:*1* 134:*10* 158:*5*

**exception** 160:*13* 162:*8*

**exceptions** 159:*11*

**exchanged** 162:*23*

**exclusion** 16:*4, 11* 24:*16* 122:*4* 123:*24*

**exclusion,** 24:*18*

**excuse** 96:*3*

**exhaustive** 115:*22* 116:*19*

**Exhibit** 11:*10, 12, 24* 12:*4, 5* 80:*4, 7, 15, 16, 19, 23* 82:*12* 90:*15, 17, 20, 21* 91:*4, 7, 10* 93:*22* 94:*1, 6, 11, 17* 95:*2, 4, 4, 6* 96:*15*

Edward R. Heilman, M.D.

100:*21* 120:*21*
124:*21* 135:*15*
141:*24* 153:*14*,
*15* 154:*15*
155:*3, 5, 21, 22*
157:*13, 17*
158:7 165:*24*
166:*6, 7, 20*
167:*1* 169:*11,
11* 171:*2, 2, 13*
**exhibited**
44:*22*
**exhibits**
154:*22* 165:*13*
**exist** 66:*5*
70:*19*
**exists** 10:*14*
**expect** 29:*19*
83:*22* 143:*16*
**expectation**
108:*13*
**expedite** 133:*3*
**experience**
19:*3* 40:7
115:*5, 6*
167:*18* 169:*20*
**experienced**
65:8
**experiencing**
102:*18*
**Expert** 6:*10*
11:*5* 30:8
31:*23, 23*
38:*14, 14, 19*
64:*6* 66:*12*
74:*10, 20*
87:*21* 91:*13,
16* 92:*5*
122:*10* 139:8
162:*8, 20*
170:*7, 10, 12*
**expertise**
55:*22, 22*
**experts** 122:*4,
6*
**expires** 179:*17*
**explain** 70:*2*
82:*15* 93:*23*
94:*22* 118:*5*
124:*1* 144:*2*
171:*20*

**explanation**
136:*12*
**expressing**
132:*13*
**extensions**
111:*21*
**extensive** 88:*14*
**extraordinarily**
16:*21* 43:*21*
**extraordinary**
63:*20*
**extrapolate**
76:*12*
**extremely**
16:*22* 17:*4*
76:*3* 115:*22*
**extruded**
67:*17, 18*
**extrusion**
123:*1*
**eye** 83:8
**eyeballs** 21:*10*
**eyebrow** 149:*4*
**eyebrows**
148:*12* 149:*2,
6, 12*

< F >
**FAAD** 6:*13*
**face** 165:*5, 7, 9*
**fact** 17:*16*
24:*11* 28:*18*
32:*21* 35:*6*
37:*19* 38:*12*
61:*3* 66:*18*
69:*18* 79:*10*
87:*6* 88:*20*
93:*5* 98:*13*
99:*15* 100:*23*
101:*5* 107:*9*
108:*5* 115:*4*
120:*1* 123:*3*
126:*18* 140:*7,
12* 141:*13*
148:*5*
**facts** 162:*16,
17*
**fail** 177:*15*
**failed** 160:*15*
**fair** 42:*23*
43:*1* 64:*17, 18,*

*21* 108:*3*
115:*4* 148:*3*
**fairly** 15:*9, 18*
60:*11* 100:*5*
102:*1* 108:*8*
111:*19*
**falls** 15:*11*
**familiar** 14:*9*
17:*11, 12, 13*
20:*10* 163:*15*
164:*7*
**fantastic** 95:*11*
**far** 16:*15*
102:*15* 142:*15*
145:*21*
**fast** 19:*10, 13*
65:*7*
**fax** 1:*21*
**FCAP** 6:*13*
**feature** 70:*11*
**features** 7:*2*
16:*5* 33:*4*
60:*8* 69:*9*
70:*16, 19*
118:*20* 123:*15,
18* 144:*6*
171:*10*
**feedback**
173:*22*
**feel** 114:*16*
115:*22* 122:*11*
162:*15* 163:*9*
**fellow** 12:*19*
13:*8* 23:*21*
53:*6*
**fellows** 15:*21*
122:*1* 170:*5*
**fellowship**
13:*11* 23:*19,
22* 130:*23*
164:*13*
**felt** 60:*10*
**fiber** 83:*19*
97:*17*
**fibers** 97:*6, 10,
12, 17, 19*
98:*20, 23* 99:*1*
100:*12, 24*
101:*6*
**fibrosing** 41:*1,
6* 55:*9*

**fibrosis** 96:*14,
19* 99:*16*
137:*9* 151:*4*
**fibrous** 67:*11,
13* 68:*14, 14*
70:8 83:*16, 17,
18* 121:*10*
145:*3, 14, 16*
151:*3*
**field** 21:*13*
44:*8*
**fields** 146:*11*
**figure** 34:*11,
13* 35:*1* 38:*19*
42:8 51:*1*
68:*10, 10* 91:*2,
11, 12* 92:*6, 9,
11, 17* 125:*1,
16* 128:8
137:*14, 20*
139:*22* 150:*7,
7* 151:*16*
**figured** 131:*7*
**Figures** 6:*13*
68:*5*
**file** 156:*10*
**filed** 157:*22*
**final** 28:*10*
60:*4*
**finally** 47:*5*
85:*24*
**financially**
176:*15*
**find** 40:8
53:*9* 68:*1*
70:*3* 87:*16*
89:*4* 119:*1*
136:*5* 139:*10*
140:*14* 141:*13*
161:*4*
**finding** 36:*12,
24* 70:*8, 9, 12*
96:*20* 97:*21*
125:*2* 130:*8,
17, 18* 140:*7,
11* 145:*11, 12*
150:*22* 161:*1*
163:*12*
**findings** 24:*19*
35:*8* 40:*9*
46:*5* 51:*15*

57:*1* 65:*23*
69:8 73:*13*
102:*6, 7* 110:8
117:*24* 120:*3,
17* 124:*5*
125:*19* 126:*19*
135:*21, 24*
136:*3, 11*
138:*21* 141:*6,
13* 160:*2*
**fine** 58:*6*
105:*3* 134:*4*
**finish** 74:*16*
100:*7, 8*
**finished** 86:*7*
**firm** 55:*15*
56:*15* 64:*3*
131:*11* 173:*21*
**first** 25:*6*
46:*22* 47:*2, 6,
8* 48:*4* 50:*12*
55:*14, 16*
57:*20* 72:*16*
80:*11* 88:*2*
89:*7* 127:*10*
146:*12* 148:*19*
159:*24* 161:*18*
173:*7*
**five** 22:*12*
39:*19* 88:*9*
90:*2* 115:*16*
135:*24* 141:*15*
**five-minute**
81:*14*
**five-year**
123:*20*
**flaw** 77:*13*
**flip** 74:*13*
**FLYNN** 3:*17*
**focal** 41:*1, 6*
55:*9*
**focus** 127:*20*
**focused** 28:*18*
**folder** 155:*18*
**follicle** 35:*12*
62:*24* 83:*20,
23* 84:*12, 20,
20* 85:*4, 6, 20,
22* 86:*2* 92:*4,
15, 24* 93:*6, 7,
8* 97:*14, 22, 23*

Edward R. Heilman, M.D.

98:16 99:4, 9,
20 100:13, 18,
19 105:17
106:22, 24
107:2, 3, 3, 5
128:10, 12, 18
129:2, 20
152:3
**follicles** 60:22,
24 61:8 62:13,
13, 16 68:24
69:6, 8 70:7
71:14, 24
72:14, 17 78:3,
7 79:11 84:22
86:18 89:13,
16, 19, 20, 23
96:8 119:3, 11,
11 126:24
136:13 144:12
146:2, 16, 19
147:11 148:6,
8 151:6
161:16
**follicular**
35:11, 12
68:24 84:12
**followed**
107:18
**following**
12:10 21:2
31:16 70:1
72:9 143:2
**follows** 9:18
**followup**
167:12
**follow-ups**
164:22
**Fonia** 120:9,
12
**foregoing**
176:9 179:4
**forever** 98:1
**forgot** 114:5
**form** 17:8
20:19 21:7
23:12 26:15
38:5 42:24
49:18 50:4
52:4 70:21
109:4 112:12

114:21 116:13
118:3 122:14
123:10 124:8
130:6, 19
131:21 136:6
139:2 141:3
143:20 148:14
150:17 153:2
162:4 164:5
179:6
**formally** 56:4
**formed** 98:15
99:8 101:3
**forms** 13:1
16:6 32:11
**forth** 14:10
176:11
**forward** 72:12
108:14
**found** 17:7, 9
79:9 87:9, 11
88:22 102:18
126:9 142:7
**foundation**
130:20 164:6
**four** 21:18
34:15 36:15,
20, 23 37:1, 9
39:19 68:17
69:7 70:15, 19
88:9 90:2
103:24 104:3
109:2 113:6
123:22 124:1
135:23 144:4
163:3
**FRCP** 6:13
**Freites-Martine
z** 6:20 141:21
165:19
**Friday** 8:8
**fringe** 111:13,
13, 24
**front** 11:9
38:10 111:4
159:17
**frontal** 76:18,
22 77:8 110:4,
7
**frontally** 111:3
**FTP** 10:11

**full** 24:24
45:6, 19 77:23
80:13 86:12
**fully** 99:8
105:15
**further** 37:4
46:10 66:9
176:7, 11
**furthermore**
104:9

**< G >**
**general** 22:20
173:13
**generally**
169:5
**generated**
162:14
**Georgia** 3:10
**germ** 129:11,
11, 14
**germinal** 121:8
**getting** 34:3
38:20 164:1
**give** 11:19
14:13 16:17
26:16 27:6
28:12 32:13
42:1 45:19
52:24 53:3
55:19 56:14
59:17 62:5
74:7 75:7, 10,
18 78:23 84:4
85:2 103:19
105:4 113:7
149:15 155:19
173:21 174:6,
7
**given** 11:2
12:7, 18, 23
17:20, 21 21:9
28:10 68:17
73:4 122:18
173:14, 17
179:5
**gives** 87:17, 21
114:20
**gland** 83:10
92:24 93:3, 8

**glands** 119:15
121:7 136:17
161:16
**go** 13:19 29:5
30:12, 14
33:16, 22 35:9
38:18 45:24
46:22 48:4
50:15 51:1
57:21 60:17,
18 63:3, 4, 18
65:21 66:11,
21, 23 67:23
68:2, 16 69:22,
24 70:24
72:12, 24 77:7,
24 78:5 79:6
80:17 81:12
84:7, 14, 17
85:10, 10, 14,
21 88:24 89:3,
21, 22 92:16,
20, 22 93:2
97:1 98:3
99:3 100:4
103:16 104:10
105:23 108:14
117:5, 5 118:6
121:2, 4, 22
124:10 125:11
127:4, 5, 8
128:2 141:4
151:8 155:18
157:17 159:22
173:5
**goal** 26:20
**godfather**
118:16
**goes** 48:8
71:1 74:1
76:9 102:13
111:3 160:4,
14
**going** 19:3, 9
20:9 32:13, 17,
18 36:13
40:17 45:20
48:24 49:13
51:19 58:4
59:6, 17 61:1
63:21 64:21,

24 65:6 66:20
70:3 72:3, 4
74:4, 16, 23
78:10, 16, 18
80:17, 23, 24
82:1, 6, 9 85:8,
9, 19 87:7
97:22, 23, 24
102:14 113:20
116:3 117:2
130:9 134:16
135:5 140:17
146:11 148:19
153:14 155:17
156:22 163:24
164:23 165:1
174:24
**Goldberg**
120:13 124:16
125:14 126:3,
5 140:3
**GOLKOW**
1:19 8:6
**GOMEZ** 2:4,
6 6:4 9:3, 3
10:15, 17, 20
11:15, 22 18:2
19:20 20:22
23:4, 5 24:5
27:10 33:10,
14, 22 34:1, 2
37:13 39:11
45:21 49:23
50:7 51:21, 22
52:11 58:5, 12
64:10 66:13
70:22 72:5
74:17, 21
75:10, 14, 17
80:8 81:7, 21
82:7 90:18
91:1, 8 92:1
94:8, 16, 19
95:11, 18
109:18 112:19
116:22 117:4,
21 118:22
120:22 122:23
124:3, 23
127:6 130:1,
11 131:5

Edward R. Heilman, M.D.

132:*10*, 22
133:*1*, 7, *13*, *18*,
23 134:5, *9*
135:6, *13*, *17*
137:*10* 141:*8*
143:*13*, 23
152:*15* 153:*12*,
*18*, 22 154:7, *9*,
23 155:2, 8, *15*,
20 156:20
157:*1*, *16*
158:*10*, *15*
159:2, *18*, 21
164:*11*, *15*
167:*17* 168:*15*
169:*10* 171:7
174:*16*, 20
**Good** 8:*3* 9:5
10:*21* 54:9
55:*12* 79:*3*
102:2 106:*1*
108:8, *17*
110:*15* 111:*12*
117:*11* 137:*18*
140:*15* 157:7,
*12* 170:20
**grab** 117:*3*
133:*19*
**grade** 35:*13*
**gradual** 107:*10*
**Grand** 2:*15*
70:*10* 93:*1*
**grandfather**
43:*13*
**gray** 83:*14*
**great** 45:2
62:*15* 63:22
65:*11* 94:24
115:*15* 132:*11*
136:*23* 143:*11*
148:23 159:*10*
160:*12* 162:8
**green** 67:*10*
91:*18*, 19
98:22 150:*14*,
*15* 151:8
**Greenberg**
1:*12* 3:8
55:*15*
**gross** 147:*16*

**grow** 105:*17*
152:4
**growth** 105:*21*
107:24
**guess** 20:*13*
22:22 26:*13*
27:*13*, 13, *17*
38:*3* 42:*19*
51:*10* 108:22
146:*1* 157:22
165:23
**guide** 83:7
**guys** 81:22
132:23 133:9,
*15* 134:*10*

< H >
**hair** 15:5
18:7 20:*3*
26:*14* 27:2, *14*
36:8, *9* 54:*11*
55:22 60:22,
23 61:8 62:*16*,
24 67:*16* 68:6,
*13*, 24 69:5, 7
70:7 71:*13*, 24
72:*14* 74:4, *9*,
*11*, 19 75:22
76:4, 5, *13*, 17
79:*11* 82:*15*,
19 83:20
84:*12*, 13, *16*,
19 85:4, 5, *19*,
22 86:*1*, *13*
87:5 93:7, *18*
96:7 97:*13*, 22
99:9 101:*21*,
23 102:*12*, 19
103:5, 7, 9, *12*,
15 105:*16*, 19
106:*1*, 8, *16*, 21,
21 107:4, 9, *13*,
*14*, 24 108:*21*
109:*3*, 5, 7, 22
110:*13*, 16, 20,
21 111:*18*
112:*11* 117:8
118:*16* 129:*11*,
*14* 134:*11*
135:22 136:5,
*13* 141:*1*

144:*12* 146:*19*
147:4 148:*6*,
*12*, *13*, 22
149:*12* 151:6
152:*3* 160:7,
*17* 161:*16*
165:9 168:*17*
169:*17*, 20, 23
170:2, 7, *11*, 13
171:*19*, 21
172:4, *11*, 19
**hairs** 35:*14*
36:*1* 61:*18*, 19,
*19*, 20 62:8, *19*,
21, 23 63:2, *3*,
4, *10* 77:5, 5,
11, 24 82:22
89:*14* 90:4, 5,
5 105:*11*
119:4, 5, 8
136:*15*, 17
147:*21* 148:2
149:8, *10*
151:2
**hallmark**
171:*11*
**halo** 35:*13*
**hand** 80:7
91:5 118:*11*
167:5
**handed** 154:5
**hands** 108:*16*
**handy** 165:22
**happen** 53:22
**happens** 54:*17*
63:*18* 106:*19*
107:*1*, *11*
113:6
**happy** 33:*19*
108:9
**hard** 113:*3*
141:*14*
**HARDY** 2:*14*
**HARPER** 3:*5*
**hazy** 83:8
**head** 112:6
140:22 150:4
**heading** 87:24
118:*19*
**healing** 110:*17*

**HEALTHCAR**
**E** 5:*3*
**healthy** 75:23
106:*21*
**hear** 40:*14*
**heard** 8:24
163:*13*
**HEILMAN**
1:*11* 6:*3*, *13*
8:*15* 9:*16*
11:*12* 90:*21*
95:6 153:*15*
155:5 157:*13*
158:7 160:*1*
166:7 167:*1*,
*17* 169:9
171:*13* 176:5
179:*10*

**Heilman's**
6:*10*, *15* 10:*12*
**held** 1:*11* 8:*13*
**help** 25:*11*
26:*19*, 21, 23,
23 28:*1* 36:4,
*12* 43:*3*, 4, *4*
45:2 47:4
52:2 55:24
104:22 108:*15*
148:20
**helped** 115:24
154:*12*
**helpful** 33:*21*
65:*11* 110:*10*
165:*10*
**hereinbefore**
176:*11*
**high** 27:*1*
32:5 34:*13*
68:9 69:*14*
84:4, *15* 85:*15*,
24 100:20
101:2 126:7
140:*12*
**higher** 84:*15*
85:*3* 92:7, 8,
*10*, 22 93:2
98:5, *12*
127:*17*
**highest** 92:*12*
99:6
**highly** 50:9

**HILLARY**
2:*13*
**HINSHAW**
4:7
**hired** 131:*17*
**Hispanic** 76:6
**histo** 14:5
**histologic** 14:*1*,
*13* 15:*10* 41:4
65:23 72:*21*
73:20 118:*20*
121:5 123:7
125:2 135:*21*
138:20 145:*21*
170:22
**histologically**
141:*12*

**Histopathologic**
14:7, *10* 15:24
**histopathologic**
**ally** 24:*15*
**Histopathology**
121:4 122:*19*
173:*1*
**history** 25:*19*
41:*21* 44:*13*
123:*1*, *3* 132:*3*
169:7 173:*1*
**hit** 85:*17*
**hnicholas@shb.**
**com** 2:*18*
**honest** 56:*14*
**hope** 10:23
73:*18*
**hopefully**
105:*18*, 24
**horizontal**
12:24 58:*17*
59:5 61:*21*
62:2 77:6, *16*
146:9, *10*
**Hormonal**
120:*16* 143:9
**hormone**
108:23
**hormones**
108:*21*
**HOSPIRA**
3:*14*, *14*, 15

Edward R. Heilman, M.D.

Hospital 28:24
54:20 115:14
170:19
hour 156:16
hourly 156:14
157:4
hours 156:10
hundreds
108:6
hypopigmentati
on 31:18
32:22 34:19,
21

< I >
ICD-9 29:7
identical 37:8
91:16
identification
11:14 90:23
95:8 153:17
155:7 157:15
158:9 166:9
167:3 171:15
identified
92:14 162:1
176:6
identify 9:1
129:4 140:24
identifying
14:11
illustrate 35:7
illustrates
35:24
image 161:14
imagine 30:6
72:2 154:12
immediately
29:9
imperative
177:11
implies 62:11,
15
important
12:22 24:15
26:21 56:15
61:2 70:16
76:3 86:19
96:20 109:21
138:4 144:6

151:20, 23
152:1 171:8
impressive
60:16
improvement
104:4, 6, 6
107:18 108:2
143:4
inaccuracies
45:6 147:16
inaccurate
87:4 93:19
161:6
inadequate
86:7
Inc.'s 6:15
include 26:3, 4
158:17 169:7
included
12:20 132:1
142:11 147:8
169:2
including 13:1
39:14 88:7
incomplete
86:6
inconsistency
93:10 150:23
inconsistent
88:23 90:7
incorrect 74:3
160:9, 10
incorrectly
129:21
increase 86:13
119:3, 5, 10
136:14, 16
147:20 148:1
increased
35:24 85:7
88:11 144:13
145:14
increasing
86:15
independently
23:23 139:5, 8,
19 162:22
indeterminant
62:8, 9, 10, 23
63:2
INDEX 6:1

indicate 59:4
112:6
indicated 9:21
indicating
110:22 111:4
112:7
individual
49:12
individuals
19:1 54:24
76:5
induced 28:15
160:7
infiltrate 70:12
inflammation
98:9 104:14
105:10 119:18
121:9 136:22,
23
inflammatory
43:13, 14, 18
49:3 70:12
96:17 98:7
105:9, 12, 23
influence
174:9
inform 115:1
informal 17:18
informally
56:5
information
25:13, 15 30:3
32:14, 17, 19
40:16 44:3, 17
45:3 49:24
50:5, 10, 13, 14,
15 51:5, 6
52:1, 24 53:2
55:17, 18, 19
56:2, 7, 8, 10,
15, 19 57:15
62:5 122:18
132:5 138:10
162:23 173:19
inherently
45:16
inhibitor
104:12, 13
123:21 141:12,
18

inhibitors
29:17 37:1
73:4 108:23,
24 109:12
139:3 140:19
141:2, 16
142:16, 20
143:17 160:8,
17 161:1
inject 43:8
104:23 113:4
injectable
105:6
injecting
107:21
injection
104:20
injections
103:18
input 51:12
insert 129:8
inserted 153:8
inserts 128:4
insofar 15:21
130:22
institution
164:14
INSTRUCTIO
NS 177:1
insulting 161:5
intact 21:10
intend 158:20
intended
93:23 139:22
interested
21:14 176:15
interesting
163:8
interface 59:9
interpret 58:20
interpretation
43:14, 17 46:2,
3, 21 47:15
73:12
interpretations
160:3
interpreting
47:14
interval 109:16
intervenes 98:2

intralesional
103:18 104:19
invaluable
115:23
investigate
90:8
invoice 156:2
invoices 6:15
155:12, 23
156:21
involve 18:22
involved 63:24
164:1 168:11,
13 173:7
involvement
20:14 21:4
issue 13:3
43:2 59:24
63:6 82:15
102:13 119:8
130:7 137:17
153:9
issued 57:6
issues 13:24
31:12 56:20,
22 102:15
104:19 116:15
118:17 138:23
143:10 161:3
issuing 57:7
its 57:4

< J >
JAAD 34:8
124:12
jackpot 85:18
Jacob 5:11
8:5 174:21
JAMA 141:22
jibe 62:24
job 12:17
20:18 55:11
114:6 116:9
169:24 170:1
173:15
JOHN 2:4
9:3 33:19
51:20 58:1
64:7 65:16
74:15 75:5
80:3 81:18

90:12 95:3
117:3 132:18
154:6 155:12
165:18 167:9
joint 150:12
Journal 34:4
120:11 124:13,
15
journals 34:6
Judge 1:6, 6
judging 54:1
59:8
judgment 25:9
JULIE 5:4
julie.callsen@tu
ckerellis.com
5:9
July 6:10
155:24 156:6
junior 17:22
jury 171:20

< K >
Kansas 2:16
Karen 166:1
keep 21:10
58:3 65:13
74:15 164:2,
23, 24
Kenalog
104:20
keratin 69:4
kind 18:7, 18
22:18 60:1
62:19 86:4
98:1 114:5
115:17 116:23
126:11 132:11
133:2 163:7
168:23 174:7
kinds 12:19
22:6
Kings 54:19
115:14 170:19
know 15:18
18:17 19:13
20:24 21:16,
17 22:5, 19
23:14, 16
24:11 27:24
28:5 33:7, 21

42:9 45:1, 16
48:21 49:4, 20
52:19, 23
53:13, 14, 16,
17, 18, 20
55:24 56:3
57:14, 22, 23
61:2 65:7, 8
72:19 74:11,
18 75:1, 3, 6, 9
78:4, 10, 15, 17
79:2, 12, 15
80:5 85:18
88:16 94:9
101:11 106:22
108:11 111:20
112:23 114:20
117:11, 12
126:12 130:12,
16 131:12
132:20 133:5
136:9 138:10
139:4, 10
140:17, 21
141:17 143:14
154:12 158:17
162:11 163:16,
18 164:19
167:20 169:3,
3 170:6 172:7,
15
known 42:5
104:7 105:8
Kolivras 136:1

< L >
L13 85:11
L6 95:21
L9 83:12
lab 20:9
95:23 96:1
labeled 38:14,
16 58:14, 15
83:11 93:6
95:24 125:3
129:7, 9, 21
146:20
LABORATORI
ES 4:4
laboratory
17:22 18:6

19:18 25:12
42:18 46:21
47:17 54:1
66:10 78:20
79:1, 3
lack 138:20
lacking 86:9
147:14
large 54:23
61:12 62:17
136:7
largely 122:24
law 56:15
64:3 131:11
173:21
lawyer 164:19
lawyers
131:12, 17
LAWYER'S
180:1
lead 138:8, 9
leading 120:24
learned 40:6
learns 23:24
leave 60:6
83:5 130:9
lectures 22:20
left 70:6
89:11 91:21
98:16 99:9
128:12 144:9
legal 78:14
legalese 153:6,
8
lends 145:19
Leonard
118:15
level 27:1
40:9 44:22
77:19, 21
83:21 84:8, 9,
18 85:11
92:22 93:2
99:5
levels 86:5
LIABILITY
1:5
lichen 41:1, 5
42:13 55:8
152:9
life 169:22

limitations
57:3
limited 37:20
LINDSAY 2:5
line 29:10
178:3 180:2
linear 125:4, 8,
17 137:2
138:1, 5
139:24
lines 90:3
list 6:15 10:7,
13 14:19, 24
15:3 33:12, 13
87:18, 21, 23,
24 90:17
118:24 124:21
127:8 141:24
142:10 153:19
154:4 155:12
162:13 168:22
169:1
listed 88:17
145:11 162:19
lists 160:4
literature
13:23 14:3, 11
17:10, 13
173:1
LITIGATION
1:5, 19 8:7
little 14:16
28:8, 18 31:15
43:15 46:14
60:14, 15
64:24 81:15
84:15 99:1
104:23 113:11
127:20 133:6,
9 144:24
146:21 155:18
163:16
LLC 3:15
4:14
LLP 1:12
2:14 3:8, 18
4:7, 17 5:5
load 39:16
166:2
localized

102:4, 9
located 54:18
long 81:17
132:20
long-standing
120:4
look 11:9
15:4 18:16
25:20 28:23
29:3 30:17
33:3, 17 34:10,
14, 16, 24 35:3
39:5 43:23, 24
44:2, 11, 11, 14,
15 47:2, 10
50:1, 9, 12
51:23 52:14,
19 53:4, 7
57:13 58:5
60:20 61:7
67:22 68:19
71:23 73:5
76:16 77:2
80:16, 19 81:1,
2, 8 82:24
83:6 88:5
89:10 91:11
97:7, 8 100:10
108:19 111:10
117:1 118:17
121:3 128:20,
23 131:13
136:9 137:19
142:24 144:24
154:11 156:21
157:9 161:11
167:13, 14
looked 17:6
20:15, 24 53:9
60:10 73:2
76:4 86:12
126:7 138:13,
15 147:24
155:9 169:10
looking 16:1
18:6 21:10
30:2 34:18
47:11 53:11
56:24 59:19,
20 68:10, 12,
23 80:4 84:5

85:*16* 91:*17*
92:*21, 23*
93:*14* 98:*19*
117:*18* 132:*15*
136:*4, 8*
137:*14, 22*
151:*14* 165:*15*
167:*6* 169:*6*
170:*17*
**looks** 110:*15,*
*16* 155:*23*
**LORI** 3:*4* 9:*5*
135:*15* 158:*13*
174:*18*
**lose** 97:*6*
**losing** 100:*24*
**loss** 15:*5* 18:*8*
20:*3* 26:*14*
27:*14* 54:*11*
101:*6* 103:*7, 9*
107:*10, 13*
108:*21* 109:*3,*
*5, 23* 110:*13,*
*20, 22* 112:*11*
135:*22* 136:*5*
141:*1* 148:*11,*
*12* 149:*12*
160:*7, 17*
168:*17* 169:*17,*
*21, 23* 170:*3,*
*11, 14* 172:*11,*
*19*
**lost** 88:*8*
97:*24* 148:*21*
**lot** 18:*10*
23:*16* 65:*12*
83:*3* 115:*6*
132:*14* 148:*21*
**lots** 40:*15*
**LOUISIANA**
1:*2*
**lousy** 59:*16*
**love** 27:*2*
106:*5*
**lovely** 158:*12*
**low** 126:*8*
127:*12* 140:*12*
156:*18*
**lower** 128:*4*
129:*8*

lstevens@gome
ztrialattorneys.
com 2:*10*
**luckily** 26:*24*
**lucky** 110:*18*
**lunch** 132:*21*
**luncheon**
134:*17*
**lupus** 40:*23*
41:*5* 42:*5, 15*
55:*7*
**Lynn** 120:*12*
124:*16* 126:*3,*
*4* 140:*3*

**< M >**
**M.D** 1:*11* 6:*3*
9:*16* 176:*5*
179:*10*
**macroscopic**
35:*8*
**mad** 156:*22*
**Mag** 1:*6*
**magnification**
32:*6* 34:*13*
68:*9* 69:*15*
84:*4, 15* 85:*3,*
*12, 15* 86:*1*
92:*7, 8, 10, 12*
98:*5, 13* 99:*6*
100:*20* 101:*2*
127:*13, 18*
**Main** 5:*6*
39:*4* 153:*9*
**mainstays**
112:*18*
**major** 24:*1*
43:*2* 77:*13*
123:*22* 124:*1*
138:*23* 139:*12*
142:*21* 163:*3*
**majority**
122:*16*
**makeup** 55:*2*
**making** 123:*23*
**man** 77:*4*
**manage** 108:*13*
**mandatory**
62:*2*
**March** 55:*15*
57:*8, 9*

**mark** 135:*13*
165:*12, 23*
166:*20* 171:*2*
**marked** 11:*10,*
*13* 12:*3* 90:*14,*
*20, 22* 91:*9, 18*
95:*2, 7* 119:*3,*
*4* 135:*15*
136:*14* 146:*18*
147:*20* 148:*1*
153:*16* 155:*6*
157:*14* 158:*8*
165:*14* 166:*8*
167:*2* 171:*14*
**marker** 59:*4*
152:*14*
**marrow** 17:*19*
21:*2* 167:*24*
**Mary** 133:*12*
**Mary's** 133:*13*
**Massachusetts**
4:*9*
**material** 86:*8*
126:*8* 153:*10*
**Materials** 6:*15*
10:*11, 12*
154:*4, 15*
173:*16*
**mathematics**
77:*2*
**matter** 8:*13*
**Maureen** 1:*14*
9:*13* 19:*12*
134:*2* 174:*20*
176:*1, 19*
**MD** 6:*12, 13*
8:*16*
**MDL** 1:*5* 4:*5*
**mean** 21:*24*
24:*18* 27:*23*
40:*13* 48:*22*
49:*20* 57:*22*
71:*22* 101:*10*
106:*8* 115:*9,*
*11* 140:*8*
148:*5* 161:*6*
173:*12*
**means** 53:*21*
58:*19* 62:*9, 10*
77:*1* 83:*18*
84:*9* 89:*15*

111:*14* 152:*2,*
*2*
**meant** 140:*6*
**Medical** 6:*23*
13:*6* 15:*20*
22:*21* 54:*18,*
*20* 103:*4*
170:*4*
**medication**
143:*10*
**MedStar** 28:*24*
**men** 117:*9*
**menopausal**
39:*17* 54:*15*
**mention** 57:*24*
117:*17* 162:*18*
**mentioned**
18:*1* 160:*20*
171:*1*
**mentioning**
119:*1*
**mentions** 88:*2*
161:*18, 19*
**mentor** 43:*21*
50:*8*
**mesenchymal**
85:*17*
**messed** 155:*17*
**met** 163:*17, 19*
**metaplasia**
150:*21, 21*
**metastatic**
148:*20*
**method** 85:*9*
**MICHAEL**
4:*16*
**microscope**
15:*2* 43:*18*
50:*22* 83:*14*
161:*2* 170:*8*
**middle** 29:*6*
54:*21*
**Milazzo** 1:*6*
**mimics** 146:*12*
**mind** 23:*8*
44:*7* 113:*1*
153:*1*
**miniature**
119:*11*

**miniaturization**
70:*7* 86:*13*
**miniaturized**
61:*19* 62:*21,*
*23* 78:*2, 6*
83:*20, 23*
84:*20* 86:*2*
107:*4* 119:*4, 5,*
*8* 136:*15*
144:*12* 147:*21*
148:*2, 6, 8*
**Minimal** 70:*11*
**minor** 61:*5, 6,*
*9* 71:*2, 15*
**minoxidil**
103:*20* 104:*21*
112:*15* 113:*9*
117:*7* 142:*23*
143:*3, 12*
**minutes**
133:*16*
**mishear** 50:*11*
**misinformation**
59:*17*
**misinterpretati**
**ons** 147:*17*
**mislead** 75:*16*
**mission** 12:*17*
23:*24* 56:*12*
**Missouri** 2:*16*
**misspelling**
67:*7*
**Miteva** 7:*1*
33:*5* 34:*9*
171:*3, 12*
**modality** 98:*2*
**models** 152:*23*
153:*1*
**moderate**
143:*4*
**modification**
61:*15*
**moment** 66:*15*
116:*24* 155:*19*
**Monday** 37:*19*
**months** 104:*3*
113:*7*
**morning** 8:*4*
9:*5* 10:*21*
**move** 84:*9*

msuffern@ulm
er.com 4:21
multiple 21:20
140:9

< N >
naked 67:16
68:6 151:5
name 8:5
44:12 53:3, 8,
11 58:9
163:16
named 52:9
nature 8:21
39:2 56:1
122:5, 7
131:14, 18
152:7 173:8,
24 174:4
NCRA 176:19
NE 3:9
nearby 89:7
nearly 146:2,
15
necessarily
24:9, 12, 13
49:1 52:9
140:8
necessary
40:12, 18
163:24 177:4
neck 70:1
need 26:19
28:1 33:3
40:11 41:4, 22
43:3 47:3
48:1 50:10
51:5 53:1
62:5 74:24
77:24 81:1
105:14, 17
124:19 154:11
needed 55:23
needle 105:4
needs 42:13
109:15
neither 176:13,
14
never 37:6, 6
38:10 53:14
59:21 78:15

86:7, 11, 11
102:16 103:1,
2 104:10
126:9 148:7
163:6, 9, 10, 17,
19
New 1:13
3:21, 21 79:11
86:2 90:11
94:7 121:13
newish 126:11
newly 98:15
news 102:2
nicely 61:4
NICHOLAS
2:13
Nicole 31:7
101:12 115:20
night 10:5, 10
153:23 154:1
nights 10:8
nine 37:21, 22
nomenclature
151:23
non-alopecia
61:24
non-existent
137:4
non-inflammato
ry 61:21
non-scalp
148:11
non-scarring
13:2 16:6
60:8 62:3
73:14 87:18,
22 122:20
123:4 168:24
169:1, 2
normal 60:22,
23 61:8 62:12
71:13 76:5, 5
77:3 82:18, 19,
19 93:17 96:7
97:12 98:22,
23 99:20
100:10, 11, 12,
14 128:17
129:9, 10, 15
145:10 146:1,

2, 15, 15
normally 63:9
North 1:7
Notary 176:21
179:20
note 10:5
35:18, 23 98:6
118:9 161:22
noted 93:11
96:22 124:17
147:9 179:7
notes 117:1
167:14, 15
180:1
Notice 6:15,
20 155:3, 13
157:18
notorious
72:16
nowadays
171:23
nuclei 98:10
Number 11:13
18:12 26:20
29:6 32:10
33:6 35:10
36:20, 22, 22,
23 53:12 59:1
75:1, 4, 12
77:7 81:10
82:19 84:6, 7,
24 85:7, 10, 15,
21, 24 86:21
87:10 90:22
95:15, 16 96:6,
17 98:18
100:21 101:1,
4 102:23
106:18 120:21
121:22 124:21
125:20 136:13,
16 138:7
140:17 142:1
144:13 146:2,
15, 18, 20
147:11, 15
148:6, 8
153:16 155:6
157:14 158:8
161:3 166:8

167:2 170:20
171:14
numbers
76:10, 11 95:7
141:16 166:24
171:23

< O >
object 51:19
objected 158:3
objection
13:19 17:8
20:19 21:7
23:3, 12 26:15
38:5 42:24
49:18 50:4
51:18 52:4
70:21 109:4
112:12 116:13
118:3 122:14
123:10 124:8
130:6, 19
131:21 136:6
141:3 143:20
148:14 150:17
153:2 158:23
164:5
Objections
6:20 155:14
157:23 158:13
objective
15:18 44:19
48:3 56:12
131:23 132:9
173:16
obligations
38:7
observed 143:5
obviously
12:20
occasion 18:23
40:22 41:13
54:8 56:4
131:2
occasions
53:23 96:6
104:15
occipital 58:16,
16, 23 60:5
76:20

occiput 38:16
59:6, 10, 13, 15,
16, 22, 22
149:24 150:4
occurred
169:12
O'Connor
1:15 176:1, 19
October 1:14
8:9 176:22
od 84:4
offer 22:5
office 102:6
offices 1:12
oftentimes
120:3
Oh 20:4 58:8
94:8 132:22
142:4 155:15
Ohio 4:19 5:7
oil 83:10
92:24 93:8
Okay 13:14
14:8 22:9
23:4, 10 28:12
29:2 30:15, 19
31:1, 24 33:10,
16, 22, 24
39:20 42:12
44:21 45:2, 10
49:7 52:17
53:23 54:4
55:10 56:6, 9
57:11 58:7, 8
59:23 60:14,
16 62:8, 19
64:15, 20
65:22 66:12
68:2, 9 72:18,
24 75:14, 17
76:20 77:10
79:17, 23
80:22 81:15,
18 82:8, 22
85:13 89:8, 9,
19 90:6 92:2
94:18 98:3
101:14, 20
106:10 107:15
109:1 110:10,
21 111:1, 5

Edward R. Heilman, M.D.

112:24  113:12,
20  114:23
116:3  117:11
118:18, 23
123:6  125:4,
20  127:9, 16
133:5, 11, 17,
21, 21  134:1, 3
137:18  141:9,
12  142:5
143:24  144:5
146:24  156:13
157:7, 12
159:13, 22
161:7  164:15
168:3, 6
172:14, 22
**omission**
150:23
**once**  18:15
22:7  105:15
113:17  160:21
**ones**  90:13
140:9  165:16
171:6
**openings**  35:13
**operating**  27:8
**opinion**  17:21
24:12  25:21
37:5  38:9
42:10  47:3, 4
48:9, 18, 20
49:4, 6, 20
52:6, 14  66:16,
18  69:17  87:6
88:15, 20  93:4,
5, 5  94:23
122:17  132:9
145:19  162:16
163:2
**opinions**  49:8
51:13, 14
93:24  114:21
132:13  139:16,
17  154:17
158:20  159:1,
4, 7  173:17
**opportunity**
21:15  65:19
106:5
**opposed**  124:6

**order**  9:24
156:5
**organized**
81:20  133:20
**oriented**  96:5
**original**  50:16
71:17, 20
79:14  86:5
177:12
**originally**  79:8
**outlined**
160:19
**outright**
147:16
**outstanding**
162:12
**overlay**  109:8,
23

**< P >**
**p.m**  134:15
135:4  174:23
**PAGE**  6:2, 9
29:6  30:14
34:10  38:21
39:5  57:21
58:11  59:1
60:18, 20
64:14  66:23,
24, 24  67:9
68:1, 3, 8, 17
71:13, 20  72:1
74:11, 19  76:8
80:11  87:20
88:12  89:6, 7,
11  91:13, 15
92:16, 17, 20
95:10  118:8,
17  121:3
125:1, 12
127:5, 18, 19
128:2, 3, 5
129:1, 8  135:8,
21  137:12, 12
139:21, 21
144:1  145:24
147:19  149:14
150:6  151:13,
16  152:17
159:22  161:9,

12  169:12
178:3  180:2
**pages**  154:10
179:5
**painful**  113:4
**pale**  145:1, 3
**pallor**  97:15,
15  100:22
**papillary**
85:17
**paragraph**
31:16  64:1, 12,
16  73:8  153:5,
6  159:24
**paraphrase**
140:18
**Park**  3:19
**part**  23:18
36:7  41:24
47:14  79:20
107:16  110:13
141:1  165:20
169:24  170:1
**particular**
12:7  33:2
36:6, 14  38:24
45:5  56:1
63:24  69:5, 5
81:3  83:21
96:10  98:16
99:12  103:5
107:16  120:1
122:11  128:20
129:14  141:1
145:8  146:7
159:14  162:7,
12
**particularly**
22:23  23:7
**particulars**
17:24
**PARTIES**  2:1
8:17, 23
176:14
**passed**  131:6
**path**  81:13
**pathologic**
19:9  120:17
160:15
**pathologist**
47:7  48:5, 13,

17, 20, 23
49:14  52:2, 7
113:24  114:2
**pathologists**
46:22  47:18
51:11  52:21
**pathology**
25:1, 2  38:15,
17  45:5  48:8
56:18  57:6, 13,
18  87:1, 2, 10
89:8, 21
146:17, 19
147:15  160:20
170:17
**patient**  18:18
20:16  26:21,
23  27:22  28:2,
20  29:22  30:1
31:11  35:3
39:16  40:20
41:5, 18, 21, 21
42:2, 4, 5, 12
43:4, 5  53:8
55:3  65:9
107:7  108:12
109:14  132:3
146:3  167:21,
23  168:12
**Patients**  6:22
12:15  37:18,
20, 21, 22, 22
39:13, 22
40:24  41:9, 10
46:17, 19
54:10, 14
59:18  104:15
108:6  115:7,
10, 15, 16
120:14, 18
141:19  142:9,
10, 23  143:6, 8
166:5, 16
168:17  169:23
170:1, 18, 21
**patient's**
44:12, 12
**pattern**  73:14
**pause**  8:22
75:2

**pay**  56:21
**PCI**  16:7
**PCIA**  13:3, 15,
24  14:11, 20
15:1  16:2, 4,
14, 21  17:6, 7,
9  20:17  21:2,
6, 21  22:8, 14,
24  23:11  24:8,
11, 19  45:2, 9
72:13, 15, 23
88:7, 18  118:2
122:8, 13, 22
123:9, 12, 24
124:6  125:19
126:14, 15, 18,
21  130:17
131:4  132:1, 8
138:5, 11, 22
139:14  140:11
144:7  145:13,
21  163:3
167:18, 19
168:16, 18
169:3  172:23
**people**  47:12
52:8  145:18,
18
**percent**  21:19
27:23  35:5
40:10  102:11,
12  103:12, 14
106:7, 9, 16
107:13, 17
172:21
**percentage**
18:3, 5, 9
119:10  136:14
147:20  148:2
**perfect**  138:19,
19  154:7
**perfectly**
27:23  148:16
**perform**  39:21
79:1  116:14,
15
**performed**
42:17  73:21
**perifollicular**
31:18  32:22

Edward R. Heilman, M.D.

34:*19*  96:*13,*
*14, 19*  99:*16*
**period**  103:*15*
**periphery**
36:*1*  97:7
98:*21*
**peripilar**
34:*20*  35:*16*
**Permanent**
118:*20*  120:*14*
149:*10*
**persistent**
12:9  66:*1*
73:*15, 23*
88:*11*  120:*4*
135:22  136:*5*
**person**  20:2
21:6  121:*12*
**perspective**
38:*4*  39:*10, 10*
55:*21*  73:22
116:*1, 10*
**PFIZER**  3:*16*
**ph**  1:*21*
**PHARMA**
4:*13*
**PHARMACEU**
**TICAL**  4:*4*
**PHARMACEU**
**TICALS**  4:*3,*
*15*
**phenomenal**
43:*20*
**phone**  51:*4*
**photograph**
34:*11*  39:5
67:*1, 3, 5, 9*
83:*11*  89:*4, 5*
91:*14, 15*
95:*15, 16, 21*
96:7  97:*8*
98:*9, 17*  99:*10,*
*11*  100:*21*
101:*17*  127:*14*
129:*17*  146:*1*
161:22, *23*
**photographic**
31:9, *12*
**photographs**
25:*19*  31:6, 7
35:7, *10*  36:*14*

69:*14*  79:*14*
80:*18*  82:9, *11*
86:*17*  90:*11*
91:*17*  93:*21*
94:22  95:*15,*
*22*  96:*24*
101:*13, 16*
111:9, *11, 12*
115:*23*  116:*20*
125:*13*  140:2
149:*19*
**photomicrogra**
**phs**  10:9
**phrase**  44:6
173:5, *8, 24*
174:*4*
**Physical**  30:*17*
**physicians**
27:22  29:*19*
162:*19*
**pick**  44:*10*
53:*10*  120:*8*
**picked**  21:*21*
88:5
**picture**  31:*21*
32:2  34:*15*
35:*1, 2, 3, 19,*
*20, 24*  38:*20,*
*20, 22*  45:*19*
59:2, *8*  60:*17*
61:7  69:*12, 13*
71:*12, 21*  72:*1*
81:*3*  83:2, *6*
84:5, 7  85:*14*
89:*10, 11*  97:2,
*3*  98:*4*  99:*20*
100:*15, 17*
111:*8*  125:*16*
128:4, 9, 9, *13,*
*20, 21, 23, 24*
129:*4, 6*
144:*21*  146:7
147:*8, 9*  151:*3,*
*9*  161:*12*
162:7
**picture,**  81:9
**pictures**  37:7
61:5  68:*18*
69:*3, 12*  81:*13*
83:*1, 3*  125:*10*

126:5  128:*16*
144:*8, 9*
**piece**  13:*20*
142:*21*
**pieces**  70:*1*
**Piedmont**  3:9
**pigment**  69:*1*
121:7
**pigmented**
68:*12*
**pink**  145:*1, 2,*
*3*
**pinpoint**  31:*17*
**place**  32:*16*
103:*21*  148:*24*
174:*10*
**Plains**  1:*13*
**plaintiff**
166:*24*
**PLAINTIFFS**
2:*3*  6:*20*  9:*4*
91:9
**plan**  133:*23*
**planopilaris**
41:*1*  55:*8*
152:9
**planus**  41:6
42:*14*
**please**  8:22
9:*1*  79:*18*
89:7  135:9
149:*14*  177:*3,*
*8*
**plucked**  149:*8*
**plucker**  149:5
**plucking**
149:*10*
**plurality**  55:2
**plus**  62:*8*
132:5, *6*  170:6
**plus-minus**
76:23, *24*
**point**  14:*15*
23:6  28:*3*
31:9  36:*10*
45:*17*  63:7
64:*19, 23*  65:2
66:22  71:*12*
72:*21*  77:*10*
82:*21*  84:*11*
88:*10*  93:*16*

103:*4*  105:*14*
110:*11, 19*
113:2  119:7,
*19, 22*  121:*21*
125:9  127:*10*
131:*23*  138:*18*
140:22  144:*3,*
*20*  146:*13, 14*
153:*11*  160:*18*
170:22  173:*16*
**pointed**  67:*12*
**pointing**  67:*3*
71:*18*  83:*15*
84:*19*  99:7
**points**  84:*12*
127:9
**Pollard**  1:*15*
9:*13*  176:*3, 19*
**population**
75:24
**portion**  36:*1*
97:*13*  100:*19*
161:*21, 24*
**portions**  138:7
**position**
130:*16*
**possibilities**
16:*18*
**possibility**
49:22  72:22
123:*23*  139:*1*
**possible**  24:*1*
36:*4*  49:6
56:*13*  168:*23*
**possibly**
105:*20*  124:9
138:9
**post**  18:*17*
**posterior**  110:*4*

**postmenopausal**
39:*17*
**postulate**  78:2
**potentially**
167:*13*
**practice**  23:*23*
37:*20*  41:*16,*
*18*  115:*13*
**practices**
111:*19, 23*

**practicing**
16:*23*
**PRATHER**
3:7
**pre**  18:*17*
**pre-COVID**
115:*11*
**predominantly**
73:*14*
**preliminarily**
78:8
**preparation**
26:*11*  73:*20*
105:7  156:9
**prepared**  57:2
77:*17*
**presence**  74:2
98:*20*  117:*24*
121:6  147:*3*
**Present**  3:*4*
14:22, *22*  31:*3*
37:9  41:2
107:5  138:*12,*
*16*  168:*23*
**presentation**
31:*13*  39:*3*
41:*20*  56:*20*
109:*13*  132:*3*
139:*24*
**presentations**
12:*8*
**presented**
10:6  17:*17*
37:*12*  42:*4*
44:*24*  48:*10*
102:6  126:*12*
**Preservation**
119:*14*
**preserve**
105:*18*
**Preserved**
70:*10*  136:*18*
**pretty**  15:*12*
48:*21*  108:*17*
110:*15*  167:22,
*24*
**previously**
140:*1*  143:*18*
**primarily**
112:*10*

Edward R. Heilman, M.D.

primary 49:11
prior 176:4
private 115:13
probably
42:14 80:5, 17
113:5 116:16
133:3 141:11
148:21 149:6
problem 33:16
110:17 117:20
120:6 132:17
procedure 27:8
proceed 10:16
64:8
process 27:21
97:21 100:22
103:17 105:23
122:5
produced 10:6,
8 66:10 90:13
106:21 153:11
production
94:7
PRODUCTS
1:4
prognosis
108:16
program 13:9,
10, 12 107:19
prominent
18:11 110:3
pronounced
107:22
proper 32:18
properly 57:2
77:22 78:22
proportion
54:23
propounded
179:6
protective 9:23
prototypic
99:16
provable
72:23 73:19
prove 66:6
73:18 78:5
83:21 91:22
proves 101:6
provide 26:12
49:7 51:14

54:11 158:2
160:15
Provided 6:15
52:1 66:8
78:9 79:8
81:5 126:4, 5,
9 132:5, 7
140:2 144:15
153:20 154:4
158:19
providing
27:15 52:13
Public 176:21
179:20
publication
140:4
publications
86:19 125:3
145:12
published
12:8 13:24
14:17 33:18
34:4, 7 68:21
120:9, 10
124:12, 15
125:14 126:6
141:20
pull 11:17
33:1 38:17
79:18 101:14
116:24 154:21
pulled 80:12
punch 77:6
151:1
purple 59:3
purport
140:10
purported
125:6, 18
144:6
purporting
127:14, 15
138:11
purposes 9:8
pursuant 9:23,
24
put 18:9 46:6
50:20, 21
73:10 111:22
120:19 154:19
162:7

puts 48:9, 17
67:3 129:1
putting 62:22
72:2

< Q >
quality 79:2
quantitative
75:24
quarter
132:19, 23
question 19:24
21:21 22:7
46:7, 13 55:12
58:3 64:24
113:3, 21
123:11 162:16
169:9 171:18
questions
25:16 64:9
65:17 87:12
164:16, 20
167:12 168:15
169:16 174:13
179:6
quickly 117:1,
19
quite 31:13
46:23 61:4
79:3, 9 100:6
101:9 114:9
139:5, 10
142:17 160:22
162:12 171:24
172:23
quiz 21:22, 23
22:14
quizzes 21:9,
16

< R >
racial 55:2
rare 16:22, 22
17:4 18:23
19:5 53:23
104:15
rarely 46:18
rash 42:7
rate 108:8, 9
156:14 157:3,

4, 5
ratio 63:14
reach 25:21
read 10:2
14:18 23:17
30:5, 7, 7
37:10 46:11,
16 47:8, 21
77:18 111:18
119:24 132:6
148:23 149:2
161:12 174:14
177:3 179:4
reading 51:12
88:15
ready 165:1, 2
real 117:1, 19
really 16:10,
12 18:9 19:16
29:4 39:2
41:2, 4, 22
49:19 56:2, 3
59:14 63:6
64:16 86:7
89:17 93:4
107:12 111:12
114:19 115:5
120:7 136:10
Realtime 1:16
176:3, 20
reason 26:18
44:23 63:23
72:18 82:13
97:4 177:5
178:5, 7, 9, 11,
13, 15, 17, 19,
21
reasons 32:9
37:1, 9 87:8
163:4
rebuttal 127:3,
3, 4, 18 129:16
130:3 159:8,
23
recall 131:4
137:16 169:13
173:10
receipt 177:13
received 18:19,
19 173:18, 19

recess 82:2
134:17
recognize 24:8
29:21 54:6
recognizing
107:9
recollection
168:10
recommendatio
ns 54:12
recommended
78:11 112:9
record 8:4
9:2, 21 11:11
12:4 71:16
79:24 80:6
82:1, 6 90:16
118:10 120:20
124:20 134:16
135:5 158:11
166:12 174:24
records 6:23
red 67:3, 5
reduced
161:16
reduces 104:13
reducing
105:11
refer 87:1
101:12, 16
128:1
reference 33:1
64:12 80:1
91:2 144:4
149:15
referenced
130:13 165:17
referencing
12:6 81:9
90:20
referred 96:5
131:3 166:15,
20 171:7
referring 30:9
50:6 90:1
refers 68:7
reflect 39:2
refute 147:8
refuted 147:6
regard 38:2
149:1

Edward R. Heilman, M.D.

regarding
12:*19* 23:*11*
49:*8* 76:*13*
145:*12*
region 110:*1*
143:*17*
Registered
1:*15* 176:*3, 19*
regrew 148:*23*
regrow 102:*11*
regrowth
117:*8*
regular 37:*18*
regularly
170:*16, 18*
reinjections
104:*1*
relate 22:*23*
23:*7*
related 22:*13*
169:*18* 172:*19*
Relates 1:*6*
relative
176:*13, 14*
relatively 19:*7*
42:*6* 62:*12*
102:*4, 8*
reliable 34:*6*
reliance 10:*7*
33:*2, 12, 13*
153:*19*
relied 122:*17*
154:*16*
rely 40:*4*
relying 122:*12*
remainder
133:*4*
remaining
35:*11* 93:*21*
94:*22*
remains
132:*15* 155:*1*
remember
17:*24* 22:*16*
142:*7*
remind 20:*1*
65:*13*
remnant 67:*6*
Remote 1:*10*
8:*12, 21*

REMOTELY
2:*1* 8:*18, 20*
9:*17* 176:*6*
render 47:*2*
158:*20*
rendered
28:*21* 122:*22*
reorganize
133:*2*
repeat 20:*20*
85:*8* 103:*24*
122:*6*
rephrase 43:*24*
replicate 53:*5*
**Report** 6:*10,*
*13* 11:*19* 12:*6*
30:*5, 8* 31:*23*
38:*14, 15, 18,*
*19* 39:*6* 45:*6,*
*8* 47:*6, 9*
56:*18* 57:*6, 8,*
*14, 18* 58:*24*
60:*18* 66:*12,*
*21* 67:*23* 68:*1,*
*3* 71:*17, 20*
74:*10, 20*
75:*13* 76:*10,*
*15* 79:*21* 80:*4,*
*7* 86:*9* 87:*1, 2,*
*10, 17, 21*
88:*23* 89:*8, 22*
90:*2* 91:*13, 16*
92:*5* 94:*14, 15,*
*18* 95:*4* 96:*23*
113:*14, 16*
115:*19* 116:*19*
127:*3, 4, 5, 18*
129:*16* 130:*4*
135:*9, 10, 14*
137:*13* 139:*8*
141:*24, 24*
144:*2* 146:*17,*
*19* 147:*15*
150:*24* 158:*18*
159:*9, 23*
160:*21* 162:*8*
165:*21* 166:*22,*
*23* 169:*10, 12*
173:*20*
**Reporter** 1:*16,*
*17* 9:*12, 12*

43:*16* 65:*6, 18*
80:*1* 81:*19*
134:*2* 154:*24*
167:*11* 176:*3,*
*4, 19, 20*
reporting 8:*22*
reports 28:*24*
52:*10*
represent
89:*13* 96:*4, 16*
98:*6, 7* 128:*16*
138:*2*
representations
125:*13*
representing
9:*7*
represents
26:*1* 83:*10*
92:*13* 98:*10*
101:*1, 2*
reproduce
106:*1*
reputable
121:*12* 124:*13,*
*14*
reputation
163:*22*
requested
158:*3*
requests
157:*20*
required 62:*4*
researcher
12:*14*
reserve 10:*3*
reserving
153:*10*
residency
24:*24*
resident 42:*12*
46:*19* 48:*8, 9,*
*12, 22*
residents
12:*18* 13:*5, 7*
15:*20* 22:*22*
41:*15, 16, 19*
46:*18* 122:*1*
170:*4*
resident's 58:*9*
resides 102:*22*

residual
101:*23*
respected
164:*14*
response
105:*12* 157:*23*
Responses
6:*15*
responsibility
23:*18* 64:*5*
responsible
49:*12* 170:*3*
result 111:*23*
149:*10* 174:*7*
results 48:*2*
143:*1, 2*
retained 157:*8*
retention 72:*17*
retrieve 105:*20*
return 73:*7*
177:*11*
returning
22:*19*
reverse 105:*9*
reversed
143:*11*
reversible
163:*5*
review 48:*14,*
*24* 113:*16*
115:*19* 149:*18*
reviewed 31:*5,*
*6* 113:*14*
154:*16* 155:*10*
rheumatologist
42:*8*
rheumatology
42:*3*
Rhuebottom
102:*20, 20*
right 10:*4, 17*
11:*8* 12:*1*
14:*4* 17:*3*
18:*22* 20:*6*
22:*18* 24:*6*
25:*22* 26:*9*
27:*11, 19*
29:*20* 30:*4, 8,*
*13* 31:*14, 17*
32:*7, 23* 34:*15*
35:*9* 36:*7*

37:*14* 38:*1*
39:*12* 40:*3*
42:*17, 19* 43:*9*
45:*22* 46:*15*
49:*15* 50:*11,*
*20* 53:*21* 54:*9*
56:*22* 58:*13*
59:*2* 60:*6, 6*
61:*1, 5, 10, 16*
62:*14* 63:*19*
65:*21* 66:*4, 5,*
*14, 19* 67:*2, 24*
69:*19, 20*
70:*23* 72:*6*
74:*22* 75:*21*
77:*16* 78:*16*
81:*3, 11* 82:*20*
83:*2* 84:*14, 23*
85:*6, 18* 86:*24*
88:*4, 4, 19*
89:*15* 90:*11,*
*19* 92:*13, 15*
93:*20* 95:*20*
97:*8* 99:*4, 5, 5,*
*14* 100:*16, 18*
101:*8, 16*
102:*15* 104:*22*
108:*1* 111:*7*
112:*8* 113:*9*
114:*4, 4, 13*
115:*18* 116:*23*
121:*5* 123:*23*
127:*7, 12, 24*
128:*4* 129:*8,*
*13* 130:*2, 12*
134:*6, 9*
135:*20* 137:*11,*
*24* 139:*20*
140:*15* 141:*21*
142:*17, 20*
143:*14* 144:*11,*
*17* 145:*4, 8, 23*
147:*1, 18*
148:*9* 149:*13*
151:*2, 13, 15*
152:*16, 19*
153:*10, 13*
154:*4, 19*
156:*8* 158:*5*
159:*3, 6, 19*
160:*10* 161:*17,*

19 162:10
163:20 164:15
168:21
**right-hand**
144:18
**risk** 78:12
**Road** 3:9
**Rogers** 31:8,
22 35:10, 21,
22 39:6
101:12 111:8,
10 115:20
116:6, 10, 16
139:8, 16
149:3, 3
162:20
**role** 47:19
122:9
**room** 42:11
**Rosic** 28:8, 19
29:22, 24
34:18 38:2, 11
44:22 45:14
57:7 68:7
76:14 77:12,
14 79:9 86:6
88:6 92:14
127:2 128:24
129:5, 24
136:11 137:6
141:23 144:16
146:9 149:16
162:14 163:13
165:20 166:23
**Rosic's** 58:23
60:17 66:21
69:13 71:17,
19 87:17, 20
91:13 92:17,
19 93:12 96:1,
23 120:21
124:21 129:16
146:16 147:14
150:24 159:8
160:20
**round** 98:7
144:24
**rounds** 148:19
**route** 104:11

**routine** 48:10
98:4 142:13
170:23
**routinely** 53:1
61:20
**Rule** 6:13
19:18 29:12,
13, 14, 16
50:23
**rules** 10:1
**ruling** 172:23
173:2

< S >
**safe** 105:7
154:14 174:18
**SAGENT** 4:14
**samples** 17:5
18:6 70:19
137:21
**San** 2:8
**Sandoz** 1:6
3:3 6:15 8:14
9:6, 10 157:9
**SANOFI-AVE**
**NTIS** 2:12
**Sardi** 58:9
**satisfactory**
104:6
**satisfying**
139:11
**saw** 37:21, 22
42:2 56:11
90:15 136:18
**saying** 35:2
36:19 46:12
70:14 86:4
88:13 147:23
149:17 160:10
173:10
**says** 17:13, 14
29:6, 10, 17
31:2, 16, 17
50:23 58:9
59:3 60:4, 7
67:10 71:13
88:10 89:11,
16, 22 118:19
121:5, 10
146:14 147:1
160:1 161:13

**scalp** 31:4, 19
35:14 36:7
41:14 58:16,
17, 23 60:7, 23
72:2 73:4
76:19, 19, 20,
22 77:8 82:18
104:2 105:2,
10 107:16
110:1, 8, 11, 13,
14
**scalp,** 60:5
**scar** 68:14
72:4 96:18
97:24 98:11,
14 99:8, 15
100:18, 23
101:3 105:15
**scarred** 152:8
**scarring** 13:2
28:14 36:2
60:8, 15 61:3
62:1 67:20
68:15 71:2
87:18, 22 88:1,
7 96:13 97:6,
18, 21 99:2, 14
100:13, 22
101:7, 24
104:16 105:13,
15 137:5, 7
138:24 150:22
151:6 152:5, 7,
14
**searched**
137:2 140:12
**searching**
57:21
**sebaceous**
70:10 93:1, 3,
8 119:14
121:7 136:17
161:16
**second** 26:22
32:20 57:5
58:14 60:1, 7
61:6 118:10,
13, 14 121:4
125:12 128:2
140:4, 4 142:7
146:14 159:23

**secondary**
29:16 36:24
47:19 67:19
68:15 118:21
120:5 129:11
142:19, 19
150:2 173:22
**Section** 1:5
77:6 84:18
95:24 99:12
128:11 160:16
**sectioning**
12:24 58:18,
19 60:14
61:21 78:19
84:1
**sectionings**
146:9
**sections** 60:21,
21 62:2 77:15,
16, 21 78:8, 12,
13, 24 79:5, 7
95:23 121:6
146:10 160:3
**see** 16:8, 10
18:21 19:17
21:15 29:5
32:1 34:8, 11,
12, 22 35:10
37:18, 21
39:13 40:11
41:17 48:19
49:1 50:15, 18
53:2 54:4, 14
55:5 56:8
57:12, 23 60:9,
23 66:24 67:4,
8 68:3 69:1
70:16 76:21
77:4 78:3
83:14, 22
84:18, 21
85:12, 22 90:8
96:15 97:14
99:6, 13, 18
100:11 101:19
104:3 106:23
110:14 113:6
114:22 115:10,
11, 14, 16
119:9, 12, 15

120:4 121:23
125:8, 13, 20
127:17, 21
128:8, 13, 17,
21 131:2, 9
133:24 135:11
137:21 140:9
144:11, 22
146:20, 22
148:10 149:19
150:1 151:18
152:9, 10, 11
160:5 165:10
168:14 170:18
**seeing** 72:3, 4
102:19 129:16
172:1
**seeking** 56:16
**seen** 17:1
19:5 21:8
49:9 78:11
83:11 102:22
125:2 138:6
139:2 144:15
172:8
**select** 32:12
41:23 42:16
**selected** 82:9
166:17
**selection**
32:14 43:7
45:12, 18
**send** 26:18
27:4, 9 29:19
33:20 56:6, 7,
8 75:6
**sense** 25:17
**sent** 10:11
21:16 156:2
**sentence** 69:22
70:2, 6 87:3, 3
121:5 147:2
160:1
**separate** 38:6
**separately** 12:5
**sequential** 83:1
**serious** 173:4
**service** 42:3
**SERVICES**
1:19 8:7

**session** 115:*12,*
*13, 13*, 16
135:*1*
**set** 14:*10*
15:*23* 121:*13*
157:*3, 5*
176:*11*
**sets** 38:*9*
**setting** 46:*9*
47:*22* 49:*10*
112:*3, 4*
**settled** 145:*22*
**seven** 79:*5*
135:*24*
**sex** 44:*13*
**shaft** 68:*13*
**shafts** 67:*16*
68:*7* 101:*23*
**shape** 162:*4*
**shaped** 91:*19,*
20
**Shapiro** 74:*24*
82:*17* 86:*20*
93:*17*
**share** 16:*8*
**shares** 16:*5*
**sharpen** 22:*5*
**shaved** 48:*22*
**sheet** 177:*6, 9,*
*12* 179:*7*
**she'll** 19:*12*
**SHOOK** 2:*14*
**short** 12:*23*
**Shorthand**
1:*17* 176:*4, 20*
**shortly** 74:*5*
**show** 28:*21*
51:*15* 60:*16,*
*18* 65:*24*
67:*21* 93:*23*
111:*8* 118:*5*
126:*24* 127:*1*
137:*20* 145:*24*
151:*7* 161:*1*
**showed** 17:*6*
67:*1* 71:*12, 20*
77:*18* 82:*16*
101:*13* 160:*22*
**showing** 96:*12*
98:*24* 128:*14*

147:*6, 19*
151:*3*
**shown** 86:*18*
**shows** 91:*19*
96:*7* 98:*18, 22*
100:*17* 107:*22*
120:*3* 128:*14*
147:*10*
**shred** 123:*13*
**shuts** 44:*7*
**side** 99:*9*
128:*12* 144:*18*
**sides** 111:*2*
150:*3*
**sign** 10:*3*
111:*13, 13*
112:*1* 174:*15*
177:*8*
**signature**
152:*20*
**signed** 47:*5*
60:*2, 3* 61:*13*
**significance**
107:*12*
**significant**
31:*3* 39:*15*
57:*16* 61:*9*
63:*6* 87:*9*
93:*9, 18* 96:*16*
97:*14* 98:*8*
101:*5* 103:*10*
107:*24* 119:*17*
123:*15* 142:*18*
143:*4* 145:*9*
148:*5, 8*
**significantly**
74:*3, 9* 87:*4*
147:*3*
**sign-out** 48:*11*
**signs** 24:*8*
49:*12*
**similar** 60:*3*
61:*14, 16* 67:*1*
114:*10* 141:*13*
**simple** 48:*21*
104:*19*
**single** 146:*7*
**sir** 135:*18*
**sit** 108:*11*
159:*4*

**site** 41:*23*
42:*16* 59:*4*
85:*9* 91:*12, 17,*
23
**sites** 38:*3* 39:*1*
**sits** 83:*19*
**sitting** 83:*23*
**situated** 54:*22*
**situation**
18:*11* 48:*11*
115:*10, 24*
142:*22*
**six** 62:*8, 13,*
*16, 17, 21* 63:*3,*
*3, 15* 77:*16*
103:*24* 135:*24*
148:*19*
**six-month**
102:*10* 103:*15*
**sixth** 88:*10*
**size** 62:*12, 16*
106:*18*
**sized** 161:*15*
**skill** 38:*9*
**skills** 22:*6*
**skin** 19:*3*
30:*21* 58:*15*
60:*4, 7* 84:*10*
86:*18, 22*
97:*11* 105:*8*
**skip** 132:*14*
**slice** 146:*7*
**slide** 43:*23, 24*
44:*2, 10, 14, 15,*
*16, 20* 47:*2*
48:*4* 50:*10, 12,*
*20, 21* 51:*13*
52:*14, 19* 53:*3,*
*3, 11* 56:*23*
60:*12* 71:*23*
92:*20, 21*
93:*14*
**slides** 10:*9, 10*
25:*21* 26:*12*
37:*11* 50:*2*
51:*24* 53:*7*
56:*8, 17, 24*
57:*1, 4* 81:*4*
92:*18, 19* 96:*4*
132:*7* 138:*15*

144:*4* 160:*5*
169:*6* 173:*19*
**slightly** 34:*13,*
*17* 36:*9* 61:*14*
77:*20* 83:*8*
92:*8, 9* 136:*20*
**Slow** 43:*15*
65:*12* 67:*18*
71:*7, 7*
**small** 62:*10,*
*11, 17* 126:*24*
128:*16* 137:*24*
**smaller** 62:*14*
**smallest** 62:*11*
**Society** 22:*4*
**solar** 161:*14,*
*19* 162:*1, 5*
**somewhat**
45:*12* 86:*9*
137:*24*
**soon** 98:*15*
**Sorry** 19:*23*
20:*21* 29:*4*
51:*20* 94:*5*
**sort** 131:*6*
**sought** 102:*16*
**sound** 156:*1*
**sounds** 13:*15*
**source** 58:*15*
121:*17*
**sources** 58:*22*
109:*2*
**space** 177:*6*
**spaghetti-like**
97:*10*
**span** 114:*14*
**speak** 162:*17*
**speaking** 8:*23*
26:*10* 169:*5*
**special** 98:*19*
99:*12* 114:*2,*
*11*
**specialist**
102:*19* 103:*6*
**specialties**
114:*15*
**specific** 12:*9*
15:*17* 17:*24*
48:*7* 150:*22*

**specifically**
14:*1* 16:*6*
53:*10* 83:*3*
**specimen**
58:*15, 17, 18,*
*23* 96:*10*
**specimens**
46:*24* 65:*24*
96:*2, 3, 5*
**Sperling** 63:*1*
118:*15* 120:*24*
121:*14, 16*
128:*2* 140:*3*
**Sperling's**
68:*22* 118:*6, 7*
125:*7, 10, 11,*
*15* 126:*7*
128:*1* 129:*5, 7*
**spirolactone**
142:*24*
**spoke** 50:*9*
**spots** 38:*22*
**stack** 132:*14*
**stage** 15:*7, 9*
19:*2*
**stages** 99:*18,*
*24* 148:*17*
**stain** 97:*4*
98:*19*
**stained** 97:*4*
**staining** 98:*5*
137:*23* 138:*6*
**stains** 99:*12*
**standard** 27:*8*
**star** 127:*11*
**start** 80:*24*
83:*1, 24* 84:*1*
103:*17, 20, 22*
104:*18* 106:*14*
107:*8* 127:*21*
133:*8, 9* 174:*7*
**started** 57:*5*
69:*23* 73:*18*
**starting** 84:*9*
103:*21*
**State** 4:*8*
9:*20* 23:*2*
61:*23* 74:*1*
105:*20* 135:*21*
143:*2* 144:*10*
177:*5*

**statement**
57:*17*  147:*9*
**STATES**  1:*1*
45:*9*  142:*17*
146:*17*  160:*6*
**stays**  105:*7*
**stellae**  70:*9*
83:*15, 24*
84:*11*  145:*4*
**stem**  105:*24*
**STENOGRAP**
**HER**  65:*10*
134:*4*
**stenographicall**
**y**  176:*10*
**step**  37:*3*
**steroid**  105:*6*
113:*5*
**STEVENS**  2:*5*
**Stewart**  1:*6*
8:*14*  36:*5, 15*
37:*5*  38:*10*
82:*21*  99:*23*
102:*2, 16, 22,*
*23*  106:*3*
108:*19*  110:*21*
112:*10*  119:*6*
123:*9*  126:*15,*
*22*  147:*24*
148:*11*  149:*21*
172:*24*
**STEWART,W-**
**PLTF-00502**
*6:24*
**Stewart-00502**
146:*24*
**Stewart-0502**
87:*2*
**STEWART-HE**
**ILMAN-0002**
*79:19*
**Stewart's**  28:*7*
70:*19*  72:*20*
111:*17*  137:*21*
149:*4*  157:*10*
**STEWARTW-**
**HEILMAN-DE**
**P-000001**  6:*15*
**stimulate**
105:*24*
**stone**  83:*5*

**stop**  58:*2*
64:*8*  66:*14*
99:*21*  105:*15*
109:*17, 19*
**straight**  169:*19*
**strange**  40:*13*
**streamer**
67:*12, 13*
68:*14*
**streamers**
78:*3*  145:*4, 8,*
*10, 15, 16*
**Street**  4:*8, 18*
**stress**  140:*12*
**students**  13:*7*
15:*19, 20*
22:*21*  170:*4*
**studied**  121:*10*
130:*13*
**study**  25:*7*
68:*9*  100:*11*
142:*11*
**stuff**  132:*14,*
*14, 15*  161:*23*
162:*1, 2*
170:*23*
**subject**  86:*20*
**subliminally**
45:*16*
**submit**  48:*2*
**submitted**
31:*8, 21*  42:*18*
46:*20*  47:*16*
48:*16*
**submitting**
25:*12*
**suboptimal**
39:*1*  86:*10*
**Subscribed**
179:*10*
**substance**
179:*7*
**substantial**
123:*14*
**success**  103:*11*
108:*7, 8, 9*
**suffer**  39:*17*
149:*21*
**suffered**  20:*17*
21:*2, 6*  36:*15*
39:*14*  41:*11*

54:*11*  108:*19*
123:*9*  148:*11*
**suffering**  163:*4*
**SUFFERN**
4:*16*
**suffers**  20:*2*
**suggested**
78:*22*
**Suite**  2:*7*
**SUN**  4:*3*
**SUNY**  12:*13*
13:*12*  54:*20*
**superficial**
79:*7*  84:*18*
**superficially**
78:*1, 5*  84:*2*
86:*11*  136:*24*
**supervise**
170:*20*
**supervision**
42:*22*
**support**  24:*20*
93:*24*  94:*23*
138:*21*
**supports**  86:*4*
**supposed**
67:*22*  68:*18*
173:*20*
**Sure**  20:*23*
21:*19*  22:*11*
23:*14, 24*  24:*3,*
*22*  27:*23*
30:*16*  48:*2*
51:*10*  52:*12*
65:*15*  74:*17*
78:*4*  81:*18*
83:*4*  85:*3*
87:*14*  88:*21*
89:*2, 17*  99:*22*
109:*11*  113:*8*
114:*18*  115:*8*
126:*13*  134:*7*
153:*18*  165:*15,*
*21*  167:*23*
168:*1*  171:*1, 4*
172:*16*
**surface**  84:*10*
**surgical**  46:*22*
47:*7*  48:*5, 8,*
*23*  49:*14*  52:*7*
166:*22*

**surprised**
30:*12*
**surrounded**
69:*3*
**surrounding**
97:*10, 22*
145:*2*
**Suspect**  29:*10*
**SUZANNE**  4:*6*
**swalsh@hinsha**
**wlaw.com**  4:*11*
**swear**  9:*14*
**sworn**  8:*19*
9:*17*  176:*6*
179:*10*
**synergy**  138:*19*
**synoptic**  61:*17*
90:*2*
**syringomatous**
150:*20, 21*
**syringometapla**
**sia**  151:*22*
**systemic**  42:*5*
**Systems**  1:*16*
176:*3, 20*

**< T >**
**tab**  11:*20*
**table**  76:*9*
118:*18, 19*
**tail-spinning**
83:*9*
**take**  11:*8*
12:*14*  16:*15*
32:*16*  34:*24*
37:*3*  41:*8*
42:*22*  46:*9*
54:*13*  63:*21*
70:*5*  72:*1*
74:*8*  78:*12*
81:*13, 16*
101:*15*  105:*3*
106:*12*  132:*21*
159:*10*  160:*12*
161:*8*  162:*8*
164:*22*
**taken**  9:*22*
40:*19*  45:*19*
54:*2*  55:*18*
65:*16*  76:*18*
82:*3, 12*  83:*1*

100:*1*  125:*14*
134:*18*  173:*4*
176:*9*
**takes**  126:*17*
142:*8*
**talk**  74:*11*
152:*22*
**talked**  22:*20*
94:*11, 20*
131:*14*  158:*18*
166:*13*  172:*22*
**talking**  28:*22*
39:*24*  94:*4, 5,*
*9*  167:*17*
**talks**  12:*18, 21,*
*22*
**Tallon**  124:*11,*
*11*  126:*4*
137:*15*
**tamoxifen**
142:*16*
**TARYN**  3:*5*
**taught**  43:*22*
44:*10*  53:*5*
**Taxane**  120:*15*
**TAXOTERE**
1:*4*  4:*5*  8:*13*
167:*21*  168:*7,*
*8, 11, 13*
**teach**  23:*17*
24:*6, 7, 9*
170:*2, 2*
**teacher**  12:*13*
**teaching**  170:*4*
**team**  42:*21*
46:*9*  166:*1*
174:*3*
**tease**  141:*5*
**technical**  24:*2*
**technician**
78:*21*
**technicians**
78:*24*
**technique**
52:*23*
**telephone**
25:*15*
**tell**  13:*17*
17:*23*  52:*17*
54:*2*  89:*17*
102:*16*  103:*8*

108:7 113:*17*
122:*16* 149:*9*
152:6, *8, 12, 13*
156:*21*
**telling** 27:*12*
128:*19*
**telogen** 61:*19*
62:*18* 63:*12*
85:5 89:*13, 13,*
*16, 19, 23, 23*
90:3, *4* 92:*4,*
*15, 23* 93:6
119:*11* 121:8
125:22, *23*
126:*24* 127:*10,*
*16, 16, 23*
128:*10, 12, 17*
129:*10, 11, 20*
136:*17* 144:*11,*
*12, 14*
**temporary**
20:*2*
**ten** 73:6
81:*17* 120:17
132:*24*
**tend** 126:*19*
163:*17*
**term** 13:*16*
17:*12* 32:22
131:*13*
**termed** 34:*20*
**terminal** 62:7
63:*14* 90:*3, 4,*
*5* 107:*3*
**terminology**
23:*16, 17*
**terms** 13:*4, 14*
17:*3* 51:*12*
112:8, *20*
113:*13* 114:6
116:9 117:8
122:9 123:7
154:*16*
**Terrific** 12:*1*
155:*15*
**test** 21:*15*
**testified** 9:*18*
**testify** 176:6
**testimony**
30:6 31:*23*

38:*14* 113:*15*
115:*20* 176:9
**tests** 22:5, *6*
**textbook**
17:*14* 68:22
118:7, *7* 125:7
126:7 140:5
**textbooks**
17:*11*
**Thank** 10:*17*
11:*1* 12:*1*
14:*8* 29:*20*
31:*24* 32:*4*
34:*1* 37:*14*
45:22 51:*21*
54:5 65:*4, 4*
66:*19* 69:*19*
70:*23* 73:7, *10*
75:*11* 80:8
81:*11, 21, 22*
85:*1* 94:*12*
95:*13* 100:*3*
113:*12* 120:22
124:*23* 130:2
131:9 134:*10*
137:*11* 143:*24*
145:*23* 147:*18*
148:9 153:*13*
154:7 155:*16,*
*21* 157:*12*
158:5, *14*
159:*21* 164:*18*
165:2 171:*17*
174:*19, 20*
**Thanks** 11:*23*
134:*11* 174:*16*
**theory** 26:*13*
**therapeutic**
98:*1* 112:*18*
**therapy**
109:*19* 120:*16*
**Therapy-Induc**
**ed** 6:22 166:*4*
**thick** 149:*5*
**thing** 25:*6*
26:22, *22*
29:*18* 32:*20*
57:*16* 58:*14*
60:*1* 61:*14, 16*
62:*18* 63:*20,*
*20* 67:*11*

72:*10* 89:*1*
98:*18* 99:*17*
116:*17* 117:6
132:*11* 149:*23*
161:*18* 166:*19*
**things** 27:*18*
28:*17* 30:*11,*
*24* 36:*11* 56:*4*
58:*20* 64:2
88:22 94:6, *10*
111:*21* 114:*15*
116:*12* 121:*18*
136:*10* 140:8
147:*14* 173:*4*
**think** 10:7
19:*11, 12*
21:*18, 19* 22:*7,*
*9* 28:7 31:22
34:7 38:*8, 21*
39:*8* 42:*13*
44:*24* 48:*23*
50:*8, 22* 51:*2,*
*3* 52:*3* 57:8
59:*1, 10* 63:5
72:*3* 75:*12*
79:5, *13, 22*
80:*3, 12, 20*
90:*14, 16* 94:*5,*
*13* 95:*1* 100:6
108:*16, 18*
109:*13* 110:*2,*
*5* 113:*10*
118:*10* 126:*20*
127:*19* 130:7
131:*10* 135:*14*
136:*1* 140:*16*
148:*15* 149:*11,*
*17* 153:*20, 24*
154:*2, 23*
155:*11* 161:5
162:6, *11, 12*
163:*23* 165:*13*
166:*1, 21*
168:8 173:8
**thinning** 31:*3*
149:*16, 22, 24*
150:*5*
**third** 92:*3*
93:6
**thirty** 177:*13*
**thought** 140:22

**Three** 3:*19*
21:*18* 22:*10,*
*11* 36:23
47:*12* 88:9
89:*12, 15, 16,*
*19* 90:2, *7*
104:*3* 113:6
128:9 135:*23*
139:9 173:*3*
**time** 8:9, *11*
17:*7, 23* 27:*13,*
*15* 41:*19* 50:*1*
51:*23* 56:*14*
58:*21* 61:*24*
63:*21* 66:*12*
74:8 81:*23*
82:*4* 89:6
103:*15* 115:*12*
121:*20* 122:*18,*
*22* 130:*24*
133:*15* 134:5,
*13, 14* 135:*3*
139:*17* 153:*3*
159:*16* 164:*17*
174:22 176:*10*
**times** 47:*21*
53:*17* 140:*17*
**timing** 131:7
**tiny** 84:*21*
**tip** 134:*11*
**tissue** 67:*18,*
*19* 83:*19* 84:*1*
96:*18* 97:*11*
98:*11, 14, 23*
99:*13* 100:*11*
145:2
**title** 75:*11*
120:*13*
**today** 37:8
39:*13* 73:*4*
91:9 95:*10*
113:*1* 123:7
124:2 158:*19*
159:*4* 163:*12*
164:*20* 172:22
**Today's** 8:8
157:*2*
**told** 39:*4*
64:2 115:9
156:*17*
**tool** 32:9

**top** 34:*17*
59:2 83:*23*
125:*16* 161:*11*
**topic** 12:9
13:*3* 126:*23*
**topical** 103:*19*
104:*20* 113:5
143:*3*
**Tosti** 7:*1*
33:5 34:*9*
171:*12*
**total** 61:*20*
63:*10* 90:*4, 5*
119:*3* 136:*12*
146:2, *15*
**totality** 57:*4*
**totally** 59:*17*
69:*16* 87:*3*
90:7 111:7
139:*18* 153:7
164:9
**touched** 13:*3*
**tower** 89:*17*
**tract** 83:*16, 17,*
*18*
**traction** 29:*14*
36:23 108:*20*
109:*10* 110:5
111:5, *6, 15, 22*
112:2, *20*
123:*18* 140:*24*
150:2, *3*
**tracts** 121:*10*
**train** 23:*20*
122:*1*
**trained** 43:*10,*
*19*
**training** 13:*11*
40:8 114:*12*
115:*4* 164:*4*
**transcript**
176:9 177:*14,*
*15*
**transcription**
179:5
**transformation**
107:*2*
**transplant**
167:*24*
**transplantation**

Edward R. Heilman, M.D.

17:19
traumatic 19:2
Traurig 1:12
3:8 55:16
travels 174:18
treat 41:9
54:10 103:2
106:5 170:16
treated 102:10
108:5 142:14,
22 143:9
146:3 163:10
treating 20:10
29:22 37:24
40:20 42:21
145:16
treatment
19:4 21:3
54:11, 12
105:8 107:18
112:9 143:3
163:7 170:11,
13
tremendous
76:21
TRIAL 2:6
152:23 153:1
Triamcinolone
105:5, 5
trichomalacia
66:3, 4, 7, 17
67:7, 11, 16, 22
68:18, 21
69:10, 12, 13,
20, 24 70:5, 5,
15 117:23
118:1 119:1
121:9 151:4, 5
160:22
trichomaladia
67:6
trichoscopic
39:10
trichoscopy
32:6, 8 36:11
40:5, 9 61:5
73:21 76:1
triple 25:4
true 27:5
39:2 46:8
84:19 85:4

88:4 100:23
106:20 107:2
122:7 143:19
truly 83:23
106:15, 17
truth 117:13
176:6, 7, 7
try 40:5 53:5
66:6 108:12,
13 113:7
118:5 132:21
trying 17:15
36:10 43:6
45:11 52:22
79:6 83:7
91:22 105:22
113:9 143:22
144:3, 19
146:4 147:13
151:7 153:4
TUCKER 5:5
turn 97:23
137:12 139:20
144:1 145:24
149:13 150:6
152:16 153:14
two 10:7
18:15 32:9
34:16 36:11,
22 37:22
38:22 41:19
47:17 48:14
59:3, 11 62:19
63:12 67:2
79:11 88:9
89:14 90:2, 6
93:15 94:6
111:11 112:18
114:14 135:23
144:8, 9, 22, 23
172:2, 2
two-thirds
121:14
type 14:4
24:20 63:8
104:13 105:7
109:15 111:23
113:10 141:18
164:8, 9
types 36:16
41:9 104:16

106:11 111:18
125:8 144:10
typical 55:4
112:1 161:13
typically 20:8

< U >
ULMER 4:17
ultimately
51:13
unaware
139:15, 18
unbiased 48:3
132:9
uncover 78:16
uncovered
79:10 102:14
undergo
106:11
undergoing
19:1
underneath
29:9 59:2
83:20 161:13
understand
19:23 22:1
23:15 24:23
31:10 55:11
58:19 73:18
76:13 104:23
142:15

understandable
148:16
understood
143:15
unequivocally
162:24
unfair 162:7
unfamiliar
164:9
unit 127:11,
16, 23 129:12,
14
UNITED 1:1
units 35:12
68:24 121:8
unturned 83:5
unusual 28:8
42:7 45:12

updated 10:7,
13 153:19
154:3
uploaded
167:10
upper 38:21
97:13 100:19
161:21, 24
Uscinowicz
5:11 8:5
use 16:12
19:9, 14 25:8
27:17 34:6
38:8 40:15
52:8 95:10
112:15 113:5
117:15 145:18,
18 152:23
153:1, 10
173:24 174:3
uses 29:8
32:21
usual 29:18
usually 26:16
27:4 28:3
46:23 47:2, 7,
19, 20 57:18,
20 63:2 83:19
104:17 107:8
111:13 156:5

< V >
valid 130:17,
18
valuable 32:9
variability
62:15
variably
161:15
varied 77:20
varies 14:14
18:10 93:16
variety 55:5
various 111:21
vascularity
121:11
Vellus 62:21
63:4, 14
106:24 107:3
verbatim 176:9

version 154:1
versus 121:11
vertex 37:18
38:15 59:4, 5,
7, 10, 11, 12
76:19, 24 77:3
82:19 86:16,
16, 17, 22
107:23 108:2
110:6
vertical 58:18
59:5 60:13, 21,
21 95:24
128:11
vertically 96:4,
11
vessels 145:9,
16
video 8:12
Videographer
5:11 8:3, 6
9:11 81:23
82:4 134:3, 14
135:3 174:22
Videotaped
1:10 6:15, 20
view 31:9
72:21 85:23
103:4 121:16
131:24 170:23
173:16
views 125:17
Vine 4:18
visible 31:2
visiting 103:5
Vitae 6:10
169:18
vitamin 26:5
Volpicelli 6:12
78:23 81:5
97:5 113:15,
23 114:8, 16,
24 116:6
130:8 138:15
139:4, 16
140:13 146:10
159:10 160:2
162:21
Volpicelli's
66:10 79:2
92:18 93:14

Edward R. Heilman, M.D.

95:23 113:19
138:16

< W >
wait 46:6
151:11
walk 82:10, 12
93:20 94:21
walked 42:11
WALSH 4:6
Wanda 1:6
8:14
want 11:19
23:14 29:5
32:20 43:7
47:13 49:5
52:18 53:1, 2
58:1, 2, 3
59:15 60:18
64:7, 8 65:5,
15 66:11, 22
68:8 74:15
75:5, 8, 16
79:23 80:6
82:14, 15
88:20, 24 89:4
99:17 101:16,
19 115:7
117:12 130:4
132:18, 20
133:15 149:5
156:20 161:8,
20 164:22, 23,
24 165:12, 14,
21 167:13
169:19 171:1,
4, 20 172:15
173:5, 23
wanted 36:3
55:24 57:10,
11 83:4 87:8
90:8 101:11
164:1 173:15
wart 48:22, 24
watching 32:3
water 81:15
way 17:16
26:8 44:9
49:17 54:1
60:2, 3 67:15
77:14 126:20

149:6 162:3
164:2 165:8
174:9
weeks 18:15
103:24 172:2
Welcome
135:7
well 10:13, 23,
24 12:11 13:6,
9, 20 14:12
15:7, 9 19:5
22:2 24:12, 13
25:24 26:16
27:16 37:16
47:4 48:7
50:20, 23, 24
52:5, 8 53:23
62:22 67:12
71:4 72:19
73:10 77:17
87:11 89:18
100:5 101:11
103:19 114:9
115:5 116:2,
12, 24 117:16
119:6 122:15
123:11 130:9
146:6, 16
148:4 149:19
150:18 159:8
160:18 164:7,
13 167:7, 10,
23 170:11, 16
171:23 173:13
well-controlled
42:6
well-defined
15:21 68:20
well-described
24:14 120:7
well-known
105:6 120:8
well-written
158:12
went 56:22
63:13 79:4
86:11 92:20
103:4 139:7
153:24 163:6
169:13

we're 25:18
33:19 63:21
64:20, 24
68:10 70:2
74:4, 23 80:17,
23, 24 81:17
84:4, 8, 8, 9
85:4 91:17
92:11, 23 94:9
95:16 98:4, 14,
19 114:10
165:15 169:6
we've 12:3
22:20 85:6
158:18 159:20
whatsoever
63:17 126:16
132:8 147:7
150:5 160:12
169:7 173:17
White 1:12
101:24 127:11,
22
Whiting
147:10
witness 8:19
9:7, 14 11:6
64:6 65:13
75:20 79:22
80:2, 10, 15, 22
91:6 118:12
129:6 132:12
142:2, 6
151:11 164:24
165:5 177:1
witnesses
162:20
woman 17:19
21:2 73:22
77:4 123:12
139:14 162:3,
5 163:3
women 39:16,
18 54:15
106:11, 13
word 14:5
27:17
words 26:19
37:8 77:21
143:7 145:7
153:8 169:17

work 18:3, 5
51:11 53:8
54:6, 19 64:4
95:12 106:2
113:13 114:7
123:7 130:21
156:9, 15
157:2 163:14
171:21
worked 21:5
131:12 139:19
156:10
working 26:13
52:21 117:16
131:17
works 52:17
world 43:11
88:16, 17
137:8

WORLDWIDE
3:15, 15
written 120:9
124:10 126:2
158:18 171:12
wrong 32:16
88:5, 18
159:12 161:6
wrote 30:9
159:9

< Y >
Yeah 21:23
88:8 132:22,
24 133:1
154:3
year 23:21
34:7
years 16:24
17:2, 6 19:6
20:14 21:1, 18
22:10, 12
39:19 52:20,
22 73:6
141:15 149:6
167:19 168:4,
5 172:4, 6, 8
yellow 96:14
98:24 99:7
Yep 22:15
152:21

York 1:13
3:21, 21
young 17:18
101:3

< Z >
zone 45:14
99:14 100:2
102:9 110:4, 7,
23 152:4
zones 101:22
102:1 136:19
149:24
Zoom 1:10