# **EXHIBIT C**

```
 1              VESNA PETRONIC-ROSIC, M.D.

 2               UNITED STATES DISTRICT COURT

 3               EASTERN DISTRICT OF LOUISIANA

 4     -------------------------------- )

 5     IN RE:  TAXOTERE (DOCETAXEL)      )

 6     PRODUCTS LIABILITY LITIGATION,    )MDL NO. 2740

 7                                       )CIVIL CASE NO.

 8     THIS DOCUMENT RELATES TO WANDA    )2:17-CV-10817

 9     STEWART V. SANDOZ, INC.,          )

10     -------------------------------- )
       IN RE:  TAXOTERE (DOCETAXEL)      )
11
       PRODUCTS LIABILITY LITIGATION,    )MDL NO. 2740
12
                                         )CIVIL CASE NO.
13
       THIS DOCUMENT RELATES TO ALICE D. )2:17-CV-11769
14
       HUGHES V. ACCORD HEALTHCARE, INC. )
15
       -------------------------------- )
16

17

18          DEPOSITION OF VESNA PETRONIC-ROSIC, M.D.

19                    August 29, 2020

20

21

22

23

24     REPORTED BY:  Tina Alfaro, RPR, CRR, RMR

25     Job No. 182682
```

Page 2

```
 1              VESNA PETRONIC-ROSIC, M.D.
 2
 3
 4
 5                        August 29, 2020
 6                          9:06 a.m.
 7
 8
 9          Videotaped deposition of VESNA
10  PETRONIC-ROSIC, M.D. taken remotely by video
11  conference pursuant to notice before Tina M. Alfaro,
12  a Certified Realtime Reporter and a Notary Public
13  within and for the District of Columbia.
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1              VESNA PETRONIC-ROSIC, M.D.
 2  APPEARANCES:
 3      ON BEHALF OF THE PLAINTIFFS:
 4      PENDLEY BAUDIN & COFFIN
 5      BY: JESSICA REYNOLDS, ESQ.
 6          24110 Eden Street
 7          Plaquemine, Louisiana 70765
 8  and
 9      DAVID F. MICELI, LLC
10      BY: DAVID MICELI, ESQ.
11          P.O. Box 2519
12          Carrollton, Georgia 30112
13  and
14      ANDREWS & THORNTON
15      BY: LAUREN DAVIS, ESQ.
16          4701 Von Karman Avenue
17          Newport Beach, California 92660
18  and
19      GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER
20      BY: M. PALMER LAMBERT, ESQ.
21          1100 Poydras Street
22          New Orleans, Louisiana 70163
23
24
25
```

Page 4

```
 1              VESNA PETRONIC-ROSIC, M.D.
 2  APPEARANCES:  (cont'd)
 3      ON BEHALF OF SANDOZ:
 4      GREENBERG TRAURIG
 5      BY: LORI COHEN, ESQ.
 6          BRANDON COX, ESQ.
 7          TARYN HARPER, ESQ.
 8          EVAN HOLDEN, ESQ.
 9          3333 Piedmont Street, NE
10          Atlanta, Georgia 30305
11      ON BEHALF OF ACCORD HEALTHCARE:
12      TUCKER ELLIS
13      BY: MADELINE DENNIS, ESQ.
14          JULIE CALLSEN, ESQ.
15          925 Euclid Avenue
16          Cleveland, Ohio 44113
17      ON BEHALF OF HOSPIRA:
18      WILLIAMS & CONNOLLY
19      BY: NEELUM WADHWANI, ESQ.
20          725 12th Street, NW
21          Washington, D.C. 20005
22
23
24
25
```

Page 5

```
 1              VESNA PETRONIC-ROSIC, M.D.
 2  APPEARANCES:  (cont'd)
 3      ON BEHALF OF ACTAVIS, LLC, ACTAVIS PHARMA,
 4      INC., AND SAGENT PHARMACEUTICALS, INC.:
 5      ULMER & BERNE
 6      BY: JENNIFER HEIS, ESQ.
 7          600 Vine Street
 8          Cincinnati, Ohio 45202
 9      ON BEHALF OF SUN PHARMACEUTICAL INDUSTRIES:
10      HINSHAW & CULBERTSON
11      BY: GEOFFREY COAN, ESQ.
12          53 State Street
13          Boston, Massachusetts 02109
14      ON BEHALF OF SANOFI:
15      SHOOK, HARDY & BACON
16      BY: CONNOR SEARS, ESQ.
17          2555 Grand Boulevard
18          Kansas City, Missouri 64108
19
20  ALSO PRESENT:  Michael Pineiro (videographer)
21
22
23
24
25
```

Page 6

VESNA PETRONIC-ROSIC, M.D.
                I N D E X
              EXAMINATION
WITNESS                              PAGE
VESNA PETRONIC-ROSIC, M.D.
  By Ms. Cohen                        14
  By Ms. Reynolds                    385
  By Ms. Cohen                       402
              EXHIBITS
ROSIC EXHIBITS                       PAGE
Exhibit 1                             27
    June 8, 2020 expert report

Exhibit 2                             44
    Pathology records
Exhibit 3                             47
    Invoices

Exhibit 4                             52
    Expert report of Antonella Tosti, M.D.
Exhibit 5                             64
    Exhibit E from Rosic expert report

Exhibit 6                             64
    List of documents produced
Exhibit 7                             66
    Medical record

Exhibit 8                             67
    Medical records
Exhibit 9                            135
    MedStar pathology records and photos

Page 7

VESNA PETRONIC-ROSIC, M.D.
              EXHIBITS
             (cont'd)

ROSIC EXHIBITS                       PAGE
Exhibit 10                           191
    American Academy of Dermatology position
    statement

Exhibit 11                           196
    AAD booklet on medical ethics
Exhibit 12                           204
    Side-by-side comparison of Rosic and
    Tosti expert reports
Exhibit 13                           238
    Paus article

Exhibit 14                           238
    Side-by-side comparison of Rosic report
    and Paus article

Exhibit 15                           296
    Deposition notice
Exhibit 16                           365
    Photographs

Exhibit 17                           373
    Photographs
Exhibit 18                           377
    Photographs

Exhibit 19                           377
    Rebuttal expert report of Vesna Rosic
Exhibit 20                           386
    Expert report of David Madigan

Exhibit 21                           386
    Expert report of Ellen Feigal
Exhibit 22                           401
    Plaintiff's objections to Defendants'
    amended notice

Page 8

    VESNA PETRONIC-ROSIC, M.D.
    THE VIDEOGRAPHER:  Good morning,
Counselors.  My name is Michael Pineiro.  I'm a
certified legal video specialist in association with
TSG Reporting, Inc.  Due to the severity of COVID-19
and following the practice of social distancing, I
will not be in the same room with the witness but
will record this videotaped deposition remotely.
The report, Tina Alfaro, also will not be in the
same room and will swear the witness remotely.
    Do all parties stipulate to the validity of
this video recording and remote swearing and that it
will be admissible in the courtroom as if it had
been taken following Rule 30 of the Federal Rules of
Civil Procedure and the state's rule where the case
is pending?
    MS. REYNOLDS:  Plaintiffs so --
    MS. COHEN:  Yes, that's fine for the taking
deponent -- taking attorney, Lori Cohen.
    MS. REYNOLDS:  The Plaintiffs stipulate as
well.
    MR. MICELI:  On behalf of --
    THE REPORTER:  Hold on, please.  Who was
speaking?
    MR. MICELI:  That was David Miceli who was

Page 9

speaking, but Jessica answered for the Plaintiffs.
She was frozen on my screen.  So I was going to
respond, but she did it.  So I'm fine.
    MS. COHEN:  And Dave, I understand that
obviously you're going to make a statement and then
Jessica's going to be the one defending the
deposition; is that correct?
    MR. MICELI:  Correct.
    MS. COHEN:  Okay.  I don't want to be
double-teamed by the two of you.  I was getting
worried.
    MR. MICELI:  No, no, no, no, no.  I will --
if you'd like me to say that now I can do that and
then --
    MS. COHEN:  I'm fine.
    MR. MICELI:  -- go on mute.
    MS. COHEN:  I'm just teasing.  I'm totally
fine.  So we can get started whenever you guys are
ready.
    MR. MICELI:  Okay.  Thank you.
    THE VIDEOGRAPHER:  This is the start of
media No. 1 of the remote video recorded deposition
of Vesna Petronic-Rosic in the matter In Re Taxotere
Products Liability Litigation.  Today's August 29,

VESNA PETRONIC-ROSIC, M.D.

1
2  2020.  The time is approximately 9:06 a.m.  We are
3  on the record.
4           Will the court reporter please swear in the
5  witness.
6           THE REPORTER:  I'd like everybody to do
7  appearances, please.
8           MS. COHEN:  Good morning.  This is Lori
9  Cohen on behalf of the Defendant Sandoz, and I will
10 be taking at least the beginning of the deposition.
11          MS. REYNOLDS:  Good morning.  This is
12 Jessica Perez-Reynolds on behalf of the PFC and the
13 Plaintiff Wanda Stewart.
14          MS. DENNIS:  This is Madeline Dennis on
15 behalf of Defendant Accord Healthcare, Inc.
16          MS. CALLSEN:  This is Julie Callsen also on
17 behalf of Accord Healthcare, Inc.
18          MR. MICELI:  David Miceli on behalf of
19 Plaintiffs.
20          MS. DAVIS:  Lauren Davis on behalf of
21 Plaintiffs.
22          MR. LAMBERT:  Palmer Lambert, Plaintiffs,
23 co-liaison counsel.
24          MS. WADHWANI:  Neelum Wadhwani on behalf of
25 Hospira.

VESNA PETRONIC-ROSIC, M.D.

1
2           MS. HEIS:  This is Jennifer Heis, H-E-I-S,
3  on behalf of Actavis, LLC, Actavis Pharma, Inc., and
4  Sagent Pharmaceuticals, Inc.
5           MR. COAN:  This is Jeff Coan, C-O-A-N, on
6  behalf of Sun Pharmaceutical Industries, Inc.
7           MR. SEARS:  This is Conner Sears on behalf
8  of Sanofi.
9           MS. COHEN:  In the spirit of full
10 disclosure and just putting it on the record, we do
11 have some additional attorneys on behalf of Sandoz
12 who are here with me in our Atlanta office.  We have
13 Brandon Cox, Taryn Harper, and we have Evan Holden
14 just so we have the record complete.  I don't want
15 anyone to, you know, not be aware of who's here with
16 me.
17          MR. MICELI:  It's nice to know if you have
18 to get up this early you can bring -- you can bring
19 more with you.
20          MS. COHEN:  If any -- yeah.  If anybody
21 else is out there, please state your name.  If not,
22 we probably can get started with the witness
23 swearing.
24          THE REPORTER:  Raise your right hand.
25          MS. COHEN:  Good morning to everybody.

VESNA PETRONIC-ROSIC, M.D.

1
2           (Witness sworn.)
3           MS. COHEN:  And Mr. Miceli, do you want to
4  go ahead and say something to kick us off and
5  then -- I know you wanted to make a statement on the
6  record.
7           MR. MICELI:  Yes.  I just wanted to state
8  on the record before we got started we had scheduled
9  this deposition some weeks ago.  In recent days
10 there's been some conversation back and forth
11 between counsel for Plaintiff and counsel for Sandoz
12 and Accord concerning timing of the deposition or
13 how much time would be allotted, and we have had --
14 rather than recount the discussions on the record,
15 we have stated disparate beliefs or positions.
16          We maintain those positions and, if
17 necessary, we'll address them to the Court at the
18 appropriate time, but having spoken with Ms. Cohen
19 this morning, we are hopeful that we can begin and
20 end this deposition today.  And if we are required
21 to go to the Court to address further time, we will
22 do that between now and the next deposition.
23          Is that fair Lori?
24          MS. COHEN:  That is fair.  I would just add
25 that we've obviously gone to a lot of trouble to

VESNA PETRONIC-ROSIC, M.D.

1
2  schedule and reschedule and I won't recount all the
3  reasons and there's certainly no acrimony about
4  this.  We'll do our very, very best to get through
5  everything we can today.  I want to be mindful of
6  the witness and, you know, how long we go and
7  whatever her needs are, but I'll do my very best to
8  get through at least my initial part.
9           Obviously, you know, I'll reserve rights to
10 come back and do any additional questioning after --
11 if there's additional questioning by Plaintiffs or,
12 you know, later after court.  So we'll take that up
13 later, but I'm certainly going to endeavor to finish
14 at least my primary part today.  I know we have
15 talked about the time frame, which I think we've at
16 least agreed to go up to about eight hours give or
17 take given some of the discussions about the
18 rebuttal report.  We're not -- we're not intending
19 to, you know, go too long or take time
20 unnecessarily.  So I'm going to do my very best to
21 be efficient.
22          MR. MICELI:  We appreciate that.  If
23 there's anything I said that made it sound like
24 there's any acrimony, there's not.  We would want
25 Judge North to know we've worked well together in

VESNA PETRONIC-ROSIC, M.D.

1  VESNA PETRONIC-ROSIC, M.D.
2  scheduling and working through our differences.  So
3  thank you, Lori and Julie.
4        MS. COHEN:  Do we have the witness -- is
5  the witness sworn now?
6        THE REPORTER:  Yes.
7  WHEREUPON:
8            VESNA PETRONIC ROSIC, M.D.,
9  called as a witness herein, having been first duly
10  sworn, was examined and testified as follows:
11                EXAMINATION
12  BY MS. COHEN:
13     Q.  Okay.  Good.  So I think we'll get started,
14  and I think we're doing well because I believe it's
15  about 9:08.  That's even better that most
16  depositions that go in person.
17       So, Dr. Rosic, I hope I'm saying your name
18  right.  Let me just reintroduce myself on the
19  record.  My name is Lori Cohen.  I'm with the law
20  firm of Greenberg Traurig in somewhat sunny Atlanta
21  today, although it's actually looking a little
22  cloudy by now, and I'll be taking your deposition
23  today.  I know counsel for Accord will get a chance
24  to depose you, you know, on day two as it looks
25  like.

VESNA PETRONIC-ROSIC, M.D.

1  VESNA PETRONIC-ROSIC, M.D.
2       I know you've been deposed before; is that
3  right?
4     A.  That's correct.
5     Q.  We have a little -- I'll just say we have a
6  tiny bit of a delay in response.  So I'll try to
7  make sure that I give you a chance to respond.  I
8  know we're working under different situation here
9  than if we were in person.  So if for some reason I
10  talk too fast, which I do generally, or I ask a
11  question that doesn't make sense or if you can't
12  hear me for any reason, I want you to let me know.
13  Okay?
14     A.  Yes.
15       THE REPORTER:  Doctor, I'm going to also --
16     Q.  And if you respond to my question, I will
17  assume that you understood it.
18       THE REPORTER:  Lori, hold on.
19       MS. COHEN:  Oh.
20       THE REPORTER:  The doctor is going to need
21  to get closer to the phone or speak up.  She's very
22  faint.  Thank you.
23       MS. COHEN:  Okay.  Is that -- was that Tina
24  speaking?
25       THE REPORTER:  Yes.

VESNA PETRONIC-ROSIC, M.D.

1  VESNA PETRONIC-ROSIC, M.D.
2        MS. COHEN:  Okay.  So the court reporter is
3  suggesting you get as close as possible to your
4  microphone.  This is fine, of course, we're right in
5  the beginning.  So we're testing the waters on all
6  our technology.  So let's maybe have you get as
7  close as you can and let's see if Tina can hear you
8  okay.  Let's do a test.
9        THE WITNESS:  I'm using headphones.  So I
10  can't get any closer.
11       THE REPORTER:  That's better.  I think you
12  just need to keep your voice up, please.
13       THE WITNESS:  Is this okay now?
14       THE REPORTER:  Yes.
15       MS. COHEN:  That sounds really good to me.
16  BY MS. COHEN:
17     Q.  So about how many times just so I get a
18  sense -- and we've seen some of this on your report,
19  you listed I think one case, but I know that was
20  just in the last four years.  Just roughly how many
21  depositions have you given in your professional
22  life?
23     A.  I think maybe six.
24     Q.  Okay.
25     A.  I'd have to check the exact number, but six

VESNA PETRONIC-ROSIC, M.D.

1  VESNA PETRONIC-ROSIC, M.D.
2  sounds right.
3     Q.  And how many times have you -- have you
4  given -- have you testified at trial, if at all?
5     A.  I think it was three times maybe.
6     Q.  Okay.  And I take it you -- in this case
7  you did what's called -- and we'll get it marked in
8  a little while -- an official, you know, formal
9  expert report, I take it you've done some of that
10  before this case, that is, this Taxotere litigation?
11     A.  Yes.
12     Q.  Roughly how many, if you know?
13     A.  Oh, honestly, I don't know the exact
14  number.  Several.  Five maybe.
15     Q.  Okay.  And that's fine.  You're doing great
16  in terms of if you don't know something just letting
17  me know, you know, I don't know, I don't know an
18  exact number, and we'll -- we'll go from there.  So
19  I appreciate that.
20       I also wanted to say in the beginning, you
21  know, this experience will probably be somewhat
22  similar to the prior, you know, six or so
23  depositions you've given, but, again, because we
24  have this technology and we're doing it virtually,
25  you know, again, if you need something or you can't

VESNA PETRONIC-ROSIC, M.D.

1  VESNA PETRONIC-ROSIC, M.D.
2  see something or you want to put up your hand and
3  say, hey Lori, you know, I need to take a break,
4  just let me know because sometimes I'll be moving
5  fast and just, you know, yell out or put your hand
6  up and we'll -- I want to accommodate you today, I
7  want to make sure you're comfortable.  Okay?
8      A.  Thank you.
9      MS. REYNOLDS:  And Lori (inaudible) --
10     Q.  And would you be reading and signing the
11 deposition?
12     MS. COHEN:  Jessica, I don't know if you'll
13 respond, but I assume Dr. Rosic will read and sign
14 the deposition?
15     MS. REYNOLDS:  Yes, she will.
16     And we also discussed taking breaks, if
17 possible, roughly every hour that we've been on for
18 five to ten minutes.  We'll keep it as short as
19 possible, but just to allow her an opportunity to
20 use the restroom or get some water.
21     MS. COHEN:  That sounds fine.
22     One more thing just to add, I said this off
23 the record, but in terms of exhibits because this,
24 again, is a little bit unusual from the norm.  You
25 know, normally I would -- I would love to be there

1  VESNA PETRONIC-ROSIC, M.D.
2  with you face to face, handing you exhibits and
3  making it as smooth as possible.  We went ahead and
4  sent you a binder of 15 or -- I'd say about 15
5  exhibits that we knew we would use.  That's not
6  meant to be the whole universe.  We've also sent
7  them by FTP to counsel who retained you, Plaintiffs'
8  counsel.
9      And then in addition to that because that
10 is not the whole universe of what we intend to use,
11 we'll be putting up exhibits on the screen here.  I
12 think that worked fine in the first couple of
13 depositions.  Obviously Palmer and Dave and Jeff can
14 correct me if I'm wrong, but I think it worked fine.
15 But, again, as we put things up, if you have any
16 trouble seeing it or, you know, you need to see
17 another page, let us know because we obviously know
18 this is an important deposition.  We want to be fair
19 to you and we want to come out of this with you --
20 you know, you obviously feeling comfortable about
21 your testimony.  Okay?
22     A.  Yes.  Thank you.
23     Q.  All right.  So with all of those
24 introductory comments and hopefully I've covered --
25 covered all of it, where are you located right now?

1  VESNA PETRONIC-ROSIC, M.D.
2      A.  Washington, D.C.  I'm in my home.  1300
3  Euclid Street, Northwest, Apartment 6, Washington,
4  D.C. 20009.
5      Q.  Okay.  And I'm not trying to ask you any
6  personal questions, but I assume you're alone there
7  in terms of the deposition room there?
8      A.  It's just me and my cat.
9      Q.  Okay.  We've got some dogs in some other
10 rooms and I've got my colleague.  So we're all --
11 we're all comforted by our companions I suppose.
12     And tell me again -- I can see you
13 perfectly on my screen -- what do you have there
14 with you in terms of material?  And, again, I can
15 only see you from about, you know, the chest up.
16 I'm just trying to get a sense of what you have
17 there in terms of your materials.
18     A.  I have my report, my CV, the rebuttal
19 report, the publications that I relied on in
20 preparing the report, and your box.
21     Q.  Okay.  Got it.  Okay.  That's great.  You
22 know, at the time when we start getting into it I'll
23 tell you you can open the box.  There's no big state
24 secret in there.
25     When you talk about "the publications," are

1  VESNA PETRONIC-ROSIC, M.D.
2  you speaking about the 22 articles that are listed
3  in Exhibit E to your report?
4      A.  Yes.
5      Q.  Great.  So I think I have a good sense now
6  of what's in front of you, then.
7      If you would -- I don't think I did this
8  already, but go ahead and state your full name for
9  the record for us.
10     A.  Vesna Petronic Rosic.
11     Q.  Okay.  And you've told me it's okay for me
12 to say Dr. Rosic throughout the day?
13     A.  Yes.
14     Q.  Dr. Rosic.
15     A.  Yes.
16     Q.  Where are you from?
17     A.  I'm from Belgrade, Serbia originally.
18     Q.  And how long have you been in the United
19 States?
20     A.  Since 1997.
21     Q.  And as I understand it -- we'll get more
22 into your background obviously as we go throughout
23 the day -- you basically have -- let me strike that.
24     You have two specialties, that is
25 dermatology and dermatopathology; is that correct?

VESNA PETRONIC-ROSIC, M.D.

1
2    A.  dermatopathology is a subspecialty of
3  dermatology, yes.  Two certifications.
4    Q.  Okay.  And that's -- that's what I was
5  going to ask.  Obviously the field of dermatology is
6  broader and larger and more all encompassing than
7  dermatopathology, correct?
8    A.  Well, I don't know that it's larger,
9  they're both very large, but dermatopathology is
10  part of -- it's sort of a branch -- it branches out
11  of dermatology, but it's just as big because it's
12  the microscopic counterpart of everything in
13  dermatology.
14    Q.  How many board certified dermatologists are
15  there in the United States, if you know?
16    A.  I actually don't know that.  I know that
17  our annual meeting there's usually about 12,000
18  people, but I don't know in the U.S. how many there
19  are.
20    Q.  Okay.  And is that the -- which group is
21  that?  The American Dermatology Association?
22    A.  American Academy of Dermatology.
23    Q.  Okay.
24        Now, the dermatopathology which we'll talk
25  about I think you mentioned is a subspecialty in

VESNA PETRONIC-ROSIC, M.D.

1
2  dermatology is how you described it?
3    A.  Yes.
4    Q.  And you ultimately received a separate
5  certification for dermatopathology; is that correct?
6    A.  Yes.  I'm board certified in
7  dermatopathology.
8    Q.  So of the 12,000 or so dermatologists that
9  go to the annual meeting, how many would you say
10  are -- how many deromatopathologists go to that
11  meeting or a different national meeting?  I'm trying
12  to get a sense of the number comparison?
13    A.  Well, dermatopathology can be -- it's
14  people who come out of a dermatology residency can
15  learn the subspecialty, but also pathology.  So it's
16  combined.  The Annual Society of Dermatopathology
17  meeting usually has about, I'd say, a thousand
18  people, it's maybe between a thousand and 1,500
19  depending on the year and where it is, but more than
20  half of those are pathologists.  About -- currently
21  I think about 50, 70 percent of deromatopathologists
22  in the country are pathologists.
23    Q.  Now, it looks like you moved to your
24  current position in Georgetown in roughly 2018 from
25  Chicago; is that correct?

VESNA PETRONIC-ROSIC, M.D.

1
2    A.  Yes.
3    Q.  And describe your -- well, tell me what
4  your current title is.
5    A.  I am professor and founding chair of the
6  Department of Dermatology at the Georgetown
7  University School of Medicine, and I'm the physician
8  executive director for the dermatology service line
9  of MedStar Health.
10    Q.  All right.  Your position is within
11  dermatology at Georgetown School of Medicine; is
12  that correct?
13    A.  Yes.
14    Q.  Did they have a dermatology department
15  before you came onboard in 2018?  I know you said
16  you --
17    A.  They had --
18    Q.  -- it was all different.
19    A.  Yeah.  They had a division of dermatology
20  in the department of medicine.
21    Q.  Okay.  So they had a division of
22  dermatology within medicine, and you came in in 2018
23  to start and lead a separate department of
24  dermatology is what you're saying; is that correct?
25    A.  Yes.  Yes.

VESNA PETRONIC-ROSIC, M.D.

1
2    Q.  Is dermatopathology at Georgetown where you
3  are, is it part of dermatology or is it part of
4  pathology?
5    A.  Dermatology.
6    Q.  Are there others who are within the
7  pathology department, which I know is a large
8  department at Georgetown?  Are there
9  deromatopathologists that are actually under that
10  umbrella?
11    A.  No.
12    Q.  And tell us how MedStar fits in and how
13  that relates to Georgetown because I know that's the
14  other title you mentioned.
15    A.  MedStar is a nonprofit corporation that
16  owns ten hospitals, one of them is Georgetown
17  University Hospital, and MedStar Medical Group
18  employs all the physicians who work at those --
19  well, almost all.  They're in transition, but
20  MedStar in some way or another employs the
21  physicians that work in all of these hospitals,
22  including at Georgetown.
23        There's a clinical department of
24  dermatology and an academic one.  The academic one
25  sits at Georgetown, the clinical one sits at

VESNA PETRONIC-ROSIC, M.D.

1      VESNA PETRONIC-ROSIC, M.D.
2   Washington Hospital Center. It's a very -- it's a
3   quite complicated relationship.
4       Q. Okay. Probably more complicated than we
5   need to delve into for purposes -- for purposes of
6   today, but I'll let you know if I have any other
7   questions.
8       So, Dr Rosic, again, why don't we go ahead
9   and mark just so I don't forget to do this your
10  initial report with its exhibits as Exhibit 1 to the
11  deposition because I want to ask you a few questions
12  about that. And I believe it is in your -- you can
13  go ahead and open your box, it's No. 2 in your box,
14  if you want to do that, or you can use the one in
15  front of you on the table. So basically we're
16  giving you three options. Either the one on the
17  screen, the one in the box, or the one on the table,
18  but that's what we're going to mark for everyone's
19  purposes as Exhibit 1 to the deposition.
20      A. So I'll open the box so that we're done
21  with that.
22      THE REPORTER: Lori, you are going to mark
23  it on the screen?
24      MS. COHEN: Yeah. We're going to mark it,
25  exactly, the report.

1      VESNA PETRONIC-ROSIC, M.D.
2       Since this is our first report we're
3   showing today for those who are on the screen there
4   and Jessica, does that -- do you see that okay?
5   Does everybody --
6       THE REPORTER: I do not see it.
7       MS. COHEN: We're pulling it up now.
8       THE REPORTER: Okay.
9       MS. REYNOLDS: I can see it now.
10          (Rosic Exhibit 1 was marked for
11              identification.)
12  BY MS. COHEN:
13      Q. Okay. Great. We've marked it as
14  Exhibit 1. So, again, this is your official expert
15  report that you signed on June 8, 2020; is that
16  correct?
17      A. Yes.
18      Q. Is that a yes? I may have missed that.
19      A. Yes. Yes. Yes. I can take it out of the
20  binder, right?
21      Q. Yes. You are free to take that binder
22  apart as you need to. That's just for your
23  convenience. Let me know when you have it there.
24      A. I've got it.
25      Q. Okay. Great. So I just want to orient us

1      VESNA PETRONIC-ROSIC, M.D.
2   for just a moment. So this that we've marked as
3   Exhibit 1 is what came to us, as I said, on June 8,
4   2020, so a couple months ago in the midst of COVID,
5   and turn to page 66, if you will. You can either do
6   it on the screen or you can do it -- we'll turn on
7   the screen, but you can look at it in hard copy for
8   your convenience.
9       A. Yes. Okay.
10      Q. That is your signature down there on the
11  right-hand corner, correct?
12      A. Yes.
13      Q. As you said, you've done, I don't know,
14  seven or so reports, but you knew that this was --
15  that you were signing to this official expert report
16  being produced to counsel in this case and the
17  Court, correct?
18      A. Yes.
19      MS. REYNOLDS: Object to form.
20  BY MS. COHEN:
21      Q. You knew the significance of this report
22  when you signed it, correct?
23      MS. REYNOLDS: Object to form.
24      A. I'm not really sure. This is my report for
25  the purpose of this litigation, and I wrote the

1      VESNA PETRONIC-ROSIC, M.D.
2   report and signed the report. That's pretty much
3   it.
4       Q. Let me ask another follow-up question. You
5   knew that this report was being produced to the
6   Court and to counsel in this case, counsel
7   representing the Defendants, as your official formal
8   expert report in this litigation, correct?
9       A. Yes.
10      Q. And when you signed it on the bottom of
11  page 66 and dated it, you were signing it as
12  truthful and accurate, correct?
13      A. Yes.
14      Q. Very much similar to when you signed
15  your -- let's call this your litigation report --
16  your nonlitigation or medical report? When you
17  signed those reports -- and we'll look at some of
18  them today -- you were, again, confirming and
19  swearing that those were true and accurate, correct?
20      MS. REYNOLDS: Object to form.
21      A. Yes. I mean, I don't -- I don't think
22  about it that way when I sign anything, but when I
23  sign it it means I read it, I wrote it, I believe
24  it, it's mine, and I'm verifying it.
25      Q. Okay. And that's true whether you're

VESNA PETRONIC-ROSIC, M.D.

1  VESNA PETRONIC-ROSIC, M.D.
2  signing a litigation report like Exhibit 1 or a
3  medical report, right?
4      A.  I guess when I'm signing a medical report I
5  think of that as this is my work and I'm verifying
6  that I did it.  I don't -- the depth -- the depth
7  which you're giving it, I don't think of it in
8  everyday life as to that extent.
9      Q.  I guess -- I guess what I would ask you,
10  then -- let me just try and reask it -- is when
11  you're signing a medical report with your name on it
12  or signing a litigation report, you take it
13  seriously, correct?
14      A.  Very seriously, yes.
15      Q.  And you certainly when you sign something,
16  again, whether it's a medical report with your name
17  on it or a litigation report, you are confirming
18  that it's true and accurate, correct?
19          MS. REYNOLDS:  Object to form.
20      A.  I believe that it's true and accurate.  I'm
21  confirming that I believe that it's true and
22  accurate.
23      Q.  Okay.  Fair enough.  And that the document
24  like Exhibit 1 contains your words, correct?
25      A.  Yes.

1  VESNA PETRONIC-ROSIC, M.D.
2      Q.  All right.  Now, let's look quickly just to
3  get back to your curriculum vitae and orient us
4  again, Exhibit 1 has your report, which as we talked
5  about is the first 66 pages, and then you'll agree
6  with me that it starts with an Exhibit A, which is
7  your curriculum vitae; is that correct?
8      A.  Yes.
9      Q.  And we have that as -- And I want to make
10  sure the right one.  Let's see.  Exhibit A that was
11  produced to us with your report in June is what, 28
12  pages; is that correct?
13      A.  That sounds right.
14      Q.  Okay.  And that, I take it, is still your
15  updated and correct curriculum vitae; is that true?
16      A.  Yes.
17      Q.  Okay.  And then we have also -- let's see.
18  Exhibit B to this is your fee schedule, and that
19  looks like a one-page fee schedule, correct?
20      A.  Yes.
21      Q.  And is that still accurate?
22      A.  Yes.
23      Q.  And I only -- I only ask that not to
24  suggest that there's something wrong with it, but
25  just to make sure it hasn't been updated or changed

1  VESNA PETRONIC-ROSIC, M.D.
2  in the last couple months.  That is still -- those
3  are still the right numbers, right?
4      A.  Correct.
5      Q.  So for today's time it falls into the $900
6  per hour, correct?
7      A.  Yes.
8      Q.  And for all the work that you've done to
9  date -- well, let me ask this.  The work you've done
10  other than the predeposition conference was you were
11  billing at 750 per hour, correct?
12      A.  Yes.
13      Q.  How many hours -- because it says
14  "Predeposition conference" and I don't really know
15  what that means.  Does that mean just this morning
16  talking to counsel or like how many hours fall into
17  that predeposition conference of $900 per hour, do
18  you know?
19      A.  About two hours.
20      Q.  Okay.  Was that today or yesterday?
21      A.  Yesterday.
22      Q.  And then everything else -- we'll get into
23  your hours a little bit later, but everything else
24  would fall into the 750 per hour?
25      A.  Correct.

1  VESNA PETRONIC-ROSIC, M.D.
2      Q.  And I guess one benefit of COVID is no
3  travel time, correct?
4      A.  Yes.  Well, I don't know if it's a benefit,
5  but a consequence.
6      Q.  Okay.  I'm with you -- I'm with you on
7  that.  I'd much rather be traveling.
8          On Exhibit C, just, again, to get to
9  through this and make sure we all are on the same
10  page, this is a list of your prior deposition and
11  trial testimony for the last four years, and you
12  list Hargett there in 2017.  My understanding is
13  that's when you testified at trial in the Hargett
14  case; is that correct?
15      A.  I think so.  I did -- that was the last
16  one.  I think -- I can't remember if both of these
17  were trial dates.  I honest- -- I don't remember,
18  but that was the last time.
19      Q.  And I'll ask it this way.  If I have a
20  deposition transcript in the Hargett case that says
21  2014, does that refresh your recollection that you
22  gave a deposition several years prior in 2017 was
23  the trial time?
24      A.  That sounds right.
25      Q.  And will you testify in that case for the

VESNA PETRONIC-ROSIC, M.D.

1    VESNA PETRONIC-ROSIC, M.D.
2  Plaintiffs' side as you are today?
3      A.  Yes.
4      Q.  In all of the cases in which you've testified
5  have they all been on the side of the Plaintiff?
6      A.  No.  They've been almost exactly 50/50
7  Plaintiff and Defendant.
8      Q.  And in all of the cases in which you've
9  either done a report, testified at deposition, or
10  testified in trial, is it fair to say that none of
11  them relate to the topic or hair loss or a
12  differential diagnosis of hair loss?
13      MS. REYNOLDS:  Object to form.
14      A.  None of them relate to hair loss, no.
15      Q.  So stated another way, this litigation in
16  which you're testifying is the first time you've
17  given any legal testimony in a hair loss case,
18  correct?
19      A.  Specifically hair loss, correct.
20      Q.  Okay.
21      Now let's look at -- well, let me ask it
22  another way too.  As far as I can tell looking at
23  what's been available, I haven't seen any reports,
24  depositions, or trial testimony -- and I certainly
25  could have missed it -- related to, you know, hair

1    VESNA PETRONIC-ROSIC, M.D.
2  conditions as well.  Do you agree with that?
3      MS. REYNOLDS:  Object to form.
4      A.  No.  I was a witness in a trial that was --
5  had to do with a hair growth product.
6      Q.  And what was -- do you remember the name of
7  that one?
8      A.  Latisse.
9      Q.  Oh, the product was Latisse?  Okay.
10      THE REPORTER:  I'm sorry.  I didn't hear an
11  answer.
12  BY MS. COHEN:
13      Q.  Were you testifying on behalf of the
14  manufacturer of Latisse or on behalf of the
15  Plaintiff in that case?
16      A.  The Defendants.
17      Q.  Okay.  And is that the Latisse that is
18  supposed to let your eyelashes grow long and
19  beautiful?
20      A.  Yes.
21      Q.  Okay.
22      A.  Exactly.
23      Q.  And if you had more patience than I do you
24  would continue to use it longer than I tried it, but
25  did that case go to actual trial?

1    VESNA PETRONIC-ROSIC, M.D.
2      A.  Oh, yes.
3      Q.  Okay.  And what year was that, if you -- if
4  you know?
5      A.  I could look it up, but probably around
6  2014 or '16.  I knew that I flew from Chicago to
7  North Carolina.  A lot has happened in my life in
8  the last ten years.  So it's very hard for me to
9  pinpoint the year, but I'm more than happy to look
10  it up in my list of depositions and trials which I
11  have that isn't limited to the last four years.
12      Q.  Okay.  And I know that the requirement
13  obviously is only to give up to four years in your
14  report, but do you maintain a list of your trial
15  testimony and deposition testimony?
16      A.  I do.
17      Q.  Okay.  And so it would be easy for you to
18  print that out and get that to counsel who retained
19  you if they agree to share that with us?
20      A.  If -- if that's something they want me to
21  do, yes.
22      Q.  And sitting here now, can you recall the
23  name -- again, the name of the Plaintiff -- I think
24  you said you may not remember that -- in the Latisse
25  case?

1    VESNA PETRONIC-ROSIC, M.D.
2      A.  It was the -- the Plaintiff was the company
3  that makes Latisse, and I don't remember the name.
4  Sorry.
5      Q.  Was it a personal injury product liability
6  case like this one where there are allegations
7  about -- you know, about defective product or
8  failure to warn or anything like that?
9      A.  No.
10      Q.  Was it an IP-type case where two companies
11  are fighting over intellectual property?
12      A.  Yes.
13      Q.  So, again, just going back to the earlier
14  question, I just want to wrap this piece up, is it
15  fair to say that you never -- you never reviewed a
16  case, given a report, testified in trial, or
17  testified in deposition in any hair loss or hair
18  condition cases related to the head, hair on the
19  head?
20      A.  Hair loss on the head, correct, I have not.
21      Q.  Latisse was about hair loss issues related
22  to the eyelashes I take it?
23      A.  Hair growth.
24      MS. REYNOLDS:  Object to form.
25      Q.  Okay.

```
                  VESNA PETRONIC-ROSIC, M.D.
1
2          THE REPORTER:  I'm sorry.  Ladies, hold on,
3   please.  I'm not getting the objections because you
4   guys are talking over each other.  So I did not get
5   the last answer.
6          MS. COHEN:  I think she said hair growth,
7   but it's a good reminder and I will try to stop
8   before I dive in and make sure that I allow
9   Ms. Perez after the objection --
10         THE REPORTER:  Dr. Rosic, just give Jessica
11  a chance to object, and maybe if we slow down just a
12  tad the reporter will love you all for it.
13         MS. COHEN:  Okay.  Yes.  Okay.  I will -- I
14  will do that.  Thank you.
15         THE REPORTER:  Thank you.
16         MS. COHEN:  I know you'll sick -- you'll
17  sick Butters on me if I don't.
18         MS. REYNOLDS:  The time delay doesn't help
19  either between the video and the audio.  So --
20         THE REPORTER:  Very true.  Thank you,
21  Jessica.
22         MS. REYNOLDS:  -- we'll do our best.  Thank
23  you, Tina.
24  BY MS. COHEN:
25     Q.  Okay.  So then Exhibit D, which is the
```

```
                  VESNA PETRONIC-ROSIC, M.D.
1
2   other part of your report which we marked as
3   Exhibit 1, is called "Materials Consulted."  I do
4   want to you ask about this for just a moment while
5   we're looking at this.
6          At the time, again, that your report was
7   produced with your opinions on June 8, 2020, the
8   materials consulted list, this is the set of
9   materials you consulted; is that correct?
10     A.  Yes.
11     Q.  These are the materials that you reviewed
12  and relied upon in terms of formulating your
13  opinions and presenting and providing this report on
14  June 8th, correct?
15     A.  Yes.
16     Q.  And we'll just go through this.  You had
17  No. 1 "All references listed in the footnotes, body,
18  and exhibits of my Rule 26 expert report" as the
19  first topic, right?
20     A.  Wait.  What are you -- oh, yes.
21     Q.  And so I think what you're telling us there
22  is in terms of the materials consulted to support
23  and formulate your opinions, that is, the materials
24  that supported your opinions in this report, you
25  point us to anything you refer to in the report, the
```

```
                  VESNA PETRONIC-ROSIC, M.D.
1
2   references and the footnotes, correct, and exhibits?
3      A.  I'm sorry.  Can you repeat that, please.
4      Q.  Yep.  I'm just trying to understand.  So at
5   the time you presented this official report to us,
6   these were the materials that you consulted in
7   support of your opinions, correct?
8      A.  Yes.
9      Q.  The first batch or group of it would be the
10  references in the footnotes, body, and exhibits,
11  correct?
12     A.  Yes.
13     Q.  And what that means, of course, is if we
14  pulled out everything you cite to in the contents of
15  this Exhibit 1, that's what you're referring to
16  there, correct?
17     A.  Yes.
18     Q.  No. 2 you point to us, again, as supporting
19  your opinions in your report, "Photographs of Wanda
20  Stewart depicting hair before and after
21  chemotherapy," that was another set of materials you
22  looked at, correct?
23     A.  Yes.
24     Q.  And we'll go through -- we did receive a
25  set of those this week from your counsel, and I'll
```

```
                  VESNA PETRONIC-ROSIC, M.D.
1
2   get to that in a minute.  Do you have that -- the
3   set there as well that you're referring to in the
4   materials consulted?
5      A.  I have it available on-line.  I don't have
6   it printed.
7      Q.  Okay.
8      A.  Unless it's in -- unless it's in the
9   binder.  Oh, it seems to be in the binder.  So...
10     Q.  Yes, actually, that's right.  That would be
11  tab 7 in the binder in front of you.  We'll get to
12  that in a moment.
13         Then in terms of, again, materials that you
14  relied upon to formulate your opinions in your
15  report, we have the "Patient medical records for
16  Wanda Stewart" as the next section, correct?
17     A.  Yes.
18     Q.  And there we have the "Chemotherapy regimen
19  record."  Do you have those printed as well?
20     A.  No.  On-line and probably in your binder.
21     Q.  Yes.  We have what was sent to us this week
22  included -- I believe it's tab 6 -- the 13 pages of
23  medical records received by -- by counsel, but we'll
24  take a look at those, and then also tab 8 is
25  Dr. McCanless's oncology records.  We'll get to
```

VESNA PETRONIC-ROSIC, M.D.

1   those in a minute.

2        The chemotherapy regimen records is

3   something you relied upon, correct?

4        A.  Yes.

5        Q.  And you even cite to those in the body of

6   your report, you have kind of the whole regimen in

7   there, correct?

8        A.  Yes.

9        Q.  All right.

10       And do you know Dr. McCanless by chance?

11  Have you ever met him?

12       A.  No.

13       Q.  Ever heard of him?

14       A.  No.

15       Q.  You've seen a lot of names of different

16  doctors and, just to name a few, for example, our

17  defense expert Dr. Rogers, Dr. Volpicelli, and

18  Dr. Hauman.  Did you know any of them before seeing

19  their reports on behalf of the defense in this case?

20       A.  No.

21       Q.  Had you ever heard of them?

22       A.  No.

23       Q.  We'll come back to that a little later.

24       Now, pathology records, I want to make sure

25

VESNA PETRONIC-ROSIC, M.D.

1   I understand what is meant by that.  We have

2   received from counsel who retained you, you know, a

3   number of what I'll call pathology records from my

4   perspective which I believe we've included in tab 9

5   in your binder.  When you say pathology records, are

6   you talking about, again, as of the day of your

7   report, the pathology records from your work at

8   MedStar?

9        A.  The pathology records, tab 9, are my -- are

10  my records.

11       Q.  Yes.  So that's my question to you, which

12  is looking at Exhibit 1 and looking at Exhibit D of

13  Exhibit 1 to today's deposition, when you say

14  pathology records as something that you relied upon

15  to formulate your opinions that you presented to us,

16  are you referring to your own pathology records?

17       A.  Well, there is a -- no, I'm not referring

18  to my own pathology records.  There is a -- I

19  reviewed all of this on-line and there was a tab

20  that listed records which showed, for example,

21  genetic testing of Ms. Stewart and that was

22  pathology records.  There were other things in there

23  too.  I don't remember all of them.

24       Q.  Okay.  I mean, I took the pathology records

25

VESNA PETRONIC-ROSIC, M.D.

1   to be the ones from MedStar.  You're telling me you

2   think they're something different?

3        MS. REYNOLDS:  Object to form.

4        A.  Well, there are pathology records from

5   MedStar, which is my report.

6        Q.  Okay.

7        A.  The only records from MedStar are mine.

8        Q.  So, again, maybe I'll ask a cleaner

9   question.  When you say in your signed report here

10  pathology records, which pathology records are you

11  referencing?

12       MS. REYNOLDS:  Object to form.

13       A.  Well, I can't -- I mean, this is a big

14  binder.  I can't find them.  I would have to access

15  on-line.

16       Q.  Okay.  And when you said "big binder," can

17  you hold up what you're looking at there?

18       A.  (Witness complies.)

19       Q.  Is that a set we sent you or a set you had

20  there?

21       A.  No.  I don't have a binder.  This is yours.

22            (Rosic Exhibit 2 was marked for

23             identification.)

24  BY MS. COHEN:

VESNA PETRONIC-ROSIC, M.D.

1        Q.  I'm going to go ahead and put an exhibit, I

2   guess we'll just have Exhibit 2, and we'll have that

3   held open for these pathology records and I'll ask

4   the witness to provide the pathology records or

5   counsel of what's meant by materials consulted,

6   pathology record as an addendum.  We'll just hold

7   Exhibit 2 open for later supply if we're not clear

8   and we can't figure that out.

9        If you during the course of this today,

10  Doctor, can figure out what those are, we'll just

11  add them as Exhibit 2 and we may come back and talk

12  about them, but in the spirit of moving along, we'll

13  just leave that.

14       And, again, my question is other than your

15  pathology records, which we're going to mark as an

16  exhibit, can you think of any other pathology

17  records that would fall into that category?

18       MS. REYNOLDS:  Object to form.

19       A.  Well, I did -- I received the pathology

20  reports from Drs. Volpicelli and Hauman.  So those

21  would also fall into pathology records.

22       Q.  Yes, but we know that those weren't

23  received as of June 8th when this report was done.

24  So they couldn't be the ones you're referring to,

VESNA PETRONIC-ROSIC, M.D.

1    I'll just state that for the record.  So I'm just
2    trying to figure -- I know you looked at them later.
3    I'm trying to figure out what you -- what you meant
4    by this.  And if you don't know, that's okay.  We'll
5    move on.
6         You said there was some genetic testing.
7    What do you mean by that?
8         A.  You know, I really can't tell you off the
9    top of my head.  There were names of labs in there
10   of genetic testing for breast cancer.  I reviewed
11   that, but I didn't commit it to memory.
12        Q.  Okay.  Fair enough.  Let me ask it this
13   way.  In terms of hair pathology or dermatopathology
14   records, other than the ones that came later from
15   our experts, defense experts, are the only pathology
16   records, dermatopathology records that you reviewed
17   yours?
18        A.  Yes.
19        Q.  Okay.
20        A.  Oh, dermatopathology, only my records, yes.
21        Q.  Okay.  All right.  And the pathology
22   records referenced here could be related to oncology
23   is what you're saying, you're just not positive?
24        A.  Correct.

VESNA PETRONIC-ROSIC, M.D.

1         Q.  Fair enough.
2         A.  But they're not pathology -- they're not
3    pathology records like biopsy reports.  They're
4    different types of records.  As I said, genetic
5    testing was one of them.
6         Q.  Okay.
7         Now, do you have any notes that you've made
8    along the way during your -- I think you got
9    involved back in 2018 by the invoices, which we'll
10   mark.  Do you have any notes or scribbles or, you
11   know, things that you've written down?
12        A.  Not --
13        MS. REYNOLDS:  Object to form.
14        A.  -- as it relates to records, no.
15              (Rosic Exhibit 3 was marked for
16               identification.)
17   BY MS. COHEN:
18        Q.  Okay.  how about -- How about just in
19   general?  You've been involved we know from the --
20   we'll go ahead and mark this as Exhibit 3 now, which
21   is the invoices, (inaudible) you can find those on,
22   which we received -- was it yesterday we received
23   these, 3:00 yesterday, the day before the
24   deposition, Dr. Rosic invoices.  So we'll mark these

VESNA PETRONIC-ROSIC, M.D.

1    as 3.  So we know that you were involved since 2018.
2    Have they not loaded yet?  We'll just take a minute
3    while these are loading.
4         MS. REYNOLDS:  Just for the record --
5         MS. COHEN:  I'm sorry?
6         MS. REYNOLDS:  for the record, we would
7    object to the identification, disclosure, or
8    discussion of any notes as they pertain to work
9    product, drafts of reports, or any consulting work
10   that Dr. Rosic may have performed on behalf of the
11   Plaintiffs.
12        MS. COHEN:  Look, we agree on drafts of
13   reports, but obviously if the witness takes notes
14   along the way, we think we're entitled to that.  So
15   We can put a Post-It to address, we can talk about
16   that later, but --
17        A.  But I don't have any notes.
18        Q.  Okay.
19        A.  I don't take notes.
20        Q.  Well, that -- that answers that.  Okay.
21   We'll come back to that later.  We have the invoices
22   from yesterday, which we're going to mark as
23   Exhibit 3.  And, Counsel, I think you sent them to
24   us, so you should have them.  We'll load them up

VESNA PETRONIC-ROSIC, M.D.

1    later.  You can pull that down now.
2         MS. REYNOLDS:  But you do want to hold that
3    open as your Exhibit 3 marker, right?
4         MS. COHEN:  Yes.  We're going to mark
5    that -- we will mark that as Exhibit 3.  We may just
6    have to provide that -- All right.  we think we have
7    them now.
8         MS. REYNOLDS:  And if you need us to resend
9    you something, Lori, we can -- we can do that if we
10   need to at a break.
11        MS. COHEN:  Thank you so much.
12        MS. REYNOLDS:  (Inaudible.)
13        MS. COHEN:  Yeah.  No.  We just got, you
14   know, things yesterday, so they weren't in our
15   system yet, but I think we have them now thanks to
16   our wonderful Dawn over here.  There we go.  Okay.
17   Now you can see this.
18        Dr. Rosic, have you seen this invoice
19   package that was presented to us yesterday?
20        A.  Yes, but I didn't pay much attention to it.
21   So I don't know the details.  I just saw that the
22   invoices were submitted.
23        Q.  Right.  So for now we'll just have this
24   marked as Exhibit 3 and obviously this is a -- I

VESNA PETRONIC-ROSIC, M.D.

1   VESNA PETRONIC-ROSIC, M.D.
2   think seven pages, some of these are redacted we'll
3   go through, but these are, in fact, your -- all of
4   your invoices since you became engaged on behalf of
5   the Plaintiff in September 2018; is that correct?
6       A.  Yes.
7       Q.  My understanding is perhaps there's some
8   new work that you've done that's not been invoiced
9   yet.  I think I got that from the e-mail yesterday,
10  that there may be some, you know, future invoices
11  that are not completed yet; is that correct?
12      A.  Yes.
13      Q.  And what I mean by that is if you look at
14  the last page here, we can run to that, this ends in
15  June of 2020.  So obviously there would be work
16  since then, correct?
17      A.  Right, that is correct.
18      Q.  Obviously there's been a lot of -- a lot of
19  action, if you will, a lot of activity since June
20  and now we're in -- almost in September, but I guess
21  we're still officially the end of August.  How many
22  hours, if you have an estimate, between June 8, 2020
23  and today that you've put in?  Again, it would be,
24  you know, talking to counsel, doing any prep work,
25  preparation work for today, working on reviewing the

1   VESNA PETRONIC-ROSIC, M.D.
2   slides that our experts (indecipherable), that kind
3   of thing.
4       A.  I don't know the exact number of hours that
5   I've put in, but there's been some hours.  I don't
6   know the exact number.  I only know that when I
7   prepare the invoice, but I've put in work, yes.
8       Q.  Okay.  So we'll come back to that in a
9   minute.  I want to finish going back to Exhibit 1,
10  which is the expert report, and make sure we finish
11  that.
12      A.  Did you ask a question?  No.
13      Q.  We're just pulling it back up.  So we're
14  going to go back to Exhibit D of this, which has the
15  materials consulted, okay, materials consulted, and
16  we have -- it talks about all the records you looked
17  at, and now we also have on here "Rule 26 expert
18  report of Antonella Tosti, M.D."  That was another
19  item that you reviewed in order to formulate your
20  opinions and support your opinions when you gave
21  your report in June, correct?
22      A.  Yes.
23      Q.  Did you know Dr. Tosti when you read her
24  report?
25      A.  No.

1   VESNA PETRONIC-ROSIC, M.D.
2       Q.  Had you heard of her at all?
3       A.  Yes.
4       Q.  And had you met her at any conferences?
5       A.  Not personally, no.
6       Q.  Okay.  Had you ever spoken to her?
7       A.  No.
8       Q.  Have you spoken to her since getting
9   involved in this litigation?
10      A.  No.
11              (Rosic Exhibit 4 was marked for
12                 identification.)
13  BY MS. COHEN:
14      Q.  I know we have a specific report.  We'll
15  mark that as an exhibit.  My understanding is this
16  is the October 21, 2019 Dr. Tosti report.  Let me
17  just verify this so we can get that marked and I
18  don't forget to do it later.  I believe it's 15,
19  Dawn, on our tracking chart and also it's No. 10 in
20  your binder.  Do we need more numbers?
21          I'll just have you look at that, if you
22  will, Doctor, and tell me if that is the report that
23  is the October 21, 2019 report, which is No. 10 in
24  your binder, that you're citing to here on your
25  reliance and materials consulted list?

1   VESNA PETRONIC-ROSIC, M.D.
2       A.  Yes, it is.
3       Q.  And that was provided to you by Plaintiffs'
4   counsel, correct?
5       A.  Yes.
6       Q.  And to state the obvious, everything on
7   this list that we just looked at, materials
8   consulted, came to you from Plaintiffs' counsel,
9   correct?
10      A.  Well, not everything.  I mean, some things
11  came from me to them while I was preparing the
12  report, some literature.
13      Q.  Okay.  That's a good point.  In terms of
14  materials consulted, the photograph, the patient
15  medical record, and the Rule 26 report of Dr. Tosti
16  all came to you from Plaintiffs' counsel, correct?
17      A.  Not all the photographs, no.  I took some
18  of the photographs.
19      Q.  Okay.  And then what you're saying is the
20  references in your report, some of them came from
21  Plaintiffs' counsel, some of them you pulled out
22  yourself; is that a fair --
23      A.  Correct.
24      Q.  -- recap?
25      A.  Yes.

VESNA PETRONIC-ROSIC, M.D.

1    VESNA PETRONIC-ROSIC, M.D.
2        Q.  When you said that you knew of Dr. Tosti,
3    had you read any of her writings prior to this case;
4    is that what you're suggesting?
5        A.  You know, she's published a lot and I read
6    literature to be up-to-date.  So yes, I read her
7    work as much as I read other people's work, but
8    she's a well-known person in the dermatology
9    community.
10       Q.  When you received the report as part of the
11   material that came to you from Plaintiffs' counsel
12   you recognized her name as someone you had read
13   literature from; is that a fair summary?
14       A.  I mean, I recognized her name, period.
15   She's the chair of a department in the U.S.  So I
16   pretty much know the names of all the chairs in the
17   U.S. --
18       Q.  (Inaudible.)
19       A.  -- even those I don't know personally.
20       Q.  I apologize for jumping in there,
21   everybody.
22           Had you read any of her articles of any
23   type, reports, whatever on hair loss issues when you
24   received -- at the time you received her report in
25   this case?  Do you think you'd already read some of

1    VESNA PETRONIC-ROSIC, M.D.
2    her articles?
3        MS. REYNOLDS:  Object to form.
4        A.  You mean over the 25, 30 years that I've
5    been in dermatology?  I'm pretty sure I read her
6    articles, yes, but I didn't single them out like,
7    oh, here's a Tosti article on hair loss, let me read
8    it.  She published in the -- in the mainstream
9    literature.  So as I read articles hers were amongst
10   them.
11       Q.  So you knew her name and you knew that
12   you'd read some of her work generally; is that a
13   fair recap?
14       A.  Generally -- generally speaking, yes.
15       Q.  All right.
16           Now, let's go back to -- let's get this
17   marked.  Let's go back to Exhibit 1 again and that's
18   the report with the exhibits, and we'll go to in
19   Exhibit 1 Exhibit E of that.  It's pulling up and
20   you have that in front of you.  Exhibit E is
21   referenced a number of times throughout your report
22   and, again, it's entitled here "Articles on
23   permanent alopecia following breast cancer
24   chemotherapy," and we'll pull that up in just a
25   moment.

1    VESNA PETRONIC-ROSIC, M.D.
2           (Whereupon a discussion was had
3                off the record.).
4    BY MS. COHEN:
5        Q.  I want to ask you about -- about this
6    particular list.  There are 22 -- two pages, there
7    are 22 articles on here, correct?
8        A.  Correct.
9        Q.  Did you type this list up?
10       A.  Did I put this particular list together?
11   No.
12       Q.  Okay.  Did this list come to you from
13   Plaintiffs' counsel who retained you in the case?
14       A.  Like the -- the list as a list, not the
15   articles on it, but yes, the list was made by the --
16   by the team of lawyers, yes.
17       Q.  Okay.  That was my question.  So Exhibit E
18   is the 22 articles, the two-page list was a list
19   that was presented to you by Plaintiffs' counsel,
20   correct?
21       MS. REYNOLDS:  Object to form.
22       A.  The two pieces of paper with the list, yes.
23   Sorry.
24       Q.  Okay.  And then it sounds like you then as
25   the physician expert for the Plaintiffs pulled

1    VESNA PETRONIC-ROSIC, M.D.
2    some -- pulled the articles to review, or were they
3    provided to you as well?
4        MS. REYNOLDS:  Object to form.
5        A.  No.  So as I said, the list, meaning two
6    pieces of paper with the printed names of the
7    articles, was put together by the lawyers, but the
8    content of these articles was put together from my
9    references in the report and some of those articles,
10   books, et cetera, were from me and some were given
11   to me at the -- when we initially reviewed material.
12   So not handed personal -- nothing was handed
13   personally to me, but...
14           So if you're asking whether the list was
15   presented to me, the list as in the electronic list
16   that we're see -- I'm seeing on the computer, the
17   list itself, not the contents of the list, yes, that
18   was prepared by the team.
19       Q.  Okay.  No, that's helpful.  I think I
20   understand now.  What you're saying is the typed up
21   list came to you from Plaintiffs' counsel, but the
22   content, the 22 articles selected, some you
23   identified and some were identified for you by
24   Plaintiffs' counsel is what I'm hearing?
25       MS. REYNOLDS:  Object to form.

VESNA PETRONIC-ROSIC, M.D.
1
2  A.  Yes.
3  Q.  And can you tell us looking at this list of
4  22 which ones you chose on your own and which ones
5  the Plaintiffs' counsel presented to you, or has too
6  much time passed?
7  A.  I can't --
8  MS. REYNOLDS:  Object to form.
9  A.  I cannot look at this and tell you which
10  ones I pulled and which they pulled, no.
11  Q.  Now, did you have -- it looks like, you
12  know, with Dr. Tosti's report on your list, the
13  materials relied upon list that we went over.  Had
14  you read that prior to drafting your report, which,
15  again, we've marked as Exhibit 1?
16  A.  I'm sorry.  I lost some of the words you
17  said.  Can you please repeat that?
18  Q.  Sure.  Dr. Tosti's report, which we know is
19  on your reliance list there, did you have that
20  report and did you review it prior to preparing your
21  report?
22  A.  Yes.
23  Q.  Do you know how many of these articles of
24  the ones you selected on this list, Exhibit E to
25  Exhibit 1, came from Dr. Tosti's report?

VESNA PETRONIC-ROSIC, M.D.
1
2  A.  No.
3  Q.  Did you do your own independent literature
4  review or did you, again, pull the articles on this
5  from Dr. Tosti's report?
6  A.  I did my own independent literature review.
7  Q.  Okay.
8  Just a general question.  Did you take any
9  of the verbiage or the pages or the language from
10  Dr. Tosti's report and put it into your report, or
11  did you do your own independent report?
12  MS. REYNOLDS:  Object to form.
13  A.  Those two things are not exclusive of each
14  other.  I did my own independent --
15  Q.  I'll reask it.  Did you use any of
16  Dr. Tosti's report and basically incorporate
17  Dr. Tosti's words into your report in any -- in any
18  places?
19  MS. REYNOLDS:  Object to form.
20  A.  I did use -- I used some of the information
21  that she had in her report when I put together my
22  report, yes.
23  Q.  Okay.  And it sounds like what you're
24  saying is you did that generally, right?  That is,
25  you didn't take her words and use them verbatim,

VESNA PETRONIC-ROSIC, M.D.
1
2  right?
3  MS. REYNOLDS:  Object to form.
4  A.  I'm not exactly sure what you mean if I --
5  I had to use the same words.  I can't rehash.  You
6  need to -- you need to ask it differently because
7  I'm not sure I understand what you're saying.
8  Q.  Okay.  No.  I'm happy to do that and thank
9  you -- thank you for -- I think we're doing well.
10  Thank you for telling me when you don't understand
11  my question, which will happen throughout the day.
12  My question is you had Dr. Tosti's report,
13  I understand you read it before you prepared your
14  report.  Did you then generally, you know, use the
15  concepts of her report or did you actually take
16  parts of her report verbatim and put them into your
17  report?
18  MS. REYNOLDS:  Object to form.
19  A.  I'm sure I used parts of the report, but I
20  did not verbatim copy her report.
21  Q.  In other words, you weren't trying --
22  A.  Actually, I'm not sure what you mean by
23  "verbatim."  Do you mean like did I cut-and-paste
24  pieces of her report?  Of course I used the
25  information in her report, it's one of the things

VESNA PETRONIC-ROSIC, M.D.
1
2  that I relied on, but I wrote my own report if
3  that's kind of what you're getting at.  I'm not
4  really sure what you're trying to put out there.
5  Q.  Okay.  No.  That's a great clarification.
6  What I'm saying is, right, exactly that.  Did you
7  actually cut-and-paste and copy into your report
8  sections from Dr. Tosti's report, or did you do your
9  own report using your own words?
10  A.  I did my own report.  There may be sections
11  that are the same, but that is because it's the same
12  subject and some of the literature is the same and
13  when we cite literature we write exactly what the
14  author said.  So I'm sure there are things that are
15  written the same in both reports, but my report is
16  my own report.
17  Q.  Okay.  In other words, you wouldn't just
18  super copy or cut-and-paste another professional's
19  report into your report without specifically, you
20  know, providing attribution to that person, correct?
21  MS. REYNOLDS:  Object to form.
22  A.  You'd have to be more specific.  I'm sorry.
23  Q.  Okay.  So I'll give you a chance to -- are
24  there any parts of Exhibit 1, which is your report
25  which we've marked, that were cut-and-pasted

```
                VESNA PETRONIC-ROSIC, M.D.
1
2    directly from Dr. Tosti's report?
3         MS. REYNOLDS:  Object to form.
4         A.  I don't know.
5         Q.  Okay.  Well, you wouldn't do something as a
6    professional without actually specifically saying,
7    parens, Dr. Tosti's report or something like that,
8    correct?
9         MS. REYNOLDS:  Object to form.
10        A.  What I'm trying to say is that there are
11   parts of my report that address the exact same
12   topics that her report addresses, and there are only
13   so many ways you can write a follicular femur or a
14   stellae or alopecia.  You can't tell it different
15   than it is.  So there will be words or groups of
16   words or sentences that are the same, but that
17   doesn't mean that I took her report and used it as
18   my report.  I incorporated information that was in
19   her report into my report.
20        Q.  Okay.
21        A.  I did not use her report as my report.
22        Q.  Fair enough.  In other words, we may see
23   similar sections and general concepts, but we
24   wouldn't see verbatim her report in your report,
25   correct?
```

```
1                VESNA PETRONIC-ROSIC, M.D.
2         A.  Oh, that I don't know.
3         MS. REYNOLDS:  Object to form.
4         A.  You'd have to compare them.
5         Q.  Have you compared them?
6         A.  No.
7         Q.  Okay.  We'll come back around when we get
8    to your report and I'll ask you, you know, when we
9    go through that, but let me just finish up here.
10   The articles -- the 22 articles listed in Exhibit E,
11   we -- I don't think I provided those to you in what
12   we sent you, but I will say that we just for
13   recordkeeping and -- just so you know, we'll mark
14   those 22 articles in a binder as what exhibit?
15   Whatever the next exhibit.  What's the next exhibit?
16   Exhibit 5 will be -- I'll call it a compilation
17   binder of the 22 articles, and we'll be happy to
18   send a hard copy of that to you, Ms. Perez, or share
19   that with you and we'll certainly -- we can
20   certainly have subexhibits too as we go through the
21   day.  Which number is this going to be now, 5?
22        THE REPORTER:  I don't remember Exhibit 4.
23   Was there an Exhibit 4?
24        MS. COHEN:  Exhibit 4 was going to be the
25   pathology records.
```

```
1                VESNA PETRONIC-ROSIC, M.D.
2         MS. REYNOLDS:  I believe it was Tosti's
3    report, and you were marking Exhibit 2 as the
4    pathology records.
5         MS. COHEN:  Thank you.  Tosti's report is
6    4, and then 5 will be the compilation of these 22
7    articles, which we'll be happy to send out to
8    everybody afterwards.  Then as we go through the
9    articles today we may say like Exhibit 5A will be
10   article 1, that kind of thing, but we'll deal with
11   that as we go.
12             (Rosic Exhibit 5 was marked for
13                  identification.)
14   BY MS. COHEN:
15        Q.  Doctor, do you have these 22 articles, your
16   Exhibit E, with you?
17        A.  Yes.
18        Q.  Okay.  So if we need to go through those
19   we'll have hard copies or we can pull them up, but
20   for now we're marking compilation Exhibit 5.
21             (Rosic Exhibit 6 was marked for
22                  identification.)
23   BY MS. COHEN:
24        Q.  And I think that gets us through kind of
25   the contents of your report as of June 8th.  Now,
```

```
1                VESNA PETRONIC-ROSIC, M.D.
2    let's go ahead and put -- put up here just so we can
3    finish up the documents produced -- what do we call
4    this?  This will be Exhibit 6.  We have a chart of
5    the documents that were provided to us by
6    Plaintiffs' counsel this week, and I want to make
7    sure we're on the same -- same page here.  So give
8    us one second there.
9         Okay.  So what we've done is we've marked
10   as Exhibit 6 -- it will be coming up here in just a
11   moment, I guess it's on the screen now for
12   everybody.  On August 26, so three days ago, we
13   received from Plaintiffs' counsel a production of
14   documents that said these are -- we want to make
15   sure you have these materials that Dr. Rosic, you
16   know, reviewed and it contains 94 before and after
17   photographs of Wanda Stewart.  Do you have that set
18   of photographs that Plaintiffs' counsel shared with
19   us?
20        A.  Yes.  I have access to them on-line.
21        Q.  All right.  And then they also sent in
22   terms of materials you reviewed three pages of
23   screenshots as received by counsel, and do you know
24   what those refer to?  Lab results ordered by
25   Kenyatta Shamlin dated May 20th?  If not I can pull
```

VESNA PETRONIC-ROSIC, M.D.

1     VESNA PETRONIC-ROSIC, M.D.
2  them up for you.
3     A.  Can you please pull them up.
4          (Rosic Exhibit 7 was marked for
5              identification.)
6  BY MS. COHEN:
7     Q.  Yes, will do, and we'll mark this as the
8  next exhibit.  We'll make this Exhibit 7.  So do you
9  know why this was -- this was something that you --
10 that the attorneys sent to us this week as something
11 you relied upon?
12    A.  I actually don't recall seeing this.  So I
13 might have missed it.
14    Q.  Okay.  Do you know what the significance is
15 of this sitting here today or why this was given to
16 us three days ago?
17        MS. REYNOLDS:  Object to form.
18    A.  I mean, I guess it's part of her medical
19 record.
20    Q.  Okay.  But sitting here right now, you
21 don't remember this, correct?
22    A.  I do not recall.  I did not see this, no.
23    Q.  Okay.  Fair enough.
24    A.  That doesn't mean they didn't -- that
25 doesn't mean they didn't send it to me.  I don't

1     VESNA PETRONIC-ROSIC, M.D.
2  know if they sent this to me, but I don't remember
3  seeing this.
4     Q.  Okay.  It's not something sitting here
5  today that you think you relied upon, you know,
6  specifically for your opinions in this case; is that
7  correct?
8     A.  Correct.
9          (Rosic Exhibit 8 was marked for
10             identification.)
11 BY MS. COHEN:
12    Q.  All right.
13        Now, the next thing they sent to us three
14 days ago was 13 pages of medical records.  We'll go
15 ahead and pull this up, it's a (indecipherable)
16 list, and we're going to make this Exhibit 8.  This
17 is the other thing that came to us three days ago as
18 part of your reliance list.  I want to make sure we
19 look at this.
20        While it's being pulled up, I apologize to
21 you that it's really blurry.  This is not our set of
22 records, it came from Plaintiffs' counsel, but I
23 apologize for the blurriness.  This is 13 pages and
24 it looks like it's from the Pathology Group of
25 Louisiana.  Could this be the pathology records that

1     VESNA PETRONIC-ROSIC, M.D.
2  were referred to on your June 8th report on the
3  reliance list?  We can flip through that and take a
4  look at it.
5     A.  Yes.
6     Q.  Okay.  So perhaps we've now figured out
7  that mystery, that this is actually -- this is what,
8  Exhibit 8, is actually what you're referring to as
9  pathology on your June 8th report; is that fair?
10    A.  Yes, this is what was in that folder
11 on-line for me.
12    Q.  Okay.  So now we know and we've gone to --
13 again, before we move on to something else, if we
14 could go back to Exhibit 1, the Exhibit D part of
15 that.  We'll get through these logistics quickly
16 now, I promise.
17        MS. REYNOLDS:  Lori, we've been on the
18 record for almost an hour.  I waited until we kind
19 of started with questioning, but is now a good time
20 to take a short break?
21        MS. COHEN:  Yeah.  Let me just finish this
22 one -- one or two more questions on this, and then
23 I'm happy to break.  Then we can put this aside.
24 Okay?
25        MS. REYNOLDS:  Okay.  Thank you.

1     VESNA PETRONIC-ROSIC, M.D.
2        MS. COHEN:  Absolutely
3  BY MS. COHEN:
4     Q.  So now we're back, Doctor, to Exhibit D,
5  part of Exhibit 1, materials consulted, and I
6  believe we've covered this.  Again, at the time you
7  issued your official formal report on June 8th these
8  were the materials included in the literature that
9  we looked at that you relied upon to formulate your
10 opinions, correct?
11    A.  Yes.
12        MS. COHEN:  Okay.  I think this is a good
13 time -- perfect time for a break and thank you for
14 stopping me there, and, Doctor, thank you for
15 bearing with me through this first hour.  We can
16 take a break.
17        THE VIDEOGRAPHER:  The time is 10:15, this
18 is the end of media labeled No. 1.  We're going off
19 the record.
20          (A short break was had.)
21        THE VIDEOGRAPHER:  This is the start of
22 media labeled No. 2.  The time is 10:32.  We are
23 back on the record.
24 BY MS. COHEN:
25    Q.  Great.  Thank you.

VESNA PETRONIC-ROSIC, M.D.

1
2      Dr. Rosic, we're back on, and I'm just
3  going to try to pick back up on some of the things
4  we were talking about and do a little bit more on
5  your background just to tell you what -- where we're
6  going.
7      Tell me, if you will, we talked about you
8  moving in 2018 to Georgetown and you gave us your
9  current title.  Tell us, how do you spend your time,
10  you know, since coming there in 2018?  Maybe we can
11  do pre-COVID and then we'll -- we'll talk about
12  COVID time because I'm sure, like everybody else,
13  it's a different world to you.
14      So 2018 to, let's say, February 2020 how
15  were you spending your time and your days and your
16  weeks, give us a sense of that?
17      MS. REYNOLDS:  Object to form.
18      A.  Are you asking me specifically about my
19  time at work?
20      Q.  Oh, that's a -- yeah, right.  I'm
21  definitely not asking you about your personal time.
22  Sorry about that.  Let me ask a better question.
23  That may be probably more interesting, but
24  professional time, how do you spend -- like, again,
25  pre-COVID, since moving to D.C. and your new title

VESNA PETRONIC-ROSIC, M.D.

1
2  that you told us about, give us a breakdown, for
3  example, percentage of time teaching, percentage of
4  time doing administration.  You know, how would you
5  quantify it, and then I -- then I can drill down
6  into more specifics?
7      A.  I would say 10 percent is teaching,
8  20 percent is clinical patient care, 40 percent is
9  dermatopathology, and the rest is administrative.
10      Q.  Okay.  So, again, understanding that we'll
11  talk about this outside of COVID, that since moving
12  to your new position at Georgetown and in D.C., your
13  best estimate is 10 percent teaching, 20 percent
14  clinical and patient work, 40 percent
15  dermatopathology, and 30 percent administration?
16      A.  Yes.
17      Q.  Where does legal work fit in?  Is that in
18  the 30 percent of administrative work or is that --
19  where do you put that in terms of buckets?
20      A.  So my normal workday is anywhere between 12
21  and 16 hours a day.  So that breakdown that I gave
22  you is probably related to about 50 hours of my
23  week, but I probably work 80 hours a week, and the
24  legal work happens on the weekends and in the
25  evenings when it does.

VESNA PETRONIC-ROSIC, M.D.

1
2      Q.  Okay.  Fair enough.
3      Would you say that in terms of your overall
4  time you have a percentage of time spent on legal
5  work?  I mean, is negligible?  Is it a small amount?
6  I'm just trying to get a sense of how much time you
7  spend on legal work in total?
8      A.  Oh, it's negli- -- it's negligible compared
9  to my other work.
10      Q.  Now, within the --
11      A.  Well, actually, let me reframe that.  It's
12  not negligible because it's important.  Negligible
13  makes it sound unimportant, but it's probably
14  1 percent of my time, 2 percent of my time.
15      Q.  Okay.  And I -- and I didn't mean to say
16  negligible in terms of importance.  I was really
17  talking about the percentage of time or the small
18  amount, but -- but thanks for the clarification.
19      In terms of teaching, who do you teach?
20      A.  I teach medical students, residents, I
21  teach other specialty physicians, high school
22  students sometimes.
23      Q.  What do you teach?
24      A.  Dermatology and dermatopathology as well as
25  business administration within dermatology.

VESNA PETRONIC-ROSIC, M.D.

1
2      Q.  If we look at your curriculum vitae, part
3  of Exhibit 1 -- you have that in hard copy in front
4  of you I think -- it has on page 1 -- I'll let you
5  get -- I'll let you get to it so I don't charge
6  ahead without you having it there.  This is page 1
7  of your curriculum vitae.  It has a section on 2018
8  to present professor, Georgetown University School
9  of Medicine.  Is that what we're talking about here
10  in terms of teaching?
11      A.  Yes.  Well, yeah.
12      Q.  All right.  Do you teach --
13      A.  Yes.
14      Q.  Do you teach any specific courses?
15      A.  Yes.  We have a dermatology module for
16  first-year medical students.
17      Q.  And is it a general dermatology module,
18  that is, it covers all aspects of dermatology?
19      MS. REYNOLDS:  Object to form.
20      A.  I mean, I teach specific parts of that.  So
21  my teaching covers introduction examination, skin in
22  general, and then I also teach neoplastic diseases,
23  specifically melanoma, basal cell carcinoma,
24  squamous cell carcinoma.
25      THE REPORTER:  I'm sorry, Doctor, I

```
              VESNA PETRONIC-ROSIC, M.D.
1
2    couldn't understand you.
3    BY MS. COHEN:
4        Q.  I think the court reporter didn't get that.
5    Maybe you could do that again.  You said skin and
6    neoplastic, and maybe -- maybe repeat that for the
7    court reporter.
8        A.  I teach the introductory course to
9    dermatology and the neoplastic diseases in
10   dermatology for medical students.
11       Q.  And when you talk about your teaching,
12   that's what -- that's what -- that's what you're
13   referring to in terms of topic areas, correct?
14       A.  Those are the formal courses for the
15   medical students.  I have a lot of other teaching
16   that I do.
17       Q.  Now, when we look at -- again, I'm reading
18   from certain articles that you've given which I can
19   bring up if we need to, but I think you talk about
20   how at Georgetown you basically brought the whole
21   dermatology division under one roof I think is what
22   you said, correct?
23       A.  Which part are you referring to?
24       Q.  Well, I'm just generally speaking.  I'll
25   read your quote.  "We now have all the
```

```
              VESNA PETRONIC-ROSIC, M.D.
1
2    subspecialties of dermatology under one roof."  I'm
3    happy to pull this up if we need -- let's go ahead
4    and pull this up.  We'll mark this as an exhibit so
5    I'm not reading something that you don't have.
6            THE REPORTER:  I'm sorry --
7        Q.  This is an article on -- let me -- let me
8    start over there.  Do you know which one this is?
9    It's okay.  We'll save it for later.  Let me just
10   ask you another question and move ahead while we get
11   that pulled up.
12          Again, it sounds like in terms of your
13   formal teaching that you're talking about it's about
14   the introductory courses in skin and neoplasm that
15   is cancer; is that correct?
16       A.  Well, no.  That's just for the medical
17   students.  I have many other formal teaching duties.
18       Q.  Can you show me on your curriculum vitae
19   where those are listed?
20       A.  I don't know if they're listed here.
21       Q.  I'm just trying -- trying to track.  So...
22       A.  I don't know if they're listed here.  I
23   don't list those that are part of the training
24   program specifically as parts of my curriculum
25   vitae.  This is more -- I can tell you what they
```

```
              VESNA PETRONIC-ROSIC, M.D.
1
2    are.  I teach the residents.  I do about 30 didactic
3    sessions a year at least which cover all aspects of
4    dermatopathology and many aspects of dermatology.
5    Yeah, I don't think they're listed here.  I teach
6    resident bootcamp, which was listened to by 700
7    first-year dermatology residents nationwide.  I
8    taught the introduction to normal skin from the
9    aspect of a dermatopathologist.  I taught autoimmune
10   bullous diseases.  I teach follicular proliferations
11   in neoplasm, celiac disease in the skin, connective
12   tissue diseases in the skin in children and in
13   adults.  I mean, I -- I teach many, many, many
14   lectures throughout the year to students, residents,
15   and my colleagues.  I give grand rounds at least
16   five times a year in pediatric family medicine,
17   rheumatology.  It's a huge part of my mission and
18   what I love to do.
19       Q.  So what you just described is the
20   description of that 10 percent teaching part, is
21   that fair, that bucket?
22       A.  Yes.  Yes.
23       Q.  I have, just in full candor, you know,
24   tried to read everything I can about you.  I've
25   tried to read your articles, your books, looked you
```

```
              VESNA PETRONIC-ROSIC, M.D.
1
2    up on-line, you know, so that we could have a good
3    conversation today, and based on everything I've
4    read -- you'll correct me if I'm wrong -- it looks
5    like within dermatology and dermatopathology your
6    focus certainly has been on skin and neoplasm, skin
7    and skin cancer; is that correct?
8            MS. REYNOLDS:  Object to form.
9        A.  That is one of the things I focus on.
10   Another one is complex medical dermatology, but yes
11   neoplastic disease in the skin are sort of the
12   things that I ended up working most with.
13       Q.  Yeah.  In other words, kind of going back
14   to my other question which I -- which I mangled, so
15   I'll start over, obviously within dermatology and
16   dermatopathology, you know, there are a lot of
17   subspecialties, correct?
18       A.  Formal subspecialties there are only a few.
19   Pediatric dermatology, dermatopathology, lump
20   surgery and procedural dermatology.  Those are the
21   only where you can get board certification, but
22   people specialize in many different -- subspecialize
23   in immunodermatology, research, clinical trials, but
24   the formal ones are only pediatric,
25   dermatopathology, procedural dermatology.
```

VESNA PETRONIC-ROSIC, M.D.

1                VESNA PETRONIC-ROSIC, M.D.
2    Q.  Okay.  Let's put --
3    A.  I'm forgetting one, but -- I'm sorry.  I
4 didn't mean to cut you off there.
5    Q.  let's put aside the word formal.  I want to
6 just ask you within dermatology I think I've seen
7 the quote that dermatology has more diseases than
8 any other specialty, about 2,000 distinct diagnoses.
9 Does that sound right to you?
10    A.  Yes.
11    Q.  And your mission --
12    A.  There's more than 2,000, yeah.
13    Q.  But if someone said 2,000, you wouldn't
14 disagree with them, correct?
15       MS. REYNOLDS:  Object to form.
16    A.  Well, I would probably say there's more
17 than 2,000, yes.
18    Q.  Okay.  And one of your missions coming to
19 Georgetown was to have all the subspecialties of
20 dermatology under one roof, right?
21    A.  Yes.
22    Q.  And what you're best known for, what you
23 hold yourself out as in terms of your focus area and
24 specific expertise is neoplastic diseases of the
25 skin, correct?

1                VESNA PETRONIC-ROSIC, M.D.
2       MS. REYNOLDS:  Object to form.
3    A.  That is what -- that is one of the things
4 that I focus on, but not the single one.
5    Q.  I totally understand, but in terms of when
6 you're out there in the world of dermatology at
7 conferences and speaking at the AAE and otherwise,
8 what Dr. Rosic is known for is, again, skin and
9 neoplastic diseases, correct?
10       MS. REYNOLDS:  Object to form.
11    A.  And other things.
12    Q.  Okay.  But those are the primary ones;
13 would you agree with that?
14       MS. REYNOLDS:  Object to form.
15    A.  No, I wouldn't agree with that.  I think
16 I'm known for other things too.
17    Q.  Such as?
18    A.  I teach internationally and nationally
19 about transgender dermatology, I teach about
20 sensitive skin and cosmetics in dermatology.  I'm
21 trying to think what other.  Aging in the skin,
22 business administration in dermatology.  I have a
23 lot of interests.  I've never been one to have an
24 exclusive focus, and one of the main things in my
25 career has been to stay away from having a

1                VESNA PETRONIC-ROSIC, M.D.
2 pinpointed one exclusive focus.
3    Q.  Okay.  And I hope -- I didn't mean any
4 disrespect or to suggest that you only had one area,
5 but let me -- let me ask it this way.  Have you now
6 given to us the list of the specialty areas or focus
7 areas within dermatology that you believe you're
8 best known for?  I'm giving you a chance to list
9 them for us.
10       MS. REYNOLDS:  Object to form.
11    A.  Celiac disease too.
12       THE REPORTER:  I'm sorry?
13    Q.  Okay.  But otherwise you have listed for
14 us --
15       THE REPORTER:  Hold on.
16    Q.  -- the areas that you're best known for?
17       THE REPORTER:  We really have to slow down.
18       MS. COHEN:  I'm sorry, Tina.
19       THE REPORTER:  I am missing testimony
20 because you're talking on top of each other.  I did
21 not get the doctor's --
22       MS. COHEN:  I'm sorry.  She said celiac
23 disease as well.
24       THE REPORTER:  I know, but I need to get
25 that from her.  Thank you.  Go ahead.

1                VESNA PETRONIC-ROSIC, M.D.
2    A.  So things that I lecture on nationally and
3 internationally are celiac disease, aging in skin,
4 sensitive skin and cosmetics, business
5 administration in dermatology, various neoplastic
6 diseases, including melanoma.  If you -- like
7 generally, the most generally I would say that
8 dermatopathology is my -- what people know me --
9 well, I shouldn't say that.  I have a lot of things
10 I focus on and --
11    Q.  And you --
12    A.  -- I don't like to be pigeonholed into one.
13 It's been very important to me my whole career to
14 maintain the ability to do various things well.
15    Q.  Right.  And so now you've given us a list
16 of the areas you believe you are best known for or
17 that you have held yourself out as in terms of
18 expertise with your list that you've given us,
19 correct?
20    A.  Yes.
21       MS. REYNOLDS:  Object to form.
22 BY MS. COHEN:
23    Q.  All right.  And, again, if you've spoken in
24 articles and being interviewed and talked about some
25 of your focus areas being skin and neoplastic

VESNA PETRONIC-ROSIC, M.D.

1  VESNA PETRONIC-ROSIC, M.D.
2  diseases, you wouldn't disagree with that, correct?
3       MS. REYNOLDS:  Object to form.
4       MS. COHEN:  In addition to --
5    A.  Can you repeat that?
6    Q.  Sure.  I mean, you've talked in different
7  articles and interviews about, you know, kind of
8  your focus area certainly at times has been on
9  melanoma, skin cancer, and skin.  That's not
10  incorrect, right?
11   A.  I've talked about many different things,
12  yet, but those are not the only ones.
13   Q.  Okay.
14       You do agree -- well, let me -- let me go
15  back to your categories.  So you've told us -- now,
16  clinical, the 20 percent clinical that you
17  mentioned, Doctor, explain that to us.  Where do you
18  see patients, what do you do, that kind of thing?
19   A.  I see patients in an office setting as well
20  as in-patient, I work with residents, we have
21  clinics that I see dermatology patients in, usually
22  10 to 15 patients perhaps two days a week.
23   Q.  Okay.  And are these your patients or --
24   A.  Some are my patients, some are the
25  residents' patients.

1  VESNA PETRONIC-ROSIC, M.D.
2    Q.  Tell me the address where you see them,
3  please.
4       THE REPORTER:  I'm sorry.  I didn't catch
5  that.
6       MS. COHEN:  Let me rephrase that.  You said
7  you'd see them in the office setting; is that
8  correct?
9    A.  Yes.
10   Q.  What office --
11   A.  Yes.
12   Q.  -- where is it?
13   A.  Currently I see patients in the Physician
14  Office Building, South Suite 410, I think,
15  (indecipherable) 410, which is on the Washington
16  Hospital Center campus.  I think it's 104 Irving
17  Street.
18   Q.  So my question was probably not very good.
19  My question is when you see these patients, this is
20  the 20 percent clinical bucket, do you have an
21  office or is it part of the Georgetown Medical
22  facilities?  Do you have a separate office outside
23  of Georgetown, or is it part of the Georgetown
24  University School of Medicine?
25   A.  It's a separate office outside of the

1  VESNA PETRONIC-ROSIC, M.D.
2  School of Medicine.
3    Q.  And does the practice have a name?
4    A.  It's the MedStar Health dermatology
5  prac- -- we have five locations.  That's one of
6  them.  One of them is where I see patients.
7    Q.  Do you have your residents there go with
8  you, your residents with you?
9    A.  Yes.
10   Q.  So it's still part of the medical --
11  georgetown University School of Medicine Department
12  of Dermatology work; is that correct?
13   A.  Oh, yes.  Yes.  Everything I do is part of
14  that.
15   Q.  Okay.  A hundred percent of your work is
16  through that, is that correct, special work?
17   A.  Yes.
18   Q.  And you said two days -- two half days a
19  week you see patients?
20   A.  Yes.
21   Q.  And then you said 40 percent of your work
22  is dermatopathology, and is that also part of the
23  Georgetown work, I assume, you said a hundred
24  percent?
25   A.  Yes.

1  VESNA PETRONIC-ROSIC, M.D.
2    Q.  Now, are those for your clinical patients
3  or are they for other patients?
4    A.  Both.  Whatever has -- a biopsy anywhere on
5  the MedStar Georgetown campus comes to our lab.
6    Q.  Are you personally doing the biopsy and the
7  actual pathology procedures yourself?
8    A.  For some patients, yes.
9    Q.  What percentage of the patients?
10   A.  Well, if I do biopsies on my own patients,
11  those are the ones that if I'm on service that day I
12  will see them.  I can't tell you what percent they
13  are that I did the biopsy, I don't know, but if I
14  saw a patient and did the biopsy and the next day
15  I'm doing derm (indecipherable), I'll see that
16  biopsy.
17   Q.  So sometimes you do your own pathology for
18  your patients that you see in this 20 percent
19  clinical work that you do; is that correct?
20   A.  Yes.
21       MS. REYNOLDS:  Object to form.
22  BY MS. COHEN:
23   Q.  What percentage of the -- of that group of
24  clinical patients that you see two half days a week
25  are hair patients, that is, hair conditions -- we're

VESNA PETRONIC-ROSIC, M.D.

1         VESNA PETRONIC-ROSIC, M.D.
2 talking about on the head -- hair condition, hair
3 loss patients (inaudible) estimate?
4     A.  20 percent.
5     Q.  20 percent of those clinical patients are
6 coming in about hair issues; is that what you're
7 saying?
8     A.  Yes.
9     Q.  All right.  And in the dermatopathology
10 bucket, the 40 percent, what percentage of that work
11 relates to hair and biopsies related to hair?
12     A.  I've never counted it, but 5 to 10 percent.
13     Q.  Is there any rule or protocol or standard
14 at Georgetown University that the same dermatologist
15 cannot do the same pathology for the -- for the
16 patient?
17     A.  There's no rule like that anywhere in the
18 world.
19     Q.  Has anyone ever -- have you ever seen
20 anyone mention that at conferences, that there
21 should be distinct people doing those two acts, that
22 is, the dermatology review and the test?
23     A.  No.
24         MS. REYNOLDS:  Object to form.
25 BY MS. COHEN:

1         VESNA PETRONIC-ROSIC, M.D.
2     Q.  Just so I don't forget to ask this.  Since
3 COVID started how have you been spending your time?
4 Has it been different in terms of your areas of
5 time?
6     A.  Just much longer hours doing administrative
7 stuff.
8     Q.  Okay.  You did mention 30 percent of your
9 professional time was administrative.  What
10 comprises that 30 percent of administrative?  Give
11 us some examples of what you do.
12     A.  Contracts, growth planning, operations
13 meetings, access to dermatology, credentialing of
14 individuals, academic appointments, letters of
15 reference for students, residents, colleagues, a lot
16 of meetings with various operational entities
17 throughout the system whether it relates to
18 laboratory work or clinical work.
19         I have chair meetings both at MedStar and
20 at Georgetown.  I meet with my management team twice
21 a week formally.  We have quality assurance meetings
22 every week, clinical pathological conference
23 meetings.  I do -- I guess the tumor board doesn't
24 fall into administrative, but there's a lot of
25 administrative stuff, most of which is geared

1         VESNA PETRONIC-ROSIC, M.D.
2 towards ensuring smooth operation, safety, quality,
3 and further growth and expansion.
4     Q.  Now, your report obviously has your
5 curriculum vitae attached, and your report says
6 "I've published over 130 original articles, reviews,
7 case reports, book chapters, and co-authored a book
8 with Dr. Ackerman" is what your report says to
9 summarize your curriculum vitae, right?
10     A.  Correct.
11     Q.  And your curriculum vitae, again, is the --
12 I didn't mean to step off camera.  I needed to grab
13 something.  Your curriculum vitae is the summary of
14 the most important, I guess, accomplishments of your
15 career, correct?
16     A.  Yes, I guess you could say it that way.
17     Q.  That's where you --
18     A.  It's what's important --
19     Q.  Go ahead.
20     A.  Go ahead.
21     Q.  I was going to say it's where you, again,
22 summarize or list all of what you believe to be the
23 most important professional accomplishments,
24 correct?
25         MS. REYNOLDS:  Object to form.

1         VESNA PETRONIC-ROSIC, M.D.
2     A.  Yes.
3     Q.  The co-authoring of the book, is it
4 Ackerman's Resolving Quandaries, is that the one you
5 that said you co-authored?
6     A.  Correct.
7     Q.  Okay.  And this book's been around for a
8 while, correct?
9     A.  Yes.
10     Q.  The 1990s is when this came out?
11     A.  It came out -- I don't remember what year,
12 but I worked on it when I was a fellow.  I'm really
13 impressed that you have the book.
14     Q.  I told you I wanted to make sure we had a
15 meaningful discussion today.
16         So you would agree that the book, while
17 it's obviously a very interesting read, doesn't
18 relate to the issues of this case, correct?  It does
19 not relate to --
20         MS. REYNOLDS:  Objection.
21     A.  I don't see how -- I mean, that book was
22 written 20 years ago.
23     Q.  Right.  I'm just --
24     A.  It has in it -- I mean, I don't remember
25 every single thing in it any longer, but I'm sure

                VESNA PETRONIC-ROSIC, M.D.
1      there are things that -- that may relate to hair
2      loss, but I didn't use it for this specific case.
3          Q.  Okay.  So let's put that aside.
4              Now, when I go through your curriculum
5      vitae just, again, to kind of get through the
6      background material -- background of today, your
7      curriculum vitae -- and I looked carefully for
8      anything related to -- you would agree that this
9      case relates to allegations of a differential
10     diagnosis of hair loss, correct?
11         MS. REYNOLDS:  Object to form.
12         MS. COHEN:  Let me ask you this.  How would
13     you describe this case that you're working on as an
14     expert witness?  Give us your summary of how you --
15     again, a one-sentence elevator speech.  How would
16     you describe to your colleagues what this case is
17     about?  And, again, I propose it's about allegations
18     of a differential diagnosis of hair loss.  Do you
19     agree with that?
20         A.  Not -- that is --
21         MS. REYNOLDS:  Object to form.
22         A.  -- not how I would describe it at all.  I
23     would say this is about individuals who underwent
24     certain types of chemotherapy that resulted in

                VESNA PETRONIC-ROSIC, M.D.
1      permanent hair loss.  That is what this case is
2      about.
3          Q.  Okay.  Got that.
4              So in terms of that topic that frames, as
5      you described it, you agree that you have not
6      written, published, or presented in any way on that
7      topic, correct?
8          A.  I have not written, presented, or published
9      on the topic of Docetaxel and PCIA, that is correct.
10         Q.  All right.  Let's make it more general
11     because you used the term -- you said -- I want to
12     get your exact term.  Does anybody have this?  Hang
13     on one second, my thing stopped working here, my
14     running.  What was the exact word?  Hang on one
15     second.
16             Apologies for that slowdown.  I just want
17     to get your words right.  So using your definition,
18     again, individuals who had certain types of
19     chemotherapy and experienced hair loss, you agree
20     that you have not written, published, or presented
21     on that topic, correct?
22         MS. REYNOLDS:  Object to form.
23         A.  As I said, I have not written, published,
24     or presented on the topic of women with breast

                VESNA PETRONIC-ROSIC, M.D.
1      cancer who received Docetaxel and the resulting
2      permanent chemotherapy-induced alopecia.
3          Q.  I heard that answer, but --
4          A.  That is the -- that is the only -- that is
5      the only statement I can give about that.  In my
6      30-year career I'm sure that I've talked about hair
7      loss in patients undergoing chemotherapy, but I have
8      not written, published, or spoken about Docetaxel-
9      induced permanent chemotherapy PCIA.
10         Q.  Understood.  I understand that's the
11     question you answered, but my question was a little
12     bit different.  I'm going to need an answer to that
13     and we can look at your curriculum vitae.  Have you
14     published, presented, researched, you know, written
15     anything on the topic of, again, uses of
16     chemotherapy and hair loss?  And if so, let's find
17     it in your curriculum vitae.  I'm happy to look for
18     it.
19         MS. REYNOLDS:  Object to form.
20         A.  I've certainly talked about it in my
21     lectures.
22         Q.  Okay.  Let's put aside your lectures.  What
23     about in your writings, that is, articles, reviews,
24     case reports, book chapters, can you identify for

                VESNA PETRONIC-ROSIC, M.D.
1      us -- And I'll give you a chance to look at your
2      curriculum vitae -- where you have addressed the
3      issues of use of chemotherapy and hair loss?
4          A.  Well, I don't know if it's anywhere
5      specifically addressed.  I'd have to go through
6      every single one and then I'd have to read the
7      articles.  For example, I published in 1999 tufted
8      hair folliculitis.  Tufted hair can result from hair
9      injury.  So I don't know.  I'd have to look at the
10     paper which was published 21 years ago and see if
11     it's mentioned in there, and I welcome you to do
12     that.
13         Q.  Yeah.  So let's -- let's orient us on that.
14     So I've given you the question, I've asked you to
15     look in your curriculum vitae and identify, and
16     you've identified the same paper I was going to
17     mention, a 1999 paper, No. 38, we'll go to that on
18     your curriculum vitae, page 5, and this is the one
19     Petronic-Rosic, I may not have said that right,
20     Krunic, Mijuskovic -- I'm sure I mangled those and I
21     apologize -- "Tufted Hair Folliculitis, A Pattern of
22     Scarring Alopecia"; is that the one you're referring
23     to?
24         A.  Yes.

VESNA PETRONIC-ROSIC, M.D.

1
2      Q.  Okay.  So that's one article you've
3  identified.  Is there anything else in your
4  curriculum vitae that you can identify for us that
5  might venture into this area, that is, this
6  description of chemotherapy and hair loss?
7           MS. REYNOLDS:  Object to form.
8      A.  I mean, I don't recall, but there are a
9  number of articles here that -- like "Cutaneous drug
10  eruptions by Sorafenib," "Erlotinib induced
11  scalp" --
12           THE REPORTER:  I'm sorry.  Doctor, you've
13  got to slow down.
14  BY MS. COHEN:
15      Q.  You're going to slow down for the court
16  reporter.
17      A.  Okay.  "Cutaneous drug eruptions induced by
18  sorafenib."
19      Q.  Which number is that, please?
20      A.  Page 3, No. 9.
21      Q.  Thank you.  Okay.  Does that in the title
22  say anything about chemotherapy or hair loss?
23           MS. REYNOLDS:  Lori, if we could, please
24  let Dr. Rosic just finish her response.  I think
25  it's just part of the delay that's making it

VESNA PETRONIC-ROSIC, M.D.

1  difficult.  It's hard on me as well to hear.
2           MS. COHEN:  Sorry.  I'll slow down.
3           MS. REYNOLDS:  Thank you.
4      A.  Sorafenib is a chemotherapy agent.
5      Q.  Okay.
6      Q.  "Erlotinib-induced scalp perifolliculitis."
7      Q.  Which number is that?
8      A.  11.
9      Q.  Okay.  What is erlotinib?
10     A.  It is an agent used to treat I believe -- I
11  can't remember exactly.  I think it's for squamous
12  cell carcinoma.
13     Q.  Is it chemotherapy?
14     A.  Define chemotherapy.
15     Q.  How do you define chemotherapy?  When you
16  said "patients prescribed in this case certain types
17  of chemotherapy," what did you mean?
18     A.  Well, those are therapies that are used to
19  treat patients who have cancer.
20     Q.  Okay.  And is Erlotinib one of those?
21     A.  Yes.
22     Q.  Okay.
23     A.  I'm still looking -- if you -- if you could
24  give me a second, I'm still looking through my list.

VESNA PETRONIC-ROSIC, M.D.

1
2      Q.  Okay.
3      Q.  Page 7, No. 21, "Basaloid Follicular
4  Hamartoma."
5      Q.  Page 7, 21?  I may have something different
6  on mine.  7, 21 says "Textbook of Dermatology and
7  Venereology."  I'm sorry, Doctor.  Was it -- was it
8  actually page 7, 21 because on mine --
9      A.  19 -- 19 and 20 on yours.  "Basaloid
10  Follicular Hamartoma" and "Bulge Activation
11  Hypothesis."
12     Q.  Okay.  And those are both in the Quandaries
13  in Dermatology book; is that right?
14     A.  Correct.  That is correct.
15     Q.  Okay.
16     A.  Still reading.  Sorry.
17     Q.  No problem.  I asked the question.  Take
18  your time.
19     A.  Okay.  Those were it.
20     Q.  Okay.
21           Now, did you share those articles with
22  Plaintiffs' counsel as part of your involvement in
23  this case?
24     A.  I shared my CV.
25     Q.  No.  I'm just wondering if -- again,

VESNA PETRONIC-ROSIC, M.D.

1
2  talking about your experience whether you pulled
3  those and shared those with anybody?
4      A.  My experience is not --
5      Q.  (Inaudible.)
6      A.  My experience is not limited to my
7  articles.
8      Q.  Understood.  And, again, we looked through
9  your curriculum vitae.  Those were -- the ones you
10  named are the writings that have may have a
11  relationship to the issues in this case, correct?
12     A.  So -- say that again.  I don't -- you're
13  asking me -- what you asked me --
14     Q.  (Inaudible.)
15     A.  Excuse me.  What you asked me was whether I
16  published on things that have to do with hair loss
17  or chemotherapy and I said yes, but that has nothing
18  to do with my experience in that area.  It just has
19  to do with what I published about it.  Those are two
20  completely different things.
21     Q.  Right.  The articles and the publications
22  you just identified for us are the ones on your CV
23  that relate to the description of this case that you
24  gave us, chemotherapy and hair loss, in terms of
25  your writing, correct, and publications?

VESNA PETRONIC-ROSIC, M.D.

2    A.  Amongst my publications those are ones that
3    relate to chemotherapy and hair -- or hair loss,
4    yes.
5    Q.  Right, but those were the only ones you
6    identified for us on the record under oath, correct?
7    A.  I mean, I don't understand what you're
8    trying to get me to say.  I identified articles I
9    published that relate to either chemotherapy and
10   hair loss or hair matters of any kind.  What I am
11   saying is that doesn't define my expertise.  I have
12   30 years of experience diagnosing patients with hair
13   loss, both clinically and dermatopathologically.
14   What is in my CV is not the extent of my experience.
15   It is the extent of my publication.
16   Q.  Understood.  I'll just move to strike.  Let
17   me just make sure.  My question to you was, again,
18   have you identified for us from your curriculum
19   vitae your writings and publications related to the
20   topic now?  That's -- that's my question.
21   A.  That is correct.
22   Q.  Okay.
23       And the perifolliculitis, which I think is
24   one of the articles, the Erlotinib-induced gout,
25   perifolliculitis, is that inflammation of the hair

VESNA PETRONIC-ROSIC, M.D.

2    follicles?
3    A.  Yes, that is inflammation involving the
4    hair follicle.
5    Q.  All right.  The diffuse erythematosus
6    eruption, does that mean a rash or skin reaction?
7    A.  Diffuse erythematosus eruption means that
8    the patient or patients had red lesions scattered
9    all over the body.
10   Q.  If you look at your -- let's put your
11   curriculum vitae aside for now.  We'll move on to
12   something else.  Just one other question before we
13   do that, I got sidetracked, but on the COVID issue,
14   since COVID, in terms of your time spent in the last
15   six months, is it different in terms of percentages
16   from the numbers that you gave us for the buckets in
17   terms of seeing patients and what you've been
18   spending time on, or is it the same?
19   A.  As far as seeing patients, it is the same
20   in dermatopathology.  My administrative time has
21   expanded exponentially --
22   Q.  Are you still
23   A.  -- but that goes outside of business hours.
24   Q.  Are you still seeing the same number of
25   patients weekly as you were seeing prior to the last

VESNA PETRONIC-ROSIC, M.D.

2    six months?
3    A.  Yes.  Well, excluding March, about four
4    weeks in March when nobody was seeing any patients
5    and we were closed.  Not closed, but only urgent
6    cases.
7    Q.  Okay.
8        Now, in terms of your clinical -- I just
9    wanted to talk generally and we'll jump into some
10   other topics.  In terms of your clinical practice
11   that you've described, you're still, again, doing
12   that two days -- two half days a week and you have
13   residents that go with you; is that right?
14   A.  Correct.
15   Q.  And are you teaching your residents how to
16   perform a differential diagnosis?
17   A.  Did you say am I teaching?
18   Q.  Yes.  Is that what you do as far as that?
19   If you have the resident who are you -- are you
20   trying to show them and teach them how to do an
21   appropriate differential diagnosis in medicine and
22   in dermatology specifically?
23       MS. REYNOLDS:  Object to form.
24   A.  Yes.
25   Q.  And that differential diagnosis is

VESNA PETRONIC-ROSIC, M.D.

2    --especially in your field and what you see the
3    patients for on those two half days a week, is a
4    critical part of your work with patients, it's part
5    of -- it's an important part of what you do with
6    your patients, isn't it?
7    A.  (Inaudible.)
8    Q.  Is that a differential --
9    A.  Yeah.  I don't --
10   Q.  Let me -- let me -- let me try that again.
11   A.  You're not saying -- you're not saying it
12   in any terms that relate to how I think about it.
13   So please rephrase.
14   Q.  Okay.  You're familiar with the term -- the
15   phrase "differential diagnosis," correct?
16   A.  Yes.
17   Q.  You've been practicing medicine for, did
18   you say, 31 years?
19   A.  Since 1991, yes.
20   Q.  Okay.  So we're -- we're -- and I've been
21   practicing law almost -- almost that amount of time.
22   So we're right on track there.  But differential
23   diagnosis is something you learned in medical school
24   and in residency and in your fellowship that is a
25   critical part of seeing and treating your patients,

VESNA PETRONIC-ROSIC, M.D.

1
2  correct?
3      A.  It's an integral part of the exam,
4  diagnosis, and management, yes.
5      Q.  Okay.  That's great.  Exam, diagnosis, and
6  management is how you view it, right?
7      A.  Exam and diagnosis, yes.  Management, I
8  guess when you start managing you have a sense of
9  what you're managing, yes.
10     Q.  Okay.  I was just mirroring your words.
11  You said it's an integral part of the exam,
12  diagnosis, and management.  So those are the three
13  parts --
14     A.  Take out management.  It's an integral part
15  of the exam and diagnosis.
16     Q.  Okay.
17         Now, in terms of -- And I'm just trying to
18  make sure you and I are on the same page in term of
19  differential diagnosis and what it means in your
20  specialty area and I know you'll correct me if I get
21  it wrong, but I've read that in dermatology -- well,
22  let me -- before I get to that, you're a member -- I
23  meant to ask you this, Doctor, and I forgot to.
24         In terms of the national societies in
25  dermatology -- I think you have a page in your

VESNA PETRONIC-ROSIC, M.D.

1
2  curriculum vitae on this.  You thought we were done
3  with this, but now I'm going back.  I'm sorry.  What
4  is a -- let me see if I can find it.  What are the
5  big national organizations in dermatology, in
6  dermatopathology also?  Maybe we can find that page
7  and you can identify them for me.
8      A.  American Academy of Dermatology, American
9  Society of Dermatopathology, International Society
10  of Dermatopathology, International Academy of
11  Cosmetic Dermatology, I'm a member of all those
12  groups.
13     Q.  Okay.  I did --
14     A.  Others as well probably.
15     Q.  Are they listed -- I just want to make -- I
16  think they're listed on your curriculum vitae.  I
17  just want to find the page.  Oh, here it is, page 28
18  and -- I think that's the list we want, and you said
19  American Academy of Dermatology -- are you -- you're
20  on that page with me, right?
21     A.  Yes.
22     Q.  Okay.  You've been part of that group --
23         MS. REYNOLDS:  Can you display that page?
24         MS. COHEN:  Oh, I'm sorry.  28.
25         MS. REYNOLDS:  That's okay.

VESNA PETRONIC-ROSIC, M.D.

1
2         MS. COHEN:  28, "Professional Society
3  Membership," No. 6, 1992 to the present, American
4  Academy of Dermatology.  Is that -- is that the
5  dermatology -- that's the big one, right?
6      A.  In the U.S., yes.
7      Q.  Okay.  You've been in that -- sorry.
8  You've been in that for 28 years, right?
9      A.  Yes.
10     Q.  And have you held positions in that group
11  too, the American Academy of Dermatology?
12     A.  Yes.  I've been on a number of committees.
13     Q.  Okay.  Do you remember which ones offhand?
14  If you don't that's okay.
15     A.  They're listed in the CV.
16     Q.  They have on-line information available to
17  you even in the days of COVID?
18     A.  Yes.
19     Q.  And you go to that --
20     A.  What kind of informa-- well, what kind of
21  information?  There's all sorts of information, but
22  yes.
23     Q.  The AAD, is that the right acronym for
24  that?
25         THE REPORTER:  I'm sorry.  I couldn't hear

VESNA PETRONIC-ROSIC, M.D.

1
2  you.
3      A.  Yes.
4      Q.  The AAD, American Academy of Dermatology,
5  AAD.
6         So the AAD has an on-line portal, right?
7      A.  Correct.
8      Q.  And, again, you've been a member of that
9  for many years and you've been on different
10  committees and boards?
11     A.  Correct.
12     Q.  Do you get regular mailings -- or I should
13  say now in today's day and age e-mailings from them
14  with announcements and updates and information?
15     A.  I do.
16     Q.  All right.  So that was one of them.  Then
17  you also said the ASD, I believe, the American
18  Society of Dermatopathology, and that's listed there
19  you've been a member since 2003; is that correct?
20     A.  Yes.
21     Q.  Okay.  You also mentioned the International
22  Society of Dermatopathology as another one that
23  you're a member of and you've been a member since
24  1992; is that correct?
25     A.  Yes.

VESNA PETRONIC-ROSIC, M.D.

Q. And do you remain an active member of these groups?

A. Yes.

Q. Okay. You believe in their missions, if you will?

MS. REYNOLDS: Object to form.

MS. COHEN: I'll retract that. Let me withdraw that.

Do you share information as part of your involvement in the American Academy of Dermatology?

MS. REYNOLDS: Object to form.

A. What information and with whom, please?

Q. Do you ever -- well, tell me this. Tell me the committees and participation you've had in the American Academy of Dermatology, if you can recall any?

A. I'm on the editorial board of Dialogues in Dermatology. I'm on the American Academy of Dermatology Advanced Leadership Forum Work Group. I'm a faculty judge for part of the annual meeting. I'm on the committee for LGBT health. I'm on the professional expert evaluation review committee.

Q. What page are you on there, Doctor, if you don't mind pointing me to that? Oh, I see. 26?



VESNA PETRONIC-ROSIC, M.D.

A. Yeah.

Q. Thank you.

A. I'm also on the IDEA panel, Diversity Mentorship Program. I was on the American Academy of Dermatology Needs Assessment and Outcomes Committee and the American Academy of Dermatology Access to Dermatologic Care Task Force. I think that sums it up for the AAD.

Q. Let me ask you a quick question that caught my attention when you said it. The American Academy of Dermatology Professional Expert Evaluation Review Committee, what is that?

A. I audit lectures at the annual meeting for bias and conflicts of interest.

Q. Oh, okay. And what's meant by "bias and conflicts of interest," if you can define that?

A. They have very clear definitions that they give us prior to doing it, but in general if somebody's giving a talk and promotes a certain drug, for example, which they shouldn't, that's an example.

Q. And when you serve as one -- I think one of the boards you mentioned is the editorial board to the American Academy of Dermatology; is that



VESNA PETRONIC-ROSIC, M.D.

correct?

A. That was an dermatology editorial board, yes.

Q. And being on the editorial board do you review submissions by various authors?

A. Dialogues in Dermatology is a little bit different. It's not a journal. I review submissions by others for many other journals, but I'm on the editorial board of clinics in dermatology, SKINmed I'm -- what am I for SKINmed? I have a very high position for SKINmed. I'm treasurer, but I'm also something else.

Q. Editorial board member it says here.

A. Yeah. I'm a section editor, but I'm like -- too many -- too many functions.

Q. We can come back to that. Let me ask you just a question. When you're doing reviews of other people's articles and serving in that capacity, whether as part of the AAD or otherwise, what are you looking for? I mean, what is your role when you're reviewing and editing?

MS. REYNOLDS: Object to form.

A. I'm an editor. My role is to edit and to evaluate for content, for quality, level of interest



VESNA PETRONIC-ROSIC, M.D.

for readership, language used, whether it's new information or not, whether further experimentation is required.

Q. You want to make sure that the content is high quality is what you're saying, correct?

A. Well, yes. If we're going to accept something for publication the content has to be high quality.

Q. Make sure the language is clear?

A. Yes.

Q. Make sure it's actually new information, not recycled; is that a good way of looking at that?

A. What do you mean by "recycled" information?

Q. What do you mean by "new information" when you said "new information"?

A. Well, there's many ways things can be new, whether it's new data, new interpretation, new association, new -- something that hasn't been described before in a certain part of the world or in a certain population. So it can be new in many ways.

Q. Do you get into -- when you talk about content, do you get into the details about citations and references and all that, or does that go -- do

VESNA PETRONIC-ROSIC, M.D.

1    VESNA PETRONIC-ROSIC, M.D.
2  you leave that to other people?
3       A.  Please specify what you're asking about
4  references.
5       Q.  When you look -- when you look at an
6  article do you make sure that there are -- you know,
7  that there are citations to other articles, that
8  they're citing enough articles, that kind of thing?
9  Are you getting into that kind of editing or do
10 other people cover that?
11      A.  So I look at the references.  There's
12 rarely a problem of insufficient, usually it's too
13 many or outdated, sometimes that's a problem, if
14 references are not up-to-date or they may be
15 incorrectly cited, those are things that I would
16 look at.
17      Q.  Okay.  Fair enough.  So we've now covered
18 that, and I have a sense of your -- of your
19 organizations that you're involved in.  So now I
20 want to go back to where I was, which was the
21 differential diagnosis in your practice that we're
22 talking about and, again, I wrote down what you said
23 about exam, diagnosis, and management, and then to
24 reorient us, that differential diagnosis comes into
25 play in the exam and diagnosis part.  Do you recall

1    VESNA PETRONIC-ROSIC, M.D.
2  saying that?
3       A.  Yes.
4       Q.  All right.
5           Now, again, I want to ask you because,
6  again, I've tried to read through dermatology
7  materials to make sure I understand what a
8  differential diagnosis -- what is the required
9  differential diagnosis methodology or approach in
10 dermatology and see if you agree with me.  That
11 first you should obviously meet the patient, second
12 you should take a history of the patient, third you
13 should do a physical examination of the patient,
14 fourth, if available, you might want to see prior
15 records or biopsy information if they're available,
16 and five, you would do a biopsy if you're going to
17 do one, and then six, you come to your differential
18 diagnosis.  Is that a fair sequence, if you will?
19      A.  No.
20      Q.  Okay.  Well, would you agree with me that
21 before you get to the point of doing a procedure you
22 must meet the patient, take a history, and do a
23 physical examination in order to know how and where
24 to do a biopsy procedure?
25          MS. REYNOLDS:  Object to form.

1    VESNA PETRONIC-ROSIC, M.D.
2       A.  It's very hard to answer your questions
3  because they're not how we work.  They're not
4  accurate to -- they don't accurately reflect how --
5  how my profession operates --
6       Q.  Well, let me (inaudible) --
7       A.  -- and I'm a very precise --
8          MS. REYNOLDS:  Let her finish, please.
9       A.  I'm a very precise person.  So I can't
10 answer questions that are vague or general.  If I
11 have a patient on my schedule, I examine them, I
12 talk to them, I take their history, we discuss what
13 the potential diagnosis could be, and then decide
14 whether to do a procedure or not.  That's the flow.
15 And any additional studies that are needed.
16      Q.  No.  That's actually -- that's perfect and
17 I'm sorry that my question was so bad.  That's
18 actually exactly what I wanted to ask you.  So --
19 and I appreciate, like you said, you're very
20 precise, correct?
21      A.  I'm very precise, yes.
22      Q.  Generalities are not -- not sufficient.
23 You want to be precise, correct?
24          MS. REYNOLDS:  Object to form.
25      A.  Where possible.

1    VESNA PETRONIC-ROSIC, M.D.
2       Q.  Sure.
3       A.  I mean, that's -- that is -- that is a
4  generalization.  There are things in which you
5  cannot be precise or precision harms the intent.  So
6  I try to be precise where I can.
7       Q.  You said when you have a patient -- this is
8  your clinical practice in terms of differential
9  diagnosis -- you examine the patient -- these are
10 your words.  I'm recapping them, but you correct me
11 if I get it wrong.  You examine the patient, you
12 talk to them, you take a history, and then you
13 discuss a potential diagnosis, and then you do --
14 let's see -- and then decide whether to do a
15 procedure or not.  You said that's the flow,
16 correct?
17      A.  Uh-huh.  Yes.
18      Q.  And that sequence is important to you in
19 order to make sure that any procedure that's
20 performed is done appropriately for that patient and
21 that potential diagnosis, correct?
22      A.  What do you mean?
23      Q.  Well, I'm saying the flow, that order is
24 important to you to do before you get to the
25 procedure?  That's what you just said.

VESNA PETRONIC-ROSIC, M.D.

1
2    MS. REYNOLDS:  Object to form.
3    A.  No.  That's what you said.
4    Q.  Well, I'll just -- I'll read yours again.
5    You said -- this is your statement.  "I'm a very
6    precise person.  I can't answer questions that are
7    vague or general.  If I have a patient on my
8    schedule, I examine them, I talk to them, I take
9    their history, we discuss what the potential
10   diagnosis would be, and then decide whether to do a
11   procedure or not.  That's the flow."
12   A.  Correct.
13   Q.  Okay.
14       THE REPORTER:  Lori, are we at a good spot
15   for a break?
16       MS. COHEN:  Yes, this would be a fine spot.
17   Great.
18       MS. REYNOLDS:  Yeah.  We've been on for a
19   little over an hour.
20       THE VIDEOGRAPHER:  The time is 11:33.  This
21   is the end of media labeled No. 2.  We are going off
22   the record.
23           (A short break was had.)
24       THE VIDEOGRAPHER:  This is the start of
25   media labeled No. 3.  The time is 11:48.  We're back

VESNA PETRONIC-ROSIC, M.D.

1
2    on the record.
3    BY MS. COHEN:
4    Q.  Okay.  Thank you.  Dr. Rosic, we're back on
5    after a short break.  We'll keep plowing forward
6    and, you know, whenever anyone wants to take a
7    break.  We'll aim for about an hour for a lunch
8    break.
9        So one thing I forgot to mention when I was
10   going through your reliance list in your report, you
11   have not reviewed any deposition testimony in this
12   case, correct?
13   A.  No, I have not.
14   Q.  Okay.  We had that little double negative.
15   So thank you.
16       Let me -- in the other cases where you've
17   testified, the various ones, we went over those
18   numbers before where you've done reports and
19   depositions and trial testimony, have you always
20   looked at deposition testimony of people?
21   A.  As far as I can recall, yes, but only in
22   preparation for trial.
23   Q.  Have you requested any deposition testimony
24   in this case of anyone?
25   A.  No.  No.

VESNA PETRONIC-ROSIC, M.D.

1
2    Q.  And let's -- let's go ahead and look at
3    Exhibit -- this is Exhibit 3.  This was your set of
4    invoices.  So I did want to go back to this and make
5    sure I cover this before I move forward.
6        Just to be completely transparent,
7    (indecipherable), I'm going to use this to sort of
8    talk about your involvement in the case and the
9    chronology of kind of your time in getting involved
10   just so we're all on the same page.  Hopefully this
11   will help us.
12       Okay.  So the question to you, Doctor, is
13   do you recall when you first got involved in this
14   case?
15   A.  Oh, I guess around September 2018.
16   Q.  Okay.  And do you --
17   A.  Well, not -- excuse me.  Excuse me.  I have
18   to clarify that.  So in this case of Ms. Stewart I
19   can't tell you when I got involved.  Maybe January,
20   February of this year, but with this entire -- with
21   this, I guess, entire process in September 2018.
22   Q.  Yeah.  Thank you for clarifying.  I was
23   actually going to ask and figure out how to
24   distinguish that.  So we'll just call it the
25   litigation -- the litigation; is that okay?

VESNA PETRONIC-ROSIC, M.D.

1
2    Sorry.  Were you making an objection?
3        MS. REYNOLDS:  Yes.  Sorry.  For the
4    record, Dr. Rosic has been retained and has worked
5    with the Plaintiff as a consultant.  So we would
6    object to any discussion about the details of that
7    consulting work, but obviously you may certainly ask
8    her about the details of her work as it relates to
9    Ms. Stewart and I believe Ms. Hughes.  But I don't
10   think we're discussing her case today, but...
11       MS. COHEN:  Okay.  Yeah.  Thank you.  I'll
12   try -- I'll try to keep a clear distinction and I
13   think I can do that, but you guys will object or
14   tell me if I do something wrong as I'm sure you
15   will.
16       So just generally speaking, it looks like
17   you got involved in the -- we'll call it the general
18   litigation related to Docetaxel Taxotere in
19   September 2018 it looks like; is that correct?
20   A.  Yes.
21   Q.  And you've done some consulting for
22   Plaintiffs' counsel in 2018, you mentioned that
23   generally, right?
24   A.  Yes.
25   Q.  And then it looks like, again, specifically

VESNA PETRONIC-ROSIC, M.D.

1  VESNA PETRONIC-ROSIC, M.D.
2  in terms of Ms. Stewart which I'll focus on and if
3  we look at the list, it looks like you got involved
4  in this particular case I think has been said by
5  counsel the beginning of this year, 2020, so in the
6  last six to eight months; is that correct?
7      A.  Yes.
8      Q.  Okay.  Fair enough.  Let's just go through
9  this document, Exhibit 3, and I'll try and stay
10 within those confines.
11         Page 1 is your fee schedule, which I think
12 is consistent with what was in Exhibit 1 we already
13 looked at.  Let me just make sure there's no
14 differences on that.
15         Has this been your fee schedule for a long
16 time?  I mean, has this always been your fee
17 schedule?
18     A.  Not always, but it's been for a while.
19     Q.  Okay.  All right.
20         Now, we previously looked at your fee
21 schedule and it looks to be the same.  It says
22 retainer fee $3,000.  So is that a requirement that
23 if you're going to do expert witness work that you
24 get a 3,000-dollar retainer upfront?
25     A.  Yes.

1  VESNA PETRONIC-ROSIC, M.D.
2      Q.  And then the other thing that wasn't in
3  your -- in your fee schedule, it was in your report,
4  it says "Flights:  business class."  I take it
5  that's, again, one of your requirements to do expert
6  witness work that you want to fly business class,
7  correct?
8      A.  If I have to travel anywhere for
9  litigation, yes.
10     Q.  Then it says "Miscellaneous other expenses
11 such as mail are charged by actual cost plus time
12 spent."  Does that mean if you have to put mail
13 together or send mail you're going to charge for
14 your time as well as the expense?
15     A.  I guess that would mean that, but I don't
16 know that I've ever charged for that.  So I can't
17 tell you more.
18     Q.  Do you know how -- well, how did you get
19 contacted?  Who contacted you?  Again, I'm not going
20 to get into the details of the consultation, but who
21 contacted you back in 2018, if you recall?
22     A.  Oh, I don't remember who contacted me.
23     Q.  Well, let's look -- let's try to look --
24     A.  Maybe Laura.
25     Q.  I'm sorry.  Is that Ms. Davis?

1  VESNA PETRONIC-ROSIC, M.D.
2      A.  Yeah, maybe Ms. Davis or -- I think -- I
3  don't know.  Maybe.
4      Q.  Okay.  And I know Ms. Davis is on the call
5  here, we saw her earlier.  Has she been your main
6  point of contact in this litigation?
7      A.  I think initially, yes, but very quickly
8  the team got -- it was sort of a team.  So
9  Ms. Perez, Mr. Miceli, and Ms. Davis and
10 Mr. Lambert.
11     Q.  Okay.  So the team that we've sent
12 presented today?
13     A.  Correct.
14     Q.  And is that the same team also that has
15 been dealing with you in the Ms. Stewart case in
16 particular?
17     A.  Yes.
18     Q.  All right.  If we turn to page 2, here we
19 have it up here, thank you for doing that, it looks
20 like this sort of the first billable hours
21 submittal form by you in 2018, and I want to focus
22 on -- and, again, this looks like it's redacted in
23 terms of description of services provided.
24         And I'll just state on the record that I'm
25 not going to ask her about those today and I know

1  VESNA PETRONIC-ROSIC, M.D.
2  your position.  We're not going to waive -- waive
3  any rights if we think there's a reason to proceed
4  to look into this further with the Court, but I'm
5  not making a fuss about it today.  I don't want to
6  -- I don't want to do anything that would suggest
7  I'm waiving any rights later, but we'll move on from
8  there.
9         You put down -- so it was in 2018 you think
10 you had some communications with Ms. Davis or
11 somebody from the (indecipherable) firm; is that
12 right?
13     A.  Yes.
14     Q.  And, again, you said you don't have any
15 notes.  I take it by virtue of the name of the case
16 you were told from the get-go before you were even
17 sent any materials this is a taste of chemotherapy-
18 induced alopecia, correct?
19         MS. REYNOLDS:  Object to form.
20     A.  I do not remember how they introduced this
21 litigation.  I do not.  I'm sorry.
22     Q.  Okay, but is this your writing on this
23 page?
24     A.  That is my writing, but I don't know they
25 approached it with that or I put in afterwards when

VESNA PETRONIC-ROSIC, M.D.

1    VESNA PETRONIC-ROSIC, M.D.
2    I started billing.
3        Q.  Okay.  Suffice it to say that you had some
4    initial call with the attorneys representing the
5    Plaintiffs in this litigation, correct?
6        A.  Yes.
7        Q.  And after that call, again, before you
8    started billing or looking at materials, you put
9    down the name of the case as chemotherapy-induced
10   alopecia, correct?
11       A.  No.  I put down the name when I started
12   billing, which was after I was working with them.
13       Q.  Okay.  Well, you have here at the very top
14   "Chemotherapy-induced alopecia"; do you see that?
15       A.  Yes.
16       Q.  That's next to "October 8, 2018," correct?
17       A.  Correct.
18       Q.  And then the hours at October 8, 2018 is
19   two hours, correct?
20       A.  Yes.
21       Q.  And I know -- do you know whether that two
22   hours was spent in a phone call or reviewing
23   materials?  Or you don't know?
24       A.  I don't remember.
25       Q.  Okay.  Suffice it to say right from the

1    VESNA PETRONIC-ROSIC, M.D.
2    start --
3        A.  Yeah.
4        Q.  -- on October 8, 2018 you labeled the name
5    of the case as chemotherapy-induced alopecia,
6    correct?
7        A.  No, that is not correct.
8        MS. REYNOLDS:  Object to form.
9    BY MS. COHEN:
10       Q.  Well, you wrote it down, didn't you?
11       A.  I -- yeah, but I didn't write it down on
12   that date.  I submitted this invoice probably end of
13   November 2018, which is when I put together this
14   piece of paper and inserted the date.
15       Q.  Okay.  All right.  So at that point --
16   if you put it down at that point you had what, 5
17   hours -- 5.75 hours that you spent on this?
18       A.  I think it says 9 hours at the bottom.
19       Q.  I'm sorry.  I was stopping at the
20   11/27/2018.  And, again, I'll just state on the
21   record that this may be the basis by which we need
22   to have the description of services provided sent to
23   us, and we'll reserve right to get that and seek a
24   short update deposition if we need to.
25       But, again, you say -- your point is that

1    VESNA PETRONIC-ROSIC, M.D.
2    you issued this report to Plaintiffs' counsel after
3    you did nine hours of work?
4        A.  Yes.
5        Q.  Okay.
6        A.  That is the invoice.
7        Q.  And the nine hours of work you did on those
8    dates that we have there -- again, they're blacked
9    out on our version -- you don't have a specific
10   recollection of how you spent them, correct?
11       A.  No.
12       Q.  Suffice it to say you definitely had a
13   phone call with Plaintiffs' counsel in this mix,
14   correct?
15       A.  Correct.
16       MS. REYNOLDS:  Object to form.
17   BY MS. COHEN:
18       Q.  Did you have a meeting with them?
19       A.  We had a meeting at some point, but I don't
20   remember which date it was.
21       Q.  Do you know whether -- at this early stage
22   in 2018 whether you received any materials related
23   to my client, that is Sandoz, which we're in the
24   Stewart case?  There are obviously other Defendants.
25   Do you know whether you've had -- whether this time

1    VESNA PETRONIC-ROSIC, M.D.
2    frame related to Sandoz, or do you not know?
3        A.  I did not receive any materials regarding
4    Ms. Stewart at that point in time.
5        Q.  And no materials regarding Sandoz, correct,
6    at that point in time?
7        A.  I don't think so.
8        Q.  Well, just to be fair, even today you don't
9    have any materials regarding Sandoz specifically as
10   we looked at your records, correct?
11       MS. REYNOLDS:  Object to form.
12       A.  What kind of -- I don't understand what
13   kind of materials regarding Sandoz you're referring
14   to.  If you could give me an example.
15       Q.  Sure.  You haven't read any of the
16   depositions taken of my company's employees,
17   correct?
18       A.  Correct.
19       Q.  You haven't read any of our internal
20   documentation from Sandoz, correct, corporate
21   documents, ISU's, things like that?
22       A.  No.  No.
23       Q.  What I said is correct?
24       A.  I have not.
25       Q.  Okay.

VESNA PETRONIC-ROSIC, M.D.

1
2    Now, let's flip to the next page, then,
3 which is now 2019 and, again, name of case
4 "Chemotherapy-induced alopecia" and 7.35 hours in
5 2019.  Do you know what -- what time -- what you
6 were doing during that year for the name of the case
7 that you have as chemotherapy-induced alopecia?
8    MS. REYNOLDS:  And, again, just for the
9 record, we would object to the extent that any of
10 this relates to her consulting work in terms of
11 disclosing the details of that work.
12    A.  Yeah, I don't -- I don't know but think
13 this was not yet related to Ms. Stewart, but I
14 don't -- I can't tell you 100 percent certainly.
15    Q.  Okay.  Let's go to the next -- the next
16 page, and somewhere on this page it looks like you
17 got involved in the Stewart case as we all agreed to
18 that earlier or you and counsel did, correct?
19    A.  Yes.
20    Q.  Now, 4/22/2019 it says "Review, sign, and
21 e-mail affidavit."  Do you know what that relates
22 to?  And, again, I don't -- you know, I don't want
23 to -- if it -- obviously Ms. Perez is taking the
24 position this is privileged, but I just don't -- I
25 don't know what that relates to.  Do you?

VESNA PETRONIC-ROSIC, M.D.

1
2    A.  I don't.  I cannot tell you precisely.
3    Q.  Do you recall signing an affidavit in this
4 litigation?
5    A.  I'm sure I did.  I charged for it.
6    Q.  Okay.  Do you know -- do you know what the
7 affidavit related to?
8    A.  I don't remember.  This was such a long
9 time ago.  This is a year and a half ago.
10    Q.  Okay.
11    So then it talks about some additional time
12 on this page and it's -- you know, if we put aside
13 .25 hours on the 2019, the rest of the hours look to
14 be, you know, somewhere under 14.  Let me check my
15 math on that.  15.92 -- 14.92 hours for the rest of
16 it.  My question is does that relate to the Stewart
17 case in particular, do you know?
18    A.  Oh gee.  I wish I could remember.  I don't
19 know for sure, but could be.
20    Q.  Okay.
21    Now, it says "ebook" down there, 28.99 for
22 an ebook.  Do you know what ebook that was?
23    A.  It was Spurling -- the Spurlings book.
24    Q.  Okay.  And that's the one you cite to in
25 your -- in your report, correct?

VESNA PETRONIC-ROSIC, M.D.

1
2    A.  Correct.
3    Q.  And that's something you purchased for
4 purposes of this case and doing your report,
5 correct?
6    A.  Correct.
7    Q.  Now let's turn so we can flip to the next
8 page.  The next invoice is -- excuse me -- is
9 February 2020 into March 2020, and here, again, you
10 have name -- well, on the prior page in this one you
11 have "Name of case," "Chemotherapy-induced
12 alopecia," correct?
13    A.  Yes.
14    Q.  And let's see.  There are a number of
15 charges for appointments and calls.  I tried to
16 tabulate the review documents amount and you can
17 check me.  It looks likes it's about 13.8 in terms
18 of reviewing the documents part.  Do you know
19 whether that relates to the Stewart case in
20 particular?
21    A.  Probably.
22    Q.  Do you know if there -- well, let me ask
23 this.  Do you know whether any of these charges
24 relate to the Hughes case?  I know there will be
25 separate invoices for counsel for Accord later, but

VESNA PETRONIC-ROSIC, M.D.

1
2 do you know whether these -- I don't want to double
3 count.  Do you know whether these relate to Hughes
4 too, or will you do a separate billing for that?
5    A.  No.  It's all one billing.  So yes.
6    Q.  Okay.  Okay.  Glad I asked then.  So these
7 hours that we're talking about, that is the prior
8 numbers and these, they're for Hughes and Stewart,
9 correct?
10    A.  Yes.
11    Q.  Nothing on this page -- and I think this is
12 where it would show up -- for the medical
13 examination of Ms. Stewart or the biopsies -- and
14 we'll talk about those -- that were done at the end
15 of -- either the end of February, beginning of
16 March, and also Ms. Hughes looks like her
17 examination around the same time period, which we'll
18 get into the specifics, but I don't see that
19 reference here.  Do you charge separately for that?
20    A.  No.  They paid MedStar fees for the office
21 visit and for the biopsies and for the
22 interpretation, and I did not charge for that time
23 or any of the work that I did there.
24    Q.  Okay.  Let's go to the next --
25    A.  I guess I did charge MedStar, yes.  I

VESNA PETRONIC-ROSIC, M.D.

1   didn't charge -- yeah.  I didn't charge separately
2   for that because they paid like any other patient
3   would pay.
4       Q.  And then we get into page -- the next page.
5   Again, we can all add this up later and the Court
6   counsel may have more specific questions, but so as
7   not to take too much more time on this, I do want to
8   ask about on March 14th it says "Review literature."
9   Do you know what literature that was?
10      A.  Probably all the different articles and
11  publications and Dr. Spurling's book that I used to
12  prepare.
13      Q.  And then it says March 18.  So here we
14  have, let's see, review literature, 3.75 hours,
15  correct?
16      A.  Yes.
17      Q.  And photograph biopsies all under the 3.75
18  hours, right?
19      A.  Yes.
20      Q.  And preparation of reports to patients, is
21  that related to their -- to their biopsies that were
22  done?
23      A.  No.  I wouldn't have charged for that.  It
24  relates to the expert report.

VESNA PETRONIC-ROSIC, M.D.

1       Q.  Now, we've a whole series here of, let's
2   see, April -- okay.  April 1st, "Preparing blocks
3   and slides for shipment," "Dropbox attempt,"
4   "Dropbox plus," "Transfer of photos from work to
5   Dropbox," "Prep for and phone call to Lauren and one
6   other counsel," and then it says on April 17th
7   "Photos of biopsies and calling the Plaintiffs back
8   with results."
9       Now, when you say that here, are you
10  calling the Plaintiffs or the Plaintiffs' attorneys?
11  Did you call Ms. Stewart and Ms. Hughes, or are you
12  calling their attorneys for the results?
13      A.  I probably -- it would be in the medical
14  record that was submitted.  If the date overlaps
15  with what I documented in Ms. Stewart's electronic
16  medical note, then it would be for that.
17      Q.  So I think what you're saying -- and
18  you'll -- you'll correct me if I get this wrong --
19  is if you were calling the Plaintiffs themselves,
20  the medical records -- the official medical records,
21  which we'll get to, would reflect that, right?
22      A.  Yes.
23      Q.  Otherwise you're calling their attorney
24  with the results, not the Plaintiff, right?

1   VESNA PETRONIC-ROSIC, M.D.
2       MS. REYNOLD:  Objection.
3       A.  No.  I wouldn't call the attorney for the
4   results.
5       Q.  Well, it says "Photos of biopsies and
6   calling the Plaintiffs back with results, .75"; do
7   you see that?
8       A.  It says "Calling with results," not "for
9   results."
10      Q.  Okay.  "Calling the Plaintiffs back with
11  results," and you don't recall -- again, if you're
12  calling the Plaintiffs themselves, the medical
13  records would reflect that, right?
14      A.  Right.  Yeah.  I mean, I assume that that's
15  what that was because it sounds like calling them
16  back with the results.
17      Q.  Now, all of the references to report, it's
18  all down on the rest of the sheet report, report,
19  report, report, report, you know, these different
20  numbers here, is that referring to your expert
21  report draft that you were working on in the Stewart
22  and Hughes cases?
23      A.  Yes.
24      Q.  And if we turn to the last page, there's
25  more references to report and edit report, report

1   VESNA PETRONIC-ROSIC, M.D.
2   again, and edit, those all relate to the reports
3   themselves?
4       A.  Yes.  I don't see that page.  Can you show
5   that page?
6       Q.  Yes.  It's on its way.  Now -- do you see
7   that now?
8       A.  Yes.
9       Q.  Then it says on June 7th, which is the day
10  before this official expert report was due, "Review
11  Exhibits 7 to 8."  Do you know what that refers to?
12      A.  That would have been the exhibits that were
13  going to be submitted with my report.
14      Q.  Okay.  And we know from your report that
15  you have A through E, so there were five.  I don't
16  want to sound too much like Sherlock Holmes.  I just
17  wondering if you know what 7 -- this may be
18  nothing -- 7 and 8 refer to, if you know?
19      A.  Oh, 7:00 p.m. to 8:00 p.m.
20      Q.  No.  It says "Exhibits 7 to 8" because
21  your report has exhibits -- has five exhibits.  So
22  I'm wondering if --
23      A.  Oh no, that's the time.  All the numbers in
24  that column refer to time of day.
25      Q.  Okay.  Got it.  Thank you.  That's why I'm

VESNA PETRONIC-ROSIC, M.D.

1    VESNA PETRONIC-ROSIC, M.D.
2  not Sherlock Holmes.
3         Okay.  And, again, this invoice package,
4  again, covers Stewart and Hughes in terms of the
5  hours spent, right?
6     A.  Yes.  And pre-Stewart, Hughes.
7     Q.  And that was general consulting, correct?
8     A.  Correct.
9     Q.  And, again, your description of 2018 all
10  the way to the end was chemotherapy-induced alopecia
11  in terms of name of case, correct?
12     A.  Correct.
13     Q.  And nowhere on these exhibits do you refer
14  to Sandoz or Accord specifically, correct?
15     A.  No.
16     Q.  Nowhere in here do you refer to Docetaxel
17  or Taxotere, correct?
18     A.  No.
19     Q.  So just to make sure we don't have a double
20  negative, no means correct, right?
21         MS. REYNOLDS:  Object to form.
22     A.  In that document of my invoices that you're
23  holding in your hand it does not refer to Sandoz,
24  Accord, or Docetaxel anywhere.
25     Q.  Or Taxotere, correct?

1    VESNA PETRONIC-ROSIC, M.D.
2     A.  Or Taxotere.
3         (Rosic Exhibit 9 was marked for
4           identification.)
5  BY MS. COHEN:
6     Q.  All right.
7         Now, let's -- we're going to mark another
8  exhibit, but I just want to -- let's go ahead and
9  mark it -- it's our Exhibit 14A.  This is going to
10  be I believe a compilation exhibit and maybe it's in
11  your binder.  Let me check.  You can have a hard
12  copy if you want.  I think it's No. 9 in your
13  binder, Doctor.  This is what we call the MedStar
14  pathology records and photos.
15         I'll state on the record, Ms. Perez and
16  others, that this is sort of -- we received a couple
17  of different e-mails from Mr. Lambert and Mr. Miceli
18  forwarding these records.  So they're not all in the
19  same order, but I think we've put them together and
20  this should be a compilation of all of her records.
21  If anyone disagrees, obviously we can address that.
22         MS. REYNOLDS:  So just to clarify, your
23  representation is this would be an in globo exhibit
24  of all of the records that you believe have been
25  generated --

1    VESNA PETRONIC-ROSIC, M.D.
2         MS. COHEN:  Yeah.  The latest
3         MS. REYNOLDS:  -- by the (inaudible.)
4         MS. COHEN:  Oh, yeah.  Let me make that
5  even clearer.  So obviously, Doctor, we have been
6  talking about your litigation work and your expert
7  report in litigation.  This package of materials
8  I'll say on the record is what I'll call your
9  medical file, if you will, for lack of a better
10  word, so your nonlitigation medical file and what
11  was presented to us by Plaintiffs' counsel, but
12  we'll look through it together and make sure you
13  think this is accurate.  All right?
14     A.  Okay.
15     Q.  All right.  So we'll flip through this
16  quickly.  The first page -- and you'rs -- I'm sorry.
17  Yours may be in a slightly different order.  No,
18  that looks right.  Okay.  Yeah, yours may be in a
19  slightly different order.  This first page up on the
20  screen is chain of custody.  Is that your signature
21  on that, signature of recipient?
22     A.  Yes.
23     Q.  So it looks like there you are receiving
24  there certain pathology evidence; is that right?
25     A.  No.  I'm sending it.

1    VESNA PETRONIC-ROSIC, M.D.
2     Q.  Okay.  On April 1st?
3     A.  Yes.
4     Q.  All right.  And then the next page we turn
5  to is -- on here it says "Two skin biopsies" -- this
6  is 444 and I apologize if yours is out of order, but
7  it says "Two skin biopsies collected on March 2,
8  2020," "Photographed while in your possession,"
9  "Yes," and it says "2 blocks and 11 slides."  Did I
10  read that correctly?
11     A.  Yes.
12     Q.  And is that your writing?
13     A.  Yes.  Looks horrible, I apologize, but yes,
14  that's my handwriting.
15     Q.  Later today I'll show you mine which will
16  make you feel a lot better.
17         "Size of specimen," what does it say under
18  "Size of specimen"?
19     A.  "4 millimeters each specimen."
20     Q.  Now, is the 4 millimeters each is that
21  standard size?
22     A.  Yes, for a punch biopsy.
23         THE REPORTER:  For a --
24     Q.  What about for a -- I'll do 11 slides, is
25  that in your experience and opinion a standard

1         VESNA PETRONIC-ROSIC, M.D.
2  number of slides to cut comparison blocks?
3         THE REPORTER:  I'm sorry.  Guys --
4      A.  For alopecia?
5         THE REPORTER:  Lori, I'm having a hard time
6  understanding you.  You need to get closer to the
7  phone or something.
8         MS. COHEN:  Okay.  Let me try to sit up and
9  speak more -- I'll try to enunciate better.
10        THE REPORTER:  Thank you.
11 BY MS. COHEN:
12     Q.  The 11 slides, is that a standard number of
13 slides for a punch biopsy on -- on the scalp?
14     A.  For an alopecia, yes.
15     Q.  Would other potential hair diagnoses
16 require a different number of slides?
17        MS. REYNOLDS:  Object to form.
18     A.  Can you repeat the question, please.
19     Q.  Yeah.  You said "For alopecia, yes."  So I
20 was asking would some different hair diagnosis
21 necessitate a different number of slides?
22        MS. REYNOLDS:  Same objection.
23     A.  This hair diagnosis was not -- I don't know
24 what you mean by "hair diagnosis."
25     Q.  Well, you said 11 slides are alopecia

1         VESNA PETRONIC-ROSIC, M.D.
2      A.  Right.
3      Q.  Would you do a different -- sorry about the
4  "hair diagnosis" phrase.  You're right.  Would you
5  do a different number of slides if you -- if you had
6  a different diagnosis than alopecia?
7      A.  Yes.
8         MS. REYNOLDS:  Object to form.
9      A.  Usually.
10     Q.  Tell me about that.  So you thought 11 was
11 a proper alopecia presumptive diagnosis, correct?
12     A.  Yeah.  Normally when we do a biopsy for
13 a diag-- for any diagnosis we only make one or two
14 slides from one biopsy.
15     Q.  We'll come -- we'll come back to this page.
16 Let's go to the next page because I want to
17 understand the sequence.  So, again -- before we get
18 to the next page -- oh, hang on one second.
19        Does this mean on page 444, the one that's
20 up there, does that mean that your punch biopsies
21 were done on March 2nd?
22     A.  Yes.
23     Q.  That's when the procedure was performed by
24 you?
25     A.  Yes.  Yes.

1         VESNA PETRONIC-ROSIC, M.D.
2      Q.  Okay.  And just to remind us, I want to
3  make sure we're on the same path here, again, you
4  already said that you had been contacted by opposing
5  counsel for general consultation back in 2018, 2019
6  for general consultation work.  At some point in
7  early 2020, and you don't know exactly when, is when
8  you were contacted to look at the Stewart and Hughes
9  cases specifically.
10        When did you get asked to meet -- I'll
11 focus on Ms. Stewart because I know other counsel
12 will focus on Ms. Hughes, but when were you asked to
13 examine and treat and do a surgical procedure on
14 Ms. Stewart?
15     A.  I was not asked to treat Ms. Stewart.  I
16 was asked to examine her and do a biopsy.  Probably
17 maybe a week or maximum two weeks before I saw her.
18     Q.  Now, let's look at the next page.  I think
19 in sequence this looks to be the next report.  This
20 looks like the dermatology surgical report.  Do you
21 have that in front of you?
22     A.  I mean, I'm looking at it on the screen,
23 yes.
24     Q.  And this actually says the procedure date
25 was February 28, 2020.  What can you tell us about

1         VESNA PETRONIC-ROSIC, M.D.
2  that different date?
3      A.  That's -- that is when the clinical exam
4  happened.  I'm sorry.  March 2nd is when the tissue
5  arrived in the lab.
6      Q.  Okay.  So 2/28 is when the patient
7  examination took place?
8      A.  Yeah.  That must have been a Friday, and
9  then 3/2 must have been Monday.
10     Q.  Okay.  And I just want to make sure that
11 I'm clear on that.
12     A.  Well, the -- the medical chart notes from
13 my exam will have the date of the exam.
14     Q.  Okay.  We'll -- we'll -- we'll get to that
15 shortly.
16        Now, here it says that "Source of specimen"
17 and you have A is a horizontal sampling or biopsy
18 and B is the vertical sampling or biopsy.  Did I say
19 that correctly?
20     A.  Yes.
21     Q.  And this makes it absolutely clear that the
22 location that you're biopsying from in both the
23 horizontal and vertical is the occipital region,
24 right?
25     A.  Yes.

VESNA PETRONIC-ROSIC, M.D.

1      VESNA PETRONIC-ROSIC, M.D.
2      Q.  And, again, why don't you show us with your
3  hand, if you don't mind, or I can put up a diagram
4  but I though it would be easier, the occipital
5  region obviously is on the back lower half?  I mean,
6  you're the expert.  So tell us how you describe it.
7      A.  This is the occipital region (indicating).
8      Q.  Okay.  Got it.  I assume the videographer
9  got that okay.  It was kind of light.  Do you mind
10  doing that one more time so that we make sure we
11  have that.
12      A.  (Witness complies.)
13      Q.  Okay.  All right.
14          Now, show us also, if you don't mind
15  playing hair and scalp model for us just a minute,
16  I'm sure you've done this before, but where is the
17  vertex located in comparison to the occipital?
18      A.  (Indicating.)
19      Q.  Okay.  Obviously they are two different
20  areas in terms of scalp --
21      A.  Wait.  I don't hear you.  My phones --
22  headphones fell out.
23      Q.  Okay.  No worries.
24      A.  Headphones fell out when I moved.  Did you
25  see that?

VESNA PETRONIC-ROSIC, M.D.

1      VESNA PETRONIC-ROSIC, M.D.
2      Q.  Yes.
3          So you showed us the vertex region, right?
4      A.  Yes.  The vertex is sort of the crown.
5  It's where you put the little cap on the priest's
6  head or religious person.  That's the vertex.
7      Q.  Okay.  And this is -- what we're looking at
8  here, this dermatology surgical report, let's see,
9  it is two pages, right?  Page 1 of 2 and page 2 of
10  2, correct?
11      A.  Yes, it's two pages.
12      Q.  All right.  And let's see.  So you did the
13  biopsy from the occipital region both horizontal and
14  vertical, correct?
15      A.  Yes.
16      Q.  And let's see.  It says "Final diagnosis,"
17  what you have here is "Scalp skin with features of
18  scarring and nonscarring alopecia combined,"
19  correct?
20      A.  Yes.
21      Q.  And then you have B on the vertical "Scalp
22  skin with features of scarring and nonscarring
23  alopecia combined" and they both say "See comment,"
24  right?
25      A.  Yes.

VESNA PETRONIC-ROSIC, M.D.

1      VESNA PETRONIC-ROSIC, M.D.
2      Q.  And at this point in time you knew that --
3  when you were doing this biopsy you knew that
4  Ms. Stewart was a Plaintiff in this, as you describe
5  it, chemotherapy-induced alopecia litigation,
6  correct?
7      A.  Yes.
8      Q.  You knew that from talking to Plaintiffs'
9  counsel, correct?
10      A.  Yes.
11      Q.  And -- let's see.  And then you go down --
12  tell us, if you will, the next section for those of
13  us who are not dermatologists or
14  dermatopathologists, what are you doing there in
15  your list with the hair counts?  Can you describe
16  for us what you're doing and your methodology there?
17      A.  Excuse me?  Can I describe what?
18      Q.  Yes.  Okay.  Let me try that again.  The
19  section that starts with "Terminal anagen hairs,"
20  et cetera, and goes down "Terminal," "Vellus,"
21  "Total hairs," all that, can you walk us through
22  that, read us your findings, and tells us what this
23  (indecipherable) is?
24      A.  Sure.
25          In the sections there were terminal anagen

VESNA PETRONIC-ROSIC, M.D.

1      VESNA PETRONIC-ROSIC, M.D.
2  hairs 8, there were 6 indeterminate hairs, terminal
3  hairs catagen --
4      Q.  Let me -- let me pause you for a second.
5  What do you mean by "indeterminate"?
6      A.  It's a caliber of the hair shaft between .3
7  and .6 millimeters.
8      Q.  Okay.  I'm sorry.  Continue, please.
9      A.  Terminal catagen hair is 2; vellus or
10  miniaturized hairs 6; total hairs 16; telogen count,
11  terminal telogen hairs and total terminal hairs, 2
12  out of 14; terminal-to-vellus ratio 8 over 6.
13      Q.  And you would say the terminal-vellus ratio
14  is significant to your ultimate findings, correct?
15          THE REPORTER:  To your --
16      A.  Yes.
17          MS. REYNOLDS:  Object to form.
18  BY MS. COHEN:
19      Q.  I said the terminal-vellus ratio is
20  significant to your ultimate findings, correct?
21      A.  Yes.
22      Q.  And the terminal-vellus ratio depends on
23  the number of hair counts that you list above for
24  each of the categories, correct?
25      A.  Well, it's calculated from the number of

VESNA PETRONIC-ROSIC, M.D.

1    the hair count.

3        Q.  And then you have the comment down there,
4    and would you agree with me that this comment in
5    terms of your medical surgical record on March 2,
6    2020 represents your conclusions or your diagnosis
7    that day?

8        A.  The comment explains the final diagnosis.

9        Q.  But in terms of, again, your final
10   diagnosis above, which is scarring and nonscarring
11   alopecia, the comment gives more description, more
12   details to back up and support your final diagnosis;
13   is that a correct statement?

14       MS. REYNOLDS:  Object to form?

15       A.  It explains the final diagnosis.  It
16   doesn't back it up because it's more specific than
17   the final diagnosis.  So it just gives more
18   explanation.

19       Q.  Understood.  So let's look at that if we
20   can and make sure we're both on the same page there.
21   So comment for A to B is "Histopathologic findings
22   when combined for both biopsy specimens shows" --
23   actually, why don't you read it.  You're going to
24   read it better than I am.  These -- these are
25   your -- these are your words.  So I prefer you

VESNA PETRONIC-ROSIC, M.D.

1    read --

3        A.  Sure.

4        Q.  -- read the comments for us.

5        A.  "The histopathologic findings when combined
6    for both biopsy specimens" --

7        THE REPORTER:  Slowly, please.

8        Q.  Slowly.

9        A.  "The histopathologic findings when combined
10   for both biopsy specimens show characteristics of
11   persistent chemotherapy-induced alopecia such as
12   trichomalacia" -- T-R-I-C-H-O-M-A-L-A-C-I-A --
13   "miniaturization of the hair follicle, fibrous
14   stellae, preserved sebaceous glands, and minimal
15   inflammatory cell infiltrates.  Additionally, there
16   is a minor component of scarring alopecia that is
17   consistent with central centrifugal scarring
18   alopecia.  The best interpretation of these findings
19   is that of a combined predominantly nonscarring
20   pattern of alopecia consistent with persistent
21   chemotherapy-induced alopecia.  Due to the presence
22   of the above and the significantly decreased hair
23   density, androgenetic alopecia is unlikely."

24       Q.  Well, let me take this apart a little bit
25   with you and make sure I understand what you're

VESNA PETRONIC-ROSIC, M.D.

1    saying.  Let's see.

3        You note here in the first sentence that it
4    shows characteristics of persistent chemotherapy-
5    induced alopecia, and then you list the various
6    characteristics.  Now, where did you get those
7    specific characteristics as being characteristics of
8    PCIA, if I can use that acronym?

9        A.  From the literature.

10       Q.  Okay.  And specifically what literature?

11       A.  The literature that was included in my
12   report.

13       Q.  Okay.

14       Now, at this point in time, in March of
15   2020, had you ever before in any biopsy report, any
16   dermatology surgical report at any point in your
17   career included the phrase "persistent chemotherapy-
18   induced alopecia" ever?

19       A.  Oh, that's a hard question to answer.
20   Chemotherapy-induced alopecia for sure.  Whether I
21   used persistent, that I cannot say.

22       Q.  Okay.  So sitting here today --

23       A.  Maybe.  I don't -- I don't remember.  That
24   is a very hard question to answer without looking at
25   all my reports from the previous 20 years.

VESNA PETRONIC-ROSIC, M.D.

2        Q.  Sure.  And let me just try to ask it
3    another way.  You would say that perhaps you've used
4    the phrase -- or no.  To be fair, you said you've
5    used the phrase -- if we went through -- if we had a
6    stack of all of Dr. Rosic's reports stacked up here
7    from your many years, you're confident we would find
8    chemotherapy-induced alopecia somewhere in there,
9    correct?

10       A.  I'm pretty sure you would.

11       Q.  But you're not sure and you're not certain
12   and you're not telling us that we would find
13   anywhere persistent chemotherapy-induced alopecia or
14   PCIA, true?

15       MS. REYNOLDS:  Object to form.

16       A.  Yeah.  So I'm saying the same thing.  I'm
17   pretty sure, but I don't know for certain that this
18   diagnosis or parts of it would be found in my
19   reports.

20       Q.  Okay.  And, again, I think you said it's a
21   very hard question and you're more comfortable
22   telling me, yes, CIA yes, PCIA not as confident,
23   correct?

24       MS. REYNOLDS:  Object to form.

25       A.  That's not -- I'm not comfortable with

VESNA PETRONIC-ROSIC, M.D.

1    that, no.
2        Q.   We'll stand on your testimony you already
3    gave.
4        Now, you do say here that you did see --
5    let's see.  You saw a component -- you say minor, a
6    component of scarring alopecia which you say is
7    consistent with CCCA, right?
8        A.   Correct.
9        Q.   And I'm using the right acronym there just
10   to save myself time.  Is that appropriate with you?
11       A.   Yes.
12       Q.   That's central centrifugal cicatricial
13   alopecia.  Did I say that right?
14       A.   That is correct.
15       Q.   All right.  And that's CCCA, which you
16   describe as central centrifugal scarring alopecia
17   here, correct?
18       A.   Yes.
19       Q.   That's the scarring component -- when you
20   describe above scarring and nonscarring alopecia,
21   the scarring component comes from the CCCA and the
22   nonscarring, in your opinion, comes from the PCIA.
23   Do I have that right?
24       A.   So the scarring -- the fibrotic component
25

VESNA PETRONIC-ROSIC, M.D.

1    is part of the CCCA.  The nonfibrotic component is
2    the part of the PCIA.
3        Q.   Yes.  I think -- I think we're right.  So,
4    again, if we were to annotate the above part where
5    it says scarring and nonscarring, again, just to be
6    perfectly clear, in your opinion, based on the
7    dermatology surgical report and based on your
8    experience, you are saying that the scarring is the
9    CCCA and the nonscarring is the PICA [sic], right?
10       A.   What I'm saying is that scarring seen in
11   the biopsy is from the CCCA.  Hair loss without
12   visible scarring is from the PCIA.
13       Q.   Okay.  Yeah.  I had the letters wrong.
14   Sorry.  PCIA, right.
15       Then you say here in your -- this is the
16   medical report, the nonlitigation medical report you
17   say "The best interpretation of these findings is
18   that of a combined predominantly nonscarring pattern
19   of alopecia consistent with persistent chemotherapy-
20   induced alopecia," correct?
21       A.   That is what I say, yes.
22       Q.   And then you at the bottom here certify it.
23   It says "Certify that I've personally examined the
24   above specimen and reviewed the report" and you
25

VESNA PETRONIC-ROSIC, M.D.

1    signed it on March 14th, right, 2020?
2        A.   Yes.  Yes.
3        Q.   And you were certifying this as true and
4    accurate as a medical physician seeing this patient,
5    correct?
6        A.   I entered the password where it asks me to
7    sign it out, and it automatically includes that
8    statement, which means (indecipherable).
9        Q.   Okay.
10       A.   It means that I personally -- it means that
11   I personally examined the above specimens and
12   reviewed the report.  Well, I wrote the report, but
13   I reviewed it before signing it.
14       Q.   And, again, you stand by this report that's
15   in your medical record, true?
16       A.   I mean, it's my report, yes.  I produced
17   this report.  This is what I saw in those biopsy
18   specimens.
19       Q.   Right.  This is true in your opinion --
20       A.   What am I -- what am I -- what am I
21   defending here?  My report?
22       Q.   No, no, no.  Let me ask -- let me ask
23   again.  What I'm trying to say is this official
24   medical record that you signed and certified, you
25

VESNA PETRONIC-ROSIC, M.D.

1    still agree with it, correct?
2        MS. REYNOLDS:  Object to form.
3        A.   Why wouldn't I agree with it?  Those were
4    the findings of the biopsy.
5        Q.   And they were put right in the chart by
6    you, right?
7        A.   By the electronic medical record system.
8        Q.   All right.  And this is from the certified
9    medical chart, right?
10       A.   Yes.
11       Q.   All right.
12       So let's go to the next page and see if we
13   can get through this.  Let's see.  The next page
14   says, okay, page 2 and this is 446 at the bottom.
15   Now, is this your writing here as well?
16       A.   The "microscopic description," yes.
17       Q.   And what it says here is -- it says, "A,
18   alopecia," and, "B, alopecia," right?
19       A.   Correct.
20       Q.   Are those appropriate diagnoses to list
21   like that, in your opinion?
22       A.   That's the clinical diagnosis.  That
23   encompasses any and every type of alopecia.  That
24   part is the clinical diagnosis.
25

VESNA PETRONIC-ROSIC, M.D.

1     Q.  Okay.  Perfectly appropriate under medical
2  parlance, insurance, you know, requirements,
3  hospital and certified medical records to say A,
4  alopecia and, B, alopecia, that's appropriate,
5  right?
6     A.  Yes.
7        MS. REYNOLDS:  Object to form.
8  BY MS. COHEN:
9     Q.  And then under "Gross description" -- and
10 we may come back to this later, but I want to move
11 through this -- it has, again, you're explaining the
12 gross descriptions and exactly where on the scalp
13 you took the punch biopsies, and it's the occipital
14 scalp horizontal and occipital scalp vertical,
15 right?
16    A.  The gross description is dictated by the
17 histotechnician, and this was Kevin Toller, KMT.
18    Q.  Then we have -- we're going through our
19 package here.  On page 440, I think we already list
20 this, but this is just a photograph.  Probably just
21 skip that.
22       I'm going to -- let's see.  I'm not going
23 to go through the path- -- the pathology photos
24 right now, I want to come back to those later in the

VESNA PETRONIC-ROSIC, M.D.

1  day, but can you confirm for me that these are, in
2  fact, I guess your photos, that is, I think in the
3  package like 17 -- 17 pages that were produced to us
4  by Plaintiffs.  Take whatever time you need to look
5  at them and just confirm that these are, in fact,
6  your photos -- or your microphotograph.
7     A.  Yes, they are.
8     Q.  All right.  Let's look at page 441.  Again,
9  we're still in -- what is this -- 9, Exhibit 9.  It
10 says "Derm Surg Report."  I'm just trying to
11 understand where this fits in with the other
12 versions that we looked at.  Is this just a
13 different version of the same report, Doctor?
14    A.  Yes.  The report we looked at prior is
15 printed from the pathology program.  This is printed
16 from the clinical MedConnect.  So it's a program we
17 use in the clinical setting.  The other report is
18 the program we use in the lab setting, same report.
19    Q.  And I want to go -- let me go back for just
20 one minute the page 445, or it shows here as well
21 in terms of the characteristics of the PCIA that you
22 listed there, and I believe you already told me that
23 you obtained them from the literature, correct?
24    A.  Yes.

VESNA PETRONIC-ROSIC, M.D.

1     Q.  The trichomalacia, miniaturization of the
2  hair follicles, fibro stellae, preserved sebaceous
3  glands, minimal inflammatory cell infiltrates, you
4  believe that you have seen all of those in your
5  derma-- -- dermapathological [sic] review, correct?
6        MS. REYNOLDS:  Object to form.
7     A.  Of what?
8     Q.  Of those -- you believe that you saw all of
9  those characteristics in your -- in your slides from
10 your biopsies and your dermapathological review?
11    A.  I did see all of those characteristics.
12    Q.  And that's -- that is why you believe that
13 there was persistent chemotherapy-induced alopecia
14 based on those characteristics that you identified
15 in your slides, correct?
16       MS. REYNOLDS:  Object to form.
17    A.  Those are the features of -- the features
18 that were present were the features that are
19 described in the literature as present and
20 persistent chemotherapy-induced alopecia.
21    Q.  We'll come back to those four, but that's
22 what serves as the basis for your finding of
23 persistent chemotherapy-induced alopecia, true?
24    A.  Yes.  I mean, I'm not -- I'm not -- it's

VESNA PETRONIC-ROSIC, M.D.

1  probably -- well, I'm not going to explain -- look,
2  it's just very peculiar this is what I saw.  There's
3  only a very finite number of things you can see
4  under the microscope when you diagnose alopecia,
5  there's not an infinite number of changes, and the
6  combination of these changes is reported in this
7  diagnosis.  If it were a combination of different
8  ones it would line up with another diagnosis --
9     Q.  Right.
10    A.  -- but in this particular case these
11 features together are seen only in persistent
12 chemotherapy-induced alopecia.
13    Q.  Okay.  We'll certainly talk more about
14 that.  It is the combination and the presence of all
15 of these that you listed there that leads you to the
16 conclusion of the PCIA, correct?
17    A.  Correct.  Yes.
18       MS. REYNOLDS:  Object to form.
19 BY MS. COHEN:
20    Q.  Okay.
21       Now, let's -- let's again -- I'm trying to
22 flip through the rest of this document, and I want
23 to go to 504 to 507.  I'm trying -- I'm trying to be
24 precise because I know you're very precise, you told

VESNA PETRONIC-ROSIC, M.D.

1   VESNA PETRONIC-ROSIC, M.D.
2   us, correct?  So I want to make sure we're on the
3   same page.  And let's go to 504 to 507, and I want
4   to ask you if this is your -- I guess looks like
5   your dermatology office clinic notes; is that right?
6       A.  Yes.  This is the dermatology office notes
7   for Wanda Stewart.
8       Q.  And did you write these yourself or did
9   your resident write them or what?
10      A.  We both wrote it.  So he wrote it and then
11  I finished it and signed it.  He wrote parts of it
12  and I wrote parts of it.  We wrote it together.
13      Q.  Right.  And then you both actually signed
14  off on this, right?
15      A.  Yes.
16      Q.  And, again, you signed off and certified
17  these as being true and accurate, correct?
18      A.  I don't think that's what I certified.  I
19  think I certified that I examined the patient and I
20  saw and -- this is what I certified.  I saw and
21  evaluated the patient on the date of the outpatient
22  visit, discussed with the resident and agreed with
23  the resident's finding and plan as documented in the
24  resident's note.  I was present for the duration of
25  the 60-minute visit, thoroughly examined the

1   VESNA PETRONIC-ROSIC, M.D.
2   patient, discussed the findings, and performed the
3   biopsies myself.
4       Q.  But you believe that, again, as a physician
5   if you think there's anything inaccurate that's
6   being reported before this is signed, goes in the
7   official record, you can make changes, right?
8       MS. REYNOLDS:  Object to form.
9       A.  Yes.
10      Q.  And you believe that these are true and
11  accurate as described in these four pages, right?  I
12  mean, you wouldn't let something go in that wasn't
13  right, would you?
14      A.  I wouldn't, but --
15      MS. REYNOLDS:  Object to form.
16      A.  Of course I wouldn't, but I don't think of
17  my note -- of course it's true and accurate.  I
18  mean, why would I not be true in my report?
19      Q.  Right.  No.  Obviously I know you're extra
20  precise, but as a physician you want to make sure
21  that if these are going in the patient's chart that
22  they're as precise and accurate as possible, true?
23      A.  Yes.
24      Q.  All right.
25      Now, let's go to -- let's see.  You did

1   VESNA PETRONIC-ROSIC, M.D.
2   mention a minute ago you spent, what, 60 -- you
3   spent minutes with her?  I'm looking for that part
4   of it.  Okay.  I see, right, on the bottom part.
5   "Present for the duration of the 60-minute visit,
6   thoroughly examined the patient, diagnosed [sic] the
7   findings, and performed the biopsies myself,"
8   correct?
9       A.  "Discussed the findings and performed the
10  biopsies myself."
11      Q.  Can you just help me understand on the date
12  again because I think we've seen February 28th,
13  we've seen March 2nd.  I just want to be totally
14  clear.  What happened on March -- what happened on
15  February 28th, what happened on March 2nd?
16      A.  On February 28th I examined her and did the
17  biopsies.  The biopsies were put in a container that
18  was put in a plastic bag that was put in a FedEx
19  box.  A person came, picked up the box, and took it
20  to the lab.  It was registered as arrived in the lab
21  on Monday, March 2nd, and that's when it's
22  registered in the system as the date collected.
23      Q.  So March 2nd certainly was not your medical
24  examination, correct?
25      A.  No.  February 28th was the date of the

1   VESNA PETRONIC-ROSIC, M.D.
2   exam.
3       Q.  Okay.
4       A.  It's time stamped in the -- in the note.
5       Q.  Got it.
6       And let's look at the history, the chief
7   complaint.  Patient comes in to you -- and, again,
8   this wasn't just any patient.  You knew this was a
9   Plaintiff in a litigation where you had signed on to
10  be an expert for the Plaintiff, right?
11      A.  Yes.
12      MS. REYNOLDS:  Object to form.
13  BY MS. COHEN:
14      Q.  Now, chief complaint, "Patient referred for
15  scalp biopsy due to hair loss after breast cancer
16  treatment in 2014."  When it says "patient
17  referred," this patient was referred by Plaintiffs'
18  counsel, correct?
19      A.  Yes.  You should know chief complaint is
20  entered by the medical assistant, and I don't have
21  access to change it.
22      Q.  Okay.
23      A.  So that is what she told the medical
24  assistant who roomed her.
25      Q.  History of present illness, who took down

VESNA PETRONIC-ROSIC, M.D.

1    the history of present illness?  Was this you or was
2    it your resident or was a combination of you?
3
4        A.  Combination.
5        Q.  Now, I'll get back to this later, but in
6    terms of her hair loss and hair growth history, is
7    that coming straight from the Plaintiff, that is,
8    that section where she described that?
9        A.  Parts of it, yes.  Parts of it are from the
10   medical record --
11       Q.  Which medical --
12       A.  -- her medical record, oncology record.
13       Q.  And to be clear, the oncology record,
14   Dr. McCanless was the only set of medical records
15   that you received and reviewed, correct?
16           MS. REYNOLDS:  Object to form.
17           MS. COHEN:  Other than I know we looked at
18   the vitamin deficiency one -- I can pull out the
19   list -- and the pathology one, but in terms of
20   medical records, I think you said earlier those --
21   McCanless were the only medical records you looked
22   at, right?
23           MS. REYNOLDS:  Object to form.
24       A.  You know, I looked at a lot of stuff, but
25   those are the ones that I recall.  There were -- I

VESNA PETRONIC-ROSIC, M.D.

1    can look back in the file that I have which is
2    electronic to see if there are any other records,
3    but I cannot state with 100 percent certainty that
4    those are the only ones, because I don't remember.
5        Q.  I'm sorry.  And I'm going to help you.  You
6    probably have in front of you your exhibit, your
7    report, which is Exhibit 1, and we -- you probably
8    have it in hard copy that we can pull it out for
9    you.  Why don't we get it so we can jump back to
10   this.  And, again, maybe second page from the back
11   has materials consulted.  I'll just have you turn to
12   that.
13           It says in terms of patient medical records
14   for Wanda Stewart, "Chemotherapy regimen records"
15   that you have from the oncologist, "Dr. McCanless
16   oncology records," and "Pathology records," correct?
17       A.  Where are you?  Can you put that up on the
18   screen, please.
19       Q.  Okay.  Do you see that?  That's "Patient
20   medical records for Wanda Stewart:  Chemotherapy
21   regimen records, Dr. McCanless oncology records, and
22   pathology records."
23           THE REPORTER:  Slow down, please.
24       Q.  That's what we went over earlier; do you

VESNA PETRONIC-ROSIC, M.D.

1    recall?
2        A.  Yes.
3        Q.  Okay.
4            Now, you never received or saw her medical
5    records from the dermatology group that she saw in
6    Louisiana, correct?
7        A.  I did not.
8            MS. REYNOLDS:  Object to form.
9    BY MS. COHEN:
10       Q.  And up until I mentioned it just at this
11   moment you probably didn't know they existed, did
12   you?
13           MS. REYNOLDS:  Object to form.
14           MS. COHEN:  Let me ask it this way.  Were
15   you aware until this very moment that she saw a
16   dermatologist in Louisiana?
17       A.  I may have known that, but I don't -- I
18   don't know for sure.
19       Q.  You didn't reference them in your report,
20   correct?
21       A.  I did not, no.
22       Q.  You didn't reference them here in the
23   medical records, correct?
24       A.  No.

VESNA PETRONIC-ROSIC, M.D.

1        Q.  All right.  And you didn't ask for them,
2    correct?
3        A.  No.
4        Q.  Is that correct?
5        A.  Correct.
6        Q.  Now, we're going to leave the history part.
7    We're going to go over that when we get to your
8    report.  I'm going to put that aside for now.  We'll
9    get back to that.
10           You -- let's see.  Going further down --
11   we're getting back to this one.  We're going to pull
12   the page up.  Just give us one second.  There we
13   are.
14           Actually, on the history of present
15   illness, if you can look with us, again, this
16   history of present illness, you told us earlier --
17   in terms of the differential diagnosis I think what
18   you gave us, just to remind us all of the list you
19   said, is the examination, talking to the patient,
20   taking the history, discussing potential diagnosis,
21   and then meeting the diagnosis with -- and then
22   making the diagnosis, correct?
23       A.  Yes.
24       Q.  And you agree that the history of present

VESNA PETRONIC-ROSIC, M.D.

1   VESNA PETRONIC-ROSIC, M.D.
2   illness, that discussion, that knowledge of the
3   history, the relevant history is vital to reaching a
4   differential diagnosis, correct?
5       A.   It's important, yes.   In not all -- not a
6   hundred percent of the time.   It depends what you're
7   looking at.   I mean, if somebody comes with a big
8   growth on their scalp, I don't need a history of
9   present illness, I can look at it and know what it
10  could be, but for some things it's very important.
11      Q.   Right.   Again, here with this patient, you
12  know, she has a medical -- you're seeing her as a
13  medical consultant, you're seeing her as a
14  litigation consultant.   Obviously history of present
15  illness is important for your analysis, correct?
16      A.   Correct.
17      MS. REYNOLDS:   Object to form.
18  BY MS. COHEN:
19      Q.   And let's see.   Here -- again, we'll go
20  through some of this when we get to your report, but
21  one of the things that was important and was noted
22  here in your chart is that she had completely normal
23  hair prior to chemotherapy.   Do you see that at the
24  bottom?   That was an important fact you noted,
25  correct?   She had completely normal --

1   VESNA PETRONIC-ROSIC, M.D.
2       A.   Where does it say that exactly?
3       Q.   In history of present illness --
4       A.   What paragraph?
5       THE REPORTER:   Guys.
6       Q.   -- in your report at the bottom it says
7   "She had completely normal hair prior to
8   chemotherapy" --
9       A.   Yes.
10      Q.   -- do you see that?
11      A.   Yes.
12      Q.   And you repeat that in your litigation
13  report too, don't you?
14      A.   If you say so it must be there, yes.
15      Q.   She never wore a wig, that was another
16  important feature for you to reach your diagnosis,
17  correct?
18      A.   That particular piece of informa- -- I
19  don't know that it was very important because it's
20  just a piece of information.
21      Q.   But certainly the part about completely
22  normal hair prior to chemotherapy is something you
23  focused on, true?
24      A.   Well, that's what she told me.   A history
25  of present illness is the history, that's what the

1   VESNA PETRONIC-ROSIC, M.D.
2   patient told me.
3       Q.   Now, going down to the problem list,
4   "Problem:  balding" and then it says "Area:
5   occipital and vertex."   Why do you note there the
6   area involved?   Why is that important to you to
7   note?
8       A.   Well, it's important to know where the hair
9   loss was happening.
10      Q.   Okay.   It certainly guides you in terms of
11  your physical examination, correct?
12      A.   Well, no.   I would do a thorough
13  examination regardless of what the patient says.
14      Q.   Does this -- so does this mean -- this is
15  your finding on your examination is what you're
16  saying?
17      A.   No.   This is what she said.
18      Q.   Okay.   Did you agree with it, that she had
19  occipital and vertex baldness?
20      A.   She had -- in addition to other areas of
21  profound hair loss she did have hair loss in the
22  occipital and vertex area.
23      Q.   If we look through all of your charts I
24  think we would find -- but you'll correct me -- that
25  one of the things you're looking to find is the

1   VESNA PETRONIC-ROSIC, M.D.
2   area -- when you see hair patients -- or alleged
3   hair loss patients you want to look at the area of
4   loss or balding and then use that to guide your plan
5   for the biopsy, correct?
6       A.   Well, you biopsy in the area that shows
7   signs of the loss, yes.
8       Q.   Okay.   Got it.
9       And if we go down to the -- again, I may
10  come back to this later, but let me go down to the
11  page 2, the next page, 505, on your physical
12  examination.   I think this will help us.   Again,
13  here this is your description of her hair loss,
14  correct?   This is -- this is not just her report,
15  but your description under -- after we get beyond
16  "Skin," correct?
17      A.   Yes.
18      Q.   And what it says here -- I won't read the
19  whole thing, but "Diffuse moderate thinning of hair
20  on the scalp" -- let me ask -- let me read that
21  better.   "There is diffuse moderate thinning of hair
22  on the scalp, more prominent on the frontal scalp,
23  temporal areas, and vertex."
24      What is meant by -- I just want to be clear
25  on "frontal scalp."   When you talk -- when you're

Page 170

VESNA PETRONIC-ROSIC, M.D.

1    VESNA PETRONIC-ROSIC, M.D.
2    referencing that, what does that refer to?
3    Literally frontal scalp, literally the front of your
4    head?
5        A.  Well, there's the frontal scalp is the skin
6    above the frontal bone.  So here in the front
7    (indicating).
8        Q.  And "temporal areas," what is meant by
9    that?  Can you show us with your hands?
10       A.  Here (indicating).
11       Q.  Great.
12           And "vertex," what part did you -- did
13   you -- where is the vertex again?
14       A.  It's where your hair -- your hair -- sort
15   of little circle that starts where it sort of goes
16   in a -- (indecipherable) top of the back of their
17   head.
18       Q.  Those were the areas that you thought were
19   the most prominent in terms of balding and hair
20   loss, correct?
21       A.  What I said is that it's more prominent on
22   the frontal scalp, temporal areas and vertex, and
23   clearly visible significant diffuse over the entire
24   scalp.  In other words, she had hair loss throughout
25   her entire scalp which was to a little greater

Page 171

VESNA PETRONIC-ROSIC, M.D.

1    VESNA PETRONIC-ROSIC, M.D.
2    degree on those areas of vertex, temporal, and
3    frontal.
4        Q.  Now, there's reference here
5    to -- (inaudible).  Let me go back for a minute to
6    page 504.  If you can put that back for a minute.
7            What you list in the history of present
8    illness part is basically you list her chemotherapy
9    regimen up there, correct?
10       A.  Yes.
11       Q.  And Cyclophosphamide, Docetaxel, Emend,
12   Doxorubicin, Dexamethasone, Aloxi, and Neulasta.
13   Did I get that right?
14       A.  Yes.
15       Q.  All right.  And that is what you referred
16   to as a chemotherapy regimen, true?
17       A.  Yes.
18       Q.  Are you familiar with all of those
19   medications, pharmaceuticals, whatever you want to
20   call them?
21           MS. REYNOLDS:  Object to form.
22       A.  Define "familiar."
23       Q.  Have you -- have you -- have you seen them
24   used in your patients before?
25       A.  I've seen patients who have used these

Page 172

VESNA PETRONIC-ROSIC, M.D.

1    VESNA PETRONIC-ROSIC, M.D.
2    medications, yes.
3        Q.  Have you studied any of those medications
4    with regard to hair loss?
5        A.  Studied?  You're going to need to define
6    that better, please.
7        Q.  Have you reviewed any of the literature
8    that addresses the potential correlation between any
9    of these medications and hair loss other than I know
10   we're going to get to Docetaxel, but what about the
11   other ones?  Have you looked at any literature
12   related to hair loss in the other drugs on there?
13          MS. REYNOLDS:  Object to form.
14       A.  So for the other drugs I relied on the
15   reports of the experts who have used that and found
16   they're not associated significantly or causally
17   with persistent chemotherapy-induced alopecia.  I
18   relied on the reports of Dr. Madigan and Dr. Feigal
19   for that.
20       Q.  Okay.  Well, let's go back to Exhibit 1 and
21   we'll go back to the materials consulted, your
22   reliance list at the time you issued your official
23   report.  There we are.
24          Just tell us in your words, do you see
25   anywhere on your materials consulted list here

Page 173

VESNA PETRONIC-ROSIC, M.D.

1    VESNA PETRONIC-ROSIC, M.D.
2    anything about the reports of Feigal or Madigan?
3        A.  That's interesting, they're not there.
4    You're absolutely right.
5        Q.  Okay.  And when was the first time you
6    received them, do you know?
7        A.  I don't know exactly.
8        Q.  Okay.
9            Just to be clear, going back to our report,
10   the 504 report, the other one, in terms of the
11   medications on that list and I think I understand
12   your answer, you haven't done your own independent
13   analysis of literature or research related to the
14   other medications, correct?
15          MS. REYNOLDS:  Object to form.
16       A.  Correct.
17       Q.  And your answer just so the court reporter
18   has it is what?
19       A.  So I didn't do research like -- you know,
20   that's a very vague term.  I didn't do research.  In
21   the course of preparing my report I read a lot of
22   literature.  Some of it I used to prepare the
23   report, some of it I didn't.  I'm sure these
24   drugs -- you know, I didn't go after each one
25   specifically and review, but they were mentioned in

VESNA PETRONIC-ROSIC, M.D.

1    VESNA PETRONIC-ROSIC, M.D.
2    the literature that I did review and the
3    publications of others as not being associated with
4    persistent alopecia in multiple publications that I
5    reviewed and used as the basis of my report.
6         MS. COHEN:  Madam reporter, I just want to
7    ask you, did you get her prior answer where she said
8    yes?
9         THE REPORTER:  Yes, I believe so.
10        THE WITNESS:  What did I say yes to?
11   You're trying to catch me like crook and -- crook
12   and reel it in.  I just clarified what I -- even if
13   I had said yes, my answer is what I just said after
14   that.  So it's like I don't feel comfortable with
15   what you're doing.
16   BY MS. COHEN:
17        Q.  Well, I'm giving you a chance to respond
18   always, haven't I, right now?
19        A.  I'm sorry?
20        Q.  Did I give you a chance to respond fully
21   just now?
22        A.  That was my response to your question, yes.
23        Q.  Okay.  And you'll be happy to know that
24   counsel can ask you whatever questions they want if
25   they feel like you were confused or not able to

1    VESNA PETRONIC-ROSIC, M.D.
2    answer appropriately.  Okay?
3         Suffice it to say -- well, let me ask you
4    this.  Can you identify for us any specific article
5    that you read to support the statement you just
6    made?  Can you identify any of those for us?
7         A.  Yes.  If you give me a few minutes for me
8    to review the articles, I will point out exactly
9    which those are.
10        Q.  Can you show me what you're pulling from?
11   Is that materials in front of you?
12        A.  This is the literature that's listed on
13   Exhibit E, the papers that I used.
14        Q.  Great.  You'll just tell us which numbers
15   on E, and then we'll circle back to them later.
16              (Witness reviewing document.)
17        Q.  If you need to look at a list, do you want
18   to go off -- go off record and take the time, or do
19   you just want to identify the articles?  We can take
20   a break if you need to.
21        A.  Well, you asked me to identify the
22   articles.  I don't remember off the top of my head
23   which ones they are.  I mean, we can go off if you
24   want for me to do a thorough -- a thorough job.
25        Q.  Are you -- are you looking --

1    VESNA PETRONIC-ROSIC, M.D.
2         A.  That's fine with me.
3         Q.  I can't see what you're looking at.  Can
4    you hold -- are you looking at the articles
5    themselves or your Exhibit E list?  Okay.  So you're
6    looking at --
7         A.  No.  I'm looking at articles.
8         Q.  All right.
9         A.  Yeah, yeah, yeah.  I have the articles.
10        Q.  Let me help get us through this, and then I
11   can move on.  Doctor, without reading the articles
12   and going through them, which apparently you have in
13   front of you, can you identify from your list which
14   ones address this?  If not, we can move on and we
15   can look at these later because we're going to go
16   through them later anyway.
17        A.  Yeah.  Well, I don't want to say something
18   which I'm not a hundred percent certain which it is.
19   So let's get back to that later.
20        Q.  All right.  So the -- are you familiar --
21        MS. REYNOLDS:  Just for the record, you did
22   ask her -- sorry.  Just for the record, you did ask
23   her to identify those articles, which she was
24   actively doing and she does need to be afforded an
25   opportunity to adequately review those articles to

1    VESNA PETRONIC-ROSIC, M.D.
2    determine which ones are responsive to the question
3    that you posed to her.
4         MS. COHEN:  Okay.  Yes, and --
5         MS. REYNOLDS:  And if you'd like her to
6    look through them at lunch, then we can do that.
7    We've been on the record about an hour and 25
8    minutes -- well, an hour and 20 minutes, something
9    like that.
10   BY MS. COHEN:
11        Q.  Let me do a couple things before we -- and
12   then we can break for lunch.
13        One thing, just looking at the Exhibit E
14   list in your report, not the articles in themselves,
15   that doesn't help you identify which articles you're
16   talking about I think is your point, correct?
17        MS. REYNOLDS:  Object to form.
18        A.  In order for me to know that I'm telling
19   you exactly the correct answer I need to review the
20   articles.
21        Q.  Okay.  So let's do a few more things in
22   trying to get through this exhibit, and then we can
23   take a lunch break.
24        Do you notice in history of present illness
25   that Ms. Stewart was taking Letrozole?

VESNA PETRONIC-ROSIC, M.D.

1      VESNA PETRONIC-ROSIC, M.D.
2      A.  Do I notice?
3      Q.  Yeah.  Do you see that?  It says --
4      A.  Yeah, I see it.  Yes.
5      Q.  And do you know how long --
6           THE REPORTER:  Ladies, ladies, one at a
7    time.
8    BY MS. COHEN:
9      Q.  "(Indecipherable) to be on it for nearly
10   ten years based on her last visit."  Do you know
11   anything about that and any studies related to hair
12   loss related thereto?
13     A.  Do I know anything -- do I know anything?
14   Yes.
15     Q.  Have you looked at any literature on
16   Letrozole?
17     A.  I don't know if it was specifically on
18   Letrozole, but I have looked at literature on hair
19   loss from estrogen-related medication, yes.
20     Q.  We'll circle up on that later.
21          You know she's been on that for -- let's
22   see, since -- so far since 2015?
23     A.  Yes, I do know that.
24     Q.  Is she on any other -- has she been on any
25   other hormone therapy or aromatase inhibitors other

1      VESNA PETRONIC-ROSIC, M.D.
2    than that?
3      A.  She was.  It should say there everything
4    that she was on.  She was temporarily on something
5    that made her sick, so she stopped.  She was on --
6    it's got to be in my report exactly what she was on.
7      Q.  All right.  We can -- we can come back to
8    that later.
9           Let's take a look at 506.  I want to get to
10   this point before we break for lunch.  Are you with
11   me on that?
12     A.  No.  I'm trying to answer your question.
13     Q.  I'll give you a moment and you can tell me
14   when you're there.
15     A.  She took Estradiol for a short period after
16   her hysterectomy in 2012, stopped due to hot
17   flashes.  She also took Anastrozole from March to
18   November 2015.  She never took any birth control
19   pills.
20     Q.  Okay.  And all three of those are hormone
21   therapy replacement medication, the ones that you
22   mentioned, Letrozole, Anastrozole and Estradiol?
23     A.  They're hormone therapy medications.  I
24   don't prescribe those medications, so I don't know
25   what all their indications are, but they are

1      VESNA PETRONIC-ROSIC, M.D.
2    hormonal therapy medications.
3      Q.  Got it.  All right.  Let's try and finish
4    with this exhibit.  I'm sure everyone needs a lunch
5    break.
6           So let's go back to -- I think, Dawn, go
7    back for a minute to 445.  We're back on
8    Exhibit 14A -- it's actually not 14A.  It's actually
9    9, Exhibit 9.  Okay.  This is kind of where we
10   started the day looking at the -- your dermatology
11   surgical report and looking at the sources of
12   specimens, the occipital scalp horizontal, occipital
13   scalp vertical.  Do you recall this discussion we
14   had?
15     A.  Yes.
16     Q.  All right.
17          Now let's -- now let's flip to page 506,
18   which is now part of the -- this is the office
19   clinic note.  Do we want to go off -- this paragraph
20   at the top, Doctor, is this meant -- I know you have
21   it also in your report and it's even easier to read
22   in color in your report.  Is this meant to show
23   where the biopsy -- the punch biopsy was taken from?
24     A.  It does show where it's taken from.  There
25   are two violet circles in that photo.

1      VESNA PETRONIC-ROSIC, M.D.
2      Q.  Okay.  And do you see down there it says --
3    if we keep reading down, it says "Procedure:  Punch
4    biopsy," "Consent signed:  Yes," and it says
5    "Location:  Vertex times 2"?
6      A.  Yes, I see that.
7      Q.  Okay.  Where was the biopsy taken from?  We
8    can look at the picture.  Was it the vertex area or
9    the occipital area?
10     A.  So it's right on the junction of the vertex
11   and the occipital area.  If you look at the photo,
12   you'll see that it looks like a figure 8.  Those are
13   the two spots that we biopsied, one above the other.
14     Q.  And you put the location here in your
15   medical -- in your office note "Vertex times 2,"
16   correct?
17     A.  Yeah.  My resident wrote that and I didn't
18   catch it.  That's fine.  I mean, it's -- it's on
19   the -- it kind of on the border between the vertex
20   and the occiput depending on which drawing of the
21   parts of the head you look at.  In some it will be
22   vertex, in others it will be occiput.  It's
23   irrelevant whether you call that area vertex or
24   occipitut.  It's not like relevant.  So...
25     Q.  Okay.  Well, you agree in your own records

VESNA PETRONIC-ROSIC, M.D.

1  VESNA PETRONIC-ROSIC, M.D.
2  in one place you say occipital, in another place you
3  say vertex, correct?
4      MS. REYNOLDS:  Object to form.
5      A.  I agree that the report in one place says
6  vertex, but the pathology report says occipital,
7  yes.
8      Q.  Okay.  And you're saying that the reason
9  this says vertex is maybe your resident put it in
10 there and you didn't catch it, correct?
11     MS. REYNOLDS:  Object to form.
12     A.  Not maybe.  The resident put it in there
13 and I didn't catch it.
14     Q.  All right.  You would agree that the more
15 accurate location as noted in the earlier one is
16 occipital, correct?
17     A.  I would have called that occipital, yes.
18     Q.  All right.  And you certainly -- if you
19 were writing it and when you did you put occipital,
20 right?
21     A.  Yes.
22     Q.  All right.  Now, let's take a quick look --
23 I know we need to get to lunch, but I want to take a
24 look at one more thing.  Oh, before we leave this
25 exhibit let's look at 508, which is the last page,

1  VESNA PETRONIC-ROSIC, M.D.
2  and it sort of asks about this picture that's in
3  your -- in your med- -- the medical report, medical
4  chart.  It's the last one.  Is that a picture that
5  you took?
6      A.  Yes.
7      Q.  And what were you trying to demonstrate
8  here?  Is that the area of the most hair loss that
9  you're trying to demonstrate?  Or explain that to
10 us.
11     A.  This is just -- it's on the side of her
12 head.  It's just sort of going like this
13 (indicating) --
14     Q.  Okay.
15     A.  -- from the front to the back, and it just
16 shows there's diffuse hair thinning.
17     Q.  You're saying this is -- is that the right
18 side or the left side?
19     A.  This is the left side of her head, so
20 facing towards the front.
21     Q.  Okay.
22     A.  Or towards the left.
23     Q.  Let's turn quickly, Dawn -- one more thing
24 and then we'll take a break -- to Exhibit 1 which is
25 your report because it's already been marked and you

1  VESNA PETRONIC-ROSIC, M.D.
2  have it in front of you.  Go back to your report,
3  yeah, page 54.  I mentioned there was a better
4  picture.  Let's look at that.  Let's put that
5  picture part, that's in color so it's easier to see.
6  You agree that this is the occipital area, correct,
7  where the biopsy was taken?
8      A.  Yes.
9      Q.  All right.
10     A.  Yes.
11     Q.  And what you write down at the bottom,
12 however, is "Two circles drawn with purple marker
13 indicate biopsy sites, vertex horizontal and vertex
14 vertical"; do you see that?
15     A.  Yeah, I do see that?
16     MS. COHEN:  All right.  Let's take a lunch
17 break if that's already with everybody.  I think
18 this is a good time to break.
19     MS. REYNOLDS:  How long would we like to
20 take for lunch?
21     THE VIDEOGRAPHER:  Do you want to go off
22 the record first?
23     THE REPORTER:  Please.
24     MS. COHEN:  We'll go off the record.
25     MS. REYNOLDS:  That's fine.

1  VESNA PETRONIC-ROSIC, M.D.
2      THE VIDEOGRAPHER:  The time is 1:17.  We're
3  going off the record
4              (Whereupon, at 1:17 p.m., the
5              deposition was recessed, to
6              reconvene at 2:00 p.m., this
7              same day.)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 186

```
1            VESNA PETRONIC-ROSIC, M.D.
2               AFTERNOON SESSION
3                           (2:15 p.m.)
4            THE VIDEOGRAPHER:  This is the start of
5    media labeled No. 4.  The time is 2:15.  We are back
6    on the record.
7                   VESNA PETRONIC-ROSIC,
8    the witness at the time of recess, having been
9    previously duly sworn, was further examined and
10   testified as follows:
11                  EXAMINATION
12              (Resumed)
13   BY MS. COHEN:
14       Q.  Okay.  Great.
15           So, Doctor, we're back after a lunch break.
16   Sorry it ran a little longer due to some technical
17   issues, but we'll try to move through the afternoon
18   expeditiously as we can.
19           I want to go back to I guess your report
20   now.  I think we finished going through the medical
21   MedStar documents.  We're going to pull up Exhibit 1
22   and go back to your report itself.  We'll have it on
23   the screen.  You also have your hard copy if you
24   need it.  Let's just start with 1, I guess.
25           So, Doctor, this morning we talked about I
```

Page 187

```
1            VESNA PETRONIC-ROSIC, M.D.
2    think the importance of your medical records, you
3    sign them, and, again, I think I covered it already
4    with this report, Exhibit 1, but you obviously knew
5    the importance of doing this report in terms of the
6    truth and accuracy of it, correct?
7        A.  Yes.
8        Q.  All right.  And -- let's see.  And just to
9    be clear, the opinions expressed in this report are
10   yours, right?
11       A.  Yes.
12       Q.  The words in here are yours, correct?
13       A.  I put -- I wrote the report if that's what
14   you're asking.
15       Q.  Yes.  These are your -- your thoughts and
16   opinions, correct?
17           MS. REYNOLDS:  Object to form.
18       A.  My -- yes.  I mean, nobody told me what to
19   write if that's what you're trying to ask.  I wrote
20   the report based on my analysis of the literature
21   and exam of the patient and the biopsies.
22       Q.  And this was the way of expressing in this
23   case as an expert witness for the Plaintiff what
24   your original thoughts and words were, correct?
25       A.  Say that again.  I'm sorry.  You got
```

Page 188

```
1            VESNA PETRONIC-ROSIC, M.D.
2    muffled.
3        Q.  No problem.
4            This was your way of expressing in this
5    case in which you've been retained and disclosed as
6    an expert witness your original thoughts and
7    opinions on behalf of yourself, correct?
8        A.  Yes.
9        Q.  Let me go to -- let's see what I'm going to
10   do.  Oh, I know what this is.  In the report -- and
11   we'll go -- we'll go through it and I apologize for
12   jumping around.  It's sort of the way my mind works.
13   I apologize for that, but hopefully it means we
14   won't go through painstakingly every single page.
15   There's a section, which I think you probably will
16   agree is one of the more important sections, and
17   that is called -- let's see.  This will be on page
18   36.
19       A.  Yes.
20       Q.  So, again, page 36, this is your section
21   called "Permanent chemotherapy-induced alopecia,"
22   correct?
23       A.  Yes.
24       Q.  And it runs from -- let's see.  I can't
25   find the ending of it.  You agree that this is an
```

Page 189

```
1            VESNA PETRONIC-ROSIC, M.D.
2    important section because this is the section
3    related to what you believe was Ms. -- was
4    Mrs. Stewart's diagnosis, correct?
5            MS. REYNOLDS:  Object to form.
6        A.  I mean, I think all the sections are
7    important.
8        Q.  Okay.  That's a -- that's a great -- fair
9    point.  Permanent chemotherapy-induced alopecia,
10   which is the title on page 36, I've seen that maybe
11   in your report, maybe in others, people use the word
12   persistent versus permanent.  Do you use them
13   differently or interchangeably?
14       A.  To me they're synonymous.
15       Q.  Okay.  So you could use -- you'd be happy
16   or you would be satisfied if I say persistent or
17   permanent, either way is fine with you; is that
18   fair?
19       A.  Yes, that is fair.
20       Q.  Have you ever made a diagnosis in a patient
21   where you put in the chart permanent chemotherapy-
22   induced alopecia?
23       A.  Yes.
24       Q.  Have you ever put in a patient's chart
25   persistent chemotherapy-induced alopecia?
```

VESNA PETRONIC-ROSIC, M.D.

1
2     A.  Oh, I don't know if I used one or the
3  other.
4     Q.  Okay.  When is the first time that you
5  would have started using or diagnosing someone with
6  the phrase permanent chemotherapy-induced alopecia?
7     A.  Oh, probably ten years ago.
8     Q.  Okay.  And do you have any estimate for us
9  sitting here today how many times you have made a
10 diagnosis of permanent chemotherapy-induced alopecia
11 in a patient?
12    MS. REYNOLDS:  Object to form.
13    A.  I mean, I can't give you a number because I
14 didn't keep track of that.
15    Q.  Okay.
16       Now, let me go back before we drill down
17 more in this report in this section, we talked
18 earlier about you being a member of the acad- --
19 American Academy of Dermatology for many years, as I
20 recall.  And I don't want to misstate, so I can look
21 up exactly the number.  We did talk about that.  Oh,
22 since 1992.  So 28 years, right?
23    A.  Yes.
24    Q.  And you're familiar with the American
25 Academy of Dermatology that they have different

VESNA PETRONIC-ROSIC, M.D.

1
2  position statements, correct?
3     A.  I guess.  I don't know what you're exactly
4  referring to.
5           (Rosic Exhibit 10 was marked
6            for identification.)
7  BY MS. COHEN:
8     Q.  Okay.  Let me -- let's go ahead and pull
9  up -- this will be a new exhibit --
10 (indecipherable) -- 10.  We'll pull this up for you.
11       The American Academy of Dermatology, again,
12 they have their position statements that are listed
13 on-line.  Have you ever seen them?
14    A.  I've been to the Website many times.  I
15 don't know what exactly you're referring to.
16    Q.  Okay.  Well, we'll pull it up.  Here is one
17 from your academy of 28 years, the American Academy
18 of Dermatology position statement on expert
19 witnesses approved by the board of directors
20 November 22, 2003.  Have you seen this one?
21    A.  Yes.
22    Q.  Okay.  Good.
23       And just, you know, generally, of course,
24 some -- I'll say that some medical societies and
25 specialties have their members sign these, actually

VESNA PETRONIC-ROSIC, M.D.

1
2  members have to sign them.  Does the American
3  Academy of Dermatology or -- or I'll just start calling
4  it AAD, do you guys have to sign this as part of
5  this or do you just -- or you don't have to sign off
6  on it?
7     A.  I don't remember when it came out it was
8  such a long time ago whether we had to sign it or
9  not.
10    Q.  Okay.  But it's certainly something that
11 you endorse as part of the AAD, that is, that expert
12 witnesses be, as it says here, honest and unbiased?
13    A.  Yes.
14    Q.  It says "The integrity of the judicial
15 process depends upon the honest, unbiased testimony
16 of expert witnesses on both sides of courtroom
17 controversies.  Justice, humaneness, and
18 professionalism demand a dermatologist bring to the
19 courtroom the same competence, expertise,
20 objectivity, and compassion that they bring to the
21 care of their patients.  Testimony in matters
22 medical/legal is as much a part of the practice of
23 medicine as is caring for patients."  Do you see
24 that first paragraph?
25    A.  Where are you -- where are you reading

VESNA PETRONIC-ROSIC, M.D.

1
2  that?  I don't follow your -- where you're reading
3  that.
4     Q.  Okay.  We'll highlight it for you.  Do you
5  see that now?
6     A.  Yes.
7     Q.  Okay.  And you agree with that?
8     A.  Yes.
9     Q.  And the next paragraph says, I'll go to the
10 second sentence, "Nonpartisan, scientifically valid
11 expert testimony assists soundly in the deliberation
12 of particular cases and contributes to equitable
13 outcome based on generally acceptable medical
14 principles."  Do you agree with that?
15    A.  Yes.
16    Q.  "The expert witnesses are expected to be
17 impartial and should not assume the role of
18 advocate, except as a spokesperson for the field of
19 special knowledge that he or she represents."  Do
20 you agree with that?
21    A.  Yes.
22    Q.  Now, let's jump down to the bottom part and
23 it says -- there it is.  "Prior to offering any
24 testimony a dermatologist" -- we'll have it
25 highlighted while I talk -- "serving as an expert

VESNA PETRONIC-ROSIC, M.D.

1  witness should" -- first bullet -- "become familiar
2  with all data relevant to the particular matter at
3  issue, excluding no relevant information for the
4  purpose of creating a view that favors either party
5  to a dispute"; do you see that?
6     A.  Yes.
7     Q.  Do you agree with that?
8     A.  I agree with it, but "all data relevant to
9  the particular matter at issue" is a very undefined
10 term.  So that I'm not sure exactly what that means,
11 but in general I agree one should become familiar
12 with all available data relevant to the particular
13 matter at issue.
14    Q.  Okay.  And No. 2 bullet says "Review
15 previous and current concepts related to standards
16 of dermatologic practice, standards applicable to
17 the matter at issue."  I assume you agree with that
18 one too?
19    A.  Yes.
20       MS. REYNOLDS:  Object to form.
21 BY MS. COHEN:
22    Q.  And the last one "Decide whether his or her
23 opinions, if any, will contribute in a meaningful,
24 positive, and unbiased way to adjudication of the

VESNA PETRONIC-ROSIC, M.D.

1  case impartially."  I assume you agree with that as
2  well?
3        MS. REYNOLDS:  Object to form.
4     A.  I mean, I don't object to it, yes, but
5  these are normal statements.
6     Q.  All right.
7        And then the next page we go to it says
8  "The expert witness should" -- and I'll go to the
9  second one, I'm not going to read the whole thing,
10 but "Offer expert testimony that is objective,
11 truthful, and accurate based solely on medical
12 knowledge of the matter at issue, and never on the
13 litigation posture of Plaintiff or Defendant."  Do
14 you agree with that?
15    A.  Yes.
16       MS. REYNOLDS:  Object to form.
17 BY MS. COHEN:
18    Q.  The fourth one we'll go to, "Honestly and
19 fully describe where and how his or her opinions may
20 differ from common practice, never representing his
21 or her own views as the only correct ones if they
22 differ from those held by other qualified
23 dermatologists."  Do you agree with that one?
24    A.  Yes.

VESNA PETRONIC-ROSIC, M.D.

1     Q.  And then on the bottom part it says "The
2  expert witness should be aware that depositions and
3  courtroom testimony are public statements.  The
4  physician expert should not offer testimony that he
5  or she would not be willing to submit for
6  independent peer review"; do you see that?
7     A.  Yes.
8     Q.  And you agree with that as well, correct?
9     A.  I mean, I think those are all very
10 reasonable statements.
11       (Rosic Exhibit 11 was marked
12            for identification.)
13 BY MS. COHEN:
14    Q.  Okay.  Let's move to another exhibit.  This
15 is another one from the AAD, your organization.
16 We're going to make this which number?  11.  We'll
17 pull this one up.  This is the 2006 ethics
18 committee, and if you can go to page -- when you
19 open it, page 8.
20       Oh, let me ask you, have you seen this
21 before?  This is "Ethics in Medical Practice With
22 Special Reference to Dermatology."  I'll go to the
23 front page and give you a chance.  Have you seen
24 this before?

VESNA PETRONIC-ROSIC, M.D.

1     A.  Yeah.  No.  No
2     Q.  Do you see that it's part of your
3  organization, American Academy of Dermatology, at
4  the bottom?
5     A.  I see that it has the stamp of the American
6  Academy of Dermatology, yes.
7     Q.  Okay.
8        And let's go to the next page, page 2 in
9  this booklet.  At the top it says -- we're pulling
10 that up -- "This booklet of information on medical
11 ethics is prepared and sanctioned by the American
12 Academy of Dermatology."  Again, you don't have any
13 reason to disagree with this, do you?
14    A.  I don't know anything about this reference.
15 So I can't agree or disagree with it.  I'd have to
16 review it.
17    Q.  Okay.  And we'll give you a chance to do
18 that.
19       Let's go to, let's see, page 8.  We talked
20 a little bit about this before, but "Research and
21 Academic Responsibilities," one of the things you
22 told us this morning was that you serve as an editor
23 for different journals, correct?
24    A.  Yes.

Page 198

```
 1              VESNA PETRONIC-ROSIC, M.D.
 2       Q.  And obviously at Georgetown I'm sure in
 3  your role there research and academic publishing is
 4  probably part of your administrative duties there as
 5  well, correct?
 6       A.  Whether research and publishing is part of
 7  my administrative duty?
 8       Q.  Well, are you -- do you oversee any aspects
 9  of research at Georgetown?
10       A.  I mean, I'm the chair of the department.
11  My responsibilities are to oversee the department
12  and the academic progress of the faculty residents
13  and medical students.
14       Q.  And you'll agree, I'm sure, that ethics and
15  compliance in terms of publishing research is an
16  important, you know, aspect of any university and
17  research, correct?
18       A.  Well, yes.
19       MS. REYNOLDS:  Object to form.
20  BY MS. COHEN:
21       Q.  Let's just look at this first part of the
22  AAD -- yeah, the AAD part and see what you -- see if
23  you agree with this in terms of research and
24  academic responsibilities.  No. 1, let's see, "All
25  research and academic activities must be conducted
```

Page 199

```
 1              VESNA PETRONIC-ROSIC, M.D.
 2  under conditions of full compliance with ethical,
 3  institutional, and government guidelines."  Do you
 4  agree with that?
 5       MS. REYNOLDS:  Object to form.
 6       A.  I have to tell you I can't read this.  This
 7  is very -- projecting very poorly.
 8       Q.  Okay.  We'll take the yellow off and we'll
 9  make it super big.  I want to make sure you can read
10  it.  Okay.  You can bring -- you can make that
11  larger if you need to.  Can you -- can you do that?
12  Is it better without the yellow?
13       A.  No.
14       Q.  All right.  Can you read it now?  I'll help
15  you.
16       MS. REYNOLDS:  (Inaudible.)
17       MS. COHEN:  I'm sorry?  You can magnify it
18  on your end if you need to.
19       MS. REYNOLDS:  (Inaudible) icon --
20       THE REPORTER:  Guys.
21       MS. REYNOLDS:  -- at the bottom of the
22  document.
23       MS. COHEN:  Excuse me?
24       MS. REYNOLDS:  On the screen where the
25  document is being displayed --
```

Page 200

```
 1              VESNA PETRONIC-ROSIC, M.D.
 2       THE WITNESS:  I've got it, yeah.
 3       MS. REYNOLDS:  -- there should be towards
 4  the bottom left -- okay.  That -- I don't know that
 5  it will correct any of the issues, but --
 6       THE WITNESS:  No, it's better.
 7       MS. REYNOLDS:  -- (inaudible) can control
 8  (inaudible) bigger.
 9       THE WITNESS:  Okay.
10       THE REPORTER:  Ladies, we have got to go
11  one at a time.
12       THE WITNESS:  (Inaudible.)
13       THE REPORTER:  Hold on.  Hold on.
14  Seriously, my audio is not good because of what I
15  had to do.  So we have got to go one at a time.
16       MS. COHEN:  Okay.
17       THE REPORTER:  And you've got to slow down.
18       THE WITNESS:  All right.
19       THE REPORTER:  Go ahead.
20  BY MS. COHEN:
21       Q.  I'm going to read the first one again.  The
22  title is "Research and Academic Responsibility."  It
23  says "All research and academic activities must be
24  conducted under conditions of full compliance with
25  ethical, institutional, and government guidelines."
```

Page 201

```
 1              VESNA PETRONIC-ROSIC, M.D.
 2  I assume you agree with that, correct?
 3       A.  Yes.
 4       Q.  Now, number -- letter B,
 5  "Dermatologists" -- sorry.  Is that okay?
 6  "Dermatologists do not claim as their own
 7  intellectual property that which is not theirs.
 8  Plagiarism or the use of other's work without
 9  attribution is unethical."  I assume you agree with
10  that as well, correct?
11       MS. REYNOLDS:  Object to form.
12       A.  Yes.  For research and academic
13  responsibility plagiarism is not accepted.
14       Q.  Okay.  And you agree with the statement
15  that dermatologists should not claim as their own
16  intellectual property that which is not theirs,
17  correct?
18       MS. REYNOLDS:  Object to form.
19       A.  For research and academic responsibilities,
20  yes.
21       Q.  All right.
22       Now, C -- well, let me see.  Or let's go to
23  D.  "The principal investigator or senior author of
24  a scientific report is responsible for ensuring that
25  appropriate credit is given for contributions to the
```

VESNA PETRONIC-ROSIC, M.D.

1  VESNA PETRONIC-ROSIC, M.D.
2  research described."  I assume you agree with that
3  as well, correct?
4      A.  I agree.  This all relates to research and
5  academic publication.
6      Q.  Okay.  And, again, you said plagiarism.
7  What is -- what is your definition of plagiarism?
8  Do you have one?
9          MS. REYNOLDS:  Object to form.
10         MS. COHEN:  Or I can -- let me see -- go
11 ahead.
12     A.  I mean, I don't know where you're going
13 with this.  So I don't appreciate this sort of
14 intimidating approach, but yeah, please go ahead and
15 ask your question.
16     Q.  Believe me, I'm reading this from your own
17 organization's ethics code, ethics in
18 (indecipherable).  So there's no intimidation.  I'm
19 simply reading this to you.  I assume you agree with
20 the statement that plagiarism or the use of other's
21 work without attribution is unethical, correct?
22         MS. REYNOLDS:  Object to form.  Object to
23 form.
24     A.  I already responded to your question as it
25 relates to research and academic responsibilities,

1  VESNA PETRONIC-ROSIC, M.D.
2  which is the title of that paragraph.
3      Q.  Okay.  And, again, I used Merriam-Webster,
4  I looked up plagiarism, and (indecipherable) it says
5  "To steal and pass off the ideas or work of another
6  as one's own."  Is that how you use the word
7  plagiarism as well?
8          MS. REYNOLDS:  Object to form.
9      A.  I don't use the word plagiarism.
10     Q.  Are there any codes of conduct or ethics
11 posed at Georgetown that govern research and
12 responsibilities there, academic responsibilities?
13         MS. REYNOLDS:  Object to form.
14     A.  I'm sure there -- well, there's a huge
15 delay, but I'm sure there are.
16     Q.  Would you agree that at Georgetown that
17 plagiarism or the use of other's work without
18 attribution is unethical?
19         MS. REYNOLDS:  Object to form.
20     A.  For the re- -- for the purpose of research
21 and publications, I agree.
22     Q.  Okay.
23         Now, let's go back to the report where we
24 were before on page 36 in the section called
25 "Persistent chemotherapy-induced alopecia."  Let's

1  VESNA PETRONIC-ROSIC, M.D.
2  see.  We talked earlier about Dr. Tosti's report; do
3  you recall that?
4      A.  Yes.
5      Q.  That was one of the items that you had to
6  review and have noted in the back part of materials
7  consulted, that was one of the -- let's see.  There
8  were like four bullets and this was one of them.
9  Rule 26 expert report of Antonella Tosti.  Do you
10 have that in front of you anywhere?
11     A.  Dr. Tosti's report?  I do.
12     Q.  Yes.
13     A.  I just need to find it.
14     Q.  All right.  One second.
15         You have Dr. Tosti's report and this is the
16 same report you had, again, from Plaintiff's counsel
17 before you started drafting your report, correct?
18     A.  I have Dr. Tosti's report.
19     Q.  All right.  Did Plaintiff's counsel provide
20 it to you?
21     A.  Yes.
22              (Rosic Exhibit 12 was marked
23               for identification.)
24 BY MS. COHEN:
25     Q.  And we're going to pull up -- you have your

1  VESNA PETRONIC-ROSIC, M.D.
2  report and Dr. Tosti's report in front of you, and
3  you can feel free to look at them.  Let's pull up a
4  new exhibit we put together.  What is this one
5  called?  Number --
6          Have you gone back and anywhere compared
7  Dr. Tosti's report to your report that you signed
8  and issued in this case?
9      A.  No, I haven't compared our reports.
10     Q.  All right.  Well, let's do that right now
11 as one of your reliances.  We'll look at your -- we
12 did a side-by-side comparison of -- we'll actually
13 go back -- your report starting on page 5, the
14 section on types of hair, and we have Dr. Tosti's
15 section on types of hair which is bottom of 2 to 3;
16 do you see that?
17     A.  Yes.
18     Q.  All right.  And would you agree with me
19 that the reports in the section types of hair are
20 verbatim?
21         MS. REYNOLDS:  Object to form.  I would
22 ask that you --
23         THE WITNESS:  No, I wouldn't.
24         MS. REYNOLDS:  -- give her time to review
25 the two comparisons that you just put on the screen

1          VESNA PETRONIC-ROSIC, M.D.
2   with all of this highlighting.
3   BY MS. COHEN:
4        Q.  Take whatever time you want.  I can even
5   e-mail it to you if you want.  I would like you to
6   look at those, and if they're not verbatim --
7        A.  Yeah, sure.
8        Q.  -- (inaudible) where they aren't.
9        A.  Sure.
10        "Types of hair," that is the same in both.
11   "The body is covered with two types of hair, vellus
12   hair and terminal hair."  "Our body is covered with
13   two types of hair, vellus hair and terminal hair."
14   So that's not verbatim.
15        "Vellus hairs are thin, short, and
16   nonpigmented." "Vellus hairs are thin, short
17   (generally less than one centimeter)" --
18        THE REPORTER:  I'm sorry.
19        A.  -- "and nonpigmented."  So it's not
20   verbatim.
21        THE REPORTER:  You have to slow down.
22        A.  "They cover all parts of our body except
23   for the palms of the hands and soles of the feet."
24   "They cover all the apparent hairless parts of our
25   body except for the palms of the hand and soles of

1          VESNA PETRONIC-ROSIC, M.D.
2   the feet."  That is not verbatim.
3        "Terminal hairs are present from birth on
4   the scalp, eyebrows, and eyelashes."  "Terminal
5   hairs are long, thick, pigmented, and have an
6   internal layer called medulla."  Not verbatim.
7        "Their presence on" -- well, you know, so
8   on and so forth.  "After puberty they appear in the
9   beard area, trunk, limbs of men, pubic and axillary
10   areas of both men and women."  "After puberty they
11   appear in the beard, trunk, limbs, pubic and
12   axillary areas of men and women."  That sentence is
13   the same.
14        "The hair follicles that produce terminal
15   hairs are larger and located deeper within the
16   dermis than the follicles that produce the vellus
17   hair."  "The follicles that produce" -- that is the
18   same (inaudible).
19        Q.  The sentences that you just read are exact,
20   correct?
21        MS. REYNOLDS:  Object to form.
22        A.  So two sentences out of two paragraphs are
23   the same.
24        Q.  That's what you found?
25        A.  I'm sorry?

1          VESNA PETRONIC-ROSIC, M.D.
2        Q.  That's what you say?  You say out of those
3   you think only two are the same?  It's fine.  We'll
4   just get your testimony.  You believe two --
5        A.  It's not -- it's not what I think.  It's
6   what is there.  The words are not the same other
7   than two sentences.  How would you like me to --
8   how -- okay.  (Inaudible) terminal hair in other
9   words?  What are other words that you know for
10   vellus and terminal hair that I can describe them as
11   vellus and terminal hair?  Are there other words?  I
12   have to use the same words.  There are no other
13   names for vellus and terminal hair.  When we talk
14   about types of hair, we only talk about types of
15   hair.  There's no other way to describe types of
16   hair than to say types of hair.
17        Q.  Let's look at the next section.  There's
18   one, two, three sentences that come up in Tosti's
19   report, and I want you to just tell me if the same
20   three sentences verbatim are in your report on the
21   left side.
22        A.  I have to read them.  She has a whole -- a
23   whole bullet and thing that I don't.  The first
24   sentence is the same, the second sentence is not
25   afterwards.

1          VESNA PETRONIC-ROSIC, M.D.
2        Q.  Well, let's read -- let's read it because I
3   want to get clear on this.  Let me -- let me read
4   the one you just said was not the same.  Yours
5   says --
6        A.  Well, you said verbatim, right?  Verbatim
7   means identical, right?  Could you look that up in
8   the dictionary, please, what verbatim means.
9        Q.  Yes.  I happen to have it right here.  It
10   means "In the exact words, word for word, quoted,"
11   and it means "(indecipherable) exact words.  Latin
12   has a phrase for exactly as written, verbatim word
13   for word, letter for letter."
14        Now, let me read the sentence and see if we
15   agree.  It says -- the one you just said does not --
16        MS. REYNOLDS:  I'm just going to object
17   here because I think that this is on the borderline
18   of being witness harassment.  You've highlighted her
19   report and Tosti's report and you're making an
20   allegation that she somehow committed plagiarism.
21   It's clear just on looking at them that not every
22   word and sentence you highlighted is verbatim the
23   same between the two reports.  So I'm very concerned
24   about where this is headed.  You have every right to
25   ask her questions, but I do think (inaudible).

                    VESNA PETRONIC-ROSIC, M.D.
1
2    BY MS. COHEN:
3         Q.  So let me -- the sentence you just said,
4    Doctor, was not the same.  I'm going to read yours.
5    Yours says "This transformation is caused by
6    androgens and takes place in both physiologic and
7    pathologic situations."  Now I'm going to the right
8    side.  It says "This transformation is caused by
9    androgens and takes place in both physiological and
10   pathological situations."
11        Are they the same?
12        A.  That one sentence is the same, as I said.
13   Did you check, though, whether -- did you check
14   whether those sentences appear in other works in the
15   literature?
16        Q.  All right.  Let's -- let's -- I'm taking --
17        A.  Because we only -- we only have a limited
18   amount of literature to take information from to put
19   our work together when we're describing something.
20   So did you check both of these against other
21   literature?  There's actually software that does
22   that.
23        Q.  Well, let me ask you this question.  In
24   your section of your report on page 5 in the section
25   called "Types of hair," which is the part we're

1                   VESNA PETRONIC-ROSIC, M.D.
2    reading -- that we were reading -- well, we were
3    reading that before.  Let me look at this next one.
4    Let's look at page, yeah, 5, hair -- the hair --
5    well, no.  I was at, okay, "Types of hair," page 5
6    that we just read.  Do you have that in front of
7    you?
8         A.  I mean, I have whatever you posted up there
9    which compares our reports, which even if you look
10   at them, they're totally different.  Even if you
11   just visually look at them, they're different.
12        Q.  Yeah.  Let's look at -- I'm into the words
13   and the -- and the specifics.  So let's focus on
14   that instead of the layout of the page.  The "Types
15   of hair" section on your report, do you have any
16   citation in that section to either Dr. Tosti's
17   report or any literature?
18        A.  I don't have citations for the descriptions
19   that are like textbook -- textbook information.
20   This is available in any textbook of dermatology.
21   This is not proprietary intellectual information.
22        Q.  Okay.  Let's look at the next -- let's go
23   to the next page of our exhibit here, which is two
24   of this, and we'll look at the "Hair density"
25   section.  Is the first sentence that's highlighted

1                   VESNA PETRONIC-ROSIC, M.D.
2    in each the same?
3         A.  No, they're not the same.
4         Q.  Okay.  I'll just read it.  "The density of
5    the hair follicles is specific to the part of the
6    body where they are located.  Nearly half of all
7    follicles are located on the head and on the scalp."
8         A.  That's not what her report says.
9         Q.  Okay.
10        A.  It is not verbatim.
11        Q.  Okay.  "The density of the hair follicles
12   is specific to the part of body where they are
13   located," is that the same or different?
14        A.  That is the same.  That is not intellectual
15   property sentence.  Do you seriously think that that
16   is original intellectual proprietary information,
17   that the density of hair follicles is specific to
18   the part of the body where they're located?  I mean,
19   this is -- okay.  I'm just going to stop.  This is
20   ridiculous.
21        Q.  Dr. Rosic, the "Hair density" section on
22   page 5 you in your report cite to Dr. Tosti's
23   report?
24        A.  No, because I cite the original research
25   from where I got -- that information was copied, and

1                   VESNA PETRONIC-ROSIC, M.D.
2    if you look -- if you look at those articles, those
3    exact values and sentences are taken from those
4    articles that are cited.
5         Q.  Let's look at page 19 for a minute, and
6    I'll let you get there.  I'm sorry.  3 on ours and
7    it's 19 in the report.  All right.  We'll go to the
8    section called "Acute telogen effluvium."  Are you
9    there?  And just tell me, is the highlighted
10   sentence the same on -- in each report on this page?
11        A.  Yes, they're the same.
12        Q.  Okay.  And in your report -- and you can
13   look at it on page 19 -- there's no citation to any
14   article or Dr. Tosti's report, correct?
15        A.  That is -- this is generally known
16   dermatology information available in any textbook.
17        Q.  Okay.
18        A.  This is not intellectual property of
19   Dr. Tosti.
20        Q.  What textbook did this come from?
21        A.  Oh, I can pull -- actually I can't because
22   they're all at work, but if you read any general
23   textbook of dermatology, you can read that the acute
24   telogen effluvium is the result of an acute event
25   and that it happens usually three months earlier and

VESNA PETRONIC-ROSIC, M.D.

1     there are enumerable causes.
2     Q.  Let's look at "Traction alopecia" on page
3   34 of your report and page 5 of this exhibit.  We've
4   done a side by side of yours and Dr. Tosti's.  Would
5   you let us know if they are verbatim or identical,
6   whichever term you want to use.
7     A.  They're the same.
8     Q.  And the part on CCCA, other than the
9   part we did not highlight, do you agree that they're
10  the same?
11    A.  Except for one word, they are the same.
12    Q.  Okay.  And this says -- well, let's move --
13  yeah.  Let's move to the next section, which is on
14  permanent chemotherapy-induced alopecia.  That's on
15  page 36 of yours.  Take whatever time you need in
16  this section about permanent alopecia after
17  chemotherapy -- yours says permanent chemotherapy-
18  induced alopecia.  Let us know if they're the same
19  other than the one sentence we didn't highlight.
20    A.  All right.  Well, I can tell you right away
21  they're not the same because I see all these capital
22  letters that I don't use, but okay.
23    Q.  Okay.  Disregarding the capitalization, I'm
24  just asking about the precise, to use your words,

VESNA PETRONIC-ROSIC, M.D.

1     words used in this, the precision of the words.
2     A.  Well, they're not identical.  You're
3   claiming they're identical and they're not.  The
4   title -- the title that you highlighted is not
5   identical, that's to begin with.
6     Q.  Okay.  Sure.  How about the next paragraph?
7     A.  Well, the first four words -- five words --
8   this is not identical.  I mean, do we really have to
9   go word for word?  Even if you read the first, mine
10  starts with "Permanent chemotherapy-induced
11  alopecia, PCIA."  Her starts with "Permanent
12  alopecia after chemotherapy."  I mean, I don't
13  understand what you're trying to do here.  They're
14  not identical.
15    Q.  Okay.  Let me just -- I know you're upset.
16  Let me just -- let me just try and find this.
17    A.  I mean, we're wasting time on things that
18  are obviously -- like they're obviously not the
19  same.
20    Q.  You're getting paid $900 an hour, aren't
21  you, ma'am?
22    A.  I want to talk about --
23    Q.  (Inaudible.)
24    A.  That's inappropriate.  I want to talk about

VESNA PETRONIC-ROSIC, M.D.

1     things that matter, not whether I used permanent
2   chemotherapy-induced alopecia or persistent
3   chemotherapy-induced alopecia.
4     Q.  Well, let's not -- let's not --
5     A.  You're also -- I mean, it is inappropriate
6   for you to claim that you can do whatever you want
7   because I'm being paid $900 per hour.  I'm being
8   paid $900 per hour because that's the value of my
9   work.  I'm sure you're not doing this with no
10  compensation, and that is very inappropriate for you
11  to bring that up.
12         I am looking at this.  The first two lines
13  are not identical.  I don't want to spend time
14  looking at the rest, but if you want to pay me --
15  because I think you're paying for this deposition.
16  If you want to pay me $900 per hour for me to read
17  for the next five, ten minutes line by line this, we
18  can certainly do that.
19    Q.  Again, I don't want you to get upset.  I'm
20  taking the deposition, I'm not acting
21  inappropriately.  I'm looking at your report and
22  your reliance document I'm asking you to compare
23  them in a very nice way.
24         So here's my question again.  Is it your

VESNA PETRONIC-ROSIC, M.D.

1     position that your report in the section "Permanent
2   chemotherapy-induced alopecia" is not the same as
3   Dr. Tosti's report in the same section?
4     A.  Yes, that is my position.
5     Q.  Okay.  And is it your position that when
6   you drafted your report you did not take this
7   section of Dr. Tosti's report?
8     A.  I took parts of everything that I analyzed
9   and incorporated it into my report, and all those
10  documents are listed.
11    Q.  Okay.  For this section, which is, again,
12  your diagnosis, with which we fervently disagree,
13  permanent chemotherapy-induced alopecia, my question
14  is did you take this section as noted here on page 6
15  of this document from Dr. Tosti's report and put it
16  into your report which was then produced to us in
17  the Stewart case?  That's my question.
18    A.  It's not the same.  Go ahead.
19         MS. REYNOLDS:  Before you ask that
20  question, I apologize.  It looks like I was on mute
21  and you couldn't hear me.  I will object to form.
22  You can answer the question, but following that,
23  Lori, we would like to take a short recess and we
24  would like to get on the phone.

VESNA PETRONIC-ROSIC, M.D.

1
2    MS. COHEN: Okay.
3    MS. REYNOLDS: Yes, please.
4        I'm sorry. Go ahead, Doctor, you can
5    answer the question, but please note my objection
6    (inaudible).
7        A. My answer -- yeah. My answer that these
8    two left and right are not verbatim identical and
9    that I used information from all the documents
10   listed to compile my report.
11       Q. And do you agree that for this section you
12   used information from Dr. Tosti's report?
13       A. As I said, I used --
14       MS. REYNOLDS: Object to form.
15       A. -- all the documents listed to compile my
16   report.
17       MS. REYNOLDS: Let's take that break now.
18       MS. COHEN: Okay.
19       MS. REYNOLDS: Please.
20       THE VIDEOGRAPHER: The time is 2:56, we're
21   going off the record.
22            (A short break was had.)
23       THE VIDEOGRAPHER: This is the start of
24   media labeled No. 5. The time is 3:16. We are back
25   on the record.

VESNA PETRONIC-ROSIC, M.D.

1
2    BY MS. COHEN:
3        Q. Dr. Rosic, we've going to just finish up
4    Exhibit 12, a few more pages. Let's look at page 8
5    of this, and my question is simply comparing your
6    report on the left side and Dr. Tosti's report and
7    your report on page 41 to 42, Dr. Tosti's report on
8    pages 14 to 15 that we've put next to each other,
9    I'll give you moment just to review it and let us
10   know if, other than the words that are not
11   highlighted, which is one sentence on the left, are
12   they the same?
13       MS. REYNOLDS: Object to form.
14       A. No, they're not.
15       Q. Okay. Which parts are not the same?
16       MS. REYNOLDS: Object to form.
17       A. "In addition" is not on the other one.
18   Dr. Tosti says she has never seen patients, I didn't
19   say that.
20       Q. Where is that?
21       A. In the first paragraph.
22       Q. Okay. So the word -- the word "never" is
23   what you flagged there. I see that -- that one
24   word. Okay.
25       A. Well, you have it highlighted and it's not

VESNA PETRONIC-ROSIC, M.D.

1
2    the same.
3        Q. Okay. So that's -- that's one word. I
4    understand that. Thank you. Anything else?
5        MS. REYNOLDS: Object to form.
6        A. The third paragraph is not the same at all
7    actually.
8        Q. Well, yeah. If you read it, it's got
9    separated on the Tosti report, but it's the same
10   words. It's just paginated -- it's a different
11   paragraph --
12       A. No, it's not the same --
13       MS. REYNOLDS: Object to form.
14       A. It's not the same. It's not the same
15   words. First of all, I say "I reviewed," she says
16   "I was able to review."
17       Q. Okay.
18       A. She cites the year, there's no year in
19   mine. So clearly not the same at all.
20       Q. Okay. I see those two points. Got it.
21       A. Well, just two points, but this is only one
22   sentence. So it's multiple points in one sentence.
23       Let's see further. The Sanofi stuff is
24   quoted from a document, so that is irrelevant, and
25   you still have it highlighted even though it's a

VESNA PETRONIC-ROSIC, M.D.

1
2    direct quote. So you have a lot of stuff here
3    highlighted. Maybe you can redo this so that it
4    only highlights what is verbatim, exactly word for
5    word the same and we can revisit it.
6        Q. I may have you point to -- give me one
7    second.
8        A. Yeah. Almost all of this highlighted is
9    not the same.
10       Q. Okay. Well, obviously we'll let the jury
11   and judge decide that, but let me ask a question.
12   Did you take the parts that are the same from the
13   Tosti report and put it into your report?
14       MS. REYNOLDS: Object to form.
15       A. I used all the documents that I have listed
16   in my report to compile it.
17       Q. Let's look at the next page, which is page
18   9 of our exhibit. Okay. I'll let you take a look
19   at that and compare and contrast, if you will, Rosic
20   report page 42 and 43, Tosti report 15 and 16, and
21   do you agree that, as you can see and I think anyone
22   who would see this can see, that it's virtually
23   identical?
24       MS. REYNOLDS: Object to form.
25       A. Well, it's not virtually identical.

VESNA PETRONIC-ROSIC, M.D.
1
2    Q.  I'll give you a chance to tell me what's
3  different.
4       MS. REYNOLDS:  Object to form.
5    A.  Well, even the first sentence is not
6  different.  "A retrospective evaluation of
7  consecutive treatment," "A retrospective prospective
8  evaluation."  I mean, it's not the same.
9    Q.  Okay.  So I see that one word.  Anything
10  else?
11       MS. REYNOLDS:  Object to form.
12    A.  So the three bulleted points are verbatim
13  from the abstract, which is quoted, of course,
14  because that's the title of it.  If you look at the
15  abstract, it's verbatim from the abstract.
16    Q.  And it's verbatim from Dr. Tosti's report
17  as included in that report, correct?
18       MS. REYNOLDS:  Object to form.
19    A.  Which is verbatim to the abstract.
20    Q.  Yes.
21    A.  So I don't understand what the point is.
22  It's exactly as it is in the abstract, in the
23  original.
24    Q.  Are you denying that these pages look the
25  same?

VESNA PETRONIC-ROSIC, M.D.
1
2       MS. REYNOLDS:  Object to form.
3    A.  They're not the same.
4    Q.  Okay.
5    A.  I'm not denying anything.  I'm just
6  disagreeing with your assessment.
7    Q.  Okay.  Let's go to the next page, page 10,
8  and this is Rosic report 43 to 45 versus Tosti
9  report 16 to 17.  I'd ask you to compare them and
10  let me know if you agree that they're the same other
11  than the sentence that's not highlighted.
12    A.  So, of course, the quotations from original
13  studies will be the same because they're quotations.
14  So those are not -- we're just citing the same
15  articles and using quotations.
16    Q.  Is it true that you're citing the exact
17  same sections verbatim from the article as Dr. Tosti
18  did first?
19       MS. REYNOLDS:  Object to form.
20    A.  We're citing the data that is relevant to
21  the report, which is that data, the data that says
22  that patients had "eight times higher odds of PCIA
23  three years after completion of chemotherapy
24  adjusting for age, hair density, and thickness at
25  diagnosis."  That is the part of that original

VESNA PETRONIC-ROSIC, M.D.
1
2  report that was relevant to my report.
3    Q.  Did you tell Dr. Tosti either by e-mail or
4  letter or anything that you were using her written
5  report to create your own report from?
6       MS. REYNOLDS:  Object to form.
7    A.  I was using her as a source of doc- -- for
8  the -- of all the documents.  I have never been in
9  contact with Dr. Tosti in any way.
10    Q.  In your report do you -- other than you
11  have the materials relied upon, do you attribute or
12  give reference to her report in these areas where
13  you're using her words?
14       MS. REYNOLDS:  Object to form.
15    A.  She's referenced as being -- her report is
16  referenced as being a source for my report.
17    Q.  Yes.  And --
18    A.  Her report is not a scien- -- her report is
19  not a scientific publication in the peer reviewed
20  published literature as are these others.  I used
21  her report, yes, and we included it as a source for
22  my report.
23    Q.  Did you -- do you consider your report to
24  be a scientific study?
25       MS. REYNOLDS:  Object to form.

VESNA PETRONIC-ROSIC, M.D.
1
2    A.  I have not -- I have not submitted this for
3  peer reviewed publication.  So that was not the
4  intent for it.  My report is my opinion on this
5  topic.
6    Q.  You don't -- do not consider your report to
7  be scientific; is that correct?
8       MS. REYNOLDS:  Object to form.
9    A.  No, that is not correct.
10    Q.  You said her report is not a scientific
11  report.  Is your report a scientific report?
12    A.  That is not what I said.
13       MS. REYNOLDS:  Object to form.
14  BY MS. COHEN:
15    Q.  I'm reading it right here, her report is
16  not a scientific report.  Is yours --
17    A.  Published in the peer reviewed -- read the
18  whole sentence, please.  Please read the whole
19  sentence back.
20    Q.  I don't have it in front of me.  It's gone
21  now.  You say I have not submitted this to a peer
22  reviewed publication.
23    A.  Right.  This is not a report prepared --
24  this is not a manuscript prepared for peer reviewed
25  publication in the literature.  This is a report

```
 1              VESNA PETRONIC-ROSIC, M.D.
 2   prepared for litigation.
 3       Q.  Yes.  And it's treated differently,
 4   therefore, correct?
 5       A.  I'm not saying --
 6           MS. REYNOLDS:  Object to form.
 7       A.  I'm not saying it's treated differently.
 8   You were asking me if I cited her.  I said yes, her
 9   report is included as a source for my opinions.  So
10   yes, the answer is yes.
11       Q.  I saw that you had her, as we talked about
12   already, on the materials reviewed and consulted, I
13   get that.  I'm just asking in the pages where you
14   quoted her report and used her words did you
15   reference in any of those Rosic report page 6 or
16   anything to that effect?
17           MS. REYNOLDS:  Object to form.
18       A.  So I used quotations from the literature.
19   We already reviewed and saw that it's not word for
20   word verbatim the same.  So I didn't use her words.
21   So no.
22       Q.  And looking at the screen, you can see this
23   right now, is it your position -- we'll move on to
24   something else -- is it your position that you did
25   not use Dr. Tosti's words on this page on the screen
```

```
 1              VESNA PETRONIC-ROSIC, M.D.
 2   to formulate your report?
 3           MS. REYNOLDS:  Object to form.
 4       A.  I already answered that.
 5       Q.  So you're refusing to answer that, Doctor?
 6       A.  No.  I said I already answered it.
 7           MS. REYNOLDS:  Object to form.
 8       A.  Parts of this are quotations from original
 9   publications that are cited.
10       Q.  Okay.  Well, let's -- let's look at one of
11   those publications.  Let me see.  Let's get this out
12   of the way.  We have 12 as an exhibit.  So we'll be
13   able to go back to that in the future as needed.
14           Let's see.  One of the reports that you
15   indeed reference let's look at this one.  I'm going
16   to go back to Exhibit 1, Doctor.  This is your
17   report.  So let's look at page -- we'll go back to
18   page 36, and this is the section on "Permanent
19   chemotherapy-induced alopecia" that we talked about
20   and I think you -- this is obviously in your report.
21   So you have it in hard copy there if you need it.
22   Okay?  Are you with me on that, Exhibit 1?
23       A.  I -- what are you saying?  I have this page
24   in front of me, yes.  Are you referring to the
25   article?
```

```
 1              VESNA PETRONIC-ROSIC, M.D.
 2       Q.  I'm going to get to that in a minute.
 3           So you have the section on page 36,
 4   "Permanent chemotherapy-induced alopecia"; do you
 5   see that?
 6       A.  Yes.
 7       Q.  And the report you have in front of you,
 8   you know, again, you have it in hard copy if you
 9   need.  On page 37 of your report, we'll flip over to
10   that, let's see, you say at the top --
11           MS. REYNOLDS:  Can you hold on just a
12   second.  The exhibit's not --
13           MS. COHEN:  Oh, yes.
14           MS. REYNOLDS:  -- or that page hasn't
15   loaded yet.  I'm sorry.  Thank you.
16           MS. COHEN:  No problem.
17           MS. REYNOLDS:  Is it frozen?  Is it me?
18           MS. COHEN:  It's working on ours.
19           MS. REYNOLDS:  Huh.
20           MS. COHEN:  Should we try it again?
21           MS. REYNOLDS:  There it is.  Sorry.
22           MS. COHEN:  You got it?
23           MS. REYNOLDS:  It finally came up.  I don't
24   know why it took so long on my end.  I'm sorry.
25           MS. COHEN:  Okay.  Sorry about that.  We
```

```
 1              VESNA PETRONIC-ROSIC, M.D.
 2   can always e-mail things if you need them too.
 3   BY MS. COHEN:
 4       Q.  Let's look quickly at -- are you familiar
 5   with the Ralf Paus article?
 6       A.  Which article?
 7       Q.  So the article is called -- the lead author
 8   is Paus, P-A-U-S, (inaudible).
 9       A.  Yes.
10       Q.  Okay.
11           Now, if you turn to page quickly -- turn to
12   page briefly in your report Exhibit E.  Give us just
13   a second.  You can leave it on here.  Just let her
14   turn.  If you could turn to page E, this is a list
15   of your 22 articles.  You should have it in front of
16   you.  If you need us to do it on the screen, we can
17   do it, Doctor.  Would you prefer?
18       A.  Yeah.  I don't -- I don't have it in front
19   of me.
20       Q.  Okay.  We'll do that.  We'll go to
21   Exhibit E.  Again, we talked earlier about this
22   Exhibit E and the 22 articles on it.  I just want
23   you to confirm that the Paus article is not listed
24   on this list, is it?
25       A.  No, but it's cited in the report.
```

VESNA PETRONIC-ROSIC, M.D.

1      VESNA PETRONIC-ROSIC, M.D.
2      Q.  Yep.  I'm going to get back to that.  I'm
3  just showing you that it's not on E, but it's in the
4  report.  So --
5      A.  What is the relevance of that?
6      Q.  So that's page 37 and -- we're getting back
7  to your report, page 37 is up.  Okay.  So here in
8  the top paragraph, again, I started this by asking
9  are you familiar with this article by Dr. Paus
10  called "Pathobiology of Chemotherapy-Induced Hair
11  Loss"?
12     A.  I mean, I cited the article, yes.  It's in
13  my report.  I'm familiar with it.
14     Q.  Okay.  When's the last time you read it?
15     A.  At the time I was putting together the
16  report.
17     Q.  Okay.  It would have been back in June
18  of 200- -- June of 2020; is that right?
19     A.  Or before that.
20         MS. REYNOLDS:  Object to form.
21  BY MS. COHEN:
22     Q.  Okay.  Up until -- sometime before June 8th
23  when you signed and produced this report, correct?
24     A.  Correct.
25     Q.  All right.  And what it says here is --

1      VESNA PETRONIC-ROSIC, M.D.
2  I'll start with the paragraph that leads up to the
3  Paus cite.  "Additionally the degree of hair
4  follicles stem cell damage determines whether
5  chemotherapy-induced alopecia is reversible."  Did I
6  read that correctly?
7      A.  Yes.
8      Q.  And you cite this Paus article with other
9  authors whose names I will butcher.  So I'm just
10  calling it Paus, "Pathobiology of chemotherapy-
11  induced hair loss."  Again, you're citing to Paus,
12  correct?
13         MS. REYNOLDS:  Object to form.
14     A.  I mean that's what's there, yes.
15     Q.  Now, the rest of this section I just want
16  to ask you, page 37, and I know that you cite to
17  that section, 37 and the chart, 38, 39, are those
18  your words?
19     A.  What do you mean are those mine?
20     Q.  Well, I'm trying to understand what part of
21  the report is yours versus -- versus other people.
22  Are these your words on pages -- starting with
23  "Although distinct hair loss pattern was seen,
24  rapidly" -- the whole section goes -- let's talk
25  about 37 and 38.  I'm just trying to understand are

1      VESNA PETRONIC-ROSIC, M.D.
2  those your words?  Are those Dr. -- are those
3  Dr. Tosti's words?  Are those Dr. Feigal's words?
4  Whose words are these?
5         MS. REYNOLDS:  Object to form.
6      A.  These are words from the articles that are
7  referenced.
8      Q.  Okay.  And let's look at the paragraph.  Do
9  you cite the article in any of the paragraphs or the
10  pages in the article?
11         MS. REYNOLDS:  Object to form.
12     A.  I mean, I do.  At the bottom of the page,
13  Tallon, et al., and Tosti, et al.
14     Q.  I'm sorry.  I need to see that.
15     A.  And there's -- there's a paragraph -- all
16  of this information is from the literature.
17     Q.  Okay.  Let me ask a better question.  The
18  cite at the top, if you could slide back up there,
19  Dawn, on the top of page 37, do you see that says
20  "Paus" and has the title, it says -- it gives the
21  title of it?  What I'm trying to find out is the
22  following paragraph in the chart and all that, whose
23  words are these?  I mean, are these your words or
24  are these the article's words?
25         MS. REYNOLDS:  Object to form.

1      VESNA PETRONIC-ROSIC, M.D.
2      A.  Oh, this is from the article.
3      Q.  Okay.  Which parts are from the article?
4         MS. REYNOLDS:  Object to form.
5      A.  This is all from the article.  This is all
6  information from the literature.
7      Q.  I understand that you cit to it, but let me
8  ask specifically.  The paragraph that says "Although
9  distinct hair loss patterns are seen," that
10  paragraph, do you have any words in there or is that
11  all taken from Paus?
12     A.  Oh, I cannot --
13         MS. REYNOLDS:  Object to form.
14     A.  I don't know.  I can't tell you whether
15  there's a word in there that's mine or not, but it
16  references the figure from the article.  So it is
17  from the article.
18     Q.  Okay.  Now let's look at the paragraph
19  on -- so the figure there you took from the article,
20  from the Paus article, correct?
21         MS. REYNOLDS:  Object to form.
22     A.  I believe so, yes.
23     Q.  All right.  The paragraph "Rapidly
24  proliferating," that paragraph, are those your words
25  or are those Dr. Paus's words?

```
1              VESNA PETRONIC-ROSIC, M.D.
2         MS. REYNOLDS:  Object to form.
3      A.  This is all from the literature.  This is a
4   compilation of the literature.
5      Q.  I'm specifically asking about the Paus
6   article which is cited on this page and we looked
7   at.  Is the paragraph that says "Rapidly
8   proliferating," are those your words or are they
9   Dr. Paus's words?  That's all I'm asking.
10     A.  I had --
11        MS. REYNOLDS:  Object to form.
12     A.  I don't have the article readily available.
13  Do you have the article so that I can look at it?
14     Q.  Yeah.  We'll get to that in a minute.  The
15  next -- the next paragraph says "Hence the largest
16  most prominent," it starts with that.  Do you know
17  if those are your words or Dr. Paus's words?
18        MS. REYNOLDS:  Object to form.
19     A.  Can I see the article, please?
20     Q.  Yeah.  I'm going to get to the article.
21  I'm just asking if you know.  If you don't, we'll
22  get to it.
23     A.  I'll know when I see the article.
24     Q.  You can't tell by the words whether you
25  wrote that or whether you took it from an article
```

```
1              VESNA PETRONIC-ROSIC, M.D.
2   verbatim; is that what you're saying?
3         MS. REYNOLDS:  Object to form.  Object to
4   form.
5         MS. COHEN:  Let me ask it again.  Can you
6   tell from the words there whether you, Dr. Rosic
7   wrote it, or whether Dr. Paus wrote it.
8         MS. REYNOLDS:  Same objection.
9      A.  Oh.  I mean, I already explained this is
10  all from the literature.  What I don't know is
11  whether it's a direct quote from the literature or
12  there's a word in there that's mine, but I believe
13  it's all directly from the literature.  But I have
14  to see the article in order to be 100 percent sure,
15  and I don't know why you won't show me the article.
16     Q.  Well, I'm taking your deposition, and I
17  told you I will get to it as soon as I finish a
18  couple more questions.
19     38, "Hair follicle epithelial" paragraph,
20  do you know whether those are your words or taken
21  from the article verbatim?
22        MS. REYNOLDS:  Object to form, and I'd like
23  to make sure the record clearly reflects that the
24  witness did ask for the article.
25     A.  Yes, I'd have to look at the article.
```

```
1              VESNA PETRONIC-ROSIC, M.D.
2      Q.  You can't tell reading that without the
3   article is what you're saying, correct?
4      A.  I don't want to --
5         MS. REYNOLDS:  Object to form.
6      A.  I don't want to guess.  I want to look at
7   the article.
8      Q.  Yes, I know.  You want to be precise,
9   correct?
10     A.  I want to look at the article to be able to
11  answer your question.
12     Q.  Okay.
13     Now, page 38, the paragraph with
14  "Mechanisms underlying PCIA are unknown," do you
15  know whether those are your words or taken from the
16  article by Dr. Paus?  Do you know?
17        MS. REYNOLDS:  Object to form.
18     A.  Same answer.
19     Q.  And I'm going to pull out the article and
20  we'll get it marked now, but let me ask you a
21  question.  In writing, in medical research, the
22  things we've talked about, what is the mechanism, to
23  use that word, to do a direct quote?  How do you do
24  that in an article?  What is the -- what is the
25  standard in medical research?
```

```
1              VESNA PETRONIC-ROSIC, M.D.
2         MS. REYNOLDS:  Object to form.
3      A.  You ref- -- you give a reference.
4      Q.  Okay.  Do you have to put quotes?
5      A.  No.
6         MS. REYNOLDS:  Object to form.
7   BY MS. COHEN:
8      Q.  Do you have to put -- do you have to
9   reference a specific page?
10        MS. REYNOLDS:  Object to form.
11     A.  No.
12     Q.  Do you have to put a reference on a given
13  page to show where it's coming from?
14        MS. REYNOLDS:  Object to form.
15     A.  That is too vague.  I'm not exactly sure
16  what you're asking there.
17     Q.  I'll ask a better question.  When you --
18  when you write an article and you're citing to
19  something, do you have to add a footnote or an end
20  note referencing this specific quotation?
21        MS. REYNOLDS:  Object to form.
22     A.  I mean, you add a number.
23     Q.  Well, we actually have a good example of
24  this.  Let's look at the next paragraph down below,
25  "PCIA is a severe long-term side effect," and you
```

VESNA PETRONIC-ROSIC, M.D.

1
2  see you have footnote 3 referencing Dr. Tosti's
3  article, correct?
4        A.  Yes.
5        Q.  Is that a standard approach in medical
6  research in writing to reference and provide
7  attribution to another author?
8        MS. REYNOLDS:  Object to form.
9        A.  Yes, and I provided attribution to the
10  prior author before that.  Until there was a
11  different author I didn't add the same reference
12  after every paragraph.  That is not standard.
13            (Rosic Exhibit 13 and
14             Exhibit 14 were marked for
15             identification.)
16  BY MS. COHEN:
17        Q.  Okay.  Let me go ahead and we can send
18  you -- pull up the Paus article.  We'll mark this
19  as -- what are we going to mark that as?  13.  Okay.
20  And you wanted to see this.  We'll do the article,
21  and then we'll also do this side-by-side.  This is
22  13 and 14.  And we can go ahead and send it to
23  Jessica too.  If you want us to send you a PDF if
24  that would be easier.
25        MS. REYNOLDS:  Yeah.

VESNA PETRONIC-ROSIC, M.D.

1
2        MR. MICELI:  Yeah.  Circulate --
3        MS. REYNOLDS:  If you could circulate it to
4  everyone on the Plaintiffs' side that's on the call,
5  that would be much appreciated.
6        MS. COHEN:  Okay.  No problem.  First we'll
7  pull up --
8        MS. REYNOLDS:  Thank you.
9        MS. COHEN:  Yep.
10  BY MS. COHEN:
11        Q.  It's taking a little time.  Okay.  We're
12  having trouble loading it.  Maybe try this one.
13  We're having -- we'll get you that article, Doctor,
14  as I promised.
15        A.  I have the article.
16        Q.  Oh, you have it there already?
17        A.  Yes.
18        Q.  Oh, terrific.  Okay.  I thought you didn't
19  have it.  That's great.
20        A.  Well, I didn't.  Now I do.
21        Q.  You have it electronically or in a hard
22  copy?
23        A.  Electronically.
24        Q.  I'm sorry.  What?
25        A.  Electronically.

VESNA PETRONIC-ROSIC, M.D.

1
2        Q.  Okay.  Oh, did somebody e-mail it to you?
3        A.  No.  I used it for this report.  So I have
4  a copy of it in my files that are electronic.
5        Q.  Okay.  Great.  That's excellent.  We're
6  having a little electronic issue here.  So just give
7  it one second.  Sorry, guys, we're just having a
8  little technical issue right here, but we'll get it
9  figured out quickly.  We may have to come back to
10  this because we're having trouble pulling it up.
11        Since you have the article in front of you
12  and just to confirm -- we'll do this just off --
13  turn to page E52, if you will, of the article.
14        MS. REYNOLDS:  Could you please display the
15  article.  I know you might not have the
16  side-by-side, I think you said it's taking a while,
17  but if you have the article.
18        MS. COHEN:  Yep.  I think we're having
19  trouble with both of them.  So I may have to go on
20  to something else.  We'll try it one more time.
21  Then if not, just to keep us moving, we'll...
22        Is that the side-by-side.  Okay.  So here,
23  we'll try -- here's the side-by-side.  Stay on this
24  one.  No, we'll just make this 14, and we'll get the
25  article to you.  Do you want us to e-mail the

VESNA PETRONIC-ROSIC, M.D.

1
2  article to you, Jessica?
3        MS. REYNOLDS:  If you sent the side-by-
4  side, that should be fine.  Just because there are
5  other people on this as well --
6            (Simultaneous speaking.)
7  BY MS. COHEN:
8        Q.  And, Dr. Rosic, I know you have the whole
9  article there before you, but just to go through a
10  couple points there and confirm, that we can confirm
11  what's in your words versus the doctor's words.
12        I mean, the part here on "Although
13  distinct" -- the Rosic report on the left and the
14  Paus article, do you agree that the Paus article
15  verbatim was put into the Rosic report as noted
16  here?
17        A.  Well, I was --
18        MS. REYNOLDS:  Object to form.
19        A.  -- listing the information from that
20  article.  This is not my interpretation of that.  I
21  was not interpreting the article.  The article is
22  cited in the report.
23        Q.  Okay.
24        A.  All of that information is from that
25  article.

1          VESNA PETRONIC-ROSIC, M.D.
2      Q.  Let's look at the next page, which is
3  the -- we'll do the side-by-side about the rapid
4  proliferating.  I know you said you wanted to see
5  the article.  So now we're showing it to you.  Do
6  you agree that this paragraph --
7      A.  Yes.
8      Q.  -- is taken from the article verbatim?
9          MS. REYNOLDS:  Object to form.
10     A.  Well, you keep insinuating that I stole
11 their words.  I cited the article and showed the
12 figures and copied their text into it, and I did not
13 claim this in any way could be mine.  I mean,
14 there's not -- I was showing the literature.
15     Q.  All I'm asking -- all I'm trying to ask you
16 is was this taken from the Paus article verbatim and
17 put into your report?
18         MS. REYNOLDS:  Object to form.
19     A.  It was taken -- this information is from
20 the Paus article, and I did not modify it.
21     Q.  Okay.  Page 3, let's go to that one.  Same
22 question.  And, again, we've highlighted the part
23 from the article.  Would you agree that you took the
24 words verbatim from the article or a direct quote
25 from the article and put them in your report?

1          VESNA PETRONIC-ROSIC, M.D.
2          MS. REYNOLDS:  Object to form.
3      A.  I used the -- yeah.  I used the information
4  from the article and did not modify it for my
5  report, and it is cited in my report.
6      Q.  Okay.  And let's go to the next part, which
7  is page 4 of this exhibit, and I'll let you take a
8  look at that.  Again, we did a side-by-side here,
9  which we'll have, and do you agree that, again, you
10 used the Paus article verbatim, did not change it,
11 and then inserted it into your report in this
12 section?
13         MS. REYNOLDS:  Object to form.
14     A.  Are you -- I really don't understand what
15 you're trying to achieve because it clearly quotes
16 the article, and I wasn't supposed to modify that
17 information.
18     Q.  Okay.  And, again, just to be clear, in
19 your report on page 38, page 38 you're not quoting
20 the Paus article, correct, in your report?
21         MS. REYNOLDS:  Object to form.  Same
22 objection.
23     A.  These are -- this is all from that article.
24 The first next article that is different is cited as
25 No. 2.

1          VESNA PETRONIC-ROSIC, M.D.
2      Q.  Okay.  So, again, just to wrap this up, on
3  page 38 of your report you're not citing to Paus,
4  the article you cite to next is Dr. Tosti's article,
5  correct?
6          MS. REYNOLDS:  Object to form.
7      A.  I'm sorry.  Say that again.
8      Q.  Yeah.  On 38 you do not cite to Dr. Paus's
9  article, correct?
10         MS. REYNOLDS:  Object to form.
11     A.  Yes, I -- I cited on page 37 and everything
12 thereafter until there's a new citation belongs to
13 that article.
14     Q.  Okay.  So you agree with me there's no
15 citation to the Paus article on page 38 of your
16 report, correct?
17         MS. REYNOLDS:  Object to form.
18     A.  Because it starts on page 37.  It's a
19 continuation of page 37.
20     Q.  Do you see a citation to Dr. Paus anywhere
21 in 38?
22         MS. REYNOLDS:  Object to form.
23     A.  No, but it starts on page 37.
24     Q.  Okay.
25         I'm going to move to another topic now.

1          VESNA PETRONIC-ROSIC, M.D.
2  Let me ask a question.  In your report, Exhibit 1,
3  are there any other things that you, again, utilized
4  words of other authors or reports that are not cited
5  in your report?  Are there any other area in the
6  report you'd like to identify for us where you do
7  not cite to a report or an article?
8          MS. REYNOLDS:  Object to form.
9      A.  I've incorporated all the literature, all
10 the textbooks, all the lectures that I've listened
11 to and learned through in the last 30 years.  I
12 could not possibly cite every single thing I read
13 for every word that I put down.
14     Q.  You're not telling a jury listening to this
15 or a judge that you have incorporated verbatim
16 lectures from 30 years, are you, in your report,
17 that you have verbatim quotes from lectures in here
18 that you can't cite to us?  That's not what you're
19 saying, is it?
20     A.  You like that word verbatim.
21     Q.  I'll try a new one.  I'll try a new one.
22 Let me ask a new question.  We'll just go through it
23 and we'll see.  Can you think of -- let me ask you
24 this question.  Can you think of any other part of
25 the report where you're utilizing, you know, other

VESNA PETRONIC-ROSIC, M.D.

1    VESNA PETRONIC-ROSIC, M.D.
2  reports or literature taking exact quotes from them
3  but not citing to it, or do we have what we need --
4      A.  No.  And it's cited here too.
5      MS. REYNOLDS:  Object -- sorry.  Object to
6  form.  I apologize.  There's a delay.
7      A.  Yeah, there's a delay.  You're making it
8  look as though parts of my report are not cited and
9  I keep saying they are cited, and you keep asking
10 are there other.  Well, there are none to begin
11 with, they're cited.  All the literature that I used
12 to put into this report from which I took part is
13 cited in the standard way that we cite literature in
14 medicine.
15     Q.  Let me -- so let me try to move this along
16 here.  Let's look at page --
17     A.  Peer reviewed -- peer reviewed published
18 literature, peer reviewed published literature,
19 that's how we cite it.  We don't put it in
20 quotations, we don't repeat it after every
21 paragraph, we don't put it on the new page if it
22 starts on the prior page.  These are standards.
23     Q.  Okay.
24         And then as far as Dr. Tosti's report goes
25 and using that, the reference to Dr. Tosti's report

VESNA PETRONIC-ROSIC, M.D.

1    VESNA PETRONIC-ROSIC, M.D.
2  is, again, on the back in the materials reviewed
3  page that we looked at already, correct?  That is
4  page -- Exhibit E.
5      MS. REYNOLDS:  Object to form.
6      A.  Dr. Tosti's -- first, I didn't verbatim
7  copy Dr. Tosti's report, that's one, and we already
8  went over that multiple times; and, two, Dr. Tosti's
9  report is not from a journal in the peer reviewed
10 published literature that is cited like the other
11 literature is; and finally, it is included as a
12 source of information that I used to prepare my
13 report.
14     Q.  Right.  That was my question.  On Exhibit D
15 it's listed "Rule 26 expert report of Antonella
16 Tosti, M.D.," correct?  We looked at that before,
17 right?
18     MS. REYNOLDS:  Object to form.
19     A.  Say that again, please.
20     Q.  It's on Exhibit D, "Materials consulted,"
21 "Rule 26 expert report of Antonella Tosti, M.D."
22 You have it front of you, right?
23     MS. REYNOLDS:  Object to form.
24     A.  I don't have Exhibit D in front of me.
25     Q.  We'll pull it up.  We'll pull it up again.

VESNA PETRONIC-ROSIC, M.D.

1    VESNA PETRONIC-ROSIC, M.D.
2  We sent it to you in your hard copy binder so you'd
3  have easy access to it if you want, but that's fine.
4  We'll pull it up.  We'll just pull it right up, it
5  will be fine.  Exhibit 1.
6      A.  Yes, it's listed.  I opened it in the
7  materials you kindly mailed to me.  It is there,
8  yes.
9      Q.  Thank you.  So that's -- that's the
10 citation to Dr. Tosti's report, right?
11     A.  That is not a citation --
12     MS. REYNOLDS:  Object to form.
13     A.  -- because I did not use parts of her
14 report verbatim as I used the peer reviewed
15 published literature where I reference work directly
16 from them.  That is materials that I used to prepare
17 my report.
18     Q.  Would you describe -- and, again, I don't
19 want to go down this path again.  Would you describe
20 the side-by-side comparison as not -- you don't like
21 the word verbatim, I can tell.  Would you describe
22 it as substantially similar?  Would that be a phrase
23 that you'd like to use there?
24     MS. REYNOLDS:  Object to form.
25     A.  We reviewed -- we reviewed the same topic,

VESNA PETRONIC-ROSIC, M.D.

1    VESNA PETRONIC-ROSIC, M.D.
2  the same literature, we referenced the same papers,
3  we put in the information when quotes from the same
4  paper.  So it might be similar, but it is not a
5  citation like the ones from Paus.
6      Q.  Okay.  And you would not agree that it's
7  substantially similar, you will not agree with that,
8  correct?
9      A.  I don't know what "substantially similar"
10 means.  That is a vague term.
11     Q.  Okay.  Do you know what the word
12 "substantially" means?
13     MS. REYNOLDS:  Object to form.
14     MS. COHEN:  Doctor, if you don't, it's
15 fine.  Just say so and we'll move on.  Do you know
16 what the word "substantially" means?
17     MS. REYNOLDS:  Same objection.
18     A.  I know what "substantially" means, but I
19 don't know what you're trying to prove with the
20 reports when I showed you on multiple parts that
21 what you were saying was verbatim was not.  So you
22 were erroneously marking text that was not the same
23 and showing it as the same.  That is not okay.
24     Q.  Doctor, I will move to strike that.  We'll
25 obviously have a jury and judge who decides whether

VESNA PETRONIC-ROSIC, M.D.

1    VESNA PETRONIC-ROSIC, M.D.
2    I was doing anything erroneously in marking text and
3    we'll leave it at that.  Page 16 -- we'll let some
4    other people decide that.
5         Let's look at page 16 of your report, and
6    you have a header here "Alopecia," correct?
7         A.  I do.
8         Q.  And what type of alopecia are you referring
9    to when you use the word "alopecia"?
10        A.  Any type of hair loss.
11        Q.  It encompasses permanent, persistent,
12   temporary, it covers all of it when you use that
13   term, correct?
14        MS. REYNOLDS:  Object to form.
15        A.  Alopecia means any kind of hair loss.
16   Saying alopecia incorporates every single possible
17   kind.
18        Q.  Absolutely.  So let's look down -- further
19   down the page there.  It says -- how do you say -- I
20   want to pronounce it right.  I've said it before and
21   I want to make sure.  C-I-C-A-T-R-I-C-I-A-L, how
22   would you pronounce that.
23        A.  Cicatricial.
24        Q.  Okay.  And you have "Cicatricial (scarring)
25   alopecia."  Now, this list here, what is the source

1    VESNA PETRONIC-ROSIC, M.D.
2    of this one?
3         A.  That is a compilation of multiple
4    difference.  It's like any textbook will give you a
5    classification of alopecias, and that is a
6    compilation from my knowledge and various
7    literature, that is, standard textbook literature.
8         Q.  This list here on page 16, alopecia, the
9    nonscarring type of alopecia and the scarring type,
10   the cicatricial type, that is kind of a compilation
11   of your many years of experience is what you're
12   saying in basic textbooks; did I get that right?
13        A.  Yes.
14        Q.  And can you give us any source, article,
15   textbook, anything that supports the notion that
16   persistent chemotherapy-induced alopecia to be
17   listed under part 2, cicatricial scarring alopecia?
18        A.  I listed it there because it's a permanent,
19   irreversible alopecia, as are all the others in that
20   group.
21        Q.  Okay.  Do you want to take back your
22   earlier testimony and retract it where you said
23   persistent chemotherapy-induced alopecia was
24   nonscarring?
25        A.  I don't want to retract anything.

1    VESNA PETRONIC-ROSIC, M.D.
2         MS. REYNOLDS:  Object to form.
3         A.  I explained -- I explained what that means.
4    It doesn't show fibrosis, it doesn't show scar
5    tissue, but it is a permanent, irreversible alopecia
6    and it -- when it happens, when a patient has it, it
7    never grows back, as opposed to the noncicatricial,
8    nonscarring alopecias that either spontaneously
9    resolve or can be resolved with treatment.
10        Q.  Now, Dr. Tosti's report, which we've talked
11   about quite a bit today already and I think we've
12   looked at where you cite to it, obviously it's one
13   that you said you two were similar but not
14   substantially similar perhaps, did she consider
15   persistent chemotherapy-induced alopecia to be
16   scarring or nonscarring?
17        MS. REYNOLDS:  Object to form.
18        A.  Let's take a look.
19   ?
20        Q.  Yes.  I'm going to -- can you still hear me
21   okay?  I feel like I hit something wrong.
22        THE REPORTER:  We can hear you.
23        Q.  Great.  I'm going to pull that out as well,
24   same report, and we've marked this as an exhibit
25   already.

1    VESNA PETRONIC-ROSIC, M.D.
2         A.  So do you have it up?
3         Q.  I'm going to pull it up in a minute.
4         And obviously you respect Dr. Tosti and her
5    opinions, correct?
6         MS. REYNOLDS:  Object to form.
7         A.  She is a respectable dermatologist, yes.
8         Q.  Okay.  Well, in fact, obviously it's not
9    verbatim, you certainly used a lot of her report in
10   your report citing the same literature, to use your
11   terms, correct?
12        MS. REYNOLDS:  Object to form.
13        MS. COHEN:  Are you with me?
14        A.  Excuse me?  We already discussed that so
15   many times.  We both studied the same subject, we
16   issued the report that is in reference to the exact
17   same disease, and the literature available for that
18   was used to prepare both reports.
19        Q.  Okay.  Well, let's look at the -- let's
20   look at what Dr. Tosti had to say about whether she
21   agrees or not with -- with -- with your point here.
22   Let's look at page 8.
23        A.  When was Dr. Tosti asked to agree with my
24   point?
25        Q.  Doctor, let's look at -- let's look at this

VESNA PETRONIC-ROSIC, M.D.

1  and I'll rephrase it.  Page 8 -- this is -- this is
2  a report you cited to.  You've talked about that
3  continuously.  Dr. Tosti's report is in your list
4  and you cited to it.  Page 8 of this report --
5       MS. REYNOLDS:  Object to form.
6    Q.  What exhibit is this?  Exhibit 4,
7  "Nonscarring alopecia"; do you see that?
8    A.  I see that, but I don't talk about her
9  report all the time.  You talk about her report all
10 the time.
11   Q.  Okay.
12   A.  If you look at page 6, if you look at page
13 6, her classification of cicatricial and
14 noncicatricial alopecia does not have PCIA in it.
15   Q.  So, again --
16   A.  So I don't -- I don't have to agree or
17 disagree with her classification because she didn't
18 classify it there.
19   Q.  So you're basically telling me you look at
20 this chart precisely and you can't see the PCIA on
21 here; is that what you're saying?
22       MS. REYNOLDS:  Object to form.
23   A.  I mean, you can look at it any way you
24 want.  It's not in the chart whether it's precisely
25

VESNA PETRONIC-ROSIC, M.D.

1  or not precisely.  Where -- where in this chart do
2  you see PCIA?
3    Q.  In the non- -- noncicatricial part.  Let's
4  go into the chemotherapy alopecia; do you see that?
5    A.  That's not PCIA.
6    Q.  I'm sorry?
7    A.  Anagen -- that is not PCIA.  Anagen
8  effluvium is the chemotherapy-induced alopecia that
9  happens with any chemotherapy that is given to
10 patients because it causes arrest of the hair
11 follicle cycle in anagen.  It is not PCIA.
12   Q.  Okay.  Let's look at page 8 --
13   A.  She does not list PCIA in this.  Okay.
14   Q.  Let's jump to page 8, which is where I was
15 at, and let's look at the nonscarring alopecia list
16 that Dr. Tosti has here and -- are you with me on
17 that?  It says "Noncicatricial alopecies
18 (nonscarring alopecias)," right?
19   A.  Yes.
20   Q.  Okay.  And let's move over to in this
21 section page 12, "Permanent alopecia after
22 chemotherapy (permanent chemotherapy-induced
23 alopecia - PCIA)."  Do you see -- because you asked
24 me to find this for you and I'm doing that.  Do you
25

VESNA PETRONIC-ROSIC, M.D.

1  see that this is in her section on nonscarring?
2    A.  No.  I see it's after her section of
3  both --
4       MS. REYNOLDS:  Object to form.
5    A.  -- scarring and nonscarring alopecia.  It's
6  at the end.
7    Q.  Okay.  Got it.
8       And, again, just going back to your
9  report -- we'll put Dr. Tosti aside again -- on page
10 16, can you give us any citations for this list
11 where you have it listed as part of scarring
12 alopecias, any source for that?  Textbook, article,
13 friend, neighbor, anything.
14       MS. REYNOLDS:  Object to form.
15   A.  That is my opinion.
16   Q.  Yes.  Okay.  And, again, sitting here
17 today, the day for you to give your sworn testimony,
18 can you give us any citations, any article at all or
19 textbook or anything that lists PCIA as scarring?
20       MS. REYNOLDS:  Object to form.
21   A.  Not in the table that is separated into
22 nonscarring and scarring.
23   Q.  Okay.  I don't need a table, Doctor.
24 I'll -- I'm happy without a table.  Give me any
25

VESNA PETRONIC-ROSIC, M.D.

1  citation or article.
2    A.  Every article that I used says that it's a
3  permanent alopecia.  Those were your citations.  It
4  does not grow back, which puts it into the category
5  with CCCA, LPP, lupus hematosis, acting keloid
6  dilutes, dissecting cellulitis, and any other not
7  otherwise classified traction -- cicatricial
8  alopecia because once you have it it's permanent and
9  the hair does not grow back.  So every article says
10 it's permanent, but those are your citations.
11   Q.  So, Doctor, let me move to strike that,
12 respectfully and slightly, and let me ask my
13 question again.  I'm asking for you to give me any
14 citation at all to support your opinion that's in
15 your report, your expert report, that PCIA is a
16 scarring alopecia was my question.  Can you give me
17 any cite for that?
18       MS. REYNOLDS:  Object to form.
19   A.  I explained that scarring alopecia's are
20 permanent alopecias.  Every report on PCIA cites it
21 as a permanent alopecia.  Those are my citations.
22   Q.  So your response, again, for the court to
23 read and for the jury to see is in response to my
24 question every article is what you're telling me; is
25

VESNA PETRONIC-ROSIC, M.D.

1  VESNA PETRONIC-ROSIC, M.D.
2  that correct?
3      MS. REYNOLDS:  Object to form.
4      A.  I said -- I didn't say every article.  I
5  said every article that talks about PCIA says that
6  it is permanent, and it's called permanent
7  chemotherapy-induced alopecia.
8      Q.  And I'll move to strike.  My question was
9  not about the word "permanent."  I'm asking very
10  simply you're an expert here, you have a chart in a
11  report that lists -- persistent chemotherapy-induced
12  alopecia is your words here as a scarring alopecia,
13  and I'm asking you to tell me a cite, any cite, any
14  article, any book.  I'm asking you for one, and I
15  want to know what your answer is.
16      A.  I just explained that it's permanent.
17      MS. REYNOLDS:  Object to form.
18      A.  That's why it's in that group.  In my
19  opinion, this is my opinion, and every paper
20  published about PCIA says that it's permanent.  It's
21  called permanent chemotherapy-induced alopecia.
22  Based on the fact that it is permanent as referenced
23  by every article about permanent chemotherapy-
24  induced alopecia, I decided to classify it with the
25  other permanent alopecias which are -- happen to be

1  VESNA PETRONIC-ROSIC, M.D.
2  scarring.
3      Q.  I've heard you say that, Doctor, and maybe
4  we'll just take a break and take a walk around the
5  block or something because I'm asking you for
6  citations.  I'm not asking you to repeat the same
7  answer about scarring.  I'm asking you if you have
8  any citations.  If your answer's no, I'll accept
9  that and move on.
10      MS. REYNOLDS:  Same objection.
11      A.  You're asking me for citations that PCIA is
12  a permanent alopecia; is that your question?
13      Q.  No, not at all.  I've asked it three or
14  four times, the record will be clear, that PCIA is
15  scarring.  I'm looking for any citation -- it's
16  okay.  If you can't answer it, tell me that.
17      MS. REYNOLDS:  Object to form.
18      A.  But I'm answering --
19      MS. REYNOLDS:  You may answer and then
20  we'll take a break.
21      MS. COHEN:  Okay.
22      A.  I mean, I already answered that.  I
23  classified it in that group because it is permanent.
24  That is my answer.  I can't change my answer because
25  that's the truth.

1  VESNA PETRONIC-ROSIC, M.D.
2      Q.  Understood.  Thank you.  Why don't we take
3  a break.
4      MS. REYNOLDS:  Let's take a -- let's take a
5  short -- yeah.  Let's take a short break.  I think
6  that's a good idea.
7      MS. COHEN:  Great.  Thank you.
8      THE VIDEOGRAPHER:  We're going off the
9  record.  The time is 4:12.  We're going off the
10  record.
11          (A short break was had.)
12      THE VIDEOGRAPHER:  This is the start of
13  media labeled No. 6.  The time is 4:33.  We are back
14  on the record.
15      MS. COHEN:  Thank you.  And, Dr. Rosic,
16  we'll be with you in just a second.  We want to make
17  a couple of record additions.  One is we're going to
18  go ahead and put as Exhibit 2 a placeholder that we
19  had left open just so we'll have that in here.  I
20  can't remember what it was.  Does anyone remember?
21      MS. REYNOLDS:  (Inaudible.)
22      MS. COHEN:  The pathology records.  We may
23  have figured this out already.  So we may -- we'll
24  just put that in there for now.  We can always --
25  we'll discharge it later.

1  VESNA PETRONIC-ROSIC, M.D.
2      MS. REYNOLDS:  And we can talk about --
3  maybe we can just talk about that as in because I
4  think you were able to identify that, and it may
5  already be a separate exhibit --
6      MS. COHEN:  You're right.
7      MS. REYNOLDS:  -- under a different number.
8      MS. COHEN:  You're right.  And then we're
9  also going to mark the Paus article as Exhibit 13.
10  We had trouble pulling it up before.
11      MS. REYNOLDS:  And just for my clar- --
12  just for my clarification, that's just the article
13  yourself or your side-by-side comparison?
14      MS. COHEN:  We already marked the side-by-
15  side as 14.
16      MS. REYNOLDS:  Oh, I apologize.  I just
17  wanted to clarify.  That's fine.
18      MS. COHEN:  I think we sent that to you
19  guys, but now this is the actual article itself just
20  so we have a complete record.
21  BY MS. COHEN:
22      Q.  Doctor, just to pick up where we left off,
23  I think I understand what you were saying in terms
24  of why you listed in your report on page 16 PCIA as
25  the scarring alopecia.  I believe you said the

VESNA PETRONIC-ROSIC, M.D.

1   VESNA PETRONIC-ROSIC, M.D.
2   reason for including it there is because in your
3   opinion it's permanent, correct?
4        MS. REYNOLDS:  Object to form.
5        A.  Yes.  So the reason I put it there is
6   because the hair does not grow back and there is no
7   category for that.  So histologically when you look
8   at it, it doesn't have the inflammation and the
9   fibroplasia that is present in the cicatricial
10  alopecias, but it also is loss of hair follicles and
11  they never come back.  So there's permanent loss of
12  hair without inflammation and scarring.  So there's
13  no category for that, but because it's permanent I
14  put it in that category.
15       Q.  Okay.  When I asked you for identification
16  of articles you said generally you believe the
17  literature supports you on that, correct?
18       MS. REYNOLDS:  Object to form.
19       A.  That it is a permanent alopecia, yes.
20       Q.  All right.  So let's look at -- I want to
21  now dig into your Exhibit E to your report, which is
22  the list of 22 and we -- articles that you reference
23  Exhibit E.  We marked this as a composite Exhibit 5.
24  These are your -- your -- let's see.  The PCIA
25  articles I believe we're calling it, and I guess

1   VESNA PETRONIC-ROSIC, M.D.
2   we'll pull this up one at a time.  I don't know if
3   you have the list in front of you, but I'll try to
4   keep us -- keep us organized here since I can't hand
5   you the binder.
6        Let's go to -- not in any order.  I guess
7   it's actually the last one on your list, and this is
8   the Werbel article, it's No. 22.
9        A.  Okay.  I just -- just before -- I just want
10  to say that, you know, I read these months ago.  So
11  if you ask me something, I may need to reread them
12  and take a minute or two.
13       Q.  Sure.  No problem.  And, again, I think
14  that I'm going to try and, you know, get through
15  these quickly, just kind of point you to certain
16  cites and things like that, but, of course, if you
17  need to see them further you'll let me know.  Just
18  give us one moment.
19       This is Werbel and Philip R. Cohen, no
20  relation to me, the authors on this.  Do you see
21  this?  We have it on the screen now.  So that should
22  be helpful.
23       A.  Yeah, and I have it -- yeah.  Go ahead.
24       Q.  Oh good, we've got it multiple ways.
25       MS. COHEN:  Jessica, are you okay?  Do you

1   VESNA PETRONIC-ROSIC, M.D.
2   have what you need on this?
3        MS. REYNOLDS:  Yes, I'm good.  Thank you.
4   BY MS. COHEN:
5        Q.  Okay.
6        Now, looking at this article, this is,
7   again, one of your 22 that you cite to, articles on
8   permanent alopecia, correct?
9        A.  Correct.
10       Q.  Okay.  And let's look at page 2 of -- we'll
11  just flip through this to make sure we don't have to
12  come back a second time.  I mean, you would agree
13  from a -- just a pure growth pictorial assessment
14  Ms. Stewart in all the pictures you've seen of her
15  does not look like this photo, correct?
16       MS. REYNOLDS:  Object to form.
17       A.  Well, Ms. -- yeah.  Ms. Stewart is an
18  African-American woman with curly hair.  So it's
19  really not comparable.
20       Q.  Okay.  I understand that, but I'm talking
21  in terms of the pattern of hair loss.  You're not
22  suggesting that Ms. Stewart looks like this, are
23  you?
24       MS. REYNOLDS:  Object to form.
25       A.  So she has -- she has a -- there are

1   VESNA PETRONIC-ROSIC, M.D.
2   certain similarities such as the fact that this is
3   very diffuse and that the hair is thin throughout
4   the entire scalp and it's pronounced on the frontal
5   area, which is in picture A, on the vertex, which is
6   in picture B, on the sides, which is in pictures C
7   and D, more pronounced than the others.  So the
8   pattern of the hair loss is similar clinically.  It
9   just doesn't look the same because they're
10  completely different skin color and hair type.
11       Q.  Is it your testimony to a jury that these
12  photos in this article look similar to you in terms
13  of hair loss pattern to Ms. Stewart?
14       MS. REYNOLDS:  Object to form.
15       A.  So the photos if you put them side by side
16  with hers you would not say they look similar, but
17  when you analyze the type of hair loss that is
18  depicted, the type of hair loss is similar.
19       Q.  Okay.  All right.  Let's look at page 4 of
20  this.  Actually, let's see.  The next page is 3.
21  Before we get to that, let's quickly take a gander
22  at 3 on this before we get to 4, and, again, I would
23  just ask you the photos in this article, in your
24  package of 22, these photos depicting hair loss do
25  not look like the photographs that we've seen of

VESNA PETRONIC-ROSIC, M.D.
1
2 Ms. Stewart or her hair, correct?
3       A.  They're different types of hair and
4 different skin color.  So they're not -- they're not
5 comparable.
6       Q.  Okay.  You would agree that the pattern
7 shown in these photos do not correlate or look like
8 Ms. Stewart's hair loss pattern, correct?
9           MS. REYNOLDS:  Object to form.
10      A.  I do not agree with that.
11      Q.  Okay.  Good.
12          Let's go to page 4 and going back to the
13 point we were talking about before, let's go into
14 this discussion again.  Your Werbel article, it says
15 "Discussion:  Alopecia of the scalp is typically
16 classified as scarring or nonscarring."  I assume
17 you agree with that, correct?
18      A.  It is typically classified that way, yes.
19      Q.  And then --
20      A.  Although there are other ways to classify
21 it.  There are other classifications as well.
22      Q.  Do you want to disagree or agree with the
23 first sentence under "Discussion" of your Werbel
24 article?
25          MS. REYNOLDS:  Object to form.

VESNA PETRONIC-ROSIC, M.D.
1
2       A.  I do not disagree with the first sentence.
3       Q.  All right.  Second sentence from your
4 Werbel article, "Chemotherapy-induced alopecia is
5 generally nonscarring"; do you see that?
6       A.  Yes.
7       Q.  And then we go to page 5 and it talks about
8 at the top under "Treatment," "Our patient
9 considered her improvement with topical Minoxidil to
10 be significant," talking about treatment after
11 her alleged --
12          MS. REYNOLDS:  I'm sorry.  Can you -- Lori,
13 can you direct us to --
14          MS. COHEN:  Yeah.  Sorry.
15          MS. REYNOLDS:  -- what sentence you're
16 referring to?
17          MS. COHEN:  Yes, absolutely.
18          MS. REYNOLDS:  That's okay.  Thank you.
19      Q.  It says "Our patient considered her
20 improvement with topical Minoxidil to be
21 significant"; do you see that?
22      A.  Yes.
23          MS. REYNOLDS:  Okay.  I believe I have it
24 now.
25 BY MS. COHEN:

VESNA PETRONIC-ROSIC, M.D.
1
2       Q.  And therefore -- oh, "Therefore it may be
3 reasonable to initiate therapy with 5 percent
4 Minoxidil solution twice daily in breast cancer
5 patients who develop alopecia after receiving
6 endocrine therapy alone or following treatment with
7 Taxotere therapy"; do you see that from your
8 article?
9       A.  I see it.
10      Q.  Now, in Ms. Stewart's case -- we're going
11 to spend some time in next three hours talking about
12 Ms. Stewart.  In Ms. Stewart's case did she seek or
13 receive any treatment for hair loss at all?
14          MS. REYNOLDS:  Object to form.
15      A.  I'm not aware that she sought treatment for
16 hair loss.
17      Q.  Okay.  She hasn't tried Minoxidil or
18 anything else, true?
19      A.  Not to my knowledge.
20          MS. REYNOLDS:  Object to form.
21 BY MS. COHEN:
22      Q.  And, again, I know you said you haven't
23 read any depositions, but specifically you have not
24 read the deposition of Ms. Stewart, her mother, or
25 her sister, correct?

VESNA PETRONIC-ROSIC, M.D.
1
2       A.  Correct.
3       Q.  All right.  And you haven't looked at the
4 deposition of her dermatologist in Louisiana,
5 correct?
6       A.  Correct.
7           MS. REYNOLDS:  Object to form.
8 BY MS. COHEN:
9       Q.  And you haven't looked at the record from
10 her dermatologist or her dermatology group in
11 Louisiana, correct?
12      A.  Correct.
13          MS. REYNOLDS:  Same objection.
14 BY MS. COHEN:
15      Q.  Let's pull up, let's see, article 5 in this
16 set if we can.  This is the Fonia article, which I
17 know you cite to in your report and it's also on the
18 list of 22, Exhibit E.
19      A.  Did you say No. 5?
20      Q.  Yes.  Oh, I'm sorry.  So it is No. 5 on
21 your list, Fonia.  It's cited in your report and
22 we're going to pull it up here.  Are you familiar
23 with this article?
24      A.  Yes.
25      Q.  Okay.  Do you recall citing this in your

Page 270

VESNA PETRONIC-ROSIC, M.D.

1
2 report?
3         THE REPORTER:  I'm sorry.  Who is that?
4         MR. MICELI:  I'm sorry.  David Miceli.  I'm
5 trying to (inaudible) with Lori.
6         THE REPORTER:  We can't hear you, David.
7         MR. MICELI:  Sorry.  I'll just sit back and
8 keep my mouth shut.  I've got the article now.
9 Thank you.
10 BY MS. COHEN:
11     Q.  All right.  Page 951 of this.  I'll let us
12 get there.  Sorry.  Give me one second.  All right.
13 Sorry about that.
14         So here again we're looking at the section
15 on "After chemotherapy hair regrew only partially,
16 but remained stable in nine of ten patients.  In one
17 patient who had only minimal hair regrowth for two
18 years experienced slow but complete hair regrowth in
19 six months starting treatment in topical Minoxidil
20 5 percent"; do you see that?
21     A.  Give me a second.
22     Q.  Sure.
23             (Witness reviewing document.)
24     A.  Yes, I see that.
25     Q.  And this is a study -- this article is a

Page 271

VESNA PETRONIC-ROSIC, M.D.

1
2 study of ten chemo patients with a history of breast
3 cancer and alopecia lasting greater than six months,
4 as you recall, correct?
5         MS. REYNOLDS:  Object to form.
6     A.  Can you repeat that?  I'm sorry.
7     Q.  Sure.  This study, as I'm sure you recall,
8 is of ten chemo patients with a history of breast
9 cancer and alopecia lasting greater than six months;
10 do you recall?  We can look at the front page if you
11 need to look at that.
12     A.  Yes.
13     Q.  Okay.  And let's see.  All of these
14 patients had different chemotherapy regimens,
15 correct?  Do you see that on page --
16     A.  They all -- it says they all had Taxane as
17 adjuvant chemotherapy.
18     Q.  They all included drugs other than
19 Docetaxel in their regimen, correct?
20         MS. REYNOLDS:  Object to form.
21     A.  I'm looking for that.
22     Q.  I think it's on page 950 lists their
23 regimens.  Let me ask a better question.  They all
24 had Docetaxel plus other drugs in their regimen?
25 That may be easier to understand.

Page 272

VESNA PETRONIC-ROSIC, M.D.

1
2     A.  Yes.  Yeah.
3     Q.  Like Ms. Stewart, correct?
4     A.  What are you asking?
5     Q.  Mrs. Stewart in her regimen as you have in
6 your report had a number of other chemotherapy
7 medications in her regimen, correct?  We talked
8 about this earlier.
9     A.  Yes.
10     Q.  And let me make sure I've covered the page.
11 On 951 after the histopathology point -- you and I
12 before these articles were talking about nonscarring
13 versus scarring.  So I thought it was important to
14 look at your article.  It says "All patients showed
15 features of nonscarring alopecia with preservation
16 of the hair follicle units, reduced hair density,
17 with increased telogen and increased vellus hair
18 follicles."  Did I read that correctly?
19     A.  Yes.
20         MS. REYNOLDS:  Can you direct us -- thank
21 you.
22         MS. COHEN:  Yeah.  It's the part -- can you
23 see her highlighting over there, Jessica?  It's
24 under --
25         MS. REYNOLDS:  I can, but it's usually --

Page 273

VESNA PETRONIC-ROSIC, M.D.

1
2 yeah.  It's usually occurring after you've stated it
3 or start reading.  So that's just what's making it
4 hard because I don't know where --
5         MS. COHEN:  I will --
6         MS. REYNOLDS:  -- you're starting at.
7         MS. COHEN:  I'll look up and wait and let's
8 see if we can get it up to you before I ask it.
9 Okay?
10         MS. REYNOLDS:  Okay.  Thank you.  I
11 appreciate that, Lori.
12         MS. COHEN:  Of course.
13 BY MS. COHEN:
14     Q.  Let's go to -- this is article 6 on her
15 list.  This is the Freites-Martinez article.
16         MS. REYNOLDS:  Object to form.
17         MS. COHEN:  Well, let me make sure it is on
18 your list.  Yeah.  It's on Exhibit E, No. 6,
19 Freites-Martinez, "Assessment of quality of life and
20 treatment outcomes of patients with persistent
21 post-chemotherapy alopecia."  Do you see that on
22 your list, Doctor?
23     A.  Yes.
24     Q.  And this is in JAMA Dermatology.
25         So this talks about a couple different

VESNA PETRONIC-ROSIC, M.D.

1      VESNA PETRONIC-ROSIC, M.D.
2  types of alopecia.  First of all, it talks about
3  under the "Objective," "Chemotherapy-induced
4  alopecia, PCIA, or endocrine therapy-induced
5  alopecia after chemotherapy"; do you see that?
6      A.  Yes.
7      Q.  And under results it talks about -- I'll
8  let us get down there, there we go -- "The most
9  common agents with EIAC for aromatase inhibitors for
10  58 patients (62 percent)"; do you see that?
11      A.  Yes.
12      Q.  And we talked earlier that obviously in
13  terms of aromatase inhibitors we know that
14  Dr. McCanless prescribed both Anastrozole and
15  Letrozole for Ms. Stewart, correct?
16      A.  Yes, but they caused a different type of
17  alopecia as is cited here.  They caused endocrine-
18  induced alopecia after chemotherapy.
19      Q.  Right.
20      A.  It's a different pattern.
21      Q.  You did not address endocrine-induced
22  alopecia anywhere in your report, correct?
23      A.  I don't think I did.  Well, I don't know if
24  it's not -- it's definitely mentioned as part of
25  these references I'm sure, but I didn't like have a

1      VESNA PETRONIC-ROSIC, M.D.
2  heading with that name.
3      Q.  Okay.  I'm not asking about a heading --
4  let me sit down.  I'm not asking about a heading or
5  bolding or letters.  I'm asking in your analysis,
6  opinions, and reports you did not address as another
7  potential cause of hair loss EIAC, correct?
8      MS. REYNOLDS:  Object to form.
9      A.  I -- you know, it's -- I don't know if it's
10  mentioned anywhere in the report.  In my head it is,
11  but I can't guarantee that it is or isn't anywhere
12  in the report --
13      Q.  Okay.  Let's talk about --
14      A.  -- because it is -- it isn't -- it's in
15  multiple of these papers, and so I know that I read
16  about it all the time.  I just don't know if I put
17  any of it in the report.  I just don't.  I'd have to
18  look.
19      Q.  I appreciate that greatly.  I obviously
20  cannot be in your head.  I am concerned more about
21  your opinions expressed in your report, both your
22  medical report and your litigation report, and I'd
23  like to look at those because what we know is in
24  your conclusions -- and you have them in front of
25  you, we can pull them up.  I thought this would be

1      VESNA PETRONIC-ROSIC, M.D.
2  simple.  You agree you did not consider or comment
3  on EIAC in either your litigation report or your
4  medical report as potential causes of Ms. Stewart's
5  hair loss, true?
6      MS. REYNOLDS:  Object to form.
7      A.  Well, it wasn't a -- in my opinion she did
8  not have that type of hair loss.
9      Q.  Okay.  And to be fair -- and we can take a
10  break and go off record because I'm not going to use
11  my time on this.  To be fair, there's no reference
12  in your report to EIAC or you addressing it,
13  correct?
14      MS. REYNOLDS:  Object to form.
15      A.  Again, I'd have to look at my report and
16  see if I mentioned it anywhere.
17      Q.  Okay.  Let's go off record and let do you
18  that.  Do you want to do that?  I mean, do you think
19  you have it in your report somewhere?
20      A.  I know that I didn't mention it as a
21  possible cause because she didn't have the pattern
22  of that type of alopecia.  I do mention it in the
23  paragraph endocrine therapy in my report, but I did
24  not list that as a -- she didn't have that because
25  that's -- endocrine-induced alopecia is the pattern

1      VESNA PETRONIC-ROSIC, M.D.
2  of androgenetic alopecia.  She did not have that.
3  My pathology report says that she didn't have that,
4  and my opinion is that she does not have
5  androgenetic alopecia.  So why would I address
6  endocrine-induced alopecia which appears in the
7  pattern of androgenetic alopecia when that's not --
8  it's like saying you didn't address lupus in her
9  differential.  She doesn't have lupus.  No, I didn't
10  address lupus.  She doesn't have -- even though she
11  had mucin in her biopsies.  So even though she's on
12  endocrine therapy, she doesn't have the pattern of
13  hair loss that is associated with endocrine-induced
14  hair loss.
15      Q.  Okay.  I think -- I think we're on the
16  right track, then.  You agree that you did not
17  consider or address endocrine-induced alopecia,
18  EIAC, because you didn't think she had the right
19  pattern for that, correct?
20      MS. REYNOLDS:  Object to form.
21      A.  I'm not saying I didn't consider it.  I
22  didn't list it in my report because she doesn't have
23  that.
24      Q.  Okay.  Not only did you not list it in your
25  litigation report, you didn't mention it in your

VESNA PETRONIC-ROSIC, M.D.

1      VESNA PETRONIC-ROSIC, M.D.
2  dermatology surgical report either, correct?
3          MS. REYNOLDS:  Object to form.
4      A.  Why would I mention it?  She doesn't have
5  that.
6      Q.  Okay.  And what you said in your report was
7  "Due to the presence of the above and the
8  significantly decreased hair density, androgenetic
9  alopecia is unlikely."  That's what you're referring
10 to, correct?
11     A.  Yes.
12         MS. REYNOLDS:  Object to form.
13 BY MS. COHEN:
14     Q.  All right.  You know that our defense
15 experts, all three of them disagree with you,
16 correct?
17     A.  Yes.
18         MS. REYNOLDS:  Object to form.
19     A.  And I disagree with them.
20     Q.  Let me move us -- let me make sure I finish
21 with one before I jump into some other things.
22         Page 727 of this article, this is one of --
23 again, for the record, one of Dr. Rosic's 22
24 articles on her Exhibit E, page 727.
25         MS. REYNOLDS:  Object to form.

VESNA PETRONIC-ROSIC, M.D.

1      VESNA PETRONIC-ROSIC, M.D.
2          MS. COHEN:  Under "Discussion," we'll pull
3  up that and give you a chance, Jessica.  Let me know
4  if you have it now.
5          MS. REYNOLDS:  I can see the document.  If
6  there's a specific paragraph within the discussion
7  you're likely to start on, please let me know.
8          MS. COHEN:  So starting with "Scalp
9  cooling," it says "Scalp cooling has been shown to
10 prevent severe alopecia amongst 51 percent of
11 patients with breast cancer undergoing adjuvant
12 chemotherapy regimens"; do you see that?
13     A.  Yes.
14     Q.  Did Ms. Stewart ever try scalp cooling?
15         THE REPORTER:  I'm sorry.  I can't
16 understand what you're saying.
17         MS. REYNOLDS:  Object to form.
18         MS. COHEN:  Did Ms. Stewart ever trying
19 scalp cooling as a treatment?
20         MS. REYNOLDS:  Same objection.
21     A.  I mean, it's not something she would have
22 chosen to do.  She would have -- I don't know if it
23 was part of the -- when was this published?  2019.
24 Scalp cooling hasn't been used for a very long time
25 and certainly not studies of its effect on PCIA

VESNA PETRONIC-ROSIC, M.D.

1      VESNA PETRONIC-ROSIC, M.D.
2  haven't been available.  So I don't know that -- at
3  the time that she was diagnosed and recommended
4  chemotherapy regimen that was standard of care.
5      Q.  Was she -- do you see any record or
6  information that she asked for, attempted, or tried
7  scalp cooling?  Simple question.
8      A.  No.
9      Q.  Why didn't you read her deposition, by the
10 way?
11         MS. REYNOLDS:  Object to form.
12     A.  I didn't ask for it and it wasn't offered.
13     Q.  I know we looked before at your
14 organization, the ADA list of expert testimony
15 requirements, and one thing was to look at all
16 relevant data.  Wouldn't you agree that the sworn
17 testimony of the Plaintiff in this case, which
18 included a long history of her, you know, historical
19 hair loss issues and such, wouldn't you think that
20 would be relevant data?
21         MS. REYNOLDS:  Object to form.
22     A.  I performed my -- yeah.  I performed my
23 history of present illness when I examined her.  At
24 the time I had the relevant data.  So I don't know
25 why I would ask to read her deposition which may

VESNA PETRONIC-ROSIC, M.D.

1      VESNA PETRONIC-ROSIC, M.D.
2  not -- I don't know what kind of -- I know what
3  questions to ask to get the answers that are
4  relevant to making the diagnosis, and what I needed
5  to know I asked her.
6      Q.  And you believe that the history you got
7  was accurate, right?
8          MS. REYNOLDS:  Object to form.
9      A.  Why wouldn't I believe that?
10     Q.  Well, you've had -- you've had other time
11 to look at records since then.  You still believe
12 that history's accurate, right?
13         MS. REYNOLDS:  Object to form.
14     A.  I don't know what records you're speaking
15 of.
16     Q.  Here's my question.  Do you believe that
17 the history you took is accurate?
18         MS. REYNOLDS:  Object to form.
19     A.  I believe that I accurately documented the
20 answers that the patient gave me.
21     Q.  Okay.  I've lost the page here.  Which page
22 was that one I was on?  I lost my page here.  Okay.
23         On 727 and it's probably -- yeah, there it
24 is right there on "Limitations."  This is, again,
25 one of your 22 articles on PCIA.  Limitations say --

Page 282

VESNA PETRONIC-ROSIC, M.D.

1     it's right there, we're highlighting it.  It says
2     "Larger prospective studies are needed to identify
3     the incidence, risk factors, and severity of PCIA
4     and DIAC compared with baselines"; do you see that?
5          A.  Yes.
6          Q.  And you know that there are no large
7     prospective studies related to these issues that
8     you're opining on today, correct?
9          MS. REYNOLDS:  Object to form.
10         A.  She references this is an ongoing study
11    that I don't -- didn't have access to that
12    information.
13         Q.  But what it says is larger prospective
14    studies are still needed, correct?
15         MS. REYNOLDS:  Object to form.
16         A.  There were -- there were prospective
17    studies that I reviewed, and there were also part of
18    the report of Dr. Madigan which included hundreds of
19    women and were prospective and randomized controlled
20    trials.
21         Q.  That reminds me, were you provided
22    Dr. Madigan's sworn testimony and deposition that
23    was taken in this case since you're talking about
24    him today?

Page 283

VESNA PETRONIC-ROSIC, M.D.

1          A.  No.
2          Q.  It also says "Controlled studies are also
3     needed to identify more effective therapies for PCIA
4     and EIAC; do you see that?
5          A.  I do.
6          Q.  All right.  Let's go to another one of your
7     articles that you cite to in your report.
8          MS. REYNOLDS:  Object to form.
9          Q.  You have a discussion on it.  This is
10    called the Kang study.  Do you recall talking about
11    that one?
12         A.  Yes.
13         Q.  This is No. 8.  This is one that you and
14    Dr. Tosti in your similar report section refer to.
15    Let me give you a second to get to that.  This is a
16    2018 article in The Oncologist.  Is that one up?
17    Okay.  This is an abstract, right?
18         A.  I mean, that's the abstract.  There's a
19    whole article.
20         Q.  Is this a peer reviewed article?
21         A.  As I know The Oncologist I would have -- I
22    mean, it's published in a journal, I imagine it's
23    peer reviewed.  It doesn't say that it's not and
24    it's a prospective cohort study.  So these types of

Page 284

VESNA PETRONIC-ROSIC, M.D.

1     studies are usually published in peer reviewed
2     journals.
3          Q.  Okay.  Let me -- what it says here in the
4     background is -- of the background (indecipherable)
5     "There is, however, a paucity for long-term
6     prospective data on the incidence and impact of
7     permanent CIA or PCIA."  Do you see that in your
8     article?
9          A.  Yes.
10         Q.  On the next page, 415, just quickly on this
11    one, it says -- this one, again, in your batch is
12    talking again about scalp cooling preventing CIA in
13    up to 50 percent of patients with a Taxane-based
14    regime, including Docetaxel and Paclitaxel.
15         A.  Where are you reading that?
16         MS. REYNOLDS:  Object to form.
17    BY MS. COHEN:
18         Q.  It's up there, we've highlighted it.  Do
19    you see that?
20         MS. REYNOLDS:  Are you able to see the
21    highlighting, Doctor, or is it not appearing for
22    you?
23         A.  No.  It's appearing for me.  I mean, it
24    does mention scalp cooling, but, again, this article

Page 285

VESNA PETRONIC-ROSIC, M.D.

1     was published in 2018, which is years after
2     Ms. Stewart received her chemotherapy.
3          Q.  Well, but it's your article you cited to us
4     in your reference list of 22 key articles to look
5     at, right?
6          MS. REYNOLDS:  Object to form.
7          A.  Well, it's not -- this is not my article.
8     This is the article of Dr. Kang and others that I
9     used to prepare my report.  This article was
10    published in 2018, four years after Ms. Stewart
11    received her chemotherapy and it mentions scalp
12    cooling.  I don't know how this relates to
13    Ms. Stewart at all.
14         Q.  Okay.  We can probably cross it off the
15    list that you gave us, then.  Let me ask --
16         MS. REYNOLDS:  Object to form.
17    BY MS. COHEN:
18         Q.  It's a study of 61 Korean women, right?
19         A.  Why would I drop it off the list?  It talks
20    about her diagnosis, not -- I mean, my intent in
21    using it was not to investigate scalp cooling, but
22    to research PCIA.
23         Q.  Okay.  Well, let's talk about that.  It's a
24    cohort study of 61 Korean women, right?

VESNA PETRONIC-ROSIC, M.D.

1
2    A.   Correct.
3    Q.   And you agree that Korean women, as you
4    pointed out to me before related to other women,
5    have different hair features than African-American
6    women such as Ms. Stewart, right?
7         MS. REYNOLDS:   Object to form.
8    A.   What do you mean by "hair features"?
9    Q.   Well, you said to me before that African-
10   American women have different hair features from
11   Caucasian women, correct?
12        MS. REYNOLDS:   Objection --
13   A.   No, I did not say that.
14   Q.   So you think they have the same features?
15        MS. REYNOLDS:   Object to form.
16   A.   I don't -- I don't talk about features in
17   here.  That's not a medical term.  The prior article
18   that you showed had a white scalp with straight hair
19   and you asked me if it looked the same as
20   Ms. Stewart, and I said no, she's black and has
21   curly hair.  That doesn't mean that the two of them
22   can't have the same diagnosis.  Korean women have
23   mostly straight hair.  So -- and she has curly hair,
24   but both of them can have PCIA.  And in a photograph
25   it can look different because their type of hair is

VESNA PETRONIC-ROSIC, M.D.

1
2    different, not -- there's no features there.
3    Q.   Okay.  Let's -- let's pick up on that.  You
4    would agree that Korean women have different hair
5    characteristics than African-American such as
6    Ms. Stewart, correct?
7    A.   They have a flat hair shaft and lower hair
8    count, yes.
9    Q.   And in this study there were over half,
10   52 percent of the patients were in the Taxane
11   receiving group in this study, correct, the one
12   before you in your list?
13   A.   Where are you -- can you -- can you
14   highlight it on the -- on the screen so that I'm not
15   saying yes to things I'm not seeing?
16   Q.   Yeah.  Let me see.  415 --
17   A.   Please.
18   Q.   I'm happy to do that.  I'm sorry.  415
19   under "Results" and over on the right side.  Go down
20   a little bit.  It says "52.5 percent received
21   Taxane-based regimens"; do you see that?
22   A.   Yes.
23   Q.   One thing that caught my eye when I was
24   flipping through this, let's turn to page 417 for a
25   minute.  What I was interested in -- sorry.  Sorry.

VESNA PETRONIC-ROSIC, M.D.

1
2    Okay.  I'm just curious.  We've talked a lot today
3    about literature and proper citations and
4    references.  Let's look at that paragraph there on
5    the left side.  It just kind of caught my eye.
6         MS. REYNOLDS:   Which paragraph?
7         MS. COHEN:   Yeah.  My question is --
8         MS. REYNOLDS:   Which paragraph, though?
9         MS. COHEN:   Right there.  Sorry.  We're
10   going to look at that one real quick.
11        What I noted here -- and this is sort of my
12   point before.  Do you see how the reference 26 in
13   the same paragraph is referenced twice there?
14   A.   I see that.
15   Q.   All right.  Let's go on the other side.
16   And do you see on the other side when this Dr. Kang
17   that you cite to is referencing 28, it's two --
18   cited two times in the same paragraph of this
19   reference; do you see that?
20   A.   Yeah, but it has different references in
21   between.
22        MS. REYNOLDS:   Object to form.
23   BY MS. COHEN:
24   Q.   Sure.  Let's look at the Kluger article,
25   and this is going to be No. 10 in your set of

VESNA PETRONIC-ROSIC, M.D.

1
2    articles, in your list.
3         MS. REYNOLDS:   Object to form.
4         MS. COHEN:   This is another one of the ones
5    you cite to, Kluger.  Do you recall this one?
6    A.   Yes.
7         MS. REYNOLDS:   Object to form.
8    BY MS. COHEN:
9    Q.   This is 2011 it looks like, but accepted in
10   2012, right?
11        MS. REYNOLD Object to form.
12   A.   Yes.
13   Q.   Let's jump to page 2882 on the bottom.
14   It's actually called "Discussion."  Okay.  So
15   looking at your Kluger -- Kluger article, it says
16   here --
17        MS. REYNOLDS:   Object to form.
18   Q.   -- "Our histological analyses were
19   consistent with androgenetic alopecia"; do you see
20   that?
21        THE REPORTER:   I'm sorry.  Can you start
22   over, please.
23        MS. COHEN:   Yes.
24        MS. REYNOLDS:   And can you -- can you also
25   direct us to what portion of the discussion you're

VESNA PETRONIC-ROSIC, M.D.

1      referring to.  Thank you.
2   BY MS. COHEN:
3      Q.  What the discussion in your cited article
4   says is "Our histological analyses was
5   consistent" --
6          MS. REYNOLDS:  Object to form.
7      Q.  -- "with androgenetic alopecia"; do you see
8   that?
9      A.  Yes, I see that, but I have to be -- I
10  don't remember this article in enough detail to be
11  able to give opinions on fragments of text.  If you
12  give me five minutes I can read the whole article
13  and then we can come back to it.
14     Q.  No, that's okay, Doctor.  I mean, your
15  counsel in her questioning can certainly come back
16  to it if she wants to.  She'll have time to do that.
17         MS. REYNOLDS:  The witness has -- the
18  witness has requested the --
19         MS. COHEN:  Excuse me?
20         MS. REYNOLDS:  The witness has requested
21  the opportunity to review the document.  She should
22  be provided with such an opportunity --
23         MS. COHEN:  You can ask on redirect.  I'm
24  not going to use my time on this

VESNA PETRONIC-ROSIC, M.D.

1   BY MS. COHEN:
2      Q.  On page -- let's see, the last page, page
3   2883, this says -- we'll go to the main limitations
4   paragraph.  It says "The main limitations of our
5   study" -- I'll let you catch up there.  "The main
6   limitations of our study include a small sample
7   size, the lack of control group having received
8   another chemotherapeutic regimen or having another
9   cancer, and the bias related to memory recollection
10  by the patient to determine whether spontaneous
11  regrowth occurred."
12         Do you remember reading this part of the
13  article before you added it to your list, which is
14  Exhibit E?
15         MS. REYNOLDS:  Object to form.
16     A.  I mean, I see it there.  As I said, I would
17  have to read the entire article to remind myself
18  what this one -- what the salient points from this
19  article were that I used.
20     Q.  And how much time did you prepare in terms
21  of hours to get ready for today's deposition?
22     A.  Oh, I don't know.  I don't know.  Maybe
23  six, seven hours maybe.
24     Q.  Okay.  And you obviously could have spent

VESNA PETRONIC-ROSIC, M.D.

1   as much time as you needed, nobody was limiting you
2   I assume, correct?
3          MS. REYNOLDS:  Object to form.
4      A.  No, but I'm very limited by -- with free
5   time.  So I couldn't spend more than I did.
6      Q.  All right.  Now -- well, actually, you
7   remember this deposition got pushed back two weeks.
8   So we got an additional two-week window in here to
9   do more prep; do you remember that?
10         MS. REYNOLDS:  Object to form.
11     A.  I thought it got pushed so I could do a
12  rebuttal based on the findings in the additional
13  slides which I didn't have the opportunity to see
14  before.  So that time was spent doing that, but I am
15  not able to recall every article in such detail that
16  when you highlight one sentence on a certain page I
17  can take it out of context and answer your question.
18  I need to read because, for example, in the prior
19  article you highlighted half a sentence.  In the
20  other half it said that PCIA and endocrine-induced
21  alopecia are separate clinical entities, for
22  example.
23         So there was information in that article
24  that was available that had I not known it would

VESNA PETRONIC-ROSIC, M.D.

1   have given a completely different or at least
2   slightly different meaning to what you were
3   highlighting, and I don't want to say things that I
4   don't know are true.  So I am asking if you want me
5   to give an opinion on something -- if you want me to
6   say do I see this, is it written there, the answer
7   is yes.  But if you want me to give an opinion on
8   it, then I have to read the article again.
9      Q.  That's okay, Doctor.  Obviously I'm
10  interested in what I'm interested in and your
11  counsel retained you.  If they want your in depth
12  analysis on it, they can ask you questions on their
13  time.
14         Let me -- let me look at -- let's see.  I
15  missed one thing earlier when I was on page 2882.  I
16  missed part of what I was reading to you and I want
17  to make sure I cover this.  We'll go back ever so
18  briefly under "Discussion" and, yes, there it is.
19  So the part I forgot to read to you because this
20  goes to what we talked about before are
21  "Histological analyses are consistent with
22  androgenetic alopecia, reduced hair follicle density
23  and/or increased amount of vellus hair, mild dermal
24  lymphocytic infiltrates in a constant nonscarring

VESNA PETRONIC-ROSIC, M.D.
1
2 pattern."
3      Did I read that right from the article in
4 your batch of 22?
5      MS. REYNOLDS:  Object to form.
6      A.  So the features of androgenetic alopecia
7 were noted in AIDS cases.  In other cases they had
8 lymphocytic infiltrates in a perifollicular or
9 perivascular distribution.  They didn't note
10 fibrosis or destruction which you would see in
11 scarring alopecia, but they did note reduced hair
12 follicle density.  So there was loss of hair
13 follicles.  This goes back to what I spoke about
14 before how this type of alopecia doesn't induce
15 fibrosis, but because the hair follicles are gone
16 it's permanent.  So that's exactly that.
17      Q.  I'll just move to strike that politely, but
18 now I'll just ask you did I read that correctly
19 where I said there was a constant nonscarring
20 pattern in the article that you provided the cite to
21 for us?  Did I read that part (inaudible)?
22      MS. REYNOLDS:  Object to -- object to form.
23      A.  Which sentence again are you reading?
24      Q.  I'm happy to read it once again.
25      A.  Can they show it up on the screen so

1      VESNA PETRONIC-ROSIC, M.D.
2 everybody can see it too?
3      Q.  Sure.  It's been up there the whole time,
4 and it says "Our histological analyses" --
5      MS. REYNOLDS:  Object to form.
6      Q.  -- "are consistent with androgenetic
7 alopecia" --
8      THE REPORTER:  I'm sorry.  I cannot --
9 BY MS. COHEN:
10      Q.  I'm going to make it simple.  All I'm
11 asking you, Doctor, is in this article, which is
12 from your list from Exhibit E of your report, does
13 it, in fact, say, as I read, "A constant nonscarring
14 pattern" in the part that we've highlighted?
15      A.  Yes.
16      MS. REYNOLDS:  Object to form.
17      Q.  Let me just take one second and ask -- all
18 right.  We can probably put the --
19      MS. REYNOLDS:  I guess we're off the
20 record?
21      Q.  Yes.  Just to move -- move things along, I
22 think we've covered a lot of these articles for now.
23 We probably can put aside this exhibit binder,
24 Exhibit 5, and move on to the another topic.
25      One thing I did want to do because I forgot

1      VESNA PETRONIC-ROSIC, M.D.
2 to do it earlier and while I'm thinking of it, I do
3 want to just mark the notice of deposition as the
4 next exhibit so we have it captured on the record
5 and cover that bases.  I'm handing it to somebody
6 here.  I'm so used to handing out exhibits, I'm not
7 handing it to people in my room.  Okay.  Sorry.  So
8 we'll go ahead and load that and --
9      THE REPORTER:  What number is that?
10      MS. COHEN:  15, please.
11      (Rosic Exhibit 15 was marked
12      for identification.)
13 BY MS. COHEN:
14      Q.  One quick question, Dr. Rosic, did you
15 receive a copy of this notice of videotaped
16 deposition with Exhibit E asking you to bring
17 materials with you?
18      A.  Yes.
19      Q.  Did you bring with you today your entire
20 file in this case and have it present in front of
21 you?
22      A.  I have parts of it electronic, parts of it
23 in print, but I have everything that I used.
24      Q.  Okay.  Can you show me, if you don't mind,
25 what you have in front of you from a paper

1      VESNA PETRONIC-ROSIC, M.D.
2 standpoint just so I can see and we can get that on
3 the video.
4      A.  (Witness complies.)
5      Q.  Thank you.  Okay.  Got it.  Thank you very
6 much.  Okay.  Nice plant.  Thank you.
7      A.  Thank you.
8      Q.  I need to catch up in my notes here.
9      Let's go back quickly to what we marked
10 earlier as Exhibit 14A, and this is the set of
11 Dr. Rosic's dermatology surgical record from when
12 she was treating Ms. Stewart as her physician.
13      MS. REYNOLDS:  Can you display those
14 records and the portion that you intend to question
15 her on?  Thank you.
16      MS. COHEN:  Yes.  Will do.
17 BY MS. COHEN:
18      Q.  Okay.  Yeah.  Page 445 we'll get to, and
19 we'll just highlight the comment part that we
20 discussed earlier just to reorient us as we move in
21 another direction.
22      All right.  You and I talked about this
23 earlier, Doctor, and I have in my notes you said
24 obviously you still stand by and agree with your
25 conclusions and comments, right?

                VESNA PETRONIC-ROSIC, M.D.
1
2       A.  Yes.
3       Q.  All right.  And, again, this conclusion you
4  have here is what you then utilized and transferred
5  to your expert litigation report in terms of your
6  final conclusion, correct?
7       MS. REYNOLDS:  Object to form.
8       A.  In some form or manner, yes.
9       Q.  Right.  I mean, there would be no --
10  nothing happened between the date you wrote this and
11  signed off on it that would change your opinion or
12  conclusion you put in your -- your expert report,
13  correct?
14      A.  Correct.
15      Q.  You had the same information, correct?
16      MS. REYNOLDS:  Object to form.
17      A.  I don't -- I mean, yes.  This was my
18  comment and I used this comment in my report, yes.
19      Q.  Okay.  Perfect.
20          Let's turn to your report.  I do want to
21  get back to that now.  We can now put 14 aside.  Now
22  we're going to go back to 1 and we'll go to page 39.
23  It will just take a minute to pull up, everyone.
24  Okay.  I want to focus on -- we've talked about this
25  a little bit, but on page -- let's see, page 39 and

1                VESNA PETRONIC-ROSIC, M.D.
2  it talks about this is -- I'll just orient us and
3  you certainly have this in hard copy because we sent
4  it to you.  You probably have a copy in front of
5  you.  Permanent chemotherapy-induced alopecia, in
6  this section that we talked about, and on page 39
7  you say "In the treatment of breast cancer only
8  Taxotere, Docetaxel regimens"; do you see that
9  word --
10      A.  Yes.
11      Q.  -- on the bottom?  All right.
12          "Have been consistently shown to cause
13  permanently chemotherapy-induced alopecia."  Then
14  you go on to say "I've reviewed and analyzed 22
15  articles," what you and I were just talking about,
16  correct?
17      A.  Yes.
18      MS. REYNOLDS:  Object to form.
19  BY MS. COHEN:
20      Q.  And on page 40, the next page, let's pull
21  that up.  Sorry, guys, this is a little technology
22  snafu, but we'll get there.
23      A.  I do need a bathroom break.  I don't know
24  if it's a good time while they're --
25      Q.  Sure.  Do you want to do it now and just

1                VESNA PETRONIC-ROSIC, M.D.
2  take -- while we pull this up?  Does that work for
3  everybody?
4       A.  Sure.  Yeah.
5       MS. REYNOLDS:  I think that's fine.  We've
6  been on almost an hour.  So that's good.
7       MS. COHEN:  Okay.  Let's have the
8  videographer just advise me how much -- how much
9  time we're on video, and then we'll try to speed it
10  up as we get back on.
11      THE VIDEOGRAPHER:  The time is 5:28.  We're
12  going off the record.
13          (A short break was had.)
14      THE VIDEOGRAPHER:  This is the start of
15  media labeled No. 7.  The time is 5:42.  We are back
16  on the record.
17  BY MS. COHEN:
18      Q.  Okay.  Great.  So, Doctor, we're just
19  going -- we're just going to look a little bit more
20  at your report now, again, Exhibit 1.  Let's see.
21  And let's move down to page 39.  Yeah, right there.
22  Oh, that was actually the right page.  Best laid
23  plans.
24          Do you have the report in front of you?  We
25  could put it on the screen.  Your report, Exhibit 1.

1                VESNA PETRONIC-ROSIC, M.D.
2       A.  Yes.
3       Q.  Okay.  All right.  Let's just look at that
4  while we're getting our technology up and running.
5  So on page 39, if you could flip to that.
6       A.  Yes.
7       Q.  I think we may have touched on that before
8  the break.  What you talk about here is the regimen,
9  correct?  Do you see that word?
10      A.  Yes.
11      Q.  And on page 40 of this -- again, you can
12  take a look at this obviously -- you use the word
13  multiple times "regimen."  I'm going to ask you a
14  question about what that means.  Twice in the top
15  paragraph, in the bottom footnote you use "regimen"
16  three or four times.  I just wanted to ask when you
17  use the word "regimen," what do you mean by that?
18      A.  It's the treatment course.  It can be
19  anything that the patient was given in the course of
20  treatment is the regimen.  It's like the management
21  plan.
22      Q.  In other words, what it means is it's not
23  just for Docetaxel, but it's the Docetaxel plus the
24  other drugs in the chemotherapy regimen constitute
25  the regimen; is that right?

VESNA PETRONIC-ROSIC, M.D.

1  
2      MS. REYNOLDS:  Object to form.
3      A.  No, that's not what I said.  It could be
4  just Docetaxel, but sometimes it's not.  It's
5  whatever the treatment is, whether it's one drug or
6  more.
7      Q.  All right.  Let me help you.  Let's look at
8  40 -- well, let's look at page 48.  I've put it up
9  there as well.  What you say here on page 48 about
10 Ms. Stewart is "Her treatment regimen was as
11 follows" and you list her six cycles in a very
12 organized fashion for us; do you see that?
13     A.  Yes.
14     Q.  Okay.  And that's the only point I was
15 getting at.  It included -- we talked about this a
16 little bit before, but obviously you know what those
17 acronyms, TAC -- T-A-C for our court reporter --
18 stands for, don't you?
19     A.  Yes.
20     MS. REYNOLDS:  Object to form.
21 BY MS. COHEN:
22     Q.  What does TAC stand for?
23     A.  TAC stands for Taxotere, Adriamycin, and
24 Cyclophosphamide.
25     Q.  And those three -- she had six cycles of,

VESNA PETRONIC-ROSIC, M.D.

1  
2  as you said, the adjuvant chemotherapy with TAC, the
3  Taxotere, Adriamycin and the Cyclophosphamide,
4  correct?
5      A.  Yes.  I say that, yes.
6      Q.  And that's what you consider to be her
7  chemotherapy regimen, correct?
8      MS. REYNOLDS:  Object to form.
9      A.  That is her chemotherapy -- yes, so that is
10 her chemotherapy regimen, but that doesn't mean that
11 every regimen has multiple chemotherapies in it.  I
12 just want to clarify that.  Her particular regimen
13 has all these therapies in it
14     Q.  Got it.  And we see it right there as you
15 put in your report plainly for us that her regimen
16 has not just Taxotere, but obviously these other
17 drugs as well, correct?
18     A.  Yes.
19     Q.  And let's see.  I'm bouncing -- I'm
20 bouncing around between your surgical report and we
21 already went through that I believe, 14A, and then
22 this one.  Let's go to page 51, which is your final
23 conclusion part.
24     A.  51.  Okay.
25     Q.  Okay.  So one thing that we know both in

VESNA PETRONIC-ROSIC, M.D.

1  
2  your final conclusion in your 14A medical report as
3  well as in your final conclusion in your expert
4  report is that you do agree that there is a
5  component of alopecia that is consistent with
6  central centrifugal scarring alopecia, correct?
7      A.  A minor component of scarring alopecia
8  consistent with central centrifugal scarring
9  alopecia.
10     Q.  That's the CCCA diagnosis we talked about,
11 correct?
12     A.  Yes.
13     Q.  And you saw that in March when you did your
14 dermatology surgical report, correct?
15     A.  Yes.
16     Q.  You saw that in June when you did your
17 final conclusion in your official June 8th report,
18 correct?
19     MS. REYNOLDS:  Object to form.
20     A.  Sorry.  Where?
21     Q.  You saw it in the photos, you saw it in the
22 evidence when you filled out your report you
23 included that CCCA, correct?
24     MS. REYNOLDS:  Object to form.
25     A.  So the -- minor component of scarring

VESNA PETRONIC-ROSIC, M.D.

1  
2  alopecia was seen on the histopathology slides that
3  I originally made in my lab.  The slides that I
4  received from Dr. Volpicelli's lab had much less of
5  a component.  So it was even less visible.  The
6  minor component was even less visible.
7      For my original report I used my pathology
8  report.  I didn't look at any new -- in the three
9  months in between I didn't look at anything new and
10 that diagnosis was based off of the pathology, not
11 of the photograph.
12     Q.  So let me -- let me start over.  I asked a
13 bad question.  In March or February -- end of
14 February, March you saw evidence of CCCA scarring
15 alopecia, correct?
16     MS. REYNOLDS:  Object to form.
17     A.  As I said in my report, there's a minor
18 component of scarring alopecia consistent with
19 central centrifugal scarring alopecia, yes.
20     Q.  So you saw it there on the pathology
21 evidence after your biopsy, correct?
22     A.  I saw the elements that satisfy a minor
23 component of that diagnosis on the slides.
24     Q.  And then in addition come June you included
25 reference to CCCA in your final report on June 8th,

Page 306

VESNA PETRONIC-ROSIC, M.D.

1           VESNA PETRONIC-ROSIC, M.D.
2    correct, your litigation report?
3        A.  I mean, it's the same reference.  I didn't
4    add anything new.
5        Q.  Okay.  I (inaudible).
6        A.  The exact --
7        Q.  Doctor, I don't mean to interrupt you.  You
8    gave -- you gave a surgical report in March which
9    you signed off of which include a reference to CCCA,
10   correct?
11       A.  Yes.
12           MS. REYNOLDS:  Object to form.
13   BY MS. COHEN:
14       Q.  In June you signed off on your official
15   litigation report which include a reference to CCCA,
16   correct?
17       A.  Yes.  Correct.
18       Q.  And then in addition in August in your
19   rebuttal expert report, which I guess we should go
20   ahead and we'll have marked, again, without waiving
21   any objections and such, you also make reference to
22   CCCA, true?
23           MS. REYNOLDS:  Object to form.
24       A.  I make reference to it.
25       Q.  Okay.  (Inaudible.)

Page 307

VESNA PETRONIC-ROSIC, M.D.

1           VESNA PETRONIC-ROSIC, M.D.
2        A.  I -- yes.
3        Q.  Now on -- again, looking at your report,
4    Exhibit 1, just so we're clear on this and we
5    haven't -- we're going to get into the Ms. Stewart
6    specific section -- you agree that the first 47
7    pages of your report are your general opinions and
8    background, correct?
9            MS. REYNOLDS:  Object to form.
10       A.  The first 47 pages are my opinions based on
11   the review of the literature.
12       Q.  Okay.  So my question is --
13       A.  And -- and my knowledge.
14       Q.  Great.  The first 47 pages are your general
15   opinions and information, correct?
16           MS. REYNOLDS:  Object to form.
17       A.  I don't know if that has any specific
18   meaning that I don't understand, but yes, those are
19   my opinions based on my review of the literature.
20       Q.  Let me try to explain it to you.  What I'm
21   ask -- what I'm distinguishing is general opinions
22   for when we transition and get into your case-
23   specific -- Mrs. Stewart's case-specific opinions.
24   So what I'm asking you is do you agree that the
25   first 47 pages are your general opinions and now

Page 308

VESNA PETRONIC-ROSIC, M.D.

1           VESNA PETRONIC-ROSIC, M.D.
2    starting on page 48 we get into the Stewart case-
3    specific opinions; do you agree with that?
4        A.  Yes.  Yes, I agree with that.
5            MS. REYNOLDS:  Object to form.
6    BY MS. COHEN:
7        Q.  Okay.  And the Stewart case-specific
8    opinions run from 48 --
9        A.  48.  48.
10       Q.  -- to 51.  I just want to make sure we're
11   on the same page.  Well, actually, more than that
12   because it covers your pictures too.  So I don't
13   want to short change, but -- this photograph as
14   well, but in terms of your case-specific opinions
15   before we get to the photographs, that runs from 48
16   to 51; is that fair?
17       A.  Yes.
18       Q.  And 48 and 49 give the background, the
19   treatment regimen, and I guess the medical history;
20   is that correct?
21       A.  48 and 49 is the background, treatment,
22   past medical history, yes.
23       Q.  And then the -- I'm just trying to get some
24   organization here.  The part of 50 is -- I guess the
25   paragraph in the middle where it says "I performed

Page 309

VESNA PETRONIC-ROSIC, M.D.

1           VESNA PETRONIC-ROSIC, M.D.
2    an exam," this is the physical exam part that we
3    talked about earlier in the medical record starting
4    with "I performed" --
5        A.  Yes.
6        Q.  And then we have the next section is the
7    histopathologic findings and the biopsy is the
8    bottom part of 50; is that right?
9        A.  Yes.
10       Q.  And it's also covered in the top part of
11   51, there's more -- this is straight from your
12   dermatology surgical report, right?
13       A.  Yes.
14           MS. REYNOLDS:  Object to form.
15   BY MS. COHEN:
16       Q.  And then the final conclusion, let's see if
17   we agree, this is your case-specific -- Ms. Stewart
18   case-specific opinions consistent with the comment
19   part that we looked at before in your surgical
20   pathology report; is that true?
21       A.  Yes.
22       Q.  Okay.  And what this talks about is -- it
23   basically says "In light of the foregoing causes of
24   analysis, persistent chemotherapy-induced alopecia
25   is to a reasonable degree of medical certainty due

VESNA PETRONIC-ROSIC, M.D.

1   VESNA PETRONIC-ROSIC, M.D.
2   to the Docetaxel-based chemotherapy regimen," right?
3       A.  Yes.
4       Q.  And when it says "regimen," again, all we
5   have to do to know what we're talking about here is
6   refer back to 48 where you describe what the regimen
7   is, correct?
8       A.  Yes.
9       Q.  And you cannot attribute her hair loss to
10  any specific chemotherapy drug, but rather you are
11  attributing it to the chemotherapy regimen as you
12  list it on page 48, correct?
13      MS. REYNOLDS:  Object to form.
14      A.  No.  It's very spe- -- yeah.  My opinion is
15  that her hair loss is due to the Docetaxel-based
16  chemotherapy that she received.
17      Q.  Okay.  What you said here is -- you say in
18  your report "Due to the Docetaxel-based chemotherapy
19  regimen"; did I read that correctly?
20      A.  Yes.
21      Q.  Okay.  And that's what you're saying,
22  correct?
23      MS. REYNOLDS:  Object to form.
24      A.  I'm saying that her chemotherapy is to a
25  reasonable degree of medical certainty due to the

1   VESNA PETRONIC-ROSIC, M.D.
2   Docetaxel that she received this chemotherapy.  That
3   is what that means.
4       Q.  Okay.  But what it says here is due to the
5   Docetaxel-based chemotherapy regimen.  Am I reading
6   your report correctly?
7       A.  Yes.
8       MS. REYNOLDS:  Object to form.
9   BY MS. COHEN:
10      Q.  And you're not disagreeing with your own
11  report, are you?
12      MS. REYNOLDS:  Object to form.
13      A.  No, I'm not.  I'm just -- you're -- you're
14  generalizing.  I already explained that regimen
15  doesn't -- can mean one drug and can mean multiple
16  drugs.
17      Q.  Sure.
18      A.  You're implying that this sentence means
19  all the drugs that she got were the cause.  No.
20  It's the Docetaxel that was the cause.
21      Q.  And it doesn't say that here in your --
22      A.  Based on the review of the literature and
23  the overwhelming evidence in the literature that
24  Docetaxel is a causative agent in permanent
25  chemotherapy-induced alopecia.

1   VESNA PETRONIC-ROSIC, M.D.
2       Q.  Tell me what you did to rule out
3   Adriamycin, Doxorubicin as part of the chemotherapy
4   regimen that caused her hair loss.
5       A.  There's no evidence in the literature that
6   those drugs are causative agents for PCIA based on
7   the report issued by other experts.
8       Q.  Okay.  So what you did to rule out the
9   Adriamycin, Doxorubicin part of the chemotherapy
10  regimen as a cause of Ms. Stewart's hair loss is you
11  are relying on expert reports that you've read of
12  other experts in this litigation; is that correct?
13      MS. REYNOLDS:  Object to form.
14      A.  I am relying on the literature that I
15  reviewed and the expert -- reports of other experts
16  that all of the medications that this person
17  received the only one that has been causally
18  associated with PCIA is Docetaxel and the others
19  have not.
20      Q.  We'll circle back to that in a moment.
21  Again, in terms of what you did to rule out
22  specifically Adriamycin as a cause of the hair loss
23  in terms of it being part of the regimen, you're
24  relying on -- did you say Dr. Madigan and Dr. Feigel
25  in their reports; is that what you're saying?

1   VESNA PETRONIC-ROSIC, M.D.
2       MS. REYNOLDS:  Object to form.
3       A.  Correct, as well -- as well as all the
4   other literature that I reviewed, but Dr. Madigan
5   specifically did statistical analysis that showed
6   that these drugs are not associated in a causal way
7   with chemotherapy -- PCIA, permanent chemotherapy-
8   induced alopecia.
9       Q.  Have you talked to Dr. Madigan?
10      A.  No.
11      Q.  Have you ever met him?
12      A.  No.
13      Q.  Have you talked to Dr. Feigel?
14      A.  No.
15      Q.  Have you ever met him?
16      A.  No.
17      THE REPORTER:  What's the last name?
18      MS. COHEN:  Feigal, F-E-I-G-A-L.
19  BY MS. COHEN:
20      Q.  Same questions as to the Cyclophosphamide,
21  which you agree was part of Ms. Stewart's regimen,
22  correct?
23      A.  Yes.
24      Q.  Okay.  And in order to rule out the
25  participation or contribution of Cytoxan, you relied

VESNA PETRONIC-ROSIC, M.D.

1  VESNA PETRONIC-ROSIC, M.D.
2  on Dr. Madigan and Dr. Feigal's report is what
3  you're telling us?
4       MS. REYNOLDS:  Object to form.
5       A.  And other literature that has not shown a
6  cause -- a causal analysis for those drugs.
7       Q.  Okay.  At the time -- we'll get to that in
8  a moment.  Oh, when you say "other literature," are
9  you referring to the package of 22, Exhibit E that
10 we've been through?
11      MS. REYNOLDS:  Object to form.
12      A.  I mean, I'm reviewing [sic] to any
13 literature that this has just not come up -- in the
14 literature these drugs do not come up as causative
15 agents for PCIA --
16      Q.  Have you seen --
17      A.  -- consistently.
18      Q.  Sorry.
19          So you referred to Dr. Madigan and
20 Dr. Feigal for No. 1 on that point.  Do you see any
21 reference in your report, the official report or
22 even your rebuttal report that was issued just in
23 the last couple weeks, so reading Dr. Madigan or
24 Dr. Feigal's report, I'll let you tell me any place
25 in here in the report or the exhibits where you rely

1  VESNA PETRONIC-ROSIC, M.D.
2  on them for your basis for excluding these other
3  potential causes.
4       A.  If you look on page 41, reference 21, that
5  references the clinical study report Tax 316 and
6  Sanofi clinical study report.  Those are the ones
7  that are from Dr. Madigan's study.
8       Q.  Okay.  Hang on.  I see that.  First of all,
9  you know that I don't represent Sanofi, correct?
10 Okay.  You know --
11      A.  I mean, I know you told me you represent
12 Sandoz.  So I imagine that you don't represent
13 anybody else.
14      Q.  You know that Sanofi is not named by
15 Mrs. Stewart in this lawsuit, correct?
16      MS. REYNOLDS:  Object to form.
17      A.  I imagine that it's not.
18      Q.  Well, we can look at the document.
19      A.  I mean, you're telling me -- these are --
20 my -- I'm not a lawyer.  My brain doesn't work that
21 way.
22      Q.  That's okay.
23      A.  If you -- I mean, what am I supposed to
24 say?  Sanofi is not in this lawsuit.  So yes, it's
25 not part of the lawsuit, this part for Ms. Stewart.

1  VESNA PETRONIC-ROSIC, M.D.
2       Q.  My question that started us down this path
3  was simply this.  Can you show me anywhere in your
4  report, your official report, your rebuttal report,
5  where you cite to and reference Dr. Madigan or
6  Dr. Feigal?
7       MS. REYNOLDS:  Object to form.
8       A.  I just showed you that from there --
9       Q.  No, you didn't.  With all due respect, you
10 pointed to a Sanofi document on page 41.  I'm
11 looking at the page in front of me.  Does that page
12 in any place reference Dr. Madigan or Dr. Feigal?
13 I'm looking at it.
14      MS. REYNOLDS:  Object to form.
15      A.  Those are -- yeah.  Well, his name is not
16 there, but those are the reports that he analyzed --
17 the studies that he analyzed for his opinion.
18      Q.  Okay.  But you don't -- there's not a
19 single -- I've given you an opportunity.  There's
20 not a single spot in either of your reports where
21 you reference those two -- those two witnesses,
22 correct?
23      MS. REYNOLDS:  Object to form.
24      A.  I mean, I'm not hiding it.  We can
25 certainly add that in any way that's legally

1  VESNA PETRONIC-ROSIC, M.D.
2  appropriate because I did have them and read them
3  and rely on them.
4       Q.  I'm not interested in altering or changing
5  your official report from June 8th right now with
6  you.  That's not going to be my act today.  So
7  let's -- let's look at it this way.  In terms of the
8  articles that you refer to, obviously they would be
9  ones that were either in your report or in the list
10 of 22 that you're referring to, correct?
11      MS. REYNOLDS:  Object to form.
12      A.  What articles are we talking about now?
13      Q.  You said that -- well, you know, you said I
14 rule out Adriamycin and Cyclophosphamide based on
15 Dr. Madigan and Dr. Feigal, and we've already
16 discussed that they don't appear anywhere in your
17 report.  Then you said I also rely on literature.
18 My question is when you say literature, I assume
19 you're talking about articles cited in your report
20 and/or the articles in Exhibit E, the 22 articles
21 that you rely on; is that correct?
22      MS. REYNOLDS:  Object to form.
23      A.  I also rely on the fact that when you do a
24 PubMed search for permanent chemotherapy-induced
25 alopecia those drugs do not come up.  So it's the

VESNA PETRONIC-ROSIC, M.D.

1    VESNA PETRONIC-ROSIC, M.D.
2    absence of evidence, as well as the expert reports
3    that were done by other professionals.
4        Q.  When did you do a search like that?
5        A.  When did I do a search like that?
6        Q.  Yes, ma'am.
7        A.  I mean, I probably did it multiple times
8    over the course of preparing the report.
9        Q.  Why don't you tell me what search terms you
10   used so we can replicate it ourselves and see
11   exactly what you saw.  What would you put in?  You
12   used PubMed as your search engine?
13       MS. REYNOLDS:  Object to form.
14       A.  I used PubMed, permanent --
15       Q.  Okay.
16       A.  Yeah.  Permanent -- permanent chemotherapy-
17   induced alopecia, persistent chemotherapy-induced
18   alopecia, PCIA.
19       Q.  Okay.  And you said that that yields
20   nothing in terms of these pharmaceutical agents,
21   these drugs, correct?
22       MS. REYNOLDS:  Object to form.
23       A.  That's not what I said.
24       Q.  Tell me what -- tell me what you're saying
25   with the absence of.

VESNA PETRONIC-ROSIC, M.D.

1    VESNA PETRONIC-ROSIC, M.D.
2        MS. REYNOLDS:  Object to form.
3        A.  I said when I did -- when I did the search
4    that those medications did not pop up as causal
5    agents for the disease.  That's what I said.
6        Q.  Oh.
7        A.  There are no big trials showing that those
8    are associated.  There's no information that would
9    make me think that they're consistently, repeatedly
10   in a way that is valid associated with this disease.
11   And yes, I replied -- I relied on the report of an
12   expert who's a top notch expert in analyzing the
13   literature and believed what he concluded in his
14   reports, and I'm sorry if it's not referenced
15   properly.  We can certainly repair that, I hope.
16       Q.  Well, it's not -- it's not that it's not
17   referenced properly.  It ain't referenced at all,
18   okay.  Let's agree on that.  You agree with that,
19   right?
20       MS. REYNOLDS:  Object to form.
21       MS. COHEN:  It is not referenced one iota,
22   true?
23       MS. REYNOLDS:  Object to form.
24       A.  Well, I thought that this was the
25   reference, but his name does not appear as --

VESNA PETRONIC-ROSIC, M.D.

1    VESNA PETRONIC-ROSIC, M.D.
2        Q.  You thought the reference to a Sanofi --
3        A.  -- printed.
4        Q.  -- study would refer us to your review of
5    Dr. Madigan and Dr. Feigal's reports in the
6    litigation; is that what you're saying?
7        MS. REYNOLDS:  Object to form.
8        A.  Well, it's not a reference to San- -- it's
9    not a reference to Sanofi study.  It's a reference
10   to multiple studies.
11       Q.  Okay.  Let me ask -- let me ask you another
12   question.  You said these experts or however you
13   described them, qualified experts.  Did you know
14   anything about Dr. Madigan or Dr. Feigal before
15   Plaintiff's counsel raised their names with you?
16       A.  I did not.  They're not in my field of --
17   my specialty, but I read their qualifications.
18       Q.  Did the Plaintiffs' attorney send to you
19   the defense experts in those same areas so you could
20   compare them and have an honest and unbiased view of
21   comparing and contrasting the reports?
22       MS. REYNOLDS:  Object to form.
23       A.  I did not receive defense experts' reports,
24   but would love to look at them.
25       Q.  Now, Dr. Tosti I know you -- again, we

VESNA PETRONIC-ROSIC, M.D.

1    VESNA PETRONIC-ROSIC, M.D.
2    talked about her prior report, the one from
3    October 21, 2019.  Did you -- did you review her
4    deposition that went with that report?
5        A.  No.
6        Q.  Or her trial testimony that went with that
7    report?
8        A.  No.
9        Q.  And I want to read to you a quote from her
10   deposition since you relied on it and incorporated
11   her report into yours and see if you agree or
12   disagree with Dr. Tosti.  This is in the deposition
13   transcript of December 4, 2018, and in this
14   report -- in this deposition she says on page 297 --
15       MS. REYNOLDS:  Object.  Object to form.
16       MS. COHEN:  The question is "In your report
17   you do not attribute the hair loss to any specific
18   chemotherapy drug, right?"  And she says "I cannot
19   say which drug is causing the hair loss.  Of course,
20   you can never make these diagnoses to any type of
21   drug-induced hair loss."
22       Did you see that testimony she gave?
23       MS. REYNOLDS:  Object to form.
24       A.  I cannot opine -- I cannot opine on a
25   sentence like that taken out of a deposition that's

VESNA PETRONIC-ROSIC, M.D.

1  VESNA PETRONIC-ROSIC, M.D.
2  probably hundreds of pages without reading what's
3  before and after that and to what she refers.  So I
4  apologize, but I cannot provide an opinion on that.
5      Q.  But if Dr. Tosti in her testimony was
6  unable to specify which specific drug in the regimen
7  was the cause of hair loss, you think you're
8  qualified to do it even if she couldn't; is that
9  what you're telling us?
10     A.  I don't what she --
11         MS. REYNOLDS:  Object to form.
12     A.  I don't know what she could or couldn't do.
13  You read me one sentence out of her deposition,
14  which was probably about eight hours long, and I
15  don't know in what context what question was asked,
16  what that was in answer to, and I think that your
17  comment about my expertise is inappropriate.
18     Q.  Well, again, with all due respect, all I
19  asked was if Dr. Tosti couldn't specify which
20  specific part of the regimen caused hair loss, you
21  think you're able to do that nonetheless?
22         MS. REYNOLDS:  Object to form.
23     A.  You said if she's not able to I think I am
24  more qualified or something.  Maybe the stenographer
25  can read back the whole -- the whole paragraph, but

1  VESNA PETRONIC-ROSIC, M.D.
2  in any case, it doesn't matter.  I didn't -- I
3  didn't read her deposition.  I don't have that
4  deposition.  I cannot give an opinion on a document
5  that I have not read.  You read half a sentence or
6  one sentence out of something that lasted, you know,
7  eight or ten hours, and it's absolutely not
8  something I can provide an opinion on.
9      Q.  Okay.  Let me go back for a minute to the
10  issue about the other chemotherapy drugs in the
11  regimen.  Let me have -- let's go back to Exhibit 5
12  and I want to go back to one of your 22 articles.
13  Let's see.  This is Crown, No. 4.  I'll let you
14  get -- see if we can get there.  You said you
15  haven't seen any articles on this.
16         Okay.  All right.  Let's look at this.  Do
17  you remember this Crown article that you cited to in
18  your report?
19     A.  Yes.
20     Q.  This is also on Exhibit E of the Dr. Rosic
21  22, and it says under "Background" -- we'll pull
22  that part up.  Okay.  I'll let you all get there.
23  It says "We studied the incidence of long-term hair
24  loss for patients treated on adjuvant trials in our
25  institution.  Patients who were enrolled in clinical

1  VESNA PETRONIC-ROSIC, M.D.
2  trials involving Tax" -- and they list Docetaxel,
3  Paclitaxel, and/or Anthracyclines -- "were
4  included"; do you see that?
5      A.  Yes.
6      Q.  And then it says -- if we slide down below,
7  it says "The overall incidence of alopecia was
8  15 percent"; do you see that?
9      A.  Yes.
10     Q.  It says for all D the incidence was
11  15 percent; for D plus A, which is the
12  Anthracycline, 24 percent; the D non A the incidence
13  was 13 percent; do you see that?
14     A.  Yes.
15     Q.  And then it says for A non T 8 percent, for
16  PA 13 percent, for patients receiving D non A
17  regimen there were two levels of exposure, 300
18  milligrams.  Then sliding down a little bit there --
19  again, this is a short article, but you can
20  certainly read it -- it says on the bottom "The risk
21  appears to be highest in a regimen which contains A
22  and Tax, but it's also seen in AP and in A non-Tax."
23  Did I read that correctly in your article?
24     A.  Yes.
25         MS. REYNOLDS:  Object to form.

1  VESNA PETRONIC-ROSIC, M.D.
2  BY MS. COHEN:
3      Q.  Do you remember reading these data points
4  when you included this in your report?
5         MS. REYNOLDS:  Object to form.
6      A.  I mean, yes, I read this.
7      Q.  I have one more point.  There's one more,
8  No. 13 in your list.  This is Pat Masidonski,
9  No. 13.  This is another one of the articles you
10  cited for us.
11         MS. REYNOLDS:  Object to form.
12         MS. COHEN:  I'll let you catch up there.
13  We'll go to the second page.  Again, it says there
14  on the left side talking about in this article
15  "These regimens typically include an Anthracycline,
16  Cyclophosphamide, and a Taxane, a TAC," right?
17         MS. REYNOLDS:  Object to form.
18     A.  Yes.
19     Q.  And that's what -- again, in your
20  materials, in these cites that's exactly the same
21  chemotherapy regimen that we're talking about with
22  Ms. Stewart, right?
23         MS. REYNOLDS:  Object to form.
24     A.  Well, I don't know if it's the same dosage
25  and cycles and anything, but the individual

VESNA PETRONIC-ROSIC, M.D.

1  medications are in both, yes.  All it says here is
2  the name of the drug.  It says nothing about the
3  actual cycles or the frequency or the dose or
4  anything.  So I can't say whether it's the same or
5  not.
6  
7      Q.  Let's look at the characteristics of women
8  with permanent alopecia under chemotherapy.  Again,
9  it analyzes the Anthracyclines, plus
10  Cyclophosphamide four times with Taxane; do you see
11  those numbers?
12     A.  Okay.
13     Q.  And are you saying that because you don't
14  know the -- whatever you said, the same dosage and
15  cycles that we should throw this article aside and
16  not include it in your reference list?
17         MS. REYNOLDS:  Object to form.
18     A.  Why would you throw it aside and not
19  include it in the reference list?
20     Q.  I'm just reading your testimony.
21     A.  I don't understand -- I don't under- -- no.
22  I'm -- I'm not -- I don't understand why you're --
23  like I don't at all understand your statement right
24  now.
25     Q.  Okay.  You said --

VESNA PETRONIC-ROSIC, M.D.

1  
2      A.  What I said -- what I said and I hope that
3  the testimony -- written testimony reflects that is
4  that there is no literature to support a causal
5  association for these other drugs, and based on the
6  expert's report that I read, the only medication for
7  which causal association has been proven based on
8  analysis is Docetaxel.  That is what I said.  I
9  didn't say that these drugs never -- there was never
10  anybody who took any of these drugs who dropped
11  PCIA.
12         The evidence -- overwhelming evidence from
13  the literature shows that the risk for developing
14  PCIA in someone taking Docetaxel is ten times bigger
15  than other drugs, and the numbers of patients who
16  have developed PCIA from Docetaxel regimen are in
17  the hundreds in the literature.  That's what I'm
18  saying.  Please don't like twist what I say.
19     Q.  Well, I'm reading your words on my
20  transcript here where you said "We didn't know the
21  dosage."  So I want to know what you meant by that,
22  whether we should disregard this because we didn't
23  have the information.  I think you're saying no, we
24  should keep referring to this article, right?
25         MS. REYNOLDS:  Object to form.

VESNA PETRONIC-ROSIC, M.D.

1  
2      A.  Again, you are twisting what was said.  You
3  asked me if this is the same as Ms. Stewart
4  received, right?  That is what you said.  This is
5  the same as Ms. Stewart, right?  I don't know that,
6  and the fact that I don't know if that regimen was
7  exactly the same as Ms. Stewart's or not doesn't
8  mean the article is valid or not valid.  I just said
9  no, it is -- I can't tell you whether it's the same
10  because there's no data to that effect.
11     Q.  Did you -- I'm sorry.  I didn't mean to get
12  you upset.  Are you okay?  Should we proceed?
13         MS. REYNOLDS:  Object to form.
14     A.  I'm fine.  I'm fine.  I just am surprised
15  that you're twisting my words that way.
16     Q.  Well, you're here and you're obviously
17  being allowed to explain all you want and you're
18  doing a great job of it.
19         So do you -- did you look at that -- for
20  these additional drugs the instructions for use that
21  talk about (indecipherable) studies of, again --
22     A.  No.
23     Q.  -- Doxorubicin, Cyclophosphamide,
24  Adriamycin, any of those?  No?
25     A.  No.

VESNA PETRONIC-ROSIC, M.D.

1  
2      Q.  You don't know what they say about causing
3  permanent hair loss and their company's instructions
4  for use they put out, do you?
5         MS. REYNOLDS:  Object to form.
6      A.  I don't know what they say in their
7  instructions.
8      Q.  Now let me go back to -- let's see -- your
9  your part of your report that talks about the Wanda
10  Stewart case-specific part, 48 to 51.  I want to
11  make sure we cover that and a couple other things.
12         Here's one thing I wanted -- I've been
13  meaning to ask you all day and I keep forgetting.
14  Page 48 of your report says "On March 2, 2020 I
15  performed a medical evaluation of Wanda Stewart."  I
16  think we've learned now that that date is not,
17  correct, right?
18         MS. REYNOLDS:  Object to form.
19     A.  The date that I -- you're correct.  That
20  should state February 28th.
21     Q.  Okay.  I was confused by that whether you
22  did two.  So you actually did -- we'd have to change
23  that to February 28th, okay, and that's when you did
24  the medical evaluation, took the history, the
25  physical evalua- -- physical exam, correct?

VESNA PETRONIC-ROSIC, M.D.

1    VESNA PETRONIC-ROSIC, M.D.
2        A.  That is correct.
3        Q.  During your examination of her did you take
4    any notes, take any videos or anything like that, or
5    do we have everything documented on the exhibit we looked
6    at from your -- you know, from MedStar?  Does that
7    encompass all the notes you took?
8        A.  Yeah, the electronic medical record.  I
9    don't take any written notes anywhere anymore.  And
10   the photos that I took which are not all in the
11   medical record, but you should have access to them.
12       Q.  Okay.  Thank you.  Yes.
13           Now -- and you can obviously look at your
14   medical history, which is back on page 48.  I'm
15   going to get into it I guess a little bit on 49.  I
16   want to ask you you obviously knew that -- you
17   obviously know that she -- that she was diagnosed
18   with breast cancer at age 45, correct?
19       A.  Yes.
20       Q.  Were you aware that in January 2012 she had
21   a hysterectomy and a bilateral salpingo-oophorectomy
22   following a diagnosis with uterine fibroid?
23       A.  Yes.  Well, I knew she had a hystorectomy,
24   yes.  It's in the report.
25       Q.  Okay.  And where is it in the report just

1    VESNA PETRONIC-ROSIC, M.D.
2    want to make sure I can see it?
3        A.  Page 49, last paragraph.
4        Q.  Got it.  Okay.
5            And she had early menopause based on the
6    hysterectomy/oophorectomy correct?
7        A.  Yes.
8        Q.  Do you agree that hormone replacement
9    therapy causes hair loss, correct?
10           MS. REYNOLDS:  Object to form.
11       A.  Which hormone replacement therapy and in
12   whom?
13       Q.  Generally speaking --
14       A.  When?
15       Q.  Generally speaking, do you agree that
16   hormone replacement therapy can cause hair loss?
17           MS. REYNOLDS:  Object to form.
18       A.  It can in some individuals, yes.
19       Q.  Ms. Stewart has been cancer free since
20   September 2014; are you aware of that?
21           MS. REYNOLDS:  Object to form.
22       A.  Yes.
23       Q.  And you understand that her cancer -- her
24   chemotherapy regimen that we've been talking about
25   saved her life, correct?

1    VESNA PETRONIC-ROSIC, M.D.
2        MS. REYNOLDS:  Object to form.
3        A.  Her chemotherapy regimen cured her breast
4    cancer, yes.
5        Q.  Her chemotherapy regimen --
6        A.  I don't know if -- I don't know if it saved
7    her life, that is not something for me to say or for
8    us to know, but yes, it got rid of her breast
9    cancer.
10       Q.  Well, do you disagree with her treating
11   oncologist Dr. McCanless who gave sworn testimony
12   that in his opinion it saved her life?  Would you
13   disagree with that testimony?
14           MS. REYNOLDS:  Object -- object to form.
15       A.  What am I disagreeing with?  Excuse me.  I
16   didn't hear your whole -- can you sit closer to
17   the --
18       Q.  Sorry.  Yes.
19           I'm just asking you, I know you weren't
20   provided this, but would you disagree with testimony
21   by Dr. McCanless that he believes that the
22   therapy -- the chemotherapy regimen saved her life?
23   Do you disagree with that?
24           MS. REYNOLDS:  Object to form.
25       A.  I don't.  I didn't see his testimony, I

1    VESNA PETRONIC-ROSIC, M.D.
2    didn't read it.  What I believe based on what I know
3    is that she had breast cancer, got treatment, and is
4    now breast cancer free.  She also had surgery as
5    part of that.
6        Q.  Now, we talked about this earlier that
7    Ms. Stewart went to see a Tara Lynn Rheubottom for
8    dermatologic care.  Are you familiar with her?
9        A.  No.
10       Q.  Have you heard her name in this case from
11   anyone at any time?
12       A.  No.
13       Q.  And her practice --
14       A.  When did she -- when did she see her?
15       Q.  I'll find out for you.  She saw her in
16   200- -- she saw her for a number of years including
17   in 2014 after her chemotherapy.  You haven't seen
18   those records?
19       A.  No.
20       Q.  And Ms. Stewart -- let me see if I can find
21   the specific dates when she saw her.  Hang on one
22   second.
23           So let me give you that date.  She has been
24   seeing -- going to see this dermatology practice and
25   Nurse Rheubottom, who's a hair loss specialist,

VESNA PETRONIC-ROSIC, M.D.

1  VESNA PETRONIC-ROSIC, M.D.
2  since 2010 and has even seen her recently, and you
3  were not aware of those?
4       A.  Who is this nurse?
5       Q.  She's a nurse practitioner at a
6  dermatologic practice who she's been seeing for ten
7  years.
8           MS. REYNOLDS:  Hold on just a second.  I
9  somehow got kicked out of the audio feed and I had
10  to come back in.  Can you just --
11          MS. COHEN:  Yes.  So my question is you
12  have not --
13          MS. REYNOLDS:  -- go back and refresh me.
14          MS. COHEN:  -- you have not seen her
15  medical records or deposition from Tara Lynn
16  Rheubottom, nurse practitioner, have you?
17          MS. REYNOLDS:  Object to form.
18      A.  No.
19      Q.  And you probably don't know this, but I
20  will ask you do you realize -- or do you know that
21  Ms. Stewart never once in the ten years even up to
22  recently complained of hair loss to this treater?
23  Are you aware of that?
24          MS. REYNOLDS:  Object to form.
25      A.  Well, I -- there's no way for me to know

1  VESNA PETRONIC-ROSIC, M.D.
2  that when I don't know about the relationship.
3       Q.  All right.  And if this treater in
4  Louisiana specializes in African-American women with
5  hair loss for whom Ms. Stewart has been seeing for
6  ten years says that she believes Ms. Stewart's hair
7  has a similar appearance to CCCA alopecia, would you
8  agree with her or disagree with her?
9           MS. REYNOLDS:  Object to form.
10      A.  Can you tell me what training, what
11  residency this person finished, how they're
12  qualified to make that diagnosis?
13      Q.  No.  I'm going to let -- let the counsel
14  who retained you cover that with you if you want.
15  I'm just asking you if her testimony under oath was
16  that she believes that her hair looks like CCCA,
17  will you agree with her or disagree with her?
18          MS. REYNOLDS:  Object to form.
19      A.  Well, I -- I can't agree or disagree.  I
20  don't know her qualifications.  She's a nurse
21  practitioner.  She received no specific dermatology
22  training because there is no residency program for
23  nurse practitioners that existed 10 or 15 years ago.
24  So I don't know what her expertise is.  So I
25  don't -- she's in a completely different world.

1  VESNA PETRONIC-ROSIC, M.D.
2       Q.  Did you ever ask counsel who retained you
3  are there any medical records -- additional medical
4  records I should see so I can make sure I know how
5  Ms. Stewart has been doing through the years in
6  terms of hair loss, primary care physicians?  Did
7  you ever ask for anything like that?
8           MS. REYNOLDS:  Object to form.
9       A.  So I asked Ms. Stewart, who said that she
10  never had any issues with her hair and had normal
11  hair, and so I had no reason to not trust her and
12  ask for records.  There wouldn't be any records if
13  she had normal hair and she didn't have a reason to
14  seek medical attention for that.
15      Q.  And did you ask -- so, again, you're
16  obviously here giving the opinion that she has hair
17  loss and you know she's seeking damages in a lawsuit
18  for that.  Did you ever ask her the question have
19  you ever reported or complained of hair loss to any
20  of your actual treating physicians?  Did you ever
21  ask her that?
22      A.  No.
23          MS. REYNOLDS:  Object to form.
24  BY MS. COHEN:
25      Q.  Are you aware that she's never been

1  VESNA PETRONIC-ROSIC, M.D.
2  diagnosed by any treating physician as having hair
3  loss?
4           MS. REYNOLDS:  Object to form.
5       A.  I mean, if she never sought treatment for
6  it, she didn't have the opportunity to get the
7  diagnosis.
8       Q.  Let me just look at your -- let's see.
9  Page 49 of your report it says -- oh, I know what I
10  wanted to ask you.  Did you ever in your -- in
11  your -- I guess not March 2nd, February 28th
12  evaluation, did you do any blood work on
13  Ms. Stewart?
14      A.  No.
15      Q.  Did you check her vitamin levels or
16  anything like that to see if she had any deficiency,
17  like that record we looked at?
18      A.  There was no clinical indication to do that
19  at the time of her exam.
20      Q.  You're aware that in March 2015 she was
21  diagnosed with a vitamin D deficiency?
22      A.  Yes.
23      Q.  On page 49 of your report you say in your
24  history -- or I guess taken from her report to you,
25  "After her first dose of chemotherapy in June 2014

VESNA PETRONIC-ROSIC, M.D.

1    VESNA PETRONIC-ROSIC, M.D.
2  she started noticing hair loss and had lost all of
3  her hair by the fourth dose.  She then progressed to
4  lose all body hair and had no hair on her body by
5  the time she finished chemotherapy in September
6  2014.  She has had hair regrowth on the temporal and
7  occipital scalp over the past few years, but still
8  has very thin hair on the top and front of the
9  scalp."  That was part of your analysis; is that
10 correct?
11      A.  That was information she gave me.
12      Q.  And I know we've already said that you
13 haven't seen her deposition testimony, but have you
14 learned or are you aware from any source that she
15 testified that her hair began growing back in all
16 areas in January 2015 after her chemotherapy ended?
17      MS. REYNOLDS:  Object to form.
18      MS. COHEN:  Do you know that?
19      A.  I mean, I don't know specifically when it
20 started growing, but she did say that it started
21 growing and regrew to 60 percent of
22 pre-chemotherapy.
23      Q.  It says in your report --
24      A.  She may have said January.  I just didn't
25 document it.

1    VESNA PETRONIC-ROSIC, M.D.
2      Q.  It says further down in your report "Some
3  of her hair in the armpits and her eyelashes have
4  grown back, but not her eyebrows, which she fills in
5  with makeup."
6      Do you know whether -- what she said in her
7  deposition testimony about her eyebrow -- eyebrow
8  regrowth?
9      A.  No.
10      Q.  You understand that Dr. Nicole Rogers is
11 our defense dermatologist from Louisiana, correct?
12      A.  Yes.
13      Q.  You've read her report, correct?
14      A.  Yes.
15      Q.  You read her report where she examined
16 Ms. Stewart and gave a detailed narrative of the
17 examination and their discussion; do you recall
18 seeing that?
19      A.  Yes.
20      Q.  And did you see that Ms. Stewart told
21 Dr. Rogers that she, in fact, had scalp itchiness?
22 Did you notice that and how it conflicted with your
23 history?
24      MS. REYNOLDS:  Object to form.
25      A.  I mean, it's possible.

1    VESNA PETRONIC-ROSIC, M.D.
2      Q.  The part here we're talking about, "She
3  also noticed generalized hyperpigmentation,
4  including hyperpigmentation of the nail plates and
5  of her skin for a few years after chemo that has
6  slowly started to resolve."  Was that significant to
7  you?
8      A.  I thought that was interesting from an
9  academic perspective, but not pertaining to her
10 PCIA.  I just thought that was interesting because
11 it's not something that I've heard from other
12 patients often.
13      Q.  Well, did you -- did you know either from
14 her, any records, or from counsel that these issues
15 predated chemotherapy?
16      MS. REYNOLDS:  Object to form.
17      A.  Well, how -- she said they appeared after
18 chemotherapy.  So that's all I know.
19      Q.  And you say here that she -- somewhere here
20 on page 50 that her hair was normal before
21 chemotherapy --
22      A.  That's what she told me.
23      Q.  -- and that she never wore a wig.  That's
24 what you noted; is that right?
25      A.  Yes, that is what she told me.

1    VESNA PETRONIC-ROSIC, M.D.
2      Q.  Did you ever learn that she had been taking
3  hair vitamins for six months or more before
4  chemotherapy?
5      MS. REYNOLDS:  Object to form.
6      A.  I'm not sure that I knew that or didn't,
7  but she didn't tell me that at the time of the exam.
8      Q.  Did she tell you that --
9      A.  She said that she takes -- excuse me -- a
10 daily women's vitamin and vitamin D3.  That is what
11 she told me.  As far as any other medications, yeah,
12 she told me about the other medications, but not
13 about hair vitamins.
14      Q.  Did she ever tell you that she was wearing
15 hair extensions to add more volume to her hair
16 before chemotherapy?
17      A.  That she was, excuse me, wearing hair
18 extensions?
19      Q.  Yes.  Did she ever tell you that she had to
20 wear hair extensions to add more volume to her hair,
21 is what she said, before chemotherapy?
22      MS. REYNOLDS:  Object to form.
23      A.  So she didn't tell me that.  She did say
24 that she wore hair extensions.
25      Q.  You agree that hair extensions and weaves

Page 342

VESNA PETRONIC-ROSIC, M.D.

1  can contribute to hair loss, something called
2  traction alopecia, right?
3  A. Yes.
4
5  MS. REYNOLDS: Object to form.
6  BY MS. COHEN:
7  Q. Do you know how long -- how long it's been
8  that Ms. Stewart, again, was wearing extensions and
9  doing things that caused traction alopecia?
10  A. If I recall, she said she didn't do
11  anything after chemotherapy other than wash and blow
12  dry her hair. So I guess it was before that, but I
13  think I read in Dr. Rogers' report that she did
14  extensions -- I shouldn't -- I should look at the
15  report, which I don't have handy right now, but it's
16  not something she did often.
17  Q. Your report has a photo on page 34 of
18  traction alopecia, doesn't it?
19  A. Yes.
20  Q. And this is most prevalent, as you say, in
21  women of African decent with a prevalence of about
22  30 percent, correct?
23  A. Yes.
24  Q. And you didn't note this in either your
25  medical conclusion or your litigation conclusion in

Page 343

VESNA PETRONIC-ROSIC, M.D.

1  your two reports, but you agree that there's some
2  component of traction alopecia in what you see in
3  Ms. Stewart, correct?
4
5  MS. REYNOLDS: Object to form.
6  A. No, I didn't -- don't agree to that.
7  Q. What did you do to rule that out?
8  A. I did a clinical exam, and additionally on
9  her biopsy she has no evidence of traction alopecia.
10  Q. Well --
11  A. And you know when you do extensions and
12  hair weaves they're not done at the side of the
13  scalp. They're done on the back of the scalp where
14  I did the biopsy.
15  Q. Did either of -- I know you asked on
16  page -- let's see. On page 50 you said Ms. Stewart
17  did not have any family history of hair loss, I
18  think you said here. Let me find it. Oh, yeah.
19  "There's none of hair loss and her father, mother,
20  and sister have a lot of hair." Is that what you
21  noted in the history?
22  A. That's what she told me, as well as that
23  they developed some thinning in their old age.
24  Q. Did you know -- well, and you write here 72
25  years old. Did you know that it came out in

Page 344

VESNA PETRONIC-ROSIC, M.D.

1  Ms. Stewart's deposition that her mother admitted to
2  having hair loss and has been wearing a wig since
3  the age of 58? Did you have that history?
4
5  MS. REYNOLDS: Object to form.
6  A. She did not tell me that.
7  Q. When you say "diffuse," can you define what
8  you mean by "diffuse"? You use that on page 50.
9  A. Involving the entire scalp or the majority
10  of the scalp. "Diffuse" means all over.
11  Q. When you say "Follicular ostea are
12  preserved" --
13  THE REPORTER: I'm sorry. When you say --
14  BY MS. COHEN:
15  Q. -- "on the scalp with minimal loss
16  anteriorly," what do you mean by that?
17  THE REPORTER: I can't hear you.
18  A. Say that again.
19  Q. When you say -- yes. Let me do that again.
20  When you say "Follicular ostea" --
21  F-O-L-L-I-C-U-L-A-R ostea -- "are preserved on the
22  scalp with minimal loss anteriorly," what's meant by
23  that?
24  A. That means that openings of the hair
25  follicles are present, that they're not wiped out by

Page 345

VESNA PETRONIC-ROSIC, M.D.

1  scarring.
2
3  MS. COHEN: How long have we been going
4  now, you guys? I just want to do a check on whether
5  we should just take a quick break so I can organize
6  my notes a little bit. We've been going about an
7  hour --
8  MR. MICELI: Seven hours and (inaudible.)
9  MS. REYNOLDS: I'm sorry. Can you repeat
10  that? Seven hours and what?
11  MR MICELI: That was me. I was being
12  funny. Seven hours and 58 minutes.
13  MS. COHEN: Why don't we take a short break
14  if we can. We've been going about an hour since the
15  last break. I can kind of organize some of my
16  thoughts and we can get a time reference from the
17  videographer to see where we want to go from here.
18  MS. REYNOLDS: Sure. Sounds good. We can
19  go off the record now.
20  THE VIDEOGRAPHER: The time is 6:41 we're
21  going off the record.
22
23  (A short break was had.)
24  THE VIDEOGRAPHER: This is the start of
25  media labeled No. 8. The time is 6:59. We are back
    on the record.

VESNA PETRONIC-ROSIC, M.D.
1
2  BY MS. COHEN:
3      Q.  Okay.  Everyone's happy to hear that it's
4  the last hour.
5          I want to cover a couple of general topics
6  and I know, Doctor, we've talked about this
7  throughout the course of the day, but you obviously
8  agree that there are numerous types of hair -- there
9  are numerous causes of hair loss, some scarring,
10  some nonscarring, correct?
11         MS. REYNOLDS:  Object to form.
12     A.  There are various types -- there are
13  various types of hair loss, yes.
14     Q.  And various causes of hair loss as well,
15  correct?
16     A.  There are different causes of hair loss,
17  but that -- both of those statements are extremely
18  general.
19     Q.  Now -- and, again, some of this you cover
20  in the beginning part of your report, the background
21  part.  I want to ask you about a couple things.
22  You've obviously read our defense expert reports,
23  the three of them I mentioned, like Dr. Rogers,
24  Dr. Hauman and Dr. Volpicelli, correct?
25     A.  Yes.

VESNA PETRONIC-ROSIC, M.D.
1
2      Q.  And you understand that they believe that
3  Ms. Stewart shows, in terms of the diagnosis for her
4  hair loss, that causes include CCCA, AGA, traction
5  alopecia, endocrine therapy-induced alopecia, those
6  four as primary causes?  I'll just start there.  You
7  understand that that's their opinion, correct?
8      A.  I understand that, yes.
9      Q.  Okay.  You understand that they each
10  reached those opinions independently from each other
11  and came to the same conclusions?  I don't know.  Do
12  you know that?
13     A.  I don't know that.
14         MS. REYNOLDS:  Object to form.
15  BY MS. COHEN:
16     Q.  And in terms of CCCA you say in your two
17  conclusions, both your medical one and your legal
18  one and I think you said this today in your
19  testimony, that it's a minor component is the phrase
20  you used today in your report.  I'd like to ask you
21  can you put a percentage on that?
22     A.  I cannot put a percentage on that.  She has
23  mild CCCA.
24     Q.  All right.
25     A.  I can show you in the derm path photos why

VESNA PETRONIC-ROSIC, M.D.
1
2  it's mild and I think it's in my report where I
3  contrast it to photos from literature that
4  illustrates typical CCCA, and hers is nowhere near
5  like that.  So she has mild CCCA.
6      Q.  We'll get to that.  So in terms of why you
7  believe it's minor and not the most predominant
8  cause of her hair loss like our experts say is based
9  on your histopathology?
10         MS. REYNOLDS:  Object to form.
11     A.  It's based on the clinical exam and the
12  histopathologic evaluation.
13     Q.  Okay.  So when you say "clinical exam," are
14  you talking about your visualization of her hair and
15  how it looks?
16         MS. REYNOLDS:  Object to form.
17     A.  Yes.  The fact that she has preserved
18  follicular ostea and the fact that she has diffuse
19  hair loss throughout the scalp, those are not
20  characteristics of CCCA.
21     Q.  And you have been firm about that.  I
22  want -- I want to make that really clear.  You
23  believe that she has diffuse hair loss all over her
24  scalp; is that right?
25         MS. REYNOLDS:  Object to form.

VESNA PETRONIC-ROSIC, M.D.
1
2      A.  She has diffuse hair loss, yes.
3      Q.  That's a critical part of your conclusions
4  today in terms of ruling out other causes what you
5  describe as diffuse hair loss all over her scalp,
6  correct?
7          MS. REYNOLDS:  Object to form.
8      A.  What do you mean by "critical"?  It's
9  not -- my opinion -- my opinion is based on a
10  variety of different findings, one of which is that
11  she has diffuse thinning of her hair.  I think
12  that's how I describe it, but let me check.
13     Q.  (Inaudible.)
14     A.  Diffuse thinning, yes.  I said that there
15  was "Diffuse moderate to focally severe thinning of
16  hair on the scalp, more prominent on the frontal
17  scalp temporal areas and vertex.  However, clearly
18  visible significant diffuse thinning is present over
19  the entire scalp."
20     Q.  So the diffuse hair loss throughout the
21  entire scalp, to use your words, is a significant
22  part of your -- of the foundation for your opinions,
23  correct?
24         MS. REYNOLDS:  Object to form.
25     A.  So you keep -- you keep saying "diffuse

VESNA PETRONIC-ROSIC, M.D.

1         VESNA PETRONIC-ROSIC, M.D.
2  hair loss" where my report consistently says
3  "diffuse thinning" of her hair.  So she has diffuse
4  thinning and that is one of the -- one of the
5  elements of the diagnosis of PCIA is that she has
6  diffuse thinning, which is not a characteristic of
7  CCCA.
8    Q.  The "diffuse hair loss" term I was using
9  came from your mouth.  I read it on the screen here.
10  You said diffuse hair loss about three minutes ago.
11  Do you disagree with that?
12    MS. REYNOLDS:  Object to form.
13    A.  I don't know if I said that or not.  I
14  don't know if I mirrored something that you said,
15  but she has diffuse thinning of her hair and that is
16  the correct term.
17    Q.  Does she have diffuse hair loss or not?
18    A.  Diffuse thinning of her hair, that is the
19  correct term.
20    Q.  When you said diffuse hair loss in your
21  sworn testimony four minutes ago, do you want to
22  retract that now?
23    MS. REYNOLDS:  Object to form.
24    A.  I don't want to retract that.  I'm just
25  saying the objective way to describe what she has is

1         VESNA PETRONIC-ROSIC, M.D.
2  diffuse thinning of her hair.  That is due to the
3  type of hair loss that she has.  So they're --
4  they're not synonymous, they're complimentary.  So
5  the correct physical --
6    Q.  If you said diffuse --
7    A.  Yeah.  The correct term is diffuse thinning
8  of the hair.  And I apologize if I didn't say it
9  correctly, but that is the correct term and that is
10  a result of the type of hair loss that she has,
11  which in my opinion is PCIA.
12    Q.  Okay.  So that -- that and the
13  histopathology is why you believe she doesn't have
14  CCA as her diagnosis, her a primary diagnosis,
15  correct?
16    MS. REYNOLDS:  Object to form.
17    A.  No.  The fact that she doesn't have
18  significant severe or typical inflammatory and
19  fibrosing visible either clinically or
20  histopathologically evidence of CCCA but just minor
21  elements is why that is not the main diagnosis.  She
22  has both.
23    Q.  Have you ever written -- right, she has
24  both.  You agree she has CCCA, correct?
25    A.  Yes, she has both.

1         VESNA PETRONIC-ROSIC, M.D.
2    MS. REYNOLDS:  Object to form.
3  BY MS. COHEN:
4    Q.  All right.  Now, have you ever written --
5  written anything about CCCA?
6    A.  What do you mean have I ever -- like
7  published in the peer reviewed literature?
8    Q.  Yes.
9    A.  I don't think so.
10    Q.  Androgenetic alopecia, AGA, let me find the
11  page in your report where I believe you say your
12  opinions on this.  You say "Due to the presence of
13  the above and the significantly decreased hair
14  density, androgenetic alopecia can be reliably ruled
15  out."  What do you mean by that?
16    A.  I mean the fact that she has a decreased
17  hair count that is not a characteristic of
18  androgenetic alopecia.  Androgenetic alopecia does
19  not cause loss of individual follicular units, it
20  causes miniaturization of hairs, and she has loss
21  of -- she has decreased numbers of hair follicle --
22  individual hair follicles as well as follicular
23  units.
24    Q.  So you're basing your opinion that
25  androgenetic alopecia can be ruled out reliably

1         VESNA PETRONIC-ROSIC, M.D.
2  based on histopathology as well as -- well,
3  histopathology?
4    MS. REYNOLDS:  Object to form.
5    A.  Clinically she doesn't look like someone
6  who has androgenetic alopecia, and the histology
7  definitely does not look like androgenetic alopecia.
8    Q.  What do you mean "clinically she doesn't
9  look like androgenetic alopecia" because I've looked
10  at a lot of pictures and I want to take -- get your
11  take on it?  What do you think -- what is it about
12  her appearance and her hair that doesn't fit in your
13  opinion with AGA?
14    MS. REYNOLDS:  Object to form.
15    A.  Androgenetic alopecia -- androgenetic
16  alopecia causes a pattern of hair thinning that is
17  more prominent in the front and less in the back.
18  So it forms a Christmas tree pattern and it spares
19  the lateral and occipital scalp, which is not spared
20  in her, and additionally she does not have a
21  Christmas tree pattern of hair loss.
22    Q.  And that is -- is that the Sinclair Scale
23  for female pattern hair loss?
24    MS. REYNOLDS:  Object to form.
25    A.  I mean, the scale determines -- the

VESNA PETRONIC-ROSIC, M.D.

1   Sinclair Scale determines degrees of androgenetic
2   alopecia in women, but the pattern that I talked
3   about is -- let me pull that up so that I don't --
4   that I'm consistent in the verbiage.
5        Q.   Let's pull up -- sorry.  Let's pull up the
6   picture in your report, maybe that will help us, on
7   page 23, Exhibit 1, and let's look at what you put
8   it in your report on this.
9        Okay.  Is that -- is that what you included
10  in your report on page 23 to show us what AGA looks
11  like?
12       A.   That is the Sinclair Scale that shows the
13  degrees of hair loss in various stages of
14  androgenetic alopecia in women and stage --
15       Q.   You include this in your -- that's included
16  in your report, correct?
17       A.   Yes.
18       Q.   And that's to show what AGA looks like at
19  various stages, correct?
20       A.   Yes.
21       Q.   And your testimony is to this jury or
22  anyone who sees it that you do not believe that
23  Ms. Stewart and her hair pattern of loss looks like
24  AGA; is that your testimony?

VESNA PETRONIC-ROSIC, M.D.

1   Sinclair Scale determines degrees of androgenetic
2   alopecia in women, but the pattern that I talked
3   about is -- let me pull that up so that I don't --
4   that I'm consistent in the verbiage.
5        Q.   Let's pull up -- sorry.  Let's pull up the
6   picture in your report, maybe that will help us, on
7   page 23, Exhibit 1, and let's look at what you put
8   it in your report on this.
9        Okay.  Is that -- is that what you included
10  in your report on page 23 to show us what AGA looks
11  like?
12       A.   That is the Sinclair Scale that shows the
13  degrees of hair loss in various stages of
14  androgenetic alopecia in women and stage --
15       Q.   You include this in your -- that's included
16  in your report, correct?
17       A.   Yes.
18       Q.   And that's to show what AGA looks like at
19  various stages, correct?
20       A.   Yes.
21       Q.   And your testimony is to this jury or
22  anyone who sees it that you do not believe that
23  Ms. Stewart and her hair pattern of loss looks like
24  AGA; is that your testimony?

VESNA PETRONIC-ROSIC, M.D.

1        A.   Yes.
2        Q.   And I'm sorry.  You were about -- I think
3   you were about to say something else about the
4   picture, but does this picture best show it in that
5   way you included in the report?
6        A.   I just included this to show the Sinclair
7   Scale.
8        Q.   Let's look at the traction alopecia.  You
9   had a nice picture of that in your report, page 34,
10  and, again, you included that to show a good example
11  of what traction alopecia looks like, correct?
12       A.   Correct.
13       MS. REYNOLDS:  Object to form.
14       A.   Well, I mean, that is -- excuse me.  That
15  is a typical image of traction alopecia --
16       Q.   All right.  And your testimony --
17       A.   -- from the major textbook.
18       Q.   Your testimony is you do not believe that
19  Ms. Stewart's hair loss pattern looks at all like
20  this picture of traction alopecia; is that your
21  testimony?
22       A.   My testimony is that she does not have
23  traction alopecia.
24       Q.   What did you do to rule that out?

VESNA PETRONIC-ROSIC, M.D.

1        A.   I examined her and did biopsies.
2        Q.   And you agree now that you've heard that
3   you missed some of the history in terms of causes of
4   traction alopecia, correct?
5        MS. REYNOLDS:  Object to form.
6        MS. COHEN:  Hair weaves and other things
7   that were mentioned.  You didn't know that?
8        MS. REYNOLDS:  Object to form.
9        A.   I knew that she had hair practices that --
10  I knew -- she told me of the hair practices that are
11  associated with traction alopecia, yes.
12       Q.   We talked earlier about the endocrine-
13  induced alopecia.  That's not covered in your
14  report, correct?
15       MS. REYNOLDS:  Object to form.
16       A.   Correct.
17       Q.   You agree that family history and genetics
18  can cause CCCA alopecia and traction alopecia?
19       MS. REYNOLDS:  Object to form.
20       A.   Genetics have been involved -- well, first
21  of all, CCCA and traction alopecia are most common
22  in African-American women, but you can also see it
23  in men.  Much less common in any other population.
24  So there is some genetic background to that.

VESNA PETRONIC-ROSIC, M.D.

1   Androgenetic alopecia is also hereditary.
2        Q.   Hair care practices we've talked about can
3   certainly lead to or increase the risk of CCCA
4   alopecia and traction alopecia as we talked about,
5   correct?
6        A.   Hair care practices can contribute to these
7   types of alopecia, that is correct, CCCA and
8   traction, those two, but mostly traction, much more
9   so than CCCA.
10       Q.   We talked about this earlier that -- that
11  Ms. Stewart still is getting hormone therapy, the
12  Letrozole, right?
13       A.   Yes.
14       Q.   And what did you do to rule out that
15  Letrozole is playing a role -- contributory role in
16  her hair loss?  What did you do to rule that out?
17       A.   She does not have the pattern of alopecia
18  that is associated with aromatase inhibitors, which
19  is androgenetic alopecia.  It is the pattern of
20  androgenetic alopecia.
21       Q.   Okay.  So, again, if it's a hormone
22  therapy-related hair loss it's going to look like
23  AGA; is that what you're saying?
24       A.   That is what it typically looks like.

Page 358

VESNA PETRONIC-ROSIC, M.D.

1    Q.  Putting aside this litigation case, do you
2    have any patients who you see for hair loss today,
3    in 2020?
4    A.  All the time.  I did my training in center
5    city Philadelphia, I worked for 16 years on the
6    south side of Chicago, and one of my primary areas
7    of practice is the Hospital Center in Northwest D.C.
8    Half of my patients are African-American, if not
9    more.  I treat hair loss in both African-American
10   and non-African-American individuals all the time.
11   Q.  I'm asking you how many patients do you
12   have currently for hair loss?  I'm not asking about
13   your training.  I'm saying do you have patients who
14   come back to you for hair loss treatment?
15   A.  Yes.  How many as in number of patients?
16   Q.  Yeah.
17   A.  Individual patients?
18   Q.  Yeah.  Any estimate on that today, 2020?
19   A.  I'd say the easier way to say that is if I
20   see, let's say, 15 patients in a half day of clinic,
21   probably three of those will be for some type of
22   hair loss.
23   Q.  Now, what percentage of hair does
24   Ms. Stewart still have on her head?  Did you make an

Page 359

VESNA PETRONIC-ROSIC, M.D.

1    estimate of that?  She still has 75 percent of her
2    hair, she still has 85 percent of her hair?  Did you
3    come to any conclusion about that?
4    MS. REYNOLDS:  Object to form.
5    A.  So in order for -- for hair loss to become
6    clinically visible to the naked eye one needs to
7    lose at least 50 percent of their hair.  So she lost
8    more than 50 percent of her hair, but I don't
9    know -- I cannot tell you whether she has 30 percent
10   or 40 percent or 50 percent, but in order for hair
11   loss to become visible one needs to lose half of
12   their hair shaft.
13   Q.  Prior to chemotherapy what percentage of --
14   or what percentage hair loss did she have already,
15   pre-chemotherapy?
16   A.  According to her, none.
17   MS. REYNOLDS:  Object to form.
18   BY MS. COHEN:
19   Q.  So that's part of your opinion that you
20   believe she had no hair loss prior to chemotherapy;
21   is that what you're telling us?
22   MS. REYNOLDS:  Object to form.
23   A.  I mean, that's what she -- she said that
24   she had normal hair prior to chemotherapy.  That is

Page 360

VESNA PETRONIC-ROSIC, M.D.

1    what that opinion is based on.
2    Q.  And you rely upon that in formulating your
3    opinions and your diagnosis opinions, correct?
4    MS. REYNOLDS:  Object to form.
5    A.  I believe her that she had normal hair.
6    The histopathologic findings that are present in her
7    biopsies indicate changes or evidence of disease
8    that is typical for PCIA.  So I don't have a biopsy
9    of her hair before chemotherapy, but she said she
10   had normal hair and I have no reason to not believe
11   her.
12   Q.  Have you ever testified in a case as an
13   expert witness where you were not provided testimony
14   of individuals in the case, where you're not given
15   depositions to review prior to today?
16   MS. REYNOLDS:  Object to form.
17   A.  I cannot answer that question with accuracy
18   because I don't remember.  I've certainly been
19   deposed multiple times and I had what I had.
20   Whether I -- and I've testified in trial and by
21   then, of course, I've reviewed all the dep- --
22   everybody's depositions, but I can't -- actually,
23   yes, I can answer that.  I have been -- done
24   depositions where I did not review anybody else's

Page 361

VESNA PETRONIC-ROSIC, M.D.

1    test- -- deposition before that.
2    Q.  Would you agree, then, the vast majority of
3    cases where you've served as an expert witness you
4    had deposition testimony to review and made sure you
5    had a complete and unbiased view of the case?
6    A.  No, I don't agree with that because that's
7    not what I said.  I said I specifically remember
8    having deposition without reviewing, but I don't
9    know how many of my depositions did or didn't have.
10   Q.  Okay.
11   Now, you agree that the extent of hair loss
12   is not scarring, nonscarring, and it can be treated
13   appropriately and regrown, correct?
14   A.  Say that again, please.
15   Q.  Sure.  If hair loss is nonscarring, you
16   agree that it can be treated and regrown
17   potentially, correct?
18   MS. REYNOLDS:  Object to form.
19   A.  What type of hair loss?  What particular
20   type of hair loss?
21   Q.  Any type of hair loss.
22   A.  Any type of hair loss can be treated.
23   Whether there's going to be regrowth or not is a
24   different matter.

Page 362

VESNA PETRONIC-ROSIC, M.D.

1
2    Q. The question comes down to, using your
3 words from before, if it's scarring you believe it's
4 much less likely to have any potential regrowth. If
5 it's nonscarring there's a higher potential for
6 regrowth. Is that a fair assessment?
7    A. So if there's a -- if there's
8 histopathologic evidence of inflammation and
9 scarring with destruction of the hair follicles,
10 then there's nothing to regrow. When the follicles
11 are not there it won't regrow. When the follicles
12 are there hair may regrow or thicken with treatment.
13 Most of the time with treatments that we have
14 available the hairs that are there grow longer and
15 thicker. You don't grow new hairs. If you don't
16 have the hairs you can't grow them. They don't --
17 you can't create hairs where you don't have hair,
18 but if you have miniaturization of hairs, treatment
19 will cause those to grow longer and thicker giving
20 the appearance of a fuller head of hair.
21    Q. Knowing that you saw at least some -- and
22 you and I can quibble all day long about this, but
23 you at least some saw nonscarring form of alopecia
24 as you diagnosed in Ms. Stewart, did you give her
25 any suggestion about potential hair regrowth

Page 363

VESNA PETRONIC-ROSIC, M.D.

1
2 treatment?
3    MS. REYNOLDS: Object to form.
4    A. So what I said is it is nonscarring because
5 there is no evidence of fibrosis or inflammation in
6 the tissue, but there are -- the hair follicles are
7 lost. So they can't regrow. If she wanted to treat
8 it, which was not in the scope of what I saw her
9 for, and if she desired treatment, I told her that
10 she needs to establish a relationship with a
11 dermatologist where she lives who can treat her. So
12 that was not at all part of our conversation.
13    Q. Okay. So you did tell her -- you did tell
14 her --
15    A. I lost my -- I lost my train of thought
16 now. I will ask the court reporter to read my whole
17 prior sentence and the question, please.
18    THE REPORTER: One moment.
19        (Record read as requested.)
20    A. Yes. So the fact that it was not scarring
21 doesn't mean that there was something there that
22 could grow.
23    Q. Did you rule out that she has the ability
24 to regrow hair based on what you saw?
25    MS. REYNOLDS: Object to form.

Page 364

VESNA PETRONIC-ROSIC, M.D.

1
2    A. If you tell me how you can regrow hair
3 where there is none, where there are no hair
4 follicles, that would be the discovery of the
5 century.
6    Q. Okay. Well, if she has part of her hair
7 loss that is nonscarring, you agree that -- I want
8 you to assume hypothetically, I know you may not
9 agree with this, if part of her hair loss
10 nonscarring, that part can be regrown, correct?
11    MS. REYNOLDS: Object to form.
12    A. No.
13    Q. Let me ask another question, then. You
14 agree that there's not a single medical record or
15 testimony other than yours that diagnoses
16 Ms. Stewart with PCIA, correct?
17    MS. REYNOLDS: Object to form.
18    A. I'm not aware of that. I don't know that.
19    Q. Have you seen any, other than yours, that
20 says PCIA in Ms. Stewart?
21    A. No.
22    Q. You agree that there's no double blind
23 controlled study proving that Taxane and in
24 particular Docetaxel causes permanent chemotherapy-
25 induced alopecia, correct?

Page 365

VESNA PETRONIC-ROSIC, M.D.

1
2    MS. REYNOLDS: Object to form.
3    A. I think -- I think there are studies that
4 are randomized controlled trials that -- which the
5 analysis of showed that Docetaxel was a causative
6 factor in their PCIA.
7    Q. I want you to listen to my question again.
8 You agree that there's no double blind controlled
9 study proving that Taxane and in particular
10 Docetaxel causes permanent chemotherapy-induced
11 alopecia? Do you know of any such study, a double
12 blind controlled study?
13    MS. REYNOLDS: Object to form.
14    A. Double blind? I don't know if there are
15 any double blind studies.
16        (Rosic Exhibit 16 was marked
17         for identification.)
18 BY MS. COHEN:
19    Q. Okay. Let me -- let me do one additional
20 thing now and then -- I want to mark as another
21 exhibit here real quickly, and then I may have --
22 then I may have a a few questions about your
23 pathology report.
24        Did we mark the rebuttal expert report?
25 Okay. All right. We'll mark that in a little bit

VESNA PETRONIC-ROSIC, M.D.

1  too.
2
3       We're going to pull up a couple of
4  photographs, if I can.  Let me pull up -- this is
5  34A.  We've talked about AGA and this is one of the
6  photos from your -- do you see the photo on the left
7  with the different pictures?  What is that one
8  called?  It's from your report I believe.
9       A.  The Sinclair Scale.
10      Q.  Oh, yeah, the Sinclair Scale, another form.
11 And I want to show you these pictures.  Do you see
12 there's the Sinclair Scale and three other pictures?
13 Do you agree or disagree that the photograph on this
14 Exhibit 3 -- this exhibit, what number is it -- 16
15 are consistent with androgenetic alopecia?
16      MS. REYNOLDS:  Object to form.
17      A.  I disagree because the hair loss here is
18 more prominent on the vertex and it goes to the
19 sides to different degrees.  It's not in the pattern
20 that's the same as in the Sinclair Scale.  I don't
21 know this photo on the right bottom, that is very --
22 it's not clear.  So I can't tell exact -- it's
23 blurry.  So I don't know whose photo that is.
24      Q.  I'll bring it up and make it a little
25 clearer.  Oh, you can clear it up if you want to.

VESNA PETRONIC-ROSIC, M.D.

1
2       Here's my question.  Looking at these three
3  photos, is it your position and opinion that none of
4  these photos are consistent with the look of AGA?
5       MS. REYNOLDS:  Object to form.
6       A.  Well, the upper right-hand -- there are
7  elements to these that are not consistent with AGA,
8  and if I had the ability to draw on these -- do I
9  have that ability?
10      Q.  Probably not.  I'm just asking generally.
11 I want to show you some other pictures.  So we can
12 come back to this if we have time.
13      A.  Yeah, sure.  I mean, it's -- they have --
14 there's more hair loss in the back on the upper
15 right and there's hair loss to the side.  They're
16 not as regular as the ones in the Sinclair Scale.
17      Q.  So your position is that to you, Dr. Rosic,
18 none of these are consistent with AGA; is that what
19 you're telling us and the jury?
20      MS. REYNOLDS:  Object to form.
21      A.  Well, I can't -- yeah.  I cannot speak for
22 the one on the lower right-hand side because I can't
23 clearly see that and even the one in the upper
24 right-hand is blurry, but for the one in the lower
25 left-hand I can tell you that that is not typical of

VESNA PETRONIC-ROSIC, M.D.

1
2  androgenetic alopecia because of the fact that the
3  back area there's more thinning in the back area
4  than there is towards the front.
5       Q.  We'll go ahead and what's your -- can we go
6  ahead and e-mail that to you?
7       MS. COHEN:  Jessica, do you want us to
8  e-mail to you to send to her, and then you can send
9  it to her and she can comment on it without
10 blurriness?  I don't want to have blurriness as a
11 excuse.
12      MS. REYNOLDS:  Excuse me?
13      MS. COHEN:  Should we e-mail it to you and
14 then you can e-mail it to her?
15      MS. REYNOLDS:  I don't think I understand
16 what your request is.
17      MS. COHEN:  Sure.  She said --
18      MS. REYNOLDS:  You want her to --
19      MS. COHEN:  -- it's blurry.  So I want to
20 just e-mail it to her and then she can look at it in
21 a nonblurry view.
22      THE WITNESS:  How can it be not blurry --
23      MS. REYNOLDS:  I don't know that that's
24 going to correct the problem.
25      THE WITNESS:  Right.

VESNA PETRONIC-ROSIC, M.D.

1
2       MS. REYNOLDS:  Would you like to identify
3  the citation from where these photographs are
4  located so that we could look at them in their
5  original context rather than --
6       MS. COHEN:  That's okay.
7       MS. REYNOLDS:  -- what I put in as --
8           (Simultaneous speaking.)
9       MS. COHEN:  You think the bottom right
10 picture is too blurry to analyze as a dermatologist;
11 is that what you're saying?
12      MS. REYNOLDS:  Object to form.  Are you --
13      A.  The upper right-hand -- yeah.  Go ahead,
14 Jessica.  Go ahead.
15      MS. REYNOLDS:  I would like to object to
16 form, and I'm just asking if you're going to
17 identify the source of these materials?
18      MS. COHEN:  Not at this moment, no.
19      Okay.  Let's go to the next page and
20 let's -- okay.  So, Doctor, let me have you take a
21 look at this.  Do you believe that these photographs
22 are consistent or inconsistent with AGA?
23      MS. REYNOLDS:  Object to form.  I'm
24 assuming -- are we identifying -- are these from a
25 textbook or...

VESNA PETRONIC-ROSIC, M.D.
1
2    A.  So the upper left-hand one has some
3  features of -- well, it's hard to say just by
4  looking at one photo because they're certainly not
5  typical.  So if that's what -- if you're trying
6  to -- this is not a typical photo.  This is not what
7  you would put in the textbook for androgenetic
8  alopecia.
9    Q.  In many of your sections in your report
10  you'll agree you only include one photograph,
11  correct?
12    MS. REYNOLDS:  Object to form.
13    A.  I include a photograph that is typical for
14  the disease, yes.
15    Q.  So it's not an issue of numbers because you
16  only include one for many of your topics.  Let me
17  just ask you.  Can you tell us --
18    MS. REYNOLDS:  Object to form.
19    MS. COHEN:  Do you agree that -- well, just
20  whatever your opinion is.  Are these -- in your
21  opinion, are these consistent or inconsistent with
22  AGA?
23    A.  Well, I can't say because the images you're
24  showing are not typical AGA, and without seeing
25  pictures of more of their scalp it's impossible for

VESNA PETRONIC-ROSIC, M.D.
1
2  me to say.  The bottom right certainly doesn't look
3  like AGA, nor does the bottom left.  The only one
4  I'm not sure about is the upper left, but, again,
5  it's not typical.  This person has these lupus-like
6  hairs in the front.  I mean, these are not typical
7  pictures, that's all I'm going to say.  So I
8  can't --
9    Q.  (Inaudible.)
10    A.  You're asking -- you're asking me to
11  provide a medical opinion on something that I cannot
12  provide a medical opinion on.  And my computer just
13  went on its own to restart, and there's --
14    Q.  Okay.  Let me ask a question while it's
15  restarting.
16    A.  -- there's nothing I can do about that.
17    Q.  That's okay.  Let me ask you if you can
18  hear me?  Can you hear me okay?
19    MS. REYNOLDS:  Lori, do you want -- hold
20  on.  Do you want to pause for a second because I
21  believe her video screen is also frozen.
22    MS. COHEN:  Yeah.  Let's go off -- let's go
23  off the record, then.
24    MS. REYNOLDS:  So if the deposition is
25  being recorded, sure

VESNA PETRONIC-ROSIC, M.D.
1
2    THE WITNESS:  I will-- listen, let's not
3  pause.  Let me get another computer and log in.
4  This computer is going to take a while to restart
5  because it's showing me 40 percent complete.  I'll
6  log in from another computer.
7    MS. COHEN:  We're going to go off record.
8    THE VIDEOGRAPHER:  The time is 7:33.  We're
9  off the record.
10    (A short break was had.)
11    THE VIDEOGRAPHER:  The time is 7:45.  We
12  are back on the record.
13  BY MS. COHEN:
14    Q.  Okay.  I guess a few more photo questions,
15  Doctor.  We've marked as 37A a series of photos and
16  the topic is endocrine therapy-induced alopecia.  My
17  question simply to you is do you agree that these
18  photographs depict examples of endocrine therapy-
19  induced alopecia?
20    MS. REYNOLDS:  Object to form.
21    A.  Oh, I don't know.  I mean, I can't --
22    Q.  Your answer is you don't know?
23    A.  Well, how can I know if they -- you're
24  telling me these are photos of endocrine therapy-
25  induced alopecia and asking me if I can confirm it.

VESNA PETRONIC-ROSIC, M.D.
1
2  There's no way -- I know nothing about these people.
3    Q.  Let me -- let me -- let me reask a better
4  question.  Are these pictures on 37A consistent with
5  photographs that you have seen of patients with
6  endocrine therapy-induced alopecia?
7    MS. REYNOLDS:  Object to form.
8    A.  I mean, some -- some may be.  It's very
9  hard to say with fragments of an image.  I mean,
10  look at these middle two.  You have like 10 percent
11  of the scalp visible in these photos.  There's no
12  way I can make a legitimate medical decision based
13  on what I'm shown here.  So I'm sorry, I can't say.
14    Q.  Okay.  And, again, you've seen many
15  articles that show these exact sides and the amount
16  of scalp photographs in textbooks, right, and
17  articles?
18    MS. REYNOLDS:  Object to form.
19    A.  Yes, but the articles didn't ask me to make
20  a diagnosis off of a fragment of a photo.
21    Q.  Okay.  That's fine.  That's all I want to
22  know.
23    (Rosic Exhibit 17 was marked
24    for identification.)
25  BY MS. COHEN:

1              VESNA PETRONIC-ROSIC, M.D.
2        Q.   Let's look at 35A.  Traction alopecia I
3   want to ask you about, and you had -- you had a
4   photo in your -- let's see -- in your report on this
5   too, you had one photo.  I'm going to find it.
6              MR. MICELI:  Lori, that's what I was going
7   to ask.  I didn't see the new exhibit.
8              MS. COHEN:  It is coming up right now.  I
9   need to find the --
10             MS. REYNOLDS:  Can everyone see it now?
11  It's displaying for me, but I don't know about
12  anyone else.
13             MR. MICELI:  I can't, but if you can see
14  it, that's more important.
15             MS. REYNOLDS:  Thanks.
16  BY MS. COHEN:
17        Q.   Here it is.  In your report you have a
18  photograph on page 34 of traction alopecia.  My
19  question simply is looking at these photographs, do
20  you agree that these photographs are consistent with
21  photographs of traction alopecia that you've seen?
22             MS. REYNOLDS:  Object to form.
23        A.   Yeah.  I don't agree with that, especially
24  not the one in the upper middle and the upper right,
25  certainly not.  Upper left maybe.  It's a little

1              VESNA PETRONIC-ROSIC, M.D.
2   blurry.  So I can't see where the hairline is.
3   Bottom right, again, it's a fragment of a forehead.
4   I mean, I cannot -- it would be really
5   unprofessional of me to give a medical opinion based
6   on a fragment of a photo.  I apologize, but I cannot
7   make a diagnosis based off of that.
8        Q.   Okay.  And what about the one on the bottom
9   left, do you believe that's consistent with traction
10  alopecia or not?
11             MS. REYNOLDS:  Object to form.
12        A.   Same answer.  I cannot make a diagnosis
13  based on a fragment of a person's head in a photo
14  that is --
15        Q.   Can you look at page 34 of your report --
16        A.   -- semiblurry.
17        Q.   Sorry.  Can you look at page 34 of your
18  report, please.  We don't have to pull it up.  We
19  don't have to pull it up.  We can just let you look
20  at your report in front of you.  Do you have that?
21        A.   34?
22        Q.   Yeah.  Page 34 of your report.
23        A.   Sure.  Yes.
24        Q.   Do you see it?  And to be clear --
25        A.   Oh, yes.

1              VESNA PETRONIC-ROSIC, M.D.
2        Q.   -- is that a fragment -- is that a fragment
3   of a photo?
4              MS. REYNOLDS:  Object to form.
5        A.   This is an image from -- this is an image
6   from the Textbook of Dermatology in the chapter on
7   traction alopecia.  It is typical.  And if you pull
8   back up those photos that you had up, you will see
9   that none of them look like this.
10       Q.   Okay.  Doctor, just -- okay.  Listen to my
11  question.  Do you believe that the photograph in
12  here is a fraction of a photo that you -- I know
13  it's from a book and I know you want to talk and I
14  know you want to use the time, but is it a fraction
15  of a photo that's being shown in your report?
16             MS. REYNOLDS:  Object to form.
17       A.   I don't want to use the time.  I'm just
18  being honest.  This is a photograph of a part of a
19  head.
20       Q.   Okay.  You used the word fraction.  Do you
21  agree -- well, we love words together.  Is
22  "fraction" the same as "part"?
23             MS. REYNOLDS:  Object to form.
24       A.   Of a head, not part of -- not part of a
25  photo.  This is part of a head.

1              VESNA PETRONIC-ROSIC, M.D.
2        Q.   Okay.
3        A.   This is a whole photo, but it's part of a
4   head.
5        Q.   Is it a fraction of a head?
6              MS. REYNOLDS:  Object to form.
7        A.   Yes, it's a fraction of a head.
8                   (Rosic Exhibit 18 and
9                    Exhibit 19 were marked for
10                   identification.)
11  BY MS. COHEN:
12       Q.   Okay.  Good.
13             Let's pull up 41A really quickly.  We'll
14  mark that and I want to ask a couple other
15  questions.  Actually, you know what, it's okay.
16  We'll skip that.  I think we'll skip that.  We'll
17  save that for trial.  That will be fine.
18             Let's see.  Let's mark the rebuttal report,
19  we didn't -- we didn't mark it yet, and we're going
20  to have this Exhibit -- whatever the last exhibit
21  is, Exhibit 19, and I'll just confirm with you,
22  Doctor, that this is your report that you signed on
23  August 20, 2020 once it gets up there?
24       A.   Correct.  Yes.
25       Q.   And, again, you took this report seriously,

Page 378

VESNA PETRONIC-ROSIC, M.D.

1   that is, you believe it's true and accurate even
2   today, correct?
3        MS. REYNOLDS:  Object to form.
4        A.  Yes, of course I took it seriously.
5        Q.  And what you ultimately determined as noted
6   on page 1 is that the opinions from your prior
7   report, that is, both your medical report which
8   we've marked as Exhibit 14A and your report,
9   Exhibit 1, remain unchanged, correct?
10       A.  Correct.
11       Q.  Now, just quickly on page 2 I want to ask
12  you a couple questions on this report, and then we
13  will call it a night.  Page 2 you talk about
14  "dysmorphic telogen unit"; do you see that?
15       A.  Yes.
16       Q.  And you state that you observed --
17       A.  Actually, where do I -- yeah, it's the
18  first thing.  Yes.
19       Q.  You say that you observed a dysmorphic
20  telogen unit which you considered to be a
21  characteristic of PCIA, correct?
22       MS. REYNOLDS:  Object to form.
23       A.  Yes.
24       Q.  Okay.  What is a -- what is a dysmorphic --
25

Page 379

VESNA PETRONIC-ROSIC, M.D.

1        A.  I mean, it's one of the -- it's a telogen
2   unit that doesn't have the normal appearance of a
3   telogen unit, which usually looks like an elephant
4   footprint or a star of sorts where there's this
5   central large -- not large, but central area that is
6   filled and then it has like pseudo pods coming out
7   radially all around it, and this one doesn't have
8   that.
9        Q.  What -- let's see.  Do you have any
10  citation or literature to support your position that
11  a dysmorphic telogen unit is a characteristic of
12  PCIA?
13       A.  Yes.
14       MS. REYNOLDS:  Object to form.
15  BY MS. COHEN:
16       Q.  What is that?
17       A.  They're in the articles that we reviewed
18  earlier in the --
19       Q.  Which articles?
20       A.  They're in my report.  They're in my report
21  too.  If you give me a moment I'll cite it to you.
22       Q.  Okay.  Great.
23       A.  It is the article that I -- on page 46 of
24  my report.  It is Fonia, et al., 2017.
25

Page 380

VESNA PETRONIC-ROSIC, M.D.

1        Q.  You're looking at your initial report?
2        A.  Yes, I'm looking at my original report.
3        Q.  Give me one second.  I lost something.
4   Hang on one second.
5        Sorry about that, you guys.  All right.
6   So, again, on this dysmorphic telogen unit, do you
7   agree that as a dermatopathologist and consistent
8   with the standard dermatopathology opinions that it
9   is unusual to see a dysmorphic telogen unit by
10  itself?
11       MS. REYNOLDS:  Object to form.
12       A.  No.
13       Q.  Okay.  You believe -- you believe that --
14  that there's support for seeing a dysmorphic telogen
15  unit by itself in the literature?
16       MS. REYNOLDS:  Object to form.
17       A.  I don't think there's either way support
18  that it can or cannot be isolated single -- and it's
19  not single.  There was another one in another piece,
20  but anyway.
21       Q.  Well, but I'm talking about in this picture
22  that you have in your report, again, that shows one,
23  correct, that you've identified?
24       A.  Yeah.  Right.
25

Page 381

VESNA PETRONIC-ROSIC, M.D.

1        Q.  What is a sebaceous -- sebaceous gland?
2        A.  They're oil glands associated with hair
3   follicles.
4        Q.  And what was -- what does that look like?
5   Do you see any sebaceous glands in this photo?
6        A.  Yeah.  They're all marked with a red star.
7        Q.  Okay.
8        What is a physiologic telogen germinal
9   unit?
10       A.  A physiologic telogen germinal unit is the
11  stage of the hair follicle in telogen before it
12  starts a new androgen cycle.
13       Q.  What does that look like?  Do you see one
14  here?
15       A.  I do not see one here.  Hold on.  I have to
16  change my headphones.  I ran out of --
17       Q.  No problem.
18       A.  I do not see here a physiologic telogen
19  germinal unit.
20       Q.  Okay.  Let me just try to wrap up here.
21  I'm going to -- I'm going to put aside the pathology
22  questions for now and I'll discuss with counsel
23  whether I'm going to have a chance to come back and
24  ask any more of those.  If not, I'll live with my
25

VESNA PETRONIC-ROSIC, M.D.

1     VESNA PETRONIC-ROSIC, M.D.
2  questions.
3          I wanted to confirm that in the two reports
4  which are marked, report No. 1, and then what was
5  the second one, 19, you agree that there's not a
6  single mention of my client's name, Sandoz, correct?
7          MS. REYNOLDS:  Object to form.
8     A.  I don't think there is, no.
9     Q.  And, of course, here I know you're going to
10 defer to other experts on issues related to Sandoz
11 and any criticism of it and obviously that's not
12 going to be part of your opinions at trial, correct?
13         MS. REYNOLDS:  Object to form.
14    A.  I have no -- my opinions are all related to
15 Ms. Stewart and her specific situation.
16    Q.  In other words, you're not going to offer
17 at trial any criticisms or negative opinions about
18 my client Sandoz; is that fair?
19         MS. REYNOLDS:  Object to form.
20    A.  That is such a general statement.  I don't
21 know how to answer that.  I'm not going to
22 criticize -- I don't know.  I don't know how to
23 answer that.
24    Q.  So you're going to focus on the medical
25 issues that are contained in your report that you

1     VESNA PETRONIC-ROSIC, M.D.
2  discussed today, correct?
3          MS. REYNOLDS:  Object to form.
4     A.  Correct.
5     Q.  And you're not going to offer any criticism
6  of Sandoz that go beyond the scope of obviously your
7  testimony today, correct?
8          MS. REYNOLDS:  Object to form.
9     A.  Well, beyond the scope of -- beyond the
10 scope of my specific expertise as it relates to
11 Ms. Stewart and her situation, yes.
12    Q.  Sitting here today, you've given --
13         MS. REYNOLDS:  Can we check the time?  I
14 think we're getting pretty close to being over.
15         MS. COHEN:  I have one question left.
16         MS. REYNOLDS:  Okay.
17         MS. COHEN:  And, again, if we go to the
18 Court about getting late disclosures last night at
19 9:00 and a 39-page report, I have just one question
20 left, I'm happy to take that up too if we need to.
21         MS. REYNOLDS:  Okay.
22 BY MS. COHEN:
23    Q.  Doctor, my last question is obviously in
24 your two reports that you've issued today and we've
25 marked you don't have any criticisms of Sandoz

1     VESNA PETRONIC-ROSIC, M.D.
2  listed in those reports, correct?
3     A.  I'm sorry.  I didn't hear the first half of
4  what you said well.
5     Q.  In your two reports that we've looked at
6  today you do not offer any opinions or criticisms of
7  Sandoz, my client, correct?
8     A.  Correct.
9          MS. COHEN:  Okay.  That is all I have at
10 this time subject to additional questioning after,
11 you know, other questions are asked.  I thank you
12 for your time and your patience and thank everyone
13 for powering through this today, especially our
14 court reporter.  So with that I will pass the
15 witness to whatever happens next.
16         THE WITNESS:  Thank you.
17         MS. REYNOLDS:  We're going to take a brief
18 break just to go through my notes, and then we'll
19 come back on and decide if we need to ask any
20 additional questions.
21         MS. COHEN:  Oh, okay.  I didn't know if you
22 were going to do those next time.  Okay.
23         THE VIDEOGRAPHER:  The time is 80 --
24         MS. REYNOLDS:  Well, no.  Sorry.  I just
25 want to make clear on the record this is the only

1     VESNA PETRONIC-ROSIC, M.D.
2  deposition that we're going to be doing as it
3  relates to Ms. Stewart.  The next deposition will be
4  in relationship to Ms. Hughes.  So just so we're
5  clear.  I know there's disagreement potentially
6  about that with Mr. Miceli, but we'll leave that for
7  another time.
8          MS. COHEN:  Okay.  Fair enough.
9          MS. REYNOLDS:  We can go off the record and
10 we'll come back on.
11         THE VIDEOGRAPHER:  The time is 8:02.  We're
12 going off the record.
13             (A short break was had.)
14         THE VIDEOGRAPHER:  This is the start of
15 media labeled No. 9.  The time is 8:23.  We are back
16 on the record.
17             EXAMINATION
18 BY MS. REYNOLDS:
19    Q.  All right.  Well, we started this morning,
20 but I think it's officially okay to say good evening
21 now.  So good evening.  Thank you for being here
22 today.  I just have a couple of questions that I'd
23 like to go through with you, and I don't think we'll
24 be taking too much more of your time today.
25         MS. REYNOLDS:  If you could, could you

1            VESNA PETRONIC-ROSIC, M.D.
2  bring up, let's see, Dr. Madigan's October 2019
3  report, please.
4            MS. COHEN:  She's bringing it up now.
5            (Rosic Exhibit 20 was marked
6                 for identification.)
7  BY MS. REYNOLDS:
8      Q.  Dr. Rosic, I just want to confirm, is this
9  the report from Dr. Madigan that you relied upon in
10 issuing your report?
11     A.  Yes.
12     Q.  And did you review this report prior to
13 finalizing and writing your report in this case?
14     A.  Yes.
15           MS. REYNOLDS:  If we could put up
16 Dr. Feigal's report now, please.
17           (Rosic Exhibit 21 was marked
18                 for identification.)
19 BY MS. REYNOLDS:
20     Q.  And I'm sorry.  Dr. Madigan's report should
21 be Exhibit 20.  So this would be Exhibit 21 that
22 you're seeing here.  Is this the report of Dr. Ellen
23 Feigal that you reviewed and relied upon?
24     A.  Yes.
25     Q.  And did you review this report prior to

1            VESNA PETRONIC-ROSIC, M.D.
2  writing your report in this litigation?
3      A.  Yes.
4      Q.  And, Doctor, in addition to your reliance
5  materials which we have been over today, would you
6  agree with me that your opinions in this case are
7  also based upon your review of the pathology slides
8  which you cut and stained as well as the pathology
9  slides that were cut and stained by the Defendants?
10           MS. COHEN:  Objection to form.
11     A.  Yes.  Yes.
12     Q.  And after reviewing the biopsy slides that
13 were created by the Defendants, based upon your
14 review, is there anything in those slides that would
15 cause you to change any of your opinions in this
16 case?
17     A.  No.
18     Q.  And I know we entered as Exhibit 19, I
19 believe, your rebuttal report.  I just want to
20 clarify for the record is your rebuttal report based
21 upon your review of the pathology slides that were
22 created by the defense experts in this case?
23           MS. COHEN:  Objection to form.
24     A.  Yes.
25     Q.  And you spent a good amount of time today

1            VESNA PETRONIC-ROSIC, M.D.
2  going over your qualifications and your experience
3  as a dermatologist, if you recall.  I just wanted to
4  ask you outside of the context of this litigation,
5  have you ever diagnosed any patient with PCIA?
6      A.  Yes.
7      Q.  And do you feel that based on your training
8  and experience in dermatology and dermatopathology
9  that you are qualified to assess whether or not a
10 patient may be suffering from PCIA?
11     A.  Yes, I do.
12     Q.  Just bear with me.  I have a lot of little
13 paper notes floating around.
14           I wanted to ask you some questions, if I
15 can, about some of the other forms of alopecia that
16 have been discussed here at your deposition today,
17 namely, androgenetic alopecia, endocrine-induced
18 alopecia, which I'll refer to as EIA, if you're
19 comfortable with that term.  Is that okay?
20     A.  Yes.
21     Q.  And then traction alopecia.
22           Doctor, could you just tell me how a
23 patient who has alopecia caused by EIA would present
24 clinically and histopathologically?
25     A.  Yes.  EIA typically presents in the form of

1            VESNA PETRONIC-ROSIC, M.D.
2  androgenetic alopecia both clinically and
3  histopathologically.  So there would be thinning of
4  the hair on the top of the head, on the frontal and
5  parietal scalp in a Christmas tree pattern.  And
6  then histopathologically the findings are those that
7  you see in androgenetic alopecia, which is
8  miniaturization of follicles without loss of
9  follicular units, different size diameter caliber of
10 hair follicles at the same level of the dermis,
11 thinning of the dermis, and reduction in size of the
12 sebaceous glands.
13     Q.  And, Doctor, in this case were you able to
14 conduct a clinical examination of Ms. Stewart?
15     A.  Yes.
16     Q.  Were you also able to obtain biopsies and
17 create histopathological slides in relationship to
18 Ms. Stewart?
19     A.  Yes.
20     Q.  Based on your review of both Ms. Stewart's
21 clinical presentation and her histopathology, are
22 her results consistent with a patient who suffers
23 from alopecia caused by EIA?
24     A.  No, they're not.
25     Q.  And is it based upon those results of your

VESNA PETRONIC-ROSIC, M.D.

1    VESNA PETRONIC-ROSIC, M.D.
2  clinical examination and your pathological findings
3  that you were able to exclude EIA as a cause of
4  Ms. Stewart's alopecia?
5        MS. COHEN:  Objection to form.
6        A.  Yes.
7        Q.  And I'd like to just ask you the same kind
8  of series of questions as they relate to
9  androgenetic alopecia as well.  Could you just
10 briefly tell us both clinically and histologically
11 how androgenetic alopecia would present.
12       A.  Androgenetic alopecia usually presents in
13 older women, typically after their 50s and 60s, and
14 usually there's thinning of the hair on the frontal
15 and parietal scalp with preservation of the hair on
16 the temporal and occipital part of the head.
17 Histopathologically there will be -- usually there
18 will be solar elastosis in the dermis because of its
19 exposure to ultraviolet light, there will be
20 thinning of the dermis, miniaturization of hairs
21 with different size hairs throughout the specimen
22 when you do a biopsy.  Usually there's reduction in
23 the size of sebaceous glands and there's no
24 reduction in the number of hair follicles.
25       Q.  And I know you just testified that you did

1    VESNA PETRONIC-ROSIC, M.D.
2  conduct a clinical exam and you were able to conduct
3  a biopsy and create some histopathology slides in
4  relation to Ms. Stewart.  Based upon your review of
5  those items, is it your opinion that Ms. Stewart's
6  clinical presentation and histopathology are
7  consistent with a diagnosis of androgenetic
8  alopecia?
9        MS. COHEN:  Objection to form.
10       A.  No.  No.  I don't -- in my opinion she does
11 not have androgenetic alopecia clinically or
12 histopathologically.
13       Q.  And why not?
14       A.  Well, the pattern of hair thinning on her
15 head is not consistent with androgenetic alopecia.
16 She has diffuse hair thinning throughout the entire
17 scalp with accentuation of the frontal scalp and the
18 vertex, which doesn't fit androgenetic alopecia, and
19 on biopsy she doesn't have the differential size of
20 the hair follicles that you see in androgenetic
21 alopecia, she has no thinning of the dermis or solar
22 elastosis in the dermis indicative of this process.
23 She just doesn't have the findings that are typical
24 as a constellation to make the diagnosis of
25 androgenetic alopecia.

1    VESNA PETRONIC-ROSIC, M.D.
2        Q.  And is it fair to say that based upon your
3  review of her clinical presentation and her
4  histopathology -- and by "her" I mean -- I
5  apologize, I mean Ms. Stewart -- is it based on that
6  evidence that you were able to rule out androgenetic
7  alopecia as a cause of Ms. Stewart's hair loss in
8  this case?
9        MS. COHEN:  Objection to form.
10       A.  So I ruled out androgenetic alopecia
11 because she didn't have the right pattern clinically
12 and she didn't have the right constellation of
13 findings histopathologically.
14       Q.  Then I believe you were also asked some
15 questions today about traction alopecia.  Do you
16 recall that exchange?
17       A.  Yes.
18       Q.  And same type of questions.  Could you just
19 tell us briefly how someone with traction alopecia
20 could present both clinically and
21 histopathologically.
22       A.  Traction alopecia develops usually at the
23 frontal hairline and in the -- around the rim of the
24 entire scalp, and usually it's due to pulling from
25 either tight braids or tight weaves, that it's

1    VESNA PETRONIC-ROSIC, M.D.
2  consistent over long periods of time.  There's
3  inflammation in the dermis which leads to fibrosis
4  and loss of hair follicles.  There's also because of
5  the pulling distorted hair follicles that are seen
6  in the dermis as well as complete disappearance of
7  (indecipherable) sebaceous units because of the
8  inflammatory process.  So in the end they lose both
9  the hair follicle and the sebaceous glands to the
10 inflammation and the subsequent scarring.
11       Q.  And is it fair to say that based on your
12 review of Ms. Stewart's clinical presentation as
13 well as her histopathology that it is your opinion
14 that the underlying cause of her alopecia is not
15 traction alopecia?
16       MS. COHEN:  Objection to form.
17       A.  Yes.  Yes, that is correct.  As I mentioned
18 earlier, she had diffuse thinning of hair throughout
19 her entire scalp with accentuation on the frontal
20 and vertex, which is inconsistent with traction
21 alopecia.
22       Q.  And then I believe earlier on in the
23 deposition you may have been shown a document that
24 discussed a vitamin D lab report; do you recall
25 that?

VESNA PETRONIC-ROSIC, M.D.

1               VESNA PETRONIC-ROSIC, M.D.
2    A.  Yes.
3    Q.  Is there a specific type of alopecia that
4 is associated with vitamin D?
5    A.  In general, they usually develop an
6 androgenetic pattern of alopecia when they have low
7 vitamin D, if they develop that.  It's not that
8 common, but it is the androgenetic type of alopecia.
9    Q.  And based upon your clinical evaluation and
10 review of Ms. Stewart's histopathology, were you
11 able to determine whether or not vitamin D was
12 potentially a cause of her hair loss?
13        MS. COHEN:  Objection to form.
14    A.  Well, she didn't have the right
15 histopathologic constellation of findings that would
16 be seen in the androgenetic pattern of alopecia.  So
17 I did not think that that was related to her
18 diagnosis.
19    Q.  We spent a lot of time this morning talking
20 about classifications of different forms of alopecia
21 into cicatricial, which is scarring, I believe, and
22 noncicatricial, which would be nonscarring; is that
23 accurate?
24    A.  Yes.
25    Q.  I wanted to talk to you just briefly about

1               VESNA PETRONIC-ROSIC, M.D.
2 PCIA itself.  Could you tell us a little bit about
3 the histological -- or the histopathological
4 features of PCIA.
5    A.  Yes.  So PCIA is characterized by a
6 constellation of several findings.  One of the
7 significant ones is reduction in the number of hair
8 follicles.  So there's a decreased density of hair
9 follicles in the biopsy.  There is also
10 miniaturization of hair, as well as other elements
11 that could be seen are dysmorphic telogen units,
12 trichomalacia, sometimes but not -- not always you
13 can see some peribulbar inflammatory cell
14 infiltrates.  Those are the main characteristics of
15 that type of alopecia.
16    Q.  And, Doctor, are those clinical features of
17 PCIA, referring to the histopathology, are they more
18 common in nonscarring or scarring types of alopecia?
19    A.  So the fact that there's a lower density of
20 hair follicles, so reduction in the number of hair
21 follicles is a feature seen in scarring alopecia.
22 The difference with PCIA is that there is no severe
23 inflammation or scarring formation that would
24 explain the disappearance of those hair follicles.
25 So that is the main histopathologic difference.

1               VESNA PETRONIC-ROSIC, M.D.
2        The common element of scarring alopecia and
3 PCIA is that there is -- the hair is permanently
4 gone.  So in that aspect they are -- things fall
5 into the same category, but the difference is that
6 in other scarring alopecias -- well, in scarring
7 alopecias that are typically categorized that way
8 there is inflammation and scarring and complete loss
9 of the hair follicles.  So destruct- -- they're
10 destructive processes.
11    Q.  Doctor, is it accurate to say that PCIA has
12 characteristics of both nonscarring alopecia as well
13 as scarring alopecia?
14        MS. COHEN:  Objection to form.
15    A.  Well, it is -- it is because the
16 characteristic of scarring alopecia is the fact that
17 the hair follicles are permanently gone.  So there's
18 no potential for regrowth.  And the characteristic
19 of nonscarring alopecia is that you do not see
20 fibrosis and inflammation.  So it's sort of an
21 overlap of the two categories and it doesn't have --
22 there's no well-defined third category.  So it kind
23 of bridges both of those categories because of the
24 fact that there's a permanent loss but no scar.
25    Q.  And I think I understand what you're

1               VESNA PETRONIC-ROSIC, M.D.
2 saying, but I just want to make sure that I clarify.
3 Are you saying that because PCIA has characteristics
4 that are both nonscarring like and scarring like
5 that it doesn't fit neatly into either one of those
6 categories precisely; is that fair?
7        MS. COHEN:  Objection to form.
8    A.  That is fair.  It does not fit into either
9 one neatly, unfortunately.
10    Q.  And if I understood your testimony earlier
11 today, I believe that you told us that the reason
12 that you classified it as scarring was not so much
13 because of a lack of nonscarring histopathological
14 features, but it was because the end result of PCIA
15 was permanent; is that correct?
16        MS. COHEN:  Objection.
17    A.  So the reason I classified it in that group
18 is because there was permanent loss of hair
19 follicles, correct, which means it does not improve
20 on its own.  It doesn't improve.  You can't regrow
21 those follicles.
22    Q.  And so in your report in your opinion when
23 you state that Ms. Stewart -- I believe you describe
24 it as having a very small -- and I apologize I'm not
25 going to get the terminology right, but that the

Page 398

VESNA PETRONIC-ROSIC, M.D.

1        VESNA PETRONIC-ROSIC, M.D.
2 CCCA you attribute to her is very minor, whereas the
3 PCIA would be the overall major cause of her
4 alopecia; is that accurate?
5        MS. COHEN: Objection to form, leading and
6 mischaracterizes the evidence we've already
7 discussed today.
8        MS. REYNOLDS: Please limit your objections
9 to form if you can. I'm sorry. You can answer. Go
10 ahead.
11    A. So -- yeah. So based on my analysis of the
12 biopsy, the dominant features were those of PCIA,
13 but she also had features of CCCA which were mild.
14 So she has two types of alopecia present on the
15 histopathologic examination.
16    Q. And you made sure to clarify that and
17 account for both forms of alopecia in your report,
18 correct?
19        MS. COHEN: Objection to form, leading.
20    A. Yes, I did. Yes. I'm not sure if she
21 heard me.
22    Q. Yeah, I did. I apologize.
23        MS. REYNOLDS: Could we just briefly look
24 at Dr. Rosic's report. I can't recall if that's --
25 I believe it's Exhibit 1. (Inaudible) 51.

Page 399

VESNA PETRONIC-ROSIC, M.D.

1        VESNA PETRONIC-ROSIC, M.D.
2        MS. COHEN: 1 is the -- yeah, 1 is the
3 first one. No problem.
4        MS. REYNOLDS: Thank you.
5        MS. COHEN: Thank Dawn. I'm not doing
6 anything.
7        MS. REYNOLDS: Sorry. Thank you, Dawn.
8        MS. COHEN: I'm worthless on this.
9        MS. REYNOLDS: And if we could go to page
10 51. Unfortunately it doesn't give me any ability to
11 flip through the exhibit. I apologize, but I
12 greatly appreciate your assistance.
13        MS. COHEN: No worries. Do you see it? Do
14 you guys have it?
15        MS. REYNOLDS: It's not appearing on the
16 screen.
17        MALE VOICE: Jessica, I see it on mine.
18 It's published.
19        MS. REYNOLDS: It just came up on mine.
20 Doctor, can you see this?
21    A. Yes.
22    Q. Okay. I just want to ask you about the top
23 here on page 51 under "Final Diagnosis" and you have
24 both references to A and B, and then it states
25 "Scalp skin with features of scarring and

Page 400

VESNA PETRONIC-ROSIC, M.D.

1        VESNA PETRONIC-ROSIC, M.D.
2 nonscarring alopecias combined." I just want to
3 clarify for the record, are the features that you
4 list here as nonscarring alopecia, is that in
5 reference to the pathological features of PCIA?
6        MS. COHEN: Objection to form.
7    A. Yes.
8    Q. And the features that you state here are
9 scarring, are those features that you associate with
10 CCCA in Ms. Stewart?
11    A. Yes.
12    Q. So just to be clear, your references here
13 when you're discussing nonscarring features are
14 actually in reference to the histological features
15 of Ms. Stewart's biopsies in relation to PCIA; is
16 that fair?
17        MS. COHEN: Objection -- objection to form.
18 Sorry.
19    A. Yes.
20    Q. Doctor, has anything that you have been
21 shown here today changed any of your opinions in
22 this case?
23    A. No.
24    Q. And do you offer the opinion both in your
25 original report and your rebuttal report to --

Page 401

VESNA PETRONIC-ROSIC, M.D.

1        VESNA PETRONIC-ROSIC, M.D.
2 excuse me -- a reasonable degree of medical and
3 scientific certainty?
4        MS. COHEN: Objection to form.
5    A. Yes.
6    Q. Give me just a moment, but I think we're
7 close. Sorry. I was just flipping back through all
8 of my little tiny notes that I have going on.
9    The last thing that I would like to do just
10 for the sake of the record is I would like to
11 introduce Plaintiffs' objections to the notice of
12 deposition and forgive me if I have the exhibit
13 number wrong, but I think that will be Exhibit 22.
14        MS. COHEN: Working on it right now.
15        (Rosic Exhibit 22 was marked
16          for identification.)
17        MS. REYNOLDS: All right. I don't have any
18 further questions for you at this time.
19        MS. COHEN: I think if we -- I just have a
20 a couple of very minor questions and hopefully we'll
21 be able to knock them out quickly, unless you want
22 to take a pause or you need anything, Doctor. I
23 just as soon knock them out. Okay? So --
24        MS. REYNOLDS: We can proceed if you're
25 ready.

Page 402

```
1              VESNA PETRONIC-ROSIC, M.D.
2         MS. COHEN:  Okay.  Thank you.
3              FURTHER EXAMINATION
4   BY MS. COHEN:
5      Q.  You mentioned in talking about -- in
6   responding to Ms. Gomez's questions you would agree
7   that reduction in hair follicles is not unique to
8   PCIA, correct?
9         MS. REYNOLDS:  Object to form.
10     A.  Reduction in the number of hair follicles,
11  is that -- can you please specify what you mean by
12  reduction in hair follicles?
13     Q.  Reduction in the number of hair follicles
14  is not unique to PCIA, correct?
15     A.  Correct.
16     Q.  Miniaturization of hair follicles is not
17  unique to PCIA, correct?
18     A.  Correct.
19     Q.  And you agree that both PCIA and CCCA can
20  cause alopecia, correct?
21        MS. REYNOLDS:  Object to form.
22     A.  PCIA and CCCA are forms of alopecia.
23        MS. COHEN:  That's all I have.  Thank you.
24        THE WITNESS:  Thank you.
25        MS. REYNOLDS:  I think with that we're
```

Page 403

```
1              VESNA PETRONIC-ROSIC, M.D.
2   finally free.
3         THE REPORTER:  Let's go off the record.
4         THE VIDEOGRAPHER:  The time is 8:50.  This
5   marks the end of today's deposition.  We're going
6   off the record.
7                   (Whereupon, at 8:50 p.m. the
8                   taking of the instant deposition
9                   ceased.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 404

```
1              VESNA PETRONIC-ROSIC, M.D.
2         ACKNOWLEDGEMENT OF DEPONENT
3         I, VESNA PETRONIC-ROSIC, M.D., being first
4   duly sworn, on oath say that I am the deponent in
5   the aforesaid deposition taken on the 29th day of
6   August, 2020; that I have read the foregoing
7   transcript of my deposition consisting of pages 1
8   through 405, inclusive, and affix my signature to
9   same.
10
11
12  _____
    VESNA PETRONIC-ROSIC, M.D.
13
14  _____
15  DATE
16
17
18
19
20
21
22
23
24
25
```

Page 405

```
1              VESNA PETRONIC-ROSIC, M.D.
2   CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC
3         I, TINA M. ALFARO, Registered Professional
4   Reporter, Certified Realtime Reporter, and Notary
5   Public, the officer before whom the foregoing
6   deposition was taken, do hereby certify that the
7   foregoing transcript is a true and correct record of
8   the testimony given; that said testimony was taken
9   by me stenographically and thereafter reduced to
10  typewriting under my direction; that reading and
11  signing was requested; and that I am neither counsel
12  for, related to, nor employed by any of the parties
13  to this case and have no interest, financial or
14  otherwise, in its outcome.
15        IN WITNESS WHEREOF, I have hereunto set my
16  hand and affixed my notarial seal this 9th day of
17  September, 2020.
18
19
20
21  _____
    TINA M. ALFARO
22  NOTARY PUBLIC IN AND FOR THE
    DISTRICT OF COLUMBIA
23
24  My Commission expires October 31, 2020.
25
```

```
                                              Page 406
 1                   ERRATA SHEET
 2   Case Name:
 3   Deposition Date:
 4   Deponent:
 5   Pg.  No. Now Reads      Should Read  Reason
 6   ____ ____ _____    _____   _____
 7   ____ ____ _____    _____   _____
 8   ____ ____ _____    _____   _____
 9   ____ ____ _____    _____   _____
10   ____ ____ _____    _____   _____
11   ____ ____ _____    _____   _____
12   ____ ____ _____    _____   _____
13   ____ ____ _____    _____   _____
14   ____ ____ _____    _____   _____
15   ____ ____ _____    _____   _____
16   ____ ____ _____    _____   _____
17   ____ ____ _____    _____   _____
18   ____ ____ _____    _____   _____
19   ____ ____ _____    _____   _____
20
                             _____
21
                             Signature of Deponent
22
     SUBSCRIBED AND SWORN BEFORE ME
23   THIS ____ DAY OF _____, 2020.
24   _____
25   (Notary Public)   MY COMMISSION EXPIRES:_____
```

**$**

**$3,000** 118:22

**$900** 32:5,17 215:21
216:8,9,17

**-**

**--especially** 101:2

**1**

**1** 9:23 26:10,19 27:10,
14 28:3 30:2,24 31:4
39:3,17 40:15 43:13,
14 51:9 55:17,19
58:15,25 61:24 64:10
68:14 69:5,18 72:14
73:3,4,6 118:11,12
143:9 163:8 172:20
183:24 186:21,24
187:4 198:24 227:16,
22 245:2 248:5
298:22 300:20,25
307:4 314:20 354:8
378:7,10 382:4
398:25 399:2

**1,500** 23:18

**10** 52:19,23 71:7,13
76:20 82:22 86:12
191:5,10 223:7
288:25 335:23
373:10

**100** 126:14 163:4
235:14

**104** 83:16

**10:15** 69:17

**10:32** 69:22

**11** 95:9 137:9,24
138:12,25 139:10
196:12,17

**11/27/2018** 123:20

**11:33** 114:20

**11:48** 114:25

**12** 71:20 204:22
219:4 227:12 255:22

**12,000** 22:17 23:8

**13** 41:22 67:14,23
238:13,19,22 261:9
324:13,16 325:8,9

**13.8** 128:17

**130** 88:6

**1300** 20:2

**14** 127:14 145:12
219:8 238:14,22
240:24 261:15
298:21

**14.92** 127:15

**14A** 135:9 180:8
297:10 303:21 304:2
378:9

**14th** 130:9 152:2

**15** 19:4 52:18 82:22
219:8 221:20 296:10,
11 324:8,11 335:23
358:21

**15.92** 127:15

**16** 36:6 71:21 145:10
221:20 223:9 250:3,5
251:8 256:11 261:24
358:6 365:16 366:14

**17** 155:4 223:9
373:23

**17th** 131:7

**18** 130:14 377:8

**19** 96:9 213:5,7,13
377:9,21 382:5
387:18

**1990s** 89:10

**1991** 101:19

**1992** 104:3 105:24
190:22

**1997** 21:20

**1999** 93:8,18

**1:17** 185:2,4

**1st** 131:3 137:2

**2**

**2** 26:13 40:18 44:23

**45:3,8,12** 64:3 69:22
72:14 114:21 120:18
137:7,9 143:9,10
145:9,11 146:5
153:15 169:11 181:5,
15 194:15 197:9
205:15 243:25
251:17 260:18
264:10 329:14
378:12,14

**2,000** 78:8,12,13,17

**2/28** 141:6

**20** 71:8,13 82:16
83:20 85:18 86:4,5
89:22 96:9 148:25
177:8 377:23 386:5,
21

**200-** 230:18 333:16

**20009** 20:4

**2003** 105:19 191:20

**2006** 196:18

**2010** 334:2

**2011** 289:9

**2012** 179:16 289:10
330:20

**2014** 33:21 36:6
161:16 331:20
333:17 337:25 338:6

**2015** 178:22 179:18
337:20 338:16

**2017** 33:12,22 379:25

**2018** 23:24 24:15,22
47:10 48:2 50:5 70:8,
10,14 73:7 116:15,21
117:19,22 119:21
120:21 121:9 122:16,
18 123:4,13 124:22
134:9 140:5 283:17
285:2,11 321:13

**2019** 52:16,23 126:3,
5 127:13 140:5
279:23 321:3 386:2

**2020** 10:2 27:15 28:4
39:7 50:15,22 70:14
118:5 128:9 137:8
140:7,25 146:6
148:15 152:2 230:18
329:14 358:4,19

**377:23**

**20th** 65:25

**21** 52:16,23 93:11
96:3,5,6,8 315:4
321:3 386:17,21

**22** 21:2 56:6,7,18
57:22 58:4 63:10,14,
17 64:6,15 191:20
229:15,22 262:22
263:8 264:7 265:24
269:18 278:23
281:25 285:5 294:4
299:14 314:9 317:10,
20 323:12,21 401:13,
15

**23** 354:8,11

**24** 324:12

**25** 55:4 127:13 177:7

**26** 39:18 51:7 53:15
65:12 106:25 204:9
247:15,21 288:12

**28** 31:11 103:17,24
104:2,8 140:25
190:22 191:17
288:17

**28.99** 127:21

**2882** 289:13 293:16

**2883** 291:4

**28th** 160:12,15,16,25
329:20,23 337:11

**29** 9:25

**297** 321:14

**2:00** 185:6

**2:15** 186:3,5

**2:56** 218:20

**2nd** 139:21 141:4
160:13,15,21,23
337:11

**3**

**3** 47:16,21 48:2,24
49:4,6,25 94:20
114:25 116:3 118:9
145:6 205:15 213:6
238:2 242:21 265:20,

**22** 366:14

**3,000-dollar** 118:24

**3.75** 130:15,18

**3/2** 141:9

**30** 8:14 55:4 71:15,18
76:2 87:8,10 98:12
245:11,16 342:22
359:10

**30-year** 92:7

**300** 324:17

**31** 101:18

**316** 315:5

**34** 214:4 342:17
355:10 374:18
375:15,17,21,22

**34A** 366:5

**35A** 374:2

**36** 188:18,20 189:10
203:24 214:16
227:18 228:3

**37** 228:9 230:6,7
231:16,17,25 232:19
244:11,18,19,23

**37A** 372:15 373:4

**38** 93:18 231:17,25
235:19 236:13
243:19 244:3,8,15,21

**39** 231:17 298:22,25
299:6 300:21 301:5

**39-page** 383:19

**3:00** 47:24

**3:16** 218:24

**4**

**4** 52:11 63:22,23,24
64:6 137:19,20 186:5
243:7 254:7 265:19,
22 266:12 321:13
323:13

**4/22/2019** 126:20

**40** 71:8,14 84:21
86:10 299:20 301:11
302:8 359:11 372:5

**41** 219:7 315:4
316:10

**410** 83:14,15

**415** 284:11 287:16,18

**417** 287:24

**41A** 377:13

**42** 219:7 221:20

**43** 221:20 223:8

**440** 154:20

**441** 155:9

**444** 137:6 139:19

**445** 155:21 180:7
297:18

**446** 153:15

**45** 223:8 330:18

**46** 379:24

**47** 307:6,10,14,25

**48** 302:8,9 308:2,8,9,
15,18,21 310:6,12
329:10,14 330:14

**49** 308:18,21 330:15
331:3 337:9,23

**4:12** 260:9

**4:33** 260:13

**5**

**5** 63:16,21 64:6,12,20
86:12 93:19 123:16
205:13 210:24 211:4,
5 212:22 214:4
218:24 262:23 267:7
268:3 269:15,19,20
270:20 295:24
323:11

**5.75** 123:17

**50** 23:21 71:22
284:14 308:24 309:8
340:20 343:16 344:8
359:8,9,11

**50/50** 34:6

**504** 157:24 158:3
171:6 173:10

**505** 169:11

**506** 179:9 180:17

**507** 157:24 158:3

**508** 182:25

**50s** 390:13

**51** 279:10 303:22,24
308:10,16 309:11
329:10 398:25
399:10,23

**52** 287:10

**52.5** 287:20

**54** 184:3

**58** 274:10 344:4
345:12

**5:28** 300:11

**5:42** 300:15

**5A** 64:9

**6**

**6** 20:3 41:22 64:21
65:4,10 104:3 145:2,
7,10,12 217:15
226:15 254:13,14
260:13 273:14,18

**60** 160:2 338:21

**60-minute** 158:25
160:5

**60s** 390:13

**61** 285:19,25

**62** 274:10

**66** 28:5 29:11 31:5

**6:41** 345:20

**6:59** 345:24

**7**

**7** 41:11 66:4,8 96:3,5,
6,8 133:11,17,18,20
300:15

**7.35** 126:4

**70** 23:21

**700** 76:6

**72** 343:24

**727** 278:22,24 281:23

**75** 132:6 359:2

**750** 32:11,24

**7:00** 133:19

**7:33** 372:8

**7:45** 372:11

**7th** 133:9

**8**

**8** 27:15 28:3 39:7
41:24 50:22 67:9,16
68:8 122:16,18 123:4
133:11,18,20 145:2,
12 181:12 196:20
197:20 219:4 253:22
254:2,5 255:13,15
283:14 324:15
345:24

**80** 71:23 384:23

**85** 359:3

**8:00** 133:19

**8:02** 385:11

**8:23** 385:15

**8:50** 403:4,7

**8th** 39:14 45:24 64:25
68:2,9 69:7 230:22
304:17 305:25 317:5

**9**

**9** 43:5,10 94:20
123:18 135:3,12
155:10 180:9 221:18
385:15

**94** 65:16

**950** 271:22

**951** 270:11 272:11

**9:00** 383:19

**9:06** 10:2

**9:08** 14:15

**A**

**a.m.** 10:2

**AAD** 104:23 105:4,5,
6 107:9 108:20
192:4,11 196:16
198:22

**AAE** 79:7

**ability** 81:14 363:23
367:8,9 399:10

**absence** 318:2,25

**absolutely** 69:2
141:21 173:4 250:18
267:17 323:7

**abstract** 222:13,15,
19,22 283:18,19

**acad-** 190:18

**academic** 25:24
87:14 197:22 198:3,
12,24,25 200:22,23
201:12,19 202:5,25
203:12 340:9

**academy** 22:22
103:8,10,19 104:4,11
105:4 106:11,16,19
107:5,7,11,25
190:19,25 191:11,17
192:3 197:4,7,13

**accentuation**
391:17 393:19

**accept** 109:7 259:8

**acceptable** 193:13

**accepted** 201:13
289:9

**access** 44:15 65:20
87:13 107:8 161:21
248:3 282:12 330:11

**accommodate** 18:6

**accomplishments**
88:14,23

**Accord** 10:15,17
12:12 14:23 128:25
134:14,24

**account** 398:17

**accuracy** 187:6
360:18

**accurate** 29:12,19
30:18,20,22 31:21
112:4 136:13 152:5
158:17 159:11,17,22
182:15 195:12 281:7,
12,17 378:2 394:23
396:11 398:4

**accurately** 112:4
281:19

**achieve** 243:15

**Ackerman** 88:8

**Ackerman's** 89:4

**acrimony** 13:3,24

**acronym** 104:23
148:8 150:10

**acronyms** 302:17

**act** 317:6

**Actavis** 11:3

**acting** 216:21 257:6

**action** 50:19

**Activation** 96:10

**active** 106:2

**actively** 176:24

**activities** 198:25
200:23

**activity** 50:19

**acts** 86:21

**actual** 35:25 85:7
119:11 261:19 326:4
336:20

**acute** 213:8,23,24

**ADA** 280:14

**add** 12:24 18:22
45:12 130:6 237:19,
22 238:11 306:4
316:25 341:15,20

**added** 291:14

**addendum** 45:7

**addition** 19:9 82:4
168:20 219:17
305:24 306:18 387:4

**additional** 11:11 13:10,11 112:15 127:11 292:9,13 328:20 336:3 365:19 384:10,20

**additionally** 147:15 231:3 343:8 353:20

**additions** 260:17

**address** 12:17,21 48:16 62:11 83:2 135:21 176:14 274:21 275:6 277:5, 8,10,17

**addressed** 93:3,6

**addresses** 62:12 172:8

**addressing** 276:12

**adequately** 176:25

**adjudication** 194:25

**adjusting** 223:24

**adjuvant** 271:17 279:11 303:2 323:24

**administration** 71:4,15 72:25 79:22 81:5

**administrative** 71:9, 18 87:6,9,10,24,25 99:20 198:4,7

**admissible** 8:13

**admitted** 344:2

**Adriamycin** 302:23 303:3 312:3,9,22 317:14 328:24

**adults** 76:13

**Advanced** 106:20

**advise** 300:8

**advocate** 193:18

**affidavit** 126:21 127:3,7

**afforded** 176:24

**African** 342:21

**African-** 286:9

**African-american**

264:18 286:5 287:5 335:4 356:23 358:9, 10

**afternoon** 186:2,17

**AGA** 347:4 352:10 353:13 354:11,19,25 357:24 366:5 367:4, 7,18 369:22 370:22, 24 371:3

**age** 105:13 223:24 330:18 343:23 344:4

**agent** 95:5,11 311:24

**agents** 274:9 312:6 314:15 318:20 319:5

**aging** 79:21 81:3

**agree** 31:5 35:2 36:19 48:13 79:13,15 82:14 89:16 90:9,20 91:6,20 111:10,20 146:4 153:2,4 165:25 168:18 181:25 182:5, 14 184:6 188:16,25 193:7,14,20 194:8,9, 12,18 195:2,15,24 196:9 197:16 198:14, 23 199:4 201:2,9,14 202:2,4,19 203:16,21 205:18 209:15 214:10 218:11 221:21 223:10 241:14 242:6,23 243:9 244:14 249:6,7 253:23 254:17 264:12 266:6,10,17, 22 276:2 277:16 280:16 286:3 287:4 297:24 304:4 307:6, 24 308:3,4 309:17 313:21 319:18 321:11 331:8,15 335:8,17,19 341:25 343:2,6 346:8 351:24 356:3,18 361:3,7,12, 17 364:7,9,14,22 365:8 366:13 370:10, 19 372:17 374:20,23 376:21 380:8 382:5 387:6 402:6,19

**agreed** 13:16 126:17 158:22

**agrees** 253:21

**ahead** 12:4 19:3 21:8 26:8,13 45:2 47:21 65:2 67:15 73:6 75:3, 10 80:25 88:19,20 116:2 135:8 191:8 200:19 202:11,14 217:19 218:4 238:17, 22 260:18 263:23 296:8 306:20 368:5,6 369:13,14 398:10

**AIDS** 294:7

**aim** 115:7

**Alfaro** 8:9

**allegation** 209:20

**allegations** 37:6 90:10,18

**alleged** 169:2 267:11

**allotted** 12:13

**allowed** 328:17

**alopecia** 55:23 62:14 92:3 93:23 121:18 122:10,14 123:5 126:4,7 128:12 134:10 138:4,14,19, 25 139:6,11 143:18, 23 144:5 146:11 147:11,16,18,20,21, 23 148:5,18,20 149:8,13 150:7,14, 17,21 151:20,21 153:19,24 154:5 156:14,21,24 157:5, 13 172:17 174:4 188:21 189:9,22,25 190:6,10 203:25 214:3,15,17,19 215:12,13 216:3,4 217:3,14 227:19 228:4 231:5 250:6,8, 9,15,16,25 251:8,9, 16,17,19,23 252:5,15 254:8,15 255:5,9,16, 22,24 256:6 257:4,9, 17,22 258:7,12,21,24 259:12 261:25 262:19 264:8 266:15 267:4 268:5 271:3,9 272:15 273:21 274:2, 4,5,17,18,22 276:22, 25 277:2,5,6,7,17 278:9 279:10 289:19

290:8 292:22 293:23 294:6,11,14 295:7 299:5,13 304:5,6,7,9 305:2,15,18,19 309:24 311:25 313:8 317:25 318:17,18 324:7 326:8 335:7 342:3,9,18 343:3,9 347:5 352:10,14,18, 25 353:6,7,9,15,16 354:3,15 355:9,12, 16,21,24 356:5,12, 14,19,22 357:2,5,8, 18,20,21 362:23 364:25 365:11 366:15 368:2 370:8 372:16,19,25 373:6 374:2,18,21 375:10 376:7 388:15,17,18, 21,23 389:2 390:4,9,11,12 391:8, 11,15,18,21,25 392:7,10,15,19,22 393:14,15,21 394:3, 6,8,16,20 395:15,18, 21 396:2,12,13,16,19 398:4,14,17 400:4 402:20,22

**alopecia's** 257:20

**alopecias** 251:5 252:8 255:18,19 256:13 257:21 258:25 262:10 396:6, 7 400:2

**Aloxi** 171:12

**altering** 317:4

**American** 22:21,22 103:8,19 104:3,11 105:4,17 106:11,16, 19 107:5,7,11,25 190:19,24 191:11,17 192:2 197:4,6,12 286:10

**amount** 72:5,18 101:21 128:16 210:18 293:24 373:15 387:25

**anagen** 144:19,25 255:8,12

**analyses** 289:18 290:5 293:22 295:4

**analysis** 166:15 173:13 187:20 275:5 293:13 309:24 313:5 314:6 327:8 338:9 365:5 398:11

**analyze** 265:17 369:10

**analyzed** 217:9 299:14 316:16,17

**analyzes** 326:9

**analyzing** 319:12

**Anastrozole** 179:17, 22 274:14

**and/or** 289:24 317:20 324:3

**androgen** 381:13

**androgenetic** 147:23 277:2,5,7 278:8 289:19 290:8 293:23 294:6 295:6 352:10,14,18,25 353:6,7,9,15 354:2, 15 357:2,20,21 366:15 368:2 370:7 388:17 389:2,7 390:9,11,12 391:7, 11,15,18,20,25 392:6,10 394:6,8,16

**androgens** 210:6,9

**annotate** 151:5

**announcements** 105:14

**annual** 22:17 23:9,16 106:21 107:14

**answer's** 259:8

**answering** 259:18

**answers** 48:21 281:3,20

**anteriorly** 344:16,22

**Anthracycline** 324:12 325:15

**Anthracyclines** 324:3 326:9

**Antonella** 51:18 204:9 247:15,21

**anymore** 330:9

**AP** 324:22

**Apartment** 20:3

**Apologies** 91:17

**apologize** 54:20 67:20,23 93:22 137:6,13 188:11,13 217:21 246:6 261:16 322:4 351:8 375:6 392:5 397:24 398:22 399:11

**apparent** 206:24

**apparently** 176:12

**appearance** 335:7 353:12 362:20 379:3

**appearances** 10:7

**appeared** 340:17

**appearing** 284:22,24 399:15

**appears** 277:6 324:21

**applicable** 194:17

**appointments** 87:14 128:15

**appreciated** 239:5

**approach** 111:9 202:14 238:5

**approached** 121:25

**appropriately** 113:20 175:2 361:14

**approved** 191:19

**approximately** 10:2

**April** 131:3,7 137:2

**area** 78:23 80:4 82:8 94:5 97:18 102:20 168:4,6,22 169:2,3,6 181:8,9,11,23 183:8 184:6 207:9 245:5 265:5 368:3 379:6

**areas** 74:13 80:6,7, 16 81:16,25 87:4 142:20 168:20 169:23 170:8,18,22 171:2 207:10,12

**armpits** 224:12 320:19 338:16 349:17 358:7

**armpits** 339:3

**aromatase** 178:25 274:9,13 357:19

**arrest** 255:11

**arrived** 141:5 160:20

**article** 55:7 64:10 75:7 94:2 110:6 175:4 213:14 223:17 227:25 229:5,6,7,23 230:9,12 231:8 232:9,10 233:2,3,5, 16,17,19,20 234:6, 12,13,19,20,23,25 235:14,15,21,24,25 236:3,7,10,16,19,24 237:18 238:3,18,20 239:13,15 240:11,13, 15,17,25 241:2,9,14, 20,21,25 242:5,8,11, 16,20,23,24,25 243:4,10,16,20,23,24 244:4,9,13,15 245:7 251:14 256:13,19 257:2,3,10,25 258:4, 5,14,23 261:9,12,19 263:8 264:6 265:12, 23 266:14,24 267:4 268:8 269:15,16,23 270:8,25 272:14 273:14,15 278:22 283:17,20,21 284:9, 25 285:4,8,9,10 286:17 288:24 289:15 290:4,11,13 291:14,18,20 292:16, 20,24 293:9 294:3,20 295:11 323:17 324:19,23 325:14 326:15 327:24 328:8 379:24

**article's** 232:24

**articles** 21:2 54:22 55:2,6,9,22 56:7,15, 18 57:2,7,8,9,22 58:23 59:4 63:10,14, 17 64:7,9,15 74:18 76:25 81:24 82:7 88:6 92:24 93:8 94:9 96:21 97:7,21 98:8, 24 108:19 110:7,8

**ASD** 105:17

**asks** 152:7 183:2

**aspect** 76:9 198:16 396:4

**aspects** 73:18 76:3,4 198:8

**assess** 388:9

**assessment** 107:6 223:6 264:13 273:19 362:6

**assistance** 399:12

**assistant** 161:20,24

**assists** 193:11

**associate** 400:9

**association** 8:4 22:21 109:19 327:5,7

**assume** 15:17 18:13 20:6 84:23 132:14 142:8 193:17 194:18 195:2 201:2,9 202:2, 19 266:16 292:3 317:18 364:8

**assuming** 369:24

**assurance** 87:21

**Atlanta** 11:12 14:20

**attached** 88:5

**attempt** 131:4

**attempted** 280:6

**attention** 49:21 107:11 336:14

**attorney** 8:19 131:24 132:3 320:18

**attorneys** 11:11

**attribute** 224:11 310:9 321:17 398:2

**attributing** 310:11

**attribution** 61:20 201:9 202:21 203:18 238:7,9

**audio** 38:19 200:14 334:9

**audit** 107:14

**August** 9:25 50:21 65:12 306:18 377:23

**author** 61:14 201:23 229:7 238:7,10,11

**authors** 108:6 231:9 245:4 263:20

**autoimmune** 76:9

**automatically** 152:8

**aware** 11:15 164:16 196:3 268:15 330:20 331:20 334:3,23 336:25 337:20 338:14 364:18

**axillary** 207:9,12

---

**B**

**back** 12:10 13:10 31:3 37:13 42:24 45:12 47:10 48:22 51:8,9,13,14 55:16, 17 63:7 68:14 69:4, 23 70:2,3 77:13 82:15 103:3 108:17 110:20 114:25 115:4 116:4 119:21 131:8 132:6,10,16 139:15 140:5 142:5 146:12, 16 154:11,25 155:20 156:22 162:5 163:2, 10,11 165:10,12 169:10 170:16 171:5, 6 172:20,21 173:9 175:15 176:19 179:7 180:6,7 183:15 184:2 186:5,15,19,22 190:16 203:23 204:6 205:6,13 218:24

**attribute** 66:10 122:4 131:11, 13

**background** 21:22 70:5 90:7 284:5 307:8 308:18,21 323:21 346:20 356:25

**bad** 112:17 305:13

**bag** 160:18

**balding** 168:4 169:4 170:19

**baldness** 168:19

**basal** 73:23

**Basaloid** 96:3,9

**based** 77:3 151:7,8 156:15 178:10 187:20 193:13 195:12 258:22 292:13 305:10 307:10,19 311:22 312:6 317:14 327:5,7 330:5 331:5 333:2 348:8,11 349:9 353:2 360:2 363:24 373:12 375:5,7,13 387:7,13, 20 388:7 389:20,25 391:4 392:2,5 393:11 394:9 398:11

**baselines** 282:5

**bases** 296:5

**basic** 251:12

**basically** 21:23 26:15 59:16 74:20 171:8 254:20 309:23

**225:19 227:13,16,17 230:2,6,17 232:18 240:9 247:2 251:21 252:7 256:9 257:5,10 260:13 262:6,11 264:12 266:12 270:7 290:14,16 292:8 293:18 294:13 297:9 298:21,22 300:10,15 310:6 312:20 322:25 323:9,11,12 329:8 330:14 334:10,13 338:15 339:4 343:13 345:24 353:17 358:15 367:12,14 368:3 372:12 376:8 381:24 384:19 385:10,15 401:7**

**basing** 352:24

**basis** 123:21 156:23 174:5 315:2

**batch** 40:9 284:12 294:4

**bathroom** 299:23

**bear** 388:12

**beard** 207:9,11

**bearing** 69:15

**beautiful** 35:19

**began** 338:15

**begin** 12:19 215:6 246:10

**beginning** 10:10 16:5 17:20 118:5 129:15 346:20

**behalf** 8:22 10:9,12, 15,17,18,20,24 11:3, 6,7,11 35:13,14 42:20 48:11 50:4 188:7

**Belgrade** 21:17

**beliefs** 12:15

**believed** 319:13

**believes** 332:21 335:6,16

**belongs** 244:12

**benefit** 33:2,4

**bias** 107:15,16 291:10

**big** 20:23 22:11 44:14,17 103:5 104:5 166:7 199:9 319:7

**bigger** 200:8 327:14

**bilateral** 330:21

**billable** 120:20

**billing** 32:11 122:2,8, 12 129:4,5

**binder** 19:4 27:20,21 41:9,11,20 43:6 44:15,17,22 52:20,24 63:14,17 135:11,13 248:2 263:5 295:23

**biopsied** 181:13

**biopsies** 85:10 86:11 129:13,21 130:18,22 131:8 132:5 137:5,7 139:20 154:14 156:11 159:3 160:7, 10,17 187:21 277:11 356:2 360:8 389:16 400:15

**biopsy** 47:4 85:4,6, 13,14,16 111:15,16, 24 137:22 138:13 139:12,14 140:16 141:17,18 143:13 144:3 146:22 147:6, 10 148:15 151:12 152:18 153:5 161:15 169:5,6 180:23 181:4,7 184:7,13 305:21 309:7 343:9, 14 360:9 387:12 390:22 391:3,19 395:9 398:12

**biopsying** 141:22

**birth** 179:18 207:3

**bit** 15:6 18:24 32:23 70:4 92:13 108:7 147:24 197:21 252:11 287:20 298:25 300:19 302:16 324:18 330:15 345:6 365:25 395:2

**black** 286:20

**blacked** 124:8

**blind** 364:22 365:8, 12,14,15

**block** 259:5

**blocks** 131:3 137:9 138:2

**blood** 337:12

**blow** 342:11

**blurriness** 67:23 368:10

**blurry** 67:21 366:23 367:24 368:19,22 369:10 375:2

**board** 22:14 23:6

**77:21 87:23 106:18 107:24 108:3,5,10,14 191:19

**boards** 105:10 107:24

**body** 39:17 40:10 42:6 99:9 206:11,12, 22,25 212:6,12,18 338:4

**bolding** 275:5

**bone** 170:6

**book** 88:7 89:3,13, 16,21 92:25 96:13 127:23 130:12 258:14 376:13

**book's** 89:7

**booklet** 197:10,11

**books** 57:10 76:25

**bootcamp** 76:6

**border** 181:19

**borderline** 209:17

**bottom** 29:10 123:18 151:23 153:15 160:4 166:24 167:6 184:11 193:22 196:2 197:5 199:21 200:4 205:15 232:12 289:13 299:11 301:15 309:8 324:20 366:21 369:9 371:2,3 375:3,8

**bouncing** 303:19,20

**box** 20:20,23 26:13, 17,20 160:19

**braids** 392:25

**brain** 315:20

**branch** 22:10

**branches** 22:10

**Brandon** 11:13

**break** 18:3 49:11 68:20,23 69:13,16,20 114:15,23 115:5,7,8 175:20 177:12,23 179:10 180:5 183:24 184:17,18 186:15 218:17,22 259:4,20 260:3,5,11 276:10

**299:23 300:13 301:8 345:5,13,15,22 372:10 384:18 385:13

**breakdown** 71:2,21

**breaks** 18:16

**breast** 46:11 55:23 91:25 161:15 268:4 271:2,8 279:11 299:7 330:18 332:3,8 333:3,4

**bridges** 396:23

**briefly** 229:12 293:19 390:10 392:19 394:25 398:23

**bring** 11:18 74:19 192:18,20 199:10 216:12 296:16,19 366:24 386:2

**bringing** 386:4

**broader** 22:6

**brought** 74:20

**bucket** 76:21 83:20 86:10

**buckets** 71:19 99:16

**Building** 83:14

**Bulge** 96:10

**bullet** 194:2,15 208:23

**bulleted** 222:12

**bullets** 204:8

**bullous** 76:10

**business** 72:25 79:22 81:4 99:23 119:4,6

**butcher** 231:9

**Butters** 38:17

**C**

**C-I-C-A-T-R-I-C-I-A-L** 250:21

**C-O-A-N** 11:5

**calculated** 145:25

**caliber** 145:6 389:9

**call** 29:15 43:4 63:16 65:3 116:24 117:17 120:4 122:4,7,22 124:13 131:6,12 132:3 135:13 136:8 171:20 181:23 239:4 378:14

**called** 14:9 17:7 39:3 182:17 188:17,21 203:24 205:5 207:6 210:25 213:8 229:7 230:10 258:6,21 283:11 289:14 342:2 366:8

**calling** 131:8,11,13, 20,24 132:6,8,10,12, 15 192:3 231:10 262:25

**calls** 128:15

**Callsen** 10:16

**camera** 88:12

**campus** 83:16 85:5

**cancer** 46:11 55:23 75:15 77:7 82:9 92:2 95:20 161:15 268:4 271:3,9 279:11 291:10 299:7 330:18 331:19,23 332:4,9 333:3,4

**candor** 76:23

**cap** 143:5

**capacity** 108:19

**capital** 214:22

**capitalization** 214:24

**captured** 296:4

**carcinoma** 73:23,24 95:13

**care** 71:8 107:8 192:21 280:4 333:8 336:6 357:3,7

**career** 79:25 81:13 88:15 92:7 148:17

**carefully** 90:8

**caring** 192:23

**Carolina** 36:7

**case** 8:15 16:19 17:6, 10 28:16 29:6 33:14, 20,25 34:17 35:15,25 36:25 37:6,10,16 42:20 54:3,25 56:13 67:6 88:7 89:18 90:3, 10,14,17 91:2 92:25 95:17 96:23 97:11,23 115:12,24 116:8,14, 18 117:10 118:4 120:15 121:15 122:9 123:5 124:24 126:3, 6,17 127:17 128:4, 11,19,24 134:11 157:11 187:23 188:5 195:2 205:8 217:18 268:10,12 280:17 282:24 296:20 323:2 333:10 358:2 360:13, 15 361:6 386:13 387:6,16,22 389:13 392:8 400:22

**case-** 307:22 308:2

**case-specific** 307:23 308:7,14 309:17,18 329:10

**cases** 34:4,8 37:18 100:6 115:16 132:22 140:9 193:12 294:7 361:4

**cat** 20:8

**catagen** 145:3,9

**catch** 83:4 174:11 181:18 182:10,13 291:6 297:8 325:12

**categories** 82:15 145:24 396:21,23 397:6

**categorized** 396:7

**category** 45:18 257:5 262:7,13,14 396:5,22

**Caucasian** 286:11

**caught** 107:10 287:23 288:5

**causal** 313:6 314:6 319:4 327:4,7

**causally** 172:16 312:17

**causative** 311:24 312:6 314:14 365:5

**caused** 210:5,8 274:16,17 312:4 322:20 342:9 388:23 389:23

**causing** 321:19 329:2

**CCA** 351:14

**CCCA** 150:8,16,22 151:2,10,12 214:9 257:6 304:10,23 305:14,25 306:9,15, 22 335:7,16 347:4, 16,23 348:4,5,20 350:7 351:20,24 352:5 356:19,22 357:4,8,10 398:2,13 400:10 402:19,22

**ceased** 403:9

**celiac** 76:11 80:11,22 81:3

**cell** 73:23,24 95:13 147:15 156:4 231:4 395:13

**cellulitis** 257:7

**center** 26:2 83:16 358:5,8

**centimeter** 206:17

**central** 147:17 150:13,17 304:6,8 305:19 379:6

**centrifugal** 147:17 150:13,17 304:6,8 305:19

**century** 364:5

**certainty** 163:4 309:25 310:25 401:3

**certification** 23:5 77:21

**certifications** 22:3

**certified** 8:4 22:14 23:6 152:25 153:9 154:4 158:16,18,19, 20

**certify** 151:23,24

**certifying** 152:4

**cetera** 57:10 144:20

**chain** 136:20

**chair** 24:5 54:15 87:19 198:10

**chairs** 54:16

**chance** 14:23 15:7 38:11 42:11 61:23 80:8 93:2 174:17,20 196:24 197:18 222:2 279:3 381:24

**change** 161:21 243:10 259:24 298:11 308:13 329:22 381:17 387:15

**changed** 31:25 400:21

**changing** 317:4

**chapter** 376:6

**chapters** 88:7 92:25

**characteristic** 350:6 352:17 378:22 379:12 396:16,18

**characteristics** 147:10 148:4,6,7 155:22 156:10,12,15 287:5 326:7 348:20 395:14 396:12 397:3

**characterized** 395:5

**charge** 73:5 119:13 129:19,22,25 130:2

**charged** 119:11,16 127:5 130:24

**charges** 128:15,23

**chart** 52:19 65:4 141:12 153:6,10 159:21 166:22 183:4 189:21,24 231:17 232:22 254:21,25 255:2 258:10

**charts** 168:23

**check** 16:25 127:14 128:17 135:11 210:13,20 337:15

345:4 349:12 383:13

**chemo** 271:2,8 340:5

**chemotherapeutic** 291:9

**chemotherapies** 303:11

**chemotherapy** 40:21 41:18 42:3 55:24 90:25 91:20 92:8,10,17 93:4 94:6, 22 95:5,14,15,16,18 97:17,24 98:3,9 163:15,21 166:23 167:8,22 171:8,16 214:18 215:13 223:23 255:5,10,23 270:15 271:14,17 272:6 274:5,18 279:12 280:4 285:3, 12 301:24 303:2,7,9, 10 310:2,10,11,16, 18,24 311:2,5 312:3, 9 313:7 321:18 323:10 325:21 326:8 331:24 332:3,5,22 333:17 337:25 338:5, 16 340:15,18,21 341:4,16,21 342:11 359:14,21,25 360:10

**chemotherapy-** 121:17 148:4,12 151:20 189:21 214:18 231:10 258:23 313:7 318:16 364:24

**chemotherapy-induced** 92:3 122:9, 14 123:5 126:4,7 128:11 134:10 144:5 147:11,21 148:20 149:8,13 156:14,21, 24 157:13 172:17 188:21 189:9,25 190:6,10 203:25 214:15 215:11 216:3, 4 217:3,14 227:19 228:4 230:10 231:5 251:16,23 252:15 255:9,23 258:7,11,21 267:4 274:3 299:5,13 309:24 311:25 317:24 318:17 365:10

**chest** 20:15

**Chicago** 23:25 36:6 358:7

**chief** 161:6,14,19

**children** 76:12

**chose** 58:4

**chosen** 279:22

**Christmas** 353:18, 21 389:5

**chronology** 116:9

**CIA** 149:22 284:8,13

**cicatricial** 150:13 250:23,24 251:10,17 254:14 257:8 262:9 394:21

**circle** 170:15 175:15 178:20 312:20

**circles** 180:25 184:12

**circulate** 239:2,3

**cit** 233:7

**citation** 211:16 213:13 244:12,15,20 248:10,11 249:5 257:2,15 259:15 369:3 379:11

**citations** 109:24 110:7 211:18 256:11, 19 257:4,11,22 259:6,8,11 288:3

**cite** 40:14 42:6 61:13 127:24 212:22,24 231:3,8,16 232:9,18 244:4,8 245:7,12,18 246:13,19 252:12 257:18 258:13 264:7 269:17 283:8 288:17 289:5 294:20 316:5 379:22

**cited** 110:15 213:4 226:8 227:9 229:25 230:12 234:6 241:22 242:11 243:5,24 244:11 245:4 246:4, 8,9,11,13 247:10 254:3,5 269:21 274:17 285:4 288:18

290:4 317:19 323:17
325:10

**cites** 220:18 257:21
263:16 325:20

**citing** 52:24 110:8
223:14,16,20 231:11
237:18 244:3 246:3
253:10 269:25

**city** 358:6

**Civil** 8:15

**claim** 201:6,15 216:7
242:13

**claiming** 215:4

**clar-** 261:11

**clarification** 61:5
72:18 261:12

**clarified** 174:12

**clarify** 116:18 135:22
261:17 303:12
387:20 397:2 398:16
400:3

**clarifying** 116:22

**class** 119:4,6

**classification** 251:5
254:14,18

**classifications**
266:21 394:20

**classified** 257:8
259:23 266:16,18
397:12,17

**classify** 254:19
258:24 266:20

**cleaner** 44:9

**clear** 45:8 107:18
109:10 117:12
141:11,21 151:7
160:14 162:13
169:24 173:9 187:9
209:3,21 243:18
259:14 307:4 348:22
366:22,25 375:24
384:25 385:5 400:12

**clearer** 136:5 366:25

**client** 124:23 382:18
384:7

**client's** 382:6

**clinic** 158:5 180:19
358:21

**clinical** 25:23,25
71:8,14 77:23 82:16
83:20 85:2,19,24
86:5 87:18,22 100:8,
10 113:8 141:3
153:23,25 155:17,18
292:22 315:5,6
323:25 337:18 343:8
348:11,13 389:14,21
390:2 391:2,6 392:3
393:12 394:9 395:16

**clinically** 98:13
265:8 351:19 353:5,8
359:7 388:24 389:2
390:10 391:11
392:11,20

**clinics** 82:21 108:10

**close** 16:3,7 383:14
401:7

**closed** 100:5

**closer** 15:21 16:10
138:6 332:16

**cloudy** 14:22

**co-authored** 88:7
89:5

**co-authoring** 89:3

**co-liaison** 10:23

**Coan** 11:5

**code** 202:17

**codes** 203:10

**Cohen** 8:18,19 9:5,
10,16,18 10:8,9 11:9,
20,25 12:3,18,24
14:4,12,19 15:19,23
16:2,15,16 18:12,21
26:24 27:7,12 28:20
35:12 38:6,13,16,24
44:25 47:18 48:6,13
49:5,12,14 52:13
56:4 63:24 64:5,14,
23 66:6 67:11 68:21
69:2,3,12,24 74:3
80:18,22 81:22 82:4
83:6 85:22 86:25
90:13 94:14 95:3

103:24 104:2 106:8
114:16 115:3 117:11
123:9 124:17 135:5
136:2,4 138:8,11
145:18 154:9 157:20
161:13 162:17
164:10,15 166:18
174:6,16 177:4,10
178:8 184:16,24
186:13 191:7 194:22
195:18 196:14
198:20 199:17,23
200:16,20 202:10
204:24 206:3 210:2
218:2,18 219:2
225:14 228:13,16,18,
20,22,25 229:3
230:21 235:5 237:7
238:16 239:6,9,10
240:18 241:7 249:14
253:13 259:21 260:7,
15,22 261:6,8,14,18,
21 263:19,25 264:4
267:14,17,25 268:21
269:8,14 270:10
272:22 273:5,7,12,
13,17 278:13 279:2,
8,18 284:18 285:18
288:7,9,23 289:4,8,
23 290:3,20,24 291:2
295:9 296:10,13
297:16,17 299:19
300:7,17 302:21
306:13 308:6 309:15
311:9 313:18,19
319:21 321:16 325:2,
12 334:11,14 336:24
338:18 342:6 344:14
345:3,13 346:2
347:15 352:3 356:7
359:19 365:18 368:7,
13,17,19 369:6,9,18
370:19 371:22 372:7,
13 373:25 374:8,16
377:11 379:16
383:15,17,22 384:9,
21 385:8 386:4
387:10,23 390:5
391:9 392:9 393:16
394:13 396:14 397:7,
16 398:5,19 399:2,5,
8,13 400:6,17 401:4,
14,19 402:2,4,23

**cohort** 283:25
285:25

**colleague** 20:10

**colleagues** 76:15
87:15 90:17

**collected** 137:7
160:22

**color** 180:22 184:5
265:10 266:4

**column** 133:24

**combination** 157:7,
8,15 162:3,4

**combined** 23:16
143:18,23 146:22
147:5,9,19 151:19
400:2

**comfortable** 18:7
19:20 149:21,25
174:14 388:19

**comforted** 20:11

**comment** 143:23
146:3,4,8,11,21
276:2 297:19 298:18
309:18 322:17 368:9

**comments** 19:24
147:4 297:25

**commit** 46:12

**committed** 209:20

**committee** 106:22,
23 107:7,13 196:19

**committees** 104:12
105:10 106:15

**common** 195:21
274:9 356:22,24
394:8 395:18 396:2

**communications**
121:10

**community** 54:9

**companies** 37:10

**companions** 20:11

**company** 37:2

**company's** 125:16
329:3

**comparable** 264:19
266:5

**colleague** 20:10

**compare** 63:4
216:23 221:19 223:9
320:20

**compared** 63:5 72:8
205:6,9 282:5

**compares** 211:9

**comparing** 219:5
320:21

**comparison** 23:12
138:2 142:17 205:12
248:20 261:13

**comparisons**
205:25

**compassion** 192:20

**compensation**
216:11

**competence** 192:19

**compilation** 63:16
64:6,20 135:10,20
234:4 251:3,6,10

**compile** 218:10,15
221:16

**complained** 334:22
336:19

**complaint** 161:7,14,
19

**complete** 11:14
261:20 270:18 361:6
372:5 393:6 396:8

**completed** 50:11

**completely** 97:20
116:6 166:22,25
167:7,21 265:10
293:2 335:25

**completion** 223:23

**complex** 77:10

**compliance** 198:15
199:2 200:24

**complicated** 26:3,4

**complies** 44:19
142:12 297:4

**complimentary**
351:4

**component** 147:16

150:6,7,20,22,25
151:2 304:5,7,25
305:5,6,18,23 343:3
347:19

**composite** 262:23

**comprises** 87:10

**computer** 57:16
371:12 372:3,4,6

**concepts** 60:15
62:23 194:16

**concerned** 209:23
275:20

**concluded** 319:13

**conclusion** 157:17
298:3,6,12 303:23
304:2,3,17 309:16
342:25 359:4

**conclusions** 146:6
275:24 297:25
347:11,17 349:3

**condition** 37:18 86:2

**conditions** 35:2
85:25 199:2 200:24

**conduct** 203:10
389:14 391:2

**conducted** 198:25
200:24

**conference** 32:10,
14,17 87:22

**conferences** 52:4
79:7 86:20

**confident** 149:7,22

**confines** 118:10

**confirm** 155:2,6
229:23 240:12
241:10 372:25
377:21 382:3 386:8

**confirming** 29:18
30:17,21

**conflicted** 339:22

**conflicts** 107:15,17

**confused** 174:25
329:21

**connective** 76:11

**Conner** 11:7

**consecutive** 222:7

**Consent** 181:4

**consequence** 33:5

**considered** 267:9,
19 378:21

**consistent** 118:12
147:17,20 150:8
151:20 289:19 290:6
293:22 295:6 304:5,8
305:18 309:18 354:5
366:15 367:4,7,18
369:22 370:21 373:4
374:20 375:9 380:8
389:22 391:7,15
393:2

**consistently** 299:12
314:17 319:9 350:2

**constant** 293:25
294:19 295:13

**constellation**
391:24 392:12
394:15 395:6

**constitute** 301:24

**consultant** 117:5
166:13,14

**consultation** 119:20
140:5,6

**consulted** 39:3,8,9,
22 40:6 41:4 45:6
51:15 52:25 53:8,14
69:5 163:12 172:21,
25 204:7 226:12
247:20

**consulting** 48:10
117:7,21 126:10
134:7

**contact** 120:6 224:9

**contacted** 119:19,
21,22 140:4,8

**contained** 382:25

**container** 160:17

**content** 57:8,22
108:25 109:5,8,24

**contents** 40:14
57:17 64:25

**context** 292:18
322:15 369:5 388:4

**continuation** 244:19

**continue** 35:24
145:8

**continuously** 254:4

**Contracts** 87:12

**contrast** 221:19
348:3

**contrasting** 320:21

**contribute** 194:24
342:2 357:7

**contributes** 193:12

**contribution** 313:25

**contributions**
201:25

**contributory** 357:16

**control** 179:18 200:7
291:8

**controlled** 282:20
283:3 364:23 365:4,
8,12

**controversies**
192:17

**convenience** 27:23
28:8

**conversation** 12:10
77:3 363:12

**cooling** 279:9,14,19,
24 280:7 284:13,25
285:13,22

**copied** 212:25
242:12

**copies** 64:19

**copy** 28:7 60:20
61:7,18 63:18 73:3
135:12 163:9 186:23
227:21 228:8 239:22
240:4 247:7 248:2
296:15 299:3,4

**corner** 28:11

**corporate** 125:20

**corporation** 25:15

**correct** 9:8,9 15:4
19:14 21:25 22:7
23:5,25 24:12,24
27:16 28:11,17,22
29:8,12,19 30:13,18,
24 31:7,12,15,19
32:4,6,11,25 33:3,14
34:18,19 37:20 39:9,
14 40:2,7,11,16,22
41:16 42:4,8 46:25
50:5,11,16,17 51:21
53:4,9,16,23 56:7,8,
20 61:20 62:8,25
66:21 67:7,8 69:10
74:13,22 75:15 77:4,
7,17 78:14,25 79:9
81:19 82:2 83:8
84:12,16 85:19
88:10,15,24 89:6,8,
18 90:11 91:8,10,22
96:14 97:11,25 98:6,
21 100:14 101:15
102:2,20 105:7,11,
19,24 108:2 109:6
112:20,23 113:10,16,
21 114:12 115:12
117:19 118:6 119:7
120:13 121:18 122:5,
10,16,17,19 123:6,7
124:10,14,15 125:5,
10,17,18,20,23
126:18 127:25 128:2,
5,6,12 129:9 130:16
131:19 134:7,8,11,
12,14,17,20,25
139:11 143:10,14,19
144:6,9 145:14,20,24
146:13 149:9,23
150:9,15,18 151:21
152:6 153:2,20
155:24 156:6,16
157:17,18 158:2,17
160:8,24 161:18
162:15 163:17 164:7,
21,24 165:3,5,6,23
166:4,15,16,25
167:17 168:11,24
169:5,14,16 170:20
171:9 173:14,16
177:16,19 181:16
182:3,10,16 184:6
187:6,12,16,24
188:7,22 189:4 191:2
195:22 196:9 197:24
198:5,17 200:5
201:2,10,17 202:3,21

204:17 207:20
213:14 222:17 225:7,
9 226:4 230:23,24
231:12 233:20 236:3,
9 238:3 243:20
244:5,9,16 247:3,16
249:8 250:6,13
253:5,11 258:2
262:3,17 264:8,9,15
266:2,8,17 268:25
269:2,5,6,11,12
271:4,15,19 272:3,7
274:15,22 275:7
276:13 277:19 278:2,
10,16 282:9,15
286:2,11 287:6,11
292:3 298:6,13,14,15
299:16 301:9 303:4,
7,17 304:6,11,14,18,
23 305:15,21 306:2,
10,16,17 307:8,15
308:20 310:7,12,22
312:12 313:3,22
315:9,15 316:22
317:10,21 318:21
329:17,19,25 330:2,
18 331:6,9,25 338:10
339:11,13 342:22
343:4 346:10,15,24
347:7 349:6,23
350:16,19 351:5,7,9,
15,24 354:17,20
355:12,13 356:5,15,
17 357:6,8 360:4
361:14,18 364:10,16,
25 368:24 370:11
377:24 378:3,10,11,
22 380:24 382:6,12
383:2,4,7 384:2,7,8
393:17 397:15,19
398:18 402:8,14,15,
17,18,20

**correctly** 137:10
141:19 231:6 272:18
294:18 310:19 311:6
324:23 351:9

**correlate** 266:7

**correlation** 172:8

**Cosmetic** 103:11

**cosmetics** 79:20
81:4

**cost** 119:11

counsel 10:23 12:11
14:23 19:7,8 28:16
29:6 32:16 36:18
40:25 41:23 43:3
45:6 48:24 50:24
53:4,8,16,21 54:11
56:13,19 57:21,24
58:5 65:6,13,18,23
67:22 96:22 117:22
118:5 124:2,13
126:18 128:25 130:7
131:7 136:11 140:5,
11 144:9 161:18
174:24 204:16,19
290:16 293:12
320:15 335:13 336:2
340:14 381:23

Counselors 8:3

count 129:3 145:10
146:2 287:8 352:17

counted 86:12

counterpart 22:12

country 23:22

counts 144:15
145:23

couple 19:12 28:4
32:2 135:16 177:11
235:18 241:10
260:17 273:25
314:23 329:11 346:5,
21 366:3 377:14
378:13 385:22
401:20

courses 73:14 74:14
75:14

court 10:4 12:17,21
13:12 16:2 28:17
29:6 74:4,7 94:15
121:4 130:6 173:17
257:23 302:17
363:16 383:18
384:14

courtroom 8:13
192:16,19 196:4

cover 76:3 110:10
116:5 206:22,24
293:18 296:5 329:11
335:14 346:5,19

covered 19:24,25
69:6 110:17 187:3

206:11,12 272:10
295:22 309:10
356:14

covers 73:18,21
134:4 250:12 308:12

COVID 28:4 33:2
70:12 71:11 87:3
99:13,14 104:17

COVID-19 8:5

Cox 11:13

create 224:5 362:17
389:17 391:3

created 387:13,22

creating 194:5

credentialing 87:13

credit 201:25

critical 101:4,25
349:3,8

criticism 382:11
383:5

criticisms 382:17
383:25 384:6

criticize 382:22

crook 174:11

cross 285:15

crown 143:4 323:13,
17

cured 332:3

curious 288:2

curly 264:18 286:21,
23

current 23:24 24:4
70:9 194:16

curriculum 31:3,7,
15 73:2,7 75:18,24
88:5,9,11,13 90:5,8
92:14,18 93:3,16,19
94:4 97:9 98:18
99:11 103:2,16

custody 136:20

cut 78:4 138:2 387:8,
9

cut-and-paste 60:23

61:7,18

cut-and-pasted
61:25

Cutaneous 94:9,17

CV 20:18 96:24 97:22
98:14 104:15

cycle 255:12 381:13

cycles 302:11,25
325:25 326:4,15

Cyclophosphamide
171:11 302:24 303:3
313:20 317:14
325:16 326:10
328:23

Cytoxan 313:25

D

D.C. 20:2,4 70:25
71:12 358:8

D3 341:10

daily 268:4 341:10

damage 231:4

damages 336:17

data 109:18 194:3,9,
13 223:20,21 280:16,
20,24 284:7 325:3
328:10

date 32:9 123:12,14
124:20 131:15
140:24 141:2,13
158:21 160:11,22,25
298:10 329:16,19
333:23

dated 29:11 65:25

dates 33:17 124:8
333:21

Dave 9:5 19:13

David 8:25 10:18
270:4,6

Davis 10:20 119:25
120:2,4,9 121:10

Dawn 49:17 52:19
180:6 183:23 232:19
399:5,7

day 14:24 21:12,23
43:7 47:24 60:11
63:21 71:21 85:11,14
105:13 133:9,24
146:7 155:2 180:10
185:7 256:18 329:13
346:7 358:21 362:22

days 12:9 65:12
66:16 67:14,17 70:15
82:22 84:18 85:24
100:12 101:3 104:17

deal 64:10

dealing 120:15

December 321:13

decent 342:21

decide 112:13
113:14 114:10
194:23 221:11 250:4
384:19

decided 258:24

decides 249:25

decision 373:12

decreased 147:22
278:8 352:13,16,21
395:8

deeper 207:15

defective 37:7

Defendant 10:9,15
34:7 195:14

Defendants 29:7
35:16 124:24 387:9,
13

defending 9:7
152:22

defense 42:18,20
46:16 278:14 320:19,
23 339:11 346:22
387:22

defer 382:10

deficiency 162:10
337:16,21

define 95:15,16
98:11 107:17 171:22
172:5 344:7

definition 91:18
202:7

definitions 107:18

degree 171:2 231:3
309:25 310:25 401:2

degrees 354:2,14
366:19

delay 15:6 38:18
94:25 203:15 246:6,7

deliberation 193:11

delve 26:5

demand 192:18

demonstrate 183:7,
9

Dennis 10:14

density 147:23
211:24 212:4,11,17,
21 223:24 272:16
278:8 293:23 294:12
352:14 395:8,19

denying 222:24
223:5

dep- 360:22

department 24:6,14,
20,23 25:7,8,23
54:15 84:11 198:10,
11

depending 23:19
181:20

depends 145:22
166:6 192:15

depict 372:18

depicted 265:18

depicting 40:20
265:24

deponent 8:19

depose 14:24

deposed 15:2
360:20

deposition 8:8 9:8,
23 10:10 12:9,12,20,
22 14:22 18:11,14
19:18 20:7 26:11,19
33:10,20,22 34:9
36:15 37:17 43:14
47:25 115:11,20,23
123:24 185:5 216:16,

21 235:16 268:24 269:4 280:9,25 282:23 291:22 292:8 296:3,16 321:4,10, 12,14,25 322:13 323:3,4 334:15 338:13 339:7 344:2 361:2,5,9 371:24 385:2,3 388:16 393:23 401:12 403:5, 8

**depositions** 14:16 16:21 17:23 19:13 34:24 36:10 115:19 125:16 196:3 268:23 360:16,23,25 361:10

**depth** 30:6 293:12

**derm** 85:15 155:11 347:25

**derma-** 156:6

**dermal** 293:24

**dermapathological** 156:6,11

**dermatologic** 107:8 194:17 333:8 334:6

**dermatologist** 86:14 164:17 192:18 193:24 253:7 269:4, 10 339:11 363:11 369:10 388:3

**dermatologists** 22:14 23:8 144:13 195:24 201:5,6,15

**dermatology** 21:25 22:3,5,11,13,21,22 23:2,14 24:6,8,11,14, 19,22,24 25:3,5,24 54:8 55:5 72:24,25 73:15,17,18 74:9,10, 21 75:2 76:4,7 77:5, 10,15,19,20,25 78:6, 7,20 79:6,19,20,22 80:7 81:5 82:21 84:4, 12 86:22 87:13 96:6, 13 100:22 102:21,25 103:5,8,11,19 104:4, 5,11 105:4 106:11, 16,19,20 107:6,7,12, 25 108:3,7,11 111:6, 10 140:20 143:8 148:16 151:8 158:5,6

164:6 180:10 190:19, 25 191:11,18 192:3 196:23 197:4,7,13 211:20 213:16,23 269:10 273:24 278:2 297:11 304:14 309:12 333:24 335:21 376:6 388:8

**dermatopathologic ally** 98:13

**dermatopathologist** 76:9 380:8

**dermatopathologist s** 144:14

**dermatopathology** 21:25 22:2,7,9,24 23:5,7,13,16 25:2 46:14,17,21 71:9,15 72:24 76:4 77:5,16, 19,25 81:8 84:22 86:9 99:20 103:6,9, 10 105:18,22 380:9 388:8

**dermis** 207:16 389:10,11 390:18,20 391:21,22 393:3,6

**deromatopathologi sts** 23:10,21 25:9

**describe** 24:3 90:14, 17,23 142:6 144:4, 15,17 150:17,21 195:20 208:10,15 248:18,19,21 310:6 349:5,12 350:25 397:23

**describing** 210:19

**description** 76:20 94:6 97:23 120:23 123:22 134:9 146:11 153:17 154:10,17 169:13,15

**descriptions** 154:13 211:18

**desired** 363:9

**destruct-** 396:9

**destruction** 294:10 362:9

**destructive** 396:10

**detail** 290:11 292:16

**detailed** 339:16

**details** 49:22 109:24 117:6,8 119:20 126:11 146:12

**determine** 177:2 291:11 394:11

**determined** 378:6

**determines** 231:4 353:25 354:2

**develop** 268:5 394:5, 7

**developed** 327:16 343:23

**developing** 327:13

**develops** 392:22

**Dexamethasone** 171:12

**DIAC** 282:5

**diag-** 139:13

**diagnose** 157:5

**diagnosed** 160:6 280:3 330:17 337:2, 21 362:24 388:5

**diagnoses** 78:8 138:15 153:21 321:20 364:15

**diagnosing** 98:12 190:5

**diagnosis** 34:12 90:11,19 100:16,21, 25 101:15,23 102:4, 5,7,12,15,19 110:21, 23,24,25 111:8,9,18 112:13 113:9,13,21 114:10 138:20,23,24 139:4,6,11,13 143:16 146:6,8,10,12,15,17 149:18 153:23,25 157:8,9 165:18,21, 22,23 166:4 167:16 189:4,20 190:10 217:13 223:25 281:4 285:21 286:22 304:10 305:10,23 330:22 335:12 337:7 347:3 350:5 351:14,

21 360:4 373:20 375:7,12 391:7,24 394:18 399:23

**diagram** 142:3

**Dialogues** 106:18 108:7

**diameter** 389:9

**dictated** 154:17

**dictionary** 209:8

**didactic** 76:2

**differ** 195:21,23

**difference** 251:4 395:22,25 396:5

**differences** 14:2 118:14

**differential** 34:12 90:10,19 100:16,21, 25 101:8,15,22 102:19 110:21,24 111:8,9,17 113:8 165:18 166:4 277:9 391:19

**differently** 60:6 189:13 226:3,7

**difficult** 95:2

**diffuse** 99:5,7 169:19,21 170:23 183:16 265:3 344:7, 8,10 348:18,23 349:2,5,11,14,15,18, 20,25 350:3,6,8,10, 15,17,18,20 351:2,6, 7 391:16 393:18

**dig** 262:21

**dilutes** 257:7

**direct** 221:2 235:11 236:23 242:24 267:13 272:20 289:25

**direction** 297:21

**directly** 62:2 235:13 248:15

**director** 24:8

**directors** 191:19

**disagree** 78:14 82:2

197:14,16 217:13 254:18 266:22 267:2 278:15,19 321:12 332:10,13,20,23 335:8,17,19 350:11 366:13,17

**disagreeing** 223:6 311:10 332:15

**disagreement** 385:5

**disagrees** 135:21

**disappearance** 393:6 395:24

**discharge** 260:25

**disclosed** 188:5

**disclosing** 126:11

**disclosure** 11:10 48:8

**disclosures** 383:18

**discovery** 364:4

**discuss** 112:12 113:13 114:9 381:23

**discussed** 18:16 158:22 159:2 160:9 253:14 297:20 317:16 383:2 388:16 393:24 398:7

**discussing** 117:10 165:21 400:13

**discussion** 48:9 56:2 89:15 117:6 166:2 180:13 266:14, 15,23 279:2,6 283:10 289:14,25 290:4 293:19 339:17

**discussions** 12:14 13:17

**disease** 76:11 77:11 80:11,23 81:3 253:17 319:5,10 360:8 370:14

**diseases** 73:22 74:9 76:10,12 78:7,24 79:9 81:6 82:2

**disparate** 12:15

**display** 103:23 240:14 297:13

**displayed** 199:25

**displaying** 374:11

**dispute** 194:6

**disregard** 327:22

**Disregarding** 214:24

**disrespect** 80:4

**dissecting** 257:7

**distancing** 8:6

**distinct** 78:8 86:21 231:23 233:9 241:13

**distinction** 117:12

**distinguish** 116:24

**distinguishing** 307:21

**distorted** 393:5

**distribution** 294:9

**dive** 38:8

**Diversity** 107:4

**division** 24:19,21 74:21

**doc-** 224:7

**Docetaxel** 91:10 92:2 117:18 134:16, 24 171:11 172:10 271:19,24 284:15 299:8 301:23 302:4 311:2,20,24 312:18 324:2 327:8,14,16 364:24 365:5,10

**Docetaxel-** 92:9

**Docetaxel-based** 310:2,15,18 311:5

**doctor** 15:15,20 45:11 52:22 64:15 69:4,14 73:25 82:17 94:12 96:7 102:23 106:24 116:12 135:13 136:5 155:14 176:11 180:20 186:15,25 210:4 218:4 227:5,16 229:17 239:13 249:14,24 253:25 256:24 257:12 259:3

261:22 273:22 284:22 290:15 293:10 295:11 297:23 300:18 306:7 346:6 369:20 372:15 376:10 377:22 383:23 387:4 388:22 389:13 395:16 396:11 399:20 400:20 401:22

**doctor's** 80:21 241:11

**doctors** 42:17

**document** 30:23 118:9 134:22 157:23 175:16 199:22,25 216:23 217:16 220:24 270:23 279:5 290:22 315:18 316:10 323:4 338:25 393:23

**documentation** 125:20

**documented** 131:16 158:23 281:19

**documents** 65:3,5, 14 125:21 128:16,18 186:21 217:11 218:9, 15 221:15 224:8

**dogs** 20:9

**dominant** 398:12

**dosage** 325:24 326:14 327:21

**dose** 326:4 337:25 338:3

**double** 115:14 129:2 134:19 364:22 365:8, 11,14,15

**double-teamed** 9:11

**Doxorubicin** 171:12 312:3,9 328:23

**draft** 132:21

**drafted** 217:7

**drafting** 58:14 204:17

**drafts** 48:10,13

**draw** 367:8

**drawing** 181:20

**drawn** 184:12

**drill** 71:5 190:16

**drop** 285:20

**Dropbox** 131:4,5,6

**dropped** 327:10

**Drs** 45:21

**drug** 94:9,17 107:21 302:5 310:10 311:15 321:18,19 322:6 326:3

**drug-induced** 321:21

**drugs** 172:12,14 173:24 271:18,24 301:24 303:17 311:16,19 312:6 313:6 314:6,14 317:25 318:21 323:10 327:5,9,10,15 328:20

**dry** 342:12

**due** 8:5 133:10 147:21 161:15 179:16 186:16 278:7 309:25 310:15,18,25 311:4 316:9 322:18 351:2 352:12 392:24

**duly** 14:9 186:9

**duration** 158:24 160:5

**duties** 75:17 198:4

**duty** 198:7

**dysmorphic** 378:15, 20,25 379:12 380:7, 10,15 395:11

**E**

**e-mail** 50:9 126:21 206:5 224:3 229:2 240:2,25 368:6,8,13, 14,20

**e-mailings** 105:13

**draw** 367:8

**e-mails** 135:17

**E52** 240:13

**earlier** 37:13 120:5 126:18 162:20 163:25 165:17 182:15 190:18 204:2 213:25 229:21 251:22 272:8 274:12 293:16 296:2 297:10, 20,23 309:3 333:6 356:13 357:11 379:19 393:18,22 397:10

**early** 11:18 124:21 140:7 331:5

**easier** 142:4 180:21 184:5 238:24 271:25 358:20

**easy** 36:17 248:3

**ebook** 127:21,22

**edit** 108:24 132:25 133:2

**editing** 108:22 110:9

**editor** 108:15,24 197:23

**editorial** 106:18 107:24 108:3,5,10,14

**effect** 226:16 237:25 279:25 328:10

**effective** 283:4

**efficient** 13:21

**effluvium** 213:8,24 255:9

**EIA** 388:18,23,25 389:23 390:3

**EIAC** 274:9 275:7 276:3,12 277:18 283:5

**elastosis** 390:18 391:22

**electronic** 57:15 131:16 153:8 163:3 240:4,6 296:22 330:8

**electronically** 239:21,23,25

**element** 396:2

**elements** 305:22 350:5 351:21 367:7 395:10

**elephant** 379:4

**elevator** 90:16

**Ellen** 386:22

**else's** 360:25

**Emend** 171:11

**employees** 125:16

**employs** 25:18,20

**encompass** 330:7

**encompasses** 153:24 250:11

**encompassing** 22:6

**end** 12:20 50:21 69:18 114:21 123:12 129:14,15 134:10 199:18 228:24 237:19 256:7 305:13 393:8 397:14 403:5

**endeavor** 13:13

**ended** 77:12 338:16

**ending** 188:25

**endocrine** 268:6 274:4 276:23 277:12 347:5 372:16,18,24 373:6

**endocrine-** 274:17 356:13

**endocrine-induced** 274:21 276:25 277:6, 13,17 292:21 388:17

**endorse** 192:11

**ends** 50:14

**engaged** 50:4

**engine** 318:12

**enrolled** 323:25

**ensuring** 88:2 201:24

**entered** 152:7 161:20 387:18

**entire** 116:20,21
170:23,25 265:4
291:18 296:19 344:9
349:19,21 391:16
392:24 393:19

**entities** 87:16 292:22

**entitled** 48:15 55:22

**enumerable** 214:2

**enunciate** 138:9

**epithelial** 235:19

**equitable** 193:12

**erlotinib** 94:10
95:10,21

**Erlotinib-induced**
95:7 98:24

**erroneously** 249:22
250:2

**eruption** 99:6,7

**eruptions** 94:10,17

**erythematosus**
99:5,7

**establish** 363:10

**estimate** 50:22 71:13
86:3 190:8 358:19
359:2

**Estradiol** 179:15,22

**estrogen-related**
178:19

**et al** 232:13 379:25

**ethical** 199:2 200:25

**ethics** 196:18,22
197:12 198:14
202:17 203:10

**Euclid** 20:3

**evalua-** 329:25

**evaluate** 108:25

**evaluated** 158:21

**evaluation** 106:23
107:12 222:6,8
329:15,24 337:12
348:12 394:9

**Evan** 11:13

**evening** 385:20,21

**evenings** 71:25

**event** 213:24

**everybody's** 360:23

**everyday** 30:8

**everyone's** 26:18
346:3

**evidence** 136:24
304:22 305:14,21
311:23 312:5 318:2
327:12 343:9 351:20
360:8 362:8 363:5
392:6 398:6

**exact** 16:25 17:13,18
51:4,6 62:11 91:13,
15 207:19 209:10,11
213:3 223:16 246:2
253:16 306:6 366:22
373:15

**exam** 102:3,5,7,11,15
110:23,25 141:3,13
161:2 187:21 309:2
329:25 337:19 341:7
343:8 348:11,13
391:2

**examination** 14:11
73:21 111:13,23
129:13,17 141:7
160:24 165:20
168:11,13,15 169:12
186:11 330:3 339:17
385:17 389:14 390:2
398:15 402:3

**examine** 112:11
113:9,11 114:8
140:13,16

**examined** 14:10
151:24 152:12
158:19,25 160:6,16
186:9 280:23 339:15
356:2

**examples** 87:11
372:18

**excellent** 240:5

**exchange** 392:16

**exclude** 390:3

**excluding** 100:3
194:4 315:2

**exclusive** 59:13
79:24 80:2

**excuse** 97:15 116:17
128:8 144:17 199:23
253:14 290:20
332:15 341:9,17
355:15 368:11,12
401:2

**executive** 24:8

**exhibit** 21:3 26:10,19
27:10,14 28:3 30:2,
24 31:4,6,10,18 33:8
38:25 39:3 40:15
43:13,14 44:23 45:2,
3,8,12,17 47:16,21
48:24 49:4,6,25 51:9,
14 52:11,15 55:17,
19,20 56:17 58:15,
24,25 61:24 63:10,
14,15,16,22,23,24
64:3,9,12,16,20,21
65:4,10 66:4,8 67:9,
16 68:8,14 69:4,5
73:3 75:4 116:3
118:9,12 135:3,8,9,
10,23 155:10 163:7,8
172:20 175:13 176:5
177:13,22 180:4,8,9
182:25 183:24
186:21 187:4 191:5,9
196:12,15 204:22
205:4 211:23 214:4
219:4 221:18 227:12,
16,22 229:12,21,22
238:13,14 243:7
245:2 247:4,14,20,24
248:5 252:24 254:7
260:18 261:5,9
262:21,23 269:18
273:18 278:24
291:15 295:12,23,24
296:4,11,16 297:10
300:20,25 307:4
314:9 317:20 323:11,
20 330:5 354:8
365:16,21 366:14
373:23 374:7 377:8,
9,20,21 378:9,10
386:5,17,21 387:18
398:25 399:11
401:12,13,15

**exhibit's** 228:12

**exhibits** 18:23 19:2,

5,11 26:10 39:18
40:2,10 55:18
133:11,12,20,21
134:13 296:6 314:25

**existed** 164:12
335:23

**expanded** 99:21

**expansion** 88:3

**expected** 193:16

**expeditiously**
186:18

**expense** 119:14

**expenses** 119:10

**experience** 17:21
97:2,4,6,18 98:12,14
137:25 151:9 251:11
388:2,8

**experienced** 91:20
270:18

**experimentation**
109:3

**expert** 17:9 27:14
28:15 29:8 39:18
42:18 51:10,17 56:25
90:15 106:23 107:12
118:23 119:5 130:25
132:20 133:10 136:6
142:6 161:10 187:23
188:6 191:18 192:11,
16 193:11,16,25
195:9,11 196:3,5
204:9 247:15,21
257:16 258:10
280:14 298:5,12
304:3 306:19 312:11,
15 318:2 319:12
346:22 360:14 361:4
365:24

**expert's** 327:6

**expertise** 78:24
81:18 98:11 192:19
322:17 335:24
383:10

**experts** 46:16 51:2
172:15 278:15 312:7,
12,15 320:12,13,19
348:8 382:10 387:22

**experts'** 320:23

**explain** 82:17 157:2
183:9 307:20 328:17
395:24

**explained** 235:9
252:3 257:20 258:16
311:14

**explaining** 154:12

**explains** 146:8,15

**explanation** 146:18

**exponentially** 99:21

**exposure** 324:17
390:19

**expressed** 187:9
275:21

**expressing** 187:22
188:4

**extensions** 341:15,
18,20,24,25 342:8,14
343:11

**extent** 30:8 98:14,15
126:9 361:12

**extra** 159:19

**extremely** 346:17

**eye** 287:23 288:5
359:7

**eyebrow** 339:7

**eyebrows** 207:4
339:4

**eyelashes** 35:18
37:22 207:4 339:3

---

**F**

**F-E-I-G-A-L** 313:18

**F-O-L-L-I-C-U-L-A-
R** 344:21

**face** 19:2

**facilities** 83:22

**facing** 183:20

**fact** 50:3 155:3,6
166:24 253:8 258:22
265:2 295:13 317:23
328:6 339:21 348:17,
18 351:17 352:16

363:20 368:2 395:19
396:16,24

**factor** 365:6

**factors** 282:4

**faculty** 106:21
198:12

**failure** 37:8

**faint** 15:22

**fair** 12:23,24 19:18
30:23 34:10 37:15
46:13 47:2 53:22
54:13 55:13 62:22
66:23 68:9 72:2
76:21 110:17 111:18
118:8 125:8 149:4
189:8,18,19 276:9,11
308:16 362:6 382:18
385:8 392:2 393:11
397:6,8 400:16

**fall** 32:16,24 45:18,22
87:24 396:4

**falls** 32:5

**familiar** 101:14
171:18,22 176:20
190:24 194:2,12
229:4 230:9,13
269:22 333:8

**family** 76:16 343:17
356:18

**fashion** 302:12

**fast** 15:10 18:5

**father** 343:19

**favors** 194:5

**feature** 167:16
395:21

**features** 143:17,22
156:18,19 157:12
272:15 286:5,8,10,
14,16 287:2 294:6
370:3 395:4,16
397:14 398:12,13
399:25 400:3,5,8,9,
13,14

**February** 70:14
116:20 128:9 129:15
140:25 160:12,15,16,
25 305:13,14 329:20,

23 337:11

**Federal** 8:14

**Fedex** 160:18

**fee** 31:18,19 118:11,
15,16,20,22 119:3

**feed** 334:9

**feel** 137:16 174:14,25
205:3 252:21 388:7

**feeling** 19:20

**fees** 129:20

**feet** 206:23 207:2

**Feigal** 172:18 173:2
313:18 314:20 316:6,
12 317:15 320:14
386:23

**Feigal's** 232:3 314:2,
24 320:5 386:16

**Feigel** 312:24 313:13

**fell** 142:22,24

**fellow** 89:12

**fellowship** 101:24

**female** 353:23

**femur** 62:13

**fervently** 217:13

**fibro** 156:3

**fibroid** 330:22

**fibroplasia** 262:9

**fibrosing** 351:19

**fibrosis** 252:4
294:10,15 363:5
393:3 396:20

**fibrotic** 150:25

**fibrous** 147:13

**field** 22:5 101:2
193:18 320:16

**fighting** 37:11

**figure** 45:9,11 46:3,4
116:23 181:12
233:16,19

**figured** 68:6 240:9
260:23

**figures** 242:12

**file** 136:9,10 163:2
296:20

**files** 240:4

**filled** 304:22 379:7

**fills** 339:4

**final** 143:16 146:8,9,
12,15,17 298:6
303:22 304:2,3,17
305:25 309:16
399:23

**finalizing** 386:13

**finally** 228:23 247:11
403:2

**find** 44:15 47:22
92:17 103:4,6,17
149:7,12 168:24,25
188:25 204:13
215:17 232:21
255:25 333:15,20
343:18 352:10 374:5,
9

**finding** 156:23
158:23 168:15

**findings** 144:22
145:14,20 146:21
147:5,9,18 151:18
153:5 159:2 160:7,9
292:13 309:7 349:10
360:7 389:6 390:2
391:23 392:13
394:15 395:6

**fine** 8:18 9:4,16,19
16:4 17:15 18:21
19:12,14 114:16
176:2 181:18 184:25
189:17 208:3 241:4
248:3,5 249:15
261:17 300:5 328:14
373:21 377:17

**finish** 13:13 51:9,10
63:9 65:3 68:21
94:24 112:8 180:3
219:3 235:17 278:20

**finished** 158:11
186:20 335:11 338:5

**finite** 157:4

**firm** 14:20 121:11

348:21

**first-year** 73:16 76:7

**fit** 71:17 353:12
391:18 397:5,8

**fits** 25:12 155:12

**flagged** 219:23

**flashes** 179:17

**flat** 287:7

**flew** 36:6

**Flights** 119:4

**flip** 68:3 126:2 128:7
136:15 157:23
180:17 228:9 264:11
301:5 399:11

**flipping** 287:24
401:7

**floating** 388:13

**flow** 112:14 113:15,
23 114:11

**fly** 119:6

**focally** 349:15

**focus** 77:6,9 78:23
79:4,24 80:2,6 81:10,
25 82:8 118:2 120:21
140:11,12 211:13
298:24 382:24

**focused** 167:23

**folder** 68:10

**follicle** 99:4 147:13
235:19 255:12
272:16 293:23
294:12 352:21
381:12 393:9

**follicles** 99:2 156:3
207:14,16,17 212:5,
7,11,17 231:4 262:10
272:18 294:13,15
344:25 352:22 362:9,
10,11 363:6 364:4
381:4 389:8,10
390:24 391:20 393:4,
5 395:8,9,20,21,24
396:9,17 397:19,21
402:7,10,12,13,16

**follicular** 62:13
76:10 96:3,10

344:11,20 348:18
352:19,22 389:9

**folliculitis** 93:9,22

**follow** 193:2

**follow-up** 29:4

**Fonia** 269:16,21
379:25

**footnote** 237:19
238:2 301:15

**footnotes** 39:17
40:2,10

**footprint** 379:5

**Force** 107:8

**foregoing** 309:23

**forehead** 375:3

**forget** 26:9 52:18
87:2

**forgetting** 78:3
329:13

**forgive** 401:12

**forgot** 102:23 115:9
293:20 295:25

**form** 28:19,23 29:20
30:19 34:13 35:3
37:24 44:4,13 45:19
47:14 55:3 56:21
57:4,25 58:8 59:12,
19 60:3,18 61:21
62:3,9 63:3 66:17
70:17 73:19 77:8
78:15 79:2,10,14
80:10 81:21 82:3
85:21 86:24 88:25
90:12,22 91:23 92:20
94:7 100:23 106:7,12
108:23 111:25
112:24 114:2 120:21
121:19 123:8 124:16
125:11 134:21
138:17 139:8 145:17
146:14 149:15,24
153:3 154:8 156:7,17
157:19 159:8,15
161:12 162:16,23
164:9,14 166:17
171:21 172:13
173:15 177:17 182:4,
11 187:17 189:5

190:12 194:21 195:4,
17 198:19 199:5
201:11,18 202:9,22,
23 203:8,13,19
205:21 207:21
217:22 218:14
219:13,16 220:5,13
221:14,24 222:4,11,
18 223:2,19 224:6,
14,25 225:8,13
226:6,17 227:3,7
230:20 231:13 232:5,
11,25 233:4,13,21
234:2,11,18 235:3,4,
22 236:5,17 237:2,6,
10,14,21 238:8
241:18 242:9,18
243:2,13,21 244:6,
10,17,22 245:8 246:6
247:5,18,23 248:12,
24 249:13 250:14
252:2,17 253:6,12
254:6,23 256:5,15,21
257:19 258:3,17
259:17 262:4,18
264:16,24 265:14
266:9,25 268:14,20
269:7 271:5,20
273:16 275:8 276:6,
14 277:20 278:3,12,
18,25 279:17 280:11,
21 281:8,13,18
282:10,16 283:9
284:17 285:7,17
286:7,15 288:22
289:3,7,11,17 290:7
291:16 292:4,11
294:5,22 295:5,16
298:7,8,16 299:18
302:2,20 303:8
304:19,24 305:16
306:12,23 307:9,16
308:5 309:14 310:13,
23 311:8,12 312:13
313:2 314:4,11
315:16 316:7,14,23
317:11,22 318:13,22
319:2,20,23 320:7,22
321:15,23 322:11,22
324:25 325:5,11,17,
23 326:17 327:25
328:13 329:5,18
331:10,17,21 332:2,
14,24 334:17,24
335:9,18 336:8,23
337:4 338:17 339:24

340:16 341:5,22
342:5 343:5 344:5
346:11 347:14
348:10,16,25 349:7,
24 350:12,23 351:16
352:2 353:4,14,24
355:14 356:6,9,16,20
359:5,18,23 360:5,17
361:19 362:23 363:3,
25 364:11,17 365:2,
13 366:10,16 367:5,
20 369:12,16,23
370:12,18 372:20
373:7,18 374:22
375:11 376:4,16,23
377:6 378:4,23
379:15 380:12,17
382:7,13,19 383:3,8
387:10,23 388:25
390:5 391:9 392:9
393:16 394:13
396:14 397:7 398:5,
9,19 400:6,17 401:4
402:9,21

**formal** 17:8 29:7 69:7
74:14 75:13,17
77:18,24 78:5

**formally** 87:21

**formation** 395:23

**forms** 353:18 388:15
394:20 398:17
402:22

**formulate** 39:23
41:14 43:16 51:19
69:9 227:2

**formulating** 39:12
360:3

**Forum** 106:20

**forward** 115:5 116:5

**forwarding** 135:18

**found** 149:18 172:15
207:24

**foundation** 349:22

**founding** 24:5

**fourth** 111:14 195:19
338:3

**fraction** 376:12,14,
20,22 377:5,7

**fragment** 373:20
375:3,6,13 376:2

**fragments** 290:12
373:9

**frame** 13:15 125:2

**frames** 91:5

**free** 27:21 205:3
292:5 331:19 333:4
403:2

**Freites-martinez**
273:15,19

**frequency** 326:4

**Friday** 141:8

**friend** 256:14

**front** 21:6 26:15
41:11 55:20 73:3
140:21 163:7 170:3,6
175:11 176:13
183:15,20 184:2
196:24 204:10 205:2
211:6 225:20 227:24
228:7 229:15,18
240:11 247:22,24
263:3 271:10 275:24
296:20,25 299:4
300:24 316:11 338:8
353:17 368:4 371:6
375:20

**frontal** 169:22,25
170:3,5,6,22 171:3
265:4 349:16 389:4
390:14 391:17
392:23 393:19

**frozen** 9:3 228:17
371:21

**FTP** 19:7

**full** 11:9 21:8 76:23
199:2 200:24

**fuller** 362:20

**fully** 174:20 195:20

**functions** 108:16

**funny** 345:12

**fuss** 121:5

**future** 50:10 227:13

**G**

**gander** 265:21

**gave** 33:22 51:20
70:8 71:21 97:24
99:16 150:4 165:19
281:20 285:16 306:8
321:22 332:11
338:11 339:16

**geared** 87:25

**gee** 127:18

**general** 47:20 59:8
62:23 73:17,22 91:11
107:19 112:10 114:7
117:17 134:7 140:5,6
194:12 213:22 307:7,
14,21,25 346:5,18
382:20 394:5

**Generalities** 112:22

**generalization**
113:4

**generalized** 340:3

**generalizing** 311:14

**generally** 15:10
55:12,14 59:24 60:14
74:24 81:7 100:9
117:16,23 191:23
193:13 206:17
213:15 262:16 267:5
331:13,15 367:10

**generated** 135:25

**genetic** 43:22 46:7,
11 47:5 356:25

**genetics** 356:18,21

**georgetown** 23:24
24:6,11 25:2,8,13,16,
22,25 70:8 71:12
73:8 74:20 78:19
83:21,23 84:11,23
85:5 86:14 87:20
198:2,9 203:11,16

**germinal** 381:9,11,
20

**get-go** 121:16

**give** 13:16 15:7 36:13
38:10 61:23 65:7

70:16 71:2 76:15
87:10 90:15 92:6
93:2 95:25 107:19
125:14 165:13
174:20 175:7 179:13
190:13 196:24
197:18 205:24 219:9
221:6 222:2 224:12
229:12 237:3 240:6
251:4,14 256:11,18,
19,25 257:14,17
263:18 270:12,21
279:3 283:16 290:12,
13 293:6,8 308:18
323:4 333:23 362:24
375:5 379:22 380:4
399:10 401:6

**giving** 26:16 30:7
80:8 107:20 174:17
336:16 362:19

**Glad** 129:6

**gland** 381:2

**glands** 147:14 156:4
381:3,6 389:12
390:23 393:9

**globo** 135:23

**Gomez's** 402:6

**good** 8:2 10:8,11
11:25 14:13 16:15
21:5 38:7 53:13
68:19 69:12 77:2
83:18 109:13 114:14
184:18 191:22
200:14 237:23 260:6
263:24 264:3 266:11
299:24 300:6 345:18
355:11 377:12
385:20,21 387:25

**gout** 98:24

**govern** 203:11

**government** 199:3
200:25

**grab** 88:12

**grand** 76:15

**great** 17:15 20:21
21:5 27:13,25 61:5
69:25 102:5 114:17
170:11 175:14
186:14 189:8 239:19

240:5 252:23 260:7
300:18 307:14
328:18 379:23

**greater** 170:25
271:3,9

**greatly** 275:19
399:12

**Greenberg** 14:20

**gross** 154:10,13,17

**group** 22:20 25:17
40:9 67:24 85:23
103:22 104:10
106:20 164:6 251:20
258:18 259:23
269:10 287:11 291:8
397:17

**groups** 62:15 103:12
106:3

**grow** 35:18 257:5,10
262:6 362:14,15,16,
19 363:22

**growing** 338:15,20,
21

**grown** 339:4

**grows** 252:7

**growth** 35:5 37:23
38:6 87:12 88:3
162:6 166:8 264:13

**guarantee** 275:11

**guess** 30:4,9 33:2
45:3 50:20 65:11
66:18 87:23 88:14,16
102:8 116:15,21
119:15 129:25 155:3
158:4 186:19,24
191:3 236:6 262:25
263:6 295:19 306:19
308:19,24 330:15
337:11,24 342:12
372:14

**guide** 169:4

**guidelines** 199:3
200:25

**guides** 168:10

**guys** 9:19 38:4
117:13 138:3 167:5
192:4 199:20 240:7

261:19 299:21 345:4
380:6 399:14

---

**H**

**H-E-I-S** 11:2

**hair** 34:11,12,14,17,
19,25 35:5 37:17,18,
20,21,23 38:6 40:20
46:14 54:23 55:7
85:25 86:2,6,11 90:2,
11,19 91:2,20 92:7,
17 93:4,9,22 94:6,22
97:16,24 98:3,10,12,
25 99:4 138:15,20,
23,24 139:4 142:15
144:15 145:6,9,23
146:2 147:13,22
151:12 156:3 161:15
162:6 166:23 167:7,
22 168:8,21 169:2,3,
13,19,21 170:14,19,
24 172:4,9,12
178:11,18 183:8,16
205:14,15,19 206:10,
11,12,13 207:14,17
208:8,10,11,13,14,
15,16 210:25 211:4,
5,15,24 212:5,11,17,
21 223:24 230:10
231:3,11,23 233:9
235:19 250:10,15
255:11 257:10 262:6,
10,12 264:18,21
265:3,8,10,13,17,18,
24 266:2,3,8 268:13,
16 270:15,17,18
272:16,17 275:7
276:5,8 277:13,14
278:8 280:19 286:5,
8,10,18,21,23,25
287:4,7 293:23,24
294:11,12,15 310:9,
15 312:4,10,22
321:17,19,21 322:7,
20 323:23 329:3
331:9,16 333:25
334:22 335:5,6,16
336:6,10,11,13,16,19
337:2 338:2,3,4,6,8,
15 339:3 340:20
341:3,13,15,17,20,
24,25 342:2,12
343:12,17,19,20
344:3,24 346:8,9,13,

14,16 347:4 348:8,
14,19,23 349:2,5,11,
16,20 350:2,3,8,10,
15,17,18,20 351:2,3,
8,10 352:13,17,21,22
353:12,16,21,23
354:14,24 355:20
356:7,10,11 357:3,7,
17,23 358:3,10,13,
15,23,24 359:3,6,8,9,
11,13,15,21,25
360:6,10,11 361:12,
16,20,21,22,23
362:9,12,17,20,25
363:6,24 364:2,3,6,9
366:17 367:14,15
381:3,12 389:4,10
390:14,15,24 391:14,
16,20 392:7 393:4,5,
9,18 394:12 395:7,8,
10,20,24 396:3,9,17
397:18 402:7,10,12,
13,16

**hairless** 206:24

**hairline** 375:2 392:23

**hairs** 144:19,21
145:2,3,10,11
206:15,16 207:3,5,15
352:20 362:14,15,16,
17,18 371:6 390:20,
21

**half** 23:20 84:18
85:24 100:12 101:3
127:9 142:5 212:6
287:9 292:20,21
323:5 358:9,21
359:12 384:3

**Hamartoma** 96:4,10

**hand** 11:24 18:2,5
134:23 142:3 206:25
263:4

**handed** 57:12

**handing** 19:2 296:5,
6,7

**hands** 170:9 206:23

**handwriting** 137:14

**handy** 342:15

**hang** 91:13,15
139:18 315:8 333:21
380:5

**happen** 60:11 209:9
258:25

**happened** 36:7
141:4 160:14,15
298:10

**happening** 168:9

**happy** 36:9 60:8
63:17 64:7 68:23
75:3 92:18 174:23
189:15 256:25
287:18 294:24 346:3
383:20

**harassment** 209:18

**hard** 28:7 36:8 63:18
64:19 73:3 95:2
112:2 135:11 138:5
148:19,24 149:21
163:9 186:23 227:21
228:8 239:21 248:2
273:4 299:3 370:3
373:9

**Hargett** 33:12,13,20

**harms** 113:5

**Harper** 11:13

**Hauman** 42:19 45:21
346:24

**head** 37:18,19,20
46:10 86:2 143:6
170:4,17 175:22
181:21 183:12,19
212:7 275:10,20
358:25 362:20
375:13 376:19,24,25
377:4,5,7 389:4
390:16 391:15

**headed** 209:24

**header** 250:6

**heading** 275:2,3,4

**headphones** 16:9
142:22,24 381:17

**health** 24:9 84:4
106:22

**Healthcare** 10:15,17

**hear** 15:12 16:7
35:10 95:2 104:25
142:21 217:22
252:20,22 270:6

**happen** 60:11 209:9
258:25

**heard** 42:14,22 52:2
92:4 259:3 333:10
340:11 356:3 398:21

**hearing** 57:24

**Heis** 11:2

**held** 45:4 81:17
104:10 195:23

**helpful** 57:19 263:22

**hematosis** 257:6

**hereditary** 357:2

**hey** 18:3

**hiding** 316:24

**high** 72:21 108:12
109:6,8

**higher** 223:22 362:5

**highest** 324:21

**highlight** 193:4
214:10,20 287:14
292:17 297:19

**highlighted** 193:25
209:18,22 211:25
213:9 215:5 219:11,
15 220:25 221:3,8
223:11 242:22
284:19 292:20
295:14

**highlighting** 206:2
272:23 282:2 284:22
293:4

**highlights** 221:4

**histological** 289:18
290:5 293:22 295:4
395:3 400:14

**histologically** 262:7
390:10

**histology** 353:6

**histopathologic**
146:21 147:5,9 309:7
348:12 360:7 362:8
394:15 395:25
398:15

**histopathological**
389:17 395:3 397:13

**histopathologically**
351:20 388:24 389:3,
6 390:17 391:12
392:13,21

**histopathology**
272:11 305:2 348:9
351:13 353:2,3
389:21 391:3,6 392:4
393:13 394:10
395:17

**historical** 280:18

**history** 111:12,22
112:12 113:12 114:9
161:6,25 162:2,6
165:7,15,17,21,25
166:3,8,14 167:3,24,
25 171:7 177:24
271:2,8 280:18,23
281:6,17 308:19,22
329:24 330:14
337:24 339:23
343:17,21 344:4
356:4,18

**history's** 281:12

**histotechnician**
154:18

**hit** 252:21

**hold** 8:23 15:18 38:2
44:18 45:7 49:3
78:23 80:15 176:4
200:13 228:11 334:8
371:19 381:16

**Holden** 11:13

**holding** 134:23

**Holmes** 133:16
134:2

**home** 20:2

**honest** 192:12,15
320:20 376:18

**honest-** 33:17

**honestly** 17:13
195:19

**hope** 14:17 80:3
319:15 327:2

**hopeful** 12:19

**horizontal** 141:17,23
143:13 154:15

180:12 184:13

**hormonal** 180:2

**hormone** 178:25
179:20,23 331:8,11,
16 357:12,22

**horrible** 137:13

**Hospira** 10:25

**hospital** 25:17 26:2
83:16 154:4 358:8

**hospitals** 25:16,21

**hot** 179:16

**hour** 18:17 32:6,11,
17,24 68:18 69:15
114:19 115:7 177:7,8
215:21 216:8,9,17
300:6 345:7,14 346:4

**hours** 13:16 32:13,
16,19,23 50:22 51:4,
5 71:21,22,23 87:6
99:23 120:20 122:18,
19,22 123:17,18
124:3,7 126:4
127:13,15 129:7
130:15,19 134:5
268:11 291:22,24
322:14 323:7 345:8,
10,12

**huge** 76:17 203:14

**Hughes** 117:9
128:24 129:3,8,16
131:12 132:22 134:4,
6 140:8,12 385:4

**humaneness**
192:17

**hundred** 84:15,23
166:6 176:18

**hundreds** 282:19
322:2 327:17

**hyperpigmentation**
340:3,4

**Hypothesis** 96:11

**hypothetically**
364:8

**hysterectomy**
179:16 330:21

**hysterectomy/
oophorectomy**
331:6

**hystorectomy**
330:23

---

**I**

**icon** 199:19

**idea** 107:4 260:6

**ideas** 203:5

**identical** 209:7 214:6
215:3,4,6,9,15
216:14 218:8 221:23,
25

**identification** 27:11
44:24 47:17 48:8
52:12 64:13,22 66:5
67:10 135:4 191:6
196:13 204:23
238:15 262:15
296:12 365:17
373:24 377:10 386:6,
18 401:16

**identified** 57:23
93:17 94:3 97:22
98:6,8,18 156:15
380:24

**identify** 92:25 93:16
94:4 103:7 175:4,6,
19,21 176:13,23
177:15 245:6 261:4
282:3 283:4 369:2,17

**identifying** 369:24

**illness** 161:25 162:2
165:16,17 166:2,9,15
167:3,25 171:8
177:24 280:23

**illustrates** 348:4

**image** 355:16 373:9
376:5

**images** 370:23

**imagine** 283:23
315:12,17

**immunodermatolog
y** 77:23

**impact** 284:7

**impartial** 193:17

**impartially** 195:2

**implying** 311:18

**importance** 72:16
187:2,5

**important** 19:18
72:12 81:13 88:14,
18,23 101:5 113:18,
24 166:5,10,15,21,24
167:16,19 168:6,8
188:16 189:2,7
198:16 272:13
374:14

**impossible** 370:25

**impressed** 89:13

**improve** 397:19,20

**improvement** 267:9,
20

**in-patient** 82:20

**inaccurate** 159:5

**inappropriate**
215:25 216:6,11
322:17

**inappropriately**
216:22

**inaudible** 18:9 47:22
49:13 54:18 86:3
97:5,14 101:7 112:6
136:3 171:5 199:16,
19 200:7,8,12 206:8
207:18 208:8 209:25
215:24 218:6 229:8
260:21 270:5 294:21
306:5,25 345:8
349:13 371:9 398:25

**incidence** 282:4
284:7 323:23 324:7,
10,12

**include** 291:7 306:9,
15 325:15 326:16,19
347:4 354:16 370:10,
13,16

**included** 41:22 43:5
69:8 148:11,17
222:17 224:21 226:9
247:11 271:18
280:18 282:19
302:15 304:23

305:24 324:4 325:4
354:10,16 355:6,7,11

**includes** 152:8

**including** 25:22 81:6
262:2 284:15 333:16
340:4

**inconsistent** 369:22
370:21 393:20

**incorporate** 59:16

**incorporated** 62:18
217:10 245:9,15
321:10

**incorporates** 250:16

**incorrect** 82:10

**incorrectly** 110:15

**increase** 357:4

**increased** 272:17
293:24

**indecipherable** 51:2
67:15 83:15 85:15
116:7 121:11 144:23
152:9 170:16 178:9
191:10 202:18 203:4
209:11 284:5 328:21
393:7

**independent** 59:3,6,
11,14 173:12 196:7

**independently**
347:10

**indeterminate**
145:2,5

**indicating** 142:7,18
170:7,10 183:13

**indication** 337:18

**indications** 179:25

**indicative** 391:22

**individual** 325:25
352:19,22 358:18

**individuals** 87:14
90:24 91:19 331:18
358:11 360:15

**induce** 294:14

**induced** 92:10
94:10,17 121:18

148:5,18 151:21
189:22 214:19
231:11 258:24
274:18 313:8 318:17
356:14 364:25
372:19,25

**Industries** 11:6

**infiltrates** 147:15
156:4 293:25 294:8
395:14

**infinite** 157:6

**inflammation** 98:25
99:3 262:8,12 362:8
363:5 393:3,10
395:23 396:8,20

**inflammatory**
147:15 156:4 351:18
393:8 395:13

**informa-** 104:20
167:18

**information** 59:20
60:25 62:18 104:16,
21 105:14 106:10,13
109:3,12,14,15,16
111:15 167:20 194:4
197:11 210:18
211:19,21 212:16,25
213:16 218:9,12
232:16 233:6 241:19,
24 242:19 243:3,17
247:12 249:3 280:6
282:13 292:24
298:15 307:15 319:8
327:23 338:11

**inhibitors** 178:25
274:9,13 357:19

**initial** 13:8 26:10
122:4 380:2

**initially** 57:11 120:7

**initiate** 268:3

**injury** 37:5 93:10

**inserted** 123:14
243:11

**insinuating** 242:10

**instant** 403:8

**institution** 323:25

**institutional** 199:3

200:25

**instructions** 328:20
329:3,7

**insufficient** 110:12

**insurance** 154:3

**integral** 102:3,11,14

**integrity** 192:14

**intellectual** 37:11
201:7,16 211:21
212:14,16 213:18

**intend** 19:10 297:14

**intending** 13:18

**intent** 113:5 225:4
285:21

**interchangeably**
189:13

**interest** 107:15,17
108:25

**interested** 287:25
293:11 317:4

**interesting** 70:23
89:17 173:3 340:8,10

**interests** 79:23

**internal** 125:19
207:6

**International** 103:9,
10 105:21

**internationally**
79:18 81:3

**interpretation**
109:18 129:22
147:18 151:18
241:20

**interpreting** 241:21

**interrupt** 306:7

**interviewed** 81:24

**interviews** 82:7

**intimidating** 202:14

**intimidation** 202:18

**introduce** 401:11

**introduced** 121:20

**introduction** 73:21
76:8

**introductory** 19:24
74:8 75:14

**investigate** 285:22

**investigator** 201:23

**invoice** 49:19 51:7
123:12 124:6 128:8
134:3

**invoiced** 50:8

**invoices** 47:10,22,25
48:22 49:23 50:4,10
116:4 128:25 134:22

**involved** 47:10,20
48:2 52:9 110:19
116:9,13,19 117:17
118:3 126:17 168:6
356:21

**involvement** 96:22
106:11 116:8

**involving** 99:3 324:2
344:9

**iota** 319:21

**IP-TYPE** 37:10

**irrelevant** 181:23
220:24

**irreversible** 251:19
252:5

**Irving** 83:16

**isolated** 380:19

**issue** 99:13 194:4,10,
14,18 195:13 240:6,8
323:10 370:15

**issued** 69:7 124:2
172:22 205:8 253:16
312:7 314:22 383:24

**issues** 37:21 54:23
86:6 89:18 93:4
97:11 186:17 200:5
280:19 282:8 336:10
340:14 382:10,25

**issuing** 386:10

**ISU's** 125:21

**itchiness** 339:21

**item** 51:19

**items** 204:5 391:5

**J**

**JAMA** 273:24

**January** 116:19
330:20 338:16,24

**Jeff** 11:5 19:13

**Jennifer** 11:2

**Jessica** 9:2 10:12
18:12 27:4 38:10,21
238:23 241:2 263:25
272:23 279:3 368:7
369:14 399:17

**Jessica's** 9:7

**job** 175:24 328:18

**journal** 108:8 247:9
283:23

**journals** 108:9
197:24 284:3

**judge** 13:25 106:21
221:11 245:15
249:25

**judicial** 192:14

**Julie** 10:16 14:3

**jump** 100:9 163:10
193:22 255:15
278:21 289:13

**jumping** 54:20
188:12

**junction** 181:10

**June** 27:15 28:3
31:11 39:7,14 45:24
50:15,19,22 51:21
64:25 68:2,9 69:7
133:9 230:17,18,22
304:16,17 305:24,25
306:14 317:5 337:25

**jury** 221:10 245:14
249:25 257:24
265:11 354:22
367:19

**Justice** 192:17

**K**

**Kang** 283:11 285:9
288:16

**keloid** 257:6

**Kenyatta** 65:25

**Kevin** 154:18

**key** 285:5

**kick** 12:4

**kicked** 334:9

**kind** 42:7 51:2 61:3
64:10,24 68:18 77:13
82:7,18 90:6 98:10
104:20 110:8,9 116:9
125:12,13 142:9
180:9 181:19 250:15,
17 251:10 263:15
281:2 288:5 345:15
390:7 396:22

**kindly** 248:7

**Kluger** 288:24 289:5,
15

**KMT** 154:18

**knew** 19:5 28:14,21
29:5 36:6 54:2 55:11
144:2,3,8 161:8
187:4 330:16,23
341:6 356:10,11

**knock** 401:21,23

**Knowing** 362:21

**knowledge** 166:2
193:19 195:13 251:6
268:19 307:13

**Korean** 285:19,25
286:3,22 287:4

**Krunic** 93:21

**L**

**lab** 65:24 85:5 141:5
155:19 160:20 305:3,
4 393:24

**labeled** 69:18,22
114:21,25 123:4
186:5 218:24 260:13

300:15 345:24
385:15

**laboratory** 87:18

**labs** 46:10

**lack** 136:9 291:8
397:13

**ladies** 38:2 178:6
200:10

**laid** 300:22

**Lambert** 10:22
120:10 135:17

**language** 59:9
109:2,10

**large** 22:9 25:7 282:7
379:6

**larger** 22:6,8 199:11
207:15 282:3,14

**largest** 234:15

**lasted** 323:6

**lasting** 271:3,9

**late** 383:18

**lateral** 353:19

**latest** 136:2

**Latin** 209:11

**Latisse** 35:8,9,14,17
36:24 37:3,21

**Laura** 119:24

**Lauren** 10:20 131:6

**law** 14:19 101:21

**lawsuit** 315:15,24,25
336:17

**lawyer** 315:20

**lawyers** 56:16 57:7

**layer** 207:6

**layout** 211:14

**lead** 24:23 229:7
357:4

**Leadership** 106:20

**leading** 398:5,19

**leads** 157:16 231:2
393:3

**learn** 23:15 341:2

**learned** 101:23
245:11 329:16
338:14

**leave** 45:14 110:2
165:7 182:24 229:13
250:3 385:6

**lecture** 81:2

**lectures** 76:14
92:22,23 107:14
245:10,16,17

**left** 183:18,19,22
200:4 208:21 218:8
219:6,11 241:13
260:19 261:22 288:5
325:14 366:6 371:3,4
374:25 375:9 383:15,
20

**left-hand** 367:25
370:2

**legal** 8:4 34:17 71:17,
24 72:4,7 347:17

**legally** 316:25

**legitimate** 373:12

**lesions** 99:8

**Letrozole** 177:25
178:16,18 179:22
274:15 357:13,16

**letter** 201:4 209:13
224:4

**letters** 87:14 151:14
214:23 275:5

**letting** 17:16

**level** 108:25 389:10

**levels** 324:17 337:15

**LGBT** 106:22

**liability** 9:25 37:5

**life** 16:22 30:8 36:7
273:19 331:25 332:7,
12,22

**light** 142:9 309:23
390:19

**likes** 128:17

**limbs** 207:9,11

**limit** 398:8

**limitations** 281:24,
25 291:4,5,7

**limited** 36:11 97:6
210:17 292:5

**limiting** 292:2

**lines** 216:13

**list** 33:10,12 36:10,14
39:8 52:25 53:7 56:6,
9,10,12,14,15,18,22
57:5,14,15,17,21
58:3,12,13,19,24
67:16,18 68:3 75:23
80:6,8 81:15,18
88:22 95:25 103:18
115:10 118:3 144:15
145:23 148:5 153:21
154:20 162:19
165:19 168:3 171:7,8
172:22,25 173:11
175:17 176:5,13
177:14 229:14,24
250:25 251:8 254:4
255:14,16 256:11
262:22 263:3,7
269:18,21 273:15,18,
22 276:24 277:22,24
280:14 285:5,16,20
287:12 289:2 291:14
295:12 302:11
310:12 317:9 324:2
325:8 326:16,19
400:4

**listed** 16:19 21:2
39:17 43:21 63:10
75:19,20,22 76:5
80:13 103:15,16
104:15 105:18
155:23 157:16
175:12 191:12
217:11 218:10,15
221:15 229:23
247:15 248:6 251:17,
18 256:12 261:24
384:2

**listen** 365:7 372:2
376:10

**listened** 76:6 245:10

**listening** 245:14

**listing** 241:19

**lists** 256:20 258:11
271:22

**literally** 170:3

**literature** 53:12 54:6,
13 55:9 59:3,6 61:12,
13 69:8 130:9,10,15
148:9,10,11 155:24
156:20 172:7,11
173:13,22 174:2
175:12 178:15,18
187:20 210:15,18,21
211:17 224:20
225:25 226:18
232:16 233:6 234:3,4
235:10,11,13 242:14
245:9 246:2,11,13,18
247:10,11 248:15
249:2 251:7 253:10,
17 262:17 288:3
307:11,19 311:22,23
312:5,14 313:4
314:5,8,13,14
317:17,18 319:13
327:4,13,17 348:3
352:7 379:11 380:16

**litigation** 9:25 17:10
28:25 29:8,15 30:2,
12,17 34:15 52:9
116:25 117:18 119:9
120:6 121:21 122:5
127:4 136:6,7 144:5
161:9 166:14 167:12
195:14 226:2 275:22
276:3 277:25 298:5
306:2,15 312:12
320:6 342:25 358:2
387:2 388:4

**live** 381:25

**lives** 363:11

**LLC** 11:3

**load** 48:25 296:8

**loaded** 48:3 228:15

**loading** 48:4 239:12

**located** 19:25 142:17
207:15 212:6,7,13,18
369:4

**location** 141:22
181:5,14 182:15

**locations** 84:5

**log** 372:3,6

**logistics** 68:15

**long** 13:6,19 21:18
35:18 118:15 127:8
178:5 184:19 192:8
207:5 228:24 279:24
280:18 322:14 342:7
345:3 362:22 393:2

**long-term** 237:25
284:6 323:23

**longer** 35:24 87:6
89:25 186:16 362:14,
19

**looked** 40:22 46:3
51:16 53:7 69:9
76:25 90:8 97:8
115:20 118:13,20
125:10 155:13,15
162:17,21,24 172:11
178:15,18 203:4
234:6 247:3,16
252:12 269:3,9
280:13 286:19
309:19 330:5 337:17
353:9 384:5

**Lori** 8:19 10:8 12:23
14:3,19 15:18 18:3,9
26:22 49:10 68:17
94:23 114:14 138:5
217:24 267:12 270:5
273:11 371:19 374:6

**lose** 338:4 359:8,12
393:8

**loss** 34:11,12,14,17,
19 37:17,20,21 54:23
55:7 86:3 90:3,11,19
91:2,20 92:8,17 93:4
94:6,22 97:16,24
98:3,10,13 151:12
161:15 162:6 168:9,
21 169:3,4,7,13
170:20,24 172:4,9,12
178:12,19 183:8
230:11 231:11,23
233:9 250:10,15
262:10,11 264:21
265:8,13,17,18,24
266:8 268:13,16
275:7 276:5,8
277:13,14 280:15
294:12 310:9,15
312:4,10,22 321:17,

19,21 322:7,20
323:24 329:3 331:9,
16 333:25 334:22
335:5 336:6,17,19
337:3 338:2 342:2
343:17,19 344:3,15,
22 346:9,13,14,16
347:4 348:8,19,23
349:2,5,20 350:2,8,
10,17,20 351:3,10
352:19,20 353:21,23
354:14,24 355:20
357:17,23 358:3,10,
13,15,23 359:6,12,
15,21 361:12,16,20,
21,22,23 364:7,9
366:17 367:14,15
389:8 392:7 393:4
394:12 396:8,24
397:18

**lost** 58:16 281:21,22
338:2 359:8 363:7,15
380:4

**lot** 12:25 36:7 42:16
50:18,19 54:5 74:15
77:16 79:23 81:9
87:15,24 137:16
162:24 173:21 221:2
253:9 288:2 295:22
343:20 353:10
388:12 394:19

**Louisiana** 67:25
164:7,17 269:4,11
335:4 339:11

**love** 18:25 38:12
76:18 320:24 376:21

**low** 394:6

**lower** 142:5 287:7
367:22,24 395:19

**LPP** 257:6

**lump** 77:19

**lunch** 115:7 177:6,
12,23 179:10 180:4
182:23 184:16,20
186:15

**lupus** 257:6 277:8,9,
10

**lupus-like** 371:5

**lymphocytic** 293:25
294:8

**Lynn** 333:7 334:15

---

**M**

**M.d** 247:16

**M.D.** 8:1 9:1 10:1
11:1 12:1 13:1 14:1,8
15:1 16:1 17:1 18:1
19:1 20:1 21:1 22:1
23:1 24:1 25:1 26:1
27:1 28:1 29:1 30:1
31:1 32:1 33:1 34:1
35:1 36:1 37:1 38:1
39:1 40:1 41:1 42:1
43:1 44:1 45:1 46:1
47:1 48:1 49:1 50:1
51:1,18 52:1 53:1
54:1 55:1 56:1 57:1
58:1 59:1 60:1 61:1
62:1 63:1 64:1 65:1
66:1 67:1 68:1 69:1
70:1 71:1 72:1 73:1
74:1 75:1 76:1 77:1
78:1 79:1 80:1 81:1
82:1 83:1 84:1 85:1
86:1 87:1 88:1 89:1
90:1 91:1 92:1 93:1
94:1 95:1 96:1 97:1
98:1 99:1 100:1
101:1 102:1 103:1
104:1 105:1 106:1
107:1 108:1 109:1
110:1 111:1 112:1
113:1 114:1 115:1
116:1 117:1 118:1
119:1 120:1 121:1
122:1 123:1 124:1
125:1 126:1 127:1
128:1 129:1 130:1
131:1 132:1 133:1
134:1 135:1 136:1
137:1 138:1 139:1
140:1 141:1 142:1
143:1 144:1 145:1
146:1 147:1 148:1
149:1 150:1 151:1
152:1 153:1 154:1
155:1 156:1 157:1
158:1 159:1 160:1
161:1 162:1 163:1
164:1 165:1 166:1
167:1 168:1 169:1
170:1 171:1 172:1
173:1 174:1 175:1
176:1 177:1 178:1
179:1 180:1 181:1
182:1 183:1 184:1
185:1 186:1 187:1
188:1 189:1 190:1
191:1 192:1 193:1
194:1 195:1 196:1
197:1 198:1 199:1
200:1 201:1 202:1
203:1 204:1 205:1
206:1 207:1 208:1
209:1 210:1 211:1
212:1 213:1 214:1
215:1 216:1 217:1
218:1 219:1 220:1
221:1 222:1 223:1
224:1 225:1 226:1
227:1 228:1 229:1
230:1 231:1 232:1
233:1 234:1 235:1
236:1 237:1 238:1
239:1 240:1 241:1
242:1 243:1 244:1
245:1 246:1 247:1,21
248:1 249:1 250:1
251:1 252:1 253:1
254:1 255:1 256:1
257:1 258:1 259:1
260:1 261:1 262:1
263:1 264:1 265:1
266:1 267:1 268:1
269:1 270:1 271:1
272:1 273:1 274:1
275:1 276:1 277:1
278:1 279:1 280:1
281:1 282:1 283:1
284:1 285:1 286:1
287:1 288:1 289:1
290:1 291:1 292:1
293:1 294:1 295:1
296:1 297:1 298:1
299:1 300:1 301:1
302:1 303:1 304:1
305:1 306:1 307:1
308:1 309:1 310:1
311:1 312:1 313:1
314:1 315:1 316:1
317:1 318:1 319:1
320:1 321:1 322:1
323:1 324:1 325:1
326:1 327:1 328:1
329:1 330:1 331:1
332:1 333:1 334:1
335:1 336:1 337:1
338:1 339:1 340:1
341:1 342:1 343:1
344:1 345:1 346:1

347:1 348:1 349:1
350:1 351:1 352:1
353:1 354:1 355:1
356:1 357:1 358:1
359:1 360:1 361:1
362:1 363:1 364:1
365:1 366:1 367:1
368:1 369:1 370:1
371:1 372:1 373:1
374:1 375:1 376:1
377:1 378:1 379:1
380:1 381:1 382:1
383:1 384:1 385:1
386:1 387:1 388:1
389:1 390:1 391:1
392:1 393:1 394:1
395:1 396:1 397:1
398:1 399:1 400:1
401:1 402:1 403:1

**Madam** 174:6

**made** 13:23 47:8
56:15 175:6 179:5
189:20 190:9 305:3
361:5 398:16

**Madeline** 10:14

**Madigan** 172:18
173:2 282:19 312:24
313:4,9 314:2,19,23
316:5,12 317:15
320:5,14 386:9

**Madigan's** 282:23
315:7 386:2,20

**magnify** 199:17

**mail** 119:11,12,13

**mailed** 248:7

**mailings** 105:12

**main** 79:24 120:5
291:4,5,6 351:21
395:14,25

**mainstream** 55:8

**maintain** 12:16
36:14 81:14

**major** 355:18 398:3

**majority** 344:9 361:3

**make** 9:6 12:5 15:7,
11 18:7 31:9,25 33:9
38:8 42:25 51:10
65:6,14 66:8 67:16,

18 89:14 91:11 98:17
102:18 103:15 109:5,
10,12 110:6 111:7
113:19 116:4 118:13
134:19 136:4,12
137:16 139:13 140:3
141:10 142:10
146:20 147:25 158:2
159:7,20 196:17
199:9,10 235:23
240:24 250:21
260:16 264:11
272:10 273:17
278:20 293:18
295:10 306:21,24
308:10 319:9 321:20
329:11 331:2 335:12
336:4 348:22 358:25
366:24 373:12,19
375:7,12 384:25
391:24 397:2

**makes** 37:3 72:13
141:21

**makeup** 339:5

**making** 19:3 94:25
117:2 121:5 165:23
209:19 246:7 273:3
281:4

**MALE** 399:17

**management** 87:20
102:4,6,7,12,14
110:23 301:20

**managing** 102:8,9

**mangled** 77:14
93:21

**manner** 298:8

**manufacturer** 35:14

**manuscript** 225:24

**March** 100:3,4 128:9
129:16 130:9,14
137:7 139:21 141:4
146:5 148:14 152:2
160:13,14,15,21,23
179:17 304:13
305:13,14 306:8
329:14 337:11,20

**mark** 26:9,18,22,24
45:16 47:11,21,25
48:23 49:5,6 52:15
63:13 66:7 75:4

135:7,9 238:18,19
261:9 296:3 365:20,
24,25 377:14,18,19

**marked** 17:7 27:10,
13 28:2 39:2 44:23
47:16 49:25 52:11,17
55:17 58:15 61:25
64:12,21 65:9 66:4
67:9 135:3 183:25
191:5 196:12 204:22
236:20 238:14
252:24 261:14
262:23 296:11 297:9
306:20 365:16
372:15 373:23 377:9
378:9 381:7 382:4
383:25 386:5,17
401:15

**marker** 49:4 184:12

**marking** 64:3,20
249:22 250:2

**marks** 403:5

**Masidonski** 325:8

**material** 20:14 54:11
57:11 90:7

**materials** 20:17
39:3,8,9,11,22,23
40:6,21 41:4,13 45:6
51:15 52:25 53:7,14
58:13 65:15,22 69:5,
8 111:7 121:17
122:8,23 124:22
125:3,5,9,13 136:7
163:12 172:21,25
175:11 204:6 224:11
226:12 247:2,20
248:7,16 296:17
325:20 369:17 387:5

**math** 127:15

**matter** 9:24 194:3,10,
14,18 195:13 216:2
323:2 361:25

**matters** 98:10
192:21

**maximum** 140:17

**Mccanless** 42:11
162:14,21 163:16,22
274:14 332:11,21

**Mccanless's** 41:25

**meaning** 57:5 293:3
307:18 329:13

**meaningful** 89:15
194:24

**means** 29:23 32:15
40:13 99:7 102:19
134:20 152:9,11
188:13 194:11 209:7,
8,10,11 249:10,12,
16,18 250:15 252:3
301:14,22 311:3,18
344:10,24 397:19

**meant** 19:6 43:2 45:6
46:4 102:23 107:16
169:24 170:8 180:20,
22 327:21 344:22

**mechanism** 236:22

**Mechanisms** 236:14

**med-** 183:3

**Medconnect** 155:17

**media** 9:23 69:18,22
114:21,25 186:5
218:24 260:13
300:15 345:24
385:15

**medical** 25:17 29:16
30:3,4,11,16 41:15,
23 53:15 66:18 67:14
72:20 73:16 74:10,15
75:16 77:10 83:21
84:10 101:23 129:12
131:14,17,21 132:12
136:9,10 141:12
146:5 151:17 152:5,
16,25 153:8,10
154:2,4 160:23
161:20,23 162:10,11,
12,14,20,21 163:14,
21 164:5,24 166:12,
13 181:15 183:3
186:20 187:2 191:24
193:13 195:12
196:22 197:11
198:13 236:21,25
238:5 275:22 276:4
286:17 304:2 308:19,
22 309:3,25 310:25
329:15,24 330:8,11,
14 334:15 336:3,14
342:25 347:17
364:14 371:11,12

373:12 375:5 378:8
382:24 401:2

**medical/legal**
192:22

**medication** 178:19
179:21 327:6

**medications** 171:19
172:2,3,9 173:11,14
179:23,24 180:2
272:7 312:16 319:4
326:2 341:11,12

**medicine** 24:7,11,
20,22 73:9 76:16
83:24 84:2,11 100:21
101:17 192:23
246:14

**Medstar** 24:9 25:12,
15,17,20 43:9 44:2,6,
8 84:4 85:5 87:19
129:20,25 135:13
186:21 330:6

**medulla** 207:6

**meet** 87:20 111:11,
22 140:10

**meeting** 22:17 23:9,
11,17 106:21 107:14
124:18,19 165:22

**meetings** 87:13,16,
19,21,23

**melanoma** 73:23
81:6 82:9

**member** 102:22
103:11 105:8,19,23
106:2 108:14 190:18

**members** 191:25
192:2

**Membership** 104:3

**memory** 46:12
291:10

**men** 207:9,10,12
356:24

**menopause** 331:5

**mention** 86:20 87:8
93:18 115:9 160:2
276:20,22 277:25
278:4 284:25 382:6

**mentioned** 22:25
25:14 82:17 93:12
105:21 107:24
117:22 164:11
173:25 179:22 184:3
274:24 275:10
276:16 346:23 356:8
393:17 402:5

**mentions** 285:12

**Mentorship** 107:5

**Merriam-webster**
203:3

**met** 42:12 52:4
313:11,15

**methodology** 111:9
144:16

**Miceli** 8:22,25 9:9,13,
17,21 10:18 11:17
12:3,7 13:22 120:9
135:17 239:2 270:4,7
345:8,11 374:6,13
385:6

**Michael** 8:3

**microphone** 16:4

**microphotograph**
155:7

**microscope** 157:5

**microscopic** 22:12
153:17

**middle** 308:25
373:10 374:24

**midst** 28:4

**Mijuskovic** 93:21

**mild** 293:24 347:23
348:2,5 398:13

**milligrams** 324:18

**millimeters** 137:19,
20 145:7

**mind** 106:25 142:3,9,
14 188:12 296:24

**mindful** 13:5

**mine** 29:24 44:8
96:6,8 137:15 215:10
220:19 231:19
233:15 235:12
242:13 399:17,19

**miniaturization**
147:13 156:2 352:20
362:18 389:8 390:20
395:10 402:16

**miniaturized** 145:10

**minimal** 147:14
156:4 270:17 344:15,
22

**minor** 147:16 150:6
304:7,25 305:6,17,22
347:19 348:7 351:20
398:2 401:20

**Minoxidil** 267:9,20
268:4,17 270:19

**minute** 41:2 42:2
48:3 51:9 142:15
155:21 160:2 171:5,6
180:7 213:5 228:2
234:14 253:3 263:12
287:25 298:23 323:9

**minutes** 18:18 160:3
175:7 177:8 216:18
290:13 345:12
350:10,21

**mirrored** 350:14

**mirroring** 102:10

**Miscellaneous**
119:10

**mischaracterizes**
398:6

**missed** 27:18 34:25
66:13 293:16,17
356:4

**missing** 80:19

**mission** 76:17 78:11

**missions** 78:18
106:5

**misstate** 190:20

**mix** 124:13

**model** 142:15

**moderate** 169:19,21
349:15

**modify** 242:20 243:4,
16

**module** 73:15,17

**moment** 28:2 39:4
41:12 55:25 65:11
164:12,16 179:13
219:9 263:18 312:20
314:8 363:18 369:18
379:22 401:6

**Monday** 141:9
160:21

**months** 28:4 32:2
99:15 100:2 118:6
213:25 263:10
270:19 271:3,9 305:9
341:3

**morning** 8:2 10:8,11
11:25 12:19 32:15
186:25 197:23
385:19 394:19

**mother** 268:24
343:19 344:2

**mouth** 270:8 350:9

**move** 46:6 68:13
75:10 98:16 99:11
116:5 121:7 154:11
176:11,14 186:17
196:15 214:13,14
226:23 244:25
246:15 249:15,24
255:21 257:12 258:8
259:9 278:20 294:17
295:21,24 297:20
300:21

**moved** 23:23 142:24

**moving** 18:4 45:13
70:8,25 71:11 240:21

**mucin** 277:11

**muffled** 188:2

**multiple** 174:4
220:22 247:8 249:20
251:3 263:24 275:15
301:13 303:11
311:15 318:7 320:10
360:20

**mute** 9:17 217:21

**mystery** 68:7

**N**

**nail** 340:4

**naked** 359:7

**named** 97:10 315:14

**names** 42:16 46:10
54:16 57:6 208:13
231:9 320:15

**narrative** 339:16

**national** 23:11
102:24 103:5

**nationally** 79:18
81:2

**nationwide** 76:7

**neatly** 397:5,9

**necessitate** 138:21

**needed** 88:12 112:15
227:13 281:4 282:3,
15 283:4 292:2

**Neelum** 10:24

**negative** 115:14
134:20 382:17

**negli-** 72:8

**negligible** 72:5,8,12,
16

**neighbor** 256:14

**neoplasm** 75:14
76:11 77:6

**neoplastic** 73:22
74:6,9 77:11 78:24
79:9 81:5,25

**Neulasta** 171:12

**nice** 11:17 216:24
297:6 355:10

**Nicole** 339:10

**night** 378:14 383:18

**non-** 255:4

**non-african-
american** 358:11

**non-tax** 324:22

**nonblurry** 368:21

**noncicatricial** 252:7
254:15 255:4,18
394:22

**nonetheless** 322:21

**nonfibrotic** 151:2

**nonlitigation** 29:16
136:10 151:17

**Nonpartisan** 193:10

**nonpigmented**
206:16,19

**nonprofit** 25:15

**nonscarring** 143:18,
22 146:10 147:19
150:21,23 151:6,10,
19 251:9,24 252:8,16
254:8 255:16,19
256:2,6,23 266:16
267:5 272:12,15
293:25 294:19
295:13 346:10
361:13,16 362:5,23
363:4 364:7,10
394:22 395:18
396:12,19 397:4,13
400:2,4,13

**norm** 18:24

**normal** 71:20 76:8
166:22,25 167:7,22
195:6 336:10,13
340:20 359:25 360:6,
11 379:3

**North** 13:25 36:7

**Northwest** 20:3
358:8

**notch** 319:12

**note** 131:17 148:3
158:24 159:17 161:4
168:5,7 180:19
181:15 218:5 237:20
294:9,11 342:24

**noted** 166:21,24
182:15 204:6 217:15
241:15 288:11 294:7
340:24 343:21 378:6

**notes** 47:8,11 48:9,
14,18,20 121:15
141:12 158:5,6
297:8,23 330:4,7,9
345:6 384:18 388:13
401:8

**notice** 177:24 178:2
296:3,15 339:22
401:11

**nonfibrotic** 151:2

**noticed** 340:3

**noticing** 338:2

**notion** 251:15

**November** 123:13
179:18 191:20

**number** 16:25 17:14,
18 23:12 43:4 51:4,6
55:21 63:21 94:9,19
95:8 99:24 104:12
128:14 138:2,12,16,
21 139:5 145:23,25
157:4,6 190:13,21
196:17 201:4 205:5
237:22 261:7 272:6
296:9 333:16 358:16
366:14 390:24 395:7,
20 401:13 402:10,13

**numbers** 32:3 52:20
99:16 115:18 129:8
132:20 133:23
175:14 326:11
327:15 352:21
370:15

**numerous** 346:8,9

**nurse** 333:25 334:4,
5,16 335:20,23

**O**

**oath** 98:6 335:15

**object** 28:19,23
29:20 30:19 34:13
35:3 37:24 38:11
44:4,13 45:19 47:14
48:8 55:3 56:21 57:4,
25 58:8 59:12,19
60:3,18 61:21 62:3,9
63:3 66:17 70:17
73:19 77:8 78:15
79:2,10,14 80:10
81:21 82:3 85:21
86:24 88:25 90:12,22
91:23 92:20 94:7
100:23 106:7,12
108:23 111:25
112:24 114:2 117:6,
13 121:19 123:8
124:16 125:11 126:9
134:21 138:17 139:8
145:17 146:14
149:15,24 153:3

154:8 156:7,17
157:19 159:8,15
161:12 162:16,23
164:9,14 166:17
171:21 172:13
173:15 177:17 182:4,
11 187:17 189:5
190:12 194:21 195:4,
5,17 198:19 199:5
201:11,18 202:9,22
203:8,13,19 205:21
207:21 209:16
217:22 218:14
219:13,16 220:5,13
221:14,24 222:4,11,
18 223:2,19 224:6,
14,25 225:8,13
226:6,17 227:3,7
230:20 231:13 232:5,
11,25 233:4,13,21
234:2,11,18 235:3,22
236:5,17 237:2,6,10,
14,21 238:8 241:18
242:9,18 243:2,13,21
244:6,10,17,22 245:8
246:5 247:5,18,23
248:12,24 249:13
250:14 252:2,17
253:6,12 254:6,23
256:5,15,21 257:19
258:3,17 259:17
262:4,18 264:16,24
265:14 266:9,25
268:14,20 269:7
271:5,20 273:16
275:8 276:6,14
277:20 278:3,12,18,
25 279:17 280:11,21
281:8,13,18 282:10,
16 283:9 284:17
285:7,17 286:7,15
288:22 289:3,7,11,17
290:7 291:16 292:4,
11 294:5,22 295:5,16
298:7,16 299:18
302:2,20 303:8
304:19,24 305:16
306:12,23 307:9,16
308:5 309:14 310:13,
23 311:8,12 312:13
313:2 314:4,11
315:16 316:7,14,23
317:11,22 318:13,22
319:2,20,23 320:7,22
321:15,23 322:11,22
324:25 325:5,11,17,

23 326:17 327:25
328:13 329:5,18
331:10,17,21 332:2,
14,24 334:17,24
335:9,18 336:8,23
337:4 338:17 339:24
340:16 341:5,22
342:5 343:5 344:5
346:11 347:14
348:10,16,25 349:7,
24 350:12,23 351:16
352:2 353:4,14,24
355:14 356:6,9,16,20
359:5,18,23 360:5,17
361:19 363:3,25
364:11,17 365:2,13
366:16 367:5,20
369:12,15,23 370:12,
18 372:20 373:7,18
374:22 375:11 376:4,
16,23 377:6 378:4,23
379:15 380:12,17
382:7,13,19 383:3,8
402:9,21

**objection** 38:9 89:20
117:2 132:2 138:22
218:5 235:8 243:22
249:17 259:10
269:13 279:20
286:12 387:10,23
390:5 391:9 392:9
393:16 394:13
396:14 397:7,16
398:5,19 400:6,17
401:4

**objections** 38:3
306:21 398:8 401:11

**objective** 195:11
274:3 350:25

**objectivity** 192:20

**observed** 378:17,20

**obtain** 389:16

**obtained** 155:24

**obvious** 53:6

**occipital** 141:23
142:4,7,17 143:13
154:14,15 168:5,19,
22 180:12 181:9,11
182:2,6,16,17,19
184:6 338:7 353:19
390:16

**occipitut** 181:24

**occiput** 181:20,22

**occurred** 291:12

**occurring** 273:2

**October** 52:16,23
122:16,18 123:4
321:3 386:2

**odds** 223:22

**offer** 195:11 196:5
382:16 383:5 384:6
400:24

**offered** 280:12

**offering** 193:23

**offhand** 104:13

**office** 11:12 82:19
83:7,10,14,21,22,25
129:20 158:5,6
180:18 181:15

**official** 17:8 27:14
28:15 29:7 40:5 69:7
131:21 133:10
152:24 159:7 172:22
304:17 306:14
314:21 316:4 317:5

**officially** 50:21
385:20

**oil** 381:3

**older** 390:13

**on-line** 41:5,20 43:20
44:16 65:20 68:11
77:2 104:16 105:6
191:13

**onboard** 24:15

**oncologist** 163:16
283:17,22 332:11

**oncology** 41:25
46:23 162:12,13
163:17,22

**one's** 203:6

**one-page** 31:19

**one-sentence** 90:16

**ongoing** 282:11

**open** 20:23 26:13,20
45:4,8 49:4 196:20

260:19

**opened** 248:6

**openings** 344:24

**operates** 112:5

**operation** 88:2

**operational** 87:16

**operations** 87:12

**opine** 321:24

**opining** 282:9

**opinion** 137:25
150:23 151:7 152:20
153:22 225:4 256:16
257:15 258:19 262:3
276:7 277:4 293:6,8
298:11 310:14
316:17 322:4 323:4,8
332:12 336:16 347:7
349:9 351:11 352:24
353:13 359:20 360:2
367:3 370:20,21
371:11,12 375:5
391:5,10 393:13
397:22 400:24

**opinions** 39:7,13,23,
24 40:7,19 41:14
43:16 51:20 67:6
69:10 187:9,16 188:7
194:24 195:20 226:9
253:5 275:6,21
290:12 307:7,10,15,
19,21,23,25 308:3,8,
14 309:18 347:10
349:22 352:12 360:4
378:7 380:9 382:12,
14,17 384:6 387:6,15
400:21

**opportunity** 18:19
176:25 290:22,23
292:14 316:19 337:6

**opposed** 252:7

**opposing** 140:4

**options** 26:16

**order** 51:19 111:23
113:19,23 135:19
136:17,19 137:6
177:18 235:14 263:6
313:24 359:6,11

**ordered** 65:24

**organization** 196:16
197:4 280:14 308:24

**organization's**
202:17

**organizations** 103:5
110:19

**organize** 345:5,15

**organized** 263:4
302:12

**orient** 27:25 31:3
93:14 299:2

**original** 88:6 187:24
188:6 212:16,24
222:23 223:12,25
227:8 305:7 369:5
380:3 400:25

**originally** 21:17
305:3

**ostea** 344:11,20,21
348:18

**other's** 201:8 202:20
203:17

**outcome** 193:13

**outcomes** 107:6
273:20

**outdated** 110:13

**outpatient** 158:21

**overlap** 396:21

**overlaps** 131:15

**oversee** 198:8,11

**overwhelming**
311:23 327:12

**owns** 25:16

**P**

**P-A-U-S** 229:8

**p.m.** 133:19 185:4,6
186:3 403:7

**PA** 324:16

**package** 49:20 134:3
136:7 154:20 155:4
265:24 314:9

**Paclitaxel** 284:15
324:3

**pages** 31:5,12 41:22
50:2 56:6 59:9 65:22
67:14,23 143:9,11
155:4 159:11 219:4,8
222:24 226:13
231:22 232:10 307:7,
10,14,25 322:2

**paginated** 220:10

**paid** 129:20 130:3
215:21 216:8,9

**painstakingly**
188:14

**Palmer** 10:22 19:13

**palms** 206:23,25

**panel** 107:4

**paper** 56:22 57:6
93:11,17,18 123:14
249:4 258:19 296:25
388:13

**papers** 175:13 249:2
275:15

**paragraph** 167:4
180:19 192:24 193:9
203:2 215:7 219:21
220:6,11 230:8 231:2
232:8,15,22 233:8,
10,18,23,24 234:7,15
235:19 236:13
237:24 238:12 242:6
246:21 276:23 279:6
288:4,6,8,13,18
291:5 301:15 308:25
322:25 331:3

**paragraphs** 207:22
232:9

**parens** 62:7

**parietal** 389:5 390:15

**parlance** 154:3

**part** 13:8,14 22:10
25:3 39:2 54:10
66:18 67:18 68:14
69:5 73:2 74:23
75:23 76:17,20
83:21,23 84:10,13,22
94:25 96:22 101:4,5,
25 102:3,11,14

103:22 106:10,21
108:20 109:20
110:25 128:18 151:2,
3,5 153:25 160:3,4
165:7 167:21 170:12
171:8 180:18 184:5
192:4,11,22 193:22
196:2 197:3 198:4,6,
21,22 204:6 210:25
212:5,12,18 214:9,10
223:25 231:20
241:12 242:22 243:6
245:24 246:12
251:17 255:4 256:12
272:22 274:24
279:23 282:18
291:13 293:17,20
294:21 295:14
297:19 303:23
308:24 309:2,8,10,19
312:3,9,23 313:21
315:25 322:20
323:22 329:9,10
333:5 338:9 340:2
346:20,21 349:2,22
359:20 363:12 364:6,
9,10 376:18,22,24,25
377:3 382:12 390:16

**partially** 270:15

**participation** 106:15
313:25

**parties** 8:11

**parts** 60:16,19 61:24
62:11 73:20 75:24
102:13 149:18
158:11,12 162:9
181:21 206:22,24
217:9 219:15 221:12
227:8 233:3 246:8
248:13 249:20
296:22

**party** 194:5

**pass** 203:5 384:14

**passed** 58:6

**password** 152:7

**past** 308:22 338:7

**Pat** 325:8

**path** 140:3 248:19
316:2 347:25

**path-** 154:24

**Pathobiology**
230:10 231:10

**pathologic** 210:7

**pathological** 87:22
210:10 390:2 400:5

**pathologists** 23:20,
22

**pathology** 23:15
25:4,7 42:25 43:4,6,
8,10,15,17,19,23,25
44:5,11 45:4,5,7,16,
17,20,22 46:14,16,22
47:3,4 63:25 64:4
67:24,25 68:9 85:7,
17 86:15 135:14
136:24 154:24
155:16 162:19
163:17,23 182:6
260:22 277:3 305:7,
10,20 309:20 365:23
381:22 387:7,8,21

**patience** 35:23
384:12

**patient** 41:15 53:14
71:8,14 85:14 86:16
99:8 111:11,12,13,22
112:11 113:7,9,11,20
114:7 130:3 141:6
152:5 158:19,21
159:2 160:6 161:7,8,
14,16,17 163:14,20
165:20 166:11 168:2,
13 187:21 189:20
190:11 252:6 267:8,
19 270:17 281:20
291:11 301:19 388:5,
10,23 389:22

**patient's** 159:21
189:24

**patients** 82:18,19,
21,22,23,24,25
83:13,19 84:6,19
85:2,3,8,9,10,18,24,
25 86:3,5 92:8 95:17,
20 98:12 99:8,17,19,
25 100:4 101:3,4,6,
25 130:21 169:2,3
171:24,25 192:21,23
219:18 223:22
255:11 268:5 270:16

271:2,8,14 272:14
273:20 274:10
279:11 284:14
287:10 323:24,25
324:16 327:15
340:12 358:3,9,12,
14,16,18,21 373:5

**pattern** 93:22 147:20
151:19 231:23
264:21 265:8,13
266:6,8 274:20
276:21,25 277:7,12,
19 294:2,20 295:14
353:16,18,21,23
354:3,24 355:20
357:18,20 366:19
389:5 391:14 392:11
394:6,16

**patterns** 233:9

**paucity** 284:6

**Paus** 229:5,8,23
230:9 231:3,8,10,11
232:20 233:11,20
234:5 235:7 236:16
238:18 241:14
242:16,20 243:10,20
244:3,15,20 249:5
261:9

**Paus's** 233:25 234:9,
17 244:8

**pause** 145:4 371:20
372:3 401:22

**pay** 49:21 130:4
216:15,17

**paying** 216:16

**PCIA** 91:10 92:10
148:8 149:14,22
150:23 151:3,13,15
155:22 157:17
215:12 223:22
236:14 237:25
254:15,21 255:3,6,8,
12,14,24 256:20
257:16,21 258:5,20
259:11,14 261:24
262:24 274:4 279:25
281:25 282:4 283:4
284:8 285:23 286:24
292:21 312:6,18
313:7 314:15 318:18
327:11,14,16 340:10

350:5 351:11 360:9
364:16,20 365:6
378:22 379:13 388:5,
10 395:2,4,5,17,22
396:3,11 397:3,14
398:3,12 400:5,15
402:8,14,17,19,22

**PDF** 238:23

**peculiar** 157:3

**pediatric** 76:16
77:19,24

**peer** 196:7 224:19
225:3,17,21,24
246:17,18 247:9
248:14 283:21,24
284:2 352:7

**pending** 8:16

**people** 22:18 23:14,
18 77:22 81:8 86:21
110:2,10 115:20
189:11 231:21 241:5
250:4 296:7 373:2

**people's** 54:7 108:19

**percent** 23:21 71:7,
8,13,14,15,18 72:14
76:20 82:16 83:20
84:15,21,24 85:12,18
86:4,5,10,12 87:8,10
126:14 163:4 166:6
176:18 235:14 268:3
270:20 274:10
279:10 284:14
287:10,20 324:8,11,
12,13,15,16 338:21
342:22 359:2,3,8,9,
10,11 372:5 373:10

**percentage** 71:3
72:4,17 85:9,23
86:10 347:21,22
358:24 359:14,15

**percentages** 99:15

**Perez** 38:9 63:18
120:9 126:23 135:15

**Perez-reynolds**
10:12

**perfect** 69:13 112:16
298:19

**perfectly** 20:13
151:7 154:2

**perform** 100:16

**performed** 48:11
113:20 139:23 159:2
160:7,9 280:22
308:25 309:4 329:15

**peribulbar** 395:13

**perifollicular** 294:8

**perifolliculitis** 95:7
98:23,25

**period** 54:14 129:17
179:15

**periods** 393:2

**perivascular** 294:9

**permanent** 55:23
91:2 92:3,10 188:21
189:9,12,17,21
190:6,10 214:15,17,
18 215:11,12 216:2
217:2,14 227:18
228:4 250:11 251:18
252:5 255:22,23
257:4,9,11,21,22
258:6,9,16,20,21,22,
23,25 259:12,23
262:3,11,13,19 264:8
284:8 294:16 299:5
311:24 313:7 317:24
318:14,16 326:8
329:3 364:24 365:10
396:24 397:15,18

**permanently** 299:13
396:3,17

**persistent** 147:11,20
148:4,17,21 149:13
151:20 156:14,21,24
157:12 172:17 174:4
189:12,16,25 203:25
216:3 250:11 251:16,
23 252:15 258:11
273:20 309:24
318:17

**person** 14:16 15:9
54:8 61:20 112:9
114:6 143:6 160:19
312:16 335:11 371:5

**person's** 375:13

**personal** 20:6 37:5
57:12 70:21

**personally** 52:5 54:19 57:13 85:6 151:24 152:11,12

**perspective** 43:5 340:9

**pertain** 48:9

**pertaining** 340:9

**Petronic** 14:8 21:10

**Petronic-rosic** 8:1 9:1,24 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1 93:1,20 94:1 95:1 96:1 97:1 98:1 99:1 100:1 101:1 102:1 103:1 104:1 105:1 106:1 107:1 108:1 109:1 110:1 111:1 112:1 113:1 114:1 115:1 116:1 117:1 118:1 119:1 120:1 121:1 122:1 123:1 124:1 125:1 126:1 127:1 128:1 129:1 130:1 131:1 132:1 133:1 134:1 135:1 136:1 137:1 138:1 139:1 140:1 141:1 142:1 143:1 144:1 145:1 146:1 147:1 148:1 149:1 150:1 151:1 152:1 153:1 154:1 155:1 156:1 157:1 158:1 159:1 160:1 161:1 162:1

163:1 164:1 165:1 166:1 167:1 168:1 169:1 170:1 171:1 172:1 173:1 174:1 175:1 176:1 177:1 178:1 179:1 180:1 181:1 182:1 183:1 184:1 185:1 186:1,7 187:1 188:1 189:1 190:1 191:1 192:1 193:1 194:1 195:1 196:1 197:1 198:1 199:1 200:1 201:1 202:1 203:1 204:1 205:1 206:1 207:1 208:1 209:1 210:1 211:1 212:1 213:1 214:1 215:1 216:1 217:1 218:1 219:1 220:1 221:1 222:1 223:1 224:1 225:1 226:1 227:1 228:1 229:1 230:1 231:1 232:1 233:1 234:1 235:1 236:1 237:1 238:1 239:1 240:1 241:1 242:1 243:1 244:1 245:1 246:1 247:1 248:1 249:1 250:1 251:1 252:1 253:1 254:1 255:1 256:1 257:1 258:1 259:1 260:1 261:1 262:1 263:1 264:1 265:1 266:1 267:1 268:1 269:1 270:1 271:1 272:1 273:1 274:1 275:1 276:1 277:1 278:1 279:1 280:1 281:1 282:1 283:1 284:1 285:1 286:1 287:1 288:1 289:1 290:1 291:1 292:1 293:1 294:1 295:1 296:1 297:1 298:1 299:1 300:1 301:1 302:1 303:1 304:1 305:1 306:1 307:1 308:1 309:1 310:1 311:1 312:1 313:1 314:1 315:1 316:1 317:1 318:1 319:1 320:1 321:1 322:1 323:1 324:1 325:1 326:1 327:1 328:1 329:1 330:1

331:1 332:1 333:1 334:1 335:1 336:1 337:1 338:1 339:1 340:1 341:1 342:1 343:1 344:1 345:1 346:1 347:1 348:1 349:1 350:1 351:1 352:1 353:1 354:1 355:1 356:1 357:1 358:1 359:1 360:1 361:1 362:1 363:1 364:1 365:1 366:1 367:1 368:1 369:1 370:1 371:1 372:1 373:1 374:1 375:1 376:1 377:1 378:1 379:1 380:1 381:1 382:1 383:1 384:1 385:1 386:1 387:1 388:1 389:1 390:1 391:1 392:1 393:1 394:1 395:1 396:1 397:1 398:1 399:1 400:1 401:1 402:1 403:1

**PFC** 10:12

**Pharma** 11:3

**pharmaceutical** 11:6 318:20

**pharmaceuticals** 11:4 171:19

**Philadelphia** 358:6

**Philip** 263:19

**phone** 15:21 122:22 124:13 131:6 138:7 217:25

**phones** 142:21

**photo** 180:25 181:11 264:15 342:17 366:6, 21,23 370:4,6 372:14 373:20 374:4,5 375:6,13 376:3,12, 15,25 377:3 381:6

**photograph** 53:14 130:18 154:21 286:24 305:11 308:13 366:13 370:10,13 374:18 376:11,18

**Photographed**

137:8

**photographs** 40:19 53:17,18 65:17,18 265:25 308:15 366:4 369:3,21 372:18 373:5,16 374:19,20, 21

**photos** 131:5,8 132:5 135:14 154:24 155:3,7 265:12,15, 23,24 266:7 304:21 330:10 347:25 348:3 366:6 367:3,4 372:15,24 373:11 376:8

**phrase** 101:15 139:4 148:17 149:4,5 190:6 209:12 248:22 347:19

**physical** 111:13,23 168:11 169:11 309:2 329:25 351:5

**physician** 24:7 56:25 83:13 152:5 159:4,20 196:5 297:12 337:2

**physicians** 25:18,21 72:21 336:6,20

**physiologic** 210:6 381:9,11,19

**physiological** 210:9

**PICA** 151:10

**pick** 70:3 261:22 287:3

**picked** 160:19

**pictorial** 264:13

**picture** 181:8 183:2, 4 184:4,5 265:5,6 354:7 355:5,10,21 369:10 380:22

**pictures** 264:14 265:6 308:12 353:10 366:7,11,12 367:11 370:25 371:7 373:4

**piece** 37:14 123:14 167:18,20 380:20

**pieces** 56:22 57:6 60:24

**pigeonholed** 81:12

**pigmented** 207:5

**pills** 179:19

**Pineiro** 8:3

**pinpoint** 36:9

**pinpointed** 80:2

**place** 141:7 182:2,5 210:6,9 314:24 316:12

**placeholder** 260:18

**places** 59:18

**plagiarism** 201:8,13 202:6,7,20 203:4,7,9, 17 209:20

**plainly** 303:15

**Plaintiff** 10:13 12:11 34:5,7 35:15 36:23 37:2 50:5 117:5 131:25 144:4 161:9, 10 162:7 187:23 195:14 280:17

**Plaintiff's** 204:16,19 320:15

**Plaintiffs** 8:17,20 9:2 10:19,21,22 13:11 48:12 56:25 122:5 131:8,11,20 132:6, 10,12 155:5

**Plaintiffs'** 19:7 34:2 53:3,8,16,21 54:11 56:13,19 57:21,24 58:5 65:6,13,18 67:22 96:22 117:22 124:2,13 131:11 136:11 144:8 161:17 239:4 320:18 401:11

**plan** 158:23 169:4 301:21

**planning** 87:12

**plans** 300:23

**plant** 297:6

**plastic** 160:18

**plates** 340:4

**play** 110:25

Index: playing..properly

**playing** 142:15
357:16

**plowing** 115:5

**pods** 379:7

**point** 39:25 40:18
53:13 111:21 120:6
123:15,16,25 124:19
125:4,6 140:6 144:2
148:14,16 175:8
177:16 179:10 189:9
221:6 222:21 253:21,
24 263:15 266:13
272:11 288:12
302:14 314:20 325:7

**pointed** 286:4
316:10

**pointing** 106:25

**points** 220:20,21,22
222:12 241:10
291:19 325:3

**politely** 294:17

**poorly** 199:7

**pop** 319:4

**population** 109:21
356:24

**portal** 105:6

**portion** 289:25
297:14

**posed** 177:3 203:11

**position** 23:24 24:10
71:12 108:12 121:2
126:24 191:2,12,18
217:2,5,6 226:23,24
367:3,17 379:11

**positions** 12:15,16
104:10

**positive** 46:24
194:25

**possession** 137:8

**possibly** 245:12

**post-chemotherapy**
273:21

**Post-it** 48:16

**posted** 211:8

**posture** 195:14

**potential** 112:13
113:13,21 114:9
138:15 165:21 172:8
275:7 276:4 315:3
362:4,5,25 396:18

**potentially** 361:18
385:5 394:12

**powering** 384:13

**prac-** 84:5

**practice** 8:6 84:3
100:10 110:21 113:8
192:22 194:17
195:21 196:22
333:13,24 334:6
358:8

**practices** 356:10,11
357:3,7

**practicing** 101:17,21

**practitioner** 334:5,
16 335:21

**practitioners** 335:23

**pre-chemotherapy**
338:22 359:16

**pre-covid** 70:11,25

**pre-stewart** 134:6

**precise** 112:7,9,20,
21,23 113:5,6 114:6
157:25 159:20,22
214:25 236:8

**precisely** 127:2
254:21,25 255:2
397:6

**precision** 113:5
215:2

**predated** 340:15

**predeposition**
32:10,14,17

**predominant** 348:7

**predominantly**
147:19 151:19

**prefer** 146:25 229:17

**prep** 50:24 131:6
292:10

**preparation** 50:25
115:22 130:21

**prepare** 51:7 130:13
173:22 247:12
248:16 253:18
285:10 291:21

**prepared** 57:18
60:13 197:12 225:23,
24 226:2

**preparing** 20:20
53:11 58:20 131:3
173:21 318:8

**prescribe** 179:24

**prescribed** 95:17
274:14

**presence** 147:21
157:15 207:7 278:7
352:12

**present** 73:8 104:3
156:19,20 158:24
160:5 161:25 162:2
165:15,17,25 166:9,
14 167:3,25 171:7
177:24 207:3 262:9
280:23 296:20
344:25 349:18 360:7
388:23 390:11
392:20 398:14

**presentation** 389:21
391:6 392:3 393:12

**presented** 40:5
43:16 49:20 56:19
57:15 58:5 91:7,9,21,
25 92:15 120:12
136:11

**presenting** 39:13

**presents** 388:25
390:12

**preservation** 272:15
390:15

**preserved** 147:14
156:3 344:12,21
348:17

**presumptive** 139:11

**pretty** 29:2 54:16
55:5 149:10,17
383:14

**prevalence** 342:21

**prevalent** 342:20

**prevent** 279:10

**preventing** 284:13

**previous** 148:25
194:16

**previously** 118:20
186:9

**priest's** 143:5

**primary** 13:14 79:12
336:6 347:6 351:14
358:7

**principal** 201:23

**principles** 193:14

**print** 36:18 296:23

**printed** 41:6,19 57:6
155:16 320:3

**prior** 17:22 33:10,22
54:3 58:14,20 99:25
107:19 111:14
128:10 129:7 155:15
166:23 167:7,22
174:7 193:23 238:10
246:22 286:17
292:19 321:2 359:14,
21,25 360:16 363:17
378:7 386:12,25

**privileged** 126:24

**problem** 96:17
110:12,13 168:3,4
188:3 228:16 239:6
263:13 368:24
381:18 399:3

**procedural** 77:20,25

**procedure** 8:15
111:21,24 112:14
113:15,19,25 114:11
139:23 140:13,24
181:3

**procedures** 85:7

**proceed** 121:3
328:12 401:24

**process** 116:21
192:15 391:22 393:8

**processes** 396:10

**prevalence** 342:21

**produce** 207:14,16,
17

**produced** 28:16 29:5
31:11 39:7 65:3
152:17 155:4 217:17
230:23

**product** 35:5,9 37:5,
7 48:10

**production** 65:13

**Products** 9:25

**profession** 112:5

**professional** 16:21
62:6 70:24 87:9
88:23 104:2 106:23
107:12

**professional's**
61:18

**professionalism**
192:18

**professionals** 318:3

**professor** 24:5 73:8

**profound** 168:21

**program** 75:24 107:5
155:16,17,19 335:22

**progress** 198:12

**progressed** 338:3

**projecting** 199:7

**proliferating** 233:24
234:8 242:4

**proliferations** 76:10

**prominent** 169:22
170:19,21 234:16
349:16 353:17
366:18

**promise** 68:16

**promised** 239:14

**promotes** 107:20

**pronounce** 250:20,
22

**pronounced** 265:4,7

**proper** 139:11 288:3

**properly** 319:15,17

**property** 37:11
201:7,16 212:15
213:18

**propose** 90:18

**proprietary** 211:21
212:16

**prospective** 222:7
282:3,8,14,17,20
283:25 284:7

**protocol** 86:13

**prove** 249:19

**proven** 327:7

**provide** 45:5 49:7
204:19 238:6 322:4
323:8 371:11,12

**provided** 53:3 57:3
63:11 65:5 120:23
123:22 238:9 282:22
290:23 294:20
332:20 360:14

**providing** 39:13
61:20

**proving** 364:23
365:9

**pseudo** 379:7

**puberty** 207:8,10

**pubic** 207:9,11

**public** 196:4

**publication** 98:15
109:8 202:5 224:19
225:3,22,25

**publications** 20:19,
25 97:21,25 98:2,19
130:12 174:3,4
203:21 227:9,11

**published** 54:5 55:8
88:6 91:7,9,21,24
92:9,15 93:8,11
97:16,19 98:9 224:20
225:17 246:17,18
247:10 248:15
258:20 279:23
283:23 284:2 285:2,
11 352:7 399:18

**publishing** 198:3,6,
15

**Pubmed** 317:24
318:12,14

**pull** 49:2 55:24 59:4
64:19 65:25 66:3
67:15 75:3,4 162:18
163:9 165:12 186:21
191:8,10,16 196:18
204:25 205:3 213:21
236:19 238:18 239:7
247:25 248:4 252:23
253:3 263:2 269:15,
22 275:25 279:2
298:23 299:20 300:2
323:21 354:4,6
366:3,4 375:18,19
376:7 377:13

**pulled** 40:14 53:21
56:25 57:2 58:10
67:20 75:11 97:2

**pulling** 27:7 51:13
55:19 175:10 197:10
240:10 261:10
392:24 393:5

**punch** 137:22 138:13
139:20 154:14
180:23 181:3

**purchased** 128:3

**pure** 264:13

**purple** 184:12

**purpose** 28:25 194:5
203:20

**purposes** 26:5,19
128:4

**pushed** 292:8,12

**put** 18:2,5 19:15 45:2
48:16 50:23 51:5,7
56:10 57:7,8 59:10,
21 60:16 61:4 65:2
68:23 71:19 78:2,5
90:4 92:23 99:10
119:12 121:9,25
122:8,11 123:13,16
127:12 135:19 142:3
143:5 153:6 160:17,
18 163:18 165:9
171:6 181:14 182:9,
12,19 184:4 187:13
189:21,24 205:4,25
210:18 217:16 219:8
221:13 237:4,8,12

241:15 242:17,25
245:13 246:12,19,21
249:3 256:10 260:18,
24 262:5,14 265:15
275:16 295:18,23
298:12,21 300:25
302:8 303:15 318:11
329:4 347:21,22
354:8 369:7 370:7
381:22 386:15

**puts** 257:5

**putting** 11:10 19:11
230:15 358:2

———————

**Q**

**qualifications**
320:17 335:20 388:2

**qualified** 195:23
320:13 322:8,24
335:12 388:9

**quality** 87:21 88:2
108:25 109:6,9
273:19

**Quandaries** 89:4
96:12

**quantify** 71:5

**question** 15:11,16
29:4 37:14 43:12
44:10 45:15 51:12
56:17 59:8 60:11,12
70:22 75:10 77:14
83:18,19 92:12 93:15
96:17 98:17,20 99:12
107:10 108:18
112:17 116:12
127:16 138:18
148:19,24 149:21
174:22 177:2 179:12
202:15,24 210:23
216:25 217:14,18,21,
23 218:5 219:5
221:11 232:17
236:11,21 237:17
242:22 245:2,22,24
247:14 257:14,17,25
258:8 259:12 271:23
280:7 281:16 288:7
292:18 296:14
297:14 301:14
305:13 307:12 316:2
317:18 320:12

321:16 322:15
334:11 336:18
360:18 362:2 363:17
364:13 365:7 367:2
371:14 372:17 373:4
374:19 376:11
383:15,19,23

**questioning** 13:10,
11 68:19 290:16
384:10

**questions** 20:6 26:7,
11 68:22 112:2,10
114:6 130:7 174:24
209:25 235:18 281:3
293:13 313:20
365:22 372:14
377:15 378:13
381:23 382:2 384:11,
20 385:22 388:14
390:8 392:15,18
401:18,20 402:6

**quibble** 362:22

**quick** 107:10 182:22
288:10 296:14 345:5

**quickly** 31:2 68:15
120:7 136:16 183:23
229:4,11 240:9
263:15 265:21
284:11 297:9 365:21
377:13 378:12
401:21

**quotation** 237:20

**quotations** 223:12,
13,15 226:18 227:8
246:20

**quote** 74:25 78:7
221:2 235:11 236:23
242:24 321:9

**quoted** 209:10
220:24 222:13
226:14

**quotes** 237:4 243:15
245:17 246:2 249:3

**quoting** 243:19

———————

**R**

**radially** 379:8

**Raise** 11:24

**raised** 320:15

**Ralf** 229:5

**ran** 186:16 381:17

**randomized** 282:20
365:4

**rapid** 242:3

**rapidly** 231:24
233:23 234:7

**rarely** 110:12

**rash** 99:6

**ratio** 145:12,13,19,22

**re-** 203:20

**reach** 167:16

**reached** 347:10

**reaching** 166:3

**reaction** 99:6

**read** 18:13 29:23
51:23 54:3,5,6,7,12,
22,25 55:5,7,9,12
58:14 60:13 74:25
76:24,25 77:4 89:17
93:7 102:21 111:6
114:4 125:15,19
137:10 144:22
146:23,24 147:2,4
169:18,20 173:21
175:5 180:21 195:10
199:6,9,14 200:21
207:19 208:22 209:2,
3,14 210:4 211:6
212:4 213:22,23
215:10 216:17 220:8
225:17,18 230:14
231:6 245:12 257:24
263:10 268:23,24
272:18 275:15 280:9,
25 290:13 291:18
292:19 293:9,20
294:3,18,21,24
295:13 310:19
312:11 317:2 320:17
321:9 322:13,25
323:3,5 324:20,23
325:6 327:6 333:2
339:13,15 342:13
346:22 350:9 363:16,
19

**readership** 109:2

**readily** 234:12

**reading** 18:10 74:17 75:5 96:16 176:11 181:3 192:25 193:2 202:16,19 211:2,3 225:15 236:2 273:3 284:16 291:13 293:17 294:23 311:5 314:23 322:2 325:3 326:20 327:19

**ready** 9:20 291:22 401:25

**real** 288:10 365:21

**realize** 334:20

**reask** 30:10 59:15 373:3

**reason** 15:9,12 121:3 182:8 197:14 262:2,5 336:11,13 360:11 397:11,17

**reasonable** 196:11 268:3 309:25 310:25 401:2

**reasons** 13:3

**rebuttal** 13:18 20:18 292:13 306:19 314:22 316:4 365:24 377:18 387:19,20 400:25

**recall** 36:22 66:12,22 94:8 106:16 110:25 115:21 116:13 119:21 127:3 132:11 162:25 164:2 180:13 190:20 204:3 269:25 271:4,7,10 283:11 289:5 292:16 339:17 342:10 388:3 392:16 393:24 398:24

**recap** 53:24 55:13

**recapping** 113:10

**receive** 40:24 125:3 268:13 296:15 320:23

**received** 23:4 41:23 43:3 45:20,24 47:23 54:10,24 65:13,23

**92:2 124:22 135:16 162:15 164:5 173:6 285:3,12 287:20 291:8 305:4 310:16 311:2 312:17 328:4 335:21

**receiving** 136:23 268:5 287:11 324:16

**recent** 12:9

**recently** 334:2,22

**recess** 186:8 217:24

**recessed** 185:5

**recipient** 136:21

**recognized** 54:12,14

**recollection** 33:21 124:10 291:10

**recommended** 280:3

**reconvene** 185:6

**record** 8:8 10:3 11:10,14 12:6,8,14 14:19 18:23 21:9 41:19 45:7 46:2 48:5, 7 53:15 56:3 66:19 68:18 69:19,23 98:6 114:22 115:2 117:4 120:24 123:21 126:9 131:15,17 135:15 136:8 146:5 152:16, 25 153:8 159:7 162:10,12,13 175:18 176:21,22 177:7 184:22,24 185:3 186:6 218:21,25 235:23 259:14 260:9, 10,14,17 261:20 269:9 276:10,17 278:23 280:5 295:20 296:4 297:11 300:12, 16 309:3 330:8,11 337:17 345:19,21,25 363:19 364:14 371:23 372:7,9,12 384:25 385:9,12,16 387:20 400:3 401:10 403:3,6

**recorded** 9:23 371:25

**recording** 8:12

**recordkeeping** 63:13

**records** 41:15,23,25 42:3,25 43:4,6,8,10, 11,15,17,19,21,23,25 44:5,8,11 45:4,5,16, 18,22 46:15,17,21,23 47:4,5,15 51:16 63:25 64:4 67:14,22, 25 111:15 125:10 131:21 132:13 135:14,18,20,24 154:4 162:14,20,21 163:3,14,15,17,21, 22,23 164:6,24 181:25 187:2 260:22 281:11,14 297:14 333:18 334:15 336:3, 4,12 340:14

**recount** 12:14 13:2

**recycled** 109:13,14

**red** 99:8 381:7

**redacted** 50:2 120:22

**redirect** 290:24

**redo** 221:3

**reduced** 272:16 293:23 294:11

**reduction** 389:11 390:22,24 395:7,20 402:7,10,12,13

**reel** 174:12

**ref-** 237:3

**refer** 39:25 65:24 133:18,24 134:13,16, 23 170:2 283:15 310:6 317:8 320:4 388:18

**reference** 87:15 129:19 164:20,23 171:4 196:23 197:15 224:12 226:15 227:15 237:3,9,12 238:6,11 246:25 248:15 253:16 262:22 276:11 285:5 288:12,19 305:25 306:3,9,15,21,24 314:21 315:4 316:5,

12,21 319:25 320:2, 8,9 326:16,19 345:16 400:5,14

**referenced** 46:23 55:21 224:15,16 232:7 249:2 258:22 288:13 319:14,17,21

**references** 39:17 40:2,10 53:20 57:9 109:25 110:4,11,14 132:17,25 233:16 274:25 282:11 288:4, 20 315:5 399:24 400:12

**referencing** 44:12 170:2 237:20 238:2 288:17

**referred** 68:2 161:14, 17 171:15 314:19

**referring** 40:15 41:3 43:17,18 45:25 68:8 74:13,23 93:23 125:13 132:20 191:4, 15 227:24 250:8 267:16 278:9 290:2 314:9 317:10 327:24 395:17

**refers** 133:11 323:3

**reflect** 112:4 131:22 132:13

**reflects** 235:23 327:3

**reframe** 72:11

**refresh** 33:21 334:13

**refusing** 227:5

**regard** 172:4

**regime** 284:15

**regimen** 41:18 42:3, 7 163:15,22 171:9,16 271:19,24 272:5,7 280:4 291:9 301:8, 13,15,17,20,24,25 302:10 303:7,10,11, 12,15 308:19 310:2, 4,6,11,19 311:5,14 312:4,10,23 313:21 322:6,20 323:11 324:17,21 325:21 327:16 328:6 331:24 332:3,5,22

**regimens** 271:14,23 279:12 287:21 299:8 325:15

**region** 141:23 142:5, 7 143:3,13

**registered** 160:20, 22

**regrew** 270:15 338:21

**regrow** 362:10,11,12 363:7,24 364:2 397:20

**regrown** 361:14,17 364:10

**regrowth** 270:17,18 291:12 338:6 339:8 361:24 362:4,6,25 396:18

**regular** 105:12 367:16

**rehash** 60:5

**reintroduce** 14:18

**relate** 34:11,14 89:18,19 90:2 97:23 98:3,9 101:12 127:16 128:24 129:3 133:2 390:8

**related** 34:25 37:18, 21 46:23 71:22 86:11 90:9 98:19 117:18 124:22 125:2 126:13 127:7 130:22 172:12 173:13 178:11,12 189:3 194:16 282:8 286:4 291:10 382:10, 14 394:17

**relates** 25:13 47:15 86:11 87:17 90:10 117:8 126:10,21,25 128:19 130:25 202:4, 25 285:13 383:10 385:3

**relation** 263:20 391:4 400:15

**relationship** 26:3 97:11 335:2 363:10 385:4 389:17

**relevance** 230:5

**relevant** 166:3
181:24 194:3,4,9,13
223:20 224:2 280:16,
20,24 281:4

**reliably** 352:14,25

**reliance** 52:25 58:19
67:18 68:3 115:10
172:22 216:23 387:4

**reliances** 205:11

**relied** 20:19 39:12
41:14 42:4 43:15
58:13 61:2 66:11
67:5 69:9 172:14,18
224:11 313:25
319:11 321:10 386:9,
23

**religious** 143:6

**rely** 314:25 317:3,17,
21,23 360:3

**relying** 312:11,14,24

**remain** 106:2 378:10

**remained** 270:16

**remember** 33:16,17
35:6 36:24 37:3
43:24 63:22 66:21
67:2 89:11,24 95:12
104:13 119:22
121:20 122:24
124:20 127:8,18
148:23 163:5 175:22
192:7 260:20 290:11
291:13 292:8,10
323:17 325:3 360:19
361:8

**remind** 140:2 165:19
291:18

**reminder** 38:7

**reminds** 282:22

**remote** 8:12 9:23

**remotely** 8:8,10

**reorient** 110:24
297:20

**repair** 319:15

**repeat** 40:3 58:17
74:6 82:5 138:18
167:12 246:20 259:6
271:6 345:9

**repeatedly** 319:9

**rephrase** 83:6
101:13 254:2

**replacement** 179:21
331:8,11,16

**replicate** 318:10

**replied** 319:11

**report** 8:9 13:18
16:18 17:9 20:18,19,
20 21:3 26:10,25
27:2,15 28:15,21,24
29:2,5,8,15,16 30:2,
3,4,11,12,16,17 31:4,
11 34:9 36:14 37:16
39:2,6,13,18,24,25
40:5,19 41:15 42:7
43:8 44:6,10 45:24
51:10,18,21,24
52:14,16,22,23
53:12,15,20 54:10,24
55:18,21 57:9 58:12,
14,18,20,21,25 59:5,
10,11,16,17,21,22
60:12,14,15,16,17,
19,20,24,25 61:2,7,8,
9,10,15,16,19,24
62:2,7,11,12,17,18,
19,21,24 63:8 64:3,5,
25 68:2,9 69:7 88:4,
5,8 115:10 119:3
124:2 127:25 128:4
130:25 132:17,18,19,
21,25 133:10,13,14,
21 136:7 140:19,20
143:8 148:12,15,16
151:8,17,25 152:13,
15,17,18,22 155:11,
14,15,18,19 159:18
163:8 164:20 165:9
166:20 167:6,13
169:14 172:23 173:9,
10,21,23 174:5
177:14 179:6 180:11,
21,22 182:5,6 183:3,
25 184:2 186:19,22
187:4,5,9,13,20
188:10 189:11
190:17 201:24
203:23 204:2,9,11,
15,16,17,18 205:2,7,
13 208:19,20 209:19
210:24 211:15,17
212:8,22,23 213:7,

10,12,14 214:4
216:22 217:2,4,7,8,
10,16,17 218:10,12,
16 219:6,7 220:9
221:13,16,20 222:16,
17 223:8,9,21 224:2,
5,10,12,15,16,18,21,
22,23 225:4,6,10,11,
15,16,23,25 226:9,
14,15 227:2,17,20
228:7,9 229:12,25
230:4,7,13,16,23
231:21 240:3 241:13,
15,22 242:17,25
243:5,11,19,20
244:3,16 245:2,5,6,7,
16,25 246:8,12,24,25
247:7,9,13,15,21
248:10,14,17 250:5
252:10,24 253:9,10,
16 254:3,4,5,10
256:10 257:16,21
258:11 261:24
262:21 269:17,21
270:2 272:6 274:22
275:10,12,17,21,22
276:3,4,12,15,19,23
277:3,22,25 278:2,6
282:19 283:8,15
285:10 295:12 298:5,
12,18,20 300:20,24,
25 303:15,20 304:2,
4,14,17,22 305:7,8,
17,25 306:2,8,15,19
307:3,7 309:12,20
310:18 311:6,11
312:7 314:2,21,22,
24,25 315:5,6 316:4
317:5,9,17,19 318:8
319:11 321:2,4,7,11,
14,16 323:18 325:4
327:6 329:9,14
330:24,25 337:9,23,
24 338:23 339:2,13,
15 342:13,15,17
346:20 347:20 348:2
350:2 352:11 354:7,
9,11,17 355:6,10
356:15 365:23,24
366:8 370:9 374:4,17
375:15,18,20,22
376:15 377:18,22,25
378:8,9,13 379:21,25
380:2,3,23 382:4,25
383:19 386:3,9,10,
12,13,16,20,22,25

387:2,19,20 393:24
397:22 398:17,24
400:25

**reported** 157:7 159:6
336:19

**reporter** 8:23 10:4,6
11:24 14:6 15:15,18,
20,25 16:2,11,14
26:22 27:6,8 35:10
38:2,10,12,15,20
63:22 73:25 74:4,7
75:6 80:12,15,17,19,
24 83:4 94:12,16
104:25 114:14
137:23 138:3,5,10
145:15 147:7 163:24
167:5 173:17 174:6,9
178:6 184:23 199:20
200:10,13,17,19
206:18,21 252:22
270:3,6 279:15
289:21 295:8 296:9
302:17 313:17
344:13,17 363:16,18
384:14 403:3

**Reporting** 8:5

**reports** 28:14 29:17
34:23 42:20 45:21
47:4 48:10,14 54:23
61:15 88:7 92:25
115:18 130:21 133:2
148:25 149:6,19
172:15,18 173:2
205:9,19 209:23
211:9 227:14 245:4
246:2 249:20 253:18
275:6 312:11,15,25
316:16,20 318:2
319:14 320:5,21,23
343:2 346:22 382:3
383:24 384:2,5

**represent** 315:9,11,
12

**representation**
135:23

**representing** 29:7
122:4 195:21

**represents** 146:6
193:19

**request** 368:16

**requested** 115:23
290:19,21 363:19

**require** 138:16

**required** 12:20 109:4
111:8

**requirement** 36:12
118:22

**requirements** 119:5
154:3 280:15

**reread** 263:11

**reschedule** 13:2

**research** 77:23
173:13,19,20 197:21
198:3,6,9,15,17,23,
25 200:22,23 201:12,
19 202:2,4,25
203:11,20 212:24
236:21,25 238:6
285:23

**researched** 92:15

**resend** 49:9

**reserve** 13:9 123:23

**residency** 23:14
101:24 335:11,22

**resident** 76:6 100:19
158:9,22 162:3
181:17 182:9,12

**resident's** 158:23,24

**residents** 72:20
76:2,7,14 82:20 84:7,
8 87:15 100:13,15
198:12

**residents'** 82:25

**resolve** 252:9 340:6

**resolved** 252:9

**Resolving** 89:4

**respect** 253:4 316:9
322:18

**respectable** 253:7

**respectfully** 257:13

**respond** 9:4 15:7,16
18:13 174:17,20

**responded** 202:24

**responding** 402:6

**response** 15:6 94:24 174:22 257:23,24

**responsibilities** 197:22 198:11,24 201:19 202:25 203:12

**responsibility** 200:22 201:13

**responsible** 201:24

**responsive** 177:2

**rest** 71:9 127:13,15 132:18 157:23 216:15 231:15

**restart** 371:13 372:4

**restarting** 371:15

**restroom** 18:20

**result** 93:9 213:24 351:10 397:14

**resulted** 90:25

**resulting** 92:2

**results** 65:24 131:9, 13,25 132:4,6,8,9,11, 16 274:7 287:19 389:22,25

**Resumed** 186:12

**retained** 19:7 36:18 43:3 56:13 117:4 188:5 293:12 335:14 336:2

**retainer** 118:22,24

**retract** 106:8 251:22, 25 350:22,24

**retrospective** 222:6, 7

**reversible** 231:5

**review** 57:2 58:20 59:4,6 86:22 106:23 107:12 108:6,8 126:20 128:16 130:9, 15 133:10 156:6,11 173:25 174:2 175:8 176:25 177:19 194:15 196:7 197:17 204:6 205:24 219:9 220:16 290:22

307:11,19 311:22 320:4 321:3 360:16, 25 361:5 386:12,25 387:7,14,21 389:20 391:4 392:3 393:12 394:10

**reviewed** 37:15 39:11 43:20 46:11,17 51:19 57:11 65:16,22 115:11 151:25 152:13,14 162:15 172:7 174:5 220:15 224:19 225:3,17,22, 24 226:12,19 246:17, 18 247:2,9 248:14,25 282:18 283:21,24 284:2 299:14 312:15 313:4 352:7 360:22 379:18 386:23

**reviewing** 50:25 108:22 122:22 128:18 175:16 270:23 314:12 361:9 387:12

**reviews** 88:6 92:24 108:18

**revisit** 221:5

**REYNOLD** 132:2 289:11

**REYNOLDS** 8:17,20 10:11 18:9,15 27:9 28:19,23 29:20 30:19 34:13 35:3 37:24 38:18,22 44:4,13 45:19 47:14 48:5,7 49:3,9,13 55:3 56:21 57:4,25 58:8 59:12, 19 60:3,18 61:21 62:3,9 63:3 64:2 66:17 68:17,25 70:17 73:19 77:8 78:15 79:2,10,14 80:10 81:21 82:3 85:21 86:24 88:25 89:20 90:12,22 91:23 92:20 94:7,23 95:4 100:23 103:23,25 106:7,12 108:23 111:25 112:8, 24 114:2,18 117:3 121:19 123:8 124:16 125:11 126:8 134:21 135:22 136:3 138:17, 22 139:8 145:17

146:14 149:15,24 153:3 154:8 156:7,17 157:19 159:8,15 161:12 162:16,23 164:9,14 166:17 171:21 172:13 173:15 176:21 177:5, 17 182:4,11 184:19, 25 187:17 189:5 190:12 194:21 195:4, 17 198:19 199:5,16, 19,21,24 200:3,7 201:11,18 202:9,22 203:8,13,19 205:21, 24 207:21 209:16 217:20 218:3,14,17, 19 219:13,16 220:5, 13 221:14,24 222:4, 11,18 223:2,19 224:6,14,25 225:8,13 226:6,17 227:3,7 228:11,14,17,19,21, 23 230:20 231:13 232:5,11,25 233:4, 13,21 234:2,11,17 235:3,8,22 236:5,17 237:2,6,10,14,21 238:8,25 239:3,8 240:14 241:3,18 242:9,18 243:2,13,21 244:6,10,17,22 245:8 246:5 247:5,18,23 248:12,24 249:13,17 250:14 252:2,17 253:6,12 254:6,23 256:5,15,21 257:19 258:3,17 259:10,17, 19 260:4,21 261:2,7, 11,16 262:4,18 264:3,16,24 265:14 266:9,25 267:12,15, 18,23 268:14,20 269:7,13 271:5,20 272:20,25 273:6,10, 16 275:8 276:6,14 277:20 278:3,12,18, 25 279:5,17,20 280:11,21 281:8,13, 18 282:10,16 283:9 284:17,21 285:7,17 286:7,12,15 288:6,8, 22 289:3,7,17,24 290:7,18,21 291:16 292:4,11 294:5,22 295:5,16,19 297:13 298:7,16 299:18

300:5 302:2,20 303:8 304:19,24 305:16 306:12,23 307:9,16 308:5 309:14 310:13, 23 311:8,12 312:13 313:2 314:4,11 315:16 316:7,14,23 317:11,22 318:13,22 319:2,20,23 320:7,22 321:15,23 322:11,22 324:25 325:5,11,17, 23 326:17 327:25 328:13 329:5,18 331:10,17,21 332:2, 14,24 334:8,13,17,24 335:9,18 336:8,23 337:4 338:17 339:24 340:16 341:5,22 342:5 343:5 344:5 345:9,18 346:11 347:14 348:10,16,25 349:7,24 350:12,23 351:16 352:2 353:4, 14,24 355:14 356:6, 9,16,20 359:5,18,23 360:5,17 361:19 363:3,25 364:11,17 365:2,13 366:16 367:5,20 368:12,15, 18,23 369:2,7,12,15, 23 370:12,18 371:19, 24 372:20 373:7,18 374:10,15,22 375:11 376:4,16,23 377:6 378:4,23 379:15 380:12,17 382:7,13, 19 383:3,8,13,16,21 384:17,24 385:9,18, 25 386:7,15,19 398:8,23 399:4,7,9, 15,19 401:17,24 402:9,21,25

**Rheubottom** 333:7, 25 334:16

**rheumatology** 76:17

**rid** 332:8

**ridiculous** 212:20

**right-hand** 28:11 367:6,22,24 369:13

**rights** 13:9 121:3,7

**rim** 392:23

**risk** 282:4 324:20 327:13 357:4

**Rogers** 42:18 339:10,21 346:23

**Rogers'** 342:13

**role** 108:21,24 193:17 198:3 357:16

**roof** 74:21 75:2 78:20

**room** 8:7,10 20:7 296:7

**roomed** 161:24

**rooms** 20:10

**rosic** 14:8,17 18:13 21:10,12,14 26:8 27:10 38:10 44:23 47:16,25 48:11 49:19 52:11 64:12,21 65:15 66:4 67:9 70:2 79:8 94:24 115:4 117:4 135:3 191:5 196:12 204:22 212:21 219:3 221:19 223:8 226:15 235:6 238:13 241:8, 13,15 260:15 296:11, 14 323:20 365:16 367:17 373:23 377:8 386:5,8,17 401:15

**Rosic's** 149:6 278:23 297:11 398:24

**roughly** 16:20 17:12 18:17 23:24

**rounds** 76:15

**rule** 8:14,15 39:18 51:17 53:15 86:13,17 204:9 247:15,21 312:2,8,21 313:24 317:14 343:7 355:25 357:15,17 363:23 392:6

**ruled** 352:14,25 392:10

**Rules** 8:14

**ruling** 349:4

**run** 50:14 308:8

**running** 91:15 301:4

**runs** 188:24 308:15

## S

**safety** 88:2

**Sagent** 11:4

**sake** 401:10

**salient** 291:19

**salpingo-oophorectomy** 330:21

**sample** 291:7

**sampling** 141:17,18

**San-** 320:8

**sanctioned** 197:12

**Sandoz** 10:9 11:11 12:11 124:23 125:2, 5,9,13,20 134:14,23 315:12 382:6,10,18 383:6,25 384:7

**Sanofi** 11:8 220:23 315:6,9,14,24 316:10 320:2,9

**satisfied** 189:16

**satisfy** 305:22

**save** 75:9 150:11 377:17

**saved** 331:25 332:6, 12,22

**scale** 353:22,25 354:2,13 355:8 366:9,10,12,20 367:16

**scalp** 94:11 95:7 138:13 142:15,20 143:17,21 154:13,15 161:15 166:8 169:20, 22,25 170:3,5,22,24, 25 180:12,13 207:4 212:7 265:4 266:15 279:8,9,14,19,24 280:7 284:13,25 285:12,22 286:18 338:7,9 339:21 343:13 344:9,10,15, 22 348:19,24 349:5, 16,17,19,21 353:19 370:25 373:11,16

**scar** 252:4 396:24

**scarring** 93:23 143:18,22 146:10 147:16,17 150:7,17, 20,21,22,25 151:6,9, 11,13 250:24 251:9, 17 252:16 256:6,12, 20,23 257:17,20 258:12 259:2,7,15 261:25 262:12 266:16 272:13 294:11 304:6,7,8,25 305:14,18,19 345:2 346:9 361:13 362:3,9 363:20 393:10 394:21 395:18,21,23 396:2,6,8,13,16 397:4,12 399:25 400:9

**scattered** 99:8

**schedule** 13:2 31:18,19 112:11 114:8 118:11,15,17, 21 119:3

**scheduled** 12:8

**scheduling** 14:2

**school** 24:7,11 72:21 73:8 83:24 84:2,11 101:23

**scien-** 224:18

**scientific** 201:24 224:19,24 225:7,10, 11,16 401:3

**scientifically** 193:10

**scope** 363:8 383:6,9, 10

**screen** 9:3 19:11 20:13 26:17,23 27:3 28:6,7 65:11 136:20 140:22 163:19 186:23 199:24 205:25 226:22,25 229:16 263:21 287:14 294:25 300:25 350:9 371:21 399:16

**screenshots** 65:23

**scribbles** 47:11

**search** 317:24 318:4, 5,9,12 319:3

**Sears** 11:7

**sebaceous** 147:14 156:3 381:2,6 389:12 390:23 393:7,9

**secret** 20:24

**section** 41:16 73:7 108:15 144:12,19 162:8 188:15,20 189:2 190:17 203:24 205:14,15,19 208:17 210:24 211:15,16,25 212:21 213:8 214:14, 17 217:2,4,8,12,15 218:11 227:18 228:3 231:15,17,24 243:12 255:22 256:2,3 270:14 283:15 299:6 307:6 309:6

**sections** 61:8,10 62:23 144:25 188:16 189:6 223:17 370:9

**seek** 123:23 268:12 336:14

**seeking** 336:17

**sees** 354:23

**selected** 57:22 58:24

**semiblurry** 375:16

**send** 63:18 64:7 66:25 119:13 238:17, 22,23 320:18 368:8

**sending** 136:25

**senior** 201:23

**sense** 15:11 16:18 20:16 21:5 23:12 70:16 72:6 102:8 110:18

**sensitive** 79:20 81:4

**sentence** 148:3 193:10 207:12 208:24 209:14,22 210:3,12 211:25 212:15 213:10 214:20 219:11

**screenshots** 65:23

**severity** 8:5 282:4

**shaft** 145:6 287:7 359:13

**Shamlin** 65:25

**share** 36:19 63:18 96:21 106:10

**shared** 65:18 96:24 97:3

**She'll** 290:17

**sheet** 132:18

**Sherlock** 133:16 134:2

**shipment** 131:4

**short** 18:18 68:20 69:20 114:23 115:5 123:24 179:15 206:15,16 217:24 218:22 260:5,11 300:13 308:13 324:19 345:13,22 372:10 385:13

**shortly** 141:15

**show** 75:18 100:20 129:12 133:4 137:15 142:2,14 147:10 170:9 175:10 180:22, 24 235:15 237:13 252:4 294:25 296:24 316:3 347:25 354:11, 19 355:5,7,11 366:11 367:11 373:15

**showed** 43:21 143:3 242:11 249:20 272:14 286:18 313:5 316:8 365:5

**showing** 27:3 230:3 242:5,14 249:23 319:7 370:24 372:5

**shown** 266:7 279:9 299:12 314:5 373:13 376:15 393:23 400:21

**shows** 146:22 148:4 155:21 169:6 183:16 327:13 347:3 354:13 380:23

**shut** 270:8

**220:22 222:5 223:11 225:18,19 266:23 267:2,3,15 292:17,20 294:23 311:18 321:25 322:13 323:5, 6 363:17**

**sentences** 62:16 207:19,22 208:7,18, 20 210:14 213:3

**separate** 23:4 24:23 83:22,25 128:25 129:4 261:5 292:22

**separated** 220:9 256:22

**separately** 129:19 130:2

**September** 50:5,20 116:15,21 117:19 331:20 338:5

**sequence** 111:18 113:18 139:17 140:19

**Serbia** 21:17

**series** 131:2 372:15 390:8

**serve** 107:23 197:23

**served** 361:4

**serves** 156:23

**service** 24:8 85:11

**services** 120:23 123:22

**serving** 108:19 193:25

**SESSION** 186:2

**sessions** 76:3

**set** 39:8 40:21,25 41:3 44:20 65:17 67:21 116:3 162:14 269:16 288:25 297:10

**setting** 82:19 83:7 155:18,19

**severe** 237:25 279:10 349:15 351:18 395:22

**sic** 151:10 156:6 160:6 314:12

**sick** 38:16,17 179:5

**side** 34:2,5 183:11, 18,19 208:21 210:8 214:5 219:6 237:25 239:4 241:4 261:15 265:15 287:19 288:5, 15,16 325:14 343:12 358:7 367:15,22

**side-by-** 241:3 261:14

**side-by-side** 205:12 238:21 240:16,22,23 242:3 243:8 248:20 261:13

**sides** 192:16 265:6 366:19 373:15

**sidetracked** 99:13

**sign** 18:13 29:22,23 30:15 126:20 152:8 187:3 191:25 192:2, 4,5,8

**signature** 28:10 136:20,21

**signed** 27:15 28:22 29:2,10,14,17 44:10 152:2,25 158:11,13, 16 159:6 161:9 181:4 205:7 230:23 298:11 306:9,14 377:22

**significance** 28:21 66:14

**significant** 145:14, 20 170:23 267:10,21 340:6 349:18,21 351:18 395:7

**significantly** 147:22 172:16 278:8 352:13

**signing** 18:10 28:15 29:11 30:2,4,11,12 127:3 152:14

**signs** 169:7

**similar** 17:22 29:14 62:23 248:22 249:4, 7,9 252:13,14 265:8, 12,16,18 283:15 335:7

**similarities** 265:2

**simple** 276:2 280:7 295:10

**simply** 202:19 219:5 258:10 316:3 372:17 374:19

**simultaneous** 241:6 369:8

**Sinclair** 353:22 354:2,13 355:7 366:9,10,12,20 367:16

**single** 55:6 79:4 89:25 93:7 188:14 245:12 250:16 316:19,20 364:14 380:19,20 382:6

**sister** 268:25 343:20

**sit** 138:8 270:7 275:4 332:16

**sites** 184:13

**sits** 25:25

**sitting** 36:22 66:15, 20 67:4 148:22 190:9 256:17 383:12

**situation** 15:8 382:15 383:11

**situations** 210:7,10

**size** 137:17,18,21 291:8 389:9,11 390:21,23 391:19

**skin** 73:21 74:5 75:14 76:8,11,12 77:6,7,11 78:25 79:8,20,21 81:3,4,25 82:9 99:6 137:5,7 143:17,22 169:16 170:5 265:10 266:4 340:5 399:25

**SKINMED** 108:11,12

**skip** 154:22 377:16

**slide** 232:18 324:6

**slides** 51:2 131:4 137:9,24 138:2,12, 13,16,21,25 139:5,14 156:10,16 292:14 305:2,3,23 387:7,9, 12,14,21 389:17

**391:3**

**sliding** 324:18

**slightly** 136:17,19 257:13 293:3

**slow** 38:11 80:17 94:13,15 95:3 163:24 200:17 206:21 270:18

**slowdown** 91:17

**slowly** 147:7,8 340:6

**small** 72:5,17 291:7 397:24

**smooth** 19:3 88:2

**snafu** 299:22

**social** 8:6

**societies** 102:24 191:24

**Society** 23:16 103:9 104:2 105:18,22

**software** 210:21

**solar** 390:18 391:21

**solely** 195:12

**soles** 206:23,25

**solution** 268:4

**somebody's** 107:20

**sorafenib** 94:10,18 95:5

**sort** 22:10 77:11 116:7 120:8,20 135:16 143:4 170:14, 15 183:2,12 188:12 202:13 288:11 396:20

**sorts** 104:21 379:5

**sought** 268:15 337:5

**sound** 13:23 72:13 78:9 133:16

**soundly** 193:11

**sounds** 16:15 17:2 18:21 31:13 33:24 56:24 59:23 75:12 132:15 345:18

**source** 141:16 224:7, 16,21 226:9 247:12 250:25 251:14 256:13 338:14 369:17

**sources** 180:11

**south** 83:14 358:7

**spared** 353:19

**spares** 353:18

**spe-** 310:14

**speak** 15:21 138:9 367:21

**speaking** 8:24 9:2 15:24 21:2 55:14 74:24 79:7 117:16 241:6 281:14 331:13, 15 369:8

**special** 84:16 193:19 196:23

**specialist** 8:4 333:25

**specialize** 77:22

**specializes** 335:4

**specialties** 21:24 191:25

**specialty** 72:21 78:8 80:6 102:20 320:17

**specific** 52:14 61:22 73:14,20 78:24 90:3 124:9 130:7 146:16 148:7 175:4 212:5, 12,17 237:9,20 279:6 307:6,17,23 308:3 310:10 321:17 322:6, 20 333:21 335:21 382:15 383:10 394:3

**specifically** 34:19 61:19 62:6 67:6 70:18 73:23 75:24 93:6 100:22 117:25 125:9 134:14 140:9 148:10 173:25 178:17 233:8 234:5 268:23 312:22 313:5 338:19 361:8

**specifics** 71:6 129:18 211:13

**specimen** 137:17,

**18,19** 141:16 151:25 390:21

**specimens** 146:22 147:6,10 152:12,19 180:12

**speech** 90:16

**speed** 300:9

**spend** 70:9,24 72:7 216:14 268:11 292:6

**spending** 70:15 87:3 99:18

**spent** 72:4 99:14 119:12 122:22 123:17 124:10 134:5 160:2,3 291:25 292:15 387:25 394:19

**spirit** 11:9 45:13

**spoke** 294:13

**spoken** 12:18 52:6,8 81:23 92:9

**spokesperson** 193:18

**spontaneous** 291:11

**spontaneously** 252:8

**spot** 114:14,16 316:20

**spots** 181:13

**Spurling** 127:23

**Spurling's** 130:12

**Spurlings** 127:23

**squamous** 73:24 95:12

**stable** 270:16

**stack** 149:6

**stacked** 149:6

**stage** 124:21 354:15 381:12

**stages** 354:14,20

**stained** 387:8,9

Index: stamp..talk

**stamp** 197:6

**stamped** 161:4

**stand** 150:3 152:15 297:24 302:22

**standard** 86:13 137:21,25 138:12 236:25 238:5,12 246:13 251:7 280:4 380:9

**standards** 194:16,17 246:22

**standpoint** 297:2

**stands** 302:18,23

**star** 379:5 381:7

**start** 9:22 20:22 24:23 69:21 75:8 77:15 102:8 114:24 123:2 186:4,24 192:3 218:23 231:2 260:12 273:3 279:7 289:21 300:14 305:12 345:23 347:6 385:14

**started** 9:19 11:22 12:8 14:13 68:19 87:3 122:2,8,11 180:10 190:5 204:17 230:8 316:2 338:2,20 340:6 385:19

**starting** 205:13 231:22 270:19 273:6 279:8 308:2 309:3

**starts** 31:6 144:19 170:15 215:11,12 234:16 244:18,23 246:22 381:13

**state** 11:21 12:7 20:23 21:8 46:2 53:6 120:24 123:20 135:15 163:4 329:20 378:17 397:23 400:8

**state's** 8:15

**stated** 12:15 34:15 273:2

**statement** 12:6 12:5 92:6 114:5 146:13 152:9 175:5 191:18 201:14 202:20 326:23 382:20

**statements** 191:2,12 195:6 196:4,11 346:17

**states** 21:19 22:15 399:24

**statistical** 313:5

**stay** 79:25 118:9 240:23

**steal** 203:5

**stellae** 62:14 147:14 156:3

**stem** 231:4

**stenographer** 322:24

**step** 88:12

**Stewart** 10:13 40:20 41:16 43:22 65:17 116:18 117:9 118:2 120:15 124:24 125:4 126:13,17 127:16 128:19 129:8,13 131:12 132:21 134:4 140:8,11,14,15 144:4 158:7 163:15,21 177:25 217:18 264:14,17,22 265:13 266:2 268:12,24 272:3,5 274:15 279:14,18 285:3,11, 14 286:6,20 287:6 297:12 302:10 307:5 308:2,7 309:17 315:15,25 325:22 328:3,5 329:10,15 331:19 333:7,20 334:21 335:5 336:5,9 337:13 339:16,20 342:8 343:4,16 347:3 354:24 357:12 358:25 362:24 364:16,20 382:15 383:11 385:3 389:14, 18 391:4 392:5 397:23 400:10

**Stewart's** 131:16 189:4 266:8 268:10, 12 276:4 307:23 312:10 313:21 328:7 335:6 344:2 355:20 389:20 390:4 391:5 392:7 393:12 394:10

400:15

**stipulate** 8:11,20

**stole** 242:10

**stop** 38:7 212:19

**stopped** 91:14 179:5,16

**stopping** 69:14 123:19

**straight** 162:7 286:18,23 309:11

**Street** 20:3 83:17

**strike** 21:23 98:16 249:24 257:12 258:8 294:17

**students** 72:20,22 73:16 74:10,15 75:17 76:14 87:15 198:13

**studied** 172:3,5 253:15 323:23

**studies** 112:15 178:11 223:13 279:25 282:3,8,15,18 283:3 284:2 316:17 320:10 328:21 365:3, 15

**study** 224:24 270:25 271:2,7 282:11 283:11,25 285:19,25 287:9,11 291:6,7 315:5,6,7 320:4,9 364:23 365:9,11,12

**stuff** 87:7,25 162:24 220:23 221:2

**subexhibits** 63:20

**subject** 61:12 253:15 384:10

**submissions** 108:6, 9

**submit** 196:6

**submittal** 120:21

**submitted** 49:23 123:12 131:15 133:13 225:2,21

**subsequent** 393:10

**subspecialize** 77:22

**subspecialties** 75:2 77:17,18 78:19

**subspecialty** 22:2, 25 23:15

**substantially** 248:22 249:7,9,12, 16,18 252:14

**suffering** 388:10

**suffers** 389:22

**Suffice** 122:3,25 124:12 175:3

**sufficient** 112:22

**suggest** 31:24 80:4 121:6

**suggesting** 16:3 54:4 264:22

**suggestion** 362:25

**Suite** 83:14

**summarize** 88:9,22

**summary** 54:13 88:13 90:15

**sums** 107:9

**Sun** 11:6

**sunny** 14:20

**super** 61:18 199:9

**supply** 45:8

**support** 39:22 40:7 51:20 146:12 175:5 257:15 327:4 379:11 380:15,18

**supported** 39:24

**supporting** 40:18

**supports** 251:15 262:17

**suppose** 20:11

**supposed** 35:18 243:16 315:23

**Surg** 155:11

**surgery** 77:20 333:4

**surgical** 140:13,20 143:8 146:5 148:16 151:8 180:11 278:2

297:11 303:20 304:14 306:8 309:12, 19

**surprised** 328:14

**swear** 8:10 10:4

**swearing** 8:12 11:23 29:19

**sworn** 12:2 14:5,10 186:9 256:18 280:16 282:23 332:11 350:21

**synonymous** 189:14 351:4

**system** 49:16 87:17 153:8 160:22

---

**T**

**T-A-C** 302:17

**T-R-I-C-H-O-M-A-L-A-C-I-A** 147:12

**tab** 41:11,22,24 43:5, 10,20

**table** 26:15,17 256:22,24,25

**tabulate** 128:16

**TAC** 302:17,22,23 303:2 325:16

**tad** 38:12

**takes** 48:14 210:6,9 341:9

**taking** 8:18,19 10:10 14:22 18:16 126:23 165:21 177:25 210:16 216:21 235:16 239:11 240:16 246:2 327:14 341:2 385:24 403:8

**talk** 15:10 20:25 22:24 45:12 48:16 70:11 71:11 74:11,19 100:9 107:20 109:23 112:12 113:12 114:8 116:8 129:14 157:14 169:25 190:21 193:25 208:13,14 215:23,25 231:24

254:9,10 261:2,3
275:13 285:24
286:16 301:8 328:21
376:13 378:14
394:25

**talked** 13:15 31:4
70:7 81:24 82:6,11
92:7,21 186:25
190:17 197:20 204:2
226:11 227:19
229:21 236:22
252:10 254:3 272:7
274:12 288:2 293:21
297:22 298:24 299:6
302:15 304:10 309:3
313:9,13 321:2 333:6
346:6 354:3 356:13
357:3,5,11 366:5

**talking** 32:16 38:4
43:7 50:24 70:4
72:17 73:9 75:13
80:20 86:2 97:2
110:22 129:7 136:6
144:8 165:20 177:16
264:20 266:13
267:10 268:11
272:12 282:24
283:11 284:13
299:15 310:5 317:12,
19 325:14,21 331:24
340:2 348:14 380:22
394:19 402:5

**talks** 51:16 127:11
258:5 267:7 273:25
274:2,7 285:20 299:2
309:22 329:9

**Tallon** 232:13

**Tara** 333:7 334:15

**Taryn** 11:13

**Task** 107:8

**taste** 121:17

**taught** 76:8,9

**Tax** 315:5 324:2,22

**Taxane** 271:16
287:10 325:16
326:10 364:23 365:9

**Taxane-based**
284:14 287:21

**Taxotere** 9:24 17:10

117:18 134:17,25
135:2 268:7 299:8
302:23 303:3,16

**teach** 72:19,20,21,23
73:12,14,20,22 74:8
76:2,5,10,13 79:18,
19 100:20

**teaching** 71:3,7,13
72:19 73:10,21
74:11,15 75:13,17
76:20 100:15,17

**team** 56:16 57:18
87:20 120:8,11,14

**teasing** 9:18

**technical** 186:16
240:8

**technology** 16:6
17:24 299:21 301:4

**telling** 39:21 44:2
60:10 149:12,22
177:18 245:14
254:20 257:25 314:3
315:19 322:9 359:22
367:19 372:24

**tells** 144:22

**telogen** 145:10,11
213:8,24 272:17
378:15,21 379:2,4,12
380:7,10,15 381:9,
11,12,19 395:11

**temporal** 169:23
170:8,22 171:2 338:6
349:17 390:16

**temporarily** 179:4

**temporary** 250:12

**ten** 18:18 25:16 36:8
178:10 190:7 216:18
270:16 271:2,8 323:7
327:14 334:6,21
335:6

**term** 91:12,13 101:14
102:18 173:20
194:11 214:7 249:10
250:13 286:17 350:8,
16,19 351:7,9 388:19

**terminal** 144:19,20,
25 145:2,9,11
206:12,13 207:3,4,14

208:8,10,11,13

**terminal-to-vellus**
145:12

**terminal-vellus**
145:13,19,22

**terminology** 397:25

**terms** 17:16 18:23
20:7,14,17 39:12,22
41:13 46:14 53:13
65:22 71:19 72:3,16,
19 73:10 74:13 75:12
78:23 79:5 81:17
87:4 91:5 97:24
99:14,15,17 100:8,10
101:12 102:17,24
113:8 118:2 120:23
126:10 128:17 134:4,
11 142:20 146:5,9
155:22 162:6,19
163:14 165:18
168:10 170:19
173:10 187:5 198:15,
23 253:11 261:23
264:21 265:12
274:13 291:21 298:5
308:14 312:21,23
317:7 318:9,20 336:6
347:3,16 348:6 349:4
356:4

**terrific** 239:18

**test** 16:8 86:22

**test-** 361:2

**testified** 14:10 17:4
33:13 34:4,9,10
37:16,17 115:17
186:10 338:15
360:13,21 390:25

**testify** 33:25

**testifying** 34:16
35:13

**testimony** 19:21
33:11 34:17,24 36:15
80:19 115:11,19,20,
23 150:3 192:15,21
193:11,24 195:11
196:4,5 208:4 251:22
256:18 265:11
280:14,17 282:23
321:6,22 322:5
326:20 327:3 332:11,

13,20,25 335:15
338:13 339:7 347:19
350:21 354:22,25
355:17,19,22,23
360:14 361:5 364:15
383:7 397:10

**testing** 16:5 43:22
46:7,11 47:6

**text** 242:12 249:22
250:2 290:12

**textbook** 96:6
211:19,20 213:16,20,
23 251:4,7,15
256:13,20 355:18
369:25 370:7 376:6

**textbooks** 245:10
251:12 373:16

**therapies** 95:19
283:4 303:13

**therapy** 178:25
179:21,23 180:2
268:3,6,7 276:23
277:12 331:9,11,16
332:22 357:12

**therapy-** 372:18,24

**therapy-induced**
274:4 347:5 372:16
373:6

**therapy-related**
357:23

**thereto** 178:12

**thick** 207:5

**thicken** 362:12

**thicker** 362:15,19

**thickness** 223:24

**thin** 206:15,16 265:3
338:8

**thing** 18:22 51:3
64:10 67:13,17 82:18
89:25 91:14 110:8
115:9 119:2 149:16
169:19 177:13
182:24 183:23
195:10 208:23
245:12 280:15
287:23 293:16
295:25 303:25
329:12 365:20

378:19 401:9

**things** 19:15 43:23
47:12 49:15 53:10
59:13 60:25 61:14
70:3 77:9,12 79:3,11,
16,24 81:2,9,14
82:11 90:2 97:16,20
109:17 110:15 113:4
125:21 157:4 166:10,
21 168:25 177:11,21
197:22 215:18 216:2
229:2 236:22 245:3
263:16 278:21
287:15 293:4 295:21
329:11 342:9 346:21
356:7 396:4

**thinking** 296:2

**thinning** 169:19,21
183:16 343:23
349:11,14,15,18
350:3,4,6,15,18
351:2,7 353:16 368:3
389:3,11 390:14,20
391:14,16,21 393:18

**thought** 103:2
139:10 170:18
239:18 272:13
275:25 292:12
319:24 320:2 340:8,
10 363:15

**thoughts** 187:15,24
188:6 345:16

**thousand** 23:17,18

**throw** 326:15,18

**tight** 392:25

**time** 10:2 12:13,18,21
13:15,19 20:22 32:5
33:3,18,23 34:16
38:18 39:6 40:5
54:24 58:6 68:19
69:6,13,17,22 70:9,
12,15,19,21,24 71:3,
4 72:4,6,14,17 87:3,
5,9 96:18 99:14,18,
20 101:21 114:20,25
116:9 118:16 119:11,
14 124:25 125:4,6
126:5 127:9,11
129:17,22 130:8
133:23,24 138:5
142:10 144:2 148:14

Index: times..umbrella

150:11 155:5 161:4
166:6 172:22 173:5
175:18 178:7 184:18
185:2 186:5,8 190:4
192:8 200:11,15
205:24 206:4 214:16
215:18 216:14
218:20,24 230:14,15
239:11 240:20
254:10,11 260:9,13
263:2 264:12 268:11
275:16 276:11
279:24 280:3,24
281:10 290:17,25
291:21 292:2,6,15
293:14 295:3 299:24
300:9,11,15 314:7
333:11 337:19 338:5
341:7 345:16,20,24
358:5,11 362:13
367:12 372:8,11
376:14,17 383:13
384:10,12,22,23
385:7,11,15,24
387:25 393:2 394:19
401:18 403:4

**times** 16:17 17:3,5
55:21 76:16 82:8
181:5,15 190:9
191:14 223:22 247:8
253:15 259:14
288:18 301:13,16
318:7 326:10 327:14
360:20

**timing** 12:12

**Tina** 8:9 15:23 16:7
38:23 80:18

**tiny** 15:6 401:8

**tissue** 76:12 141:4
252:5 363:6

**title** 24:4 25:14 70:9,
25 94:21 189:10
200:22 203:2 215:5
222:14 232:20,21

**today** 12:20 13:5,14
14:21,23 18:6 26:6
27:3 29:18 32:20
34:2 45:10 50:23,25
64:9 66:15 67:5 77:3
89:15 90:7 117:10
120:12,25 121:5
125:8 137:15 148:22

190:9 252:11 256:18
282:9,25 288:2
296:19 317:6 347:18,
20 349:4 358:3,19
360:16 378:3 383:2,
7,12,24 384:6,13
385:22,24 387:5,25
388:16 392:15
397:11 398:7 400:21

**today's** 9:25 32:5
43:14 105:13 291:22
403:5

**told** 21:11 71:2 82:15
89:14 121:16 155:23
157:25 161:23
165:17 167:24 168:2
187:18 197:23
235:17 315:11
339:20 340:22,25
341:11,12 343:22
356:11 363:9 397:11

**Toller** 154:18

**top** 46:10 80:20
122:13 170:16
175:22 180:20
197:10 228:10 230:8
232:18,19 267:8
301:14 309:10
319:12 338:8 389:4
399:22

**topic** 34:11 39:19
74:13 91:5,8,10,22,
25 92:16 98:20 225:5
244:25 248:25
295:24 372:16

**topical** 267:9,20
270:19

**topics** 62:12 100:10
346:5 370:16

**Tosti** 51:18,23 52:16
53:15 54:2 55:7
204:9 213:19 219:18
220:9 221:13,20
223:8,17 224:3,9
232:13 247:16,21
253:4,20,23 255:17
256:10 283:15
320:25 321:12 322:5,
19

**Tosti's** 58:12,18,25
59:5,10,16,17 60:12

61:8 62:2,7 64:2,5
204:2,11,15,18
205:2,7,14 208:18
209:19 211:16
212:22 213:14 214:5
217:4,8,16 218:12
219:6,7 222:16
226:25 232:3 238:2
244:4 246:24,25
247:6,7,8 248:10
252:10 254:4

**total** 72:7 144:21
145:10,11

**totally** 9:18 79:5
160:13 211:10

**touched** 301:7

**track** 75:21 101:22
190:14 277:16

**tracking** 52:19

**traction** 214:3 257:8
342:3,9,18 343:3,9
347:4 355:9,12,16,
21,24 356:5,12,19,22
357:5,9 374:2,18,21
375:9 376:7 388:21
392:15,19,22 393:15,
20

**train** 363:15

**training** 75:23
335:10,22 358:5,14
388:7

**transcript** 33:20
321:13 327:20

**Transfer** 131:5

**transferred** 298:4

**transformation**
210:5,8

**transgender** 79:19

**transition** 25:19
307:22

**transparent** 116:6

**Traurig** 14:20

**travel** 33:3 119:8

**traveling** 33:7

**treasurer** 108:13

**treat** 95:11,20
140:13,15 358:10
363:7,11

**treated** 226:3,7
323:24 361:13,17,23

**treater** 334:22 335:3

**treating** 101:25
297:12 332:10
336:20 337:2

**treatment** 161:16
222:7 252:9 267:8,10
268:6,13,15 270:19
273:20 279:19 299:7
301:18,20 302:5,10
308:19,21 333:3
337:5 358:15 362:12,
18 363:2,9

**treatments** 362:13

**tree** 353:18,21 389:5

**trial** 17:4 33:11,13,
17,23 34:10,24 35:4,
25 36:14 37:16
115:19,22 321:6
360:21 377:17
382:12,17

**trials** 36:10 77:23
282:21 319:7 323:24
324:2 365:4

**trichomalacia**
147:12 156:2 395:12

**trouble** 12:25 19:16
239:12 240:10,19
261:10

**true** 29:19,25 30:18,
20,21 31:15 38:20
149:14 152:4,16,20
156:24 158:17
159:10,17,18,22
167:23 171:16
223:16 268:18 276:5
293:5 306:22 309:20
319:22 378:2

**trunk** 207:9,11

**trust** 336:11

**truth** 187:6 259:25

**truthful** 29:12 195:12

**TSG** 8:5

**tufted** 93:8,9,22

**tumor** 87:23

**turn** 28:5,6 120:18
128:7 132:24 137:4
163:12 183:23
229:11,14 240:13
287:24 298:20

**twist** 327:18

**twisting** 328:2,15

**two-page** 56:18

**two-week** 292:9

**type** 54:23 56:9
153:24 250:8,10
251:9,10 265:10,17,
18 274:16 276:8,22
286:25 294:14
321:20 351:3,10
358:22 361:20,21,22,
23 392:18 394:3,8
395:15

**typed** 57:20

**types** 47:5 90:25
91:19 95:17 205:14,
15,19 206:10,11,13
208:14,15,16 210:25
211:5,14 266:3 274:2
283:25 346:8,12,13
357:8 395:18 398:14

**typical** 348:4 351:18
355:16 360:9 367:25
370:5,6,13,24 371:5,
6 376:7 391:23

**typically** 266:15,18
325:15 357:25
388:25 390:13 396:7

U

**U.S.** 22:18 54:15,17
104:6

**Uh-huh** 113:17

**ultimate** 145:14,20

**ultimately** 23:4
378:6

**ultraviolet** 390:19

**umbrella** 25:10

**unable** 322:6

**unbiased** 192:12,15 194:25 320:20 361:6

**unchanged** 378:10

**undefined** 194:10

**under-** 326:21

**undergoing** 92:8 279:11

**underlying** 236:14 393:14

**understand** 9:5 21:21 40:4 43:2 57:20 60:7,10,13 74:2 79:5 92:11 98:7 111:7 125:12 139:17 147:25 155:12 160:11 173:11 215:14 220:4 222:21 231:20,25 233:7 243:14 261:23 264:20 271:25 279:16 307:18 326:21,22,23 331:23 339:10 347:2,7,8,9 368:15 396:25

**understanding** 33:12 50:7 52:15 71:10 138:6

**understood** 15:17 92:11 97:8 98:16 146:19 260:2 397:10

**underwent** 90:24

**unethical** 201:9 202:21 203:18

**unimportant** 72:13

**unique** 402:7,14,17

**unit** 378:15,21 379:3, 4,12 380:7,10,16 381:10,11,20

**United** 21:18 22:15

**units** 272:16 352:19, 23 389:9 393:7 395:11

**universe** 19:6,10

**university** 24:7 25:17 73:8 83:24 84:11 86:14 198:16

**unknown** 236:14

**unnecessarily** 13:20

**unprofessional** 375:5

**unusual** 18:24 380:10

**up-to-date** 54:6 110:14

**update** 123:24

**updated** 31:15,25

**updates** 105:14

**upfront** 118:24

**upper** 367:6,14,23 369:13 370:2 371:4 374:24,25

**upset** 215:16 216:20 328:12

**urgent** 100:5

**uterine** 330:22

**utilized** 245:3 298:4

**utilizing** 245:25

---

**V**

**vague** 112:10 114:7 173:20 237:15 249:10

**valid** 193:10 319:10 328:8

**validity** 8:11

**values** 213:3

**variety** 349:10

**vast** 361:3

**vellus** 144:20 145:9 206:11,13,15,16 207:16 208:10,11,13 272:17 293:24

**Venereology** 96:7

**venture** 94:5

**verbatim** 59:25 60:16,20,23 62:24 205:20 206:6,14,20

207:2,6 208:20 209:6,8,12,22 212:10 214:6 218:8 221:4 222:12,15,16,19 223:17 226:20 235:2, 21 241:15 242:8,16, 24 243:10 245:15,17, 20 247:6 248:14,21 249:21 253:9

**verbiage** 59:9 354:5

**verify** 52:17

**verifying** 29:24 30:5

**version** 124:9 155:14

**versions** 155:13

**versus** 189:12 223:8 231:21 241:11 272:13

**vertex** 142:17 143:3, 4,6 168:5,19,22 169:23 170:12,13,22 171:2 181:5,8,10,15, 19,22,23 182:3,6,9 184:13 265:5 349:17 366:18 391:18 393:20

**vertical** 141:18,23 143:14,21 154:15 180:13 184:14

**Vesna** 8:1 9:1,24 10:1 11:1 12:1 13:1 14:1,8 15:1 16:1 17:1 18:1 19:1 20:1 21:1, 10 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1 93:1 94:1 95:1 96:1

97:1 98:1 99:1 100:1 101:1 102:1 103:1 104:1 105:1 106:1 107:1 108:1 109:1 110:1 111:1 112:1 113:1 114:1 115:1 116:1 117:1 118:1 119:1 120:1 121:1 122:1 123:1 124:1 125:1 126:1 127:1 128:1 129:1 130:1 131:1 132:1 133:1 134:1 135:1 136:1 137:1 138:1 139:1 140:1 141:1 142:1 143:1 144:1 145:1 146:1 147:1 148:1 149:1 150:1 151:1 152:1 153:1 154:1 155:1 156:1 157:1 158:1 159:1 160:1 161:1 162:1 163:1 164:1 165:1 166:1 167:1 168:1 169:1 170:1 171:1 172:1 173:1 174:1 175:1 176:1 177:1 178:1 179:1 180:1 181:1 182:1 183:1 184:1 185:1 186:1,7 187:1 188:1 189:1 190:1 191:1 192:1 193:1 194:1 195:1 196:1 197:1 198:1 199:1 200:1 201:1 202:1 203:1 204:1 205:1 206:1 207:1 208:1 209:1 210:1 211:1 212:1 213:1 214:1 215:1 216:1 217:1 218:1 219:1 220:1 221:1 222:1 223:1 224:1 225:1 226:1 227:1 228:1 229:1 230:1 231:1 232:1 233:1 234:1 235:1 236:1 237:1 238:1 239:1 240:1 241:1 242:1 243:1 244:1 245:1 246:1 247:1 248:1 249:1 250:1 251:1 252:1 253:1 254:1 255:1 256:1 257:1 258:1 259:1 260:1 261:1 262:1 263:1 264:1 265:1

266:1 267:1 268:1 269:1 270:1 271:1 272:1 273:1 274:1 275:1 276:1 277:1 278:1 279:1 280:1 281:1 282:1 283:1 284:1 285:1 286:1 287:1 288:1 289:1 290:1 291:1 292:1 293:1 294:1 295:1 296:1 297:1 298:1 299:1 300:1 301:1 302:1 303:1 304:1 305:1 306:1 307:1 308:1 309:1 310:1 311:1 312:1 313:1 314:1 315:1 316:1 317:1 318:1 319:1 320:1 321:1 322:1 323:1 324:1 325:1 326:1 327:1 328:1 329:1 330:1 331:1 332:1 333:1 334:1 335:1 336:1 337:1 338:1 339:1 340:1 341:1 342:1 343:1 344:1 345:1 346:1 347:1 348:1 349:1 350:1 351:1 352:1 353:1 354:1 355:1 356:1 357:1 358:1 359:1 360:1 361:1 362:1 363:1 364:1 365:1 366:1 367:1 368:1 369:1 370:1 371:1 372:1 373:1 374:1 375:1 376:1 377:1 378:1 379:1 380:1 381:1 382:1 383:1 384:1 385:1 386:1 387:1 388:1 389:1 390:1 391:1 392:1 393:1 394:1 395:1 396:1 397:1 398:1 399:1 400:1 401:1 402:1 403:1

**video** 8:4,12 9:23 38:19 297:3 300:9 371:21

**videos** 330:4

**view** 102:6 194:5 320:20 361:6 368:21

**views** 195:22

**violet** 180:25

**virtually** 17:24
221:22,25

**virtue** 121:15

**visible** 151:13
170:23 305:5,6
349:18 351:19 359:7,
12 373:11

**visit** 129:21 158:22,
25 160:5 178:10

**visualization** 348:14

**visually** 211:11

**vitae** 31:3,7,15 73:2,7
75:18,25 88:5,9,11,
13 90:6,8 92:14,18
93:3,16,19 94:4 97:9
98:19 99:11 103:2,16

**vital** 166:3

**vitamin** 162:18
337:15,21 341:10
393:24 394:4,7,11

**vitamins** 341:3,13

**voice** 16:12 399:17

**Volpicelli** 42:18
45:21 346:24

**Volpicelli's** 305:4

**volume** 341:15,20

**W**

**Wadhwani** 10:24

**wait** 39:20 142:21
273:7

**waited** 68:18

**waive** 121:2

**waiving** 121:7
306:20

**walk** 144:21 259:4

**Wanda** 10:13 40:19
41:16 65:17 158:7
163:15,21 329:9,15

**wanted** 12:5,7 17:20
89:14 100:9 112:18
238:20 242:4 261:17

**301**:16 329:12
337:10 363:7 382:3
388:3,14 394:25

**warn** 37:8

**wash** 342:11

**Washington** 20:2,3
26:2 83:15

**wasting** 215:18

**water** 18:20

**waters** 16:5

**ways** 62:13 109:17,
22 263:24 266:20

**wear** 341:20

**wearing** 341:14,17
342:8 344:3

**weaves** 341:25
343:12 356:7 392:25

**Website** 191:14

**week** 40:25 41:21
65:6 66:10 71:23
82:22 84:19 85:24
87:21,22 100:12
101:3 140:17

**weekends** 71:24

**weekly** 99:25

**weeks** 12:9 70:16
100:4 140:17 292:8
314:23

**well-defined** 396:22

**well-known** 54:8

**Werbel** 263:8,19
266:14,23 267:4

**When's** 230:14

**whichever** 214:7

**white** 286:18

**wig** 167:15 340:23
344:3

**will--** 372:2

**window** 292:9

**wiped** 344:25

**withdraw** 106:9

**witnesses** 191:19
192:12,16 193:16
316:21

**woman** 264:18

**women** 91:25
207:10,12 282:20
285:19,25 286:3,4,6,
10,11,22 287:4 326:7
335:4 342:21 354:3,
15 356:23 390:13

**women's** 341:10

**wonderful** 49:17

**wondering** 96:25
133:17,22

**word** 78:5 91:15
136:10 189:11 203:6,
9 209:10,12,13,22
214:12 215:10
219:22,24 220:3
221:4,5 222:9
226:19,20 233:15
235:12 236:23
245:13,20 248:21
249:11,16 250:9
258:9 299:9 301:9,
12,17 376:20

**words** 30:24 58:16
59:17,25 60:5,21
61:9,17 62:15,16,22
77:13 91:18 102:10
113:10 146:25
170:24 172:24
187:12,24 208:6,9,
11,12 209:10,11
211:12 214:25 215:2,
8 219:10 220:10,15
224:13 226:14,20,25
231:18,22 232:2,3,4,
6,23,24 233:10,24,25
234:8,9,17,24 235:6,
20 236:15 241:11
242:11,24 245:4
258:12 301:22
327:19 328:15
349:21 362:3 376:21
382:16

**wore** 167:15 340:23
341:24

**work** 25:18,21 30:5
32:8,9 43:8 48:9,10
50:8,15,24,25 51:7

**54**:7 55:12 70:19
71:14,17,18,23,24
72:5,7,9 82:20 84:12,
15,16,21,23 85:19
86:10 87:18 101:4
106:20 112:3 117:7,8
118:23 119:6 124:3,7
126:10,11 129:23
131:5 136:6 140:6
201:8 202:21 203:5,
17 210:19 213:22
216:10 248:15 300:2
315:20 337:12

**workday** 71:20

**worked** 13:25 19:12,
14 89:12 117:4 358:6

**working** 14:2 15:8
50:25 77:12 90:14
91:14 122:12 132:21
228:18 401:14

**works** 188:12 210:14

**world** 70:13 79:6
86:18 109:20 335:25

**worried** 9:12

**worries** 142:23
399:13

**worthless** 399:8

**wrap** 37:14 244:2
381:21

**write** 61:13 62:13
123:11 158:8,9
184:11 187:19
237:18 343:24

**writing** 97:25 121:22,
24 137:12 153:16
182:19 236:21 238:6
386:13 387:2

**writings** 54:3 92:24
97:10 98:19

**written** 47:12 61:15
89:22 91:7,9,21,24
92:9,15 209:12 224:4
293:7 327:3 330:9
351:23 352:4,5

**wrong** 19:14 31:24
77:4 102:21 113:11
117:14 131:19
151:14 252:21
401:13

**wrote** 28:25 29:23
61:2 110:22 123:10
152:13 158:10,11,12
181:17 187:13,19
234:25 235:7 298:10

**Y**

**year** 23:19 36:3,9
76:3,14,16 89:11
116:20 118:5 126:6
127:9 220:18

**years** 16:20 33:11,22
36:8,11,13 55:4
89:22 93:11 98:12
101:18 104:8 105:9
148:25 149:7 178:10
190:7,19,22 191:17
223:23 245:11,16
251:11 270:18 285:2,
11 333:16 334:7,21
335:6,23 336:5 338:7
340:5 343:25 358:6

**yell** 18:5

**yellow** 199:8,12

**yesterday** 32:20,21
47:23,24 48:23
49:15,20 50:9

**yields** 318:19

**you'rs** 136:16