# **EXHIBIT G**

1          VESNA PETRONIC-ROSIC, M.D.

2            UNITED STATES DISTRICT COURT

3            EASTERN DISTRICT OF LOUISIANA

4     -------------------------------- )

5     IN RE:  TAXOTERE (DOCETAXEL)      )

6     PRODUCTS LIABILITY LITIGATION,    )MDL NO. 2740

7                                       )CIVIL CASE NO.

8     THIS DOCUMENT RELATES TO WANDA    )2:17-CV-10817

9     STEWART V. SANDOZ, INC.,          )

10    -------------------------------- )
      IN RE:  TAXOTERE (DOCETAXEL)      )
11
      PRODUCTS LIABILITY LITIGATION,    )MDL NO. 2740
12
                                        )CIVIL CASE NO.
13
      THIS DOCUMENT RELATES TO ALICE D. )2:17-CV-11769
14
      HUGHES V. ACCORD HEALTHCARE, INC. )
15
      -------------------------------- )
16

17

18        DEPOSITION OF VESNA PETRONIC-ROSIC, M.D.

19                 September 12, 2020

20

21

22

23

24    JOB NO. 184078

25    REPORTED BY:  Tina Alfaro, RPR, CRR, RMR

Page 2

```
1              VESNA PETRONIC-ROSIC, M.D.
2
3
4
5                  September 12, 2020
6                     9:00 a.m.
7
8
9          Videotaped deposition of VESNA
10   PETRONIC-ROSIC, M.D. taken remotely by video
11   conference pursuant to notice before Tina M. Alfaro,
12   a Certified Realtime Reporter and a Notary Public
13   within and for the District of Columbia.
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
1              VESNA PETRONIC-ROSIC, M.D.
2   APPEARANCES:
3      ON BEHALF OF THE PLAINTIFFS:
4      PENDLEY BAUDIN & COFFIN
5      BY: JESSICA PEREZ-REYNOLDS, ESQ.
6          24110 Eden Street
7          Plaquemine, Louisiana 70765
8   and
9      ANDREWS & THORNTON
10     BY: LAUREN DAVIS, ESQ.
11          4701 Von Karman Avenue
12          Newport Beach, California 92660
13   and
14     GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER
15     BY: M. PALMER LAMBERT, ESQ.
16          1100 Poydras Street
17          New Orleans, Louisiana 70163
18
19     ON BEHALF OF SANDOZ:
20     GREENBERG TRAURIG, LLP
21     BY: LORI COHEN, ESQ.
22         BRANDON COX, ESQ.
23         TARYN HARPER, ESQ.
24         3333 Piedmont Street, NE
25         Atlanta, Georgia 30305
```

Page 4

```
1              VESNA PETRONIC-ROSIC, M.D.
2   APPEARANCES:  (cont'd)
3      ON BEHALF OF ACCORD HEALTHCARE:
4      TUCKER ELLIS
5      BY: MADELINE DENNIS, ESQ.
6          JULIE CALLSEN, ESQ.
7          950 Main Avenue
8          Cleveland, Ohio 44113
9      ON BEHALF OF ACTAVIS, LLC, ACTAVIS PHARMA,
10     INC., AND SAGENT PHARMACEUTICALS, INC.:
11     ULMER & BERNE, LLP
12     BY: JENNIFER HEIS, ESQ.
13          600 Vine Street, Suite 2800
14          Cincinnati, Ohio 45202
15     ON BEHALF OF SUN PHARMACEUTICAL INDUSTRIES:
16     HINSHAW & CULBERTSON
17     BY: GEOFFREY COAN, ESQ.
18          53 State Street
19          Boston, Massachusetts 02109
20     ON BEHALF OF SANOFI:
21     SHOOK HARDY & BACON
22     BY: CONNOR SEARS, ESQ.
23          2555 Grand Boulevard
24          Kansas City, Missouri 64108
25
```

Page 5

```
1              VESNA PETRONIC-ROSIC, M.D.
2   APPEARANCES:  (cont'd)
3      ON BEHALF OF PFIZER AND HOSPIRA:
4      DECHERT
5      BY:  MARA GONZALEZ
6          Three Bryant Park
7          1095 Avenue of the Americas
8          New York, New York 10036-6797
9
10   ALSO PRESENT:  Michael Pineiro (videographer)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 6

VESNA PETRONIC-ROSIC, M.D.

I N D E X

EXAMINATION

| WITNESS | PAGE |
|---|---|
| VESNA PETRONIC-ROSIC, M.D. | |
| By Ms. Dennis | 11 |
| By Ms. Reynolds | 250 |

EXHIBITS

| ROSIC EXHIBITS | PAGE |
|---|---|
| Exhibit 23 | 13 |
| Expert report with attachments | |
| Exhibit 24 | 15 |
| Exhibit E - articles | |
| Exhibit 25 | 20 |
| Notice of deposition | |
| Exhibit 26 | 45 |
| Harries, Tosti article | |
| Exhibit 27 | 59 |
| Tosti article | |
| Exhibit 28 | 64 |
| Accord's docetaxel labeling and patient information from 2011 | |
| Exhibit 29 | 74 |
| Ramos article | |
| Exhibit 30 | 86 |
| Messenger, Sinclair article | |
| Exhibit 31 | 88 |
| Kolivras article | |
| Exhibit 32 | 98 |
| Medical records | |

Page 7

VESNA PETRONIC-ROSIC, M.D.

EXHIBITS
(cont'd)

| ROSIC EXHIBITS | PAGE |
|---|---|
| Exhibit 33 | 104 |
| Photographs | |
| Exhibit 34 | 133 |
| Responses and objections to notice of deposition | |
| Exhibit 35 | 190 |
| Paus article | |
| Exhibit 36 | 210 |
| Final conclusions | |
| Exhibit 37 | 213 |
| Photographs | |
| Exhibit 38 | 216 |
| Saggar article | |
| Exhibit 39 | 219 |
| Photograph from Saggar article | |
| Exhibit 40 | 237 |
| Expert report of David Madigan | |
| Exhibit 41 | 244 |
| February 26, 2016 expert report in Clarins litigation | |

Page 8

VESNA PETRONIC-ROSIC, M.D.

1  THE VIDEOGRAPHER:  Good morning,
2  Counselors.  My name is Michael Pineiro.  I'm a
3  certified legal video specialist in association with
4  TSG Reporting, Inc.
5  Due to the severity of COVID-19 and
6  following the practice of social distancing, I will
7  not be in the same room with the witness, but will
8  record this videotaped deposition remotely.  The
9  reporter, Tina Alfaro, also will not be in the same
10  room and will swear the witness remotely.
11  Do all parties stipulate to the validity of
12  this video recording and remote swearing and that it
13  will be admissible in the courtroom as if it had
14  been taken following Rule 30 of the Federal Rules of
15  Civil Procedures and the state's rule where the case
16  is pending?
17  MS. REYNOLDS:  Plaintiff so stipulates.
18  MS. DENNIS:  Accord Healthcare, Inc.
19  agrees.
20  THE REPORTER:  That's sufficient,
21  everybody.
22  THE VIDEOGRAPHER:  Thank you.
23  This is the start of media No. 1 of the
24  remote video recorded deposition of Dr. Vesna Rosic

Page 9

VESNA PETRONIC-ROSIC, M.D.

1  in the matter In Re Taxotere -- Taxotere Products
2  Liability Litigation.  Today is September 12th,
3  2020.  The time is approximately 9:05 a.m.
4  We are on the record.  Could we please have
5  the appearances by anyone present.
6  MS. REYNOLDS:  Yes.  Jessica Perez-Reynolds
7  on behalf of the PFC and on behalf of Plaintiff
8  Alice Hughes.  I believe also from the PFC on the
9  line we have Palmer Lambert and Lauren Davis.
10  MS. DENNIS:  Madeline Dennis with Tucker
11  Ellis on behalf of Accord Healthcare, Inc., and on
12  the line we also have Julie Callsen on behalf of
13  Accord Healthcare Inc.
14  MS. COHEN:  Good morning.  It's Lori
15  Cohen -- excuse me -- Lori Cohen and Taryn Harper on
16  behalf of Defendant Sandoz with Greenberg Traurig.
17  MS. HEIS:  Hi.  This is Jennifer Snyder
18  Heis at Ulmer & Berne on behalf of Actavis LLC,
19  Actavis Pharma, Inc., and Sagent Pharmaceuticals,
20  Inc.
21  MR. SEARS:  This is Conner Sears on behalf
22  of --
23  FEMALE VOICE:  Good morning --
24  THE REPORTER:  Go ahead, Conner.  Conner,

VESNA PETRONIC-ROSIC, M.D.

1    VESNA PETRONIC-ROSIC, M.D.
2  can you repeat?
3         MR. SEARS:  Sure.  Yeah.  This is Conner
4  Sears on behalf of Sanofi.
5         MS. GONZALEZ:  Hi.  This is Mara Cusker
6  Gonzalez --
7         THE REPORTER:  I'm sorry.  Hold on, please.
8  Go ahead, Mara.
9         MS. CUSKER:  Great.  Thanks.  This is Mara
10  Cusker Gonzalez from Dechert on behalf of the Pfizer
11  and Hospira Defendants.  Thanks.
12         MR. COX:  Brandon Cox from Greenberg
13  Traurig on behalf of Sandoz.
14         MR. COAN:  Geoff Coan from Hinshaw and
15  Culbertson on behalf of Sun Pharmaceutical.
16         THE REPORTER:  I think that's it.  Go
17  ahead, Madeline.
18         MS. DENNIS:  Good morning, Doctor.  Can you
19  please state your full name for the record.
20         THE VIDEOGRAPHER:  I'm sorry.  Did you want
21  to swear the witness in again or --
22         THE REPORTER:  Oh, yes.  Thank you,
23  Michael.
24         THE VIDEOGRAPHER:  No problem.
25         MS. REYNOLDS:  Yes.  We don't want to have

1    VESNA PETRONIC-ROSIC, M.D.
2  to do this again.
3         (Witness sworn.)
4         THE REPORTER:  Madeline, just to make you
5  aware, there's a bit of a delay because you're on
6  the phone.  So just keep that in mind, everybody.
7         MS. REYNOLDS:  It's pretty bad.  It's
8  pretty bad for me.  Sorry, just letting you know
9  because I can see that you're talking, but I can't
10  hear you yet for like two seconds probably.
11         THE REPORTER:  So everybody make sure they
12  take a beat and we'll get through it.
13              EXAMINATION
14  BY MS. DENNIS:
15    Q.  Good morning, Doctor.  Can you please state
16  your full name for the record.
17    A.  Vesna Petronic-Rosic.
18    Q.  Dr. Rosic, my name is Madeline Dennis and I
19  made a brief appearance on the video during day one
20  of your deposition, but I'll be asking you questions
21  today on behalf of Accord Healthcare, Inc. regarding
22  Plaintiff Alice Hughes.
23         For the record, when I say Accord today, I
24  mean Accord Healthcare, Inc.  Okay?
25    A.  Yes.

1    VESNA PETRONIC-ROSIC, M.D.
2    Q.  And I don't intend to reask any questions
3  that Ms. Cohen covered last week.  There may be some
4  questions that sound familiar that I need to clarify
5  on behalf of Plaintiff Alice Hughes, but I'll do my
6  best to get you out of here with some time to enjoy
7  your Saturday night and hopefully get you out a
8  little earlier than we did the last deposition.
9  Okay?
10    A.  Yes.  Thank you.  There's a really
11  significant delay which makes it difficult for me to
12  watch you and listen to you.  And I don't know
13  whether we should all log out and maybe log in again
14  or just -- there's like a 2-second delay.
15    Q.  Okay.  Well, I'll do my best to slow down
16  and I'll pause so that you can answer.  Is that
17  okay?
18    A.  Yes.
19    Q.  Do you understand that you're under oath
20  today?
21    A.  Yes.
22    Q.  And you understand that the oath you've
23  taken today is the same that you would take in a
24  courtroom before a judge and jury?
25    A.  Yes.

1    VESNA PETRONIC-ROSIC, M.D.
2    Q.  If you do not understand a question today,
3  ask me to clarify or repeat it.  Otherwise I will
4  assume that you understood and answered my question
5  truthfully.  Okay?
6    A.  Yes.
7    Q.  And if you need to take a break at any
8  time, just let me know.  We'll try to break every
9  hour if that still works for you.  I might need a
10  reminder, but every hour should be fine.  I just ask
11  that if there's a question pending that you answer
12  it before we break.  Okay?
13    A.  Okay.
14    Q.  I'm going to start with a little
15  housekeeping.  Do you have the documents that were
16  mailed to you in front of you today?
17    A.  I have the box.  I haven't opened it.
18  Should I open it now?
19    Q.  Yes.  Go ahead and open the binders now.
20  You can go ahead and open both of those.
21         Doctor, do you have two binders of
22  materials in front of you now?
23    A.  I do.
24              (Plaintiffs' Exhibit 23 was
25               marked for identification.)

VESNA PETRONIC-ROSIC, M.D.

1   BY MS. DENNIS:

2   Q.  Can you look at binder 1, and we will pull

3   up an electronic copy of binder 1 on the screen as

4   Exhibit 23 to your deposition.  Can you please

5   verify that this is a copy of your report for

6   Ms. Hughes, the attachments to your report including

7   your curriculum vitae, fee schedule, list of

8   testimony, materials consulted, and Exhibit E, list

9   of articles?

10      MS. DENNIS:  And, Tyler, can we pull this

11  up as Exhibit 23, please.

12      A.  Yes.

13      Q.  And this is the report that you authored

14  regarding Plaintiff Alice Hughes and the attachments

15  submitted on June 8th, 2020, correct?

16      A.  Yes.

17      Q.  And I may refer to that during the day and

18  I wanted you to have a hard copy.  At least my

19  preference is to look at things in hard copy and not

20  just on the screen.  So if I refer to Exhibit 23,

21  you can look at the binder 1.  Okay?

22      A.  Yes.  Okay.

23      Q.  And looking at binder 2 from the materials

24  that I mailed to you, I've sent you the list of

VESNA PETRONIC-ROSIC, M.D.

1   articles from your Exhibit E and PDF's of each of

2   the articles separated by tabs, correct?

3       A.  Yes.

4       MS. DENNIS:  Tyler, can we pull binder 2 up

5   as Exhibit 24, please.

6           (Plaintiffs' Exhibit 24 was

7           marked for identification.)

8   BY MS. DENNIS:

9       Q.  Dr. Rosic, you have agreed to serve as an

10  expert witness on behalf of Plaintiff Alice Hughes,

11  correct?

12      A.  Yes.

13      Q.  And your opinions about Ms. Hughes are

14  contained in Exhibit 24 or binder 1, right?

15      A.  I thought it was Exhibit 23, but yes, it's

16  in binder 1.

17      Q.  Yes.  Binder 1 or Exhibit 24, correct.

18      MS. REYNOLDS:  23.

19      MS. DENNIS:  Or 23.  I'm sorry.

20      A.  Yes.

21      Q.  And when did you prepare the report that is

22  contained in Exhibit 23?

23      A.  In June.  It took me, I don't know, a

24  couple of weeks.  So late May, early June.

VESNA PETRONIC-ROSIC, M.D.

1   Q.  And turning -- if we can pull up Exhibit 23

2   and if you look in your binder 1 at page 63 of your

3   report.

4       A.  Yes.

5       Q.  That is your signature, correct?

6       A.  Yes.

7       Q.  And when you signed this report you were

8   signing it as truthful and complete; is that

9   correct?

10      A.  Yes.

11      Q.  Do you plan to testify at trial in this

12  case?

13      A.  Yes.  If it comes to trial, yes.

14      Q.  Doctor, Ms. Cohen asked you many questions

15  about your background and professional experience

16  during your first day of the deposition.  So I will

17  not reask those questions, but I do have a couple of

18  brief follow-up questions for you.

19      First, why did you decide to do an M.B.A.

20  program?

21      A.  I'm a lifelong learner.  I had achieved the

22  maximum I could at the University of Chicago by

23  becoming a full professor and the chief of the

24  section of dermatology and I didn't want to spend

VESNA PETRONIC-ROSIC, M.D.

1   the rest of my career being in the same place.  So I

2   decided to pursue another passive interest and

3   enrich my career that way.

4       Q.  And how did obtaining an M.B.A. allow you

5   to enrich your career?

6       A.  It gave me the skills to have a very good

7   foundation of business and finance as it applies to

8   the medical industry and overall.

9       Q.  Doctor, you're not a member of the American

10  Hair Research Society; is that correct?

11      A.  I'm not.

12      Q.  Have you ever worked with a pharmaceutical

13  manufacturer?

14      A.  In what capacity?

15      Q.  In any capacity.

16      A.  I have been a -- an investigator in some

17  clinical trials.  So I've worked with them in that

18  capacity.

19      Q.  Can you tell me which manufacturers?

20      A.  Pfizer, AbbVie.  Those are the most recent

21  two.  There's -- there's a neurology medication that

22  I was part of the clinical trial.  I don't know who

23  makes the medication, but the medication had

24  cutaneous side effects and I was part of the team

VESNA PETRONIC-ROSIC, M.D.

1        VESNA PETRONIC-ROSIC, M.D.
2  assessing that.
3      Q.  You've never been employed specifically by
4  a pharmaceutical manufacturer, have you?
5      A.  I have not.
6      Q.  Do you advertise for your expert witness
7  litigation services?
8      A.  No.
9      Q.  About how much in total have you earned in
10  litigation work?
11     A.  Over my career?  In this case?  In the past
12  year?  Can you be more specific?
13     Q.  Yes.  I'm sorry.  I mean in your entire
14  career.
15     A.  That is very hard to answer.  Maybe about
16  $200,000 total.  Between 150 and 2 I would say.
17  Yeah, I'm not sure.  Between 150- and 200,000.
18     Q.  Thank you, Doctor.
19         You testified a couple weeks ago that you
20  provided expert witness services related to other
21  Plaintiffs besides Ms. Hughes and Ms. Stewart in the
22  Taxotere litigation, correct?
23     A.  Yes.
24     Q.  Have you concluded that any of the
25  Plaintiffs you assessed did not have PCIA?

1        VESNA PETRONIC-ROSIC, M.D.
2      A.  I believe that I reviewed in depth -- well,
3  let me rephrase that.  So my work in the beginning
4  was to familiarize --
5         MS. REYNOLDS:  Sorry.  I apologize.  I've
6  been objecting, but there's something on my -- going
7  on.  So I apologize.  Before you finish that answer
8  I do want to object to form to the extent that it
9  involves her consulting work as we do believe that
10  is privileged.
11     A.  I guess I can't answer that question, then.
12  Sorry.
13     Q.  Doctor, are you refusing to answer the
14  question?
15     A.  I believe that's privileged information.
16  So it's not amenable to your question, I think.  I
17  don't know.  It was privileged information.  Most of
18  what I can tell you is that my work prior to the
19  Stewart and Hughes cases involved educating the
20  attorneys about interpreting hair biopsies and the
21  biology of hair.
22     Q.  Okay.  Thank you, Doctor.  We'll move on.
23         Just to clarify, you're not going to answer
24  the question that I asked regarding the other
25  Plaintiffs in the Taxotere litigation, yes or no?

1        VESNA PETRONIC-ROSIC, M.D.
2         MS. REYNOLDS:  Object to form --
3      A.  I was not asked to give an opinion --
4         THE REPORTER:  Hold on.
5         MS. REYNOLDS:  I would object to form just
6  solely on the basis of -- of the privilege as it
7  relates to her consulting work.
8      A.  Also, I was not asked to give an opinion
9  about whether -- I was not asked to give an expert
10  opinion about the other cases as it relates to their
11  disease, but to educate the counsel on the diagnosis
12  and interpretation of specimens and so on.
13     Q.  Thank you.
14             (Plaintiffs' Exhibit 25 was
15             marked for identification.)
16  BY MS. DENNIS:
17     Q.  Let's pull up and mark as Exhibit No. 25
18  Accord's notice of deposition in this case.
19         MS. DENNIS:  And, Tyler, that should be
20  document 002.
21     Q.  While we wait for Tyler to pull up the
22  document, do you recall receiving a notice of
23  deposition that asked you to bring documents with
24  you to the deposition?
25     A.  Yes.

1        VESNA PETRONIC-ROSIC, M.D.
2      Q.  Did you look for responsive documents?
3      A.  Excuse me?  You cut off.
4      Q.  Did you look for documents that were
5  responsive to the notice and subpoena that you
6  received?
7      A.  Yes.  I provided everything that was
8  available to me readily.
9      Q.  Did you bring anything with you today?
10     A.  No.  Everything is electronic, I believe.
11     Q.  So the only thing that you have with you
12  today are the two binders from me?
13     A.  I have pretty much what you have in the
14  binders.  I have my own copies.
15     Q.  Do you have anything else in front of you
16  today?
17     A.  No.
18     Q.  How much time have you spent between your
19  deposition two weeks ago and today working on this
20  litigation?
21     A.  Well, I can't tell you exactly, but maybe
22  six hours.
23     Q.  What did you do during those six hours?
24     A.  I reviewed basically what's in these
25  binders.  I reviewed my report, the literature, and

VESNA PETRONIC-ROSIC, M.D.

1  I -- yeah.
2  Q.  Did you meet with Plaintiffs' counsel
3  between your deposition two weeks ago and today?
4  A.  Yes.
5  Q.  How many meetings did you have?
6  A.  Two.
7  Q.  How long did you meet for?
8  A.  A total of 3 hours and 45 minutes.
9  Q.  At your deposition two weeks ago you were
10 not able to tell us how many hours you'd spent in
11 total between June 2020 when you submitted your
12 report and the present.  Can you provide us with an
13 estimate sitting here today?
14 A.  I don't know the exact number, but it's
15 somewhere in the range of 40, 50 hours.
16 Q.  Before you agreed to serve as an expert in
17 the Alice Hughes case were you provided with any
18 materials regarding Ms. Hughes?
19 A.  No.
20 Q.  And looking at Exhibit 23 or binder 1,
21 tab D.
22 A.  Did you say D, as in David?
23 Q.  Yes, D, as in David.  That is a list of the
24 materials you relied on in forming your opinions,

VESNA PETRONIC-ROSIC, M.D.

1  correct?
2  A.  Yes, in addition to the reports that are
3  not included but I relied on and I believe were
4  submitted in the meantime.
5  Q.  Okay.  And which reports are those?
6  A.  Dr. Madigan, Dr. Feigal, and
7  Dr. Plunkett.
8  Q.  And you'll agree that Dr. Madigan's report,
9  Dr. Feigal's report, and Dr. Plunkett's report don't
10 appear in this list of materials consulted that you
11 submitted on June 8th, 2020, correct?
12 A.  Yes.
13 Q.  And I believe we talked about this two
14 weeks ago, but those reports, Madigan, Feigal and
15 Plunkett, they don't appear anywhere in your report
16 or reliance list either, correct?
17 MS. REYNOLDS:  Object to form.
18 A.  I believe we went through this in great
19 detail two weeks ago, but I used those reports.  The
20 studies that were just in those reports are cited in
21 the report, but the names of Dr. Madigan, Feigal,
22 and Plunkett are not.
23 Q.  Correct.  You did not cite to Dr. Madigan's
24 report anywhere in your report or reliance list,

VESNA PETRONIC-ROSIC, M.D.

1  correct?
2  A.  Correct.
3  Q.  You did not cite to Dr. Feigal's report
4  anywhere in your report or reliance list, correct?
5  MS. REYNOLDS:  Object to form.
6  A.  That is correct.
7  Q.  You did not cite to Dr. Plunkett's report
8  anywhere in your Rule 26 report or reliance list,
9  correct?
10 A.  Correct.
11 MS. REYNOLDS:  Same objection.
12 Q.  Doctor, you did not review Alice Hughes'
13 deposition testimony, correct?
14 A.  I did not.
15 Q.  And you did not review any of her
16 physicians' deposition testimony either; is that
17 correct?
18 A.  I did not.
19 Q.  And in -- in the Exhibit D in front of you
20 you listed the medical records that you reviewed for
21 this case, correct?
22 A.  Yes.
23 Q.  And were those medical records provided to
24 you by Plaintiffs' counsel?

VESNA PETRONIC-ROSIC, M.D.

1  A.  Yes.
2  Q.  Did you ask to review any additional
3  medical records?
4  A.  No.
5  Q.  Were you aware that you reviewed 631 pages
6  out of 1,455 pages of records that have been
7  produced in this case?
8  MS. REYNOLDS:  Object to form.
9  A.  I don't know that.
10 Q.  So you were not aware of that before today,
11 correct?
12 MS. REYNOLDS:  Same objection.
13 A.  Correct.
14 Q.  At various places in your report you cite
15 to internal documents from a company called Sanofi;
16 is that correct?
17 A.  Yes.
18 Q.  Were you aware that Sanofi is a separate
19 manufacturer from Accord?
20 A.  Yes.
21 Q.  And were you aware that Accord is actually
22 Sanofi's competitor?
23 MS. REYNOLDS:  Object to form.
24 A.  No.  Honestly, I didn't give that -- I

VESNA PETRONIC-ROSIC, M.D.

1  didn't think about that.
2
3      Q.  Were you aware that Sanofi is not a
4  Defendant in this case?
5      A.  In this particular case I know that
6  Sanofi's not a Defendant, yes.
7      Q.  The Sanofi internal documents that you list
8  in your report were provided to you by counsel for
9  purposes of the litigation, correct?
10     A.  Yes.
11     Q.  And you do not have access to
12  manufacturers' internal documents outside the
13  litigation context; is that correct?
14     A.  Yes.
15     Q.  And you do not consult internal company
16  documents in treating patients in your clinical
17  practice, right?
18     A.  Well, sometimes I do, but that's not
19  common.
20     Q.  What internal company documents would you
21  review in treating a patient?
22         MS. REYNOLDS:  Object to form.
23     A.  If the patient has a reaction to -- if a
24  patient has a reaction to something that is produced
25  by a company, I have on occasion requested from the

VESNA PETRONIC-ROSIC, M.D.

1
2  company additional materials to determine what was
3  in the product and whether that was related to what
4  the patient has.  This has happened a handful of
5  times in my career.
6      Q.  And a manufacturer wouldn't provide you
7  with internal proprietary company documents, though,
8  correct?
9          MS. REYNOLDS:  Object to form.
10     A.  I cannot -- I don't know whether those were
11  internal or not.  This was a while ago.  So I really
12  don't know what they provided, but they provided
13  information that helped us take care of those
14  patients.
15     Q.  So the manufacturer provided information
16  that helped you take care of your patients; is that
17  what you said?
18     A.  I mean, it provided information -- we
19  requested information and they gave us the
20  information we requested and that was in the course
21  of taking care of patients, yes, but I don't know if
22  it was proprietary information or not.
23     Q.  Do you have any reason to believe that the
24  information that the companies provided you was
25  proprietary internal information?

VESNA PETRONIC-ROSIC, M.D.

1
2      A.  I have no opinion either way.  I don't know
3  if it was or wasn't.
4      Q.  You have no reason to dispute that the
5  information regarding persistent alopecia from the
6  Sanofi clinical trials was not publicly available
7  when Ms. Hughes was treated with docetaxel in
8  November 2011, do you?
9          MS. REYNOLDS:  Object to form.
10     A.  Excuse me.  Please repeat -- please repeat
11  your question.
12     Q.  You have no reason to dispute that the
13  information on persistent alopecia from the Sanofi
14  clinical trials was not publicly available when
15  Ms. Hughes was treated with docetaxel, correct?
16         MS. REYNOLDS:  Object to form.
17     A.  I'm sorry.  I'm sorry.  That has a lot of
18  negatives.  Can you simplify your question, please.
19     Q.  Sure.  So you have no reason to dispute
20  that the information in your report regarding the
21  Sanofi clinical trials was not publicly available to
22  other manufacturers in 2011?
23         MS. REYNOLDS:  Object to form.
24     A.  I'm sorry.  I'm sorry.  You repeated the
25  same thing.  I need a simple version that has no

VESNA PETRONIC-ROSIC, M.D.

1
2  multiple negatives in it because I can't follow the
3  train of thought of what you're asking me.
4      Q.  Thank you for asking me to clarify.
5      A.  So what am -- what am I disputing?  I don't
6  know that I'm disputing anything.
7      Q.  Are you -- let me try a different question.
8  Are you aware of when the information regarding
9  persistent alopecia from the Sanofi trials was
10  publicly available?
11         MS. REYNOLDS:  Object to form.
12     A.  No.
13     Q.  So you have no reason to dispute that that
14  information was not publicly available when
15  Ms. Hughes was treated with docetaxel?
16         MS. REYNOLDS:  Object to form.
17     A.  I don't have that information.
18     Q.  You're not aware of that?
19     A.  Yeah.  I don't have that.  I don't know
20  when the information became publicly available.
21     Q.  And you have not reviewed internal clinical
22  trial data or internal company documents from
23  companies who make other chemotherapy drugs,
24  correct?
25     A.  I have not that I can recall.

VESNA PETRONIC-ROSIC, M.D.

1    VESNA PETRONIC-ROSIC, M.D.
2      Q.  And that information has not been made
3  available for your review in this case, correct?
4      A.  What information exactly?
5      Q.  Internal clinical trial data or internal
6  documents of other companies who make chemotherapy.
7      MS. REYNOLDS:  Object to form.
8      A.  Which chemotherapy?  That is a very, very
9  broad question.  Can you be more precise, please.
10     Q.  So you reviewed Sanofi internal documents
11  for this case, correct?
12     A.  Yes.
13     Q.  And you didn't review any internal
14  documents from any other manufacturer of a
15  chemotherapy drug besides Sanofi documents, correct?
16     A.  For this case?
17     Q.  Yes.
18     A.  I did not.
19     Q.  But to make a valid comparative opinion as
20  to a side effect of docetaxel versus another
21  chemotherapy you would need to review the same
22  information for the comparator drug, correct?
23     MS. REYNOLDS:  Object to form.
24     A.  I relied on the expert report of
25  Dr. Madigan who reviewed the information available

VESNA PETRONIC-ROSIC, M.D.

1    VESNA PETRONIC-ROSIC, M.D.
2  in the literature from all kinds of clinical trials
3  and did statistical analysis on it and concluded
4  that the only causative agent related to PCIA is
5  docetaxel.  So that is the information that I relied
6  on.
7      Q.  Did Dr. Madigan review internal documents
8  of other chemotherapy manufacturers?
9      MS. REYNOLDS:  Object to form.
10     A.  Oh, I don't know.  I don't know that.
11     Q.  Did you ask for internal company documents
12  or analyses related to persistent alopecia with
13  paclitaxel?
14     MS. REYNOLDS:  Object to form.
15     A.  I asked for expert reports -- excuse me.
16  Sorry.  The delay is -- is really interfering.  I
17  apologize.  I don't mean to speak over people.  Now
18  you're going to have to repeat the question because
19  I forgot what you asked.
20     Q.  No problem.  So my question is did you ask
21  for internal company documents or analyses related
22  to persistent alopecia with paclitaxel?
23     A.  In fact, I asked for expert reports that
24  give any other conclusion that would be different
25  from the one that Dr. Madigan and Dr. Feigal made

VESNA PETRONIC-ROSIC, M.D.

1    VESNA PETRONIC-ROSIC, M.D.
2  that your experts would have put together, but I did
3  not receive any.
4      Q.  My question was a little different.  Can
5  you answer my question?
6      A.  Well, you asked if I reviewed internal
7  documents or other reports.  No internal documents.
8  I asked for reports, but I didn't get any.
9      Q.  So my question was did you ask specifically
10  for internal company data or analyses related to
11  persistent alopecia with paclitaxel?
12     MS. REYNOLDS:  Object to form.
13     A.  I did not ask for internal documents
14  regarding paclitaxel.
15     Q.  Did you ask for internal documents or
16  analyses regarding persistent alopecia with
17  carboplatin?
18     MS. REYNOLDS:  Same objection.
19     A.  I'm going to take back what I just said
20  because I specifically asked for reports about any
21  of the other chemotherapy drugs.  So the answer is
22  yes, I did ask for reports.  I didn't ask for
23  company documents from the manufacturers of those
24  drugs, but I specifically asked for expert reports
25  that analyzed all the other drugs.

VESNA PETRONIC-ROSIC, M.D.

1    VESNA PETRONIC-ROSIC, M.D.
2      Q.  Okay.  You answered my question.
3      A.  From -- yeah.
4      Q.  If you were doing this analysis for a study
5  that you wanted to publish in a peer reviewed
6  scientific publication, you would review the same
7  information for the drugs that you compared, right?
8      MS. REYNOLDS:  Object to form.
9      A.  If I were doing original study for the peer
10  reviewed medical literature, I would not look at
11  internal company documents.  I would look at
12  published literature.  So it's a little bit
13  different.  It doesn't -- preparing the report for
14  this litigation is very different than preparing
15  original research for a publication in the peer
16  reviewed medical literature.
17     Q.  Thank you, Doctor.
18        When did you first hear of Accord
19  Healthcare, Inc.?
20     A.  I cannot recall.
21     Q.  To your knowledge, what does Accord do?
22     MS. REYNOLDS:  Object to form.
23     A.  I imagine they're a company that
24  manufacturers medication, but that's -- I don't have
25  anymore -- I don't have any particular information

VESNA PETRONIC-ROSIC, M.D.

1  VESNA PETRONIC-ROSIC, M.D.
2  other than knowing the name of the company.
3      Q.  And you haven't reviewed any Accord-
4  specific documents, right?
5      A.  I don't think so.
6      Q.  You have not reviewed Accord internal
7  company documents, correct?
8      A.  I have not.
9      Q.  You have not reviewed Accord employee
10  deposition testimony, correct?
11      A.  I have not.
12      Q.  You do not mention Accord anywhere in your
13  report that's contained in Exhibit 23, correct?
14      A.  Yes.
15      Q.  That's correct, you do not mention it?
16      A.  Yes, that is correct.
17      Q.  Do you know when Accord's docetaxel was
18  approved by the FDA?
19      A.  No.
20      Q.  What is involved with the FDA's 505(b)(2)
21  pathway?
22          MS. REYNOLDS:  Object to form.
23      A.  I'm not an expert in FDA approval pathways.
24      Q.  So you will not offer an opinion that
25  Accord failed to comply with the FDA's 505(b)(2)

1  VESNA PETRONIC-ROSIC, M.D.
2  pathway with regard to its docetaxel, correct?
3          MS. REYNOLDS:  Object to form.
4      A.  That is not what my role is, no.
5      Q.  And you will not offer the opinion that
6  Accord failed to warn physicians of risks associated
7  with its docetaxel, correct?
8          MS. REYNOLDS:  Object to form.
9      A.  Again, that is not -- my role was to give a
10  specific opinion on Ms. Alice Hughes and the cause
11  of her alopecia.  So I'm not involved in what you
12  just cited, the role of the company and its
13  relationship with others, whether it's the FDA or a
14  physician.
15      Q.  Okay.  So you will not offer the opinion
16  that Accord failed to warn physicians of risks
17  associated with its docetaxel, correct?
18      A.  I will not offer any opinion about Accord,
19  period.
20      Q.  And you have no reason to dispute that
21  Accord is a responsible company, correct?
22          MS. REYNOLDS:  Object to form.
23      A.  Responsible in what way?
24      Q.  In any way.
25      A.  I don't know.  I don't have enough

1  VESNA PETRONIC-ROSIC, M.D.
2  information about Accord to answer that question.
3      Q.  So you have no reason to dispute that
4  Accord cared about patient safety?
5          MS. REYNOLDS:  Object to form.
6      A.  I don't -- I don't have that information.
7  I have not -- I don't know anything about Accord
8  other than it's part of this litigation.
9      Q.  You testified two weeks ago that a
10  differential diagnosis is an integral part of the
11  exam and diagnosis of a patient with alopecia,
12  correct?
13      A.  The differential diagnosis is part of the
14  process of making a diagnosis for any patient.
15      Q.  And a differential diagnosis is an integral
16  part of the exam and diagnosis of a patient with
17  alopecia, correct?
18      A.  So the differential diagnosis is part of
19  the thought process that goes into reaching a
20  diagnosis for a patient, and it -- it happens
21  throughout the whole exam.  It's an algorithmic
22  approach to management of patients where from the
23  chief complaint, through the history of present
24  illness, through the exam in an integrated way of
25  thought process things are either included or

1  VESNA PETRONIC-ROSIC, M.D.
2  eliminated, and in the end it leads to coming up
3  with the diagnosis.
4      Q.  And you would agree with your testimony two
5  weeks ago that differential diagnosis is an integral
6  part of the exam and diagnosis of a patient,
7  correct?
8      A.  I believe I just answered that.  It's part
9  of the whole patient management process.
10      Q.  And is it an integral part of the exam and
11  diagnosis?
12      A.  I think I just answered that.  It's part of
13  the chief complaint, history of present illness,
14  review of symptoms, physical exam, assessment, and
15  plan.  Differential diagnosis is algorithmic
16  process of including or eliminating diagnoses while
17  examining and coming up with a diagnosis that the
18  patient has for their plan.  It's part of the
19  entire -- it's part of the entire process of -- of
20  taking care of a patient.  It's not only part of the
21  exam or only part of the treatment or only part --
22  it's all the years of training and learning and
23  experience and treating patients go into a
24  differential diagnosis that one makes.
25          That's why we're experts in what we do.

VESNA PETRONIC-ROSIC, M.D.

1  It's because we are able to integrate everything
2  that we've learned in order to succinctly come up
3  with a potential diagnosis and eliminate things that
4  are not -- that are not -- it's hundreds of
5  thousands of pages of textbooks, of reading, of
6  lectures, of -- tens of thousands of examined
7  patients, all that goes into the differential
8  diagnosis.  That's why someone with a lot of
9  experience has a profound approach to the diagnosis
10 and management of patients.
11      It cannot be simplified to is the
12 differential diagnosis part of the exam.
13 Differential diagnosis is part of everything I do
14 for every patient for the past 30 years.  It's
15 integral, interwoven into every step of the process.
16 It happens in the background.  Every single
17 medication I prescribe there's like a ladder of
18 evidence and thought process that goes into that to
19 come to the final diagnosis.
20     Q.  I think you've asked and answered.  Thank
21 you.  So we can agree that a differential diagnosis
22 is an important part of your analysis of a patient?
23     A.  Differential diagnosis is -- is part of
24 everything I do.  It happens automatically.  It is a

VESNA PETRONIC-ROSIC, M.D.

1  process of elimination.  It has as much importance
2  as has -- it's part of the whole process.  I cannot
3  take that out of everything else and say, well,
4  that's the part that makes all the difference.  It's
5  equally part with everything else that I do.
6      Q.  And as part of your -- as part of your
7  clinical practice in diagnosing patients with hair
8  loss you examine the patient, talk to the patient,
9  take a history, and decide whether or not to perform
10 a procedure.  That's what you testified two weeks
11 ago, correct?  Those are the steps?
12     A.  Yes.
13     Q.  And those steps are important to accurately
14 diagnose a patient with alopecia, right?
15     A.  Those steps are important for every single
16 patient whether they have a type of alopecia or not,
17 and there's many more steps that go into that.
18 That's a very, very simplified approach to what I
19 do.
20     Q.  What questions do you ask patients who come
21 to see you with alopecia?
22     A.  What type of alopecia are you referring to?
23     Q.  Anything.
24     A.  They're very different depending on -- on

VESNA PETRONIC-ROSIC, M.D.

1  different types of alopecia.  So if you specify a
2  type of alopecia, I can go through the process with
3  you.
4      Q.  For example, when a patient comes to see
5  you with hair loss, do you ask about the patient's
6  history of stressors?
7      A.  What type of hair loss are you referring
8  to?
9      Q.  Any type of hair loss.
10     A.  Well, it depends on the type of hair loss.
11 I don't ask the same questions for every type of
12 hair loss.  If you can give me a type of hair loss,
13 I'm happy to walk you through it.
14     Q.  Are there any patients who you would not
15 want to know about their history of stressors?
16     MS. REYNOLDS:  Object to form.
17     A.  Of all the patients that I see, probably.
18 Somebody comes with a wart --
19     Q.  For hair loss.
20     A.  -- I'm not going to ask them -- again, you
21 have to specify what type of hair loss.
22     Q.  Scalp hair loss.  When you see a patient
23 presenting with hair loss on his or her scalp, do
24 you want to know about that patient's history of

VESNA PETRONIC-ROSIC, M.D.

1  stressors?
2      A.  So there are many different types of hair
3  loss that happen on the scalp.  Somebody could get a
4  chemical burn on their scalp and lose hair due to
5  scarring from the process of injury, in which case
6  stressors would have absolutely nothing to do with
7  the resulting type of hair loss.  So it depends of
8  the type of hair loss.
9      Q.  For a patient who presents with alopecia
10 that looks like Ms. Hughes, would you want to know
11 about that patient's history of stressors?
12     MS. REYNOLDS:  Object to form.
13     A.  So for somebody who presents with something
14 that looks like persistent chemotherapy-induced
15 alopecia would I ask if they had had stressors?
16 Yes, I would.
17     Q.  And you believe that Ms. Hughes presented
18 with alopecia that looked like persistent alopecia
19 before you examined her?
20     A.  The moment I saw her I examined her.  The
21 moment I laid eyes on her I saw the amount of
22 diffused hair thinning that she had on her head,
23 which was very characteristic of the type of hair
24 loss that patients have that persists after

VESNA PETRONIC-ROSIC, M.D.

1
2 chemotherapy.  So I examined -- now that you say
3 that I'll go on a very brief tangent.
4       That is why I went into dermatology because
5 the moment you lay your eyes on a patient you have a
6 very succinct idea of what might be going on that is
7 much more precise than, for example, if you're an
8 internist or a family medicine physician or
9 something.  In dermatology you see the patient --
10 from 20 feet away I could see that she had a very
11 specific type of hair loss that was not, for
12 example, androgenetic alopecia or telogen effluvium
13 or alopecia areata.  So that was clear from the
14 moment I met her.
15   Q.  Let's go back to my question.
16   A.  Okay.
17   Q.  Doctor, what are the steps involved in
18 performing a physical examination in assessing
19 alopecia?
20      MS. REYNOLDS:  Object to form.
21   A.  Can you please specify what type of
22 alopecia you're referring to because it's different
23 for different types of alopecia.
24   Q.  If you are assessing a patient who
25 presented with alopecia that could be androgenetic

VESNA PETRONIC-ROSIC, M.D.

1
2 alopecia, what type of physical exam would you
3 conduct?
4   A.  Physical exam only, I would examine their
5 head, I would examine their eyelashes, eyebrows,
6 their nails, I would examine the hair on other body
7 parts, I would do a pull test, I would examine them
8 with a dermatoscope, and, if there's a need to, I
9 would -- that's -- that's it as far as the exam.
10 Everything else is either management or procedures,
11 but I would examine them with my eyes, I would
12 palpate their head, I would do a dermoscopic exam, I
13 would do a pull test.
14   Q.  What is a pull test?
15   A.  A pull test is when you take about 50 hairs
16 and you pull, and in a normal scalp you shouldn't
17 have more than three to five hairs come out from 50.
18   Q.  A pull test is not helpful in analyzing
19 cases of long-standing alopecia, is it?
20      MS. REYNOLDS:  Object to form.
21   A.  That is a very vague generalization.  A
22 pull test is done in every case of alopecia
23 practically.  Perhaps you wouldn't do it in somebody
24 who has a burn injury or lupus, chronic lupus, but
25 it is an integral part to determine whether patients

VESNA PETRONIC-ROSIC, M.D.

1
2 have active hair loss at the moment or not.
3   Q.  How do you decide whether to take a biopsy
4 of a patient that presents with hair loss?
5      MS. REYNOLDS:  Object to form.
6   A.  Well, first I determine what type of hair
7 loss they have or that I think that they have,
8 whether it's clear or not clear, whether there --
9 there is a -- information from the biopsy that would
10 contribute to determining whether there's any
11 autoimmunity involved, inflammation which would
12 guide treatment and would also guide additional
13 potential workup based on the results.  So it --
14 again, it's a very complex process of elimination
15 and inclusion.  I go through an algorithmic process
16 in my head to determine that.
17   Q.  Where would you perform a biopsy if you
18 wanted to rule out androgenetic alopecia as a
19 potential contributing factor?
20   A.  If I wanted to rule out androgenetic
21 alopecia I would do -- or to rule in androgenetic
22 alopecia I would perform it on the part of the scalp
23 that is affected by androgenetic alopecia typically.
24   Q.  What part of the scalp is that?
25   A.  Well, that is pretty much every part of the

VESNA PETRONIC-ROSIC, M.D.

1
2 scalp other than the lower rim around the head.  So
3 frontal, parietal, vertex generally.  Generally that
4 would be the areas.  So anything from the forehead
5 to the temple and on the back to the ridge that
6 separates the vertex from the nuchal area.
7      THE REPORTER:  I'm sorry.  From the what
8 area?
9      THE WITNESS:  Nuchal, N-U-C-H-A-L.
10      THE REPORTER:  Thank you.
11      THE WITNESS:  You're welcome.
12 BY MS. DENNIS:
13   Q.  Is it fair to say that ideally you would
14 want to take a biopsy from the midline of the scalp
15 to rule out androgenetic alopecia?
16   A.  I don't think that's fair to say that
17 that's ideally what I would do, no.
18      MS. DENNIS:  Tyler, let's pull up the
19 Harries, Tosti article, 003.
20          (Plaintiffs' Exhibit 26 was
21           marked for identification.)
22 BY MS. DENNIS:
23   Q.  Do you see the article on the screen,
24 Doctor?
25   A.  Yes.

VESNA PETRONIC-ROSIC, M.D.

1       VESNA PETRONIC-ROSIC, M.D.
2       THE REPORTER:  Is this a new exhibit?
3       MS. DENNIS:  Yes.  This will be
4  Exhibit 26.
5       Q.  Do you see this is an article in the
6  Journal of European Academy of Dermatology and
7  Venereology?
8       A.  I see the article, yes.
9       Q.  Are you familiar with this article?
10      A.  No.
11      Q.  Is the journal a reliable authority?
12      MS. REYNOLDS:  Object to form.
13      A.  Is this journal?  Excuse me?
14      Q.  Yes.  Is this journal a reliable authority?
15      A.  I don't know.  It's a peer reviewed
16  published journal that I read occasionally.  I don't
17  know what your definition of reliable authority is,
18  but I do read it and I think it's a good journal.
19      Q.  And you see that the second author is
20  A. Tosti, correct?
21      A.  Yes.
22      Q.  And Dr. Tosti, you relied on her report in
23  this litigation, correct?
24      A.  Yes.
25      Q.  And the article is titled "Towards the

1       VESNA PETRONIC-ROSIC, M.D.
2  consensus on how to diagnose and quantify female
3  pattern hair loss," correct?
4       A.  That and the "Female pattern hair loss
5  severity index, FPHL-SI," that is the full title.
6       Q.  And it was published in 2016; do you see
7  that?
8       A.  I cannot clearly see that because the -- I
9  guess maybe I can enlarge it.
10      Q.  If you look at the bottom left corner
11  there, the date is 2016; do you see that?
12      A.  Yes.  It was published in 2016, correct.
13      Q.  And if we turn to page 7, at the very
14  bottom of the second column the authors discuss
15  biop- -- scalp biopsies, correct?  Do you see that?
16      A.  Yes, I see that.
17      Q.  And female pattern hair loss is another
18  name for androgenetic alopecia in women, correct?
19      A.  Yes.
20      Q.  And under the scalp biopsy title it says
21  "This is generally regarded as the gold standard for
22  the diagnosis of female pattern hair loss or FPHL,"
23  correct?
24      A.  Yes.
25      Q.  And do you see towards the bottom the

1       VESNA PETRONIC-ROSIC, M.D.
2  authors write "However, for optimal diagnosis
3  biopsies should be taken from the midline,
4  potentially resulting in a small visible scar"; do
5  you see that?
6       A.  I do.
7       Q.  And that's what the authors, including
8  Dr. Tosti, wrote in this paper, correct?
9       A.  I don't know.  I haven't read this paper.
10  This is only one -- one part -- sentence from one
11  paragraph of a paper that is ten pages long.  You can
12  don't want to take anything out of context.  You can
13  also see that before that it says that you take
14  affected areas.  So other parts of the scalp can be
15  affected.
16      But in any case, I really cannot give an
17  opinion on one sentence out of a ten-page article.
18  I can only say that yes, that's what's written
19  there -- what you read is printed, yes.
20      Q.  Right.  And this section is regarding scalp
21  biopsies of women with female pattern hair loss,
22  right?
23      A.  I don't know that.  I haven't read this
24  article.
25      Q.  (Inaudible), you disagree?

1       VESNA PETRONIC-ROSIC, M.D.
2       A.  I don't disagree.  I would need to read the
3  article.  In order to give an opinion on anything in
4  is this article I need to read the article.
5       Q.  So you can't tell me by looking at that
6  paragraph whether it describes scalp biopsies of
7  female pattern hair loss?
8       MS. REYNOLDS:  Object to form.
9       A.  I would have to read the entire -- I would
10  have to read the entire article.  I will not give an
11  opinion on something that's taken one sentence out
12  of a ten-page article.  I don't know what's written
13  before that, I don't know what's written after that.
14  It is not appropriate to ask someone to give an
15  opinion based on one sentence of a ten-page article
16  they haven't read.
17      Q.  Thank you, Doctor.  I'm not asking for your
18  opinion.  I'm asking in this paragraph regarding
19  scalp biopsies in female pattern hair loss these
20  authors wrote for optimal diagnoses a biopsy should
21  be taken from the midline.  That's what the authors
22  wrote, correct?
23      A.  Yes.
24      Q.  Thank you.
25      MS. DENNIS:  We can take this one down.

VESNA PETRONIC-ROSIC, M.D.

1
2     Q.  Now, Doctor, you would agree that looking
3  at the results from a biopsy alone cannot allow you
4  to isolate which drug from a multidrug regimen might
5  be a causal factor in a patient's alopecia, correct?
6     MS. REYNOLDS:  Object to form.
7     A.  I'm sorry.  Can you repeat that?  Looking
8  at a biopsy?  Looking at a -- actually, wait.  I
9  think I can answer that.
10         When looking at a biopsy you can tell what
11 type of hair loss is present.  That is what you can
12 tell from looking at a scalp biopsy.  What elements
13 of different types of changes that are present and a
14 certain type of hair loss are present, that's what
15 you can tell.
16    Q.  Correct.  And with that information alone,
17 if you didn't have any other information, you
18 couldn't isolate which drug from a multidrug regimen
19 might be a causal factor in that patient's alopecia;
20 is that fair?
21    MS. REYNOLDS:  Object to form.
22    A.  Well, if I didn't have any other -- if I
23 didn't have any other information I wouldn't know
24 that the person was on a multidrug chemotherapy
25 regimen.  So I can't answer that question.  It's

VESNA PETRONIC-ROSIC, M.D.

1
2  not -- it contradicts itself.
3     Q.  So you certainly wouldn't be able to
4  identify the particular drug that would be a causal
5  factor of the patient's alopecia from looking at a
6  biopsy alone, correct?
7     A.  So if I know what drugs the patient has
8  been on and I know the results of the biopsy and see
9  the histopathologic findings and my knowledge tells
10 me that a certain medication is causally related to
11 this type of alopecia, then I would draw that
12 conclusion.
13    Q.  Well, that wasn't my question, Doctor.
14 What I'm asking is looking at the biopsy alone you
15 would not be able to determine which drug might be a
16 cause of a patient's alopecia; is that correct?
17    A.  If I had no other information whatsoever,
18 all I received was the biopsy and absolutely no
19 other information, then I couldn't tell because I
20 don't have the clinical part.  But if I know that
21 the patient was on certain drugs and one of them is
22 causally associated with that type of alopecia, then
23 my conclusion would be that it's related to that
24 drug.
25    Q.  Would you need any additional information

VESNA PETRONIC-ROSIC, M.D.

1
2  than what drugs the patient is on?
3     MS. REYNOLDS:  Object to form.
4     A.  Like what?
5     Q.  Like how long they took it, the dosages,
6  any comorbidities that the patient might have.
7     A.  So for this particular diagnosis of
8  persistent chemotherapy-induced alopecia the
9  constellation of histopathologic findings is such
10 that other types of alopecia do not have all those
11 same histologic findings together at the same time.
12 So it is characteristic for the type of hair loss,
13 and if the patient was on a certain medication that
14 causes that type of hair loss, then other
15 information would not be relevant.
16    Q.  You think that the other information,
17 including information regarding the patient's
18 comorbidities, other drugs the patient was taking,
19 the dosages of the medication the patient was
20 taking, would be irrelevant?
21    MS. REYNOLDS:  Object to form.
22    A.  That's not what I said.  That's not what I
23 said.  All information you get from a patient who is
24 coming to you for a medical exam and any procedures
25 is relevant and it all goes into the diagnosis.  I

VESNA PETRONIC-ROSIC, M.D.

1
2  don't know why you're trying to isolate it because I
3  had all that information available.
4         What I'm trying to say is that a
5  constellation of histopathologic findings indicates
6  a diagnosis that is causally linked to, for now, one
7  medication in overwhelming literature published to
8  that effect, in expert reports by others who have
9  evaluated the literature in a statistical way.  So
10 you're trying to pull out single little elements of
11 something that is a whole.  I can't do that.  I
12 can't tell you that without any -- like it doesn't
13 do that.  It's all a process.  You don't take one
14 little piece out of it.
15    Q.  Thank you, Doctor.  Thank you very much for
16 your explanation.  You would need more information,
17 correct, to make an accurate diagnosis?
18    MS. REYNOLDS:  Object to form.
19    A.  I think I just answered your question that
20 all the information that you have comes into play
21 when managing -- evaluating and diagnosing and
22 managing a patient.  There's histopathology and, you
23 know, I think I may have mentioned this a couple
24 weeks ago, but there's a very finite number of
25 changes that happen in the skin, or in any organ for

1            VESNA PETRONIC-ROSIC, M.D.
2  that matter, and it's the combination of changes
3  that leads you to a diagnosis.  And this particular
4  combination is one that is associated with
5  persistent chemotherapy-induced alopecia.
6  Persistent chemotherapy-induced alopecia is causally
7  related only to Taxotere.
8            Would I make a diagnosis without asking any
9  other information?  No, because that wouldn't be
10 good medical care, but --
11      Q.  Exactly.  Thank you.  That's the answer I
12 was looking for.
13      A.  Okay.
14      MS. REYNOLDS:  I don't know if now is a
15 good time, but we have been going a little over an
16 hour.  I don't know if you're at a good stopping
17 point or not.
18      MS. DENNIS:  Yes.  It would be fine to take
19 a brief break.  Why don't we come back in -- is five
20 minutes okay?  Ten minutes?
21      MS. REYNOLDS:  Yeah, ten minutes great.
22      THE VIDEOGRAPHER:  The time is 10:13 --
23      MS. REYNOLDS:  Sorry.  We can go off the
24 record.
25      THE VIDEOGRAPHER:  The time is 10:13.  This

1            VESNA PETRONIC-ROSIC, M.D.
2  is the end of media labeled No. 1.  We're going off
3  the record.
4            (A short break was had.)
5      THE VIDEOGRAPHER:  This is the start of
6  media labeled No. 2.  The time is 10:28.  We are
7  back on the record.
8  BY MS. DENNIS:
9      Q.  Doctor, before we get back into my
10 questions, I know you're focused on your diagnosis
11 of Ms. Hughes for this litigation.  However, I am
12 entitled to ask you questions about your general
13 clinical experience as a dermatopathologist, and I
14 would appreciate if you answer my questions.  Okay?
15      A.  Yes.
16      Q.  What is the basis for the statement on
17 page 15 of your report that "The terminal-vellus
18 ratio in a normal scalp is 2 to 1"?
19      A.  I believe that this particular sentence
20 refers to the ratio in the follicular unit, not the
21 total scalp hairs.  So each follicular unit contains
22 two to five hairs and -- two to five terminal and
23 zero to two vellus.  So the ratio within the
24 follicular unit should be at least 2 to 1, not in
25 the whole scalp.

1            VESNA PETRONIC-ROSIC, M.D.
2      Q.  Are you familiar -- Okay.  Are you familiar
3  with Dr. Leonard Sperling?
4      A.  Yes.
5      Q.  Were you aware that Dr. Sperling has said
6  that the terminal-vellus ratio in a normal scalp
7  should be 3 to 1?
8      A.  I cannot say that I recall him -- hearing
9  or reading him saying that, but I also have no
10 reason to disbelieve you.
11      Q.  And under Dr. Sperling's definition if a
12 dermatologist used the 2 to 1 ratio, that could lead
13 to underdiagnosing androgenetic alopecia, correct?
14      MS. REYNOLDS:  Object to form.
15      A.  I don't know if he said that.  I really
16 don't.
17      Q.  When patients come to see you with alopecia
18 following chemotherapy you offer treatment options,
19 right?
20      MS. REYNOLDS:  Object to form.
21      A.  If they -- so when -- when patients come to
22 see me who come for the chemotherapy-related
23 alopecia, if they ask for treatment, yes, I do offer
24 treatment.  Not everybody asks for treatment.
25      Q.  What treatment options do you offer for

1            VESNA PETRONIC-ROSIC, M.D.
2  chemotherapy-induced alopecia?
3      MS. REYNOLDS:  Object to form.
4      A.  Well, the typical chemotherapy -- the
5  typical chemotherapy-induced alopecia that is
6  commonly thought of you don't need to treat it.  The
7  hair grows back after three to six months.  So
8  there's no treatment necessary and we don't treat
9  it.
10           But for persistent chemotherapy-induced
11 alopecia I would offer Minoxidil most likely.  I
12 don't think that I would go to spironolactone even
13 though it hasn't been linked to an increased risk of
14 breast cancer occurrence, but Minoxidil would
15 probably be the first line of treatment.
16      Q.  And would you agree that Minoxidil needs to
17 be used for a time period before its efficacy can be
18 determined?
19      MS. REYNOLDS:  Object to form.
20      A.  Yes.  My Minox- -- if -- well, it depends
21 what you're using it for actually.  Can I ask you
22 what diagnosis you're using it for?
23      Q.  Yes.  In the context of persistent
24 chemotherapy-induced alopecia.
25      A.  Yes.  So when we prescribe Minoxidil to

Page 58

```
1            VESNA PETRONIC-ROSIC, M.D.
2   patients for persistent chemotherapy-induced
3   alopecia, we do tell them that they should use it
4   for at least four to six months before making a
5   determination on whether they want to continue or
6   not.
7            So if they want to use it, they need to
8   commit themselves to being able to be compliant for
9   that period of time because that's how long it takes
10  for hairs that are in telogen to transform into
11  anagen and to grow a hair shaft that will be visible
12  on the surface of the scalp.
13       Q.  You would agree generally that hair loss in
14  women is a very common complaint, correct?
15       A.  Can you please specify what type of hair
16  loss?
17            MS. REYNOLDS:  Object to form.
18  BY MS. DENNIS:
19       Q.  Hair loss generally, any type.
20       A.  Well, any type of hair loss -- there's a
21  lot of types of hair loss that women get, yes, that
22  is true.  It's not uncommon that a woman would have
23  a certain type of hair loss, but it's not everyone
24  and not even -- I mean, a small number of women do
25  get certain types of hair loss at a certain age too.
```

Page 59

```
1            VESNA PETRONIC-ROSIC, M.D.
2       Q.  Would you agree that --
3       A.  So see, there's some -- I'm sorry.  I don't
4   mean to interrupt, but there's so many elements that
5   go into that because it depends on the age, it
6   depends on whether they're -- you know, on their
7   nutritional status, on their medication.  So it's
8   such a general question that is very difficult to
9   answer precisely without additional elements.
10            MS. DENNIS:  Okay.  Tyler, let's pull up
11  the Tosti 2009.  It's No. 005.
12                 (Plaintiffs' Exhibit 27 was
13                 marked for identification.)
14  BY MS. DENNIS:
15       Q.  Okay.  Do you see this article on the
16  screen, Doctor?
17       A.  I do.
18       Q.  This is an article that is cited in your
19  report.  Are you familiar with it?
20       A.  If I cited it in my report I must be
21  familiar with it.
22       Q.  And, again, Dr. Tosti is a co-author of
23  this article as well, correct?
24       A.  Yes.
25       Q.  And if you look at -- I'm sorry -- the
```

Page 60

```
1            VESNA PETRONIC-ROSIC, M.D.
2   abstract, the very first line reads "Hair loss is a
3   very common complaint"; is that correct?
4       A.  Yes.
5       Q.  Would you agree with that statement?
6            MS. REYNOLDS:  Object to form.
7       A.  Well, Dr. Tosti's practice is very heavily
8   concentrated on hair loss.  So I'm sure that for her
9   that is -- most of her patients present with hair
10  loss.
11            In my practice I would say that one to two
12  patients in the clinic will complain of hair loss.
13  So about 10 to 15 percent of my -- of the patients
14  that I see in general dermatology clinic complain of
15  hair loss.
16       Q.  And you would agree that outside of your
17  clinical practice hair loss in women is a common
18  complaint, correct?
19            MS. REYNOLDS:  Object to form.
20       A.  I can't agree with that.  Yeah.  In
21  Dr. Tosti's practice it's very common, but I
22  don't -- I don't have data from others and it's not
23  something that is, in fact --
24       Q.  Would you agree with the article that you
25  cited?
```

Page 61

```
1            VESNA PETRONIC-ROSIC, M.D.
2            MS. REYNOLDS:  Object to form.
3       A.  I don't disagree with the article, but I
4   cite it.  Dr. Gordan and Dr. Tosti said that hair
5   loss is a very common complaint.  I have no reason
6   to believe that their practice is not entirely hair
7   loss.
8       Q.  Okay.  Do the authors say hair loss is a
9   very common complaint in our practice?
10       A.  Well, they don't say that, but they're --
11  they are -- there are people who concentrate
12  their -- well, at least Dr. Tosti concentrates --
13  okay.  Rather than waste everybody's time, in my
14  practice it's 10 to 15 percent, and I believe that a
15  general dermatologist will have about 10 percent
16  patients complain of hair loss.  I don't know if
17  that's very common or not, but it's more
18  objective -- it's a more objective way of
19  quantifying.  So in my practice it's 10 to
20  15 percent, and I believe that is not far off from
21  other general practices.
22       Q.  Okay.  But we can agree that what Dr. Tosti
23  wrote in the very first line of this article that
24  you cite in your report is that hair loss is a very
25  common complaint, correct?  We can agree that's what
```

VESNA PETRONIC-ROSIC, M.D.

1    VESNA PETRONIC-ROSIC, M.D.
2  that says?
3       A.  Oh, I agree that's what -- what she wrote,
4  correct.
5       Q.  And, Doctor, at a broad level the word
6  alopecia means hair loss, right?
7            MS. REYNOLDS:  Object to form.
8       A.  Yes, that is -- alopecia is Latin for hair
9  loss.  Or Greek.  I'm not sure.
10       Q.  And that definition is not limited in time,
11  right?
12            MS. REYNOLDS:  Object to form.
13       A.  I'm sorry.  I'm not sure I understand the
14  question.
15       Q.  The definition of alopecia that we just
16  discussed is not limited in time.  It doesn't have a
17  temporal element attached to it, correct?
18            MS. REYNOLDS:  Object to form.
19            MS. DENNIS:  What is your objection?
20            MS. REYNOLDS:  I'm sorry?
21            MS. DENNIS:  What is your objection?
22            MS. REYNOLDS:  You want me to state the
23  basis of it as a speaking objection on the record?
24  I just want to make sure before I --
25            MS. DENNIS:  Go ahead.

VESNA PETRONIC-ROSIC, M.D.

1    VESNA PETRONIC-ROSIC, M.D.
2            MS. REYNOLDS:  Okay.  I just think that --
3  I'm sorry.  Go ahead.
4            MS. DENNIS:  I just want to be able to fix
5  the question if you think there's something wrong
6  with the question I asked.
7            MS. REYNOLDS:  Sure.  I think that it
8  mischaracterizes what she has previously stated
9  about alopecia and it's a very generalized question
10  as to whether or not alopecia in some way gives
11  information as to what type of alopecia is being
12  referred to.  So that is my issue with it, that I
13  think it's overly broad and vague.
14  BY MS. DENNIS:
15       Q.  Doctor, we agreed that alopecia refers to
16  hair loss, correct, the word alopecia?
17       A.  The word alopecia means hair loss.
18       Q.  Okay.  And the word alopecia, the basic
19  definition of alopecia is not limited in time,
20  correct?  It includes all forms of alopecia,
21  including temporary and long-lasting alopecia,
22  correct?
23            MS. REYNOLDS:  Object to form.
24       A.  Oh, I see what you're saying.  Yes, it
25  includes various types of alopecia, correct.  Some

VESNA PETRONIC-ROSIC, M.D.

1    VESNA PETRONIC-ROSIC, M.D.
2  are transient, some are permanent.
3       Q.  Thank you.
4            MS. DENNIS:  Tyler, if we can pull up the
5  Accord labeling, No. 007.
6            THE REPORTER:  Madeline, if you could just
7  remember to identify the exhibits on the record so I
8  will have them later.  Thank you.
9            MS. DENNIS:  I believe this will be Exhibit
10  No. 28.
11            (Plaintiffs' Exhibit 28 was
12            marked for identification.)
13  BY MS. DENNIS:
14       Q.  Doctor, what I've marked as Exhibit 28 is
15  Accord's docetaxel labeling and patient information
16  from 2011.  Do you see on the very first page it
17  lists the most common adverse reactions?
18       A.  Yes.
19       Q.  And that includes alopecia, correct?
20       A.  Excuse me?  I lost you.
21       Q.  Yes.  Under the adverse reactions section
22  it lists the most common adverse reactions including
23  alopecia, correct?
24       A.  It does, but when -- when alopecia is
25  included as a side effect, it is the anagen

VESNA PETRONIC-ROSIC, M.D.

1    VESNA PETRONIC-ROSIC, M.D.
2  effluvium that is typical for chemotherapy drugs.
3  Nobody expects to read this and think my hair will
4  go away and never come back again.  Same as the
5  diarrhea doesn't -- doesn't include the potential
6  that they will dehydrate and die from that.  It's
7  not.
8       Q.  Thank you.
9       A.  It's expected that you'll have the diarrhea
10  or the alopecia while you're on the drug, and when
11  you're not on the drug it goes away.
12       Q.  Okay.  Thank you for providing your
13  understanding.  What I'm asking is the language on
14  page 1 of Accord's labeling uses the word alopecia,
15  correct?
16       A.  It does.
17       Q.  It does not state temporary alopecia on
18  this document, correct?
19       A.  It says alopecia.
20       Q.  And turning to page 60 of this document,
21  this is the patient information, and do you see it
22  again says "The most common side effect of docetaxel
23  injection includes" and it has a list of potential
24  side effects?  Do you see that?
25       A.  Yes.

VESNA PETRONIC-ROSIC, M.D.
1
2     Q.   And this list includes hair loss, correct?
3     A.   Yes.
4     Q.   And it does not say temporary hair loss; is
5  that correct?
6     A.   That is implied with all the other side
7  effects that go away after you stop therapy because
8  every chemotherapy drug causes anagen effluvium.
9  That is part and parcel of their mechanism, same as
10  they cause people feeling weak, tired, nauseous,
11  vomiting, having diarrhea, and all of those go away
12  when you stop the drug.  This does not predict --
13  this does not include, oh, your hair may never grow
14  again.
15     Q.   Doctor, are you an expert in the side
16  effects of chemotherapy generally?
17          MS. REYNOLDS:  Object to form.
18     A.   I know side effects -- I'm a physician.  I
19  know side effects of chemotherapy.
20     Q.   You're not an oncologist, are you?
21     A.   I'm sorry?
22     Q.   You're not an oncologist, correct?
23     A.   I'm not.
24     Q.   Have you ever prescribed docetaxel to a
25  patient?

VESNA PETRONIC-ROSIC, M.D.
1
2     A.   No.
3     Q.   And on this document the patient
4  information for docetaxel, it includes hair loss
5  under the most common side effects list, correct?
6     A.   I believe I already answered that question.
7     Q.   That's what it says, correct?
8     A.   I'm sorry?  I'm sorry?
9     Q.   You see that hair loss is listed in a
10  bullet under the most common side effects of
11  docetaxel?  You see that, correct?
12     A.   Yes, as I said before.
13     Q.   And I also highlighted right under that
14  list of side effects says "Tell your doctor if you
15  have any side effect that bothers you or does not go
16  away," correct?
17     A.   Yes.
18     Q.   It would be reasonable for a patient to
19  interpret this as meaning her hair might not grow
20  back; is that right?
21          MS. REYNOLDS:  Object to form.
22     A.   No.  I absolutely disagree with that.
23  Absolutely disagree with that.
24     Q.   So if a patient interpreted -- I'll strike
25  that question.

VESNA PETRONIC-ROSIC, M.D.
1
2          You would agree that all types of alopecia
3  involve a reduction in hair density, correct?
4          MS. REYNOLDS:  Object to form.
5     A.   That is too vague because there are types
6  of alopecia that -- for example, I'll give you an
7  example.  Alopecia areata causes one patch of hair
8  to completely fall out and the rest of the scalp can
9  be completely normal.  So I can't agree with your
10  statement.
11     Q.   Okay.  So which types of alopecia don't
12  involve a reduction in hair density?
13     A.   Well, again, it needs to be more specific.
14  So there are types of alopecia that cause complete
15  loss of hair follicles in an area such as alopecia
16  areata, scarring alopecias that result from chemical
17  injury or burn injury, or other types of permanent
18  hair loss.
19          Diffuse thinning of the hair can appear in
20  telogen effluvium where it affects the entire scalp,
21  it can appear in androgenetic alopecia where it
22  affects the top of the scalp, and so on and so
23  forth.
24     Q.   And you equate -- correct me if I'm wrong,
25  but are you equating diffuse thinning with a

VESNA PETRONIC-ROSIC, M.D.
1
2  reduction in density?  Are those two the same?
3     A.   They're not the same.  Diffuse hair
4  thinning implies that it could be number and hair
5  shaft caliber.
6     Q.   Okay.  So my question was specific to a
7  reduction in hair density.  Are there any types of
8  alopecia that don't involve a reduction in hair
9  density?
10     A.   Yes.  The answer that I gave you was
11  related to hair density, which is not --
12     Q.   Okay.
13     A.   -- which is not synonymous with hair
14  thinning.
15     Q.   Okay.  And we can agree that androgenetic
16  alopecia involves --
17     A.   Yeah.  I'm sorry?
18     Q.   We can agree that androgenetic alopecia
19  involves a reduction in hair density, correct?
20     A.   In specific parts of the scalp, yes,
21  frontal, parietal, vertex.
22     Q.   And in general hair density decreases with
23  age; is that correct?
24     A.   That is correct.
25     Q.   You're aware that there can be --

VESNA PETRONIC-ROSIC, M.D.
1
2      A.  Not in everybody, though.  In some people.
3  I'm sorry.  It's like your questions are so -- like
4  each one of them I need to sort of categorize.
5          Yes, hair thinning comes with age.  It's
6  called senescent hair thinning, but not everybody
7  gets it and it's a small degree of reduction in hair
8  density.
9      Q.  And you're aware that there can be multiple
10  forms of alopecia on the same scalp, correct?
11      A.  Multiple types of alopecia in one -- in one
12  individual?  It can happen, yes.
13      Q.  And on page 19 of your report in binder 1
14  you note that numerous medications have been
15  associated with hair loss, correct?
16      A.  I say "While numerous medications have been
17  associated with hair loss, only a subset of these
18  are common causes of telogen effluvium."  I'm
19  missing a word there, "effluvium."
20      Q.  Okay.  In assessing a patient with hair
21  loss you would want to know what medications the
22  patient is taking, right?
23      A.  What type of hair loss are you referring
24  to?
25      Q.  Really any hair loss.  Is there any hair

VESNA PETRONIC-ROSIC, M.D.
1
2  loss that you wouldn't want to know the medications
3  that a patient is taking?
4      A.  So it is a requirement of Medicare and
5  Medicaid for every single patient that I see that I
6  reviewed the medications that they're taking.  It is
7  completely unrelated to any diagnosis.
8      Q.  Your testimony is that the medications a
9  patient is taking is completely unrelated to any
10  diagnosis?
11          MS. REYNOLDS:  Object to form.
12      A.  No.  I'm saying it is required regardless
13  of the diagnosis.  I am required by Center for
14  Medicaid and Medicare Services to document
15  medications for every single patient.  So the
16  diagnosis when the patient comes in does not dictate
17  whether I will take a medication history or not.
18  That is dictated by practice.  That's what I'm
19  saying.
20          I didn't say it was irrelevant.  I said
21  that I have to do it regardless of -- if a patient
22  comes in with a wart, I have to do a medication
23  history.  That's what I'm saying.
24      Q.  Is it important to you in assessing a
25  patient with androgenetic alopecia to know what

VESNA PETRONIC-ROSIC, M.D.
1
2  medications the patient is taking?
3      A.  Yes, it is.
4      Q.  Looking at page 7 of your report, under
5  "Lifestyle factors that can exacerbate hair loss"
6  you describe "There's a role of cumulative stressful
7  life events in the induction of chronic" --
8          THE REPORTER:  I'm sorry.  Madeline, I
9  couldn't understand you.
10      Q.  Oh, yes.  I'm sorry.
11          You write in your report on page 7 that
12  "There's a role of cumulative stressful life events
13  in the induction of chronic telogen hair loss.
14  According to the results of a recent study,
15  experiencing at least moderate stress indicates the
16  negative effect of stress on hair growth.  With an
17  odds ratio of 8.143 it can be inferred that
18  experiencing moderate or high levels of stress in
19  everyday life might be regarded as a significant
20  risk factor for hair loss," correct?
21      A.  That is in relation to telogen effluvium.
22      Q.  Is the article that you cite related to
23  telogen effluvium?
24      A.  Yes.
25      Q.  The title is "Stressful Life Events and

VESNA PETRONIC-ROSIC, M.D.
1
2  Diffuse Unexplained Hair Loss in Women," correct?
3      A.  Correct.
4      Q.  Do you ask your patients with androgenetic
5  alopecia about life stressors?
6      A.  I do.
7      Q.  Would you agree that a cancer patient may
8  face a significant stress from a cancer diagnosis?
9      A.  I think there is significant stress from a
10  cancer diagnosis.
11      Q.  On page 21 of your report you note that
12  androgenetic alopecia is the most common form of
13  alopecia, correct?
14      A.  Just a moment.  Yes.
15      Q.  And androgenetic alopecia is actually the
16  main cause of hair loss in adult women, correct?
17      A.  That's a good question.  I'm not -- I'm not
18  certain if it's the most common -- I don't -- the
19  most common.  I actually don't know the statistics
20  on that.
21          MS. DENNIS:  Okay.  Tyler, can we pull up
22  the Ramos article.  It's 010.
23          MS. REYNOLDS:  This is Exhibit 29; is that
24  correct?
25          MS. DENNIS:  Yes, this will be Exhibit 29.

Page 74

```
 1            VESNA PETRONIC-ROSIC, M.D.
 2               (Plaintiffs' Exhibit 29 was
 3               marked for identification.)
 4  BY MS. DENNIS:
 5       Q.  And this is an article that you cite in
 6  your report, and it's authored by Paula Ramos, do
 7  you see that --
 8       A.  Yes.
 9       Q.  -- and Helio Miot?
10       A.  Yes.
11       Q.  Are you familiar with this article?
12       A.  Yes.
13       Q.  Okay.  And if you look at the very first
14  sentence that's highlighted there, it says "Female
15  pattern hair loss or female androgenetic alopecia is
16  the main cause of hair loss in adult women,"
17  correct?
18       A.  Yes.
19       Q.  Do you have any reason to disagree with the
20  authors of the article that you cite in your report?
21       A.  Other than lack of statistical data to
22  support it, no, I don't, but I would like to see the
23  numbers.  But I don't disagree with it.  You know,
24  when people write these papers they don't have
25  litigation in mind.  So they're -- some statements
```

Page 75

```
 1            VESNA PETRONIC-ROSIC, M.D.
 2  vague -- are a little vague.
 3       Q.  And looking at your report on page 7, you
 4  note that androgenetic alopecia affects 50 to
 5  75 percent of postmenopausal women 65 years and
 6  older, right?
 7       A.  Yes.
 8       Q.  So when you assess women with hair loss who
 9  are postmenopausal and older than 65, you include
10  androgenetic alopecia in the top of your
11  differential diagnosis, correct?
12       A.  Say that again, please.  Can you repeat the
13  sentence?
14       Q.  When you assess women with hair loss who
15  are postmenopausal and older than 65, you include
16  androgenetic alopecia as one of the top contributors
17  in your differential diagnosis, correct?
18       A.  If that's the pattern of hair loss that
19  they have, yes.
20       Q.  And a woman can lose a significant amount
21  of hair before noticing it with androgenetic
22  alopecia, correct?
23       A.  Yes.
24       Q.  Regarding the clinical presentation of
25  androgenetic alopecia, the hair loss is commonly
```

Page 76

```
 1            VESNA PETRONIC-ROSIC, M.D.
 2  most prominent on the crown and the front of the
 3  scalp versus the back and the sides; is that
 4  correct?
 5       A.  Typically it affects the top of the scalp,
 6  yes.  So the frontal, parietal, and vertex region
 7  with preservation of the frontal hairline.
 8       Q.  And androgenetic alopecia in women can also
 9  present as diffuse alopecia that affects the entire
10  scalp, right?
11       A.  That is very uncommon, very rare that
12  androgenetic alopecia would affect the entire scalp
13  with diffuse thinning.  Plus there's always
14  preservation of the frontal hairline even when it
15  affects more than just the top of the head.
16       Q.  You're aware that patients with
17  androgenetic alopecia can present with male pattern
18  baldness in their presentation, right?
19       A.  That is exceedingly rare.
20            MS. DENNIS:  Tyler, let's pull up No. 003,
21  the Harries article, which may already be an
22  exhibit.
23       Q.  I believe this is actually Exhibit 26 that
24  we looked at already.  Doctor, do you recognize this
25  as the article that we looked at earlier in your
```

Page 77

```
 1            VESNA PETRONIC-ROSIC, M.D.
 2  deposition?
 3       A.  I do.
 4       Q.  And turning to page 6 -- as a reminder, the
 5  title is "Towards a Consensus on How to Diagnose and
 6  Quantify Female Pattern Hair Loss," right, "The
 7  female pattern hair loss severity index"?
 8       A.  Yes.
 9       Q.  Looking at page 6 of this article, turning
10  to the second column -- if you can make it a little
11  bigger it might be easier -- the authors write "Loss
12  of terminal hairs leads to a reduction in hair
13  density that precedes the diffuse loss of volume
14  over the crown and the appearance of a bald scalp,"
15  correct?
16       A.  I don't see where -- oh, I see.  Hold on.
17  Can you give me a second so I can read it, please.
18       Q.  Absolutely.
19       A.  "Loss of terminal hairs leads to a
20  reduction in hair density that precedes the diffuse
21  loss of volume over the crown and the appearance of
22  a bald scalp," that's the sentence you are referring
23  to?
24       Q.  Correct.
25       A.  And what is your question, please?
```

Page 78

VESNA PETRONIC-ROSIC, M.D.

1
2    Q.  My question is you're aware that
3  androgenetic alopecia can present as baldness
4  covering the scalp?
5    A.  I mean, I'm aware of it.  It is extremely
6  rare for women to develop it to the degree that they
7  have a bald scalp like men often do.  It's not even
8  part of the classification we use that type of
9  baldness, that we regularly use.  I mean, it's rare.
10 It's really, really rare.
11   Q.  And the basis for your statement that this
12 type of clinical appearance with androgenetic
13 alopecia is rare, is that your clinical experience?
14   A.  It is my clinic- -- well, clinical
15 experience, yes, but that is also what various
16 literature says, that it can rarely cause diffuse
17 thinning of hair.
18       I do want to point out that the highlighted
19 sentence on the left says "A significant proportion
20 of hairs are lost as evidenced by hair follicle
21 miniaturization on biopsy."  So it's a transition of
22 terminal to vellus hairs which leads to this, but
23 the hair follicles are not lost.  It's just a switch
24 in the type of hair shaft that is produced.  And
25 vellus hairs are the hairs like the ones you have on

Page 79

VESNA PETRONIC-ROSIC, M.D.

1  your arm.  So when your scalp hair turns to arm
2  hair, that leads to a visible reduction in hair
3  density.
4    Q.  Okay.  And in terms of its pathological
5  features, follicular miniaturization is a hallmark
6  of androgenetic alopecia, that's correct, right?
7    A.  Yes.
8        MS. DENNIS:  We can take this exhibit down
9  now.
10   Q.  Doctor, do you agree that nonscarring forms
11 of alopecia, including androgenetic alopecia,
12 generally involve preservation of the sebaceous
13 gland?
14   A.  No.  In alopecia areata they may be gone.
15 In androgenetic alopecia they are reduced in size.
16 In early traction alopecia they can also be either
17 gone or reduced in size.  I have to think of the
18 other types of alopecia.  So the short answer is no,
19 but it differs from type to type of alopecia.
20   Q.  In androgenetic alopecia the sebaceous
21 glands will still be present, correct?
22   A.  Present but diminished in size.  That is
23 the normal finding in androgenetic alopecia.
24   Q.  You describe the pathological features of

Page 80

VESNA PETRONIC-ROSIC, M.D.

1
2  androgenetic alopecia on page 23 of your report,
3  correct?
4    A.  Yes.
5    Q.  And when you refer to fibrous streamers,
6  are those also known as stelae?  I don't know if I'm
7  pronouncing that right.
8    A.  Yes.  Stelae.  It's close enough.  Stelae
9  are synonymous with follicular streamers or fibrous
10 streamers.  They're all the same thing.
11   Q.  And androgenetic alopecia also involves
12 minimal inflammatory cell infiltrate, correct?
13   A.  Yes.
14   Q.  You testified at your deposition day one
15 that endocrine therapy-induced alopecia presents
16 clinically in a similar way to androgenetic
17 alopecia, correct?
18   A.  Yes.  That is what the literature has said,
19 that estrogen-induced alopecia has the clinical
20 appearance of androgenetic alopecia.
21   Q.  And the histopathological --
22   A.  And histopathological.
23       THE REPORTER:  I'm sorry?
24   Q.  Sorry.  You answered my next question.  My
25 next question was the histopathological features of

Page 81

VESNA PETRONIC-ROSIC, M.D.

1
2  endocrine-induced therapy are the same as
3  androgenetic alopecia, correct?  They appear --
4    A.  Yes.
5    Q.  They appear similar?
6    A.  Yes.
7        THE REPORTER:  Ladies, we've got to give
8  each other time to finish.
9        THE WITNESS:  Sorry.  This delay
10 is awkward.
11       THE REPORTER:  That's fine.
12 BY MS. DENNIS:
13   Q.  Doctor, in your list of articles,
14 Exhibit E, which is binder 2, you cited articles
15 that state that the histopathological features of
16 PCIA look the same as androgenetic alopecia,
17 correct?
18   A.  Yes.  There were articles where the
19 findings looked similar to androgenetic alopecia.
20 Those articles were early on.  It took time for
21 features to crystallize as being more characteristic
22 of PCIA.
23   Q.  What do you mean by "early on"?  What date
24 are you referring to?
25   A.  I think it's only in the last two years

VESNA PETRONIC-ROSIC, M.D.

1  that it's been -- that the collection of features on
2  biopsy for PCIA has sort of been figured out as
3  consistent and includes miniaturization, dysmorphic
4  telogen follicles, trichomalacia, reduced number of
5  follicular units, little inflammation, and so on.
6  And I think that initially when these reports
7  started coming out some of those were present in
8  various articles, but not all of them were listed
9  until later when the information was collected from
10 various literature.
11     Q.  Do the later articles that you're referring
12 to dispute the characterization that the
13 histopathological features of PCIA look similar to
14 androgenetic alopecia?
15     A.  They don't dispute it as in we're
16 publishing this to dispute it.  They just list the
17 characteristics that are -- that PCIA has, and those
18 are not the same ones as androgenetic alopecia.  A
19 couple of them overlap, but the others don't.
20     Q.  Okay.  So, for example, looking at tab 10
21 in Exhibit 24, which is binder 2, that's the Kluger
22 article, correct?
23     A.  Correct.
24     Q.  Okay.  And on page 2882, which is the

VESNA PETRONIC-ROSIC, M.D.

1  fourth page of the article, do you see where the
2  authors discuss about the second column, two
3  paragraphs from the bottom it says "Our histological
4  analyses were consistent with androgenetic
5  alopecia," correct?
6     A.  In 53 percent of the patients, and then
7  67 percent have other features that were not -- like
8  a dermal lymphocytic infiltrate and so on and so
9  forth.  So some patients had -- the feature that
10 they list is consistent with androgenetic alopecia.
11 It's the increased amount of vellus hair in favor of
12 androgenetic alopecia in 53 percent, but other
13 features were reduced follicle density,
14 perifollicular mild lymphocytic infiltrate, and then
15 it goes on.  So there are other features listed
16 there.
17     Q.  Yes.  And my question was these authors
18 wrote "Our histopathological analyses were
19 consistent with androgenetic alopecia," right?
20 That's what they wrote?
21     A.  In 53 percent of the patients, yes.  That's
22 what I said.
23     Q.  So the authors characterized their analyses
24 as consistent with androgenetic alopecia?

VESNA PETRONIC-ROSIC, M.D.

1     A.  Right.  And --
2     Q.  And then they go on to describe various --
3  go ahead.
4     A.  So as I said, this article was published in
5  2012.  So these -- this study -- if it was published
6  in 2012, this study was done over the previous one
7  to three years.  That is typically how it happens.
8        So these are the earlier studies and, yes,
9  nobody disputes that PCIA has some characteristics
10 that other alopecias have as well, but the total of
11 all the characteristics that combine to make PCIA,
12 no other alopecia has the same combination of
13 histopathologic findings.
14       So yes, miniaturized hairs are present in
15 androgenetic alopecia.  They're also present in
16 PCIA, they're present in alopecia areata, they're
17 present in senescent alopecia.  It goes back to the
18 fact that there are only a handful of features that
19 can happen in the scalp, and it's the combination of
20 those features that characterizes a certain type of
21 alopecia.
22     Q.  Right.
23     A.  So the fact that one --
24     Q.  Doctor, you've answered my question.

VESNA PETRONIC-ROSIC, M.D.

1     A.  Please -- please let me finish because this
2  is a teaching moment.
3     Q.  We're going to move on because you're not
4  answering my question.
5        Am I correct in characterizing what you
6  just told me as saying you believe that the
7  description of the pathological features of PCIA are
8  different in some of the more recent articles than
9  they are in this article that we're looking at right
10 now?
11     A.  No, I didn't say that.
12     Q.  Okay.  So the authors of the recent
13 articles, they describe the same pathological
14 characteristics of the article we're looking at,
15 correct?
16     A.  What I said and what the literature shows
17 is that over time a collection of features have
18 proved to be characteristic of PCIA and individual
19 elements of those features in the earlier articles
20 were published, but over time various features from
21 different publications have been recognized as
22 characteristic of PCIA.  So in current articles, in
23 addition to the features described in this article,
24 other features are described as well.  That's what I

VESNA PETRONIC-ROSIC, M.D.

1  said.

2     Q.  So the article -- the recent articles

3  describe different or additional features, you

4  believe, from this article?

5     A.  Additional features have been published and

6  recognized as characteristic for PCIA, in addition

7  to those in Kluger's article from 2012.

8     Q.  We'll come back to those more recent

9  articles a little later.

10        Doctor, there's medical literature that

11  describes a reduction in follicle count with

12  androgenetic alopecia, correct?

13     A.  Can you please show me the literature.

14     Q.  Yes.  In fact --

15        MS. DENNIS:  Tyler, can you please pull up

16  017, this is the Messenger, Sinclair article.  This

17  will be, I believe, Exhibit 30.

18              (Plaintiffs' Exhibit 30 was

19                 marked for identification.)

20  BY MS. DENNIS:

21     Q.  Okay.  Doctor, do you see the article,

22  Exhibit No. 30, on your screen?

23     A.  Yes.

24     Q.  Okay.  This is an article that you cited in

VESNA PETRONIC-ROSIC, M.D.

1  your report.  It's authored by A.G. Messenger and

2  R. Sinclair.  Are you familiar with this article?

3     A.  Yes.

4     Q.  Okay.  Turning to the last page, the

5  authors' conclusion paragraph, the very last

6  sentence says "We suggest that miniaturization

7  eventually results in the deletion of hair

8  follicles," correct?

9     A.  That is what it says.

10     Q.  And this is an article that you cited in

11  your report?

12     A.  Yes, but that is a suggestion.  It's not

13  evidence.  That cannot be used -- that cannot be

14  used as evidence that androgenetic alopecia

15  typically has a decreased follicular count.  Any

16  textbook will show you that that's not correct.

17        They're suggesting something at the end of

18  an article where the characteristics -- if you read

19  that whole paragraph, it describes miniaturization

20  as the correct characteristic feature.

21     Q.  Okay.  Are you familiar with Dr. Curtis

22  Thompson?

23        THE REPORTER:  What's the last name?

24        MS. DENNIS:  Thompson.

VESNA PETRONIC-ROSIC, M.D.

1        THE REPORTER:  Go ahead.

2     A.  Am I -- say that again.  I'm sorry?

3     Q.  Are you familiar with a Dr. Curtis

4  Thompson?

5     A.  I have -- I know of a Dr. Curtis Thompson.

6  I don't know him personally.

7     Q.  Were you aware that he served as a witness

8  for Plaintiffs in the Taxotere litigation?

9     A.  Yes.

10        MS. DENNIS:  Tyler, can we please pull up

11  No. 018, the Kolivras article.  This will be Exhibit

12  No. 31.

13              (Plaintiffs' Exhibit 31 was

14                 marked for identification.)

15  BY MS. DENNIS:

16     Q.  Doctor, do you see Exhibit 31 on your

17  screen?

18     A.  I do.

19     Q.  And this is an article published in 2017 in

20  the Journal of Cutaneous Pathology; do you see that?

21     A.  Yes.

22     Q.  And it is authored by last name Kolivras

23  and Curtis Thompson; do you see that?

24     A.  Yes.

VESNA PETRONIC-ROSIC, M.D.

1     Q.  Looking at I believe it's the third page of

2  this article -- first of all, are you familiar with

3  biphasic alopecia?

4     A.  Can you explain to me what that is in your

5  interpretation, and then I will tell you whether I'm

6  familiar or not.

7     Q.  I'm just asking if you know as a

8  dermatopathologist what biphasic alopecia refers to?

9     A.  That's not a term that I use.

10     Q.  Okay.  Looking at the highlighted portion,

11  the authors describe "This follicular stem cell

12  exhaustion and permanent hair loss may be seen in

13  pattern hair loss, particularly in males, alopecia

14  areata, and traction alopecia.  In other words,

15  follicular scarring should not only be seen as

16  inflammation selectively attacking the hair

17  follicle, but also as follicular deletion in chronic

18  alopecia even in the absence of apparent

19  inflammation"; do you see that?

20     A.  Yes.

21     Q.  And would you agree that even in a

22  noninflammatory form of androgenetic alopecia

23  follicular deletion can occur?

24     A.  In very long-standing alopecia,

VESNA PETRONIC-ROSIC, M.D.

1
2 androgenetic alopecia that started when somebody was
3 in their 20s, by the time that they're 70, yes.  So
4 that happens over many decades.  It's not something
5 that happens in a matter of a couple of years.  It
6 has to be very, very long-standing.
7     Q.  And what's your basis for the statement
8 that it has to be very, very long-standing?
9     A.  My knowledge from all the years of learning
10 and teaching and treating patients who have alopecia
11 and being a dermatopathologist.
12     Q.  Can you point us to any medical literature
13 or medical textbook that would stand for that
14 statement?
15     A.  I would have to look for it, but if I had
16 time to look for it I'm sure that I could find
17 literature to support that.  This is not typical.
18         On the other hand, if you can point me to a
19 classic textbook list of histopathologic changes of
20 androgenetic alopecia that list hair follicle loss
21 as permanent as typical, that would be the
22 equivalent.
23     Q.  Okay.
24     A.  It's very long-standing.  Same with
25 alopecia areata, it has to be present for many,

VESNA PETRONIC-ROSIC, M.D.

1
2 many, many years for the hair follicles to
3 disappear.  That's what the literature says.
4     Q.  Doctor, you would agree that a patient on
5 chemotherapy could have pre-existing androgenetic
6 alopecia, correct?
7     A.  Any patient?
8     Q.  Any patient on chemotherapy.
9     A.  I mean, I guess they could.
10     Q.  And in your report at page 21 you note that
11 androgenetic alopecia can be worsened by drugs with
12 androgenetic effects, right?
13     A.  Let me just turn to that page, please.  So
14 what my report says is that "Androgenetic alopecia
15 is often precipitated and exacerbated by conditions
16 that can induce telogen effluvium, including drugs,
17 acute stressors, weight loss, and childbirth."
18     Q.  Correct.  And you go on to say "For
19 example, drugs with androgenetic effects, including
20 contraceptives containing androgenic progestins and
21 hormonal treatments for menopause, may induce or
22 worsen androgenetic alopecia," correct?
23     A.  Yes.
24     Q.  And hormonal treatments for menopause would
25 include estrogen therapy like letrozole, correct?

VESNA PETRONIC-ROSIC, M.D.

1
2     A.  Letrozole is an estrogen therapy, yes.
3     Q.  In the line that you read you also agree
4 that androgenetic alopecia could be precipitated or
5 exacerbated by stressors, correct?
6     A.  Yes, that's what it says.
7     Q.  And a family history of alopecia is
8 characteristic with androgenetic alopecia and other
9 forms of alopecia, including alopecia areata; is
10 that correct?
11     A.  I'm sorry?  I'm sorry.  Please repeat that.
12 You broke off.
13     Q.  A family history of alopecia is
14 characteristic with androgenetic alopecia, correct?
15     A.  I wouldn't say characteristic.  I would say
16 that androgenetic alopecia and alopecia areata are
17 the types of alopecias that can have a family --
18 positive family history.
19     Q.  Okay.  And as you've testified, to
20 accurately determine the causes of a patient's
21 alopecia a dermatologist needs to examine the
22 patient, right?
23     A.  Correct.
24     Q.  You wouldn't refer one of your patients
25 with hair loss to an oncologist to diagnose the

VESNA PETRONIC-ROSIC, M.D.

1
2 patient's alopecia, would you?
3     A.  I would not.
4     Q.  Just like an oncologist would not refer a
5 patient to you to diagnose the stage of their breast
6 cancer, right?
7     A.  Well, actually, sometimes they do, but
8 typically not.  If I'm reading the pathology and
9 it's metastatic breast cancer, I will be the one
10 staging the patient, but that is rare.
11     Q.  And in a similar vein you wouldn't expect a
12 patient to be able to accurately self-diagnose her
13 hair loss, correct?
14     A.  Unless they're a dermatologist or a
15 physician who is able to assess themselves, I
16 guess -- I don't -- a layperson with no medical
17 knowledge cannot conduct a medical examination and
18 diagnosis.  I'm sure that they can put two and two
19 together and figure out if something happened that
20 resulted in a certain type of hair loss.
21     Q.  And you would agree there's no such thing
22 as a self-reported diagnosis, correct?
23     A.  No, I don't agree with that.
24     Q.  Can you tell me what a self-reported
25 diagnosis is?

VESNA PETRONIC-ROSIC, M.D.

1
2     A.  I mean, if somebody's -- somebody's
3  doing -- let me take a step back.
4        If, for example, a patient presents with an
5  idea of what they have, that's a self-reported
6  diagnosis based on either a description that they
7  have or information -- other information maybe they
8  read.  A lot of people now come and they'll say this
9  is what I have, I figured it out on the Internet,
10  but I came so that you can -- so that I can be sure
11  that I found the right diagnosis.
12        So yeah, there's a lot of self-reported
13  diagnosis going on.
14     Q.  Would that be more accurately characterized
15  as a chief complaint by a patient?  In other
16  words --
17     A.  A chief complaint?
18     Q.  In other words, a doctor is needed to make
19  a medical diagnosis, correct?
20     A.  You know, I think -- I think that's a very
21  general statement.  I think that I've had a lot of
22  patients over the years who -- who are educated and
23  have done searches and have come up with a diagnosis
24  that they believe is correct and upon examination it
25  was correct, but in order to create a medical chart

VESNA PETRONIC-ROSIC, M.D.

1
2  note and to have a diagnosis in a medical record,
3  you do need a healthcare provider to do that.
4     Q.  And you would certainly want a
5  dermatologist to confirm a patient's self-reported
6  diagnosis, right?  That's why we need you, right?
7     A.  Again, that's a very general statement.  I
8  mean, that's a general statement.  If you want to
9  know for sure that something is a correct diagnosis,
10  then yes, you would want the appropriate specialist
11  to confirm it.  Of course, I am equipped better than
12  others to diagnose skin, hair, and nail diseases,
13  but it doesn't mean that nobody else can make a
14  diagnosis.
15     Q.  You would agree with Dr. Feigal that
16  endocrine therapy and nondocetaxel chemotherapy
17  agents are confounding variables to persistent
18  chemotherapy-induced alopecia, correct?
19     A.  Can you please point me in her report to
20  that paragraph.  I want to read exactly what it
21  says.
22     Q.  This is something that Dr. Feigal testified
23  last week regarding.
24     A.  Oh, I'm sorry.  I cannot give an opinion on
25  one-half of a sentence taken out of seven-hour

VESNA PETRONIC-ROSIC, M.D.

1
2  deposition testimony.  I'd have to read it in
3  context of what else was being discussed.
4     Q.  As a dermatopathologist you would agree
5  that endocrine therapy and nondocetaxel chemotherapy
6  agents are things you would need to consider in
7  diagnosing a patient with alopecia following
8  chemotherapy?
9     A.  Do I -- would I consider endocrine therapy
10  and what other kind of therapy?
11     Q.  Other chemotherapy agents besides docetaxel
12  that a patient took.
13     A.  Would I consider those when -- when
14  diagnosing somebody with a specific type of -- yeah,
15  of course I would consider those.
16        MS. DENNIS:  We've been going I think for a
17  little more than an hour.  This is a good breaking
18  point.  I'm fine to take a break.
19        THE REPORTER:  That would be great.
20        THE WITNESS:  This is great.  Thank you.
21        MS. REYNOLDS:  We can go off the record.
22        THE VIDEOGRAPHER:  All right.  The time is
23  11:27.  We're going off the record.
24              (A short break was had.)
25        THE VIDEOGRAPHER:  This is the start of

VESNA PETRONIC-ROSIC, M.D.

1
2  media labeled No. 3.  The time is 11:41.  We are
3  back on the record.
4  BY MS. DENNIS:
5     Q.  Dr. Rosic, I'd like to talk a little bit
6  about Alice Hughes now.  First of all, you're aware
7  that Ms. Hughes is cancer free as of today, right?
8        MS. REYNOLDS:  Object to form.
9     A.  Yes.
10     Q.  And you know that part of her treatment
11  regimen for her breast cancer involved docetaxel,
12  correct?
13     A.  I do know that, yes.
14     Q.  You have not spoken to any of Ms. Hughes'
15  treating physicians, have you?
16     A.  I have not.
17        MS. DENNIS:  All right.  I'd like to pull
18  up Exhibit No. 019.  This will be Exhibit 31 to the
19  deposition.
20        I apologize for the delay, Doctor.  We're
21  having an issue pulling this particular exhibit up,
22  but it should just be a few more seconds.
23        THE WITNESS:  No problem.
24        MS. DENNIS:  Okay.  We're having issues
25  with this particular exhibit.  So I'm going to move

VESNA PETRONIC-ROSIC, M.D.
1
2  on to the next exhibit.  Tyler, if you could pull up
3  Exhibit 020, which are the medical records from
4  March 2nd, 2020.
5              (Plaintiffs' Exhibit 32 was
6              marked for identification.)
7  BY MS. DENNIS:
8     Q.  All right.  Doctor, what I've marked as
9  Exhibit No. 33 [sic] is the set of your medical
10 records and derm surg report related to Ms. Hughes
11 from March 2, 2020.  Does this appear to be your
12 medical record?
13    A.  Yes.
14    Q.  And you met with Alice Hughes once, right,
15 on March 2, 2020?
16    A.  That is correct.
17    Q.  And you examined Ms. Hughes after you were
18 already retained as an expert for Plaintiffs in this
19 litigation, correct?
20    A.  Correct.
21    Q.  You had been serving as an expert for
22 Plaintiffs since around October of 2018; is that
23 right?
24    A.  Yes.
25    Q.  And Ms. Hughes was referred to you by

1              VESNA PETRONIC-ROSIC, M.D.
2  counsel for assessment of her persistent
3  chemotherapy-induced alopecia, right?
4     MS. REYNOLDS:  Object to form.
5     A.  So -- so actually the chief complaint says
6  that she would -- was referred by Dr. Veith, which
7  is what she would have told my medical assistant,
8  but I did see her as -- seeing her was organized by
9  the counsel, yes.
10    THE REPORTER:  Madeline, before I forget.
11 You said Exhibit 33, but it's 32.
12    MS. DENNIS:  Thank you.
13    THE REPORTER:  I didn't want to let you go
14 much longer.
15    MS. DENNIS:  Yes.  Okay.
16 BY MS. DENNIS:
17    Q.  And you have not talked to Dr. Veith
18 before, correct?
19    A.  I have never talked to Dr. Veith.
20    Q.  But you spoke with Ms. Hughes' attorneys
21 before they saw her, correct?
22    A.  Yes.
23    Q.  And your visit with Ms. Hughes took place
24 about eight years after she completed her
25 chemotherapy, correct?

1              VESNA PETRONIC-ROSIC, M.D.
2     A.  Yes.
3     Q.  You never met or spoke with her before
4  March 2nd, 2020, correct?
5     A.  That is correct.
6     Q.  And you haven't seen her since that date,
7  have you?
8     A.  No, I have not.
9     Q.  You don't plan to see her again, do you?
10    A.  I do not.
11    Q.  You're not her treating physician; is that
12 correct?
13    A.  That's correct.
14    Q.  And you knew that Ms. Hughes was coming to
15 see you as a Plaintiff in litigation related to
16 alleged persistent alopecia with docetaxel, correct?
17    A.  Yes.
18    Q.  Okay.  You didn't review any pathology of
19 Ms. Hughes' scalp before the pathology that you
20 performed, right?
21    A.  Excuse me.  What do you mean by
22 "pathology"?
23    Q.  Did you review any biopsies of Ms. Hughes'
24 scalp before the biopsies that you took in March of
25 2020?

1              VESNA PETRONIC-ROSIC, M.D.
2     A.  No.
3     Q.  On page 48 of your report in binder 1 you
4  note that Ms. Hughes had a normal head of hair
5  before with chemotherapy, correct?
6     A.  That is what she told me, yes.
7     Q.  Okay.  What is a normal head of hair for a
8  woman of Ms. Hughes' age and menopausal status?
9     A.  A normal head of hair would be one where it
10 grows a certain length, there's no bald spots.  That
11 would be -- I mean, she could cut it short, but it
12 would -- if she didn't cut it it would grow past her
13 shoulders and it would be gray at her age most
14 likely, but the density -- the hair density should
15 be such that you don't see the -- you don't see
16 through to the scalp.  That would be normal.
17    Q.  In your report you describe considerable
18 individual variation of what is normal for any
19 patient; is that right?
20    A.  Which particular part of the report are you
21 referring to?
22    Q.  Page 14.
23    A.  I'm sorry?  In my report on page 14?
24    Q.  Yes.
25    A.  Okay.

Page 102

VESNA PETRONIC-ROSIC, M.D.

1
2    Q.  You describe the normal scalp and
3  transverse section.
4    A.  Yes.
5    Q.  Okay.  And do you see about halfway down
6  you say "Considerable individual variation exists
7  and the range of normal is quite broad"?
8    A.  On biopsy, yes.
9    Q.  And do you agree that there's considerable
10  individual variation in what is normal for a
11  person's hair?
12    MS. REYNOLDS:  Object to form.
13    A.  Yeah.  I think if you're -- so on
14  histopathology there is a range of hair follicle
15  count that is considered normal, but we usually take
16  the average, which is 34 to 38 hairs for a
17  4-millimeter punch biopsy in a Caucasian scalp.  And
18  so if somebody has 30 hairs, we don't -- you know,
19  we won't say that it's reduced.  But if somebody has
20  15 hairs, then we'll say it's reduced.
21    Now, if you -- I imagine if you -- these
22  numbers were reached by doing biopsies on multiple
23  people who were not considered to have any type of
24  particular hair loss happening and included a range,
25  here it says it has been recorded between 19 and 59,

Page 103

VESNA PETRONIC-ROSIC, M.D.

1
2  but we look at the average most often.
3    Q.  What I'm really trying to get at is your
4  use of the word -- the phrase "normal head of hair."
5  Would you agree that a normal head of hair would be
6  very different depending on the patient's age or
7  sex?
8    A.  Well, it varies greatly by age, sex, by
9  race, hair type.  Blondes have more hair follicles
10  than dark-haired individuals, for example, by as
11  many as 20 percent.  So -- so there's a range, yes.
12    Q.  And your basis for the assertion that
13  Ms. Hughes had a normal head of hair before chemo is
14  what she reported to you, right?
15    A.  Yes.
16    Q.  You didn't review any previous dermatology
17  records related to Ms. Hughes, did you?
18    A.  I did not.
19    Q.  So the information regarding her normal
20  head of hair was provided to you by a Plaintiff who
21  is suing Accord related to hair loss, right?
22    A.  She gave me that information, yes, in her
23  history of present illness.
24    Q.  And she's a Plaintiff suing Accord related
25  to hair loss, right?

Page 104

VESNA PETRONIC-ROSIC, M.D.

1
2    A.  Yes.
3    MS. REYNOLDS:  Object to form.
4    Q.  We're going to switch gears a little bit
5  and mark as Exhibit 34 --
6    THE REPORTER:  33.
7    Q.  -- the exhibit I was planning to use a
8  minute ago.
9    THE REPORTER:  Is it 33?
10    MS. DENNIS:  This will be 34, right?  This
11  will be a new one.
12    THE REPORTER:  No.  33.
13    MS. DENNIS:  Oh, I thought you told me the
14  last one was 33.
15    THE REPORTER:  No.  I corrected you.  The
16  last one was 32.  You said 33, but -- Tyler, help
17  her out.
18    MS. DENNIS:  So we've got 33 will be coming
19  up now.
20            (Plaintiffs' Exhibit 33 was
21             marked for identification.)
22  BY MS. DENNIS:
23    Q.  Doctor, what I've marked as Exhibit 33
24  [sic] is a set of photographs that were identified
25  as photographs that you reviewed of Ms. Hughes

Page 105

VESNA PETRONIC-ROSIC, M.D.

1
2  before she saw you for treatment before your
3  examination in March 2020.
4    A.  I did not --
5    Q.  Do you recognize these photographs?
6    A.  Yes, but I did not review these before I
7  saw her.
8    Q.  When did you review these?
9    A.  Very recently.
10    Q.  Did you review these before you authored
11  your report in June of 2020?
12    A.  No.
13    Q.  Looking at -- okay.  Looking at -- in your
14  binder 1 with your report and attachment if you'll
15  turn to tab D, which is your materials consulted
16  list.
17    A.  Yes.
18    Q.  You'll note that the second item listed is
19  photographs of Alice Hughes depicting hair before
20  and after chemotherapy, correct?
21    A.  That is true, but I don't remember seeing
22  this particular photo before I wrote my report.
23  Maybe I did.  I just don't remember.
24    Q.  Well, we'll go through a couple more.  Did
25  you see this photo?

VESNA PETRONIC-ROSIC, M.D.

1      A. My recollection of seeing these is from
2 recently, but, you know, a lot has happened since I
3 prepared that report, notwithstanding COVID and
4 everything else. So -- but my recollection is more
5 recent.
6      Q. Okay. This particular picture on the
7 screen, have you seen it before?
8      A. Yes.
9      Q. Okay. Did you see it before you submitted
10 this report and materials list?
11     A. I don't think so, but I can't be sure. I
12 reviewed what I had, but I can't be sure about
13 these. These wedding photos, I don't recall those.
14     Q. Did you review any photographs before you
15 submitted your report in June of 2020?
16     A. I'm sure I did. I reviewed a -- I mean,
17 I'm sure I did.
18     Q. (Inaudible.)
19     A. Excuse me?
20     Q. I'm going to scroll through this -- I will
21 scroll through the photographs that we have from her
22 records, and will you let me know as I go through if
23 you saw the photographs before you authored your
24 report.
25

VESNA PETRONIC-ROSIC, M.D.

1      A. I did see this, yes.
2      Q. Okay. And this picture wasn't taken by a
3 dermatologist presumably, right?
4      A. I would think this was taken by her
5 employer.
6      Q. Okay. And it doesn't involve a close-up
7 view of her entire scalp, does it?
8      A. No.
9      Q. Did you review this photograph before you
10 authored your report?
11     A. Yes.
12     Q. And, again, this photograph doesn't include
13 a close-up of Ms. Hughes' scalp, does it?
14     A. No.
15     Q. It wasn't taken by a dermatologist, at
16 least in a medical setting, correct?
17     A. It's not in a medical setting, no. I don't
18 know who took the photo.
19     Q. Did you review this photograph before you
20 examined Ms. Hughes?
21     A. Yes, I believe -- well, you know, I don't
22 want to say something that I'm not a hundred percent
23 certain. I reviewed this when I prepared the
24 report. I don't think I reviewed any of these
25

VESNA PETRONIC-ROSIC, M.D.

1 before I examined her.
2      Q. Okay. And the records that we have
3 regarding photographs of Ms. Hughes involve five
4 photographs before she was treated with
5 chemotherapy. Did you review more than five
6 photographs before she was treated with
7 chemotherapy?
8      A. I only reviewed what's in the folder that I
9 believe was shared with you. I didn't review
10 anything else.
11     Q. Okay. And those photographs were provided
12 to you by Ms. Hughes' attorneys, right?
13     A. Yes. I would have asked her to show me her
14 driver's license when I examined her, but I wouldn't
15 document that.
16     Q. Okay. And do you recall seeing this
17 photograph when you prepared your report?
18     A. No. I think I saw this one only recently,
19 but that may just -- I mean, I'm not sure about the
20 date.
21     Q. Okay. And in this photograph it was taken,
22 it looks like, on April 25th, 2012?
23     A. Yes.
24     Q. And she's wearing a wig in this photograph,
25

VESNA PETRONIC-ROSIC, M.D.

1 correct?
2      A. I don't know. I imagine, yes.
3      Q. Okay. So we can't tell from this picture
4 what her scalp looks like, right?
5      A. Right.
6      Q. Then the next picture that we have --
7      A. Excuse me. Can you go back one second to
8 that last photo? You can see from her nails that
9 she started getting chemotherapy about three or four
10 months prior. She has Beau's lines.
11     THE REPORTER: She has what lines?
12     THE WITNESS: Beau's, B-E-A-U, apostrophe,
13 S.
14 BY MS. DENNIS:
15     Q. Moving to the next picture that we have,
16 have you seen this photo?
17     A. Yes.
18     Q. Okay. And this was taken in 2017; were you
19 aware of that?
20     A. If the photo is labeled with that date,
21 then I would say yes. I think these photos are
22 labeled with the date, but I'd have to look in -- in
23 the file.
24     Q. Okay. You didn't review any photographs of
25

VESNA PETRONIC-ROSIC, M.D.

1  VESNA PETRONIC-ROSIC, M.D.
2  Ms. Hughes' scalp between the time she started
3  chemotherapy and 2017, did you?
4      A.  Am I permitted to look at the folder that I
5  have that contains her photos?
6      Q.  Yes, please do.
7      A.  Thank you.
8      Q.  And if you can hold them up -- if there's a
9  way that we can see what you're looking at, that
10  would be helpful as well.
11      A.  It's just -- it's -- I have a folder with
12  Ms. Hughes and it says "Additional photos" is the
13  name of the folder.
14          So the one with the Radiation Treatment
15  Center that I commented on it's labeled during 12
16  after -- there's before -- so I have 2019, 2018, and
17  then 2007, '8, and '10, which were before.
18          So to answer your question from earlier, I
19  think you asked me if I saw photos between 2012 and
20  2017, and the answer to that would be no.
21      Q.  Thank you.
22          All right.  Let's go back to Exhibit
23  No. 32, which is your March 2nd, 2020 medical
24  record.  Okay.
25          Dr. Rosic, you just testified that when you

1  VESNA PETRONIC-ROSIC, M.D.
2  saw Ms. Hughes on March 2nd, 2020 you understood
3  that she was a Plaintiff in the docetaxel
4  litigation, correct?
5      A.  Yes.
6      Q.  And upon meeting with her Ms. Hughes
7  reported alopecia following chemotherapy with
8  docetaxel, correct?  If we could go to page 3 of
9  this record.  If you look at the assessment and
10  plan, you note "67-year-old female here for
11  evaluation of drug-induced alopecia related to
12  taxane-based chemotherapy for breast cancer in
13  2011," correct?
14      A.  Yes.
15      Q.  Okay.  And looking at the next page, your
16  presumption before the biopsy was taken was that
17  Ms. Hughes' alopecia was due to her chemotherapy
18  with taxanes, correct?  In No. 1 you indicate
19  "Suspect chemotherapy-induced alopecia," correct?
20      A.  That is correct.
21      Q.  And in No. 2 you write "Status post
22  taxane-based chemotherapy likely contributing to
23  No. 1," correct?
24      A.  Correct.  Dr. Saardi wrote that, but yes.
25      Q.  Okay.  So before you took the biopsy these

1  VESNA PETRONIC-ROSIC, M.D.
2  were your presumed diagnoses, correct?
3      A.  Well, based on my exam and her answers to
4  my questions and what she looked like, I eliminated
5  other types of alopecia that might have been in
6  question like androgenetic or estrogen-induced or --
7  because it just didn't fit.  So her clinical picture
8  was most consistent with chemotherapy -- persistent
9  chemotherapy-induced alopecia.  So it's not that I
10  didn't think about them --
11      Q.  Not that you wrote?
12      A.  Right.  Well, I don't write my entire
13  thought process in a medical chart note.  You -- you
14  have to understand that -- that both the medical
15  chart note and the histopathologic report, the
16  surgical report were done as though she was any
17  other patient who walked in off the street.  These
18  notes were not written for the purpose of
19  litigation.  So I did what I do for every patient --
20      Q.  Doctor, I'm going to strike everything
21  after you answered my question.
22          Can you tell me if there is a diagnosis
23  code for permanent chemotherapy-induced alopecia.
24      A.  I don't know.
25      Q.  Okay.  And you've included "L65.9" next to

1  VESNA PETRONIC-ROSIC, M.D.
2  "Alopecia" here, correct?
3      A.  That is the code that when -- I guess when
4  you put in alopecia that pops up.  I have no
5  immediate knowledge of what type of alopecia that
6  refers to.  I -- I could check easily.
7      Q.  Okay.  And you don't know sitting here
8  today whether or not there's a specific diagnosis
9  code for PCIA?
10      A.  I do not know that.
11      Q.  Is that something you could find out on a
12  break for us?
13      A.  I could look.  Would you like me to look?
14      Q.  During the lunch break would be great.
15      A.  Okay.
16      Q.  If you could turn to page 6, which is the
17  derm surgery report for Ms. Hughes, correct?
18      A.  Correct.
19      Q.  Starting at the top what I have
20  highlighted, your presumed diagnosis from both
21  biopsy specimens before they were performed is
22  described as "Chemo-induced alopecia, rule out
23  scarring or inflammatory process," correct?
24      A.  That is, yes, what is recorded.
25      Q.  Flipping around a little going back to --

Page 114

1              VESNA PETRONIC-ROSIC, M.D.
2      A.  Again, Dr. Saardi filled these out, which
3  is the standard process.  The resident filled these
4  out.  So -- and once they're printed and they're
5  printed before I do the biopsy, I don't go into the
6  system to change anything because it wouldn't be the
7  same as what the lab gets.  So yes, that is what is
8  recorded.
9      Q.  Was there anything that you would have
10  changed?
11      A.  No.  I'm just explaining because, I mean,
12  not -- when you say you wrote this, I actually
13  didn't, Dr. Saardi wrote that.  That's what I'm
14  saying.
15      Q.  Thank you for that clarification.
16          Looking at page 1 of your office and clinic
17  notes, where did you get the information for the
18  "History of present illness" section?
19      A.  So all the information was received from
20  her.  The only part that I included from her medical
21  record is the part that pertains to the tumor size
22  and grade with the TMM classification and whether it
23  was ERPR or HER2 positive.  Everything else was her
24  responses to our questions.
25      Q.  Did you verify that all the information in

Page 115

1              VESNA PETRONIC-ROSIC, M.D.
2  the history of present illness was up-to-date?
3      A.  I asked her questions and documented what
4  she replied, which is my standard way of documenting
5  the history of present illness.
6      Q.  Ms. Hughes is 67 years old, right?
7      A.  I believe she was at the time that I
8  examined her, yes.  Oh, it was her birthday.  Look
9  at that.  I forgot that.  Yeah.  That's a little
10  sad, but okay.
11      Q.  In the very first line you note that she's
12  a 67-year-old female with a history of breast cancer
13  status post chemotherapy with taxane-based regimen,
14  right?
15      A.  Correct.
16      Q.  And she also took carboplatin as a
17  chemotherapy medication, correct?
18      A.  Yes.
19      Q.  So it would also have been accurate to
20  describe her chemotherapy regimen as a carboplatin-
21  based regimen, right?
22          MS. REYNOLDS:  Object to form.
23      A.  I think all of these are referred to as
24  with or without taxane.  They're not referred to as
25  with or without carboplatin or Adriamycin or

Page 116

1              VESNA PETRONIC-ROSIC, M.D.
2  cyclophosphamide.  From the literature that I
3  reviewed they're referred to as either taxane or
4  Taxotere-based therapy.
5      Q.  Okay.  So the 22 articles that you looked
6  at refer to the regimen that the patients received
7  as a taxane-based regimen?
8      A.  Yeah.  I can't tell you whether 22 articles
9  refer to it, but I don't recall -- when I think
10  about a multidrug regimen that includes a taxane, my
11  recollection is that is -- it's with or without
12  a taxane.  So that's why it would be taxane, but,
13  you know, this is -- I don't come up with these
14  names.  So it's not that -- I didn't make this up.
15      Q.  You're serving as an expert in litigation
16  related to taxane, correct?
17      A.  To Taxotere specifically.
18      Q.  Okay.  And the way it's listed in your
19  medical record is taxane-based regimen, right?
20      A.  That is correct.  And even I didn't write
21  that, Dr. Saardi wrote that.  So it's not that I --
22  I mean, what I'm trying to say is there was nothing
23  written here that was intentionally written for the
24  purpose of litigation, and that is -- what else can
25  I say?

Page 117

1              VESNA PETRONIC-ROSIC, M.D.
2          THE REPORTER:  I'm sorry.  Madeline, is
3  there something on top of your mic?
4          MS. DENNIS:  I don't think so.
5          MS. REYNOLDS:  You sound a little muffled.
6          MS. DENNIS:  I'll bring my mic closer.  Did
7  that help?  Does that help?
8          MS. REYNOLDS:  It sounds fine now.
9          THE WITNESS:  Sometimes -- sometimes you --
10  there's like a blank when you speak.  I don't know
11  why.
12          THE REPORTER:  I think if you move away
13  from the mic that's what happens.
14          MS. DENNIS:  Okay.  I brought it very close
15  to me.  So hopefully we don't have anymore problems.
16          THE REPORTER:  Go ahead.
17  BY MS. DENNIS:
18      Q.  Doctor, my next question was do you know
19  what dosage of the chemotherapy drugs that she took
20  that she received?
21      A.  Not off the top of my head, no.
22      Q.  Is it relevant?
23      A.  To what?
24      Q.  To your opinions.  Do you need to know the
25  dosage of the taxane-based chemotherapy regimen and

VESNA PETRONIC-ROSIC, M.D.

1  VESNA PETRONIC-ROSIC, M.D.
2  the other chemotherapy agents involved that were
3  taken by Ms. Hughes?
4      A.  It was not relevant to my opinion, no.
5      Q.  About halfway down the history of present
6  illness it states "Her hair has gradually grown back
7  and she does cut it," right?
8      A.  Yes.
9      Q.  That's what it states.  And do you know
10  when her hair started growing back?
11      A.  Loss of fingernails.  You know, I didn't
12  specify when it started growing back.  So I did not
13  document it.
14      Q.  Why not?
15      A.  I can't answer that.  I just didn't.
16      Q.  And the medical records that you reviewed
17  reflect that her oncologist, Dr. Veith indicated
18  that she had hair regrowth as of April 2012.  Were
19  you aware of that?
20      A.  Yes, I was.  And she also documents
21  alopecia and the fact that the hair did not grow
22  back fully in 2012.
23      Q.  But you saw that her -- you saw that her
24  hair was growing back in April of 2012, right?
25      A.  I don't know if it was April, but I did see

1  VESNA PETRONIC-ROSIC, M.D.
2  that it was 2012.  I just don't remember except the
3  year.
4      Q.  The next line I have highlighted in history
5  of present illness says "Has not tried treating the
6  hair loss"; is that right?
7      A.  That is right.
8      Q.  Did you talk with Ms. Hughes about
9  treatment options for her alopecia?
10      A.  I did not.  I -- when I explained to her
11  the results of her biopsy, I told her that if she
12  desired to do anything relating to treating the PCIA
13  that she would -- I would recommend finding a
14  dermatologist in the area that she lives in to
15  consider her options.
16      Q.  The next line that I have highlighted
17  states "She has never processed or straightened her
18  hair; she has never dyed, highlighted, or color-
19  treated her hair," correct?
20      A.  Yes.
21      Q.  This is information that you got from
22  Ms. Hughes, correct?
23      A.  That's correct.
24      Q.  Okay.  And the next thing I have
25  highlighted in the history of present illness states

1  VESNA PETRONIC-ROSIC, M.D.
2  "She reports periods of severe stress during a house
3  fire in 2004 and Hurricane Katrina in 2005,"
4  correct?
5      A.  Yes.
6      Q.  And those are the stressors that you
7  considered in making your differential diagnosis,
8  correct?
9      A.  I'm sorry?
10      Q.  Those are the stressors that you considered
11  in making your diagnosis in this case?
12      A.  That is what she reported.
13      Q.  Towards the end you note "She has been
14  menopausal since 2009," and she is now
15  postmenopausal; is that fair?
16      A.  Correct.
17      Q.  The last line I have highlighted states
18  "Chemotherapy with taxane 2011 and 2012."  Again,
19  this line could read chemotherapy with carboplatin
20  in 2011 and 2012, right?
21      MS. REYNOLDS:  Object to form.
22      A.  This is what Dr. Saardi documented, and I
23  didn't add or delete anything to that.
24      Q.  So Dr. Saardi actually completed writing
25  the medical report; is that accurate?

1  VESNA PETRONIC-ROSIC, M.D.
2      A.  No.  I completed it, but he wrote the
3  initial medical note during the office visit.  And
4  then after the office visit I went into the note,
5  added stuff that I thought was relevant -- and I
6  cannot tell you exactly what that is because I don't
7  remember -- and then I signed the note.
8      Q.  Okay.  And suffice it to say, you didn't
9  make any corrections to the report where it says
10  chemotherapy with taxane to add taxanes and
11  carboplatin, did you?
12      A.  That is correct.
13      Q.  Looking at the next page, towards the top
14  it looks like Ms. Hughes has a family history of
15  alopecia on her maternal and paternal sides, right?
16      A.  It says that the brother has an area of
17  balding and father has a small bald area and mother
18  has some thinning.
19      Q.  Correct.  So Ms. Hughes has a family
20  history of alopecia on her maternal and paternal
21  sides, correct?
22      A.  Well, I don't know if they were diagnosed
23  with alopecia.  So I can't confirm that or not, but
24  she did report that her brother and father had bald
25  areas and that her mother had some hair thinning.

VESNA PETRONIC-ROSIC, M.D.

1  
2    Q.  Okay.  So at least according to Ms. Hughes,
3  she has a family history of hair loss, right?
4    A.  Yes.
5    Q.  Okay.  You understand that Ms. Hughes'
6  cancer was hormone receptor positive?
7       MS. REYNOLDS:  Object to form.
8    A.  I think one or two of them were positive,
9  yes.
10   Q.  She started taking letrozole after her
11 final round of chemotherapy, correct?
12   A.  Yes.
13   Q.  And that's an aromatase inhibitor?
14   A.  That is correct.
15   Q.  And you agreed during day one of your
16 deposition that hormone therapy like letrozole can
17 lead to hair loss, correct?
18   A.  It can lead to estrogen-induced alopecia,
19 yes.
20   Q.  Ms. Hughes was approximately 58 years old
21 when she underwent chemotherapy; does that sound
22 right?
23   A.  Yeah, about.  58, 59.
24   Q.  Now she's 67, right?
25   A.  Yes.

VESNA PETRONIC-ROSIC, M.D.

1  
2    Q.  You would agree that androgenetic alopecia
3  generally occurs as women age and experience
4  menopause, right?
5    A.  It does occur -- well, it can occur
6  earlier, of course, but it's probably more prominent
7  postmenopausally.
8    Q.  Looking at your report for Ms. Hughes in
9  binder 1 on page 48.
10   A.  Please hold for a second.  I have to change
11 my headphones.  Okay.
12   Q.  On page 48 do you see that you list her
13 treatment regimen in bullets?
14   A.  Yes.
15   Q.  And you include docetaxel and carboplatin,
16 right?
17   A.  Correct.
18   Q.  You don't include the dosage information;
19 is that right?
20   A.  That is correct.
21   Q.  You also include Femara or letrozole,
22 correct correct
23       THE REPORTER:  What was the first
24 medication?
25       MS. DENNIS:  I'm sorry?

VESNA PETRONIC-ROSIC, M.D.

1  
2       THE REPORTER:  What was the first
3  medication you said?
4       MS. DENNIS:  Femara or Letrozole.
5       THE REPORTER:  I'm having a hard time
6  hearing you.  Can you spell it?
7       MS. DENNIS:  F-E-M-A-R-A.
8       THE REPORTER:  Thank you.
9       MS. DENNIS:  Or Letrozole.
10 BY MS. DENNIS:
11   Q.  And in your note regarding letrozole you
12 indicate that she took it until January of 2019; is
13 that correct?
14   A.  Yes.
15   Q.  And that was your understanding when you
16 formed your opinions, correct?
17   A.  Yes.
18   Q.  And a little further down in the third --
19 the fourth paragraph from the bottom you note "She
20 is not taking any medications," correct?
21   A.  Say that again.  Which paragraph?
22   Q.  It's the one that starts "There is no
23 history of extreme hair styling."
24   A.  Oh, okay.
25   Q.  About four lines down it starts "She is not

VESNA PETRONIC-ROSIC, M.D.

1  
2  taking any medications"; do you see that?
3    A.  Yes.
4    Q.  Why is that important to note that she is
5  not taking any medications?
6    A.  That is the normal part of every note.
7  It's just an integral part of the evaluation and
8  management.
9    Q.  Ms. Hughes saw a dermatologist in July of
10 2018.  Did you see that in the medical records you
11 reviewed?
12   A.  Was that the Dr. Bopp?
13   Q.  Yes.
14   A.  She did not see a dermatologist.  She saw a
15 physician assistant.
16   Q.  Okay.  And she saw a physician assistant at
17 Bopp dermatologist -- Bopp Dermatology?
18   A.  At Bopp Dermatology & Facial Plastic
19 Surgery, yes.
20   Q.  Okay.  And she didn't mention her alopecia
21 to the dermatology physician assistant, did she?
22   A.  I don't know.  It's not documented.
23   Q.  It's not in the medical record, correct?
24   A.  Yes.
25   Q.  And she was not assessed for alopecia at

VESNA PETRONIC-ROSIC, M.D.

1    VESNA PETRONIC-ROSIC, M.D.
2  that visit, right?
3      A.  Not that it's documented.
4      Q.  You saw Ms. Hughes on March 2nd, 2020 for
5  about an hour; is that correct?
6      A.  Yes.
7      Q.  Which parts of the clinical history and
8  examination were performed by Dr. Saardi?
9      A.  We performed everything -- he performed --
10  we performed everything together.  He didn't perform
11  anything without me in the room.
12      Q.  Looking back at the derm surgery report,
13  your differential diagnosis being "Chemo-induced
14  alopecia, rule out scarring or inflammatory
15  process," what did you specifically do to rule out
16  scarring?
17      A.  That is not the differential diagnosis.
18  That's the clinical impression.
19      Q.  How does a clinical impression differ from
20  a differential diagnosis?
21      A.  I'm sorry.  Clinical information.  Well, I
22  mean, the title of that part is "Clinical
23  Information."  It's not entitled differential
24  diagnosis.
25      Q.  Okay.  But based on this information, you

1    VESNA PETRONIC-ROSIC, M.D.
2  assessed Ms. Hughes as having chemo-induced alopecia
3  and were going to rule out scarring or inflammatory
4  process, correct?  So my question is what did you
5  specifically do to rule out scarring?
6      A.  So I examined her scalp and there was no
7  evidence of scarring on the physical exam, and then
8  the biopsies were evaluated for scarring alopecia.
9      Q.  What did you specifically do to rule out
10  inflammatory processes?
11      A.  Same thing.  Evaluated her physically with
12  dermoscopy and with the biopsy.
13      Q.  What is an example of an inflammatory
14  process?
15      A.  Lupus erythematosus, lichen planus, central
16  fibrosing alopecia, central centrifugal cicatricial
17  alopecia.
18      Q.  Were any of those diseases in your
19  differential diagnosis after examining Ms. Hughes?
20      A.  So when I examined Ms. Hughes I went
21  through my normal thought process of coming to a
22  likely diagnosis, and she didn't have any evidence
23  of discoid lupus, she didn't have any evidence of
24  lichen planus, central fibrosing alopecia,
25  central centrifugal alopecia --

1    VESNA PETRONIC-ROSIC, M.D.
2      THE REPORTER:  I'm sorry, Doctor.  I'm
3  having a hard time understanding you.
4      A.  So based on the physical exam, there was no
5  evidence of lupus erythematosus, lichen planus,
6  frontal fibrosing alopecia, central centrifugal
7  cicatricial alopecia, telogen effluvium, alopecia
8  areata, androgenetic alopecia.
9      Q.  Doctor, I don't think you're answering my
10  question.  We're talking about inflammatory
11  processes, correct?
12      A.  I'm talking about the process of
13  differential diagnosis.  I'm talking about --
14      Q.  I'm asking specifically about inflammatory
15  processes and whether or not you saw any evidence of
16  an inflammatory process before you conducted the
17  biopsy.  That was my question.
18      A.  I see.  On physical examination you
19  couldn't see any evidence of an inflammatory
20  process, but that doesn't mean that one doesn't
21  exist microscopically.
22      Q.  Okay.  And that's why you included it in
23  your statement here that you were going to rule out
24  scarring or inflammatory process, correct?
25      A.  I mean, it's included as clinical

1    VESNA PETRONIC-ROSIC, M.D.
2  information that we're doing a biopsy.
3      Q.  It's something that you wanted to rule out?
4      A.  That is information that is put in so that
5  the pathologist reading the biopsy knows things that
6  they should look for.  That is what the purpose of
7  that is.
8      Q.  Okay.  And in this case you were the
9  pathologist reading the biopsy, right?
10      A.  In this case I was, correct.
11      Q.  In performing the biopsies you noted
12  that -- you chose an area of the posterior scalp,
13  correct?
14      A.  Right.  It was sort of the top of the
15  occipital area, the bottom of the vertex.  You can
16  see in the photos -- you can see in the photos --
17  there's a photo where you can see exactly where the
18  biopsy was done.
19      Q.  Okay.  Were those biopsies taken from the
20  vertex or the occipital scalp?
21      A.  Sort of the -- the exact place where those
22  two meet.
23      Q.  And did you not --
24      A.  There's an overlap.  There's an overlap
25  depending on where you -- in any case, it was -- I

VESNA PETRONIC-ROSIC, M.D.

1   can show you where it was.  It was right here in the
2   back, sort of on the edge between the vertex and the
3   occipital scalp (indicating).
4       Q.  And you did not take biopsies from
5   Ms. Hughes' frontal hairline or midscalp, right?
6       A.  No.
7       Q.  Looking at the final diagnosis from your
8   biopsies on the derm surgery report, for both A and
9   B the description is nonscarring alopecia, correct?
10      A.  Yes.
11      Q.  Did you make any histopathologic findings
12  about Ms. Hughes' stem cells?
13      A.  No.  That's not part of the standard
14  pathologic assessment, routine pathologic
15  assessment.  So no.
16      Q.  Would you agree that a negative pull test
17  is not a unique finding to persistent chemotherapy-
18  induced alopecia?
19      A.  It is not a unique finding for -- a
20  negative pull test is not a unique finding for PCIA.
21      Q.  Can we agree that you do not know what
22  Ms. Hughes' normal total hair count is?
23      MS. REYNOLDS:  Object to form.
24      A.  Are you asking if I knew what her hair

*Line numbers on left page appear as 1–25; transcribed above.*

VESNA PETRONIC-ROSIC, M.D.

1   count was before chemotherapy?
2       Q.  Correct.
3       A.  Like the number of hairs and what a biopsy
4   would have had, I do not know that.
5       Q.  And you don't know what her telogen ratio
6   before chemotherapy was?
7       A.  I'm going to actually go back and correct
8   myself a little bit.  I imagine that all the fibrous
9   streamers that were present in her current biopsy --
10  I don't imagine.  I know they were all hair
11  follicles in the past.  So I could deduce based on
12  what I -- I saw in these biopsies the hairs that she
13  had in her prior biopsy that are now gone, but I
14  don't have a biopsy from before chemotherapy.
15      Q.  You have never seen a biopsy --
16      A.  There were numerous tumors.
17      Q.  -- (inaudible) before the biopsy that you
18  performed, correct?
19      A.  For Ms. Hughes I have not seen any other
20  biopsies.
21      Q.  And you've never seen any records from a
22  dermatologist with hair counts for Ms. Hughes before
23  chemotherapy, correct?
24      A.  That is true.

VESNA PETRONIC-ROSIC, M.D.

1       MS. DENNIS:  It's been a little over an
2   hour.  It's around lunchtime.  I'd be happy to take
3   a lunch break now if you'd like.
4       THE REPORTER:  I'd like.
5       MS. REYNOLDS:  The court reporter is also
6   important.
7       MS. DENNIS:  Why don't we plan to come
8   back --
9       MS. REYNOLDS:  Let's go off the record.
10      THE VIDEOGRAPHER:  Let's go off the record.
11  The time is 12:34.  We're going off the record.
12          (Whereupon, at 12:34 p.m. the
13          deposition was recessed, to
14          reconvene at 1:05 p.m.,this same
15          day.)

VESNA PETRONIC-ROSIC, M.D.

1       AFTERNOON SESSION
2          (1:08 p.m.)
3       THE VIDEOGRAPHER:  This is the start of
4   media labeled No. 4.  The time is 1:08.  We are back
5   on the record.
6       VESNA ROSIC, M.D.,
7   the witness at the time of recess, having been
8   previously duly sworn, was further examined and
9   testified as follows:
10          EXAMINATION
11          (Resumed)
12          (Plaintiffs' Exhibit 34 was
13              marked for identification.)
14  BY MS. DENNIS:
15      Q.  Dr. Rosic, for a little bit of housekeeping
16  I'm going to mark as Exhibit 34 the responses and
17  objections that we received to your notice of
18  deposition.
19          Doctor, have you seen this document before?
20      A.  Oh, I don't know.  I don't think so.
21      Q.  Okay.  And do you see that it's titled
22  "Plaintiffs' Objections and Responses to
23  Defendant Accord's Amended Notice of Videotaped
24  Deposition"?

VESNA PETRONIC-ROSIC, M.D.

1
2    A.  I do see that, yes.
3    Q.  And looking at page 7, do you see --
4    A.  Oh, I did see -- I did see this.  I'm
5  sorry.  I did see this.  I just didn't see the front
6  page.
7    Q.  Okay.  And were you aware that we were
8  provided with this document for the first time about
9  12 hours ago?
10    A.  Approximately, yeah.  Or a little bit more
11  than that, yeah.
12    Q.  And under request No. 15 you list the
13  October 2019 Rule 26 reports and exhibits of
14  Drs. Feigal, Madigan, Plunkett, and Tosti, correct?
15    A.  Yes.
16    Q.  Were you aware that before 12 hours Accord
17  was not notified of your reliance on Drs. Feigal,
18  Madigan, or Plunkett in writing before today?
19        MS. REYNOLDS:  Object to form.
20    A.  I don't -- I don't know.
21    Q.  Okay.  Let me pull this down.
22        Doctor, when we were looking at your
23  medical records, where your signature appears you're
24  verifying the truth and accuracy of that record,
25  right?

VESNA PETRONIC-ROSIC, M.D.

1
2    A.  You got all mixed up.  I couldn't under- --
3  half of your sentence was all mangled.
4    Q.  Yes.  I'm sorry about that.
5        MS. REYNOLDS:  And I objected previously,
6  but I don't know if anybody could hear it.
7        THE REPORTER:  Sorry.  I didn't.
8        MS. REYNOLDS:  That's okay.  It was about
9  whether or not Accord had received notice in
10  writing.  I did make an objection there, but the
11  delay is making it very hard.
12  BY MS. DENNIS:
13    Q.  Doctor, on your medical records, when you
14  sign at the bottom of a medical record you're
15  verifying the truth and accuracy of those records,
16  right?
17    A.  I'm verifying the medical note, yes.  When
18  I sign medical notes in everyday practice I don't
19  think in those terms about it, but yes, I sign the
20  note as the representation of what I did in
21  (inaudible).
22    Q.  Okay.  Let's pull up the binder 1, which is
23  Exhibit 23.  Do you have that in front of you,
24  Doctor, still, binder 1?
25    A.  I have binder 1.  Just tell me what page.

VESNA PETRONIC-ROSIC, M.D.

1
2    Q.  So if you look at the first 47 pages of the
3  report, would you agree that those are your general
4  opinions in this case?
5    A.  Yeah.  The first 47 pages are sort of a
6  review of the topic and general information as it
7  regards to things that we're talking about.
8    Q.  And the report first discusses Ms. Hughes
9  starting on page 48; is that right?
10    A.  That is correct.
11    Q.  Okay.  And your opinions regarding
12  Ms. Hughes' alopecia are summarized in the paragraph
13  beginning on the bottom of 49 and continuing to the
14  top of 50, correct?
15    A.  Yes.
16    Q.  You intend to offer the opinion that to a
17  reasonable degree of medical certainty docetaxel-
18  based chemotherapy was a substantially contributing
19  factor to Ms. Hughes' PCIA, correct?
20    A.  My opinion that I intend to offer is that
21  docetaxel was a substantial contributing
22  chemotherapy -- that the docetaxel chemotherapy was
23  a substantially contributing factor to Ms. Hughes'
24  PCIA.  Two weeks ago there was a lot of back and
25  forth about what "docetaxel-based" means.  It

VESNA PETRONIC-ROSIC, M.D.

1
2  doesn't mean anything for me.  It means docetaxel.
3  I just wanted to clarify that.
4    Q.  Okay.  Thank you.
5        And the basis for this opinion is, first,
6  the histopathological findings from the two biopsies
7  of Ms. Hughes' scalp, correct?
8    A.  That is one of the bases, yes, in addition
9  to the clinical exam and then the information from
10  the literature and the expert reports.
11    Q.  What does the term "substantially
12  contributing factor" mean?
13    A.  Well, to me that means that in the absence
14  of that factor the results would not have happened.
15  So it was the critical sort of -- the critical
16  element that led to the result.
17    Q.  It's not a medical term, is it?
18        MS. REYNOLDS:  Object to form.
19    A.  I mean, we use that in -- in the context of
20  medicine.
21    Q.  You didn't use the term "substantially
22  contributing factor" in your medical record
23  regarding Ms. Hughes, did you?
24    A.  I did not.
25    Q.  Can you identify any medical text where

Page 138

VESNA PETRONIC-ROSIC, M.D.

1    that term would appear?  A definition of that term.
2    I'm sorry.
3        A.  I don't -- I couldn't offer that.  I'm just
4    thinking when I discuss things with patients and we
5    talk about what might have had any effect on their
6    current situation and they'll ask, you know, can you
7    put a percent on this or that or be more specific, I
8    may use substantial, but it's not something you're
9    going to find in a medical textbook or medical
10   dictionary.
11       Q.  You did not tell Ms. Hughes that docetaxel
12   specifically caused her hair loss, did you?
13       A.  I believe what I told Ms. Hughes when I
14   called her with the report of the biopsy is that
15   her -- the hair loss -- the results showed that her
16   hair loss was most likely due to the docetaxel that
17   she received as part of her chemotherapy.
18       MS DENNIS:  And if we can, Tyler, if you
19   could pull up the March 2nd, 2020 medical record
20   exhibit, please.
21       Q.  Okay.  Dr. Rosic, do you see towards the
22   bottom of this medical record entitled "Final
23   Report" there's an addendum by Vesna Petronic-Rosic
24   on May 1st, 2020?
25

Page 139

VESNA PETRONIC-ROSIC, M.D.

1        A.  Yes.
2        Q.  Okay.  And it states "Was able to reach
3    Ms. Hughes and discuss the biopsy results which
4    indicated that the hair loss was most likely due to
5    chemotherapy and no other source of alopecia was
6    seen," correct?
7        A.  Yes.
8        Q.  Did you tell her that her alopecia was
9    specifically related to docetaxel?
10       A.  It's such a long time ago.  I can't tell
11   you with certainty whether I just said chemotherapy
12   or docetaxel.
13       Q.  And you told Ms. Hughes based on this
14   medical record that no other source of alopecia was
15   seen, correct?
16       A.  Based on that -- what I documented, yes.
17       Q.  Do you recall telling her something
18   different than what you documented?
19       A.  No, but I don't remember.  This was -- what
20   date is it today?  This was like five months ago,
21   six months ago.  It was a very brief conversation.
22   I didn't record it.
23       So -- I documented a summary of the
24   conversation.  So I believe what I said is
25

Page 140

VESNA PETRONIC-ROSIC, M.D.

1    documented, but I don't know if in the conversation
2    itself I used any additional words or not.
3        Q.  Based on what you documented on May 1st,
4    2020, you noted that no other source of alopecia was
5    seen; is that correct?
6        A.  That is what I documented, yes.
7        Q.  Persistent alopecia occurs with chemo- --
8    with other chemotherapy agents besides docetaxel,
9    correct?
10       MS. REYNOLDS:  Object to form.
11       A.  Persistent chemotherapy-induced alopecia
12   has been reported with other agents in very small
13   numbers.
14       Q.  And, for example, in the Tax 316 study
15   conducted by Sanofi, which you reference in
16   footnote 21 of your report, persistent or ongoing
17   alopecia occurred in 2 percent of the non-Taxotere
18   arm, correct?
19       MS. REYNOLDS:  Object to form.
20       A.  I don't remember the exact numbers, but I'm
21   going to trust that you're reading the correct
22   information.
23       Q.  And the non-Taxotere arm of Tax 316
24   received Fluorocil, Doxorubicin, and
25

Page 141

VESNA PETRONIC-ROSIC, M.D.

1    cyclophosphamide; is that correct?
2        MS. REYNOLDS:  Object to form.
3        A.  You're going to -- you know, I cannot --
4    for any of the studies and the publications I can't
5    confirm anything without looking at it because I
6    just don't want to confirm something without
7    actually seeing the numbers.  So if you -- if you
8    have it.  I actually don't have that study printed.
9    Is it part of the record?
10       Q.  Doctor, was Tax 316 and the citations in
11   your report something that you used to prepare for
12   your deposition today?
13       A.  Yes, I did.  Well, I didn't review those
14   papers, not for today.
15       Q.  Okay.  But you cite it in your report,
16   right?
17       A.  That is correct, but you're citing
18   information that I -- that I would need to see with
19   my eyes in order to confirm that it is correct.  I
20   apologize.  That's just the type of person I am.  I
21   won't acknowledge something that is so specific
22   without looking at it.
23       Q.  Understood.  So you rely on the opinions of
24   Plaintiffs' expert Laura Plunkett, correct?  We
25

VESNA PETRONIC-ROSIC, M.D.

1   learned that recently?
2      A.  That is correct.
3      Q.  Okay.  Do you agree with Dr. Plunkett that
4   the rate of 2 percent is common?
5         MS. REYNOLDS:  Object to form.
6      A.  I don't know what it talks about, I don't
7   know where that is.  If you can show it to me or
8   tell me the page.  I have her -- I have her report
9   here.
10     Q.  Do you know whether the rate of persistent
11  alopecia in the Tax 316 study was specifically
12  significant in difference between the docetaxel arm
13  and the non-docetaxel arm?
14     A.  So for those studies I relied on the report
15  of Dr. Madigan, who is a renowned expert in
16  biostatistics, and I relied on his conclusions which
17  reported that of all the studies that he reviewed
18  and tested only Taxotere was causally related to
19  persistent chemotherapy alopecia.  I'm not a
20  biostatistician, I am not -- I am a dermatologist
21  who examined Ms. Hughes and looked at her biopsy
22  specimens, and for those things I relied on other
23  experts.
24        So what I -- what I can say is that he

VESNA PETRONIC-ROSIC, M.D.

1   found in his meta-analysis that Taxotere was --
2   docetaxel was causally related with PCIA and no
3   other drug.  And he reviewed it for a bunch of other
4   drugs, which I can tell you was there, but I'm sure
5   you know.
6      Q.  You're not answering my question.  I'm
7   going to ask that you please answer my question.
8         MS. REYNOLDS:  Hold on.  I'm going to ask
9   that we please let her finish her answer before we
10  interject with another question.
11        MS. DENNIS:  She's not answering my
12  question.  I will not allow her to go on and on on
13  my time.  If you would like to ask her questions on
14  redirect, that's fair game, but I'm asking the
15  questions and I'm entitled to answers.
16        MS. REYNOLDS:  And I believe that's what
17  she's trying to give you is her answer, that's all.
18  BY MS. DENNIS:
19     Q.  Dr. Rosic, you cited to Tax 316 in your
20  report, correct?
21     A.  Correct.
22     Q.  Did you review any documents related to
23  Tax 316?
24     A.  At the time that I wrote the report I did.

VESNA PETRONIC-ROSIC, M.D.

1      Q.  And would it have been important for you to
2   know whether or not the study arms were
3   significantly -- or statistically significant
4   difference in persistent alopecia in that study that
5   you cited?
6         MS. REYNOLDS:  Object to form.
7      A.  For any statist- -- for any statistical
8   significance I relied on Dr. Madigan's report.  I
9   cannot tell you anything --
10        (Simultaneous speaking.)
11        THE REPORTER:  I'm sorry.
12     Q.  You know that Dr. Madigan did not find a
13  statistically significant difference in that study,
14  correct?
15        MS. REYNOLDS:  Object to form.
16     A.  I know that he did a meta- -- excuse me.  I
17  know that in his meta-analysis of all the literature
18  he found the statistically significant difference,
19  which is what was important to me.
20     Q.  Not exactly my question.
21     A.  Okay.
22     Q.  Dr. Rosic, you cannot say that
23  Ms. Hughes -- that had Ms. Hughes underwent
24  treatment with a chemotherapy regimen that did not

VESNA PETRONIC-ROSIC, M.D.

1   contain docetaxel she would not have experienced
2   persistent alopecia, correct?
3      A.  I can say that it is more likely that she
4   would not have experienced it than not.
5      Q.  But you can't say sitting here today --
6      A.  It's much more likely she would not have.
7   It's difficult to answer the questions the way you
8   pose them, but I am -- I can say that she would have
9   been very, very unlikely to develop PCIA had her
10  regimen been non-Taxotere based.
11     Q.  Okay.  So my question was you cannot say
12  that Ms. Hughes would not have developed PCIA had
13  she underwent treatment with a non-docetaxel
14  regimen?  I'm not asking about likelihood.
15        MS. REYNOLDS:  Object to form.
16     A.  There are so many negatives after each
17  other that I don't know -- I don't want to give an
18  answer because I don't know what I'm saying.  If it
19  can be a simple question that doesn't have four or
20  five negatives linked to each other, then maybe I
21  can answer more specifically, but I also -- my
22  opinion is based on something that I believe is
23  likely or isn't likely.
24        You know, if you ask me is this black or

VESNA PETRONIC-ROSIC, M.D.

1   VESNA PETRONIC-ROSIC, M.D.
2   white, I can say it's black or white, but the types
3   of -- the type of question you just posed I can't
4   answer with a yes or no.  It's not a yes-or-no
5   question.  Plus it had so many negatives that in the
6   end I really don't know what you're asking me.
7       Q.  Let's move on.  Let's look at binder 2,
8   let's look -- that's the Exhibit E and the articles,
9   and if you'll turn to tab -- I believe it's tab 6,
10  which will be the Freitas Martinez article from
11  2019.
12      A.  Okay.
13      Q.  This is an article that you're familiar
14  with, right?
15      A.  I'm sorry?
16      Q.  This is an article that you're familiar
17  with, correct?
18      A.  You're very -- you're breaking up, like
19  every other word is -- I can hear every other
20  word.
21      Q.  You're familiar with this article, correct?
22      A.  Yes.
23      Q.  It's something that you cite in your list
24  of 22 articles, correct?
25      A.  Yes.

1   VESNA PETRONIC-ROSIC, M.D.
2       Q.  Okay.  Looking at table -- at the table on
3   page 726.
4       A.  Yes.
5       Q.  Okay.  And you'll see there's a column
6   labeled "PCIA" and the number is 98, correct?
7       A.  Correct.
8       Q.  And it goes on to specify which
9   chemotherapy the patients were given, right?
10      A.  Yes.
11      Q.  For paclitaxel you'll see that 59 percent
12  of the 98 patients received paclitaxel, right?
13      A.  That's what it says, yes.
14      Q.  So sitting here today, you cannot --
15      A.  Wait a second.  Excuse me.  Excuse me.  I'm
16  not quite sure what you were -- 59 of these 80, but
17  how many patients were introduced?  This is not a
18  prevalence study.  You cannot use those numbers as
19  prevalence numbers.  This is a quality of life
20  study.
21      Q.  Okay.  And you feel that's a limitation of
22  the study?
23      A.  I don't feel it's a limitation, but it
24  precludes you from comparing the numbers between
25  different drugs because it's not a prevalence study.

1   VESNA PETRONIC-ROSIC, M.D.
2       Q.  Can we agree that 47 patients taking
3   paclitaxel in this article developed PCIA?
4       A.  Oh, I'm not denying that the 47 that are in
5   this article, but we don't know how many patients on
6   paclitaxel were not in this article.  This is not a
7   prevalence study.  These numbers --
8       Q.  Focus on my question.  My questions are
9   very, very simple, Doctor, and I know you have very
10  many opinions about these articles that your counsel
11  can have an opportunity to ask you about, but today
12  I have an opportunity to ask my questions.  This is
13  my only opportunity before trial, and I would
14  appreciate it if you would listen carefully to my
15  questions.  Okay, Doctor?
16      A.  Well, but your questions are excluding
17  relevant information.
18      Q.  Doctor, my question is in this study there
19  were 47 patients on paclitaxel who were diagnosed
20  with having PCIA, correct?
21      A.  Yes.
22      Q.  Okay.  Can you say sitting here today that
23  if Ms. Hughes had used paclitaxel instead of
24  docetaxel she wouldn't have experienced PCIA?
25      MS. REYNOLDS:  Object to form.

1   VESNA PETRONIC-ROSIC, M.D.
2       A.  There's a very high likelihood -- there's a
3   very high likelihood that she would not have based
4   on the literature and the conclusions of other
5   experts.
6       Q.  What were the conclusions of other experts
7   that would support that opinion?
8       A.  That only Taxotere has been causally
9   associated with PCIA.
10      Q.  Did any of the other experts you rely on do
11  an analysis of the causal relationship between PCIA
12  and any other chemotherapy agent?
13      MS. REYNOLDS:  Object to form.
14      A.  I believe they did.
15      Q.  You believe they did?
16      A.  Yes.  Well, they didn't form -- they didn't
17  produce data in their research that would support a
18  causal relationship.  There's a list of drugs that
19  Dr. Madigan researched.
20      Q.  Doctor, looking at this same table in the
21  article, there's a column for endocrine-induced
22  alopecia, correct?
23      A.  Yes.
24      Q.  And there's 94 patients?
25      A.  Correct.

VESNA PETRONIC-ROSIC, M.D.

1           VESNA PETRONIC-ROSIC, M.D.
2    Q.  And 32 of the patients in the endocrine
3  therapy column took letrozole, correct?
4    A.  I'm sorry.  I'm looking.  Yes, 32 took
5  letrozole.
6    Q.  And of the patients who received endocrine-
7  induced alopecia 13 percent, 12 out of 92,
8  experienced grade 2 alopecia, correct?
9    A.  Where are you seeing that, please?
10    Q.  Yeah.  Under "Alopecia severity" there's
11  grade 1 and grade 2.  If you go to the "EIAC"
12  column, 12 out of the 94 patients experienced
13  grade 2 alopecia, correct?
14    A.  12 out of 92?
15    Q.  12 patients, correct?
16    A.  Right, out of 92, not out of 94.
17    Q.  I'm sorry.  12 out of 92.
18    A.  Correct.
19    Q.  Doctor, if Ms. Hughes had been treated only
20  with letrozole she could have experienced persistent
21  alopecia, correct?
22       MS. REYNOLDS:  Object to form.
23    A.  If the only drug she received was letrozole
24  is there a possibility that this would have happened
25  ever?  Yes, there's a possibility it would have

1           VESNA PETRONIC-ROSIC, M.D.
2  happened, but it's not likely.
3       However, she did not develop the type of
4  alopecia that patients develop who have estrogen-
5  induced alopecia.  So it would not have been exactly
6  the same because the histopathologic findings are
7  different in the two types of alopecia.
8    Q.  Looking at your report on page 50 regarding
9  Ms. Hughes -- actually, look at 49.
10    A.  Okay.
11    Q.  You note -- you describe histopathologic
12  findings and then go on to say "Due to the presence
13  of the above and the significantly decreased hair
14  density, androgenetic alopecia can reliably be ruled
15  out -- or can be reliably ruled out"; is that
16  correct?
17    A.  Yes.
18    Q.  And the histopathologic findings that you
19  list are actually common to androgenetic alopecia
20  too, aren't they?
21    A.  No, they're not.
22    Q.  Which ones aren't?
23    A.  Tricho- -- trichomalacia is not common,
24  preserved sebaceous glands are not common, reduction
25  of the number of hair follicles doesn't happen.  So

1           VESNA PETRONIC-ROSIC, M.D.
2  the only thing that they have in common is
3  miniaturization of hair follicles and fibro stelae.
4       In androgenetic alopecia there are a lot of
5  other characteristics that are not present here that
6  characterize androgenetic alopecia, such as
7  (indecipherable) epidermis, difference in the
8  diameter of the miniaturized hair follicles, solar
9  elastosis, reduced size of the sebaceous glands.  So
10  it's not just the presence, it's also the absence of
11  characteristic features of androgenetic alopecia.
12    Q.  Okay.  You agreed earlier that minimal
13  inflammatory cell infiltrate is seen in androgenetic
14  alopecia, correct?
15    A.  Minimal inflammatory cell infiltrates can
16  be seen with a lot of different types of alopecia,
17  including androgenetic alopecia.
18    Q.  And I believe you mentioned a feature that
19  is not listed here, I believe you said reduction of
20  a hair follicle.  Can you list the features --
21    A.  Count.
22    Q.  Oh, the hair count.  Okay.
23    A.  That is the total hair follicle count,
24  which is the same as hair density.
25    Q.  Got it.

1           VESNA PETRONIC-ROSIC, M.D.
2       You're aware that preserved sebaceous
3  glands are present in androgenetic alopecia, aren't
4  you?
5    A.  But they're reduced in size.  Yes, they
6  are, but they're reduced in size because of the
7  androgen influence.
8    Q.  So we know that in androgenetic alopecia we
9  have miniaturization, correct?
10    A.  So let me clarify one thing.  When I said
11  here preserved, I meant preserved as in preserved
12  normal.  In androgenetic alopecia the sebaceous
13  glands are there, but they're not preserved normal.
14  They're reduced in size.  I just want to be very
15  clear because it's not the same.
16    Q.  Do you know whether it's common to see
17  preservation of the sebaceous glands in their normal
18  size of androgenetic alopecia?
19    A.  Sebaceous -- so typically the sebaceous
20  glands are reduced in size in androgenetic alopecia.
21    Q.  Okay.  So going back to the miniaturization
22  we've talked about, that's a hallmark of
23  androgenetic alopecia, correct?
24    A.  That is one of the features, yes.
25    Q.  And fibro stelae is also a feature of

VESNA PETRONIC-ROSIC, M.D.

1        VESNA PETRONIC-ROSIC, M.D.
2   androgenetic alopecia, correct?
3        A.  Yes.
4        Q.  And in at least some cases there's
5   preservation of the sebaceous glands, correct?
6        MS. REYNOLDS:  Object to form.
7        A.  Usually there have been -- they're small --
8   smaller than normal.  Typically they're smaller than
9   normal.  So they're not preserved as the normal are.
10       Q.  Okay.  Are you aware of any cases where the
11  sebaceous glands are preserved with androgenetic
12  alopecia?
13       A.  I don't know.  Typically they're reduced,
14  and that's what the features of androgenetic
15  alopecia are published as.
16       Q.  What is trichomalacia?
17       A.  It is degenerative changes in the hair
18  follicle and the subsequently produced hair shaft.
19       Q.  Looking at page 62, can you identify --
20  we'll put that up on the screen.
21       MS. DENNIS:  Tyler, can you please pull up
22  Exhibit 23.
23       Q.  If you look at page 62 of this document,
24  please.
25       A.  Did you ask a question?

VESNA PETRONIC-ROSIC, M.D.

1        VESNA PETRONIC-ROSIC, M.D.
2        Q.  Yes.  I'd like for you to identify where
3   you see trichomalacia in this picture.
4        A.  It's on the upper half --
5        Q.  Maybe -- okay.
6        A.  It's on the upper half of the specimen
7   towards the left at the junction of the subcutaneous
8   side and the dermis.  There's one hair follicle,
9   which on page 63 is in higher magnification, which
10  shows dystrophic changes in the hair follicle bulb.
11  You can see them here in another hair follicle bulb,
12  but there we don't see the hair shaft in the lower
13  half.
14       Is there a way for me to draw on this?
15       Q.  I was just going to ask if you might draw.
16       MS. DENNIS:  Tyler, can you enable
17  Dr. Rosic to draw on this picture?
18       MS. REYNOLDS:  If we're not able to do that
19  for some reason, if you would like or are open to
20  it, perhaps she could take it out of her report and
21  maybe circle it and hold it up.
22       MS. DENNIS:  That would be fine.
23       MS. REYNOLDS:  I don't know if that would
24  help.  Would you like her to go ahead and do that?
25       A.  I'll just circle it.

VESNA PETRONIC-ROSIC, M.D.

1        VESNA PETRONIC-ROSIC, M.D.
2        Q.  Okay.
3        A.  That's one of them, but this too is a
4   dystrophic hair follicle.
5        THE REPORTER:  A what hair follicle?
6        THE WITNESS:  Dystrophic.  But the one
7   that -- this one here is the one on page 63, that
8   one (indicating).
9        Q.  Is tricho- -- thank you.  Is trichomalacia
10  always involved in a pathological analysis of PCIA?
11       A.  Always meaning 100 percent?  I don't know
12  if it is, but it's been characterized as a feature
13  of this type of alopecia.
14       Q.  Is there a consensus on the
15  histopathological findings of PCIA in the
16  literature?
17       A.  Can you clarify what you mean by
18  "consensus," please.
19       Q.  Yes.  I believe you referred to a
20  constellation of findings that are only seen in
21  PCIA, correct, and I'm wondering what your basis for
22  that statement is?
23       A.  So it's a -- it's a group of findings that
24  are characteristically found together in PCIA and
25  there are multiple publications that confirm that,

VESNA PETRONIC-ROSIC, M.D.

1        VESNA PETRONIC-ROSIC, M.D.
2   including I believe Dr. Sperling's, but I'd have to
3   go back and show.  But they include reduced
4   follicular count, miniaturization, normal sebaceous
5   glands, trichomalacia, dystrophic telogen units,
6   follicular stelae.  I believe I've listed all of
7   them.  And those findings all together are not
8   present in any of the other well-described types of
9   alopecia.  Individual pieces of that can be present
10  in another alopecia, but not all together.
11       Q.  Do you believe that there is a consensus
12  among dermatologists or in the literature that those
13  features that you just listed are the pathological
14  features of PCIA?
15       A.  Among dermatologists, I don't think so
16  because they don't -- they're not -- the knowledge
17  of dermatopathology or general dermatologists is not
18  such that that level of precision would come into
19  play with everyday work, but amongst
20  dermatopathologists I can tell you that if they're
21  looking for things to identify something as
22  potentially being PCIA, those are the things they
23  would look at.
24       Q.  Can you provide me a cite for that type of
25  consensus?

VESNA PETRONIC-ROSIC, M.D.

1
2      A.  I didn't say it was a consensus.  Like a
3  published consensus, like guidelines?  That doesn't
4  exist for -- for a lot of things that we do every
5  day, but the literature does list those features as
6  I explained.
7      Q.  The literature lists those exact features?
8      A.  Yes.
9      Q.  Okay.  Which literature?
10     A.  Okay.  Let me go through my literature and
11  I will point it out.
12     Q.  Let me ask you this.  Do you know how many
13  of the articles in Exhibit E list those exact
14  features of the pathological findings of PCIA?
15     A.  I don't know the exact number of articles,
16  no, but I can look -- look --
17     Q.  Can you estimate?
18     A.  I don't want to estimate.  My work and my
19  profession don't estimate, but I can look at the
20  articles that I reviewed and I can point it out.  As
21  I also said, different things come up with -- in
22  different articles and pooled together --
23     Q.  So, Doctor, that's why -- I'm not asking
24  for a single article.
25     A.  (Inaudible.)

VESNA PETRONIC-ROSIC, M.D.

1
2      Q.  I'm asking whether there's a consensus
3  among the articles that you've cited, that those are
4  the histopathological findings of PCIA?
5      A.  Please define consensus.
6      Q.  Agreement.  Is there a standard set of
7  pathological findings for PCIA that you'll find in
8  the literature?
9      A.  I do think that the articles -- if you give
10  me a couple of minutes to look, I will find where it
11  says these are the features that are typically
12  described.  Maybe not in those exact words, but --
13  these articles are not 22 people talking to each
14  other saying are we agreeing on something.  They're
15  literature that was published in the last ten years
16  about an entity that has emerged as --
17     Q.  Can we -- can we agree that in the articles
18  listed in Exhibit E the authors describe different
19  histopathologic features than each other, that
20  they're not identical?  Can we agree that the
21  histopathological findings in the articles listed
22  are not identical?
23     A.  In all of them?  We can agree they're not
24  identical in all of them.
25     Q.  And would you also agree that for more than

VESNA PETRONIC-ROSIC, M.D.

1
2  half of the 22 articles we don't have any
3  information in terms of histopathology on the
4  patients in the study?
5      A.  Oh, I didn't count.  So I can't agree or
6  disagree.  I'm sorry.
7      Q.  These are the 22 articles that you rely on
8  for your opinions regarding PCIA, right?
9      A.  Oh, that is correct, along with 30 years of
10  reading textbooks and going to meetings and reading
11  ten journals every month.  So I have a lot of
12  information in my head that comes from outside of
13  these articles, and I'm sorry that I don't know
14  verbatim what each one of these articles says.  I do
15  not spend my time learning exactly word for word
16  what each article says.  I have an opinion that is
17  based off of information in these articles along
18  with all my knowledge and experience.
19     Q.  You're aware that for many of these
20  articles there was no derm assessment whatsoever,
21  right?
22          MS. REYNOLDS:  Object to form.
23     A.  You'll have to specify which article and
24  what you mean by "derm assessment."
25     Q.  Okay.  So I mean any examination by a

VESNA PETRONIC-ROSIC, M.D.

1
2  dermatopathologist or a dermatologist.  You're aware
3  that several of the studies involve assessment by
4  telephone or questionnaire surveys, right?
5      A.  Several and many are very different, and
6  you'd have to point out the particular because two
7  weeks ago one article was listed as not being
8  assessed by a dermatologist when, in fact, it was.
9  And I don't remember which one it was or what the
10  specifics were.
11     Q.  All right.  Well, let's look at tab 1 of
12  Exhibit E.
13     A.  Okay.  Here we go.  May I?  I found one of
14  the articles.  Dr. Miteva on page 347.
15     Q.  Sure.
16     A.  "The histological -- the histological
17  features in all cases were highly reminiscent of
18  AGA, that is, preserved number of follicular units
19  with increased miniaturized vellus-like" --
20          THE REPORTER:  You have to slow down,
21  Doctor.  You have to slow down.
22     A.  Sorry.  Okay.  Let me just read this.
23          "However, hair density was decreased in our
24  series in contrast with AGA where it is usually
25  preserved.  Miniaturization is the main feature that

VESNA PETRONIC-ROSIC, M.D.

1   VESNA PETRONIC-ROSIC, M.D.
2 distinguishes the pattern from telogen effluvium, as
3 does the absence of peribulbar inflammation
4 distinguishes from alopecia areata."
5   Q.  Doctor, recently in the deposition you told
6 me that the pathological findings of PCIA were only
7 recently developed; do you recall that?
8   A.  I don't think that that's what I said
9 exactly.  I said that the -- or something along the
10 lines of that it has over the past few years become
11 more recognized what the characteristic features of
12 this type of hair loss are.
13   Q.  And is it possible that we have more
14 information now because women are living longer
15 after docetaxel-based chemotherapy?
16   MS. REYNOLDS:  Object to form.
17   A.  There is no way I would know that
18 information because I'm not an oncologist.  I don't
19 know what the likelihood of their 5- or 10-year
20 survival is without treatment for breast cancer.  So
21 I don't know.
22   Q.  Do you agree that the cause of permanent
23 alopecia due to chemotherapy is still unknown?
24   MS. REYNOLDS:  Object to form.
25   A.  I don't agree with what you just said.  I

1   VESNA PETRONIC-ROSIC, M.D.
2 think there is evidence that Taxotere is causally
3 related to permanent chemotherapy-induced alopecia.
4   Q.  Do you know what a mechanism of action is?
5   A.  Yes.
6   Q.  Are you -- do you agree that the mechanism
7 of action for permanent alopecia causing -- I'm
8 sorry.  Let me rephrase that.
9   Do you agree that the mechanism of action
10 for chemotherapy to cause permanent alopecia is
11 unknown?
12   A.  I think there are a lot of hypotheses and
13 research is being done to that effect currently, but
14 I don't think that we have fully elucidated that
15 problem.
16   Q.  Okay.  Let's look at tab No. 1 in your
17 binder, and that's the Bertrand 2013 article --
18 abstract, I should say.
19   MS. REYNOLDS:  I'm sorry.  Could you say
20 the number again, Madeline?  I apologize.
21   MS. DENNIS:  It's the very first tab in
22 binder 2, and it's Bertrand 2013.
23   MS. REYNOLDS:  Thank you.
24   A.  Yes.
25   Q.  Okay.  Doctor, this abstract was a paper

1   VESNA PETRONIC-ROSIC, M.D.
2 presentation at the San Antonio Breast Cancer
3 Symposium, correct?
4   A.  Yes.
5   Q.  Right underneath "Info and metrics"?
6   A.  Yes.
7   Q.  And this is in 2013, correct?
8   A.  Yes.
9   Q.  Have you ever attended the San Antonio
10 Breast Cancer Symposium?
11   A.  I have not.
12   Q.  I'm sorry.  Did you answer?
13   A.  Did you hear my answer?
14   Q.  No.
15   A.  Yes.  I said -- you mean the question to
16 the breast cancer symposium, if I ever attended?
17   Q.  Yes.
18   A.  I have not.
19   Q.  Okay.  And this article -- this abstract
20 was published in Cancer Research, correct?
21   A.  Yes.
22   Q.  And that's an oncology journal, right?
23   A.  Presumably so, yes.
24   Q.  You don't subscribe to Cancer Research, do
25 you?

1   VESNA PETRONIC-ROSIC, M.D.
2   A.  No, but I have access to a very large
3 number of journals through Georgetown University
4 library services electronically.
5   Q.  And in this study all 79 of the patients
6 received the same chemotherapy regimen, right, and
7 that included FEC-100 and docetaxel?
8   A.  Yes.  Correct.
9   Q.  Do you know whether any of these patients
10 were assessed by a dermatologist at any point?
11   A.  I don't.
12   Q.  Turning next to tab 4, which is the Crown
13 article.
14   A.  Okay.
15   Q.  And this was published in the Journal of
16 Clinical Oncology, correct?
17   A.  Yes.
18   Q.  And this was published actually in
19 May 2017, right?
20   A.  Yes.
21   Q.  And if you turn to the (inaudible) page.
22   THE REPORTER:  I'm sorry.  You went out.
23   A.  Excuse me?
24   Q.  If you turn to the second page of the
25 article.

```
1              VESNA PETRONIC-ROSIC, M.D.
2     A.  Yes.
3     Q.  It indicates that the patients were
4  assessed by a telephone interview survey, correct?
5     A.  What am I looking at, which paragraph?
6     Q.  Under the "Method," it's the very first
7  line.
8     A.  Okay.
9     Q.  Okay.  And it indicates the methods were
10 "We conducted a telephone interview survey of
11 patients who had completed adjuvant or neo adjuvant
12 A and/or T chemotherapy on clinical trials more than
13 one year before," correct?
14    A.  Correct.
15        THE REPORTER:  When you read from documents
16 you've got to slow down.
17    Q.  Do you see that, Doctor?
18    A.  Yes.
19    Q.  Okay.  So these patients PCIA was not
20 diagnosed by a dermatologist, right?
21    A.  So these patients were asked whether they
22 have full hair recovery, mild hair loss, or severe
23 hair loss.  They were not specifically diagnosed by
24 a dermatologist, but they were asked over the phone
25 whether they had full hair recovery or anything from
```

```
1              VESNA PETRONIC-ROSIC, M.D.
2  that to severe or total persistent hair loss.
3     Q.  Right.  So the numbers in this study are
4  based on subjective reports from patients over the
5  phone, correct?
6     A.  Yes.
7     Q.  Turn now, please, to tab 8, and this is the
8  Kang 2018 article.
9     A.  Okay.
10        MS. DENNIS:  Tyler, if you can put this one
11 up as well, that would be great.
12    Q.  Okay.  And if you look towards the bottom,
13 it says this article was first published on-line on
14 August 17, 2018, correct?
15    A.  Towards the bottom.
16    Q.  It's in little tiny print.
17    A.  It says -- actually I don't see that.  It
18 says "Received March 26, 2018, accepted for
19 publication June 14, 2018."
20    Q.  And then "Published on-line first
21 August 17, 2018"?
22    A.  Oh, I see.  You have a different copy.
23    Q.  I shouldn't.
24    A.  That's interesting.
25    Q.  Are you looking at --
```

```
1              VESNA PETRONIC-ROSIC, M.D.
2     A.  My copy doesn't have -- okay.  I mean, I'm
3  showing you the copy that I used which doesn't have
4  that, but that's okay.
5     Q.  Can you use the copy in my binder so that
6  we're following along --
7     A.  I didn't read the copy -- but I didn't read
8  the copy in your binder.  I read the copy I have.
9  I'm just using the same article.
10    Q.  Okay.  That's fine.  We can agree that this
11 article was published sometime in the summer of
12 2018?
13    A.  Yes.
14    Q.  And that's just a few months before you
15 were retained as an expert in this litigation,
16 right?
17    A.  Right.
18    Q.  Okay.  And looking at page 415, which is
19 the second page of the article, you'll see what I
20 have highlighted, the first paragraph there, it says
21 "There is, however, a paucity of long-term
22 prospective data on the incidence and impact of
23 permanent CIA (PCIA).  Most studies are limited by
24 cross-sectional designs, exclusive use of patient-
25 reported outcomes, evaluation of single agents, lack
```

```
1              VESNA PETRONIC-ROSIC, M.D.
2  of information on hair condition before
3  chemotherapy, or short-term follow-up"; do you see
4  that?
5     A.  So you skipped the first sentence of that
6  paragraph which says that "CIA is often considered
7  temporary, but some patients show absence of or
8  incomplete hair growth even years after completion
9  of chemotherapy."
10    Q.  Thank you for that.
11    A.  So what he's saying --
12    Q.  I'm asking you about the highlighted --
13    A.  Yeah.  Right, but you can't take it out of
14 context.
15    Q.  What am I taking out of context?
16    A.  Well, you're skipping the part where it
17 acknowledges the existence of the condition and
18 going to the part where they -- where it says
19 there's not enough data about the incidence and
20 impact.
21    Q.  Okay.  Well, I'd like to ask you about the
22 limitations in some of the studies, and do you agree
23 with me that the Kang authors list a few significant
24 limitations on the existing studies on PCIA in that
25 paragraph?  You see that, correct?
```

VESNA PETRONIC-ROSIC, M.D.

1            VESNA PETRONIC-ROSIC, M.D.

2    A.  They list some limitations.  It doesn't say

3 that they're significant, and I'm just being

4 accurate.  Doesn't mean that they're not.  It just

5 says that "Studies are limited by cross-sectional

6 designs, exclusive use of patient-reported outcomes,

7 evaluation of single agents, lack of information on

8 hair condition before chemotherapy, or short-term

9 follow-up."

10    Q.  Would you agree with the authors that the

11 studies are limited by those issues?

12    A.  Excuse me one moment, please.

13        For that sentence he references an article

14 from 2012 from the Annals of Oncology, for that --

15    Q.  But he wrote --

16    A.  For that whole part that's highlighted the

17 reference article is from 2012.

18    Q.  Okay.  And he writes "most studies,"

19 correct?  This author wrote "most studies"?

20    A.  Well, I'd have to look at the 2012 article

21 to see if that whole paragraph is from that article.

22    Q.  Okay.  And these are your articles, again,

23 that you cited in your report, right?

24    A.  Oh, yes, they are, but I --

25    Q.  (Inaudible.)

1            VESNA PETRONIC-ROSIC, M.D.

2    A.  You brought up this.  So I'm just telling

3 you that you made a lot of effort to confirm that

4 this was published in 2018, but then the paragraph

5 that you singled out is from 2012.  That's what I'm

6 trying to establish.

7    Q.  The paragraph I believe is written by these

8 authors, and I don't believe they've copy/pasted it

9 from the cited article.  So I'm asking you what

10 these authors said.  I'm not asking you about the

11 reference.  These authors said --

12    A.  That was very --

13    Q.  That's what the authors said.  They said

14 "Most studies are limited by cross-sectional design,

15 exclusive use of patient-reported outcome,

16 evaluation of single agents, lack of information on

17 hair condition before chemotherapy, or short-term

18 follow-up," correct, that's what those authors

19 wrote?

20    A.  Those authors wrote that sentence as a

21 reference from an article from 2012.  So without

22 seeing that article, I cannot say whether any part

23 of that sentence is from Dr. Kang or somebody else.

24 That's the -- this is the in- -- introduction and

25 background information.

1            VESNA PETRONIC-ROSIC, M.D.

2    Q.  Okay, Doctor.  So when we look at the

3 articles that you cite in Exhibit E to your report,

4 for every line that has a citation we need to look

5 at that citation to know if the statement is

6 accurate?

7        MS. REYNOLDS:  Object to form.

8        MS. DENNIS:  Is that correct?

9    A.  Well, if you want me to agree to something

10 you will have to look at the citation.  That is not

11 how I read articles.

12    Q.  If you look at --

13    A.  That is not how I read articles.  You're

14 plucking individual sentences out of articles and

15 using them as general opinion, and that's just not

16 the situation here.

17    Q.  Dr. Rosic, I'm describing a paragraph from

18 an article that you cited that describes limitations

19 in the studies on PCIA, and that is an area that I'm

20 entitled to ask you questions on.  If you don't know

21 sitting here today --

22    A.  Yes.

23    Q.  -- without looking up in a reference to an

24 article that you cited, then that's fine and we can

25 move on.

1            VESNA PETRONIC-ROSIC, M.D.

2        MS. REYNOLDS:  Object to form.

3    A.  Oh, that is not the situation at all, but

4 if you allow me to read the conclusion, which was

5 absolutely written by Dr. Kang --

6        MS. REYNOLDS:  Hold on.  I think our court

7 reporter -- okay.  I don't think she can hear us.

8        MS. DENNIS:  Why don't we go off the record

9 for about ten minutes.

10        THE VIDEOGRAPHER:  The time is 2:07.  We

11 are going off the record.

12            (A short break was had.)

13        THE VIDEOGRAPHER:  This is the start of

14 media labeled No. 5.  The time is 2:20.  We are back

15 on the record.

16 BY MS. DENNIS:

17    Q.  Dr. Rosic, we were just talking about some

18 of the limitations listed in the Kang 2018 article

19 related to the PCIA studies, correct?

20    A.  We were, yes.

21    Q.  Okay.  And would you agree that articles in

22 your Exhibit E involve the evaluation of single-

23 agent chemotherapy?

24    A.  Whether they include articles with single-

25 agent chemotherapy, I believe they do.

VESNA PETRONIC-ROSIC, M.D.

1       VESNA PETRONIC-ROSIC, M.D.
2       Q.  Okay.  And you would agree that the
3   articles in Exhibit E include articles that involve
4   only patient-reported outcomes, correct?
5       A.  Yes.
6       Q.  And you would agree that articles in
7   Exhibit E contain studies involving cross-sectional
8   designs, right?
9       A.  I'm not sure about that.  I would have to
10  go back and look, which I really can't do right now,
11  if any of the actual articles included cross-
12  sectional.  Some of them were retrospective cohort
13  studies, some of them were prospective cohort
14  studies, some of them were timed studies.  I
15  can't -- I didn't make a list of every type of study
16  that was present and, as I said, I read literature
17  all the time.  So it's hard for me to isolate these
18  individual 22 papers and tell you exactly what types
19  of studies were in there.
20      Q.  Were you aware that six of the articles are
21  abstracts from the list of 22 articles?
22      A.  I am aware of that, yes.
23      Q.  Abstracts only, correct?
24      A.  Abstracts, yes.
25      Q.  And that an additional three --

1       VESNA PETRONIC-ROSIC, M.D.
2       A.  I mean -- yeah.  Go ahead.
3       Q.  And do you also -- you're also aware that
4   an additional three of the articles are case
5   reports, correct?
6       A.  Yes.
7       Q.  And you would agree that case reports are
8   the lowest level of scientific evidence, right?
9       A.  I mean, case reports do not have a high
10  level of evidence as to causality, no.  They're
11  usually anecdotal and provide evidence of -- well,
12  or examples of association.  So that is --
13      Q.  And because of --
14      A.  -- how I would define that.  I don't really
15  classify them low, high level of evidence.
16      Q.  And because of some of these limitations
17  the articles listed in Exhibit E alone do not
18  demonstrate that docetaxel causes PCIA, correct?
19      MS. REYNOLDS:  Object to form.
20      A.  As I previously testified, the causal
21  association was proven by Dr. Madigan's analysis,
22  which was a meta-analysis of all the literature.
23  That is where the causal association comes from, not
24  from individual articles, but from a meta-analysis.
25      Q.  You believe that Dr. Madigan conducted a

1       VESNA PETRONIC-ROSIC, M.D.
2   meta-analysis of the 22 articles in your Exhibit E
3   to come to that conclusion?
4       A.  You got lost there.  Can you repeat that?
5       Q.  Yes.  Did you just state that you believe
6   Dr. Madigan conducted a meta-analysis of the 22
7   articles in Exhibit E?
8       A.  I did not state that.
9       Q.  Okay.  My question was about the articles
10  listed in Exhibit E, the 22 articles alone.  You
11  would agree that both 22 articles taken by
12  themselves do not demonstrate that docetaxel causes
13  PCIA, correct?
14      MS. REYNOLDS:  Object to form.
15      A.  These 22 -- these 22 articles in isolation
16  do not prove causal association, but the analysis --
17  the meta-analysis does.
18      Q.  Doctor, were you aware that -- I'll move to
19  strike the nonresponsive portion of that answer.
20      Doctor, would you agree that more than half
21  of the articles in your list of 22 articles are from
22  2011 or later?  Were you aware of that?
23      A.  I did not -- you know, I did not make a
24  list of what is from which year, is it a case report
25  or a cohort study or a prospective or a randomized

1       VESNA PETRONIC-ROSIC, M.D.
2   controlled trial.  So if you're saying it is, other
3   than me going back and looking at each single
4   article to confirm what you're saying, I mean, I
5   don't want to say yes because I didn't confirm it
6   myself, but I'm trusting that you're telling me the
7   truth.
8       Q.  Yes.  And math isn't really my strong suit,
9   but based on my count of the articles in 22 there
10  are -- more than half of them postdate 2011.  Would
11  you agree that any article published after November
12  of 2011 could not have impacted Ms. Hughes' breast
13  cancer treatment?
14      MS. REYNOLDS:  Object to form.
15      A.  Articles published after she had received
16  her treatment would not have impacted her treatment,
17  that is true.
18      Q.  The articles listed in Exhibit E involve
19  studies of docetaxel in combination with other
20  chemotherapy agents, right?
21      A.  Some of them do, yes.
22      Q.  They also involve patients who used
23  endocrine therapy during or after chemotherapy,
24  correct?
25      A.  Which articles are you referring to

VESNA PETRONIC-ROSIC, M.D.

1  specifically so I can check?
2
3      Q.  Were there any articles in your list of 22
4  articles that involved patients who took endocrine
5  therapy?
6      A.  There are, but you're making a very broad
7  statement and I don't know exactly precisely what
8  it -- what it pertains to.  So I don't want to
9  answer yes to a very broad statement that I can't
10  categorize better.  So...
11      Q.  Okay.  Let me know if this -- I'll try to
12  ask a clearer question.
13          In the list of articles that you've cited,
14  the 22 articles, you're aware that there are
15  patients who took endocrine therapy involved with
16  many of those articles?
17      A.  I can't answer that question because I
18  don't know what "many of those articles" means.  If
19  you know the precise articles, I can verify that
20  what you're saying is correct.
21      Q.  Doctor, you didn't perform a literature
22  search related to endocrine therapy and persistent
23  alopecia, did you?
24      A.  I performed the literature search
25  pertaining to persistent chemotherapy-induced

VESNA PETRONIC-ROSIC, M.D.

1  alopecia and things that came up along to that, and
2  then when I would read articles it would link me to
3  other articles.  So all of that was in the very,
4  very large amount of information that I went through
5  during this time.
6      Q.  Doctor, you didn't perform a literature
7  search using the term "endocrine therapy" and
8  "persistent alopecia," did you?
9      A.  I don't -- I don't remember if I did or
10  didn't.
11      Q.  You don't remember?
12      A.  I don't remember if I did or didn't.
13      Q.  On page 40 of your report in binder 1 you
14  list -- in the first paragraph you list numbers of
15  patients who had PCIA with taxane regimens and cases
16  with non-taxane regimens, correct?
17      A.  I list that "In the adjuvant treatment of
18  breast cancer there are only 39 cases of permanent
19  alopecia reported with non-taxane regimens, with
20  anthracyclines and cyclophosphamide in comparison
21  with 497 reported cases with taxane regimens, 353 of
22  which are Taxotere/docetaxel regimen."
23      Q.  And do you know if any of the patients in
24  that 353 number were double counted from the

VESNA PETRONIC-ROSIC, M.D.

1  articles in Exhibit E?
2      A.  No.
3      Q.  Do you know why you came to a different
4  number than Dr. Feigal did on that question?
5      A.  No.
6      Q.  Doctor, are there any articles in Exhibit E
7  that do not specify whether the taxane involved was
8  paclitaxel or docetaxel?
9      A.  I'm not sure.  I'm not sure.
10      Q.  Let's take a look at --
11      A.  I can't answer with a yes or no because I'm
12  not sure.
13      Q.  Okay.  Let's take a look at tab 9 of
14  Exhibit 24 or binder 2.  In this article by Kim,
15  et al., do the authors specify anywhere whether the
16  taxane was docetaxel or paclitaxel?
17      A.  I'm not sure if they do.  I'd have to --
18  yeah.  Here on patient population at the bottom of
19  the left column on page 528 it says docetaxel
20  75 milligrams per meter square.  Before that
21  four cycles of docetaxel followed by four cycles of
22  AC followed by weekly paclitaxel, six cycles of
23  docetaxel, Adriamycin, cyclophosphamide, and six
24  cycles of Adriamycin plus docetaxel.  So yes, they

VESNA PETRONIC-ROSIC, M.D.

1  do specify.
2      Q.  Can you tell us how many patients received
3  paclitaxel versus docetaxel?
4      A.  Not off the top of my head, but I'm sure if
5  I put my head to it it's probably something that
6  could be figured out with this article.
7      Q.  Okay.  Well, I couldn't figure it out.  So
8  I'd like you to go ahead and try to figure out which
9  patients in the docetaxel arm versus the paclitaxel
10  arm are counted in the numbers with PCIA.
11      Q.  Okay.
12      Q.  Doctor, are you having any luck?
13      A.  I was able to locate where they -- they
14  only list four regimens.  One of the four regimens
15  was with paclitaxel, but they don't list how many
16  patients were on each.
17      Q.  Okay.  And so all of the patients with PCIA
18  could have been paclitaxel patients, right?
19          MS. REYNOLDS:  Object to form.
20      A.  Well, there's no way to know -- to know how
21  many were on each cycle.  So I don't know what the
22  answer to that question is, and I don't want to have
23  to go back and count the numbers of how many had --
24  I mean, it's -- there -- there are no questions

VESNA PETRONIC-ROSIC, M.D.

1
2  regarding that that can be asked and answered from
3  this because they didn't differentiate.
4      Q.  Right.  That information isn't provided in
5  this article, correct?
6      A.  That is correct.
7      Q.  Doctor, did you include the patients from
8  this study in your report at page 40 in the tally
9  that you created?
10     MS. REYNOLDS:  Object to form.
11     A.  I don't know the answer to that question.
12     Q.  You don't know if the number of patients
13  from the Kim article made it into your 353 number
14  regarding docetaxel patients, right?
15     A.  Well, they certainly -- they certainly --
16  yeah.  I don't know.  I don't know the answer to
17  that.  These are specifics that I don't remember.
18     Q.  Doctor, when you use the term "permanent
19  chemotherapy-induced alopecia," do you mean hair
20  loss persisting six months after the conclusion of
21  chemotherapy?
22     MS. REYNOLDS:  Object to form.
23     A.  That is the generally accept-- it is
24  generally accepted that PCIA -- the arbitrary -- I
25  think the arbitrary time after cessation of

VESNA PETRONIC-ROSIC, M.D.

1
2  chemotherapy is anywhere between 3 and 12 months,
3  but most commonly 6 months.
4      Q.  Do the authors of the articles in Exhibit E
5  use the same definition for PCIA?
6      A.  They use a range of 3 to 12 months.
7      Q.  So they don't use the same definition,
8  correct?
9      A.  What definition is that?  They use -- the
10  definition is that persistent chemotherapy-induced
11  alopecia is failure to regrow hair 3 to 12 months
12  after cessation of chemotherapy.  In general from
13  what I've read --
14     THE REPORTER:  Hold on, please.  Who is
15  speaking?  Mute your phone, please.  Sorry, Doctor.
16     A.  As I said, PCIA's defined as absence of
17  regrowth of hair after chemotherapy and the exact
18  length of time varies between 3 and 12 months.  Most
19  that I recall use 6 months.
20     Q.  If a woman's hair gradually grows back more
21  than six months after chemotherapy, does she have
22  permanent chemotherapy-induced alopecia?
23     MS. REYNOLDS:  Object to form.
24     A.  If it -- I'm sorry.  If it spontaneously
25  regrows to what it was before chemotherapy, then no.

VESNA PETRONIC-ROSIC, M.D.

1
2      Q.  What if it regrows --
3      A.  If it spontaneously regrows -- if it
4  regrows to what it was before treatment, the same
5  follicular density and the same thickness of the
6  hair shaft, the answer is no.
7      Q.  And you mentioned that most of the articles
8  from Exhibit E use the six-month time frame for
9  PCIA.  Do you know how many of the patients from
10  those studies have experienced regrowth with
11  treatment or spontaneously since the article was
12  published?
13     MS. REYNOLDS:  Object to form.
14     A.  I don't know how many experienced regrowth
15  with treatment, but I recall of all the articles
16  that I read there was only one patient that was said
17  to have regrown all their hair.  Nobody else had.
18  And if you want me to tell you which article this
19  is, I'd have to look through the articles.
20     Q.  Okay.
21     A.  Which we won't -- please don't make me do
22  that, but most patients do not regrow -- almost --
23  as I said, I only remember reading one patient
24  having full regrowth with treatment.  Everybody else
25  with treatment either had no regrowth, there was an

VESNA PETRONIC-ROSIC, M.D.

1
2  article with ten patients who despite treatment not
3  a single patient had any regrowth; and then in the
4  others there is some improvement, minimal to
5  moderate significant improvement, but I cannot tell
6  you the numbers.
7      Q.  Doctor, sitting here today, you can't tell
8  me the status of any of the women's hair today that
9  were published in Exhibit E, correct?
10     MS. REYNOLDS:  Object to form.
11     A.  I mean, how would I be able to do that?
12  These were not my patients.  I never saw these
13  individuals.
14     Q.  Right.  And you just told me that many of
15  these articles assessed women as having permanent
16  chemotherapy-induced alopecia at six months after
17  chemotherapy, correct?
18     A.  That is not what I said.
19     MS. REYNOLDS:  Object to form.
20     A.  I said that in general that is the
21  arbitrary length of time that people use to look for
22  persistent chemotherapy-induced alopecia, but some
23  of these women that were part of these studies had
24  been five years out, 48 months out -- that's four
25  years actually.  So those are numbers that I vaguely

Page 186

VESNA PETRONIC-ROSIC, M.D.

1    remember. So there was a very, very large range of
2    time between chemotherapy and them participating in
3    any studies.
4        Q. You're aware that there's recent medical
5    literature that questions whether permanence of hair
6    loss can accurately be assessed at six months post
7    chemotherapy, correct?
8        A. I don't know whether -- what literature is
9    that? What literature are you referring to?
10       Q. Well, for example, let's take a look at
11   tab 9 in binder 2 or Exhibit 24.
12       A. Tab 9.
13       Q. And this is the Kim article from 2017,
14   correct?
15       A. Okay.
16       Q. And looking at page 532 towards the very
17   bottom of the first column these authors state
18   "However, about 60 percent of patients needed a
19   6- to 12-month period from the end of chemotherapy
20   to the recovery of current hair regardless of CIIA
21   or not. These findings imply that six-month period
22   may be short to define permanent alopecia"; do you
23   see that?
24       A. Yes, I do.
25

Page 187

VESNA PETRONIC-ROSIC, M.D.

1        Q. Do you agree that six months is too short
2    to define whether or not a patient's alopecia will
3    be permanent?
4        A. You know, I can't agree with that. I think
5    that studies are needed to validate a statement like
6    that. It's not something that you can -- it's not a
7    statement that can be accepted as a verified
8    hypothesis just from one paper.
9        To me the best way to verify permanent
10   chemotherapy-induced alopecia is to see a reduced
11   number of hair follicles on a biopsy. You know,
12   histopathology doesn't lie. You look at the skin
13   under the microscope, it's either there or it isn't
14   there. The number of hair follicles is either
15   within the normal range or it's not, and that is not
16   time dependent. I mean, you do the biopsy, it's
17   either there or it's not there. It's a very
18   binomial fact.
19       Q. And looking at the introduction --
20       A. I don't know -- I'm sorry. I just wanted
21   to say Ms. Hughes got her therapy nine years ago.
22   So --
23       Q. Right.
24       A. So there's no question of whether six
25

Page 188

VESNA PETRONIC-ROSIC, M.D.

1    months was, you know, an appropriate time or not.
2    Most studies --
3        Q. I'm going to move to strike as
4    nonresponsive and ask that you answer my next
5    question, please.
6        I'm going to look at page 1 of the article,
7    the same one, the Kim article that was published in
8    2017, and do you see in the -- sorry. The first
9    page.
10       A. Yes.
11       Q. In the introduction, correct, I have a
12   paragraph highlighted that describes "Chemotherapy-
13   induced irreversible alopecia (CIIA), or permanent
14   alopecia, which is defined as the absent or
15   incomplete hair regrowth lasting longer than six
16   months after the end of chemotherapy has been barely
17   studied," correct?
18       A. That is what is printed, yes. I don't
19   agree with it, but that's what's printed.
20       Q. You disagree with the authors of the paper
21   that you included in your list of 22 articles?
22       A. So I don't -- you know, when I read
23   articles to gather data that is relevant to creating
24   an opinion about a certain disease I don't dissect
25

Page 189

VESNA PETRONIC-ROSIC, M.D.

1    every sentence and every punctuation point. I think
2    by 2017 there was -- there was already work that was
3    being done.
4        "Barely" is not an objective term. What
5    does that mean? Do they -- are they asking for
6    large multi-institutional studies with thousands of
7    patients or are they asking for 20, 30 papers which
8    by then were already published?
9        Q. Okay. But these authors --
10       A. It's a vague statement.
11       Q. But these authors who published an article
12   about chemotherapy-induced irreversible alopecia in
13   a peer reviewed journal wrote that the subject has
14   been barely studied, correct? That's what they
15   wrote?
16       A. Yeah, they wrote that. That's fine. That
17   doesn't establish that --
18       Q. And you cite --
19                (Simultaneous speaking.)
20       THE REPORTER: Guys, one at a time.
21       Q. And you cited this article in your list,
22   correct? We can find it in Exhibit E in the list?
23       A. I used this article, but what they wrote in
24   that one sentence doesn't establish an across-the-
25

VESNA PETRONIC-ROSIC, M.D.
1
2  board rule for everything that we're talking about.
3  It's completely out of context.
4        And how do you define "barely studied"?
5  That's another one.
6        MS. DENNIS:  Tyler, let's pull up
7  Exhibit 028, the Sabaud article.
8        All right.  This one does not seem to be
9  pulling up.  So I'm going to move on and we'll try
10  to get it up during a break.  For now let's turn,
11  Tyler, to the Paus article, 047.
12       Doctor, we're having a little bit of a
13  technical difficulty on our end.  So would this be a
14  good time to take a break for five or ten minutes
15  and see if we can resolve that?
16       THE WITNESS:  Sure.  Yeah.  Okay.  Five
17  minutes if we can -- if we can make it five minutes,
18  that would be great.  Thank you.
19       THE VIDEOGRAPHER:  The time is -- the time
20  is 2:54.  We're going off the record.
21            (A short break was had.)
22       THE VIDEOGRAPHER:  The time is 2:59.  We
23  are back on the record.
24            (Plaintiffs' Exhibit 35 was
25            marked for identification.)

VESNA PETRONIC-ROSIC, M.D.
1
2  BY MS. DENNIS:
3     Q.  Dr. Rosic, I'm going to pull up and mark as
4  Exhibit 35 the Paus article.  You're familiar with
5  this article, correct?
6     A.  Yes.
7     Q.  And several paragraphs in your report come
8  from this article, correct?
9     A.  Yes.
10    Q.  So you're aware that this article is based
11  on mouse or murine models, correct?
12    A.  The research, yeah.  The research that they
13  did, yes.
14    Q.  Okay.  And do you know how the hair cycles
15  of animals and humans differ?
16    A.  Well, mice have a very similar hair cycle
17  to humans, and that's why they're used for research
18  on human hair.
19    Q.  Are there any differences between mouse
20  hair and human hair in terms of the hair cycle?
21    A.  There are some differences in the number of
22  hair shafts that comes out of a single follicle, but
23  the phases should be very similar.  The duration may
24  not be exactly the same as in humans, but there
25  shouldn't -- that's why it's used for research

VESNA PETRONIC-ROSIC, M.D.
1
2  because it's very similar.
3     Q.  Page 1 -- okay.  Looking at page 1 in the
4  second column, the paragraph that starts with
5  "Robust"; do you see that?
6     A.  Okay.
7     Q.  Do you see where the authors state
8  "Nevertheless, the degree of hair loss induced by
9  high-risk chemotherapeutic agents such as
10  cyclophosphamide, daunorubicin, etoposide, and
11  paclitaxel varies by dose, administration regimen,
12  the patient's age, comorbidities, and nutritional
13  and hormonal statuses and multiple other factors
14  within individual patients"; do you see that?
15    A.  This refers to chemotherapy-induced
16  alopecia, you are aware, not to persistent
17  chemotherapy-induced alopecia?
18    Q.  Correct.  And you would agree that with
19  chemotherapy-induced hair loss these risk factors
20  can affect the degree of hair loss, correct?
21       MS. REYNOLDS:  Object to form.
22    A.  Most chemotherapy agents induce complete or
23  almost complete hair loss within a few weeks of
24  administration, but I guess these other factors can
25  theoretically have some impact.  Although it doesn't

VESNA PETRONIC-ROSIC, M.D.
1
2  matter how old the patient is or what diseases they
3  have.  If they get chemotherapy for breast cancer or
4  especially in higher doses for other types of
5  cancer, they're going to lose all their hair whether
6  they're 30 or 60 years old.
7        So this is, again, one of those generalized
8  statements that is put into an introduction to sort
9  of just add additional robustness to what they're
10  talking about.  This is -- this is not -- like
11  there's no percentages, there's no specific --
12  there's no specificity in this.  It's a very
13  generalized statement that applies to chemotherapy-
14  induced alopecia.
15    Q.  Is it your testimony that we can't rely on
16  that statement as accurate?
17       MS. REYNOLDS:  Object to form.
18    A.  I -- I didn't say that.  That is not my
19  testimony.  I said this pertains to chemotherapy-
20  induced --
21    Q.  Do you disagree with any of the
22  (inaudible)?
23    A.  I don't disagree with any of it.  I just
24  said it applies to chemotherapy-induced alopecia
25  that affects all patients who receive chemotherapy.

VESNA PETRONIC-ROSIC, M.D.

1          VESNA PETRONIC-ROSIC, M.D.
2     Q.  And the author's discussion in this paper
3  specific to permanent chemotherapy-induced alopecia
4  is not specific to taxane, correct?
5     A.  I'd have to -- I'd have to pull up that
6  article.
7     Q.  This is the article that you -- you include
8  several paragraphs from this article in your report,
9  correct?  You're very familiar with this article,
10 are you not?
11    A.  I am familiar with this article, and as I
12 said before, I will not make any statements on any
13 articles that are specific without looking at the
14 article itself.
15    Q.  So certainly you wouldn't have put
16 paragraphs from this article into your litigation
17 report regarding docetaxel without having looked
18 carefully at it, correct?
19      MS. REYNOLDS:  Object to form.
20    A.  I don't know what you're implying, but I
21 read the article and I used parts of it that were
22 relevant to my report in my report as -- as I did.
23 But I don't know what you're trying to imply here.
24 I read the article --
25    Q.  Are the --

1          VESNA PETRONIC-ROSIC, M.D.
2     A.  If you want me to answer a specific
3  question about a specific one word in an article, I
4  will look at that article, and if you want me to
5  give you an answer to that you will permit me to
6  look at that article.
7     Q.  Okay.  Well, sitting here today you can't
8  answer it.  So we'll move on.
9       The Paus article describes a stem cell
10 theory in terms of a mechanism of cause of action
11 for persistent alopecia, correct?  Do you know that
12 sitting here today?
13    A.  It men- -- it mentions stem cells, but I
14 cannot tell without verifying exactly what that
15 article says about that.
16    Q.  Okay.  Are you aware of whether the stem
17 cell theory in the Paus article is a hypothesis?
18    A.  Again, I would need to verify that, Whether
19 they put that forth as a hypothesis or not.  That is
20 not how I read articles to remember that kind of
21 data.
22    Q.  Okay.  Are you aware of whether there's
23 literature that says it is very difficult for a
24 chemotherapy drug to harm stem cells?
25    A.  Excuse me just a moment.

1          VESNA PETRONIC-ROSIC, M.D.
2     Q.  Doctor, do you need me to repeat the
3  question?
4     A.  Yes.
5     Q.  Okay.  Are you aware of whether there is
6  literature that says it is very difficult for a
7  chemotherapy drug to harm stem cells?
8     A.  That is a very generalized statement.  So
9  if you want to show me literature and show me what
10 that literature says, I can tell you whether I think
11 I've seen stuff like that or not, but there's a lot
12 about that that can be said and I don't want to talk
13 without more specific information.
14    Q.  Okay.  Let's switch gears a little bit.
15 For the assertion that other chemotherapy drugs are
16 not causally associated with PCIA you relied on
17 Dr. Madigan and Dr. Feigal, correct?
18    A.  Dr. Madigan, yes.
19    Q.  Okay.  And were you aware that Dr. Madigan
20 testified that he has no opinion whether other
21 chemotherapy agents cause PCIA?
22    A.  I only relied on his expert report.  I know
23 nothing of his test- -- deposition or testimony.
24    Q.  And were you aware that Dr. Madigan hasn't
25 done the analysis of whether other chemotherapy

1          VESNA PETRONIC-ROSIC, M.D.
2  agents cause PCIA?
3     A.  Let me take Dr. Madigan's report and read
4  to you the part that I was --
5     Q.  That wasn't my question, Doctor.  I'm
6  asking are you aware of whether or not Dr. Madigan
7  has conducted an analysis of causation for any other
8  chemotherapy agent besides docetaxel?
9       MS. REYNOLDS:  Object to form.
10    A.  I'm aware that his research shows that no
11 other agent shows enough signals to require that
12 kind of analysis, and that's what I was going to
13 look for to show you.
14    Q.  And you, yourself haven't analyzed
15 specifically whether any other chemotherapy agent is
16 causally associated with permanent chemotherapy-
17 induced alopecia, correct?
18      MS. REYNOLDS:  Object to form.
19    A.  No, I have not.
20    Q.  What is the basis for your assertion during
21 day one of your deposition that the risk of
22 developing PCIA is ten times bigger with docetaxel
23 than for other drugs?
24    A.  It is information from the literature which
25 showed that kind of odds ratio.

VESNA PETRONIC-ROSIC, M.D.

1
2    Q.  Is it your testimony that the risk of
3  developing PCIA is generally ten times bigger with
4  docetaxel than for other drugs?
5    A.  The literature states various odds ratios
6  from 3, 4, 8, 10.  So various reports state various
7  odds ratios.  Dr. Madigan's report lists ten-fold.
8  Increased reporting rate of docetaxel as against all
9  other drugs is estimated to be approximately
10  ten-fold, adjusting for all other drugs as well as
11  age, sex, and year of report."
12    Q.  Where are you reading from, Doctor?
13    A.  Dr. Madigan's report, page 16.
14    Q.  I asked you earlier what materials you had
15  in front of you, and I do not believe you told me
16  that you had Dr. Madigan's report with you.  Do you
17  have anything else with you besides the binders that
18  I gave you?
19    A.  I -- what I said was that I had everything
20  that was -- that's right.  I said I have -- I have
21  Dr. Madigan's, Dr. Feigal's and Dr. Plunkett's
22  report, and somewhere I have Dr. Tosti's report.
23    Q.  You would agree that the articles in
24  Exhibit E, your list, describe cases of persistent
25  alopecia with other chemotherapy agents, right?

VESNA PETRONIC-ROSIC, M.D.

1
2    A.  No, I don't agree with that.
3    Q.  You don't agree that in the articles you
4  cited in Exhibit E there were cases of persistent
5  alopecia with other chemotherapy agents?
6    A.  That I agree with, but not what you said
7  before that.
8    Q.  I'm sorry.  I must have asked the wrong
9  question.
10        Turning to binder 2, Exhibit E articles.
11  We can pull this up, please, Tyler.  I'm going to be
12  looking at tab 16, which is the Palomares and Paus
13  articles from 2011.
14    A.  Which article?  Tab 15 is Nabholtz.
15    Q.  Tab 16 should be Palomares.
16    A.  16.
17    Q.  Yeah.  Sorry.
18    A.  Yes.
19    Q.  Okay.  Do you have that in front of you,
20  Doctor?
21    A.  Yes.
22    Q.  Okay.  And looking at the first page, the
23  authors indicate "We reviewed 8,430 patients,"
24  correct, "With nonscarring alopecia"?  Do you see
25  that?

VESNA PETRONIC-ROSIC, M.D.

1
2    A.  "Records of patients."
3        THE REPORTER:  I'm sorry.
4    A.  "8,430 records of patients."
5    Q.  Yes.  Okay.  "We examined 8,430 records of
6  patients with nonscarring alopecia.  Of these, seven
7  cases of CIPAL, which was defined earlier as
8  chemotherapy-induced permanent alopecia, were
9  identified," correct?
10    A.  Correct.
11    Q.  And that is a rate of .083 percent, right?
12    A.  Correct.
13        MS. REYNOLDS:  Object to form.
14    Q.  If you turn to the next page and we look at
15  the table, in this table the authors of the
16  Palomares study list studies that report
17  chemotherapy-induced permanent alopecia, correct?
18  Including their study which is described as the
19  current study, right?
20    A.  Okay.
21    Q.  And looking at the "Chemotherapy agent"
22  column, all of the patients who received
23  chemotherapy were treated with two to three
24  different anticancer drugs, correct?
25    A.  Yes, but they were not the same disease.

VESNA PETRONIC-ROSIC, M.D.

1
2  Even their study has both breast cancer and germ
3  cell cancers, Ewing sarcoma, rhabdoid sarcoma,
4  ovarian cancer, essential thrombocytopenia,
5  neuroblastoma, malignant histocytosis.  I don't --
6    Q.  All right, Doctor, my question -- My
7  question wasn't the type of cancer.  My question is
8  which agents are involved in this study that you
9  cited in Exhibit E to your report, correct?
10    A.  There were multiple agents.
11    Q.  Okay.  And if you -- if you look at the
12  chart of chemotherapy agents, nine of the studies in
13  table 1 involve chemotherapy and three involve
14  tamoxifen; do you see that?
15    A.  Yes.
16    Q.  Okay.  And docetaxel, which is abbreviated
17  as DO, is only involved in two out of the nine
18  chemotherapy including the present study, correct?
19    A.  I mean, it's listed in -- on two lines.
20    Q.  Right.  And Paxil is listed in one of the
21  lines, that's PA, correct?  That's the Prevezas
22  study?
23    A.  Yes.
24    Q.  And cyclophosphamide, which is abbreviated
25  CY, is involved in eight out of nine of the

VESNA PETRONIC-ROSIC, M.D.

1       VESNA PETRONIC-ROSIC, M.D.
2   chemotherapy studies listed; do you see that?
3       A.  So I see that, but these are for different
4   cancers.  They're different -- completely different.
5   They don't -- you can't compare them.
6       Q.  Doctor, you cited this in your list of
7   articles regarding PCIA, right?
8       A.  Right, but not for the purposes that
9   you're -- that you're trying to elicit.  I cited it
10  because there -- there were reports of docetaxel
11  causing PCIA in patients with breast cancer, not
12  because there were these other cancers and other
13  therapies.
14      Q.  Okay.  Thank you.  I'm entitled to ask the
15  questions that I think are relevant.  Okay?
16      A.  Well, but I'm entitled to defend my opinion
17  as well.
18      Q.  Not in response to my questions.  Your
19  counsel will have her opportunity to ask you
20  questions.  Okay?  Your job today is to answer my
21  questions.
22      MS. REYNOLDS:  Please let her finish her --
23  if you could please let her just finish her answer.
24  I do think she is trying to provide answers that are
25  responsive to your questions.

1       VESNA PETRONIC-ROSIC, M.D.
2       Q.  Doctor, are you aware of literature that is
3   not listed in Exhibit E that reports permanent
4   alopecia following chemotherapy in any cancer
5   context that is not listed in Exhibit E?
6       MS. REYNOLDS:  Object to form.
7       A.  Am I aware of any literature reporting PCIA
8   with treatment in any other type of cancer?  I mean,
9   a lot of these articles mention that it was seen in
10  high-dose chemotherapy for other cancers,
11  hematopoietic cancers.  That is not necessarily the
12  literature I pursued because it didn't have the same
13  types of cancers.  So the treatment would have been
14  different.
15      Q.  Going back to page 40 of your report, the
16  numbers that we touched on briefly.
17      A.  Yes.
18      Q.  Did you calculate these numbers based on
19  the articles you reviewed?
20      A.  So these numbers were based off of the
21  Exhibit E, and actually here it says that it
22  excludes the 93 cases that were from the article
23  with the unidentified taxane regimen.  So it
24  includes cases from the articles in Exhibit E.
25      Q.  And what you did -- correct me if I'm

1       VESNA PETRONIC-ROSIC, M.D.
2   wrong -- is for each article if a chemotherapy
3   regimen involved -- contained a taxane, you
4   considered it a taxane regimen, correct?
5       A.  I'm not exactly sure what you mean by that
6   question.  If it -- if treatment involved taxane is
7   it a taxane regimen; is that your question?
8       Q.  Yes.  That's how you calculated these
9   numbers.  You looked at taxane regimens and
10  non-taxane regimens, correct?
11      MS. REYNOLDS:  Object to form.
12      A.  No.  I looked at Taxotere regimens versus
13  others.  The 349 --
14      Q.  Okay.  So Taxotere --
15      A.  The 349 cases were in patients who received
16  docetaxel.
17      Q.  Correct.  And so if an article involved
18  TAC, you would define that as a taxane regimen,
19  right?
20      A.  TAC is Taxotere.
21      Q.  Correct.  Well, is that TAC Taxotere?
22      MS. REYNOLDS:  Object to form.
23      A.  Taxotere, Adriamycin, cyclophosphamide,
24  that's what TAC stands for.
25      Q.  So TAC is a combination regimen of three

1       VESNA PETRONIC-ROSIC, M.D.
2   different chemotherapy drugs, correct?
3       A.  That is correct.
4       Q.  But for purposes of your analysis you
5   considered it a Taxotere regimen, correct?
6       A.  Correct.
7       Q.  You could have considered it an
8   anthracycline regimen, correct?
9       A.  I could have, I guess.
10      Q.  The numbers would --
11      A.  I mean, it can -- but these numbers are
12  just patients who received Taxotere, not patients
13  who received Adriamycin.
14      Q.  So you're saying that these 353 patients
15  are only patients that received Taxotere only?
16      A.  No.  I'm saying that 349 patients received
17  Taxotere, period.
18      Q.  Right.  In combination, correct?
19      A.  No.  Period.  Some of them in combination
20  and some of them maybe not.
21      Q.  Correct.  But you would agree that the vast
22  majority -- in other words --
23      A.  I didn't hear half of that question.  It
24  didn't come through.
25      Q.  Let me try a new question.  For purposes of

Page 206

VESNA PETRONIC-ROSIC, M.D.
1
2  creating your tally you were focused on taxane,
3  correct, or Taxotere?
4       MS. REYNOLDS:  Object to form.
5       A.  Taxotere.
6       Q.  Okay.  And that's because you're an expert
7  for Plaintiffs in litigation regarding Taxotere,
8  correct?
9       MS. REYNOLDS:  Object to form.
10      A.  I don't know how to answer that question.
11  That's not the reason why -- the reason that I'm an
12  expert for the Plaintiffs is not why I looked at
13  Taxotere.  I would have looked at Taxotere if I was
14  an expert for the Defendants as well.
15      Q.  Let's move on.
16          Doctor, out of women treated for breast
17  cancer and receiving chemotherapy, do you know what
18  percentage receive a regimen that includes Taxotere?
19      A.  No.
20      MS. REYNOLDS:  Object to form.
21      Q.  Do you know whether a higher percentage of
22  regimens used to treat breast cancer contain
23  docetaxel than do not?
24      MS. REYNOLDS:  Object to form.
25      A.  Your first third of that sentence was not

Page 207

VESNA PETRONIC-ROSIC, M.D.
1
2  heard.
3       Q.  Let me rephrase.  If there are more -- let
4  me start again.
5          Do you know whether a higher percentage of
6  regimens for breast cancer contain taxanes than do
7  not?
8       MS. REYNOLDS:  Object to form.
9       A.  No.
10      Q.  If there are more regimens overall used
11  that contain taxanes than don't, wouldn't it make
12  sense that there would be more reports of persistent
13  alopecia in taxane-containing regimens?
14      MS. REYNOLDS:  Object to form.
15      A.  Say that again, please.
16      Q.  If more of the regimens used overall
17  contained Taxotere, would it make sense that there
18  would be more reports of persistent alopecia with
19  taxane-containing regimens?
20      MS. REYNOLDS:  Object to form.
21      A.  I'm sorry.  I'm trying to wrap my brain
22  around that question.  So based on what I read in
23  the literature and in other expert reports, Taxotere
24  causes PCIA.  So to answer your question, if there
25  are more patients using Taxotere will there be more

Page 208

VESNA PETRONIC-ROSIC, M.D.
1
2  PCIA, the answer is yes.
3       Q.  Do you know if alopecia or persistent
4  alopecia is more studied in the breast concert --
5  breast cancer context versus other cancers?
6       MS. REYNOLDS:  Object to form.
7       A.  Whether PCIA specifically is more studied
8  in the -- is that what you said, whether PCIA is
9  more studied in breast cancer patients?
10      Q.  Correct.
11      A.  I believe breast cancer patients are the
12  one -- the ones that receive the Taxotere as part of
13  their treatment which leads to PCIA, which is why
14  most of these reports are in breast cancer patients.
15      Q.  Is Taxotere used outside of the breast
16  cancer context?
17      MS. REYNOLDS:  Object to form.
18      A.  It may be.  I'm not an oncologist.  I can't
19  tell you a precise answer, but reading the
20  literature and looking at literature that came up
21  under this topic, it was vastly in breast cancer.
22  But, you know, I can't be precise because I didn't
23  look at it or count it that way.
24      Q.  Right.  You focused your analysis on breast
25  cancer specifically, correct?

Page 209

VESNA PETRONIC-ROSIC, M.D.
1
2       A.  No.  On PCIA.
3       Q.  And in the breast cancer context, isn't
4  that what you told me earlier?
5       A.  Well, it is most commonly seen in the
6  breast cancer treatment.  So what I said is in my
7  research of the literature breast cancer patients
8  kept coming up because that's where this regimen is
9  used the most.  I don't know if it's used elsewhere,
10  Taxotere.  I really don't know.
11      Q.  Did you -- did you conduct a literature
12  search for all cancers?
13      MS. REYNOLDS:  Object to form.
14      A.  No.  I conducted a literature search for
15  persistent chemotherapy-induced alopecia.
16      Q.  Okay.
17          Between the time you authored your medical
18  record on March 2nd, 2020 and submitted your expert
19  report in June you did not examine Ms. Hughes, did
20  you?
21      A.  No.  I only saw her on March 2nd and never
22  again.
23      MS. DENNIS:  Okay.  And, Tyler, if we can
24  pull up 054, the invoices.
25      Q.  The exhibit we're trying to pull up has

Page 210

VESNA PETRONIC-ROSIC, M.D.

1    VESNA PETRONIC-ROSIC, M.D.
2 actually already been introduced as Exhibit 3.  So
3 we should be able to just go to that exhibit?
4    Doctor, do you see Exhibit 3 on your
5 screen?
6  A.  Yes.  Sorry.  Sorry.  I zoned out for a
7 moment.  I can't hear you.
8  Q.  This is the invoices that you submitted
9 related to Taxotere litigation, correct?
10  A.  Yes.
11  Q.  Okay.  And if you look on this page, you
12 had phone calls with counsel between the time of
13 your examination of Ms. Hughes and submitting your
14 report, correct?  In fact, you had a phone call on
15 March 2nd, 2020, correct, the day you examined
16 Ms. Hughes?
17  A.  Yes, that is correct.
18  MS. DENNIS:  Let's try to pull up
19 Exhibit 023, the records of the exam.
20    (Plaintiffs' Exhibit 36 was
21    marked for identification.)
22 BY MS. DENNIS:
23  Q.  Okay.  Doctor, I've pulled up what we'll
24 mark as Exhibit 36, and this document contains the
25 conclusion from page 7 of your medical records

Page 211

1    VESNA PETRONIC-ROSIC, M.D.
2 related to Ms. Hughes and the conclusion from your
3 litigation report on pages 50 -- 49 and 50; do you
4 see that?
5  A.  Okay.
6  Q.  On your medical record at the top you
7 initially wrote that "Androgenetic alopecia is
8 unlikely"; do you see that?
9  A.  Correct.
10  Q.  But in your litigation report below you
11 state "Androgenetic alopecia can reliably be ruled
12 out," correct?
13  A.  Correct.
14  Q.  And the medical record conclusion does not
15 mention docetaxel, does it?
16  A.  No.
17  Q.  But the litigation report states that "PCIA
18 is due to the docetaxel-based chemotherapy," right?
19  A.  It says that "To a reasonable degree of
20 medical certainty docetaxel-based chemotherapy was a
21 substantially contributing factor to Ms. Hughes'
22 PCIA."
23  Q.  And the medical record conclusion does not
24 use the word "substantially contributing factor,"
25 does it?

Page 212

1    VESNA PETRONIC-ROSIC, M.D.
2  A.  It does not.
3  Q.  You describe in your medical record and
4 litigation report the forms and causes of alopecia
5 that you considered with respect to Ms. Hughes,
6 correct?
7  A.  Excuse me.  Can you repeat that?
8  MS. REYNOLDS:  Object to form.
9  Q.  The medical records from March 2nd, 2020
10 and your litigation report include the forms and
11 causes of alopecia that you considered with respect
12 to Ms. Hughes, correct?
13  MS. REYNOLDS:  Object to form.
14  A.  They do not include everything that I
15 thought about when I was examining her and reading
16 her biopsies, no, absolutely not.  That is not the
17 standard of recording in the medical chart that you
18 put down every single thought process you went to.
19 So no, it's not included.
20  Q.  You would include in a medical report and
21 especially in a litigation report significant items
22 that you considered, correct?
23  MS. REYNOLDS:  Object to form.
24  A.  I wrote that report for the medical record
25 the way I write any other report for the medical

Page 213

1    VESNA PETRONIC-ROSIC, M.D.
2 record.  That is how I perform.  I examined her like
3 I do any other patient, and the report is like with
4 any other patient.  I explained that my thought
5 process is very complex, and I do not record my
6 thought process in the medical chart note.
7  Q.  And you understand that for the purposes of
8 litigation the only way that I can know your
9 opinions are if you include them in your Rule 26
10 report, correct?  I can't be inside of your head,
11 can I, Doctor?
12  MS. REYNOLDS:  Object to form.
13  A.  No, but I'm happy to share any of my
14 thought process.
15  Q.  You're aware that the purpose of a Rule 26
16 report is to disclose your opinions regarding this
17 case, correct?
18  A.  And that is what I did.
19  MS. DENNIS:  Tyler, let's go ahead and try
20 to pull up 024, the Saggar.
21    (Plaintiffs' Exhibit 37 was
22    marked for identification.)
23 BY MS. DENNIS:
24  Q.  Doctor, we'll be marking as Exhibit 37 the
25 photographs that should appear on the screen.  Do

VESNA PETRONIC-ROSIC, M.D.

1   you see those?
2      A.  Yes.
3      Q.  Okay.  Can you tell me what type of
4   alopecias might be involved in these photos?
5         MS. REYNOLDS:  Object to form.
6      A.  I do not give a medical opinion based on
7   photos out of context of anything else.  I'm sorry.
8      Q.  You told me --
9      A.  This happened two weeks -- this happened
10  two weeks ago, and I just won't do it because I
11  would need to examine the patient.
12     Q.  Okay.  And you told me earlier that you
13  could tell from 20 feet away when you saw Ms. Hughes
14  that she had PCIA, correct?
15     A.  That is not what I said.
16     Q.  Your testimony today is that you are not
17  able to identify any potential causes of alopecia in
18  the photograph depicted; is that correct?
19        MS. REYNOLDS:  Object to form.
20     A.  That is not my test- -- that is not my
21  testimony.  My testimony is that I will not try to
22  give a medical opinion based on a photo of the top
23  of someone's head who I have not examined.  I
24  just -- that's not proper medical care or proper

VESNA PETRONIC-ROSIC, M.D.

1   medical approach.  You would not want me to make a
2   diagnosis on anything you have from a photo of the
3   top of your head.
4      Q.  No, and I'm not asking you to make a
5   diagnosis, a medical diagnosis.  I'm asking as a
6   practicing dermatopathologist of 30 years if you saw
7   pictures like this what types of causes might enter
8   your head?
9         MS. REYNOLDS:  Object to form.
10     A.  As a practicing dermatopathologist I would
11  want to do a biopsy.
12     Q.  And so if someone came to you and
13  said this is a picture and I'm wondering if you
14  could tell me what you think might be involved here,
15  you wouldn't be able to tell them anything?
16        MS. REYNOLDS:  Object to form.
17     A.  No.  I would not tell them anything.  Not
18  that I wouldn't be able to, I would not.  I would
19  request either more photos or to examine the person
20  or additional medical information.
21     Q.  Okay.  So you would need more information
22  to make an accurate diagnosis, correct?
23     A.  I would want to have sufficient information
24  to make an accurate diagnosis, correct.

VESNA PETRONIC-ROSIC, M.D.

1      Q.  And I'll represent that these photographs
2   depict a patient who was diagnosed with endocrine
3   therapy induced alopecia.
4         MS. DENNIS:  Let's pull up Exhibit 025,
5   which we'll make Exhibit 38, and this is the article
6   from which these photographs came.
7            (Plaintiffs' Exhibit 38 was
8                marked for identification.)
9   BY MS. DENNIS:
10     Q.  We've marked as Exhibit 38 an article
11  published in The Oncologist titled "Alopecia With
12  Endocrine Therapies in Patients With Cancer,"
13  correct?
14     A.  I see that that's the title of this
15  article, yes.
16     Q.  And you include articles from The
17  Oncologist in Exhibit E, right?
18     A.  I do.
19     Q.  Okay.  And if you look at the conclusion
20  that I have highlighted in this article, the authors
21  state "Alopecia is a common yet unreported adverse
22  event of endocrine-based cancer therapies," correct?
23     A.  That is what that sentence states, yes.
24     Q.  Okay.  And if we turn -- turning to the

VESNA PETRONIC-ROSIC, M.D.

1   discussion on page 1131, the authors state "Our
2   analysis demonstrates that endocrine treatment
3   against cancer place individuals at a significantly
4   increased risk for alopecia.  The overall incidence
5   of all-grade alopecia was 4.4 percent
6   (95 percent CI: 3.3 percent to 5.9 percent) and the
7   incidence of high-grade alopecia was 1.2 percent,"
8   correct?
9      A.  That -- that is what -- you read correctly
10  what is said -- what is published there.
11     Q.  Do you consider the rate of 1.2 percent to
12  be a common risk?
13        MS. REYNOLDS:  Object to form.
14     A.  Of what?  A rate of 1.2 percent of what?
15  To be a common risk for what?
16     Q.  The incidence of high-grade alopecia was
17  1.2 percent.  Do you consider that a common rate?
18     A.  So this is -- what type of alopecia?
19  It's -- it's not at all -- nothing is specified
20  here.  It's very nonspecific.
21     Q.  Let's look --
22     A.  100 -- close to a hundred percent of
23  patients who are on chemotherapy get anagen
24  effluvium.  That's common.  1.2 percent of what, in

VESNA PETRONIC-ROSIC, M.D.

1  whom?

2      Q.  And the authors include a photograph

3  example of a patient, one with grade 1 alopecia and

4  another with grade 2.  So that is what the authors

5  considered grade 2 alopecia; do you see that?

6      A.  I see -- I see the photos, yes.

7      Q.  Do you think that a 1.2 percent risk of

8  grade 2 alopecia is significant?

9      A.  I'd have to read the entire article.  I

10  don't know what kind of alopecia they're reporting.

11  So I don't know if it's significant.

12      Q.  You cannot --

13      A.  If you told me 1.2 percent of patients on

14  any chemotherapy get any hair loss I would say

15  that's not a lot, but if 1.2 percent get something

16  that lasts for their entire life, I'm not sure if

17  that's a lot or not a lot.  There's like no -- I

18  have totally insufficient information to answer your

19  question.

20      Q.  Okay.  You do see the photograph depicting

21  what they consider grade 2 hair loss, correct?

22      A.  I see photographs in -- on this page, yes.

23          MS. DENNIS:  Tyler, let's pull up 026.

VESNA PETRONIC-ROSIC, M.D.

1          (Plaintiffs' Exhibit 39 was

2          marked for identification.)

3  BY MS. DENNIS:

4      Q.  Dr. Rosic, what I've marked as Exhibit 39

5  is the photograph from the Saggar article above a

6  photograph included in your report of Ms. Hughes; do

7  you see that?

8      A.  I see that.

9      Q.  You would not dispute that Ms. Hughes' hair

10  loss presentation looks similar to the first

11  photograph from the Saggar article, right?

12          MS. REYNOLDS:  Object to form.

13      A.  I don't -- I will not make any kind of

14  assertion.  First of all, it's not the same angle,

15  it's not the same distance.  I cannot -- it's not

16  comparable.  They're not comparable because they're

17  not taken with the same angle or from the same

18  distance.

19      Q.  Okay.  So you don't think that looks

20  similar to Ms. Hughes?

21      A.  That is not what I said.  Please don't

22  mischaracterize what I say.  Also, these two photos

23  are out of a paper.  We don't know who they

24  photographed.  I don't know anything about what the

VESNA PETRONIC-ROSIC, M.D.

1  rest of that paper said.  You plucked out the only

2  two photos that they put in that paper.  I don't

3  even know how many patients were in that paper.

4  It's -- I cannot make -- I cannot answer questions

5  related to this without any information.

6      Q.  I almost left the deposition, which I think

7  you might be happy with, but -- when I was trying to

8  close out of the exhibit.

9          Let's go back to binder 2, tab 11, and that

10  is the Martin 2018 article.  Can you turn to

11  page 633 of that article, please.

12      A.  I can, but I all of a sudden need a

13  bathroom break.  Is it possible to get like a three-

14  minute break?

15      Q.  Yes.  Why don't we take a five-minute

16  break.  That would be fine.

17      A.  Okay.  Thank you.

18          THE VIDEOGRAPHER:  The time is 3:48.  We're

19  going off the record.

20          (A short break was had.)

21          THE VIDEOGRAPHER:  This is the start of

22  media labeled No. 6.  The time is 3:58.  We are back

23  on the record.

24  BY MS. DENNIS:

VESNA PETRONIC-ROSIC, M.D.

1      Q.  Dr. Rosic, I'd like to turn to binder 2,

2  tab 11, which is the Martin 2018 article.

3      A.  Yes.

4      Q.  Okay.  And if you'll turn to page 633,

5  which is towards the end.

6      A.  Just a moment.  Okay.

7      Q.  Okay.  And the authors start the column by

8  saying "Our" -- column 1 by saying "Our studies show

9  that grade 1 PA is present in a small proportion of

10  patients following most regimens of ACT and/or

11  aromatase inhibitors," correct?

12      A.  Yes.

13      Q.  And "PA" meaning persistent alopecia?

14      A.  Yes.

15      Q.  Okay.  And they go on to say "The majority

16  of them in postmenopausal patients," correct?

17      A.  Yes.

18      Q.  They go on to say "Progressive spontaneous

19  alopecia is not an infrequent finding in

20  postmenopausal women.  Medications, concomitant

21  chronic diseases, telogen effluvium, and mostly

22  female pattern hair loss are frequent causes of

23  alopecia in women post-menarche," correct?

24      A.  Yes, that's what it says.

VESNA PETRONIC-ROSIC, M.D.

1     VESNA PETRONIC-ROSIC, M.D.
2        Q.  And finally the authors say "Aromatase
3    inhibitors have also been reported as a cause of
4    male pattern hair loss and this was also seen in our
5    study."  Did you see that?
6        A.  I saw that, yes.
7        Q.  So in this study -- so in this study the
8    authors reported a male pattern hair loss
9    presentation in patients that took aromatase
10   inhibitors; is that right?
11       A.  They did.  Well, they cited another article
12   for that.  Let's see.  No. 14.
13       Q.  And they also said "This was also seen in
14   our study," correct?
15       A.  Yes, they do.
16       Q.  So they cited to another study where that
17   happened, and they also saw male pattern hair loss
18   with aromatase inhibitors in their study; is that
19   right?
20       A.  Correct.
21       Q.  Turning to tab, I believe, 5, which is the
22   Fonia article.  Are you with me, Doctor?
23       A.  I am.
24       Q.  Okay.  And the Fonia article was published
25   in March of 2017 and reports on the clinical

1     VESNA PETRONIC-ROSIC, M.D.
2    pathologic findings in a cohort of ten patients,
3    correct?
4        A.  Yes.
5        Q.  And the patients were treated with taxanes
6    and adjuvant hormonal chemotherapy, right?
7        A.  They were treated -- yes, that's what it
8    says.
9        Q.  And in the "Results" section on page 1 the
10   author's note "We have observed three types of
11   clinical patterns of alopecia, types A, B and C, and
12   have validated the histopathologic features showing
13   alopecia areata-like and female pattern hair loss,"
14   correct?
15       A.  Yes.
16       Q.  So these authors saw features of female
17   pattern hair loss in the ten patients they examined
18   with PCIA, correct?
19       A.  So they -- they saw several different types
20   of hair loss.  There's some feedback.  Is that me?
21       Q.  I don't think it's me.
22       A.  Do you hear it?
23           THE REPORTER:  I do.
24       A.  Give me just a second to remind myself.
25       Q.  Sure.

1     VESNA PETRONIC-ROSIC, M.D.
2        A.  So they did and, you know, off the top of
3    my head I can't tell you the specifics, but they did
4    see features of alopecia areata and female pattern
5    hair loss.  But these patients also got adjuvant
6    hormonal chemotherapy which would reduce changes
7    along the lines of female pattern hair loss.
8        Q.  How many of the patients in the 353
9    patients that you list in your page 40 of your
10   report also received adjuvant endocrine therapy?
11       A.  Oh, I don't know the answer to that
12   question.
13       Q.  The authors of this 2017 study reporting on
14   the clinical pathologic findings regarding PCIA
15   found different histopathologic patterns, correct?
16       A.  They did.  They found I think two or three
17   patterns, type A, B, and C.  Let me just see if that
18   had -- that was different in the histopathology as
19   well.
20           Type A had (indecipherable) anagen,
21   follicular inertia, miniaturized telogen hair
22   follicles; type B was more along female pattern hair
23   loss; and I believe type C was more along alopecia
24   areata.
25       Q.  Okay.

1     VESNA PETRONIC-ROSIC, M.D.
2        A.  Yeah.
3        Q.  Looking at page 951.
4        A.  Yes.
5        Q.  One of the patients in this study attempted
6    treatment and experienced slow but complete hair
7    regrowth within six months of starting treatment
8    with topical Minoxidil; is that right?
9        A.  That is right.  That must be that one
10   patient that I remembered reading had complete hair
11   growth.
12       Q.  Do you know how many of the 353 patients
13   you report in your report on page 40 have attempted
14   treatment with topical Minoxidil?
15       A.  I don't know.
16       Q.  And turning to the last -- second-to-last
17   page, 956, in the second-to-last paragraph on
18   column 1 do you see that these authors state that
19   "Anti-estrogen hormonal adjuvant therapy also
20   represents an important co-factor"?
21       A.  But they talk about -- I see what you're
22   reading, but they talk about chemotherapy-induced
23   alopecia areata in female pattern hair loss, and
24   that -- in those hormonal therapy would be an
25   important co-factor because especially female

                    VESNA PETRONIC-ROSIC, M.D.

1
2  pattern hair loss is driven by hormones.  So in that
3  context that is an important co-factor.
4      Q.  Is it your understanding from this article
5  that the authors intended to limit the statement
6  that hormone therapy is an important co-factor just
7  to the chemotherapy-induced alopecia statement?
8      A.  So let me read that out loud, please.
9          "Our findings validate the chemotherapy-
10 induced alopecia areata-like histopathology, but
11 also suggest that while the histopathologic and
12 clinical appearances of female pattern hair loss may
13 be initiated by chemotherapy via the dystrophic
14 catagen pathway, anti-estrogen hormonal adjuvant
15 therapy also represent an important co-factor."
16         Yes, they limit that to the female pattern
17 hair loss based on my interpretation of that
18 paragraph.
19     Q.  And the authors are actually describing
20 their findings in an article that reports on ten
21 cases that involve chemotherapy and hormone therapy,
22 correct?
23     A.  Yes.
24     Q.  Okay.  So let's back up.  Let's go to
25 page 954.  Do you see in the last paragraph in the

                    VESNA PETRONIC-ROSIC, M.D.

1
2  second column the authors start "We propose a dual
3  target hypothesis to explain the spectrum of our
4  morphologic findings"; do you see that?
5      A.  I see that.
6      Q.  And they go on to explain "The first target
7  is the hair bulb in response to the direct effect of
8  chemotherapy.  The second target is the residual
9  hair follicle which would further miniaturize in
10 response to anti-estrogen hormonal adjuvant
11 therapy," correct?
12     A.  That's what it says, yes.
13     Q.  Turning back to page 956, the first full
14 paragraph the authors state "We further hypothesize
15 that hormonal anti-estrogen adjuvant therapy may
16 represent the additional factors sustaining the
17 dystrophic catagen response pathway initiated by
18 chemotherapy," correct?
19     A.  But -- that is what they do state, but you
20 can only assume that happens to hair follicles that
21 are present.  When there's loss of hair follicles
22 there's nothing for hormonal therapy to target.
23     Q.  Do you disagree with the authors of this
24 article that hormone therapy represents an important
25 co-factor in patients who have taken chemotherapy

                    VESNA PETRONIC-ROSIC, M.D.

1
2  and hormone therapy?
3      A.  I'm sure it's very patient specific and it
4  may or may not.  It depends on the patient.
5      Q.  Okay.  And you included this article in
6  your list of 22 articles, correct?
7      A.  Yes, I did for reasons that we didn't go
8  over, such as specifically on page 954 the
9  histopathology that they found in the permanent
10 alopecia.
11     Q.  So, Doctor, I'm here today to ask you my
12 questions about the articles that you reviewed.
13 Okay?
14     A.  Right, but if you say I included the
15 article despite pointing out things that are
16 different, you're like, well, why didn't you -- why
17 did you include the article.  Well, I'm telling you
18 why I included the article.
19     Q.  And I'm asking --
20     A.  I have many reasons for including the
21 article.
22     Q.  Right.  And I'm asking if you disagree with
23 certain points in the article.
24     A.  Oh, I don't disagree with their points.
25 It's just they're not referring to the same group of

                    VESNA PETRONIC-ROSIC, M.D.

1
2  patients that -- that pertain to what my report is
3  about.  Part of the report does and part of the
4  report doesn't because my patient and the one I'm
5  giving an opinion on has features of PCIA, not
6  features of endocrine-induced.  So her
7  histopathology is that of PCIA, not an EIA.  So the
8  part of the article that was of interest to me was
9  the part that referred to that type of alopecia.  I
10 don't disagree with them.
11     Q.  As we talked about before, you're aware
12 that articles in your Exhibit E describe the
13 histopathological findings of PCIA as consistent
14 with androgenetic alopecia, including this article
15 we just looked at, correct?
16         MS. REYNOLDS:  Object to form.
17     A.  So some of the articles do bring up points
18 of that type of alopecia.  However, they also bring
19 up points of PCIA that are not similar to female
20 pattern hair loss such as -- we've gone over them.
21 Preservation of sebaceous glands, trichomalacia,
22 dysmorphic telogen units, none of those are present
23 in female pattern hair loss.
24     Q.  How many patients a year do you typically
25 treat for skin cancer?

Page 230

```
1              VESNA PETRONIC-ROSIC, M.D.
2        A.  For skin cancer?  I don't know.  Let me
3   think.  Maybe a thousand, maybe more.  Probably more
4   if I include the tumor board patients.
5        Q.  And do you treat skin cancer patients or do
6   you refer them to oncologists for treatment of the
7   cancer?
8        A.  Both.  Some of them I treat and some of
9   them -- if they have advanced cancer that is
10  metastatic and that requires chemotherapy or
11  immunotherapy or sentinel lymph node biopsy or
12  radiation treatment, I refer them.  I'm on a skin
13  cancer tumor board.  So we work together.
14       Q.  What types of treatment do you personally
15  provide related to skin cancer?
16       A.  Excision, electrodesiccation and curettage.
17  Most surgery is done in my practice, but I don't do
18  it.  Some topical therapies that are approved for
19  use in basal cell carcinoma, photodynamic therapy,
20  cryosurgery, electrosurgery, retinoids by mouth,
21  systemic retinoid therapies, hedgehog inhibitors for
22  advanced basal cell carcinoma.  There are others,
23  but those are the main ones.
24       Q.  Do any of the medications that you just
25  described involve the risk of alopecia?
```

Page 231

```
1              VESNA PETRONIC-ROSIC, M.D.
2        MS. REYNOLDS:  Object to form.
3        A.  Yes.  Well --
4        Q.  Do you counsel your patients?
5        A.  Excuse me.  I was going to say systemic
6   retinoids can induce diffuse thinning of the hair
7   and -- yeah, and a lot of patients actually stop
8   treatment because of that because they don't want --
9   they don't -- the emotional distress, it's too much,
10  and they stop the systemic retinoid.
11       Please allow me to share this because it's
12  just something I like to talk about because it
13  brings me joy to take care of these patients, but I
14  treat a number of patients who are post transplant
15  solid organ or transplant and they're at very high
16  risk of skin cancer.  So I put them on long-term
17  systemic retinoids to prevent or minimize new skin
18  cancers, and those cause a lot of hair thinning and
19  the patients will very often stop taking it because
20  they won't tolerate the emotional impact of that.
21       So yes, the answer is yes, it causes
22  certain type of hair loss that is more kind of
23  diffuse thinning and more like telogen -- chronic
24  telogen effluvium.
25       Q.  Do you prescribe chemotherapy to the
```

Page 232

```
1              VESNA PETRONIC-ROSIC, M.D.
2   patients you treat with skin cancer?
3        A.  I prescribe topical chemotherapy.
4        Q.  You do not prescribe intravenous
5   chemotherapy, correct?
6        A.  I can't remember the last time I would have
7   done that.  So I'm going to say no.
8        Q.  Chemotherapy is an important treatment
9   option for your patient population, correct?
10       MS. REYNOLDS:  Object to form.
11       A.  I'm sorry.  Which patient population are
12  you referring to?
13       Q.  Patients with skin cancer.
14       A.  If they have advanced skin cancer, then
15  systemic therapies, whether they're chemotherapy or
16  immunotherapy, are important for stage 3 and stage 4
17  cancer, yes.
18       Q.  And chemotherapy is a life-saving
19  treatment, you would agree?
20       MS. REYNOLDS:  Object to form.
21       A.  Some chemotherapies can be lifesaving for
22  certain types of malignancies.
23       Q.  Chemotherapy medications carry significant
24  risks as well, correct?
25       A.  That is correct.
```

Page 233

```
1              VESNA PETRONIC-ROSIC, M.D.
2        Q.  Those risks can include death, correct?
3        A.  Excuse me?
4        Q.  The risks of chemotherapy can involve
5   death, correct?
6        A.  Yes.
7        Q.  You testified that Dr. Madigan performed
8   the analysis that led to your conclusion that
9   docetaxel causes PCIA, correct?
10       MS. REYNOLDS:  Object to form.
11       MS. DENNIS:  Through a meta-analysis of --
12       A.  So his -- yeah.  So his --
13       MS. REYNOLDS:  Same objection.
14       A.  -- his report indicates that there's a
15  causative relationship between docetaxel and PCIA.
16       Q.  And that's the basis for your conclusion
17  that docetaxel is the causative agent for acute
18  PCIA, correct?
19       MS. REYNOLDS:  Object to form.
20       A.  No, that -- that and my exam, the
21  histopathology, and all the other literature that I
22  reviewed.
23       Q.  Dr. Madigan's analysis is not referenced in
24  your medical records or in your report, correct?
25       MS. REYNOLDS:  Object to form.
```

1              VESNA PETRONIC-ROSIC, M.D.
2        A.  I'm sorry.  Dr. Madigan -- the Rule 26
3   report is not listed.  That was an omission.  I did
4   rely on it in preparing my report.
5        Q.  Doctor, you're not an epidemiology expert,
6   correct?
7        A.  No, I'm not.
8        Q.  You're not a tox- -- you're not a
9   toxicologist, are you?
10        A.  I'm not.
11        Q.  You're not a pharmacologist either?
12        A.  No, not.
13        Q.  You're not a statistician?
14        A.  I'm not.
15        Q.  You're not a psychologist or a
16   psychiatrist, correct?
17        A.  No, but I did go to medical school and
18   wanted to be one.  I didn't do it.  It was too --
19   too depressing.  It was too difficult.  The patients
20   were too sick.
21        Q.  You have not conducted an analysis of the
22   overall risk-benefit profile for docetaxel versus
23   other chemotherapy drugs, correct?
24        A.  I have not.
25        Q.  You are not offering any opinion that

1              VESNA PETRONIC-ROSIC, M.D.
2   docetaxel is not an effective drug in the treatment
3   of breast cancer, correct?
4        A.  I'm not.
5        Q.  And you would agree that docetaxel has
6   cured thousands of patients with breast cancer,
7   correct?
8        MS. REYNOLDS:  Object to form.
9        A.  As a general impression I agree with you,
10   but I don't know the actual statistics and numbers.
11   But I assume it's correct because it's been used in
12   so many patients.
13        Q.  Doctor, you've never practiced law,
14   correct?
15        A.  No, I have not.
16        Q.  Okay.  And you will not offer legal
17   opinions, correct?
18        A.  No.  Not legal opinions, no.
19        Q.  You have not reviewed the labels for any of
20   the drugs Ms. Hughes was taking in forming your
21   opinions in this case, correct?
22        A.  I have not reviewed the labels, no.
23        Q.  You're not an expert on FDA regulations,
24   correct?
25        A.  That is correct.

1              VESNA PETRONIC-ROSIC, M.D.
2        Q.  You have no expertise in pharmaceutical
3   drug labeling requirements, correct?
4        A.  Correct.
5        Q.  And you will defer to other experts on
6   opinions concerning the adequacy of the label for
7   any particular medication, correct?
8        A.  Yes.
9        Q.  I know we just took a break, but it would
10   be helpful for me if we could take maybe a 10-,
11   15-minute break so I can go through all my notes
12   that are illegible and figure out if I have some
13   more follow-up questions for you.  Would that be
14   okay?
15        A.  Yes.  So 4:22 -- the time is 4:22.  When
16   should I log in?
17        THE VIDEOGRAPHER:  One second.  The time is
18   4:22.  We're going off the record.
19              (A short break was had.)
20        THE VIDEOGRAPHER:  The time is 4:45.  We
21   are back on the record.
22        MS. REYNOLDS:  I can't hear -- I can't hear
23   you at all.  I'm sorry.
24        THE REPORTER:  I couldn't either.
25        MS. DENNIS:  My mic was not on.

1              VESNA PETRONIC-ROSIC, M.D.
2        MS. REYNOLDS:  I'm glad it was just muted
3   and we don't have to start over.
4        MS. DENNIS:  Tyler, can you please pull up
5   Dr. Madigan's report.
6        THE REPORTER:  Is this a new exhibit?
7        MS. DENNIS:  Yes.  This will be Exhibit
8   No. 40, correct?
9        THE REPORTER:  Yep.
10              (Plaintiffs' Exhibit 40 was
11               marked for identification.)
12   BY MS. DENNIS:
13        Q.  Doctor, you're relying on Dr. Madigan for
14   the assertion that PCIA is not causally related to
15   other chemotherapy agents, correct?
16        MS. REYNOLDS:  Object to form.
17        A.  I guess that's correct.  It's that I'm
18   relying on his report that Taxotere is causally
19   related and that the other drugs didn't have
20   sufficient signals to warrant -- to warrant a causal
21   association.
22        Q.  And you quoted page 16 of Dr. Madigan's
23   report.  Can we go to that page.  You quoted
24   Dr. Madigan's report as saying "Only docetaxel shows
25   a persistent safety signal using the conventional

VESNA PETRONIC-ROSIC, M.D.

1    VESNA PETRONIC-ROSIC, M.D.
2  threshold of 2," correct?
3      A.  That's page 17 in my copy.
4      Q.  Okay.
5      A.  What I -- that's page 17.
6      Q.  Okay.  Does page 17 look like this in your
7  copy?
8      A.  Yes.
9      Q.  And I read that right, that's the segment
10  you read to us earlier, correct?
11      A.  No.  I read from the previous page under
12  44.  The last sentence says "For example,
13  considering the last row of table 3, the increased
14  reporting rate of docetaxel as against all other
15  drugs is estimated to be approximately ten-fold
16  adjusting for all other drugs as well as age, sex,
17  and year of report."
18      Q.  Okay.  And looking at that statement
19  regarding the approximately ten-fold, that is a
20  reference to table 3 on the next page, correct?
21      A.  Yes.
22      Q.  Okay.  And table 3 is an analysis of the
23  FDA adverse event reporting system or FAERS data,
24  were you aware of that?
25          MS. REYNOLDS:  Object to form.

1    VESNA PETRONIC-ROSIC, M.D.
2      A.  44.  It's the -- yeah, I guess.  I mean, I
3  wouldn't -- looking at the reference, that's not
4  what I would -- I believe you.  Basically that's
5  what I'm trying to say.
6          It references a Website github.com/
7  OHDSI/CCD.  I think OHDSI is the reporting system,
8  but I'm just going to believe that what you told me
9  is correct.
10      Q.  Would it be important to you to know what
11  data the ten-fold reference is?
12          MS. REYNOLDS:  Object to form.
13      A.  Well, at the beginning of his report he --
14  well, not at the beginning, but in the before --
15  prior part of the report he does talk about what he
16  used to do his research.  So yes, I mean, I read
17  that and didn't -- didn't identify anything wrong
18  with that.
19      Q.  What is the FAERS database?
20          MS. REYNOLDS:  Object to form.
21      A.  It's the Federal Adverse Events Reporting
22  System database.
23      Q.  And you're aware that both the ten-fold
24  statement --
25      A.  Excuse me.

1    VESNA PETRONIC-ROSIC, M.D.
2      Q.  I'm sorry.  You're aware that both the
3  statement regarding the ten-fold that you cited on
4  page 15 and the information regarding a persisting
5  safety signal on the next page are in relationship
6  to FAERS data; is that correct?
7          MS. REYNOLDS:  Object to form.
8      A.  I want to say yes, but I can't recall in
9  the meantime if there was any other.  But yes,
10  you're correct.
11      Q.  What does reporting to the FAERS database
12  involve, do you know?
13      A.  Not precisely.  I'm sure that it involves
14  filling out a sheet with information when you have
15  an adverse event and that you submit that.  I mean,
16  I've reported a few times in my career things, and
17  it involves filling out like a questionnaire.  I
18  imagine that -- I did not go into the FAERS database
19  to check any of this.
20      Q.  Were you aware that reports to the FAERS
21  database can come from Plaintiffs in litigation
22  and/or their attorneys?
23          MS. REYNOLDS:  Object to form.
24      A.  That is not something that I know.
25      Q.  And, Doctor, you've referred a couple times

1    VESNA PETRONIC-ROSIC, M.D.
2  to a meta-analysis that Dr. Madigan conducted,
3  correct?
4      A.  Yes.
5      Q.  What data did Dr. Madigan use to do his
6  meta-analysis?
7          MS. REYNOLDS:  Object to form.
8      A.  Excuse me.  Can you repeat that?
9      Q.  What was the source of Dr. Madigan's
10  meta-analysis?  What did he analyze?
11          MS. REYNOLDS:  Object to form.
12      A.  So he analyzed the FAERS database, he
13  analyzed Sanofi's global pharmacovigilance database.
14  It included 311 reports from 1999 to 2015.
15      Q.  Doctor, I'm asking specific to
16  Dr. Madigan's meta-analysis.  Were you aware that
17  his meta-analysis was limited to the Tax 316 and 301
18  studies?
19          MS. REYNOLDS:  Object to form.
20      A.  He said that he did a meta-analysis of four
21  studies which included studies other than what you
22  just referenced.  So Crown, Kang, Martin, Sedloczek
23  (phonetic), that is what he did a random effects
24  meta-analysis which yielded an odds ratio of 4.1.
25      Q.  And is that the meta-analysis you referred

VESNA PETRONIC-ROSIC, M.D.

1   VESNA PETRONIC-ROSIC, M.D.
2   to --
3       A.  I'm sorry?
4       Q.  Is that the meta-analysis that you've been
5   referring to during this deposition?
6       A.  You know, not specifically because I
7   wouldn't have -- without looking at it, it wouldn't
8   have -- I wouldn't have been able to tell you that
9   without actually looking at the paper, but that
10  is -- so his -- his review of the -- of the -- his
11  conclusions are based on the FAERS database, the
12  analysis of Sanofi's internal pharmacovigilance
13  database --
14      Q.  I apologize.  I think you lost my question.
15  I think we're way off topic.
16      A.  I'm sorry?
17      Q.  You're losing --
18      MS. REYNOLDS:  I think she's doing her
19  best -- I think she's doing her best to answer your
20  questions.  So if you would please let her answer to
21  the best of her ability about another expert's
22  report.
23      Q.  Why don't I rephrase the question to help
24  you.  I'm not asking about Dr. Madigan's
25  conclusions.  I'm asking about the meta-analysis

1   VESNA PETRONIC-ROSIC, M.D.
2   conducted by Dr. Madigan that you've referred to
3   several times during this deposition.  Is that
4   meta-analysis the four studies that you just
5   referenced?
6       MS. REYNOLDS:  Object to form.
7       A.  No.  When I referred -- when I referred to
8   the meta-analysis, I, in fact, referred to whatever
9   data he used to produce his report, which included a
10  meta-analysis, but I referred to -- I did not refer
11  to parts of his report but to the conclusion which
12  is based on everything that he included.
13      Q.  Okay.  And you're aware that he did not
14  perform a meta-analysis of FAERS data, correct?
15      MS. REYNOLDS:  Object to form.
16      A.  It appears that he did not.
17      Q.  Doctor, on page 1 of your report in
18  binder 1, in the third paragraph from the bottom you
19  indicate that you have had special interest in
20  dermatopathologic aspects of hair diseases, correct?
21      A.  Yes.
22      Q.  Do you recall authoring a report in
23  February of 2016 related to the Clarins USA
24  litigation?
25      A.  Which litigation?

1   VESNA PETRONIC-ROSIC, M.D.
2       Q.  Clarins, C-L-A-R-I-N-S.
3       MS. DENNIS:  Tyler, if you could pull this
4   up, it's 057.
5       Q.  Do you recall that?
6       A.  Yes, I do.
7       Q.  Do you know if you included hair diseases
8   as a special interest in your report in 2016?
9       A.  Probably not because I -- well, hair
10  diseases are part and parcel of everything I've done
11  in the last 30 years.  However, a very particular
12  interest in hair diseases developed over the past
13  five or six years.
14      I'm interested in a lot of things,
15  sensitive skin, autoimmune connective tissue
16  diseases, cutaneous oncology, hair diseases, complex
17  medical dermatology.  I have a lot of interests.
18              (Plaintiffs' Exhibit 41 was
19              marked for identification.)
20  BY MS. DENNIS:
21      Q.  Doctor, do you see on the screen what I've
22  marked as Exhibit 41?  Does this appear to be a
23  February 26, 2016 expert report that you authored in
24  the Clarins USA litigation?
25      A.  Yes.

1   VESNA PETRONIC-ROSIC, M.D.
2       Q.  And in February of 2016 in this report that
3   you authored for litigation purposes, you describe
4   your special interests as "Include sensitive skin,
5   autoimmune and connective tissue diseases, and
6   cutaneous oncology," correct?
7       A.  Yes.
8       Q.  Do you alter the description of your
9   special interests depending on the subject of the
10  litigation?
11      MS. REYNOLDS:  Object to form.
12      A.  I do not.  I alter them depending on the
13  stage of my career.
14      Q.  And as of February 2016 hair diseases were
15  not a special interest for you, correct?
16      MS. REYNOLDS:  Object to form.
17      A.  So I have a lot of special interests.
18  Those listed here are not -- they are not
19  all-inclusive.  For example, I don't anymore really
20  try to see patients with autoimmune and connective
21  diseases because I've surpassed that interest and
22  have now moved on to other things.  So that has
23  changed throughout my career.
24      When I started my career I had a special
25  interest in autoimmune diseases like lupus.  I don't

Page 246

VESNA PETRONIC-ROSIC, M.D.

1  anymore.  So it depends on the stage of my career,
2  but I did author 20 years ago two papers on -- that
3  involve hair follicles in the book that I worked on
4  with Dr. Ackerman.
5      So I always had an interest in hair
6  pathology.  I just didn't list it there.
7      Q.  Right.  You didn't list it here in this
8  February 2016 report that you authored for
9  litigation, correct?
10     A.  That is correct.
11     Q.  Doctor, Ms. Hughes has not attempted to
12  treat her hair loss; is that correct?
13     MS. REYNOLDS:  Object to form.
14     A.  Not that I'm aware of up until when I spoke
15  to her last, which was when I called her about the
16  results of her report.
17     Q.  And you cannot offer an opinion regarding
18  whether or not her hair would have regrown or would
19  regrow with treatment; is that correct?
20     MS. REYNOLDS:  Object to form.
21     A.  Based on the reduced number of hair
22  follicles in her scalp biopsy, I'm certain that she
23  cannot regrow her hair to a normal density because
24  she has a very low hair density because she has lost

Page 247

VESNA PETRONIC-ROSIC, M.D.

1  hair follicle units and those cannot be regrown.
2  Regardless of treatment you cannot recreate them.
3      Q.  And you're aware that articles in your
4  list, Exhibit E, indicate that patients with
5  long-standing permanent alopecia following
6  chemotherapy experience significant and complete
7  regrowth with topical Minoxidil, correct?  You're
8  aware of that?
9      MS. REYNOLDS:  Object to form.
10     A.  I'm aware of one patient that experienced
11  regrowth, and I don't know how long that person had
12  alopecia.  I don't think that was offered.  Some
13  experience minimal, some experience significant
14  regrowth, but any treatment can only affect the
15  hairs that are there.  So any miniaturized hairs can
16  become telogen hairs and produce a longer and
17  thicker hair shaft, but the hairs that are not there
18  cannot regrow.
19     Q.  It's your testimony that only one patient
20  in the articles listed in Exhibit E experienced
21  significant regrowth with topical Minoxidil?
22     MS. REYNOLDS:  Object to form.
23     A.  We reviewed an article that mentioned one
24  patient experiencing regrowth, which I know we read

Page 248

VESNA PETRONIC-ROSIC, M.D.

1  together.  I don't recall that any of the other
2  patients had complete regrowth, but maybe there are.
3  They're certainly in the -- if it did happen it's
4  certainly very, very, very rare compared to the
5  hundreds of other patients who didn't experience
6  complete regrowth.
7      Q.  Okay.  And the article we looked at today
8  was the Fonia article from 2017, correct?
9      A.  That was one of the articles, yes.
10     Q.  Why don't we turn to page -- tab 22 in your
11  Exhibit 2 binder -- or exhibit -- binder 2,
12  Exhibit 24, tab 22.
13     A.  Okay.
14     Q.  And looking at the abstract, this patient
15  experienced significant clinical improvement with
16  topical Minoxidil therapy, correct?
17     A.  Excuse me.  Let me just read through the
18  abstract.
19     It does say that this patient experienced
20  significant improvement, but her histology was that
21  of androgenetic alopecia and alopecia areata which
22  do not -- all right.  All I'm going to say is look
23  at the pictures before and after and maybe that's
24  significant, but I think we can all agree that that

Page 249

VESNA PETRONIC-ROSIC, M.D.

1  is not normal.
2      Q.  Okay.  But that author reported significant
3  improvement with topical Minoxidil, right?
4      MS. REYNOLDS:  Object to form.
5      A.  That is the word he used in this patient,
6  yes.
7      Q.  How many of the patients in Exhibit E in
8  the studies that you list were followed for longer
9  than a year?
10     MS. REYNOLDS:  Object to form.
11     A.  I don't know the exact number.
12     Q.  And you don't know the current status of
13  hair regrowth in any of the patients in Exhibit E,
14  correct?
15     A.  I do not.
16     MS. DENNIS:  Doctor, thank you very much
17  for your time today.  Hopefully you'll be able to do
18  something fun tonight.
19     THE WITNESS:  I hope so.  Thank you.  Sorry
20  for blocking your Saturday.
21     MS. REYNOLDS:  Before you go enjoy the rest
22  of your afternoon, I do have just a couple of
23  questions for you.  Sorry, Dr. Rosic, I'll try to be
24  brief.

Page 250

```
1              VESNA PETRONIC-ROSIC, M.D.
2                    EXAMINATION
3    BY MS. REYNOLDS:
4         Q.  You've been asked a series of questions
5    today about the other expert reports in this case
6    which you've relied upon in rendering your opinion
7    in Ms. Hughes' case, and if I understood your
8    testimony earlier, I believe you testified that
9    there are four reports that you reviewed and relied
10   upon prior to writing your report and forming your
11   opinions.  I believe you testified that those were
12   the reports of Dr. Tosti, Dr. Madigan, Dr. Plunkett,
13   and Dr. Feigal; is that accurate?
14        A.  Yes.
15        Q.  And I believe you were also asked about
16   those same expert reports in your first deposition;
17   do you remember that?
18        A.  Yes, I was.
19        Q.  And do you still stand by the answers that
20   you gave in your first deposition about your
21   reliance on those reports as you sit here today?
22            MS. DENNIS:  Object to form.
23        A.  Yes.
24        Q.  Sorry.  Just to clarify, when we're talking
25   about those reports from the other experts, I
```

Page 251

```
1    believe that other expert reports were from around
2    October 2019.  I don't know if you recall the dates
3    on them or not.
4         A.  I do not recall the dates, but --
5         Q.  And I know --
6         A.  Do I need to verify the dates?
7         Q.  No, that's okay.
8             I know you've been asked a lot of questions
9    about your reliance on Dr. Madigan, but just so the
10   record's clear, you did also rely upon the report of
11   Dr. Tosti in forming your opinion in Ms. Hughes'
12   case, correct?
13            MS. DENNIS:  Object to form.
14        A.  Yes.
15        Q.  And you also relied upon the expert report
16   of Dr. Feigal in rendering your opinion in this
17   case, correct?
18        A.  Yes.
19            MS. DENNIS:  Object to form.
20        Q.  And you also relied upon the expert report
21   of Dr. Plunkett before rendering your opinion in
22   this case, correct?
23            MS. DENNIS:  Object to form.
24        A.  Yes.
```

Page 252

```
1              VESNA PETRONIC-ROSIC, M.D.
2             MS. REYNOLDS:  Those are all the questions
3    that I have for you.
4             Did you have any follow-up question,
5    Madeline?
6             MS. DENNIS:  No.
7             MS. REYNOLDS:  Okay.  We can go off the
8    record, then.
9             THE VIDEOGRAPHER:  All right.  The time is
10   5:09.  That marks the end of today's deposition.
11   We're going off the record.
12                  (Whereupon, at 5:09 p.m. the
13                   taking of the instant deposition
14                   ceased.)
```

Page 253

```
                            ERRATA SHEET
2    Case Name:
3    Deposition Date:
4    Deponent:
5    Pg.  No. Now Reads      Should Read   Reason
6    ___  ___ _____     _____    _____
7    ___  ___ _____     _____    _____
8    ___  ___ _____     _____    _____
9    ___  ___ _____     _____    _____
10   ___  ___ _____     _____    _____
11   ___  ___ _____     _____    _____
12   ___  ___ _____     _____    _____
13   ___  ___ _____     _____    _____
14   ___  ___ _____     _____    _____
15   ___  ___ _____     _____    _____
16   ___  ___ _____     _____    _____
17   ___  ___ _____     _____    _____
18   ___  ___ _____     _____    _____
19   ___  ___ _____     _____    _____
20
                                    _____
21
                                    Signature of Deponent
22
     SUBSCRIBED AND SWORN BEFORE ME
23   THIS _____ DAY OF _____, 2020.
24   _____
25   (Notary Public)   MY COMMISSION EXPIRES:_____
```

Page 254

1          VESNA PETRONIC-ROSIC, M.D.

2      CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

3          I, TINA M. ALFARO, Registered Professional

4   Reporter, Certified Realtime Reporter, and Notary

5   Public, the officer before whom the foregoing

6   deposition was taken, do hereby certify that the

7   foregoing transcript is a true and correct record of

8   the testimony given; that said testimony was taken

9   by me stenographically and thereafter reduced to

10  typewriting under my direction; that reading and

11  signing was requested; and that I am neither counsel

12  for, related to, nor employed by any of the parties

13  to this case and have no interest, financial or

14  otherwise, in its outcome.

15          IN WITNESS WHEREOF, I have hereunto set my

16  hand and affixed my notarial seal this 22nd day of

17  September, 2020.

18

19

20  My Commission expires October 31, 2020.

21

22

23  _____

24  NOTARY PUBLIC IN AND FOR THE

25  DISTRICT OF COLUMBIA

**$**

**$200,000** 18:16

**0**

**002** 20:20

**003** 45:19 76:20

**005** 59:11

**007** 64:5

**010** 73:22

**017** 86:17

**018** 88:12

**019** 97:18

**020** 98:3

**023** 210:19

**024** 213:20

**025** 216:5

**026** 218:24

**028** 190:7

**047** 190:11

**054** 209:24

**057** 244:4

**083** 200:11

**1**

**1** 8:24 14:3,4,22
15:15,17,18 16:3
22:21 55:2,18,24
56:7,12 65:14 70:13
101:3 105:14 111:18,
23 114:16 123:9
135:22,24,25 150:11
161:11 163:16
179:14 188:7 192:3
201:13 218:4 221:9,
10 223:9 225:18
243:17,18

**1,455** 25:7

**1.2** 217:8,12,15,18,25
218:8,14,16

**10** 60:13 61:14,15,19
82:21 110:17 198:6

**10-** 236:10

**10-year** 162:19

**100** 156:11 217:23

**10:13** 54:22,25

**10:28** 55:6

**11** 220:10 221:3

**1131** 217:2

**11:27** 96:23

**11:41** 97:2

**12** 110:15 134:9,16
150:7,12,14,15,17
183:2,6,11,18

**12-month** 186:20

**12:34** 132:12,13

**12th** 9:3

**13** 150:7

**14** 101:22,23 167:19
222:12

**15** 55:17 60:13 61:14,
20 102:20 134:12
199:14 240:4

**15-minute** 236:11

**150** 18:16

**150-** 18:17

**16** 198:13 199:12,15,
16 237:22

**17** 167:14,21 238:3,5,
6

**19** 70:13 102:25

**1999** 241:14

**1:05** 132:15

**1:08** 133:3,5

**1st** 138:25 140:4

**2**

**2** 14:24 15:5 18:16
55:6,18,24 56:12
81:14 82:22 98:11,15
111:21 140:18 142:5

**146:7** 150:8,11,13
163:22 180:15
186:12 199:10 218:5,
6,9,22 220:10 221:2
238:2 248:12

**2-second** 12:14

**20** 42:10 103:11
189:8 214:14 246:3

**200,000** 18:17

**2004** 120:3

**2005** 120:3

**2007** 110:17

**2009** 59:11 120:14

**2011** 28:8,22 64:16
111:13 120:18,20
176:22 177:10,12
199:13

**2012** 84:6,7 86:8
108:23 110:19
118:18,22,24 119:2
120:18,20 170:14,17,
20 171:5,21

**2013** 163:17,22 164:7

**2015** 241:14

**2016** 47:6,11,12
243:23 244:8,23
245:2,14 246:9

**2017** 88:20 109:19
110:3,20 165:19
186:14 188:9 189:3
222:25 224:13 248:9

**2018** 98:22 110:16
125:10 167:8,14,18,
19,21 168:12 171:4
173:18 220:11 221:3

**2019** 110:16 124:12
134:13 146:11 251:3

**2020** 9:4 14:16 22:12
23:12 98:4,11,15
100:4,25 105:3,11
106:16 110:23 111:2
126:4 138:20,25
140:5 209:18 210:15
212:9

**20s** 90:3

**21** 73:11 91:10
140:17

**22** 116:5,8 146:24
159:13 160:2,7
174:18,21 176:2,6,
10,11,15,21 177:9
178:3,14 188:22
228:6 248:11,13

**23** 13:24 14:5,12,21
15:16,19,20,23 16:2
22:21 34:13 80:2
135:23 154:22

**24** 15:6,7,15,18 82:22
180:15 186:12
248:13

**25** 20:14,17

**25th** 108:23

**26** 24:9 45:20 46:4
76:23 134:13 167:18
213:9,15 234:2
244:23

**27** 59:12

**28** 64:10,11,14

**2882** 82:25

**29** 73:23,25 74:2

**2:07** 173:10

**2:20** 173:14

**2:54** 190:20

**2:59** 190:22

**2nd** 98:4 100:4
110:23 111:2 126:4
138:20 209:18,21
210:15 212:9

**3**

**3** 22:9 56:7 97:2 111:8
183:2,6,11,18 198:6
210:2,4 232:16
238:13,20,22

**3.3** 217:7

**30** 8:15 38:15 86:18,
19,23 102:18 160:9
189:8 193:6 215:7
244:11

**301** 241:17

**31** 88:13,14,17 97:18

**311** 241:14

**316** 140:15,24 141:11
142:12 143:20,24
241:17

**32** 98:5 99:11 104:16
110:23 150:2,4

**33** 98:9 99:11 104:6,
9,12,14,16,18,20,23

**34** 102:16 104:5,10
133:13,17

**347** 161:14

**349** 204:13,15 205:16

**35** 190:24 191:4

**353** 179:22,25 182:13
205:14 224:8 225:12

**36** 210:20,24

**37** 213:21,24

**38** 102:16 216:6,8,11

**39** 179:19 219:2,5

**3:48** 220:19

**3:58** 220:23

**4**

**4** 133:5 165:12 198:6
232:16

**4-millimeter** 102:17

**4.1** 241:24

**4.4** 217:6

**40** 22:16 179:14
182:8 203:15 224:9
225:13 237:8,10

**41** 244:18,22

**415** 168:18

**44** 238:12 239:2

**45** 22:9

**47** 136:2,5 148:2,4,19

**48** 101:3 123:9,12
136:9 185:24

**49** 136:13 151:9
211:3

Index: 497..alleged

**497** 179:22

**4:22** 236:15,18

**4:45** 236:20

**5**

**5** 173:14 222:21

**5-** 162:19

**5.9** 217:7

**50** 22:16 43:15,17 75:4 136:14 151:8 211:3

**505(b)(2)** 34:20,25

**528** 180:20

**53** 83:7,13,22

**532** 186:17

**58** 122:20,23

**59** 102:25 122:23 147:11,16

**5:09** 252:10,12

**6**

**6** 77:4,9 113:16 146:9 183:3,19 220:23

**6-** 186:20

**60** 65:20 186:19 193:6

**62** 154:19,23

**63** 16:3 155:9 156:7

**631** 25:6

**633** 220:12 221:5

**65** 75:5,9,15

**67** 83:8 115:6 122:24

**67-year-old** 111:10 115:12

**7**

**7** 47:13 72:4,11 75:3 134:3 210:25

**70** 90:3

**726** 147:3

**75** 75:5 180:21

**79** 165:5

**8**

**8** 110:17 167:7 198:6

**8,430** 199:23 200:4,5

**8.143** 72:17

**80** 147:16

**8th** 14:16 23:12

**9**

**9** 180:14 186:12,13

**92** 150:7,14,16,17

**93** 203:22

**94** 149:24 150:12,16

**95** 217:7

**951** 225:3

**954** 226:25 228:8

**956** 225:17 227:13

**98** 147:6,12

**9:05** 9:4

**A**

**A.G.** 87:2

**a.m.** 9:4

**abbreviated** 201:16, 24

**Abbvie** 17:21

**ability** 242:21

**absence** 89:19 137:13 152:10 162:3 169:7 183:16

**absent** 188:15

**absolutely** 41:7 51:18 67:22,23 77:18 173:5 212:16

**abstract** 60:2 163:18,25 164:19

248:15,19

**abstracts** 174:21,23, 24

**AC** 180:23

**Academy** 46:6

**accept-** 182:23

**accepted** 167:18 182:24 187:8

**access** 26:11 165:2

**Accord** 8:19 9:12,14 11:21,23,24 25:20,22 33:18,21 34:6,9,12, 25 35:6,16,18,21 36:2,4,7 64:5 103:21, 24 134:16 135:9

**Accord's** 20:18 34:17 64:15 65:14 133:24

**Accord-** 34:3

**accuracy** 134:24 135:15

**accurate** 53:17 115:19 120:25 170:4 172:6 193:16 215:23, 25 250:13

**accurately** 39:14 92:20 93:12 94:14 186:7

**achieved** 16:22

**Ackerman** 246:5

**acknowledge** 141:22

**acknowledges** 169:17

**across-the-** 189:25

**ACT** 221:11

**Actavis** 9:19,20

**action** 163:4,7,9 195:10

**active** 44:2

**actual** 174:11 235:10

**acute** 91:17 233:17

**add** 120:23 121:10

193:9

**added** 121:5

**addendum** 138:24

**addition** 23:3 85:24 86:7 137:8

**additional** 25:3 27:2 44:12 51:25 59:9 86:4,6 110:12 140:3 174:25 175:4 193:9 215:21 227:16

**adequacy** 236:6

**adjusting** 198:10 238:16

**adjuvant** 166:11 179:18 223:6 224:5, 10 225:19 226:14 227:10,15

**administration** 192:11,24

**admissible** 8:14

**Adriamycin** 115:25 180:24,25 204:23 205:13

**adult** 73:16 74:16

**advanced** 230:9,22 232:14

**adverse** 64:17,21,22 216:22 238:23 239:21 240:15

**advertise** 18:6

**affect** 76:12 192:20 247:15

**affected** 44:23 48:14,15

**affects** 68:20,22 75:4 76:5,9,15 193:25

**afternoon** 133:2 249:23

**AGA** 161:18,24

**age** 58:25 59:5 69:23 70:5 101:8,13 103:6, 8 123:3 192:12 198:11 238:16

**agent** 31:4 149:12 173:23,25 197:8,11,

15 200:21 233:17

**agents** 95:17 96:6,11 118:2 140:9,13 168:25 170:7 171:16 177:20 192:9,22 196:21 197:2 198:25 199:5 201:8,10,12 237:15

**agree** 23:9 37:4 38:22 50:2 57:16 58:13 59:2 60:5,16, 20,24 61:22,25 62:3 68:2,9 69:15,18 73:7 79:11 89:22 91:4 92:3 93:21,23 95:15 96:4 102:9 103:5 123:2 130:17,22 136:3 142:4 148:2 159:17,20,23,25 160:5 162:22,25 163:6,9 168:10 169:22 170:10 172:9 173:21 174:2,6 175:7 176:11,20 177:11 187:2,5 188:20 192:18 198:23 199:2, 3,6 205:21 232:19 235:5,9 248:25

**agreed** 15:10 22:17 63:15 122:15 152:12

**agreeing** 159:14

**Agreement** 159:6

**agrees** 8:20

**ahead** 9:25 10:8,17 13:19,20 62:25 63:3 84:4 88:2 117:16 155:24 175:2 181:9 213:19

**Alfaro** 8:10

**algorithmic** 36:21 37:15 44:15

**Alice** 9:9 11:22 12:5 14:15 15:11 22:18 24:13 35:10 97:6 98:14 105:19

**all-grade** 217:6

**all-inclusive** 245:19

**alleged** 100:16

**alopecia** 28:5,13 29:9 31:12,22 32:11, 16 35:11 36:11,17 39:15,17,22,23 40:2, 3 41:10,16,19 42:12, 13,19,22,23,25 43:2, 19,22 44:18,21,22,23 45:15 47:18 50:5,19 51:5,11,16,22 52:8, 10 54:5,6 56:13,17, 23 57:2,5,11,24 58:3 62:6,8,15 63:9,10,11, 15,16,17,18,19,20, 21,25 64:19,23,24 65:10,14,17,19 68:2, 6,7,11,14,15,21 69:8, 16,18 70:10,11 71:25 73:5,12,13,15 74:15 75:4,10,16,22,25 76:8,9,12,17 78:3,13 79:7,12,15,16,17,19, 20,21,24 80:2,11,15, 17,19,20 81:3,16,19 82:15,19 83:6,11,13, 20,25 84:13,16,17, 18,22 86:13 87:15 89:4,9,14,15,19,23, 25 90:2,10,20,25 91:6,11,14,22 92:4,7, 8,9,13,14,16,21 93:2 95:18 96:7 99:3 100:16 111:7,11,17, 19 112:5,9,23 113:2, 4,5,22 118:21 119:9 121:15,20,23 122:18 123:2 125:20,25 126:14 127:2,8,16, 17,24,25 128:6,7,8 130:10,19 136:12 139:6,9,15 140:5,8, 12,18 142:12,20 144:5 145:3 149:22 150:7,8,10,13,21 151:4,5,7,14,19 152:4,6,11,14,16,17 153:3,8,12,18,20,23 154:2,12,15 156:13 157:9,10 162:4,23 163:3,7,10 178:23 179:2,9,20 182:19 183:11,22 185:16,22 186:23 187:3,11 188:14,15 189:13 192:16,17 193:14,24 194:3 195:11 197:17 198:25 199:5,24

**alopecias** 68:16 84:11 92:17 214:5

**alter** 245:8,12

**amenable** 19:16

**Amended** 133:24

**American** 17:10

**amount** 41:22 75:20 83:12 179:5

**anagen** 58:11 64:25 66:8 217:24 224:20

**analyses** 31:12,21 32:10,16 83:5,19,24

**analysis** 31:3 33:4 38:23 149:11 156:10 175:21 176:16 196:25 197:7,12 205:4 208:24 217:3 233:8,23 234:21 238:22 242:12

**analyze** 241:10

**analyzed** 32:25 197:14 241:12,13

**analyzing** 43:18

**and/or** 166:12 221:11 240:22

**androgen** 153:7

**androgenetic** 42:12, 25 44:18,20,21,23 45:15 47:18 56:13 68:21 69:15,18 71:25 73:4,12,15 74:15 75:4,10,16,21,25 76:8,12,17 78:3,12 79:7,12,16,21,24 80:2,11,16,20 81:3, 16,19 82:15,19 83:5, 11,13,20,25 84:16

86:13 87:15 89:23 90:2,20 91:5,11,12, 14,19,22 92:4,8,14, 16 112:6 123:2 128:8 151:14,19 152:4,6, 11,13,17 153:3,8,12, 18,20,23 154:2,11,14 211:7,11 229:14 248:22

**androgenic** 91:20

**anecdotal** 175:11

**angle** 219:15,18

**animals** 191:15

**Annals** 170:14

**answering** 85:5 128:9 143:7,12

**answers** 112:3 143:16 202:24 250:19

**anthracycline** 205:8

**anthracyclines** 179:21

**anti-estrogen** 225:19 226:14 227:10,15

**anticancer** 200:24

**Antonio** 164:2,9

**anymore** 33:25 117:15 245:19 246:2

**apologize** 19:5,7 31:17 97:20 141:21 163:20 242:14

**apostrophe** 109:13

**apparent** 89:19

**appearance** 11:19 77:14,21 78:12 80:20

**appearances** 9:6 226:12

**appears** 134:23 243:16

**applies** 17:8 193:13, 24

**approach** 36:22 38:10 39:19 215:2

**approval** 34:23

**approved** 34:18 230:18

**approximately** 9:4 122:20 134:10 198:9 238:15,19

**April** 108:23 118:18, 24,25

**arbitrary** 182:24,25 185:21

**area** 45:6,8 68:15 119:14 121:16,17 129:12,15 172:19

**areas** 45:4 48:14 121:25

**areata** 42:13 68:7,16 79:15 84:17 89:15 90:25 92:9,16 248:8 162:4 224:4,24 225:23 248:22

**areata-like** 223:13 226:10

**arm** 79:2 140:19,24 142:13,14 181:10,11

**arms** 144:3

**aromatase** 122:13 221:12 222:2,9,18

**article** 45:19,23 46:5, 8,9,25 48:17,24 49:3, 4,10,12,15 59:15,18, 23 60:24 61:3,23 72:22 73:22 74:5,11, 20 76:21,25 77:9 82:23 83:2 84:5 85:10,15,24 86:3,5,8, 17,22,25 87:3,11,19 88:12,20 89:3 146:10,13,16,21 148:3,5,6 149:21 158:24 160:16,23 161:7 163:17 164:19 165:13,25 167:8,13 168:9,11,19 170:13, 17,20,21 171:9,21,22 172:18,24 173:18 177:4,11 180:15 181:7 182:5,13 184:11,18 185:2 186:14 188:7,8 189:12,22,24 190:7,

11 191:4,5,8,10 194:6,7,8,9,11,14,16, 21,24 195:3,4,6,9,15, 17 199:14 203:22 204:2,17 216:6,11, 16,21 218:10 219:6, 12 220:11,12 221:3 222:11,22,24 226:4, 20 227:24 228:5,15, 17,18,21,23 229:8,14 247:24 248:8,9

**articles** 14:10 15:2,3 81:13,14,18,20 82:9, 12 85:9,14,20,23 86:3,10 116:5,8 146:8,24 148:10 158:13,15,20,22 159:3,9,13,17,21 160:2,7,13,14,17,20 161:14 170:22 172:3, 11,13,14 173:21,24 174:3,6,11,20,21 175:4,17,24 176:2,7, 9,10,11,15,21 177:9, 15,18,25 178:3,4,13, 14,16,18,19 179:3,4 180:2,7 183:4 184:7, 15,19 185:15 188:22, 24 194:13 195:20 198:23 199:3,10,13 202:7 203:9,19,24 216:17 228:6,12 229:12,17 247:4,21 248:10

**asks** 56:24

**aspects** 243:20

**assertion** 103:12 196:15 197:20 219:15 237:14

**assess** 75:8,14 93:15

**assessed** 18:25 125:25 127:2 161:8 165:10 166:4 185:15 186:7

**assessing** 18:2 42:18,24 70:20 71:24

**assessment** 37:14 99:2 111:9 130:15,16 160:20,24 161:3

**assistant** 99:7

125:15,16,21

**association** 8:4 175:12,21,23 176:16 237:21

**assume** 13:4 227:20 235:11

**attached** 62:17

**attachment** 105:14

**attachments** 14:7, 15

**attacking** 89:17

**attempted** 225:5,13 246:12

**attended** 164:9,16

**attorneys** 19:20 99:20 108:13 240:22

**August** 167:14,21

**author** 46:19 170:19 246:3 249:3

**author's** 194:2 223:10

**authored** 14:14 74:6 87:2 88:23 105:10 106:24 107:11 209:17 244:23 245:3 246:9

**authoring** 243:22

**authority** 46:11,14, 17

**authors** 47:14 48:2,7 49:20,21 61:8 74:20 77:11 83:3,18,24 85:13 89:12 159:18 169:23 170:10 171:8, 10,11,13,18,20 180:16 183:4 186:18 188:21 189:10,12 192:7 199:23 200:15 216:21 217:2 218:3,5 221:8 222:2,8 223:16 224:13 225:18 226:5, 19 227:2,14,23

**authors'** 87:6

**autoimmune** 244:15 245:5,20,25

**autoimmunity** 44:11

**automatically** 38:25

**average** 102:16 103:2

**aware** 11:5 25:6,11, 19,22 26:3 29:8,18 56:5 69:25 70:9 76:16 78:2,5 88:8 97:6 109:20 118:19 134:7,16 153:2 154:10 160:19 161:2 174:20,22 175:3 176:18,22 178:14 186:5 191:10 192:16 195:16,22 196:5,19, 24 197:6,10 203:2,7 213:15 229:11 238:24 239:23 240:2, 20 241:16 243:13 246:15 247:4,9,11

**awkward** 81:10

**B**

**B-E-A-U** 109:13

**back** 32:19 42:15 45:5 54:19 55:7,9 57:7 65:4 67:20 76:3 84:18 86:9 94:3 97:3 109:8 110:22 113:25 118:6,10,12,22,24 126:12 130:3 131:8 132:9 133:5 136:24 153:21 157:3 173:14 174:10 177:3 181:24 183:20 190:23 203:15 220:10,23 226:24 227:13 236:21

**background** 16:16 38:17 171:25

**bad** 11:7,8

**bald** 77:14,22 78:7 101:10 121:17,24

**balding** 121:17

**baldness** 76:18 78:3,9

**barely** 188:17 189:5, 15 190:4

**basal** 230:19,22

**based** 44:13 49:15 94:6 112:3 115:21 126:25 128:4 131:12 136:18 139:14,17 140:4 145:11,23 149:3 160:17 167:4 177:9 191:10 203:18, 20 207:22 214:7,23 226:17 242:11 243:12 246:22

**bases** 137:8

**basic** 63:18

**basically** 21:24 239:4

**basis** 20:6 55:16 62:23 78:11 90:7 103:12 137:5 156:21 197:20 233:16

**bathroom** 220:14

**beat** 11:12

**Beau's** 109:11,13

**beginning** 19:3 136:13 239:13,14

**behalf** 9:8,12,13,17, 19,22 10:4,10,13,15 11:21 12:5 15:11

**Berne** 9:19

**Bertrand** 163:17,22

**bigger** 77:11 197:22 198:3

**binder** 14:3,4,22,24 15:5,15,17,18 16:3 22:21 70:13 81:14 82:22 101:3 105:14 123:9 135:22,24,25 146:7 163:17,22 168:5,8 179:14 180:15 186:12 199:10 220:10 221:2 243:18 248:12

**binders** 13:19,21 21:12,14,25 198:17

**binomial** 187:19

**biology** 19:21

**biop-** 47:15

**biopsies** 19:20 47:15 48:3,21 49:6,19

100:23,24 102:22 127:8 129:11,19 130:5,9 131:13,21 137:6 212:16

**biopsy** 44:3,9,17 45:14 47:20 49:20 50:3,8,10,12 51:6,8, 14,18 78:21 82:3 102:8,17 111:16,25 113:21 114:5 119:11 127:12 128:17 129:2, 5,9,18 131:4,10,14, 15,16,18 138:15 139:4 142:22 187:12, 17 215:12 230:11 246:23

**biostatistician** 142:21

**biostatistics** 142:17

**biphasic** 89:4,9

**birthday** 115:8

**bit** 11:5 33:12 97:5 104:4 131:9 133:16 134:10 190:12 196:14

**black** 145:25 146:2

**blank** 117:10

**blocking** 249:21

**Blondes** 103:9

**board** 190:2 230:4,13

**body** 43:6

**book** 246:4

**Bopp** 125:12,17,18

**bothers** 67:15

**bottom** 47:10,14,25 83:4 124:19 129:15 135:14 136:13 138:23 167:12,15 180:19 186:18 243:18

**box** 13:17

**brain** 207:21

**Brandon** 10:12

**break** 13:7,8,12 54:19 55:4 96:18,24 113:12,14 132:4

173:12 190:10,14,21 220:14,15,17,21 236:9,11,19

**breaking** 96:17 146:18

**breast** 57:14 93:5,9 97:11 111:12 115:12 162:20 164:2,10,16 177:12 179:19 193:3 201:2 202:11 206:16, 22 207:6 208:4,5,9, 11,14,15,21,24 209:3,6,7 235:3,6

**briefly** 203:16

**bring** 20:23 21:9 117:6 229:17,18

**brings** 231:13

**broad** 30:9 62:5 63:13 102:7 178:6,9

**broke** 92:12

**brother** 121:16,24

**brought** 117:14 171:2

**bulb** 155:10,11 227:7

**bullet** 67:10

**bullets** 123:13

**bunch** 143:4

**burn** 41:5 43:24 68:17

**business** 17:8

**C**

**C-L-A-R-I-N-S** 244:2

**calculate** 203:18

**calculated** 204:8

**caliber** 69:5

**call** 210:14

**called** 25:16 70:6 138:15 246:16

**calls** 210:12

**Callsen** 9:13

**cancer** 57:14 73:7,8,

10 93:6,9 97:7,11
111:12 115:12 122:6
162:20 164:2,10,16,
20,24 177:13 179:19
193:3,5 201:2,4,7
202:11 203:4,8
206:17,22 207:6
208:5,9,11,14,16,21,
25 209:3,6,7 216:13,
23 217:4 229:25
230:2,5,7,9,13,15
231:16 232:2,13,14,
17 235:3,6

**cancers** 201:3 202:4,
12 203:10,11,13
208:5 209:12 231:18

**capacity** 17:15,16,19

**carboplatin** 32:17
115:16,25 120:19
121:11 123:15

**carboplatin-** 115:20

**carcinoma** 230:19,
22

**care** 27:13,16,21
37:20 54:10 214:25
231:13

**cared** 36:4

**career** 17:2,4,6
18:11,14 27:5 240:16
245:13,23,24 246:2

**carefully** 148:14
194:18

**carry** 232:23

**case** 8:16 16:13
18:11 20:18 22:18
24:22 25:8 26:4,5
30:3,11,16 41:6
43:22 48:16 120:11
129:8,10,25 136:4
175:4,7,9 176:24
213:17 235:21 250:5,
7 251:13,18,23

**cases** 19:19 20:10
43:19 154:4,10
161:17 179:16,19,22
198:24 199:4 200:7
203:22,24 204:15
226:21

**catagen** 226:14

227:17

**categorize** 70:4
178:10

**Caucasian** 102:17

**causal** 50:5,19 51:4
149:11,18 175:20,23
176:16 237:20

**causality** 175:10

**causally** 51:10,22
53:6 54:6 142:19
143:3 149:8 163:2
196:16 197:16
237:14,18

**causation** 197:7

**causative** 31:4
233:15,17

**caused** 138:13

**causing** 163:7
202:11

**ceased** 252:14

**cell** 80:12 89:12
152:13,15 195:9,17
201:3 230:19,22

**cells** 130:13 195:13,
24 196:7

**Center** 71:13 110:15

**central** 127:15,16,24,
25 128:6

**centrifugal** 127:16,
25 128:6

**certainty** 136:17
139:12 211:20

**certified** 8:4

**cessation** 182:25
183:12

**change** 114:6 123:10

**changed** 114:10
245:23

**characteristic** 41:24
52:12 81:21 85:19,23
86:7 87:21 92:8,14,
15 152:11 162:11

**characteristically**
156:24

**characteristics**
82:18 84:10,12 85:15
87:19 152:5

**characterization**
82:13

**characterize** 152:6

**characterized** 83:24
94:14 156:12

**characterizes** 84:21

**characterizing** 85:6

**chart** 94:25 112:13,
15 201:12 212:17
213:6

**check** 113:6 157:3
178:2 240:19

**chemical** 41:5 68:16

**chemo** 103:13

**chemo-** 140:8

**chemo-induced**
113:22 126:13 127:2

**chemotherapeutic**
192:9

**chemotherapies**
232:21

**chemotherapy**
29:23 30:6,8,15,21
31:8 32:21 42:2
50:24 56:18 57:4
65:2 66:8,16,19 91:5,
8 95:16 96:5,8,11
99:25 101:5 105:20
108:6,8 109:10 110:3
111:7,12,17,22 112:8
115:13,17,20 117:19,
25 118:2 120:18,19
121:10 122:11,21
131:2,7,15,24
136:18,22 138:18
139:6,12 140:9
142:20 144:25 147:9
149:12 162:15,23
163:10 165:6 166:12
169:3,9 170:8 171:17
173:23,25 177:20,23
182:21 183:2,12,17,
21,25 185:17 186:3,
8,20 188:17 192:22
193:3,25 195:24
196:7,15,21,25

197:8,15 198:25
199:5 200:21,23
201:12,13,18 202:2
203:4,10 204:2 205:2
206:17 211:18,20
217:24 218:15 223:6
224:6 226:13,21
227:8,18,25 230:10
231:25 232:3,5,8,15,
18,23 233:4 234:23
237:15 247:7

**chemotherapy-**
130:18 188:13
193:13,19 197:16
226:9

**chemotherapy-
induced** 41:15 52:8
54:5,6 57:2,5,10,24
58:2 95:18 99:3
111:19 112:9,23
140:12 163:3 178:25
182:19 183:10,22
185:16,22 187:11
189:13 192:15,17,19
193:24 194:3 200:8,
17 209:15 225:22
226:7

**chemotherapy-
related** 56:22

**Chicago** 16:23

**chief** 16:24 36:23
37:13 94:15,17 99:5

**childbirth** 91:17

**chose** 129:12

**chronic** 43:24 72:7,
13 89:18 221:22
231:23

**CI** 217:7

**CIA** 168:23 169:6

**cicatricial** 127:16
128:7

**CIIA** 186:21 188:14

**CIPAL** 200:7

**circle** 155:21,25

**citation** 172:4,5,10

**citations** 141:11

**cite** 23:24 24:4,8
25:15 61:4,24 72:22
74:5,20 141:16
146:23 157:24 172:3
189:19

**cited** 23:21 35:12
59:18,20 60:25 81:14
86:25 87:11 143:20
144:6 159:3 170:23
171:9 172:18,24
178:13 189:22 199:4
201:9 202:6,9
222:11,16 240:3

**citing** 141:18

**Civil** 8:16

**clarification** 114:15

**clarify** 12:4 13:3
19:23 29:4 137:3
153:10 156:17
250:24

**Clarins** 243:23
244:2,24

**classic** 90:19

**classification** 78:8
114:22

**classify** 175:15

**clear** 42:13 44:8
153:15 251:11

**clearer** 178:12

**clinic** 60:12,14
114:16

**clinic-** 78:14

**clinical** 17:18,23
26:16 28:6,14,21
29:21 30:5 31:2 39:8
51:20 55:13 60:17
75:24 78:12,13,14
80:19 112:7 126:7,
18,19,21,22 128:25
137:9 165:16 166:12
222:25 223:11
224:14 226:12
248:16

**clinically** 80:16

**close** 80:8 117:14
217:23 220:9

**close-up** 107:7,14

**closer** 117:6

**co-author** 59:22

**co-factor** 225:20,25 226:3,6,15 227:25

**Coan** 10:14

**code** 112:23 113:3,9

**Cohen** 9:15,16 12:3 16:15

**cohort** 174:12,13 176:25 223:2

**collected** 82:10

**collection** 82:2 85:18

**color-** 119:18

**column** 47:14 77:10 83:3 147:5 149:21 150:3,12 180:20 186:18 192:4 200:22 221:8,9 225:18 227:2

**combination** 54:2,4 84:13,20 177:19 204:25 205:18,19

**combine** 84:12

**commented** 110:15

**commit** 58:8

**common** 26:19 58:14 60:3,17,21 61:5,9,17,25 64:17, 22 65:22 67:5,10 70:18 73:12,18,19 142:5 151:19,23,24 152:2 153:16 216:22 217:13,16,18,25

**commonly** 57:6 75:25 183:3 209:5

**comorbidities** 52:6, 18 192:12

**companies** 27:24 29:23 30:6

**company** 25:16 26:15,20,25 27:2,7 29:22 31:11,21 32:10,23 33:11,23 34:2,7 35:12,21

**comparable** 219:17

**comparative** 30:19

**comparator** 30:22

**compare** 202:5

**compared** 33:7 248:5

**comparing** 147:24

**comparison** 179:21

**competitor** 25:23

**complain** 60:12,14 61:16

**complaint** 36:23 37:13 58:14 60:3,18 61:5,9,25 94:15,17 99:5

**complete** 16:9 68:14 192:22,23 225:6,10 247:7 248:3,7

**completed** 99:24 120:24 121:2 166:11

**completely** 68:8,9 71:7,9 190:3 202:4

**completion** 169:8

**complex** 44:14 213:5 244:16

**compliant** 58:8

**comply** 34:25

**concentrate** 61:11

**concentrated** 60:8

**concentrates** 61:12

**concert** 208:4

**concluded** 18:24 31:3

**conclusion** 31:24 51:12,23 87:6 173:4 176:3 182:20 210:25 211:2,14,23 216:20 233:8,16 243:11

**conclusions** 142:17 149:4,6 242:11,25

**concomitant** 221:21

**condition** 169:2,17 170:8 171:17

**conditions** 91:15

**conduct** 43:3 93:17 209:11

**conducted** 128:16 140:16 166:10 175:25 176:6 197:7 209:14 234:21 241:2 243:2

**confirm** 95:5,11 121:23 141:6,7,20 156:25 171:3 177:4,5

**confounding** 95:17

**connective** 244:15 245:5,20

**Conner** 9:22,25 10:3

**consensus** 47:2 77:5 156:14,18 157:11,25 158:2,3 159:2,5

**considerable** 101:17 102:6,9

**considered** 102:15, 23 120:7,10 169:6 204:4 205:5,7 212:5, 11,22 218:6

**consistent** 82:4 83:5,11,20,25 112:8 229:13

**constellation** 52:9 53:5 156:20

**consult** 26:15

**consulted** 14:9 23:11 105:15

**consulting** 19:9 20:7

**contained** 15:15,23 34:13 204:3 207:17

**context** 26:13 48:12 57:23 96:3 137:19 169:14,15 190:3 203:5 208:5,16 209:3 214:8 226:3

**continue** 58:5

**continuing** 136:13

**contraceptives** 91:20

**contradicts** 51:2

**contrast** 161:24

**contribute** 44:10

**contributing** 44:19 111:22 136:18,21,23 137:12,22 211:21,24

**contributors** 75:16

**controlled** 177:2

**conventional** 237:25

**conversation** 139:22,25 140:2

**copies** 21:14

**copy** 14:4,6,19,20 167:22 168:2,3,5,7,8 238:3,7

**copy/pasted** 171:8

**corner** 47:10

**correct** 14:16 15:3, 12,18 16:6,10 17:11 18:22 23:2,12,17,24 24:2,3,5,7,10,11,14, 18,22 25:12,14,17 26:9,13 27:8 28:15 29:24 30:3,11,15,22 34:7,10,13,15,16 35:2,7,17,21 36:12, 17 37:7 39:12 46:20, 23 47:3,12,15,18,23 48:8 49:22 50:5,16 51:6,16 53:17 56:13 58:14 59:23 60:3,18 61:25 62:4,17 63:16, 20,22,25 64:19,23 65:15,18 66:2,5,22 67:5,7,11,16 68:3,24 69:19,23,24 70:10,15 72:20 73:2,3,13,16, 24 74:17 75:11,17,22 76:4 77:15,24 79:7, 22 80:3,12,17 81:3, 17 82:23,24 83:6 85:6,16 86:13 87:9, 17,21 91:6,18,22,25 92:5,10,14,23 93:13, 22 94:19,24,25 95:9, 18 97:12 98:16,19,20 99:18,21,25 100:4,5, 12,13,16 101:5 105:20 107:17 109:2

111:4,8,13,18,19,20, 23,24 112:2 113:2, 17,18,23 115:15,17 116:16,20 119:19,22, 23 120:4,8,16 121:12,19,21 122:11, 14,17 123:17,20,22 124:13,16,20 125:23 126:5 127:4 128:11, 24 129:10,13 130:10 131:3,8,19,24 134:14 136:10,14,19 137:7 139:7,16 140:6,10, 19,22 141:2,18,20,25 142:3 143:21,22 144:15 145:3 146:17, 21,24 147:6,7 148:20 149:22,25 150:3,8, 13,15,18,21 151:16 152:14 153:9,23 154:2,5 156:21 160:9 164:3,7,20 165:8,16 166:4,13,14 167:5,14 169:25 170:19 171:18 172:8 173:19 174:4,23 175:5,18 176:13 177:24 178:20 179:17 182:5, 6 183:8 185:9,17 186:8,15 188:12,18 189:15,23 191:5,8,11 192:18,20 194:4,9,18 195:11 196:17 197:17 199:24 200:9, 10,12,17,24 201:9, 18,21 203:25 204:4, 10,17,21 205:2,3,5,6, 8,18,21 206:3,8 208:10,25 210:9,14, 15,17 211:9,12,13 212:6,12,22 213:10, 17 214:15,19 215:23, 25 216:14,23 217:9 218:22 221:12,17,24 222:14,20 223:3,14, 18 224:15 226:22 227:11,18 228:6 229:15 232:5,9,24,25 233:2,5,9,18,24 234:6,16,23 235:3,7, 11,14,17,21,24,25 236:3,4,7 237:8,15, 17 238:2,10,20 239:9 240:6,10 241:3 243:14,20 245:6,15 246:10,11,13,20

247:8 248:9,17
249:15 251:13,18,23

**corrected** 104:15

**corrections** 121:9

**correctly** 217:10

**counsel** 20:11 22:3
24:25 26:8 99:2,9
148:10 202:19
210:12 231:4

**Counselors** 8:3

**count** 86:12 87:16
102:15 130:23 131:2
152:21,22,23 157:4
160:5 177:9 181:24
208:23

**counted** 179:25
181:11

**counts** 131:23

**couple** 15:25 16:18
18:19 53:23 82:20
90:5 105:24 159:10
240:25 249:23

**court** 132:6 173:6

**courtroom** 8:14
12:24

**covered** 12:3

**covering** 78:4

**COVID** 106:4

**COVID-19** 8:6

**Cox** 10:12

**create** 94:25

**created** 182:9

**creating** 188:24
206:2

**critical** 137:15

**cross-** 174:11

**cross-sectional**
168:24 170:5 171:14
174:7

**crown** 76:2 77:14,21
165:12 241:22

**cryosurgery** 230:20

**crystallize** 81:21

**Culbertson** 10:15

**cumulative** 72:6,12

**cured** 235:6

**curettage** 230:16

**current** 85:23 131:10
138:7 186:21 200:19
249:13

**curriculum** 14:8

**Curtis** 87:22 88:4,6,
24

**Cusker** 10:5,9,10

**cut** 21:3 101:11,12
118:7

**cutaneous** 17:25
88:21 244:16 245:6

**CY** 201:25

**cycle** 181:22 191:16,
20

**cycles** 180:22,23,25
191:14

**cyclophosphamide**
116:2 141:2 179:21
180:24 192:10
201:24 204:23

**D**

**dark-haired** 103:10

**data** 29:22 30:5 32:10
60:22 74:21 149:17
168:22 169:19
188:24 195:21
238:23 239:11 240:6
241:5 243:9,14

**database** 239:19,22
240:11,18,21 241:12,
13 242:11,13

**date** 47:11 81:23
100:6 108:21 109:21,
23 139:21

**dates** 251:3,5,7

**daunorubicin**
192:10

**David** 22:23,24

**Davis** 9:10

**day** 11:19 14:18
16:17 80:14 122:15
132:16 158:5 197:21
210:15

**death** 233:2,5

**decades** 90:4

**Dechert** 10:10

**decide** 16:20 39:10
44:3

**decided** 17:3

**decreased** 87:16
151:13 161:23

**decreases** 69:22

**deduce** 131:12

**defend** 202:16

**Defendant** 9:17
26:4,6 133:24

**Defendants** 10:11
206:14

**defer** 236:5

**define** 159:5 175:14
186:23 187:3 190:4
204:18

**defined** 183:16
188:15 200:7

**definition** 46:17
56:11 62:10,15 63:19
138:2 183:5,7,9,10

**degenerative**
154:17

**degree** 70:7 78:6
136:17 192:8,20
211:19

**dehydrate** 65:6

**delay** 11:5 12:11,14
31:16 81:9 97:20
135:11

**delete** 120:23

**deletion** 87:8 89:18,
24

**demonstrate** 175:18

176:12

**demonstrates** 217:3

**Dennis** 8:19 9:11
10:18 11:14,18 14:2,
11 15:5,9,20 20:16,
19 45:12,18,22 46:3
49:25 54:18 55:8
58:18 59:10,14
62:19,21,25 63:4,14
64:4,9,13 73:21,25
74:4 76:20 79:9
81:12 86:16,21 87:25
88:11,16 96:16 97:4,
17,24 98:7 99:12,15,
16 104:10,13,18,22
109:15 117:4,6,14,17
123:25 124:4,7,9,10
132:2,8 133:15
135:12 138:19
143:12,19 154:21
155:16,22 163:21
167:10 172:8 173:8,
16 190:6 191:2
209:23 210:18,22
213:19,23 216:5,10
218:24 219:4 220:25
233:11 236:25 237:4,
7,12 244:3,20 249:17
250:22 251:14,20,24
252:6

**density** 68:3,12 69:2,
7,9,11,19,22 70:8
77:13,20 79:4 83:14
101:14 151:14
152:24 161:23 184:5
246:24,25

**denying** 148:4

**dependent** 187:17

**depending** 39:25
103:6 129:25 245:9,
12

**depends** 40:11 41:8
57:20 59:5,6 228:4
246:2

**depict** 216:3

**depicted** 214:19

**depicting** 105:19
218:21

**deposition** 8:9,25
11:20 12:8 14:5

16:17 20:18,23,24
21:19 22:4,10 24:14,
17 34:10 77:2 80:14
96:2 97:19 122:16
132:14 133:19,25
141:13 162:5 196:23
197:21 220:7 242:5
243:3 250:16,20
252:10,13

**depressing** 234:19

**depth** 19:2

**derm** 98:10 113:17
126:12 130:9 160:20,
24

**dermal** 83:9

**dermatologist**
56:12 61:15 92:21
93:14 95:5 107:4,16
119:14 125:9,14,17
131:23 142:21 161:2,
8 165:10 166:20,24

**dermatologists**
157:12,15,17

**dermatology** 16:25
42:4,9 46:6 60:14
103:16 125:17,18,21
244:17

**dermatopathologic**
243:20

**dermatopathologist**
55:13 89:9 90:11
96:4 161:2 215:7,11

**dermatopathologist
s** 157:20

**dermatopathology**
157:17

**dermatoscope** 43:8

**dermis** 155:8

**dermoscopic** 43:12

**dermoscopy** 127:12

**describe** 72:6 79:25
84:3 85:14 86:4
89:12 101:17 102:2
115:20 151:11
159:18 198:24 212:3
229:12 245:3

**describes** 49:6

86:12 87:20 172:18
188:13 195:9

**describing** 172:17
226:19

**description** 85:8
94:6 130:10 245:8

**design** 171:14

**designs** 168:24
170:6 174:8

**desired** 119:12

**detail** 23:20

**determination** 58:5

**determine** 27:2
43:25 44:6,16 51:15
92:20

**determined** 57:18

**determining** 44:10

**develop** 78:6 145:10
151:3,4

**developed** 145:13
148:3 162:7 244:12

**developing** 197:22
198:3

**diagnose** 39:15 47:2
77:5 92:25 93:5
95:12

**diagnosed** 121:22
148:19 166:20,23
216:3

**diagnoses** 37:16
49:20 112:2

**diagnosing** 39:8
53:21 96:7,14

**diagnosis** 20:11
36:10,11,13,14,15,
16,18,20 37:3,5,6,11,
15,17,24 38:4,9,10,
13,14,20,22,24 47:22
48:2 52:7,25 53:6,17
54:3,8 55:10 57:22
71:7,10,13,16 73:8,
10 75:11,17 93:18,
22,25 94:6,11,13,19,
23 95:2,6,9,14
112:22 113:8,20
120:7,11 126:13,17,
20,24 127:19,22

128:13 130:8 215:3,
6,23,25

**diameter** 152:8

**diarrhea** 65:5,9
66:11

**dictate** 71:16

**dictated** 71:18

**dictionary** 138:11

**die** 65:6

**differ** 126:19 191:15

**difference** 39:5
142:13 144:5,14,19
152:7

**differences** 191:19,
21

**differential** 36:10,
13,15,18 37:5,15,24
38:8,13,14,22,24
75:11,17 120:7
126:13,17,20,23
127:19 128:13

**differentiate** 182:3

**differs** 79:20

**difficult** 12:11 59:8
145:8 195:23 196:6
234:19

**difficulty** 190:13

**diffuse** 68:19,25 69:3
73:2 76:9,13 77:13,
20 78:16 231:6,23

**diffused** 41:23

**diminished** 79:23

**direct** 227:7

**disagree** 48:25 49:2
61:3 67:22,23 74:19,
23 160:6 188:21
193:21,23 227:23
228:22,24 229:10

**disappear** 91:3

**disbelieve** 56:10

**disclose** 213:16

**discoid** 127:23

**discuss** 47:14 83:3

138:5 139:4

**discussed** 62:16
96:3

**discusses** 136:8

**discussion** 194:2
217:2

**disease** 20:11
188:25 200:25

**diseases** 95:12
127:18 193:2 221:22
243:20 244:7,10,12,
16 245:5,14,21,25

**dispute** 28:4,12,19
29:13 35:20 36:3
82:13,16,17 219:10

**disputes** 84:10

**disputing** 29:5,6

**dissect** 188:25

**distance** 219:16,19

**distancing** 8:7

**distinguishes**
162:2,4

**distress** 231:9

**docetaxel** 28:7,15
29:15 30:20 31:5
34:17 35:2,7,17
64:15 65:22 66:24
67:4,11 96:11 97:11
100:16 111:3,8
123:15 136:21,22
137:2 138:12,17
139:10,13 140:9
142:13 143:3 145:2
148:24 165:7 175:18
176:12 177:19 180:9,
17,20,22,24,25
181:4,10 182:14
194:17 197:8,22
198:4,8 201:16
202:10 204:16
206:23 211:15 233:9,
15,17 234:22 235:2,5
237:24 238:14

**docetaxel-** 136:17

**docetaxel-based**
136:25 162:15
211:18,20

**doctor** 10:18 11:15
13:21 16:15 17:10
18:18 19:13,22 24:13
33:17 42:17 45:24
49:17 50:2 51:13
53:15 55:9 59:16
62:5 63:15 64:14
66:15 67:14 76:24
79:11 81:13 84:25
86:11,22 88:17 91:4
94:18 97:20 98:8
104:23 112:20
117:18 128:2,9
133:20 134:22
135:13,24 141:11
148:9,15,18 149:20
150:19 158:23
161:21 162:5 163:25
166:17 172:2 176:18,
20 178:21 179:7
180:7 181:13 182:7,
18 183:15 185:7
190:12 196:2 197:5
198:12 199:20 201:6
202:6 203:2 206:16
210:4,23 213:11,24
222:22 228:11 234:5
235:13 237:13
240:25 241:15
243:17 244:21
246:12 249:17

**document** 20:20,22
65:18,20 67:3 71:14
108:16 118:13
133:20 134:8 154:23
210:24

**documented** 115:3
120:22 125:22 126:3
139:17,19,24 140:2,
4,7

**documenting** 115:4

**documents** 13:15
20:23 21:2,4 25:16
26:7,12,16,20 27:7
29:22 30:6,10,14,15
31:7,11,21 32:7,13,
15,23 33:11 34:4,7
118:20 143:23
166:15

**dosage** 117:19,25
123:18

**dosages** 52:5,19

**dose** 192:11

**doses** 193:4

**double** 179:25

**Doxorubicin** 140:25

**draw** 51:11 155:14,
15,17

**driven** 226:2

**driver's** 108:15

**Drs** 134:14,17

**drug** 30:15,22 50:4,
18 51:4,15,24 65:10,
11 66:8,12 143:4
150:23 195:24 196:7
235:2 236:3

**drug-induced**
111:11

**drugs** 29:23 32:21,
24,25 33:7 51:7,21
52:2,18 65:2 91:11,
16,19 117:19 143:5
147:25 149:18
196:15 197:23 198:4,
9,10 200:24 205:2
234:23 235:20
237:19 238:15,16

**dual** 227:2

**due** 8:6 41:5 111:17
138:17 139:5 151:12
162:23 211:18

**duly** 133:9

**duration** 191:23

**dyed** 119:18

**dysmorphic** 82:4
229:22

**dystrophic** 155:10
156:4,6 157:5 226:13
227:17

---

**E**

**earlier** 12:8 76:25
84:9 85:20 110:18
123:6 152:12 198:14
200:7 209:4 214:13
238:10 250:8

**early** 15:25 79:17 81:20,23

**earned** 18:9

**easier** 77:11

**easily** 113:6

**edge** 130:3

**educate** 20:11

**educated** 94:22

**educating** 19:19

**effect** 30:20 53:8 64:25 65:22 67:15 72:16 138:6 163:13 227:7

**effective** 235:2

**effects** 17:25 65:24 66:7,16,18,19 67:5, 10,14 91:12,19 241:23

**efficacy** 57:17

**effluvium** 42:12 65:2 66:8 68:20 70:18,19 72:21,23 91:16 128:7 162:2 217:25 221:22 231:24

**effort** 171:3

**EIA** 229:7

**EIAC** 150:11

**elastosis** 152:9

**electrodesiccation** 230:16

**electronic** 14:4 21:10

**electronically** 165:4

**electrosurgery** 230:20

**element** 62:17 137:16

**elements** 50:12 53:10 59:4,9 85:20

**elicit** 202:9

**eliminate** 38:4

**eliminated** 37:2 112:4

**eliminating** 37:16

**elimination** 39:2 44:14

**Ellis** 9:12

**elucidated** 163:14

**emerged** 159:16

**emotional** 231:9,20

**employed** 18:3

**employee** 34:9

**employer** 107:6

**enable** 155:16

**end** 37:2 55:2 87:18 120:13 146:6 186:20 188:17 190:13 221:6 252:10

**endocrine** 80:15 95:16 96:5,9 150:2 177:23 178:4,15,22 179:8 216:3,13 217:3 224:10

**endocrine-** 150:6

**endocrine-based** 216:23

**endocrine-induced** 81:2 149:21 229:6

**enjoy** 12:6 249:22

**enlarge** 47:9

**enrich** 17:4,6

**enter** 215:8

**entire** 18:13 37:19 49:9,10 68:20 76:9, 12 107:8 112:12 218:10,17

**entitled** 55:12 126:23 138:23 143:16 172:20 202:14,16

**entity** 159:16

**epidemiology** 234:5

**epidermis** 152:7

**equally** 39:6

**equate** 68:24

**equating** 68:25

**equipped** 95:11

**equivalent** 90:22

**ERPR** 114:23

**erythematous** 127:15 128:5

**essential** 201:4

**establish** 171:6 189:18,25

**estimate** 22:14 158:17,18,19

**estimated** 198:9 238:15

**estrogen** 91:25 92:2

**estrogen-** 151:4

**estrogen-induced** 80:19 112:6 122:18

**et al** 180:16

**etoposide** 192:10

**European** 46:6

**evaluated** 53:9 127:8,11

**evaluating** 53:21

**evaluation** 111:11 125:7 168:25 170:7 171:16 173:22

**event** 216:23 238:23 240:15

**events** 72:7,12,25 239:21

**eventually** 87:8

**everybody's** 61:13

**everyday** 72:19 135:18 157:19

**evidence** 38:19 87:14,15 127:7,22,23 128:5,15,19 163:2 175:8,10,11,15

**evidenced** 78:20

**Ewing** 201:3

**exacerbate** 72:5

**exacerbated** 91:15 92:5

**exact** 22:15 129:21 140:21 158:7,13,15 159:12 183:17 249:12

**exam** 36:11,16,21,24 37:6,10,14,21 38:13 43:2,4,9,12 52:24 112:3 127:7 128:4 137:9 210:19 233:20

**examination** 11:13 42:18 93:17 94:24 105:3 126:8 128:18 133:11 160:25 210:13 250:2

**examine** 39:9 43:4,5, 6,7,11 92:21 209:19 214:12 215:20

**examined** 38:7 41:20,21 42:2 98:17 107:21 108:2,15 115:8 127:6,20 133:9 142:22 200:5 210:15 213:2 214:24 223:17

**examining** 37:17 127:19 212:15

**examples** 175:12

**exceedingly** 76:19

**Excision** 230:16

**excludes** 203:22

**excluding** 148:16

**exclusive** 168:24 170:6 171:15

**excuse** 9:16 21:3 28:10 31:15 46:13 64:20 100:21 106:20 109:8 144:17 147:15 165:23 170:12 195:25 212:7 231:5 233:3 239:25 241:8 248:18

**exhaustion** 89:13

**exhibit** 13:24 14:5,9, 12,21 15:2,6,7,15,16, 18,23 16:2 20:14,17 22:21 24:20 34:13 45:20 46:2,4 59:12 64:9,11,14 73:23,25 74:2 76:22,23 79:9 81:14 82:22 86:18,

19,23 88:12,14,17 97:18,21,25 98:2,3,5, 9 99:11 104:5,7,20, 23 110:22 133:13,17 135:23 138:21 146:8 154:22 158:13 159:18 161:12 172:3 173:22 174:3,7 175:17 176:2,7,10 177:18 180:2,7,15 183:4 184:8 185:9 186:12 189:23 190:7, 24 191:4 198:24 199:4,10 201:9 203:3,5,21,24 209:25 210:2,3,4,19,20,24 213:21,24 216:5,6,8, 11,18 219:2,5 220:9 229:12 237:6,7,10 244:18,22 247:5,21 248:12,13 249:8,14

**exhibits** 64:7 134:13

**exist** 128:21 158:4

**existence** 169:17

**existing** 169:24

**exists** 102:6

**expect** 93:11

**expected** 65:9

**expects** 65:3

**experience** 16:16 37:23 38:10 55:13 78:13,15 123:3 160:18 247:7,14 248:6

**experienced** 145:2, 5 148:24 150:8,12,20 184:10,14 225:6 247:11,21 248:16,20

**experiencing** 72:15, 18 247:25

**expert** 15:11 18:6,20 20:9 22:17 30:24 31:15,23 32:24 34:23 53:8 66:15 98:18,21 116:15 137:10 141:25 142:16 168:15 196:22 206:6, 12,14 207:23 209:18 234:5 235:23 244:23 250:5,16 251:2,16,21

**expert's** 242:21

**expertise** 236:2

**experts** 32:2 37:25
142:24 149:5,6,10
236:5 250:25

**explain** 89:5 227:3,6

**explained** 119:10
158:6 213:4

**explaining** 114:11

**explanation** 53:16

**extent** 19:8

**extreme** 124:23

**extremely** 78:5

**eyebrows** 43:5

**eyelashes** 43:5

**eyes** 41:22 42:5
43:11 141:20

**F**

**F-E-M-A-R-A** 124:7

**face** 73:8

**Facial** 125:18

**fact** 31:23 60:23
84:19,24 86:15
118:21 161:8 187:19
210:14 243:8

**factor** 44:19 50:5,19
51:5 72:20 136:19,23
137:12,14,22 211:21,
24

**factors** 72:5 192:13,
19,24 227:16

**FAERS** 238:23
239:19 240:6,11,18,
20 241:12 242:11
243:14

**failed** 34:25 35:6,16

**failure** 183:11

**fair** 45:13,16 50:20
120:15 143:15

**fall** 68:8

**familiar** 12:4 46:9

56:2 59:19,21 74:11
87:3,22 88:4 89:3,7
146:13,16,21 191:4
194:9,11

**familiarize** 19:4

**family** 42:8 92:7,13,
17,18 121:14,19
122:3

**father** 121:17,24

**favor** 83:12

**FDA** 34:18,23 35:13
235:23 238:23

**FDA's** 34:20,25

**feature** 83:10 87:21
152:18 153:25
156:12 161:25

**features** 79:6,25
80:25 81:15,21 82:2,
14 83:8,14,16 84:19,
21 85:8,18,20,21,24,
25 86:4,6 152:11,20
153:24 154:14
157:13,14 158:5,7,14
159:11,19 161:17
162:11 223:12,16
224:4 229:5,6

**February** 243:23
244:23 245:2,14
246:9

**FEC-100** 165:7

**Federal** 8:15 239:21

**fee** 14:8

**feedback** 223:20

**feel** 147:21,23

**feeling** 66:10

**feet** 42:10 214:14

**Feigal** 23:7,15,22
31:25 95:15,22
134:14,17 180:5
196:17 250:13
251:17

**Feigal's** 23:10 24:4
198:21

**female** 9:24 47:2,4,
17,22 48:21 49:7,19
74:14,15 77:6,7

111:10 115:12
221:23 223:13,16
224:4,7,22 225:23,25
226:12,16 229:19,23

**Femara** 123:21 124:4

**fibro** 152:3 153:25

**fibrosing** 127:16,24
128:6

**fibrous** 80:5,9 131:9

**figure** 93:19 181:8,9
236:12

**figured** 82:3 94:9
181:7

**file** 109:24

**filled** 114:2,3

**filling** 240:14,17

**final** 38:20 122:11
130:8 138:23

**finally** 222:2

**finance** 17:8

**find** 90:16 113:11
138:10 144:13 159:7,
10 189:23

**finding** 79:24 119:13
130:18,20,21 221:20

**findings** 51:9 52:9,
11 53:5 81:19 84:14
130:12 137:6 151:6,
12,18 156:15,20,23
157:7 158:14 159:4,
7,21 162:6 186:22
223:2 224:14 226:9,
20 227:4 229:13

**fine** 13:10 54:18
81:11 96:18 117:8
155:22 168:10
172:24 189:17
220:17

**fingernails** 118:11

**finish** 19:7 81:8 85:2
143:10 202:22,23

**finite** 53:24

**fire** 120:3

**fit** 112:7

**five-minute** 220:16

**fix** 63:4

**Flipping** 113:25

**Fluorocil** 140:25

**Focus** 148:8

**focused** 55:10 206:2
208:24

**folder** 108:9 110:4,
11,13

**follicle** 78:20 83:14
86:12 89:18 90:20
102:14 152:20,23
154:18 155:8,10,11
156:4,5 191:22 227:9
247:2

**follicles** 68:15 78:23
82:5 87:9 91:2 103:9
131:12 151:25 152:3,
8 187:12,15 224:22
227:20,21 246:4,23

**follicular** 55:20,21,
24 79:6 80:9 82:6
87:16 89:12,16,18,24
157:4,6 161:18 184:5
224:21

**follow** 29:2

**follow-up** 16:19
169:3 170:9 171:18
236:13 252:4

**Fonia** 222:22,24
248:9

**footnote** 140:17

**forehead** 45:4

**forget** 99:10

**forgot** 31:19 115:9

**form** 19:8 20:2,5
23:18 24:6 25:9,24
26:22 27:9 28:9,16,
23 29:11,16 30:7,23
31:9,14 32:12 33:8,
22 34:22 35:3,8,22
36:5 40:17 41:13
42:20 43:20 44:5
46:12 49:8 50:6,21
52:3,21 53:18 56:14,
20 57:3,19 58:17
60:6,19 61:2 62:7,12,

18 63:23 66:17 67:21
68:4 71:11 73:12
89:23 97:8 99:4
102:12 104:3 115:22
120:21 122:7 130:24
134:19 137:18
140:11,20 141:3
142:6 144:7,16
145:16 148:25
149:13,16 150:22
154:6 160:22 162:16,
24 172:7 173:2
175:19 176:14
177:14 181:20
182:10,22 183:23
184:13 185:10,19
192:21 193:17
194:19 197:9,18
200:13 203:6 204:11,
22 206:4,9,20,24
207:8,14,20 208:6,17
209:13 212:8,13,23
213:12 214:6,20
215:10,17 217:14
219:13 229:16 231:2
232:10,20 233:10,19,
25 235:8 237:16
238:25 239:12,20
240:7,23 241:7,11,19
243:6,15 245:11,16
246:14,21 247:10,23
249:5,11 250:22
251:14,20,24

**formed** 124:16

**forming** 22:25
235:20 250:10
251:12

**forms** 63:20 70:10
79:11 92:9 212:4,10

**found** 94:11 143:2
144:19 156:24
161:13 224:15,16
228:9

**foundation** 17:8

**fourth** 83:2 124:19

**FPHL** 47:22

**FPHL-SI** 47:5

**frame** 184:8

**free** 97:7

**Freitas** 146:10

**frequent** 221:23

**front** 13:16,22 21:15 24:20 76:2 134:5 135:23 198:15 199:19

**frontal** 45:3 69:21 76:6,7,14 128:6 130:6

**full** 10:19 11:16 16:24 47:5 166:22,25 184:24 227:13

**fully** 118:22 163:14

**fun** 249:19

**G**

**game** 143:15

**gather** 188:24

**gave** 17:7 27:19 69:10 103:22 198:18 250:20

**gears** 104:4 196:14

**general** 55:12 59:8 60:14 61:15,21 69:22 94:21 95:7,8 136:3,6 157:17 172:15 183:12 185:20 235:9

**generalization** 43:21

**generalized** 63:9 193:7,13 196:8

**generally** 45:3 47:21 58:13,19 66:16 79:13 123:3 182:23,24 198:3

**Geoff** 10:14

**Georgetown** 165:3

**germ** 201:2

**github.com** 239:6

**give** 20:3,8,9 25:25 31:24 35:9 40:13 48:16 49:3,10,14 68:6 77:17 81:7 95:24 143:18 145:18 159:9 195:5 214:7,23 223:24

**giving** 229:5

**glad** 237:2

**gland** 79:14

**glands** 79:22 151:24 152:9 153:3,13,17,20 154:5,11 157:5 229:21

**global** 241:13

**gold** 47:21

**Gonzalez** 10:5,6,10

**good** 8:2 9:15,24 10:18 11:15 17:7 46:18 54:10,15,16 73:17 96:17 190:14

**Gordan** 61:4

**grade** 114:22 150:8, 11,13 218:4,5,6,9,22 221:10

**gradually** 118:6 183:20

**gray** 101:13

**great** 10:9 23:19 54:21 96:19,20 113:14 167:11 190:18

**greatly** 103:8

**Greek** 62:9

**Greenberg** 9:17 10:12

**group** 156:23 228:25

**grow** 58:11 66:13 67:19 101:12 118:21

**growing** 118:10,12, 24

**grown** 118:6

**grows** 57:7 101:10 183:20

**growth** 72:16 169:8 225:11

**guess** 19:11 47:9 91:9 93:16 113:3 192:24 205:9 237:17 239:2

**guide** 44:12

**guidelines** 158:3

**Guys** 189:21

**H**

**hair** 17:11 19:20,21 39:8 40:6,8,10,11,13, 20,22,23,24 41:3,5,8, 9,23,24 42:11 43:6 44:2,4,6 47:3,4,17,22 48:21 49:7,19 50:11, 14 52:12,14 57:7 58:11,13,15,19,20, 21,23,25 60:2,8,9,12, 15,17 61:4,6,8,16,24 62:6,8 63:16,17 65:3 66:2,4,13 67:4,9,19 68:3,7,12,15,18,19 69:3,4,7,8,11,13,19, 22 70:5,6,7,15,17,20, 23,25 72:5,13,16,20 73:2,16 74:15,16 75:8,14,18,21,25 77:6,7,12,20 78:17, 20,23,24 79:2,3 83:12 87:8 89:13,14, 17 90:20 91:2 92:25 93:13,20 95:12 101:4,7,9,14 102:11, 14,24 103:4,5,9,13, 20,21,25 105:19 118:6,10,18,21,24 119:6,18,19 121:25 122:3,17 124:23 130:23,25 131:11,23 138:13,16,17 139:5 151:13,25 152:3,8, 20,22,23,24 154:17, 18 155:8,10,11,12 156:4,5 161:23 162:12 166:22,23,25 167:2 169:2,8 170:8 171:17 182:19 183:11,17,20 184:6, 17 185:8 186:6,21 187:12,15 188:16 191:14,16,18,20,22 192:8,19,20,23 193:5 218:15,22 219:10 221:23 222:4,8,17 223:13,17,20 224:5, 7,21,22 225:6,10,23 226:2,12,17 227:7,9,

20,21 229:20,23 231:6,18,22 243:20 244:7,9,12,16 245:14 246:4,6,13,19,22,24, 25 247:2,18 249:14

**hairline** 76:7,14 130:6

**hairs** 43:15,17 55:21, 22 58:10 77:12,19 78:20,22,25 84:15 102:16,18,20 131:4, 13 247:16,17,18

**half** 135:3 155:4,6,13 160:2 176:20 177:10 205:23

**halfway** 102:5 118:5

**hallmark** 79:6 153:22

**hand** 90:18

**handful** 27:4 84:19

**happen** 41:4 53:25 70:12 84:20 151:25 248:4

**happened** 27:4 93:19 106:3 137:14 150:24 151:2 214:10 222:17

**happening** 102:24

**happy** 40:14 132:3 213:13 220:8

**hard** 14:19,20 18:15 124:5 128:3 135:11 174:17

**harm** 195:24 196:7

**Harper** 9:16

**Harries** 45:19 76:21

**head** 41:23 43:5,12 44:16 45:2 76:15 101:4,7,9 103:4,5,13, 20 117:21 160:12 181:5,6 213:10 214:24 215:4,9 224:3

**headphones** 123:11

**healthcare** 8:19 9:12,14 11:21,24 33:19 95:3

**hear** 11:10 33:18 135:6 146:19 164:13 173:7 205:23 210:7 223:22 236:22

**heard** 207:2

**hearing** 56:8 124:6

**heavily** 60:7

**hedgehog** 230:21

**Heis** 9:18,19

**Helio** 74:9

**helped** 27:13,16

**helpful** 43:18 110:10 236:10

**hematopoietic** 203:11

**HER2** 114:23

**high** 72:18 149:2,3 175:9,15 231:15

**high-dose** 203:10

**high-grade** 217:8,17

**high-risk** 192:9

**higher** 155:9 193:4 206:21 207:5

**highlighted** 67:13 74:14 78:18 89:11 113:20 119:4,16,18, 25 120:17 168:20 169:12 170:16 188:13 216:21

**highly** 161:17

**Hinshaw** 10:14

**histocytosis** 201:5

**histologic** 52:11

**histological** 83:4 161:16

**histology** 248:21

**histopathologic** 51:9 52:9 53:5 84:14 90:19 112:15 130:12 151:6,11,18 159:19 223:12 226:11

**histopathological** 80:21,22,25 81:15

82:14 83:19 137:6
156:15 159:4,21
229:13

**histopathology**
53:22 102:14 160:3
187:13 224:15,18
226:10 228:9 229:7
233:21

**history** 36:23 37:13
39:10 40:7,16,25
41:12 71:17,23 92:7,
13,18 103:23 114:18
115:2,5,12 118:5
119:4,25 121:14,20
122:3 124:23 126:7

**hold** 10:7 20:4 77:16
110:8 123:10 143:9
155:21 173:6 183:14

**Honestly** 25:25

**hope** 249:20

**hormonal** 91:21,24
192:13 223:6 224:6
225:19,24 226:14
227:10,15,22

**hormone** 122:6,16
226:6,21 227:24
228:2

**hormones** 226:2

**Hospira** 10:11

**hour** 13:9,10 54:16
96:17 126:5 132:3

**hours** 21:22,23 22:9,
11,16 134:9,16

**house** 120:2

**housekeeping**
13:15 133:16

**Hughes** 9:9 11:22
12:5 14:7,15 15:11,
14 18:21 19:19
22:18,19 28:7,15
29:15 35:10 41:11,18
55:11 97:6,7 98:10,
14,17,25 99:23
100:14 101:4 103:13,
17 104:25 105:19
107:21 108:4 110:12
111:2,6 113:17 115:6
118:3 119:8,22
121:14,19 122:2,20

123:8 125:9 126:4
127:2,19,20 131:20,
23 136:8 137:23
138:12,14 139:4,14
142:22 144:24
145:13 148:23
150:19 151:9 187:22
209:19 210:13,16
211:2 212:5,12
214:14 219:7,21
235:20 246:12

**Hughes'** 24:13 97:14
99:20 100:19,23
101:8 107:14 108:13
110:2 111:17 122:5
130:6,13,23 136:12,
19,23 137:7 177:12
211:21 219:10 250:7
251:12

**human** 191:18,20

**humans** 191:15,17,
24

**hundred** 107:23
217:23

**hundreds** 38:5 248:6

**Hurricane** 120:3

**hypotheses** 163:12

**hypothesis** 187:9
195:17,19 227:3

**hypothesize** 227:14

─────────

**I**

**idea** 42:6 94:5

**ideally** 45:13,17

**identical** 159:20,22,
24

**identification** 13:25
15:8 20:15 45:21
59:13 64:12 74:3
86:20 88:15 98:6
104:21 133:14
190:25 210:21
213:22 216:9 219:3
237:11 244:19

**identified** 104:24
200:9

**identify** 51:4 64:7
137:25 154:19 155:2
157:21 214:18
239:17

**illegible** 236:12

**illness** 36:24 37:13
103:23 114:18 115:2,
5 118:6 119:5,25

**imagine** 33:23
102:21 109:3 131:9,
11 240:18

**immunotherapy**
230:11 232:16

**impact** 168:22
169:20 192:25
231:20

**impacted** 177:12,16

**implied** 66:6

**implies** 69:4

**imply** 186:22 194:23

**implying** 194:20

**importance** 39:2

**important** 38:23
39:14,16 71:24 125:4
132:7 144:2,20
225:20,25 226:3,6,15
227:24 232:8,16
239:10

**impression** 126:18,
19 235:9

**improvement** 185:4,
5 248:16,21 249:4

**in-** 171:24

**inaudible** 48:25
106:19 131:18
135:21 158:25
165:21 170:25
193:22

**incidence** 168:22
169:19 217:5,8,17

**include** 65:5 66:13
75:9,15 91:25 107:13
123:15,18,21 157:3
173:24 174:3 182:7
194:7 212:10,14,20
213:9 216:17 218:3
228:17 230:4 233:2

245:4

**included** 23:4 36:25
64:25 102:24 112:25
114:20 128:22,25
165:7 174:11 188:22
212:19 219:7 228:5,
14,18 241:14,21
243:9,12 244:7

**includes** 63:20,25
64:19 65:23 66:2
67:4 82:4 116:10
203:24 206:18

**including** 14:7 37:16
48:7 52:17 63:21
64:22 79:12 91:16,19
92:9 152:17 157:2
200:18 201:18
228:20 229:14

**inclusion** 44:15

**incomplete** 169:8
188:16

**increased** 57:13
83:12 161:19 198:8
217:5 238:13

**indecipherable**
152:7 224:20

**index** 47:5 77:7

**indicating** 130:4
156:8

**individual** 70:12
85:19 101:18 102:6,
10 157:9 172:14
174:18 175:24
192:14

**individuals** 103:10
185:13 217:4

**induce** 91:16,21
192:22 231:6

**induced** 130:19
150:7 151:5 188:14
192:8 193:14,20
197:17 216:4 226:10

**induction** 72:7,13

**industry** 17:9

**inertia** 224:21

**inferred** 72:17

**infiltrate** 80:12 83:9,
15 152:13

**infiltrates** 152:15

**inflammation** 44:11
82:6 89:17,20 162:3

**inflammatory** 80:12
113:23 126:14 127:3,
10,13 128:10,14,16,
19,24 152:13,15

**influence** 153:7

**Info** 164:5

**information** 19:15,
17 27:13,15,18,19,
20,22,24,25 28:5,13,
20 29:8,14,17,20
30:2,4,22,25 31:5
33:7,25 36:2,6 44:9
50:16,17,23 51:17,
19,25 52:15,16,17,23
53:3,16,20 54:9
63:11 64:15 65:21
67:4 82:10 94:7
103:19,22 114:17,19,
25 119:21 123:18
126:21,23,25 129:2,4
136:6 137:9 140:23
141:19 148:17 160:3,
12,17 162:14,18
169:2 170:7 171:16,
25 179:5 182:4
196:13 197:24
215:21,22,24 218:19
220:6 240:4,14

**infrequent** 221:20

**inhibitor** 122:13

**inhibitors** 221:12
222:3,10,18 230:21

**initial** 121:3

**initially** 82:7 211:7

**initiated** 226:13
227:17

**injection** 65:23

**injury** 41:6 43:24
68:17

**inside** 213:10

**instant** 252:13

**insufficient** 218:19

**integral** 36:10,15 37:5,10 38:16 43:25 125:7

**integrate** 38:2

**integrated** 36:24

**intend** 12:2 136:16, 20

**intended** 226:5

**intentionally** 116:23

**interest** 17:3 229:8 243:19 244:8,12 245:15,21,25 246:6

**interested** 244:14

**interesting** 167:24

**interests** 244:17 245:4,9,17

**interfering** 31:16

**interject** 143:11

**internal** 25:16 26:7, 12,15,20 27:7,11,25 29:21,22 30:5,10,13 31:7,11,21 32:6,7,10, 13,15 33:11 34:6 242:12

**Internet** 94:9

**internist** 42:8

**interpret** 67:19

**interpretation** 20:12 89:6 226:17

**interpreted** 67:24

**interpreting** 19:20

**interrupt** 59:4

**interview** 166:4,10

**interwoven** 38:16

**intravenous** 232:4

**introduced** 147:17 210:2

**introduction** 171:24 187:20 188:12 193:8

**investigator** 17:17

**invoices** 209:24 210:8

**involve** 68:3,12 69:8 79:13 107:7 108:4 161:3 173:22 174:3 177:18,22 201:13 226:21 230:25 233:4 240:12 246:4

**involved** 19:19 34:20 35:11 42:17 44:11 97:11 118:2 156:10 178:4,15 180:8 201:8,17,25 204:3,6, 17 214:5 215:15

**involves** 19:9 69:16, 19 80:11 240:13,17

**involving** 174:7

**irrelevant** 52:20 71:20

**irreversible** 188:14 189:13

**isolate** 50:4,18 53:2 174:17

**isolation** 176:15

**issue** 63:12 97:21

**issues** 97:24 170:11

**item** 105:18

**items** 212:21

---

**J**

**January** 124:12

**Jennifer** 9:18

**Jessica** 9:7

**job** 202:20

**journal** 46:6,11,13, 14,16,18 88:21 164:22 165:15 189:14

**journals** 160:11 165:3

**joy** 231:13

**judge** 12:24

**Julie** 9:13

**July** 125:9

**junction** 155:7

**June** 14:16 15:24,25 22:12 23:12 105:11 106:16 167:19 209:19

**jury** 12:24

---

**K**

**Kang** 167:8 169:23 171:23 173:5,18 241:22

**Katrina** 120:3

**Kim** 180:15 182:13 186:14 188:8

**kind** 96:10 195:20 197:12,25 218:11 219:14 231:22

**kinds** 31:2

**Kluger** 82:22

**Kluger's** 86:8

**knew** 100:14 130:25

**knowing** 34:2

**knowledge** 33:21 51:9 90:9 93:17 113:5 157:16 160:18

**Kolivras** 88:12,23

---

**L**

**L65.9** 112:25

**lab** 114:7

**label** 236:6

**labeled** 55:2,6 97:2 109:21,23 110:15 133:5 147:6 173:14 220:23

**labeling** 64:5,15 65:14 236:3

**labels** 235:19,22

**lack** 74:21 168:25 170:7 171:16

**ladder** 38:18

**Ladies** 81:7

**laid** 41:22

**Lambert** 9:10

**language** 65:13

**large** 165:2 179:5 186:2 189:7

**lasting** 188:16

**lasts** 218:17

**late** 15:25

**Latin** 62:8

**Laura** 141:25

**Lauren** 9:10

**law** 235:13

**lay** 42:5

**layperson** 93:16

**lead** 56:12 122:17,18

**leads** 37:2 54:3 77:12,19 78:22 79:3 208:13

**learned** 38:3 142:2

**learner** 16:22

**learning** 37:22 90:9 160:15

**lectures** 38:7

**led** 137:16 233:8

**left** 47:10 78:19 155:7 180:20 220:7

**legal** 8:4 235:16,18

**length** 101:10 183:18 185:21

**Leonard** 56:3

**letrozole** 91:25 92:2 122:10,16 123:21 124:4,9,11 150:3,5, 20,23

**letting** 11:8

**level** 62:5 157:18 175:8,10,15

**levels** 72:18

**Liability** 9:3

**library** 165:4

**license** 108:15

**lichen** 127:15,24 128:5

**lie** 187:13

**life** 72:7,12,19,25 73:5 147:19 218:17

**life-saving** 232:18

**lifelong** 16:22

**lifesaving** 232:21

**Lifestyle** 72:5

**likelihood** 145:15 149:2,3 162:19

**limit** 226:5,16

**limitation** 147:21,23

**limitations** 169:22, 24 170:2 172:18 173:18 175:16

**limited** 62:10,16 63:19 168:23 170:5, 11 171:14 241:17

**lines** 109:11,12 124:25 162:10 201:19,21 224:7

**link** 179:3

**linked** 53:6 57:13 145:21

**list** 14:8,9,25 22:24 23:11,17,25 24:5,9 26:7 65:23 66:2 67:5, 14 81:13 82:17 83:11 90:19,20 105:16 106:11 123:12 134:12 146:23 149:18 151:19 152:20 158:5,13 169:23 170:2 174:15, 21 176:21,24 178:3, 13 179:15,18 181:15, 16 188:22 189:22,23 198:24 200:16 202:6 224:9 228:6 246:7,8 247:5 249:9

**listed** 24:21 67:9 82:9 83:16 105:18 116:18 152:19 157:6, 13 159:18,21 161:7 173:18 175:17 176:10 177:18 201:19,20 202:2

203:3,5 234:3 245:18 247:21

**listen** 12:12 148:14

**lists** 64:17,22 158:7 198:7

**literature** 21:25 31:2 33:10,12,16 53:7,9 78:16 80:18 82:11 85:17 86:11,14 90:12,17 91:3 116:2 137:10 144:18 149:4 156:16 157:12 158:5, 7,9,10 159:8,15 174:16 175:22 178:21,24 179:7 186:6,9,10 195:23 196:6,9,10 197:24 198:5 203:2,7,12 207:23 208:20 209:7, 11,14 233:21

**litigation** 9:3 18:7, 10,22 19:25 21:20 26:9,13 33:14 36:8 46:23 55:11 74:25 88:9 98:19 100:15 111:4 112:19 116:15, 24 168:15 194:16 206:7 210:9 211:3, 10,17 212:4,10,21 213:8 240:21 243:24, 25 244:24 245:3,10 246:10

**lives** 119:14

**living** 162:14

**LLC** 9:19

**locate** 181:14

**log** 12:13 236:16

**long** 22:8 48:11 52:5 58:9 139:11 247:12

**long-lasting** 63:21

**long-standing** 43:19 89:25 90:6,8, 24 247:6

**long-term** 168:21 231:16

**longer** 99:14 162:14 188:16 247:17 249:9

**looked** 41:19 76:24,

25 81:19 112:4 116:5 142:22 194:17 204:9, 12 206:12,13 229:15 248:8

**Lori** 9:15,16

**lose** 41:5 75:20 193:5

**losing** 242:17

**loss** 39:9 40:6,8,10, 11,13,20,22,23,24 41:4,8,9,25 42:11 44:2,4,7 47:3,4,17,22 48:21 49:7,19 50:11, 14 52:12,14 58:13, 16,19,20,21,23,25 60:2,8,10,12,15,17 61:5,7,8,16,24 62:6,9 63:16,17 66:2,4 67:4, 9 68:15,18 70:15,17, 21,23,25 71:2 72:5, 13,20 73:2,16 74:15, 16 75:8,14,18,25 77:6,7,11,13,19,21 89:13,14 90:20 91:17 92:25 93:13,20 102:24 103:21,25 118:11 119:6 122:3, 17 138:13,16,17 139:5 162:12 166:22, 23 167:2 182:20 186:7 192:8,19,20,23 218:15,22 219:11 221:23 222:4,8,17 223:13,17,20 224:5, 7,23 225:23 226:2, 12,17 227:21 229:20, 23 231:22 246:13

**lost** 64:20 78:20,23 176:4 242:14 246:25

**lot** 28:17 38:9 58:21 94:8,12,21 106:3 136:24 152:4,16 158:4 160:11 163:12 171:3 196:11 203:9 218:16,18 231:7,18 244:14,17 245:17 251:9

**loud** 226:8

**low** 175:15 246:25

**lower** 45:2 155:12

**lowest** 175:8

**luck** 181:13

**lunch** 113:14 132:4

**lunchtime** 132:3

**lupus** 43:24 127:15, 23 128:5 245:25

**lymph** 230:11

**lymphocytic** 83:9, 15

**M**

**M.B.A.** 16:20 17:5

**M.D.** 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1 93:1 94:1 95:1 96:1 97:1 98:1 99:1 100:1 101:1 102:1 103:1 104:1 105:1 106:1 107:1 108:1 109:1 110:1 111:1 112:1 113:1 114:1 115:1 116:1 117:1 118:1 119:1 120:1 121:1 122:1 123:1 124:1 125:1 126:1 127:1 128:1 129:1 130:1 131:1 132:1 133:1,7 134:1 135:1 136:1 137:1 138:1 139:1 140:1 141:1 142:1 143:1 144:1 145:1 146:1 147:1 148:1 149:1

150:1 151:1 152:1 153:1 154:1 155:1 156:1 157:1 158:1 159:1 160:1 161:1 162:1 163:1 164:1 165:1 166:1 167:1 168:1 169:1 170:1 171:1 172:1 173:1 174:1 175:1 176:1 177:1 178:1 179:1 180:1 181:1 182:1 183:1 184:1 185:1 186:1 187:1 188:1 189:1 190:1 191:1 192:1 193:1 194:1 195:1 196:1 197:1 198:1 199:1 200:1 201:1 202:1 203:1 204:1 205:1 206:1 207:1 208:1 209:1 210:1 211:1 212:1 213:1 214:1 215:1 216:1 217:1 218:1 219:1 220:1 221:1 222:1 223:1 224:1 225:1 226:1 227:1 228:1 229:1 230:1 231:1 232:1 233:1 234:1 235:1 236:1 237:1 238:1 239:1 240:1 241:1 242:1 243:1 244:1 245:1 246:1 247:1 248:1 249:1 250:1 251:1 252:1

**made** 11:19 30:2 31:25 171:3 182:13

**Madeline** 9:11 10:17 11:4,18 64:6 72:8 99:10 117:2 163:20 252:5

**Madigan** 23:7,15,22 30:25 31:7,25 134:14,18 142:16 144:13 149:19 175:25 176:6 196:17, 18,19,24 197:6 233:7 234:2 237:13 241:2,5 243:2 250:12 251:10

**Madigan's** 23:9,24 144:9 175:21 197:3 198:7,13,16,21 233:23 237:5,22,24 241:9,16 242:24

**magnification** 155:9

**mailed** 13:16 14:25

**main** 73:16 74:16 161:25 230:23

**majority** 205:22 221:16

**make** 11:4,11 29:23 30:6,19 53:17 54:8 62:24 77:10 84:12 94:18 95:13 116:14 121:9 130:12 135:10 174:15 176:23 184:21 190:17 194:12 207:11,17 215:2,5,23,25 216:6 219:14 220:5

**makes** 12:11 17:24 37:24 39:5

**making** 36:14 58:4 120:7,11 135:11 178:6

**male** 76:17 222:4,8, 17

**males** 89:14

**malignancies** 232:22

**malignant** 201:5

**management** 36:22 37:9 38:11 43:10 125:8

**managing** 53:21,22

**mangled** 135:3

**manufacturer** 17:14 18:4 25:20 27:6,15 30:14

**manufacturers** 17:20 28:22 31:8 32:23 33:24

**manufacturers'** 26:12

**Mara** 10:5,8,9

**March** 98:4,11,15 100:4,24 105:3 110:23 111:2 126:4 138:20 167:18 209:18,21 210:15 212:9 222:25

**mark** 20:17 104:5 133:17 191:3 210:24

**marked** 13:25 15:8 20:15 45:21 59:13 64:12,14 74:3 86:20 88:15 98:6,8 104:21, 23 133:14 190:25 210:21 213:22 216:9, 11 219:3,5 237:11 244:19,22

**marking** 213:24

**marks** 252:10

**Martin** 220:11 221:3 241:22

**Martinez** 146:10

**materials** 13:22 14:9,24 22:19,25 23:11 27:2 105:15 106:11 198:14

**maternal** 121:15,20

**math** 177:8

**matter** 9:2 54:2 90:5 193:2

**maximum** 16:23

**meaning** 67:19 156:11 221:14

**means** 62:6 63:17 136:25 137:2,13 178:18

**meant** 153:11

**meantime** 23:5 240:9

**mechanism** 66:9 163:4,6,9 195:10

**media** 8:24 55:2,6 97:2 133:5 173:14 220:23

**Medicaid** 71:5,14

**medical** 17:9 24:21, 24 25:4 33:10,16 52:24 54:10 86:11 90:12,13 91:8,17 94:19,25 95:2 98:3,9, 12 99:7 107:17,18 110:23 112:13,14 114:20 116:19 118:16 120:25 121:3

125:10,23 134:23 135:13,14,17,18 136:17 137:17,22,25 138:10,20,23 139:15 186:5 209:17 210:25 211:6,14,20,23 212:3,9,17,20,24,25 213:6 214:7,23,25 215:2,6,21 233:24 234:17 244:17

**Medicare** 71:4,14

**medication** 17:22,24 33:24 38:18 51:10 52:13,19 53:7 59:7 71:17,22 115:17 123:24 124:3 236:7

**medications** 70:14, 16,21 71:2,6,8,15 72:2 124:20 125:2,5 221:21 230:24 232:23

**medicine** 42:8 137:20

**meet** 22:3,8 129:22

**meeting** 111:6

**meetings** 22:6 160:10

**member** 17:10

**men** 78:7

**men-** 195:13

**menopausal** 101:8 120:14

**menopause** 91:21, 24 123:4

**mention** 34:12,15 125:20 203:9 211:15

**mentioned** 53:23 152:18 184:7 247:24

**mentions** 195:13

**Messenger** 86:17 87:2

**met** 42:14 98:14 100:3

**meta-** 144:17

**meta-analysis** 143:2 144:18 175:22,

24 176:2,6,17 233:11 241:2,6,10,16,17,20, 24,25 242:4,25 243:4,8,10,14

**metastatic** 93:9 230:10

**meter** 180:21

**Method** 166:6

**methods** 166:9

**metrics** 164:5

**mic** 117:3,6,13 236:25

**mice** 191:16

**Michael** 8:3 10:23

**microscope** 187:14

**microscopically** 128:21

**midline** 45:14 48:3 49:21

**midscalp** 130:6

**mild** 83:15 166:22

**milligrams** 180:21

**mind** 11:6 74:25

**miniaturization** 78:21 79:6 82:4 87:7, 20 152:3 153:9,21 157:4 161:25

**miniaturize** 227:9

**miniaturized** 84:15 152:8 161:19 224:21 247:16

**minimal** 80:12 152:12,15 185:4 247:14

**minimize** 231:17

**Minox-** 57:20

**Minoxidil** 57:11,14, 16,25 225:8,14 247:8,22 248:17 249:4

**minute** 104:8 220:15

**minutes** 22:9 54:20, 21 159:10 173:9

190:14,17

**Miot** 74:9

**mischaracterize** 219:23

**mischaracterizes** 63:8

**missing** 70:19

**Miteva** 161:14

**mixed** 135:2

**models** 191:11

**moderate** 72:15,18 185:5

**moment** 41:21,22 42:5,14 44:2 73:14 85:3 170:12 195:25 210:7 221:7

**month** 160:11

**months** 57:7 58:4 109:11 139:21,22 168:14 182:20 183:2, 3,6,11,18,19,21 185:16,24 186:7 187:2 188:2,17 225:7

**morning** 8:2 9:15,24 10:18 11:15

**morphologic** 227:4

**mother** 121:17,25

**mouse** 191:11,19

**mouth** 230:20

**move** 19:22 85:4 97:25 117:12 146:7 172:25 176:18 188:4 190:9 195:8 206:15

**moved** 245:22

**Moving** 109:16

**muffled** 117:5

**multi-institutional** 189:7

**multidrug** 50:4,18, 24 116:10

**multiple** 29:2 70:9, 11 102:22 156:25 192:13 201:10

**murine** 191:11

**Mute** 183:15

**muted** 237:2

**N**

**N-U-C-H-A-L** 45:9

**Nabholtz** 199:14

**nail** 95:12

**nails** 43:6 109:9

**names** 23:22 116:14

**nauseous** 66:10

**necessarily** 203:11

**needed** 94:18 186:19 187:6

**negative** 72:16 130:17,21

**negatives** 28:18 29:2 145:17,21 146:5

**neo** 166:11

**neuroblastoma** 201:5

**neurology** 17:22

**night** 12:7

**node** 230:11

**non-docetaxel** 142:14 145:14

**non-taxane** 179:17, 20 204:10

**non-taxotere** 140:18,24 145:11

**nondocetaxel** 95:16 96:5

**noninflammatory** 89:23

**nonresponsive** 176:19 188:5

**nonscarring** 79:11 130:10 199:24 200:6

**nonspecific** 217:21

**normal** 43:16 55:18 56:6 68:9 79:24

101:4,7,9,16,18
102:2,7,10,15 103:4,
5,13,19 125:6 127:21
130:23 153:12,13,17
154:8,9 157:4 187:16
246:24 249:2

note 70:14 73:11
75:4 91:10 95:2
101:4 105:18 111:10
112:13,15 115:11
120:13 121:3,4,7
124:11,19 125:4,6
135:17,20 151:11
213:6 223:10

noted 129:11 140:5

notes 112:18 114:17
135:18 236:11

notice 20:18,22 21:5
133:18,24 135:9

noticing 75:21

notified 134:17

notwithstanding
106:4

November 28:8
177:11

nuchal 45:6,9

number 22:15 53:24
58:24 69:4 82:5
131:4 147:6 151:25
158:15 161:18
163:20 165:3 179:25
180:5 182:12,13
187:12,15 191:21
231:14 246:22
249:12

numbers 74:23
102:22 140:14,21
141:8 147:18,19,24
148:7 167:3 179:15
181:11,24 185:6,25
203:16,18,20 204:9
205:10,11 235:10

numerous 70:14,16
131:17

nutritional 59:7
192:12

O

oath 12:19,22

object 19:8 20:2,5
23:18 24:6 25:9,24
26:22 27:9 28:9,16,
23 29:11,16 30:7,23
31:9,14 32:12 33:8,
22 34:22 35:3,8,22
36:5 40:17 41:13
42:20 43:20 44:5
46:12 49:8 50:6,21
52:3,21 53:18 56:14,
20 57:3,19 58:17
60:6,19 61:2 62:7,12,
18 63:23 66:17 67:21
68:4 71:11 97:8 99:4
102:12 104:3 115:22
120:21 122:7 130:24
134:19 137:18
140:11,20 141:3
142:6 144:7,16
145:16 148:25
149:13 150:22 154:6
160:22 162:16,24
172:7 173:2 175:19
176:14 177:14
181:20 182:10,22
183:23 184:13
185:10,19 192:21
193:17 194:19 197:9,
18 200:13 203:6
204:11,22 206:4,9,
20,24 207:8,14,20
208:6,17 209:13
212:8,13,23 213:12
214:6,20 215:10,17
217:14 219:13
229:16 231:2 232:10,
20 233:10,19,25
235:8 237:16 238:25
239:12,20 240:7,23
241:7,11,19 243:6,15
245:11,16 246:14,21
247:10,23 249:5,11
250:22 251:14,20,24

objected 135:5

objecting 19:6

objection 24:12
25:13 32:18 62:19,
21,23 135:10 233:13

objections 133:18,

23

objective 61:18
189:5

observed 223:10

obtaining 17:5

occasion 26:25

occasionally 46:16

occipital 129:15,20
130:4

occur 89:24 123:5

occurred 140:18

occurrence 57:14

occurs 123:3 140:8

October 98:22
134:13 251:3

odds 72:17 197:25
198:5,7 241:24

offer 34:24 35:5,15,
18 56:18,23,25 57:11
136:16,20 138:4
235:16 246:18

offered 247:13

offering 234:25

office 114:16 121:3,4

OHDSI 239:7

OHDSI/CCD 239:7

older 75:6,9,15

omission 234:3

on-line 167:13,20

oncologist 66:20,22
92:25 93:4 118:17
162:18 208:18
216:12,18

oncologists 230:6

oncology 164:22
165:16 170:14
244:16 245:6

one-half 95:25

ongoing 140:17

open 13:18,19,20
155:19

opened 13:17

opinion 20:3,8,10
28:2 30:19 34:24
35:5,10,15,18 48:17
49:3,11,15,18 95:24
118:4 136:16,20
137:5 145:23 149:7
160:16 172:15
188:25 196:20
202:16 214:7,23
229:5 234:25 246:18
250:6 251:12,17,22

opinions 15:14
22:25 117:24 124:16
136:4,11 141:24
148:10 160:8 213:9,
16 235:17,18,21
236:6 250:11

opportunity 148:11,
12,13 202:19

optimal 48:2 49:20

option 232:9

options 56:18,25
119:9,15

order 38:3 49:3 94:25
141:20

organ 53:25 231:15

organized 99:8

original 33:9,15

outcome 171:15

outcomes 168:25
170:6 174:4

ovarian 201:4

overlap 82:20 129:24

overly 63:13

overwhelming 53:7

P

p.m. 132:13 133:3
252:12

p.m.,this 132:15

PA 201:21 221:10,14

paclitaxel 31:13,22
32:11,14 147:11,12

148:3,6,19,23 180:9,
17,23 181:4,10,16,19
192:11

pages 25:6,7 38:6
48:11 136:2,5 211:3

Palmer 9:10

Palomares 199:12,
15 200:16

palpate 43:12

paper 48:8,9,11
163:25 187:9 188:21
194:2 219:24 220:2,
3,4 242:9

papers 74:24 141:15
174:18 189:8 246:3

paragraph 48:11
49:6,18 87:6,20
95:20 124:19,21
136:12 166:5 168:20
169:6,25 170:21
171:4,7 172:17
179:15 188:13 192:4
225:17 226:18,25
227:14 243:18

paragraphs 83:4
191:7 194:8,16

parcel 66:9 244:10

parietal 45:3 69:21
76:6

part 17:23,25 36:8,
10,13,16,18 37:6,8,
10,12,18,19,20,21
38:13,14,23,24 39:3,
5,6,7 43:25 44:22,24,
25 48:10 51:20 66:9
78:8 97:10 101:20
114:20,21 125:6,7
126:22 130:14
138:18 141:10
169:16,18 170:16
171:22 185:23 197:4
208:12 229:3,8,9
239:15 244:10

participating 186:3

parties 8:12

parts 43:7 48:14
69:20 126:7 194:21
243:11

Index: passive..Petronic-rosic

**passive** 17:3

**past** 18:11 38:15
101:12 131:12
162:10 244:12

**patch** 68:7

**paternal** 121:15,20

**pathologic** 130:15
223:2 224:14

**pathological** 79:5,
25 85:8,14 156:10
157:13 158:14 159:7
162:6

**pathologist** 129:5,9

**pathology** 88:21
93:8 100:18,19,22
246:7

**pathway** 34:21 35:2
226:14 227:17

**pathways** 34:23

**patient** 26:21,23,24
27:4 36:4,11,14,16,
20 37:6,9,18,20
38:15,23 39:9,15,17
40:5,23 41:10 42:5,9,
24 44:4 51:7,21 52:2,
6,13,18,19,23 53:22
64:15 65:21 66:25
67:3,18,24 70:20,22
71:3,5,9,15,16,21,25
72:2 73:7 91:4,7,8
92:22 93:5,10,12
94:4,15 96:7,12
101:19 112:17,19
180:19 184:16,23
185:3 193:2 213:3,4
214:12 216:3 218:4
225:10 228:3,4 229:4
232:9,11 247:11,20,
25 248:15,20 249:6

**patient's** 40:6,25
41:12 50:5,19 51:5,
16 52:17 92:20 93:2
95:5 103:6 187:3
192:12

**patient-** 168:24

**patient-reported**
170:6 171:15 174:4

**patients** 26:16
27:14,16,21 36:22

37:23 38:8,11 39:8,
21 40:15,18 41:25
43:25 56:17,21 58:2
60:9,12,13 61:16
73:4 76:16 83:7,10,
22 90:10 92:24 94:22
116:6 138:5 147:9,
12,17 148:2,5,19
149:24 150:2,6,12,15
151:4 160:4 165:5,9
166:3,11,19,21 167:4
169:7 177:22 178:4,
15 179:16,24 181:3,
10,17,18,19 182:7,
12,14 184:9,22
185:2,12 186:19
189:8 192:14 193:25
199:23 200:2,4,6,22
202:11 204:15
205:12,14,15,16
207:25 208:9,11,14
209:7 216:13 217:24
218:14 220:4 221:11,
17 222:9 223:2,5,17
224:5,8,9 225:5,12
227:25 229:2,24
230:4,5 231:4,7,13,
14,19 232:2,13
234:19 235:6,12
245:20 247:5 248:3,6
249:8,14

**pattern** 47:3,4,17,22
48:21 49:7,19 74:15
75:18 76:17 77:6,7
89:14 162:2 221:23
222:4,8,17 223:13,17
224:4,7,22 225:23
226:2,12,16 229:20,
23

**patterns** 223:11
224:15,17

**paucity** 168:21

**Paula** 74:6

**Paus** 190:11 191:4
195:9,17 199:12

**pause** 12:16

**Paxil** 201:20

**PCIA** 18:25 31:4
81:16,22 82:3,14,18
84:10,12,17 85:8,19,
23 86:7 113:9 119:12
130:21 136:19,24

143:1 145:10,13
147:6 148:3,20,24
149:9,11 156:10,15,
21,24 157:14,22
158:14 159:4,7 160:8
162:6 166:19 168:23
169:24 172:19
173:19 175:18
176:13 179:16
181:11,18 182:24
183:5 184:9 196:16,
21 197:2,22 198:3
202:7,11 203:7
207:24 208:2,7,8,13
209:2 211:17,22
214:15 223:18
224:14 229:5,7,13,19
233:9,15,18 237:14

**PCIA's** 183:16

**PDF's** 15:2

**peer** 33:5,9,15 46:15
189:14

**pending** 8:17 13:11

**people** 31:17 61:11
66:10 70:2 74:24
94:8 102:23 159:13
185:21

**percent** 60:13 61:14,
15,20 75:5 83:7,8,13,
22 103:11 107:23
138:8 140:18 142:5
147:11 150:7 156:11
186:19 200:11 217:6,
7,8,12,15,18,23,25
218:8,14,16

**percentage** 206:18,
21 207:5

**percentages** 193:11

**Perez-reynolds** 9:7

**perform** 39:10 44:17,
22 126:10 178:21
179:7 213:2 243:14

**performed** 100:20
113:21 126:8,9,10
131:19 178:24 233:7

**performing** 42:18
129:11

**peribulbar** 162:3

**perifollicular** 83:15

**period** 35:19 57:17
58:9 186:20,22
205:17,19

**periods** 120:2

**permanence** 186:6

**permanent** 64:2
68:17 89:13 90:21
112:23 162:22 163:3,
7,10 168:23 179:19
182:18 183:22
185:15 186:23 187:4,
10 188:14 194:3
197:16 200:8,17
203:3 228:9 247:6

**permit** 195:5

**permitted** 110:4

**persistent** 28:5,13
29:9 31:12,22 32:11,
16 41:15,19 52:8
54:5,6 57:10,23 58:2
95:17 99:2 100:16
112:8 130:18 140:8,
12,17 142:11,20
144:5 145:3 150:20
167:2 178:22,25
179:9 183:10 185:22
192:16 195:11
198:24 199:4 207:12,
18 208:3 209:15
221:14 237:25

**persisting** 182:20
240:4

**persists** 41:25

**person** 50:24 141:21
215:20 247:12

**person's** 102:11

**personally** 88:7
230:14

**pertain** 229:2

**pertaining** 178:25

**pertains** 114:21
178:8 193:19

**Petronic-rosic** 8:1
9:1 10:1 11:1,17 12:1
13:1 14:1 15:1 16:1
17:1 18:1 19:1 20:1
21:1 22:1 23:1 24:1

25:1 26:1 27:1 28:1
29:1 30:1 31:1 32:1
33:1 34:1 35:1 36:1
37:1 38:1 39:1 40:1
41:1 42:1 43:1 44:1
45:1 46:1 47:1 48:1
49:1 50:1 51:1 52:1
53:1 54:1 55:1 56:1
57:1 58:1 59:1 60:1
61:1 62:1 63:1 64:1
65:1 66:1 67:1 68:1
69:1 70:1 71:1 72:1
73:1 74:1 75:1 76:1
77:1 78:1 79:1 80:1
81:1 82:1 83:1 84:1
85:1 86:1 87:1 88:1
89:1 90:1 91:1 92:1
93:1 94:1 95:1 96:1
97:1 98:1 99:1 100:1
101:1 102:1 103:1
104:1 105:1 106:1
107:1 108:1 109:1
110:1 111:1 112:1
113:1 114:1 115:1
116:1 117:1 118:1
119:1 120:1 121:1
122:1 123:1 124:1
125:1 126:1 127:1
128:1 129:1 130:1
131:1 132:1 133:1
134:1 135:1 136:1
137:1 138:1,24 139:1
140:1 141:1 142:1
143:1 144:1 145:1
146:1 147:1 148:1
149:1 150:1 151:1
152:1 153:1 154:1
155:1 156:1 157:1
158:1 159:1 160:1
161:1 162:1 163:1
164:1 165:1 166:1
167:1 168:1 169:1
170:1 171:1 172:1
173:1 174:1 175:1
176:1 177:1 178:1
179:1 180:1 181:1
182:1 183:1 184:1
185:1 186:1 187:1
188:1 189:1 190:1
191:1 192:1 193:1
194:1 195:1 196:1
197:1 198:1 199:1
200:1 201:1 202:1
203:1 204:1 205:1
206:1 207:1 208:1
209:1 210:1 211:1

212:1 213:1 214:1 215:1 216:1 217:1 218:1 219:1 220:1 221:1 222:1 223:1 224:1 225:1 226:1 227:1 228:1 229:1 230:1 231:1 232:1 233:1 234:1 235:1 236:1 237:1 238:1 239:1 240:1 241:1 242:1 243:1 244:1 245:1 246:1 247:1 248:1 249:1 250:1 251:1 252:1

**PFC** 9:8,9

**Pfizer** 10:10 17:21

**Pharma** 9:20

**pharmaceutical** 10:15 17:13 18:4 236:2

**Pharmaceuticals** 9:20

**pharmacologist** 234:11

**pharmacovigilance** 241:13 242:12

**phases** 191:23

**phone** 11:6 166:24 167:5 183:15 210:12, 14

**phonetic** 241:23

**photo** 105:22,25 107:19 109:9,17,21 129:17 214:23 215:3

**photodynamic** 230:19

**photograph** 107:10, 13,20 108:18,22,25 214:19 218:3,21 219:6,7,12

**photographed** 219:25

**photographs** 104:24,25 105:5,19 106:15,22,24 108:4, 5,7,12 109:25 213:25 216:2,7 218:23

**photos** 106:14 109:22 110:5,12,19 129:16 214:5,8 215:20 218:7 219:23 220:3

**phrase** 103:4

**physical** 37:14 42:18 43:2,4 127:7 128:4, 18

**physically** 127:11

**physician** 35:14 42:8 66:18 93:15 100:11 125:15,16,21

**physicians** 35:6,16 97:15

**physicians'** 24:17

**picture** 106:7 107:3 109:4,7,16 112:7 155:3,17 215:14

**pictures** 215:8 248:24

**piece** 53:14

**pieces** 157:9

**Pineiro** 8:3

**place** 17:2 99:23 129:21 217:4

**places** 25:15

**Plaintiff** 8:18 9:8 11:22 12:5 14:15 15:11 100:15 103:20, 24 111:3

**Plaintiffs** 18:21,25 19:25 88:9 98:18,22 206:7,12 240:21

**plaintiffs'** 13:24 15:7 20:14 22:3 24:25 45:20 59:12 64:11 74:2 86:19 88:14 98:5 104:20 133:13, 23 141:25 190:24 210:20 213:21 216:8 219:2 237:10 244:18

**plan** 16:12 37:15,18 100:9 111:10 132:8

**planning** 104:7

**planus** 127:15,24

128:5

**Plastic** 125:18

**play** 53:20 157:19

**plucked** 220:2

**plucking** 172:14

**Plunkett** 23:8,16,23 134:14,18 141:25 142:4 250:12 251:22

**Plunkett's** 23:10 24:8 198:21

**point** 54:17 78:18 90:12,18 95:19 96:18 158:11,20 161:6 165:10 189:2

**pointing** 228:15

**points** 228:23,24 229:17,19

**pooled** 158:22

**pops** 113:4

**population** 180:19 232:9,11

**portion** 89:11 176:19

**pose** 145:9

**posed** 146:3

**positive** 92:18 114:23 122:6,8

**possibility** 150:24, 25

**post** 111:21 115:13 186:7 231:14

**post-menarche** 221:24

**postdate** 177:10

**posterior** 129:12

**postmenopausal** 75:5,9,15 120:15 221:17,21

**postmenopausally** 123:7

**potential** 38:4 44:13, 19 65:5,23 214:18

**potentially** 48:4 157:22

**practically** 43:23

**practice** 8:7 26:17 39:8 60:7,11,17,21 61:6,9,14,19 71:18 135:18 230:17

**practiced** 235:13

**practices** 61:21

**practicing** 215:7,11

**pre-existing** 91:5

**precedes** 77:13,20

**precipitated** 91:15 92:4

**precise** 30:9 42:7 178:19 208:19,22

**precisely** 59:9 178:7 240:13

**precision** 157:18

**precludes** 147:24

**predict** 66:12

**preference** 14:20

**prepare** 15:22 141:12

**prepared** 106:4 107:24 108:18

**preparing** 33:13,14 234:4

**prescribe** 38:18 57:25 231:25 232:3,4

**prescribed** 66:24

**presence** 151:12 152:10

**present** 9:6 22:13 36:23 37:13 50:11, 13,14 60:9 76:9,17 78:3 79:22,23 82:8 84:15,16,17,18 90:25 103:23 114:18 115:2, 5 118:5 119:5,25 131:10 152:5 153:3 157:8,9 174:16 201:18 221:10 227:21 229:22

**presentation** 75:24 76:18 164:2 219:11 222:9

**presented** 41:18 42:25

**presenting** 40:24

**presents** 41:10,14 44:4 80:15 94:4

**preservation** 76:7, 14 79:13 153:17 154:5 229:21

**preserved** 151:24 153:2,11,13 154:9,11 161:18,25

**presumed** 112:2 113:20

**presumption** 111:16

**pretty** 11:7,8 21:13 44:25

**prevalence** 147:18, 19,25 148:7

**prevent** 231:17

**Prevezas** 201:21

**previous** 84:7 103:16 238:11

**previously** 63:8 133:9 135:5 175:20

**print** 167:16

**printed** 48:19 114:4, 5 141:9 188:19,20

**prior** 19:18 109:11 131:14 239:15 250:10

**privilege** 20:6

**privileged** 19:10,15, 17

**problem** 10:24 31:20 97:23 163:15

**problems** 117:15

**procedure** 39:11

**procedures** 8:16 43:10 52:24

**process** 36:14,19,25 37:9,16,19 38:16,19 39:2,3 40:3 41:6 44:14,15 53:13 112:13 113:23 114:3

126:15 127:4,14,21
128:12,16,20,24
212:18 213:5,6,14

**processed** 119:17

**processes** 127:10
128:11,15

**produce** 149:17
243:9 247:17

**produced** 25:8 26:24
78:24 154:18

**product** 27:3

**Products** 9:2

**profession** 158:19

**professional** 16:16

**professor** 16:24

**profile** 234:22

**profound** 38:10

**progestins** 91:20

**program** 16:21

**Progressive** 221:19

**prominent** 76:2
123:6

**pronouncing** 80:7

**proper** 214:25

**proportion** 78:19
221:10

**propose** 227:2

**proprietary** 27:7,22,
25

**prospective** 168:22
174:13 176:25

**prove** 176:16

**proved** 85:19

**proven** 175:21

**provide** 22:13 27:6
157:24 175:11
202:24 230:15

**provided** 18:20 21:7
22:18 24:24 26:8
27:12,15,18,24
103:20 108:12 134:8
182:4

**provider** 95:3

**providing** 65:12

**psychiatrist** 234:16

**psychologist**
234:15

**publication** 33:6,15
167:19

**publications** 85:22
141:5 156:25

**publicly** 28:6,14,21
29:10,14,20

**publish** 33:5

**published** 33:12
46:16 47:6,12 53:7
84:5,6 85:21 86:6
88:20 154:15 158:3
159:15 164:20
165:15,18 167:13,20
168:11 171:4 177:11,
15 184:12 185:9
188:8 189:9,12
216:12 217:11
222:24

**publishing** 82:17

**pull** 14:3,11 15:5 16:2
20:17,21 43:7,13,14,
15,16,18,22 45:18
53:10 59:10 64:4
73:21 76:20 86:16
88:11 97:17 98:2
130:17,21 134:21
135:22 138:20
154:21 190:6 191:3
194:5 199:11 209:24,
25 210:18 213:20
216:5 218:24 237:4
244:3

**pulled** 210:23

**pulling** 97:21 190:9

**punch** 102:17

**punctuation** 189:2

**purpose** 112:18
116:24 129:6 213:15

**purposes** 26:9 202:8
205:4,25 213:7 245:3

**pursue** 17:3

**pursued** 203:12

**put** 32:2 93:18 113:4
129:4 138:8 154:20
167:10 181:6 193:8
194:15 195:19
212:18 220:3 231:16

---

**Q**

**quality** 147:19

**quantify** 47:2 77:6

**quantifying** 61:19

**question** 13:2,4,11
19:11,14,16,24
28:11,18 29:7 30:9
31:18,20 32:4,5,9
33:2 36:2 42:15
50:25 51:13 53:19
59:8 62:14 63:5,6,9
67:6,25 69:6 73:17
77:25 78:2 80:24,25
83:18 84:25 85:5
110:18 112:6,21
117:18 127:4 128:10,
17 143:7,8,11,13
144:21 145:12,20
146:3,5 148:8,18
154:25 164:15 176:9
178:12,17 180:5
181:23 182:11
187:25 188:6 195:3
196:3 197:5 199:9
201:6,7 204:6,7
205:23,25 206:10
207:22,24 218:20
224:12 242:14,23
252:4

**questionnaire** 161:4
240:17

**questions** 11:20
12:2,4 16:15,18,19
39:21 40:12 55:10,
12,14 70:3 112:4
114:24 115:3 143:14,
16 145:8 148:8,12,
15,16 172:20 181:25
186:6 202:15,18,20,
21,25 220:5 228:12
236:13 242:20
249:24 250:4 251:9
252:2

---

**R**

**race** 103:9

**radiation** 110:14
230:12

**Ramos** 73:22 74:6

**random** 241:23

**randomized** 176:25

**range** 22:16 102:7,
14,24 103:11 183:6
186:2 187:16

**rare** 76:11,19 78:6,9,
10,13 93:10 248:5

**rarely** 78:16

**rate** 142:5,11 198:8
200:11 217:12,15,18
238:14

**ratio** 55:18,20,23
56:6,12 72:17 131:6
197:25 241:24

**ratios** 198:5,7

**reach** 139:3

**reached** 102:22

**reaching** 36:19

**reaction** 26:23,24

**reactions** 64:17,21,
22

**read** 46:16,18 48:9,
19,23 49:2,4,9,10,16
65:3 77:17 87:19
92:3 94:8 95:20 96:2
120:19 161:22
166:15 168:7,8
172:11,13 173:4
174:16 179:3 183:13
184:16 188:23
194:21,24 195:20
197:3 207:22 217:10
218:10 226:8 238:9,
10,11 239:16 247:25
248:18

**readily** 21:8

**reading** 38:6 56:9
93:8 129:5,9 140:22

**quoted** 237:22,23

---

**R**

**reads** 60:2

**reask** 12:2 16:18

**reason** 27:23 28:4,
12,19 29:13 35:20
36:3 56:10 61:5
74:19 155:19 206:11

**reasonable** 67:18
136:17 211:19

**reasons** 228:7,20

**recall** 20:22 29:25
33:20 56:8 106:14
108:17 116:9 139:18
162:7 183:19 184:15
240:8 243:22 244:5
248:2 251:3,5

**receive** 32:3 193:25
206:18 208:12

**received** 21:6 51:18
114:19 116:6 117:20
133:18 135:9 138:18
140:25 147:12 150:6,
23 165:6 167:18
177:15 181:3 200:22
204:15 205:12,13,15,
16 224:10

**receiving** 20:22
206:17

**recent** 17:21 72:14
85:9,13 86:3,9 106:6
186:5

**recently** 105:9 106:3
108:19 142:2 162:5,7

**receptor** 122:6

**recess** 133:8

**recessed** 132:14

**recognize** 76:24
105:5

**recognized** 85:22
86:7 162:11

**recollection** 106:2,5
116:11

**recommend** 119:13

**reconvene** 132:15

**record** 8:9 9:5 10:19 11:16,23 54:24 55:3, 7 62:23 64:7 95:2 96:21,23 97:3 98:12 110:24 111:9 114:21 116:19 125:23 132:10,11,12 133:6 134:24 135:14 137:22 138:20,23 139:15,23 141:10 173:8,11,15 190:20, 23 209:18 211:6,14, 23 212:3,24 213:2,5 220:20,24 236:18,21 252:8,11

**record's** 251:11

**recorded** 8:25 102:25 113:24 114:8

**recording** 8:13 212:17

**records** 24:21,24 25:4,7 98:3,10 103:17 106:23 108:3 118:16 125:10 131:22 134:23 135:13,15 200:2,4,5 210:19,25 212:9 233:24

**recovery** 166:22,25 186:21

**recreate** 247:3

**redirect** 143:15

**reduce** 224:6

**reduced** 79:16,18 82:5 83:14 102:19,20 152:9 153:5,6,14,20 154:13 157:3 187:11 246:22

**reduction** 68:3,12 69:2,7,8,19 70:7 77:12,20 79:3 86:12 151:24 152:19

**refer** 14:18,21 80:5 92:24 93:4 116:6,9 230:6,12 243:10

**reference** 140:16 170:17 171:11,21 172:23 238:20 239:3, 11

**referenced** 233:23 241:22 243:5

**references** 170:13 239:6

**referred** 63:12 98:25 99:6 115:23,24 116:3 156:19 229:9 240:25 241:25 243:2,7,8,10

**referring** 39:23 40:8 42:22 70:23 77:22 81:24 82:12 101:21 177:25 186:10 228:25 232:12 242:5

**refers** 55:20 63:15 89:9 113:6 192:15

**reflect** 118:17

**refusing** 19:13

**regard** 35:2

**regarded** 47:21 72:19

**regimen** 50:4,18,25 97:11 115:13,20,21 116:6,7,10,19 117:25 123:13 144:25 145:11,15 165:6 179:23 192:11 203:23 204:3,4,7,18, 25 205:5,8 206:18 209:8

**regimens** 179:16,17, 20,22 181:15 204:9, 10,12 206:22 207:6, 10,13,16,19 221:11

**region** 76:6

**regrow** 183:11 184:22 246:20,24 247:19

**regrown** 184:17 246:19 247:2

**regrows** 183:25 184:2,3,4

**regrowth** 118:18 183:17 184:10,14,24, 25 185:3 188:16 225:7 247:8,12,15, 22,25 248:3,7 249:14

**regularly** 78:9

**regulations** 235:23

**related** 18:20 27:3 31:4,12,21 32:10 51:10,23 54:7 69:11 72:22 98:10 100:15 103:17,21,24 111:11 116:16 139:10 142:19 143:3,23 163:3 173:19 178:22 210:9 211:2 220:6 230:15 237:14,19 243:23

**relates** 20:7,10

**relating** 119:12

**relation** 72:21

**relationship** 35:13 149:11,18 233:15 240:5

**relevant** 52:15,25 117:22 118:4 121:5 148:17 188:24 194:22 202:15

**reliable** 46:11,14,17

**reliably** 151:14,15 211:11

**reliance** 23:17,25 24:5,9 134:17 250:21 251:10

**relied** 22:25 23:4 30:24 31:5 46:22 142:15,17,23 144:9 196:16,22 250:6,9 251:16,21

**rely** 141:24 149:10 160:7 193:15 234:4 251:11

**relying** 237:13,18

**remember** 64:7 105:21,23 119:2 121:7 139:20 140:21 161:9 179:10,12,13 182:17 184:23 186:2 195:20 232:6 250:17

**remembered** 225:10

**remind** 223:24

**reminder** 13:10 77:4

**reminiscent** 161:17

**remote** 8:13,25

**remotely** 8:9,11

**rendering** 250:6 251:17,22

**renowned** 142:16

**repeat** 10:2 13:3 28:10 31:18 50:7 75:12 92:11 176:4 196:2 212:7 241:8

**repeated** 28:24

**rephrase** 19:3 163:8 207:3 242:23

**replied** 115:4

**report** 14:6,7,14 15:22 16:4,8 21:25 22:13 23:9,10,16,22, 25 24:4,5,8,9 25:15 26:8 28:20 30:24 33:13 34:13 46:22 55:17 59:19,20 61:24 70:13 72:4,11 73:11 74:6,20 75:3 80:2 87:2,12 91:10,14 95:19 98:10 101:3, 17,20,23 105:11,14, 22 106:4,11,16,25 107:11,25 108:18 112:15,16 113:17 120:25 121:9,24 123:8 126:12 130:9 136:3,8 138:15,24 140:17 141:12,16 142:9,15 143:21,25 144:9 151:8 155:20 170:23 172:3 176:24 179:14 182:8 191:7 194:8,17,22 196:22 197:3 198:7,11,13, 16,22 200:16 201:9 203:15 209:19 210:14 211:3,10,17 212:4,10,20,21,24,25 213:3,10,16 219:7 224:10 225:13 229:2, 3,4 233:14,24 234:3, 4 237:5,18,23,24 238:17 239:13,15 242:22 243:9,11,17, 22 244:8,23 245:2 246:9,17 250:10 251:11,16,21

**reported** 103:14 111:7 120:12 140:13 142:18 168:25 179:20,22 222:3,8 240:16 249:3

**reporter** 8:10,21 9:25 10:7,16,22 11:4, 11 20:4 45:7,10 46:2 64:6 72:8 80:23 81:7, 11 87:24 88:2 96:19 99:10,13 104:6,9,12, 15 109:12 117:2,12, 16 123:23 124:2,5,8 128:2 132:5,6 135:7 144:12 156:5 161:20 165:22 166:15 173:7 183:14 189:21 200:3 223:23 236:24 237:6, 9

**reporting** 8:5 198:8 203:7 218:11 224:13 238:14,23 239:7,21 240:11

**reports** 23:3,6,15,20, 21 31:15,23 32:7,8, 20,22,24 53:8 82:7 120:2 134:13 137:10 167:4 175:5,7,9 198:6 202:10 203:3 207:12,18,23 208:14 222:25 226:20 240:20 241:14 250:5, 9,12,16,21,25 251:2

**represent** 216:2 226:15 227:16

**representation** 135:20

**represents** 225:20 227:24

**request** 134:12 215:20

**requested** 26:25 27:19,20

**require** 197:11

**required** 71:12,13

**requirement** 71:4

**requirements** 236:3

**requires** 230:10

**research** 17:11
33:15 149:17 163:13
164:20,24 191:12,17,
25 197:10 209:7
239:16

**researched** 149:19

**resident** 114:3

**residual** 227:8

**resolve** 190:15

**respect** 212:5,11

**response** 202:18
227:7,10,17

**responses** 114:24
133:17,23

**responsible** 35:21,
23

**responsive** 21:2,5
202:25

**rest** 17:2 68:8 220:2
249:22

**result** 68:16 137:16

**resulted** 93:20

**resulting** 41:8 48:4

**results** 44:13 50:3
51:8 72:14 87:8
119:11 137:14
138:16 139:4 223:9
246:17

**Resumed** 133:12

**retained** 98:18
168:15

**retinoid** 230:21
231:10

**retinoids** 230:20
231:6,17

**retrospective**
174:12

**review** 24:13,16 25:3
26:21 30:3,13,21
31:7 33:6 37:14
100:18,23 103:16
105:6,8,10 106:15
107:10,20 108:6,10
109:25 136:6 141:14
143:23 242:10

**reviewed** 19:2 21:24,
25 24:21 25:6 29:21
30:10,25 32:6 33:5,
10,16 34:3,6,9 46:15
71:6 104:25 106:13,
17 107:24,25 108:9
116:3 118:16 125:11
142:18 143:4 158:20
189:14 199:23
203:19 228:12
233:22 235:19,22
247:24 250:9

**REYNOLDS** 8:18 9:7
10:25 11:7 15:19
19:5 20:2,5 23:18
24:6,12 25:9,13,24
26:22 27:9 28:9,16,
23 29:11,16 30:7,23
31:9,14 32:12,18
33:8,22 34:22 35:3,8,
22 36:5 40:17 41:13
42:20 43:20 44:5
46:12 49:8 50:6,21
52:3,21 53:18 54:14,
21,23 56:14,20 57:3,
19 58:17 60:6,19
61:2 62:7,12,18,20,
22 63:2,7,23 66:17
67:21 68:4 71:11
73:23 96:21 97:8
99:4 102:12 104:3
115:22 117:5,8
120:21 122:7 130:24
132:6,10 134:19
135:5,8 137:18
140:11,20 141:3
142:6 143:9,17
144:7,16 145:16
148:25 149:13
150:22 154:6 155:18,
23 160:22 162:16,24
163:19,23 172:7
173:2,6 175:19
176:14 177:14
181:20 182:10,22
183:23 184:13
185:10,19 192:21
193:17 194:19 197:9,
18 200:13 202:22
203:6 204:11,22
206:4,9,20,24 207:8,
14,20 208:6,17
209:13 212:8,13,23
213:12 214:6,20
215:10,17 217:14
219:13 229:16 231:2

232:10,20 233:10,13,
19,25 235:8 236:22
237:2,16 238:25
239:12,20 240:7,23
241:7,11,19 242:18
243:6,15 245:11,16
246:14,21 247:10,23
249:5,11,22 250:3
252:2,7

**rhabdoid** 201:3

**ridge** 45:5

**rim** 45:2

**risk** 57:13 72:20
192:19 197:21 198:2
217:5,13,16 218:8
230:25 231:16

**risk-benefit** 234:22

**risks** 35:6,16 232:24
233:2,4

**Robust** 192:5

**robustness** 193:9

**role** 35:4,9,12 72:6,
12

**room** 8:8,11 126:11

**Rosic** 8:25 11:18
15:10 97:5 110:25
133:7,16 138:22
143:20 144:23
155:17 172:17
173:17 191:3 219:5
221:2 249:24

**round** 122:11

**routine** 130:15

**row** 238:13

**rule** 8:15,16 24:9
44:18,20,21 45:15
113:22 126:14,15
127:3,5,9 128:23
129:3 134:13 190:2
213:9,15 234:2

**ruled** 151:14,15
211:11

**Rules** 8:15

**S**

**Saardi** 111:24 114:2,
13 116:21 120:22,24
126:8

**Sabaud** 190:7

**sad** 115:10

**safety** 36:4 237:25
240:5

**Sagent** 9:20

**Saggar** 213:20
219:6,12

**San** 164:2,9

**Sandoz** 9:17 10:13

**Sanofi** 10:4 25:16,19
26:3,7 28:6,13,21
29:9 30:10,15 140:16

**Sanofi's** 25:23 26:6
241:13 242:12

**sarcoma** 201:3

**Saturday** 12:7
249:21

**scalp** 40:23,24 41:4,5
43:16 44:22,24 45:2,
14 47:15,20 48:14,20
49:6,19 50:12 55:18,
21,25 56:6 58:12
68:8,20,22 69:20
70:10 76:3,5,10,12
77:14,22 78:4,7 79:2
84:20 100:19,24
101:16 102:2,17
107:8,14 109:5 110:2
127:6 129:12,20
130:4 137:7 246:23

**scar** 48:4

**scarring** 41:6 68:16
89:16 113:23 126:14,
16 127:3,5,7,8
128:24

**schedule** 14:8

**school** 234:17

**scientific** 33:6 175:8

**screen** 14:4,21 45:23
59:16 86:23 88:18

106:8 154:20 210:5
213:25 244:21

**scroll** 106:21,22

**search** 178:22,24
179:8 209:12,14

**searches** 94:23

**Sears** 9:22 10:3,4

**sebaceous** 79:13,21
151:24 152:9 153:2,
12,17,19 154:5,11
157:4 229:21

**second-to-last**
225:16,17

**seconds** 11:10 97:22

**section** 16:25 48:20
64:21 102:3 114:18
223:9

**sectional** 174:12

**Sedloczek** 241:22

**segment** 238:9

**selectively** 89:17

**self-diagnose** 93:12

**self-reported** 93:22,
24 94:5,12 95:5

**senescent** 70:6
84:18

**sense** 207:12,17

**sensitive** 244:15
245:4

**sentence** 48:10,17
49:11,15 55:19 74:14
75:13 77:22 78:19
87:7 95:25 135:3
169:5 170:13 171:20,
23 189:2,25 206:25
216:24 238:12

**sentences** 172:14

**sentinel** 230:11

**separate** 25:19

**separated** 15:3

**separates** 45:6

**September** 9:3

**series** 161:24 250:4

**serve** 15:10 22:17

**served** 88:8

**services** 18:7,20
71:14 165:4

**serving** 98:21 116:15

**SESSION** 133:2

**set** 98:9 104:24 159:6

**setting** 107:17,18

**seven-hour** 95:25

**severe** 120:2 166:22
167:2

**severity** 8:6 47:5
77:7 150:10

**sex** 103:7,8 198:11
238:16

**shaft** 58:11 69:5
78:24 154:18 155:12
184:6 247:18

**shafts** 191:22

**share** 213:13 231:11

**shared** 108:10

**sheet** 240:14

**short** 55:4 79:19
96:24 101:11 173:12
186:23 187:2 190:21
220:21 236:19

**short-term** 169:3
170:8 171:17

**shoulders** 101:13

**show** 86:14 87:17
108:14 130:2 142:8
169:7 196:9 197:13
221:9

**showed** 138:16
197:25

**showing** 168:3
223:12

**shows** 85:17 155:10
197:10,11 237:24

**sic** 98:9 104:24

**sick** 234:20

**side** 17:25 30:20
64:25 65:22,24 66:6,
15,18,19 67:5,10,14,
15 155:8

**sides** 76:3 121:15,21

**sign** 135:14,18,19

**signal** 237:25 240:5

**signals** 197:11
237:20

**signature** 16:6
134:23

**signed** 16:8 121:7

**significance** 144:9

**significant** 12:11
72:19 73:8,9 75:20
78:19 142:13 144:4,
14,19 169:23 170:3
185:5 212:21 218:9,
12 232:23 247:7,14,
22 248:16,21,25
249:3

**significantly** 144:4
151:13 217:4

**signing** 16:9

**similar** 80:16 81:5,19
82:14 93:11 191:16,
23 192:2 219:11,21
229:19

**simple** 28:25 145:20
148:9

**simplified** 38:12
39:19

**simplify** 28:18

**simultaneous**
144:11 189:20

**Sinclair** 86:17 87:3

**single** 38:17 39:16
53:10 71:5,15 158:24
168:25 170:7 171:16
177:3 185:3 191:22
212:18

**single-** 173:22,24

**singled** 171:5

**sit** 250:21

**sitting** 22:14 113:7

145:6 147:14 148:22
172:21 185:7 195:7,
12

**situation** 138:7
172:16 173:3

**six-month** 184:8
186:22

**size** 79:16,18,23
114:21 152:9 153:5,
6,14,18,20

**skills** 17:7

**skin** 53:25 95:12
187:13 229:25 230:2,
5,12,15 231:16,17
232:2,13,14 244:15
245:4

**skipped** 169:5

**skipping** 169:16

**slow** 12:15 161:20,21
166:16 225:6

**small** 48:4 58:24 70:7
121:17 140:13 154:7
221:10

**smaller** 154:8

**Snyder** 9:18

**social** 8:7

**Society** 17:11

**solar** 152:8

**solely** 20:6

**solid** 231:15

**somebody's** 94:2

**someone's** 214:24

**sort** 70:4 82:3
129:14,21 130:3
136:5 137:15 193:8

**sound** 12:4 117:5
122:21

**sounds** 117:8

**source** 139:6,15
140:5 241:9

**speak** 31:17 117:10

**speaking** 62:23
144:11 183:15

189:20

**special** 243:19 244:8
245:4,9,15,17,24

**specialist** 8:4 95:10

**specific** 18:12 34:4
35:10 42:11 68:13
69:6,20 96:14 113:8
138:8 141:22 193:11
194:3,4,13 195:2,3
196:13 228:3 241:15

**specifically** 18:3
32:9,20,24 116:17
126:15 127:5,9
128:14 138:13
139:10 142:12
145:22 166:23 178:2
197:15 208:7,25
228:8 242:6

**specificity** 193:12

**specifics** 161:10
182:17 224:3

**specimen** 155:6

**specimens** 20:12
113:21 142:23

**spectrum** 227:3

**spell** 124:6

**spend** 16:25 160:15

**spent** 21:18 22:11

**Sperling** 56:3,5

**Sperling's** 56:11
157:2

**spironolactone**
57:12

**spoke** 99:20 100:3
246:15

**spoken** 97:14

**spontaneous**
221:19

**spontaneously**
183:24 184:3,11

**spots** 101:10

**square** 180:21

**stage** 93:5 232:16
245:13 246:2

**staging** 93:10

**stand** 90:13 250:19

**standard** 47:21
114:3 115:4 130:14
159:6 212:17

**stands** 204:24

**start** 8:24 13:14 55:5
96:25 133:4 173:13
207:4 220:22 221:8
227:2 237:3

**started** 82:8 90:2
109:10 110:2 118:10,
12 122:10 245:24

**starting** 113:19
136:9 225:7

**starts** 124:22,25
192:4

**state** 10:19 11:15
62:22 65:17 81:15
176:5,8 186:18 192:7
198:6 211:11 216:22
217:2 225:18 227:14,
19

**state's** 8:16

**stated** 63:8

**statement** 55:16
60:5 68:10 78:11
90:7,14 94:21 95:7,8
128:23 156:22 172:5
178:7,9 187:6,8
189:11 193:13,16
196:8 226:5,7 238:18
239:24 240:3

**statements** 74:25
193:8 194:12

**states** 118:6,9
119:17,25 120:17
139:3 198:5 211:17
216:24

**statist-** 144:8

**statistical** 31:3 53:9
74:21 144:8

**statistically** 144:4,
14,19

**statistician** 234:13

**statistics** 73:19
235:10

**status** 59:7 101:8 111:21 115:13 185:8 249:13

**statuses** 192:13

**stelae** 80:6,8 152:3 153:25 157:6

**stem** 89:12 130:13 195:9,13,16,24 196:7

**step** 38:16 94:3

**steps** 39:12,14,16,18 42:17

**Stewart** 18:21 19:19

**stipulate** 8:12

**stipulates** 8:18

**stop** 66:7,12 231:7, 10,19

**stopping** 54:16

**straightened** 119:17

**streamers** 80:5,9,10 131:10

**street** 112:17

**stress** 72:15,16,18 73:8,9 120:2

**stressful** 72:6,12,25

**stressors** 40:7,16 41:2,7,12,16 73:5 91:17 92:5 120:6,10

**strike** 67:24 112:20 176:19 188:4

**strong** 177:8

**studied** 188:18 189:15 190:4 208:4, 7,9

**studies** 23:21 84:9 141:5 142:15,18 161:3 168:23 169:22, 24 170:5,11,18,19 171:14 172:19 173:19 174:7,13,14, 19 177:19 184:10 185:23 186:4 187:6 188:3 189:7 200:16 201:12 202:2 221:9 241:18,21 243:4 249:9

**study** 33:4,9 72:14 84:6,7 140:15 141:9 142:12 144:3,5,14 147:18,20,22,25 148:7,18 160:4 165:5 167:3 174:15 176:25 182:8 200:16,18,19 201:2,8,18,22 222:5, 7,14,16,18 224:13 225:5

**stuff** 121:5 196:11

**styling** 124:23

**subcutaneous** 155:7

**subject** 189:14 245:9

**subjective** 167:4

**submit** 240:15

**submitted** 14:16 22:12 23:5,12 106:10,16 209:18 210:8

**submitting** 210:13

**subpoena** 21:5

**subscribe** 164:24

**subsequently** 154:18

**subset** 70:17

**substantial** 136:21 138:9

**substantially** 136:18,23 137:11,21 211:21,24

**succinct** 42:6

**succinctly** 38:3

**sudden** 220:13

**suffice** 121:8

**sufficient** 8:21 215:24 237:20

**suggest** 87:7 226:11

**suggesting** 87:18

**suggestion** 87:13

**suing** 103:21,24

**suit** 177:8

**summarized** 136:12

**summary** 139:24

**summer** 168:11

**Sun** 10:15

**support** 74:22 90:17 149:7,17

**surface** 58:12

**surg** 98:10

**surgery** 113:17 125:19 126:12 130:9 230:17

**surgical** 112:16

**surpassed** 245:21

**survey** 166:4,10

**surveys** 161:4

**survival** 162:20

**Suspect** 111:19

**sustaining** 227:16

**swear** 8:11 10:21

**swearing** 8:13

**switch** 78:23 104:4 196:14

**sworn** 11:3 133:9

**symposium** 164:3, 10,16

**symptoms** 37:14

**synonymous** 69:13 80:9

**system** 114:6 238:23 239:7,22

**systemic** 230:21 231:5,10,17 232:15

---

**T**

**tab** 22:22 82:21 105:15 146:9 161:11 163:16,21 165:12 167:7 180:14 186:12, 13 199:12,14,15 220:10 221:3 222:21 248:11,13

**table** 147:2 149:20 200:15 201:13 238:13,20,22

**tabs** 15:3

**TAC** 204:18,20,21,24, 25

**takes** 58:9

**taking** 27:21 37:20 52:18,20 70:22 71:3, 6,9 72:12 122:10 124:20 125:2,5 148:2 169:15 231:19 235:20 252:13

**talk** 39:9 97:5 119:8 138:6 196:12 225:21, 22 231:12 239:15

**talked** 23:14 99:17, 19 153:22 229:11

**talking** 11:9 128:10, 12,13 136:7 159:13 173:17 190:2 193:10 250:24

**talks** 142:7

**tally** 182:8 206:2

**tamoxifen** 201:14

**tangent** 42:3

**target** 227:3,6,8,22

**Taryn** 9:16

**Tax** 140:15,24 141:11 142:12 143:20,24 241:17

**taxane** 115:24 116:3, 10,12,16 120:18 121:10 179:16,22 180:8,17 194:4 203:23 204:3,4,6,7,9, 18 206:2

**taxane-based** 111:12,22 115:13 116:7,19 117:25

**taxane-containing** 207:13,19

**taxanes** 111:18 121:10 207:6,11 223:5

**Taxotere** 9:2 18:22

**19:25 54:7 88:9 116:17 142:19 143:2 149:8 163:2 204:12, 14,20,21,23 205:5, 12,15,17 206:3,5,7, 13,18 207:17,23,25 208:12,15 209:10 210:9 237:18

**Taxotere-based** 116:4

**Taxotere/docetaxel** 179:23

**teaching** 85:3 90:10

**team** 17:25

**technical** 190:13

**telephone** 161:4 166:4,10

**telling** 139:18 171:2 177:6 228:17

**tells** 51:9

**telogen** 42:12 58:10 68:20 70:18 72:13, 21,23 82:5 91:16 128:7 131:6 157:5 162:2 221:22 224:21 229:22 231:23,24 247:17

**temple** 45:5

**temporal** 62:17

**temporary** 63:21 65:17 66:4 169:7

**ten** 48:11 54:20,21 159:15 160:11 173:9 185:2 190:14 197:22 198:3 223:2,17 226:20

**ten-fold** 198:7,10 238:15,19 239:11,23 240:3

**ten-page** 48:17 49:12,15

**tens** 38:7

**term** 89:10 137:11, 17,21 138:2 179:8 182:18 189:5

**terminal** 55:22 77:12,19 78:22

**terminal-vellus** 55:17 56:6

**terms** 79:5 135:19 160:3 191:20 195:10

**test** 43:7,13,14,15,18, 22 130:17,21

**test-** 196:23 214:21

**tested** 142:19

**testified** 18:19 36:9 39:11 80:14 92:19 95:22 110:25 133:10 175:20 196:20 233:7 250:8,11

**testify** 16:12

**testimony** 14:9 24:14,17 34:10 37:4 71:8 96:2 193:15,19 196:23 198:2 214:17, 22 247:20 250:8

**text** 137:25

**textbook** 87:17 90:13,19 138:10

**textbooks** 38:6 160:10

**theoretically** 192:25

**theory** 195:10,17

**therapies** 202:13 216:13,23 230:18,21 232:15

**therapy** 66:7 81:2 91:25 92:2 95:16 96:5,9,10 116:4 122:16 150:3 177:23 178:5,15,22 179:8 187:22 216:4 224:10 225:19,24 226:6,15, 21 227:11,15,22,24 228:2 230:19 248:17

**therapy-induced** 80:15

**thicker** 247:18

**thickness** 184:5

**thing** 21:11 28:25 80:10 93:21 119:24 127:11 152:2 153:10

**things** 14:20 36:25

**38:4 96:6 129:5 136:7 138:5 142:23 157:21,22 158:4,21 179:2 228:15 240:16 244:14 245:22**

**thinking** 138:5

**thinning** 41:23 68:19,25 69:4,14 70:5,6 76:13 78:17 121:18,25 231:6,18, 23

**Thompson** 87:23,25 88:5,6,24

**thought** 15:16 29:3 36:19,25 38:19 57:6 104:13 112:13 121:5 127:21 212:15,18 213:4,6,14

**thousand** 230:3

**thousands** 38:6,7 189:7 235:6

**three-** 220:14

**threshold** 238:2

**thrombocytopenia** 201:4

**time** 9:4 12:6 13:8 21:18 52:11 54:15, 22,25 55:6 57:17 58:9 61:13 62:10,16 63:19 81:8,20 85:18, 21 90:3,16 96:22 97:2 110:2 115:7 124:5 128:3 132:12 133:5,8 134:8 139:11 143:14,25 160:15 173:10,14 174:17 179:6 182:25 183:18 184:8 185:21 186:3 187:17 188:2 189:21 190:14,19,22 209:17 210:12 220:19,23 232:6 236:15,17,20 249:18 252:9

**timed** 174:14

**times** 27:5 197:22 198:3 240:16,25 243:3

**Tina** 8:10

**tiny** 167:16

**tired** 66:10

**tissue** 244:15 245:5

**title** 47:5,20 72:25 77:5 126:22 216:15

**titled** 46:25 133:22 216:12

**TMM** 114:22

**today** 9:3 11:21,23 12:20,23 13:2,16 21:9,12,16,19 22:4, 14 25:11 97:7 113:8 134:18 139:21 141:13,15 145:6 147:14 148:11,22 172:21 185:7,8 195:7,12 202:20 214:17 228:11 248:8 249:18 250:5,21

**today's** 252:10

**told** 85:7 99:7 101:6 104:13 119:11 138:14 139:14 162:5 185:14 198:15 209:4 214:9,13 218:14 239:8

**tolerate** 231:20

**tonight** 249:19

**top** 68:22 75:10,16 76:5,15 113:19 117:3,21 121:13 129:14 136:14 181:5 211:6 214:23 215:4 224:2

**topic** 136:6 208:21 242:15

**topical** 225:8,14 230:18 232:3 247:8, 22 248:17 249:4

**Tosti** 45:19 46:20,22 48:8 59:11,22 61:4, 12,22 134:14 250:12 251:12

**Tosti's** 60:7,21 198:22

**total** 18:9,16 22:9,12 55:21 84:11 130:23 152:23 167:2

**totally** 218:19

**touched** 203:16

**tox-** 234:8

**toxicologist** 234:9

**traction** 79:17 89:15

**train** 29:3

**training** 37:22

**transform** 58:10

**transient** 64:2

**transition** 78:21

**transplant** 231:14, 15

**transverse** 102:3

**Traurig** 9:17 10:13

**treat** 57:6,8 206:22 229:25 230:5,8 231:14 232:2 246:13

**treated** 28:7,15 29:15 108:5,7 119:19 150:19 200:23 206:16 223:5,7

**treating** 26:16,21 37:23 90:10 97:15 100:11 119:5,12

**treatment** 37:21 44:12 56:18,23,24,25 57:8,15 97:10 105:2 110:14 119:9 123:13 144:25 145:14 162:20 177:13,16 179:18 184:4,11,15, 24,25 185:2 203:8,13 204:6 208:13 209:6 217:3 225:6,7,14 230:6,12,14 231:8 232:8,19 235:2 246:20 247:3,15

**treatments** 91:21,24

**trial** 16:12,14 17:23 29:22 30:5 148:13 177:2

**trials** 17:18 28:6,14, 21 29:9 31:2 166:12

**tricho-** 151:23 156:9

**trichomalacia** 82:5

**151:23 154:16 155:3 156:9 157:5 229:21**

**true** 58:22 105:21 131:25 177:17

**trust** 140:22

**trusting** 177:6

**truth** 134:24 135:15 177:7

**truthful** 16:9

**truthfully** 13:5

**TSG** 8:5

**Tucker** 9:11

**tumor** 114:21 230:4, 13

**tumors** 131:17

**turn** 47:13 91:13 105:15 113:16 146:9 165:21,24 167:7 190:10 200:14 216:25 220:11 221:2, 5 248:11

**turning** 16:2 65:20 77:4,9 87:5 165:12 199:10 216:25 222:21 225:16 227:13

**turns** 79:2

**Tyler** 14:11 15:5 20:19,21 45:18 59:10 64:4 73:21 76:20 86:16 88:11 98:2 104:16 138:19 154:21 155:16 167:10 190:6,11 199:11 209:23 213:19 218:24 237:4 244:3

**type** 39:17,23 40:3,8, 10,11,12,13,22 41:8, 9,24 42:11,21 43:2 44:6 50:11,14 51:11, 22 52:12,14 58:15, 19,20,23 63:11 70:23 78:8,12,24 79:20 84:21 93:20 96:14 102:23 103:9 113:5 141:21 146:3 151:3 156:13 157:24

162:12 174:15 201:7
203:8 214:4 217:19
224:17,20,22,23
229:9,18 231:22

**types** 40:2 41:3
42:23 50:13 52:10
58:21,25 63:25 68:2,
5,11,14,17 69:7
70:11 79:19 92:17
112:5 146:2 151:7
152:16 157:8 174:18
193:4 203:13 215:8
223:10,11,19 230:14
232:22

**typical** 57:4,5 65:2
90:17,21

**typically** 44:23 76:5
84:8 87:16 93:8
153:19 154:8,13
159:11 229:24

**U**

**Ulmer** 9:19

**uncommon** 58:22
76:11

**under-** 135:2

**underdiagnosing**
56:13

**underneath** 164:5

**understand** 12:19,
22 13:2 62:13 72:9
112:14 122:5 213:7

**understanding**
65:13 124:15 128:3
226:4

**understood** 13:4
111:2 141:24 250:7

**underwent** 122:21
144:24 145:14

**Unexplained** 73:2

**unidentified** 203:23

**unique** 130:18,20,21

**unit** 55:20,21,24

**units** 82:6 157:5
161:18 229:22 247:2

**University** 16:23
165:3

**unknown** 162:23
163:11

**unrelated** 71:7,9

**unreported** 216:22

**up-to-date** 115:2

**upper** 155:4,6

**USA** 243:23 244:24

**V**

**vague** 43:21 63:13
68:5 75:2 189:11

**vaguely** 185:25

**valid** 30:19

**validate** 187:6 226:9

**validated** 223:12

**validity** 8:12

**variables** 95:17

**variation** 101:18
102:6,10

**varies** 103:8 183:18
192:11

**vast** 205:21

**vastly** 208:21

**vein** 93:11

**Veith** 99:6,17,19
118:17

**vellus** 55:23 78:22,
25 83:12

**vellus-like** 161:19

**Venereology** 46:7

**verbatim** 160:14

**verified** 187:8

**verify** 14:6 114:25
178:19 187:10
195:18 251:7

**verifying** 134:24
135:15,17 195:14

**version** 28:25

**versus** 30:20 76:3
181:4,10 204:12
208:5 234:22

**vertex** 45:3,6 69:21
76:6 129:15,20 130:3

**Vesna** 8:1,25 9:1
10:1 11:1,17 12:1
13:1 14:1 15:1 16:1
17:1 18:1 19:1 20:1
21:1 22:1 23:1 24:1
25:1 26:1 27:1 28:1
29:1 30:1 31:1 32:1
33:1 34:1 35:1 36:1
37:1 38:1 39:1 40:1
41:1 42:1 43:1 44:1
45:1 46:1 47:1 48:1
49:1 50:1 51:1 52:1
53:1 54:1 55:1 56:1
57:1 58:1 59:1 60:1
61:1 62:1 63:1 64:1
65:1 66:1 67:1 68:1
69:1 70:1 71:1 72:1
73:1 74:1 75:1 76:1
77:1 78:1 79:1 80:1
81:1 82:1 83:1 84:1
85:1 86:1 87:1 88:1
89:1 90:1 91:1 92:1
93:1 94:1 95:1 96:1
97:1 98:1 99:1 100:1
101:1 102:1 103:1
104:1 105:1 106:1
107:1 108:1 109:1
110:1 111:1 112:1
113:1 114:1 115:1
116:1 117:1 118:1
119:1 120:1 121:1
122:1 123:1 124:1
125:1 126:1 127:1
128:1 129:1 130:1
131:1 132:1 133:1,7
134:1 135:1 136:1
137:1 138:1,24 139:1
140:1 141:1 142:1
143:1 144:1 145:1
146:1 147:1 148:1
149:1 150:1 151:1
152:1 153:1 154:1
155:1 156:1 157:1
158:1 159:1 160:1
161:1 162:1 163:1
164:1 165:1 166:1
167:1 168:1 169:1
170:1 171:1 172:1
173:1 174:1 175:1
176:1 177:1 178:1

179:1 180:1 181:1
182:1 183:1 184:1
185:1 186:1 187:1
188:1 189:1 190:1
191:1 192:1 193:1
194:1 195:1 196:1
197:1 198:1 199:1
200:1 201:1 202:1
203:1 204:1 205:1
206:1 207:1 208:1
209:1 210:1 211:1
212:1 213:1 214:1
215:1 216:1 217:1
218:1 219:1 220:1
221:1 222:1 223:1
224:1 225:1 226:1
227:1 228:1 229:1
230:1 231:1 232:1
233:1 234:1 235:1
236:1 237:1 238:1
239:1 240:1 241:1
242:1 243:1 244:1
245:1 246:1 247:1
248:1 249:1 250:1
251:1 252:1

**video** 8:4,13,25
11:19

**view** 107:8

**visible** 48:4 58:11
79:3

**visit** 99:23 121:3,4
126:2

**vitae** 14:8

**VOICE** 9:24

**volume** 77:13,21

**vomiting** 66:11

**W**

**wait** 20:21 50:8
147:15

**walk** 40:14

**walked** 112:17

**wanted** 14:19 33:5
44:18,20 129:3 137:3
187:21 234:18

**warn** 35:6,16

**warrant** 237:20

**wart** 40:19 71:22

**waste** 61:13

**watch** 12:12

**weak** 66:10

**wearing** 108:25

**Website** 239:6

**wedding** 106:14

**week** 12:3 95:23

**weekly** 180:23

**weeks** 15:25 18:19
21:19 22:4,10 23:15,
20 36:9 37:5 39:11
53:24 136:24 161:7
192:23 214:10,11

**weight** 91:17

**well-described**
157:8

**whatsoever** 51:17
160:20

**white** 146:2

**wig** 108:25

**woman** 58:22 75:20
101:8

**woman's** 183:20

**women** 47:18 48:21
58:14,21,24 60:17
73:2,16 74:16 75:5,8,
14 76:8 78:6 123:3
162:14 185:15,23
206:16 221:21,24

**women's** 185:8

**wondering** 156:21
215:14

**word** 62:5 63:16,17,
18 65:14 70:19 103:4
146:19,20 160:15
195:3 211:24 249:6

**words** 89:15 94:16,
18 140:3 159:12
205:22

**work** 18:10 19:3,9,18
20:7 157:19 158:18
189:3 230:13

**worked** 17:13,18
246:4

**working** 21:19

**works** 13:9

**workup** 44:13

**worsen** 91:22

**worsened** 91:11

**wrap** 207:21

**write** 48:2 72:11
74:24 77:11 111:21
112:12 116:20
212:25

**writes** 170:18

**writing** 120:24
134:18 135:10
250:10

**written** 48:18 49:12,
13 112:18 116:23
171:7 173:5

**wrong** 63:5 68:24
199:8 204:2 239:17

**wrote** 48:8 49:20,22
61:23 62:3 83:19,21
105:22 111:24
112:11 114:12,13
116:21 121:2 143:25
170:15,19 171:19,20
189:14,16,17,24
211:7 212:24

---

### Y

**year** 18:12 119:3
166:13 176:24
198:11 229:24
238:17 249:10

**years** 37:22 38:15
75:5 81:25 84:8 90:5,
9 91:2 94:22 99:24
115:6 122:20 159:15
160:9 162:10 169:8
185:24,25 187:22
193:6 215:7 244:11,
13 246:3

**yes-or-no** 146:4

**yielded** 241:24

---

### Z

**zoned** 210:6