# **EXHIBIT I**

Elgida R. Volpicelli, M.D.

```
 1           UNITED STATES DISTRICT COURT
 2           EASTERN DISTRICT OF LOUISIANA
 3    ******************************
 4    IN RE:  TAXOTERE (DOCETAXEL)  MDL No. 2740
 5    PRODUCTS LIABILITY            Section: "H"
                                    Judge Milazzo
 6    LITIGATION
                                    Mag. Judge North
 7
 8    This Document Relates to:
      Wanda Stewart v. Sandoz Inc.
 9    Civil Case No. 2:17-cv-10817
10    ******************************
11
12           Remote via Zoom Videotaped
13    Deposition of ELGIDA R. VOLPICELLI, M.D., held
14    at the offices of Greenberg Traurig, LLP, 445
15    Hamilton Avenue, White Plains, New York,
16    commencing at 9:07 a.m., on the 12th of
17    October, 2020, before Maureen O'Connor
18    Pollard, Registered Diplomate Reporter,
19    Realtime Systems Administrator, Certified
20    Shorthand Reporter.
21                   - - -
22
             GOLKOW LITIGATION SERVICES
23      877.370.3377 ph | 917.591.5672 fax
                 deps@golkow.com
24
```

Elgida R. Volpicelli, M.D.

---

Page 2

1  APPEARANCES:  ALL PARTIES APPEARED REMOTELY

2

3  FOR THE PLAINTIFFS:

4   JOHN GOMEZ, ESQ.

5  LINDSAY STEVENS, ESQ.

6     GOMEZ TRIAL ATTORNEYS

7     655 W. Broadway, Unit 1700

8     San Diego, California 92101

9     619-237-3490

10    lstevens@gomeztrialattorneys.com

11

12 FOR THE DEFENDANT SANDOZ:

13   LORI G. COHEN, ESQ.

14   TARYN HARPER, ESQ.

15   BRANDON COX, ESQ.

16     GREENBERG TRAURIG, LLP

17     3333 Piedmont Road NE

18     Atlanta, Georgia 30305

19     678-553-7320

20     cohenl@gtlaw.com

21     coxb@gtlaw.com

22     pratherd@gtlaw.com

23     harpert@gtlaw.com

24

---

Page 4

1  APPEARANCES (Continued):

2

3  FOR THE DEFENDANTS ACTAVIS PHARMA, INC.,

4  ACTAVIS LLC F/K/A ACTAVIS INC., and SAGENT

5  PHARMACEUTICALS, INC.:

6   MICHAEL J. SUFFERN, ESQ.

7     ULMER & BERNE LLP

8     600 Vine Street

9     Cincinnati, Ohio 45202-2409

10    513-698-5000

11    msuffern@ulmer.com

12

13 FOR DEFENDANT ACCORD HEALTHCARE, INC.:

14   JULIE A. CALLSEN, ESQ.

15     TUCKER ELLIS LLP

16     950 Main Avenue

17     Cleveland, Ohio 44113

18     216-592-2286

19     julie.callsen@tuckerellis.com

20

21

22

23

24

---

Page 3

1  APPEARANCES (Continued):

2

3  FOR THE SANOFI-AVENTIS DEFENDANTS:

4   JORDAN BAEHR, ESQ.

5     SHOOK, HARDY & BACON LLP

6     2555 Grand Boulevard

7     Kansas City, Missouri 64108-2613

8     816-474-6550

9     jbaehr@shb.com

10

11 FOR THE DEFENDANT SUN PHARMACEUTICALS, INC.

12 F/K/A CARACO PHARMACEUTICAL LABORATORIES,

13 LTD. IN THE TAXOTERE/DOCETAXEL MDL:

14   GEOFFREY M. COAN, ESQ.

15     HINSHAW & CULBERTSON LLP

16     53 State Street

17     Boston, Massachusetts 02109

18     617-213-7045

19     gcoan@hinshawlaw.com

20

21

22

23

24

---

Page 5

1  APPEARANCES (Continued):

2

3  FOR DEFENDANTS HOSPIRA, INC., HOSPIRA

4  WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC.

5  AND PFIZER INC.:

6   ASHLEY A. FLYNN, ESQ.

7     DECHERT LLP

8     Three Bryant Park

9     1095 Avenue of the Americas

10    New York, New York 10036-6797

11    212-641-5623

12    ashley.flynn@dechert.com

13

14

15 Videographer:  Meghan Encinias

16

17

18

19

20

21

22

23

24

---

Elgida R. Volpicelli, M.D.

Page 6

```
 1              INDEX
 2   EXAMINATION                      PAGE
 3   ELGIDA R. VOLPICELLI, M.D.
 4   BY MR. GOMEZ                      10
 5   BY MS. COHEN                     196
 6
 7
 8           E X H I B I T S
 9   NO.      DESCRIPTION            PAGE
10   1   Dr. Volpicelli's Curriculum
         Vitae............................   40
11
     2   Dr. Petronic-Rosic's expert
12       report...........................   58
13   3   Dr. Petronic-Rosic's Rebuttal
         Expert Report....................  104
14
     4   Expert Report of Elgida R.
15       Volpicelli, MD...................  153
16   5   Dr. Volpicelli's invoices.........  191
17   6   Materials Provided list...........  193
18   7   Notice of Videotaped Deposition
         of Elgida Volpicelli, MD..........  194
19
     8   Sandoz Inc.'s Responses and
20       Objections to Plaintiffs' Notice
         of Videotaped Deposition..........  195
21
     9   Dermatology Surgical Report,
22       Bates STEWART,W-PLTF-00502
         through 507......................  212
23
24
```

Page 7

```
 1         P R O C E E D I N G S
 2
 3        THE VIDEOGRAPHER:  We're now on
 4   the record.
 5        My name is Meghan Encinias, I'm
 6   a videographer for Golkow Litigation
 7   Services.
 8        Today's date is October 12th,
 9   2020, and the time is 9:07 a.m.
10        This remote video deposition is
11   being held in the matter of Wanda
12   Stewart versus Sandoz, Inc., for the
13   United States District Court, Eastern
14   District of Louisiana.
15        The deponent is Elgida
16   Volpicelli, MD.
17        All parties to this deposition
18   are appearing remotely and have agreed
19   to the witness being sworn in
20   remotely.
21        Due to the nature of remote
22   reporting, please pause briefly to
23   ensure all parties are heard
24   completely.
```

Page 8

```
 1        Will counsel please identify
 2   themselves for the record.
 3        MR. GOMEZ:  John Gomez for the
 4   plaintiffs.
 5        MS. COHEN:  Good morning.  It's
 6   Lori Cohen on behalf of defendant
 7   Sandoz, and also defending the
 8   deposition of Dr. Volpicelli.
 9        THE VIDEOGRAPHER:  Is that
10   everyone?
11        Will the court reporter please
12   swear in the witness.
13
14        ELGIDA R. VOLPICELLI, M.D.,
15   having been duly remotely sworn, was examined
16   and testified as follows:
17
18        MS. COHEN:  Sorry to interrupt.
19   We're still having an issue now with
20   the speaker not showing up on the
21   screen, so we just have to navigate
22   that just for a minute.  Sorry about
23   that.
24        MR. GOMEZ:  No problem.  Let me
```

Page 9

```
 1   know.
 2        MS. COHEN:  Apologies for that.
 3        Are we still on the record?  If
 4   so, I can also go ahead and state on
 5   the record that the deposition is
 6   being taken pursuant to the protective
 7   order applicable to the litigation,
 8   that Dr. Volpicelli will read and sign
 9   the deposition.
10        I would also like to just
11   advise that last night, and confirm
12   that last night we did provide an
13   updated materials reviewed list,
14   materials considered list,
15   Dr. Volpicelli's invoices, and we
16   FTP'd all the documents that were on
17   her list.
18        With that said, we're just
19   going to go off the record and we are
20   going to call our tech person one more
21   time, you guys.  I apologize for that
22   little stop, and we'll get this taken
23   care of.
24        THE VIDEOGRAPHER:  We are off
```

Elgida R. Volpicelli, M.D.

Page 10

1 the record at 9:09 a.m.
2       (Pause.)
3       THE VIDEOGRAPHER:  We're back
4 on the record at 9:12 a.m.
5       EXAMINATION
6 BY MR. GOMEZ:
7    Q.    Good morning, Doctor.  How are
8 you?
9    A.    Good morning, Counsel, I'm
10 well.  How you are you doing?
11    Q.    Great.  Thanks.
12       Have you given a deposition
13 before?
14    A.    No, I haven't.
15    Q.    All right.  Welcome to the
16 process.
17       So you are a pathologist, is
18 that right?
19    A.    I am a dermatopathologist
20 that's pathology trained, yes, that's
21 correct.
22    Q.    All right.  And are you
23 board-certified in dermatopathology?
24    A.    Yes, I am.

Page 11

1    Q.    Also board-certified in
2 pathology?
3    A.    Yes, I am.
4    Q.    You are not a dermatologist,
5 correct?
6    A.    While I am not board-certified
7 in dermatology, I spent a long time during my
8 training for dermatopathology in clinical
9 dermatology as well, so I am perfectly
10 capable to comment on dermatology-related
11 issues.
12    Q.    I guess my question is, you are
13 not a dermatologist yourself, correct?
14    A.    I am not a board-certified
15 dermatologist.
16    Q.    All right.  And so give us a
17 feel for what you do as part of your job
18 every day.
19    A.    So I'm a dermatopathologist
20 that's pathology trained, so the bulk of my
21 practice, of my routine daily practice is
22 with dermatopathology specimens.  And it's a
23 very busy practice, bread and butter
24 dermatopathology where I look at biopsies

Page 12

1 anywhere from to say there is malignancies to
2 alopecia to inflammatory dermatosis.
3       In addition to my
4 dermatopathology responsibilities, I also
5 sign out some general surgical pathology,
6 breast pathology included.
7    Q.    All right.  And so your office
8 where you work, what does it look like?
9    A.    It looks very similar to this
10 conference room, except for half the size.  I
11 have a very nice microscope on my desk, and
12 that's where I sit, look at my cases, and
13 sign out my cases.
14    Q.    All right.  And so do actual
15 patients come to see you there?
16    A.    Because I am a pathology
17 trained dermatopathologist, the extent to
18 which I saw patients was limited during my
19 dermatopathology training, but not currently
20 I do not see patients.
21    Q.    Okay.  And so essentially you
22 are in your office setting with a microscope
23 looking at samples, is that right?
24    A.    Yes, that's correct.

Page 13

1    Q.    Okay.  And do you have a nurse
2 assist you?
3    A.    No, I don't.
4    Q.    Okay.  And so you had talked
5 about the different sorts of specimens that
6 you look at.  You know, what percentage of
7 your work involves alopecia?
8    A.    I don't know if I would exactly
9 be able to give you an exact percentage
10 regarding alopecia, suffice to say that
11 biopsies for alopecia in general are not very
12 common.  Also because in the clinical setting
13 alopecias are not as common as, let's say,
14 cutaneous malignancies.  However, I can tell
15 you that on average I see approximately one
16 alopecia biopsy a week on average.
17    Q.    All right.  And so when those
18 alopecia biopsies come to you, what are you
19 looking for?
20    A.    So usually when I get a biopsy
21 for an alopecia I work very closely with my
22 dermatologists, so they know my style of
23 work, I know their style of work.
24       Usually they come in with a

Elgida R. Volpicelli, M.D.

Page 14

1  requisition which includes, obviously, the
2  patient information, as well as the
3  clinician's differential diagnosis. They
4  explain the reason why they did the biopsy.
5        So when we get the biopsy
6  in formalin, we have physician assistants
7  that I work very closely with, and I
8  specifically trained in sectioning, grossing
9  specimens for alopecia.
10       And then once the specimen is
11 grossed it goes to the lab, and I have
12 excellent histotechs, I'm very lucky in that
13 way, that I've also personally trained in how
14 to treat and handle specimens for alopecia
15 and how to section them.
16       And then usually when I get the
17 finished product, I will start with at least
18 eight levels if we're dealing with a
19 horizontal biopsy, a biopsy that's sectioned
20 horizontally. And most often they're not,
21 and my histotechs will tell you that, I will
22 call them back and say I need ten additional
23 levels and so on. So I make their lives
24 quite complicated in terms of the multitude

Page 15

1  of sections examined.
2        Q.   And so did you say that you
3  have physician's assistants that prepare the
4  original samples?
5        A.   Yes.
6            MS. COHEN: You have to let him
7  finish first and that's for the court
8  reporter's benefit.
9            THE WITNESS: I'm sorry.
10           MS. COHEN: And give me a
11 chance to object.
12 BY MR. GOMEZ:
13       Q.   Did you say yes?
14       A.   Yes, we have physician
15 assistants that gross the specimens.
16       Q.   All right. And then those
17 physician's assistants send the specimens to
18 the lab, is that right?
19       A.   To the histology lab, yes, sir.
20       Q.   And so what is histology?
21       A.   So the histotechs, which -- the
22 histotechs are the folks that work in the
23 histology lab, so they'll take the tissue
24 that was grossed by our physician assistants,

Page 16

1  they will embed it in paraffin, and then that
2  paraffin block is sectioned according to the
3  alopecia protocols by the histotech.
4        And in my lab, depending on how
5  many biopsies we receive from the
6  dermatologist, the PAs and the histotechs
7  know exactly what to do, and they'll always
8  call me in advance if there's any questions
9  to determine the type of specific sectioning
10 needed.
11       For example, if there is two
12 biopsies, we will section one vertically and
13 the second one horizontally according to the
14 headings and techniques. But if there is
15 only one biopsy we will section it
16 horizontally according to the headings and
17 techniques.
18       And when we have only one
19 biopsy, it's even more imperative that we get
20 multiple deeper levels for review in order to
21 be able to evaluate the entire length of the
22 hair follicle.
23       Q.   So do the slides then come back
24 to you?

Page 17

1        A.   Yes.
2        Q.   Okay. And in this case we were
3  dealing with samples from this Ms. Stewart.
4  Do these PAs and histologists have
5  involvement in that process for you?
6        A.   I'm sorry, I didn't hear that
7  question. Could you repeat it?
8        Q.   Yes.
9            In this case you were looking
10 at samples of the plaintiff, Ms. Stewart.
11 Was a PA and histologist involved in
12 preparing the slides for Ms. Stewart?
13       A.   I don't recollect from looking
14 at the pathology report that Dr. Rosic
15 generated the exact details. However, I do
16 remember seeing a name that was different
17 from either Dr. Rosic or her resident,
18 Dr. Sardi I believe was his name, that did
19 the grossing, so I would assume that that was
20 either a technician or a physician assistant.
21       Q.   Did you prepare additional
22 slides yourself with the assistance of a PA
23 and histologist?
24           MS. COHEN: Objection to form.

Elgida R. Volpicelli, M.D.

Page 18

1    A.    I did obtain further
2  superficial levels or deeper levels from both
3  part A and B in my laboratory with the
4  assistance of my histotechs.
5  BY MR. GOMEZ:
6    Q.    Okay.  And so did you provide
7  the histotechs particular direction about
8  what you wanted?
9    A.    It was -- from my conversations
10 with the legal team, it was imperative that
11 no tissue was wasted.  So the conversation
12 that I had with the histotechs was please be
13 very careful with this tissue, and when
14 you're cutting into the block to generate the
15 additional levels that I'm requesting, do not
16 waste any tissue in between.  And I
17 instructed them exactly how many levels to
18 provide me with.
19   Q.    Was that a verbal instruction,
20 or an e-mail?
21   A.    That was verbal.  I had them
22 sitting in my office as we discussed the
23 case.
24   Q.    And who was the histologist?

Page 19

1    A.    The first round of the levels
2  was done by one of my histotechs, his name is
3  Clark.  And the second round, because I
4  needed to go back for some additional levels,
5  was done from my second histotech, and her
6  name is Jinou.  They're both very good.
7    Q.    All right.  Thank you so much.
8          And so in terms of your
9  day-to-day work today, do you have any
10 clinical responsibilities for patient care?
11   A.    How would you -- would you
12 explain that question a little better?  Like
13 what do you define as patient care?
14   Q.    Do you have face-to-face
15 interaction with patients as part of your
16 work today?
17   A.    As part of my work today, no, I
18 don't.
19   Q.    All right.  And in terms of the
20 one or so cases involving alopecia that you
21 work on per week today, have any of those
22 involved people who suffer from
23 chemotherapy-induced alopecia?
24         MS. COHEN:  Objection to form.

Page 20

1    A.    So first I really want to
2  stress that persistent alopecia following
3  chemotherapy is an extremely rare diagnosis,
4  and I'll tell you that I don't recall whether
5  I've made that diagnosis in my practice.
6  BY MR. GOMEZ:
7    Q.    All right.  And so you don't
8  remember one way or the other whether in the
9  past you made a diagnosis of persistent
10 chemotherapy-induced alopecia?
11   A.    I don't recall, but it would
12 not be likely.
13   Q.    Why is that?
14   A.    Again, as I stated earlier,
15 it's an extremely rare diagnosis.  I'm sure
16 if you ask multiple dermatologists in busy
17 clinical settings, I wouldn't be surprised if
18 you came back to me, Counsel, with an answer
19 of zero of them have signed out persistent
20 alopecia following chemotherapy.
21   Q.    All right.  Is that something
22 that you've discussed with your medical
23 colleagues, that is persistent -- well, I'll
24 call it permanent chemotherapy-induced

Page 21

1  alopecia, have you talked about that with
2  your medical colleagues?
3          MS. COHEN:  Objection to form.
4    A.    So I work with other
5  pathologists and I work with dermatologists
6  and I work with oncologists, so if there's
7  anyone in specific that you're asking this
8  question about, please let me know.  But I
9  actually don't recall discussing this issue
10 with any of them.
11 BY MR. GOMEZ:
12   Q.    All right.  And as part of your
13 preparation for your work in this case, did
14 you discuss that topic, that is permanent
15 chemotherapy-induced alopecia, with any of
16 your medical colleagues, to go out and talk
17 to your colleagues at the Stamford Hospital
18 to get their thoughts on it?
19   A.    I don't recall doing that, sir,
20 no.
21   Q.    To your recollection, is this
22 the first case, this case in litigation, that
23 you actually looked at samples and slides to
24 determine whether a person suffered from

Elgida R. Volpicelli, M.D.

Page 22

1  permanent chemotherapy-induced alopecia?
2        MS. COHEN:  Objection to form.
3        A.    While this is the first case
4  that I've looked at actual slides on a
5  patient where the diagnosis being discussed
6  is persistent alopecia following
7  chemotherapy, based on my education,
8  experience, training, and extensive review of
9  the literature in preparation for this
10  litigation, I'm more than comfortable and
11  capable in rendering opinions regarding this
12  case.
13  BY MR. GOMEZ:
14        Q.    Okay.  In terms of your review
15  of the literature, did you ever review that
16  literature before being hired as an expert in
17  this case?
18        A.    As part of my training and
19  current practice, I always like to keep
20  up-to-date with all the new articles that are
21  out there, I attend conferences, so yes, I
22  have come across some of those case reports,
23  case series before the litigation, yes.
24        Q.    Okay.  So you had heard of

Page 23

1  permanent chemotherapy-induced alopecia
2  before you were hired as an expert in this
3  case?
4        A.    While I don't recollect exactly
5  when that was, the answer is yes.
6        Q.    And you believe that you came
7  across case reports, is that one thing that
8  you remember seeing before you were an expert
9  in this case?
10        A.    Correct, Counsel.
11        Q.    Where did you see those?
12        A.    I clearly remember the Pallin,
13  et al case report published in JAAD 2010, as
14  an example.
15        Q.    All right.  Did you read that
16  article at that time?
17        A.    Yes, I did.
18        Q.    What was the purpose of reading
19  it?
20        A.    Again, I read JAAD, I read
21  journal of Today in Pathology, and sometimes
22  I specifically focus on topics that are
23  interests of mine, and I like to say that I
24  developed an interest in alopecia during my

Page 24

1  training, during my dermatopathology
2  training, so when I saw that article in JAAD
3  I thought this is interesting, it's a topic
4  that I'm interested in, alopecia in general.
5        Q.    When you say you saw the
6  article, and you're saying something, what
7  are you saying?
8        A.    JAAD, that's the Journal of the
9  American Academy of Dermatology.
10        Q.    Okay.  And did you form an
11  opinion when you read it whether you agreed
12  with the analysis in the article?
13        MS. COHEN:  Objection to form.
14        A.    Sorry, could you repeat that
15  question, please?
16  BY MR. GOMEZ:
17        Q.    Sure.  When you first -- let me
18  ask you this.
19        Do you agree that the Journal
20  of the American Academy of Dermatology is a
21  reliable source?
22        MS. COHEN:  Objection to form.
23        A.    I think JAAD is a reputable
24  source, yes.

Page 25

1  BY MR. GOMEZ:
2        Q.    So at the time that you read
3  this article, did you agree with its
4  findings?
5        MS. COHEN:  Objection to form.
6        A.    It's a single case report, an
7  anode 1 essentially, and it makes an
8  interesting observation.  I'm not so sure
9  that there is -- that this is a matter of
10  agreeing or disagreeing.
11  BY MR. GOMEZ:
12        Q.    Okay.  And what do you recall
13  the case report being?
14        A.    Well, in preparation for this
15  litigation I've had the chance to review that
16  case report again because, again, we're
17  talking about a case report in 2010.
18        But briefly, I recall the
19  authors reporting a case of a woman in her
20  70s that was treated for breast cancer with a
21  chemotherapy regimen that included docetaxel
22  within the regimen.  And if I recollect
23  correctly, the other drugs within the regimen
24  were a Herceptin antagonist as well as

Elgida R. Volpicelli, M.D.

Page 26

1    carboplatin.
2          And again, this elderly women
3    in her 70s -- I'll refer to the article so
4    that I can be more correct -- was being
5    evaluated 13 months after the completion of
6    the adjuvant chemotherapy for hair loss.
7          And if I may refer you to
8    page 335 of that article, figure 1, and I
9    will hold it up, this is a diffuse pattern of
10   alopecia that they described with the
11   involvement of the entire scalp.
12         And I think one of the
13   interesting features specifically in this
14   article, specifically for me being a
15   dermatopathologist, is this description of
16   what's available in figure 2, that I'll hold
17   up again, described by the authors as linear
18   aggregate of basaloid epithelium which later
19   get called in the --
20         THE VIDEOGRAPHER:  Excuse me.
21   This is the videographer.  We need to
22   go off the record for just a second.
23         MS. COHEN:  Sure.
24         THE VIDEOGRAPHER:  Off the

Page 27

1    record at 10:31 a.m.
2          (Pause.)
3          THE VIDEOGRAPHER:  We are back
4    on the record at 9:39 a.m.
5    BY MR. GOMEZ:
6    Q.    So, Doctor, prior to that case
7    report in 2010 involving a woman who had been
8    administered docetaxel, among other things,
9    had you ever heard of a case report involving
10   a person that suffered permanent
11   chemotherapy-induced alopecia?
12   A.    You're making me really dig
13   deep into my memories way back, Mr. Gomez.
14   You know, as part of my training during
15   residency we read a lot of articles, that was
16   part of what we did, and critical thinking
17   was highly encouraged at the Brigham.  And we
18   would use -- we used to pick one topic of
19   interest, and then select all the literature
20   available on that topic and present it to the
21   entire department highlighting the strengths
22   and the weaknesses.
23         So I'm sure at some point, and
24   I don't know exactly when, but I'm sure I

Page 28

1    came across -- at the Brigham they also have
2    a very strong hematopathology program, so I'm
3    sure at some point I came across one of the
4    literature pieces published in Bone Marrow
5    Transplant.
6          And what I'm specifically
7    thinking is the old literature, 1991, Baker,
8    et al, Bone Marrow Transplant, looking at
9    persistent alopecia following chemotherapy in
10   the setting of Busulfan and cyclophosphamide
11   for example.  I don't know exactly when, but
12   I'm sure it happened at some point.
13         And if wasn't something that I
14   directly read, like I said as residents we
15   all did these reviews, and one of my
16   hematopathology friends did it and presented
17   it to the department.
18         THE VIDEOGRAPHER:  I'm sorry.
19   This is the videographer again.  Do
20   you mind if we go off the record?
21         Off the record at 9:41 a.m.
22         (Pause.)
23         THE VIDEOGRAPHER:  We are back
24   on the record at 9:47 a.m.

Page 29

1    A.    Thank you, Meghan.
2          So we were discussing the
3    Baker, et al article in Bone Marrow
4    Transplant back in 1991 where they reported
5    cases of persistent alopecia following
6    chemotherapy with Busulfan.
7          And an easy reference for you,
8    Counsel, if I may point you to Dr. Rosic's
9    Exhibit E, and what I'm specifically looking
10   at is tab 16 in Dr. Rosic's Exhibit E, and
11   this is the Palamaras and Antonella Tosti, et
12   al review article.
13         And in this article there's a
14   very nice table, table number 1, reviewing a
15   lot of literature as it pertains to
16   persistent alopecia following chemotherapy
17   with different various agents,
18   cyclophosphamide included, as I mentioned in
19   Baker, et al, and this case actually preceded
20   -- this article preceded FDA approval of
21   docetaxel, which wasn't until 1996.
22         So the point that I'm trying to
23   make is that rare cases of persistent
24   alopecia following chemotherapy date back

Elgida R. Volpicelli, M.D.

Page 30

1 long before docetaxel. And, of course, I
2 was -- I'm sure I came across to mention at
3 least a few of these articles specifically
4 discussing the hematologic malignancies and
5 persistent alopecia following chemo in that
6 setting for bone marrow transplantation.
7 BY MR. GOMEZ:
8     Q.    All right. Thank you, Doctor.
9          And so after having looked at
10 this case report in 2010, did you continue to
11 look at case studies and literature involving
12 permanent chemotherapy-induced alopecia after
13 2010 and before you became an expert in this
14 case?
15         MS. COHEN: Objection to form.
16     A.    As I mentioned, I don't recall
17 exactly when I may have been looking at these
18 various articles. I constantly read the
19 literature. As I mentioned during my
20 residency, it was part of our evaluation to
21 actually consistently read the literature and
22 put together presentations on it.
23          So again, I am sure that I read
24 some of these older articles at the time

Page 31

1 delineating persistent alopecia following
2 chemotherapy which date back to 1991, and
3 perhaps even older articles in the
4 literature.
5          I recall a particular article
6 even in the '60s with intraperitoneal
7 thiotepa, for example, in the setting of
8 ovarian cancer. It was a single case report
9 of persistent alopecia developing in a
10 patient following chemotherapy for ovarian
11 cancer.
12          So when exactly did I read
13 these? I don't recollect. Did I read them
14 for the purposes of this litigation?
15 Obviously not, not at the time.
16 BY MR. GOMEZ:
17     Q.    All right. What I'm looking
18 for is after this case report that you read
19 in 2010, so later than 2010, did you continue
20 to keep abreast of case studies and
21 literature involving women who had received
22 treatment for breast cancer and thereafter
23 had suffered from permanent
24 chemotherapy-induced alopecia?

Page 32

1         MS. COHEN: Objection to form.
2          Go ahead.
3     A.    I think I disagree with the
4 notion that I was keeping tabs of them, as
5 just to reiterate as I was saying earlier, I
6 keep up-to-date with the literature, so I'm
7 sure at some point I came across the 2017
8 Fonia, et al article, for example, and I
9 would refer you to tab number 4 on Exhibit E,
10 Dr. Rosic's Exhibit E. When exactly I read
11 that, I don't recall.
12     Q.    All right. You said that PCIA
13 is a very rare diagnosis. Are you aware of
14 any of your colleagues at the Stamford
15 Hospital diagnosing a case of PCIA involving
16 a woman who underwent chemotherapy for breast
17 cancer?
18     A.    So unless you're specifically
19 asking for -- I interact with oncologists,
20 other pathologists, breast surgeons, so I'll
21 just speak in general. But if there's any
22 specific discipline that you're particularly
23 interested in, please let me know.
24          But I don't recall any of my

Page 33

1 colleagues discussing such a thing with me,
2 no.
3     Q.    Okay. And so do you believe
4 that that is a legitimate diagnosis, that is
5 that a woman can suffer permanent
6 chemotherapy-induced alopecia following
7 chemotherapy for breast cancer?
8         MS. COHEN: Objection to form.
9     A.    So I would just like to explain
10 that this is not a simple yes or a no type of
11 question, Counsel. So when you're talking
12 about PCIA, even if you look at the
13 literature there's different nomenclatures.
14 So I would refer you to Dr. Rosic's Exhibit
15 E, so pointing specifically at tab 16,
16 Palamaras-Tosti article, they refer to it as
17 the CIPAL, which stands for
18 chemotherapy-induced permanent alopecia.
19          And then moving on to tab 9 in
20 the same Exhibit E, Kim, et al refers to it
21 as CIIA, chemo-induced irreversible alopecia.
22          So there's variations on the
23 theme in the literature, so there's no
24 consistency to the correct nomenclature.

Elgida R. Volpicelli, M.D.

Page 34

1  Also, if you look at all the 22
2 articles listed here, the experts don't agree
3 on the duration of time that should be
4 allowed for hair to regrow, so there's a
5 range looking at these articles from 3 to
6 12 months. So this is another inconsistency.
7  So keeping that in mind, there
8 is no diagnostic histopathologic or clinical
9 criteria for PCIA, so it's not a simple yes
10 or no type of question.
11  However, based on my extensive
12 review of the literature, I recognize that
13 there are case reports of women experiencing
14 ongoing or persistent alopecia following
15 chemotherapy.
16  Q. All right. And is that a
17 diagnosis that you would feel comfortable
18 rendering if the pathology supported it?
19  MS. COHEN: Objection. Form.
20  A. So as I mentioned earlier, and
21 I would really like to reiterate that, there
22 are no diagnostic histopathologic features
23 for PCIA. However, referring back to the
24 literature, certain characteristics have been

Page 35

1 described. A number of features have been
2 enumerated, and I know them at length, I feel
3 comfortable describing them, recognizing
4 them, so if they were to all be present, I
5 would be comfortable rendering that
6 diagnosis.
7 BY MR. GOMEZ:
8  Q. All right. And in this case
9 you didn't feel like they were all present?
10  MS. COHEN: Object to the form.
11  A. I actually disagree. Quite to
12 the contrary. PCIA is a diagnosis of
13 exclusion because there are no diagnostic
14 features, and as I was mentioning earlier,
15 the features that have been described in
16 these collection of cases in the literature
17 are features that are not unique, they're not
18 diagnostic to PCIA, and they've been
19 described in other common alopecias. So it
20 is a diagnosis of exclusion.
21 BY MR. GOMEZ:
22  Q. So what does that mean, a
23 diagnosis of exclusion? You look to diagnose
24 something else first, and then if you can't,

Page 36

1 then you diagnose PCIA?
2  A. To me, a diagnosis of exclusion
3 is an entity for which there are no
4 diagnostic clinical or histopathologic
5 characteristics or criteria.
6  So in order to diagnose PCIA,
7 I'd have to exclude other entities. We go
8 through a process of differential diagnosis,
9 and that should leave PCIA as the most
10 reasonable diagnosis.
11  Q. All right. Have you ever
12 worked as a peer reviewer of medical
13 articles?
14  A. While I haven't specifically
15 been on the board of any journals and
16 reviewed articles myself, I'm very
17 well-versed in reading peer-reviewed
18 articles.
19  Q. Okay. So the answer to my
20 question is no, you've not worked on a board
21 peer reviewing other articles, correct?
22  A. I have not, no.
23  Q. So what training or experience
24 do you have in critical literature review?

Page 37

1  A. I would refer you back to my
2 CV. I think my CV, and actually the legal
3 report, the Rule 26 report, at the beginning
4 of the legal report I discuss it in detail.
5 And I also mentioned it earlier as we were
6 talking about the articles in the literature.
7  But as part of my residency
8 training we were constantly encouraged to
9 push the envelope, and it was part of the
10 evaluation process that several times a year
11 we would pick a topic of interest, and we
12 would review the entire literature on that
13 particular topic and present our work in
14 front of the entire department. We had
15 consistent and constant feedback on how to be
16 able to critically read scientific articles.
17  Q. So how long was your residency?
18  A. My residency was three years.
19  Q. All right. And so during those
20 three years, several times a year you would
21 collect literature on a topic and present it
22 to supervising physicians?
23  MS. COHEN: Objection to form.
24  A. Not just limit it to that, of

Elgida R. Volpicelli, M.D.

Page 38

1  course.  It was part of our residency
2  training that we were required to keep
3  up-to-date with all the literature,
4  constantly read anything pathology-related.
5  So it was a constant learning process, which
6  then I carried on through the rest of my
7  career obviously.  And I enjoyed it.
8  BY MR. GOMEZ:
9      Q.   So did each of the residents
10  engage in that exercise that you described?
11     A.   Yes.
12     Q.   Since that time, have you
13  actually published on a topic of critical
14  literature review, that is where you look at
15  a number of articles and summarize your
16  findings and critique them?
17     A.   It's not common practice to
18  publish those type of reports.  I have
19  published on other topics, but not to the
20  extent of what you're describing, Counsel,
21  no.
22     Q.   All right.  And so since you
23  were a resident, have you presented in the
24  manner that you described, that is gathering

Page 39

1  all the literature available on a particular
2  topic and then providing critical analysis of
3  it?
4          MS. COHEN:  Objection to form.
5      A.   That's a difficult question.
6  It's not a yes or no type of question because
7  that's what we do as part of our training, in
8  our daily practice as well, and even in talks
9  that I give to the medical students or the
10  residents or the department, depending on
11  what the topic is, I always discuss the
12  literature in the background.  So it's part
13  of what we do every day.
14  BY MR. GOMEZ:
15     Q.   All right.  And so in terms of
16  your speaking with the residents, how often
17  do you speak with the residents?
18     A.   As far as speaking with the
19  residents, sometimes it could be on a daily
20  basis, surgery residents and the medical
21  residents.
22     Q.   And so have you ever sat down
23  all the residents and provided some critical
24  literature review on some select topic?

Page 40

1      A.   I'm thinking, because I'm
2  trying to give you specifics.  Quite
3  honestly, it really is part of our routine
4  daily work, and it comes up again and again
5  even when we're not thinking about it.
6          Just the other day I had one of
7  the residents approach me because they want
8  to write up a case report on a relatively
9  rare entity, and as part of discussing this
10  rare entity we were thinking how do we write
11  this case up, and what is the current
12  literature available to us that we should be
13  citing to.  And this was just last week.  So
14  like I said, it just was part of our routine
15  daily work.
16     Q.   All right.  I'm going to have
17  you take a look at what's been marked as
18  Exhibit 1.  So I believe that's your CV.
19          (Whereupon, Volpicelli Exhibit
20          Number 1 was marked for
21          identification.)
22          MS. COHEN:  We have that, John.
23  It's also attached to her report, so
24  she'll just pull out that version of

Page 41

1  it.
2          Just for the record, it's
3  Exhibit A to her official report.
4          MR. GOMEZ:  Okay.
5      A.   Okay.  Counsel, yes, please go
6  ahead.
7  BY MR. GOMEZ:
8      Q.   Okay.  So can you point me on
9  your CV to any entry in which you provide
10  lectures or presentations regarding alopecia
11  or hair?
12     A.   So while the specific terms for
13  alopecia or hair might not be present as the
14  titles in any of these presentations, I can
15  tell you that in some of the medical grand
16  rounds where we're discussing clinical
17  dermatology, and I am, for example,
18  addressing cardiovascular diseases such as
19  lupus erythematosus, alopecias came up in
20  that context, and I showed pictures and I
21  discuss them.
22     Q.   So in some of the grand rounds,
23  is that right?
24     A.   That's correct.

Elgida R. Volpicelli, M.D.

1    Q.    Okay.  Any publications that
2  you've authored that contain particular
3  discussion of alopecia or hair?
4    A.    I have not authored
5  publications on alopecia.
6    Q.    Anything about hair?
7    A.    No, I haven't, Counsel.
8    Q.    All right.  Have you had any
9  particular specific training directed toward
10 alopecia or hair?
11   A.    Actually I trained at the
12 Ackerman Academy in 2013 under Dr. Dirk
13 Elston who at the time was the
14 president-elect of the AAD.  He's an
15 excellent clinician and an excellent
16 dermatopathologist at the same time.  And I
17 think that's where my interest in alopecia
18 and inflammatory dermatosis in general
19 flourished under his mentorship.
20         I was able to learn a
21 tremendous amount from him, especially coming
22 from a pathology background.  He was
23 instrumental in teaching me, and teaching me
24 to really love alopecia and inflammatory

1  dermatosis specifically.
2    Q.    What was his name?
3    A.    Dirk Elston.
4    Q.    Elston?
5    A.    Yes.  Elston.  I'll spell that.
6  E-L-S-T-O-N.
7    Q.    All right.
8    A.    And I remember specifically
9  because as fellows, it was me and two other
10 fellows, we all thought alopecias were such a
11 difficult entity, and Dr. Elston broke it
12 down to a degree that was so simple to
13 understand and easy to love.
14   Q.    Does Dr. Elston believe that
15 docetaxel causes permanent or persistent
16 alopecia?
17        MS. COHEN:  Objection to form.
18   A.    That's probably a question that
19 you should ask him directly.  He never stated
20 to us one way or another.
21 BY MR. GOMEZ:
22   Q.    Did you ever discuss permanent
23 or persistent chemotherapy-induced alopecia
24 with Dr. Elston?

1    A.    I don't recall exactly when
2  that might have happened, but we had numerous
3  lectures with dermatology residents also
4  included, several lectures a week, so I'm
5  sure it came up.
6    Q.    Were any of your fellowships or
7  internships clinically-based?
8    A.    During our dermatopathology
9  fellowship training year we're expected to
10 have clinical training, and we did.
11   Q.    Okay.  And so how did you
12 become involved in this case, Doctor?
13   A.    It was Mr. Swanis from the GT
14 group that reached out to me, I believe,
15 sometime in March, 2019.
16   Q.    From the what group did you
17 say?
18   A.    GT.  Greenberg Traurig.
19   Q.    I see.  I got you.
20        Okay.  So a lawyer basically
21 called you, or reached out?
22   A.    Yes.
23   Q.    All right.  Did you understand
24 that your primary role would be to opine

1  whether docetaxel caused Ms. Stewart to
2  suffer permanent chemotherapy-induced
3  alopecia?
4        MS. COHEN:  Object to the form.
5    A.    Could you ask that question
6  again, please, Counsel?
7  BY MR. GOMEZ:
8    Q.    Sure.
9        Did you understand that your
10 task was going to be to determine whether
11 docetaxel caused Ms. Stewart to suffer from
12 PCIA?
13        MS. COHEN:  Objection to form.
14   A.    Actually when the legal team
15 first reached out to me, I didn't know
16 anything about Ms. Stewart, any specifics, I
17 didn't have any details.  And they were very
18 clear from the get-go, they were simply
19 interested in my opinion regarding PCIA in
20 general.  They gave me carte blanche to do my
21 own research, hit the literature, and they
22 didn't really steer me one way or another.
23 And the one clear intention from the get-go
24 was that they truly wanted my objective,

Elgida R. Volpicelli, M.D.

Page 46

1  honest opinion.
2      Q.   Sure.
3          At some point did you become
4  aware that you were going to look at this
5  Ms. Stewart and determine whether docetaxel
6  caused her to suffer PCIA?
7          MS. COHEN:  Objection to form.
8      A.   After reviewing the literature,
9  forming my own opinions regarding PCIA and
10  everything that's available, yeah.  That's, I
11  think, after all of that material trickled in
12  that were specific to Ms. Stewart's case, if
13  I recall correctly that wasn't until 2020.
14  BY MR. GOMEZ:
15      Q.   And so you said, you know,
16  first you formed your own opinions regarding
17  PCIA.  And so what opinions were those?
18      A.   As we already discussed, I
19  relied extensively on the literature, and the
20  one thing that I learned is that there is a
21  lot of inconsistencies when it comes to the
22  experts themselves regarding this entity.
23  There are no diagnostics, histopathologic, or
24  clinical criteria.

Page 47

1          But, of course, reviewing the
2  literature there are observations, case
3  reports, retrospective studies that report
4  patients that have suffered throughout the
5  years from persistent alopecia following
6  chemotherapy, and that's not limited simply
7  to just breast cancer patients or docetaxel,
8  as we already discussed, it includes patients
9  for other malignancies, it includes other
10  medications, other chemo regimens including
11  Busulfan, cyclophosphamide, doxorubicin, just
12  to mention a few.
13      Q.   All right.  So you say that
14  there are no clinical, histological, or
15  pathological criteria for a diagnosis of
16  PCIA?
17          MS. COHEN:  Objection to form.
18      A.   So I believe what I said was
19  there are no defined diagnostic clinical or
20  histopathologic criteria for PCIA.
21  BY MR. GOMEZ:
22      Q.   Did you apply your own criteria
23  to determine whether or not Ms. Stewart
24  suffered from PCIA?

Page 48

1          MS. COHEN:  Objection to form.
2      A.   This is not about what I think
3  or what a specific individual thinks.
4  Standard of practice is to use everything
5  that we've been taught, and that includes
6  education, training, experience, and
7  literature in order to come to certain
8  conclusions.  It's not about my own personal
9  opinions.
10  BY MR. GOMEZ:
11      Q.   Sure.
12          And what I mean to get at is,
13  you're saying there's no defined diagnostic
14  criteria.  In terms of your job looking at
15  this case, did you apply some criteria to
16  determine whether or not Ms. Stewart suffered
17  PCIA?
18      A.   So what I relied on was the
19  histopathologic literature, or rather the
20  articles in the literature that have
21  histopathologic relation, because that is my
22  job as a dermatopathologist.
23          And just to sort of make it
24  easier for you to follow along, Dr. Rosic's

Page 49

1  own Exhibit E, I would refer you to tab
2  number 5, which is the Fonia, et al Journal
3  of the American Academy of Dermatology, as
4  well as tab number 10, Kluger, et al, which
5  is another article that Dr. Rosic herself
6  relied on, as well as tab number 14,
7  Dr. Miteva, Dr. Antonella Tosti, et al,
8  "Permanent Alopecia After Systemic
9  Chemotherapy."
10          And tab 5 and tab 14 are
11  particularly important from a
12  dermatopathologist's perspective because
13  they're the largest case series with ten
14  patients each.
15          So what I relied on is the
16  steps of histologic findings described
17  into -- in these two articles which were
18  then -- especially the tab 14, was also
19  replicated.
20          In Chapter 35 of Dr. Sperling's
21  Hair Atlas, that's the bible of alopecia, if
22  I may say, and basically he also focused on
23  the collection of the literature at the time.
24  He, however, could not include on chapter --

Elgida R. Volpicelli, M.D.

1  in his Chapter 35, tab 5 because that article
2  was not published until 2017, and that Hair
3  Atlas is from 2012.
4          So basically I relied on
5  anything and everything available that
6  described the histopathologic features in a
7  subset of these patients where pathology was
8  available.  So I was looking specifically for
9  those features, such as striking
10 miniaturization, which Ms. Stewart does not
11 have; marked decrease in hair density which
12 Ms. Stewart does not have, her hair count is
13 18, and the range in African-American
14 patients is anywhere from 10 to 12.  So even
15 though Dr. Rosic's believes she has a
16 markedly decreased hair density, I entirely
17 disagree with that.
18         So again, no markedly decreased
19 hair density as described in the literature,
20 no marked miniaturization.
21         The shift in the telogen that's
22 present in Ms. Stewart's pathology is well
23 within the range of what's observed in
24 androgenetic alopecia within the 15 to 20

1  percent range.  And what's described in the
2  pathology of some of these patients with PCIA
3  is a significant shift in telogen.
4          There are -- Fonia, et al
5  specifically talks about these linear
6  basaloid aggregates known as dysmorphic
7  telogen units, numerous of them present.
8  That was not the case with Ms. Stewart's
9  pathology.
10         There was no tracheomalacia,
11 unlike what Dr. Rosic's points out.
12         There was no peribulbar
13 inflammatory infiltrate, which is another
14 feature that has been described in some of
15 these patients labeled to have PCIA.
16 Contrary to what Dr. Rosic points out in her
17 report, that was not present in Ms. Stewart.
18         So in sum, all of the features of
19 of non-scarring alopecia present in
20 Ms. Stewart's biopsy are consistent with
21 androgenetic alopecia, and she does not
22 exhibit any of the features, that would take
23 her out of the androgenetic alopecia realm
24 and put her in the PCIA category.

1  Q.    So in terms of doing your work,
2  you were looking for particular features that
3  would indicate or favor a diagnosis of PCIA?
4  A.    I specifically focused on PCIA
5  extensively, especially for purposes of the
6  litigation, so it was very important to me to
7  do a good job and a thorough job to look for
8  all of these features, which is what --
9  Q.    Do you agree that the features
10 that you've described are indicators of PCIA?
11         MS. COHEN:  Objection to form.
12         Go ahead.
13 A.    If you're using the term
14 indicator as diagnostic, then I disagree with
15 that statement, Counsel.
16 BY MR. GOMEZ:
17 Q.    So explain.
18 A.    And the reason for that is for
19 something to be diagnostic of an entity, it
20 should be seen only within that entity.
21         So all of the features that I
22 already mentioned can be seen in others kinds
23 of alopecias, for example, trichomalacia,
24 pigment casts can be seen in traction

1  alopecia as well as trichotillomania.
2  Peribulbar inflammation is a feature commonly
3  described in alopecia areata.
4  Miniaturization, shift in telogen have been
5  described in androgenic alopecia as well as
6  alopecia areata.
7          So these features are commonly
8  present in other entities of alopecia.
9  Q.    At the time that you were doing
10 your work, did you believe that taxanes can
11 cause PCIA?
12 A.    Based on my extensive review of
13 the literature, I can confidently say that to
14 date there is no scientific evidence that
15 establishes that docetaxel can cause
16 alopecia.
17 Q.    All right.  And was that your
18 opinion as you were doing your work in this
19 case, that docetaxel does not cause permanent
20 or long-term alopecia?
21 A.    I don't think so much.  I would
22 not consider that as an opinion per se,
23 rather this is really what's available in the
24 literature, and I'm relying on the scientific

Elgida R. Volpicelli, M.D.

Page 54

1 literature to make that comment.
2     Q.    Sure.
3         And so in terms of, you know,
4 looking at samples available to you and
5 considering the clinical pathological and
6 histological presentation of Ms. Stewart, it
7 was your opinion based upon the literature
8 that taxanes cannot cause PCIA, correct?
9         MS. COHEN:  Objection to form.
10     A.    I'm sorry, maybe I'm not
11 understanding your question.  What is it
12 exactly that you're trying to ask?  I'm
13 sorry, Counsel.
14 BY MR. GOMEZ:
15     Q.    I'm trying to ask, as you were
16 doing your work as you've described it
17 regarding Ms. Stewart, at the same time you
18 were doing that work and today it's your
19 opinion that taxanes cannot cause PCIA,
20 correct?
21         MS. COHEN:  Objection.  Form.
22     A.    It is my opinion that based on
23 the literature to date, there is no
24 scientific evidence that docetaxel causes

Page 55

1 persistent alopecia following chemotherapy.
2 BY MR. GOMEZ:
3     Q.    All right.  And you agree --
4 you know, I know it's based upon a scientific
5 literature and evidence, it's your belief
6 that as you sit here today that taxanes
7 cannot cause PCIA, correct?
8         MS. COHEN:  Objection to form.
9     A.    Based on the scientific
10 evidence -- and I'm sorry if I'm repeating
11 myself over and over again, but I'll
12 reiterate what I already said.
13         Based on scientific evidence,
14 causality between docetaxel and alopecia has
15 not been established, and neither has a
16 mechanism, an actual scientific mechanism for
17 how docetaxel or any chemotherapy in general
18 might potentially cause persistent alopecia
19 following chemotherapy.  That hasn't been
20 established either.
21 BY MR. GOMEZ:
22     Q.    In terms of the case reports
23 that you've read, it's your opinion that
24 taxanes did not cause the PCIA in those case

Page 56

1 reports?
2         MS. COHEN:  Objection to form.
3     A.    So those case reports are
4 observations.  You cannot infer causality
5 based on observation.
6 BY MR. GOMEZ:
7     Q.    And so you, looking at the case
8 reports, don't believe that there's evidence
9 that the taxanes caused the PCIA in those
10 cases, correct?
11     A.    So first I want to emphasize
12 that in those case reports taxanes, whether
13 it was Taxol or Taxotere/docetaxel, were
14 given as part of a regimen, and not as the
15 sole therapy.  That's number one.
16         Number two, again, I want to
17 reiterate that you cannot make inferences to
18 causality based on case reports and
19 observational studies.  You would need a
20 prospective study with an adequate control
21 group.
22     Q.    All right.  Those were not
23 present in the case studies you saw?
24     A.    That's correct.

Page 57

1     Q.    In terms of your work in
2 determining whether docetaxel caused
3 Ms. Stewart to suffer PCIA, you were not
4 biased in any way, were you?
5     A.    I was not biased in any way.  I
6 truly considered PCIA.  And I would refer you
7 to page 14 of my legal report where I go
8 through the differential diagnosis based on
9 the clinical findings that Dr. Rosic
10 reported.  So this is page 14 at the very
11 top, I say, "In addition, Dr. Rosic describes
12 involvement of the vertex scalp with thinning
13 and decreased hair density.  The differential
14 diagnosis would therefore include scarring
15 alopecia such as CCCA and traction alopecia
16 (late/end stage traction) as well as
17 non-scarring alopecia such as androgenetic
18 alopecia, early traction alopecia and
19 alopecia following chemotherapy."
20     Q.    All right.  Very good.  Thank
21 you for sharing that.
22         MR. GOMEZ:  And so although we
23 had some interruptions we've been
24 basically sitting in our chairs for an

Elgida R. Volpicelli, M.D.

Page 58

1  hour and a half, and I did have some
2  coffee and water, so perhaps we can
3  take, you know, five.  Is that okay
4  with everyone?
5      MS. COHEN:  Yes, that sounds
6  good.
7      MR. GOMEZ:  See you in five.
8      THE VIDEOGRAPHER:  Off the
9  record at 10:26 a.m.  This concludes
10  tape one.
11      (Whereupon, a recess was
12  taken.)
13      THE VIDEOGRAPHER:  We are back
14  on the record at 10:40 a.m.
15  BY MR. GOMEZ:
16      Q.   Doctor, I now want to turn your
17  attention to what we've marked as Exhibit 2
18  which is Dr. Rosic's report, and I'll just --
19  I'm going to use that to ask you some
20  questions, okay?
21      A.   Okay.
22      (Whereupon, Volpicelli Exhibit
23  Number 2 was marked for
24  identification.)

Page 59

1  BY MR. GOMEZ:
2      Q.   All right.  So it looks like
3  you have that in front of you?
4      A.   Yes, I do.
5      Q.   Okay.  I want to turn you first
6  to page 16.
7      A.   Okay.  I'm there.
8      Q.   At the top does it say
9  "Alopecia"?
10      A.   Yes, I see that.
11      Q.   Underneath that, Dr. Rosic
12  states, "Alopecia can reflect the loss of
13  hair follicles, loss of hair shafts, or loss
14  of both."
15      Do you agree with that general
16  statement?
17      A.   Yes, I do.
18      Q.   She then has non-scarring and
19  scarring alopecias listed.
20      Do you see that?
21      A.   I do see that.
22      Q.   She has underneath scarring
23  alopecias, "Persistent chemotherapy-induced
24  alopecia," or PCIA.

Page 60

1      Do you agree with categorizing
2  PCIA as a scarring alopecia?
3      A.   I completely disagree with that
4  assessment.
5      And, Mr. Gomez, as we were
6  talking about earlier, there's
7  inconsistencies in the literature, and the
8  experts argue with each other and disagree
9  when it comes to the nomenclature, the
10  duration to be allowed for hair to regrow or
11  not, the specific histopathologic features
12  with variations in the literature for what
13  features one group describes and how they
14  differ from another group's, for example.
15  And if you're interested in those
16  differences, I can specifically get into
17  those and show you within the literature.
18      However, and I want to
19  emphasize here, there is one unifying theme
20  across the board, and that's not up for
21  dispute.  And that unifying theme is that
22  PCIA constitutes a non-scarring alopecia.
23      And to make that point, I would
24  again refer you to Dr. Rosic's Exhibit E, and

Page 61

1  specifically tab 5 as well as tab 14.
2      Tab 14 is the article by
3  Dr. Miteva and Dr. Antonella Tosti's group.
4  And if you're looking at the article, on
5  page 35, under the asterisked section it
6  specifically says, and this is again one of
7  those case series with ten patients, one of
8  the larger ones, "The histology of all
9  specimens was characterized by a non-scarring
10  pattern with a preserved number of follicular
11  units and lack of fibrosis."  So this is
12  Dr. Tosti's group, 2011.
13      Then later on, 2017, Fonia, et
14  al, and I will give you the exact page, and
15  it's page 951 in that article under
16  "Histopathology," "All patients showed
17  features of non-scarring alopecia with
18  preservation of the hair follicle units."
19      Q.   All right.  Thank you.
20      I now want to turn you to
21  page 23 of Exhibit 2.
22      A.   Okay.
23      Q.   And the doctor has listed
24  "Histologic features of male and female

Elgida R. Volpicelli, M.D.

Page 62

1 pattern hair loss (androgenetic alopecia)."
2          Do you see that?
3     A.    I do see that.
4     Q.    And that was one of your
5 diagnoses of Ms. Stewart in this case,
6 correct, that she suffered from androgenetic
7 alopecia?
8     A.    That's correct.
9     Q.    And do you agree that each of
10 those five bullet points underneath are
11 histologic features of androgenetic alopecia?
12          MS. COHEN:  Objection to form.
13     A.    I would like to add the first
14 bullet point, "Normal total number of
15 follicles and no significant inflammation,"
16 that first bullet point there.
17          So the normal total number of
18 follicles is true of early androgenetic
19 alopecia, however, androgenetic alopecia is
20 one of those examples of the biphasic
21 alopecia.  So in the late androgenetic
22 alopecia you can actually get follicular
23 dropout and a decreased hair density, just
24 for clarification purposes.  I do agree with

Page 63

1 that.
2     Q.    Thank you very much.  Let's
3 turn to page 36, please.
4     A.    Okay.  I'm there.
5     Q.    And there's -- at the top it
6 states, "Permanent chemotherapy induced
7 alopecia."
8          Do you see that?
9     A.    I do.
10     Q.    I want to direct your attention
11 to the second sentence, it states, "The
12 precise pathogenetic process is not yet fully
13 understood; however, it is likely due to the
14 destruction or damage of the hair follicle or
15 dermal papilla stem cells."
16          Do you have an opinion about
17 whether taxanes cause destruction or damage
18 of hair follicles?
19          MS. COHEN:  Objection to the
20 form.
21     A.    I'm sorry.  Could you repeat
22 that question?
23 BY MR. GOMEZ:
24     Q.    Sure.

Page 64

1          Do you have an opinion about
2 whether taxanes cause the destruction or
3 damage of hair follicles in some patients?
4          MS. COHEN:  Objection to form.
5     A.    There is no scientific evidence
6 to date that that's the case.
7 BY MR. GOMEZ:
8     Q.    All right.  So as you sit here
9 today, you don't believe that taxanes cause
10 destruction or damage of hair follicles in
11 some patients?
12     A.    Counsel, I would refer you to
13 the first statement in the same paragraph
14 that you're reading where Dr. Rosic herself
15 says that -- actually the same sentences,
16 that the pathogenesis is not fully
17 understood.  What that means is that it is a
18 hypothesis.
19          A hypothesis is a supposition,
20 it's a proposed explanation that needs to be
21 further tested, right?  We agree on that.
22          So when additional scientific
23 work is done and data is gathered, and the
24 results are looked at, you can either refute

Page 65

1 or support a hypothesis.
2          So I think what Dr. Rosic is
3 trying to get at here is this hypothesis that
4 perhaps chemotherapy damages stem cells,
5 follicular unit stem cells.
6          And just a minor correction
7 here.  The follicular unit stem cells are not
8 located in the dermal papilla, rather they're
9 located in the bulge region which is where
10 the arrector pili muscle inserts into the
11 isthmus.  That's where stem cells for the
12 hair follicles are.
13          And again, that's a very
14 erudite hypothesis that has yet to be
15 supported.  And if we look at the current
16 literature actually, and I would like to
17 again -- I'm sorry for making you do this,
18 but please look at Exhibit E, and this is the
19 list of Dr. Rosic's articles that she relied
20 on, and I'm specifically looking at tab
21 number 6, Azael Freites-Martinez, et al, this
22 specific article.
23          So in this article they looked
24 at quality of life in patients with PCIA as

Elgida R. Volpicelli, M.D.

Page 66

1  well as alopecia induced by endocrine
2  therapy. Over half, over 50 percent of the
3  patients in each study arm exhibited moderate
4  to significant hair regrowth following
5  medical therapy with either minoxidil or
6  spironolactone.
7         So this current literature, in
8  my opinion, would refute the hypothesis that
9  the stem cells would be permanently damaged.
10         If we were to assume that the
11  stem cells are damaged, then we wouldn't
12  expect to see regrowth. Here's an article
13  that says there was regrowth. So if
14  anything, the current literature refutes that
15  hypothesis.
16     Q.  All right. So do you have an
17  opinion about whether an alternative
18  hypothesis is more likely?
19         MS. COHEN: Objection to form.
20     A.  So, and I would also refer you
21  to Dr. Sperling's Hair Atlas, the recent 2012
22  edition, Chapter 35, he goes through a very
23  erudite explanation of the current
24  hypothesis. And one hypothesis, which is an

Page 67

1  interesting hypothesis, is that perhaps
2  what's happening in the setting of persistent
3  therapy -- I'm sorry, persistent alopecia
4  following chemotherapy is that it's unmasking
5  a preexisting condition. So the reason why
6  these patients have a difficult time
7  regrowing their hair is because there was
8  already an underlying pathogenesis there, an
9  underlying alopecia such as androgenetic
10  alopecia or a scarring alopecia, which is
11  what we're dealing in Ms. Stewart's case.
12     Q.  So do you have an opinion about
13  whether that hypothesis is the most likely
14  explanation?
15         MS. COHEN: Objection to form.
16     A.  Again, it's one of many
17  hypotheses to date, but again, I want to
18  stress that these are all hypotheses that are
19  -- and further data is needed, further
20  studies are needed to elucidate the mechanism
21  of this potential hair loss.
22  BY MR. GOMEZ:
23     Q.  All right. Thank you.
24         Can you turn to page 37,

Page 68

1  please?
2     A.  Yes.
3     Q.  And I want to direct your
4  attention to the first paragraph under the
5  table which begins with "Rapidly."
6         Do you see that?
7     A.  Yes, I do.
8     Q.  It states, "Rapidly
9  proliferating, and therefore maximally
10  vulnerable, anagen hair follicles and their
11  pigmentary system, which is very sensitive to
12  toxins, are the main targets of
13  chemotherapy-induced hair follicle damage."
14         So I want to ask you this
15  first. Do you agree that anagen hair
16  follicles and their pigmentary system is very
17  sensitive to toxins?
18         MS. COHEN: Objection to form.
19     A.  So this is another hypothesis.
20  So what this paragraph is referring to is
21  chemo-induced hair loss in the acute setting,
22  which is thought of to be anagen arrest or
23  anagen effluvium, akin to what happens in
24  alopecia areata.

Page 69

1         So the idea is that if a toxin
2  is introduced, such as chemotherapy for
3  example -- and again, this is a hypothesis, a
4  very erudite and reasonable hypothesis. So
5  if toxins are introduced through the dermal
6  papilla, the hair matrix keratinocytes, which
7  are rapidly dividing cells, will be affected,
8  and they are the machinery that gives rise to
9  the rest of the hair follicle and the hair
10  shaft.
11         So as a result of that sudden
12  toxin introduction to the hair matrix
13  keratinocytes, that will lead to the
14  formation of a hair shaft that's defective.
15  So you get these tapered hair, also known as
16  pencil point hairs, that are very fragile.
17  So this occurs in hairs that are in the
18  anagen phase.
19         Because at any given time,
20  approximately 80 percent or more of
21  somebody's hair is in the anagen phase, that
22  explains the massive acute hair loss in the
23  setting of acute chemo-induced alopecia.
24  That is the hypothesis.

Elgida R. Volpicelli, M.D.

Page 70

1    Q.    Okay.  Could I turn your to
2  page 38?
3    A.    Yes.
4    Q.    And the last sentence which
5  begins with "PCIA was first reported in the
6  context of adjuvant chemotherapy for breast
7  cancer in 2001."
8         Do you agree with that, and
9  have you found that to be true in your review
10 of the case studies and literature?
11        MS. COHEN:  Objection to form.
12   A.    In 2001, what specific article
13 does that refer to, Counsel, so that I'm able
14 to look at it?
15 BY MR. GOMEZ:
16   Q.    It looks like a study -- or an
17 article in the Journal of Clinical Oncology.
18 It looks like it's footnote 4?
19   A.    Is it tab 4 on Exhibit E?
20        MS. COHEN:  No.  He's looking
21   at footnote 4 on page 39.
22   A.    I'm sorry.
23        Yes, yes, I do see that.  I'm
24 familiar with that study, yes.

Page 71

1         I'm sorry, what was your
2  question, Counsel?
3  BY MR. GOMEZ:
4    Q.    My question was, you agree with
5  the statement that PCIA was first reported in
6  the context of adjuvant chemotherapy for
7  breast cancer in 2001?
8         MS. COHEN:  Objection to form.
9    A.    I disagree with that statement.
10 BY MR. GOMEZ:
11   Q.    Did you say "I disagree"?
12   A.    As in the first time it was
13 ever reported you mean, Counsel, right?
14   Q.    Correct.
15   A.    Yes, I disagree with that
16 statement, Counsel.
17   Q.    And how come?
18   A.    If you give me one second to
19 locate the exact article that I'm referring
20 to.
21        Okay.  I would refer you to
22 Exhibit E, tab 16, table 1.  This is the
23 Palamaras and Dr. Tosti article.
24        Under table 1 there's a set of

Page 72

1  articles listed here, and I'm specifically
2  looking at Ayoub, et al 1997, Gateley, et al
3  1997, they describe persistent alopecia in
4  breast cancer patients in a clinical pattern
5  that mimics androgenetic alopecia in the
6  setting of tamoxifen.
7    Q.    All right.  Thank you.
8         Let me turn you to page 39 of
9  Exhibit 2, if I may.
10   A.    Okay.
11   Q.    And the second paragraph that
12 begins with "Patients with PCIA."
13        Are you there?
14   A.    Yes, I'm there.
15   Q.    The first sentence states,
16 "Patients with PCIA initially develop anagen
17 effluvium from chemotherapy and have
18 incomplete hair regrowth 6 to 8 months after
19 the end of chemotherapy."
20        Do you agree with that
21 statement?
22        MS. COHEN:  Objection to form.
23   A.    I disagree with that statement
24 because it says -- again, keyword being

Page 73

1  "incomplete hair regrowth."  Some patients
2  can get their entire hair back in six to
3  eight months.  Some patients get variations
4  in texture, different colors.  So I'm not
5  sure what to make of that "incomplete hair
6  regrowth."
7  BY MR. GOMEZ:
8    Q.    All right.  The next sentence
9  states, and I'll add a little bit, patients
10 with PCIA "have moderate to very severe hair
11 thinning with short, miniaturized hairs."
12        Do you agree that that is a
13 condition that patients suffering from PCIA
14 demonstrate?
15        MS. COHEN:  Objection to form.
16   A.    I'm sorry, where are you
17 reading from, Counsel?  Again, is it the same
18 paragraph?
19 BY MR. GOMEZ:
20   Q.    Same paragraph, sentence two.
21 This is describing, I guess, the presentation
22 of patients with PCIA.
23   A.    I see.  It states, "They have
24 moderate to very severe hair thinning with

Elgida R. Volpicelli, M.D.

Page 74

1  short, miniaturized hairs."
2         So based on my review of the
3  literature, generally speaking those patients
4  present with diffuse hair loss that's
5  moderate to severe.
6      Q.    What about short, miniaturized
7  hairs?
8      A.    That would go along with the
9  marked severe miniaturization that we were
10 discussing earlier in terms of the
11 histopathologic findings, it would be
12 corroborated by that, yes.
13     Q.    The next sentence states, "Hair
14 thinning is diffuse but can be more prominent
15 on androgen-dependent scalp regions;
16 therefore, the condition can be misdiagnosed
17 as androgenetic alopecia on clinical
18 examination and histopathology, even though
19 in PCIA there is often a reduction in the
20 follicle number in addition to
21 miniaturization."
22        Do you agree with that
23 statement?
24        MS. COHEN:  Objection to form.

Page 75

1      A.    Are you asking me, Counsel, if
2  I agree with that statement?
3  BY MR. GOMEZ:
4      Q.    Yes.
5      A.    So I believe this is
6  Dr. Rosic's opinion.
7      Q.    Correct.
8      A.    And this is not what I've
9  encountered in the literature.  Again, as I
10 was discussing earlier, the consensus in the
11 literature is that, generally speaking, PCIA
12 presents in a diffuse fashion.
13     Q.    All right.  Is there a
14 reduction in the follicle number in patients
15 that suffer from PCIA?
16     A.    That's been described in the
17 literature, that's correct.  But, however,
18 again, I want to reiterate that in that
19 sentence where Dr. Rosic says the reduction
20 in hair follicle number is what sets it apart
21 for androgenetic alopecia, that's not true.
22 As I said, in late-stage androgenetic
23 alopecia, you will get reduction in hair
24 follicle density.

Page 76

1      Q.    All right.  It states,
2  "Thinning of eyebrows, eyelashes, and other
3  body hairs is also typical in PCIA."
4         Do you agree with that?
5      A.    Based on the literature that I
6  have reviewed, the focus really was scalp
7  alopecia.  I haven't come across a specific
8  sentence such as that.
9      Q.    So do you know whether that's
10 true, whether taxanes can cause the thinning
11 of eyebrows, eyelashes, and other body hairs?
12        MS. COHEN:  Objection to form.
13     A.    In the acute setting,
14 chemotherapy agents, as in all of them, can
15 cause hair loss in all body parts.
16 BY MR. GOMEZ:
17     Q.    And what about permanently?
18     A.    Again, I would refer you to the
19 literature, and they basically talk about
20 scalp alopecia.
21     Q.    So do you know whether taxanes
22 can cause permanent thinning or hair loss in
23 areas of the body other than the scalp?
24     A.    To date, there is no scientific

Page 77

1  evidence that taxanes cause persistent
2  alopecia.
3      Q.    And does that include hair loss
4  in regions other than the scalp?
5      A.    You're asking me to
6  extrapolate.  And so what I'm basing my
7  opinions on is the actual literature, and in
8  the literature they specifically focus on the
9  scalp.
10     Q.    So what about androgenetic
11 alopecia, does androgenetic alopecia cause
12 people to lose their hair or have thinning
13 hair in areas other than the scalp?
14     A.    Based on my education,
15 training, and experience, I'm not aware of
16 androgenetic alopecia involving the eyebrows
17 or other areas other than the scalp.
18     Q.    And what about central
19 centrifugal cicatricial alopecia, or CCA,
20 does that cause people to have thinning or
21 loss of hair in parts of their body other
22 than the scalp?
23     A.    CCCA in general, when we see --
24 as a dermatopathologist we see in the setting

Elgida R. Volpicelli, M.D.

Page 78

1  of involvement of the scalp, in my clinical
2  practice and my experience, I never heard any
3  of my other colleagues receive biopsies from
4  the eyebrows to evaluate for CCA.
5      Q.    So it's your belief that CCA
6  only affects the scalp, is that right?
7      A.    As a dermatopathologist, I've
8  never received a biopsy from any other part
9  other than the scalp to evaluate for CCCA.
10     Q.    So do you know whether CCA
11  affects hair other than the scalp?
12         MS. COHEN:  Objection to form.
13     A.    As far as I know, based on my
14  education, training and experience, CCCA
15  affects the scalp.
16  BY MR. GOMEZ:
17     Q.    If you look at the last
18  sentence on page 39, it states, "In the
19  treatment of breast cancer, only
20  Taxotere/docetaxel regimens have been
21  consistently shown to cause permanent
22  chemotherapy-induced alopecia."
23         Do you agree or disagree with
24  that statement?

Page 79

1         MS. COHEN:  Objection to form.
2      A.    Well, first and foremost, I
3  have -- again, at the cost of sounding
4  repetitive, I apologize for that, I want to
5  reiterate that there is no scientific
6  evidence that Taxotere or docetaxel causes
7  persistent alopecia.
8  BY MR. GOMEZ:
9      Q.    Have you seen case reports in
10  the context of the treatment of breast cancer
11  that have reported permanent alopecia where
12  chemotherapy regimens other than
13  Taxotere/docetaxel have been administered?
14     A.    Again, in breast cancer
15  patients docetaxel is given as part of a
16  regimen, and usually within that regimen, and
17  specifically in Ms. Stewart's case, that
18  regimen was TAC, so Taxotere, Adriamycin, and
19  cyclophosphamide.
20         And I think I already gave
21  examples of actual reports in the literature
22  of how cyclophosphamide has been implicated
23  in persistent alopecia following
24  chemotherapy.

Page 80

1         And again, I would refer you to
2  the very nice review by Antonella Tosti and
3  Ioulios Palamaras from 2010 that we already
4  discussed in that table, they're all listed
5  there.
6      Q.    All right.  Let's take you to
7  page 40 very briefly.
8         And there's a reference to an
9  article published in 2019 in JAMA
10  Dermatology.  Do you see that?  The
11  Freites-Martinez article.
12         MS. COHEN:  The second
13      paragraph, John, is that what you're
14      looking at?
15         MR. GOMEZ:  Yes.
16     A.    Yes, I see that.
17  BY MR. GOMEZ:
18     Q.    You reviewed that article,
19  correct?
20     A.    I did.  I did, Mr. Gomez.  And
21  actually, it's the article that I just
22  mentioned a few minutes ago regarding how its
23  results refute the hypothesis that in
24  chemo-induced persistent alopecia the stem

Page 81

1  cells are affected, and that's in Exhibit E.
2      Q.    And that's one of the articles
3  that you relied upon, correct?
4      A.    I don't recall if I
5  specifically relied on this article in my
6  report.  If you'll allow me to review my
7  reliance list, but I have read this report.
8      Q.    All right.  And that
9  publication, I think we've agreed, JAMA
10  Dermatology is a reliable source?
11     A.    I agree with that, yes.
12     Q.    All right.  Let's turn to
13  page 41.
14     A.    Yes.
15     Q.    And there is -- sort of the
16  bottom of the page there's two paragraphs
17  that are kind of indented.
18         Do you see that?
19     A.    Yes.
20     Q.    All right.  And so I want to
21  focus your attention on that second indented
22  paragraph.
23         Do you see that?
24     A.    Yes, I do.

Page 82

1    Q.    It states, "Based on review of
2  the Sanofi global pharmacovigilance database,
3  worldwide scientific literature, clinical
4  studies, and biological plausibility, the
5  cumulative weighted evidence is sufficient to
6  support a causal association between
7  docetaxel and permanent/irreversible alopecia
8  in the patients who received docetaxel."
9        I take it you disagree with
10 that statement?
11   A.    Again, to reiterate what I have
12 already said earlier, when you look at the
13 scientific literature there is no evidence to
14 establish causality in the setting of
15 persistent alopecia following chemotherapy.
16   Q.    So to be clear, you disagree
17 with the statement that I just read to you?
18   A.    Yes, I disagree with that
19 statement.
20   Q.    All right.  Thank you.
21       Let's turn to page 44.
22   A.    Yes.
23   Q.    And I want to direct your
24 attention to the last paragraph before Kang.

Page 83

1    A.    Okay.
2    Q.    And I guess the second to
3  last -- I'm sorry, the last two sentences
4  beginning with, "Although the cause of PCIA
5  remains to be clarified, epithelial
6  hair-follicle stem cells seem to play a
7  crucial role."
8        Did I understand you correctly
9  to say that based upon the JAMS article that
10 we discussed, you disagree with that
11 hypothesis?
12   A.    What I said, Counsel, was that
13 that is a hypothesis, as such further studies
14 need to be undertaken to further elucidate
15 it.  And as such, I was mainly pointing at
16 that JAMA article to say that, if anything,
17 looking at the current evidence, such as in
18 that 2019 article, if we were to assume that
19 in PCIA stem cells are targeted, then you
20 wouldn't be able to expect hair regrowth.
21       Yet those authors clearly show
22 that even in the one study arm with PCIA,
23 over half of those patients exhibited
24 moderate to significant hair regrowth.

Page 84

1    Q.    What about if taxanes caused
2  the loss of hair follicles, would we expect
3  to see regrowth?
4        MS. COHEN:  Objection to form.
5    A.    I'm sorry, are you asking if
6  chemotherapy in the acute setting causes air
7  loss?  Because the answer to that is yes, in
8  the acute setting chemotherapy can cause hair
9  loss, and generally speaking, hair grows back
10 within 6 to 12 months.
11 BY MR. GOMEZ:
12   Q.    And you said "generally
13 speaking."  When does hair not grow back?
14   A.    Well, based on the literature,
15 in a rare event, in rare cases, some patients
16 have experienced incomplete hair regrowth
17 following chemotherapy in general.
18   Q.    And do you have an explanation
19 or a hypothesis for why those people don't
20 grow back their hair all the way?
21       MS. COHEN:  Objection to form.
22   A.    As we were discussing earlier,
23 Counsel, there is several hypotheses indeed
24 in the literature.  And I particularly like

Page 85

1  to rely on something that Dr. Sperling says
2  himself again in Chapter 35 of his Hair
3  Atlas.
4        May I have it?  Thank you.
5        Again this is Chapter 35.  The
6  first thing that I want to point out,
7  page 194, regarding the histopathologic
8  features that we already discussed, he says,
9  "The following findings must be regarded as
10 tentative pending good prospective studies
11 with adequate histologic correlation."
12 That's number one.
13       Then on the same page, the very
14 second to last sentence, "Alternatively,
15 chemotherapy-induced alopecia may uncover,
16 exacerbate, or accelerate androgenetic
17 alopecia at least in a subset of patients.
18 These possibilities provide avenues for
19 future research and treatment."
20       So that last was an additional
21 hypothesis that the experts have.
22 BY MR. GOMEZ:
23   Q.    Thank you.
24       And do you have an opinion

Elgida R. Volpicelli, M.D.

Page 86

1 independent of them, about which hypothesis
2 is more likely?
3        MS. COHEN: Objection to form.
4     A.   I want to reiterate again that
5 based on the current literature, there is no
6 evidence that taxanes cause persistent
7 alopecia following chemotherapy. I think it
8 stands to reason that in this rare subset of
9 patients that seem unable to regrow their
10 hair 6, 12 months after chemotherapy, one
11 needs to think of underlying pathologies.
12 BY MR. GOMEZ:
13    Q.    Like androgenetic alopecia?
14    A.    Androgenetic alopecia, scarring
15 alopecias, and specifically in our case CCCA
16 which was most likely preexistent.
17    Q.    Let me turn you to page 47,
18 please. And there's a reference to an
19 UpToDate entry.
20        Do you see that?
21    A.    Yes, I do.
22    Q.    Do you use UpToDate yourself?
23        MS. COHEN: Objection to form.
24    A.    I have used UpToDate, yes.

Page 87

1 BY MR. GOMEZ:
2    Q.    And have you looked on UpToDate
3 to see what it says about alopecia and
4 cancer?
5    A.    Yes, I have.
6    Q.    Do you agree with what UpToDate
7 says about that today?
8        MS. COHEN: Same objection.
9        I can grab that for you if you
10 need it.
11        THE WITNESS: Thank you, Lori.
12        Actually, Counsel, I'd like you
13 to refer to page 5 of my report, one
14 of the pictures that I'm using there,
15 the second picture, is actually under
16 -- the "Anatomy of the hair follicle"
17 is from UpToDate.
18        So I'm sorry, what was your
19 question?
20 BY MR. GOMEZ:
21    Q.    Whether you agree with what
22 UpToDate says today about whether
23 chemotherapy agents can cause permanent
24 alopecia.

Page 88

1        MS. COHEN: Objection to form.
2     A.   There was so much information
3 on that UpToDate article that, honestly, I
4 don't remember the details of it. So unless
5 you have like a specific section or statement
6 that you'd like me to refer to and tell you
7 whether I agree or disagree with it --
8 BY MR. GOMEZ:
9    Q.    That's okay.
10        You agree that UpToDate is a
11 reliable authority that you consult in terms
12 of your day-to-day work?
13    A.    I agree that --
14        MS. COHEN: Objection to form.
15    A.    -- UpToDate is a reliable
16 authority, and I believe that one of the
17 authors in one of those articles that you're
18 referring to was Lacouture, who is a big name
19 in the alopecia literature.
20 BY MR. GOMEZ:
21    Q.    All right. Thank you so much.
22        And that person is a respected
23 thought leader in the alopecia world?
24        MS. COHEN: Objection to form.

Page 89

1     A.   I don't know him personally,
2 but I have seen his name in a lot of
3 articles.
4 BY MR. GOMEZ:
5    Q.    Did you say previously -- I
6 think I understood you to say that at least
7 some of the science suggests that taxanes can
8 aggravate or make worse underlying conditions
9 such as CCCA, is that right?
10    A.    I'm sorry, could you repeat
11 that question again?
12    Q.    I think I understood you to say
13 previously that at least some are of the
14 opinion, including, it sounded like, perhaps
15 yourself that taxanes can aggravate or make
16 worse preexisting conditions such as CCCA?
17    A.    That's not exactly what I said,
18 Counsel. What I was saying is one of the
19 hypothesis among the experts in the
20 literature is that perhaps in the setting of
21 persistent alopecia following chemotherapy,
22 what we're dealing with is an exacerbation or
23 acceleration or unmasking of previously
24 existing conditions.

Page 90

1    Q.    And do you believe that that's
2  what happened to Ms. Stewart in this case?
3         MS. COHEN:  Objection to form.
4    A.    I believe that Ms. Stewart
5  always had CCCA, and she also had a genetic
6  alopecia, and I believe that Ms. Stewart
7  would have presented with this type of hair
8  loss regardless of whether she had
9  chemotherapy or not.
10  BY MR. GOMEZ:
11    Q.    So you don't believe that
12  chemotherapy had any causal relationship to
13  her hair loss, correct?
14         MS. COHEN:  Objection to form
15  as asked.
16    A.    I believe I already addressed
17  that.  As I already said, I believe
18  Ms. Stewart would have presented with this
19  pattern of hair loss regardless of whether
20  she had chemotherapy or not.
21  BY MR. GOMEZ:
22    Q.    So when you say "this pattern,"
23  she would have the same hair loss, would have
24  looked the same whether she had chemotherapy

Page 91

1  or not?
2         MS. COHEN:  Objection to form.
3    A.    Correct.  She has pattern
4  alopecia, which is accentuated over the area
5  of the vertex, consistent with CCCA.  She has
6  a widened hair part, which is consistent with
7  androgenetic alopecia.  And clinically
8  speaking, she also had thinning and a fringe
9  sign in the temples bilaterally, that
10  clinically makes me think of a component of
11  traction alopecia; however, this area was not
12  biopsied so there was no histologic evidence
13  for that entity.
14         The histologic evidence, the
15  histologic features that I clearly describe
16  in my pathology report are supportive of the
17  clinical presentation.  And everything taken
18  together is consistent with the diagnosis of
19  CCCA and androgenetic alopecia.
20  BY MR. GOMEZ:
21    Q.    All right.  So you're not
22  making a diagnosis of traction alopecia here
23  today, correct?
24         MS. COHEN:  Objection to form.

Page 92

1    A.    Based on the pictures that were
2  included for review that Dr. Rosic herself
3  took, and some of the pictures that
4  Dr. Rogers also took, there seems to be a
5  clinical component of traction alopecia.
6         I am a dermatopathologist.  I
7  evaluated the dermatopathology.  There was no
8  biopsy of the temporal areas, so we cannot
9  include or exclude a component of traction.
10  BY MR. GOMEZ:
11    Q.    All right.  Thank you so much.
12         And so if you assume -- do you
13  have an opinion about whether Ms. Stewart has
14  suffered a thinning of her eyebrows?  Do you
15  know one way or the other, or make an
16  assumption one way or the other?
17         MS. COHEN:  Objection to form.
18    A.    I remember, I recall that
19  Dr. Rosic alluded to that in her report, in
20  her legal report, and I also recall that
21  Dr. Rogers alluded to that in her report.
22         And Dr. Rogers' explanation was
23  that she has a long-standing history of
24  plucking her eyebrows, and it was her

Page 93

1  clinical opinion that that thinning would go
2  along with that practice.
3  BY MR. GOMEZ:
4    Q.    Do you agree with that, that it
5  was her plucking her eyebrows that caused her
6  to lose hair in her eyebrow region, or do you
7  have an opinion?
8         MS. COHEN:  Objection to form.
9    A.    I would agree with that.  It's
10  analogous -- from a dermatopathologist's
11  perspective, it would be analogous to what
12  happens with traction alopecia on the scalp.
13  BY MR. GOMEZ:
14    Q.    All right.  So you would expect
15  women that pluck their eyebrows to suffer
16  from actual thinning of the eyebrows and loss
17  of hair in that region?
18         MS. COHEN:  Objection to form.
19    A.    Yes, I would, depending on the
20  chronicity of the process.
21         And furthermore, furthermore,
22  in addition to the chronicity of the process,
23  another contributing factor would be
24  Ms. Stewart's medications.

Elgida R. Volpicelli, M.D.

Page 94

1      So specifically I'm thinking
2  about anastrozole and letrozole which are
3  endocrine therapies given in the setting of
4  breast cancer that would cause diffuse
5  generalized thinning.
6  BY MR. GOMEZ:
7      Q.    So do you believe that her
8  endocrine therapies caused a thinning of her
9  eyebrows?
10      A.    It may be a contributing
11  factor.
12      Q.    Do you have an opinion to a
13  medical degree of certainty that that, in
14  fact, happened?
15      MS. COHEN:  Objection.  Form.
16      A.    Are you asking how certain I am
17  about that?
18      I would say, of course, it
19  could have happened in addition to the
20  plucking.
21  BY MR. GOMEZ:
22      Q.    All right.  I'm going to
23  turn -- well, I'll just ask it this way.
24      Do you have an assumption one

Page 95

1  way or the other whether Ms. Stewart had
2  normal hair prior to chemotherapy?
3      MS. COHEN:  Objection to form.
4      A.    So I've reviewed extensive
5  material as it pertains to Ms. Stewart, and
6  in addition I've also reviewed photographs
7  that Dr. Rogers provided prior to the
8  initiation of chemotherapy.
9      And I'm aware that Ms. Stewart
10  has a family history of alopecia both on her
11  paternal side as well as maternal side.
12      I'm also aware that she was
13  taking hair vitamins, I believe,
14  approximately six months prior to the start
15  of chemotherapy.
16      I also remember reading
17  Ms. Stewart's mother's deposition, I'm aware
18  that she has reported hair thinning.
19      So all of these taken together
20  do not exclude the possibility that
21  Ms. Stewart was having hair problems prior to
22  the initiation of chemotherapy.
23  BY MR. GOMEZ:
24      Q.    And so is that something that

Page 96

1  you typically look at as a
2  derma-pathologist -- am I missing a --
3      A.    Dermatopathologist.
4      Q.    Dermatopathologist, yes.
5      Do you look at things like
6  family history in terms of your workup of
7  cases there in the lab?
8      A.    It is not a common practice.
9  In rare cases when we're dealing with a
10  complicated alopecia case, a lot of my
11  dermatologists will call me up and we will
12  discuss such details.  So it's not uncommon,
13  but it's not common either.
14      However, in this particular
15  case I had access to all of this information,
16  and I wanted to make sure I could read
17  everything that I could.
18      Q.    Very good.
19      And so is your opinion based in
20  part upon your assumption that there was
21  genetic hair loss on both sides of
22  Ms. Stewart's parents?
23      MS. COHEN:  I'm going to object
24  to the form of that question the way

Page 97

1  asked.
2      A.    Well, we already discussed that
3  Ms. Stewart has both CCCA and a genetic
4  alopecia, and there is an underlying genetic
5  component to both of those entities.
6  BY MR. GOMEZ:
7      Q.    All right.  And assuming your
8  presumption is wrong, your assumption is
9  wrong in that there was no family history of
10  hair loss prior to chemotherapy, does that change your opinion in
11  any way?
12      MS. COHEN:  Same objection to
13  the form of that question.
14      A.    It does not change my opinion.
15  Ms. Stewart still would have CCCA and
16  androgenetic alopecia.
17  BY MR. GOMEZ:
18      Q.    And assume that Ms. Stewart had
19  normal hair prior to chemotherapy, would that
20  change your opinion in any way?
21      MS. COHEN:  Objection to form.
22      A.    No, Counsel, it wouldn't.
23  Ms. Stewart still has and would have CCCA and
24  androgenetic alopecia.

Elgida R. Volpicelli, M.D.

Page 98

BY MR. GOMEZ:
1. Q. All right. Let's turn to
2. page 51 of Exhibit 2, please. I want to
3. direct your attention to "Final Conclusion."
4. Do you see that?
5. A. Yes, I see that.
6. Q. And it states, "The
7. histopathologic findings when combined for
8. both biopsy specimens, show characteristics
9. of persistent chemotherapy-induced changes,
10. such as trichomalacia, miniaturization of the
11. hair follicles, fibrous stellae, preserved
12. sebaceous glands, and minimal inflammatory
13. cell infiltrates."
14. So let me ask you this first.
15. Do you agree that the findings
16. that are described are those indicative of
17. PCIA?
18. MS. COHEN: Objection to form.
19. A. As we were discussing
20. previously, Counsel, there are no diagnostic
21. histopathologic features of PCIA.
22. So if we were to break down the
23. contents of this sentence. Trichomalacia.

Page 99

1. Trichomalacia is not present in this case.
2. Dr. Rosic mistakes a naked hair shaft for
3. trichomalacia. Trichomalacia has been
4. reported in some cases of PCIA, and I would
5. refer you to Fonia, et al 2017 article. But
6. trichomalacia has also been observed and is
7. commonly seen and described in traction
8. alopecia and trichotillomania.
9. Miniaturization of the hair
10. follicles. Again, what's described in the
11. setting of PCIA is marked miniaturization.
12. Miniaturization is common to androgenetic
13. alopecia. To that extent, the degree of
14. miniaturization seen in this case is
15. consistent with androgenetic alopecia.
16. Fibrous stellae. Fibrous
17. stellae, there's nothing specific about
18. fibrous stellae, they're seen in alopecia
19. areata, they're seen in androgenetic
20. alopecia, and they're also observed and have
21. been described in PCIA. There are fibrous
22. stellae present here as one would commonly
23. see in the setting of androgenetic alopecia.
24. Preserved sebaceous glands. We

Page 100

1. could argue on and on about this because, you
2. know, the sebaceous glands are preserved when
3. it's convenient for Dr. Volpicelli, and then
4. they're absent when it's convenient. But
5. yes, PCIA has been -- in cases of PCIA,
6. generally speaking sebaceous glands have been
7. preserved, but sebaceous glands are preserved
8. androgenetic alopecia. So that is a feature
9. consistent with androgenetic alopecia in my
10. opinion.
11. And minimal inflammatory cells
12. infiltrate. I'm not sure what to make of
13. this "minimal" here, especially since
14. Dr. Rosic claims to be combining the findings
15. from both biopsies. Because as far as I
16. recollect, biopsy B, which was the first
17. resectioned biopsy, has a significant degree
18. of inflammation in a perifollicular fashion
19. consistent with CCCA. But conveniently,
20. Dr. Rosic seems to really minimize the role
21. that CCCA plays here.
22. So I think I just broke down
23. that sentence for you in terms of the
24. components to demonstrate that nothing listed

Page 101

1. here is specific or diagnostic of PCIA.
2. Quite the contrary, some of the features that
3. she points out do not exist in this biopsy,
4. and the other features that are indeed
5. present are commonly seen in androgenetic
6. alopecia.
7. BY MR. GOMEZ:
8. Q. Thank you so much, Doctor.
9. That was a very thorough and helpful
10. explanation.
11. Let me ask you this.
12. Assuming that all of these
13. findings in combination were present in a
14. specimen, would you agree that all of those
15. findings in combination would suggest a
16. diagnosis of PCIA?
17. MS. COHEN: Objection to form.
18. A. Why are we speculating and what
19. if? I would say that we have to talk in a
20. concrete fashion about what's present and
21. what's not present here, and what's present
22. is clearly consistent with androgenetic
23. alopecia and not PCIA.
24. ///

Elgida R. Volpicelli, M.D.

Page 102

BY MR. GOMEZ:

¹ Q. And so assume that all of these
² findings were present, I'm just asking you to
³ assume that, would that suggest a diagnosis
⁴ of PCIA?
⁵ MS. COHEN: Objection to form.
⁶ A. I would like to see some
⁷ additional features, some of the other
⁸ described additional features in the
⁹ literature as it pertains to PCIA. It would
¹⁰ have made for more of a stronger argument.
¹¹ BY MR. GOMEZ:
¹² Q. And what additional features
¹³ would you be looking for?
¹⁴ A. What I'm specifically referring
¹⁵ to is a linear aggregate of basaloid
¹⁶ epithelium. I'm also referring to some other
¹⁷ pertinent negatives such as avascular
¹⁸ stellae, and these features are described in
¹⁹ the Fonia, et al 2017 article. Marked/severe
²⁰ miniaturization, considerable shift into
²¹ telogen as opposed within the range of 15 to
²² 20 percent which is commonly encountered in
²³ androgenetic alopecia.

Page 103

¹ Q. All right. Thank you so much.
² I'm going to turn your attention to
³ Exhibit 3, which is going to be Dr. Rosic's
⁴ rebuttal report.
⁵ MS. COHEN: John, before you
⁶ get to that, let me make one quick
⁷ note.
⁸ My team is telling me they
⁹ looked at what you posted as
¹⁰ Exhibit 2, and I think something was
¹¹ missing, maybe Exhibit E was missing.
¹² So we just want to make sure if we're
¹³ going to have this Exhibit 2 that it's
¹⁴ complete with all of her exhibits. I
¹⁵ think you had some of the exhibits, if
¹⁶ not all, from my understanding what
¹⁷ they're telling me.
¹⁸ We can fix it afterwards. But
¹⁹ I just want to make sure if you have
²⁰ her report as her report it's full and
²¹ complete.
²² MR. GOMEZ: Okay.
²³ MS. COHEN: Thank you.
²⁴ A. Since I referred to that

Page 104

¹ Exhibit E so many times.
² MS. COHEN: We can always add
³ it, too. I'm sure you didn't leave it
⁴ out intentionally.
⁵ MR. GOMEZ: No, that's for
⁶ sure.
⁷ (Whereupon, Volpicelli Exhibit
⁸ Number 3 was marked for
⁹ identification.)
¹⁰ BY MR. GOMEZ:
¹¹ Q. So let's take a look at
¹² Exhibit 3, Doctor, which is Dr. Rosic's
¹³ rebuttal report.
¹⁴ Do you have that in front of
¹⁵ you?
¹⁶ A. Yes, I do.
¹⁷ Q. So let's turn to page 2.
¹⁸ A. Okay.
¹⁹ Q. And so what Dr. Rosic states at
²⁰ the top is, "Upon review of the additional
²¹ sections, features or characteristics of PCIA
²² in these deeper levels were also identified
²³ and are listed below this annotated photo of
²⁴ level 7."

Page 105

¹ So I just want to go through
² those listed findings and ask if you agree
³ that those findings are accurate as she
⁴ describes them.
⁵ So the first one is the
⁶ "Dysmorphic telogen unit" which she marks
⁷ with a white star. Do you agree that that
⁸ demonstrates a dysmorphic telogen unit?
⁹ A. I entirely disagree with that,
¹⁰ Counsel.
¹¹ And to that point, I would like
¹² you to refer to page 17 of the same rebuttal
¹³ report. That same unit is marked with a
¹⁴ letter T.
¹⁵ Do you see that, Counsel?
¹⁶ Q. Go ahead.
¹⁷ A. Do you see there's two T's,
¹⁸ there's a letter T which Dr. Rosic explains
¹⁹ stands for telogen, and then further out from
²⁰ this there's a second T next to an A.
²¹ Q. Right.
²² A. If you compare these two
²³ photomicrographs, the same unit that she's
²⁴ calling as a dysmorphic telogen unit on

Elgida R. Volpicelli, M.D.

Page 106

1 page 2, she marks as a telogen unit as a
2 simple telogen hair on page 17, and that's
3 indeed what it is. It is a telogen hair,
4 also known as a secondary hair term, or as a
5 telogen germ unit.
6        And for reference, I would like
7 to refer you, Counsel, to Ben Tallon, et al,
8 and we already discussed this. This is a
9 case report published in JAAD 2010, and it's
10 on Dr. Rosic's reliance list, specifically to
11 page 335 of that report, figure number 2
12 shows you an example of a dysmorphic telogen
13 unit which does not look like what Dr. Rosic
14 marks as a dysmorphic telogen unit here.
15 That's number one.
16        And number two, and most
17 importantly, I'd like to refer you again to
18 our two biggest case series, and specifically
19 Dr. Miteva and Dr. Antonella Tosti, et al.
20 On page 347 of that report, the last sentence
21 right above table 2, and I'm reading from the
22 article, "An interesting finding was the
23 tendency of grouping of two or more telogen
24 hairs." Two or more.

Page 107

1        Now moving on to Fonia, et al
2 2017, I'll give you the exact page number,
3 the dysmorphic telogen units, this is
4 page 951, were observed in six out of ten
5 patients, and these were numerous. As seen
6 on page 951, figure number 2B, panel B where
7 you can see four aggregates in one higher
8 power field of those dysmorphic telogen
9 units.
10        So when they truly are present,
11 they tend to be numerous.
12    Q.    All right. Thank you very
13 much.
14        And so would you agree that
15 numerous dysmorphic telogen units are
16 indicators of PCIA?
17        MS. COHEN: Objection to form.
18    A.    Based upon the review of
19 literature, some patients with PCIA have been
20 described as having numerous dysmorphic
21 telogen units.
22 BY MR. GOMEZ:
23    Q.    All right. Thank you.
24        Going to the next bullet point,

Page 108

1 the doctor states that the red star indicates
2 "Preserved sebaceous glands of normal size."
3        Do you agree that the red star
4 shows that?
5    A.    I agree with that.
6    Q.    Is that -- have those findings
7 been shown to be present in patients that
8 have suffered PCIA?
9    A.    While indeed those findings
10 have been shown in patients that have
11 suffered PCIA, they're also a common finding
12 in androgenetic alopecia, alopecia areata
13 early on, and in the setting of scarring
14 alopecias.
15        The only sebaceous glands that
16 will be lost, or you'll see a dropout in
17 sebaceous glands in the setting of scarring,
18 is in the actual follicles that are actively
19 inflamed.
20    Q.    All right. Thank you.
21        Do you believe that this slide
22 shows a loss of hair follicles?
23    A.    So the one thing that I would
24 like to point your attention to, the third

Page 109

1 bullet point, "Loss of hair follicles" right
2 underneath this, it says, "low number of
3 follicular units."
4        So a hair follicle is a single
5 hair follicle. Follicular units are composed
6 of several, three to four, hair follicles, in
7 addition to sebaceous glands and pili
8 muscles. So that's what constitutes a
9 follicular unit.
10        Follicular unit dropout is
11 consistently seen in the setting of scarring
12 alopecias.
13        So Dr. Rosic here herself says
14 there is a low number of follicular units,
15 and she goes through this very thorough
16 explanation and explains that in a
17 4-millimeter punch biopsy you would normally
18 encounter around 12 follicular units, there's
19 only 7 here, therefore there's follicular
20 unit loss, or analogous to follicular unit
21 dropout, which would be analogous to blank
22 spots encountered in the setting of scarring
23 alopecia.
24        I again would like to refer you

Elgida R. Volpicelli, M.D.

Page 110

1  to the two articles that we already
2  discussed, first one being Dr. Miteva and
3  Dr. Antonella Tosti's article 2011 in the
4  American Journal of Dermatopathology.
5       In the Abstract section again,
6  "The histology of all specimens was
7  characterized," so all ten patients, "by a
8  non-scarring pattern with a preserved number
9  of follicular units."  Preserved number of
10 follicular units.
11      Dr. Rosic here points out that
12 follicular units are dropped out.  That is
13 consistent with a scarring alopecia, which
14 Ms. Stewart indeed does have, and it is CCCA.
15      Further corroborated by Fonia
16 et al in 2017, and I'll give you the exact
17 page, under the "Histopathology" section,
18 page 951, "All patients showed features of
19 non-scarring alopecia with preservation of
20 the hair follicle units."
21      So this, if anything, refutes
22 the point that we're dealing with PCIA.
23      Q.    All right.  Thank you.
24      Do you agree that the slide

Page 111

1  shows a lack of significant inflammation?
2       A.    At this level, which is at
3  approximately the deep dermis, the
4  subcutaneous tissue, there is indeed lack of
5  significant inflammation.
6       Q.    And is that consistent with
7  patients who have reported PCIA?
8       A.    In the setting of PCIA, again
9  referring to the literature again, the one
10 consistent finding seems to be the absence of
11 inflammation.  By the same token, in
12 androgenetic alopecia there is no significant
13 inflammation.
14      So in my opinion, this is
15 consistent with androgenetic alopecia.
16      Q.    Is there a significant
17 inflammation in CCCA?
18      A.    Yes, Counsel, there is.
19 However, we would not be able to include it
20 or exclude it based on this level, which is
21 why I wanted to do and did deeper levels in
22 my laboratory of the horizontal sections from
23 biopsy A.
24      In scarring alopecia you want

Page 112

1  to be able to evaluate the entire length of
2  the hair follicle, and particularly the upper
3  third where the infundibulum and the lower
4  and the upper isthmus are located, because
5  that's where you find inflammation and the
6  associated fibrosis.
7       Q.    Do you believe the slide shows
8  a lack of significant concentric lamellar
9  fibroplasia of the affected follicles?
10      A.    The one interesting choice of
11 word here is the "affected follicles."
12 However, I do agree that at this level in the
13 deep dermis and subcutaneous tissue there is
14 no significant concentric lamellar
15 fibroplasia.  However, this does not exclude
16 the presence of CCCA because you would want
17 to be able to evaluate for that in the more
18 superficial levels, which Dr. Rosic did not
19 do in her lab.
20      Q.    So you believe that in a case
21 of CCCA there would not be a lack of
22 significant concentric lamellar fibroplasia
23 of the affected follicles at this level?
24      A.    In CCCA one should see lamellar

Page 113

1  fibroplasia, and it usually involves the
2  upper third of the hair follicle.
3       Q.    So at a more shallow level?
4       A.    More superficial, yes, in the
5  oxidermis --
6       Q.    Okay.
7       A.    I'm sorry, did you mean to say
8  something, or can I finish?
9       That's corroborated by
10 Dr. Rosic's own findings in biopsy B, the
11 vertically sectioned biopsies where there is
12 significant perifollicular inflammation
13 involving the upper third of the hair
14 follicle, as well as associated fibrosis
15 consistent with CCCA.
16      Q.    Do you agree that the slide
17 shows a lack of premature desquamation of the
18 inner root sheath at the level of the eccrine
19 glands?
20      A.    I disagree with that statement,
21 Counsel.  And I would point -- I would point
22 you to that blue star in the upper right
23 corner in this picture, in the upper right
24 corner there's a blue star, there's two hair

Elgida R. Volpicelli, M.D.

Page 114

1 follicles here, the one to the left is in the
2 telogen phase, and the one to the right is an
3 anagen hair.
4          So with that picture in mind, I
5 would now ask that you turn your attention to
6 my legal report, and specifically Exhibit C.
7      Q.    C?
8      A.    C.  And I believe, let me find
9 it really quickly.
10      Page 6 of my Exhibit C, this is
11 100X photograph of that same exact hair
12 follicle undergoing premature desquamation of
13 the inner root sheath where you are better
14 able to evaluate it here because it's a
15 close-up.  Same telogen hair to the left, the
16 anagen hair to the right.
17          There's an arrow in my Exhibit
18 C, page 6, pointing at the imminent
19 desquamation of the inner root sheath.  Right
20 underneath the tail of that blue arrow are
21 these same eccrine glands that are also
22 present in the annotated photo of page number
23 2 of Dr. Rosic's rebuttal report.
24      MS. COHEN:  Which is page 6 of

Page 115

1      your Exhibit C, is that right?
2          THE WITNESS:  Yes, page 6 of my
3      Exhibit C.  I'm sorry, I'm just
4      clarifying for Lori.
5      Page 6 of my Exhibit C, page 2
6 of Dr. Rosic's rebuttal report.
7      MS. COHEN:  Thank you.
8 BY MR. GOMEZ:
9      Q.    Do any of the other anagen
10 follicles at this level exhibit this finding?
11      A.    This is the only one, Counsel.
12 You only need one, however.
13      Q.    Thank you.
14      Let's turn to page 4 of
15 Exhibit 3, if we can.
16      MS. COHEN:  I just asking the
17      doctor if she is getting hungry for
18      lunch.  Are you okay to keep going.
19      THE WITNESS:  I can keep going
20      a little longer as long as everybody
21      else is okay.
22      MR. GOMEZ:  How about -- so
23      there it's 12:52, correct?
24      MS. COHEN:  Yes.

Page 116

1          MR. GOMEZ:  How about we go for
2      like another 20 minutes, and then we
3      take a break.
4          THE WITNESS:  Sure.
5          MS. COHEN:  Is that okay with
6      you, Doctor?
7          THE WITNESS:  Yes, that's okay
8      with me.  Thank you.
9 BY MR. GOMEZ:
10      Q.    Let's go back to page 4 of
11 Exhibit 3.
12      A.    Yes, I'm there.
13      Q.    All right.  So this is a
14 similar thing, so I'll kind of go through
15 with the same approach.
16          Dr. Rosic says, "Additional
17 features characteristic of PCIA in the deeper
18 sections that reached the level of the upper
19 dermis were also identified and are listed
20 below."
21          And so I'll ask if you agree
22 that the slide shows the findings.
23          So the first finding that she
24 marks is a "Decreased total number of

Page 117

1 follicles, total 17, which is one more than
2 the 16 as visualized on levels in the deep
3 dermis...(a vellus hair, marked by a white
4 star)."
5          So do you agree that this shows
6 a decreased total number of follicles?
7          MS. COHEN:  Objection to form.
8      A.    So there's two issues here.
9          First, I disagreed with her
10 hair counts.  The total hair count is 18, not
11 17.
12          And the second issue, I think
13 Dr. Rosic's agenda was all along to claim
14 that there is severe decreased hair follicle
15 count, markedly decreased density.
16          However, again, as we already
17 discussed, the range of hair in
18 African-American patients can be anywhere
19 from 10 to 32 with an average around 21.
20          Ms. Stewart has 18 total hairs
21 based on the deeper sections that were
22 performed in my laboratory.  So I would argue
23 that falls within that range of normal
24 for African-American patients.

Elgida R. Volpicelli, M.D.

Page 118

1       So putting on my
2   dermatopathologist's hat, and assuming that I
3   don't know anything else about that patient,
4   just for that, one could claim that that's
5   well within the range of normal.
6       And the second point there that
7   I have regarding specifically that point is
8   that, as compared to what?  How does
9   Dr. Rosic come to the conclusion that the
10  hair density is severely decreased?  Compared
11  to what?  We don't have a baseline available
12  for Ms. Stewart, and that's because Dr. Rosic
13  chose not to biopsy the lower occipital scalp
14  in order to provide us with a baseline.  So
15  it's relative.
16      So I think I address that
17  bullet point extensively.  We can move on to
18  the next one.
19  Q.   Thanks so much.
20      So let me ask you this, Doctor,
21  and this is kind of an overarching question.
22      So you say, you know, "this was
23  Dr. Rosic's agenda all along," which to me is
24  different from, you know, as a doctor I

Page 119

1   disagree with her findings.  You know, are
2   you suggesting that she had some untoward
3   agenda or performed her work with some
4   improper bias in mind?
5       MS. COHEN:  Objection to form.
6       Go ahead.
7   A.   You know, I firmly felt that
8   way reading this rebuttal report, because I
9   felt that the point of her writing this
10  rebuttal report was really to sort of stress
11  that all along she accepted the presence of
12  CCCA, recurring alopecia, yet even in the
13  rebuttal report she continues to use words
14  such as minimal inflammation, sparse, and
15  basically non-significant lamellar
16  fibroplasia to really downplay the role of
17  CCCA.  So she contradicts herself so I'm not
18  sure what to make of that.
19      Does she believe that CCCA is
20  present or not?  It's very confusing, again,
21  just based on her rebuttal report on the CCCA
22  point particularly.
23      And then, yes, I agree exactly
24  with what you said from a physician's

Page 120

1   perspective, and in my role as a
2   dermatopathologist, I disagree with her
3   assessments of the pathology here.
4   BY MR. GOMEZ:
5   Q.   Right.
6       Okay.  And so in terms of
7   saying that she was going about her work with
8   some agenda in mind, you're not suggesting
9   that she was doing anything unethical or
10  improper as a physician, are you?
11      MS. COHEN:  Objection to form.
12  A.   What I'm trying to say is that
13  she had the chance when she examined
14  Ms. Stewart to thoroughly work up the case,
15  do all the necessary biopsies as the standard
16  of care, and I believe that she failed in
17  doing so.
18      And then even when looking at
19  the pathology and determining how many
20  sections she ought to do to evaluate the
21  etiology for her alopecia, the methodology
22  highlights that there's missing pieces, if
23  one should say.  And specifically what I'm
24  referring to is I wonder why she decided to

Page 121

1   look at so very few levels.
2       And, you know, in her standard
3   practice does Dr. Rosic try to evaluate the
4   hair follicle in its entirety, meaning from
5   the fat, from the bulb, to all the way out to
6   the superficial dermis and the epidermis and
7   the infundibulum.
8       And the reason why I wonder
9   that is because even when looking at
10  Dr. Tosti's group, and I'm referring
11  specifically to Dr. Miteva and Dr. Tosti's
12  article on Permanent Alopecia After Systemic
13  Chemotherapy, when Dr. Tosti goes into the
14  details of the methodology in evaluating the
15  pathology in these patients where PCIA is
16  suspected, specifically on page 346, his
17  group says -- and again, this is the second
18  paragraph under "Case Series," it says, "At
19  least 6 vertical sections and at least 12
20  horizontal sections, including levels of the
21  bulbar area, isthmus, and infundibulum were
22  evaluated by four dermatopathologists
23  independently."
24      So it just makes me wonder why

Elgida R. Volpicelli, M.D.

Page 122

1  it is that Dr. Rosic decided not to follow
2  suit there in order to entirely evaluate the
3  hair follicle, yet she insists again and
4  again, especially when looking at the
5  horizontal levels, in saying there's no
6  significant inflammation, there's no
7  significant fibrosis, and downplaying the
8  role that CCCA truly plays here.
9  BY MR. GOMEZ:
10     Q.    All right.  Thank you.
11          When we turn to the second full
12  bullet point, it states that the slide shows
13  an "Increase in percentage of miniaturized
14  hairs."
15          Do you agree that the slide
16  demonstrates that?
17     A.    I think that we all agree that
18  when I say "all," I'm counting all three
19  dermatopathologists involved in this case, so
20  me, Dr. Rosic, as well as Dr. Heilman, we all
21  agree that there is miniaturization, and we
22  agreed with that all along, and that's
23  consistent with androgenetic alopecia.
24          It's not the striking -- I

Page 123

1  would argue, take it one step further, and
2  say it's not the striking miniaturization
3  that's been described in the setting of PCIA.
4          And if you would like to
5  specifically look at an example of that, I
6  would refer you to my legal report, and I'll
7  give you a specific page, page 54 of my legal
8  report, I compare side-by-side.  At the top
9  there's a picture that looks very similar to
10  what Dr. Rosic used on page 2 of her rebuttal
11  report of Ms. Stewart's histopathology, and
12  compare that to the picture on the bottom,
13  which is a photomicrograph from patient
14  number 3 in the Fonia, et al article.
15          Panel A, you can see the
16  marked, severe miniaturization that we're
17  discussing here in that panel A, as low
18  power, it strikes you the variability in hair
19  diameter shaft.  You don't have to struggle
20  to see it.  And that's not necessarily the
21  case here with the picture on top which
22  recognizes a photomicrograph of Ms. Stewart's
23  pathology.
24     Q.    Thank you so much.

Page 124

1          The next bullet point is,
2  "Preservation of sebaceous glands."
3          Do you agree that the slide
4  shows a preservation of sebaceous glands?
5     A.    I do see sebaceous glands
6  present here as well.
7     Q.    So is that an indicator that --
8  or has that been a finding of patients that
9  have reported PCIA?
10     A.    Preservation of sebaceous
11  glands in general is not specific to any
12  entity, including PCIA.  It's a common
13  observation in the setting of androgenetic
14  alopecia.
15     Q.    And the next is "No significant
16  destructive inflammation."
17          Do you agree that the slide
18  shows no destructive inflammation?
19     A.    Actually where the white star
20  is nearing that bulb of the newly emerging
21  vellus hair, do you see that, Counsel?
22     Q.    Yes.
23     A.    I believe that's a variable
24  degree of inflammation right there within

Page 125

1  that follicular unit, in keeping with CCCA.
2          And I will again refer you to
3  my Exhibit C, and specifically page number 8,
4  which highlights a close-up picture of that
5  area.
6          And you again can see the bulk
7  of this vellus hair that's emerging into the
8  superficial dermis to the right, then we have
9  an anagen hair follicle, and surrounding that
10  anagen hair follicle there is significant
11  lymphocytic inflammation in lamellar
12  fibroplasia as would be seen in the setting
13  of CCCA.
14     Q.    All right.  Thank you.
15          And then Dr. Rosic goes on to
16  say, "These sections also have features of
17  mild CCCA, as originally reported in the
18  microscopic description," and then she states
19  the microscopic description.
20          Do you agree that Ms. Stewart
21  suffered from a mild case of CCCA?
22          MS. COHEN:  Objection to form.
23     A.    When I see the word being
24  "mild" here, I disagree with that "mild"

Page 126

1  qualification, in parenthesis "CCCA."
2      From the perspective of a
3  dermatopathologist, my role as a
4  dermatopathologist, especially when it comes
5  to scarring alopecia, is to determine whether
6  scarring alopecia is present or not, and not
7  qualify it.
8      So to that extent, even
9  Dr. Rosic's biopsy establishes that, that
10  scarring alopecia, CCCA, is present.
11      As far as qualifying it, that
12  really should fall on the clinician.  So if
13  you're looking at an 8-centimeter oval area
14  of a balding, that's significant, as opposed
15  to a 1-centimeter area of hair loss.
16      I believe that had Dr. Rosic
17  biopsied the actual vertex more anteriorly,
18  that's another point of disagreement there
19  also, because when you truly -- when you look at
20  the biopsy, where she obtained the biopsy
21  from, it looks like she obtained the biopsy
22  from the border of the posterior vertex and
23  the upper occiputs, and her pathology report
24  says occipital biopsy.  So that's another

Page 127

1  inconsistent between her legal report and her
2  medical report.
3      But had she biopsied the vertex
4  more anteriorly where the degree of
5  follicular ossea dropout as documented very
6  nicely by Dr. Rogers, it's at its best about
7  20 centimeters, 21 centimeters from the
8  glabella, you would have seen a robust
9  inflammation and scarring that I think would
10  have convinced Dr. Rosic herself of the
11  degree of CCCA that's playing the main role
12  in contributing to Ms. Stewart's alopecia
13  here.
14  BY MR. GOMEZ:
15      Q.    All right.  If you'd turn to
16  page 6, please.
17      A.    Yes.
18      Q.    And do you see the paragraph
19  that begins, "I performed 2 biopsies"?
20      A.    Yes, I do.
21      Q.    And that is her response to
22  your criticisms that are above that.  Do you
23  see basically, to place in context, what's
24  going on?

Page 128

1      A.    Yes, I do.
2      Q.    Do you believe Dr. Rosic's
3  explanation satisfies your criticisms?
4      MS. COHEN:  Objection to form.
5      A.    I'm just trying to really
6  quickly read through that again.
7  BY MR. GOMEZ:
8      Q.    Yes, take your time.  We'll
9  talk about this, and then we'll break.
10      A.    I'm sorry, your question again
11  about that paragraph was?
12      Q.    Does her explanation satisfy
13  your criticisms of how she took the biopsies?
14      MS. COHEN:  Objection to form.
15      A.    I think we discussed that
16  earlier a bit also.  But particularly in a
17  case like this where we're entertaining the
18  diagnosis of PCIA, as I already stated
19  earlier with Dr. Tosti's methodology, this
20  degree of detail can never be enough.
21      So in Dr. Tosti's methodology,
22  not only did they do exactly the same thing
23  that Dr. Rosic did where they had vertically
24  sectioned biopsy, but also horizontal

Page 129

1  sectioned biopsy, but they extensively
2  sectioned those biopsies so that they could
3  see every possible detail, and that's the
4  goal here.
5      So I don't necessarily disagree
6  with Dr. Rosic sectioning one biopsy
7  horizontally and one vertically.  That's not
8  what we're disagreeing about.  What I'm
9  saying is that she should have completed the
10  workup further, she should have entirely
11  sectioned that horizontal biopsy to be able
12  to look at the entire hair follicle in
13  detail, as is protocol.
14  BY MR. GOMEZ:
15      Q.    All right.  Very good.  Thank
16  you, Doctor.
17      MR. GOMEZ:  So let's now pause
18  for, I guess, lunch, lunch for you,
19  brunch for me.
20      So we'll go off the record.
21      THE VIDEOGRAPHER:  Off the
22  record at 12:09 p.m.  This concludes
23  tape 2.
24      ///

Elgida R. Volpicelli, M.D.

Page 130

1      (Whereupon, a luncheon recess
2   was taken.)
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 131

1          AFTERNOON SESSION
2
3          THE VIDEOGRAPHER:  We are back
4    on the record at 1:02 p.m.  This
5    begins tape three.
6   BY MR. GOMEZ:
7      Q.    Doctor, I want to direct your
8   attention to page 7 of Exhibit 3, which is
9   Dr. Rosic's rebuttal report.
10     A.    Okay.  I'm there.
11     Q.    Do you see there there's
12  grossing guidelines for skin punch biopsy for
13  alopecia?
14     A.    Yes, I do see that.
15     Q.    Do you have a similar grossing
16  guide that you use for alopecia specimens in
17  your lab?
18     A.    Yes, I do.  And I have equipped
19  my physician assistant with a diagram on how
20  to treat each one of these biopsies,
21  depending on how many they get.
22     Q.    Okay.
23     A.    And then they all will call me
24  if they have questions.

Page 132

1      Q.    Right.
2          And to your knowledge and
3   review, did Dr. Rosic follow her own grossing
4   guidelines with regard to the specimens that
5   she obtained in this case?
6          MS. COHEN:  Objection to form.
7      A.    Based on this generated report,
8   it appears that she followed her grossing
9   guidelines.
10  BY MR. GOMEZ:
11     Q.    All right.  Are all these
12  suggestions that you're making for what she
13  should have done, are those consistent with
14  your own grossing guidelines?
15     A.    Yes, they are.  Just the other
16  day, if you would care to know, just the
17  other day I diagnosed a case of androgenetic
18  alopecia, and it took me about 25 levels.
19     Q.    I'm sorry?
20     A.    It took me about 25 levels, 25
21  deep levels for the horizontally sectioned
22  biopsy to be able to look at the entire hair
23  follicle and get the information that I
24  needed, including accurate hair count.

Page 133

1      Q.    All right.  Can you turn to
2   page 10 please?
3      A.    Okay.
4      Q.    In the top paragraph Dr. Rosic
5   states, "Ms. Stewart's minimal CCCA
6   documented on my cuts as well as
7   Dr. Volpicelli's does not exclude Ms. Stewart
8   from having PCIA.  This is not an either or,
9   but a question of everything we can and do
10  see in a patient.  One diagnosis and one
11  finding does not exclude another."
12         So do you believe that a
13  patient can have both PCIA and CCCA at the
14  same time?
15         MS. COHEN:  Objection to form.
16     A.    So I definitely believe that a
17  patient can have multifactorial alopecia,
18  meaning multiple causes that are contributing
19  to her alopecia.  And specifically in
20  Ms. Stewart's case, those causes were CCCA
21  and androgenetic alopecia.
22         Taking into consideration the
23  histopathologic findings and the knowledge I
24  had based on the materials that I reviewed

Elgida R. Volpicelli, M.D.

Page 134

1  about her clinical presentation, physical
2  exam, family history, I excluded any -- I did
3  an extensive review, and I excluded PCIA.
4      Q.   All right.  So you believe
5  that, generally speaking, a patient can
6  present with both CCCA and PCIA?
7          MS. COHEN:  Objection to form.
8      A.   I'm sure that there would be
9  some patients who might have those two
10  entities coexisting, but Ms. Stewart is not
11  one of them.
12  BY MR. GOMEZ:
13     Q.   At the bottom of page 10
14  there's a statement by Dr. Rosic, "On page 17
15  of her report, Dr. Volpicelli provides an
16  illustration of typical findings in AA on the
17  vertex.  Of note, it shows the deep dermis,
18  at the junction of the subcutaneous fat, and
19  the variation in follicle size, which was not
20  a feature of Ms. Stewart's biopsy."
21          Would you agree that those
22  findings were not a feature of Ms. Stewart's
23  biopsy?
24     A.   I disagree with that sentiment.

Page 135

1  And, obviously, I think that we both agree
2  that there is miniaturization, and that's a
3  hallmark of androgenetic alopecia.
4          By the same token, I would
5  again ask you to please turn to my legal
6  report, and specifically page 54.  And we
7  already visited this photomicrograph.  The
8  top panel is Ms. Stewart's, the bottom is
9  patient number 3 from Fonia, et al.  Again
10  please look at panel A, look at the marked
11  variation in diameter size within that
12  picture in a patient that was labeled as
13  having PCIA.  That's not what Ms. Stewart's
14  looks like.
15     Q.   Thank you.
16          If we look at page 12.  Are you
17  there?
18     A.   Okay.  Yes, I'm there.
19     Q.   And underneath -- well, I guess
20  Dr. Rosic is taking an excerpt from
21  Dr. Sperling's book, and with a typical image
22  of CCCA, including what she says is "the
23  expected degree of inflammation at sites of
24  former follicular units and the fact that

Page 136

1  sebaceous glands have disappeared," and she
2  says that Ms. Stewart's biopsies don't show
3  those features.
4          Do you agree that her biopsies
5  don't show those features?
6      A.   Based on what you just told me,
7  Mr. Gomez, it sounds like it is Dr. Rosic who
8  does not believe in a diagnosis of CCCA.  So
9  that's the first point.
10          And the second point that I
11  want to bring up is I think you said it best
12  yourself when you were saying that this was
13  Dr. Rosic's expected degree of inflammation.
14  Because actually, if I may refer you to
15  Dr. Sperling's chapter on CCCA, he
16  specifically states that there is variable
17  degrees of inflammation, number one, and in
18  the 4-millimeter punch biopsy not all
19  follicles will be involved, perhaps maybe
20  just one or two.
21     Q.   All right.  Thank you.
22          Can you turn to page 13,
23  please?
24     A.   Yes, I'm there.

Page 137

1      Q.   And it states, "The following
2  image of Level 7 (slides prepared in
3  Dr. Volpicelli's lab) is below and does not
4  show PDIRS, perifollicular fibroplasia or
5  eccentric epithelial thinning in any of the
6  hair follicles visualized."
7          Do you agree that that image
8  does not show any of those findings?
9          MS. COHEN:  Objection to form.
10     A.   I disagree with that statement.
11  And this is the same photograph that we
12  already encountered on page 2 of her rebuttal
13  report.  And I would point you again, it
14  looks identical.
15          So the hair follicle at the
16  very top center, to the left there's a
17  catagen/telogen hair and to the right is the
18  anagen hair with the imminent premature
19  desquamation of an inner root sheath, which
20  we discussed earlier, that is photographed at
21  a higher power on page 6 of my legal report.
22     Q.   Thank you.
23          She states, "It does, however,
24  show a dysmorphic telogen unit (circled in

Elgida R. Volpicelli, M.D.

Page 138

1 the photo below), as reported in PCIA, and 3
2 anagen hair follicles with completely intact
3 IRS (white arrows)."
4        Do you agree it shows a
5 dysmorphic telogen unit as circled in the
6 photo at the bottom of page 13?
7     A.   I don't see I disagree with
8 that assessment.
9        And this is another point that
10 we discussed earlier.  And this is again in
11 reference to page 2, the same photomicrograph
12 of level 7 performed in my lab.  This is a
13 telogen germinal unit, also known as a
14 secondary hair germ, the same secondary hair
15 germ that she labels on -- Dr. Rosic labels
16 on page 17 of her report, her rebuttal report
17 with the letter T, a telogen hair.  So that
18 is not a dysmorphic telogen hair.
19     Q.   Okay.  Do the white arrows show
20 three anagen hair follicles with completely
21 intact IRS?
22     A.    Those particular 3 anagen
23 follicles do and did indeed demonstrate
24 intact inner root sheath, and it's a nice

Page 139

1 contrast to compare to the picture on top
2 that Dr. Rosic herself uses.  This is an
3 inset higher power of some of the follicles
4 on the picture on top.  So that's a nice
5 contrast with the actual follicles.
6        Again, I refer you to page 6 of
7 my Exhibit C, which is the high power of the
8 anagen follicle with the focal or the
9 premature desquamation out there, inner root
10 sheath where you can see nice parakeratotic
11 cells in the focus of early premature
12 desquamation.
13     Q.    Thank you.
14        Can you turn to page 14,
15 please?
16     A.    Okay.
17     Q.    And at the bottom there,
18 Dr. Rosic is stating, "It is not clear how
19 Dr. Volpicelli counted the hair follicles in
20 the sections."
21        Are you able to explain how you
22 counted the hair follicles in the sections?
23     A.    Sure.  It's actually very
24 straightforward and simple.  And I'm sorry

Page 140

1 that Dr. Rosic was confused by this,
2 especially since it seemed like Dr. Heilman,
3 who independently reviewed those slides, came
4 to the same conclusion that I did, which is a
5 total hair count of eighteen.
6        So in the original report I
7 think we all agree that the total hair count
8 was 16.  Looking at the superficial levels of
9 the dermis, we identified two additional hair
10 bulbs, which are consistent with vellus
11 hairs, and as you track those down up the
12 level throughout the superficial dermis you
13 can clearly see the two vellus hairs.  So
14 that increased the total hair count from 16
15 to 18.
16        And I would refer you to
17 Dr. Heilman's Exhibit C, his pictures,
18 there's actually beautiful pictures of
19 tracking those bulbs from the stellae, the
20 fiber streamers, you track two out of four
21 fiber streamers up, they turn into the bulbs,
22 and then the actual vellus hairs in the
23 superficial dermis.
24     Q.    Thanks.

Page 141

1        Did you speak to Dr. Rogers
2 prior to preparing your report?
3     A.    I didn't even know who
4 Dr. Rogers was at the time.
5     Q.    What about Dr. Heilman?
6     A.    I did not.
7     Q.    Do you know either of those
8 people?
9     A.    I do not know Dr. Rogers.  I do
10 know Dr. Heilman.
11     Q.    How do you know Dr. Heilman?
12     A.    Dr. Heilman was the codirector
13 of the fellowship program at the Ackerman
14 Academy of Dermatopathology the year that I
15 trained there.
16     Q.    All right.  And Dr. Rosic
17 states, "I measured every hair follicle on
18 the slide 15 with a micrometer, to ensure
19 precision in defining the hairs."
20        Did you use a micrometer?
21     A.    I did not use a micrometer,
22 there was no need to do so, especially
23 because with the original hair counts that we
24 all had, I was in agreement with Dr. Rosic.

Elgida R. Volpicelli, M.D.

Page 142

1  I counted a total of ten terminal hairs, like
2  she did, six indeterminant hairs, like she
3  did, a total of 16 hairs.  In the additional
4  superficially levelled sections there were
5  two additional vellus hairs.  It's very
6  simple, very straightforward.
7        And speaking of confusion, if
8  you don't mind, Mr. Gomez, I'd like you to go
9  back to the rebuttal report, Dr. Rosic's
10  rebuttal report, and specifically page number
11  4, when we were discussing the bullet points.
12     Q.    Yes.
13     A.    The second bullet point where
14  she talks about an increase in percentage of
15  miniaturized hair, right underneath that it
16  states, "There are 3 vellus and 11
17  indeterminant hairs."
18        I'm really confused by the
19  inconsistencies in Dr. Rosic's report.  We
20  have prepared the rebuttal through the
21  original legal report, and then the medical
22  report.
23        So if you look at the
24  dermatopathology report, page 502 of

Page 143

1  Dr. Rosic, she clearly states that there are
2  six indeterminant hairs and a total of two
3  terminal hairs, and yet here in the rebuttal
4  page number 4, now there's three vellus and
5  11 indeterminant.  I find these numbers to be
6  all over the place, and these are confusing
7  and inconsistent.
8        And to further corroborate that
9  point, if we look at Dr. Rosic's legal
10  reports, again I just showed you the
11  pathology report where it clearly states
12  telogen hairs, on page 56 of her legal report
13  there is three blue arrows there, I don't
14  know if you have it to look at it, but in
15  that picture, the second bullet point says
16  three hair follicles in telogen.
17        So I think that if Dr. Rosic is
18  confused about the hair count, I think she's
19  causing her own confusion based on what I've
20  shown you that's right in front of me.
21     Q.    Thank you.
22        Let's turn to page 21, please.
23     A.    I'm there.
24     Q.    Dr. Rosic states, "None of the

Page 144

1  follicles in the deep dermis, where the
2  eccrine glands (white stars) are situated, of
3  Ms. Stewart's biopsy...have PDIRS."
4        So what is PDIRS?
5     A.    That stands for premature
6  desquamation of the inner root sheath.
7     Q.    Okay.  So do you agree that
8  none of the follicles in the deep dermis have
9  that?
10     A.    I disagree with that.  I
11  believe this is the same photograph that
12  we've talking about all along, but also
13  present on page 2 of the rebuttal report, the
14  annotated photo on page 2.
15        So where the white star to the
16  right of -- where the white star in the
17  middle is located, so upper middle white
18  star, the white star is sitting right on top
19  of eccrine glands, so that's the level that
20  Dr. Rosic is talking about.
21        And right above that white
22  star, we're dealing with the same
23  catagen/telogen hair to the left, and then to
24  the right of that catagen/telogen hair is the

Page 145

1  hair exhibiting focal early premature
2  desquamation of the inner root sheath, and
3  that shows a picture of which I provided in
4  my Exhibit C, page 6.
5     Q.    Got it.  Thank you.
6        Let's turn to page 26, please.
7     A.    Okay.
8     Q.    So Dr. Rosic states, "It is
9  interesting that Dr. Volpicelli's initial
10  read on the specimen A (see Pathologic
11  Assessment below) was of a non-scarring
12  alopecia, whereas, after performing deeper
13  sections, which, in fact, showed less
14  inflammation and fibrosis than the original
15  levels, the diagnosis changed to a combined
16  scarring and non-scarring alopecia."
17        So what is your response to
18  that statement by Dr. Rosic?
19        MS. COHEN:  Objection to form.
20     A.    So when I first looked at all
21  of the levels that were obtained in
22  Dr. Rosic's laboratory, as we discussed
23  earlier the horizontally section biopsy was
24  biopsied at the level of where the

Page 146

1  subcutaneous tissue meets the deep dermis.
2  So in order to evaluate for the
3  presence or absence of especially earlier
4  cicatricial alopecia, you have to be able to
5  evaluate the hair follicle in its entirety.
6  So different scarring processes
7  will involve different portions of the hair
8  follicle. With CCCA that is particularly
9  around the lower infundibulum and the upper
10 isthmus. So it was inadequately sectioned to
11 allow for an evaluation of that for biopsy A.
12 However, I do agree that biopsy
13 B, which is the vertically sectioned biopsy,
14 showed indeed all of the features necessary
15 to establish unequivocal CCCA, and that
16 includes fibrosis.
17 And in order to illustrate my
18 point I would like to point you to page
19 number 9 of my Exhibit C. As you can see
20 there, there is no hair follicles in that
21 photomicrograph at all. There is extensive
22 fibrosis, and there are zero sebaceous
23 glands, confirming the presence of scarring
24 alopecia.

Page 147

1  When I looked at biopsies A and
2  B originally, I truly set out to describe the
3  findings in part A separately from the
4  findings in part B, and so I did.
5  And then to generate my
6  conclusion I combined the findings from part
7  A and B, and ultimately generated the
8  conclusion which was unchanged from when I
9  also generated the deeper levels of both
10 parts A and B. The conclusion remained the
11 same. However, what changed is I was able to
12 evaluate for the presence of the scarring
13 alopecia-type findings even in part A.
14 Q.   All right. Can you turn to
15 page 31?
16 A.   I'm there.
17 Q.   All right. And below the slide
18 Dr. Rosic states, "Level 7 of Ms. Stewart's
19 biopsy...shows a low number of hair
20 follicles, normal size of sebaceous glands,
21 lack of great variability of hair follicle
22 size and a dysmorphic telogen unit, all
23 features that are not characteristic of
24 androgenetic alopecia, but are described as

Page 148

1  features of PCIA."
2  So let me ask you this. Do you
3  agree that those are all features that are
4  not characteristic of androgenetic alopecia?
5  MS. COHEN: Object to the form.
6  A.   I disagree with that statement.
7  BY MR. GOMEZ:
8  Q.   So which of those features do
9  you believe are characteristic of
10 androgenetic alopecia?
11 A.   Preservation of sebaceous
12 glands can be seen among other entities in
13 androgenetic alopecia. Miniaturization can
14 be seen in androgenetic alopecia. And there
15 doesn't have to be great variability of hair
16 follicle size to make a diagnosis of
17 androgenetic alopecia.
18 Long-standing androgenetic
19 alopecia can display a biphasic pattern, so
20 in long-standing androgenetic alopecia you
21 can also see a decrease in hair density.
22 Q.   At the next paragraph states,
23 "The following two pages, for comparison,
24 contain images from Dr. Sperling's book which

Page 149

1  illustrate the variable reduced size of
2  pilosebaceous units seen (while maintaining
3  normal hair counts) in androgenetic alopecia,
4  as well as presence of solar elastosis,
5  conspicuously absent in Ms. Stewart's
6  biopsies."
7  Do you believe that those two
8  findings are absent in Ms. Stewart's
9  biopsies?
10 MS. COHEN: Objection to form.
11 A.   Which two findings are we
12 talking about, Counsel? One is solar
13 elastosis. What's the second one?
14 BY MR. GOMEZ:
15 Q.   Reduced size of pilosebaceous
16 units seen while maintaining normal hair
17 counts.
18 A.   So let's start with the
19 sebaceous glands part.
20 In this particular
21 photomicrograph here, because I already
22 showed you one where there was no sebaceous
23 glands, but in this one particularly here,
24 the sebaceous glands appear to be of normal

Elgida R. Volpicelli, M.D.

Page 150

1  size.
2          So I believe what Dr. Rosic is
3  trying to do here is she's trying to point
4  out that in androgenetic alopecia, sebaceous
5  glands should be shrunk in size, smaller than
6  normal.
7          Lori, may I please have
8  Dr. Sperling's Hair Atlas?
9          MS. COHEN:  Yes.
10  A.    So instead of just telling you,
11  I'll just go on to read exactly the section.
12         But I basically disagree with
13  that, because in androgenetic alopecia you
14  can see sebaceous -- retained sebaceous
15  glands of normal size.  And I will tell you
16  exactly why.
17         So the chapter on androgenetic
18  alopecia, page 42 of Dr. Sperling's book.  If
19  you will allow me to find the section.  I'm
20  looking at page 48 of Dr. Sperling's book,
21  second paragraph, and it's the second
22  sentence down starting with "Many observers
23  have indicated sebaceous lobules are enlarged
24  in androgenetic alopecia, while still others

Page 151

1  have suggested they are unchanged or even
2  reduced in number."  So I think that
3  addresses the first point.
4          As far as the second point that
5  Ms. Stewart does not exhibit solar elastosis,
6  if we refer to pathology report, on biopsy
7  A -- I'm sorry, biopsy D, Dr. Rosic did a
8  special stain, one was a PAS special stain
9  which usually is done for purposes of
10  evaluating for microorganisms, and a second
11  one was a colloidal iron stain.
12         And Dr. Rosic points out, and
13  I'm looking at page 503, that the colloidal
14  iron stain highlights increased amount of
15  mucin in the tissue.  So this is under
16  microscopic description, part D, last
17  sentence.
18         I think we all agree based on
19  looking at Dr. Rosic's report, Dr. Roger's
20  report, Dr. Heilman's report, that
21  Ms. Stewart does not have lupus
22  erythematosus, that is one setting where
23  increased mucin in the dermis is observed.
24         So the question is what do we

Page 152

1  make in terms of this amount of mucin in the
2  tissue.  So I address that in my legal
3  report, and I say that colloidal iron is not
4  the specific stain for mucin, and it can be
5  positive in solar elastosis.  I can refer you
6  to the exact page in my report if you'll
7  allow me.
8          The down side to having such
9  long reports.  I apologize.
10  Q.    That's okay.
11  A.    Page 53.  Sorry for taking so
12  long.
13  Q.    No problem.
14  A.    Before we get to the last
15  paragraph, right above it, the last sentence,
16  "I should add, however, that increased mucin
17  deposition is not necessarily specific for
18  lupus among other entities can be seen in
19  the setting of solar elastosis (photodamaged
20  skin)," which can be seen in the setting of
21  androgenetic alopecia.  And the reference to
22  that is Chan, et al from the article in the
23  Journal of Cutaneous Pathology.
24  Q.    Are you done with your answer?

Page 153

1  A.    Yes, I'm done.
2  Q.    Thanks so much.
3          I'm going to move you to
4  Exhibit 4, which is going to be your report
5  you've been referencing quite a bit.
6          (Whereupon, Volpicelli Exhibit
7      Number 4 was marked for
8      identification.)
9  A.    I'm holding it.
10  BY MR. GOMEZ:
11  Q.    All right.  Terrific.  So let
12  me turn you to page, it looks like 7.
13  A.    Okay.
14  Q.    And you state in the second
15  full paragraph, "In a typical scenario, the
16  dermatologist/clinician is separate and
17  independent from the dermatopathologist, to
18  avoid bias.  A physician who wears both the
19  dermatologist and dermatopathologist hats in
20  a given case, as Plaintiff's expert Dr. Rosic
21  did in this case, may be biased."
22          And so what is the basis of
23  your statement that typically the
24  dermatologist/clinician is separate and apart

Elgida R. Volpicelli, M.D.

Page 154

1  from the dermatopathologist?
2      A.    Well, based on my clinical
3  practice, none of my dermatologists read
4  their own slides, they send them to me, I'm
5  their dermatopathologist.
6      Q.    Have you known
7  dermatopathologists that are also
8  dermatologists?
9      A.    Yes, I have.
10     Q.    And do those dermatologists
11  read their own slides?
12     A.    Not that I recall actually.
13         I'm sorry, I want to clarify
14  that. So dermatologists that are
15  dermatopathologists can read their own
16  slides. I've seen them read their own
17  slides. I don't recall a situation where I
18  remember one of these
19  dermatologists/dermatopathologists reading
20  their own slides in regards to alopecia.
21     Q.    So are you saying that under
22  those -- okay.
23         You can't point to any rule or
24  ethical guideline which suggests that a

Page 155

1  dermatologist who is also trained as a
2  dermatopathologist should not read their own
3  slides?
4      A.    I cannot think of any
5  particular rule, no. But I can tell you from
6  experience in terms of alopecia at least, at
7  least the dermatologists that are also
8  dermatopathologists that I've worked with
9  really don't like to read their own alopecia
10  slides.
11     Q.    And why is that in particular?
12     A.    They like to be unbiased. They
13  already examined the patient, that they have
14  a broad differential clinical diagnosis.
15  Having a second pathologist who doesn't --
16  who perhaps knows their differential
17  diagnosis but doesn't know everything about
18  the patient the way they do, they might come
19  to a conclusion that's slightly different and
20  perhaps more realistic.
21         The reason why I also say that
22  is that if I were to refer you to Dr. Rosic's
23  medical report, and I'm specifically looking
24  at our dated version 506, the number is 506,

Page 156

1  under "Assessment and Plan," bullet point
2  number one, it says, "Alopecia," and the next
3  line says, "Suspect chemotherapy-induced
4  alopecia. Biopsy times two performed today."
5          So that just makes me
6  understand that perhaps that was the only
7  diagnosis that Dr. Rosic entertained.
8          And even when I first read
9  Dr. Rosic's legal report, what I thought to
10  myself immediately right from the get-go was
11  I wish Dr. Rosic had contributed her clinical
12  differential diagnosis in this case, which I
13  don't recall seeing in the legal report. And
14  usually a clinical differential diagnosis
15  tends to be broader than that to allow for
16  thoughts entertaining more plausible causes
17  as we were discussing earlier when you wanted
18  to make sure that I had entertained PCIA at
19  length.
20     Q.    Thank you.
21         Do you agree that multiple
22  types of alopecia can be seen in the same
23  specimen, that is, you can have findings for
24  multiple types of alopecia in the same

Page 157

1  specimen?
2      A.    Yes, I agree with that
3  statement. Specifically as it pertains in
4  this particular case, I think we illustrate
5  the point that we're dealing with a
6  multifactorial alopecia, being CCCA and
7  androgenetic alopecia.
8      Q.    On page 14 of your report, and
9  I think you otherwise testified to this,
10  under "Hair Counts" you talk about the fact
11  that "a biopsy from Ms. Stewart's 'normal'
12  scalp was not obtained."
13         So is that part of your
14  protocol for an alopecia workup, to obtain a
15  biopsy from the normal scalp?
16     A.    So when say my protocol, you
17  have to keep in mind, Counsel, that I am a
18  pathology trained dermatopathologist so I
19  don't see patients in the setting of alopecia
20  to perform my own biopsies essentially.
21         But my clinicians do understand
22  that if they were confronted with a clinical
23  scenario where they would be entertaining
24  androgenetic alopecia as a potential

Elgida R. Volpicelli, M.D.

Page 158

1  diagnosis, it would be to their advantage to
2  include a baseline biopsy of an area that's
3  unaffected, because then the information that
4  I render is more useful to them in terms of
5  establishing exactly the severity of the
6  androgenetic alopecia that they're dealing
7  with.
8      Q.    And do you believe that there
9  were normal, unaffected parts of
10  Ms. Stewart's scalp that could have been
11  biopsied?
12      A.    I believe so, yes.
13      Q.    What do you base that upon?
14      A.    Based on the pictures that
15  Dr. Rosic herself obtained, as well as the
16  pictures, the very detailed numerous pictures
17  that Dr. Rogers obtained.
18      Q.    All right.  Let me turn you to
19  page 15 in your report.
20      A.    Okay.
21      Q.    And under "Examples of Common
22  Alopecia," the second paragraph, second
23  sentence, you state, "In broad terms,
24  scarring alopecia includes those diseases in

Page 159

1  which hair follicles are permanently lost."
2          Do you agree with that
3  definition of scarring alopecia?
4      A.    Yes, I do.
5      Q.    Do you agree that it's been
6  reported that women that have suffered from
7  PCIA have reported or shown hair follicles
8  that are permanently lost?
9          MS. COHEN:  Objection to form.
10      A.    So again, the definition of
11  permanent, in order to prove that something
12  is permanent you should try and exhaust all
13  available medications, I would think.
14          And I again would like to refer
15  you to Exhibit E, Dr. Rosic's reference list,
16  and specifically tab number 6,
17  Dr. Freites-Martinez, et al, "Assessment of
18  Quality of Life and Treatment Outcomes of
19  Patients with Persistent Chemotherapy
20  Alopecia."
21          So the group evaluated two
22  study arms, one was PCIA on one hand, and the
23  other one was patients with endocrine
24  therapy, the other hand.  Both sets of

Page 160

1  patients developed persistent alopecia
2  following chemotherapy.  In over half of both
3  of those groups they achieved significant
4  regrowth with minoxidil and spironolactone.
5          So to me that means that
6  entity, number one, is not permanent, and the
7  reason why it's not permanent is because it
8  would stand to reason that the hair follicles
9  were not lost permanently, otherwise they
10  wouldn't have been able to regrow.
11      Q.    Right.
12          So if the hair follicles were
13  lost permanently, then even minoxidil would
14  not make hair regrow, correct?
15          MS. COHEN:  Objection to form.
16      A.    I'm saying inflammatory
17  scarring, cicatricial alopecia, such as
18  Lichen planopilaris, CCCA, these are
19  progressive diseases.
20          The use of medication -- and
21  I'm sure that Dr. Rogers and Dr. Rosic can
22  testify to this better than I since they're
23  the clinicians, the use of medication will
24  stop the progression of degrees -- of

Page 161

1  disease, slow it down, ameliorate it, but
2  they can't stop it forever.
3          So what happens in inflammatory
4  scarring alopecia, that hair follicle is
5  entirely obliterated and replaced by a
6  fibrous scar.  So to that extent, in that
7  fibrous scar hair cannot regrow.
8  BY MR. GOMEZ:
9      Q.    Let me turn your to page 24, if
10  I may.  And you talk about endocrine therapy
11  induced alopecia.
12          Are you there?
13      A.    Yes, I see that.
14      Q.    I believe we discussed this
15  earlier, but correct me if I'm wrong, but as
16  you sit here today, you cannot say to a
17  reasonable degree of medical certainty that
18  Ms. Stewart has suffered from endocrine
19  therapy induced alopecia, correct?
20          MS. COHEN:  Objection to form.
21      A.    As I sit here today, I cannot
22  say that Ms. Stewart has not suffered from
23  endocrine-induced hair loss.
24          ///

Elgida R. Volpicelli, M.D.

Page 162

BY MR. GOMEZ:

1 Q. Likewise, you cannot say that
2 she has, correct, to a medical degree of
3 certainty? You cannot include that in your
4 diagnosis as you sit here today, correct?
5 A. That would be in my
6 differential diagnosis from a clinical
7 perspective.
8 And as far as the
9 histopathologic criteria for
10 endocrine-induced alopecia, there isn't a lot
11 of studies on that looking specifically at
12 the histopathology. The reason being,
13 because clinically these patients present
14 with pattern alopecia that's similar to
15 androgenetic alopecia, so the thought process
16 is it looks exactly like androgenetic
17 alopecia, therefore histopathologically will
18 also look like androgenetic alopecia.
19 To that extent, the
20 androgenetic alopecia component I see in this
21 biopsy could be contributed by endocrine
22 therapy, sure.
23 Q. Is that your opinion to a

Page 163

1 51 percent degree of medical certainty today?
2 A. Yes, it is.
3 Q. All right. I'm going to turn
4 you to page 26.
5 A. I'm there.
6 Q. The last sentence, "As to the
7 duration required to be considered
8 'persistent' or 'permanent,' some believe
9 12 months should be allowed for regrowth and
10 others believe the condition should not be
11 considered permanent/persistent if medication
12 can result in regrowth." You say, "I prefer
13 to use the term 'persistent alopecia' to mean
14 incomplete hair growth during or after the
15 use of certain medications, including
16 chemotherapy."
17 So do you have any criteria or
18 definition that you apply, namely whether
19 it's 12 months after cessation of therapy or
20 in the absence of medication? How would you
21 define it?
22 A. I think generally speaking,
23 generally speaking, based on my review of the
24 literature, most folks believe that the

Page 164

1 definition for PCIA should be sometime around
2 six months, six months following treatment,
3 if there is incomplete or absent regrowth six
4 months following any treatment.
5 However, as we discussed
6 earlier, even when looking at Exhibit E,
7 which is Dr. Rosic's reference material, if
8 you look at all of the 22 references in
9 there, there is inconsistencies in the
10 literature. So some people say three months,
11 six months, 12 months.
12 Tab number 10 -- I'm sorry,
13 actually tab number 9, Kim, et al, his group
14 observed regrowth 6 to 12 months after
15 cessation of treatment.
16 So again, this just underlies
17 the inconsistencies, which is why there is no
18 diagnostic clinical criteria.
19 Q. You state, "Others believe the
20 condition should not be considered permanent
21 or persistent if medication can result in
22 regrowth."
23 What others? Do you have a
24 citation to a body of literature or some

Page 165

1 finding?
2 A. I can't recall specifically at
3 this moment. I'm sure that I can circle back
4 and get back to you on that. And I'm sure
5 that I even encountered this general
6 sentiment in Dr. Sperling's Chapter 35 of
7 Hair Atlas.
8 Q. Okay. Let me turn you to
9 page 34.
10 A. 34.
11 Q. And you're discussing the
12 Sedlacek article, right?
13 A. Yes. Yes, I see that.
14 Q. And so the last sentence on
15 that page, "This leads me to believe that it
16 was impossible to control for
17 variables/confounders that would have an
18 impact on if and when this subset of patients
19 would develop alopecia, including but not
20 limited to age, family history, hair
21 density/characteristics prior to chemotherapy
22 initiation, presence or absence of menopause,
23 nutrition status/vitamin deficiencies, and
24 endocrine therapy status."

Elgida R. Volpicelli, M.D.

Page 166

1    What is the basis of your
2 conclusion that they were unable to control
3 through those variables?
4    A.    So in my opinion, the main
5 limitation of this study was the fact that
6 it's a retrospective cohort study, single
7 individual, the oncologist, small cohort,
8 homogeneous cohort, but most importantly this
9 is not published in a peer-reviewed journal.
10 This was an abstract back in 2006 at one of
11 the Cancer Society meetings.  As such, a lot
12 of the data were not disclosed.
13    Why this never made it to
14 print, I cannot testify to that.  However, in
15 that short abstract the author -- I don't
16 recall reading any information regarding
17 objectivity measuring alopecia.  As a matter
18 of fact, I think there is a sentence here
19 that Dr. Sedlacek himself -- on page 35 of my
20 report, Dr. Sedlacek states, "Most of the
21 patients with PSA" -- as he refers to it, so
22 again inconsistency in nomenclature -- "would
23 describe their hair as..."  That leads me to
24 believe for a lack of any other explanation

Page 167

1 that this was self-reporting alopecia.
2    So there is no objective
3 measure of the alopecia by a dermatologist,
4 of course not, but not even by an oncologist,
5 and there's no other information offered as
6 to prior history of alopecia, family history
7 of alopecia, menopausal status, prior history
8 of other surgeries, what was their -- a lot
9 of breast cancer patients -- you know, we're
10 discussing breast cancer in the setting of
11 Breast Cancer Awareness month.  So a lot of
12 breast cancer patients are, like our patient,
13 hormone receptor positive, and they'll go on
14 to take endocrine therapies such as
15 letrozole, for example, and that would be a
16 confounding factor, because we discussed at
17 length, those patients could develop a
18 pattern alopecia very similar to androgenetic
19 alopecia.
20    Q.    Do you believe that in the
21 Sedlacek study that there was a dermatologist
22 that evaluated the participants for hair
23 loss?
24    A.    If there was, the reader is not

Page 168

1 made aware of it.  I read that abstract and I
2 don't believe I -- I don't recall reading
3 anywhere in there that there was objective
4 measure of the alopecia and who it was done
5 by, suffice again to say, as I read earlier
6 that statement "most of the patients would
7 describe their hair as."  I assume that to
8 mean that it was self-reported.
9    Q.    All right.  If we turn you to
10 page 36, you're discussing the Martin study?
11    A.    Yes.
12    Q.    And you state, "When it comes
13 to measuring the outcome, like with the other
14 two studies mentioned above, the authors do
15 not objectively and blindly assess for
16 alopecia but rather rely on patient reported
17 outcomes.  Among others, this is one of the
18 most important limitations of this study."
19    So do you believe that the
20 patients in that study were not examined by a
21 dermatologist?
22    A.    I believe if there were, it
23 wasn't disclosed, or not that I recall for it
24 to be disclosed.

Page 169

1    Q.    At page 37, there's a -- you
2 began your discussion of the Kang study.
3    A.    Yes.
4    Q.    On the next page you say,
5 "However, the major limitation of this study
6 is its small and homogeneous cohort of
7 patients."
8    What do you mean by
9 "homogenous"?
10    A.    So if I recall correctly, that
11 was a study of 61 patients all in Korea.  So
12 when you're dealing with such a small number,
13 61 Korean patients, it is difficult to
14 extrapolate the findings, whatever those
15 findings might be to the population at large.
16    Q.    So by "homogeneous," do you
17 mean Korean?
18    A.    Correct.
19    Q.    Do you believe that the scalps
20 and hair follicles and all those sorts of
21 things of Koreans are the same?
22    MS. COHEN:  Objection to form.
23    A.    I believe them to be different
24 actually, Counsel.  The hair ranges are

Elgida R. Volpicelli, M.D.

Page 170

1  different in Asian populations as opposed to
2  African-Americans or Caucasians.
3        African-American hair
4  specifically tends to be more fragile because
5  of its elliptical shape, for example.  Korean
6  hair is different from that.
7     Q.    Can you turn to page 42,
8  please?
9     A.    Okay.
10    Q.    All right.  And you discuss
11 findings that have been shown in PCIA to
12 include marked "follicular miniaturization,
13 significant catagen/telogen shift, increased
14 number of fibrosis streamers and stellae,
15 increased vellus hairs, no inflammation to
16 minimal inflammation, the presence of
17 endstage avascular fibrous tracts/stellae,
18 the presence of dysmorphic telogen units,
19 pigment casts, diffuse presentation, absence
20 of scarring and absence of marked/significant
21 inflammation."
22       And then you go on to say,
23 "These features, however, are also seen with
24 other forms of alopecia."

Page 171

1       Is it true that all those
2  findings together in one person would suggest
3  to you the presence of PCIA rather than some
4  other form of alopecia?
5     MS. COHEN:  Objection to form.
6     A.    If I were to see all of these
7  findings in a particular patient -- which is
8  not our patient, by the way, our patient is
9  not this close to these findings, and that's
10 the key difference here.
11       But if I were to see all of
12 these findings that we reiterated in a single
13 patient, I would seriously consider this rare
14 entity of persistent alopecia following
15 chemotherapy.
16 BY MR. GOMEZ:
17    Q.    Let me turn you to page 46.  At
18 the top you say, "Because it is non-scarring
19 (and therefore by definition not permanent),
20 persistent alopecia following chemotherapy is
21 potentially treatable and therefore should
22 not be classified as 'permanent' or
23 'irreversible' as a general matter, and
24 certainly not in an individual case as here

Page 172

1  where treatment attempts have not been made
2  and exhausted."
3        So do you believe that taxanes
4  can cause permanent loss of hair follicles?
5     MS. COHEN:  Objection to form.
6     A.    Based on the current
7  literature, there is no scientific evidence
8  that taxanes cause persistent hair loss.
9  BY MR. GOMEZ:
10    Q.    So you don't believe that the
11 taxanes can kill hair follicles?
12    A.    Causality has not been
13 established.
14    Q.    Underneath that it states,
15 "Taxotere/Docetaxel," and you say, "I am
16 familiar with Taxotere/docetaxel and its use
17 as an effective chemotherapy treatment for
18 breast cancer."
19       Had you heard of Taxotere and
20 docetaxel prior to your involvement in this
21 case?
22    A.    Yes, I have.
23    Q.    And how had you heard of it?
24    A.    Well, in addition to

Page 173

1  dermatopathology, I also sign out surgical
2  pathology, and breast pathology is a big
3  chunk of what I do.  So I look at the core
4  biopsies, lumpectomy specimens, mastectomy
5  specimens, so I'm well familiar with a Stage
6  IIIA aggressive -- locally aggressive breast
7  cancer such as our patient has.
8        And as part of our standard of
9  care protocol at Stamford Hospital, we all
10 sit down together with radiation oncologists,
11 breast surgeons, oncologists, to discuss
12 pathology, clinical findings, surgery
13 findings, and ultimately discuss how to best
14 treat this patient.
15       So I've heard those terms used
16 by our oncologists, by our breast
17 oncologists, so they're not new to me.
18    Q.    All right.  Have you discussed
19 with oncologists that you work with whether
20 they believe that taxanes can cause permanent
21 hair loss?
22    A.    No, I haven't.
23    Q.    You state, "To my
24 understanding, Sandoz' docetaxel label has at

Elgida R. Volpicelli, M.D.

Page 174

1  all times contained multiple warnings that
2  'alopecia' and 'hair loss' may result from
3  administration which in my opinion
4  encompasses both temporary hair loss/alopecia
5  as well as persistent hair loss/alopecia."
6           You've not ever prescribed
7  docetaxel, have you?
8      A.    No, Counsel, I have not
9  prescribed docetaxel.
10     Q.    Have you had any particular
11 education or training in the adequacy of
12 warnings on pharmaceutical drugs?
13          MS. COHEN:  Objection to form.
14     A.    While I may not have had a
15 formal training session on administration, I
16 am a clinician, I am an MD, I am a doctor,
17 I'm a physician, we're faced with situations
18 like this throughout our entire training
19 process where we need to be able to know and
20 to read labels, inserts, adverse effects, so
21 I'm comfortable.
22 BY MR. GOMEZ:
23     Q.    So do you believe that prior to
24 Sandoz including the language that hair loss

Page 175

1  was persistent, do you believe that
2  prescribing oncologists understood that
3  docetaxel could cause permanent hair loss in
4  their patients?
5           MS. COHEN:  I do need to
6       object.  And I don't want to have a
7       speaking objection, but the language
8       that you just cited I don't think is
9       correct, Mr. Gomez, about the hair
10      loss was persistent.  I don't know
11      what you're referring to on that.
12 BY MR. GOMEZ:
13     Q.    So let me see how you wrote it
14 in your report.
15          Okay.  Do you believe that
16 oncologists understood from Sandoz's
17 docetaxel label warning of alopecia and hair
18 loss, those words alone, do you believe that
19 oncologists understood that Sandoz's
20 docetaxel could cause permanent hair loss?
21     A.    Well, I can tell you that the
22 term alopecia or hair loss in and on itself
23 is a broad term without any temporal
24 limitations, so it could mean temporary,

Page 176

1  or/and it could mean persistent or permanent.
2           To that extent, I believe that
3  I recall reading our expert oncologist
4  report, and that's Dr. Reddy and Dr. Foote,
5  but also I recall, not in a lot of detail,
6  but I recall going through Dr. McCanless's
7  deposition as well, who was Ms. Stewart's
8  treating oncologist, and I don't recall that
9  Dr. McCanless felt uncomfortable with those
10 broad terms, or disclosed that those did not
11 lead him to think that it might be temporary
12 or persistent in any way, shape, or form.
13          As a matter of fact, from what
14 I recall from his deposition, I'm not so sure
15 that he would entertain prescribing any other
16 medication for Ms. Stewart other than
17 docetaxel, because docetaxel is a potent, yet
18 very efficacious therapy.
19          Quite honestly, if I were to
20 refer you to the TAX 316 study, which
21 constitutes the gold standard in study
22 design, that study clearly establishes that
23 if an efficacious medication is a lifesaving
24 medication that increases disease-free

Page 177

1  survival, and this in no way, shape, or form
2  determined that it causes persistent
3  alopecia.
4           And to that extent how
5  wonderful that as we sit here today, Breast
6  Cancer Awareness Month, Ms. Stewart is
7  disease-free years after her diagnosis for a
8  locally aggressive breast cancer.
9      Q.    So are you aware of alternative
10 chemotherapy regimens that would have been
11 available to her at the time that would not
12 result in permanent alopecia?
13     A.    So I'm not an oncologist, so I
14 wouldn't presume to know better than
15 Ms. Stewart's treating oncologist.  I have no
16 reason to doubt Dr. McCanless, he sounds like
17 a wonderful and caring physician.  I think he
18 provided the gold standard at the time.
19     Q.    What is that based upon, your
20 opinion that he provided the gold standard at
21 the time?
22     A.    Based on my review of his
23 deposition and a review of the report of our
24 expert oncologists, including Dr. Reddy's

Elgida R. Volpicelli, M.D.

Page 178

1  report, Dr. Foote's report, and even our
2  pharmacokinetics expert, Dr. Schwartz.
3      Q.    All right. Have you talked to
4  any other oncologist about whether the
5  warning originally in effect was adequate to
6  warn oncologists that docetaxel could cause
7  permanent alopecia in some patients?
8      A.    No, I have not talked to any
9  oncologists on that.
10     Q.    Let me turn you to page 47,
11 please.
12         MS. COHEN: We've been going
13     two hours, but if you're okay, we can
14     keep going, or do you need a break?
15         THE WITNESS: Can we take a
16     little break?
17         MS. COHEN: Sure. Are we at a
18     good time? We have been going two
19     hours. I just want to make sure the
20     doctor gets a little break.
21         MR. GOMEZ: Yeah, we've been
22     going an hour six. Let's take five.
23         MS. COHEN: I'm sorry, I was
24     off an hour. Never mind.

Page 179

1         THE WITNESS: Keep going. I'll
2     drink my tea. No problem.
3         MS. COHEN: Do you want me go
4     get you another hot tea?
5         THE WITNESS: I'm fine.
6         MS. COHEN: Okay. Sorry about
7     that, John.
8         MR. GOMEZ: It's all good.
9  BY MR. GOMEZ:
10     Q.    So are you good, Doctor?
11     A.    I'm okay. And I'm on page 47.
12     Q.    Excellent.
13         So there's a reference to a
14 "Tara Rheubottom, PA is a dermatology
15 physician's assistant who specializes in hair
16 loss in African-American women."
17         Do you see that?
18     A.    Yes, I do.
19     Q.    Did you write that sentence?
20     A.    Of course I did. All the
21 medical opinions in this report are all mine.
22     Q.    Okay. So you didn't use the
23 same language as Dr. Rogers in this
24 paragraph, did you?

Page 180

1      A.    I'm sorry, Counsel, but I had
2  no idea what Dr. Rogers' report looked like
3  until after I was done with mine and they
4  were all handed in.
5      Q.    Okay. You report that Tara
6  "Rheubottom, PA is a dermatology PA who
7  specializes in hair loss in African-American
8  women." And so what's the basis of that
9  statement?
10     A.    I recall reading her
11 deposition. I was very impressed by her
12 credentials. And sometimes I know you cannot
13 detect tone from reading materials because
14 it's not the same as talking to somebody
15 face-to-face, but I could tell that even by
16 just reading her deposition she loved -- she
17 loves, I should say, what she does, and she's
18 vested, and she cares.
19     Q.    All right. Thank you.
20         Let me turn you to page 48,
21 please.
22     A.    Okay.
23     Q.    There's a discussion at the top
24 of that page about vitamin B levels.

Page 181

1      A.    Yes.
2      Q.    You state, among other things,
3  "While her current vitamin D level is normal,
4  she has a history of vitamin D deficiency."
5         So I want to focus on that
6  "while her vitamin D level is normal." Under
7  those circumstances, wouldn't you expect her
8  hair to regrow if she had lack of hair
9  because of vitamin D deficiency?
10     A.    I don't know the temporal
11 relationship there. So at the time that I
12 looked at her vitamin D levels they looked
13 normal, but when did they normalize. I'm not
14 sure when that happened. And I'm not certain
15 how long it would take after a vitamin D
16 deficiency for hair to fully grow back.
17     Q.    Would you expect hair to fully
18 grow back at some period of time after
19 vitamin D levels returned to normal?
20     A.    If the vitamin D deficiency was
21 the sole and only cause for the alopecia, I
22 would presume so, speaking in general.
23     Q.    All right. There's a statement
24 at the end of that paragraph, "That

Page 182

1   Dr. Petronic-Rosic did not order adequate lab
2   studies such as these suggests bias in her
3   clinical diagnosis."
4           Do you see that?
5       A.   I do see that.
6       Q.   Have you ever ordered blood
7   work for a patient?
8       A.   I'm a pathology trained
9   dermatopathologist, and as such I don't see
10  alopecia patients, so it stands to reason
11  that I would not order blood work.
12      Q.   All right.  Do you know whether
13  there were any clinical indications of a need
14  to order blood work for Ms. Stewart?
15      A.   I can just speak in general
16  from my interactions with my clinical
17  counterparts, with my dermatologists.  I know
18  that one of the first things that they will
19  do when they see a patient before they even
20  decide to biopsy them, standard protocol is
21  to order labs in order to exclude nutritional
22  deficiencies, vitamin deficiencies, mineral
23  deficiencies, and so on.
24      Q.   And so assuming that Dr. Rosic

Page 183

1   actually saw Ms. Hughes and there were no
2   clinical indications of anemia or hematocrit
3   or clinical signs of thyroid disease, do you
4   still believe that she should have ordered a
5   blood workup?
6           MS. COHEN:  Objection to form.
7       A.   If it were me, if I was the
8   treating clinician, especially in the setting
9   of previous history of vitamin D, it would
10  make me think that this patient perhaps is
11  more likely to have other mineral or vitamin
12  deficiencies or nutritional deficiencies.
13  It's not a harmful test, it's a blood test,
14  and the patients can do it while they're
15  going for their annual and they're drawing
16  blood for their cholesterol and whatnot, so
17  there's no danger necessarily associated with
18  it.  And it would have allowed her to
19  evaluate again for her thyroid function,
20  parathyroids, reassess vitamin D if
21  necessary, zinc, ferritin, iron, and whatnot.
22      Q.   All right.  Thank you.
23          Let me turn you to page 51, if
24  I can.

Page 184

1       A.   Which page?  I'm sorry.
2       Q.   51.
3       A.   Yes.
4       Q.   And do you see the second
5   paragraph starts, "Overall, Ms. Stewart's
6   punch biopsy A"?
7       A.   Yes, I see that.
8       Q.   And you go on to say, "At first
9   glance, one does not get a global impression
10  that there is marked variation in hair
11  diameter size."
12          So if there was such a global
13  impression, would that signify the presence
14  of androgenetic alopecia?
15      A.   Does the lack -- the lack of
16  that marked variation does not exclude
17  androgenetic alopecia.  However, what it does
18  do, it makes PCIA less likely, because again,
19  if I may refer you to page 54, when you're
20  looking at that bottom picture, panel A,
21  that's a striking miniaturization that I'm
22  referring to that's usually been described in
23  these patients that have been labeled as
24  having PCIA in the literature.

Page 185

1       Q.   At the bottom of page 51, you
2   say, "While I agree with Dr. Petronic-Rosic
3   that stellae are also present, the so-called
4   'streamers' found in early androgenetic
5   alopecia can be difficult to distinguish from
6   the follicular stellae found below a normal
7   terminal follicle that has temporarily
8   entered the catagen/telogen phase."
9           So are streamers different than
10  stellae?
11      A.   No.  They can be used
12  interchangeably.
13      Q.   Let me turn you to page 53,
14  please.  The last sentence, "For example,
15  there are no pigment casts, peribulbar
16  lymphocytic inflammation, basaloid/dysmorphic
17  telogen germinal units, or endstage avascular
18  fiber tracts."
19          On the deeper sections are
20  there basaloid/dysmorphic telogen germinal
21  units?
22      A.   No, there aren't any.  And I
23  think I explained that multiple times.  But
24  what Dr. Rosic labeled this, a dysmorphic

Elgida R. Volpicelli, M.D.

Page 186

1  telogen unit, is indeed a physiologic
2  secondary hair germ, also known as a TGU or
3  telogen germinal unit.
4      Q.   Are there avascular fibrous
5  tracts on the deeper sections?
6      A.   No, there aren't.
7      Q.   Does well-developed CCCA
8  feature areas of scarring with follicular
9  loss?
10         MS. COHEN:  Object to the form.
11         THE WITNESS:  I'm sorry?
12         MS. COHEN:  I just objected.
13     A.   Was that a question, Counsel?
14  I'm sorry, could you repeat it?
15  BY MR. GOMEZ:
16     Q.   Yes.
17         Does well-developed CCCA
18  feature areas of scarring with follicular
19  loss?
20     A.   Where is that?  Where are you
21  reading from?  I'm sorry.
22     Q.   I'm just reading my question.
23         MS. COHEN:  Not your report.
24     A.   I'm looking at my report.  I'm

Page 187

1  so sorry about that.
2         MS. COHEN:  Let me interpose an
3     objection again.
4         But go ahead.
5     A.   I'm sorry, Counsel, would you
6  please mind repeating one more time?
7  BY MR. GOMEZ:
8     Q.   Does well-developed CCCA
9  feature areas of scarring with follicular
10  loss?
11     A.   Yes, it does.
12     Q.   Does CCCA leave celia behind?
13     A.   It could, because what happens
14  is CCCA from the stretch of the scarring
15  alopecia, you would probably see a shift into
16  telogen.  Any time you get a shift into
17  telogen/catagen the fiber streamers are
18  physiologic, and you can track them up to the
19  telogen or catagen unit.
20     Q.   At page 57 in your report --
21     A.   Okay.
22     Q.   -- you state, "The presence of
23  scarring alopecia in this case therefore
24  excludes persistent alopecia following

Page 188

1  chemotherapy as a plausible cause for
2  Ms. Stewart's alopecia."
3         Can you explain that?
4     A.   Which sentence is that?
5     Q.   Under "Conclusion," it is the
6  last sentence of the first paragraph.
7     A.   So what I'm trying to say there
8  is that the main culprit that explains
9  Ms. Stewart's alopecia is CCCA.  CCCA is a
10  scarring alopecia.  So it's no doubt that the
11  main culprit is the scarring alopecia,
12  therefore it cannot be PCIA, which is a
13  non-scarring alopecia.
14     Q.   Why do you say again that PCIA
15  is a non-scarring alopecia?
16     A.   As we discussed extensively
17  earlier, and this is a point that I want to
18  be very firm on, because I explained that
19  there is a lot of inconsistencies in the
20  literature, and because of the
21  inconsistencies and the experts disagreeing
22  with each other, the histopathologic criteria
23  have yet to be defined.
24         However, the unifying theme,

Page 189

1  which is not to be disputed, throughout the
2  literature is that indeed CCCA as an entity
3  is a non-scarring alopecia where you can get
4  hair follicles dropout in the sense that you
5  have decreased hair density, but follicular
6  units are retained.
7         And then Dr. Rosic herself
8  showed us on page 2 of her rebuttal report
9  with only seven follicular units remaining as
10  opposed to the normal 12.  That is analogous
11  to follicular dropout, which is seen and
12  consistent with scarring alopecia which in
13  this case is CCCA.
14     Q.   All right.  Thank you.
15         Did you get a chance to read
16  and review Dr. Rosic's deposition?
17     A.   I did.  I did read Dr. Rosic's
18  deposition.
19     Q.   And are you able to describe
20  for us any particular criticisms or
21  disagreements that you noted, other than what
22  we've already discussed and what is in your
23  report?
24         MS. COHEN:  Objection to form.

Elgida R. Volpicelli, M.D.

Page 190

1    A.    There was so much information
2 that I don't recall any specific details.
3 However, if there's something that stands out
4 to you particularly, I'd be happy to address
5 it.
6 BY MR. GOMEZ:
7    Q.    Did you get a chance to read
8 Dr. Rogers' deposition?
9    A.    I did.  Yes, I did.
10    Q.    All right.  Anything in her
11 deposition that you disagree with?
12        MS. COHEN:  Same objection.
13    A.    I don't recall disagreeing with
14 anything in Dr. Rogers' deposition.
15 BY MR. GOMEZ:
16    Q.    All right.  And in this case, I
17 think you have in your report what you're
18 charging, but what are you charging for your
19 role in this case?
20    A.    So for today, which is a
21 deposition day, I'm charging $5,000.  And
22 then my rates for preparing the report and
23 everything else is billed at $450 an hour as
24 outlined in my fee schedule.

Page 191

1    Q.    And have you analyzed cases
2 other than Ms. Hughes for Sandoz?
3        MS. COHEN:  Ms. Stewart, I
4    think you meant to say.
5        MR. GOMEZ:  I'm sorry,
6    Ms. Stewart.  My apologies.  Thank
7    you.
8        MS. COHEN:  No problem.
9    A.    No, I have not.
10 BY MR. GOMEZ:
11    Q.    All right.  I'm going to show
12 you Exhibit 5, which are your invoices which
13 we received, I think, last evening.
14        (Whereupon, Volpicelli Exhibit
15    Number 5 was marked for
16    identification.)
17 BY MR. GOMEZ:
18    Q.    So there's a total amount due,
19 last invoice in August, of $54,000.  Does
20 that sound like that's right as of August,
21 54,000?
22    A.    Yes, that sounds about right as
23 of August.
24    Q.    And have you provided Sandoz

Page 192

1 with an additional invoice since that time?
2    A.    I haven't.  I've been keeping
3 track of additional hours, but I've not
4 tallied them up, and I have not provided them
5 with an actual invoice.
6    Q.    What's your best estimate of
7 the additional hours that you've worked on
8 this case since August?
9    A.    Probably around in the range of
10 20 to 25 hours.
11    Q.    All right.  Was that before
12 today or including today?
13    A.    I'm terrible at math, but I
14 would say including today.
15    Q.    Including today.  But you don't
16 know how long today is.
17    A.    I have to specify that today is
18 a little different, because today falls on
19 the flat fee that we discussed earlier of the
20 deposition, so these hours today don't get
21 tallied up.
22    Q.    Okay.  And so in terms of
23 setting aside the hours today, what's your
24 best estimate about how many hours you've

Page 193

1 worked on this case since August?
2    A.    I would say probably around 20,
3 25 hours.
4    Q.    All right.  Thank you.
5        Let's look at -- let me see if
6 I can find it.
7        MR. GOMEZ:  Exhibit 6 will be
8    the reliance list that I believe is
9    the updated one that we were provided
10    last night.
11        If you want to look at that,
12    Lori, too, and just confirm that's the
13    good list.
14        MS. COHEN:  I think that's
15    right.  And I think we've had some
16    people on our team look at it on what
17    you've posted to make sure, so I think
18    we're in good shape.
19        (Whereupon, Volpicelli Exhibit
20    Number 6 was marked for
21    identification.)
22 BY MR. GOMEZ:
23    Q.    Doctor, after looking at
24 Exhibit 6, that that looks to be an accurate

Elgida R. Volpicelli, M.D.

Page 194

1  list of the materials that you relied upon in
2  terms of formulating your opinions in this
3  case?
4     A.    Yes, I agree.
5     Q.    Let's pull up Exhibit 7.
6           (Whereupon, Volpicelli Exhibit
7     Number 7 was marked for
8     identification.)
9  BY MR. GOMEZ:
10    Q.    Exhibit 7 is a notice of
11 deposition in this case.  At page 7 there's a
12 request for documents.  And I know that your
13 counsel served objections in response, which
14 we'll mark after this, Lori.
15          Did you make attempts to
16 provide documents responsive to this request
17 responsive, along with counsel?
18    A.    I'm sorry, what was the
19 question?
20    Q.    Sure.
21          Did you look at this -- did you
22 attempt to comply, working with your lawyer,
23 did you attempt to comply with this document
24 request?

Page 195

1     A.    Absolutely.  There's no reason
2  why we wouldn't comply.
3     Q.    All right.  Very good.
4           MR. GOMEZ:  And then we'll just
5     mark as Exhibit 8, Lori, your
6     responses and objections.
7           (Whereupon, Volpicelli Exhibit
8     Number 8 was marked for
9     identification.)
10          MS. COHEN:  Thank you.
11          MR. GOMEZ:  You got it.
12 BY MR. GOMEZ:
13    Q.    And so, Doctor, you know,
14 taking your report into account and all of
15 our discussion here today, have we now
16 discussed the opinions that you intend to
17 render and provide to the jury in this case?
18          MS. COHEN:  Objection to form.
19    A.    I believe we've discussed
20 extensively the report and my opinions which
21 are reflected in my report at length, yes.
22          MR. GOMEZ:  All right.  Very
23    good.
24          Lori, do you want to take a

Page 196

1  little break before you do your thing,
2  if you're going to do anything?
3           MS. COHEN:  Yeah.  I'm not
4  going to be that extensive, but why
5  don't we take a short break, if that's
6  okay with everybody.  Ten minutes.
7           THE VIDEOGRAPHER:  Off the
8  record at 2:27 p.m.  This concludes
9  tape three.
10          (Whereupon, a recess was
11 taken.)
12          THE VIDEOGRAPHER:  We're back
13 on the record at 2:41 p.m.  This
14 begins tape four.
15          MS. COHEN:  Thank you.  Thank
16 you, Mr. Gomez.  I'm just going to
17 hopefully have just a few followup
18 questions here.
19          EXAMINATION
20 BY MS. COHEN:
21    Q.    Dr. Volpicelli, are you doing
22 okay?
23    A.    Yes, I'm doing okay.  Thank
24 you.

Page 197

1     Q.    It's a little awkward because
2  I'm sitting next to you, but the camera due
3  to our remoteness here is in front of you, so
4  if you can just look in that direction as
5  best you can.
6           So Mr. Gomez asked you
7  questions in the very early part of the day,
8  in the first hour, about your experience.  I
9  want to go back to that just ever so briefly.
10          I think you testified that
11 you're not a board-certified dermatologist,
12 is that correct?
13    A.    That's correct.
14    Q.    Do you work closely in your
15 practice and since you've been practicing
16 with dermatologists?
17    A.    Yes.
18    Q.    Describe that.
19    A.    I work very closely with them.
20 As a matter of fact, we consider each other a
21 team.  They call me up all the time, discuss
22 clinical presentations, discuss the
23 diagnosis.  We teach each other.  It's a
24 never ending experience.  I'm very blessed

Page 198

1  with my dermatology colleagues.
2      Q.    You described early in the
3  deposition that you feel you are qualified in
4  dermatology.  Does this ongoing collaborative
5  experience that you're describing add to
6  that?
7      A.    Definitely, by all means,
8  because to that extent they describe the
9  patient so well to me.  And I'll say, there's
10  particular one dermatologist I'm very close
11  with, sometimes I will go to clinic with him
12  and even examine certain patients with him.
13        So it's a never ending
14  experience.  I never cease to learn, see
15  patients through them, if not in person they
16  describe them so well when they call me up to
17  discuss the differentials that I feel like
18  I'm there with the patients examining them.
19      Q.    Do those discussions and
20  differentials that you're discussing again in
21  the collaborative spirit there, does that
22  cover things like hair loss and alopecia?
23      A.    Absolutely.  Particularly hair
24  loss and alopecia, because those are the

Page 199

1  difficult patients, and you really need a
2  good clinical picture of those patients to be
3  able to help your dermatologists.  And my
4  dermatologists know that, so that's why they
5  always include me.
6      Q.    I think you said earlier that
7  you're doing at least one biopsy a week
8  addressing alopecia?
9      A.    On average, yes.  As a matter
10  of fact, just last Friday I had an alopecia
11  biopsy that I signed out that was consistent
12  with androgenetic alopecia, which fits with
13  the clinical, I had to look at over 20 levels
14  to get to that conclusion.
15      Q.    Now, there were some questions
16  Mr. Gomez posed to you about seeing patients.
17        Did you have an opportunity in
18  your training, that is residency and
19  fellowship, to see dermatology patients?
20      A.    We had to, that was part of our
21  training.  We absolutely had to.  The
22  clinical component was a requirement.  So I
23  saw over 100 patients easily during that
24  single year of training.

Page 200

1      Q.    Are there -- and how many years
2  of training did you have between residency
3  and fellowship?
4      A.    Between residency and
5  fellowship, I can't even count.  It feels
6  like forever.  Like we discussed earlier, I'm
7  so bad in math, but it feels like a lifetime.
8      Q.    You did a year of fellowship?
9      A.    Yes.
10      Q.    What was your residency, how
11  many years?
12      A.    Three years.
13        I thought you were including
14  medical school as well.  So I did medical
15  school, I did basic science research after
16  medical school, and then residency and
17  everything.  That's what feels like a long
18  time.
19      Q.    Do you see dermatology patients
20  throughout residency as well as fellowship?
21      A.    Throughout residency I did, in
22  the extent that I spent a lot of time, more
23  than, say, perhaps they even wanted me to in
24  the derm-path department because I knew I

Page 201

1  wanted to do dermatopathology, and I loved it
2  so much.  So yes, I did.
3      Q.    Did you also see patients
4  during fellowship?
5      A.    We had to.  It was a
6  requirement.
7      Q.    Now, today, since you've been
8  practicing and out of your training, are you
9  stilled called on to see patients from time
10  to time?
11      A.    As a matter of fact, I am.  In
12  the hospital where I work we don't have an
13  inpatient dermatology team, so no inpatient
14  dermatology coverage, so any time there's an
15  issue that's derm-related, my medical team or
16  my surgery team will call me up, and I'll go
17  up to the floor and look at the patient with
18  them.
19      Q.    Now let's look at Exhibit 1
20  which Mr. Gomez marked, and I believe this is
21  your curriculum vitae.  It's already an
22  exhibit.  It's attached to your report as
23  well.
24        And your report, as I

Elgida R. Volpicelli, M.D.

Page 202

1  understand it, is marked as Exhibit 4, if I
2  have my numbers right.  So basically
3  Exhibit 1 as well as part of Exhibit 4, for
4  all of those keeping track of exhibits.
5           And I think his question was
6  whether you had any specific reference to
7  alopecia or hair loss in your curriculum
8  vitae.
9           Do you recall that?
10      A.    Yes, I do remember that
11  question.
12      Q.    And I think you referred him to
13  grand rounds as one of the areas where you
14  cover these issues, is that correct?
15      A.    Yes, that's correct.
16      Q.    Now, despite the fact that the
17  word alopecia or hair loss may not appear in
18  your curriculum vitae, do you consider
19  yourself an alopecia and/or hair loss
20  specialist within the dermatopathology
21  specialty?
22      A.    I do.  As a matter of fact, I
23  do.
24      Q.    Why is that?

Page 203

1      A.    Taking into consideration the
2  extensive education, training that I've done,
3  to this extent, the extensive review of the
4  literature, the details that I know in terms
5  of the literature, and specifically as it
6  pertains to PCIA, I consider myself an expert
7  in this topic.
8      Q.    Did you have this interest in
9  the subject area within dermatopathology
10  before we called on you to look at this case?
11      A.    Yes, I did.  And I think I
12  mentioned that when Mr. Gomez was asking as
13  well.  Dermatopathology is an interest, I
14  developed it very early, since I was a
15  first-year resident.
16           And then alopecia specifically,
17  I was always interested in alopecia even
18  during my residency, but I think the person
19  that really fostered that was my former
20  mentor, Dr. Elston, at the academy.
21      Q.    Was that at the Ackerman
22  Academy of Dermatopathology?
23      A.    Yes.
24      Q.    That is listed on your CV under

Page 204

1  your Professional Training?
2      A.    Yes.
3      Q.    Okay.  Move along to the next
4  topic here.
5           There was an earlier point in
6  the deposition, and again I'm trying to give
7  us kind of the time frame, I think this was
8  before lunch, where I believe, if I wrote it
9  down correctly, you said, I can confidently
10  say that there's no evidence that establishes
11  that docetaxel can cause alopecia.  I wanted
12  to go back there just for a moment.
13           Were you referring to
14  persistent alopecia, or something else?
15      A.    I was referring exactly to
16  persistent alopecia.  Because of course in
17  the acute setting, docetaxel, just like any
18  other chemotherapeutic agent, can cause
19  anagen arrest or anagen effluvium, again in
20  the acute setting.
21      Q.    And when we called on -- when
22  you were first contacted in this case, I
23  think I have the -- let's see, it was -- it
24  looks like it's in your invoices, which were

Page 205

1  marked as Exhibit 5, it looks like you got an
2  introductory call in 2019, based on that.
3           Now, were you open at that
4  point to the possibility or the, you know,
5  potential that docetaxel could cause PCIA?
6      A.    Absolutely.  Absolutely.  And I
7  have to say I was not steered in any
8  direction or another.  As a matter of fact, I
9  perhaps focused on it even more so of a
10  possibility than I would have otherwise in my
11  daily clinical practice because of this
12  litigation, so I really wanted to make sure
13  that I considered it thoroughly.
14      Q.    So at some point did you look
15  at, I don't know, either the complaint or
16  something that made it clear to you that
17  plaintiffs were alleging that the docetaxel
18  caused PCIA?
19      A.    Yes.  And I believe that I
20  covered that point with Mr. Gomez already.
21  But that's when I referred to our Bated
22  document 506 which is the medical evaluation
23  that Dr. Rosic performed.
24           Under the Assessment and Plan,

## Page 206

1 under number 1 where it says "Alopecia,"
2 "Suspect chemotherapy-induced alopecia biopsy
3 times two."
4        And that was the only entity
5 within the differential diagnosis which,
6 specifically in a case like this, I would
7 have expected Dr. Rosic to have quite a broad
8 differential diagnosis.
9     Q.    Okay.  Did you understand early
10 on that the plaintiff in this case, Mr. Gomez
11 and his team, were making this allegation?
12    A.    Yes.  Yes, I did.
13    Q.    So on the defense side we
14 retained you in 2019, as we said.  Did we
15 direct you or try to influence you at all in
16 terms of where your differential diagnosis
17 should go?
18    A.    No, not at all.  From the
19 get-go, the understanding was that all you
20 guys were interested in was my honest and
21 unbiased opinion.
22    Q.    And what about as between you
23 -- and I think Mr. Gomez may have asked this,
24 but just to be clear -- as between you and

## Page 207

1 Dr. Rogers and Dr. Heilman, did you have any
2 communication with each other at all during
3 the course of the case, the retention or the
4 review?
5    A.    No, not at all we didn't
6 discuss the case.  I don't know Dr. Rogers.
7        To the extent of my
8 communication with Dr. Heilman, it was simply
9 to hand off the slides, and that was it.
10    Q.    Did you have any idea what the
11 reports were going to say before you saw them
12 as produced?
13    A.    I had no idea.  But suffice to
14 say that after everything was handed in and
15 the report became available for all of us to
16 review, seeing the similarities across the
17 board among the three of us as independent
18 unbiased reviewers was very reassuring.
19    Q.    Again, have you talked to them
20 since?  Have you shared any thoughts since?
21    A.    No, neither one of them.
22    Q.    Some questions were posed to
23 you by Mr. Gomez about women having thinning
24 of hair on other parts of the body other than

## Page 208

1 the head.
2        Do you recall those questions?
3    A.    Yes, I do.
4    Q.    What are some reasons or causes
5 of women having thinning hair in other parts
6 of the body, again not just on the head but
7 anywhere on the body?  What can cause that?
8    A.    Sometimes it can be
9 age-related, sometimes it could be
10 nutritional deficiencies, vitamin
11 deficiencies.
12        In the setting of autoimmune
13 disorders, hormonal imbalances -- in the
14 setting of autoimmune disorders, I'm thinking
15 specifically of entities like alopecia
16 areata, Lichen planopilaris, which is an
17 example of scarring alopecia, for example.
18    Q.    When I said other parts of the
19 body, let me be more specific.  Does that
20 include eyebrows?
21    A.    Yes.
22    Q.    And did you review -- I know
23 Dr. Rosic did not review this, but did you
24 happen to review Ms. Stewart's deposition

## Page 209

1 testimony?
2    A.    Yes, I did.
3    Q.    Did you also look at it again
4 at lunchtime today?
5    A.    I did.  I did.  And it was
6 fortuitous that I did review it, because it
7 did remind me that Ms. Stewart specifically
8 stated that she always had thin eyebrows that
9 she needed to pencil in with her makeup, for
10 her makeup.
11    Q.    Did you read the part about her
12 plucking habits before chemotherapy and
13 after?
14    A.    Yes, I did.
15    Q.    Do you believe that to be
16 consistent with your analysis in this case?
17    A.    Yes, I do.
18    Q.    Okay.  There was some mention
19 earlier today about UpToDate, and I think
20 Mr. Gomez asked you about that.  He did not
21 attach it or attach any version of it, so we
22 won't unless you need to see it, but let me
23 just ask a general question.
24        He said, I guess, whether you

Page 210

1 thought it was a reliable authority.
2      Do you remember him asking you
3 that question?
4      A.    Yes, I do.
5      Q.    Does that mean that you agree
6 with everything in it?
7      A.    I do believe it's a reliable
8 authority, however, I do not agree with
9 everything in it, no.
10      Q.    There was an UpToDate on
11 alopecia related to systemic cancer therapy.
12      Do you recall reading that?
13      A.    Yes, I do.
14      Q.    Do you recall, I think, citing
15 to that maybe in your exhibit?
16      A.    Yes, I do.  I actually used one
17 of the figures out of that report, yes.
18      Q.    Now, as to the UpToDate portion
19 about PCIA, did you agree or disagree with
20 that?
21      A.    I don't agree with everything
22 that's in it.
23      Q.    Mr. Gomez asked you a few
24 questions where he used words "assume" or

Page 211

1 "presume."  Just generally speaking, did you
2 have to assume or presume anything in this
3 case?
4      A.    No.
5      Q.    Did we ask you to assume or
6 presume anything in this case?
7      A.    No, you didn't.
8      Q.    There were questions during the
9 earlier part of the deposition by Mr. Gomez
10 about, I'll use quotes, "the failure to
11 evaluate superficial levels."  That may have
12 come from your report, and I believe he asked
13 you about that.  And also another quote from
14 your report about sampling or biopsying so
15 few levels.
16      Do you recall that?
17      A.    Yes, I do.
18      Q.    Is there any -- can you provide
19 us, the jury, the judge, or us with an
20 explanation of why a dermatopathologist
21 would, again, fail to evaluate superficial
22 levels or only evaluate a few levels?  What
23 would be any legitimate reason to do that?
24 Is there one?

Page 212

1      A.    The only thing I can think of
2 is if they're specifically trying to avoid
3 certain findings, and to avoid documenting
4 certain findings.
5      Q.    Okay.  There was, I guess, a
6 question about -- I think you made the
7 commentary, and then there was a question by
8 Mr. Gomez about Dr. Rosic's agenda.
9      Do you recall that?
10      A.    Yes.
11      Q.    Let's go ahead and mark as an
12 exhibit, we'll mark this as Exhibit -- I
13 guess 9 will be the next one, the -- again
14 since we keep referring to it, this is the
15 biopsy report, the dermatology surgical
16 report of Ms. Stewart.
17      (Whereupon, Volpicelli Exhibit
18 Number 9 was marked for
19 identification.)
20      MS. COHEN:  Bates number
21 PLTF-502 to 507.  We'll pull that up.
22      Mr. Gomez, do you have that?
23 We can e-mail it to you if it's
24 easier.  I know it's been referred to

Page 213

1 earlier today.
2 BY MS. COHEN:
3      Q.    Again, in reference to this,
4 quote, I'm going to use air quotes, "agenda,"
5 what were you referring to in terms of the
6 biopsy?
7      MR. GOMEZ:  Objection.  Form.
8      A.    I'm sorry, so specifically we
9 already discussed with Mr. Gomez, I was
10 referring to Bates 506 under the Assessment
11 and Plan.  It becomes clear from the get-go
12 that the only thing Dr. Rosic considered was
13 chemotherapy-induced alopecia.
14 BY MS. COHEN:
15      Q.    Is there anything else
16 referenced in terms of a differential
17 diagnosis in the medical report that we just
18 referenced?
19      A.    No, not that I saw, and I was
20 very surprised by that.
21      Same thing goes for the legal
22 report.  I was surprised, and I wished I saw
23 an actual differential diagnosis.
24      Q.    Did you notice inconsistencies

Page 214

1 between the medical and the legal reports by
2 Dr. Rosic?
3     A.    Yes, yes.  And in fact, we did
4 discuss why these inconsistencies.  If you
5 look at the legal report, she says that the
6 biopsies were obtained from the vertex scalp.
7 However, in the actual pathology report,
8 parts A and B are both labeled as skin
9 occipital scalp horizontal biopsy for A and
10 vertical for B.
11     Q.    And on that point, Mr. Gomez, I
12 believe, had the rebuttal report of Dr. Rosic
13 out, which was marked earlier as Exhibit 3,
14 if you have that in front of you.
15     A.    Yes, I do.
16     Q.    And turn to page 6.  I just
17 want to make sure there's no confusion about
18 that.
19         I think after you were
20 discussing this occipital versus vertex
21 inconsistency earlier, Mr. Gomez then pointed
22 to page 6, and her response.  Let's see, the
23 third paragraph.
24         Do you see that?

Page 215

1     A.    Yes, I do.
2     Q.    Does that address the vertex
3 versus occipital discrepancy?
4     A.    No, it doesn't.
5     Q.    What does this go to?
6     A.    This simply clarifies the type
7 of biopsies that she did, which were punch
8 biopsies, two of them, and how she sectioned
9 them in an oncology lab.  One was
10 horizontally sectioned, the other one was
11 vertically sectioned.
12     Q.    And I guess to pick up on that
13 point, does that paragraph, that is the third
14 paragraph there, adequately address your
15 point in the second paragraph?
16     A.    No, it doesn't.  Again, I have
17 no issues with the fact that one of the
18 punches was sectioned vertically and the
19 other horizontally.
20         What I pointed out in my
21 criticism was that the horizontally sectioned
22 punch biopsy was inadequately sectioned
23 because it should have -- the workup should
24 have been completed.

Page 216

1         What that means is it should
2 have allowed for us to evaluate the entire
3 length of the hair follicle from the bulb to
4 the superficial infundibulum, and the
5 original cuts did not do that.
6     Q.    Look at page 7, if you will, on
7 that same rebuttal report by Dr. Rosic,
8 Exhibit 3.
9     A.    Yes.
10     Q.    There's a page that's entitled
11 "Dermatopathology Grossing Guidelines."
12     A.    Yes.
13     Q.    Do you recall Mr. Gomez asking
14 you some questions about that?
15     A.    Yes, I do.
16     Q.    I think he asked you whether
17 you believe that Dr. Rosic complied with her
18 own grossing guidelines.
19         Do you recall that?
20     A.    Yes, I do.
21     Q.    Does that in any way, again,
22 change your opinions in this case?
23     A.    No, it doesn't.
24     Q.    Does that clear up any of the

Page 217

1 inconsistencies, whether it be the lack of
2 superficial layers, the vertex versus
3 occipital, does that in any way reassure you
4 about those issues?
5     A.    No, it doesn't.
6     Q.    Why not?
7     A.    So basically this was just her
8 method which still -- her method of
9 evaluation which still omits evaluating the
10 entire length of the hair follicle, which
11 needs to be done for two purposes:  Number
12 one, to establish an accurate hair count,
13 which you can only do when you look at the
14 superficial dermis to account for vellus hair
15 follicles; and number two, you need those
16 superficial levels in order to address the
17 presence or absence of the scarring alopecia.
18     Q.    So you've now read over two
19 reports of Dr. Rosic, two depositions that
20 she gave.  Has she ever given an explanation
21 or a reason for why she didn't do the
22 superficial levels?
23     A.    Not that I recall, no.
24     Q.    Or why she had vertex in her

Elgida R. Volpicelli, M.D.

Page 218

1 legal report and occipital in her medical
2 report?
3     A.    Not that I recall.
4     Q.    Now, let's turn to your report
5 which again was marked, as we said earlier,
6 as Number 4.  And just quickly on Exhibit E,
7 kind of the back few pages.
8     A.    Yes.
9     Q.    Mr. Gomez asked you a few
10 questions about, I think, kind of your
11 methodology and your first pathologic
12 assessment followed by your supplemental, and
13 the supplemental, I guess, falls on pages --
14 mine are Bates numbered, so it's 22, 23.
15     A.    That's correct.  I have those.
16     Q.    Now, just to be clear to a
17 jury, judge, or anyone, was there some error
18 that occurred in your methodology?
19     A.    Absolutely not.
20     Q.    Can you just explain to us why,
21 I guess -- and Dr. Rosic was the one who
22 pointed it out, or Mr. Gomez pointed out her
23 comments about it, why do you have this -- I
24 guess we'll call it a further elaboration in

Page 219

1 the second part of this?
2     A.    So in the original review of
3 the slides that were provided by Dr. Rosic,
4 specimen B establishes a clearcut picture of
5 cicatricial alopecia consistent with CCCA,
6 and there's no doubt about that.
7          Specimen A, however, was an
8 inadequate section.  And as I already
9 described, in order to comment on the
10 presence or absence of a cicatricial
11 alopecia, you need to be able to evaluate the
12 superficial dermis, the infundibulum, the
13 upper isthmus, and that was not the case
14 there.
15          So when Dr. Rosic herself,
16 referring to biopsy A, specifically states
17 there is minimum inflammation, there is no
18 significant fibroplasia, and things like
19 that, of that nature, she's trying to
20 undermine the presence of cicatricial
21 alopecia --
22          (Zoom interference because of
23 paper shuffling.)
24     A.    She's trying to downplay the

Page 220

1 role that CCCA plays in contributing to the
2 alopecia in this case.
3          I looked at both biopsies A and
4 B objectively, separately, described the
5 histopathologic for both of those
6 different -- for both of those A and B
7 biopsies separately, and then combined those
8 findings to render the conclusion which is
9 unchanged even with the additional amended
10 report.
11          And again, the reason why
12 originally part A just says consistent with
13 non-scarring alopecia is because the features
14 consistent with CCCA were not available to
15 comment on based on the level where Dr. Rosic
16 sectioned.
17     Q.    I'm looking at the realtime,
18 and I don't know if we'll be able to recreate
19 exactly what was said with the noise that
20 came in from the 617 area code, but I think
21 you were starting to say something about
22 unequivocally and conclusively there was
23 CCCA.
24     A.    Part B?

Page 221

1     Q.    I just want to make sure that
2 we can capture that.
3     A.    Yes.  So again, the point that
4 I'm trying to make is that when I looked at
5 both biopsies from part A and part B, I
6 described the histopathologic findings
7 separately and independently from both of
8 those biopsies, and then combined them to
9 come to the conclusion which remains
10 unchanged in the addendum.
11          In part B, there is
12 unequivocal -- there is unequivocal presence
13 of CCCA, scarring alopecia.
14          So in part A, on the other
15 hand, because the sections failed to evaluate
16 the superficial portions of the hair
17 follicle, which is what normally would be
18 affected in the scarring alopecia, you could
19 not comment either way whether scarring
20 alopecia was present or not.
21          So as it stood, with the most
22 superficial level that we had from
23 Dr. Rosic's lab, being at the junction of the
24 subcutaneous tissue and the deep dermis,

Elgida R. Volpicelli, M.D.

Page 222

1 there were no features of CCCA to look for
2 there, and that's why everything we saw was
3 consistent with a non-scarring alopecia.
4 Q. The one point that, again, I
5 hope we didn't lose, I think you were making
6 a point about Dr. Rosic finding CCCA.
7 Do you believe she found CCCA?
8 A. Well, she does claim that she
9 agrees with the diagnosis with CCCA. And I
10 do believe she found it, it's in part B, and
11 it's unequivocally present.
12 Q. Now, again, did the deeper
13 sections in your analysis further confirm or
14 corroborate what --
15 A. Yes. So that was exactly the
16 point. The deeper, more superficial sections
17 allows me to evaluate the area that is
18 commonly affected in scarring alopecias, and
19 those features were present.
20 Furthermore, I found evidence
21 of premature desquamation of the inner root
22 sheath, which is a specific diagnostic
23 feature of CCCA, clinching the diagnosis even
24 further, corroborating what we already knew

Page 223

1 and was already established by biopsy B.
2 Q. Now, just to shift to one last
3 question hopefully. Mr. Gomez asked you
4 about endocrine-induced -- endocrine therapy
5 induced alopecia.
6 Do you recall that?
7 A. Yes, I do.
8 Q. And did you also -- I think
9 this may have come up earlier, did you read
10 not just Dr. Rogers' report, but also her
11 deposition?
12 A. Yes, I did.
13 Q. Do you agree or disagree with
14 Dr. Rogers who said to a reasonable degree of
15 medical certainty that this should be on the
16 differential diagnosis as a cause of hair
17 loss?
18 A. Yes, I absolutely agree with
19 that.
20 And as discussed with Mr. Gomez
21 earlier, while there is no characteristic
22 described feature, histopathologic features
23 of androgenetic alopecia in the literature,
24 based on the clinical presentation where it

Page 224

1 mimics androgenic alopecia, the
2 histopathologic findings are presumed to be
3 the same.
4 So it could very well be that
5 the androgenetic alopecia component that I'm
6 seeing here is contributed indeed by her
7 endocrine therapy.
8 Q. Now, obviously there's a lot of
9 material that you reviewed, and I know,
10 again, you said you reviewed two reports of
11 Dr. Rosic and two depositions of Dr. Rosic.
12 Can you think of any other, at
13 this time, any issues of inconsistency or
14 disagreement with her, if you can think of
15 it, or is it just too much material to try to
16 come up with something more?
17 A. I think we've covered a lot of
18 ground. The one thing that I recall from her
19 deposition is her trying to explain
20 listing -- and this is perhaps, I think for
21 me as a dermatopathologist, the most
22 important thing, her explanation as to why
23 she was listing PCIA under a scarring
24 alopecia. And she went on to try and explain

Page 225

1 that in her opinion, and this is how she
2 would feel, that it must be scarring because
3 the hair follicles are empty and lost and
4 whatnot.
5 And I think with Mr. Gomez, we
6 sort of covered this at length, and how I
7 really described that the one unifying theme
8 in the literature and a point that is not up
9 for dispute is the fact that PCIA is
10 considered to be a non-scarring alopecia.
11 So it puzzles me that Dr. Rosic
12 would feel like that, and not rely on
13 standard of care and the available
14 literature, but go on to form her own
15 opinion.
16 Q. The Exhibit E list that has
17 been attached now to the Exhibit 2, does that
18 also contain most of what you're talking
19 about, her list?
20 A. Yes.
21 Q. And her literature that she
22 cited to?
23 A. Yes, indeed. I think to refer
24 back to Exhibit E on her report, the specific

Elgida R. Volpicelli, M.D.

Page 226

1  articles that I did cite to were tab number 5
2  on her Exhibit E which specifically says it's
3  non-scarring form of alopecia with preserve
4  follicular units, and this the Fonia, et al
5  article. And then tab 14 in her Exhibit E,
6  which is the Dr. Miteva, et al article as
7  well that specifically states the
8  non-scarring alopecia with presentation of
9  follicular units.
10  Q. Have you seen anything in all
11  of your review and all of your background,
12  training, and experience that supports
13  Dr. Rosic's assumption, proposition,
14  conclusion, whatever you want to call it,
15  Dr. Rosic's opinion that PCIA is scarring?
16  A. No.
17  MR. GOMEZ: Objection. Form.
18  MS. COHEN: Okay. Those are
19  all the questions I have at this time.
20  Mr. Gomez, if you have any
21  additional, I'm going to pass the
22  witness.
23  MR. GOMEZ: No, thank you.
24  Safe travels.

Page 227

1  MS. COHEN: Thank you very
2  much.
3  THE VIDEOGRAPHER: Off the
4  record at 3:10 p.m. This concludes
5  the deposition.
6  (Whereupon, the deposition was
7  concluded at 3:10 p.m.)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 228

1  CERTIFICATE
2
3  I, MAUREEN O'CONNOR
   POLLARD, Registered Diplomate
   Reporter, Realtime Systems
4  Administrator, and Certified Shorthand
   Reporter, do hereby certify that prior
5  to the commencement of the
   examination, ELGIDA R. VOLPICELLI, M.D.,
6  was remotely duly identified and sworn
   by me to testify to the truth, the
7  whole truth, and nothing but the
   truth.
8
9  I DO FURTHER CERTIFY that
   the foregoing is a verbatim transcript
10  of the testimony as taken
   stenographically by and before me at
11  the time, place, and on the date
   hereinbefore set forth, to the best of
12  my ability.
13  I DO FURTHER CERTIFY that
   I am neither a relative nor employee
14  nor attorney nor counsel of any of the
   parties to this action, and that I am
15  neither a relative nor employee of
   such attorney or counsel, and that I
16  am not financially interested in the
   action.
17
18
19  MAUREEN O'CONNOR POLLARD
   NCRA Registered Diplomate Reporter
20  Realtime Systems Administrator
   Certified Shorthand Reporter
21  Notary Public
22  Dated: October 19, 2020
23
24

Page 229

1  INSTRUCTIONS TO WITNESS
2
3  Please read your deposition over
4  carefully and make any necessary corrections.
5  You should state the reason in the
6  appropriate space on the errata sheet for any
7  corrections that are made.
8  After doing so, please sign the
9  errata sheet and date it. It will be
10  attached to your deposition.
11  It is imperative that you return
12  the original errata sheet to the deposing
13  attorney within thirty (30) days of receipt
14  of the deposition transcript by you. If you
15  fail to do so, the deposition transcript may
16  be deemed to be accurate and may be used in
17  court.
18
19
20
21
22
23
24

Elgida R. Volpicelli, M.D.

| Page 230 |
| --- |

```
 1        - - - - - -
            E R R A T A
 2        - - - - - -
 3  PAGE LINE CHANGE
 4  ___ ___ _____
 5    REASON: _____
 6  ___ ___ _____
 7    REASON: _____
 8  ___ ___ _____
 9    REASON: _____
10  ___ ___ _____
11    REASON: _____
12  ___ ___ _____
13    REASON: _____
14  ___ ___ _____
15    REASON: _____
16  ___ ___ _____
17    REASON: _____
18  ___ ___ _____
19    REASON: _____
20  ___ ___ _____
21    REASON: _____
22  ___ ___ _____
23
24
```

| Page 232 |
| --- |

```
 1        LAWYER'S NOTES
 2  PAGE LINE
 3  ___ ___ _____
 4  ___ ___ _____
 5  ___ ___ _____
 6  ___ ___ _____
 7  ___ ___ _____
 8  ___ ___ _____
 9  ___ ___ _____
10  ___ ___ _____
11  ___ ___ _____
12  ___ ___ _____
13  ___ ___ _____
14  ___ ___ _____
15  ___ ___ _____
16  ___ ___ _____
17  ___ ___ _____
18  ___ ___ _____
19  ___ ___ _____
20  ___ ___ _____
21  ___ ___ _____
22  ___ ___ _____
23  ___ ___ _____
24  ___ ___ _____
```

| Page 231 |
| --- |

```
 2     ACKNOWLEDGMENT OF DEPONENT
 4     I, _____, do
    Hereby certify that I have read the foregoing
 5  pages, and that the same is a correct
    transcription of the answers given by me to
 6  the questions therein propounded, except for
    the corrections or changes in form or
 7  substance, if any, noted in the attached
    Errata Sheet.

10  _____
    ELGIDA R. VOLPICELLI, M.D.       DATE

16  Subscribed and sworn
17  To before me this
    _____ day of _____, 20____.
18  My commission expires: _____
19
20  _____
    Notary Public
```

Elgida R. Volpicelli, M.D.

**WORD**
**INDEX**

**< – >**
– 1:21, 21, 21

**< $ >**
**$450** 190:23
**$5,000** 190:21
**$54,000** 191:19

**< , >**
, 152:20

**< 0 >**
**02109** 3:17

**< 1 >**
**1** 6:10 25:7
26:8 29:14
40:18, 20
71:22, 24
201:19 202:3
206:1
**1:02** 131:4
**10** 6:4 49:4
50:14 117:19
133:2 134:13
164:12
**10:26** 58:9
**10:31** 27:1
**10:40** 58:14
**100** 199:23
**10036-6797**
5:10
**100X** 114:11
**104** 6:13
**1095** 5:9
**11** 142:16
143:5
**12** 34:6 50:14
84:10 86:10
109:18 121:19
135:16 163:9,
19 164:11, 14
189:10
**12:09** 129:22
**12:52** 115:23
**12th** 1:16 7:8
**13** 26:5
136:22 138:6

**14** 49:6, 10, 18
57:7, 10 61:1,
2 139:14
157:8 226:5
**15** 50:24
102:22 141:18
158:19
**153** 6:15
**16** 29:10
33:15 59:6
71:22 117:2
140:8, 14
142:3
**17** 105:12
106:2 117:1,
11 134:14
138:16
**1700** 2:7
**18** 50:13
117:10, 20
140:15
**19** 228:22
**191** 6:16
**193** 6:17
**194** 6:18 85:7
**195** 6:20
**196** 6:5
**1991** 28:7
29:4 31:2
**1996** 29:21
**1997** 72:2, 3
**1-centimeter**
126:15

**< 2 >**
**2** 6:10 26:16
58:17, 23
61:21 72:9
98:3 103:10,
13 104:17
106:1, 11, 21
114:23 115:5
123:10 127:19
129:23 137:12
138:11 144:13,
14 189:8
225:17
**2:17-cv-10817**
1:9
**2:27** 196:8
**2:41** 196:13

**20** 50:24
102:23 116:2
127:7 192:10
193:2 199:13
231:17
**2001** 70:7, 12
71:7
**2006** 166:10
**2010** 23:13
25:17 27:7
30:10, 13
31:19, 19 80:3
106:9
**2011** 61:12
110:3
**2012** 50:3
66:21
**2013** 42:12
**2017** 32:7
50:2 61:13
99:5 102:20
107:2 110:16
**2019** 44:15
80:9 83:18
205:2 206:14
**2020** 1:17 7:9
46:13 228:22
**21** 117:19
127:7 143:22
**212** 6:22
**212-641-5623**
5:11
**216-592-2286**
4:18
**22** 34:1 164:8
218:14
**23** 61:21
218:14
**24** 161:9
**25** 132:18, 20,
20 192:10
193:3
**2555** 3:6
**26** 37:3 145:6
163:4
**2740** 1:4
**2B** 107:6

**< 3 >**
**3** 6:13 34:5
103:3 104:8,

**12** 115:15
116:11 123:14
131:8 135:9
138:1, 22
142:16 214:13
216:8
**3:10** 227:4, 7
**30** 229:13
**30305** 2:18
**31** 147:15
**316** 176:20
**32** 117:19
**3333** 2:17
**335** 26:8
106:11
**34** 165:9, 10
**346** 121:16
**347** 106:20
**35** 49:20 50:1
61:5 66:22
85:2, 5 165:6
166:19
**36** 63:3
168:10
**37** 67:24
169:1
**38** 70:2
**39** 70:21 72:8
78:18

**< 4 >**
**4** 6:13 32:9
70:18, 19, 21
115:14 116:10
142:11 143:4
153:4, 7 202:1,
3 218:6
**40** 6:10 80:7
**41** 81:13
**42** 150:18
170:7
**44** 82:21
**44113** 4:17
**445** 1:14
**45202-2409** 4:9
**46** 171:17
**47** 86:17
178:10 179:11
**48** 150:20
180:20

**4-millimeter**
109:17 136:18

**< 5 >**
**5** 6:16 49:2,
10 50:1 61:1
87:13 191:12,
15 205:1
226:1
**50** 66:2
**502** 142:24
**503** 151:13
**506** 155:24, 24
205:22 213:10
**507** 6:22
212:21
**51** 98:3 163:1
183:23 184:2
185:1
**513-698-5000**
4:10
**53** 3:16
152:11 185:13
**54** 123:7
135:6 184:19
**54,000** 191:21
**56** 143:12
**57** 187:20
**58** 6:12

**< 6 >**
**6** 6:17 65:21
72:18 84:10
86:10 114:10,
18, 24 115:2, 5
121:19 127:16
137:21 139:6
145:4 159:16
164:14 193:7,
20, 24 214:16,
22
**600** 4:8
**60s** 31:6
**61** 169:11, 13
**617** 220:20
**617-213-7045**
3:18
**619-237-3490**
2:9
**64108-2613** 3:7
**655** 2:7

Elgida R. Volpicelli, M.D.

678-553-7320
2:19

< 7 >
7  6:18  104:24
109:19  131:8
137:2  138:12
147:18  153:12
194:5, 7, 10, 11
216:6
70s  25:20
26:3

< 8 >
8  6:18  72:18
125:3  195:5, 8
80  69:20
816-474-6550
3:8
877.370.3377
1:23
8-centimeter
126:13

< 9 >
9  6:20  33:19
146:19  164:13
212:13, 18
9:07  1:16  7:9
9:09  10:1
9:12  10:4
9:39  27:4
9:41  28:21
9:47  28:24
917.591.5672
1:23
92101  2:8
950  4:16
951  61:15
107:4, 6
110:18

< A >
a.m  1:16  7:9
10:1, 4  27:1, 4
28:21, 24  58:9,
14
AA  134:16
AAD  42:14
ability  228:11

able  13:9
16:21  37:16
42:20  70:13
83:20  111:19
112:1, 17
114:14  129:11
132:22  139:21
146:4  147:11
160:10  174:19
189:19  199:3
219:11  220:18
abreast  31:20
absence
111:10  146:3
163:20  165:22
170:19, 20
217:17  219:10
absent  100:4
149:5, 8  164:3
Absolutely
195:1  198:23
199:21  205:6,
6  218:19
223:18
Abstract
110:5  166:10,
15  168:1
Academy  24:9,
20  42:12  49:3
141:14  203:20,
22
accelerate
85:16
acceleration
89:23
accentuated
91:4
accepted
119:11
access  96:15
ACCORD  4:13
account
195:14  217:14
accurate
105:3  132:24
193:24  217:12
229:16
achieved  160:3
Ackerman
42:12  141:13
203:21

ACKNOWLED
GMENT  231:2
ACTAVIS  4:3,
4, 4
action  228:14,
16
actively  108:18
actual  12:14
22:4  55:16
77:7  79:21
93:16  108:18
126:17  139:5
140:22  192:5
213:23  214:7
acute  68:21
69:22, 23
76:13  84:6, 8
204:17, 20
add  62:13
73:9  104:2
152:16  198:5
addendum
221:10
addition  12:3
57:11  74:20
93:22  94:19
95:6  109:7
172:24
additional
14:22  17:21
18:15  19:4
64:22  85:20
102:8, 9, 13
104:20  116:16
140:9  142:3, 5
192:1, 3, 7
220:9  226:21
address
118:16  152:2
190:4  215:2,
14  217:16
addressed
90:16
addresses
151:3
addressing
41:18  199:8
adequacy
174:11

adequate
56:20  85:11
178:5  182:1
adequately
215:14
adjuvant  26:6
70:6  71:6
administered
27:8  79:13
administration
174:3, 15
Administrator
1:19  228:4, 20
Adriamycin
79:18
advance  16:8
advantage
158:1
adverse  174:20
advise  9:11
African-Americ
an  50:13
117:18, 24
170:3  179:16
180:7
African-Americ
ans  170:2
AFTERNOON
131:1
age  165:20
agenda  117:13
118:23  119:3
120:8  212:8
agenda,  213:4
agent  204:18
agents  29:17
76:14  87:23
age-related
208:9
aggravate
89:8, 15
aggregate
26:18  102:16
aggregates
51:6  107:7
aggressive
173:6, 6  177:8
ago  80:22
agree  24:19
25:3  34:2
52:9  55:3

59:15  60:1
62:9, 24  64:21
68:15  70:8
71:4  72:20
73:12  74:22
75:2  76:4
78:23  81:11
87:6, 21  88:7,
10, 13  93:4, 9
98:16  101:14
105:2, 7
107:14  108:3,
5  110:24
112:12  113:16
116:21  117:5
119:23  122:15,
17, 21  124:3,
17  125:20
134:21  135:1
136:4  137:7
138:4  140:7
144:7  146:12
148:3  151:18
156:21  157:2
159:2, 5  185:2
194:4  210:5, 8,
19, 21  223:13,
18
agreed  7:18
24:11  81:9
122:22
agreeing  25:10
agreement
141:24
agrees  222:9
ahead  9:4
32:2  41:6
52:12  105:16
119:6  187:4
212:11
air  84:6  213:4
akin  68:23
al  23:13  28:8
29:3, 12, 19
32:8  33:20
49:2, 4, 7  51:4
61:14  65:21
72:2, 2  99:5
102:20  106:7,
19  107:1
110:16  123:14

Elgida R. Volpicelli, M.D.

135:9 152:22
159:17 164:13
226:4, 6
**all,** 122:18
**allegation**
206:11
**alleging** 205:17
**allow** 81:6
146:11 150:19
152:7 156:15
**allowed** 34:4
60:10 163:9
183:18 216:2
**allows** 222:17
**alluded** 92:19,
21
**along,** 118:23
**alopecia** 12:2
13:7, 10, 11, 16,
18, 21 14:9, 14
16:3 19:20, 23
20:2, 10, 20
21:1, 15 22:1,
6 23:1, 24
24:4 26:10
27:11 28:9
29:5, 16, 24
30:5, 12 31:1,
9, 24 33:6, 18,
21 34:14
41:10, 13 42:3,
5, 10, 17, 24
43:16, 23 45:3
47:5 49:8, 21
50:24 51:19,
21, 23 53:1, 3,
5, 6, 8, 16, 20
55:1, 14, 18
57:15, 15, 17,
18, 18, 19 59:9,
12 60:2, 22
61:17 62:1, 7,
11, 19, 19, 21,
22 63:7 66:1
67:3, 9, 10, 10
68:24 69:23
72:3, 5 74:17
75:21, 23 76:7,
20 77:2, 11, 11,
16, 19 78:22
79:7, 11, 23

80:24 82:7, 15
85:15, 17 86:7,
13, 14 87:3, 24
88:19, 23
89:21 90:6
91:4, 7, 11, 19,
22 92:5 93:12
95:10 96:10
97:4, 16, 24
98:10 99:8, 13,
15, 18, 20, 23
100:8, 9 101:6,
23 102:24
108:12, 12
109:23 110:13,
19 111:12, 15,
24 119:12
120:21 121:12
122:23 124:14
126:5, 6, 10
127:12 131:13,
16 132:18
133:17, 19, 21
135:3 145:12,
16 146:4, 24
147:24 148:4,
10, 13, 14, 17,
19, 20 149:3
150:4, 13, 18,
24 152:21
154:20 155:6,
9 156:4, 22, 24
157:6, 7, 14, 19,
24 158:6, 24
159:3, 20
160:1, 17
161:4, 11, 19
162:11, 15, 16,
18, 19, 21
163:13 165:19
166:17 167:1,
3, 6, 7, 18, 19
168:4, 16
170:24 171:4,
14, 20 174:2, 4,
5 175:17, 22
177:3, 12
178:7 181:21
182:10 184:14,
17 185:5
187:15, 23, 24

188:2, 9, 10, 11,
13, 15 189:3,
12 198:22, 24
199:8, 10, 12
202:7, 17, 19
203:16, 17
204:11, 14, 16
206:2 208:15,
17 210:11
213:13 217:17
219:5, 11, 21
220:2, 13
221:13, 18, 20
222:3 223:5,
23 224:1, 5, 24
225:10 226:3,
8
**alopecia,**
59:24 156:2
158:22 206:1
**alopecias**
13:13 35:19
41:19 43:10
52:23 59:19,
23 86:15
108:14 109:12
222:18
**alopecia-type**
147:13
**alternative**
66:17 177:9
**Alternatively**
85:14
**ameliorate**
161:1
**amended**
220:9
**American**
24:9, 20 49:3
110:4
**Americas** 5:9
**amount** 42:21
151:14 152:1
191:18
**anagen** 68:10,
15, 22, 23
69:18, 21
72:16 114:3,
16 115:9
125:9, 10
137:18 138:2,

20, 22 139:8
204:19, 19
**analogous**
93:10, 11
109:20, 21
189:10
**analysis** 24:12
39:2 209:16
222:13
**analyzed** 191:1
**anastrozole**
94:2
**Anatomy**
87:16
**androgen-depe
ndent** 74:15
**androgenetic**
50:24 51:21,
23 57:17 62:1,
6, 11, 18, 19, 21
67:9 72:5
74:17 75:21,
22 77:10, 11,
16 85:16
86:13, 14 91:7,
19 97:16, 24
99:12, 15, 19,
23 100:8, 9
101:5, 22
102:24 108:12
111:12, 15
122:23 124:13
132:17 133:21
135:3 147:24
148:4, 10, 13,
14, 17, 18, 20
149:3 150:4,
13, 17, 24
152:21 157:7,
24 158:6
162:16, 17, 19,
21 167:18
184:14, 17
185:4 199:12
223:23 224:5
**androgenic**
53:5 224:1
**anemia** 183:2
**annotated**
104:23 114:22

144:14
**annual** 183:15
**anode** 25:7
**answer** 20:18
23:5 36:19
84:7 152:24
**answers** 231:5
**antagonist**
25:24
**anteriorly**
126:17 127:4
**Antonella**
29:11 49:7
61:3 80:2
106:19 110:3
**apart** 75:20
153:24
**Apologies** 9:2
191:6
**apologize** 9:21
79:4 152:9
**appear** 149:24
202:17
**APPEARANCE
S** 2:1 3:1 4:1
5:1
**APPEARED**
2:1
**appearing** 7:18
**appears** 132:8
**applicable** 9:7
**apply** 47:22
48:15 163:18
**approach** 40:7
116:15
**appropriate**
229:6
**approval** 29:20
**approximately**
13:15 69:20
95:14 111:3
**area** 91:4, 11
121:21 125:5
126:13, 15
158:2 203:9
220:20 222:17
**areas** 76:23
77:13, 17 92:8
186:8, 18
187:9 202:13

Elgida R. Volpicelli, M.D.

areata  53:3, 6
68:24  99:19
108:12  208:16
argue  60:8
100:1  117:22
123:1
argument
102:11
arm  66:3
83:22
arms  159:22
arrector  65:10
arrest  68:22
204:19
arrow  114:17,
20
arrows  138:3,
19  143:13
article  23:16
24:2, 6, 12
25:3  26:3, 8,
14  29:3, 12, 13,
20  31:5  32:8
33:16  49:5
50:1  61:2, 4,
15  65:22, 23
66:12  70:12,
17  71:19, 23
80:9, 11, 18, 21
81:5  83:9, 16,
18  88:3  99:5
102:20  106:22
110:3  121:12
123:14  152:22
165:12  226:5,
6
articles  22:20
27:15  30:3, 18,
24  31:3  34:2,
5  36:13, 16, 18,
21  37:6, 16
38:15  48:20
49:17  65:19
72:1  81:2
88:17  89:3
110:1  226:1
ASHLEY  5:6
ashley.flynn@d
echert.com
5:12

Asian  170:1
aside  192:23
asked  90:15
97:1  197:6
206:23  209:20
210:23  211:12
216:16  218:9
223:3
asking  21:7
32:19  75:1
77:5  84:5
94:16  102:3
115:16  203:12
210:2  216:13
assess  168:15
assessment
60:4  138:8
145:11  156:1
159:17  205:24
213:10  218:12
assessments
120:3
assist  13:2
assistance
17:22  18:4
assistant
17:20  131:19
179:15
assistants  14:6
15:3, 15, 17, 24
associated
112:6  113:14
183:17
association
82:6
assume  17:19
66:10  83:18
92:12  97:18
102:2, 4  168:7
210:24  211:2,
5
assuming  97:7
101:12  118:2
182:24
assumption
92:16  94:24
96:20  97:8
226:13
asterisked  61:5
Atlanta  2:18

Atlas  49:21
50:3  66:21
85:3  150:8
165:7
attach  209:21,
21
attached
40:23  201:22
225:17  229:10
231:7
attempt
194:22, 23
attempts
172:1  194:15
attend  22:21
attention
58:17  63:10
68:4  81:21
82:24  98:4
103:2  108:24
114:5  131:8
attorney
228:13, 15
229:13
ATTORNEYS
2:6
August  191:19,
20, 23  192:8
193:1
author  166:15
authored  42:2,
4
authority
88:11, 16
210:1, 8
authors  25:19
26:17  83:21
88:17  168:14
autoimmune
208:12, 14
available
26:16  27:20
39:1  40:12
46:10  50:5, 8
53:23  54:4
118:11  159:13
177:11  207:15
220:14  225:13
avascular
102:18  170:17
185:17  186:4

Avenue  1:15
4:16  5:9
avenues  85:18
average  13:15,
16  117:19
199:9
avoid  153:18
212:2, 3
aware  32:13
46:4  77:15
95:9, 12, 17
168:1  177:9
Awareness
167:11  177:6
awkward
197:1
Ayoub  72:2
Azael  65:21

< B >
back  10:3
14:22  16:23
19:4  20:18
27:3, 13  28:23
29:4, 24  31:2
34:23  37:1
58:13  73:2
84:9, 13, 20
116:10  131:3
142:9  165:3, 4
166:10  181:16,
18  196:12
197:9  204:12
218:7  225:24
background
39:12  42:22
226:11
BACON  3:5
bad  200:7
BAEHR  3:4
Baker  28:7
29:3, 19
balding  126:14
basaloid  26:18
51:6  102:16
185:16, 20
base  158:13
based  22:7
34:11  53:12
54:7, 22  55:4,
9, 13  56:5, 18

57:8  74:2
76:5  77:14
78:13  82:1
83:9  84:14
86:5  92:1
96:19  107:18
111:20  117:21
119:21  132:7
133:24  136:6
143:19  151:18
154:2  158:14
163:23  172:6
177:19, 22
205:2  220:15
223:24
baseline
118:11, 14
158:2
basic  200:15
basically
44:20  49:22
50:4  57:24
76:19  119:15
127:23  150:12
202:2  217:7
basing  77:6
basis  39:20
153:22  166:1
180:8
Bated  205:21
Bates  6:22
212:20  213:10
218:14
beautiful
140:18
began  169:2
beginning
37:3  83:4
begins  68:5
70:5  72:12
127:19  131:5
196:14
behalf  8:6
belief  55:5
78:5
believe  17:18
23:6  33:3
40:18  43:14
44:14  47:18
53:10  56:8
64:9  75:5

Elgida R. Volpicelli, M.D.

88:*16* 90:*1, 4, 6, 11, 16, 17* 94:*7* 95:*13* 108:*21* 112:*7, 20* 114:*8* 119:*19* 120:*16* 124:*23* 126:*16* 128:*2* 133:*12, 16* 134:*4* 136:*8* 144:*11* 148:*9* 149:*7* 150:*2* 158:*8, 12* 161:*14* 163:*8, 10, 24* 164:*19* 165:*15* 166:*24* 167:*20* 168:*2, 19, 22* 169:*19, 23* 172:*3, 10* 173:*20* 174:*23* 175:*1, 15, 18* 176:*2* 183:*4* 193:*8* 195:*19* 201:*20* 204:*8* 205:*19* 209:*15* 210:*7* 211:*12* 214:*12* 216:*17* 222:*7, 10*

**believes** 50:*15*
**Ben** 106:*7*
**benefit** 15:*8*
**BERNE** 4:*7*
**best** 127:*6* 136:*11* 173:*13* 192:*6, 24* 197:*5* 228:*11*
**better** 19:*12* 114:*13* 160:*22* 177:*14*
**bias** 119:*4* 153:*18* 182:*2*
**biased** 57:*4, 5* 153:*21*
**bible** 49:*21*
**big** 88:*18* 173:*2*
**biggest** 106:*18*
**bilaterally** 91:*9*
**billed** 190:*23*
**biological** 82:*4*

**biopsied** 91:*12* 126:*17* 127:*3* 145:*24* 158:*11*
**biopsies** 11:*24* 13:*11, 18* 16:*5, 12* 78:*3* 100:*15* 113:*11* 120:*15* 127:*19* 128:*13* 129:*2* 131:*20* 136:*2, 4* 147:*1* 149:*6, 9* 157:*20* 173:*4* 214:*6* 215:*7, 8* 220:*3, 7* 221:*5, 8*
**biopsy** 13:*16, 20* 14:*4, 5, 19, 19* 16:*15, 19* 51:*20* 78:*8* 92:*8* 98:*9* 100:*16, 17* 101:*3* 109:*17* 111:*23* 113:*10* 118:*13* 126:*9, 20, 20, 21, 24* 128:*24* 129:*1, 6, 11* 131:*12* 132:*22* 134:*20, 23* 136:*18* 145:*23* 146:*11, 12, 13* 151:*6, 7* 156:*4* 157:*11, 15* 158:*2* 162:*22* 182:*20* 184:*6* 199:*7, 11* 206:*2* 212:*15* 213:*6* 214:*9* 215:*22* 219:*16* 223:*1*
**biopsyhave** 144:*3*
**biopsying** 211:*14*
**biopsyshows** 147:*19*
**biphasic** 62:*20* 148:*19*
**bit** 73:*9* 128:*16* 153:*5*
**blanche** 45:*20*

**blank** 109:*21*
**blessed** 197:*24*
**blindly** 168:*15*
**block** 16:*2* 18:*14*
**blood** 182:*6, 11, 14* 183:*5, 13, 16*
**blue** 113:*22, 24* 114:*20* 143:*13*
**board** 36:*15, 20* 60:*20* 207:*17*
**board-certified** 10:*23* 11:*1, 6, 14* 197:*11*
**body** 76:*3, 11, 15, 23* 77:*21* 164:*24* 207:*24* 208:*6, 7, 19*
**Bone** 28:*4, 8* 29:*3* 30:*6*
**book** 135:*21* 148:*24* 150:*18, 20*
**border** 126:*22*
**Boston** 3:*17*
**bottom** 81:*16* 123:*12* 134:*13* 135:*8* 138:*6* 139:*17* 184:*20* 185:*1*
**Boulevard** 3:*6*
**BRANDON** 2:*15*
**bread** 11:*23*
**break** 98:*23* 116:*3* 128:*9* 178:*14, 16, 20* 196:*1, 5*
**breast** 12:*6* 25:*20* 31:*22* 32:*16, 20* 33:*7* 47:*7* 70:*6* 71:*7* 72:*4* 78:*19* 79:*10, 14* 94:*4* 167:*9, 10, 11, 12* 172:*18* 173:*2,*

6, *11, 16* 177:*5, 8*
**briefly** 7:*22* 25:*18* 80:*7* 197:*9*
**Brigham** 27:*17* 28:*1*
**bring** 136:*11*
**broad** 155:*14* 158:*23* 175:*23* 176:*10* 206:*7*
**broader** 156:*15*
**Broadway** 2:*7*
**broke** 43:*11* 100:*22*
**brunch** 129:*19*
**Bryant** 5:*8*
**bulb** 121:*5* 124:*20* 216:*3*
**bulbar** 121:*21*
**bulbs** 140:*10, 19, 21*
**bulge** 65:*9*
**bulk** 11:*20* 125:*6*
**bullet** 62:*10, 14, 16* 107:*24* 109:*1* 118:*17* 122:*12* 124:*1* 142:*11, 13* 143:*15* 156:*1*
**Busulfan** 28:*10* 29:*6* 47:*11*
**busy** 11:*23* 20:*16*
**butter** 11:*23*

**< C >**
**California** 2:*8*
**call** 9:*20* 14:*22* 16:*8* 20:*24* 96:*11* 131:*23* 197:*21* 198:*16* 201:*16* 205:*2* 218:*24* 226:*14*
**called** 26:*19* 44:*21* 201:*9*

203:*10* 204:*21*
**calling** 105:*24*
**CALLSEN** 4:*14*
**camera** 197:*2*
**cancer** 25:*20* 31:*8, 11, 22* 32:*17* 33:*7* 47:*7* 70:*7* 71:*7* 72:*4* 78:*19* 79:*10, 14* 87:*4* 94:*4* 166:*11* 167:*9, 10, 11, 12* 172:*18* 173:*7* 177:*6, 8* 210:*11*
**capable** 11:*10* 22:*11*
**capture** 221:*2*
**CARACO** 3:*12*
**carboplatin** 26:*1*
**cardiovascular** 41:*18*
**care** 9:*23* 19:*10, 13* 120:*16* 132:*16* 173:*9* 225:*13*
**career** 38:*7*
**careful** 18:*13*
**carefully** 229:*4*
**cares** 180:*18*
**caring** 177:*17*
**carried** 38:*6*
**carte** 45:*20*
**Case** 1:*9* 17:*2, 9* 18:*23* 21:*13, 22, 22* 22:*3, 12, 17, 22, 23* 23:*3, 7, 9, 13* 25:*6, 13, 16, 17, 19* 27:*6, 9* 29:*19* 30:*10, 11, 14* 31:*8, 18, 20* 32:*15* 34:*13* 35:*8* 40:*8, 11* 44:*12* 46:*12* 47:*2* 48:*15* 49:*13* 51:*8* 53:*19* 55:*22,*

Elgida R. Volpicelli, M.D.

24 56:3, 7, 12, 18, 23 61:7 62:5 64:6 67:11 70:10 79:9, 17 86:15 90:2 96:10, 15 99:1, 14 106:9, 18 112:20 120:14 121:18 122:19 123:21 125:21 128:17 132:5, 17 133:20 153:20, 21 156:12 157:4 171:24 172:21 187:23 189:13 190:16, 19 192:8 193:1 194:3, 11 195:17 203:10 204:22 206:6, 10 207:3, 6 209:16 211:3, 6 216:22 219:13 220:2

cases 12:12, 13 19:20 29:5, 23 35:16 56:10 84:15 96:7, 9 99:4 100:5 191:1

casts 52:24 170:19 185:15

catagen 137:17 144:23, 24 170:13 185:8 187:17, 19

categorizing 60:1

category 51:24

Caucasians 170:2

causal 82:6 90:12

causality 55:14 56:4, 18 82:14 172:12

cause 53:11, 15, 19 54:8, 19

55:7, 18, 24 63:17 64:2, 9 76:10, 15, 22 77:1, 11, 20 78:21 83:4 84:8 86:6 87:23 94:4 172:4, 8 173:20 175:3, 20 178:6 181:21 188:1 204:11, 18 205:5 208:7 223:16

caused 45:1, 11 46:6 56:9 57:2 84:1 93:5 94:8 205:18

causes 43:15 54:24 79:6 84:6 133:18, 20 156:16 177:2 208:4

causing 143:19

CCA 77:19 78:4, 5, 10

CCCA 57:15 77:23 78:9, 14 86:15 89:9, 16 90:5 91:5, 19 97:3, 15, 23 100:19, 21 110:14 111:17 112:16, 21, 24 113:15 119:12, 17, 19, 21 122:8 125:1, 13, 17, 21 126:1, 10 127:11 133:5, 13, 20 134:6 135:22 136:8, 15 146:8, 15 157:6 160:18 186:7, 17 187:8, 12, 14 188:9, 9 189:2, 13 219:5 220:1, 14, 23

221:13 222:1, 6, 7, 9, 23

cease 198:14

celia 187:12

cell 98:14

cells 63:15 65:4, 5, 7, 11 66:9, 11 69:7 81:1 83:6, 19 100:11 139:11

center 137:16

centimeters 127:7, 7

central 77:18

centrifugal 77:19

certain 34:24 48:7 94:16 163:15 181:14 198:12 212:3, 4

certainly 171:24

certainty 94:13 161:17 162:4 163:1 223:15

CERTIFICATE 228:1

Certified 1:19 228:4, 20

certify 228:4, 7, 11 231:4

cessation 163:19 164:15

chairs 57:24

Chan 152:22

chance 15:11 25:15 120:13 189:15 190:7

change 97:10, 14, 20 216:22 230:3

changed 145:15 147:11

changes 231:6

Chapter 49:20, 24 50:1 66:22 85:2, 5 136:15 150:17 165:6

characteristic 116:17 147:23 148:4, 9 223:21

characteristics 34:24 36:5 98:9 104:21 165:21

characterized 61:9

characterized, 110:7

charging 190:18, 18, 21

chemo 30:5 47:10

chemo-induced 33:21 68:21 69:23 80:24

chemotherapeutic 204:18

chemotherapy 20:3, 20 22:7 25:21 26:6 28:9 29:6, 16, 24 31:2, 10 32:16 33:7 34:15 47:6 49:9 55:1, 17, 19 57:19 63:6 65:4 67:4 69:2 70:6 71:6 72:17, 19 76:14 79:12, 24 82:15 84:6, 8, 17 86:7, 10 87:23 89:21 90:9, 12, 20, 24 95:2, 8, 15, 22 97:19 121:13 159:19 160:2 163:16 165:21 171:15, 20 172:17 177:10 188:1 209:12

chemotherapy-induced 19:23 20:10, 24 21:15 22:1 23:1 27:11 30:12 31:24

33:6, 18 43:23 45:2 59:23 68:13 78:22 85:15 98:10 156:3 206:2 213:13

choice 112:10

cholesterol 183:16

chose 118:13

chronicity 93:20, 22

chunk 173:3

cicatricial 77:19 146:4 160:17 219:5, 10, 20

CIIA 33:21

Cincinnati 4:9

CIPAL 33:17

circle 165:3

circled 137:24 138:5

circumstances 181:7

citation 164:24

cite 226:1

cited 175:8 225:22

citing 40:13 210:14

City 3:7

Civil 1:9

claim 117:13 118:4 222:8

claims 100:14

clarification 62:24

clarified 83:5

clarifies 215:6

clarify 154:13

clarifying 115:4

Clark 19:3

classified 171:22

clear 45:18, 23 82:16 139:18 205:16 206:24 213:11 216:24

Elgida R. Volpicelli, M.D.

218:*16*
clearcut 219:*4*
clearly 23:*12*
83:*21* 91:*15*
101:*22* 140:*13*
143:*1, 11*
176:*22*
Cleveland 4:*17*
clinching
222:*23*
clinic 198:*11*
clinical 11:*8*
13:*12* 19:*10*
20:*17* 34:*8*
36:*4* 41:*16*
44:*10* 46:*24*
47:*14, 19* 54:*5*
57:*9* 70:*17*
72:*4* 74:*17*
78:*1* 82:*3*
91:*17* 92:*5*
93:*1* 134:*1*
154:*2* 155:*14*
156:*11, 14*
157:*22* 162:*7*
164:*18* 173:*12*
182:*3, 13, 16*
183:*2, 3*
197:*22* 199:*2,*
*13, 22* 205:*11*
223:*24*
clinically 91:*7,*
*10* 162:*14*
clinically-based
44:*7*
clinician 42:*15*
126:*12* 153:*16,*
*24* 174:*16*
183:*8*
clinicians
157:*21* 160:*23*
clinician's 14:*3*
close 171:*9*
198:*10*
closely 13:*21*
14:*7* 197:*14,*
*19*
close-up
114:*15* 125:*4*
COAN 3:*14*
code 220:*20*

codirector
141:*12*
coexisting
134:*10*
coffee 58:*2*
COHEN 2:*13*
6:*5* 8:*5, 6, 18*
9:*2* 15:*6, 10*
17:*24* 19:*24*
21:*3* 22:*2*
24:*13, 22* 25:*5*
26:*23* 30:*15*
32:*1* 33:*8*
34:*19* 35:*10*
37:*23* 39:*4*
40:*22* 43:*17*
45:*4, 13* 46:*7*
47:*17* 48:*1*
52:*11* 54:*9, 21*
55:*8* 56:*2*
58:*5* 62:*12*
63:*19* 64:*4*
66:*19* 67:*15*
68:*18* 70:*11,*
*20* 71:*8* 72:*22*
73:*15* 74:*24*
76:*12* 78:*12*
79:*1* 80:*12*
84:*4, 21* 86:*3,*
*23* 87:*8* 88:*1,*
*14, 24* 90:*3, 14*
91:*2, 24* 92:*17*
93:*8, 18* 94:*15*
95:*3* 96:*23*
97:*12, 21*
98:*19* 101:*17*
102:*6* 103:*5,*
*23* 104:*2*
107:*17* 114:*24*
115:*7, 16, 24*
116:*5* 117:*7*
119:*5* 120:*11*
125:*22* 128:*4,*
*14* 132:*6*
133:*15* 134:*7*
137:*9* 145:*19*
148:*5* 149:*10*
150:*9* 159:*9*
160:*15* 161:*20*
169:*22* 171:*5*
172:*5* 174:*13*

175:*5* 178:*12,*
*17, 23* 179:*3, 6*
183:*6* 186:*10,*
*12, 23* 187:*2*
189:*24* 190:*12*
191:*3, 8*
193:*14* 195:*10,*
*18* 196:*3, 15,*
*20* 212:*20*
213:*2, 14*
226:*18* 227:*1*
cohenl@gtlaw.c
om 2:*20*
cohort 166:*6,*
*7, 8* 169:*6*
collaborative
198:*4, 21*
colleagues
20:*23* 21:*2, 16,*
*17* 32:*14* 33:*1*
78:*3* 198:*1*
collect 37:*21*
collection
35:*16* 49:*23*
colloidal
151:*11, 13*
152:*3*
colors 73:*4*
combination
101:*13, 15*
combined
98:*8* 145:*15*
147:*6* 220:*7*
221:*8*
combining
100:*14*
come 12:*15*
13:*18, 24*
16:*23* 22:*22*
48:*7* 71:*17*
76:*7* 118:*9*
155:*18* 211:*12*
221:*9* 223:*9*
224:*16*
comes 40:*4*
46:*21* 60:*9*
126:*4* 168:*12*
comfortable
22:*10* 34:*17*
35:*3, 5* 174:*21*
coming 42:*21*

commencement
228:*5*
commencing
1:*16*
comment
11:*10* 54:*1*
219:*9* 220:*15*
221:*19*
commentary
212:*7*
comments
218:*23*
commission
231:*17*
common
13:*12, 13*
35:*19* 38:*17*
96:*8, 13* 99:*12*
108:*11* 124:*12*
158:*21*
commonly
53:*2, 7* 99:*7,*
*22* 101:*5*
102:*23* 222:*18*
communication
207:*2, 8*
compare
105:*22* 123:*8,*
*12* 139:*1*
compared
118:*8, 10*
comparison
148:*23*
complaint
205:*15*
complete
103:*14, 21*
completed
129:*9* 215:*24*
completely
7:*24* 60:*3*
138:*2, 20*
completion
26:*5*
complicated
14:*24* 96:*10*
complied
216:*17*
comply 194:*22,*
*23* 195:*2*

component
91:*10* 92:*5, 9*
97:*5* 162:*21*
199:*22* 224:*5*
components
100:*24*
composed
109:*5*
concentric
112:*8, 14, 22*
concluded
227:*7*
concludes
58:*9* 129:*22*
196:*8* 227:*4*
Conclusion
98:*4* 118:*9*
140:*4* 147:*6, 8,*
*10* 155:*19*
166:*2* 199:*14*
220:*8* 221:*9*
226:*14*
Conclusion,
188:*5*
conclusions
48:*8*
conclusively
220:*22*
concrete
101:*20*
condition 67:*5*
73:*13* 74:*16*
163:*10* 164:*20*
conditions
89:*8, 16, 24*
conference
12:*10*
conferences
22:*21*
confidently
53:*13* 204:*9*
confirm 9:*11*
193:*12* 222:*13*
confirming
146:*23*
confounders
165:*17*
confounding
167:*16*
confronted
157:*22*

Elgida R. Volpicelli, M.D.

confused
140:*1* 142:*18*
143:*18*
confusing
119:*20* 143:*6*
confusion
142:*7* 143:*19*
214:*17*
consensus
75:*10*
consider 53:*22*
171:*13* 197:*20*
202:*18* 203:*6*
considerable
102:*21*
consideration
133:*22* 203:*1*
considered
9:*14* 57:*6*
163:*7, 11*
164:*20* 205:*13*
213:*12* 225:*10*
considering
54:*5*
consistency
33:*24*
consistent
37:*15* 51:*20*
91:*5, 6, 18*
99:*15* 100:*9,*
*19* 101:*22*
110:*13* 111:*6,*
*10, 15* 113:*15*
122:*23* 132:*13*
140:*10* 189:*12*
199:*11* 209:*16*
219:*5* 220:*12,*
*14* 222:*3*
consistently
30:*21* 78:*21*
109:*11*
conspicuously
149:*5*
constant 37:*15*
38:*5*
constantly
30:*18* 37:*8*
38:*4*
constitutes
60:*22* 109:*8*

176:*21*
consult 88:*11*
contacted
204:*22*
contain 42:*2*
148:*24* 225:*18*
contained
174:*1*
contents 98:*24*
context 41:*20*
70:*6* 71:*6*
79:*10* 127:*23*
continue
30:*10* 31:*19*
Continued 3:*1*
4:*1* 5:*1*
continues
119:*13*
contradicts
119:*17*
contrary
35:*12* 51:*16*
101:*2*
contrast 139:*1,*
*5*
contributed
156:*11* 162:*22*
224:*6*
contributing
93:*23* 94:*10*
127:*12* 133:*18*
220:*1*
control 56:*20*
165:*16* 166:*2*
convenient
100:*3, 4*
conveniently
100:*19*
conversation
18:*11*
conversations
18:*9*
convinced
127:*10*
core 173:*3*
corner 113:*23,*
*24*
correct 10:*21*
11:*5, 13* 12:*24*
23:*10* 26:*4*
33:*24* 36:*21*

41:*24* 54:*8, 20*
55:*7* 56:*10, 24*
62:*6, 8* 71:*14*
75:*7, 17* 80:*19*
81:*3* 90:*13*
91:*3, 23*
115:*23* 160:*14*
161:*15, 19*
162:*3, 5*
169:*18* 175:*9*
197:*12, 13*
202:*14, 15*
218:*15* 231:*5*
correction 65:*6*
corrections
229:*4, 7* 231:*6*
correctly
25:*23* 46:*13*
83:*8* 169:*10*
204:*9*
correlation
85:*11*
corroborate
143:*8* 222:*14*
corroborated
74:*12* 110:*15*
113:*9*
corroborating
222:*24*
cost 79:*3*
counsel 8:*1*
10:*9* 20:*18*
23:*10* 29:*8*
33:*11* 38:*20*
41:*5* 42:*7*
45:*6* 52:*15*
54:*13* 64:*12*
70:*13* 71:*2, 13,*
*16* 73:*17* 75:*1*
83:*12* 84:*23*
87:*12* 89:*18*
97:*22* 98:*21*
105:*10, 15*
106:*7* 111:*18*
113:*21* 115:*11*
124:*21* 149:*12*
157:*17* 169:*24*
174:*8* 180:*1*
186:*13* 187:*5*
194:*13, 17*
228:*13, 15*

count 50:*12*
117:*10, 15*
132:*24* 140:*5,*
*7, 14* 143:*18*
200:*5* 217:*12*
counted
139:*19, 22*
142:*1*
counterparts
182:*17*
counting
122:*18*
counts 117:*10*
141:*23* 149:*3,*
*17* 157:*10*
course 30:*1*
38:*1* 47:*1*
94:*18* 167:*4*
179:*20* 204:*16*
207:*3*
COURT 1:*1*
7:*13* 8:*11*
15:*7* 229:*17*
cover 198:*22*
202:*14*
coverage
201:*14*
covered
205:*20* 224:*17*
225:*6*
COX 2:*15*
coxb@gtlaw.co
m 2:*21*
credentials
180:*12*
criteria 34:*9*
36:*5* 46:*24*
47:*15, 20, 22*
48:*14, 15*
162:*10* 163:*17*
164:*18* 188:*22*
critical 27:*16*
36:*24* 38:*13*
39:*2, 23*
critically 37:*16*
criticism
215:*21*
criticisms
127:*22* 128:*3,*
*13* 189:*20*

critique 38:*16*
crucial 83:*7*

CULBERTSON
3:*15*
culprit 188:*8,*
*11*
cumulative
82:*5*
current 22:*19*
40:*11* 65:*15*
66:*7, 14, 23*
83:*17* 86:*5*
172:*6* 181:*3*
currently
12:*19*
Curriculum
6:*10* 201:*21*
202:*7, 18*
cutaneous
13:*14* 152:*23*
cuts 133:*6*
216:*5*
cutting 18:*14*
CV 37:*2, 2*
40:*18* 41:*9*
203:*24*
cyclophosphami
de 28:*10*
29:*18* 47:*11*
79:*19, 22*

< D >
daily 11:*21*
39:*8, 19* 40:*4,*
*15* 205:*11*
damage 63:*14,*
*17* 64:*3, 10*
68:*13*
damaged 66:*9,*
*11*
damages 65:*4*
danger 183:*17*
data 64:*23*
67:*19* 166:*12*
database 82:*2*
date 7:*8*
29:*24* 31:*2*
53:*14* 54:*23*
64:*6* 67:*17*

Elgida R. Volpicelli, M.D.

76:24 228:10
229:9 231:10
**dated** 155:24
228:22
**day** 11:18
39:13 40:6
132:16, 17
190:21 197:7
231:17
**days** 229:13
**day-to-day**
19:9 88:12
**dealing** 14:18
17:3 67:11
89:22 96:9
110:22 144:22
157:5 158:6
169:12
**DECHERT**
5:7
**decide** 182:20
**decided**
120:24 122:1
**decrease**
50:11 148:21
**decreased**
50:16, 18
57:13 62:23
116:24 117:6,
14, 15 118:10
189:5
**deemed** 229:16
**deep** 27:13
111:3 112:13
117:2 132:21
134:17 144:1,
8 146:1
221:24
**deeper** 16:20
18:2 104:22
111:21 116:17
117:21 145:12
147:9 185:19
186:5 222:12,
16
**defective** 69:14
**DEFENDANT**
2:12 3:11
4:13 8:6

**DEFENDANTS**
3:3 4:3 5:3
**defending** 8:7
**defense** 206:13
**deficiencies**
165:23 182:22,
22, 23 183:12,
12 208:10, 11
**deficiency**
181:4, 9, 16, 20
**define** 19:13
163:21
**defined** 47:19
48:13 188:23
**defining**
141:19
**definitely**
133:16 198:7
**definition**
159:3, 10
163:18 164:1
171:19
**degree** 43:12
94:13 99:13
100:17 124:24
127:4, 11
128:20 135:23
136:13 161:17
162:3 163:17
223:14
**degrees**
136:17 160:24
**delineating**
31:1
**demonstrate**
73:14 100:24
138:23
**demonstrates**
105:8 122:16
**density** 50:11,
16, 19 57:13
62:23 75:24
117:15 118:10
148:21 165:21
189:5
**department**
27:21 28:17
37:14 39:10
200:24

**depending**
16:4 39:10
93:19 131:21
**deponent** 7:15
231:2
**deposing**
229:12
**Deposition**
1:13 6:18, 20
7:10, 17 8:8
9:5, 9 10:12
95:17 152:17
176:7, 14
177:23 180:11,
16 189:16, 18
190:8, 11, 14,
21 192:20
194:11 198:3
204:6 208:24
211:9 223:11
224:19 227:5,
6 229:3, 10, 14,
15
**depositions**
217:19 224:11
**deps@golkow.c
om** 1:23
**dermal** 63:15
65:8 69:5
**derma-patholog
ist** 96:2
**dermatologist**
11:4, 13, 15
16:6 153:16,
19, 24 155:1
167:3, 21
168:21 197:11
198:10
**dermatologists**
13:22 20:16
21:5 96:11
154:3, 8, 10, 14,
19 155:7
182:17 197:16
199:3, 4
**Dermatology**
6:20 11:7, 9
24:9, 20 41:17
44:3 49:3
80:10 81:10
179:14 180:6

198:1, 4
199:19 200:19
201:13, 14
212:15
**dermatology-rel
ated** 11:10
**dermatopatholo
gist** 10:19
11:19 12:17
26:15 42:16
48:22 77:24
78:7 92:6
96:3, 4 120:2
126:3, 4
153:17, 19
154:1, 5 155:2
157:18 182:9
211:20 224:21
**dermatopatholo
gists** 121:22
122:19 154:7,
15, 19 155:8
**dermatopatholo
gist's** 49:12
93:10 118:2
**dermatopatholo
gy** 10:23 11:8,
22, 24 12:4, 19
24:1 44:8
92:7 110:4
141:14 142:24
173:1 201:1
202:20 203:9,
13, 22 216:11
**dermatosis**
12:2 42:18
43:1
**dermis** 111:3
112:13 116:19
117:3 121:6
125:8 134:17
140:9, 12, 23
144:1, 8 146:1
151:23 217:14
219:12 221:24
**derm-path**
200:24
**derm-related**
201:15
**describe** 72:3
91:15 147:2

166:23 168:7
189:19 197:18
198:6, 16
**described**
26:10, 17 35:1,
15, 19 38:10,
24 49:16 50:6,
19 51:1, 14
52:10 53:3, 5
54:16 75:16
98:17 99:7, 10,
21 102:9, 19
107:20 123:3
147:24 184:22
198:2 219:9
220:4 221:6
223:22 225:7
**describes**
57:11 60:13
105:4
**describing**
35:3 38:20
73:21 198:5
**DESCRIPTIO
N** 6:9 26:15
125:19 151:16
**description,**
125:18
**design** 176:22
**desk** 12:11
**despite** 202:16
**desquamation**
113:17 114:12,
19 137:19
139:9, 12
144:6 145:2
222:21
**destruction**
63:14, 17 64:2,
10
**destructive**
124:16, 18
**detail** 37:4
128:20 129:3,
13 176:5
**detailed**
158:16
**details** 17:15
45:17 88:4
96:12 121:14

Elgida R. Volpicelli, M.D.

190:2 203:4
**detect** 180:13
**determine**
16:9 21:24
45:10 46:5
47:23 48:16
126:5
**determined**
177:2
**determining**
57:2 120:19
**develop** 72:16
165:19 167:17
**developed**
23:24 160:1
203:14
**developing**
31:9
**diagnose**
35:23 36:1, 6
**diagnosed**
132:17
**diagnoses** 62:5
**diagnosing**
32:15
**diagnosis** 14:3
20:3, 5, 9, 15
22:5 32:13
33:4 34:17
35:6, 12, 20, 23
36:2, 8, 10
47:15 52:3
57:8, 14 91:18,
22 101:16
102:4 128:18
133:10 136:8
145:15 148:16
155:14, 17
156:7, 12, 14
158:1 162:5, 7
177:7 182:3
197:23 206:5,
8, 16 213:17,
23 222:9, 23
223:16
**diagnostic**
34:8, 22 35:13,
18 36:4 47:19
48:13 52:14,
19 98:21

101:1 164:18
222:22
**diagnostics**
46:23
**diagram**
131:19
**diameter**
123:19 135:11
184:11
**Diego** 2:8
**differ** 60:14
**difference**
171:10
**differences**
60:16
**different** 13:5
17:16 29:17
33:13 73:4
118:24 146:6,
7 155:19
169:23 170:1,
6 185:9
192:18 220:6
**differential**
14:3 36:8
57:8, 13
155:14, 16
156:12, 14
162:7 206:5, 8,
16 213:16, 23
223:16
**differentials**
198:17, 20
**difficult** 39:5
43:11 67:6
169:13 185:5
199:1
**diffuse** 26:9
74:4, 14 75:12
94:4 170:19
**dig** 27:12
**Diplomate**
1:18 228:3, 19
**direct** 63:10
68:3 82:23
98:4 131:7
206:15
**directed** 42:9
**direction** 18:7
197:4 205:8

**directly** 28:14
43:19
**Dirk** 42:12
43:3
**disagree** 32:3
35:11 50:17
52:14 60:3, 8
71:9, 11, 15
72:23 78:23
82:9, 16, 18
83:10 88:7
105:9 113:20
119:1 120:2
125:24 129:5
134:24 137:10
138:7 144:10
148:6 150:12
190:11 210:19
223:13
**disagreed**
117:9
**disagreeing**
25:10 129:8
188:21 190:13
**disagreement**
126:18 224:14
**disagreements**
189:21
**disappeared,**
136:1
**discipline**
32:22
**disclosed**
166:12 168:23,
24 176:10
**discrepancy**
215:3
**discuss** 21:14
37:4 39:11
41:21 43:22
96:12 170:10
173:11, 13
197:21, 22
198:17 207:6
214:4
**discussed**
18:22 20:22
22:5 46:18
47:8 80:4
83:10 85:8
97:2 106:8

110:2 117:17
128:15 137:20
138:10 145:22
161:14 164:5
167:16 173:18
188:16 189:22
192:19 195:16,
19 200:6
213:9 223:20
**discussing**
21:9 29:2
30:4 33:1
40:9 41:16
74:10 75:10
84:22 98:20
123:17 142:11
156:17 165:11
167:10 168:10
198:20 214:20
**discussion**
42:3 169:2
180:23 195:15
**discussions**
198:19
**disease** 161:1
183:3
**disease-free**
176:24 177:7
**diseases** 41:18
158:24 160:19
**disorders**
208:13, 14
**display** 148:19
**dispute** 60:21
225:9
**disputed** 189:1
**distinguish**
185:5
**DISTRICT**
1:1, 2 7:13, 14
**dividing** 69:7
**DOCETAXEL**
1:4 3:13
25:21 27:8
29:21 30:1
43:15 45:1, 11
46:5 47:7
53:15, 19
54:24 55:14,
17 56:13 57:2
78:20 79:6, 13,

15 82:7, 8
172:16, 20
173:24 174:7,
9 175:3, 17, 20
176:17, 17
178:6 204:11,
17 205:5, 17
**Docetaxel,**
172:15
**Doctor** 10:7
27:6 30:8
44:12 58:16
61:23 101:8
104:12 108:1
115:17 116:6
118:20, 24
129:16 131:7
174:16 178:20
179:10 193:23
195:13
**Document** 1:8
194:23 205:22
**documented**
127:5 133:6
**documenting**
212:3
**documents**
9:16 194:12,
16
**doing** 10:10
21:19 52:1
53:9, 18 54:16,
18 120:9, 17
196:21, 23
199:7 229:8
**doubt** 177:16
188:10 219:6
**downplay**
119:16 219:24
**downplaying**
122:7
**doxorubicin**
47:11
**Dr** 6:10, 10,
13, 16 8:8 9:8,
15 17:14, 17,
18 29:8, 10
32:10 33:14
42:12 43:11,
14, 24 48:24
49:5, 7, 7, 20

Elgida R. Volpicelli, M.D.

50:15 51:11, 16 57:9, 11 58:18 59:11 60:24 61:3, 3, 12 64:14 65:2, 19 66:21 71:23 75:6, 19 85:1 92:2, 4, 19, 21, 22 95:7 99:2 100:3, 14, 20 103:3 104:12, 19 105:18 106:10, 13, 19, 19 109:13 110:2, 3, 11 112:18 113:10 114:23 115:6 116:16 117:13 118:9, 12, 23 121:3, 10, 11, 11, 13 122:1, 20, 20 123:10 125:15 126:9, 16 127:6, 10 128:2, 19, 21, 23 129:6 131:9 132:3 133:4, 7 134:14, 15 135:20, 21 136:7, 13, 15 137:3 138:15 139:2, 18, 19 140:1, 2, 17 141:1, 4, 5, 9, 10, 11, 12, 16, 24 142:9, 19 143:1, 9, 17, 24 144:20 145:8, 9, 18, 22 147:18 148:24 150:2, 8, 18, 20 151:7, 12, 19, 19, 20 153:20 155:22 156:7, 9, 11 158:15, 17 159:15, 17 160:21, 21 164:7 165:6 166:19, 20

176:4, 4, 6, 9 177:16, 24 178:1, 2 179:23 180:2 182:1, 24 185:2, 24 189:7, 16, 17 190:8, 14 196:21 203:20 205:23 206:7 207:1, 1, 6, 8 208:23 212:8 213:12 214:2, 12 216:7, 17 217:19 218:21 219:3, 15 220:15 221:23 222:6 223:10, 14 224:11, 11 225:11 226:6, 13, 15
**drawing**
183:15
**drink** 179:2
**dropout** 62:23 108:16 109:10, 21 127:5 189:4, 11
**dropped**
110:12
**drugs** 25:23 174:12
**Due** 7:21 63:13 191:18 197:2
**duly** 8:15 228:6
**duration** 34:3 60:10 163:7
**dysmorphic** 51:6 105:6, 8, 24 106:12, 14 107:3, 8, 15, 20 137:24 138:5, 18 147:22 170:18 185:16, 20, 24

**< E >**
**earlier** 20:14 32:5 34:20

35:14 37:5 60:6 74:10 75:10 82:12 84:22 128:16, 19 137:20 138:10 145:23 146:3 156:17 161:15 164:6 168:5 188:17 192:19 199:6 200:6 204:5 209:19 211:9 213:1 214:13, 21 218:5 223:9, 21
**early** 57:18 62:18 108:13 139:11 145:1 185:4 197:7 198:2 203:14 206:9
**easier** 48:24 212:24
**easily** 199:23
**EASTERN** 1:2 7:13
**easy** 29:7 43:13
**eccentric** 137:5
**eccrine** 113:18 114:21 144:2, 19
**edition** 66:22
**education** 22:7 48:6 77:14 78:14 174:11 203:2
**effect** 178:5
**effective** 172:17
**effects** 174:20
**efficacies** 176:18, 23
**effluvium** 68:23 72:17 204:19
**eight** 14:18 73:3
**eighteen** 140:5
**either** 17:17, 20 55:20

64:24 66:5 96:13 133:8 141:7 205:15 221:19
**elaboration** 218:24
**elastosis** 149:4, 13 151:5 152:5, 19
**elderly** 26:2
**ELGIDA** 1:13 6:3, 13, 18 7:15 8:14 228:5 231:10
**elliptical** 170:5
**ELLIS** 4:15
**Elston** 42:13 43:3, 4, 5, 11, 14, 24 203:20
**E-L-S-T-O-N** 43:6
**elucidate** 67:20 83:14
**e-mail** 18:20 212:23
**embed** 16:1
**emerging** 124:20 125:7
**emphasize** 56:11 60:19
**employee** 228:13, 14
**empty** 225:3
**Encinias** 5:15 7:5
**encompasses** 174:4
**encounter** 109:18
**encountered** 75:9 102:23 109:22 137:12 165:5
**encouraged** 27:17 37:8
**endocrine** 66:1 94:3, 8 159:23 161:10, 18 162:22 165:24 167:14 223:4 224:7

**endocrine-induced** 161:23 162:11 223:4
**endstage** 170:17 185:17
**engage** 38:10
**enjoyed** 38:7
**enlarged** 150:23
**ensure** 7:23 141:18
**entered** 185:8
**entertain** 176:15
**entertained** 156:7, 18
**entertaining** 128:17 156:16 157:23
**entire** 16:21 26:11 27:21 37:12, 14 73:2 112:1 129:12 132:22 174:18 216:2 217:10
**entirely** 50:16 105:9 122:2 129:10 161:5
**entirety** 121:4 146:5
**entities** 36:7 53:8 97:5 134:10 148:12 152:18 208:15
**entitled** 216:10
**entity** 36:3 40:9, 10 43:11 46:22 52:19, 20 91:13 124:12 160:6 171:14 189:2 206:4
**entry** 41:9 86:19
**enumerated** 35:2
**envelope** 37:9
**epidermis** 121:6
**epithelial** 83:5 137:5

Elgida R. Volpicelli, M.D.

epithelium
26:18 102:17
equipped
131:18
errata 229:6,
9, 12 231:7
error 218:17
erudite 65:14
66:23 69:4
erythematosus
41:19 151:22
especially
42:21 49:18
52:5 100:13
122:4 126:4
140:2 141:22
146:3 183:8
ESQ 2:4, 5, 13,
14, 15 3:4, 14
4:6, 14 5:6
essentially
12:21 25:7
157:20
establish
82:14 146:15
217:12
established
55:15, 20
172:13 223:1
establishes
53:15 126:9
176:22 204:10
219:4
establishing
158:5
estimate 192:6,
24
et 23:13 28:8
29:3, 11, 19
32:8 33:20
49:2, 4, 7 51:4
61:13 65:21
72:2, 2 99:5
102:20 106:7,
19 107:1
110:16 123:14
135:9 152:22
159:17 164:13
226:4, 6
ethical 154:24
etiology 120:21

evaluate 16:21
78:4, 9 112:1,
17 114:14
120:20 121:3
122:2 146:2, 5
147:12 183:19
211:11, 21, 22
216:2 219:11
221:15 222:17
evaluated 26:5
92:7 121:22
159:21 167:22
evaluating
121:14 151:10
217:9
evaluation
30:20 37:10
146:11 205:22
217:9
evening 191:13
event 84:15
everybody
115:20 196:6
evidence
53:14 54:24
55:5, 10, 13
56:8 64:5
77:1 79:6
82:5, 13 83:17
86:6 91:12, 14
172:7 204:10
222:20
exacerbate
85:16
exacerbation
89:22
exact 13:9
17:15 61:14
71:19 107:2
110:16 114:11
152:6
exactly 13:8
16:7 18:17
23:4 27:24
28:11 30:17
31:12 32:10
44:1 54:12
89:17 119:23
128:22 150:11,
16 158:5

162:17 204:15
220:19 222:15
exam 134:2
EXAMINATIO
N 6:2 10:5
74:18 196:19
228:5
examine
198:12
examined 8:15
15:1 120:13
155:13 168:20
examining
198:18
example 16:11
23:14 28:11
31:7 32:8
41:17 52:23
60:14 69:3
106:12 123:5
167:15 170:5
185:14 208:17,
17
examples
62:20 79:21
158:21
excellent
14:12 42:15,
15 179:12
excerpt 135:20
exclude 36:7
92:9 95:20
111:20 112:15
133:7, 11
182:21 184:16
excluded
134:2, 3
excludes
187:24
exclusion
35:13, 20, 23
36:2
Excuse 26:20
exercise 38:10
exhaust 159:12
exhausted
172:2
Exhibit 29:9,
10 32:9, 10
33:14, 20
40:18, 19 41:3

49:1 51:22
58:17, 22
60:24 61:21
65:18 70:19
71:22 72:9
81:1 98:3
103:3, 10, 11,
13 104:1, 7, 12
114:6, 10, 17
115:1, 3, 5, 10,
15 116:11
125:3 131:8
139:7 140:17
145:4 146:19
151:5 153:4, 6
159:15 164:6
191:12, 14
193:7, 19, 24
194:5, 6, 10
195:5, 7
201:19, 22
202:1, 3, 3
205:1 210:15
212:12, 12, 17
214:13 216:8
218:6 225:16,
17, 24 226:2, 5
exhibited 66:3
83:23
exhibiting
145:1
exhibits
103:14, 15
202:4
exist 101:3
existing 89:24
expect 66:12
83:20 84:2
93:14 181:7,
17
expected 44:9
135:23 136:13
206:7
experience
22:8 36:23
48:6 77:15
78:2, 14 155:6
197:8, 24
198:5, 14
226:12

experienced
84:16
experiencing
34:13
expert 6:10,
13, 13 22:16
23:2, 8 30:13
153:20 176:3
177:24 178:2
203:6
experts 34:2
46:22 60:8
85:21 89:19
188:21
expires 231:17
explain 14:4
19:12 33:9
52:17 139:21
188:3 218:20
224:19, 24
explained
185:23 188:18
explains 69:22
105:18 109:16
188:8
explanation
64:20 66:23
67:14 84:18
92:22 101:10
109:16 128:3,
12 166:24
211:20 217:20
224:22
extensive 22:8
34:11 53:12
95:4 134:3
146:21 196:4
203:2, 3
extensively
46:19 52:5
118:17 129:1
188:16 195:20
extent 12:17
38:20 99:13
126:8 161:6
162:20 176:2
177:4 198:8
200:22 203:3
207:7
extrapolate
77:6 169:14

Elgida R. Volpicelli, M.D.

extremely 20:3, 15
eyebrow 93:6
eyebrows 76:2, 11 77:16 78:4 92:14, 24 93:5, 15, 16 94:9 208:20 209:8
eyelashes 76:2, 11

< F >
faced 174:17
face-to-face 19:14 180:15
fact 94:14 135:24 145:13 157:10 166:5, 18 176:13 197:20 199:10 201:11 202:16, 22 205:8 214:3 215:17 225:9
factor 93:23 94:11 167:16
fail 211:21 229:15
failed 120:16 221:15
failure 211:10
fall 126:12
falls 117:23 192:18 218:13
familiar 70:24 172:16 173:5
family 95:10 96:6 97:9 134:2 165:20 167:6
far 39:18 78:13 100:15 126:11 151:4 162:9
fashion 75:12 100:18 101:20
fat 121:5 134:18
favor 52:3
fax 1:23
FDA 29:20

feature 51:14 53:2 100:8 134:20, 22 186:8, 18 187:9 222:23 223:22
features 26:13 34:22 35:1, 14, 15, 17 50:6, 9 51:18, 22 52:2, 8, 9, 21 53:7 60:11, 13 61:17, 24 62:11 85:8 91:15 98:22 101:2, 4 102:8, 9, 13, 19 104:21 110:18 116:17 125:16 136:3, 5 146:14 147:23 148:1, 3, 8 170:23 220:13 222:1, 19 223:22
fee 190:24 192:19
feedback 37:15
feel 11:17 34:17 35:2, 9 198:3, 17 225:2, 12
feels 200:5, 7, 17
fellows 43:9, 10
fellowship 44:9 141:13 199:19 200:3, 5, 8, 20 201:4
fellowships 44:6
felt 119:7, 9 176:9
female 61:24
ferritin 183:21
fiber 140:20, 21 185:18 187:17
fibroplasia 112:9, 15, 22

113:1 119:16 125:12 137:4 219:18
fibrosis 61:11 112:6 113:14 122:7 145:14 146:16, 22 170:14
fibrous 98:12 99:16, 16, 18, 21 161:6, 7 170:17 186:4
field 107:8
figure 26:8, 16 106:11 107:6
figures 210:17
Final 98:4
financially 228:15
find 112:5 114:8 143:5 150:19 193:6
finding 106:22 108:11 111:10 115:10 116:23 124:8 133:11 165:1 222:6
findings 25:4 38:16 49:16 57:9 74:11 85:9 98:8, 16 100:14 101:13, 15 102:3 105:2, 3 108:6, 9 113:10 116:22 119:1 133:23 134:16, 22 137:8 147:3, 4, 6, 13 149:8, 11 156:23 169:14, 15 170:11 171:2, 7, 9, 12 173:12, 13 212:3, 4 220:8 221:6 224:2
fine 179:5
finish 15:7 113:8
finished 14:17

firm 188:18
firmly 119:7
first 15:7 19:1 20:1 21:22 22:3 24:17 35:24 45:15 46:16 56:11 59:5 62:13, 16 64:13 68:4, 15 70:5 71:5, 12 72:15 79:2 85:6 98:15 100:16 105:5 110:2 116:23 117:9 136:9 145:20 151:3 156:8 182:18 184:8 188:6 197:8 204:22 218:11
first-year 203:15
fits 199:12
five 58:3, 7 62:10 178:22
fix 103:18
flat 192:19
floor 201:17
flourished 42:19
FLYNN 5:6
focal 139:8 145:1
focus 23:22 76:6 77:8 81:21 139:11 181:5
focused 49:22 52:4 205:9
folks 15:22 163:24
follicle 16:22 61:18 63:14 68:13 69:9 74:20 75:14, 20, 24 87:16 109:4, 5 110:20 112:2 113:2, 14 114:12 117:14

121:4 122:3 125:9, 10 129:12 132:23 134:19 137:15 139:8 141:17 146:5, 8 147:21 148:16 161:4 185:7 216:3 217:10 221:17
follicles 59:13 62:15, 18 63:18 64:3, 10 65:12 68:10, 16 84:2 98:12 99:10 108:18, 22 109:1, 6 112:9, 11, 23 114:1 115:10 117:1, 6 136:19 137:6 138:2, 20, 23 139:3, 5, 19, 22 143:16 144:1, 8 146:20 147:20 159:1, 7 160:8, 12 169:20 172:4, 11 189:4 217:15 225:3
follicular 61:10 62:22 65:5, 7 109:3, 5, 9, 10, 14, 18, 19, 20 110:9, 10, 12 125:1 127:5 135:24 170:12 185:6 186:8, 18 187:9 189:5, 9, 11 226:4, 9
follow 48:24 122:1 132:3
followed 132:8 218:12
following 20:2, 20 22:6 28:9 29:5, 16, 24 30:5 31:1, 10 33:6 34:14 47:5 55:1, 19

Elgida R. Volpicelli, M.D.

57:19  66:4
67:4  79:23
82:15  84:17
85:9  86:7
89:21  137:1
148:23  160:2
164:2, 4
171:14, 20
187:24
**follows**  8:16
**followup**
196:17
**Fonia**  32:8
49:2  51:4
61:13  99:5
102:20  107:1
110:15  123:14
135:9  226:4
**Foote**  176:4
**Foote's**  178:1
**footnote**  70:18,
21
**foregoing**
228:9  231:4
**foremost**  79:2
**forever**  161:2
200:6
**form**  17:24
19:24  21:3
22:2  24:10, 13,
22  25:5  30:15
32:1  33:8
34:19  35:10
37:23  39:4
43:17  45:4, 13
46:7  47:17
48:1  52:11
54:9, 21  55:8
56:2  62:12
63:20  64:4
66:19  67:15
68:18  70:11
71:8  72:22
73:15  74:24
76:12  78:12
79:1  84:4, 21
86:3, 23  88:1,
14, 24  90:3, 14
91:2, 24  92:17
93:8, 18  94:15
95:3  96:24

97:13, 21
98:19  101:17
102:6  107:17
117:7  119:5
120:11  125:22
128:4, 14
132:6  133:15
134:7  137:9
145:19  148:5
149:10  159:9
160:15  161:20
169:22  171:4,
5  172:5
174:13  176:12
177:1  183:6
186:10  189:24
195:18  213:7
225:14  226:3,
17  231:6
**formal**  174:15
**formalin**  14:6
**formation**
69:14
**formed**  46:16
**former**  135:24
203:19
**forming**  46:9
**forms**  170:24
**formulating**
194:2
**forth**  228:11
**fortuitous**
209:6
**fostered**
203:19
**found**  70:9
185:4, 6  222:7,
10, 20
**four**  107:7
109:6  121:22
140:20  196:14
**fragile**  69:16
170:4
**frame**  204:7
**Freites-Martine**
**z**  65:21  80:11
159:17
**Friday**  199:10
**friends**  28:16
**fringe**  91:8

**front**  37:14
59:3  104:14
143:20  197:3
214:14
**FTP'd**  9:16
**full**  103:20
122:11  153:15
**fully**  63:12
64:16  181:16,
17
**function**
183:19
**further**  18:1
64:21  67:19,
19  83:13, 14
105:19  110:15
123:1  129:10
143:8  218:24
222:13, 24
228:7, 11
**furthermore**
93:21, 21
222:20
**future**  85:19

< G >
**Gateley**  72:2
**gathered**  64:23
**gathering**
38:24
**gcoan@hinsha**
**wlaw.com**  3:19
**general**  12:5
13:11  24:4
32:21  42:18
45:20  55:17
59:15  77:23
84:17  124:11
165:5  171:23
181:22  182:15
209:23
**generalized**
94:5
**generally**  74:3
75:11  84:9, 12
100:6  134:5
163:22, 23
211:1
**generate**
18:14  147:5

**generated**
17:15  132:7
147:7, 9
**genetic**  90:5
96:21  97:3, 4
**GEOFFREY**
3:14
**Georgia**  2:18
**germ**  106:5
138:14, 15
186:2
**germinal**
138:13  185:17,
20  186:3
**get-go**  45:18,
23  156:10
206:19  213:11
**getting**  115:17
**give**  11:16
13:9  15:10
39:9  40:2
61:14  71:18
107:2  110:16
123:7  204:6
**given**  10:12
56:14  69:19
79:15  94:3
153:20  217:20
231:5
**gives**  69:8
**glabella**  127:8
**glance**  184:9
**glands**  98:13
99:24  100:2, 6,
7  108:2, 15, 17
109:7  113:19
114:21  124:2,
4, 5, 11  136:1
144:2, 19
146:23  147:20
148:12  149:19,
23, 24  150:5,
15
**global**  82:2
184:9, 12
**go**  9:4, 19
19:4  21:16
26:22  28:20
32:2  36:7
41:5  52:12
57:7  74:8

93:1  105:1, 16
116:1, 10, 14
119:6  129:20
142:8  150:11
167:13  170:22
179:3  184:8
187:4  197:9
198:11  201:16
204:12  206:17
212:11  215:5
225:14
**goal**  129:4
**goes**  14:11
66:22  109:15
121:13  125:15
213:21
**going**  9:19, 20
40:16  45:10
46:4  58:19
94:22  96:23
103:2, 3, 13
107:24  115:18,
19  120:7
127:24  153:3,
4  163:3  176:6
178:12, 14, 18,
22  179:1
183:15  191:11
196:2, 4, 16
207:11  213:4
226:21
**gold**  176:21
177:18, 20
**GOLKOW**
1:21  7:6
**GOMEZ**  2:4,
6  6:4  8:3, 3,
24  10:6  15:12
18:5  20:6
21:11  22:13
24:16  25:1, 11
27:5, 13  30:7
31:16  35:7, 21
38:8  39:14
41:4, 7  43:21
45:7  46:14
47:21  48:10
52:16  54:14
55:2, 21  56:6
57:22  58:7, 15
59:1  60:5

Elgida R. Volpicelli, M.D.

63:23 64:7
67:22 70:15
71:3, 10 73:7,
19 75:3 76:16
78:16 79:8
80:15, 17, 20
84:11 85:22
86:12 87:1, 20
88:8, 20 89:4
90:10, 21
91:20 92:10
93:3, 13 94:6,
21 95:23 97:6,
17 98:1 101:7
102:1, 12
103:22 104:5,
10 107:22
115:8, 22
116:1, 9 120:4
122:9 127:14
128:7 129:14,
17 131:6
132:10 134:12
136:7 142:8
148:7 149:14
153:10 161:8
162:1 171:16
172:9 174:22
175:9, 12
178:21 179:8,
9 186:15
187:7 190:6,
15 191:5, 10,
17 193:7, 22
194:9 195:4,
11, 12, 22
196:16 197:6
199:16 201:20
203:12 205:20
206:10, 23
207:23 209:20
210:23 211:9
212:8, 22
213:7, 9
214:11, 21
216:13 218:9,
22 223:3, 20
225:5 226:17,
20, 23
**Good** 8:5
10:7, 9 19:6

52:7 57:20
58:6 85:10
96:18 129:15
178:18 179:8,
10 193:13, 18
195:3, 23
199:2
**grab** 87:9
**Grand** 3:6
41:15, 22
202:13
**Great** 10:11
147:21 148:15
**Greenberg**
1:14 2:16
44:18
**gross** 15:15
**grossed** 14:11
15:24
**grossing** 14:8
17:19 131:12,
15 132:3, 8, 14
216:11, 18
**ground** 224:18
**group** 44:14,
16 56:21
60:13 61:3, 12
121:10, 17
159:21 164:13
**grouping**
106:23
**groups** 160:3
**group's** 60:14
**grow** 84:13,
20 181:16, 18
**grows** 84:9
**growth** 163:14
**GT** 44:13, 18
**guess** 11:12
73:21 83:2
129:18 135:19
209:24 212:5,
13 215:12
218:13, 21, 24
**guide** 131:16
**guideline**
154:24
**guidelines**
131:12 132:4,
9, 14 216:11,
18

**guys** 9:21
206:20

**< H >**
**habits** 209:12
**hair** 16:22
26:6 34:4
41:11, 13 42:3,
6, 10 49:21
50:2, 11, 12, 16,
19 57:13
59:13, 13
60:10 61:18
62:1, 23 63:14,
18 64:3, 10
65:12 66:4, 21
67:7, 21 68:10,
13, 15, 21 69:6,
9, 9, 12, 14, 15,
21, 22 72:18
73:1, 2, 5, 10,
24 74:4, 13
75:20, 23
76:15, 22 77:3,
12, 13, 21
78:11 83:20,
24 84:2, 8, 9,
13, 16, 20 85:2
86:10 87:16
90:7, 13, 19, 23
91:6 93:6, 17
95:2, 13, 18, 21
96:21 97:10,
19 98:12 99:2,
9 106:2, 3, 4
108:22 109:1,
4, 5, 6 110:20
112:2 113:2,
13, 24 114:3,
11, 15, 16
117:3, 10, 10,
14, 17 118:10
121:4 122:3
123:18 124:21
125:7, 9, 10
126:15 129:12
132:22, 24
137:6, 15, 17,
18 138:2, 14,
14, 17, 18, 20
139:19, 22

140:5, 7, 9, 14
141:17, 23
142:15 143:16,
18 144:23, 24
145:1 146:5, 7,
20 147:19, 21
148:15, 21
149:3, 16
150:8 157:10
159:1, 7 160:8,
12, 14 161:4, 7,
23 163:14
165:7, 20
166:23 167:22
168:7 169:20,
24 170:3, 6
172:4, 8, 11
173:21 174:2,
4, 5, 24 175:3,
9, 17, 20, 22
179:15 180:7
181:8, 8, 16, 17
184:10 186:2
189:4, 5
198:22, 23
202:7, 17, 19
207:24 208:5
216:3 217:10,
12, 14 221:16
223:16 225:3
**hair-follicle**
83:6
**hairs** 69:16,
17 73:11 74:1,
7 76:3, 11
106:24 117:20
122:14 140:11,
13, 22 141:19
142:1, 2, 3, 5,
17 143:2, 3, 12
170:15
**half** 12:10
58:1 66:2
83:23 160:2
**hallmark**
135:3
**Hamilton** 1:15
**hand** 159:22,
24 207:9
221:15

**handed** 180:4
207:14
**handle** 14:14
**happen** 208:24
**happened**
28:12 44:2
90:2 94:14, 19
181:14
**happening**
67:2
**happens** 68:23
93:12 161:3
187:13
**happy** 190:4
**HARDY** 3:5
**harmful**
183:13
**HARPER** 2:14
**harpert@gtlaw.
com** 2:23
**hat** 118:2
**hats** 153:19
**head** 208:1, 6
**headings**
16:14, 16
**HEALTHCAR
E** 4:13
**hear** 17:6
**heard** 7:23
22:24 27:9
78:2 172:19,
23 173:15
**Heilman**
122:20 140:2
141:5, 10, 11,
12 207:1, 8
**Heilman's**
140:7 151:20
**held** 1:13 7:11
**help** 199:3
**helpful** 101:9
**hematocrit**
183:2
**hematologic**
30:4
**hematopatholog
y** 28:2, 16
**Herceptin**
25:24
**hereinbefore**

Elgida R. Volpicelli, M.D.

228:*11*

**high** 139:*7*

**higher** 107:*7*
137:*21* 139:*3*

**highlighting**
27:*21*

**highlights**
120:*22* 125:*4*
151:*14*

**highly** 27:*17*

**HINSHAW**
3:*15*

**hired** 22:*16*
23:*2*

**histologic**
49:*16* 61:*24*
62:*11* 85:*11*
91:*12, 14, 15*

**histological**
47:*14* 54:*6*

**histologist**
17:*11, 23*
18:*24*

**histologists**
17:*4*

**histology**
15:*19, 20, 23*
61:*8* 110:*6*

**histopathologic**
34:*8, 22* 36:*4*
46:*23* 47:*20*
48:*19, 21* 50:*6*
60:*11* 74:*11*
85:*7* 98:*8, 22*
133:*23* 162:*10*
188:*22* 220:*5*
221:*6* 223:*22*
224:*2*

**histopathologic
ally** 162:*18*

**histopathology**
74:*18* 110:*17*
123:*11* 162:*13*

**Histopathology,**
61:*16*

**history** 92:*23*
95:*10* 96:*6*
97:*9* 134:*2*
165:*20* 167:*6,*

*6, 7* 181:*4*
183:*9*

**histotech** 16:*3*
19:*5*

**histotechs**
14:*12, 21*
15:*21, 22* 16:*6*
18:*4, 7, 12*
19:*2*

**hit** 45:*21*

**hold** 26:*9, 16*

**holding** 153:*9*

**homogeneous**
166:*8* 169:*6*

**homogeneous,**
169:*16*

**homogenous**
169:*9*

**honest** 46:*1*
206:*20*

**honestly** 40:*3*
88:*3* 176:*19*

**hope** 222:*5*

**hopefully**
196:*17* 223:*3*

**horizontal**
14:*19* 111:*22*
121:*20* 122:*5*
128:*24* 129:*11*
214:*9*

**horizontally**
14:*20* 16:*13,*
*16* 129:*7*
132:*21* 145:*23*
215:*10, 19, 21*

**hormonal**
208:*13*

**hormone**
167:*13*

**HOSPIRA** 5:*3,*
*3, 4*

**Hospital** 21:*17*
32:*15* 173:*9*
201:*12*

**hot** 179:*4*

**hour** 58:*1*
178:*22, 24*
190:*23* 197:*8*

**hours** 178:*13,*
*19* 192:*3, 7, 10,*

*20, 23, 24*
193:*3*

**Hughes** 183:*1*
191:*2*

**hungry** 115:*17*

**hypotheses**
67:*17, 18*
84:*23*

**hypothesis**
64:*18, 19* 65:*1,*
*3, 14* 66:*8, 15,*
*18, 24, 24* 67:*1,*
*13* 68:*19* 69:*3,*
*4, 24* 80:*23*
83:*11, 13*
84:*19* 85:*21*
86:*1* 89:*19*

**< I >**

**idea** 69:*1*
180:*2* 207:*10,*
*13*

**identical**
137:*14*

**identification**
40:*21* 58:*24*
104:*9* 153:*8*
191:*16* 193:*21*
194:*8* 195:*9*
212:*19*

**identified**
104:*22* 116:*19*
140:*9* 228:*6*

**identify** 8:*1*

**IIIA** 173:*6*

**illustrate**
146:*17* 149:*1*
157:*4*

**illustration**
134:*16*

**image** 135:*21*
137:*2, 7*

**images** 148:*24*

**imbalances**
208:*13*

**immediately**
156:*10*

**imminent**
114:*18* 137:*18*

**impact** 165:*18*

**imperative**
16:*19* 18:*10*
229:*11*

**implicated**
79:*22*

**important**
49:*11* 52:*6*
168:*18* 224:*22*

**importantly**
106:*17* 166:*8*

**impossible**
165:*16*

**impressed**
180:*11*

**impression**
184:*9, 13*

**improper**
119:*4* 120:*10*

**inadequate**
219:*8*

**inadequately**
146:*10* 215:*22*

**Inc.'s** 6:*18*

**include** 49:*24*
57:*14* 77:*3*
92:*9* 111:*19*
158:*2* 162:*4*
170:*12* 199:*5*
208:*20*

**included** 12:*6*
25:*21* 29:*18*
44:*4* 92:*2*

**includes** 14:*1*
47:*8, 9* 48:*5*
146:*16* 158:*24*

**including**
47:*10* 89:*14*
121:*20* 124:*12*
132:*24* 135:*22*
163:*15* 165:*19*
174:*24* 177:*24*
192:*12, 14, 15*
200:*13*

**incomplete**
72:*18* 73:*1, 5*
84:*16* 163:*14*
164:*3*

**inconsistencies**
46:*21* 60:*7*
142:*19* 164:*9,*
*17* 188:*19, 21*

213:*24* 214:*4*
217:*1*

**inconsistency**
34:*6* 166:*22*
214:*21* 224:*13*

**inconsistent**
127:*1* 143:*7*

**Increase**
122:*13* 142:*14*

**increased**
140:*14* 151:*14,*
*23* 152:*16*
170:*13, 15*

**increases**
176:*24*

**indented**
81:*17, 21*

**independent**
86:*1* 153:*17*
207:*17*

**independently**
121:*23* 140:*3*
221:*7*

**indeterminant**
142:*2, 17*
143:*2, 5*

**INDEX** 6:*1*

**indicate** 52:*3*

**indicated**
150:*23*

**indicates** 108:*1*

**indications**
182:*13* 183:*2*

**indicative**
98:*17*

**indicator**
52:*14* 124:*7*

**indicators**
52:*10* 107:*16*

**individual**
48:*3* 166:*7*
171:*24*

**induced** 63:*6*
66:*1* 161:*11,*
*19* 223:*5*

**infer** 56:*4*

**inferences**
56:*17*

**infiltrate**
51:*13* 100:*12*

Elgida R. Volpicelli, M.D.

**infiltrates** 98:*14*
**inflamed** 108:*19*
**inflammation** 53:2 100:*18* 111:*1, 5, 11, 13, 17* 112:*5* 113:*12* 119:*14* 122:6 124:*16, 18, 24* 125:11 127:9 135:*23* 136:*13, 17* 145:*14* 170:*15, 16, 21* 185:16 219:*17*
**inflammation,** 62:*15*
**inflammatory** 12:2 42:*18, 24* 51:*13* 98:*13* 100:*11* 160:*16* 161:*3*
**influence** 206:*15*
**information** 14:2 88:2 96:*15* 132:*23* 158:3 166:*16* 167:5 190:*1*
**infundibulum** 112:*3* 121:*7, 21* 146:9 216:*4* 219:*12*
**initial** 145:9
**initially** 72:*16*
**initiation** 95:*8, 22* 165:22
**inner** 113:*18* 114:*13, 19* 137:*19* 138:*24* 139:9 144:6 145:2 222:*21*
**inpatient** 201:*13, 13*
**inserts** 65:*10* 174:*20*
**inset** 139:*3*
**insists** 122:*3*
**instructed** 18:*17*

**instruction** 18:*19*
**INSTRUCTIONS** 229:*1*
**instrumental** 42:*23*
**intact** 138:2, *21, 24*
**intend** 195:*16*
**intention** 45:*23*
**intentionally** 104:*4*
**interact** 32:*19*
**interaction** 19:*15*
**interactions** 182:*16*

**interchangeably** 185:*12*
**interest** 23:*24* 27:*19* 37:*11* 42:*17* 203:*8, 13*
**interested** 24:*4* 32:*23* 45:*19* 60:*15* 203:*17* 206:*20* 228:*15*
**interesting** 24:*3* 25:*8* 26:*13* 67:*1* 106:22 112:*10* 145:9
**interests** 23:*23*
**interference** 219:22
**internships** 44:7
**interpose** 187:2
**interrupt** 8:*18*
**interruptions** 57:*23*
**intraperitoneal** 31:6
**introduced** 69:2, *5*
**introduction** 69:*12*

**introductory** 205:2
**invoice** 191:*19* 192:*1, 5*
**invoices** 6:*16* 9:*15* 191:*12* 204:24
**involve** 146:7
**involved** 17:*11* 19:22 44:*12* 122:*19* 136:*19*
**involvement** 17:5 26:*11* 57:*12* 78:*1* 172:20
**involves** 13:7 113:*1*
**involving** 19:*20* 27:7, *9* 30:*11* 31:*21* 32:*15* 77:*16* 113:*13*
**Ioulios** 80:*3*
**iron** 151:*11, 14* 152:*3* 183:*21*
**irreversible** 33:*21* 82:7 171:*23*
**IRS** 138:*3, 21*
**issue** 8:*19* 21:9 117:*12* 201:*15*
**issues** 11:*11* 117:*8* 202:*14* 215:*17* 217:*4* 224:*13*
**isthmus** 65:*11* 112:*4* 121:*21* 146:*10* 219:*13*
**its** 25:*3* 80:22 121:*4* 127:6 146:5 169:6 170:5 172:*16*

**< J >**
**JAAD** 23:*13, 20* 24:2, *8, 23* 106:9
**JAMA** 80:9

81:9 83:*16*
**JAMS** 83:9
jbaehr@shb.com 3:9
**Jinou** 19:6
**job** 11:*17* 48:*14, 22* 52:7, *7*
**JOHN** 2:4 8:*3* 40:22 80:*13* 103:5 179:7
**JORDAN** 3:4
**journal** 23:*21* 24:8, *19* 49:2 70:*17* 110:4 152:23 166:9
**journals** 36:*15*
**Judge** 1:*5, 6* 211:*19* 218:*17*
**JULIE** 4:*14* julie.callsen@tuckerellis.com 4:*19*
**junction** 134:*18* 221:*23*
**jury** 195:*17* 211:*19* 218:*17*

**< K >**
**Kang** 82:*24* 169:2
**Kansas** 3:7
**keep** 22:*19* 31:*20* 32:6 38:2 115:*18, 19* 157:*17* 178:*14* 179:*1* 212:*14*
**keeping** 32:*4* 34:7 125:*1* 192:2 202:*4*
**keratinocytes** 69:6, *13*
**key** 171:*10*
**keyword** 72:*24*
**kill** 172:*11*
**Kim** 33:20 164:*13*
**kind** 81:*17* 116:*14* 118:*21*

204:7 218:*7, 10*
**kinds** 52:22
**Kluger** 49:*4*
**knew** 200:*24* 222:24
**know** 9:*1* 13:6, *8, 22, 23* 16:7 21:*8* 27:*14, 24* 28:*11* 32:23 35:*2* 45:*15* 46:15 54:*3* 55:*4, 4* 58:*3* 76:9, *21* 78:*10, 13* 89:*1* 92:*15* 100:2 118:*3, 22, 24* 119:*1, 7* 121:2 132:*16* 141:*3, 7, 9, 10, 11* 143:*14* 155:*17* 167:9 174:*19* 175:*10* 177:*14* 180:*12* 181:*10* 182:*12, 17* 192:*16* 194:*12* 195:*13* 199:*4* 203:*4* 205:*4, 15* 207:6 208:22 212:*24* 220:*18* 224:9
**knowledge** 132:2 133:*23*
**known** 51:6 69:*15* 106:*4* 138:*13* 154:6 186:2
**knows** 155:*16*
**Korea** 169:*11*
**Korean** 169:*13, 17* 170:5
**Koreans** 169:*21*

**< L >**
**lab** 14:*11* 15:*18, 19, 23* 16:*4* 96:7 112:*19* 131:*17*

Elgida R. Volpicelli, M.D.

137:*3* 138:*12*
182:*1* 215:*9*
221:*23*
**label** 173:*24*
175:17
**labeled** 51:*15*
135:*12* 184:*23*
185:*24* 214:*8*
**labels** 138:*15*,
*15* 174:*20*
**LABORATORI
ES** 3:*12*
**laboratory**
18:*3* 111:22
117:22 145:22
**labs** 182:*21*
**lack** 61:*11*
111:*1, 4* 112:*8*,
*21* 113:17
147:*21* 166:*24*
181:*8* 184:*15*,
*15* 217:*1*
**Lacouture**
88:*18*
**lamellar** 112:*8*,
*14, 22, 24*
119:*15* 125:11
**language**
174:*24* 175:7
179:*23*
**large** 169:*15*
**larger** 61:*8*
**largest** 49:*13*
**late** 57:*16*
62:*21*
**late-stage**
75:22
**lawyer** 44:*20*
194:22
**LAWYER'S**
232:*1*
**layers** 217:*2*
**lead** 69:*13*
176:11
**leader** 88:*23*
**leads** 165:*15*
166:*23*
**learn** 42:*20*
198:*14*
**learned** 46:*20*
**learning** 38:*5*

**leave** 36:*9*
104:*3* 187:*12*
**lectures** 41:*10*
44:*3, 4*
**left** 114:*1*, 15
137:*16* 144:*23*
**legal** 18:*10*
37:*2, 4* 45:*14*
57:*7* 92:*20*
114:6 123:6, 7
127:*1* 135:*5*
137:*21* 142:*21*
143:*9, 12*
152:*2* 156:*9*,
*13* 213:*21*
214:*1, 5* 218:*1*
**legitimate**
33:*4* 211:*23*
**length** 16:*21*
35:*2* 112:*1*
156:*19* 167:*17*
195:*21* 216:*3*
217:*10* 225:6
**letrozole** 94:*2*
167:*15*
**letter** 105:*14*,
*18* 138:*17*
**level** 104:*24*
111:*2, 20*
112:*12, 23*
113:*3, 18*
115:*10* 116:*18*
137:*2* 138:*12*
140:*12* 144:*19*
145:*24* 147:*18*
181:*3, 6*
220:*15* 221:*22*
**levelled** 142:*4*
**levels** 14:*18*,
*23* 16:*20* 18:*2*,
*2, 15, 17* 19:*1*,
*4* 104:22
111:*21* 112:*18*
117:*2* 121:*1*,
*20* 122:*5*
132:*18, 20, 21*
140:*8* 145:*15*,
*21* 147:*9*
180:*24* 181:*12*,
*19* 199:*13*

211:*11, 15, 22*,
*22* 217:*16, 22*
**LIABILITY**
1:*5*
**Lichen** 160:*18*
208:*16*
**life** 65:*24*
159:*18*
**lifesaving**
176:*23*
**lifetime** 200:*7*
**Likewise** 162:*2*
**limit** 37:*24*
**limitation**
166:*5* 169:*5*
**limitations**
168:*18* 175:*24*
**limited** 12:*18*
47:*6* 165:*20*
**LINDSAY** 2:*5*
**line** 156:*3*
230:*3* 232:*2*
**linear** 26:*17*
51:*5* 102:*16*
**list** 6:*17* 9:*13*,
*14, 17* 65:*19*
81:*7* 106:*10*
159:*15* 193:*8*,
*13* 194:*1*
225:*16, 19*
**listed** 34:*2*
59:*19* 61:*23*
72:*1* 80:*4*
100:*24* 104:*23*
105:*2* 116:*19*
203:*24*
**listing** 224:*20*,
*23*
**literature** 22:*9*,
*15, 16* 27:*19*
28:*4, 7* 29:*15*
30:*11, 19, 21*
31:*4, 21* 32:*6*
33:*13, 23*
34:*12, 24*
35:*16* 36:*24*
37:*6, 12, 21*
38:*3, 14* 39:*1*,
*12, 24* 40:*12*
45:*21* 46:*8, 19*
47:*2* 48:*7, 19*,

*20* 49:*23*
50:*19* 53:*13*,
*24* 54:*1, 7, 23*
55:*5* 60:*7, 12*,
*17* 65:*16* 66:*7*,
*14* 70:*10* 74:*3*
75:*9, 11, 17*
76:*5, 19* 77:*7*,
*8* 79:*21* 82:*3*,
*13* 84:*14, 24*
86:*5* 88:*19*
89:*20* 102:*10*
107:*19* 111:*9*
163:*24* 164:*10*,
*24* 172:*7*
184:*24* 188:*20*
189:*2* 203:*4, 5*
223:*23* 225:*8*,
*14, 21*
**LITIGATION**
1:*6, 21* 7:*6*
9:*7* 21:*22*
22:*10, 23*
25:*15* 31:*14*
52:*6* 205:*12*
**little** 9:*22*
19:*12* 73:*9*
115:*20* 178:*16*,
*20* 192:*18*
196:*1* 197:*1*
**lives** 14:*23*
**LLC** 4:*4* 5:*4*
**LLP** 1:*14*
2:*16* 3:*5, 15*
4:*7, 15* 5:*7*
**lobules** 150:*23*
**locally** 173:6
177:*8*
**locate** 71:*19*
**located** 65:*8, 9*
112:*4* 144:*17*
**long** 11:*7*
30:*1* 37:*17*
115:*20* 152:*9*,
*12* 181:*15*
192:*16* 200:*17*
**longer** 115:*20*
**long-standing**
92:*23* 148:*18*,
*20*

**long-term**
53:*20*
**look** 11:*24*
12:*8, 12* 13:*6*
30:*11* 33:*12*
34:*1* 35:*23*
38:*14* 40:*17*
46:*4* 52:*7*
65:*15, 18*
70:*14* 78:*17*
82:*12* 96:*1, 5*
104:*11* 106:*13*
121:*1* 123:*5*
126:*19* 129:*12*
132:*22* 135:*10*,
*10, 16* 142:*23*
143:*9, 14*
162:*19* 164:*8*
173:*3* 193:*5*,
*11, 16* 194:*21*
197:*4* 199:*13*
201:*17, 19*
203:*10* 205:*14*
209:*3* 214:*5*
216:*6* 217:*13*
222:*1*
**looked** 21:*23*
22:*4* 30:*9*
64:*24* 65:*23*
87:*2* 90:*24*
103:*9* 145:*20*
147:*1* 180:*2*
181:*12, 12*
220:*3* 221:*4*
**looking** 12:*23*
13:*19* 17:*9, 13*
28:*8* 29:*9*
30:*17* 31:*17*
34:*5* 48:*14*
50:*8* 52:*2*
54:*4* 56:*7*
61:*4* 65:*20*
70:*20* 72:*2*
80:*14* 83:*17*
102:*14* 120:*18*
121:*9* 122:*4*
126:*13* 140:*8*
150:*20* 151:*13*,
*19* 155:*23*
162:*12* 164:*6*

Elgida R. Volpicelli, M.D.

looks 12:9
59:2 70:16, 18
123:9 126:21
135:14 137:14
153:12 162:17
193:24 204:24
205:1
**LORI** 2:13
8:6 87:11
115:4 150:7
193:12 194:14
195:5, 24
lose 77:12
93:6 222:5
loss 26:6
59:12, 13, 13
62:1 67:21
68:21 69:22
74:4 76:15, 22
77:3, 21 84:2,
7, 9 90:8, 13,
19, 23 93:16
96:21 97:10
108:22 109:1,
20 126:15
161:23 167:23
172:4, 8
173:21 174:2,
4, 5, 24 175:3,
10, 18, 20, 22
179:16 180:7
186:9, 19
187:10 198:22,
24 202:7, 17,
19 223:17
lost 108:16
159:1, 8 160:9,
13 225:3
lot 27:15
29:15 46:21
89:2 96:10
162:11 166:11
167:8, 11
176:5 188:19
200:22 224:8,
17
**LOUISIANA**
1:2 7:14

love 42:24
43:13
loved 180:16
201:1
loves 180:17
low 109:2, 14
123:17 147:19
lower 112:3
118:13 146:9
lstevens@gome
ztrialattorneys.
com 2:10
lucky 14:12
lumpectomy
173:4
lunch 115:18
129:18, 18
204:8
luncheon
130:1
lunchtime
209:4
lupus 41:19
151:21 152:18
lymphocytic
125:11 185:16

< M >
**M.D** 1:13 6:3
8:14 228:5
231:10
machinery
69:8
**Mag** 1:6
**Main** 4:16
68:12 127:11
166:4 188:8,
11
maintaining
149:2, 16
major 169:5
makeup 209:9,
10
making 27:12
65:17 91:22
132:12 206:11
222:5
male 61:24
malignancies
12:1 13:14

30:4 47:9
manner 38:24
**March** 44:15
mark 194:14
195:5 212:11,
12
marked 40:17,
20 50:11, 20
58:17, 23 74:9
99:11 102:20
104:8 105:13
117:3 123:16
135:10 153:7
170:12, 20
184:10, 16
191:15 193:20
194:7 195:8
201:20 202:1
205:1 212:18
214:13 218:5
markedly
50:16, 18
117:15
marks 105:6
106:1, 14
116:24
**Marrow** 28:4,
8 29:3 30:6
**Martin** 168:10
**Massachusetts**
3:17
massive 69:22
mastectomy
173:4
material 46:11
95:5 164:7
224:9, 15
**Materials** 6:17
9:13, 14
133:24 180:13
194:1
maternal 95:11
math 192:13
200:7
matrix 69:6, 12
matter 7:11
25:9 166:17
171:23 176:13
197:20 199:9
201:11 202:22
205:8

**Maureen** 1:17
228:1, 19
maximally
68:9
**McCanless**
176:9 177:16
**McCanless's**
176:6
**MD** 6:15, 18
7:16 174:16
**MDL** 1:4 3:13
mean 35:22
48:12 71:13
113:7 163:13
168:8 169:8,
17 175:24
176:1 210:5
meaning
121:4 133:18
means 64:17
160:5 198:7
216:1
meant 191:4
measure 167:3
168:4
measured
141:17
measuring
166:17 168:13
mechanism
55:16, 16
67:20
medical 20:22
21:2, 16 36:12
39:9, 20 41:15
66:5 94:13
127:2 142:21
155:23 161:17
162:3 163:1
179:21 200:14,
14, 16 201:15
205:22 213:17
214:1 218:1
223:15
medication
160:20, 23
163:11, 20
164:21 176:16,
23, 24

medications
47:10 93:24
159:13 163:15
meetings
166:11
meets 146:1
**Meghan** 5:15
7:5 29:1
memories
27:13
menopausal
167:7
menopause
165:22
mention 30:2
47:12 209:18
mentioned
29:18 30:16,
19 34:20 37:5
52:22 80:22
168:14 203:12
mentioning
35:14
mentor 203:20
mentorship
42:19
method 217:8,
8
methodology
120:21 121:14
128:19, 21
218:11, 18
**MICHAEL**
4:6
micrometer
141:18, 20, 21
microorganisms
151:10
microscope
12:11, 22
microscopic
125:18, 19
151:16
middle 144:17,
17
**Milazzo** 1:5
mild 125:17,
21, 24, 24
mimics 72:5
224:1

Elgida R. Volpicelli, M.D.

mind 28:*20*
34:*7* 114:*4*
119:*4* 120:*8*
142:*8* 157:*17*
178:*24* 187:*6*
mine 23:*23*
179:*21* 180:*3*
218:*14*
mineral
182:*22* 183:*11*

miniaturization
50:*10, 20* 53:*4*
74:*9, 21* 98:*11*
99:*9, 11, 12, 14*
102:*21* 122:*21*
123:*2, 16*
135:*2* 148:*13*
170:*12* 184:*21*
miniaturized
73:*11* 74:*1, 6*
122:*13* 142:*15*
minimal 98:*13*
100:*11, 13*
119:*14* 133:*5*
170:*16*
minimize
100:*20*
minimum
219:*17*
minor 65:*6*
minoxidil 66:*5*
160:*4, 13*
minute 8:*22*
minutes 80:*22*
116:*2* 196:*6*
misdiagnosed
74:*16*
missing 96:*2*
103:*11, 11*
120:*22*
Missouri 3:*7*
mistakes 99:*2*
Miteva 49:*7*
61:*3* 106:*19*
110:*2* 121:*11*
226:*6*
moderate 66:*3*
73:*10, 24* 74:*5*
83:*24*

moment 165:*3*
204:*12*
month 167:*11*
177:*6*
months 26:*5*
34:*6* 72:*18*
73:*3* 84:*10*
86:*10* 95:*14*
163:*9, 19*
164:*2, 4, 10,*
*11, 11, 14*
morning 8:*5*
10:*7, 9*
mother's 95:*17*
move 118:*17*
153:*3* 204:*3*
moving 33:*19*
107:*1*
msuffern@ulm
er.com 4:*11*
mucin 151:*15,*
*23* 152:*1, 4, 16*
multifactorial
133:*17* 157:*6*
multiple 16:*20*
20:*16* 133:*18*
156:*21, 24*
174:*1* 185:*23*
multitude
14:*24*
muscle 65:*10*
muscles 109:*8*

< N >
naked 99:*2*
name 7:*5*
17:*16, 18* 19:*2,*
*6* 43:*2* 88:*18*
89:*2*
nature 7:*21*
219:*19*
navigate 8:*21*
NCRA 228:*19*
NE 2:*17*
nearing 124:*20*
necessarily
123:*20* 129:*5*
152:*17* 183:*17*
necessary
120:*15* 146:*14*
183:*21* 229:*4*

need 14:*22*
26:*21* 56:*19*
83:*14* 87:*10*
115:*12* 141:*22*
174:*19* 175:*5*
178:*14* 182:*13*
199:*1* 209:*22*
217:*15* 219:*11*
needed 16:*10*
19:*4* 67:*19, 20*
132:*24* 209:*9*
needs 64:*20*
86:*11* 217:*11*
negatives
102:*18*
neither 55:*15*
207:*21* 228:*13,*
*14*
never 43:*19*
78:*2, 8* 128:*20*
166:*13* 178:*24*
197:*24* 198:*13,*
*14*
New 1:*15*
5:*10, 10* 22:*20*
173:*17*
newly 124:*20*
nice 12:*11*
29:*14* 80:*2*
138:*24* 139:*4,*
*10*
nicely 127:*6*
night 9:*11, 12*
193:*10*
noise 220:*19*
nomenclature
33:*24* 60:*9*
166:*22*
nomenclatures
33:*13*
non-scarring
51:*19* 57:*17*
59:*18* 60:*22*
61:*9, 17* 110:*8,*
*19* 145:*11, 16*
171:*18* 188:*13,*
*15* 189:*3*
220:*13* 222:*3*
225:*10* 226:*3,*
*8*

non-significant
119:*15*
Normal 62:*14,*
*17* 95:*2* 97:*19*
108:*2* 117:*23*
118:*5* 147:*20*
149:*3, 16, 24*
150:*6, 15*
157:*11, 15*
158:*9* 181:*3, 6,*
*13, 19* 185:*6*
189:*10*
normalize
181:*13*
normally
109:*17* 221:*17*
North 1:*6*
Notary 228:*21*
231:*20*
note 103:*7*
134:*17*
noted 189:*21*
231:*7*
NOTES 232:*1*
Notice 6:*18,*
*20* 194:*10*
213:*24*
notion 32:*4*
number 29:*14*
32:*9* 35:*1*
38:*15* 40:*20*
49:*2, 4, 6*
56:*15, 16*
58:*23* 61:*10*
62:*14, 17*
65:*21* 74:*20*
75:*14, 20*
85:*12* 104:*8*
106:*11, 15, 16*
107:*2, 6* 109:*2,*
*14* 110:*8, 9*
114:*22* 116:*24*
117:*6* 123:*14*
125:*3* 135:*9*
136:*17* 142:*10*
143:*4* 146:*19*
147:*19* 151:*2*
153:*7* 155:*24*
156:*2* 159:*16*
160:*6* 164:*12,*
*13* 169:*12*

170:*14* 191:*15*
193:*20* 194:*7*
195:*8* 206:*1*
212:*18, 20*
217:*11, 15*
218:*6* 226:*1*
numbered
218:*14*
numbers
143:*5* 202:*2*
numerous
44:*2* 51:*7*
107:*5, 11, 15,*
*20* 158:*16*
nurse 13:*1*
nutrition
165:*23*
nutritional
182:*21* 183:*12*
208:*10*

< O >
object 15:*11*
35:*10* 45:*4*
96:*23* 148:*5*
175:*6* 186:*10*
objected
186:*12*
Objection
17:*24* 19:*24*
21:*3* 22:*2*
24:*13, 22* 25:*5*
30:*15* 32:*1*
33:*8* 34:*19*
37:*23* 39:*4*
43:*17* 45:*13*
46:*7* 47:*17*
48:*1* 52:*11*
54:*9, 21* 55:*8*
56:*2* 62:*12*
63:*19* 64:*4*
66:*19* 67:*15*
68:*18* 70:*11*
71:*8* 72:*22*
73:*15* 74:*24*
76:*12* 78:*12*
79:*1* 84:*4, 21*
86:*3, 23* 87:*8*
88:*1, 14, 24*
90:*3, 14* 91:*2,*
*24* 92:*17* 93:*8,*

Elgida R. Volpicelli, M.D.

*18* 94:15  95:3
97:12, 21
98:19  101:17
102:6  107:17
117:7  119:5
120:11  125:22
128:4, 14
132:6  133:15
134:7  137:9
145:19  149:10
159:9  160:15
161:20  169:22
171:5  172:5
174:13  175:7
183:6  187:3
189:24  190:12
195:18  213:7
226:17
**Objections**
6:20  194:13
195:6
**objective**
45:24  167:2
168:3
**objectively**
168:15  220:4
**objectivity**
166:17
**obliterated**
161:5
**observation**
25:8  56:5
124:13
**observational**
56:19
**observations**
47:2  56:4
**observed**
50:23  99:6, 20
107:4  151:23
164:14
**observers**
150:22
**obtain**  18:1
157:14
**obtained**
126:20, 21
132:5  145:21
157:12  158:15,
*17*  214:6

**obviously**  14:1
31:15  38:7
135:1  224:8
**occipital**
118:13  126:24
214:9, 20
215:3  217:3
218:1
**occiputs**
126:23
**occurred**
218:18
**occurs**  69:17
**O'Connor**
1:17  228:1, 19
**October**  1:17
7:8  228:22
**offered**  167:5
**office**  12:7, 22
18:22
**offices**  1:14
**official**  41:3
**Ohio**  4:9, 17
**Okay**  12:21
13:1, 4  17:2
18:6  22:14, 24
24:10  25:12
33:3  36:19
41:4, 5, 8  42:1
44:11, 20  58:3,
20, 21  59:5, 7
61:22  63:4
70:1  71:21
72:10  83:1
88:9  103:22
104:18  113:6
115:18, 21
116:5, 7  120:6
131:10, 22
133:3  135:18
138:19  139:16
144:7  145:7
152:10  153:13
154:22  158:20
165:8  170:9
175:15  178:13
179:6, 11, 22
180:5, 22
187:21  192:22
196:6, 22, 23
204:3  206:9

209:18  212:5
226:18
**old**  28:7
**older**  30:24
31:3
**omits**  217:9
**once**  14:10
**oncologist**
166:7  167:4
176:3, 8
177:13, 15
178:4
**oncologists**
21:6  32:19
173:10, 11, 16,
17, 19  175:2,
16, 19  177:24
178:6, 9
**Oncology**
70:17  215:9
**ones**  61:8
**ongoing**  34:14
198:4
**open**  205:3
**opine**  44:24
**opinion**  24:11
45:19  46:1
53:18, 22  54:7,
19, 22  55:23
63:16  64:1
66:8, 17  67:12
75:6  85:24
89:14  92:13
93:1, 7  94:12
96:19  97:10,
14, 20  100:10
111:14  162:24
166:4  174:3
177:20  206:21
225:1, 15
226:15
**opinions**  22:11
46:9, 16, 17
48:9  77:7
179:21  194:2
195:16, 20
216:22
**opportunity**
199:17

**opposed**
102:22  126:14
170:1  189:10
**order**  9:7
16:20  36:6
48:7  118:14
122:2  146:2,
17  159:11
182:1, 11, 14,
21, 21  217:16
219:9
**ordered**  182:6
183:4
**original**  15:4
140:6  141:23
142:21  145:14
216:5  219:2
229:12
**originally**
125:17  147:2
178:5  220:12
**ossea**  127:5
**ought**  120:20
**outcome**
168:13
**Outcomes**
159:18  168:17
**outlined**
190:24
**oval**  126:13
**ovarian**  31:8,
10
**Overall**  184:5
**overarching**
118:21
**oxidermis**
113:5

**< P >**
**p.m**  129:22
131:4  196:8,
13  227:4, 7
**PA**  17:11, 22
179:14  180:6,
6
**PAGE**  6:2, 9
26:8  57:7, 10
59:6  61:5, 14,
15, 21  63:3
67:24  70:2, 21
72:8  78:18

80:7  81:13, 16
82:21  85:7, 13
86:17  87:13
98:3  104:17
105:12  106:1,
2, 11, 20  107:2,
4, 6  110:17, 18
114:10, 18, 22,
24  115:2, 5, 5,
14  116:10
121:16  123:7,
7, 10  125:3
127:16  131:8
133:2  134:13,
14  135:6, 16
136:22  137:12,
21  138:6, 11,
16  139:6, 14
142:10, 24
143:4, 12, 22
144:13, 14
145:4, 6
146:18  147:15
150:18, 20
151:13  152:6,
11  153:12
157:8  158:19
161:9  163:4
165:9, 15
166:19  168:10
169:1, 4  170:7
171:17  178:10
179:11  180:20,
24  183:23
184:1, 13
185:1, 13
187:20  189:8
194:11  214:16,
22  216:6, 10
230:3  232:2
**pages**  148:23
218:7, 13
231:5
**Palamaras**
29:11  71:23
80:3
**Palamaras-Tost
i**  33:16
**Pallin**  23:12
**panel**  107:6
123:15, 17

Elgida R. Volpicelli, M.D.

135:8, *10*
184:*20*
**paper** 219:*23*
**papilla** 63:*15*
65:8 69:6
**paraffin** 16:*1*,
*2*
**paragraph**
64:*13* 68:4, *20*
72:*11* 73:*18*,
*20* 80:*13*
81:*22* 82:*24*
121:*18* 127:*18*
128:*11* 133:*4*
148:*22* 150:*21*
152:*15* 153:*15*
158:*22* 179:*24*
181:*24* 184:*5*
188:6 214:*23*
215:*13*, *14*, *15*
**paragraphs**
81:*16*
**parakeratotic**
139:*10*
**parathyroids**
183:*20*
**parenthesis**
126:*1*
**parents** 96:*22*
**Park** 5:*8*
**part** 11:*17*
18:*3* 19:*15*, *17*
21:*12* 22:*18*
27:*14*, *16*
30:*20* 37:7, *9*
38:*1* 39:*7*, *12*
40:*3*, *9*, *14*
56:*14* 78:8
79:*15* 91:6
96:*20* 147:*3*, *4*,
*6*, *13* 149:*19*
151:*16* 157:*13*
173:8 197:7
199:*20* 202:*3*
209:*11* 211:*9*
219:*1* 220:*12*,
*24* 221:*5*, *5*, *11*,
*14* 222:*10*
**participants**
167:*22*

**particular**
18:*7* 31:*5*
37:*13* 39:*1*
42:*2*, *9* 52:*2*
96:*14* 138:*22*
149:*20* 155:*5*,
*11* 157:*4*
171:*7* 174:*10*
189:*20* 198:*10*
**particularly**
32:*22* 49:*11*
84:*24* 112:*2*
119:*22* 128:*16*
146:8 149:*23*
190:*4* 198:*23*
**PARTIES** 2:*1*
7:*17*, *23*
228:*14*
**parts** 76:*15*
77:*21* 147:*10*
158:*9* 207:*24*
208:*5*, *18*
214:*8*
**PAs** 16:*6*
17:*4* 151:8
**pass** 226:*21*
**paternal** 95:*11*
**pathogenesis**
64:*16* 67:8
**pathogenetic**
63:*12*
**Pathologic**
145:*10* 218:*11*
**pathological**
47:*15* 54:*5*
**pathologies**
86:*11*
**pathologist**
10:*17* 155:*15*
**pathologists**
21:*5* 32:*20*
**pathology**
10:*20* 11:*2*, *20*
12:*5*, *6*, *16*
17:*14* 23:*21*
34:*18* 42:*22*
50:*7*, *22* 51:*2*,
*9* 91:*16* 120:*3*,
*19* 121:*15*
123:*23* 126:*23*
143:*11* 151:*6*

152:*23* 157:*18*
173:*2*, *2*, *12*
182:8 214:*7*
**pathology-relat
ed** 38:*4*
**patient** 14:*2*
19:*10*, *13* 22:*5*
31:*10* 118:*3*
123:*13* 133:*10*,
*13*, *17* 134:*5*
135:*9*, *12*
155:*13*, *18*
167:*12* 168:*16*
171:*7*, *8*, *8*, *13*
173:*7*, *14*
182:*7*, *19*
183:*10* 198:*9*
201:*17*
**patients** 12:*15*,
*18*, *20* 19:*15*
47:*4*, *7*, *8*
49:*14* 50:*7*, *14*
51:*2*, *15* 61:*7*,
*16* 64:*3*, *11*
65:*24* 66:*3*
67:*6* 72:*4*, *12*,
*16* 73:*1*, *3*, *9*,
*13*, *22* 74:*3*
75:*14* 79:*15*
82:8 83:*23*
84:*15* 85:*17*
86:*9* 107:*5*, *19*
108:*7*, *10*
110:*7*, *18*
111:*7* 117:*18*,
*24* 121:*15*
124:*8* 134:*9*
157:*19* 159:*19*,
*23* 160:*1*
162:*14* 165:*18*
166:*21* 167:*9*,
*12*, *17* 168:*6*,
*20* 169:*7*, *11*,
*13* 175:*4*
178:*7* 182:*10*
183:*14* 184:*23*
198:*12*, *15*, *18*
199:*1*, *2*, *16*, *19*,
*23* 200:*19*
201:*3*, *9*

**pattern** 26:*9*
61:*10* 62:*1*
72:*4* 90:*19*
91:*3* 110:*8*
148:*19* 162:*15*
167:*18*
**pattern,** 90:*22*
**pause** 7:*22*
10:*2* 27:*2*
28:*22* 129:*17*
**PCIA** 32:*12*,
*15* 33:*12* 34:*9*,
*23* 35:*12*, *18*
36:*1*, *6*, *9*
45:*12*, *19* 46:*6*,
*9*, *17* 47:*16*, *20*,
*24* 48:*17* 51:*2*,
*15*, *24* 52:*3*, *4*,
*10* 53:*11* 54:*8*,
*19* 55:*7*, *24*
56:*9* 57:*3*, *6*
59:*24* 60:*2*, *22*
65:*24* 70:*5*
71:*5* 72:*12*, *16*
73:*10*, *13*, *22*
74:*19* 75:*11*,
*15* 76:*3* 83:*4*,
*19*, *22* 98:*18*,
*22* 99:*4*, *11*, *21*
100:*5*, *5* 101:*1*,
*16*, *23* 102:*5*,
*10* 104:*21*
107:*16*, *19*
108:*8*, *11*
110:*22* 111:*7*,
*8* 116:*17*
121:*15* 123:*3*
124:*9*, *12*
128:*18* 133:*8*,
*13* 134:*3*, *6*
135:*13* 138:*1*
148:*1* 156:*18*
159:*7*, *22*
164:*1* 170:*11*
171:*3* 184:*18*,
*24* 188:*12*, *14*
203:*6* 205:*5*,
*18* 210:*19*
224:*23* 225:*9*
226:*15*

**PDIRS** 137:*4*
144:*3*, *4*
**peer** 36:*12*, *21*
**peer-reviewed**
36:*17* 166:*9*
**pencil** 69:*16*
209:*9*
**pending** 85:*10*
**people** 19:*22*
77:*12*, *20*
84:*19* 141:8
164:*10* 193:*16*
**percent** 51:*1*
66:*2* 69:*20*
102:*23* 163:*1*
**percentage**
13:*6*, *9* 122:*13*
142:*14*
**perfectly** 11:*9*
**perform**
157:*20*
**performed**
117:*22* 119:*3*
127:*19* 138:*12*
156:*4* 205:*23*
**performing**
145:*12*
**peribulbar**
51:*12* 53:*2*
185:*15*
**perifollicular**
100:*18* 113:*12*
137:*4*
**period** 181:*18*
**permanent**
20:*24* 21:*14*
22:*1* 23:*1*
27:*10* 30:*12*
31:*23* 33:*5*, *18*
43:*15*, *22* 45:*2*
49:8 53:*19*
63:*6* 76:*22*
78:*21* 79:*11*
82:*7* 87:*23*
121:*12* 159:*11*,
*12* 160:*6*, *7*
163:*11* 164:*20*
171:*19*, *22*
172:*4* 173:*20*
175:*3*, *20*

Elgida R. Volpicelli, M.D.

176:1 177:12
178:7
**permanent,**
163:8
**permanently**
66:9 76:17
159:1, 8 160:9,
13
**persistent**
20:2, 9, 19, 23
22:6 28:9
29:5, 16, 23
30:5 31:1, 9
34:14 43:15,
23 47:5 55:1,
18 59:23 67:2,
3 72:3 77:1
79:7, 23 80:24
82:15 86:6
89:21 98:10
159:19 160:1
163:8, 11, 13
164:21 171:14,
20 172:8
174:5 175:1,
10 176:1, 12
177:2 187:24
204:14, 16
**person** 9:20
21:24 27:10
88:22 171:2
198:15 203:18
**personal** 48:8
**personally**
14:13 89:1
**perspective**
49:12 93:11
120:1 126:2
162:8
**pertains** 29:15
95:5 102:10
157:3 203:6
**pertinent**
102:18
**Petronic-Rosic**
182:1 185:2
**Petronic-Rosic'**
**s** 6:10, 13
**PFIZER** 5:5
**ph** 1:23
**PHARMA** 4:3

**PHARMACEU**
**TICAL** 3:12
174:12
**PHARMACEU**
**TICALS** 3:11
4:5
**pharmacokineti**
**cs** 178:2
**pharmacovigila**
**nce** 82:2
**phase** 69:18,
21 114:2
185:8
**photo** 104:23
114:22 138:1,
6 144:14
**photodamaged**
152:19
**photograph**
114:11 137:11
144:11
**photographed**
137:20
**photographs**
95:6
**photomicrogra**
**ph** 123:13, 22
135:7 138:11
146:21 149:21
**photomicrogra**
**phs** 105:23
**physical** 134:1
**physician** 14:6
15:14, 24
17:20 120:10
131:19 153:18
174:17 177:17
**physicians**
37:22
**physician's**
15:3, 17
119:24 179:15
**physiologic**
186:1 187:18
**pick** 27:18
37:11 215:12
**picture** 87:15
113:23 114:4
123:9, 12, 21
125:4 135:12
139:1, 4

143:15 145:3
184:20 199:2
219:4
**pictures** 41:20
87:14 92:1, 3
140:17, 18
158:14, 16, 16
**pieces** 28:4
120:22
**Piedmont** 2:17
**pigment** 52:24
170:19 185:15
**pigmentary**
68:11, 16
**pili** 65:10
109:7
**pilosebaceous**
149:2, 15
**place** 127:23
143:6 228:10
**Plains** 1:15
**plaintiff** 17:10
206:10
**PLAINTIFFS**
2:3 6:20 8:4
205:17
**Plaintiff's**
153:20
**Plan** 205:24
213:11
**Plan,** 156:1
**planopilaris**
160:18 208:16
**plausibility**
82:4
**plausible**
156:16 188:1
**play** 83:6
**playing** 127:11
**plays** 100:21
122:8 220:1
**please** 7:22
8:1, 11 18:12
21:8 24:15
32:23 41:5
45:6 63:3
65:18 68:1
86:18 98:3
127:16 133:2
135:5, 10
136:23 139:15

143:22 145:6
150:7 170:8
178:11 180:21
185:14 187:6
229:3, 8
**PLTF-502**
212:21
**pluck** 93:15
**plucking**
92:24 93:5
94:20 209:12
**point** 27:23
28:3, 12 29:8,
22 32:7 41:8
46:3 60:23
62:14, 16
69:16 85:6
105:11 107:24
108:24 109:1
110:22 113:21,
21 118:6, 7, 17
119:9, 22
122:12 124:1
126:18 136:9,
10 137:13
138:9 142:13
143:9, 15
146:18, 18
150:3 151:3, 4
154:23 156:1
157:5 188:17
204:5 205:4,
14, 20 214:11
215:13, 15
221:3 222:4, 6,
16 225:8
**pointed**
214:21 215:20
218:22, 22
**pointing** 33:15
83:15 114:18
**points** 51:11,
16 62:10
101:3 110:11
142:11 151:12
**Pollard** 1:18
228:3, 19
**population**
169:15
**populations**

170:1
**portion** 210:18
**portions** 146:7
221:16
**posed** 199:16
207:22
**positive** 152:5
167:13
**possibilities**
85:18
**possibility**
95:20 205:4,
10
**possible** 129:3
**posted** 103:9
193:17
**posterior**
126:22
**potent** 176:17
**potential**
67:21 157:24
205:5
**potentially**
55:18 171:21
**power** 107:8
123:18 137:21
139:3, 7
**practice** 11:21,
21, 23 20:5
22:19 38:17
39:8 48:4
78:2 93:2
96:8 121:3
154:3 197:15
205:11
**practicing**
197:15 201:8
**pratherd@gtla**
**w.com** 2:22
**preceded**
29:19, 20
**precise** 63:12
**precision**
141:19
**preexistent**
86:16
**preexisting**
67:5 89:16
**prefer** 163:12
**premature**
113:17 114:12

Elgida R. Volpicelli, M.D.

137:*18*  139:*9,*
*11*  144:*5*
145:*1*  222:*21*
**preparation**
21:*13*  22:*9*
25:*14*
**prepare**  15:*3*
17:*21*
**prepared**
137:*2*  142:*20*
**preparing**
17:*12*  141:*2*
190:*22*
**prescribed**
174:*6, 9*
**prescribing**
175:*2*  176:*15*
**presence**
112:*16*  119:*11*
146:*3, 23*
147:*12*  149:*4*
165:*22*  170:*16,*
*18*  171:*3*
184:*13*  187:*22*
217:*17*  219:*10,*
*20*  221:*12*
**present**  27:*20*
35:*4, 9*  37:*13,*
*21*  41:*13*
50:*22*  51:*7, 17,*
*19*  53:*8*  56:*23*
74:*4*  99:*1, 22*
101:*5, 13, 20,*
*21, 21*  102:*3*
107:*10*  108:*7*
114:*22*  119:*20*
124:*6*  126:*6,*
*10*  134:*6*
144:*13*  162:*14*
185:*3*  221:*20*
222:*11, 19*
**presentation**
54:*6*  73:*21*
91:*17*  134:*1*
170:*19*  223:*24*
226:*8*
**presentations**
30:*22*  41:*10,*
*14*  197:*22*

**presented**
28:*16*  38:*23*
90:*7, 18*
**presents**  75:*12*
**preservation**
61:*18*  110:*19*
124:*2, 4, 10*
148:*11*
**preserve**  226:*3*
**preserved**
61:*10*  98:*12*
99:*24*  100:*2, 7,*
*7*  108:*2*  110:*8,*
*9*
**president-elect**
42:*14*
**presume**
177:*14*  181:*22*
211:*1, 2, 6*
**presumed**
224:*2*
**presumption**
97:*8*
**previous**  183:*9*
**previously**
89:*5, 13, 23*
98:*21*
**primary**  44:*24*
**print**  166:*14*
**prior**  27:*6*
95:*2, 7, 14, 21*
97:*19*  141:*2*
165:*21*  167:*6,*
*7*  172:*20*
174:*23*  228:*4*
**probably**
43:*18*  187:*15*
192:*9*  193:*2*
**problem**  8:*24*
152:*13*  179:*2*
191:*8*
**problems**
95:*21*
**process**  10:*16*
17:*5*  36:*8*
37:*10*  38:*5*
63:*12*  93:*20,*
*22*  162:*16*
174:*19*
**processes**
146:*6*

**produced**
207:*12*
**product**  14:*17*
**PRODUCTS**
1:*5*
**Professional**
204:*1*
**program**  28:*2*
141:*13*
**progression**
160:*24*
**progressive**
160:*19*
**proliferating**
68:*9*
**prominent**
74:*14*
**proposed**
64:*20*
**proposition**
226:*13*
**propounded**
231:*6*
**prospective**
56:*20*  85:*10*
**protective**  9:*6*
**protocol**
129:*13*  157:*14,*
*16*  173:*9*
182:*20*
**protocols**  16:*3*
**prove**  159:*11*
**provide**  9:*12*
18:*6, 18*  41:*9*
85:*18*  118:*14*
194:*16*  195:*17*
211:*18*
**Provided**  6:*17*
39:*23*  95:*7*
145:*3*  177:*18,*
*20*  191:*24*
192:*4*  193:*9*
219:*3*
**provides**
134:*15*
**providing**  39:*2*
**PSA**  166:*21*
**Public**  228:*21*
231:*20*
**publication**
81:*9*

**publications**
42:*1, 5*
**publish**  38:*18*
**published**
23:*13*  28:*4*
38:*13, 19*  50:*2*
80:*9*  106:*9*
166:*9*
**pull**  40:*24*
194:*5*  212:*21*
**punch**  109:*17*
131:*12*  136:*18*
184:*6*  215:*7,*
*22*
**punches**
215:*18*
**purpose**  23:*18*
**purposes**
31:*14*  52:*5*
62:*24*  151:*9*
217:*11*
**pursuant**  9:*6*
**push**  37:*9*
**put**  30:*22*
51:*24*
**putting**  118:*1*
**puzzles**  225:*11*

**< Q >**
**qualification**
126:*1*
**qualified**  198:*3*
**qualify**  126:*7*
**qualifying**
126:*11*
**quality**  65:*24*
159:*18*
**question**  11:*12*
17:*7*  19:*12*
21:*8*  24:*15*
33:*11*  34:*10*
36:*20*  39:*5, 6*
43:*18*  45:*5*
54:*11*  63:*22*
71:*2, 4*  87:*19*
89:*11*  96:*24*
97:*13*  118:*21*
128:*10*  133:*9*
151:*24*  186:*13,*
*22*  194:*19*
202:*5, 11*

209:*23*  210:*3*
212:*6, 7*  223:*3*
**questions**  16:*8*
58:*20*  131:*24*
196:*18*  197:*7*
199:*15*  207:*22*
208:*2*  210:*24*
211:*8*  216:*14*
218:*10*  226:*19*
231:*6*
**quick**  103:*6*
**quickly**  114:*9*
128:*6*  218:*6*
**quite**  14:*24*
35:*11*  40:*2*
101:*2*  153:*5*
176:*19*  206:*7*
**quote**  211:*13*
213:*4*
**quotes**  211:*10*
213:*4*

**< R >**
**radiation**
173:*10*
**range**  34:*5*
50:*13, 23*  51:*1*
102:*22*  117:*17,*
*23*  118:*5*
192:*9*
**ranges**  169:*24*
**Rapidly**  68:*5,*
*8*  69:*7*
**rare**  20:*3, 15*
29:*23*  32:*13*
40:*9, 10*  84:*15,*
*15*  86:*8*  96:*9*
171:*13*
**rates**  190:*22*
**reached**  44:*14,*
*21*  45:*15*
116:*18*
**read**  9:*8*
23:*15, 20, 20*
24:*11*  25:*2*
27:*15*  28:*14*
30:*18, 21, 23*
31:*12, 13, 18*
32:*10*  37:*16*
38:*4*  55:*23*
81:*7*  82:*17*

Elgida R. Volpicelli, M.D.

96:16  128:6
145:10  150:11
154:3, 11, 15,
16  155:2, 9
156:8  168:1, 5
174:20  189:15,
17  190:7
209:11  217:18
223:9  229:3
231:4
**reader**  167:24
**reading**  23:18
36:17  64:14
73:17  95:16
106:21  119:8
154:19  166:16
168:2  176:3
180:10, 13, 16
186:21, 22
210:12
**realistic**  155:20
**really**  20:1
27:12  34:21
40:3  42:24
45:22  53:23
76:6  100:20
114:9  119:10,
16  126:12
128:5  142:18
155:9  199:1
203:19  205:12
225:7
**realm**  51:23
**Realtime**  1:19
220:17  228:3,
20
**reason**  14:4
52:18  67:5
86:8  121:8
155:21  160:7,
8  162:13
177:16  182:10
195:1  211:23
217:21  220:11
229:5  230:5, 7,
9, 11, 13, 15, 17,
19, 21
**reasonable**
36:10  69:4
161:17  223:14

**reasons**  208:4
**reassess**  183:20
**reassure**  217:3
**reassuring**
207:18
**Rebuttal**  6:13
103:4  104:13
105:12  114:23
115:6  119:8,
10, 13, 21
123:10  131:9
137:12  138:16
142:9, 10, 20
143:3  144:13
189:8  214:12
216:7
**recall**  20:4, 11
21:9, 19  25:12,
18  30:16  31:5
32:11, 24  44:1
46:13  81:4
92:18, 20
154:12, 17
156:13  165:2
166:16  168:2,
23  169:10
176:3, 5, 6, 8,
14  180:10
190:2, 13
202:9  208:2
210:12, 14
211:16  212:9
216:13, 19
217:23  218:3
223:6  224:18
**receipt**  229:13
**receive**  16:5
78:3
**received**  31:21
78:8  82:8
191:13
**receptor**
167:13
**recess**  58:11
130:1  196:10
**recognize**
34:12
**recognizes**
123:22
**recognizing**
35:3

**recollect**  17:13
23:4  25:22
31:13  100:16
**recollection**
21:21
**record**  7:4
8:2  9:3, 5, 19
10:1, 4  26:22
27:1, 4  28:20,
21, 24  41:2
58:9, 14
129:20, 22
131:4  196:8,
13  227:4
**recreate**
220:18
**recurring**
119:12
**red**  108:1, 3
**Reddy**  176:4
**Reddy's**
177:24
**reduced**  149:1,
15  151:2
**reduction**
74:19  75:14,
19, 23
**refer**  26:3, 7
32:9  33:14, 16
37:1  49:1
57:6  60:24
64:12  66:20
70:13  71:21
76:18  80:1
87:13  88:6
99:5  105:12
106:7, 17
109:24  123:6
125:2  136:14
139:6  140:16
151:6  152:5
155:22  159:14
176:20  184:19
225:23
**reference**  29:7
80:8  86:18
106:6  138:11
152:21  159:15
164:7  179:13
202:6  213:3

**referenced**
213:16, 18
**references**
164:8
**referencing**
153:5
**referred**
103:24  202:12
205:21  212:24
**referring**
34:23  68:20
71:19  88:18
102:15, 17
111:9  120:24
121:10  175:11
184:22  204:13,
15  212:14
213:5, 10
219:16
**refers**  33:20
166:21
**reflect**  59:12
**reflected**
195:21
**refute**  64:24
66:8  80:23
**refutes**  66:14
110:21
**regard**  132:4
**regarded**  85:9
**regarding**
13:10  22:11
41:10  45:19
46:9, 16, 22
54:17  80:22
85:7  118:7
166:16
**regardless**
90:8, 19
**regards**  154:20
**regimen**  25:21,
22, 23  56:14
79:16, 16, 18
**regimens**
47:10  78:20
79:12  177:10
**region**  65:9
93:6, 17
**regions**  74:15
77:4

**Registered**
1:18  228:3, 19
**regrow**  34:4
60:10  86:9
160:10, 14
161:7  181:8
**regrowing**  67:7
**regrowth**  66:4,
12, 13  72:18
73:1, 6  83:20,
24  84:3, 16
160:4  163:9,
12  164:3, 14,
22
**reiterate**  32:5
34:21  55:12
56:17  75:18
79:5  82:11
86:4
**reiterated**
171:12
**related**  210:11
**Relates**  1:8
**relation**  48:21
**relationship**
90:12  181:11
**relative**
118:15  228:13,
14
**relatively**  40:8
**reliable**  24:21
81:10  88:11,
15  210:1, 7
**reliance**  81:7
106:10  193:8
**relied**  46:19
48:18  49:6, 15
50:4  65:19
81:3, 5  194:1
**rely**  85:1
168:16  225:12
**relying**  53:24
**remained**
147:10
**remaining**
189:9
**remains**  83:5
221:9
**remember**
17:16  20:8
23:8, 12  43:8

Elgida R. Volpicelli, M.D.

88:4 92:18
95:16 154:18
202:10 210:2
**remind** 209:7
**Remote** 1:12
7:10, 21
**REMOTELY**
2:1 7:18, 20
8:15 228:6
**remoteness**
197:3
**render** 158:4
195:17 220:8
**rendering**
22:11 34:18
35:5
**repeat** 17:7
24:14 63:21
89:10 186:14
**repeating**
55:10 187:6
**repetitive** 79:4
**replaced** 161:5
**replicated**
49:19
**report** 6:12,
13, 13, 20
17:14 23:13
25:6, 13, 16, 17
27:7, 9 30:10
31:8, 18 37:3,
3, 4 40:8, 23
41:3 47:3
51:17 57:7
58:18 81:6, 7
87:13 91:16
92:19, 20, 21
103:4, 20, 20
104:13 105:13
106:9, 11, 20
114:6, 23
115:6 119:8,
10, 13, 21
123:6, 8, 11
126:23 127:1,
2 131:9 132:7
134:15 135:6
137:13, 21
138:16, 16
140:6 141:2
142:9, 10, 19,

21, 22, 24
143:11, 12
144:13 151:6,
19, 20, 20
152:3, 6 153:4
155:23 156:9,
13 157:8
158:19 166:20
175:14 176:4
177:23 178:1,
1 179:21
180:2, 5
186:23, 24
187:20 189:8,
23 190:17, 22
195:14, 20, 21
201:22, 24
207:15 210:17
211:12, 14
212:15, 16
213:17, 22
214:5, 7, 12
216:7 218:1, 2,
4 220:10
223:10 225:24
**reported** 29:4
57:10 70:5
71:5, 13 79:11
95:18 99:4
111:7 124:9
125:17 138:1
159:6, 7
168:16
**Reporter** 1:18,
20 8:11 228:3,
4, 19, 20
**reporter's** 15:8
**reporting** 7:22
25:19
**reports** 22:22
23:7 34:13
38:18 47:3
55:22 56:1, 3,
8, 12, 18 79:9,
21 143:10
152:9 207:11
214:1 217:19
224:10
**reputable**
24:23

**request**
194:12, 16, 24
**requesting**
18:15
**required** 38:2
163:7
**requirement**
199:22 201:6
**requisition**
14:1
**research**
45:21 85:19
200:15
**resectioned**
100:17
**residency**
27:15 30:20
37:7, 17, 18
38:1 199:18
200:2, 4, 10, 16,
20, 21 203:18
**resident** 17:17
38:23 203:15
**residents**
28:14 38:9
39:10, 16, 17,
19, 20, 21, 23
40:7 44:3
**respected**
88:22
**response**
127:21 145:17
194:13 214:22
**Responses**
6:18 195:6
**responsibilities**
12:4 19:10
**responsive**
194:16, 17
**rest** 38:6 69:9
**result** 69:11
163:12 164:21
174:2 177:12
**results** 64:24
80:23
**retained**
150:14 189:6
206:14
**retention** 207:3
**retrospective**

47:3 166:6
**return** 229:11
**returned**
181:19
**review** 16:20
22:8, 14, 15
25:15 29:12
34:12 36:24
37:12 38:14
39:24 53:12
70:9 74:2
80:2 81:6
82:1 92:2
104:20 107:18
132:3 134:3
163:23 177:22,
23 189:16
203:3 207:4,
16 208:22, 23,
24 209:6
219:2 226:11
**reviewed** 9:13
36:16 76:6
80:18 95:4, 6
133:24 140:3
224:9, 10
**reviewer** 36:12
**reviewers**
207:18
**reviewing**
29:14 36:21
46:8 47:1
**reviews** 28:15
**Rheubottom**
179:14 180:6
**right** 10:15, 18,
22 11:16 12:7,
14, 23 13:17
15:16, 18 19:7,
19 20:7, 21
21:12 23:15
30:8 31:17
32:12 34:16
35:8 36:11
37:19 38:22
39:15 40:16
41:23 42:8
43:7 44:23
47:13 53:17
55:3 56:22
57:20 59:2

61:19 64:8, 21
66:16 67:23
71:13 72:7
73:8 75:13
76:1 78:6
80:6 81:8, 12,
20 82:20
88:21 89:9
91:21 92:11
93:14 94:22
97:7 98:2
103:1 105:21
106:21 107:12,
23 108:20
109:1 110:23
113:22, 23
114:2, 16, 19
115:1 116:13
120:5 122:10
124:24 125:8,
14 127:15
129:15 132:1,
11 133:1
134:4 136:21
137:17 141:16
142:15 143:20
144:16, 18, 21,
24 147:14, 17
152:15 153:11
156:10 158:18
160:11 163:3
165:12 168:9
170:10 173:18
178:3 180:19
181:23 182:12
183:22 189:14
190:10, 16
191:11, 20, 22
192:11 193:4,
15 195:3, 22
202:2
**rise** 69:8
**Road** 2:17
**robust** 127:8
**Rogers** 92:4,
21, 22 95:7
127:6 141:1, 4,
9 158:17
160:21 179:23
180:2 190:8,

Elgida R. Volpicelli, M.D.

14  207:1, 6
223:10, 14
**Roger's**  151:19
**role**  44:24
83:7  100:20
119:16  120:1
122:8  126:3
127:11  190:19
220:1
**room**  12:10
**root**  113:18
114:13, 19
137:19  138:24
139:9  144:6
145:2  222:21
**Rosic**  17:14,
17  49:5  51:16
57:9, 11  59:11
64:14  65:2
75:19  92:2, 19
99:2  100:14,
20  104:19
105:18  106:13
109:13  110:11
112:18  116:16
118:9, 12
121:3  122:1,
20  123:10
125:15  126:16
127:10  128:23
129:6  132:3
133:4  134:14
135:20  136:7
138:15  139:2,
18  140:1
141:16, 24
143:1, 17, 24
144:20  145:8,
18  147:18
150:2  151:7,
12  153:20
156:7, 11
158:15  160:21
182:24  185:24
189:7  205:23
206:7  208:23
213:12  214:2,
12  216:7, 17
217:19  218:21
219:3, 15
220:15  222:6

224:11, 11
225:11
**Rosic's**  29:8,
10  32:10
33:14  48:24
50:15  51:11
58:18  60:24
65:19  75:6
103:3  104:12
106:10  113:10
114:23  115:6
117:13  118:23
126:9  128:2
131:9  136:13
142:9, 19
143:9  145:22
151:19  155:22
156:9  159:15
164:7  189:16,
17  212:8
221:23  226:13,
15
**round**  19:1, 3
**rounds**  41:16,
22  202:13
**routine**  11:21
40:3, 14
**Rule**  37:3
154:23  155:5

**< S >**
**Safe**  226:24
**SAGENT**  4:4
**samples**  12:23
15:4  17:3, 10
21:23  54:4
**sampling**
211:14
**San**  2:8
**Sandoz**  1:8
2:12  6:18
7:12  8:7
173:24  174:24
191:2, 24
**Sandoz's**
175:16, 19
**Sanofi**  82:2
**SANOFI-AVE
NTIS**  3:3
**Sardi**  17:18

**sat**  39:22
**satisfies**  128:3
**satisfy**  128:12
**saw**  12:18
24:2, 5  56:23
183:1  199:23
207:11  213:19,
22  222:2
**saying**  24:6, 7
32:5  48:13
89:18  120:7
122:5  129:9
136:12  154:21
160:16
**says**  61:6
64:15  66:13
72:24  75:19
85:1, 8  87:3, 7,
22  109:2, 13
116:16  121:17,
18  126:24
135:22  136:2
143:15  156:2,
3  206:1  214:5
220:12  226:2
**scalp**  26:11
57:12  74:15
76:6, 20, 23
77:4, 9, 13, 17,
22  78:1, 6, 9,
11, 15  93:12
118:13  157:12,
15  158:10
214:6, 9
**scalps**  169:19
**scar**  161:6, 7
**scarring**  57:14
59:19, 22  60:2
67:10  86:14
108:13, 17
109:11, 22
110:13  111:24
126:5, 6, 10
127:9  145:16
146:6, 23
147:12  158:24
159:3  160:17
161:4  170:20
186:8, 18
187:9, 14, 23
188:10, 11

189:12  208:17
217:17  221:13,
18, 19  222:18
224:23  225:2
226:15
**scenario**
153:15  157:23
**schedule**
190:24
**school**  200:14,
15, 16
**Schwartz**
178:2
**science**  89:7
200:15
**scientific**
37:16  53:14,
24  54:24  55:4,
9, 13, 16  64:5,
22  76:24  79:5
82:3, 13  172:7
**screen**  8:21
**se**  53:22
**sebaceous**
98:13  99:24
100:2, 6, 7
108:2, 15, 17
109:7  124:2, 4,
5, 10  136:1
146:22  147:20
148:11  149:19,
22, 24  150:4,
14, 14, 23
**second**  16:13
19:3, 5  26:22
63:11  71:18
72:11  80:12
81:21  83:2
85:14  87:15
105:20  117:12
118:6  121:17
122:11  136:10
142:13  143:15
149:13  150:21,
21  151:4, 10
153:14  155:15
158:22, 22
184:4  215:15
219:1

**secondary**
106:4  138:14,
14  186:2
**Section**  1:5
14:15  16:12,
15  61:5  88:5
110:5, 17
145:23  150:11,
19  219:8
**sectioned**
14:19  16:2
113:11  128:24
129:1, 2, 11
132:21  146:10,
13  215:8, 10,
11, 18, 21, 22
220:16
**sectioning**
14:8  16:9
129:6
**sections**  15:1
104:21  111:22
116:18  117:21
120:20  121:19,
20  125:16
139:20, 22
142:4  145:13
185:19  186:5
221:15  222:13,
16
**Sedlacek**
165:12  166:19,
20  167:21
**see**  12:15, 20
13:15  23:11
44:19  58:7
59:10, 20, 21
62:2, 3  63:8
66:12  68:6
70:23  73:23
77:23, 24
80:10, 16
81:18, 23  84:3
86:20  87:3
98:5, 6  99:23
102:7  105:15,
17  107:7
108:16  112:24
123:15, 20
124:5, 21
125:6, 23

Elgida R. Volpicelli, M.D.

127:*18, 23*
129:*3* 131:*11, 14* 133:*10*
138:*7* 139:*10*
140:*13* 145:*10*
146:*19* 148:*21*
150:*14* 157:*19*
161:*13* 162:*21*
165:*13* 171:*6, 11* 175:*13*
179:*17* 182:*4, 5, 9, 19* 184:*4, 7* 187:*15*
193:*5* 198:*14*
199:*19* 200:*19*
201:*3, 9*
204:*23* 209:*22*
214:*22, 24*
**seeing** 17:*16*
23:*8* 156:*13*
199:*16* 207:*16*
224:*6*
**seen** 52:*20, 22, 24* 79:*9* 89:*2*
99:*7, 14, 18, 19*
101:*5* 107:*5*
109:*11* 125:*12*
127:*8* 148:*12, 14* 149:*2, 16*
152:*18, 20*
154:*16* 156:*22*
170:*23* 189:*11*
226:*10*
**select** 27:*19*
39:*24*
**self-reported**
168:*8*
**self-reporting**
167:*1*
**send** 15:*17*
154:*4*
**sense** 189:*4*
**sensitive** 68:*11, 17*
**sentence** 63:*11*
70:*4* 72:*15*
73:*8, 20* 74:*13*
75:*19* 76:*8*
78:*18* 85:*14*
98:*24* 100:*23*
106:*20* 150:*22*

151:*17* 152:*15*
158:*23* 163:*6*
165:*14* 166:*18*
179:*19* 185:*14*
188:*4, 6*
**sentences**
64:*15* 83:*3*
**sentiment**
134:*24* 165:*6*
**separate**
153:*16, 24*
**separately**
147:*3* 220:*4, 7*
221:*7*
**series** 22:*23*
49:*13* 61:*7*
106:*18*
**Series,** 121:*18*
**seriously**
171:*13*
**served** 194:*13*
**SERVICES**
1:*21* 7:*7*
**SESSION**
131:*1* 174:*15*
**set** 71:*24*
147:*2* 228:*11*
**sets** 75:*20*
159:*24*
**setting** 12:*22*
13:*12* 28:*10*
30:*6* 31:*7*
67:*2* 68:*21*
69:*23* 72:*6*
76:*13* 77:*24*
82:*14* 84:*6, 8*
89:*20* 94:*3*
99:*11, 23*
108:*13, 17*
109:*11, 22*
111:*8* 123:*3*
124:*13* 125:*12*
151:*22* 152:*19, 20* 157:*19*
167:*10* 183:*8*
192:*23* 204:*17, 20* 208:*12, 14*
**settings** 20:*17*
**seven** 189:*9*
**severe** 73:*10, 24* 74:*5, 9*

102:*20* 117:*14*
123:*16*
**severely**
118:*10*
**severity** 158:*5*
**shaft** 69:*10, 14*
99:*2* 123:*19*
**shafts** 59:*13*
**shallow** 113:*3*
**shape** 170:*5*
176:*12* 177:*1*
193:*18*
**shared** 207:*20*
**sharing** 57:*21*
**sheath** 113:*18*
114:*13, 19*
137:*19* 138:*24*
139:*10* 144:*6*
145:*2* 222:*22*
**sheet** 229:*6, 9, 12* 231:*7*
**she'll** 40:*24*
**shift** 50:*21*
51:*3* 53:*4*
102:*21* 170:*13*
187:*15, 16*
223:*2*
**SHOOK** 3:*5*
**short** 73:*11*
74:*1, 6* 166:*15*
196:*5*
**Shorthand**
1:*20* 228:*4, 20*
**show** 60:*17*
83:*21* 98:*9*
136:*2, 5* 137:*4, 8, 24* 138:*19*
191:*11*
**showed** 41:*20*
61:*16* 110:*18*
143:*10* 145:*13*
146:*14* 149:*22*
189:*8*
**showing** 8:*20*
**shown** 78:*21*
108:*7, 10*
143:*20* 159:*7*
170:*11*
**shows** 106:*12*
108:*4, 22*
111:*1* 112:*7*

113:*17* 116:*22*
117:*5* 122:*12*
124:*4, 18*
134:*17* 138:*4*
145:*3*
**shrunk** 150:*5*
**shuffling**
219:*23*
**side** 95:*11, 11*
152:*8* 206:*13*
**side-by-side**
123:*8*
**sides** 96:*21*
**sign** 9:*8* 12:*5, 13* 91:*9* 173:*1*
229:*8*
**signed** 20:*19*
199:*11*
**significant**
51:*3* 62:*15*
66:*4* 83:*24*
100:*17* 111:*1, 5, 12, 16* 112:*8, 14, 22* 113:*12*
122:*6, 7*
124:*15* 125:*10*
126:*14* 160:*3*
170:*13, 20*
219:*18*
**signify** 184:*13*
**signs** 183:*3*
**similar** 12:*9*
116:*14* 123:*9*
131:*15* 162:*15*
167:*18*
**similarities**
207:*16*
**simple** 33:*10*
34:*9* 43:*12*
106:*2* 139:*24*
142:*6*
**simply** 45:*18*
47:*6* 207:*8*
215:*6*
**single** 25:*6*
31:*8* 109:*4*
166:*6* 171:*12*
199:*24*
**sir** 15:*19*
21:*19*

**sit** 12:*12* 55:*6*
64:*8* 161:*16, 21* 162:*5*
173:*10* 177:*5*
**sites** 135:*23*
**sitting** 18:*22*
57:*24* 144:*18*
197:*2*
**situated** 144:*2*
**situation**
154:*17*
**situations**
174:*17*
**six** 73:*2*
95:*14* 107:*4*
142:*2* 143:*2*
164:*2, 2, 3, 11*
178:*22*
**size** 12:*10*
108:*2* 134:*19*
135:*11* 147:*20, 22* 148:*16*
149:*1, 15*
150:*1, 5, 15*
184:*11*
**skin** 131:*12*
152:*20* 214:*8*
**slide** 108:*21*
110:*24* 112:*7*
113:*16* 116:*22*
122:*12, 15*
124:*3, 17*
141:*18* 147:*17*
**slides** 16:*23*
17:*12, 22*
21:*23* 22:*4*
137:*2* 140:*3*
154:*4, 11, 16, 17, 20* 155:*3, 10* 207:*9*
219:*3*
**slightly** 155:*19*
**slow** 161:*1*
**small** 166:*7*
169:*6, 12*
**smaller** 150:*5*
**so-called** 185:*3*
**Society** 166:*11*
**solar** 149:*4, 12*
151:*5* 152:*5, 19*

sole 56:*15*
181:*21*
somebody
180:*14*
somebody's
69:*21*
Sorry 8:*18*, *22*
15:*9* 17:*6*
24:*14* 28:*18*
54:*10*, *13*
55:*10* 63:*21*
65:*17* 67:*3*
70:22 71:*1*
73:16 83:*3*
84:5 87:*18*
89:*10* 113:*7*
115:*3* 128:*10*
132:*19* 139:*24*
151:*7* 152:*11*
154:*13* 164:*12*
178:*23* 179:*6*
180:*1* 184:*1*
186:*11*, *14*, *21*
187:*1*, *5* 191:*5*
194:*18* 213:*8*
sort 48:*23*
81:*15* 119:*10*
225:*6*
sorts 13:*5*
169:*20*
sound 191:*20*
sounded 89:*14*
sounding 79:*3*
sounds 58:*5*
136:*7* 177:*16*
191:*22*
source 24:*21*,
*24* 81:*10*
space 229:*6*
sparse 119:*14*
speak 32:*21*
39:*17* 141:*1*
182:*15*
speaker 8:*20*
speaking
39:*16*, *18* 74:*3*
75:*11* 84:*9*, *13*
91:*8* 100:*6*
134:*5* 142:*7*
163:22, *23*

175:*7* 181:*22*
211:*1*
special 151:*8*,
*8*
specialist
202:*20*
specializes
179:*15* 180:*7*
specialty
202:*21*
specific 16:*9*
21:*7* 32:*22*
41:*12* 42:*9*
46:*12* 48:*3*
60:*11* 65:*22*
70:*12* 76:*7*
88:*5* 99:*17*
101:*1* 123:*7*
124:*11* 152:*4*,
*17* 190:*2*
202:*6* 208:*19*
222:*22* 225:*24*
specifically
14:*8* 23:*22*
26:*13*, *14* 28:*6*
29:*9* 30:*3*
32:*18* 33:*15*
36:*14* 43:*1*, *8*
50:*8* 51:*5*
52:*4* 60:*16*
61:*1*, *6* 65:*20*
72:*1* 77:*8*
79:*17* 81:*5*
86:*15* 94:*1*
102:*15* 106:*10*,
*18* 114:*6*
118:*7* 120:*23*
121:*11*, *16*
123:*5* 125:*3*
133:*19* 135:*6*
136:*16* 142:*10*
155:*23* 157:*3*
159:*16* 162:*12*
165:*2* 170:*4*
203:*5*, *16*
206:*6* 208:*15*
209:*7* 212:*2*
213:*8* 219:*16*
226:*2*, *7*
specifics 40:*2*

45:*16*
specify 192:*17*
specimen
14:*10* 101:*14*
145:*10* 156:*23*
157:*1* 219:*4*, *7*
specimens
11:22 13:*5*
14:*9*, *14* 15:*15*,
*17* 61:*9* 98:*9*
110:*6* 131:*16*
132:*4* 173:*4*, *5*
speculating
101:*18*
spell 43:*5*
spent 11:*7*
200:*22*
Sperling 85:*1*
Sperling's
49:*20* 66:*21*
135:*21* 136:*15*
148:*24* 150:*8*,
*18*, *20* 165:*6*
spirit 198:*21*
spironolactone
66:*6* 160:*4*
spots 109:*22*
stage 57:*16*
173:*5*
stain 151:*8*, *8*,
*11*, *14* 152:*4*
Stamford
21:*17* 32:*14*
173:*9*
stand 160:*8*
Standard 48:*4*
120:*15* 121:*2*
173:*8* 176:*21*
177:*18*, *20*
182:*20* 225:*13*
stands 33:*17*
86:*8* 105:*19*
144:*5* 182:*10*
190:*3*
star 105:*7*
108:*1*, *3*
113:*22*, *24*
117:*4* 124:*19*
144:*15*, *16*, *18*,
*18*, *22*
stars 144:*2*

start 14:*17*
95:*14* 149:*18*
starting
150:*22* 220:*21*
starts 184:*5*
State 3:*16*
9:*4* 153:*14*
158:*23* 164:*19*
168:*12* 173:*23*
181:*2* 187:*22*
229:*5*
stated 20:*14*
43:*19* 128:*18*
209:*8*
statement
52:*15* 59:*16*
64:*13* 71:*5*, *9*,
*16* 72:*21*, *23*
74:*23* 75:*2*
78:*24* 82:*10*,
*17*, *19* 88:*5*
113:*20* 134:*14*
137:*10* 145:*18*
148:*6* 153:*23*
157:*3* 168:*6*
180:*9* 181:*23*
STATES 1:*1*
7:*13* 59:*12*
63:*6*, *11* 68:*8*
72:*15* 73:*9*, *23*
74:*13* 76:*1*
78:*18* 82:*1*
98:*7* 104:*19*
108:*1* 122:*12*
125:*18* 133:*5*
136:*16* 137:*1*,
*23* 141:*17*
142:*16* 143:*1*,
*11*, *24* 145:*8*
147:*18* 148:*22*
166:*20* 172:*14*
219:*16* 226:*7*
stating 139:*18*
status 165:*23*,
*24* 167:*7*
steer 45:*22*
steered 205:*7*
stellae 98:*12*
99:*16*, *17*, *18*,
*22* 102:*19*

140:*19* 170:*14*,
*17* 185:*3*, *6*, *10*
stem 63:*15*
65:*4*, *5*, *7*, *11*
66:*9*, *11* 80:*24*
83:*6*, *19*
stenographicall
y 228:*10*
step 123:*1*
steps 49:*16*
STEVENS 2:*5*
Stewart 1:*8*
7:*12* 17:*3*, *10*,
*12* 45:*1*, *11*, *16*
46:*5* 47:*23*
48:*16* 50:*10*,
*12* 51:*17* 54:*6*,
*17* 57:*3* 62:*5*
90:2, *4*, *6*, *18*
92:*13* 95:*1*, *5*,
*9*, *21* 97:*3*, *15*,
*18*, *23* 110:*14*
117:*20* 118:*12*
120:*14* 125:*20*
133:*7* 134:*10*
151:*5*, *21*
161:*18*, *22*
176:*16* 177:*6*
182:*14* 191:*3*,
*6* 209:*7*
212:*16*
STEWART,W-
PLTF-00502
6:*22*
Stewart's
46:*12* 50:*22*
51:*8*, *20* 67:*11*
79:*17* 93:*24*
95:*17* 96:*22*
123:*11*, *22*
127:*12* 133:*5*,
*20* 134:*20*, *22*
135:*8*, *13*
136:*2* 144:*3*
147:*18* 149:*5*,
*8* 157:*11*
158:*10* 176:*7*
177:*15* 184:*5*
188:*2*, *9*
208:*24*

Elgida R. Volpicelli, M.D.

stilled  201:9
stood  221:21
stop  9:22
  160:24  161:2

straightforward
  139:24  142:6
streamers
  140:20, 21
  170:14  185:4,
  9  187:17
Street  3:16
  4:8
strengths
  27:21
stress  20:2
  67:18  119:10
stretch  187:14
strikes  123:18
striking  50:9
  122:24  123:2
  184:21
strong  28:2
stronger
  102:11
struggle
  123:19
students  39:9
studies  30:11
  31:20  47:3
  56:19, 23
  67:20  70:10
  82:4  83:13
  85:10  162:12
  168:14  182:2
study  56:20
  66:3  70:16, 24
  83:22  159:22
  166:5, 6
  167:21  168:10,
  18, 20  169:2, 5,
  11  176:20, 21,
  22
style  13:22, 23
subcutaneous
  111:4  112:13
  134:18  146:1
  221:24
subject  203:9
Subscribed
  231:10

subset  50:7
  85:17  86:8
  165:18
substance
  231:7
sudden  69:11
suffer  19:22
  33:5  45:2, 11
  46:6  57:3
  75:15  93:15
suffered  21:24
  27:10  31:23
  47:4, 24  48:16
  62:6  92:14
  108:8, 11
  125:21  159:6
  161:18, 22
suffering  73:13
SUFFERN  4:6
suffice  13:10
  168:5  207:13
sufficient  82:5
suggest  101:15
  102:4  171:2
suggested
  151:1
suggesting
  119:2  120:8
suggestions
  132:12
suggests  89:7
  154:24  182:2
suit  122:2
sum  51:18
summarize
  38:15
SUN  3:11
superficial
  18:2  112:18
  113:4  121:6
  125:8  140:8,
  12, 23  211:11,
  21  216:4
  217:2, 14, 16,
  22  219:12
  221:16, 22
  222:16
superficially
  142:4
supervising
  37:22

supplemental
  218:12, 13
support  65:1
  82:6
supported
  34:18  65:15
supportive
  91:16
supports
  226:12
supposition
  64:19
sure  20:15
  24:17  25:8
  26:23  27:23,
  24  28:3, 12
  30:2, 23  32:7
  44:5  45:8
  46:2, 10  48:11
  54:2  63:24
  73:5  96:16
  100:12  103:12,
  19  104:3, 6
  116:4  119:18
  134:8  139:23
  156:18  160:21
  162:23  165:3,
  4  176:14
  178:17, 19
  181:14  193:17
  194:20  205:12
  214:17  221:1
surgeons
  32:20  173:11
surgeries  167:8
surgery  39:20
  173:12  201:16
Surgical  6:20
  12:5  173:1
  212:15
surprised
  20:17  213:20,
  22
surrounding
  125:9
survival  177:1
Suspect  156:3
  206:2
suspected
  121:16

Swanis  44:13
swear  8:12
sworn  7:19
  8:15  228:6
  231:10
system  68:11,
  16
Systemic  49:8
  121:12  210:11
Systems  1:19
  228:3, 20

< T >
tab  29:10
  32:9  33:15, 19
  49:1, 4, 6, 10,
  10, 18  50:1
  61:1, 1, 2
  65:20  70:19
  71:22  159:16
  164:12, 13
  226:1, 5
table  29:14, 14
  68:5  71:22, 24
  80:4  106:21
tabs  32:4
TAC  79:18
tail  114:20
take  15:23
  40:17  51:22
  58:3  80:6
  82:9  104:11
  116:3  123:1
  128:8  167:14
  178:15, 22
  181:15  195:24
  196:5
taken  9:6, 22
  58:12  91:17
  95:19  130:2
  196:11  228:9
talk  21:16
  76:19  101:19
  128:9  157:10
  161:10
talked  13:4
  21:1  178:3, 8
  207:19
talking  25:17
  33:11  37:6
  60:6  144:12,

20  149:12
  180:14  225:18
talks  39:8
  51:5  142:14
tallied  192:4,
  21
Tallon  106:7
tamoxifen  72:6
tape  58:10
  129:23  131:5
  196:9, 14
tapered  69:15
Tara  179:14
  180:5
targeted  83:19
targets  68:12
TARYN  2:14
task  45:10
taught  48:5
TAX  176:20
taxanes  53:10
  54:8, 19  55:6,
  24  56:9, 12
  63:17  64:2, 9
  76:10, 21  77:1
  84:1  86:6
  89:7, 15  172:3,
  8, 11  173:20
Taxol  56:13
TAXOTERE
  1:4  3:13
  56:13  78:20
  79:6, 13, 18
  172:15, 16, 19
tea  179:2, 4
teach  197:23
teaching  42:23,
  23
team  18:10
  45:14  103:8
  193:16  197:21
  201:13, 15, 16
  206:11
tech  9:20
technician
  17:20
techniques
  16:14, 17
tell  13:14
  14:21  20:4
  41:15  88:6

Elgida R. Volpicelli, M.D.

150:*15* 155:*5*
175:*21* 180:*15*
**telling** 103:*8,*
*17* 150:*10*
**telogen** 50:*21*
51:*3, 7* 53:*4*
102:22 105:*6,*
*8, 19, 24* 106:*1,*
*2, 3, 5, 12, 14,*
*23* 107:*3, 8, 15,*
*21* 114:2, *15*
137:*17, 24*
138:*5, 13, 17,*
*18* 143:*12, 16*
144:*23, 24*
147:22 170:*13,*
*18* 185:*8, 17,*
*20* 186:*1, 3*
187:*16, 17, 19*
**temples** 91:*9*
**temporal** 92:*8*
175:*23* 181:*10*
**temporarily**
185:*7*
**temporary**
174:*4* 175:*24*
176:*11*
**ten** 14:22
49:*13* 61:*7*
107:*4* 110:*7*
142:*1* 196:*6*
**tend** 107:*11*
**tendency**
106:*23*
**tends** 156:*15*
170:*4*
**tentative** 85:*10*
**term** 52:*13*
106:*4* 163:*13*
175:22, *23*
**terminal**
142:*1* 143:*3*
185:*7*
**terms** 14:*24*
19:*8, 19* 22:*14*
39:*15* 41:*12*
48:*14* 52:*1*
54:*3* 55:22
57:*1* 74:*10*
88:*11* 96:*6*
100:*23* 120:*6*

152:*1* 155:*6*
158:*4, 23*
173:*15* 176:*10*
192:22 194:*2*
203:*4* 206:*16*
213:*5, 16*
**terrible** 192:*13*
**Terrific** 153:*11*
**test** 183:*13, 13*
**tested** 64:*21*
**testified** 8:*16*
157:*9* 197:*10*
**testify** 160:22
166:*14* 228:6
**testimony**
209:*1* 228:*9*
**texture** 73:*4*
**TGU** 186:*2*
**Thank** 19:*7*
29:*1* 30:*8*
57:*20* 61:*19*
63:*2* 67:*23*
72:*7* 82:*20*
85:*4, 23* 87:*11*
88:*21* 92:*11*
101:*8* 103:*1,*
*23* 107:*12, 23*
108:*20* 110:*23*
115:*7, 13*
116:*8* 122:*10*
123:*24* 125:*14*
129:*15* 135:*15*
136:*21* 137:22
139:*13* 143:*21*
145:*5* 156:*20*
180:*19* 183:22
189:*14* 191:*6*
193:*4* 195:*10*
196:*15, 15, 23*
226:*23* 227:*1*
**Thanks** 10:*11*
118:*19* 140:*24*
153:*2*
**theme** 33:*23*
60:*19, 21*
188:*24* 225:*7*
**therapies** 94:*3,*
*8* 167:*14*
**therapy** 56:*15*
66:2, *5* 67:*3*
159:*24* 161:*10,*

*19* 162:*23*
163:*19* 165:*24*
176:*18* 210:*11*
223:*4* 224:*7*
**thin** 209:*8*
**thing** 23:*7*
33:*1* 46:*20*
85:*6* 108:*23*
116:*14* 128:22
196:*1* 212:*1*
213:*12, 21*
224:*18, 22*
**things** 27:*8*
96:*5* 169:*21*
181:*2* 182:*18*
198:22 219:*18*
**think** 24:*23*
26:*12* 32:*3*
37:*2* 42:*17*
46:*11* 48:*2*
53:*21* 65:*2*
79:*20* 81:*9*
86:*7, 11* 89:*6,*
*12* 91:*10*
100:22 103:*10,*
*15* 117:*12*
118:*16* 122:*17*
127:*9* 128:*15*
135:*1* 136:*11*
140:*7* 143:*17,*
*18* 151:2, *18*
155:*4* 157:*4, 9*
159:*13* 163:22
166:*18* 175:*8*
176:*11* 177:*17*
183:*10* 185:*23*
190:*17* 191:*4,*
*13* 193:*14, 15,*
*17* 197:*10*
199:*6* 202:*5,*
*12* 203:*11, 18*
204:*7, 23*
206:*23* 209:*19*
210:*14* 212:*1,*
*6* 214:*19*
216:*16* 218:*10*
220:*20* 222:*5*
223:*8* 224:*12,*
*14, 17, 20*
225:*5, 23*

**thinking** 27:*16*
28:*7* 40:*1, 5,*
*10* 94:*1*
208:*14*
**thinks** 48:*3*
**thinning** 57:*12*
73:*11, 24*
74:*14* 76:2, *10,*
*22* 77:*12, 20*
91:*8* 92:*14*
93:*1, 16* 94:*5,*
*8* 95:*18* 137:*5*
207:*23* 208:*5*
**thiotepa** 31:*7*
**third** 108:*24*
112:*3* 113:*2,*
*13* 214:*23*
215:*13*
**thirty** 229:*13*
**thorough** 52:*7*
101:*9* 109:*15*
**thoroughly**
120:*14* 205:*13*
**thought** 24:*3*
43:*10* 68:22
88:*23* 156:*9*
162:*16* 200:*13*
210:*1*
**thoughts**
21:*18* 156:*16*
207:*20*
**Three** 5:*8*
37:*18, 20*
109:*6* 122:*18*
131:*5* 138:*20*
143:*4, 13, 16*
164:*10* 196:*9*
200:*12* 207:*17*
**thyroid** 183:*3,*
*19*
**time** 7:*9* 9:*21*
11:*7* 23:*16*
25:*2* 30:*24*
31:*15* 34:*3*
38:*12* 42:*13,*
*16* 49:*23* 53:*9*
54:*17* 67:*6*
69:*19* 71:*12*
128:*8* 133:*14*
141:*4* 177:*11,*
*18, 21* 178:*18*

181:*11, 18*
187:*6, 16*
192:*1* 197:*21*
200:*18, 22*
201:*9, 10, 14*
204:*7* 224:*13*
226:*19* 228:*10*
**times** 37:*10,*
*20* 104:*1*
156:*4* 174:*1*
185:*23* 206:*3*
**tissue** 15:*23*
18:*11, 13, 16*
111:*4* 112:*13*
146:*1* 151:*15*
152:*2* 221:*24*
**titles** 41:*14*
**today** 19:*9, 16,*
*17, 21* 23:*21*
54:*18* 55:*6*
64:*9* 87:*7, 22*
91:*23* 156:*4*
161:*16, 21*
162:*5* 163:*1*
177:*5* 190:*20*
192:*12, 12, 14,*
*15, 16, 17, 18,*
*20, 23* 195:*15*
201:*7* 209:*4,*
*19* 213:*1*
**Today's** 7:*8*
**token** 111:*11*
135:*4*
**told** 136:*6*
**tone** 180:*13*
**top** 57:*11*
59:*8* 63:*5*
104:*20* 123:*8,*
*21* 133:*4*
135:*8* 137:*16*
139:*1, 4*
144:*18* 171:*18*
180:*23*
**topic** 21:*14*
24:*3* 27:*18, 20*
37:*11, 13, 21*
38:*13* 39:2, *11,*
*24* 203:*7*
204:*4*
**topics** 23:22
38:*19*

Elgida R. Volpicelli, M.D.

**Tosti** 29:11
49:7 71:23
80:2 106:19
121:13
**Tosti's** 61:3,
12 110:3
121:10, 11
128:19, 21
**total** 62:14, 17
116:24 117:1,
6, 10, 20 140:5,
7, 14 142:1, 3
143:2 191:18
**toxin** 69:1, 12
**toxins** 68:12,
17 69:5
**tracheomalacia**
51:10
**track** 140:11,
20 187:18
192:3 202:4
**tracking**
140:19
**traction** 52:24
57:15, 16, 18
91:11, 22 92:5,
9 93:12 99:7
**tracts** 170:17
185:18 186:5
**trained** 10:20
11:20 12:17
14:8, 13 42:11
141:15 155:1
157:18 182:8
**training** 11:8
12:19 22:8, 18
24:1, 2 27:14
36:23 37:8
38:2 39:7
42:9 44:9, 10
48:6 77:15
78:14 174:11,
15, 18 199:18,
21, 24 200:2
201:8 203:2
204:1 226:12
**transcript**
228:9 229:14,
15
**transcription**
231:5

**Transplant**
28:5, 8 29:4
**transplantation**
30:6
**Traurig** 1:14
2:16 44:18
**travels** 226:24
**treat** 14:14
131:20 173:14
**treatable**
171:21
**treated** 25:20
**treating** 176:8
177:15 183:8
**treatment**
31:22 78:19
79:10 85:19
159:18 164:2,
4, 15 172:1, 17
**tremendous**
42:21
**TRIAL** 2:6
**trichomalacia**
52:23 98:11,
24 99:1, 3, 3, 6
**trichotillomania**
53:1 99:8
**trickled** 46:11
**true** 62:18
70:9 75:21
76:10 171:1
**truly** 45:24
57:6 107:10
122:8 126:19
147:2
**truth** 228:6, 7,
7
**try** 121:3
159:12 206:15
224:15, 24
**trying** 29:22
40:2 54:12, 15
65:3 120:12
128:5 150:3, 3
188:7 204:6
212:2 219:19,
24 221:4
224:19
**T's** 105:17
**TUCKER** 4:15

**turn** 58:16
59:5 61:20
63:3 67:24
70:1 72:8
81:12 82:21
86:17 94:23
98:2 103:2
104:17 114:5
115:14 122:11
127:15 133:1
135:5 136:22
139:14 140:21
143:22 145:6
147:14 153:12
158:18 161:9
163:3 165:8
168:9 170:7
171:17 178:10
180:20 183:23
185:13 214:16
218:4
**two** 16:11
43:9 49:17
56:16 73:20
81:16 83:3
105:17, 22
106:16, 18, 23,
24 110:1
113:24 117:8
134:9 136:20
140:9, 13, 20
142:5 143:2
148:23 149:7,
11 156:4
159:21 168:14
178:13, 18
206:3 215:8
217:11, 15, 18,
19 224:10, 11
**type** 16:9
33:10 34:10
38:18 39:6
90:7 215:6
**types** 156:22,
24
**typical** 76:3
134:16 135:21
153:15
**typically** 96:1
153:23

**< U >**
**ULMER** 4:7
**ultimately**
147:7 173:13
**unable** 86:9
166:2
**unaffected**
158:3, 9
**unbiased**
155:12 206:21
207:18
**unchanged**
147:8 151:1
220:9 221:10
**uncomfortable**
176:9
**uncommon**
96:12
**uncover** 85:15
**undergoing**
114:12
**underlies**
164:16
**underlying**
67:8, 9 86:11
89:8 97:4
**undermine**
219:20
**Underneath**
59:11, 22
62:10 109:2
114:20 135:19
142:15 172:14
**understand**
43:13 44:23
45:9 83:8
156:6 157:21
202:1 206:9
**understanding**
54:11 103:16
173:24 206:19
**understood**
63:13 64:17
89:6, 12 175:2,
16, 19
**undertaken**
83:14
**underwent**
32:16

**unequivocal**
146:15 221:12,
12
**unequivocally**
220:22 222:11
**unethical**
120:9
**unifying** 60:19,
21 188:24
225:7
**unique** 35:17
**Unit** 2:7 65:5,
7 105:6, 8, 13,
23, 24 106:1, 5,
13, 14 109:9,
10, 20, 20
125:1 137:24
138:5, 13
147:22 186:1,
3 187:19
**UNITED** 1:1
7:13
**units** 51:7
61:11, 18
107:3, 9, 15, 21
109:3, 5, 14, 18
110:9, 10, 12,
20 135:24
149:2, 16
170:18 185:17,
21 189:6, 9
226:4, 9
**unmasking**
67:4 89:23
**untoward**
119:2
**updated** 9:13
193:9
**upper** 112:2, 4
113:2, 13, 22,
23 116:18
126:23 144:17
146:9 219:13
**UpToDate**
86:19, 22, 24
87:2, 6, 17, 22
88:3, 10, 15
209:19 210:10,
18

Elgida R. Volpicelli, M.D.

**up-to-date**
22:20  32:6
38:3
**use**  27:18
48:4  58:19
86:22  119:13
131:16  141:20,
21  160:20, 23
163:13, 15
172:16  179:22
211:10  213:4
**useful**  158:4
**uses**  139:2
**usually**  13:20,
24  14:16
79:16  113:1
151:9  156:14
184:22

**< V >**
**variability**
123:18  147:21
148:15
**variable**
124:23  136:16
149:1
**variables**
165:17  166:3
**variation**
134:19  135:11
184:10, 16
**variations**
33:22  60:12
73:3
**various**  29:17
30:18
**vellus**  117:3
124:21  125:7
140:10, 13, 22
142:5, 16
143:4  170:15
217:14
**verbal**  18:19,
21
**verbatim**  228:9
**version**  40:24
155:24  209:21
**versus**  7:12
214:20  215:3
217:2

**vertex**  57:12
91:5  126:17,
22  127:3
134:17  214:6,
20  215:2
217:2, 24
**vertical**
121:19  214:10
**vertically**
16:12  113:11
128:23  129:7
146:13  215:11,
18
**vested**  180:18
**video**  7:10
**Videographer**
5:15  7:3, 6
8:9  9:24  10:3
26:20, 21, 24
27:3  28:18, 19,
23  58:8, 13
129:21  131:3
196:7, 12
227:3
**Videotaped**
1:12  6:18, 20
**Vine**  4:8
**visited**  135:7
**visualized**
117:2  137:6
**Vitae**  6:10
201:21  202:8,
18
**vitamin**
165:23  180:24
181:3, 4, 6, 9,
12, 15, 19, 20
182:22  183:9,
11, 20  208:10
**vitamins**  95:13
**VOLPICELLI**
1:13  6:3, 15,
18  7:16  8:8,
14  9:8  40:19
58:22  100:3
104:7  134:15
139:19  153:6
191:14  193:19
194:6  195:7
196:21  212:17
228:5  231:10

**Volpicelli's**
6:10, 16  9:15
133:7  137:3
145:9
**vulnerable**
68:10

**< W >**
**Wanda**  1:8
7:11
**want**  20:1
40:7  56:11, 16
58:16  59:5
60:18  61:20
63:10  67:17
68:3, 14  75:18
79:4  81:20
82:23  85:6
86:4  98:3
103:12, 19
105:1  111:24
112:16  131:7
136:11  154:13
175:6  178:19
179:3  181:5
188:17  193:11
195:24  197:9
214:17  221:1
226:14
**wanted**  18:8
45:24  96:16
111:21  156:17
200:23  201:1
204:11  205:12
**warn**  178:6
**warning**
175:17  178:5
**warnings**
174:1, 12
**waste**  18:16
**wasted**  18:11
**water**  58:2
**way**  14:13
20:8  27:13
43:20  45:22
57:4, 5  84:20
92:15, 16
94:23  95:1
96:24  97:11,
20  119:8
121:5  155:18

171:8  176:12
177:1  216:21
217:3  221:19
**weaknesses**
27:22
**wears**  153:18
**week**  13:16
19:21  40:13
44:4  199:7
**weighted**  82:5
**Welcome**
10:15
**well**  10:10
11:9  14:2
20:23  25:14,
24  39:8  49:4,
6  50:22  53:1,
5  57:16  61:1
66:1  79:2
84:14  94:23
95:11  97:2
113:14  118:5
122:20  124:6
133:6  135:19
149:4  154:2
158:15  172:24
173:5  174:5
175:21  176:7
198:9, 16
200:14, 20
201:23  202:3
203:13  222:8
224:4  226:7
**well-developed**
186:7, 17
187:8
**well-versed**
36:17
**went**  224:24
**We're**  7:3
8:19  9:18
10:3  14:18
25:16  40:5
41:16  44:9
67:11  89:22
96:9  103:12
110:22  123:16
128:17  129:8
144:22  157:5
167:9  174:17
193:18  196:12

**we've**  48:5
57:23  58:17
81:9  144:12
178:12, 21
189:22  193:15
195:19  224:17
**whatnot**
183:16, 21
225:4
**White**  1:15
105:7  117:3
124:19  138:3,
19  144:2, 15,
16, 17, 18, 21
**widened**  91:6
**wish**  156:11
**wished**  213:22
**witness**  7:19
8:12  15:9
87:11  115:2,
19  116:4, 7
178:15  179:1,
5  186:11
226:22  229:1
**woman**  25:19
27:7  32:16
33:5
**women**  26:2
31:21  34:13
93:15  159:6
179:16  180:8
207:23  208:5
**wonder**
120:24  121:8,
24
**wonderful**
177:5, 17
**word**  112:11
125:23  202:17
**words**  119:13
175:18  210:24
**work**  12:8
13:7, 21, 23, 23
14:7  15:22
19:9, 16, 17, 21
21:4, 5, 6, 13
37:13  40:4, 15
52:1  53:10, 18
54:16, 18  57:1
64:23  88:12
119:3  120:7,

Elgida R. Volpicelli, M.D.

*14* 173:*19*
182:*7, 11, 14*
197:*14, 19*
201:*12*
**worked** 36:*12,*
*20* 155:*8*
192:*7* 193:*1*
**working**
194:*22*
**workup** 96:*6*
129:*10* 157:*14*
183:*5* 215:*23*
**world** 88:*23*

**WORLDWIDE**
*5:4, 4* 82:*3*
**worse** 89:*8, 16*
**write** 40:*8, 10*
179:*19*
**writing** 119:*9*
**wrong** 97:*8, 9*
161:*15*
**wrote** 175:*13*
204:*8*

**< Y >**
**Yeah** 178:*21*
196:*3*
**year** 37:*10, 20*
44:*9* 141:*14*
199:*24* 200:*8*
**years** 37:*18,*
*20* 47:*5* 177:*7*
200:*1, 11, 12*
**York** 1:*15*
*5:10, 10*

**< Z >**
**zero** 20:*19*
146:*22*
**zinc** 183:*21*
**Zoom** 1:*12*
219:*22*