**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to:**<br>***Wanda Stewart v. Sandoz Inc.***<br>**Civil Case No. 2:17-cv-10817** | **MDL No. 2740**<br><br>**Section: N(5)**<br><br>**JUDGE JANE TRICHE MILAZZO**<br><br>**MAG. JUDGE NORTH** |

**SANDOZ INC.'S *EX PARTE* MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS A, D, E AND H TO ITS OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE SELECT OPINIONS OF DEFENSE EXPERTS EDWARD HEILMAN, M.D., NICOLE ROGERS, M.D., AND ELGIDA VOLPICELLI, M.D.**

For the reasons set forth in the accompanying Memorandum in Support, Defendant Sandoz Inc. respectfully requests leave of Court to file under seal Exhibits A, D, E and H to its Opposition to Plaintiff's Motion to Exclude Select Opinions of Defense Experts Edward Heilman, M.D., Nicole Rogers, M.D. and Elgida Volpicelli, M.D.

Dated: December 11, 2020

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

*/s/ Lori G. Cohen*

Lori G. Cohen
R. Clifton Merrell
Evan C. Holden
Terminus 200
3333 Piedmont Road, N.E., Suite 2500
Atlanta, Georgia 30305
(678) 553-2100
(678) 553-2386 (facsimile)
CohenL@gtlaw.com
MerrellC@gtlaw.com
HoldenE@gtlaw.com

*Attorneys for Sandoz Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2020, a copy of the foregoing document was served on all counsel of record via CM/ECF.

*/s/ Lori G. Cohen*
Lori G. Cohen