UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)           MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                      SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Chasity Isenhour**
**Case No.: 2:17-cv-10136**

## DECLARATION

I, Trevor B. Rockstad, have attempted to reach my client, Chasity Isenhour, on the following dates: January 9, 2018, January 12, 2018, January 24, 2018, January 31, 2018, February 1, 2018, March 30, 2018, October 7, 2020, October 22, 2020, November 2, 2020, November 10, 2020, December 1, 2020, and December 9, 2020 by X telephone, X e-mail, ____ text message, ____ social media, ____ U.S. Mail, X Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated: December 11, 2020

/s/ Trevor B. Rockstad
Trevor B. Rockstad
Davis & Crump, P.C.
2601 14th Street
Gulfport, MS 39501
228-863-6000
trevor.rockstad@daviscrump.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: December 11, 2020

/s/ Trevor B. Rockstad