# EXHIBIT B

Confidential - Pursuant to Protective Order

```
 1          UNITED STATES DISTRICT COURT

 2          EASTERN DISTRICT OF LOUISIANA

 3    ----------------------------X

 4    IN RE: TAXOTERE (DOCETAXEL)    MDL No. 2740

 5    PRODUCTS LIABILITY LITIGATION  SECTION: "H"

 6    ----------------------------X

 7    This Document Relates To:

 8    WANDA STEWART,                 JUDGE MILAZZO

 9         Plaintiff,                MAG. JUDGE NORTH

10    V.                             Civil Case No.

11    SANDOZ INC.,                   2:17-cv-10817

12         Defendant.

13    ----------------------------X

14               —  —  —

15     CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

16             Saturday, October 3, 2020

                 —  —  —

17

18         Remote Videotaped Oral Deposition of

      NICOLE E. ROGERS, M.D., FAAD, held at the

19    location of the witness, commencing at

      8:37 a.m. CDT, on the above date, before

20    Michael E. Miller, Fellow of the Academy of

      Professional Reporters, Certified Court

21    Reporter, Registered Diplomate Reporter,

      Certified Realtime Reporter and Notary

22    Public.

23               —  —  —

24         GOLKOW LITIGATION SERVICES

         877.370.3377 ph | 917.591.5672 fax

25             deps@golkow.com
```

Page 2

```
 1   REMOTE APPEARANCES:
 2     THE GOMEZ LAW FIRM
         BY:  JOHN GOMEZ, ESQUIRE
 3         john@thegomezfirm.com
         LINDSAY STEVENS, ESQUIRE
 4         lstevens@thegomezfirm.com
       655 West Broadway
 5     Suite 1700
       San Diego, California 92101
 6     (619)237-3490
       Counsel for Plaintiffs
 7
 8     BARRIOS KINGSDORF & CASTEIX LLP
         BY:  DAWN M. BARRIOS, ESQUIRE
 9         dbarrios@bkc-law.com
       701 Poydras Street
10     New Orleans, Louisiana 70139
       (504)524-3300
11     Counsel for Plaintiffs
12
13     ANDREWS & THORNTON
         BY:  LAUREN DAVIS, ESQUIRE
14         ldavis@andrewsthornton.com
       4701 Von Karman Avenue
15     Suite 300
       Newport Beach, California 92660
16     (800)644-1734
       Counsel for Plaintiffs
17
18     GAINSBURGH BENJAMIN DAVID MEUNIER &
       WARSHAUER LLC
19       BY:  M. PALMER LAMBERT, ESQUIRE
           plambert@gainsben.com
20     1100 Poydras Street
       New Orleans, Louisiana 70163
21     (504)522-2304
       Counsel for Plaintiffs
22
23
24
25
```

Page 4

```
 1   REMOTE APPEARANCES:
 2     TUCKER ELLIS LLP
         BY:  MADELINE B. DENNIS, ESQUIRE
 3         madeline.dennis@tuckerellis.com
       950 Main Avenue
 4     Suite 1100
       Cleveland, Ohio 44113
 5     (216)592-5000
       Counsel for Accord Healthcare
 6
 7     ULMER & BERNE LLP
         BY:  MICHAEL J. SUFFERN, ESQUIRE
 8         msuffern@ulmer.com
       600 Vine Street
 9     Suite 2800
       Cincinnati, Ohio 45202-2409
10     (513)698-5000
       Counsel for Actavis Pharma Inc.
11
12   ALSO PRESENT:
13     DAWN BENNETT PRATHER, PARALEGAL
       Greenberg Traurig LLP
14
15   VIDEOGRAPHER:
16     JEFF FLEMMING,
       Golkow Litigation Services
17
18           — — —
19
20
21
22
23
24
25
```

Page 3

```
 1   REMOTE APPEARANCES:
 2     GREENBERG TRAURIG LLP
         BY:  LORI G. COHEN, ESQUIRE (present with Witness)
 3         cohenl@gtlaw.com
         EVAN C. HOLDEN, ESQUIRE (present with Witness)
 4         holdene@gtlaw.com
         TARYN W. HARPER, ESQUIRE (present with Witness)
 5         harpert@gtlaw.com
       Terminus 200
 6     3333 Piedmont Road, N.E., Suite 2500
       Atlanta, Georgia 30305
 7     (678)553-2100
       Counsel for Sandoz Inc.
 8
 9     WILLIAMS & CONNOLLY LLP
         BY:  LORI JO INTERLICCHIO, ESQUIRE
10         linterlicchio@wc.com
       725 Twelfth Street, N.W.
11     Washington, D.C. 20005
       (202)434-5000
12     Counsel for Hospira Inc. and Pfizer Inc.
13
14     CHAFFE McCALL LLP
         BY:  PETER J. ROTOLO, ESQUIRE
15         rotolo@chaffe.com
       1100 Poydras Street
16     2300 Energy Centre
       New Orleans, Louisiana 70163
17     (504)585-7000
       Counsel for Hospira Inc. and Pfizer Inc.
18
19     HINSHAW & CULBERTSON LLP
         BY:  KATHLEEN E. KELLY, ESQUIRE
20         kekelly@hinshawlaw.com
       53 State Street
21     Boston, Massachusetts 02109
       (617)213-7000
22     Counsel for Sun Pharma
23
24
25
```

Page 5

```
 1            INDEX
 2     NICOLE E. ROGERS, M.D., FAAD
 3        October 3, 2020
 4
 5   APPEARANCES                    2
 6   PROCEEDINGS                    7
 7
 8   EXAMINATION OF NICOLE E. ROGERS, M.D., FAAD:
 9     BY MR. GOMEZ             9
10     BY MS. COHEN          210
11     BY MR. GOMEZ          239
12
13   CERTIFICATE                  242
14   ERRATA                     244
15   ACKNOWLEDGMENT OF DEPONENT      245
16   LAWYER'S NOTES                246
17
18
19
20
21
22
23
24
25
```

Page 6

DEPOSITION EXHIBITS

NUMBER                                    MARKED

Rogers-1       Rogers Curriculum Vitae          196
Rogers-2       Rogers Expert Report             199
Rogers-3       Materials Relied Upon List       200
Rogers-4       Invoicing Documents              205
Rogers-5       Notice of Deposition             207
Rogers-6       Responses and Objections to      209
               Plaintiff's Notice of
               Deposition
Rogers-7       Color Photographs,               222
               STEWART,W-PLFT-00149 -
               STEWART,W-PLFT-00158
Rogers-8       MedStar Health Records,          227
               STEWART,W-PLFT-00443 -
               STEWART,W-PLFT-00445

— — — — — —

Page 7

PROCEEDINGS

(October 3, 2020 at 8:37 a.m. CDT)

THE VIDEOGRAPHER:  We are now on the record.  My name is Jeff Flemming.  I'm a videographer for Golkow Litigation Services.  Today's date is October 3rd, 2020.  The time is 8:37 a.m.

This remote deposition is being held in the matter of Taxotere Products Liability Litigation in the United States District Court, Eastern District of Louisiana.

The deponent is Nicole Rogers, M.D.

All parties to this deposition are appearing remotely and have agreed to the witness being sworn in remotely.  Due to the nature of remote reporting, please pause briefly before speaking to ensure all parties are heard completely.

Counsel's appearances will be noted on the stenographic record.

Page 8

The court reporter today is Mike Miller, and will now swear in the witness.

(Witness sworn.)

MS. COHEN:  And, Mr. Gomez, if you don't mind me just jumping in just to put a couple of things on the record.  I'll be very brief.

MR. GOMEZ:  Yeah, no problem.

MS. COHEN:  Thank you very much.  Just to state that the deposition will be taken pursuant to the applicable protective order and all the requirements therein.

The witness would very much like to and will reserve the right to read and sign the deposition.

Last night, I just want to make clear that we sent out an updated curriculum vitae, an updated reliance list, an FTP of all materials on that updated reliance list as well as Dr. Rogers' invoices.

You should have all of that.  I just wanted to make that on the

Page 9

record, as well as objections to the notice of deposition that was issued a couple of days ago.  But that's all I wanted to put on the record.

MR. GOMEZ:  All right.  Sounds good.  Thank you.

NICOLE E. ROGERS, M.D., FAAD, having been duly sworn, testified as follows:

EXAMINATION

BY MR. GOMEZ:

Q.   Good morning, Doctor.

A.   Good morning.

Q.   And so where do you work?

A.   I am in my own private practice which is called Hair Restoration of the South in Metairie, Louisiana, which is a suburb of New Orleans.  I work there five days a week, and my practice is dedicated exclusively to the treatment of hair loss.

I use both medical and surgical treatments for my patients, and I treat a wide array of hair loss disorders.  And that has been my passion and my focus since 2016, which is when that practice was founded.

Confidential - Pursuant to Protective Order

Page 10

1    Before that, I was in a private
2  practice specializing in hair, but I also did
3  a little bit of general dermatology.
4    Q.    All right.
5    (Technical interruption by the
6  stenographer.)
7    THE VIDEOGRAPHER:  On the
8  record, 8:40 a.m.
9  BY MR. GOMEZ:
10   Q.    Okay.  I guess we can get
11 started for real, Doctor.
12    And so your practice, is it
13 called Hair Restoration of the South?
14   A.    That is correct.
15   Q.    And are you the only doctor
16 there?
17   A.    I am the only physician.
18   Q.    Do you have physician's
19 assistants?
20   A.    I do not.
21   Q.    How many folks work there
22 altogether?
23   A.    Well, I'm the only treating
24 physician.  I have various nurses who assist
25 me in the office.

Page 11

1    Q.    How many nurses?
2    A.    It depends on whether it's a
3  clinic day or a surgery day, but anywhere
4  between two and five.
5    Q.    All right.  Thank you so much.
6    And you said, you know, hair
7  restoration or treatment has been your
8  passion and focus.  You know, tell us about
9  why you're passionate about your work.
10   A.    You know, when I was in my
11 residency for dermatology, I was exposed to
12 the different ways that hair loss could be
13 treated and addressed, and it got me very
14 excited because I realized that, in
15 particular, hair transplant surgery is almost
16 sort of a magic procedure, the idea that you
17 can take hair from one part of the scalp and
18 move it to another and that it will grow.
19    So I decided after my
20 dermatology residency that I would do a
21 fellowship in hair transplantation.  And then
22 during that time, I just continued to read
23 and learn more about the medical treatments
24 of hair loss in conjunction with the surgical
25 treatments of hair loss.  And, you know, I

Page 12

1  just realized over time, those were the
2  patients that I was the most interested in
3  helping and caring for.
4    Q.    All right.  And so how come you
5  were so interested in helping these folks?
6    MS. COHEN:  Objection to form.
7    A.    I think that -- I think
8  every -- I think every individual, as they go
9  through the journey of life, they have an aha
10 moment, yourself probably included, you know,
11 when you discovered there was something in
12 particular that you were really passionate
13 about.
14    And I feel very lucky that I
15 was able to identify that in my own career,
16 and I feel very fortunate to even be
17 practicing medicine.
18    I think, you know, it's a very
19 noble profession, and I'm the first physician
20 in my family, and, you know, the day I got
21 accepted to medical school was really one of
22 the happiest days of my life.
23 BY MR. GOMEZ:
24   Q.    All right.  Thanks, Doctor.
25    And so how many patients do you

Page 13

1  treat at the Hair Restoration of the South?
2    A.    On general, I would say I treat
3  anywhere from 20 to 30 patients a day, on
4  clinic days.  Obviously on hair transplant
5  days, we're spending more time just with one
6  patient.
7    Q.    All right.  So I read that a
8  majority of your patients are women; is that
9  right?
10   A.    Approximately 50 to 70% of my
11 medical treatment patients are women.  I
12 would say if you look at the surgical
13 treatment, probably the majority of those
14 patients are men.
15   Q.    Okay.  Thanks so much.
16    And so why do these people come
17 to you?  Do they talk to you about why they
18 want to see if you can help them?
19   A.    Absolutely.  You know, I get a
20 lot of referrals from other practicing
21 dermatologists here in Louisiana as well as
22 some of the surrounding areas.
23    You know, a lot of patients
24 maybe have seen their own dermatologist
25 already for hair loss and either they haven't

Page 14

1  been able to achieve the results they wanted
2  or they haven't been able to really identify
3  their diagnosis, and so, you know, many times
4  they come to me for a second opinion, but
5  many times they come just because they
6  haven't been able to achieve the results they
7  were looking for, and so they're coming for
8  more aggressive therapy.
9      Q.    All right. And when we talk
10 about the results they're looking for, your
11 patients want their hair as much as it, you
12 know, naturally was before whatever problem
13 they're facing, right?
14         MS. COHEN: Objection to form.
15     A.    Well, I mean, I don't do hair
16 pieces. You know, they're not coming to me
17 for wigs. They're not coming to me for
18 artificial, you know, options. They're
19 coming to me either to regrow their hair, or
20 in some cases they're coming to me for scalp
21 conditions which have affected the quality
22 and the growth of their hair.
23         So it's not uncommon for
24 patients to present not so much with the
25 appearance of hair thinning, but the

Page 15

1  appearance -- but the complaint of hair
2  shedding in conjunction with other scalp
3  symptoms such as itching or burning or
4  tenderness. That's something --
5  BY MR. GOMEZ:
6      Q.    Many of -- go ahead. I'm
7  sorry.
8      A.    That's it. Go ahead.
9      Q.    Yes. Many of your patients are
10 concerned about their appearance, correct?
11         MS. COHEN: Objection to form.
12     A.    I don't think they're any more
13 concerned about their appearance than, you
14 know, the rest of us are. You know, why do
15 we comb our hair, why do we brush our teeth,
16 why do we iron our shirts in the morning.
17         I think hair is, without a
18 doubt, one of the most important criteria in
19 terms of self-esteem, so I don't think you
20 can criticize patients for caring about their
21 appearance if they're presenting for hair
22 loss.
23 BY MR. GOMEZ:
24     Q.    And so you tell us hair,
25 without a doubt, is one of the most important

Page 16

1  criteria for our self-esteem. Is that
2  particularly true with women?
3         MS. COHEN: Objection to form.
4      A.    You know, obviously, I went to
5  medical school, and, you know, I've treated
6  patients who have suffered, you know, all
7  kinds of things. Cancer, heart disease, you
8  know, things that are obviously more
9  life-threatening than hair loss, okay.
10         And, you know, sometimes I feel
11 like I'm lucky in the sense that I don't have
12 to worry about these life-threatening things
13 with my patients, you know. I don't have to
14 be in the situation where I'm a treating
15 oncologist for a patient with breast cancer,
16 you know? I mean, those are really tough
17 decisions that you have to make on a daily
18 basis because you're making lifesaving, life,
19 you know, potentiating decisions about your
20 patients.
21         So no, to the extent that I --
22 I'm very humbled in the sense that I know
23 that by treating hair loss, I'm not treating
24 things that are life-threatening, but I'm
25 doing what I can to help my patients feel

Page 17

1  good about themselves for the life that they
2  have.
3  BY MR. GOMEZ:
4      Q.    Sure. My question was a little
5  different, Doctor.
6         You had said that hair, without
7  a doubt, is one of the most important
8  criteria when it comes to our self-esteem.
9         My simple question to you is:
10 Based upon your experience in talking to your
11 patients, that is especially true for women,
12 correct?
13         MS. COHEN: Objection to form.
14     A.    I don't agree with that. I
15 think hair is important for men and for
16 women.
17 BY MR. GOMEZ:
18     Q.    All right. So you believe that
19 hair loss is equally important to men and
20 women?
21     A.    I think so. I definitely
22 think -- it depends, though, on the
23 individual. You know, there are probably,
24 you know, some men who care more about their
25 hair than women.

Confidential - Pursuant to Protective Order

Page 18

1    Q.    And so you do this hair
2  transplant surgery.  Can you describe that,
3  what that is?
4    A.    Sure.
5        Hair surgery basically involves
6  harvesting hairs from areas where the hair is
7  genetically programmed to grow for a
8  lifetime, which is usually the occipital
9  scalp, which is sort of the back of the head
10  sort of below the ears.
11        And it's skin surgery, so we're
12  harvesting the hair in one of two ways.
13  Either we're taking a linear section of
14  hair-bearing skin and then bringing the skin
15  edges together and then separating that strip
16  into individual follicular units, or we're
17  harvesting them individually.
18        So this other technique is
19  called follicular unit excision, and that's
20  where we surgically remove one follicular
21  unit at a time.
22        And then the hair transplant
23  process is the same, whether we do the strip
24  or the FUE.  So we basically numb the areas
25  to be transplanted, and then we creat

Page 19

1  hundreds and hundreds of tiny incisions among
2  the areas of hair thinning, and then we use
3  specialized forceps basically to slip those
4  grafts into place one by one using very
5  controlled, careful conditions.
6        And the hairs will be held in
7  by the body's natural clotting factors, so at
8  the end of a procedure, there's nothing up
9  there except their own skin and hair.  We put
10  them -- put a bandage on, we send them home,
11  and then we, you know, give them careful
12  post-op instructions.
13        And the hairs will actually
14  enter a resting phase, okay, so the patients
15  will have a little bit of scabbing, a little
16  bit of redness for about a week after the
17  surgery.  And then the hairs will actually
18  shed.  And so if you look at the grafted area
19  about a month after the surgery, it looks
20  like nothing happened, basically.  It just
21  looks like, you know, maybe a little pink.
22        And then slowly around the
23  fourth month is when those hairs are going to
24  enter back into the resting phase, and
25  usually between 8 and 12 months is when

Page 20

1  patients can appreciate their full results.
2    Q.    All right.  Thank you so much.
3        So the patient experience when
4  they go through that, are they -- are they
5  sitting in a chair basically while you
6  harvest the hair and then transplant it, I
7  guess?
8    A.    I mean, we do it in our clinic,
9  where we have specialized operating rooms
10  built out for the surgery, and, you know, we
11  have very specialized, you know, operating
12  room chairs that we use so that the patient
13  is first in a prone position during the
14  harvesting of the graft, and then we let them
15  flip over.
16        And we're able to keep them
17  very comfortable ergonomically.  We elevate
18  the head.  We tip the chair back.  We
19  actually have a nice big TV that they can
20  watch.  So we have Netflix and, you know, Cox
21  Cable.  We try and keep our patients as
22  comfortable and happy as possible.
23    Q.    Okay.  And so how long is the
24  patient going through this procedure?  How
25  long does this all take?

Page 21

1    A.    It depends on the number of
2  grafts that we're doing.  So, you know, some
3  procedures we may finish within three hours.
4  Other procedures, they may take all day.
5    Q.    All right.  So some of your
6  patients at least are, you know, in with you
7  in your special operating room all day.  Is
8  that true?
9    A.    Yes.
10    Q.    And is there some pain
11  associated with the procedure?
12    A.    You know, there might be a
13  little discomfort initially associated with
14  the lidocaine injections, but, you know, I
15  work very hard to keep my patients as
16  comfortable as possible.  I use things like
17  very tiny 32-gauge needles.  I buffer all my
18  lidocaine with, you know, basically sodium
19  bicarb so they don't feel it as much.
20        I use a cooling spray
21  beforehand.  I use a little massaging device,
22  and then I use what we call in the medical
23  professional talk-esthesia, which is
24  basically just, you know, getting your
25  patients to have a comfortable rapport,

Page 22

1  asking them about their life, their job,
2  their families and, you know, before they
3  know it, the scalp is numb and we're doing
4  the procedure.
5      Q.   So I take it this is not a
6  procedure covered by insurance?
7      A.   It has not historically been
8  covered by insurance.
9      Q.   All right.  This is a, I guess,
10  what I would call a cosmetic procedure, fair
11  to say?
12         MS. COHEN:  Objection to form.
13      A.   I guess it depends on the eye
14  of the beholder.  You know, it --
15  BY MR. GOMEZ:
16      Q.   What do you mean by that?
17      A.   Well, for instance, like, you
18  know, we had a gentleman who had a burn.  He
19  was a firefighter, and he lost his eyebrows,
20  and so we transplanted his eyebrows, and in
21  that case, his insurance did cover it.
22         Sometimes, you know, we'll do
23  pro bono cases.  There's a program called
24  Operation Restore, which, you know, is
25  organized through the International Society

Page 23

1  of Hair Restoration Surgery.
2         And it's, you know, an
3  organization which I support and have
4  participated in over the years in order to
5  provide surgeries to patients who can't
6  afford hair restoration.
7      Q.   Would you say the overwhelming
8  majority of your patients that go through
9  this procedure are basically paying on a cash
10  basis?  Fair to say?
11         MS. COHEN:  Objection.
12      A.   Actually, I would not.  To the
13  extent that most of my patients are seen for
14  six months to six years or longer using
15  medical therapy to first help stabilize their
16  hair loss, and in many situations, you know,
17  they do get those visits covered by
18  insurance.  I'm in network with a lot of
19  insurance companies.
20         So, you know, patients may
21  start out just with medical therapy, and they
22  understand that if they're going to do the
23  surgery, that that usually is not covered by
24  their insurance.  But in many cases, you
25  know, they -- it doesn't bother them or, you

Page 24

1  know, they're willing to, you know, do
2  whatever is necessary through financing or
3  whatever.
4  BY MR. GOMEZ:
5      Q.   And so how much does the
6  surgery cost?
7         MS. COHEN:  Object to form.
8      A.   It's something that varies
9  based on, again, the size of the case that
10  we're doing.  If you -- if you look at a lot
11  of doctors who do hair transplant surgery,
12  they charge by the graft.  So a lot of people
13  will call our office and say, well, what do
14  you -- what's your cost per graft?
15         And I don't -- I don't think
16  it's really possible to, you know, price your
17  surgeries in such a simple fashion.  We
18  generally charge by the overall sort of
19  session size.  So, you know, if you looked at
20  the majority of our cases, you would see
21  they're probably roughly anywhere between
22  4,000 and 8,000 per session.
23  BY MR. GOMEZ:
24      Q.   All right.  And you said that
25  most of your patients are willing to do

Page 25

1  whatever is necessary, and what you meant by
2  that is whatever is necessary to have a
3  better result in terms of their hair, right?
4         MS. COHEN:  Objection to form.
5      A.   I don't -- I don't know that I
6  said exactly "whatever is necessary."
7  BY MR. GOMEZ:
8      Q.   I -- what you said was -- here,
9  I'll just frame it for you.  I said most of
10  these folks are paying you on a cash basis,
11  and you said, you know, we offer financing,
12  what have you.  But they're not deterred by
13  the fact they have to come out of pocket.
14  They're willing to do whatever is necessary
15  to have the treatment.
16         And so --
17         MS. COHEN:  Objection to form.
18      A.   I would say some people are
19  deterred by that, and those are usually
20  people who don't end up doing the surgery
21  or -- you know, if they can't afford it.
22         In some situations I'll have a
23  patient who will elect to do the surgery with
24  the residents, and so I do offer discounted
25  surgeries for patients who I know really need

Page 26

1  and want the surgery but maybe can't afford,
2  you know, the regular fee for it, and so I'll
3  use that as an opportunity to train the
4  Tulane dermatology residents.
5  BY MR. GOMEZ:
6      Q.    Sure.
7            And your experience has been
8  that hair is so important to people that they
9  are willing to pay an amount that they might
10 even have to finance to get the hair that
11 they want, right?
12     MS. COHEN:  Objection to form.
13     A.    You know, I'm a physician
14 first, and, you know, while I think any
15 physician who's in private practice also has
16 to sort of manage the economics of their
17 practice, I in no way, shape or form am
18 trying to take advantage of my patients.
19           You know, I'm always very
20 sympathetic.  I'm always trying to figure out
21 the best way to work with them to achieve the
22 best results in both the short term and the
23 long term.
24 BY MR. GOMEZ:
25     Q.    Yeah.  And I'm not getting --

Page 27

1  or suggesting that you are taking advantage
2  of any patients.
3            What I'm asking you is:  It's
4  true that based upon your passion and life
5  work and daily work, you know that people
6  really care about their hair, correct?
7      A.    I've -- I've found a niche,
8  which is something that a lot of
9  dermatologists are not interested in focusing
10 in, and, you know, I think there's a couple
11 of reasons for that.
12           Number one, I think hair loss
13 is very emotional for people, and it's also
14 very time-consuming.  So as a dermatologist
15 who is in a regular private practice, you
16 know, sometimes it's not possible to spend 20
17 or 30 minutes with someone, you know, sorting
18 out exactly why they're losing their hair.
19           So by virtue of my practice,
20 you know, I'm able to spend that time with my
21 patients.
22     Q.    And you said hair loss can be
23 very emotional for people.  What do you mean
24 by that?
25     A.    Well, just in the sense that,

Page 28

1  you know, they may -- they may have a lot to
2  tell you.  They may have strong feelings
3  about it.  They may have a long history of,
4  you know, how it's affected their job or
5  their family relations or so forth.  And --
6  so it just -- it means I have to, you know,
7  be very gentle with my patients and very
8  loving with my patients.
9      Q.    So in terms of your treatment
10 of women, what have your women patients told
11 you about how their hair loss has affected
12 them emotionally?
13     MS. COHEN:  Objection to form
14     and HIPAA, to the extent there's any
15     issues there.
16     A.    Unfortunately, it's really
17 difficult for me to generalize.
18 BY MR. GOMEZ:
19     Q.    Okay.  Give me some examples of
20 some things that your patients have shared
21 with you about how their hair loss affects
22 them emotionally, and I mean female patients.
23     MS. COHEN:  Same objections.
24     A.    I would say, you know, the
25 thing that my nurses always tell me, because

Page 29

1  we are booked out a little bit.  With COVID,
2  we've had to space out our appointments, and
3  we've -- actually, our clinic was closed for
4  two months.  So we've been booked out a lot.
5            And the thing my nurses always
6  say, you know, is patients call and they say,
7  but I'm going to -- I can't come in?  If she
8  can't see me for two or four months, I'm
9  going to be bald by then.  So we get comments
10 like that.
11           You know, I mean, I wouldn't
12 say there's anyone who's suicidal, you know,
13 over their hair loss.  You know, it's not to
14 that extreme.  And I think, you know, most
15 patients, they have a pretty good perspective
16 on things, you know, especially my scarring
17 alopecia patients, you know, because they
18 actually will sometimes feel guilty for
19 letting their hair loss bother them.
20           They'll say, gosh, you know, I
21 know it's only my hair.  I shouldn't feel
22 this way about it, which is interesting.
23 BY MR. GOMEZ:
24     Q.    Sure.
25           And what I was getting at is in

1  particular, you said, you know, I try to be
2  gentle.  I try to be loving.  Hair loss can
3  be very emotional.
4       So what I was asking you was to
5  provide some examples of some ways that
6  female patients have described to you how
7  their hair loss has affected them
8  emotionally.  I want to limit my question to
9  that, and I'll ask you to limit your response
10 to that question.
11      A.   Sure.
12      Q.   Because --
13           MS. COHEN:  Objection to form.
14 BY MR. GOMEZ:
15      Q.   -- if we -- what I'm telling
16 you, Doctor, if you continue to sort of go
17 off track and not answer my questions, it's
18 going to take a long, long time.  And so it's
19 a Saturday, and I'm sure you have things to
20 do, and I do too.
21      And so my question to you is:
22 Can you provide some examples of some things
23 that female patients have shared with you
24 about how their hair loss has affected them
25 emotionally?

1       MS. COHEN:  And I'll just make
2  an objection to the form of the
3  question as well as the commentary.
4       A.   You know, once in a while I
5  will have patients who break down crying, and
6  I would say my response to that is that I
7  hand them a tissue box and I listen.
8  BY MR. GOMEZ:
9       Q.   And when you listen, what do
10 they tell you?
11      A.   I mean, everyone tells me
12 different things.
13      Q.   Can you provide some examples?
14           MS. COHEN:  Objection to form.
15      A.   It's not common, but, you know,
16 some women might say their relationship with
17 their significant other is affected because
18 they say the person is losing their hair and
19 they're not attracted to them.
20      I think most women, their
21 husbands, their boyfriends don't really care
22 that much.  It's just the woman feels like
23 it's important from a self-esteem
24 perspective.
25 BY MR. GOMEZ:

1       Q.   And so let me ask you this
2  question again:  You know, based upon your
3  passion and your day-to-day work helping
4  these folks, it's your observation that the
5  people that you take care of really care
6  about their hair, correct?
7            MS. COHEN:  Objection to form.
8       A.   I mean, they care about their
9  hair to the extent that they're coming to me
10 as a hair specialist for my advice,
11 certainly.
12 BY MR. GOMEZ:
13      Q.   All right.  And have you -- I
14 noted in your report that you described
15 Ms. Stewart's hair loss as not severe.
16      Do you agree with that?
17      A.   Her hair loss is not severe to
18 the extent that she still has a very good
19 volume of hair overall, and, you know, she
20 still has, you know, good coverage, you know.
21 Her hairline is intact, and the density of
22 her hair overall is very good.
23      You know, my findings on
24 physical exam was that she had a localized
25 thinning in the vertex area which was

1  significant with central centrifugal
2  cicatricial alopecia, and that is a condition
3  that's very common in my women of African
4  descent.
5       Q.   So my question is, at least in
6  terms of her hair loss, you remember
7  basically how she presented and what her hair
8  looked like, correct?
9       A.   Yes, absolutely.
10      Q.   Okay.  And so my question to
11 you is: Have you treated women that have had
12 hair loss similar to Ms. Stewart's?
13      A.   Yes.  Hundreds and hundreds of
14 them.
15      Q.   All right.  And you said
16 hundreds and hundreds of them.
17      And it's true that even though,
18 you know, to your eye the hair loss of these
19 hundreds and hundreds of women may not have
20 been that severe, it was enough to cause them
21 enough concern that they came to see you,
22 correct?
23           MS. COHEN:  Objection to form.
24      A.   So -- so, first of all, with
25 CCCA, it presents on a continuum, okay?  So,

Confidential - Pursuant to Protective Order

Page 34

1  you know, some women will show up in my
2  clinic, you know, maybe in their fifties or
3  sixties with a very prominent bald spot in
4  the vertex.  Other women will show up in
5  their twenties with very, very, very mild,
6  almost undetectable thinning in the vertex
7  area, okay?
8       So, first of all, you know,
9  to -- you have to look at where people are in
10 the disease process of CCCA, and, you know,
11 the plaintiff, I categorized her as a 2B,
12 which is still fairly early in the CCCA
13 disease process.
14 BY MR. GOMEZ:
15     Q.   All right.  So what was the
16 number and letter you just said?
17     A.   2B, the number 2, the letter B,
18 as in boy.
19     Q.   Got it.
20       So just to clarify, you've
21 actually had women come in to seek your
22 treatment that have presented with 2B hair
23 loss, correct?
24     A.   Yes.
25     Q.   Hundreds and hundreds of them?

Page 35

1       MS. COHEN:  Objection to form.
2     A.   I have treated hundreds and
3  hundreds of patients with CCCA in all
4  different stages of progression.
5  BY MR. GOMEZ:
6     Q.   All right.  You've treated
7  women that have -- that have suffered hair
8  loss similar to Ms. Stewart, correct?
9     A.   Essentially, yes.
10    Q.   And you've treated women that
11 have lost less hair than Ms. Stewart,
12 correct?
13    A.   Yes.
14    Q.   And all those women -- and
15 you've charged them money for that, right?
16      MS. COHEN:  Objection, form.
17    A.   Honestly, a lot of times I
18 don't even know, because my front office
19 staff, they handle the collection of the
20 insurance information, and, you know, we
21 have -- you know, the majority of our
22 patients are insurance patients, but, you
23 know, sometimes if they don't have insurance,
24 they may be cash pay.
25        ///

Page 36

1  BY MR. GOMEZ:
2     Q.   All right.  What I mean to say
3  is you've either charged them or their
4  insurance company for the care that you
5  provide them, correct?
6     A.   Well, in order to keep my
7  lights on, yes.
8     Q.   Right.  And during your
9  consultation with these women, they share
10 with you that their hair loss, even if it is
11 similar to Ms. Stewart's or less than
12 Ms. Stewart's, that it's still something that
13 causes them some concern, correct?
14    A.   Well, again, you know, they
15 wouldn't probably come to see me if they
16 weren't somewhat bothered by it.  You know,
17 in the case of CCCA, sometimes it's actually
18 the scalp symptoms that they present with and
19 complain of.
20       They may have itching that is,
21 you know, very bothersome to them, and so
22 their complaints may be more related to
23 itching, burning or tenderness.  So that is
24 almost more of a quality of life thing rather
25 than a cosmetic thing.

Page 37

1     Q.   In terms of the women that are
2  coming to you for purely cosmetic reasons,
3  women with hair loss similar to Ms. Stewart
4  have told you that because of -- they notice
5  that hair loss, correct?
6       MS. COHEN:  Objection to form.
7     A.   I'm sorry, can you repeat the
8  question?
9  BY MR. GOMEZ:
10    Q.   Sure.
11       The patients that come to you
12 because of hair loss, not because of scalp
13 itching or anything else, but the women that
14 come to you because of hair loss that have
15 hair loss similar to Ms. Stewart, tell you I
16 notice that I have less hair than I did
17 before, correct?
18       MS. COHEN:  Objection to form.
19       THE WITNESS:  Okay.
20    A.   You know, I would say the other
21 major reason that people present is worry
22 when the hair is shedding a lot because --
23 and especially if they don't know why their
24 hair is shedding.  You know, they want to
25 figure out do I have some kind of underlying

Confidential - Pursuant to Protective Order

Page 38

1  nutritional problem?  Do I have -- and what's
2  funny is that for a lot of women who have
3  very classic female pattern hair thinning,
4  you know, maybe their father was bald, maybe
5  their twin sister wears a wig.
6          They may present to me in the
7  early stages of female pattern hair loss with
8  massive shedding, and I may -- and they may
9  have already been told by another doctor this
10  is female pattern hair loss, but they don't
11  buy it.
12          So they will come to me because
13  they really want an explanation.  They want
14  an underlying cause for their hair loss, and
15  so, you know, I'll look at whatever labs have
16  already been done and, you know, if they've
17  already done a very thorough lab examination,
18  but maybe they didn't have a scalp biopsy,
19  I'll do the scalp biopsy just to help confirm
20  in their minds that this is female pattern
21  hair loss.
22          You know, female pattern hair
23  loss is caused by genetics for the most part.
24  It's a combination -- historically, we
25  thought it's a combination of hormones and

Page 39

1  genetics.  So to the extent that patients,
2  you know, want an explanation beyond female
3  pattern hair loss, beyond genetics, you know,
4  sometimes I'm not able to give that to them.
5  I just have to explain, look, this is bad
6  luck.  It's something that, you know, can run
7  in families.  It ran in your family, and
8  we're going to do the best we can to help you
9  address it and help you get your hair back
10  and move forward.
11  BY MR. GOMEZ:
12      Q.    Sure.  And so -- thank you,
13  Doctor.
14          Oftentimes your patients want
15  to know why they're suffering hair loss, fair
16  to say?
17      A.    Absolutely.
18      Q.    And sometimes you're unable to
19  tell them definitively, correct?
20      A.    Well, I'm unable to tell them a
21  reason besides female pattern hair loss.  You
22  see what I'm saying?
23      Q.    Right.  Sure.
24          You're unable to tell them the
25  reason for the female pattern hair loss.

Page 40

1      A.    Well, I mean --
2          MS. COHEN:  Objection to form.
3      A.    -- they -- what they want --
4  what patients want when they come to me is
5  they want a fixable reason.  They want me to
6  tell you -- tell them, oh, your vitamin D is
7  low.  Oh, your thyroid needs to be corrected.
8  Oh, you have some autoimmune disease.  So
9  that's where I spend a lot of time, you know,
10  playing Sherlock Holmes and trying to make
11  sure that I'm not missing anything, okay, but
12  frequently, we investigate all of those
13  routes and we may or may not turn up
14  anything.
15          So those are sometimes very
16  disappointing phone calls for patients to
17  receive, when I call them and say, oh, your
18  labs are normal.  And they go, oh, darn.
19  Because they wanted me to find something that
20  they can easily address.
21  BY MR. GOMEZ:
22      Q.    Sure.
23          Have you ever told one of your
24  patients that their hair loss is because of
25  chemotherapy?

Page 41

1      A.    In patients who have undergone
2  chemotherapy and who had what we call anagen
3  effluvium, which is the shedding, you know,
4  as the actively replicating hair follicle
5  cycle is interrupted, yes, absolutely.
6      Q.    And are you familiar with the
7  term or certain, I guess, derivations of the
8  term, but permanent chemotherapy-induced
9  alopecia or PCIA for short?
10      A.    I've seen that term in the
11  medical literature.  I've also, you know,
12  seen other terms, like persistent, you know,
13  chemo-induced alopecia.  You know, I wouldn't
14  say there's a formal term that has really
15  been adopted or codified within the medical
16  literature by either oncologists or
17  dermatologists, you know.
18          And honestly, based on the fact
19  that we don't have any grading criteria which
20  addresses whether hair loss is temporary or
21  permanent, you know, I think it makes it
22  really difficult to characterize that in the
23  medical literature.
24      Q.    All right.  Have you ever
25  diagnosed one of your -- and I'm going to use

Confidential - Pursuant to Protective Order

Page 42

1  PCIA to refer to whatever, you know -- well,
2  let's -- can we agree that PCIA, if I use
3  that term, that we're talking about either
4  permanent or persistent chemotherapy-induced
5  alopecia?
6      A.    That's fine.
7      Q.    All right.  Have you ever
8  diagnosed --
9      A.    It's not a term that I use or
10  that I would necessary -- it's not a term
11  that I would agree with or characterize, you
12  know, but if you feel comfortable using that
13  term, that's fine.
14      Q.    Okay.  So I take it that you
15  have never diagnosed one of your patients
16  with PCIA?
17      A.    Well, in most of the patients
18  that I've seen, there are other -- number
19  one, you know, permanent implies that we
20  can't do anything at all to regrow the hair,
21  and that is just not the case with the
22  patients who I have seen.  You know, I'm able
23  to achieve regrowth in all of the patients
24  who I've seen.  You know, there's always room
25  for improvement with these patients.

Page 43

1          And -- you know, and the fact
2  that PCIA, as you are calling it, is a
3  nonscarring form of alopecia tells us that
4  those hair follicles are intact.
5          They may be somewhat
6  miniaturized as seen on pathology or
7  histologic examination, and, you know, to the
8  extent that it's actually indistinguishable
9  from androgenetic alopecia, but that's where
10  it's something that I feel very good about
11  treating and I feel like I'm able to give my
12  patients hope because those miniaturized
13  follicles usually respond to medical therapy
14  and they usually will actually regrow when we
15  introduce various medical treatments.
16      Q.    And so just yes or no:  You've
17  never diagnosed one of your patients with
18  PCIA, correct?
19          MS. COHEN:  Objection to form.
20          Go ahead.
21      A.    I have not.
22  BY MR. GOMEZ:
23      Q.    All right.  You have not
24  published or written any article or text
25  regarding PCIA, correct?

Page 44

1      A.    I have not published
2  specifically on PCIA.  I have published a lot
3  on male and female pattern hair loss and
4  cicatricial alopecia, which I find it very
5  pertinent to the plaintiff's case.
6      Q.    Thank you.
7          You've not given any lectures
8  regarding PCIA, correct?
9      A.    I have discussed
10  chemotherapy-related hair loss with Tulane
11  and LSU dermatology residents who I lecture
12  every -- (audio malfunction) --
13          (Clarification requested by the
14          stenographer.)
15      A.    -- year.
16  BY MR. GOMEZ:
17      Q.    I'm limiting my question to
18  PCIA.  You have not lectured regarding that
19  topic, correct?
20      A.    I don't find it to be an
21  important or common phenomenon, you know, in
22  treating patients with hair loss, and so it
23  has not taken up a lot of bandwidth in my
24  education of the dermatology residents and
25  treating hair loss.

Page 45

1      Q.    And just, you know, yes or no:
2  You've not lectured regarding PCIA, correct?
3      A.    You mean do I have a PowerPoint
4  entitled PCIA?  No, I don't.  Like a
5  dedicated PowerPoint lecture that says PCIA?
6  No, I have not.
7      Q.    All right.  And I'm not talking
8  just about a PowerPoint.  You've never
9  discussed in any formal lecture setting PCIA
10  with anyone, correct?
11          MS. COHEN:  Objection to form.
12      A.    I mean, the "PCIA" term is
13  really -- it's a moving target.  It's not
14  something that has been so codified in the
15  medical literature, you know, that we can
16  have these grand conversations about it.
17  It's something that is, I would say, still in
18  evolution within the oncology and the
19  dermatology literature.
20  BY MR. GOMEZ:
21      Q.    All right.  Setting aside the
22  reason, you've never lectured regarding PCIA,
23  correct?
24          MS. COHEN:  Objection to form.
25      A.    Have I given a formal lecture

Confidential - Pursuant to Protective Order

1  dedicated to PCIA?  No, I have not.
2  BY MR. GOMEZ:
3      Q.    All right.  Have you given an
4  informal discussion to residents or anyone
5  else regarding PCIA?
6      A.    Regarding PCIA, no.
7      Q.    All right.  Have you discussed
8  whether PCIA does, in fact, exist with your
9  colleagues at Tulane?
10      A.    Who would you define as my
11  colleagues?
12      Q.    Anyone.
13      MS. COHEN:  Objection to form.
14      A.    Well, when I discuss
15  different -- when I discuss different
16  dermatologic diagnoses, it's usually
17  regarding patients that we have in common,
18  and to the extent that I have treated a PCIA
19  patient in common with another colleague, no.
20  BY MR. GOMEZ:
21      Q.    All right.  Do you believe that
22  it is a real thing?  Do you believe that PCIA
23  actually exists?
24      A.    You know, I think -- I believe
25  that patients who have been reported in the

1  medical literature with PCIA have a lot of
2  other confounding things going on, and, you
3  know, at the top of the list, their inherent
4  hair characteristics, you know, plays an
5  important role.  You know, did they have
6  genetically very fine, thin hair to begin
7  with?  Number two, what is their inheritance
8  pattern?  You know, did they have a personal
9  or a family history of androgenetic alopecia
10  and could that be a presenting or confounding
11  factor in how they responded to hair loss?
12  Absolutely.
13      You know, what are the other
14  things that were included in their
15  chemotherapeutic regimen, what other
16  chemotherapy drugs were they taking and what
17  endocrine therapies were they taking?
18      And I just -- I don't think at
19  this point we have enough information
20  specifically targeting one -- or explaining
21  one particular cause for patients who have
22  these more longstanding presentations of
23  alopecia after chemotherapy.
24      Q.    And so do you believe that PCIA
25  is a real thing?

1      MS. COHEN:  Objection to form.
2  BY MR. GOMEZ:
3      Q.    For some patients, at least?
4      MS. COHEN:  Objection to form.
5      A.    If I thought that there was --
6  it was possible to identify one particular
7  drug, then I might.  But in the case -- you
8  know, in the incident case and in the case
9  with the plaintiff, I do not.
10  BY MR. GOMEZ:
11      Q.    And setting aside the
12  plaintiff, do you believe that docetaxel can
13  cause permanent hair loss in any person?
14      MS. COHEN:  Objection to form.
15      A.    I do not.
16  BY MR. GOMEZ:
17      Q.    All right.  And so your job in
18  this case, what do you believe it to be?
19      MS. COHEN:  Objection to form.
20      A.    Well, my -- my task in this
21  situation has been to evaluate the relevant
22  medical literature and to conduct an
23  independent medical examination of the
24  plaintiff, and I would have liked to have
25  conducted additional scalp biopsies, but I

1  was informed that I was not allowed to do
2  that.
3      So I did the best I could,
4  which was to take dermatoscopic photos of the
5  patient during her visit with me, and then to
6  render an opinion of the most likely
7  diagnoses that were causing -- the most
8  likely diagnoses that were causing the
9  plaintiff's hair loss or to basically create
10  a differential diagnosis.
11  BY MR. GOMEZ:
12      Q.    All right.  Thank you so much.
13      And let it you approached
14  that task with an open mind?
15      A.    Absolutely.
16      Q.    And so did you understand that
17  the question in this case in particular was
18  whether docetaxel had caused Ms. Stewart to
19  suffer permanent hair loss?
20      MS. COHEN:  Objection to form.
21      A.    My -- my understanding was that
22  I was evaluating all of the possible causes
23  of her hair loss.
24  BY MR. GOMEZ:
25      Q.    All right.  And you understood

Confidential - Pursuant to Protective Order

Page 50

1  that the litigation was focused on whether or
2  not docetaxel had caused Ms. Stewart to
3  suffer permanent hair loss, correct?
4        MS. COHEN:  Objection to form.
5     A.    I understood that was the
6  litigation.
7  BY MR. GOMEZ:
8     Q.    And you were hired in this case
9  by the manufacturer of the docetaxel,
10 correct?
11    A.    I was hired by one of the
12 manufacturers, by Sandoz.
13    Q.    Right.  And so as you looked at
14 and tried to determine what had caused
15 Ms. Stewart to suffer her hair loss, you
16 weren't biased in any way, were you?
17    A.    I was not.  I had a very open
18 mind going into things, and of course, you
19 know, I certainly did consider docetaxel in,
20 you know, looking at that as a possible
21 cause.
22           And, you know, based on her
23 history, I see where she did have complete
24 anagen effluvium after her initial six cycles
25 of chemotherapy, but the hair regrew starting

Page 51

1  in January of 2015.
2     Q.    So you say you were not biased
3  and you at least considered docetaxel as a
4  cause of Ms. Stewart's permanent hair loss?
5     A.    I did.
6     Q.    However, you don't believe
7  docetaxel causes permanent hair loss in
8  anyone, correct?
9        MS. COHEN:  Objection to form.
10    A.    You know, I -- my opinions in
11 this particular case are really limited to
12 the plaintiff, and in her situation, it's
13 clear to me that docetaxel was not the cause;
14 that she had many other more predominant
15 reasons for her hair loss.
16 BY MR. GOMEZ:
17    Q.    In terms of your opinions
18 regarding Ms. Stewart, they were informed by
19 your view that docetaxel never causes
20 permanent alopecia, correct?
21        MS. COHEN:  Objection to form.
22    A.    You know, I have informed my
23 opinions of this case from a number of
24 different sources.  Obviously, you know, my
25 own training, my own education, and my

Page 52

1  experience treating, you know, thousands of
2  patients with hair loss.  And, you know, I
3  feel very confident in my diagnosis of
4  Ms. Stewart with CCCA, and also with
5  androgenic alopecia, and also I think she has
6  a component of traction alopecia based on her
7  use of various different grooming techniques
8  which is, you know, very common in women of
9  African descent.
10 BY MR. GOMEZ:
11    Q.    In terms of the thousands of
12 patients that you've treated, you've never
13 once believed that their hair loss was due to
14 PCIA, correct?
15    A.    Well, I've never been able to
16 make a diagnosis that was -- that their hair
17 was -- that their hair loss was permanent and
18 that I could not improve upon it.
19    Q.    So you don't believe that there
20 is such a thing as permanent hair loss?
21        MS. COHEN:  Objection to form.
22    A.    I do.  I do find that many
23 cases of scarring will definitely render
24 permanent hair loss, and in the incident
25 case, you know, CCCA is a form of scarring

Page 53

1  alopecia that can cause permanent hair loss
2  for many women.
3  BY MR. GOMEZ:
4     Q.    So there is such a thing as
5  permanent hair loss; you just don't believe
6  in PCIA?
7     A.    I don't, because it's not a
8  scarring phenomenon.
9     Q.    You believe that only scarring
10 causes permanent hair loss?
11    A.    I do.
12    Q.    What about loss of the hair
13 follicle, is that hair loss?
14    A.    You know, there has been
15 described this sort of biphasic role that
16 hair follicles can be in.  Certain
17 situations, certain diagnoses, like traction
18 alopecia and even androgenetic alopecia, if
19 it is very late and very longstanding, can --
20 can ultimately not regrow.  But there's
21 usually some room for improvement.
22    Q.    Do you believe that follicles
23 can be damaged to such an extent that there
24 can be no regrowth of hair possible?
25    A.    You know, by things like

Confidential - Pursuant to Protective Order

Page 54

1 chemical exposure, by things like heat, by
2 things like pulling, you know, by exogenous
3 forces that are being placed on the follicle,
4 yes, absolutely.
5      Q.   Do you believe that
6 chemotherapy drugs can cause damage to
7 follicles?
8      A.   I don't think the mechanism is
9 understood, what exact effect chemotherapy
10 has on hair follicles.  You know, hair
11 follicles are very complicated.  There's so
12 many different growth factors that act upon,
13 you know, transitioning a hair follicle from
14 the anagen to the catagen to the telogen
15 phase, and, you know, to the extent that, you
16 know, we're just at the tip of the iceberg in
17 terms of understanding, you know, the
18 molecular signaling that happens at the level
19 of the hair follicle, you know.  There's just
20 so much we don't understand.
21      Q.   And so you agree that some
22 things can damage follicles to an extent that
23 the follicles no longer allow for hair
24 regrowth.
25          My question is do you know, yes

Page 55

1 or no, one way or the other, whether
2 chemotherapy drugs can cause permanent damage
3 to hair follicles?
4          MS. COHEN:  Objection to form.
5      A.   I think there's just so much we
6 don't understand about how chemotherapy drugs
7 affect hair follicles, that I don't think you
8 can say yes or no one way or another.
9 BY MR. GOMEZ:
10      Q.   What I'm asking about is your
11 understanding, not about what we understand.
12 Can you tell us whether chemotherapy drugs
13 cause permanent damage to hair follicles?
14      A.   You know, every study that I
15 have looked at, the histologic findings of
16 longstanding hair loss after chemotherapy,
17 those hair follicles are still intact, okay?
18 Those follicles are still intact.  They may
19 be smaller.  They may be finer.  You know,
20 they may not render the same texture or
21 quality hair after chemotherapy.
22          But I have not seen it where
23 the hairs are permanently destroyed as they
24 are in scarring -- primary inflammatory
25 scarring alopecia like CCCA, where the hair

Page 56

1 follicles get completely replaced with
2 fibrosis where the sebaceous glands are
3 destroyed.
4      Q.   So it's your opinion that
5 chemotherapy drugs cannot cause permanent
6 damage to hair follicles?
7          MS. COHEN:  Objection to form.
8      A.   My opinion is that these
9 chemotherapy drugs are playing a role,
10 possibly miniaturizing the follicle as we're
11 seeing on histology, but they're not
12 destroying the follicles.
13 BY MR. GOMEZ:
14      Q.   And in terms of hair, what
15 happens if a follicle is miniaturized?
16      A.   Well, the hair is basically
17 cycled back as thinner, finer versions of
18 themselves.
19      Q.   You believe that chemotherapy
20 drugs can cause permanent hair thinning?
21          MS. COHEN:  Objection to form.
22      A.   Again, your definition of
23 permanent hair thinning depends on whether
24 that person has even tried any kind of
25 medical therapy.

Page 57

1 BY MR. GOMEZ:
2      Q.   Setting aside -- assume that a
3 person has no means or access to any kind
4 of -- a doctor like yourself, and under those
5 circumstances, would you agree that
6 chemotherapy drugs can cause permanent hair
7 thinning?
8          MS. COHEN:  Objection to form.
9      A.   In the situation you're
10 describing, where a patient doesn't do
11 anything to either prevent hair loss at the
12 front end with things like scalp cooling or
13 try to ameliorate the hair thinning after the
14 fact like using topical minoxidil, then yes.
15 But that's not the situation with
16 Ms. Stewart.
17          And, in fact, the situation
18 with Ms. Stewart was that she had an
19 established hair expert as her dermatologist
20 who she never asked about her hair.  During
21 the whole time that this was happening, she
22 never sought care for her hair loss.
23      Q.   All right.  My question is not
24 about Ms. Stewart, and so I think you
25 answered the question, but let me make sure.

Confidential - Pursuant to Protective Order

Page 58

1    Setting aside access to medical
2  care, you agree that chemotherapy drugs can
3  cause permanent hair thinning?
4    MS. COHEN:  Objection to form.
5    A.    You know, my definition of
6  permanent hair loss is that which cannot be
7  improved or, you know, cannot be prevented.
8  And, you know, it also would mean that the
9  chemotherapy was the only agent -- that
10  particular chemotherapy was the only agent
11  that was identified or linked with hair loss,
12  and, you know, in the incident case, you
13  know, there's so many other factors that go
14  into that.
15  BY MR. GOMEZ:
16    Q.    You agree that chemotherapy
17  drugs can physiologically affect hair
18  follicles, correct?
19    A.    Can --
20    MS. COHEN:  Objection to form.
21    A.    -- they physiologically affect
22  hair follicles?  Sure.
23  BY MR. GOMEZ:
24    Q.    And when I say physiologically
25  affect hair follicles, I mean change hair

Page 59

1  follicles permanently.
2    Do you agree that chemotherapy
3  drugs can change hair follicles permanently?
4    MS. COHEN:  Objection to form.
5    A.    I disagree because the timeline
6  that the hair follicles are only being
7  exposed to that chemotherapy, and they would
8  only presumably be affected by that
9  chemotherapy during the time of exposure.
10  BY MR. GOMEZ:
11    Q.    So you believe that after
12  chemotherapy is over, then the hair follicles
13  would return to their prior state in every
14  case?
15    A.    I would say, you know, in most
16  cases they do.  In cases where the person may
17  have some underlying -- I'm going to use your
18  word -- physiologic characteristics to their
19  hair shaft or to their overall health, then,
20  you know, the treatment with the chemotherapy
21  may unmask an underlying condition.  It may
22  unmask an androgenetic alopecia.  It may --
23  and especially with the use of these
24  endocrine therapies that can definitely
25  unmask or worsen, you know, an underlying

Page 60

1  disease process of female pattern hair
2  thinning.
3    Q.    So you agree with at least some
4  patients, then, chemotherapy drugs can cause
5  permanent change to hair follicles?
6    MS. COHEN:  Objection to form.
7    A.    I don't think that -- I do not
8  believe that chemotherapy alone is what's
9  causing a permanent change in hair follicles,
10  as you're describing.
11  BY MR. GOMEZ:
12    Q.    At least in some people that
13  have these physiologic characteristics or are
14  susceptible to it, chemotherapy drugs cause
15  permanent change to hair follicles, correct?
16    MS. COHEN:  Objection to form.
17    A.    Again, you know, the way you're
18  stating that is saying that the chemotherapy
19  is entirely responsible, and I don't agree
20  with that.
21  BY MR. GOMEZ:
22    Q.    So you don't believe that
23  chemotherapy drugs can cause permanent change
24  to hair follicles in anyone, correct?
25    A.    I think -- I think the effect

Page 61

1  that chemotherapy has on every individual is
2  potentially going to be very different, and
3  as has been established in the medical
4  literature, you know, not only can it affect
5  the thickness of the hair, it could affect
6  the color, it could affect the texture.
7    And there's no way to know
8  going in, especially for the oncologist who's
9  trying to save that person's life, I don't
10  think there's any way for them to know or
11  predict how that person's hair is certainly
12  going to be affected.
13    Q.    So you would agree that at
14  least with some people, some chemotherapy
15  drugs can cause permanent hair loss, correct?
16    MS. COHEN:  Objection to form.
17    A.    I have seen numerous reports in
18  the medical literature describing other cases
19  of longstanding alopecia following things
20  like busulfan and cyclophosphamide, you know,
21  situations where they're pretreating patients
22  for bone marrow transplantation.
23  BY MR. GOMEZ:
24    Q.    Okay.  Here, let me say it
25  another way.

Confidential - Pursuant to Protective Order

Page 62

1   You understand that docetaxel
2   can cause permanent hair loss in some
3   patients?  Yes or no?
4        MS. COHEN:  Objection to form.
5        A.   I've seen reports implicating
6   docetaxel, but when you look at those
7   reports, they're small case studies, they're
8   letters to the editor --
9   BY MR. GOMEZ:
10       Q.   Let me stop you there.  Let me
11  stop you there.  I'm not asking about the
12  reports; I'm asking for your opinion:  Does
13  docetaxel cause permanent hair loss in
14  anyone, yes or no?
15       MS. COHEN:  I'll just make an
16       objection to the form and also that
17       the witness was cut off midsentence.
18       THE WITNESS:  Okay.
19       MS. COHEN:  But go ahead.
20       A.   Yeah.  I mean, my opinion is
21  that docetaxel alone is not -- cannot be
22  implicated in permanent chemo-induced
23  alopecia.
24  BY MR. GOMEZ:
25       Q.   And so in terms of your job in

Page 63

1   looking at Ms. Stewart to determine whether
2   docetaxel caused her permanent hair loss, you
3   were approaching that task with the mindset
4   that it does not cause permanent hair loss in
5   anyone, true?
6        MS. COHEN:  Objection to form.
7        A.   I was probably more -- my views
8   of docetaxel and all of the other medications
9   have really been, you know, very informed by
10  the process of researching the medical
11  literature and -- you know, it's interesting
12  when I talk with my patients, if they do
13  present with hair loss after the fact, after
14  the chemo, we never discuss exactly which
15  drug was possibly implicated.
16  BY MR. GOMEZ:
17       Q.   So you have had some patients
18  that have presented to you with permanent
19  hair loss following chemotherapy?
20       A.   I have seen a handful of
21  patients who felt like they had longstanding
22  hair thinning after chemotherapy.
23       Q.   And you didn't ask them what
24  chemotherapy they were prescribed, correct?
25       A.   I did not.  It was not relevant

Page 64

1   to the discussion.
2        Q.   And for all you know, that
3   handful of patients could have been the
4   patients that were prescribed docetaxel?
5        MS. COHEN:  Objection to form.
6   BY MR. GOMEZ:
7        Q.   Right?
8        A.   In theory.
9        Q.   You don't know one way or the
10  other, correct?
11       A.   I don't recall.
12       Q.   And in terms of your clinical
13  experience and practice, you don't question
14  your patients about what chemotherapy drug
15  they took or did not take, correct?
16       MS. COHEN:  Objection to form.
17       A.   It's not relevant to me helping
18  them get their hair back.
19  BY MR. GOMEZ:
20       Q.   And so in terms of looking at
21  Ms. Stewart to determine whether she had
22  suffered PCIA because of docetaxel, what
23  particular things were you looking for in her
24  that would tell you that, in fact, that
25  happened?

Page 65

1        A.   I basically, number one, would
2   have needed to see her before in order to
3   know exactly what her hair loss looked like
4   before, okay, what her scalp and her hair
5   looked like before.
6        And I would have needed for her
7   to have only been on that one
8   chemotherapeutic drug, if that makes sense.
9   And I would have had her as a man, because
10  women automatically have so many more
11  confounding factors with hormones.
12       Obviously, you know, her having
13  a hysterectomy and undergoing a surgical
14  menopause is also framed within this whole
15  discussion and context, so that can also
16  contribute to hair loss.
17       And, you know, it's just --
18  it's impossible to make the leap that
19  docetaxel was the cause of her hair loss
20  given everything we know about this case.
21       Q.   And so what are the diagnostic
22  criteria for diagnosing PCIA?  What are the
23  markers of PCIA?
24       A.   Given that I don't make that
25  diagnosis, I really can't tell you.

Confidential - Pursuant to Protective Order

Page 66

1    Q.   All right.  And so you say you
2 would have needed her to be a man.  You don't
3 believe that any woman can suffer from PCIA,
4 right?
5         MS. COHEN:  Objection to form.
6    A.   That's not what I was saying.
7 I was -- I was lamenting the fact that women
8 are so much more complicated than men, and so
9 that makes it really hard to prove that
10 docetaxel could have been the only thing
11 causing her hair loss.
12        Do you see what I'm saying?
13 BY MR. GOMEZ:
14   Q.   Let me ask you this.  I'm going
15 to turn to your report, if that's okay.
16        MS. COHEN:  John, we've been
17        going about an hour 20, so if you're
18        going to go to the report, maybe we
19        can take a quick break, if that's
20        okay?
21        MR. GOMEZ:  That sounds good.
22        MS. COHEN:  I don't want to cut
23        you off if you're like in a -- in
24        something you want to finish up.  It
25        sounded like you were making a change.

Page 67

1         MR. GOMEZ:  Yeah, not so much.
2        I was trying to -- yeah, I was
3        changing.  So let's take a break.  How
4        much time do you guys want?
5        MS. COHEN:  Just a stretch,
6        like 10 minutes or something.  Is that
7        all right?
8        MR. GOMEZ:  Let's go 15, so
9        I'll see you guys in 15 minutes.
10        MS. COHEN:  Okay.  Sure.
11        THE WITNESS:  Thanks.
12        THE VIDEOGRAPHER:  Off the
13        record, 9:50 a.m.
14        (Recess taken, 9:50 a.m. to
15        10:05 a.m. CDT)
16        THE VIDEOGRAPHER:  On the
17        record, 10:05 a.m.
18 BY MR. GOMEZ:
19   Q.   Welcome back, Doctor.
20   A.   Thank you.
21   Q.   How did you become involved in
22 this litigation?
23   A.   I was contacted by the
24 attorneys representing Sandoz.
25   Q.   And have you ever -- maybe I

Page 68

1 missed it in your CV or -- but forgive me if
2 I did.  Have you testified as an expert
3 before?
4    A.   I have not.
5    Q.   So you've never testified in
6 any case as an expert, correct?
7    A.   That's correct.
8    Q.   Have you testified just as a
9 witness in any proceeding related to your --
10 to medicine?
11   A.   No.
12   Q.   No, never?  Not even a traffic
13 accident?  No, that's fine.  You don't need
14 to answer that.
15        So let me turn you to page 5 of
16 your report, if you have it there in front of
17 you.
18   A.   Uh-huh.
19   Q.   And so do you see under
20 African-American Hair?  Are you there?
21   A.   I'm there.
22   Q.   Do you see:  Hair density in
23 African-American patients is approximately
24 22.4 total follicles per 4-millimeter punch
25 biopsy on average?

Page 69

1    A.   Yes.
2    Q.   Do you know what Ms. Stewart's
3 count was in this case?
4    A.   I know it was in the report,
5 the pathology report.
6    Q.   Do you recall that offhand?
7    A.   Offhand, no.
8    Q.   All right.  And so I want you
9 to assume that Ms. Stewart's hair count on
10 biopsy was 16 to 17 total follicles as
11 opposed to 22.4.
12        Do you have an explanation for
13 why her count was that much lower?
14        MS. COHEN:  Objection to form.
15   A.   You know, there's a couple of
16 reasons.  Number one, her diagnosis of CCCA
17 will ultimately result in a lower hair count
18 as those follicles get destroyed.
19        And number two, the way that
20 the biopsies were sectioned, they were --
21 they did not pick up all of the follicular
22 counts that probably were present.
23 BY MR. GOMEZ:
24   Q.   All right.  So you believe --
25 you believe that CCCA caused her to have a

Confidential - Pursuant to Protective Order

Page 70

1  lower follicle count?
2      A.   CCCA is definitely a condition
3  that will cause destruction of hair
4  follicles, and it will definitely cause a
5  decrease in hair follicle count.
6      Q.   And so in terms of this patient
7  in particular, is it your opinion that CCCA
8  caused her to have lower hair follicle count?
9      A.   Yes.
10     Q.   And do you agree that she had
11 lower hair follicle count?
12     A.   I do.  And, you know, I feel
13 confident corroborating what was found in the
14 pathology report based on my physical exam
15 and my dermatoscopic exam of her, where I
16 could tell on magnification that those
17 follicular ostia had been destroyed and they
18 were actually replaced with smooth scar
19 tissue.
20     Q.   All right.  And so you agree,
21 corroborated by your physical exam, that she
22 had a lower follicle count and that some
23 follicles had been destroyed, correct?
24         MS. COHEN:  Objection to form.
25     A.   Based on the areas that I

Page 71

1  examined, the 21-centimeter distance from the
2  glabella, that was the area that I found her
3  to be -- to have the greatest area of
4  thinning.
5  BY MR. GOMEZ:
6      Q.   Okay.  And so just to be clear,
7  you agreed that she had a lower follicle
8  count than she was born with?
9      A.   Based on my knowledge and
10 understanding of CCCA, I would expect that
11 she would have been born with a higher
12 follicle count in that particular area, yes.
13     Q.   Do you believe that docetaxel
14 can kill follicles?
15         MS. COHEN:  Objection to form.
16     A.   I do not.  I think it can have
17 a physiologic effect on follicles but I don't
18 see it causing permanent hair loss like it
19 has with the plaintiff.
20 BY MR. GOMEZ:
21     Q.   All right.  And so you agree
22 that Ms. Stewart does have permanent hair
23 loss?
24         MS. COHEN:  Objection to form.
25     A.   I -- I would agree in the sense

Page 72

1  that CCCA is scarring.  It's a form of
2  scarring alopecia.  And -- but I would temper
3  that with the fact that she has not explored
4  treatment for her hair loss.
5          And so even CCCA has a
6  component of regrowth that can be achieved in
7  terms of targeting the inflammation and
8  controlling the inflammation, and if she were
9  to see me as a treating hair specialist,
10 that's the first thing I would do for her is
11 I would start her on topical steroids, I
12 would give her some oral doxycycline, which
13 is an antibiotic, but it has antiinflammatory
14 properties so it would chase away that
15 lymphocytic inflammation that was seen on
16 histology.
17         And then once we got that
18 inflammation under control, then we would
19 explore other options to actually help regrow
20 the hair, using things like topical
21 minoxidil, oral minoxidil and so forth.
22 BY MR. GOMEZ:
23     Q.   All right.  And we'll talk a
24 little bit later about ways that you believe
25 that Ms. Stewart could improve her hair.

Page 73

1          But for today, you know, and
2  for now, my question was:  You don't believe
3  that docetaxel can kill hair follicles,
4  correct?
5      A.   You know, I think anything is
6  possible, and, you know, as I said earlier, I
7  was -- you know, I probably was more open to
8  the idea of docetaxel causing permanent hair
9  loss, you know, to patients who are treated,
10 but in the process of this case, I've really,
11 you know, been looking very closely at the
12 medical literature and, you know, it's just
13 not been established that docetaxel can kill
14 hair follicles.
15     Q.   And so as you sit here today,
16 you don't believe docetaxel can kill hair
17 follicles, correct?
18     A.   Based on my review of the
19 medical literature and my experience, I don't
20 see it killing hair follicles like the
21 inflammatory scarring condition as is seen
22 with Ms. Stewart.
23     Q.   All right.  You believe as you
24 sit here today that docetaxel can permanently
25 change hair follicles?

Confidential - Pursuant to Protective Order

Page 74

MS. COHEN: Objection to form.

A.   Docetaxel from -- you know, reports causing -- you know, potentially causing longstanding hair loss in other patients, you know, is potentially similar to other chemotherapeutic drugs in the literature, like busulfan, like Taxol, like cyclophosphamide, you know, that there could be patients who are more susceptible to longstanding hair effects after treatment with -- with these medications.

But again, we can't predict who that's going to be and when that's going to happen, and we just -- there's not enough evidence in the medical literature to establish docetaxel alone as causing permanent chemo-induced alopecia.

BY MR. GOMEZ:

Q.   Okay.  And so do you believe as you sit here today as an expert in this case that docetaxel can cause longstanding hair loss in some patients?

MS. COHEN:  Objection to form.

A.   You know, I -- it has been implicated obviously in the medical

Page 75

literature and in patients who may be more susceptible based on their hair loss characteristics, patients who are also on endocrine therapies, you know, they may present with longstanding hair loss after having taken docetaxel.

But again, you know, a temporal association does not imply causation, and, you know, you have to rule out all the other possible confounding factors.

BY MR. GOMEZ:

Q.   Do you have an opinion about whether docetaxel actually causes permanent hair loss in some women?

MS. COHEN:  Objection to form.

A.   My opinion is that some women, in combination with other hormonal circumstances, other menopausal status, in combination with endocrine therapy, may present with longstanding hair loss after chemotherapy.  But again, that's not implying docetaxel is the only cause.

BY MR. GOMEZ:

Q.   And I'm not asking whether docetaxel is the only chemotherapy drug.  I'm

Page 76

just -- and if you don't have an opinion, you don't.

But do you have an opinion about whether docetaxel causes permanent hair loss in some women, yes or no?  Do you have an opinion on that discrete topic?

MS. COHEN:  Same objection, asked and answered.

A.   I feel like you've asked that question multiple times and I've answered it as well as I can.

MR. GOMEZ:  I disagree.  So can you read the question back, please.

(The following portion of the record was read.)

"QUESTION:  And I'm not asking whether docetaxel is the only chemotherapy drug.  I'm just -- and if you don't have an opinion, you don't.

"But do you have an opinion about whether docetaxel causes permanent hair loss in some women, yes or no?  Do you have an opinion on that discrete topic?"

(End of readback.)

Page 77

MS. COHEN:  Same objections.

You can still answer.

THE WITNESS:  Okay.

A.   You know, my opinion is yes --

BY MR. GOMEZ:

Q.   So yes, you have an opinion?  Doctor --

A.   Yes --

Q.   Yes, you have a opinion?  Just yes or no, do you have an opinion?

A.   Yes, I have an opinion.

Q.   Excellent.  Okay.  So what is your opinion?  Does docetaxel cause permanent hair loss in some women, yes or no?

A.   I'm certainly not an oncologist, but my understanding of all the different chemotherapeutic drugs is that docetaxel is one of the strongest, most effective treatments in combatting aggressive breast cancer, as was seen with our plaintiff.

And that being said, if you're going to use a very strong, aggressive oncology therapy, there's a chance that there may be more longstanding effects on those

Page 78

1 hair follicles.
2    Q.    Okay.  So I'm not asking --
3    A.    Because they're longstanding
4 doesn't mean they can't be corrected with
5 medical therapy after the fact or prevented
6 using things like scalp cooling.
7    Q.    Right.  So it sounds to me --
8 I'm not asking whether it's a good cancer
9 drug, and I know you're not an oncologist,
10 and you're not a pharmacist and you're a
11 dermatologist.
12        So I'm asking you in your
13 capacity here as an expert witness -- and you
14 said you do have an opinion.  It sounds like
15 your opinion is that docetaxel can cause
16 permanent hair loss in some women, correct?
17        MS. COHEN:  Objection.
18 Objection to form.
19    A.    I'm basically relating to you
20 what I have seen in the medical literature
21 and in some cases where docetaxel has been
22 implicated in more longstanding hair loss.
23        You know, am I saying it
24 definitely causes it?  No, absolutely not.
25 Because in these situations there are so many

Page 79

1 other confounding factors.
2 BY MR. GOMEZ:
3    Q.    And so -- and I'm not asking
4 definitely.  I'm asking to a 51% degree of
5 medical certainly, your opinion as an expert
6 is that docetaxel can cause permanent hair
7 loss in some women, correct?
8        MS. COHEN:  Objection to form.
9    A.    I think any medication can
10 cause hair loss in any patient.
11 BY MR. GOMEZ:
12    Q.    So the answer to my question is
13 yes?
14        MS. COHEN:  Objection to form.
15    A.    I think -- I think it's
16 possible.  I think anything is possible, but
17 I don't think it's been established in the
18 medical literature.
19 BY MR. GOMEZ:
20    Q.    Okay.  So just yes or no:  Is
21 it your opinion that docetaxel can cause
22 permanent hair loss in some women?
23        MS. COHEN:  Objection to form.
24    A.    No.
25        ///

Page 80

1 BY MR. GOMEZ:
2    Q.    Thank you.
3        And to kind of put a bow on
4 that, it's your opinion that docetaxel cannot
5 cause permanent hair loss in any women,
6 correct?
7    A.    You know --
8        MS. COHEN:  Objection to form.
9        Go ahead.  You still can
10 answer.
11        THE WITNESS:  Hmm?
12        MS. COHEN:  You still can
13 answer.
14        THE WITNESS:  Uh-huh.
15    A.    I think it's -- to the extent
16 that I've seen a few case reports of it being
17 a causative factor in longstanding hair loss,
18 you know, your definition of it being
19 permanent is still not something that you can
20 establish.
21 BY MR. GOMEZ:
22    Q.    Okay.  So you don't believe
23 docetaxel can cause permanent hair loss in
24 any women, correct?
25        MS. COHEN:  Objection to form.

Page 81

1        Go ahead.
2    A.    I don't -- I don't really like
3 speaking in absolutes, but I don't -- I don't
4 think that based on the evidence that's
5 available to us today that it can.
6 BY MR. GOMEZ:
7    Q.    All right.  Thank you.
8        And so let me turn you to
9 page 8 of your report.  And I'm directing
10 your attention to the bottom paragraph and
11 the last sentence which states:  It is
12 important that a clinician use an independent
13 dermatopathologist, even if the clinician
14 himself or herself is board certified in
15 pathology or dermatopathology, because if the
16 clinician wears both the dermatologist and
17 dermatopathologist hats, he or she may be
18 biased in reviewing the pathology slides and
19 may, whether intentionally or not, look for
20 pathological features that align with the
21 initial clinical diagnosis.
22        Do you see that?
23    A.    Yes.
24    Q.    And so you are not a
25 dermatopathologist, correct?

Confidential - Pursuant to Protective Order

Page 82

1    A.    To the extent that I have a
2  separate -- I do not have a separate board
3  certification in dermatopathology, nor do I
4  process slides or give opinions and issue
5  reports, no.  However, I do evaluate
6  dermatopathology reports on a daily basis for
7  the patients who I'm seeing in my clinic, and
8  I don't hesitate to get on the phone with my
9  dermatopathologists to speak with them and to
10  discuss whatever the biopsy is at hand.
11        And I feel comfortable, you
12  know, reviewing the various elements of the
13  dermatopathology report and I -- you know,
14  this was part of my training in dermatology.
15  We studied a lot of dermatopathology.  Every
16  time we would study a new skin diagnosis we
17  would study the dermatopathology of that
18  diagnosis, and then we were tested on that as
19  part of our board exam in dermatology.
20    Q.    And so is it a practice in, I
21  guess Louisiana, that clinicians who are both
22  dermato- -- how do you say it?  I like the
23  way you said it.
24    A.    Dermatopathologists.
25    Q.    Thank you.  That makes it easy.

Page 83

1  In Louisiana, do dermatopathologists who are
2  also dermatologists, do they always send
3  their slides out to independent
4  dermatopathologists so that they're not
5  biased?
6    A.    For the most part, yes.
7    Q.    And so you believe that's
8  common practice in the United States?
9    A.    Yes.
10    Q.    Okay.  What do you base that
11  on?
12    A.    Just my experience with other
13  dermatologists.  You know, you could
14  certainly overcall a skin cancer diagnosis,
15  and actually, we had a colleague, a
16  dermatology colleague years ago who was doing
17  that kind of thing and went to federal
18  prison.
19    Q.    And in this case, you don't
20  believe that Dr. Rosic demonstrated any bias
21  in reviewing her pathology slides, do you?
22        MS. COHEN:  Objection to form.
23    A.    I -- I think it is possible
24  that she did have some bias as she examined
25  those dermatopathology slides, yes.

Page 84

BY MR. GOMEZ:
2    Q.    Okay.  And so I'm not asking
3  about possibilities.  I'm asking:  Do you
4  have an opinion to a medical degree of
5  certainty that Dr. Rosic demonstrated bias in
6  reading her pathology slides?
7    A.    I think she probably did have
8  bias.  I believe she probably did have bias
9  as she interpreted those slides.
10    Q.    And what in her interpretation
11  of the slides tells you that she was biased
12  in her reading the slides?
13    A.    Well, the fact that she
14  minimized the CCCA component, you know.  In
15  this case, it's very clear that CCCA is the
16  major diagnosis, and the fact that she just,
17  you know, said, oh, this is PCIA, you know,
18  and that was her primary differential
19  diagnosis based on her notes, her clinical
20  notes, and it was then her primary diagnosis
21  after evaluating the slides.
22    Q.    And so you base your allegation
23  of bias in reading her slides on her ultimate
24  diagnoses?
25    A.    I -- yes.

Page 85

1    Q.    Anything else?
2        MS. COHEN:  And again, I'm not
3    trying to speak here, but do you want
4    us to pull out the report?  I mean,
5    she has her report in front of her.
6    She doesn't have the pathology report
7    you're referring to.
8        THE WITNESS:  Yeah.
9    A.    Well, I think, you know, to the
10  extent that she was overcalling, she was --
11  you know, the presence of miniaturization,
12  you know, the fact that -- she was basically
13  ignoring the fact that the -- the signs that
14  we see with PCIA are indistinguishable from
15  androgenetic alopecia.
16        So whatever miniaturization
17  that she saw on the pathology slide she was
18  attributing automatically to PCIA when, you
19  know, we know from the plaintiff's family
20  history, from depositions of her family
21  members that her father had male pattern hair
22  loss.  He wore a ball cap.  He was, you know,
23  essentially male pattern balding.  Her mother
24  had hair thinning for which she wore a wig.
25        So the plaintiff could have

Confidential - Pursuant to Protective Order

Page 86

1 inherited one or both conditions, CCCA from
2 her mother or female pattern hair loss
3 from her father.
4          In the incident case, I think
5 she inherited both conditions. And when
6 Dr. Rosic interpreted the scalp
7 dermatopathology, she attributed the
8 miniaturization to PCIA. And that's not
9 correct.
10          In order to make a diagnosis, a
11 conclusive firm diagnosis of PCIA under the
12 microscope, you know, you really can't. You
13 know, it would have to be a diagnosis of
14 exclusion.
15 BY MR. GOMEZ:
16     Q.    What do you mean by that, you
17 can't make that diagnosis?
18     A.    You can't distinguish it from
19 androgenetic alopecia.
20     Q.    And you don't believe it exists
21 at all, correct, that is, PCIA?
22          MS. COHEN: Objection to form.
23     A.    I think it's -- I don't think
24 it doesn't exist. I just think that the
25 diagnosis is one that has to be made with

Page 87

1 independent -- you know, with an independent
2 dermatopathologist and with good clinical
3 correlation. I don't think either was done
4 here in the incident case.
5 BY MR. GOMEZ:
6     Q.    All right. And so you believe
7 that under appropriate circumstances, a
8 diagnosis of PCIA would be appropriate?
9          MS. COHEN: Objection to form.
10     A.    Can you say that again?
11 BY MR. GOMEZ:
12     Q.    I'd be happy. Sure.
13          So I thought before you told us
14 that you did not believe that PCIA was a real
15 thing. Do you now believe that PCIA is a
16 real thing?
17          MS. COHEN: Objection to form.
18     A.    Like I said, the patients who
19 have been reported with longstanding hair
20 loss are described as a number of different
21 terms in the medical literature, persistent
22 hair loss, permanent hair loss, longstanding
23 hair loss. You know, they're all, you know,
24 part and parcel of the same clinical picture,
25 which -- you know, I think it should be

Page 88

1 called longstanding hair loss after
2 chemotherapy -- longstanding hair loss after
3 chemotherapy for what it is on a temporal
4 basis, not as a causative basis, because we
5 know that underlying factors like
6 androgenetic alopecia or genetically fine
7 thin hair, those patients may suffer more
8 long-term consequences from chemotherapy.
9 BY MR. GOMEZ:
10     Q.    All right.
11     A.    And we just can't predict who
12 or when that's going to happen.
13     Q.    Let's turn to page 12 of your
14 report, if we can. And do you see under
15 Roman numeral VIII, Types of Hair Loss?
16     A.    Yes.
17     Q.    The last sentence in that
18 paragraph states: In nonscarring alopecia,
19 the hair falls out but there's no permanent
20 damage to the hair follicle, and the
21 potential for future hair growth remains.
22          Is that your opinion?
23     A.    Yes.
24     Q.    Do you agree that in cases of
25 PCIA the follicle is actually gone because of

Page 89

1 the exposure to the chemotherapy?
2          MS. COHEN: Objection to form.
3     A.    I'm not sure I have an opinion
4 on that.
5 BY MR. GOMEZ:
6     Q.    Okay. So you don't have an
7 opinion.
8     A.    I'm going to defer to the
9 dermatopathologist on that.
10     Q.    Okay. You agree if a
11 follicle's gone, then there's no potential
12 for regrowth from that follicle, correct?
13          MS. COHEN: Objection to form.
14     A.    I would say that's the case,
15 you know, even with androgenetic alopecia.
16 You know, if a follicle has involuted to the
17 point that it is so tiny and so miniaturized,
18 you know, you may not be able to get regrowth
19 from that follicle.
20 BY MR. GOMEZ:
21     Q.    And so -- thank you.
22          In your chart below that, you
23 have listed types of nonscarring alopecia.
24          Do you see that?
25     A.    Yes.

Confidential - Pursuant to Protective Order

Page 90

1    Q.    And one thing you have there is
2  alopecia following chemotherapy.
3    A.    Yes.
4    Q.    Is that a type of nonscarring
5  alopecia?
6    A.    Yes.
7    Q.    And when you say scarring, do
8  you mean scarring on the scalp?
9    A.    Well, I mean, scarring can
10 occur anywhere, so, you know, if you look at
11 the second column, scarring cicatricial
12 alopecia usually presents on the scalp, but
13 there can be permanent hair loss in other
14 parts of the body.
15   Q.    All right.  Let's see what I
16 have next.  Let me turn you to page 15.  And
17 you describe a either -- is it Savin or
18 Savin?
19   A.    Savin.
20   Q.    Savin Density Scale.  Does
21 Ms. Stewart's distribution of hair loss
22 conform to any of the patterns described by
23 Savin or Ludwig?
24   A.    You know, her primary
25 presentation is more consistent with the

Page 91

1  central centrifugal cicatricial alopecia
2  scale; however, she does have some thinning
3  sort of towards the middle frontal -- frontal
4  middle scalp, which I think I characterized
5  it.  Let me make sure I'm giving you the
6  correct way that I had characterized it.
7        (Document review.)
8    A.    Yeah, so I had -- I had found
9  it most consistent with Savin scale 2-1.
10 BY MR. GOMEZ:
11   Q.    All right.
12   A.    But again, it's not -- her hair
13 loss is not limited to that because she had
14 thinning more localized to the vertex.
15   Q.    All right.  Well, let me ask
16 you this question about scarring, Doctor, and
17 that is:  If the hair follicle is destroyed
18 or so miniaturized that it cannot grow back
19 full hair, would you then characterize that
20 as scarring?
21   A.    You know, scarring in its most
22 academic definition involves an inflammatory
23 process whereby there is destruction of the
24 follicular unit and the pilosebaceous unit
25 that goes with it, so the hair follicle and

Page 92

1  then the associated sebaceous gland.
2        However, we do distinguish
3  between primary and secondary scarring
4  alopecias.  So some conditions can result in
5  second -- scarring secondarily, so, for
6  instance, traction alopecia is one that we
7  described primary -- I'm sorry, as a
8  secondary form of scarring.
9    Q.    Do you believe that
10 Ms. Stewart's pathology showed a variation in
11 hair caliber?
12       MS. COHEN:  Objection to form.
13   A.    You know what, I'd like to --
14 I'd like to review the report by the
15 plaintiff's pathologist.  May I do that?
16       MS. COHEN:  Defense or
17 plaintiff?
18       THE WITNESS:  I'm sorry, the
19 defense.  May I do that?
20       MS. COHEN:  Gomez?
21       MR. GOMEZ:  I'm going to
22 withdraw the question because, you
23 know, we can ask the pathologist that.
24 It seems like you would essentially be
25 looking at the report, and what's the

Page 93

1  point of that?  So I'll move on.
2  BY MR. GOMEZ:
3    Q.    Let me ask you this:  Does hair
4  normally regrow after anagen effluvium?
5    A.    In most situations, yes.
6    Q.    It may, however, be a different
7  texture or color, correct?
8    A.    It may.
9    Q.    You agree that trichomalacia is
10 not a feature of anagen effluvium?
11   A.    Correct.
12   Q.    You state at page 25 of your
13 report that it is well known -- here, I'll
14 wait for you to get there.
15   A.    I'm there.
16   Q.    Okay.  You state in the bottom
17 paragraph:  It is well known that anagen
18 effluvium is associated with many
19 chemotherapy drugs, including Taxotere.
20       What is anagen effluvium?
21   A.    Anagen effluvium is an
22 interruption of the hair growth process
23 during the anagen phase, so, you know, the
24 majority of hair follicles at any one time
25 are -- (audio malfunction) --