Confidential - Pursuant to Protective Order

Page 194

1    MR. GOMEZ:  Was that an
2  instruction not to answer, Lori?
3    MS. COHEN:  No, I did not
4  instruct her not to answer.
5    THE WITNESS:  Oh.
6    MS. COHEN:  But again, I'm just
7  asking, you know, you and -- she
8  obviously is not to reveal anything
9  that's attorney work product.  I think
10  if she can answer otherwise,
11  obviously, I'm not going to interfere.
12    A.    Yeah.  You know, if you look at
13  these invoices you'll see some of the stuff
14  was from over a year ago, year and a half
15  ago, so I really can't even recall the
16  specifics.
17  BY MR. GOMEZ:
18    Q.    All right.  Do you recall
19  generally that each of these women had
20  alleged that Sandoz's docetaxel product
21  caused them to suffer permanent
22  chemotherapy-induced alopecia?
23    A.    As I recall, you know, they
24  were, you know, obviously providing medical
25  records for the purpose of evaluation in this

Page 195

1  case.
2    Q.    And did you rely upon their
3  records and your analysis in those cases to
4  help you formulate your opinion in this case?
5    A.    I can't say that, no.  Every
6  patient is different and has to be evaluated
7  independently.
8    Q.    All right.  But that is work
9  that you had done prior to giving this
10  deposition in this case, correct?  That is,
11  looked at those records, analyzed them to
12  some degree and considered them?
13    MS. COHEN:  Objection to form.
14    A.    That was work that was done in
15  the past.
16  BY MR. GOMEZ:
17    Q.    Right.  And so that was part of
18  your sort of experience in looking at
19  possible cases of PCIA caused by docetaxel as
20  you sit here today providing your opinions,
21  true?
22    MS. COHEN:  Objection to form.
23    A.    Well, I really don't think that
24  whatever I read or took away from in their
25  situations can be applied to this situation.

Page 196

1  Those were different patients.
2  BY MR. GOMEZ:
3    Q.    Right.  I guess I'll ask this
4  question and we'll see if I get an answer or
5  not.
6    But did you rule out PCIA for
7  each of those four women?
8    MS. COHEN:  I'll just make an
9  objection to form.
10    A.    I can't remember.
11  BY MR. GOMEZ:
12    Q.    All right.  And so what I'm
13  going to do is I'm going to pull up some
14  exhibits.  So the first one I'll pull up
15  is -- I think it will come up on your screen
16  share, and you probably have access to a hard
17  copy there, I'm thinking, but this has
18  already been marked as Exhibit 1.
19    (Whereupon, Deposition Exhibit
20  Rogers-1, Rogers Curriculum Vitae, was
21  marked for identification.)
22  BY MR. GOMEZ:
23    Q.    Let's see here.  So I believe
24  Exhibit 1 is the most recent version of your
25  CV that we were provided.  And you can review

Page 197

1  it here.  If you need me to slow down, let me
2  know.
3    MS. COHEN:  She has a hard
4  copy.
5    MR. GOMEZ:  I think that's
6  better.
7    THE WITNESS:  Yeah.
8  BY MR. GOMEZ:
9    Q.    And so is Exhibit 1 the most
10  accurate and up-to-date version of your CV?
11    A.    I have it Exhibit A.
12    MS. COHEN:  So I think it's
13  right there.  Yes, so he's just --
14  what's happening is because he's on
15  the screen and not with us, he's
16  marking it electronically, so he's now
17  marked it as Exhibit 1.
18    THE WITNESS:  Okay.
19    MS. COHEN:  And, John, that's
20  what we sent to you last night, that
21  one?
22    MR. GOMEZ:  I think so, yes.
23    MS. COHEN:  Okay.  We'll just
24  state on the record the one we sent to
25  you last night is the most up-to-date

Confidential - Pursuant to Protective Order

Page 198

1    version we have.
2         THE WITNESS:  Can you scroll
3    down?
4    BY MR. GOMEZ:
5         Q.    Scroll down on mine?  What
6    page?
7         A.    Keep going to -- I don't have
8    the numbers -- to page 5.
9         Q.    Oh, goodness.  Here's page 5.
10   What are you looking for, Presentations or
11   something different?
12        A.    Yes, that's it.  And can you
13   scroll down to -- okay.  Yeah.  Scroll down
14   to Media Appearances.  Okay.  And then scroll
15   back up.
16        Q.    All right.  How far up?
17        A.    Up, right there.  Go up a
18   little bit.  Yeah.  Great.
19        Yes, that is the most
20   up-to-date version.
21        Q.    All right.  Thanks so much.
22        MR. GOMEZ:  Videographer, I
23   think you're the person that can help
24   me with this.  On this platform
25   sometimes I can't reach the share

Page 199

1    screen button -- oh, there it goes.
2    Thank you.  Awesome.  So let's see
3    here.
4         (Whereupon, Deposition Exhibit
5    Rogers-2, Rogers Expert Report, was
6    marked for identification.)
7    BY MR. GOMEZ:
8         Q.    Exhibit 2 will be your report,
9    and so I just want -- and we've been talking
10   a bunch about it, but look at what you have
11   there as Exhibit 2 and confirm that that's
12   the report that you prepared in this case,
13   please.
14        MS. COHEN:  And I just -- and
15   you're saying the report and all the
16   exhibits as well, right?
17        MR. GOMEZ:  Yes.  It's quite
18   lengthy.
19        MS. COHEN:  Yeah.  I just
20   wanted to make -- I think she has them
21   here with the report and all the
22   exhibits in front of her on the table.
23        MR. GOMEZ:  All right.
24   BY MR. GOMEZ:
25        Q.    You don't need to review every

Page 200

1    page or anything.  We haven't snuck anything
2    in there.
3         MS. COHEN:  The report has
4    Exhibits A through D, I think, in
5    terms of exhibits.
6         MR. GOMEZ:  Oh, they're marked
7    A through D?
8         MS. COHEN:  So it was delivered
9    as a report, and then it has Exhibits
10   A, B, C and D attached to it.  She has
11   all those in front of her on the
12   table.
13        MR. GOMEZ:  I see.  Okay.
14   BY MR. GOMEZ:
15        Q.    Is that your report in front of
16   you there, Doctor?
17        A.    As Exhibit 2, yes.
18        Q.    Thank you.
19        (Whereupon, Deposition Exhibit
20   Rogers-3, Materials Relied Upon List,
21   was marked for identification.)
22   BY MR. GOMEZ:
23        Q.    So here in Exhibit 3 is your, I
24   think, most recent Materials Provided Or
25   Relied Upon list.  Do you have a hard copy

Page 201

1    there?
2         MS. COHEN:  You should, yeah.
3    It would look like this one.  Yeah.
4         THE WITNESS:  Okay.
5    BY MR. GOMEZ:
6         Q.    And so you had told me earlier
7    that you could use this list to point out
8    particular publications or articles that
9    you'd want to rely upon at the time of trial.
10   So can we go through this list and you can do
11   that for me?
12        A.    Sure.
13        Q.    All right.
14        MS. COHEN:  Do you want her to
15   do that with her report too or you're
16   saying just this list part?
17        MR. GOMEZ:  Just the list.
18        MS. COHEN:  All right.
19        And I'll just make an objection
20   to the form of this question.  I'm not
21   going to stop her from going through.
22        MR. GOMEZ:  Okay.
23        MS. COHEN:  You're asking her
24   what she's going to rely on at trial.
25   So I'll just leave it at that.

Page 202

1          (Document review.)
2      A.    So I would go to page -- I'm
3  thinking that these were alphabetical, but I
4  guess they're not -- I think page 9 --
5  BY MR. GOMEZ:
6      Q.    Yes.
7      A.    -- the Freites-Martinez
8  article.
9      Q.    All right.  Thank you.
10         (Document review.)
11     A.    Page 17, the Gallicchio
12  articles.
13  BY MR. GOMEZ:
14     Q.    Thank you.  Did you say
15  Gallicchio?
16     A.    Yes.
17     Q.    Which article?
18     A.    I think all three of them are
19  relevant.
20         Page 19, Yang.
21     Q.    Okay.
22     A.    And page 20, Sperling's Atlas
23  of Hair Pathology.
24     Q.    Thank you.
25     A.    And sorry it's taking me a

Page 203

1  while.  I was thinking these were
2  alphabetical.
3      Q.    That's okay.
4      A.    Okay.  And then page 22, the
5  Miteva article at the bottom.
6      Q.    Thank you.
7      A.    Yes.  Is that helpful?
8      Q.    Yes, quite.  Thank you.
9      A.    Okay.
10     Q.    Do you know a doctor by the
11  name of Dr. Lynne Goldberg?
12     A.    I do.
13     Q.    Do you send your pathology
14  slides to Dr. Goldberg?
15     A.    I do.
16     Q.    Has Dr. Goldberg, in her
17  interpretation of the pathology, ever
18  concluded that one of your patients was
19  suffering from permanent chemotherapy-induced
20  alopecia?
21     A.    No.
22     Q.    Has she ever told you that she
23  believed that one of your patients had
24  suffered from permanent chemotherapy-induced
25  alopecia?

Page 204

1      A.    No.
2      Q.    Have you ever discussed PCIA
3  with Dr. Goldberg?
4      A.    We've certainly had a lot of
5  conversations over the years about various
6  hair loss disorders, and I know that she has
7  authored two of the publications here.  But I
8  can't say that she and I have sat and had an
9  extensive conversation about it, no.
10     Q.    All right.  And do you know
11  whether she believes that PCIA is a
12  legitimate diagnosis?
13         MS. COHEN:  Objection to form.
14     A.    I don't.
15  BY MR. GOMEZ:
16     Q.    All right.  You respect her and
17  you continue to send pathology slides to her?
18         MS. COHEN:  Objection to form.
19     A.    I do.
20  BY MR. GOMEZ:
21     Q.    All right.  Thank you.
22         And so I'm going to back out
23  of -- I believe that was exhibit --
24         MR. GOMEZ:  Court reporter,
25  what was that?  That was 3.  Okay.

Page 205

1          MS. COHEN:  3.
2          MR. GOMEZ:  Excellent.  Thank
3  you, Lori.
4          (Whereupon, Deposition Exhibit
5  Rogers-4, Invoicing Documents, was
6  marked for identification.)
7  BY MR. GOMEZ:
8      Q.    All right.  So now we have
9  Exhibit 4.  Do you recognize these as your
10  invoices, Doctor?
11         MS. COHEN:  They're not
12  actually showing up on the screen, but
13  it's --
14         MR. GOMEZ:  Oh.  Here, I can do
15  that.  Hold on.
16         MS. COHEN:  But I assume
17  they're what we sent you last night
18  and she has a copy in front of her.
19         MR. GOMEZ:  Yeah.  You can go
20  with the copy or you can go with
21  whatever you have in front of you,
22  whatever you like.
23         MS. COHEN:  We have them both.
24         THE WITNESS:  Okay.
25         ///

Page 206

1  BY MR. GOMEZ:
2       Q.   Do you recognize these as your
3  invoices?
4       A.   I do.
5       Q.   And when we see this plaintiff,
6  Keri Bland, for example, that is a plaintiff
7  other than Ms. Stewart in this case, correct?
8       A.   Correct.
9       Q.   And have you incurred time
10 since the latest invoice in Exhibit 4
11 preparing for your opinions in this case?
12      A.   Yeah.  Yes, I have.
13      Q.   I think -- what I see I think
14 is your last invoice being July 26th of
15 last -- wait, hold on.  We're still in 2020.
16 Almost out of it, thank goodness, but we're
17 still here -- July 26th, 2020.
18           Have you incurred time since
19 that date?
20      A.   Yes.
21      Q.   Approximately how much time?
22      A.   Probably another 25 or
23 30 hours.
24      Q.   Were those 25 or 30 hours
25 devoted to this case?

Page 207

1       A.   Yes.
2       Q.   All right.  And so you intend
3  to bill out at that rate of $500 an hour for
4  the 25 to 30 additional hours?
5       A.   Yes.
6       Q.   And what about your time
7  testifying?  Is that at a different rate or
8  is that $500 an hour?
9       A.   It probably comes out to being
10 about the same, you know, 8,000 for the day.
11      Q.   Okay.  Thank you.
12           MR. GOMEZ:  And so can I get
13      rid of this share screen, please?
14      Thank you.  Sorry, Doctor, I had a
15      little snafu.  All right.
16           (Whereupon, Deposition Exhibit
17      Rogers-5, Notice of Deposition, was
18      marked for identification.)
19 BY MR. GOMEZ:
20      Q.   And so I have up here and I
21 think you have a hard copy in front of you,
22 Exhibit 5, which is your notice of
23 deposition.  Do you want to take a look at
24 that?  I can put it up on the screen if you
25 like.

Page 208

1           MS. COHEN:  Do you have that?
2           THE WITNESS:  I don't know if I
3  have that.
4           MS. COHEN:  I'll give it to
5  you.  I have one here.
6           MR. GOMEZ:  Gosh.  I just put
7      it up.
8           MS. COHEN:  Okay.
9  BY MR. GOMEZ:
10      Q.   So in Exhibit 5 at the bottom
11 here are some document requests and requests
12 for documents.
13           Did you work with counsel to
14 attempt to provide documents responsive to
15 our request that were not objected to by your
16 lawyer?
17           MS. COHEN:  And I'll just put
18      on the record this is an objection and
19      a reminder that we have asserted
20      objections last night.  I think you
21      knew that.
22           MR. GOMEZ:  Yes.
23           MS. COHEN:  But I --
24           MR. GOMEZ:  Yeah, I'm actually
25      going to do you a favor.  That will be

Page 209

1  the next one I admit for you, Lori.
2           MS. COHEN:  Thank you.  Thanks,
3      that would be great.
4           MR. GOMEZ:  Yeah, of course.
5  BY MR. GOMEZ:
6       Q.   So did you make an attempt to
7  produce documents responsive to this request,
8  Doctor?
9       A.   Yes.
10      Q.   And so --
11           MR. GOMEZ:  I can't reach the
12      share screen button.  Awesome.
13           (Whereupon, Deposition Exhibit
14      Rogers-6, Responses and Objections to
15      Plaintiff's Notice of Deposition, was
16      marked for identification.)
17           MR. GOMEZ:  So now I'll just --
18      oops.  Let's just -- I think next in
19      order there will be Exhibit 6, which
20      you can just take a look at, Lori, and
21      attach it as an exhibit.
22           MS. COHEN:  Okay.  Thank you.
23      These are our objections, responses
24      and objections.
25           MR. GOMEZ:  Right.

Page 210

1 So with that, that's all the
2 questions I have at this time.
3 MS. COHEN: Okay. Why don't we
4 take just a short break to get
5 organized a little bit. And I have a
6 few questions. It's not going to take
7 an enormous amount of time, but I just
8 want to ask one question of my team.
9 If we have some exhibits that we're
10 going to share --
11 THE STENOGRAPHER: Should we go
12 off record?
13 THE VIDEOGRAPHER: Off the
14 record, 2:46 p.m.
15 (Recess taken, 2:46 p.m. to
16 3:01 p.m. CDT)
17 THE VIDEOGRAPHER: On the
18 record, 3:01 p.m.
19 EXAMINATION
20 BY MS. COHEN:
21 Q. Thank you.
22 So, Dr. Rogers, I'm just going
23 to ask you a few follow-up questions. And
24 again, you can probably look at the screen,
25 even though it's a little awkward, or this

Page 211

1 way is fine. And I'm going to jump around a
2 little bit just because I'm picking up on
3 some questions that Mr. Gomez asked you
4 throughout the day.
5 How long have you been
6 practicing medicine in total?
7 A. I have been practicing medicine
8 since I graduated from my dermatology --
9 well, since my medical school. I finished in
10 2003, and then I started treating patients in
11 my internship in 2003-2004.
12 (Interruption by the
13 videographer.)
14 MS. COHEN: All right. We're
15 back on video. We're going to talk
16 louder. All right. Let me try that
17 one more time.
18 BY MS. COHEN:
19 Q. Dr. Rogers, how long have you
20 been practicing medicine?
21 A. I have been practicing medicine
22 since 2003, when I graduated from medical
23 school, and I have been in -- treating
24 patients in private practice, treating hair
25 loss patients in a private practice

Page 212

1 dermatology-type setting since 2007 when I
2 finished my dermatology residency, and then
3 my fellowship was finished in 2008.
4 Q. Okay. So just to round that
5 up, it sounds like you've been practicing
6 medicine for 17 years; is that correct?
7 A. That's correct.
8 Q. How many patients would you say
9 you've seen, hair loss patients, if you had
10 to estimate? Round figures or however you
11 look at that.
12 A. I mean, probably three to
13 4,000.
14 Q. Okay. Now, there were some
15 questions in the early part of the day, and
16 I'm going to try to go through this quickly
17 and not keep us here any longer than we have
18 to.
19 Mr. Gomez asked you a series of
20 questions about hair loss patients and
21 whether hair loss was emotional for them,
22 made them upset. Those were a few words that
23 I wrote down.
24 Do you recall him asking
25 questions like that?

Page 213

1 A. Yes.
2 Q. When you saw Ms. Stewart -- and
3 there's a whole section in your report, which
4 we've now marked as Exhibit 2, for your
5 independent medical examination.
6 A. Right. Yes.
7 Q. And that was in June; is that
8 correct? Page 76, I'll direct us all to, in
9 Exhibit 2, to make it easier on everybody.
10 A. Sure. Yes, it was June 22nd,
11 2020.
12 Q. Okay. A few months ago; is
13 that right?
14 A. Yes.
15 Q. And do you recall that
16 examination?
17 A. Yes, I do.
18 Q. And that time spent with her,
19 do you recall that?
20 A. Of course. I recall it well.
21 Q. Was Ms. Stewart, in describing
22 her hair loss to you and meeting with you,
23 was she emotional?
24 A. No.
25 Q. Did she express any great

Page 214

1  sadness to you?
2    A.    No.
3    Q.    Did she cry?
4    A.    No.
5    Q.    And the question was about
6  breaking down crying.  Did Ms. Stewart ever
7  break down crying to you?
8    A.    No.
9    Q.    Did she describe in any way
10 that her relationships with anyone were being
11 affected by this?
12   A.    No.
13   Q.    Did she indicate to you any
14 loss of self-esteem?
15   A.    No.
16   Q.    Now, you've looked at -- and we
17 didn't cover it too much today, but have you
18 looked at a significant number of medical
19 records on Ms. Stewart?
20   A.    A lot.
21   Q.    Have you also reviewed all the
22 depositions that are listed on Exhibit 3,
23 your reliance list?
24   A.    Yes.
25   Q.    And did you notice that

Page 215

1  Dr. Rosic, whether she looked at any
2  depositions at all in this case?
3    A.    I didn't get the impression
4  that she looked at any.
5    Q.    Was it important to you to look
6  at deposition testimony?
7    A.    Extremely.
8    Q.    Why is that?
9    A.    Well, it gave me a snapshot of
10 her entire history leading up to her
11 presentation in my office, how she had
12 presented to the other doctors.
13        You know, I looked carefully at
14 all of their notes to see if there were any
15 reports of hair loss or any markings about
16 alopecia, any complaints by her about
17 alopecia, and I didn't see anything
18 suggesting that she was complaining about her
19 hair loss to her other doctors.
20   Q.    And that was going to be my
21 question.  All of the medical records that
22 you looked at, did you see any reference to
23 any complaint of hair loss?
24   A.    I didn't.  And I looked
25 especially carefully at Tara Rheubottom, and

Page 216

1  I saw -- I read it over several times
2  thinking surely she would have asked her
3  about her hair, and there was no mention of
4  it.
5    Q.    To use Mr. Gomez's phrases from
6  earlier today, from all the materials you
7  reviewed, did you see any emotional reaction
8  to hair loss, any self-esteem reaction,
9  anything to show that it's an emotional loss
10 to her from your materials?
11   A.    No.
12        MR. GOMEZ:  Objection, form.
13 BY MS. COHEN:
14   Q.    And even up until today,
15 whatever day we're in -- what are we,
16 October 2nd, 2020?
17        MS. BARRIOS:  3rd.
18 BY MS. COHEN:
19   Q.    Okay.  October 3rd, 2002.  Have
20 you seen any record anywhere to suggest that
21 Ms. Stewart is seeking hair loss treatment?
22   A.    No.
23   Q.    Does that surprise you?
24   A.    Yes, very much so.
25   Q.    Did you conduct a differential

Page 217

1  diagnosis in this case?
2    A.    Yes.
3    Q.    Did you consider PCIA, again,
4  to use Mr. Gomez's term, as part of your
5  differential diagnosis?
6    A.    I did.
7    Q.    Did you address that in various
8  spots in your report?
9    A.    Oh, yes.
10   Q.    And, for example, let's look at
11 page 75.  I think that's where I'm looking.
12 Did you -- is there a section here, here and
13 other places, that covers your differential
14 diagnosis?
15   A.    Sure.  So in that second
16 paragraph, you know, I tried to basically
17 summarize everything I did consider,
18 chemotherapy and the use of Taxotere and
19 docetaxel in particular as a possible cause
20 of her hair loss; however, the presence of
21 scarring was not consistent with the
22 persistent alopecia following chemotherapy.
23 Thus it was easy for me to rule out
24 chemotherapy as a cause of her hair loss.
25   Q.    On this issue of PCIA, several

Confidential - Pursuant to Protective Order

Page 218

1 times throughout the day Mr. Gomez asked
2 you -- or made a comment -- I have one
3 question written down -- you don't believe
4 PCIA exists, Dr. Rogers, was what he asked
5 you.
6         Do you recall that?
7     A.   Yes.
8     Q.   Is that true?
9     A.   No.
10     Q.   What is it you've been trying
11 to tell Mr. Gomez and what is it you'll tell
12 the judge and jury about that?
13     A.   Right.  That there are
14 instances where longstanding hair loss has
15 been reported following chemotherapy but that
16 it's impossible to say that the chemotherapy
17 is the cause for that longstanding hair loss
18 because so many other factors can be
19 implicated.
20     Q.   When you first started
21 reviewing this case and Mr. Gomez again asked
22 you questions about your job or your tasks in
23 this case, did we give you a specific task in
24 terms of what to look for --
25     A.   No.

Page 219

1     Q.   -- in terms of diagnosis?
2         What did we tell you to do?
3     A.   No, absolutely not.  You asked
4 me to give an independent opinion based on
5 all the information that was available, the
6 of the transcripts of the depositions, the
7 family history of the patient, the treatment
8 records that were provided and, you know,
9 if -- at every turn I felt like I had no
10 shortage of information available to me.
11     Q.   You gave -- I printed this out.
12 You gave the answer to one of Mr. Gomez's
13 questions before, and I'll read it to you.
14 You said:  You know, I believe that there's
15 certain cases following chemotherapy where
16 patients may present with longstanding hair
17 loss, but to use the term PCIA as necessarily
18 implying that the chemotherapy is
19 responsible, I don't agree with that.
20         What did you mean by that?
21     A.   Exactly.  Because, you know,
22 for instance, with the term "hot comb
23 alopecia" when it was first used to describe
24 CCCA, it implied incorrectly that that
25 prolonged hair -- that hair loss people were

Page 220

1 having was directly from hot combs.
2         And what we've learned
3 subsequently is that you have to use
4 different descriptors to describe the hair
5 loss.  You can't necessarily incorporate the
6 cause of the hair loss into their condition.
7     Q.   Did you ultimately from your
8 analysis and differential diagnosis reach an
9 opinion as to whether PCIA was a cause or
10 contributing factor in this case?
11     A.   I did, and I would be able to
12 rule it out confidently.
13     Q.   The terms have been used today,
14 "longstanding," "permanent" and "persistent."
15 I wrote all three of those down throughout
16 the course of the day.
17         When you say longstanding, is
18 that the same or different from permanent?
19     A.   Well, longstanding just means
20 that there's still some evidence of hair
21 thinning or hair loss afterwards.  But I
22 think in order to use the term "permanent,"
23 you have to actually try different medical
24 therapies.  And if it seems like they're
25 failing and you're not getting any regrowth,

Page 221

1 then you can use the term "permanent."
2         But until you've actually tried
3 and failed medical therapies, it's impossible
4 to call something permanent.
5     Q.   Has Ms. Stewart tried any
6 medical therapies from what you've seen?
7     A.   None that I've seen.
8     Q.   There were some questions
9 earlier about Ms. Stewart's hair condition
10 prior to her chemotherapy.
11         Do you recall that section --
12     A.   Uh-huh.
13     Q.   -- of questioning?
14     A.   Uh-huh.
15     Q.   And then -- you need to say yes
16 for the record.
17     A.   Yes.
18     Q.   And then there were some
19 questions that Mr. Gomez asked you about the
20 part of your report that addressed her use of
21 a wig.
22         Do you recall that?
23     A.   Yes.
24     Q.   Did you read Ms. Stewart's
25 family members' -- her mother's deposition,

Page 222

1  for example?
2      A.   Yes.
3      Q.   In your report you have, I
4  think, several photographs.  Were there other
5  photographs that you looked at in addition to
6  what's in your report?
7      A.   Yes, there were.
8      Q.   All right.  Let me find that
9  page -- yes.  For everyone that's keeping up,
10  this is Exhibit 2, page 65, and then into 66,
11  I believe was when there was some -- yeah.
12      A.   Uh-huh.
13      Q.   65 were some of the pictures
14  that you and Mr. Gomez looked at before?
15      A.   Uh-huh.
16          (Whereupon, Deposition Exhibit
17      Rogers-7, Color Photographs,
18      STEWART,W-PLFT-00149 -
19      STEWART,W-PLFT-00158, was marked for
20      identification.)
21  BY MS. COHEN:
22      Q.   I'm going to go ahead and mark
23  as a new exhibit which we'll post up here,
24  Exhibit 7 -- is that right?  And we're going
25  to use 7 now.  And this will just be a few

Page 223

1  additional photographs from your stack.
2      A.   Yes.
3          MS. COHEN:  I'll give you a
4      minute, Mr. Gomez, to make sure you
5      have them.
6          MR. GOMEZ:  Okay.
7          MS. COHEN:  Thank you.
8  BY MS. COHEN:
9      Q.   Do you see them?
10      A.   Yeah.
11      Q.   And this is, for the record,
12  one, two, three, four, five photographs.
13  Have you seen these before?
14      A.   Yes.
15      Q.   And were these referenced and
16  attached to Ms. Stewart's mother's deposition
17  as well?
18      A.   Yes.
19      Q.   And what is your understanding
20  about whether she was or was not wearing a
21  wig in these photographs?
22      A.   My understanding was that she
23  was wearing a wig in the photographs.
24      Q.   And what is your understanding
25  about whether they were before or after

Page 224

1  chemotherapy?
2      A.   These were before chemotherapy.
3      Q.   Do you know whether Dr. Rosic
4  had these provided to her at all?
5      A.   I don't think so.
6      Q.   Okay.  There were some
7  questions -- you can put those aside.
8          There were some questions
9  earlier about what you were focused on in the
10  case.  I think you at one point said you just
11  were focused on the plaintiff in your report,
12  and this is Exhibit 2, some 90-something
13  pages.
14          Did you focus only on the
15  plaintiff in your report or did you cover
16  other issues and opinions?
17      A.   I mean, I considered, you know,
18  the things that I read in the testimony of
19  the various treating physicians.  I carefully
20  took in testimony from the other relatives
21  who were deposed.  You know, I carefully read
22  all those medical notes from the doctors, her
23  other treating physicians.
24          And then, you know, obviously
25  bringing together everything that I've seen

Page 225

1  in the medical literature published on this
2  subject, everything I know from my own
3  experiences treating patients, I feel very
4  confident stating that chemotherapy, in
5  particular, docetaxel, was not the cause of
6  Ms. Stewart's hair loss.
7      Q.   So in the report, Exhibit 2,
8  just to orient us, it looks like on page 60,
9  Roman numeral XII -- I'll let you get
10  there -- it says Case-Specific Assessment of
11  Wanda Stewart.
12      A.   Uh-huh.
13      Q.   The first 59 pages before you
14  get to page 60, are those general issues or
15  general opinions?  How would you describe
16  those?
17      A.   Well, it's reviewing all the
18  different possible causes of hair loss, which
19  were necessary to include in our differential
20  diagnosis of Ms. Stewart, and, you know,
21  reviewing the treatment options for the
22  various forms of hair loss, and providing a
23  detailed account of possible explanations for
24  her hair loss.
25      Q.   I think you clarified the next

Confidential - Pursuant to Protective Order

Page 226

1 sentence I wrote down. Do you recall now
2 that you actually gave another deposition
3 related to the Taxotere litigation, I'll call
4 it that.
5    A.   Yes, I did give a deposition as
6 the treating physician in a -- in a case for
7 the Sanofi manufacturer.
8    Q.   Okay. Now, in your report -- I
9 just want to ask -- at one point during your
10 questions by Mr. Gomez, you -- I think you
11 commented that the report, you wrote it.
12       Do you recall saying that?
13    A.   I did, and, you know, if --
14    Q.   And that --
15    A.   -- with the exception of a
16 little bit of legalese here and there --
17 obviously, all the medical, you know,
18 research and background and opinions are
19 mine.
20       But, you know, leading up to
21 this, I wouldn't have known what a Rule 26
22 was, so some of the legalese obviously was
23 provided by the attorneys.
24    Q.   That's what I was going to ask
25 you. Let me ask it this way.

Page 227

1       Are all of the medical opinions
2 and information provided in this large
3 90-something-page report, are those yours?
4    A.   Yes.
5    Q.   And are there some small areas
6 in the very beginning and the end about some
7 legalese language?
8    A.   Yes.
9       (Whereupon, Deposition Exhibit
10    Rogers-8, MedStar Health Records,
11    STEWART,W-PLFT-00443 -
12    STEWART,W-PLFT-00445, was marked for
13    identification.)
14 BY MS. COHEN:
15    Q.   All right. Let me mark as the
16 next exhibit, which will be Exhibit 8, and
17 this will be -- there it is. I'll give you a
18 copy of this. This is going to be -- let's
19 see, Dr. Rosic's -- I'll call it a couple of
20 MedStar records, Exhibit 8, and it will be
21 Bates numbers 443 to 446.
22       MS. COHEN: And, Mr. Gomez,
23    we'll have that posted for you in just
24    a second.
25       MR. GOMEZ: Okay.

Page 228

1       MS. COHEN: I'll just state on
2 the record these came from what are
3 called the MedStar records. And let
4 us know when you have those.
5       MR. GOMEZ: Let's see,
6    Exhibit 8. Are you sticking them in
7    the chat?
8       MS. COHEN: Yes.
9       MR. GOMEZ: Okay. Got it.
10    Thank you.
11       MS. COHEN: Okay.
12 BY MS. COHEN:
13    Q.   And just to orient us again,
14 Dr. Rogers, if you look at page -- about
15 three pages in, the bottom little corner
16 number is 445, Dermatology Surgical Report.
17       Have you seen this before?
18    A.   Yes.
19    Q.   And what is this just so we're
20 all clear?
21    A.   Sure. So this is a
22 dermatopathology report, and it describes
23 how -- how and from where she harvested the
24 biopsy specimen. And then it provides an
25 analysis of her hair count.

Page 229

1       And then under Comments, she's
2 characterizing the various dermatopathologic
3 features and the features basically which
4 support her diagnosis in bold of scarring and
5 nonscarring alopecia, combined.
6    Q.   Just so we're all clear, there
7 was some testimony you gave earlier to
8 questions by Mr. Gomez about where the
9 biopsies were taken from.
10       Looking at this medical report
11 from Dr. Rosic, where did she do her biopsies
12 from?
13    A.   It appears that she took them
14 from the occipital scalp.
15    Q.   And what's the difference
16 between occipital scalp horizontal and
17 occipital scalp vertical?
18    A.   If you refer to my report, I
19 actually have a diagram on page 9 and
20 Figure 1, and you can see how the occiput is
21 actually very posterior, almost right up into
22 the nape of the neck.
23    Q.   And when you -- when Mr. Gomez
24 asked where you were going to do biopsies if
25 you had a chance, where would you do those?

Confidential - Pursuant to Protective Order

Page 230

1    A.    I would have done it in the
2  vertex, which is demarcated by the letter V.
3    Q.    Okay.  Let's take a look at
4  package 58 of your report, Exhibit 2.
5        THE STENOGRAPHER:  58.
6        MS. COHEN:  58, I'm sorry, that
7    is correct.
8  BY MS. COHEN:
9    Q.    I wanted to go back to this
10 just ever so briefly because Mr. Gomez asked
11 you some questions about this.
12        Under Taxotere/docetaxel
13 Labeling, the last sentence which he asked
14 you about under that first paragraph says:  A
15 warning of alopecia or hair loss is
16 understood by the medical community and
17 patients as encompassing both temporary
18 alopecia and persistent or permanent
19 alopecia.
20        Did you write that sentence?
21    A.    That is correct.
22    Q.    And what did you mean by that?
23    A.    That it's difficult for, you
24 know, doctors to, you know, advise their
25 patients whether the hair loss may be short

Page 231

1  term or long term, and so the term "alopecia"
2  is used to describe either condition.
3    Q.    And is the same true of the
4  phrase "hair loss" as well?
5    A.    Certainly.
6    Q.    Is that how you use those
7  terms?
8    A.    Yes.
9    Q.    Did you also review as part of
10 your analysis in this case Dr. McCanless, the
11 oncologist's, testimony?
12    A.    I did.
13    Q.    And I'll just ask you -- we can
14 pull it out if I need to, if anyone wants to
15 see it, but do you recall that Dr. McCanless
16 testified that he didn't make any promise to
17 Ms. Stewart about whether her hair would grow
18 back?
19        MR. GOMEZ:  Objection, form.
20    A.    Yes.
21 BY MS. COHEN:
22    Q.    Was that something that you
23 looked for to see what he said?
24    A.    It was.
25    Q.    Was that important to you?

Page 232

1    A.    (Audio malfunction) --
2        (Clarification requested by the
3    stenographer.)
4        MR. GOMEZ:  Those were all just
5    objection, form.  That's all we say.
6  BY MS. COHEN:
7    Q.    Was that important to you?
8    A.    Yes.  Because, you know, I
9  would think that any good oncologist would
10 manage their patient's expectations
11 appropriately.
12    Q.    Now, earlier in the deposition,
13 and I think you covered this several times,
14 you talked about not only what you believe
15 did not cause her hair loss, but what you
16 ultimately concluded in terms of your
17 differential diagnosis.
18        Do you recall giving those
19 opinions?
20    A.    Yes.
21    Q.    And obviously we can look at
22 your report.  Let's see.  And I heard you
23 give Mister -- I'll just -- for expediency, I
24 heard you tell Mr. Gomez that your primary
25 opinions in terms of your differential

Page 233

1  diagnosis were, number one, CCCA; number two,
2  AGA; number three, traction; and then number
3  four, endocrine.
4        Do you recall giving that
5  testimony?
6    A.    Yes.  And actually when I said
7  endocrine, I meant to include hormonal causes
8  altogether, so the fact that she did go
9  through a surgical menopause, the fact that,
10 you know, she was not able to tolerate
11 estrogen therapies, the fact that she then
12 went on to actually take antiestrogen
13 therapies with the letrozole, those all were
14 sort of grouped together under hormonal
15 therapies, but to include endocrine
16 therapies.
17    Q.    How confident are you about
18 those opinions in terms of your differential
19 diagnosis?
20    A.    Very.
21    Q.    And on page 75 of your report,
22 and again, Mr. Gomez asked you a number of
23 questions about this additional list of
24 medical conditions and medications.
25        Can you turn to 75?

Page 234

1    A.   Uh-huh.

2    Q.   This is where you described the

3 Venn diagram.

4    A.   Uh-huh.

5    Q.   Can you explain where these fit

6 in in terms of, again, the top four opinions

7 and how these fit in?

8    A.   I mean, they're -- you know,

9 they're all contributing factors that we have

10 to include in the causes of her hair loss.

11    Q.   Do you believe that these

12 medical conditions and medications in

13 number 6 on page 75, as you said, were

14 contributing factors?

15    A.   Yes.

16    Q.   And do you give those opinions

17 to a reasonable degree of medical certainty?

18    A.   Yes.  Yes.

19    Q.   There was one point in the

20 deposition -- I could search for it, but

21 there was a question -- there was a comment,

22 and I think there may have been a word

23 missing -- where you said about the zebras

24 and the horses.

25    Do you recall that?

Page 235

1    A.   Yes.

2    Q.   And I want to make sure we got

3 this written down right in the transcript.

4    Is it -- do you have an opinion

5 as to whether it is well established or

6 whether it is not well established that

7 Taxotere/docetaxel causes PCIA?

8    MR. GOMEZ:  Objection, form.

9    A.   My opinion is that it's not

10 well established that docetaxel causes PCIA.

11 BY MS. COHEN:

12    Q.   And because of that, do you

13 consider that to be a horse or a zebra?

14    A.   A zebra.

15    Q.   Okay.  Almost done, everyone.

16    I want to go back to -- let's

17 see, your exhibits -- we have Exhibit 2 out,

18 and if you can pull out Exhibit 3, which is

19 your updated reliance list that was served on

20 counsel last night.

21    A.   Uh-huh.

22    Q.   First of all, does Exhibit 2,

23 which is, again, your expert report, and it

24 actually has a reliance list in the back --

25 does this have a number of medical

Page 236

1 literature, scientific study references in

2 it?

3    A.   Definitely.

4    Q.   All right.  And are they

5 interspersed and addressed throughout this?

6    A.   Yes.

7    Q.   Do you intend to rely upon your

8 report, the reliance list attached to this

9 and the references in this at trial?

10    A.   I intend to rely upon

11 everything.

12    Q.   Okay.  What about all of the

13 many, again, references and articles that are

14 listed in Exhibit 2 and in the footnotes, do

15 you intend to rely on those at trial?

16    A.   Yes.

17    Q.   Now, Exhibit 3, which is your

18 updated reliance list, you responded to

19 Mr. Gomez -- and I was afraid there might

20 have been some confusion about the task that

21 you were given.  I think you picked a few

22 items.  What were you intending to convey to

23 him with these three, four, five things you

24 picked out?

25    A.   Just that those had -- you

Page 237

1 know, I find to be particularly important

2 sources, but I know by no means are they the

3 only sources that I'm going to refer back to

4 over the course of this case.

5    Q.   Were you identifying those to

6 like the exclusion of everything else in

7 Exhibit 2 and Exhibit 3?

8    A.   No, definitely not.

9    Q.   All right.  You have in front

10 of you, I believe -- we didn't mark them, but

11 you have in front of you the expert report of

12 Dr. Volpicelli?

13    A.   Yes.

14    Q.   Do you have that in front of

15 you?

16    A.   Uh-huh.

17    Q.   And you have the expert report

18 of Dr. Heilman?

19    A.   Yes.

20    Q.   Do you know who they are in the

21 scheme of this case?

22    A.   Yes.

23    Q.   Who are they?

24    A.   They are dermatopathologists

25 who have each independently reviewed the

Confidential - Pursuant to Protective Order

Page 238

1  dermatopathology slides from Ms. Stewart.
2      Q.   Have you ever spoken to either
3  one of them, Dr. Volpicelli or Dr. Heilman?
4      A.   No.
5      Q.   Do you -- have you ever
6  e-mailed with them?
7      A.   No.
8      Q.   Have you ever been on a group
9  call with them?
10     A.   No.
11     Q.   And had you seen their reports
12  or their opinions or anything from them
13  before you signed off on your report, which
14  is Exhibit 2?
15     A.   No.
16     Q.   Did you have a chance to look
17  at them, though, after you signed off on
18  Exhibit 2?
19     A.   I looked at them for the first
20  time last night.
21     Q.   Okay.  And what did you find
22  when you looked at them?
23     A.   Well, it -- there were things
24  that I -- I -- that were new to me like
25  findings that Dr. Heilman had found that, you

Page 239

1  know, were specific to the pathologic
2  findings, but in the sense that they both
3  independently confirmed CCCA, that -- that
4  was helpful and reassuring to me.
5      Q.   Do you believe that their
6  reports as you've looked at them are
7  consistent or inconsistent with your
8  opinions?
9      A.   Are consistently what?
10     Q.   Are they consistent or
11  inconsistent?
12     A.   They're consistent with my
13  opinions.
14     Q.   Okay.  Do you believe they
15  support your opinions?
16     A.   Yes.
17         MS. COHEN:  Those are all the
18  questions that I have at this time.
19  Thank you very much.
20         THE WITNESS:  Okay.  Thank you.
21         EXAMINATION
22  BY MR. GOMEZ:
23     Q.   Doctor, I just remembered to
24  ask you about one thing, and that is:  Where
25  did you grow up before you went to Harvard?

Page 240

1      A.   I lived on a sailboat for four
2  years.
3      Q.   Goodness.
4         MS. COHEN:  Sounds really good
5  right now.
6  BY MR. GOMEZ:
7      Q.   Wow, cool.  Where?  What part
8  of the country?
9      A.   In -- well, we kind of traveled
10  around a little bit, so we went up and down
11  the East Coast, and went to the Bahamas,
12  spent a year and a half in the Bahamas.
13     Q.   Wow.
14     A.   How about you?  Where did you
15  grow up?  Are you from California?
16     Q.   Yeah, I largely grew up in
17  San Diego.  My Dad was in the Navy, so we
18  ended up here.  So a lot of Virginia,
19  California, Virginia, California.
20     A.   Ah, very good.
21     Q.   So like in terms of -- so you
22  never -- you didn't grow up in New Orleans or
23  Louisiana?
24     A.   No.  I have been here, though,
25  since before -- well, I came here for medical

Page 241

1  school, so I've been here since before the
2  turn of the century.
3         MR. GOMEZ:  Okay.  Very good.
4  That's all.  I just wanted to get to
5  know you a little bit better.  Thank
6  you very much.  Appreciate your time.
7         THE STENOGRAPHER:  Are we off
8  the record?
9         MR. GOMEZ:  Yes.
10         THE VIDEOGRAPHER:  Off the
11  record, 3:31 p.m.
12         (Time noted: 3:31 p.m. CDT)
13             --o0o--
14
15
16
17
18
19
20
21
22
23
24
25

Page 242

CERTIFICATE

1
2       I, MICHAEL E. MILLER, Fellow of
the Academy of Professional Reporters,
3  Registered Diplomate Reporter, Certified
Realtime Reporter, Certified Court Reporter
4  and Notary Public, do hereby certify that
prior to the commencement of the examination,
5  NICOLE E. ROGERS, M.D., FAAD was duly sworn
by me to testify to the truth, the whole
6  truth and nothing but the truth.
7       I DO FURTHER CERTIFY that the
foregoing is a verbatim transcript of the
8  testimony as taken stenographically by and
before me at the time, place and on the date
9  hereinbefore set forth, to the best of my
ability.
10
        I DO FURTHER CERTIFY that pursuant
11  to FRCP Rule 30, signature of the witness was
requested by the witness or other party
12  before the conclusion of the deposition.
13      I DO FURTHER CERTIFY that I am
neither a relative nor employee nor attorney
14  nor counsel of any of the parties to this
action, and that I am neither a relative nor
15  employee of such attorney or counsel, and
that I am not financially interested in the
16  action.
17
18
MICHAEL E. MILLER, FAPR, RDR, CRR
19  Fellow of the Academy of Professional Reporters
NCRA Registered Diplomate Reporter
20  NCRA Certified Realtime Reporter
Certified Court Reporter
21
Notary Public
22  My Commission Expires:  7/9/2024
23  Dated: October 15, 2020
24
25

---

Page 243

INSTRUCTIONS TO WITNESS

1
2
3       Please read your deposition over
4  carefully and make any necessary corrections.
5  You should state the reason in the
6  appropriate space on the errata sheet for any
7  corrections that are made.
8       After doing so, please sign the
9  errata sheet and date it.
10      You are signing same subject to
11  the changes you have noted on the errata
12  sheet, which will be attached to your
13  deposition.
14      It is imperative that you return
15  the original errata sheet to the deposing
16  attorney within thirty (30) days of receipt
17  of the deposition transcript by you.  If you
18  fail to do so, the deposition transcript may
19  be deemed to be accurate and may be used in
20  court.
21
22
23
24
25

---

Page 244

ERRATA

1
2  PAGE  LINE  CHANGE
3  ____  ____  _____
4        REASON: _____
5  ____  ____  _____
6        REASON: _____
7  ____  ____  _____
8        REASON: _____
9  ____  ____  _____
10       REASON: _____
11  ____  ____  _____
12       REASON: _____
13  ____  ____  _____
14       REASON: _____
15  ____  ____  _____
16       REASON: _____
17  ____  ____  _____
18       REASON: _____
19  ____  ____  _____
20       REASON: _____
21  ____  ____  _____
22       REASON: _____
23  ____  ____  _____
24       REASON: _____
25

---

Page 245

ACKNOWLEDGMENT OF DEPONENT

1
2
3
4       I, NICOLE E. ROGERS, M.D., FAAD,
do hereby certify that I have read the
5  foregoing pages and that the same is a
correct transcription of the answers given by
6  me to the questions therein propounded,
except for the corrections or changes in form
7  or substance, if any, noted in the attached
Errata Sheet.
8
9
10
11
12  _____
NICOLE E. ROGERS, M.D., FAAD       DATE
13
14
15  Subscribed and sworn to before me this
16  _____ day of _____, 20 _____.
17  My commission expires: _____
18
19  _____
20  Notary Public
21
22
23
24
25

Confidential - Pursuant to Protective Order

Page 246

1

LAWYER'S NOTES

2

3  PAGE   LINE

4  _____  _____  _____

5  _____  _____  _____

6  _____  _____  _____

7  _____  _____  _____

8  _____  _____  _____

9  _____  _____  _____

10 _____  _____  _____

11 _____  _____  _____

12 _____  _____  _____

13 _____  _____  _____

14 _____  _____  _____

15 _____  _____  _____

16 _____  _____  _____

17 _____  _____  _____

18 _____  _____  _____

19 _____  _____  _____

20 _____  _____  _____

21 _____  _____  _____

22 _____  _____  _____

23 _____  _____  _____

24 _____  _____  _____

25

**WORD INDEX**

**< $ >**
**$500**  207:*3, 8*
**$60,000**  189:*20*

**< 0 >**
**02109**  3:*21*

**< 1 >**
**1**  94:*25*
149:*10*  196:*18,
24*  197:*9, 17*
229:*20*
**1:00**  127:*8*
170:*16*  179:*17,
18*
**1:59**  179:*19, 21*
**10**  67:*6*  127:*7*
149:*2*  150:*22*
**10:05**  67:*15, 17*
**100**  149:*7*
**11:00**  111:*10,
11*
**11:30**  126:*16*
127:*7, 18, 19*
**11:47**  127:*20,
22*
**1100**  2:*20*
3:*15*  4:*4*
**12**  19:*25*
88:*13*  105:*8*
**12:48**  170:*17*
**120**  189:*16*
**14**  160:*5*
**14-inch**  115:*25*
**15**  67:*8, 9*
90:*16*  126:*18*
127:*7*  190:*4*
242:*23*
**16**  69:*10*
137:*24*
**17**  69:*10*
202:*11*  212:*6*
**1700**  2:*5*
**19**  202:*20*
**190**  191:*2*
**196**  6:*3*
**1966**  95:*12*

**1981**  94:*21*
**199**  6:*4*

**< 2 >**
**2**  5:*5*  34:*17*
95:*1*  167:*5*
177:*9*  199:*8,
11*  200:*17*
213:*4, 9*
222:*10*  224:*12*
225:*7*  230:*4*
235:*17, 22*
236:*14*  237:*7*
238:*14, 18*
**2:17-cv-10817**
1:*11*
**2:46**  210:*14, 15*
**20**  13:*3*  27:*16*
66:*17*  111:*21*
150:*22*  202:*22*
245:*16*
**200**  3:*5*  6:*5*
**20005**  3:*11*
**2002**  216:*19*
**2003**  211:*10,
22*
**2003-2004**
211:*11*
**2007**  212:*1*
**2008**  212:*3*
**2012**  118:*10,
25*  119:*5, 6*
141:*10*  169:*19*
**2013**  118:*6, 14,
15*  119:*10*
132:*7*
**2014**  121:*9*
156:*17*
**2015**  51:*1*
**2016**  9:*24*
157:*25*
**202**  3:*11*
**2020**  1:*16*  5:*3*
7:*2, 8*  206:*15,
17*  213:*11*
216:*16*  242:*23*
**2024**  242:*22*
**205**  6:*6*
**207**  6:*7*
**209**  6:*8*

**2-1**  91:*9*
**210**  5:*10*
**213-7000**  3:*21*
**216**  4:*5*
**21-centimeter**
71:*1*
**22**  203:*4*
**22.4**  68:*24*
69:*11*
**222**  6:*11*
**227**  6:*14*
**22nd**  213:*10*
**230**  185:*4*
**2300**  3:*16*
**233**  185:*4*
**237-3490**  2:*6*
**239**  5:*11*
**242**  5:*13*
**244**  5:*14*
**245**  5:*15*
**246**  5:*16*
**25**  93:*12*
206:*22, 24*
207:*4*
**250**  191:*2*
**2500**  3:*6*
**25th**  184:*22*
**26**  94:*18*
226:*21*
**26th**  206:*14,
17*
**2740**  1:*4*
**2800**  4:*9*
**29**  96:*12*
**2B**  34:*11, 17,
22*
**2nd**  216:*16*

**< 3 >**
**3**  1:*16*  5:*3*
7:*2*  95:*2*
171:*2*  200:*23*
204:*25*  205:*1*
214:*22*  235:*18*
236:*17*  237:*7*
**3:01**  210:*16, 18*
**3:31**  241:*11, 12*
**30**  13:*3*  27:*17*
190:*4*  206:*23,
24*  207:*4*

**242:**11  243:*16*
**300**  2:*15*
**30305**  3:*6*
**32-gauge**  21:*17*
**3333**  3:*6*
**36**  105:*10*
**39**  97:*21*
**3rd**  7:*8*
216:*17, 19*

**< 4 >**
**4**  143:*2*  171:*3*
205:*9*  206:*10*
**4,000**  24:*22*
212:*13*
**40**  144:*20*
**434-5000**  3:*11*
**44113**  4:*4*
**443**  227:*21*
**445**  228:*16*
**446**  227:*21*
**45202-2409**  4:*9*
**4701**  2:*14*
**4-millimeter**
68:*24*

**< 5 >**
**5**  68:*15*
144:*19*  149:*2*
150:*22*  198:*8,
9*  207:*22*
208:*10*
**50**  13:*10*
168:*14*
**500**  189:*18*
**504**  2:*10, 21*
3:*17*
**51**  79:*4*
116:*16*  149:*4*
150:*1, 8*
**513**  4:*10*
**522-2304**  2:*21*
**524-3300**  2:*10*
**53**  3:*20*
**553-2100**  3:*7*
**58**  98:*24*
230:*4, 5, 6*
**585-7000**  3:*17*
**59**  107:*17*
225:*13*

**592-5000**  4:*5*
**5-FU**  100:*4*

**< 6 >**
**6**  145:*15*
209:*19*  234:*13*
**60**  105:*13*
110:*25*  225:*8,
14*
**600**  4:*8*
**60s**  96:*7*
**61**  111:*4*
112:*4, 9*
**617**  3:*21*
**619**  2:*6*
**62**  112:*10, 23*
**63**  117:*3*
120:*3*
**64**  122:*12*
125:*2*  128:*3*
**644-1734**  2:*16*
**65**  118:*7, 16*
119:*9*  131:*7,
20*  132:*1, 5*
222:*10, 13*
**655**  2:*4*
**66**  130:*20*
131:*4, 8*
222:*10*
**678**  3:*7*
**698-5000**  4:*10*

**< 7 >**
**7**  5:*6*  222:*24,
25*  242:*22*
**70**  13:*10*
**701**  2:*9*
**70139**  2:*10*
**70163**  2:*20*
3:*16*
**72**  133:*16*
**725**  3:*10*
**73**  139:*9*
**74**  142:*20*
**75**  145:*7*
151:*22*  191:*6*
217:*11*  233:*21,
25*  234:*13*
**76**  213:*8*
**77**  157:*21*

158:*20*

**< 8 >**
**8** 19:*25* 81:*9*
227:*16, 20*
228:*6*
**8,000** 24:*22*
207:*10*
**8:37** 1:*19* 7:*3,*
*9*
**8:40** 10:*8*
**800** 2:*16*
**877.370.3377**
1:*24*

**< 9 >**
**9** 5:*9* 202:*4*
229:*19* 242:*22*
**9:50** 67:*13, 14*
**90-something**
224:*12*
**90-something-p**
**age** 227:*3*
**917.591.5672**
1:*24*
**92** 165:*12*
167:*4*
**92101** 2:*5*
**92660** 2:*15*
**93** 171:*2*
**94** 177:*2*
**95** 191:*6*
**950** 4:*3*

**< A >**
**a.m** 1:*19* 7:*3,*
*9* 10:*8* 67:*13,*
*14, 15, 17*
127:*18, 19, 20,*
*22*
**ability** 183:*17*
242:*9*
**able** 12:*15*
14:*1, 2, 6*
20:*16* 27:*20*
39:*4* 42:*22*
43:*11* 52:*15*
89:*18* 130:*5*
151:*16* 162:*18*
165:*10* 169:*23*

181:*7* 186:*15*
220:*11* 233:*10*
**Absolutely**
13:*19* 33:*9*
39:*17* 41:*5*
47:*12* 49:*15*
54:*4* 78:*24*
149:*3* 219:*3*
**absolutes** 81:*3*
**abundant**
118:*7*
**academic**
91:*22*
**Academy** 1:*20*
242:*2, 19*
**accepted** 12:*21*
**access** 57:*3*
58:*1* 196:*16*
**accident** 68:*13*
**Accord** 4:*5*
**account**
186:*20* 188:*11*
189:*4* 225:*23*
**accurate**
197:*10* 243:*19*
**achieve** 14:*1,*
*6* 26:*21* 42:*23*
105:*10* 162:*19*
**achieved** 72:*6*
**ACKNOWLED**
**GMENT** 5:*15*
245:*1*
**acne** 164:*6*
**act** 54:*12*
**Actavis** 4:*10*
**action** 183:*14*
242:*14, 16*
**active** 162:*6*
**actively** 41:*4*
163:*3*
**actual** 124:*2, 9*
128:*13, 21*
129:*11*
**ad** 157:*24*
**added** 118:*21*
**addition**
115:*25* 222:*5*
**additional**
48:*25* 120:*16*
132:*16, 25*
133:*10* 165:*14,*

*19* 166:*9*
171:*4, 12*
187:*4, 16*
188:*19* 193:*15*
207:*4* 223:*1*
233:*23*
**address** 39:*9*
40:*20* 121:*13*
217:*7*
**addressed**
11:*13* 221:*20*
236:*5*
**addresses**
41:*20* 180:*19*
**adequacy**
101:*9* 103:*25*
104:*15* 106:*6*
**adequately**
106:*19*
**admit** 209:*1*
**adopted** 41:*15*
**adulthood**
115:*14*
**advantage**
26:*18* 27:*1*
**advice** 32:*10*
**advise** 103:*14*
230:*24*
**affect** 55:*7*
58:*17, 21, 25*
61:*4, 5, 6*
**afford** 23:*6*
25:*21* 26:*1*
**afraid** 236:*19*
**African** 33:*3*
52:*9* 98:*4, 10*
166:*3*
**African-Americ**
**an** 68:*20, 23*
160:*18, 23*
161:*10*
**AGA** 233:*2*
**age** 144:*23*
145:*1, 2, 4*
155:*21* 159:*22*
**agenda** 173:*23*
**agent** 58:*9, 10*
94:*17* 142:*17*
**agents** 97:*10*
151:*24* 152:*3*
**ages** 169:*3*

**aggressive**
14:*8* 77:*19, 23*
**aging** 144:*19*
**ago** 9:*3* 83:*16*
132:*4* 169:*6*
192:*7* 194:*14,*
*15* 213:*12*
**agree** 17:*14*
32:*16* 42:*2, 11*
54:*21* 57:*5*
58:*2, 16* 59:*2*
60:*3, 19* 61:*13*
70:*10, 20*
71:*21, 25*
88:*24* 89:*10*
93:*9* 95:*4, 11*
103:*4, 12, 20*
172:*3* 186:*8*
219:*19*
**agreed** 7:*18*
71:*7*
**Ah** 240:*20*
**aha** 12:*9*
**ahead** 15:*6, 8*
43:*20* 62:*19*
80:*9* 81:*1*
106:*8* 137:*20*
142:*4* 176:*9*
222:*22*
**Aldara** 100:*6*
**align** 81:*20*
**allegation**
84:*22*
**alleged** 194:*20*
**allow** 54:*23*
**allowed** 49:*1*
**alopecia** 29:*17*
33:*2* 41:*9, 13*
42:*5* 43:*3, 9*
44:*4* 47:*9, 23*
51:*20* 52:*5, 6*
53:*1, 18, 18*
55:*25* 59:*22*
61:*19* 62:*23*
72:*2* 74:*17*
85:*15* 86:*19*
88:*6, 18* 89:*15,*
*23* 90:*2, 5, 12*
91:*1* 92:*6*
94:*23* 96:*14,*
*18, 23* 97:*4, 11,*

*24* 99:*8, 13, 16,*
*17* 100:*19*
101:*5, 7, 8*
103:*16* 107:*23,*
*25* 108:*1*
109:*19, 21, 22*
113:*17* 120:*19,*
*21* 122:*5*
134:*20* 135:*3,*
*19* 136:*4, 13,*
*15, 18* 137:*3*
138:*11* 141:*17*
142:*8, 19*
143:*3, 5, 18*
148:*23, 23*
150:*19* 161:*18*
166:*17, 18, 20*
176:*22* 177:*22,*
*23* 185:*18, 21,*
*23* 194:*22*
203:*20, 25*
215:*16, 17*
217:*22* 219:*23*
229:*5* 230:*15,*
*18, 19* 231:*1*
**alopecias** 92:*4*
**alphabetical**
202:*3* 203:*2*
**altogether**
10:*22* 233:*8*
**ameliorate**
57:*13*
**amount** 26:*9*
105:*13* 118:*8,*
*21* 130:*23*
131:*18* 210:*7*
**amounts** 94:*6*
**anagen** 41:*2*
50:*24* 54:*14*
93:*4, 10, 17, 20,*
*21, 23* 94:*3*
137:*15*
**analogies**
104:*17*
**analogy** 104:*20*
**analysis** 136:*9*
195:*3* 220:*8*
228:*25* 231:*10*
**analyzed**
137:*7* 195:*11*

Confidential - Pursuant to Protective Order

**ANDREWS**
2:13
**androgen**
169:22
**androgenetic**
43:9  47:9
53:18  59:22
85:15  86:19
88:6  89:15
113:17  122:5
136:12  138:11
143:3, 5, 18
148:22  150:17
166:18  177:23
**androgenic**
52:5
**androgens**
170:3
**anemia**  123:23
**anger**  110:9
**angry**  110:3
**annotate**
181:18
**answer**  30:17
68:14  77:2
79:12  80:10,
13  104:6
105:18  108:19
109:5  153:23
171:18  190:18
194:2, 4, 10
196:4  219:12
**answered**
57:25  76:8, 10
153:25
**answers**  245:5
**antibiotic**
72:13  164:11
**antiestrogen**
233:12
**antiinflammato
ry**  72:13
164:12
**apologize**
167:17
**apparent**
156:3, 6, 9
**appear**  117:13
**appearance**
14:25  15:1, 10,
13, 21  128:9

**APPEARANCE
S**  2:1  3:1  4:1
5:5  7:24
198:14
**appearing**  7:18
**appears**
130:22  131:17
229:13
**applicable**
8:13
**applied**
192:14  195:25
**appointments**
29:2
**appreciate**
20:1  104:19
126:10  241:6
**approached**
49:13  162:7
**approaches**
111:13
**approaching**
63:3
**appropriate**
87:7, 8  126:14
243:6
**appropriately**
232:11
**Approximately**
13:10  68:23
189:16, 21
206:21
**area**  19:18
32:25  34:7
71:2, 3, 12
128:18  132:18,
20  161:12
166:1, 16
167:1
**areas**  13:22
18:6, 24  19:2
70:25  128:19
166:5  171:5
182:1  186:15
227:5
**argue**  176:10
**argues**  133:4
183:6
**array**  9:23
**arrive**  147:19

**article**  43:24
172:17  202:8,
17  203:5
**articles**  177:10,
18, 19, 21, 24
201:8  202:12
236:13
**artificial**  14:18
**aside**  45:21
48:11  57:2
58:1  224:7
**asked**  57:20
76:8, 9  109:9
140:2  154:13
155:4, 5
156:12  188:8,
23  211:3
212:19  216:2
218:1, 4, 21
219:3  221:19
229:24  230:10,
13  233:22
**asking**  22:1
27:3  30:4
55:10  62:11,
12  75:24
76:16  78:2, 8,
12  79:3, 4
84:2, 3  117:22
147:13, 14
163:16  180:15,
25  187:15
194:7  201:23
212:24
**assert**  185:17
**asserted**
208:19
**assertive**
158:15
**asserts**  185:22
**assess**  129:5
**Assessment**
225:10
**assist**  10:24
**assistants**
10:19
**associated**
21:11, 13  92:1
93:18  99:9
134:20  151:24
164:5, 6

**association**
75:8  137:10
**assume**  57:2
69:9  205:16
**assumes**
119:19
**assuming**
159:17
**assumptions**
119:15, 19
**asthma**  175:19
**Atlanta**  3:6
**atlas**  136:21
177:25  202:22
**atrophy**  164:7
**attach**  160:3
209:21
**attached**
160:10  161:4
184:16  200:10
223:16  236:8
243:12  245:7
**attack**  169:23
175:18
**attempt**
155:13  175:6
208:14  209:6
**attempted**
193:14
**attention**
81:10  117:2, 6
128:3  158:18
**attorney**  162:7
191:20  194:9
242:13, 15
243:16
**attorney-client**
193:20
**attorneys**
67:24  226:23
**attorney's**
173:23
**attracted**  31:19
**attribute**  142:6
**attributed**  86:7
**attributing**
85:18
**audio**  44:12
93:25  152:19
232:1

**authored**
204:7
**autoimmune**
40:8
**automatically**
65:10  85:18
**available**  81:5
128:5  133:13
134:8  148:25
219:5, 10
**Avenue**  2:14
4:3
**average**  68:25
137:24
**aware**  98:13
Awesome
199:2  209:12
**awkward**
210:25

**< B >**
**back**  18:9
19:24  20:18
39:9  56:17
64:18  67:19
76:13  91:18
96:6  105:14
120:3  127:24
128:1  129:2, 4,
23  130:14
140:2  159:24
161:21, 22
179:23  183:1
185:14  198:15
204:22  211:15
230:9  231:18
235:16, 24
237:3
**background**
173:6  226:18
**bad**  39:5
**Bahamas**
240:11, 12
**bald**  29:9
34:3  38:4
156:15, 21
**balding**  85:23
154:15
**baldness**
144:10  154:23
155:13

Confidential - Pursuant to Protective Order

**ball** 85:*22*
154:*20* 155:*2,*
*8, 8*
**bandage** 19:*10*
**bandwidth**
44:*23*
**BARRIOS** 2:*8,*
*8* 124:*16*
216:*17*
**base** 83:*10*
84:*22*
**Based** 17:*10*
24:*9* 27:*4*
32:*2* 41:*18*
50:*22* 52:*6*
70:*14, 25* 71:*9*
73:*18* 75:*2*
81:*4* 84:*19*
96:*1, 5* 97:*18*
109:*22* 110:*1*
114:*5* 118:*9,*
*24* 128:*13*
132:*11* 133:*12*
136:*9* 148:*6*
152:*22* 153:*5*
166:*14* 219:*4*
**basically** 18:*5,*
*24* 19:*3, 20*
20:*5* 21:*18, 24*
23:*9* 33:*7*
49:*9* 56:*16*
65:*1* 78:*19*
85:*12* 118:*11*
128:*4, 19*
142:*1* 154:*19*
161:*2* 172:*4*
178:*23* 217:*16*
229:*3*
**basis** 16:*18*
23:*10* 25:*10*
82:*6* 88:*4, 4*
101:*21* 108:*3*
109:*24* 110:*7,*
*18, 23, 24*
125:*8*
**Bates** 227:*21*
**Baton** 125:*12,*
*16*
**Beach** 2:*15*
**beating** 149:*16*
**beats** 176:*15*

**began** 168:*25*
169:*7, 10*
**beginning**
137:*12* 227:*6*
**beholder** 22:*14*
**belief** 160:*19*
**believe** 17:*18*
46:*21, 22, 24*
47:*24* 48:*12,*
*18* 51:*6* 52:*19*
53:*5, 9, 22*
54:*5* 56:*19*
59:*11* 60:*8, 22*
66:*3* 69:*24, 25*
71:*13* 72:*24*
73:*2, 16, 23*
74:*19* 80:*22*
83:*7, 20* 84:*8*
86:*20* 87:*6, 14,*
*15* 92:*9* 95:*18,*
*19* 97:*2, 9*
106:*19* 107:*10*
112:*16, 18*
114:*21* 118:*16*
119:*8, 12*
120:*20* 129:*15,*
*16* 130:*25*
131:*19, 21*
132:*25* 139:*7,*
*10, 12* 142:*19*
145:*4, 16*
146:*24* 152:*2,*
*6, 9* 153:*2, 9*
155:*23* 168:*7,*
*17, 23* 178:*9*
182:*4* 185:*25*
186:*3* 196:*23*
204:*23* 218:*3*
219:*14* 222:*11*
232:*14* 234:*11*
237:*10* 239:*5,*
*14*
**believed** 52:*13*
95:*6* 108:*25*
155:*14* 203:*23*
**believes** 204:*11*
**belly** 139:*22*
140:*16*
**benign** 141:*2*
**BENJAMIN**
2:*18*

**BENNETT**
4:*13*
**BERNE** 4:*7*
**best** 26:*21, 22*
39:*8* 49:*3*
170:*10* 242:*9*
**better** 25:*3*
127:*11* 129:*23*
162:*25* 197:*6*
241:*5*
**beyond** 39:*2, 3*
**bias** 83:*20, 24*
84:*5, 8, 8, 23*
**biased** 50:*16*
51:*2* 81:*18*
83:*5* 84:*11*
**bicarb** 21:*19*
**big** 20:*19*
105:*6* 150:*16,*
*17, 18*
**bigger** 148:*22*
151:*1*
**bill** 190:*18, 23*
207:*3*
**billed** 189:*13,*
*15*
**biopsies** 48:*25*
69:*20* 165:*14,*
*17* 166:*6*
181:*23, 25*
182:*5* 229:*9,*
*11, 24*
**biopsy** 38:*18,*
*19* 68:*25*
69:*10* 82:*10*
128:*11* 129:*18,*
*24* 130:*10*
132:*16, 17, 21*
133:*10* 165:*19*
166:*1, 9, 25*
170:*11* 172:*3*
191:*3, 3*
228:*24*
**biphasic** 53:*15*
**birthday**
178:*21*
**bit** 10:*3*
19:*15, 16* 29:*1*
72:*24* 161:*11*
170:*22* 198:*18*
210:*5* 211:*2*

226:*16* 240:*10*
241:*5*
**Bland** 206:*6*
**blanking**
125:*17*
**blocked** 169:*21*
**blood** 122:*14,*
*25* 123:*22*
**board** 81:*14*
82:*2, 19* 99:*22*
**body** 90:*14*
**body's** 19:*7*
**bold** 229:*4*
**bone** 61:*22*
**bono** 22:*23*
**booked** 29:*1, 4*
**born** 71:*8, 11*
**borrows** 174:*7*
**Boston** 3:*21*
**bother** 23:*25*
29:*19*
**bothered**
36:*16* 108:*13*
156:*24* 157:*1*
158:*8*
**bothersome**
36:*21*
**bottom** 81:*10*
93:*16* 96:*13*
110:*19, 24*
128:*3* 131:*20*
143:*7* 151:*22*
167:*4* 203:*5*
208:*10* 228:*15*
**bow** 80:*3*
**box** 31:*7*
**boy** 34:*18*
**boyfriends**
31:*21*
**braid** 160:*3*
**braids** 115:*24*
142:*2, 11*
158:*21* 159:*1,*
*2, 5, 6, 11, 15,*
*17* 160:*2, 19,*
*24*
**break** 31:*5*
66:*19* 67:*3*
111:*15* 124:*18*
126:*17, 22*
127:*8* 170:*14,*

*21* 176:*25*
179:*11* 210:*4*
214:*7*
**breaking** 214:*6*
**breast** 16:*15*
77:*20* 100:*11,*
*13, 17, 22*
101:*11* 103:*5*
106:*25* 110:*12*
139:*3* 146:*15*
148:*1* 154:*10*
156:*17* 177:*21*
**brief** 8:*8*
**briefly** 7:*21*
230:*10*
**bring** 155:*1*
161:*22*
**bringing**
18:*14* 224:*25*
**Broadway** 2:*4*
**Bruising** 164:*9*
**brunch** 127:*13*
179:*25*
**brush** 15:*15*
**buffer** 21:*17*
**built** 20:*10*
**bulb** 183:*20*
**bulge** 183:*18*
**bullet** 112:*9*
148:*21*
**bunch** 132:*9*
199:*10*
**burn** 22:*18*
164:*19*
**burning** 15:*3*
36:*23*
**burns** 192:*13*
**burnt** 130:*13*
**busulfan**
61:*20* 74:*7*
**butt** 188:*5*
**button** 139:*22*
140:*16* 199:*1*
209:*12*
**buy** 38:*11*

**< C >**
**Cable** 20:*21*
**cake** 178:*21*
**caliber** 92:*11*

Confidential - Pursuant to Protective Order

**California** 2:5, 15 240:15, 19, 19
**call** 21:22 22:10 24:13 29:6 40:17 41:2 175:12, 13 221:4 226:3 227:19 238:9
**called** 9:16 10:13 18:19 22:23 88:1 100:6 161:1 174:24 228:3
**calling** 43:2
**calls** 40:16
**camera** 182:4
**Cancer** 16:7, 15 77:20 78:8 83:14 99:24 100:1, 3, 11, 13, 17, 23 101:11 103:5 107:1 110:13 139:3 149:12 154:10 156:18 177:21
**cancers** 100:5, 8
**candidate** 162:1
**cap** 85:22 154:20 155:2, 8, 8 161:3
**capacity** 78:13
**capillaries** 164:9
**care** 17:24 27:6 31:21 32:5, 5, 8 36:4 57:22 58:2
**career** 12:15
**careful** 19:5, 11 160:11
**carefully** 215:13, 25 224:19, 21 243:4
**caring** 12:3 15:20

**carried** 107:25 109:21
**Case** 1:10 22:21 24:9 36:17 42:21 44:5 48:7, 8, 8, 18 49:17 50:8 51:11, 23 52:25 58:12 59:14 62:7 65:20 68:6 69:3 73:10 74:20 80:16 83:19 84:15 86:4 87:4 89:14 97:16, 16 101:24 103:11 115:6, 8, 21 123:4, 17 132:15, 22 137:6 138:7 142:18 146:25 147:4 159:16 169:5 173:7 174:8, 17 176:1 177:17 178:4 182:18, 25 186:22 188:15 189:11 195:1, 4, 10 199:12 206:7, 11, 25 215:2 217:1 218:21, 23 220:10 224:10 226:6 231:10 237:4, 21
**cases** 14:20 22:23 23:24 24:20 52:23 59:16, 16 61:18 78:21 88:24 95:12 105:9 107:7 136:7 143:20 146:21 158:11 186:4 191:8, 16 192:17 195:3, 19 219:15

**Case-Specific** 225:10
**cash** 23:9 25:10 35:24
**CASTEIX** 2:8
**catagen** 54:14
**categories** 177:7
**categorized** 34:11
**category** 176:19
**causation** 75:8
**causative** 80:17 88:4
**cause** 33:20 38:14 47:21 48:13 50:21 51:4, 13 53:1 54:6 55:2, 13 56:5, 20 57:6 58:3 60:4, 14, 23 61:15 62:2, 13 63:4 65:19 70:3, 4 74:21 75:22 77:13 78:15 79:6, 10, 21 80:5, 23 95:7, 13 96:3 97:3, 10 106:20 107:11 108:16 109:11 122:19 123:22 136:9 145:5, 16 146:5, 17 147:9 150:4 152:3, 6 153:4 164:14, 18 176:3, 6, 21 217:19, 24 218:17 220:6, 9 225:5 232:15
**caused** 38:23 49:18 50:2, 14 63:2 69:25 70:8 95:22 103:6 112:14, 19 115:10 116:9, 22 120:13 121:3

135:1 136:7 138:2 139:8 142:25 145:1, 12 146:9 147:3, 18 148:2, 17 150:2, 8 151:14, 18 153:11 155:4 194:21 195:19
**causes** 36:13 49:22 51:7, 19 53:10 75:13 76:4, 21 78:24 96:18, 22 122:15 139:7 144:4, 16 149:1 225:18 233:7 234:10 235:7, 10
**causing** 49:7, 8 60:9 66:11 71:18 73:8 74:3, 4, 16 139:4
**CCCA** 33:25 34:10, 12 35:3 36:17 52:4, 25 55:25 69:16, 25 70:2, 7 71:10 72:1, 5 84:14, 15 86:1 97:25 98:14, 18 114:6 128:23 130:1, 11, 18 133:3, 7, 12, 24 138:10 139:11 140:20 141:5 142:19 143:11, 15, 22, 24 144:12 146:9 148:22 150:16 162:15 169:2 170:8 172:5 177:18 219:24 233:1 239:3
**CDT** 1:19 7:3 67:15 127:20 179:19

210:16 241:12
**cell** 183:13
**cells** 183:15
**centered** 165:19
**central** 33:1 91:1 97:24 182:10
**Centre** 3:16
**centrifugal** 33:1 91:1 97:24
**century** 241:2
**certain** 41:7 53:16, 17 95:12 116:12 151:12 186:4 219:15
**certainly** 32:11 50:19 61:11 77:15 79:5 83:14 96:7 99:20 146:10 155:5 173:18 204:4 231:5
**certainty** 84:5 96:16 112:13 113:9 114:1, 15, 18 115:9 116:7, 13, 17, 21 120:12 121:1 134:25 141:23 142:24 143:4 144:25 145:10 147:3, 17, 25 148:19 149:20 151:18 234:17
**CERTIFICAT E** 5:13 242:1
**certification** 82:3
**Certified** 1:20, 21 81:14 99:22 242:3, 3, 20, 20
**certify** 242:4, 7, 9, 13 245:4
**CHAFFE** 3:14

Confidential - Pursuant to Protective Order

chair 20:5, *18*
chairs 20:*12*
chance 77:*24*
114:5 149:*2, 4,
7* 229:*25*
238:*16*
change 58:*25*
59:*3* 60:5, *9,
15, 23* 66:*25*
73:*25* 141:*14*
244:*2*
changes
138:*17* 142:*21,
24* 243:*11*
245:*6*
changing 67:*3*
character
172:*12* 173:*14*
characteristics
47:*4* 59:*18*
60:*13* 75:*3*
characterize
41:*22* 42:*11*
91:*19* 129:*25*
characterized
91:*4, 6*
characterizing
229:*2*
charge 24:*12,
18* 190:*1, 2*
charged 35:*15*
36:*3* 189:*10*
charging
190:*14*
chart 89:*22*
133:*16*
chase 72:*14*
chat 228:*7*
check 102:*2*
checked
133:*20*
chemical 54:*1*
192:*13*
chemo 63:*14*
156:*16*
chemo-induced
41:*13* 62:*22*
74:*17* 136:*4,
14* 137:*3*
chemotherapeu
tic 47:*15* 65:*8*

74:*6* 77:*17*
96:*2*
chemotherapy
40:*25* 41:*2*
47:*16, 23*
50:*25* 54:6, *9*
55:*2, 6, 12, 16,
21* 56:5, *9, 19*
57:*6* 58:2, *9,
10, 16* 59:*2, 7,
9, 12, 20* 60:*4,
8, 14, 18, 23*
61:*1, 14* 63:*19,
22, 24* 64:*14*
75:*21, 25*
76:*18* 88:*2, 3,
8* 89:*1* 90:*2*
93:*19* 94:*5, 8,
23* 95:*7, 9, 17,
20, 21* 96:*14,
24* 97:*3, 10*
100:*1, 15, 17*
101:*11* 103:*5,
6* 107:*2, 24*
108:*25* 109:*10,
11, 20* 115:*16*
117:*9, 15*
120:*1* 121:*9,
13* 135:*3, 20*
137:*11, 18, 25*
138:*8* 167:*8*
168:*2, 20*
169:*8* 171:*25*
176:*21* 183:*11*
186:*4, 7*
217:*18, 22, 24*
218:*15, 16*
219:*15, 18*
221:*10* 224:*1,
2* 225:*4*
chemotherapy-i
nduced 41:*8*
42:*4* 107:*23*
109:*19* 136:*18*
153:*4* 194:*22*
203:*19, 24*
chemotherapy-r
elated 44:*10*
chief 156:*13*
cholesterol

148:*5, 17*
choose 102:*16*
chose 128:*20*
chosen 128:*18*
chronic
146:*22, 23*
cicatricial
33:*2* 44:*4*
90:*11* 91:*1*
97:*24*
Cincinnati 4:*9*
circle 150:*16,
17, 18* 161:*14*
circles 150:*20*
circulating
169:*22* 170:*3*
circumstances
57:*5* 75:*18*
87:*7*
cite 116:*19*
Civil 1:*10*
Clarification
44:*13* 94:*1*
138:*14* 152:*20*
232:*2*
clarified
225:*25*
clarify 34:*20*
class 138:*22*
classic 38:*3*
classification
94:*22*
cleaner 167:*19*
clear 8:*19*
51:*13* 71:*6*
84:*15* 99:*8*
103:*22* 228:*20*
229:*6*
Cleveland 4:*4*
clinic 11:*3*
13:*4* 20:*8*
29:*3* 34:*2*
82:*7* 190:*1*
clinical 64:*12*
81:*21* 84:*19*
87:*2, 24* 104:*1*
129:*19* 175:*7*
clinician 81:*12,
13, 16*
clinicians

82:*21*
closed 29:*3*
closely 73:*11*
clotting 19:*7*
Coast 240:*11*
codified 41:*15*
45:*14*
coexist 143:*10,
14, 21* 151:*1*
coexistent
144:*1*
COHEN 3:*2*
5:*10* 8:5, *10*
12:*6* 14:*14*
15:*11* 16:*3*
17:*13* 22:*12*
23:*11* 24:*7*
25:*4, 17* 26:*12*
28:*13, 23*
30:*13* 31:*1, 14*
32:*7* 33:*23*
35:*1, 16* 37:*6,
18* 40:*2* 43:*19*
45:*11, 24*
46:*13* 48:*1, 4,
14, 19* 49:*20*
50:*4* 51:*9, 21*
52:*21* 55:*4*
56:*7, 21* 57:*8*
58:*4, 20* 59:*4*
60:*6, 16* 61:*16*
62:*4, 15, 19*
63:*6* 64:*5, 16*
66:*5, 16, 22*
67:*5, 10* 69:*14*
70:*24* 71:*15,
24* 74:*1, 23*
75:*15* 76:*7*
77:*1* 78:*17*
79:*8, 14, 23*
80:*8, 12, 25*
83:*22* 85:*2*
86:*22* 87:*9, 17*
89:*2, 13* 92:*12,
16, 20* 95:*10,
23* 100:*24*
101:*12, 18*
102:*18* 103:*9*
104:*2, 9*
105:*25* 106:*7*
107:*13* 108:*6,

21* 109:*13*
110:*10, 20*
111:*11, 16, 25*
114:*3* 116:*11,
24* 117:*21*
118:*18* 119:*11,
17* 120:*14*
122:*2* 124:*8,
13, 17* 126:*20,
24* 127:*4*
131:*3, 9* 135:*8,
14* 137:*13*
138:*4* 143:*23*
146:*6* 147:*5*
151:*6* 152:*8,
24* 156:*10*
157:*7* 163:*15*
164:*1* 166:*11*
167:*11, 15, 22*
168:*3* 169:*1*
170:*16, 20*
171:*16, 20*
173:*8* 174:*3, 9*
176:*4* 177:*14*
178:*10* 179:*6*
180:*7, 12, 22*
181:*10, 15*
184:*10, 14, 21*
186:*2, 23*
187:*19, 24*
188:*4, 21*
189:*7* 190:*6*
191:*18* 193:*17*
194:*3, 6*
195:*13, 22*
196:*8* 197:*3,
12, 19, 23*
199:*14, 19*
200:*3, 8* 201:*2,
14, 18, 23*
204:*13, 18*
205:*1, 11, 16,
23* 208:*1, 4, 8,
17, 23* 209:*2,
22* 210:*3, 20*
211:*14, 18*
216:*13, 18*
222:*21* 223:*3,
7, 8* 227:*14, 22*
228:*1, 8, 11, 12*
230:*6, 8*

Confidential - Pursuant to Protective Order

231:*21*  232:6
235:*11*  239:*17*
240:*4*
cohenl@gtlaw.c
om  3:*3*
colleague
46:*19*  83:*15,
16*
colleagues
46:*9, 11*
collection
35:*19*
college  158:*22*
159:*1, 3, 18*
Color  6:*11*
61:*6*  93:*7*
115:*4*  116:*8*
222:*17*
column  90:*11*
134:*5*
comb  15:*15*
219:*22*
combatting
77:*19*
combination
38:*24, 25*
75:*17, 19*
128:*25*
combined
229:*5*
combs  115:*3,
24*  116:*7*
220:*1*
come  12:*4*
13:*16*  14:*4, 5*
25:*13*  29:*7*
34:*21*  36:*15*
37:*11, 14*
38:*12*  40:*4*
129:*23*  159:*24*
161:*21*  182:*22*
196:*15*
comes  17:*8*
189:*19*  207:*9*
comfortable
20:*17, 22*
21:*16, 25*
42:*12*  82:*11*
coming  14:*7,
16, 17, 19, 20*
32:*9*  37:*2*

119:*15*  128:*7*
168:*5*
commencement
242:*4*
commencing
1:*19*
comment
171:*7*  181:*9*
185:*10, 13*
218:*2*  234:*21*
commentary
31:*3*
commented
226:*11*
comments
29:*9*  188:*2*
229:*1*
Commission
242:*22*  245:*17*
common
31:*15*  33:*3*
44:*21*  46:*17,
19*  52:*8*  83:*8*
140:*24*  160:*22*
175:*16, 19*
community
95:*6, 21*  96:*1*
99:*14*  100:*20,
21*  101:*6, 9*
230:*16*
companies
23:*19*  190:*21*
company  36:*4*
190:*15, 19*
comparable
190:*11*
comparison
118:*25*  119:*5*
compensation
190:*10*
complain
36:*19*
complaining
215:*18*
complaint
15:*1*  156:*13*
175:*8*  215:*23*
complaints
36:*22*  166:*22*
215:*16*

complete
50:*23*  95:*2*
completely
7:*23*  56:*1*
complicated
54:*11*  66:*8*
component
52:*6*  72:*6*
84:*14*  113:*22*
114:*22*  120:*20*
133:*5*  146:*10*
components
138:*10*
computer
181:*20*
concern  33:*21*
36:*13*
concerned
15:*10, 13*
123:*19*
conclude
183:*15*
concluded
203:*18*  232:*16*
conclusion
242:*12*
conclusions
97:*18*  172:*2*
182:*23*
conclusive
86:*11*
condition  33:*2*
59:*21*  70:*2*
73:*21*  98:*2, 5*
112:*15*  157:*6*
220:*6*  221:*9*
231:*2*
conditions
14:*21*  19:*5*
86:*1, 5*  92:*4*
145:*8, 11*
149:*25*  233:*24*
234:*12*
conduct  48:*22*
216:*25*
conducted
48:*25*  106:*17*
107:*8*
confidence
172:*25*

confident  52:*3*
70:*13*  225:*4*
233:*17*
CONFIDENTI
AL  1:*15*
confidently
220:*12*
confirm  38:*19*
199:*11*
confirmed
239:*3*
conform  90:*22*
confounding
47:*2, 10*  65:*11*
75:*10*  79:*1*
confusing
188:*6*
confusion
187:*21*  236:*20*
conjunction
11:*24*  15:*2*
CONNOLLY
3:*9*
consequences
88:*8*
consider  50:*19*
126:*7*  163:*1, 2*
188:*12*  217:*3,
17*  235:*13*
considerable
123:*22*
consideration
167:*10*
considered
51:*3*  177:*9*
195:*12*  224:*17*
consistent
90:*25*  91:*9*
102:*4*  154:*12*
217:*21*  239:*7,
10, 12*
consistently
239:*9*
consultation
36:*9*
contact  157:*23*
contacted
67:*23*  158:*1*
contained
118:*5*

contend
134:*14*
content  174:*4*
context  65:*15*
continue
30:*16*  110:*14*
204:*17*
continued
11:*22*  160:*1*
continuum
33:*25*
contracted
190:*15*
contribute
65:*16*  115:*5*
120:*20*  146:*1*
contributed
149:*20*
contributing
177:*22*  220:*10*
234:*9, 14*
control  72:*18*
162:*11*
controlled
19:*5*  162:*17,
24*
controlling
72:*8*  104:*23*
conversation
109:*14*  204:*9*
conversations
45:*16*  108:*4*
204:*5*
convey  236:*22*
cool  164:*4*
240:*7*
cooling  21:*20*
57:*12*  78:*6*
cooperative
153:*21*
copied  172:*17*
copies  174:*7*
copious  94:*6*
137:*16*
copy  196:*17*
197:*4*  200:*25*
205:*18, 20*
207:*21*  227:*18*
corner  228:*15*
cornrows
159:*4*

**correct** 10:*14*
15:*10* 17:*12*
27:*6* 32:*6*
33:*8, 22* 34:*23*
35:*8, 12* 36:*5,*
*13* 37:*5, 17*
39:*19* 43:*18,*
*25* 44:*8, 19*
45:*2, 10, 23*
50:*3, 10* 51:*8,*
*20* 52:*14*
58:*18* 60:*15,*
*24* 61:*15*
63:*24* 64:*10,*
*15* 68:*6, 7*
70:*23* 73:*4, 17*
78:*16* 79:*7*
80:*6, 24* 81:*25*
86:*9, 21* 89:*12*
91:*6* 93:*7, 11*
94:*23* 96:*19,*
*20* 97:*1* 99:*21*
100:*1, 11, 15,*
*23* 101:*17*
102:*12, 17*
104:*1, 16*
106:*6* 107:*14*
108:*5* 109:*2*
114:*20* 119:*20*
122:*1* 124:*7*
134:*3* 139:*11*
149:*5* 173:*7*
174:*20* 176:*23*
186:*17* 187:*14*
189:*4* 195:*10*
206:*7, 8* 212:*6,*
*7* 213:*8* 230:*7,*
*21* 245:*5*
**corrected** 40:*7*
78:*4*
**correction**
130:*18*
**corrections**
243:*4, 7* 245:*6*
**correctly**
135:*10, 16*
140:*4*
**correlation**
87:*3*
**corroborated**
70:*21*

**corroborating**
70:*13*
**cosmetic**
22:*10* 36:*25*
37:*2*
**cost** 24:*6, 14*
190:*5*
**costume**
117:*10*
**Counsel** 2:*6,*
*11, 16, 21* 3:*7,*
*12, 17, 22* 4:*5,*
*10* 111:*9*
208:*13* 235:*20*
242:*14, 15*
**Counsel's** 7:*24*
**count** 69:*3, 9,*
*13, 17* 70:*1, 5,*
*8, 11, 22* 71:*8,*
*12* 163:*9*
228:*25*
**country** 111:*8*
240:*8*
**counts** 69:*22*
**couple** 8:*7*
9:*3* 27:*10*
69:*15* 191:*25*
192:*6, 9*
227:*19*
**course** 50:*18*
95:*20* 149:*12*
153:*18* 168:*6*
188:*7* 209:*4*
213:*20* 220:*16*
237:*4*
**COURT** 1:*1,*
*20* 7:*13* 8:*1*
204:*24* 242:*3,*
*20* 243:*20*
**cover** 22:*21*
157:*2* 161:*3,*
*13* 188:*1*
214:*17* 224:*15*
**coverage** 32:*20*
**covered** 22:*6,*
*8* 23:*17, 23*
181:*12* 232:*13*
**covers** 217:*13*
**COVID** 29:*1*
**Cox** 20:*20*

**cream** 100:*5*
**creat** 18:*25*
**create** 49:*9*
175:*6*
**created** 134:*7*
**credibility**
172:*11* 173:*15*
**criteria** 15:*18*
16:*1* 17:*8*
41:*19* 65:*22*
**criticize** 15:*20*
**CRR** 242:*18*
**cry** 214:*3*
**crying** 31:*5*
214:*6, 7*

**CULBERTSON**
3:*19*
**culmination**
144:*14*
**cumulative**
115:*19* 169:*14*
**curling** 115:*3,*
*23* 116:*8*
142:*10*
**Curriculum**
6:*3* 8:*20*
196:*20*
**cut** 62:*17*
66:*22*
**CV** 68:*1*
196:*25* 197:*10*
**cycle** 41:*5*
**cycled** 56:*17*
**cycles** 50:*24*
**cyclophosphami**
**de** 61:*20* 74:*8*
151:*23* 153:*10*
**cytotoxic**
151:*24* 152:*3*

< D >
**D.C** 3:*11*
**dad** 154:*18*
155:*2, 7*
240:*17*
**daily** 16:*17*
27:*5* 82:*6*
101:*21*
**damage** 54:*6,*
*22* 55:*2, 13*

56:*6* 88:*20*
115:*17* 159:*13,*
*21*
**damaged**
53:*23*
**damaging**
115:*19* 144:*8*
161:*8*
**darn** 40:*18*
**data** 97:*19*
144:*15* 170:*10,*
*11* 182:*20*
183:*13*
**date** 1:*19* 7:*8*
206:*19* 242:*8*
243:*9* 245:*12*
**dated** 132:*7*
242:*23*
**DAVID** 2:*18*
**DAVIS** 2:*13*
**DAWN** 2:*8*
4:*13* 124:*15*
**day** 11:*3, 3*
12:*20* 13:*3*
21:*4, 7* 164:*22*
178:*25* 184:*15,*
*16* 207:*10*
211:*4* 212:*15*
216:*15* 218:*1*
220:*16* 245:*16*
**days** 9:*3, 18*
12:*22* 13:*4, 5*
243:*16*
**day-to-day**
32:*3*
**dbarrios@bkc-l**
**aw.com** 2:*9*
**Deal** 167:*22*
**death** 172:*10,*
*23*
**decades** 97:*7*
144:*9*
**decided** 11:*19*
**decision-makin**
**g** 109:*4*
**decisions**
16:*17, 19*
**decrease** 70:*5*
144:*22*
**dedicated** 9:*19*

45:*5* 46:*1*
**deemed** 243:*19*
**Defendant**
1:*12*
**Defense** 92:*16,*
*19* 174:*1*
**defer** 89:*8*
**deficiencies**
123:*13*
**deficiency**
121:*22* 123:*4,*
*20* 145:*25*
**define** 46:*10*
**definitely**
17:*21* 52:*23*
59:*24* 70:*2, 4*
78:*24* 79:*4*
115:*11* 116:*18,*
*25* 123:*24*
145:*2* 148:*3, 4*
159:*22, 23*
178:*3* 185:*16*
236:*3* 237:*8*
**definition**
56:*22* 58:*5*
80:*18* 91:*22*
**definitively**
39:*19*
**degree** 79:*4*
84:*4* 96:*16*
112:*13* 113:*9*
114:*1, 15, 18*
115:*7, 9* 116:*7,*
*13, 16, 21*
120:*12* 121:*1*
129:*25* 130:*3*
134:*25* 141:*20,*
*23* 142:*24*
143:*4* 144:*25*
145:*10* 147:*3,*
*16, 25* 148:*18,*
*18* 149:*20*
150:*1, 8*
151:*17* 165:*24*
195:*12* 234:*17*
**degrees** 130:*8*
**delay** 94:*15*
**delivered**
200:*8*
**demarcated**
230:*2*

Confidential - Pursuant to Protective Order

demonstrated
83:20  84:5
demonstrative
178:14, 15
denied  140:9
DENNIS  4:2
density  32:21
68:22  90:20
144:23
depending
129:8  160:9
182:15  191:2,
7
depends  11:2
17:22  21:1
22:13  56:23
190:7
depo  180:13,
24
DEPONENT
5:15  7:15
245:1
deposed
175:14  191:11
192:4  224:21
deposing
243:15
Deposition
1:18  6:1, 7, 10
7:10, 17  8:12,
17  9:2  119:22
144:6  154:5
171:8, 10
172:8, 12
174:14  180:5,
16, 19, 21
181:8  184:6,
22  185:8, 10
186:16  192:6
195:10  196:19
199:4  200:19
205:4  207:16,
17, 23  209:13,
15  215:6
221:25  222:16
223:16  226:2,
5  227:9
232:12  234:20
242:12  243:3,
13, 17, 18

depositions
85:20  144:6
154:6  214:22
215:2  219:6
deps@golkow.c
om  1:25
derivations
41:7
dermato  82:22
dermatologic
46:16  139:2
dermatologist
13:24  27:14
57:19  78:11
81:16  99:6
125:11, 15
126:2
dermatologists
13:21  27:9
41:17  83:2, 13
126:4
dermatology
10:3  11:11, 20
26:4  44:11, 24
45:19  82:14,
19  83:16
125:4  211:8
212:2  228:16
dermatology-ty
pe  212:1
dermatopatholo
gic  229:2
dermatopatholo
gist  81:13, 17,
25  87:2  89:9
133:5
dermatopatholo
gists  82:9, 24
83:1, 4  237:24
dermatopatholo
gy  81:15  82:3,
6, 13, 15, 17
83:25  86:7
134:8, 15
136:21, 22
178:1  228:22
238:1
dermatoscopic
49:4  70:15
166:15  179:8

dermatoscopy
177:18
descent  33:4
52:9  98:4, 10
166:3
describe  18:2
90:17  214:9
219:23  220:4
225:15  231:2
described  30:6
32:14  53:15
87:20  90:22
92:7  117:12
132:20, 20
136:19  137:4,
8  139:20
156:20  162:23
176:11  177:25
234:2
describes
228:22
describing
57:10  60:10
61:18  213:21
description
134:18
descriptors
220:4
destroyed
55:23  56:3
69:18  70:17,
23  91:17
destroying
56:12
destruction
70:3  91:23
detailed
225:23
determine
50:14  63:1
64:21  106:18
107:9  122:18
140:17  193:14
deterred
25:12, 19
detrimental
169:12
develop  164:7
168:14
developed
144:20

developing
120:19
development
142:7
device  21:21
devoted  206:25
diabetes
175:18
diagnosed
41:25  42:8, 15
43:17  136:2
diagnoses
46:16  49:7, 8
53:17  84:24
134:20  138:6
diagnosing
65:22
diagnosis  14:3
49:10  52:3, 16
65:25  69:16
81:21  82:16,
18  83:14
84:16, 19, 20
86:10, 11, 13,
17, 25  87:8
135:4, 6, 20, 24
138:9, 12
139:14, 15
143:8, 25
144:1, 12
147:20  165:15
170:11  172:5
173:22  174:24
175:5, 23
204:12  217:1,
5, 14  219:1
220:8  225:20
229:4  232:17
233:1, 19
diagnostic
65:21  136:24
diagram
150:12, 14, 22,
24, 25  229:19
234:3
die  149:12
Diego  2:5
240:17
difference
105:9  229:15

different
11:12  17:5
31:12  35:4
46:15, 15
51:24  52:7
54:12  61:2
77:17  87:20
93:6  94:11
128:11  130:7,
8  132:18
133:22  138:21
148:14  166:5
181:25, 25
183:19  192:3
195:6  196:1
198:11  207:7
220:4, 18, 23
225:18
differential
49:10  84:18
174:24  175:5,
23  216:25
217:5, 13
220:8  225:19
232:17, 25
233:18
differently
190:22
difficult  28:17
41:22  143:25
230:23
diffuse  183:7
dinner  164:23
Diplomate
1:21  242:3, 19
direct  117:5
128:2  164:24
213:8
directing  81:9
directly  220:1
disagree  59:5
76:12  171:6
181:8  183:8
185:16, 19, 20
disagreed
133:6  180:6
186:11
disagreement
186:15
disagreements
171:13

disappointing
40:16
discomfort
21:13
discounted
25:24
discovered
12:11
discrepancy
190:21
discrete 76:6,
24 128:19
discuss 46:14,
15 63:14
82:10 101:19
104:13 114:23
163:18 179:13,
15 193:25
discussed 44:9
45:9 46:7
108:23 109:23
131:19 132:3
137:14 146:2
147:8 159:3
165:17 176:13
180:4 186:21
187:6, 13
204:2
discussing
125:3
discussion
46:4 64:1
65:15 140:14
142:21 158:20
disease 16:7
34:10, 13 40:8
60:1
dishonest
154:2
disorders 9:23
204:6
distance 71:1
distinguish
86:18 92:2
149:22
distribution
90:21 161:19
DISTRICT
1:1, 2 7:13, 14
DOCETAXEL
1:4 48:12

49:18 50:2, 9,
19 51:3, 7, 13,
19 62:1, 6, 13,
21 63:2, 8
64:4, 22 65:19
66:10 71:13
73:3, 8, 13, 16,
24 74:2, 16, 21
75:6, 13, 22, 25
76:4, 17, 21
77:13, 18
78:15, 21 79:6,
21 80:4, 23
95:5 96:17
99:7 100:22
106:19, 20
107:10 135:2
136:7 176:20
194:20 195:19
217:19 225:5
230:12 235:7,
10
Doctor 9:12
10:11, 15
12:24 17:5
30:16 38:9
39:13 57:4
67:19 77:7
91:16 102:24
104:1, 12, 15
106:4, 5 112:5
135:21 140:8
158:9, 10
167:25 200:16
203:10 205:10
207:14 209:8
239:23
doctors 24:11
100:22 103:13
157:23 175:14
215:12, 19
224:22 230:24
Document 1:7
91:7 123:16
131:11 140:5
155:18 157:15
181:21 182:13
183:5, 9, 24
184:2, 7 185:1
186:9 202:1,
10 208:11

Documents
6:6 205:5
208:12, 14
209:7
doing 16:25
21:2 22:3
24:10 25:20
83:16 121:21
149:16 165:18
166:25 173:3,
6 175:10
243:8
doubt 15:18,
25 17:7
166:23
downplay
155:13
downplayed
154:14
doxorubicin
151:23 153:10
doxycycline
72:12 129:1
164:11, 20
Dr 8:23
83:20 84:5
86:6 118:13
126:21 127:25
128:14 133:4
134:6, 7, 11, 11,
17 139:19
142:15 167:5,
6 168:5 171:5,
13, 21 172:2,
18 179:23
180:5 181:8
184:20 203:11,
14, 16 204:3
210:22 211:19
215:1 218:4
224:3 227:19
228:14 229:11
231:10, 15
237:12, 18
238:3, 3, 25
driving 105:6
drug 48:7
63:15 64:14
65:8 75:25
76:18 78:9
102:5 138:19,

21 139:1
176:2
drugs 47:16
54:6 55:2, 6,
12 56:5, 9, 20
57:6 58:2, 17
59:3 60:4, 14,
23 61:15 74:6
77:17 93:19
95:22 96:2, 24
97:3 102:11
176:21
Due 7:20
52:13 144:15
duly 9:8
242:5

< E >
earlier 73:6
128:23 130:15
131:2 132:14
137:14 165:17
201:6 216:6
221:9 224:9
229:7 232:12
early 34:12
38:7 95:12
109:3 127:6
130:18 140:25
159:21 212:15
ears 18:10
easier 213:9
easily 40:20
East 240:11
EASTERN
1:2 7:13
easy 82:25
217:23
eat 111:13
126:18, 19
economics
26:16
edges 18:15
editor 62:8
education
44:24 51:25
effect 54:9
60:25 71:17
99:9 116:5
169:14 183:11
effective 77:19

effects 74:10
77:25 101:20,
24 102:11, 22
103:1 104:13
105:1 115:19
163:17, 22, 24
165:1, 8
169:13
effluvium 41:3
50:24 93:4, 10,
18, 20, 21
94:12, 13, 15
137:15 146:19
Efudex 100:5
either 13:25
14:19 18:13
36:3 41:16
42:3 57:11
87:3 90:17
107:11 126:17
153:9 182:10
192:2 231:2
238:2
elect 25:23
electronically
197:16
elements 82:12
elevate 20:17
elevated 123:7
ELLIS 4:2
e-mailed 238:6
embarrassed
157:17 158:4,
10
embarrassment
158:13
emotional
27:13, 23 30:3
212:21 213:23
216:7, 9
emotionally
28:12, 22 30:8,
25
employed
106:9
employee
242:13, 15
empty 164:13
encompassing
99:15 101:6
230:17

Confidential - Pursuant to Protective Order

encourage 162:12 163:3 164:15
ended 240:18
endocrine 47:17 59:24 75:4, 19 137:23 138:19 166:19 233:3, 7, 15
endocrine-induced 177:20
Energy 3:16
enhancement 118:14, 19
enhancements 119:24
enlarged 164:8
enormous 210:7
ensure 7:22
enter 19:14, 24
entire 174:2 215:10
entirely 60:19
entitled 45:4 102:15
entity 176:11
episodes 146:19
equally 17:19
ergonomically 20:17
ERRATA 5:14 243:6, 9, 11, 15 244:1 245:7
erroneously 167:6
esophageal 164:18
esophagus 164:17
especially 17:11 29:16 37:23 59:23 61:8 179:1 215:25
ESQUIRE 2:2, 3, 8, 13, 19 3:2,

3, 4, 9, 14, 19 4:2, 7
Essentially 35:9 85:23 92:24 134:17 141:25
establish 74:16 80:20
established 57:19 61:3 73:13 79:17 96:17, 22 139:2 149:18 152:16 153:3 176:20 235:5, 6, 10
estimate 212:10
estrogen 169:16, 21 233:11
evaluate 48:21 82:5
evaluated 191:8 192:16 195:6
evaluating 49:22 84:21
evaluation 132:11 194:25
EVAN 3:3
everybody 127:5, 9 213:9
evidence 74:15 81:4 133:3, 12 143:18 144:3 145:22 147:15 148:24 162:5 220:20
evolution 45:18
exact 54:9 165:21 183:14
exactly 25:6 27:18 63:14 65:3 219:21
exam 32:24 70:14, 15, 21 82:19 166:15

EXAMINATION 5:8 9:10 38:17 43:7 48:23 123:12 140:10 153:15 210:19 213:5, 16 239:21 242:4
examined 71:1 83:24
example 133:25 145:21 206:6 217:10 222:1
examples 28:19 30:5, 22 31:13
Excellent 77:12 205:2
exception 226:15
excerpts 177:10
excision 18:19
excited 11:14
exclusion 86:14 135:4, 7, 21, 24 237:6
exclusively 9:19 98:3, 9
exhaustive 171:4
exhibit 189:24 196:18, 19, 24 197:9, 11, 17 199:4, 8, 11 200:17, 19, 23 204:23 205:4, 9 206:10 207:16, 22 208:10 209:13, 19, 21 213:4, 9 214:22 222:10, 16, 23, 24 224:12 225:7 227:9, 16, 16, 20 228:6 230:4 235:17, 18, 22 236:14, 17 237:7, 7 238:14, 18

EXHIBITS 6:1 177:5 196:14 199:16, 22 200:4, 5, 9 210:9 235:17
exist 46:8 86:24 107:7 149:3, 5
existing 191:5
exists 46:23 86:20 112:15 186:1 218:4
exogenous 54:2
expect 71:10 165:12, 13
expectations 104:23 232:10
expediency 232:23
experience 17:10 20:3 26:7 52:1 64:13 73:19 83:12 96:1 99:23 102:8 103:23 104:25 107:21, 22 109:18 121:19 144:22 152:23 153:5 168:12 173:6, 10 195:18
experienced 109:18
experiences 225:3
Expert 6:4 57:19 68:2, 6 74:20 78:13 79:5 101:16, 17 103:24 104:15 106:5, 15 151:13 172:19 173:5, 10 174:8 184:22 191:16 199:5 235:23 237:11, 17
expertise 126:11

experts 174:1 182:16, 22 183:1
Expires 242:22 245:17
explain 39:5 143:9 159:18 175:2 187:25 234:5
explaining 47:20 145:18 179:2
explanation 38:13 39:2 69:12
explanations 175:7 225:23
explore 72:19 107:17 108:2
explored 72:3
exposed 11:11 59:7
exposure 54:1 59:9 89:1 137:11 139:1 164:24
express 187:2 213:25
extensions 116:1, 20, 22 130:24 131:18, 23 142:11 159:5 160:4, 4, 6
extensive 204:9
extent 16:21 23:13 28:14 32:9, 18 39:1 43:8 46:18 53:23 54:15, 22 80:15 82:1 85:10 143:24 149:1 159:20 168:16 169:24 176:5 183:6 191:19
extreme 29:14
Extremely 215:7
eye 22:13 33:18