UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates to:**<br>*Wanda Stewart v. Sandoz Inc.*<br>Civil Case No. 2:17-cv-10817 | MDL No. 2740<br><br>Section: N(5)<br><br>JUDGE JANE TRICHE MILAZZO<br><br>MAG. JUDGE NORTH |

**SANDOZ INC.'S *EX PARTE* MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBIT A TO ITS OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE SELECT OPINIONS OF DEFENSE EXPERT NICOLE ROGERS, M.D.**

For the reasons set forth in the accompanying Memorandum in Support, Defendant Sandoz Inc. respectfully requests leave of Court to file under seal Exhibit A to its Opposition to Plaintiff's Motion to Exclude Select Opinions of Defense Expert Nicole Rogers, M.D.

Dated: December 11, 2020

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

*/s/ Lori G. Cohen*
Lori G. Cohen
R. Clifton Merrell
Evan C. Holden
Terminus 200
3333 Piedmont Road, N.E., Suite 2500
Atlanta, Georgia 30305
(678) 553-2100
(678) 553-2386 (facsimile)
CohenL@gtlaw.com
MerrellC@gtlaw.com
HoldenE@gtlaw.com

*Attorneys for Sandoz Inc.*

1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 11, 2020, a copy of the foregoing document was served on all counsel of record via CM/ECF.

                                          */s/ Lori G. Cohen*
                                          Lori G. Cohen