**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2740** |
| | **Section:  N(5)** |
| **This Document Relates to:** *Wanda Stewart v. Sandoz Inc.* **Civil Case No. 2:17-cv-10817** | **JUDGE JANE TRICHE MILAZZO** |
| | **MAG. JUDGE NORTH** |

## <u>ORDER</u>

Considering the Motion for Leave to File Under Seal Exhibit A to the Opposition to Plaintiff's Motion to Exclude Select Opinions of Defense Expert Nicole Rogers, M.D. (Rec. Doc. 11652);

**IT IS HEREBY ORDERED** that said Motion is **GRANTED**, and that the Clerk of Court shall file Exhibit A to the motion (Rec. Doc. 11652) UNDER SEAL.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE