UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>*Susan Kochman vs. Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.*<br><br>Civil Action No.: 2:17-cv-14051 | PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT |

**NOW COMES** Plaintiff Susan Kochman, by and through counsel, who respectfully brings this Motion pursuant to 15(a)(2) of the Federal Rules of Civil Procedure and Pretrial Order No. 37A. Plaintiff seeks leave of Court to file an Amended Short Form Complaint, as attached hereto as Exhibit A, and amend the complaint to include Sandoz Inc. as additional defendants for the reasons set forth in Plaintiff's Memorandum filed in support of this Motion and incorporated herein.

1

Dated this 11th day of December, 2020

Respectfully submitted,

STUEVE SIEGEL HANSON LLP
*/s/Todd E. Hilton*
Todd E. Hilton (SBN 51388)
Abby E. McClellan (SBN 66069)
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: (816) 714-7100
Fax: (816) 714-7101
Email:
hilton@stuevesiegel.com
mcclellan@stuevesiegel.com

**Attorneys for Plaintiff**

## CERTIFICATE OF CONFERENCE

I certify that I attempted to obtain the consent of counsel for Defendants Hospira and Sandoz to file this Motion for Leave to File Amended Complaint pursuant to Pretrial Order No. 37A. Defendant did not respond thus this motion is considered unopposed

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                */s/Todd E. Hilton*
                                                Todd E. Hilton (SBN 51388)
                                                STUEVE SIEGEL HANSON LLP

                                                ***Attorneys for Plaintiff***