UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>*Susan Kochman vs. Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.*<br><br>Civil Action No.: 2:17-cv-14051 | PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO AMEND COMPLAINT |

    Plaintiff Susan Kochman, by and through undersigned counsel, respectfully moves the Court for leave to amend her Short Form Complaint and states the following in support of such Motion:

    On or about December 1, 2017, Plaintiff filed her initial Short Form Complaint against Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. (collectively, "Hospira"). Subsequent to the filing of her initial Short Form Complaint, Plaintiff discovered that Sandoz, Inc. was also one of the manufacturers of the Taxotere (docetaxel) that she received in addition to that of already named Defendant "Hospira." This determination was made after thorough review of "National Drug Code (NDCs) numbers in Plaintiff's medical records" received on or about September 9, 2020 from Plaintiff's infusion facility in response to records requests from Plaintiff and Plaintiff's counsel. After receiving such information, Plaintiff's counsel reasonably and diligently continued to research and investigate this new information regarding a new potential defendant in this matter and confirm the accuracy of such. Immediately after having done such, Plaintiff's counsel contacted counsel for Hospira and

Sandoz to determine if they would stipulate to, or if they otherwise opposed, Plaintiff's motion for leave to amend Plaintiff's Complaint under these circumstances. Plaintiff's counsel has never heard back from Hospira's counsel or Sandoz's counsel and, thus, this motion for leave to amend is unopposed.

Plaintiff, therefore, seeks leave of Court to amend the initial Short Form Complaint to add Sandoz, Inc. in addition to the already named Hospira Defendants. Plaintiff's proposed Amended Short Form Complaint is attached hereto as Exhibit A.

WHEREFORE, Plaintiffs hereby respectfully request this Honorable Court grant leave to file Plaintiff's proposed Amended Short Form Complaint.

Dated this 11th day of December, 2020

Respectfully submitted,

STUEVE SIEGEL HANSON LLP
*/s/Todd E. Hilton*
Todd E. Hilton (SBN 51388)
Abby E. McClellan (SBN 66069)
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: (816) 714-7100
Fax: (816) 714-7101
Email:
hilton@stuevesiegel.com
mcclellan@stuevesiegel.com

***Attorneys for Plaintiff***

## CERTIFICATE OF CONFERENCE

      I certify that I attempted to obtain the consent of counsel for Defendants Hospira and Sandoz to file this Motion for Leave to File Amended Complaint pursuant to Pretrial Order No. 37A. Defendant did not respond thus this motion is considered unopposed.

## CERTIFICATE OF SERVICE

      I hereby certify that on December 11, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

      */s/Todd E. Hilton*
      Todd E. Hilton (SBN 51388)
      STUEVE SIEGEL HANSON LLP

      ***Attorneys for Plaintiff***