UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

**THIS DOCUMENT RELATES TO:**
*Stewart v. Sandoz Inc.,* 2:17-cv-10817

### [PROPOSED] ORDER

### *EX PARTE* MOTION OF PSC FOR LEAVE TO FILE PLAINTIFF STEWART'S OPPOSITION TO DEFENDANT SANDOZ'S MOTION TO EXCLUDE EXPERT TESTIMONY OF DAVID ROSS, M.D., PH.D., M.B.I. AND EXHIBIT 1 TO PLAINTIFF'S OPPOSITION UNDER SEAL

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Plaintiff Stewart's Opposition to Defendant Sandoz's Motion to Exclude Expert Testimony of David Ross, M.D., Ph.D., M.B.I. and Exhibit 1 to her Opposition under seal, Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file Plaintiff Stewart's Opposition to Defendant Sandoz's Motion to Exclude Expert Testimony of David Ross, M.D., Ph.D., M.B.I. and Exhibit 1 to her Opposition under seal UNDER SEAL.

New Orleans, Louisiana, this ___ of December, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE