UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO Wanda Stewart, Case No. 2:17-cv-10817 | |

**[PROPOSED] ORDER**

***EX PARTE* MOTION OF PSC FOR LEAVE TO FILE PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT SANDOZ INC.'S MOTION TO EXCLUDE OR LIMIT OPINIONS OF DR. DAVID MADIGAN UNDER SEAL**

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Plaintiff's Memorandum in Opposition to Defendant Sandoz Inc.'s Motion to Exclude or Limit Opinions of Dr. David Madigan Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file Plaintiff's Memorandum in Opposition to Defendant Sandoz Inc.'s Motion to Exclude or Limit Opinions of Dr. David Madigan UNDER SEAL in its entirety.

New Orleans, Louisiana, this ___ of December, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

1