UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO:
*Hughes v. Accord Healthcare, Inc.,* 2:17-cv-11769

**[PROPOSED] ORDER**

***EX PARTE* MOTION OF PSC FOR LEAVE TO FILE PLAINTIFF HUGHES' OPPOSITION TO DEFENDANT ACCORD'S MOTION TO EXCLUDE EXPERT TESTIMONY OF DAVID ROSS, M.D., PH.D., M.B.I. AND EXHIBITS TO PLAINTIFF'S OPPOSITION UNDER SEAL**

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Plaintiff Hughes' Opposition to Defendant Accord's Motion to Exclude Expert Testimony of David Ross, M.D., Ph.D., M.B.I. and exhibits to her Opposition under seal, Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file Plaintiff Hughes' Opposition to Defendant Accord's Motion to Exclude Expert Testimony of David Ross, M.D., Ph.D., M.B.I. and exhibits 1 through 5 to her Opposition under seal UNDER SEAL.

New Orleans, Louisiana, this ___ of December, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE