UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO Wanda Stewart, Case No. 2:17-cv-10817 | |

**[PROPOSED] ORDER**

***EX PARTE* MOTION OF PSC FOR LEAVE TO FILE PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO EXCLUDE OR LIMIT OPINIONS OF DR. VESNA PETRONIC-ROSIC UNDER SEAL**

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Plaintiff's Memorandum in Opposition to Defendant's Motion to Exclude or Limit Opinions of Dr. Vesna Petronic-Rosic Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file Plaintiff's Memorandum in Opposition to Defendant's Motion to Exclude or Limit Opinions of Dr. Vesna Petronic-Rosic UNDER SEAL in its entirety.

New Orleans, Louisiana, this ___ of December, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

1