UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO:
*Hughes v. Accord Healthcare, Inc.,* **2:17-cv-11769**

### [PROPOSED] ORDER

### *EX PARTE* MOTION OF PSC FOR LEAVE TO FILE PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT ACCORD HEALTHCARE INC.'S MOTION TO EXCLUDE EXPERT TESTIMONY OF DAVID MADIGAN, PH.D. AND EXHIBITS TO PLAINTIFF'S OPPOSITION UNDER SEAL

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Plaintiff's Memorandum in Opposition to Defendant Accord Healthcare, Inc.'s Motion to Exclude Expert Testimony of David Madigan, Ph.D. and exhibits to her Opposition under seal, Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file Plaintiff's Memorandum in Opposition to Defendant Accord Healthcare, Inc.'s Motion to Exclude Expert Testimony of David Madigan, Ph.D. and exhibits 1 through 3 to her Opposition under seal UNDER SEAL.

New Orleans, Louisiana, this ___ of December, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE