UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
Wanda Stewart, Case No. 2:17-cv-10817

### *EX PARTE* MOTION OF PSC FOR LEAVE TO FILE PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO EXCLUDE OR LIMIT OPINIONS OF DR. ELLEN G. FEIGAL UNDER SEAL

NOW INTO COURT comes Plaintiff, through the Plaintiffs' Steering Committee ("PSC"), who respectfully requests leave of Court to file Plaintiff's Response in Opposition to Defendant's Motion to Exclude or Limit Opinions of Dr. Ellen G. Feigal under seal. For the reasons set forth in the attached Memorandum in Support, the PSC respectfully submits that, pursuant to the Stipulated Protective Order (Pretrial Order No. 50) entered in this matter, Plaintiffs' Opposition should be filed under seal in its entirety.

WHEREFORE, Plaintiff prays that this Motion be granted, and Plaintiff's Response in Opposition to Defendant's Motion to Exclude or Limit Opinions of Dr. Ellen G. Feigal be filed UNDER SEAL.

Dated: December 11, 2020          Respectfully submitted,

*/s/ Christopher L. Coffin*          */s/ Karen B. Menzies*
Christopher L. Coffin (#27902)          Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.          GIBBS LAW GROUP LLP
1100 Poydras Street, Suite 2505          6701 Center Drive West, Suite 1400
New Orleans, Louisiana 70163          Los Angeles, California 90045
Phone: (504) 355-0086          Telephone: 510-350-9700
Fax: (504) 355-0089          Facsimile: 510-350-9701
ccoffin@pbclawfirm.com          kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*          *Plaintiffs' Co-Lead Counsel*

/s/*M. Palmer Lambert*  
M. Palmer Lambert (#33228)  
GAINSBURGH BENJAMIN DAVID  
MEUNIER & WARSHAUER, LLC  
2800 Energy Centre, 1100 Poydras Street  
New Orleans, LA 70163-2800  
Phone: 504-522-2304  
Fax: 504-528-9973  
plambert@gainsben.com  

*Plaintiffs' Co-Liaison Counsel*

/s/*Dawn M. Barrios*  
Dawn M. Barrios (#2821)  
BARRIOS, KINGSDORF & CASTEIX, LLP  
701 Poydras Street, Suite 3650  
New Orleans, LA 70139  
Phone: 504-524-3300  
Fax: 504-524-3313  
barrios@bkc-law.com  

*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews  
Andrews & Thornton  
4701 Von Karman Ave., Suite 300  
Newport Beach, CA 92660  
Phone: (800) 664-1734  
aa@andrewsthornton.com  

J. Kyle Bachus  
Bachus & Schanker, LLC  
101 W Colfax Ave, Suite 650  
Denver, CO 80202  
Phone: (303) 222-2222  
Fax: (303) 893-9900  
kyle.bachus@coloradolaw.net  

Lawrence J. Centola, III  
Martzell, Bickford & Centola  
338 Lafayette Street  
New Orleans, LA 70130  
Phone: (504) 581-9065  
Fax: (504) 581-7635  
lcentola@mbfirm.com  

Christopher L. Coffin  
Pendley, Baudin & Coffin, L.L.P.  
1100 Poydras Street, Suite 2505  
New Orleans, Louisiana 70163  
Phone: (504) 355-0086  
Fax: (504) 355-0089  
ccoffin@pbclawfirm.com  

Abby E. McClellan  
Stueve Siegel Hanson LLP  
460 Nichols Road, Suite 200  
Kansas City, MO 64112  
Phone: (816) 714-7100  
Fax: (816) 714-7101  
mcclellan@stuevesiegel.com  

Karen Barth Menzies  
Gibbs Law Group LLP  
6701 Center Drive West, Suite 1400  
Los Angeles, CA 90045 Phone: 510-350-9700  
Fax: 510-350-9701  
kbm@classlawgroup.com  

David F. Miceli  
David F. Miceli, LLC  
P.O. Box 2519  
Carrollton, GA 30112  
Phone: (404) 915-8886  
dmiceli@miceli-law.com  

Andre M. Mura  
Gibbs Law Group LLP  
505 14th Street Suite 1110  
Oakland, CA 94612  
Phone: (510) 350-9717  
Fax: (510) 350-9701  
amm@classlawgroup.com

| | |
|---|---|
| Alexander G. Dwyer<br>Kirkendall Dwyer LLP<br>440 Louisiana, Suite 1901<br>Houston, TX 77002<br>Phone: (713) 522-3529<br>Fax: (713) 495-2331<br>adwyer@kirkendalldwyer.com | Rand P. Nolen<br>Fleming, Nolen & Jez, L.L.P.<br>2800 Post Oak Blvd., Suite 4000<br>Houston, TX 77056<br>Phone: (713) 621-7944<br>Fax: (713) 621-9638<br>rand_nolen@fleming-law.com |
| John Gomez<br>The Gomez Law Firm, PLLC<br>655 West Broadway, Suite 1700<br>San Diego, CA 92101<br>Phone: (619) 237.3490<br>Fax: 619.237.3496.<br>john@thegomezfirm.com | Jessica Perez Reynolds<br>Pendley, Baudin & Coffin<br>P.O. Drawer 71<br>24110 Eden Street<br>Plaquemine, LA 70765<br>Phone: (225) 687-6396<br>Fax: (225) 687-6398<br>jperez@pbclawfirm.com |
| Emily C. Jeffcott<br>Morgan & Morgan<br>700 S. Palafox Street, Suite 95<br>Pensacola, FL 32505<br>Phone: (850) 316-9074<br>Fax: (850) 316-9079<br>ejeffcott@forthepeople.com | Darin L. Schanker<br>Bachus Schanker<br>101 W Colfax Ave, Suite 650<br>Denver, CO 80202<br>Phone: (303) 222-2222<br>Fax: (303) 893-9900<br>dls@coloradolaw.net |
| Andrew Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904 15058 River Road<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>andrew@lemmonlawfirm.com | Hunter J. Shkolnik<br>Napoli Shkolnik PLLC<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>Phone: (212) 397-1000<br>hunter@napolilaw.com |
| Daniel P. Markoff<br>Atkins & Markoff Law Firm<br>9211 Lake Hefner Parkway, Suite 104<br>Oklahoma City, OK 73120<br>Phone: (405) 607-8757<br>Fax: (405) 607-8749<br>dmarkoff@atkinsandmarkoff.com | Zachary Wool<br>Barrios Kingsdorf & Casteix, LLP<br>701 Poydras Street, Suite 3650<br>New Orleans, LA 70139<br>Phone: (504) 524-3300<br>Fax: (504) 524-3313<br>zwool@bkc-law.com |

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

>  /s/ M. Palmer Lambert
>  M. PALMER LAMBERT