UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO:
*Wanda Stewart v. Sandoz Inc.*
Case No. 2:17-cv-10817

### *EX PARTE* MOTION OF PSC FOR LEAVE TO FILE PLAINTIFF STEWART'S OPPOSITION TO SANDOZ'S MOTION FOR SUMMARY JUDGMENT ON SPECIFIC CAUSATION AND LEARNED INTERMEDIARY GROUNDS UNDER SEAL

NOW INTO COURT, comes Plaintiff, through the Plaintiffs' Steering Committee ("PSC"), who respectfully requests leave of Court to file Plaintiff Stewart's Opposition to Sandoz's Motion for Summary Judgment on Specific Causation and Learned Intermediary Grounds under seal. For the reasons set forth in the attached Memorandum in Support, the PSC respectfully submits that, pursuant to the Stipulated Protective Order (Pretrial Order No. 50) entered in this matter, Plaintiff's Opposition should be filed under seal in its entirety.

WHEREFORE, Plaintiff prays that this Motion be granted, and Plaintiff Stewart's Opposition to Sandoz's Motion for Summary Judgment on Specific Causation and Learned Intermediary Grounds be filed UNDER SEAL.

Dated: December 11, 2020                    Respectfully submitted,

/s/ Christopher L. Coffin                   /s/ Karen B. Menzies
Christopher L. Coffin (#27902)              Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.            GIBBS LAW GROUP LLP
1100 Poydras Street, Suite 2505             6701 Center Drive West, Suite 1400
New Orleans, Louisiana 70163                Los Angeles, California 90045
Phone: (504) 355-0086                       Telephone: 510-350-9700
Fax: (504) 355-0089                         Facsimile: 510-350-9701
ccoffin@pbclawfirm.com                      kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*               *Plaintiffs' Co-Lead Counsel*

/s/M. Palmer Lambert                        /s/Dawn M. Barrios
M. Palmer Lambert (#33228)                  Dawn M. Barrios (#2821)
GAINSBURGH BENJAMIN DAVID                   BARRIOS, KINGSDORF & CASTEIX, LLP
MEUNIER & WARSHAUER, LLC                    701 Poydras Street, Suite 3650
2800 Energy Centre, 1100 Poydras Street     New Orleans, LA 70139
New Orleans, LA 70163-2800                  Phone: 504-524-3300
Phone: 504-522-2304                         Fax: 504-524-3313
Fax: 504-528-9973                           barrios@bkc-law.com
plambert@gainsben.com
                                            *Plaintiffs' Co-Liaison Counsel*
*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews                                Abby E. McClellan
Andrews & Thornton                          Stueve Siegel Hanson LLP
4701 Von Karman Ave., Suite 300             460 Nichols Road, Suite 200
Newport Beach, CA 92660                     Kansas City, MO 64112
Phone: (800) 664-1734                       Phone: (816) 714-7100
aa@andrewsthornton.com                      Fax: (816) 714-7101
                                            mcclellan@stuevesiegel.com

J. Kyle Bachus                              Karen Barth Menzies
Bachus & Schanker, LLC                      Gibbs Law Group LLP
101 W Colfax Ave, Suite 650                 6701 Center Drive West, Suite 1400
Denver, CO 80202                            Los Angeles, CA 90045 Phone:
Phone: (303) 222-2222                       510-350-9700
Fax: (303) 893-9900                         Fax: 510-350-9701
kyle.bachus@coloradolaw.net                 kbm@classlawgroup.com

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

John Gomez
The Gomez Law Firm, PLLC
655 West Broadway, Suite 1700
San Diego, CA 92101
Phone: (619) 237.3490
Fax: 619.237.3496.
john@thegomezfirm.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, FL 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Andre M. Mura
Gibbs Law Group LLP
505 14th Street Suite 1110
Oakland, CA 94612
Phone: (510) 350-9717
Fax: (510) 350-9701
amm@classlawgroup.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Jessica Perez Reynolds
Pendley, Baudin & Coffin
P.O. Drawer 71
24110 Eden Street
Plaquemine, LA 70765
Phone: (225) 687-6396
Fax: (225) 687-6398
jperez@pbclawfirm.com

Darin L. Schanker
Bachus & Schanker, LLC
101 W Colfax Ave, Suite 650
Denver, CO 80202
Phone: (303) 222-2222
Fax: (303) 893-9900
dls@coloradolaw.net

| | |
|---|---|
| Andrew Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904 15058 River Road<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>andrew@lemmonlawfirm.com | Hunter J. Shkolnik<br>Napoli Shkolnik PLLC<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>Phone: (212) 397-1000<br>hunter@napolilaw.com |
| Daniel P. Markoff<br>Atkins & Markoff Law Firm<br>9211 Lake Hefner Parkway, Suite 104<br>Oklahoma City, OK 73120<br>Phone: (405) 607-8757<br>Fax: (405) 607-8749<br>dmarkoff@atkinsandmarkoff.com | Zachary Wool<br>Barrios Kingsdorf & Casteix, LLP<br>701 Poydras Street, Suite 3650<br>New Orleans, LA 70139<br>Phone: (504) 524-3300<br>Fax: (504) 524-3313<br>zwool@bkc-law.com |

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

            */s/ Dawn M. Barrios*
            DAWN M. BARRIOS