UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Wanda Stewart v. Sandoz Inc.* Case No. 2:17-cv-10817 | |

**[PROPOSED] ORDER**

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Plaintiff Stewart's Opposition to Sandoz's Motion for Summary Judgment on Specific Causation and Learned Intermediary Grounds Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file Plaintiff Stewart's Opposition to Sandoz's Motion for Summary Judgment on Specific Causation and Learned Intermediary Grounds UNDER SEAL in its entirety.

New Orleans, Louisiana, this ___ of _____, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE