UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO:
*Hughes v. Accord Healthcare, Inc.,* 2:17-cv-11769

## NOTICE OF REQUEST TO FILE UNDER SEAL AND MANUAL ATTACHMENT

Plaintiff, through the Plaintiffs' Steering Committee ("PSC"), who respectfully hereby provide notice of the request to file under seal and manual attachment of the pleadings listed below, pursuant to Local Rule 5.6:

1. Plaintiff's Memorandum in Opposition to Defendant Accord Healthcare Inc.'s Motion to Exclude Expert Testimony of Vesna Petronic-Rosic, M.D., M.Sc., M.B.A.;

2. Exhibit 1 to Plaintiff's Memorandum in Opposition to Defendant Accord Healthcare Inc.'s Motion to Exclude Expert Testimony of Vesna Petronic-Rosic, M.D., M.Sc., M.B.A.;

3. Exhibit 2 to Plaintiff's Memorandum in Opposition to Defendant Accord Healthcare Inc.'s Motion to Exclude Expert Testimony of Vesna Petronic-Rosic, M.D., M.Sc., M.B.A.;

4. Exhibit 3 to Plaintiff's Memorandum in Opposition to Defendant Accord Healthcare Inc.'s Motion to Exclude Expert Testimony of Vesna Petronic-Rosic, M.D., M.Sc., M.B.A.;

5. Exhibit 4 to Plaintiff's Memorandum in Opposition to Defendant Accord Healthcare Inc.'s Motion to Exclude Expert Testimony of Vesna Petronic-Rosic, M.D., M.Sc., M.B.A.;

6. Exhibit 5 to Plaintiff's Memorandum in Opposition to Defendant Accord Healthcare Inc.'s Motion to Exclude Expert Testimony of Vesna Petronic-Rosic, M.D., M.Sc., M.B.A.;

7. Exhibit 6 to Plaintiff's Memorandum in Opposition to Defendant Accord Healthcare Inc.'s Motion to Exclude Expert Testimony of Vesna Petronic-Rosic, M.D., M.Sc., M.B.A.;

8. Exhibit 7 to Plaintiff's Memorandum in Opposition to Defendant Accord Healthcare Inc.'s Motion to Exclude Expert Testimony of Vesna Petronic-Rosic, M.D., M.Sc., M.B.A.;

9. Exhibit 8 to Plaintiff's Memorandum in Opposition to Defendant Accord Healthcare Inc.'s Motion to Exclude Expert Testimony of Vesna Petronic-Rosic, M.D., M.Sc., M.B.A.;

10. Exhibit 9 to Plaintiff's Memorandum in Opposition to Defendant Accord Healthcare Inc.'s Motion to Exclude Expert Testimony of Vesna Petronic-Rosic, M.D., M.Sc., M.B.A.;

11. Exhibit 10 to Plaintiff's Memorandum in Opposition to Defendant Accord Healthcare Inc.'s Motion to Exclude Expert Testimony of Vesna Petronic-Rosic, M.D., M.Sc., M.B.A.; and

12. Exhibit 11 to Plaintiff's Memorandum in Opposition to Defendant Accord Healthcare Inc.'s Motion to Exclude Expert Testimony of Vesna Petronic-Rosic, M.D., M.Sc., M.B.A.

On Friday, December 11, 2020, undersigned counsel will electronically mail the above-referenced pleadings to the Court.

Dated: December 11, 2020                Respectfully submitted,

/s/ Christopher L. Coffin               /s/ Karen B. Menzies
Christopher L. Coffin (#27902)          Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.        GIBBS LAW GROUP LLP
1100 Poydras Street, Suite 2505         6701 Center Drive West, Suite 1400
New Orleans, Louisiana 70163            Los Angeles, California 90045
Phone: (504) 355-0086                   Telephone: 510-350-9700
Fax: (504) 355-0089                     Facsimile: 510-350-9701
ccoffin@pbclawfirm.com                  kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*           *Plaintiffs' Co-Lead Counsel*

/s/M. Palmer Lambert                    /s/Dawn M. Barrios
M. Palmer Lambert (#33228)              Dawn M. Barrios (#2821)
GAINSBURGH BENJAMIN DAVID               BARRIOS, KINGSDORF & CASTEIX, LLP
MEUNIER & WARSHAUER, LLC                701 Poydras Street, Suite 3650
2800 Energy Centre, 1100 Poydras Street New Orleans, LA 70139
New Orleans, LA 70163-2800              Phone: 504-524-3300
Phone: 504-522-2304                     Fax: 504-524-3313
Fax: 504-528-9973                       barrios@bkc-law.com
plambert@gainsben.com

                                        *Plaintiffs' Co-Liaison Counsel*

*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews                            Abby E. McClellan
Andrews & Thornton                      Stueve Siegel Hanson LLP
4701 Von Karman Ave., Suite 300         460 Nichols Road, Suite 200
Newport Beach, CA 92660                 Kansas City, MO 64112
Phone: (800) 664-1734                   Phone: (816) 714-7100
aa@andrewsthornton.com                  Fax: (816) 714-7101
                                        mcclellan@stuevesiegel.com

J. Kyle Bachus                          Karen Barth Menzies
Bachus & Schanker, LLC                  Gibbs Law Group LLP
101 W Colfax Ave, Suite 650             6701 Center Drive West, Suite 1400
Denver, CO 80202                        Los Angeles, CA 90045
Phone: (303) 222-2222                   Phone: 510-350-9700
Fax: (303) 893-9900                     Fax: 510-350-9701
kyle.bachus@coloradolaw.net             kbm@classlawgroup.com

Lawrence J. Centola, III  
Martzell, Bickford & Centola  
338 Lafayette Street  
New Orleans, LA 70130  
Phone: (504) 581-9065  
Fax: (504) 581-7635  
lcentola@mbfirm.com  

Christopher L. Coffin  
Pendley, Baudin & Coffin, L.L.P.  
1100 Poydras Street, Suite 2505  
New Orleans, Louisiana 70163  
Phone: (504) 355-0086  
Fax: (504) 355-0089  
ccoffin@pbclawfirm.com  

Alexander G. Dwyer  
Kirkendall Dwyer LLP  
440 Louisiana, Suite 1901  
Houston, TX 77002  
Phone: (713) 522-3529  
Fax: (713) 495-2331  
adwyer@kirkendalldwyer.com  

John Gomez  
The Gomez Law Firm, PLLC  
655 West Broadway, Suite 1700  
San Diego, CA 92101  
Phone: (619) 237.3490  
Fax: 619.237.3496.  
john@thegomezfirm.com  

Emily C. Jeffcott  
Morgan & Morgan  
700 S. Palafox Street, Suite 95  
Pensacola, FL 32505  
Phone: (850) 316-9074  
Fax: (850) 316-9079  
ejeffcott@forthepeople.com  

David F. Miceli  
David F. Miceli, LLC  
P.O. Box 2519  
Carrollton, GA 30112  
Phone: (404) 915-8886  
dmiceli@miceli-law.com  

Andre M. Mura  
Gibbs Law Group LLP  
505 14th Street Suite 1110  
Oakland, CA 94612  
Phone: (510) 350-9717  
Fax: (510) 350-9701  
amm@classlawgroup.com  

Rand P. Nolen  
Fleming, Nolen & Jez, L.L.P.  
2800 Post Oak Blvd., Suite 4000  
Houston, TX 77056  
Phone: (713) 621-7944  
Fax: (713) 621-9638  
rand_nolen@fleming-law.com  

Jessica Perez Reynolds  
Pendley, Baudin & Coffin  
P.O. Drawer 71  
24110 Eden Street  
Plaquemine, LA 70765  
Phone: (225) 687-6396  
Fax: (225) 687-6398  
jperez@pbclawfirm.com  

Darin L. Schanker  
Bachus Schanker  
101 W Colfax Ave, Suite 650  
Denver, CO 80202  
Phone: (303) 222-2222  
Fax: (303) 893-9900  
dls@coloradolaw.net

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904 15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@atkinsandmarkoff.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Zachary Wool
Barrios Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
zwool@bkc-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ M. Palmer Lambert
M. Palmer Lambert