UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)             MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                                    SECTION "H" (5)

THIS DOCUMENT RELATES TO:
*Hughes v. Accord Healthcare, Inc.,* **2:17-cv-11769**

## [PROPOSED] ORDER

### *EX PARTE* MOTION OF PSC FOR LEAVE TO FILE PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT ACCORD HEALTHCARE INC.'S MOTION TO EXCLUDE EXPERT TESTIMONY OF VESNA PETRONIC-ROSIC, M.D., M.SC., M.B.A. AND EXHIBITS TO PLAINTIFF'S OPPOSITION UNDER SEAL

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Plaintiff's Memorandum in Opposition to Defendant Accord Healthcare, Inc.'s Motion to Exclude Expert Testimony of Vesna Petronic-Rosic, M.D., M.Sc., M.B.A. and exhibits to her Opposition under seal, Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file Plaintiff's Memorandum in Opposition to Defendant Accord Healthcare, Inc.'s Motion to Exclude Expert Testimony of Vesna Petronic-Rosic, M.D., M.Sc., M.B.A. and exhibits 1 through 11 to her Opposition under seal UNDER SEAL.

New Orleans, Louisiana, this ____ of December, 2020.

                                         _____
                                         HON. JANE TRICHE MILAZZO
                                         UNITED STATES DISTRICT JUDGE