UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO:
*Stewart v. Sandoz Inc.,* 2:17-cv-10817

### [PROPOSED] ORDER

### *EX PARTE* MOTION OF PSC FOR LEAVE TO FILE PLAINTIFF STEWART'S OPPOSITION TO DEFENDANT SANDOZ'S MOTION FOR SUMMARY JUDGMENT ON PREEMPTION GROUNDS AND EXHIBITS TO PLAINTIFF'S OPPOSITION UNDER SEAL

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Plaintiff Stewart's Opposition to Defendant Sandoz's Motion for Summary Judgment on Preemption Grounds and exhibits to her Opposition under seal, Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file Plaintiff Stewart's Opposition to Defendant Sandoz's Motion for Summary Judgment on Preemption Grounds and exhibits to her Opposition under seal UNDER SEAL.

New Orleans, Louisiana, this ___ of December, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE