**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                              MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                         SECTION "H" (5)

THIS DOCUMENT RELATES TO
*Hughes v. Accord Healthcare, Inc.*, 2:17-cv-11769

### [PROPOSED] ORDER

### *EX PARTE* MOTION OF PSC FOR LEAVE TO FILE PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT, ACCORD HEALTHCARE, INC.'S MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. ELLEN G. FEIGAL UNDER SEAL

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Plaintiff's Response in Opposition to Defendant, Accord Healthcare, Inc.'s Motion to Exclude Expert Testimony of Dr. Ellen G. Feigal Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file Plaintiff's Response in Opposition to Defendant, Accord Healthcare, Inc.'s Motion to Exclude Expert Testimony of Dr. Ellen G. Feigal and exhibits 1 through 13 UNDER SEAL in its entirety.

New Orleans, Louisiana, this ___ of December, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE