UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO *Hughes v. Accord Healthcare, Inc.*, 2:17-cv-11769 | |

**[PROPOSED] ORDER**

***EX PARTE* MOTION OF PSC FOR LEAVE TO FILE PLAINTIFF ALICE HUGHES' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT ACCORD HEALTHCARE, INC.'S MOTION FOR SUMMARY JUDGMENT ON PRESCRIPTION GROUNDS UNDER SEAL**

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Plaintiff Alice Hughes' Memorandum of Law in Opposition to Defendant Accord Healthcare, Inc.'s Motion for Summary Judgment on Prescription Grounds Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file Plaintiff Alice Hughes' Memorandum of Law in Opposition to Defendant Accord Healthcare, Inc.'s Motion for Summary Judgment on Prescription Grounds UNDER SEAL in its entirety.

New Orleans, Louisiana, this ___ of December, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE