## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: "H" (5) |
| | ) | |
| This document relates to all cases | ) | |

### MINUTE ENTRY

On December 14, 2020, the Court held a video status conference with lead and liaison counsel. The following attorneys participated: John Olinde, Doug Moore, Lori Cohen, Adrienne Byard, Jon Strongman, Palmer Lambert, Chris Coffin, Michael Suffern, Geoff Coan, Harley Ratliff, Julie Callsen, Cliff Merrell, Mara Cusker Gonzalez, Julie Park, Karen Barth Menzies, and Dawn Barrios. The parties updated the Court on the status of the case.

(JS-10:00:55)