MINUTE ENTRY
MILAZZO, J.
DECEMBER 14, 2020

JS-10: 02:40

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)　　　　)　　MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION　　　)
　　　　　　　　　　　　　　　　　　)　　SECTION: "H" (5)
　　　　　　　　　　　　　　　　　　)
THIS DOCUMENT RELATES TO:　　　　　 )
**All Cases**

## ORAL ARGUMENT
*U.S. District Judge Jane Triche Milazzo presiding*

COURT REPORTER: NICHELLE WHEELER
LAW CLERK: SAM SCHOTT
CASE MANAGER: ERIN MOULEDOUS

APPEARANCES BY VIDEO:　　DAVID MICELI, PALMER LAMBERT AND DARIN
　　　　　　　　　　　　SCHANKER, on behalf of plaintiffs
　　　　　　　　　　　　JORDAN BAEHR, HARLEY RATLIFF, CONNER SEARS, JON
　　　　　　　　　　　　STRONGMAN, DOUG MOORE, on behalf of defendants

Court begins at 10:00 a.m.
Counsel make their appearances for the record.
The following motions are argued by counsel and taken under submission by the Court:
　　　MOTION to Exclude Testimony of Dr. Azael Freites-Martinez **(Doc. 11355)**
　　　MOTION to Exclude Testimony of Dr. Mamina Turegano **(Doc. 11357)**
　　　MOTION to Exclude Dr. Shapiro's Opinions **(Doc. 11361)**
　　　MOTION to Exclude Expert Testimony of Dr. Antonella Tosti **(Doc. 11377)**
　　　MOTION for Summary Judgment on Specific Causation **(Doc. 11378)**

Matter adjourned at 12:40 p.m.

