MINUTE ENTRY
MILAZZO, J.
December 14, 2020

JS-10:01:45

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | ) | **MDL No. 16-2740** |
| **PRODUCTS LIABILITY LITIGATION** | ) | |
| | ) | **SECTION: "H" (5)** |
| | ) | |
| **This document relates to all cases** | ) | |

## MINUTE ENTRY

On December 14, 2020, the Court held a show cause hearing. Certain participants appeared via video: Claire E. Berg, Palmer Lambert, Dawn Barrios, Brenda Sweet, Nicholas Insogna, and Kelly Brilleaux. Other participants appeared via telephone.

    Court Reporter:    Nichelle Wheeler

    Law Clerk:      Samantha Schott

**IT IS ORDERED** that the cases listed in the attached Exhibit A, titled "Non-Compliance Dismissal List," in addition to the case of Tranetta Crosswright, 19-14187, are **DISMISSED WITH PREJUDICE** based on stipulations filed by counsel;

**IT IS FURTHER ORDERED** that the cases listed in the attached Exhibit B, titled "Non-Compliance Declarations List," are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that the cases listed in the attached Exhibit C, titled "Non-Compliance Statement List," in addition to the cases of Kathy

Cunningham, 19-2680; and Sheila Price, 19-13363 are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that the following case from the call docket is **DISMISSED WITH PREJUDICE** for reasons stated on the record:

- 20-1936      Patricia Thomas (duplicate case 19-12455 remains pending)

_____
**HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**