| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed | Docket |
|---|---|---|---|---|---|---|---|---|
| 1 | Brengle | Norma | 2:20-cv-01966 | PFS Not Substantially Complete; No HIPAA, Insurance or psychiatric records authorizations | sanofi | Laborde Earles Law Firm | 12/4/2020 | 11577 |
| 2 | Brown | Shirley | 2:20-cv-02008 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | sanofi | Roden Law | 12/8/2020 | 11607 |
| 3 | Bullock | Diane | 2:18-cv-12661 | Insurance Authorization not witnessed | sanofi | Wendt Law Firm, P.C. | 12/1/2020 | 11559 |
| 4 | Scholl | Rachel | 2:18-cv-13329 | PFS Not Substantially Complete; No PTO 71A | sanofi | Cutter Law PC | 12/3/2020 | 11576 |
| 5 | Shaw | Sonia | 2:18-cv-05780 | PFS Not Substantially Complete; Insurance authorization - Not witnessed; Plaintiff has failed to leave addressee lines of authorization blank and improperly inserted plaintiff's information in the addressee/to line | sanofi | Fears | Nachawati | 12/7/2020 | 11595 |
| 6 | Thorson | Nancy | 2:20-cv-01629 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | sanofi | The Gallagher Law Firm | 12/1/2020 | 11554 |
| 7 | Usher | Doris | 2:18-cv-12185 | No PTO 71A | sanofi | Allen & Nolte, PLLC | 12/8/2020 | 11611 |