| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed | Docket |
|---|---|---|---|---|---|---|---|---|
| 1 | Casillas | Mary | 2:17-cv-15772 | HIPAA Authorization is not dated; Insurance authorization is not witnessed | sanofi | Allen & Nolte, PLLC | 12/7/2020 | 11594 |
| 2 | Dumford | Pamela | 2:20-cv-01865 | Shell PFS; PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | Both sanofi and 505 | Laborde Earles Law Firm | 11/24/2020 | 11537 |
| 3 | Franklin | Contina | 2:20-cv-01974 | Shell PFS; PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | Both sanofi and 505 | Laborde Earles Law Firm | 11/24/2020 | 11536 |
| 4 | Glaze Nunley* | Deborah | 2:18-cv-06915 | No PTO 71A | sanofi | Fears | Nachawati | 12/1/2020 | 11551 |
| 5 | Grant | Angie | 2:18-cv-12546 | Shell PFS | sanofi | Atkins & Markoff | 12/8/2020 | 11616 |
| 6 | Isenhour | Chasity | 2:17-cv-10136 | PFS Not Substantially Complete; No PTO 71A | 505 | Davis & Crump, P. C. | 12/11/2020 | 11651 |
| 7 | Johnson | Carolyn | 2:17-cv-13796 | PFS Not Substantially Complete | 505 | Reich and Binstock, LLP | 12/11/2020 | 11628 |
| 8 | Mcmillon | Joann | 2:17-cv-12670 | No Authorizations | sanofi | McSweeney/Langevin LLC | 11/5/2020 | 11388 |
| 9 | Olson | Frances | 2:20-cv-01937 | Shell PFS; PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | Both sanofi and 505 | Laborde Earles Law Firm | 12/3/2020 | 11574 |
| 10 | Reaves | Priscilla | 2:17-cv-13479 | Shell PFS | sanofi | McGartland Law Firm, PLLC | 11/4/2020 | 11385 |
| 11 | Santeramo | Anthoula | 2:18-cv-08004 | No Psychiatric records authorization | sanofi | Lowe Law Group | 12/1/2020 | 11556 |