| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed | Docket |
|---|---|---|---|---|---|---|---|---|
| 1 | Aguilar* | Debra | 2:19-cv-00072 | No PTO 71A | sanofi | Fears \| Nachawati | 12/7/2020 | 11588 |
| 2 | Ammari | Lisa | 2:18-cv-07737 | No Psychiatric or Insurance authorizations (forms submitted are photographs of authorizations); No PTO 71A | sanofi | Fears \| Nachawati | 12/1/2020 | 11549 |
| 3 | Anderson | Peggy Ann | 2:18-cv-11572 | Shell PFS; PFS Not Substantially Complete; No PTO 71A | 505 | Brown & Crouppen | 12/8/2020 | 11614 |
| 4 | Balaam* | Kathleen | 2:18-cv-08761 | No PTO 71A | sanofi | Fears \| Nachawati | 12/7/2020 | 11592 |
| 5 | Cassidy* | Regina | 2:18-cv-08116 | PFS Not Substantially Complete - No Proof of Use; No PTO 71A | sanofi | Fears \| Nachawati | 12/1/2020 | 11550 |
| 6 | Crawford | Peggy | 2:18-cv-12397 | Insurance authorization - Plaintiff has failed to leave addressee lines of authorization blank and improperly inserted plaintiff's information in the addressee/to line | sanofi | Bachus & Schanker, LLC | 12/4/2020 | 11578 |
| 7 | Foust | Lilia | 2:20-cv-01631 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | sanofi | The Gallagher Law Firm | 12/1/2020 | 11561 |
| 8 | Hitchcock | Patricia | 2:20-cv-00719 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | sanofi | Fears \| Nachawati | 12/1/2020 | 11548 |
| 9 | James | Darnisha | 2:18-cv-12454 | PFS Not Substantially Complete | sanofi | Bachus & Schanker, LLC | 12/4/2020 | 11579 |
| 10 | Mccamish | Nancy | 2:18-cv-06443 | No PTO 71A | sanofi | Fears \| Nachawati | 12/8/2020 | 11617 |
| 11 | McMillian | Ellen | 2:20-cv-01736 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO-12, or PTO-71). | 505 | Fears Nachawati PLLC | 12/1/2020 | 11547 |
| 12 | Mogan | Victoria | 2:18-cv-13254 | Insurance authorization not witnessed; No PTO 71A | sanofi | Fears \| Nachawati | 12/8/2020 | 11609 |
| 13 | Pant | Sharlene | 2:18-cv-10475 | PFS Not Substantially Complete; No PTO 71A | 505 | Fears Nachawati PLLC | 12/4/2020 | 11587 |
| 14 | Quick | Frankie | 2:18-cv-09645 | PFS Not Substantially Complete; No PTO 71A | 505 | Fears Nachawati | 12/3/2020 | 11572 |
| 15 | Roe | Nita | 2:18-cv-12771 | No CMO 12A; No PTO 71A | sanofi | Fears \| Nachawati | 12/8/2020 | 11608 |
| 16 | Sanchez | Maria | 2:20-cv-01632 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | sanofi | The Gallagher Law Firm | 12/1/2020 | 11562 |
| 17 | Satram | Himatie | 2:19-cv-00483 | Shell PFS; PFS Not Substantially Complete; No Authorizations; No PTO 71A | 505 | Bailey & Greer PLLC | 11/16/2020 | 11439 |
| 18 | Tapper | Alyse | 2:20-cv-01678 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, or PTO 71A) | Both sanofi and 505 | Fears \| Nachawati | 12/8/2020 | 11613 |

\* Cases that were included on the Initial Notice of Non Compliance but were not included on the 14-Day Filed List