# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | * | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | * | |
| | * | **SECTION: "H" (5)** |
| | * | **JUDGE MILAZZO** |
| | * | **MAG. JUDGE NORTH** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | **NOTICE OF PARTIAL** |
| | * | **DISMISSAL WITH** |
| **MARLENE STEVENS, ET AL v.** | * | **PREJUDICE AS TO ALL** |
| **SANOFI U.S. SERVICES, INC., ET AL.** | * | **EXCEPT HOSPIRA** |
| | * | **WORLDWIDE, L.L.C.,** |
| | * | **HOSPIRA, INC.** |
| | * | |
| | * | **Civil Action No. 2:19-cv-11620** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

Pursuant to CMO 12A, Plaintiffs dismiss with prejudice all previously named defendants in this matter except Hospira Worldwide, L.L.C. f/k/a Hospira Worldwide, Inc. and Hospira, Inc., each party to bear its own costs. Plaintiffs seek this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiffs' claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiffs may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

| | |
|---|---|
| Dated this December 14, 2020 | Respectfully submitted, |
| | s/ Merritt E. Cunningham |
| | Michael G. Stag, LA Bar No. 23314 |
| | Merritt E. Cunningham, LA Bar No. 32843 |
| | STAG LIUZZA, L.L.C. |
| | (f/k/a Smith Stag, L.L.C.) |
| | 365 Canal Street, Suite 2850 |
| | New Orleans, LA 70130 |
| | Telephone (504) 593-9600 |
| | Facsimile (504) 593-9601 |
| | mstag@stagliuzza.com |
| | mcunningham@stagliuzza.com |
| | *Counsel for Plaintiff* |

## **CERTIFICATE OF SERVICE**

      I certify that a copy of this motion was electronically filed with the Clerk of Court on this 14th day of December, 2020, by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                            */s/ Merritt E. Cunningham*
                                            Merritt E. Cunningham