UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION : | MDL NO. 2740 |
| : | SECTION "H" (5) |
| : | JUDGE MILAZZO |
| : | MAG. JUDGE NORTH |
| Angelica Casas           , : | |
| *Plaintiff(s),* : | |
| vs. : | Civil Action No.: __2:17-cv-14002__ |
| Sandoz Inc.            , : | |
| *Defendant(s).* : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO FILE AND AMEND COMPLAINT**

COMES NOW Plaintiff, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully moves the Court for leave to amend the Complaint filed in this action.[1] Plaintiff's original Complaint was filed in the Eastern District of Louisiana on December 1, 2017 (*Angelica Casas v. Sandoz Inc.,* Case No. 2:17-cv-14002), and Plaintiff served Defendants pursuant to PTO 9.

Pursuant to PTO 105, Plaintiff seeks to amend their complaint to add factual allegations regarding particularized facts individual and specific to Plaintiff's medical care and treatment and communications with medical professionals.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with Defense counsel, and there is no opposition to this motion.

---

[1] Plaintiff's counsel consulted with defense counsel regarding this motion and defense counsel does not oppose this motion.

1

Respectfully submitted this 16th day of December, 2020.

/s/ Rhett A. McSweeney
Rhett A. McSweeney, #269542
David M. Langevin, #329563
MCSWEENEY/LANGEVIN
2116 Second Avenue South
Minneapolis, MN 55404
Phone: (612) 542-4646
Fax: (612) 454-2678
ram@westrikeback.com
dave@westrikeback.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: December 16, 2020.

/s/ Rhett A. McSweeney
Rhett A. McSweeney