UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : : : : : : : : | MDL NO. 2740<br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANDOZ INC., HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC., AND HOSPIRA, INC.<br><br>Civil Action No.: 2:19-cv-013973 |
| THIS DOCUMENT RELATES TO:<br><br>KATHRYN CONNELL v. SANOFI-AVENTIS U.S. LLC, et al. | | |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sandoz Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., and Hospira, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60 (b)(6).

Dated this 17th day of December, 2020.

> Respectfully submitted,
>
> */s/ Sarah Shoemake Doles*
> Jeffrey J. Lowe, #35114MO
> Sarah Shoemake Doles, #45747MO
> Alyson M. Petrick, #68323MO
> **CAREY DANIS & LOWE**
> 8235 Forsyth Blvd, Suite 1100
> Saint Louis, MO 63105
> Telephone: (314) 725-7700
> Fax: (314) 721-0905
> jlowe@careydanis.com
> sdoles@careydanis.com
> apetrick@careydanis.com
>
> *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2020, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

> */s/ Sarah Shoemake Doles*