**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | : | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "N"(5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Donna Dean v. Accord Healthcare, Inc.* *Case No. 2:19-cv-14798* | : : : | |

**DEFENDANT ACCORD HEALTHCARE, INC.'S**
**MOTION FOR SUMMARY JUDGMENT**

Defendant Accord Healthcare, Inc. ("Accord"), pursuant to Rule 56 of the Federal Rules of Civil Procedure, moves for summary judgment on the grounds that Ms. Dean's claims are a legal nullity. Based on the pleadings and written discovery served in this matter, it is undisputed that Ms. Davis died prior to filing this suit. Under Alabama law, Ms. Dean's claims abated upon her death and, therefore, are a legal nullity. Accordingly, summary judgment is warranted. A Memorandum in Support of this Motion is attached and incorporated herein.

Date: December 21, 2020

Respectfully submitted,

/s/ *Julie A. Callsen*
Julie A. Callsen
Brenda A. Sweet
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone:     216.592.5000
Facsimile:     216.592.5009
Email: julie.callsen@tuckerellis.com
         brenda.sweet@tuckerellis.com

*Attorneys for Defendant*
*Accord Healthcare, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 21, 2020, a true and correct copy of *Defendant Accord Healthcare, Inc.'s Motion for Summary Judgment* was filed with the Court via the ECF system that will send notification of such filing to all counsel of record.

                                            /s/ *Julie A. Callsen*
                                            Julie A. Callsen

4871120