**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| | : | |
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "N"(5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : | HON. JANE TRICHE MILAZZO |
| | : | MAG. JUDGE MICHAEL NORTH |
| *Donna Dean v. Accord Healthcare, Inc.,* | : | |
| *Case No. 2:19-cv-14798* | : | |
| | : | |

### DEFENDANT ACCORD HEALTHCARE, INC.'S STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGEMENT

Defendant Accord Healthcare, Inc. ("Accord") submits this Statement of Undisputed

Material Facts in support of its Motion for Summary Judgment pursuant to Local Rule 56.1.

1. Donna Dean was a 65 year-old woman who resided in Gadsden, Alabama. *See* Ex. A, Pl.'s Fact Sheet ("PFS") § I.10-15.

2. Based on information and belief, Ms. Dean died on September 23, 2018 in Alabama. *See id.* § I.28-29.

3. On December 31, 2019, a Short Form Complaint ("Complaint") was filed against Accord naming only Donna Dean as a Plaintiff. *See* Short Form Compl., Rec. Doc. 1.

4. Paragraph 3 of the Complaint requires identification of any "[o]ther type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)." The answer listed under Paragraph 3 states, "N/A." *See id.*

5. Although Plaintiff's counsel knew or should have known of Ms. Dean's death at the time of filing, Plaintiff's counsel failed to disclose this information to Accord. *See id.*

6. Plaintiff's counsel served the Plaintiff's Fact Sheet on August 28, 2020. Sections I.23-30 of the PFS identify Christy C. Wright, Ms. Dean's daughter, as the individual completing the PFS "in a representative capacity." *See* Ex. A, § I.23-30.

7.      Ms. Wright signed and verified the PFS. *See* Ex. A, Declaration.

Date: December 21, 2020                    Respectfully submitted,

                                           /s/ *Julie A. Callsen*
                                           Julie A. Callsen
                                           Brenda A. Sweet
                                           TUCKER ELLIS LLP
                                           950 Main Avenue, Suite 1100
                                           Cleveland, OH  44113-7213
                                           Telephone:     216.592.5000
                                           Facsimile:     216.592.5009
                                           Email: julie.callsen@tuckerellis.com
                                                   brenda.sweet@tuckerellis.com

                                           *Attorneys for Defendant*
                                           *Accord Healthcare, Inc.*

2

3

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2020, a true and correct copy of *Defendant Accord Healthcare, Inc.'s Statement of Undisputed Material Facts in Support of Motion for Summary Judgment* was filed with the Court via the ECF system that will send notification of such filing to all counsel of record.

/s/ *Julie A. Callsen*
Julie A. Callsen

4871127