# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)                                                      MDL NO. 2740
        PRODUCTS LIABILITY
        LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## PLAINTIFF FACT SHEET

This Fact Sheet must be completed by each plaintiff who has filed a lawsuit related to the use of Taxotere® by the plaintiff or a plaintiff's decedent. Please answer every question to the best of your knowledge. In completing this Fact Sheet, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can. You must supplement your responses if you learn that they are incomplete or incorrect in any material respect.

In filling out this form, please use the following definitions: (1) **"healthcare provider"** means any hospital, clinic, medical center, physician's office, infirmary, medical or diagnostic laboratory, or other facility that provides medical, dietary, psychiatric, or psychological care or advice, and any pharmacy, weight loss center, x-ray department, laboratory, physical therapist or physical therapy department, rehabilitation specialist, physician, psychiatrist, osteopath, homeopath, chiropractor, psychologist, nutritionist, dietician, or other persons or entities involved in the evaluation, diagnosis, care, and/or treatment of the plaintiff or plaintiff's decedent; (2) **"document"** means any writing or record of every type that is in your possession, including but not limited to written documents, documents in electronic format, cassettes, videotapes, photographs, charts, computer discs or tapes, and x-rays, drawings, graphs, phone-records, non-identical copies, and other data compilations from which information can be obtained and translated, if necessary, by the respondent through electronic devices into reasonably usable form.

**Information provided by plaintiff will only be used for purposes related to this litigation and may be disclosed only as permitted by the protective order in this litigation. This Fact Sheet is completed pursuant to the Federal Rules of Civil Procedure governing discovery (or, for state court case, the governing rules of civil of the state in which the case is pending).**

I.    **CORE CASE INFORMATION**

Attorney Information

Please provide the following information for the civil action that you filed:
1. Caption:  Donna Dean v. Accord Healthcare, Inc.
2. Court and Docket No.:  USDC ED LA 2:19-cv-14798
3. MDL Docket No. (if different):  N/A

4. Date Lawsuit Filed: 12/31/2019
5. Plaintiff's Attorney: Bross, William
6. Plaintiff's Law Firm: Heninger Garrison Davis, LLC
7. Attorney's Address: 2224 1st Avenue North
   Birmingham, AL 35203
8. Attorney's Phone Number: (205) 326-3336
9. Attorney's Email Address: william@hgdlawfirm.com

Plaintiff Information

Please provide the following information for the individual on whose behalf this action was filed:

10. Name: DEAN, DONNA F
11. Street Address: 605 Kaying Road North
12. City: Gadsden
13. State: AL
14. Zip code: 35903
15. Date of Birth: ▮▮/1955
16. Place of Birth: Cherokee County, Alabama
17. Social Security Number: ▮▮▮▮▮5385
18. Maiden or other names you have used or by which you have been known:

19. Sex: Male: ☐ Female: ☒
20. Race:

| Race | Yes |
|---|---|
| American Indian or Alaska Native | ☐ |
| Asian | ☐ |
| Black or African American | ☒ |
| Native Hawaiian or Other Pacific Islander | ☐ |
| White | ☐ |

21. Ethnicity:

| Ethnicity | Yes |
|---|---|
| Hispanic or Latino | ☐ |
| Not Hispanic or Latino | ☐ |

22. Primary Language: English

Representative Information

If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person), please state the following:

23. Name: <u>Wright, Christy C</u>
24. Address: <u>605 Kaying Road North</u>
    <u>Gadsden, AL 35903</u>
25. Capacity in which you are representing the individual: <u>surviving daughter</u>
26. If you were appointed as a representative by a court, identify the State, Court and Case Number:

    a) State:
    b) Court:
    c) Case Number:

27. Relationship to the Represented Person: <u>Daughter</u>
28. State the date of death of the decedent: <u>09/23/2018</u>
29. State the place of death of the decedent: <u>AL</u>
30. Are you filling this questionnaire out on behalf of an individual who is deceased and on whom an autopsy was performed? Yes ☒ No ☐

*If you are completing this questionnaire in a representative capacity, please respond to these questions with respect to the person whose medical treatment involved Taxotere® or Docetaxel.*

## II. PERSONAL INFORMATION

Relationship Information

Please provide the following information for the civil action that you filed:

1. Are you currently: Married: ☐ Single: ☐ Engaged: ☐
   Significant other: ☐ Divorced: ☐ Widowed: ☒ Same sex partner: ☐
2. Have you ever been married? Yes ☒ No ☐
3. If yes, for EACH marriage, state the following:

| **Spouse's Name** | **Dates of Marriage** | **Date Marriage Ended** | **Nature of Termination** |
|---|---|---|---|
| Dean, Arthur | --/--/---- | --/--/---- | Deceased |

Education

4. For each level of education you completed, please check below:
   High School: ☐ Vocational School: ☐
   College: AA: ☒ BA/BS: ☐ Masters: ☐ PhD: ☐ M.D.: ☐
   Other:

Employment

## X. DECLARATION

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that all of the information provided in connection with this Plaintiff Profile Form is true and correct to the best of my knowledge information and belief at the present time.

_____          3/23/2020
Signature                                 Date

## XI. AUTHORIZATIONS