**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL NO. 2740 SECTION "N"(5) HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| THIS DOCUMENT RELATES TO: *Donna Dean v. Accord Healthcare, Inc.* Case No. 2:19-cv-14798 | | |

**DEFENDANT ACCORD HEALTHCARE, INC.'S**
**NOTICE OF MOTION FOR SUMMARY JUDGEMENT**

PLEASE TAKE NOTICE that Defendant Accord Healthcare, Inc. will bring for submission its *Motion for Summary Judgment* before the Honorable Jane Triche Milazzo, United States District Judge for the Eastern District of Louisiana, on the 13th day of January, 2021.

Date: December 21, 2020

Respectfully submitted,

/s/ *Julie A. Callsen*
Julie A. Callsen
Brenda A. Sweet
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone:	216.592.5000
Facsimile:	216.592.5009
Email: julie.callsen@tuckerellis.com
　　　　brenda.sweet@tuckerellis.com

*Attorneys for Defendant*
*Accord Healthcare, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2020, a true and correct copy of *Defendant Accord Healthcare, Inc.'s Notice of Motion for Summary Judgement* was filed with the Court via the ECF system that will send notification of such filing to all counsel of record.

/s/ *Julie A. Callsen*
Julie A. Callsen

4871128