# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740<br><br>SECTION "N"(5) |
| THIS DOCUMENT RELATES TO:<br><br>*Donna Dean v. Accord Healthcare, Inc.*<br>*Case No. 2:19-cv-14798* | : : : : : | HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH<br><br>**<u>PROPOSED ORDER</u>** |

  Considering Defendant Accord Healthcare, Inc.'s Motion for Summary Judgment, and the papers submitted in support and against said Motion, and oral argument, if any;

  IT IS THIS DAY _____ HEREBY ORDERED that Defendant's Motion is GRANTED, such that Plaintiff's Complaint against Defendant Accord Healthcare, Inc. is DISMISSED WITH PREJUDICE.

_____
Hon. Jane Triche Milazzo

4872283