UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to all cases | | |

## CASE MANAGEMENT ORDER NO. 27

**IT IS ORDERED** that the second bellwether trial set for February 1, 2020- February 12, 2020 is **CONTINUED**. At a later time, the Court will issue a Case Management Order setting a new trial date.

New Orleans, Louisiana, this 21st day of December, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE