# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740  SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO  MAG. JUDGE MICHAEL NORTH |
| *Alice D. Hughes v. Accord Healthcare, Inc.*  Case No. 2:17-cv-11769 | : : : | **PROPOSED ORDER** |

Considering the foregoing *Ex Parte* Motion filed by Defendant Accord Healthcare, Inc. for Leave to File Reply Brief in Support of Motion to Exclude Expert Testimony of Linda Bosserman, M.D. and Related Exhibit UNDER SEAL;

IT IS ORDERED that Defendant's Motion is GRANTED, and that the Clerk of Court shall file the Reply Brief in Support of Motion to Exclude Expert Testimony of Linda Bosserman, M.D., Memorandum in Support and related exhibit UNDER SEAL.

_____
Hon. Jane Triche Milazzo

4967704.1