# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Alice D. Hughes v. Accord Healthcare, Inc.* *Case No. 2:17-cv-11769* | : : : : | **PROPOSED ORDER** |

Considering the foregoing *Ex Parte* Motion filed by Defendant Accord Healthcare, Inc. for Leave to File Reply Brief in Support of Motion to Exclude Expert Testimony of Vesna Petronic-Rosic, M.D., M.SC., M.B.A. and Related Exhibit UNDER SEAL;

IT IS ORDERED that Defendant's Motion is GRANTED, and that the Clerk of Court shall file the Reply Brief in Support of Motion to Exclude Expert Testimony of Vesna Petronic-Rosic, M.D., M.SC., M.B.A. and related exhibit UNDER SEAL.

_____
Hon. Jane Triche Milazzo

4967691.1