## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
|  | : : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO |
| *Alice D. Hughes v. Accord Healthcare, Inc.* *Case No. 2:17-cv-11769* | : : : : : | MAG. JUDGE MICHAEL NORTH |

## MEMORANDUM IN SUPPORT OF DEFENDANT ACCORD HEALTHCARE, INC.'S MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO EXCLUDE EXPERT TESTIMONY OF LAURA M. PLUNKETT, PH.D. UNDER SEAL

Defendant Accord Healthcare, Inc. ("Accord") respectfully requests leave of Court to file under seal its Reply Brief in Support of Motion to Exclude Expert Testimony of Laura Plunkett, Ph.D.

Accord respectfully submits that this Court previously entered a Protective Order ("Pretrial Order No. 50" or "PTO 50"), which governs:

> [u]nredacted information designated as "CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER" by the producing party that falls within one or more of the following categories: (a) information prohibited from disclosure by law; (b) information that reveals trade secrets; (c) research, technical, commercial or financial information that the party has maintained as confidential; (d) medical and protected health information ("PHI") concerning any individual; (e) personal identifying information ("PII"); (f) income tax returns (including attached schedules and forms), W-2 forms and 1099 forms; and/or (g) personnel or employment records of a person who is not a party to the case.

*See* Pretrial Order No. 50 (Rec. Doc. No. 612-1, ¶ 2). The previous briefing and related exhibits to which Accord's Reply Brief responds have been designated as confidential and/or "protected information" as set forth in PTO 50. These exhibits and sealed pleadings are discussed in Accord's Reply Brief. For these reasons, the Reply Brief must be sealed.

Courts recognize a common law right to access judicial records and proceedings, but "the right is not absolute." *Reichert v. Starring*, No. CIV.A. 11-2171, 2011 WL 4404117, at *1 (E.D. La. Sept. 21, 2011) (quoting *Bahwell v. Stanley–Bostitch, Inc.*, No. CIV.A 00–0541, 2002 WL 1298777, at *1 (E.D. La. June 10, 2002)).  In this matter, the entry of PTO 50 mandates that the Reply Brief be sealed.  *See* Pretrial Order No. 50 (Rec. Doc. No. 612-1, ¶ 2).  Therefore, under PTO 50 and the applicable case law, Accord's Reply Brief should be filed under seal.

Date:  December 22, 2020                       Respectfully submitted,

                                               /s/ *Julie A. Callsen*
                                               Julie A. Callsen
                                               Michael J. Ruttinger
                                               Brenda A. Sweet
                                               TUCKER ELLIS LLP
                                               950 Main Avenue, Suite 1100
                                               Cleveland, OH  44113-7213
                                               Telephone:    216.592.5000
                                               Facsimile:    216.592.5009
                                               Email:        julie.callsen@tuckerellis.com
                                                             michael.ruttinger@tuckerellis.com
                                                             brenda.sweet@tuckerellis.com

                                               *Attorneys for Defendant Accord Healthcare, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 22, 2020, a true and correct copy of the *Memorandum in Support of Defendant Accord Healthcare, Inc.'s Motion for Leave to File Reply Brief in Support of Motion to Exclude Expert Testimony of Laura Plunkett, Ph.D. Under Seal* was filed with the Court via ECF and is deemed served on all counsel of record.

*/s/ Julie A. Callsen*
Julie A. Callsen

4967696.1