UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | : | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Alice D. Hughes v. Accord Healthcare, Inc.* Case No. 2:17-cv-11769 | : : : | **PROPOSED ORDER** |

Considering the foregoing *Ex Parte* Motion filed by Defendant Accord Healthcare, Inc. for Leave to File Reply Brief in Support of Motion to Exclude Expert Testimony of David Ross, M.D., Ph.D., M.B.I. UNDER SEAL;

IT IS ORDERED that Defendant's Motion is GRANTED, and that the Clerk of Court shall file the Reply Brief in Support of Motion to Exclude Expert Testimony of David Ross, M.D., Ph.D., M.B.I. UNDER SEAL.

_____
Hon. Jane Triche Milazzo

4967694.1