# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Alice D. Hughes v.*  *Accord Healthcare, Inc.*  *Case No. 2:17-cv-11769* | : : : : | |

## DEFENDANT ACCORD HEALTHCARE, INC.'S MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON PRESCRIPTION GROUNDS AND RELATED EXHIBITS UNDER SEAL

For the reasons set forth in the accompanying Memorandum in Support, Defendant Accord Healthcare, Inc. respectfully requests leave of Court to file under seal its Reply Brief in Support of Motion for Summary Judgment on Prescription Grounds, Response to Statement of Facts, and related exhibits. In support of this motion, Accord incorporates by reference its supporting memorandum of law filed in conjunction herewith.

Date: December 22, 2020

Respectfully submitted,

/s/ *Julie A. Callsen*
Julie A. Callsen
Michael J. Ruttinger
Brenda A. Sweet
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216.592.5000
Facsimile: 216.592.5009
Email: julie.callsen@tuckerellis.com
michael.ruttinger@tuckerellis.com
brenda.sweet@tuckerellis.com

*Attorneys for Defendant Accord Healthcare, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2020, a true and correct copy of *Defendant Accord Healthcare, Inc.'s Motion for Leave to File its Reply Brief in Support of Motion for Summary Judgment on Prescription Grounds and Related Exhibits Under Seal* was filed with the Court via ECF and is deemed served on all counsel of record.

                                          */s/ Julie A. Callsen*
                                          Julie A. Callsen

4967725