# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 |
| | | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO |
| | | MAG. JUDGE MICHAEL NORTH |
| *Alice D. Hughes v.* *Accord Healthcare, Inc.* *Case No. 2:17-cv-11769* | : : : : | **PROPOSED ORDER** |

Considering the foregoing *Ex Parte* Motion filed by Defendant Accord Healthcare, Inc. for Leave to File its Reply Brief in Support of Motion for Summary Judgment on Prescription Grounds, Response to Statement of Material Facts, and related exhibits under UNDER SEAL;

IT IS ORDERED that Defendant's Motion is GRANTED, and that the Clerk of Court shall file Accord's Reply Brief in Support of Motion for Summary Judgment on Prescription Grounds, Response to Statement of Material Facts, and related exhibits UNDER SEAL.

_____
Hon. Jane Triche Milazzo