UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)           MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:

**Plaintiff Name:** <u>Stephanie Henderson</u>
**Case No.:** <u>2:20-cv-02207</u>

## DECLARATION

I, <u>Sarah Shoemake Doles</u>, have attempted to reach my client, Stephanie Henderson, on the following dates: <u>6/24/2020, 6/25/2020, 7/8/2020, 7/17/2020, 7/27/2020, 11/2/2020, 11/3/2020, and 11/25/2020</u> by (check all that apply) <u>X</u> telephone, ____ e-mail, <u>X</u> text message, <u>X</u> social media, <u>X</u> U.S. Mail, <u>X</u> Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

<u>/s/ Sarah Shoemake Doles</u>
Sarah Shoemake Doles
Carey Danis & Lowe
8235 Forsyth Boulevard
Suite 1100
St. Louis, MO 63105
314-725-7700
sdoles@careydanis.com

1

Dated this 22nd day of December, 2020.

                                                                          Respectfully submitted,

                                                                          */s/ Sarah Shoemake Doles*
                                                                          Jeffrey J. Lowe, #35114MO
                                                                          Sarah Shoemake Doles, #45747MO
                                                                          Alyson M. Petrick, #68323MO
                                                                          **CAREY DANIS & LOWE**
                                                                          8235 Forsyth Blvd, Suite 1100
                                                                          Saint Louis, MO 63105
                                                                          Telephone: (314) 725-7700
                                                                          Fax: (314) 721-0905
                                                                          jlowe@careydanis.com
                                                                          sdoles@careydanis.com
                                                                          apetrick@careydanis.com

                                                                          *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 22, 2020, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                                                                     */s/ Sarah Shoemake Doles*