# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) | : MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : |
| | : SECTION "H" (5) |
| | : |
| THIS DOCUMENT RELATES TO: | : JUDGE JANE TRICHE MILAZZO |
| *Lessie Floyd v. Sanofi, S.A., et al.* | : |
| Civil Action No. 2:17-cv-05785 JTM-MBN | : MAG. JUDGE MICHAEL B. NORTH |

## NOTICE AND SUGGESTION OF DEATH

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of the Plaintiff, Lessie Floyd, on or about June 22, 2020.

Dated:  December 22, 2020.

                                                      Respectfully submitted,

BY:    */s/ Jim Reeves*
        James R. Reeves, Jr., Esquire
        Reeves & Mestayer, PLLC
        160 Main Street
        Biloxi, MS   39530
        (228) 374-5151 (telephone)
        (228) 374-6630 (facsimile)
        jrr@rmlawcall.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing.

Dated: December 22, 2020.

                                                        Respectfully submitted,

BY:    */s/ Jim Reeves*
           James R. Reeves, Jr., Esquire
           Reeves & Mestayer, PLLC
           160 Main Street
           Biloxi, MS   39530
           (228) 374-5151 (telephone)
           (228) 374-6630 (facsimile)
           jrr@rmlawcall.com