# EXHIBIT A

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3      ******************************

 4      IN RE:  TAXOTERE

 5      (DOCETAXEL) PRODUCTS          MDL No. 2740

 6      LIABILITY LITIGATION            Section: "H"

 7                                      Judge Milazzo

 8      This Document Relates to:   Mag. Judge North

 9      Wanda Stewart v. Sandoz Inc.

        Civil Case No. 2:17-cv-10817

10      ******************************

11

12              Remote via Zoom Videotaped

13      Deposition of SREEKANTH C. REDDY, M.D., held at

14      the offices of Greenberg Traurig, LLP, 3333

15      Piedmont Road NE, Atlanta, Georgia,

16      commencing at 9:03, on the 29th of September,

17      2020, before Maureen O'Connor Pollard,

18      Registered Diplomate Reporter, Realtime

19      Systems Administrator, Certified Shorthand

20      Reporter.

21                      - - -

22

             GOLKOW LITIGATION SERVICES

23        877.370.3377 ph | 917.591.5672 fax

                  deps@golkow.com

24
```

1    Dr. McCanless committed malpractice?

2              MS. COHEN:  Objection to form.

3         A.    Could you restate that, please?

4    BY MR. MICELI:

5         Q.    Sure.

6              If Dr. McCanless in his

7    clinical judgment had decided to prescribe

8    AC-Taxol weekly, with a weekly regimen, would

9    your opinion be that Dr. McCanless breached

10   an acceptable standard of care and committed

11   malpractice?

12             MS. COHEN:  Objection to form.

13        A.    No.

14   BY MR. MICELI:

15        Q.    Okay.  So the AC-Taxol weekly

16   regimen in your mind would then be an

17   acceptable alternative to a TAC regimen from

18   a PREDICT model basis?  I understand you have

19   other opinions, and we're going to get to

20   those.

21             MS. COHEN:  Objection to form.

22        A.    Yes, AC-Taxol would have been

23   an option that would have been available for

24   her specific stage and type of breast cancer,

Sreekanth C. Reddy, M.D.

1    but the thought process would have been that

2    based on toxicities, based on length of

3    treatment, based on the ability to elicit a

4    quick response and get the patient to

5    surgery, the decision for TAC was an

6    appropriate one.

7    BY MR. MICELI:

8         Q.    Okay.  Now, overall the

9    difference between a TAC regimen and a FAC

10   regimen, assuming no toxicities delay any of

11   the treatment or the infusions, the

12   difference between the total time to complete

13   a TAC regimen and complete a AC plus Taxol

14   weekly regimen is 18 weeks versus 20 weeks,

15   correct?

16        A.    There are 12, plus 2 is 14,

17   plus 8, would be 22 versus 18.  About a

18   month.

19        Q.    Okay.  I heard you talking

20   through that.  You said there would be 12

21   plus 2 plus 8.  I understand the 8 is the

22   every two weeks AC, correct?

23        A.    Correct.

24        Q.    And the 12 are the 12 weekly