# **EXHIBIT B**

Lawrence E. Foote, M.D.

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2
 3        *******************************
 4
    IN RE:   TAXOTERE              : MDL No. 2740
 5  (DOCETAXEL) PRODUCTS           :
    LIABILITY LITIGATION           :
 6                                 : Section: "H"
    THIS DOCUMENT RELATES TO       :
 7  Wanda Stewart                  :
     v.                            : Judge Milazzo
 8  Sandoz Inc.                    :
                                   :
 9  Civil Case No.                 :
    2:17-cv-10817                  : Mag. Judge North
10
11
12                       - - -
13                October 28, 2020
14
15                       - - -
16
17         Remote via Zoom Videotaped
    Deposition of LAWRENCE E. FOOTE, M.D., held
18  remotely from Houston, Texas at 8:33 a.m. to
    3:01 p.m., on Wednesday, the 28th day of
19  October, 2020, before Pat English-Arredondo,
    Registered Merit Reporter, Certified Realtime
20  Reporter, Certified Shorthand Reporter.
21
                         - - -
22
23          GOLKOW LITIGATION SERVICES
         877.370.3377 ph | 917.591.5672 fax
24                deps@golkow.com
25
```

Lawrence E. Foote, M.D.

```
 1    his treatment of Ms. Stewart.
 2            I've read your report and see
 3    where you agree with Dr. McCanless' decision
 4    to recommend the TAC regimen.  Right?
 5        A.    Yes.
 6        Q.    And you also agree that
 7    AC-paclitaxel regimen would have been within
 8    the standard of care had he chosen that one.
 9    Correct?
10        A.    There are many choices he could
11    have made of appropriate regimens, and TAC
12    and AC followed by Taxol would both be in
13    that realm of possibilities.
14        Q.    So just to be clear, if he went
15    there, you wouldn't be willing to testify
16    that he breached some standard of care by
17    choosing an AC-Taxol q weekly regimen, would
18    you?
19            MR. HOLDEN:  Objection to form.
20        A.    If he were to recommend that
21    one and I was asked to review the chart, I
22    would certainly have reservations about using
23    weekly Taxol in someone who has a family
24    history of diabetes and was obese.
25            I would question it, but I
```

1    don't think it would be in violation of the
2    standard of care and, thus, would not be
3    negligent to use that.
4         Q.   (By Mr. Miceli)  And if Ms.
5    Stewart, after proper consultation with
6    Dr. McCanless, had decided that she did not
7    want to use the taxane at all and requested
8    alternatives and Dr. McCanless provided a
9    second-generation alternative, would you say
10   that would have been within the standard of
11   care?
12              MR. HOLDEN:  Objection to form.
13        A.   If a patient refuses a
14   treatment, you cannot give it to them.  If
15   Ms. Stewart had denied or refused to take an
16   anthracycline and taxane-based chemotherapy,
17   I would have twisted her arm as hard as I
18   reasonably could.
19              And if she persisted in saying,
20   I refuse to take that medication, then you
21   would have to give her an alternative
22   regimen.  You cannot give her medication that
23   she does not agree to take.
24        Q.   (By Mr. Miceli)  Okay.
25   Excellent.  Okay.  But -- and I know you say