# **EXHIBIT D**

Page 1

1

2

3                    UNITED STATES DISTRICT COURT

4                   EASTERN DISTRICT OF LOUISIANA

5

6

7    IN RE:  TAXOTERE              Civil Case No.
     (DOCETAXEL) PRODUCTS          2:17-cv-10817
8    LIABILITY LITIGATION
                                   MDL No. 2740
9
     This document relates to:     Section:  N(5)
10   Wanda Stewart v. Sandoz
     Inc.                          Judge Jane Triche
11                                 Milazzo

12   *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

13            The videotaped deposition of CHRISTOPHER

14   MCCANLESS, M.D., taken in connection with the captioned

15   cause, pursuant to the following stipulations before

16   RITA A. DEROUEN, Certified Court Reporter, at The

17   Hematology Oncology Clinic at Baton Rouge General

18   Medical Center, Bluebonnet Physician Tower I, 8595

19   Picardy Avenue, Suite 400, Baton Rouge, Louisiana 70802,

20   on the 13th of May, 2019, beginning at 2:20 p.m.

21

22

23

24

25   Job No. 158744

Page 2

1    APPEARANCES

2

3    FOR THE PLAINTIFFS:
4       ALLAN BERGER & ASSOCIATES
        BY:  ANDREW GEIGER, ESQ.
5       4173 Canal Street
        New Orleans, Louisiana  70119
6
7
8    FOR SANDOZ INC.:
9       GREENBERG TRAURIG
        BY: STEPHEN FOWLER, ESQ.
10      2101 L Street N.W.
        Washington, D.C.  20037
11
12
13   Also Present:
14      Shelly Pousson, Videographer
15
     Reported by:
16
        Rita A. DeRouen
17      Certified Court Reporter No. 2014018
        in and for the State of Louisiana
18
19
20
21
22
23
24
25

Page 3

1               I N D E X
2                             Page
3    STIPULATION                 6
4    REPORTER'S CERTIFICATE             122
     Examination
5       BY MR. FOWLER            7
6       BY MR. GEIGER            105
7       BY MR. FOWLER            115
8       BY MR. GEIGER            120
9
10              * * * * *
11         List of Exhibits
12
13   Exhibit #1          11
        (Amended Notice of Videotaped Deposition of
14      Christopher McCanless, M.D.)
15   Exhibit #2          12
        (Curriculum Vitae)
16
     Exhibit #3          13
17      (Medical Records by Release by
        Certification, Provider:  Christopher
18      McCanless, M.D., 9-25-68 to present, Bates
        Stewart,W-McCanless-MED-0000 - 157)
19
     Exhibit #4          14
20      (Office Visit, 2-14-19)
21   Exhibit #5          30
        (Office Visit, 6-2-14, Bates
22       Stewart,W-McCanless-MED-00156 - 157)
23   Exhibit #6          31
        (Surgical Pathology Report, Date Collected
24      5-23-14, Bates Stewart,W-Cavalier-MED-00006
         - 7)
25

Page 4

1    EXHIBITS:  (CONTINUED)
2
3    Exhibit #7          52
        (Printout of "Coping with Cancer Video")
4
     Exhibit #8          53
5       (Chemocare.com, Care During Chemotherapy and
        Beyond, Taxotere)
6
     Exhibit #9          54
7       (Chemocare.com, Care During Chemotherapy and
        Beyond, Cytoxan)
8
     Exhibit #10         55
9       (Chemocare.com, Care During Chemotherapy and
        Beyond, Adriamycin)
10
11   Exhibit #11         56
        (Chemotherapy Consent Form, 6-6-14)
12   Exhibit #12         61
        (Treatment Plan Report, Bates
13      Stewart,W-PLTF-00051 - 53)
14   Exhibit #13         62
        (Office Visit, 6-25-14, Bates
15      Stewart,W-McCanless-MED-00154)
16   Exhibit #14         67
        (Office Visit, 8-13-14, Bates
17      Stewart,W-McCanless-MED-00152 - 153)
18   Exhibit #15         73
        (Office Visit, 9-24-14, Bates
19      Stewart,W-McCanless-MED-00149 - 150)
20   Exhibit #16         79
        (Office Visit, 10-15-14, Bates
21      Stewart,W-McCanless-MED-00147 - 148)
22   Exhibit #17         84
        (LE Venous Duplex Scan, 10-20-14, Bates
23      Stewart,W-McCanless-MED-00015)
24   Exhibit #18         85
        (Office Visit, 11-19-14, Bates
25      Stewart,W-McCanless-MED-00145 - 146)

Page 5

1    EXHIBITS:  (CONTINUED)
2
3    Exhibit #19         89
        (Office Visit, 12-17-14, Bates
4       Stewart,W-McCanless-MED-00143 - 144)
5    Exhibit #20         94
        (Office Visit, 3-18-15, Bates
6       Stewart,W-McCanless-MED-00139 - 140)
7    Exhibit #21         95
        (Office Visit, 6-17-15, Bates
8       Stewart,W-McCanless-MED-00137 - 139)
9    Exhibit #22         96
        (PET Re-Staging Breast Exam, 6-23-15, Bates
10      Stewart,W-McCanless-MED-00089)
11   Exhibit #23         97
        (Follow-Up Visit, 11-4-15, Bates
12      Stewart,W-McCanless-MED-00132 - 134)
13   Exhibit #24         98
        (Follow-Up Visit, 12-2-15, Bates
14      Stewart,W-McCanless-MED-00129 - 131)
15   Exhibit #25         100
        (Follow-Up Visit, 1-12-17, Bates
16      Stewart,W-McCanless-MED-00117 - 119)
17   Exhibit #26         101
        (Follow-Up Visit, 1-30-18, Bates
18      Stewart,W-McCanless-MED-00110 - 113)
19   Exhibit #27         107
        (NCCN Clinical Practice Guidelines in
20      Oncology (NCCN Guidelines) Breast Cancer,
        Version I.2014)
21
22
23
24
25

TSG Reporting - Worldwide 877-702-9580

### Page 6

S T I P U L A T I O N

It is hereby stipulated by and among counsel for plaintiff and counsel for defense that the deposition of CHRISTOPHER MCCANLESS, M.D., be taken before RITA A. DEROUEN, Certified Court Reporter, by counsel for the defense, for all purposes, pursuant to notice and to the provisions of the appropriate statutes of the Code of Civil Procedure of the State of Louisiana.

The parties hereto waive all formalities in connection with the taking of said deposition and the reading and signing thereof, except the swearing of the witness, and the reduction of the questions and answers to typewriting.

Per Article 1443(D) of the Louisiana Code of Civil Procedure, Counsel for all parties reserve all objections until trial or other use of the deposition.

### Page 7

THE VIDEOGRAPHER:  We're on the record. This is the video deposition of Dr. Christopher McCanless taking place in Baton Rouge, Louisiana on May 13, 2019, beginning at 2:20 p.m.

My name is Shelly Pousson, I'm the videographer.  The court reporter is Rita DeRouen.

At this time, will counsel please introduce themselves for the record.

MR. FOWLER:  Stephen Fowler with Greenberg Traurig on behalf of Sandoz Inc.

MR. GEIGER:  Andrew Geiger with Allan Berger & Associates for the plaintiff, Wanda Stewart.

THE VIDEOGRAPHER:  Will the court reporter please swear in the witness.

CHRISTOPHER MCCANLESS, M.D., having been first duly sworn, was examined and testified as follows:

EXAMINATION
BY MR. FOWLER:

Q.  Good afternoon, Doctor.  Would you please state your full name and professional address.

A.  Dr. Christopher Miles McCanless.  And Hematology Oncology Clinic, 8595 Picardy Avenue, Suite 400, Baton Rouge, Louisiana.

Q.  Thank you.

### Page 8

MR. FOWLER:  This will be the deposition of Dr. Christopher McCanless.  The deposition is being taken for purposes of discovery and all other purposes allowed under the Federal Rules of Civil Procedure.

Counsel, can we agree all objections other than the form are reserved until the time of trial?

MR. GEIGER:  Agreed.

MR. FOWLER:  Thank you.

BY MR. FOWLER:

Q.  Dr. McCanless, I would also like to let you know you have the right to review the transcript of this deposition to make any corrections that are necessary, any changes that you feel need to be made, and then sign off on it; or, alternatively, you have the right to waive it.  I don't represent you, but those are your two options, and we're happy to make a copy available if you wish.

A.  I can just waive.

Q.  Okay.  Fair enough.  Doctor, have you ever given a deposition before?

A.  Yes.

Q.  Approximately how many?

A.  Three to four.

Q.  When is the last time you were deposed?

A.  Maybe two years ago.

### Page 9

Q.  Okay.  Well, we can skip a lot of the ground rules, but let me just say if at any time you don't understand a question that I ask, please let me know so that I can rephrase it.

And if you do answer a question, will it be fair for me to assume that you've understood the question?

A.  Yes.

Q.  Okay.  And of course, Doctor, we're here in your clinic.  If you need a break at any time, to see a patient, address anything you need to, please let us know and we can stop anytime.

A.  Okay.

Q.  Doctor, with regard to the depositions you've given previously, what were the circumstances of those?  And by that I mean, today you're here as a fact witness, but have you ever been deposed as an expert or as a party to a lawsuit?

A.  It mostly would be like an expert, one of my patients.  I don't exactly remember the last one, but I've given some for like mesothelioma cases that I've treated patients.

Q.  Okay.  And you mentioned expert.  Have you ever been retained by a party in a lawsuit to serve as an expert separate and apart from being a treating

3 (Pages 6 to 9)

1  physician?
2      A.  No.
3      Q.  And, Dr. McCanless, have we ever met or spoken
4  before today?
5      A.  No.
6      Q.  Did you meet with Ms. Stewart's counsel in
7  connection with this lawsuit or deposition?
8      A.  No.
9      Q.  Have you spoken with any of Ms. Stewart's other
10  treating physicians with regard to the lawsuit?
11      A.  No.
12      Q.  When did you first become aware that your
13  patient, Wanda Stewart, had filed a lawsuit against
14  Sandoz concerning the docetaxel medication she received?
15      A.  Just when y'all issued -- for the deposition.
16      Q.  Okay.  And, Doctor, do you understand that
17  there are no allegations whatsoever concerning your care
18  and treatment of Ms. Stewart?
19      A.  Yes.
20      Q.  And do I understand that, from what you've
21  testified to, Ms. Stewart never mentioned to you that
22  she was considering filing a lawsuit against Sandoz over
23  allegations that she's experienced some alleged
24  permanent hair loss?
25      A.  That's correct.

1      Q.  Do you recall, whether during any of her visits
2  over the years you treated her, if she ever complained
3  to you about persistent or permanent hair loss?
4      A.  I don't recall any visits that she complained
5  of hair loss or any complaints.
6      Q.  And if she had, Doctor, would that have been
7  something you would have noted in your record?
8      A.  Usually I would, yeah.
9      Q.  Ms. Stewart testified at her deposition
10  recently that she had done some research concerning
11  docetaxel, Taxotere, and hair loss late in the year
12  2016.  Do you recall if, in that time frame, she asked
13  you any questions about docetaxel or Taxotere and hair
14  loss?
15      A.  I don't recall it.
16          (Exhibit 1 was marked.)
17  BY MR. FOWLER:
18      Q.  Let me show you what's been marked as
19  Exhibit 1, which is the notice of deposition for today.
20  Have you seen that document before?
21      A.  No, I haven't seen it before.
22      Q.  Okay.  If you were to turn to the
23  second-to-last page, Doctor, it's marked Exhibit A
24  across the top, there are a number of items which I
25  requested in the notice for today.  And let me just run

1  through them to see if you've got any that we may be
2  able to get from you.
3      A.  Okay.
4      Q.  Item Number 1 is your current and
5  up-to-date-curriculum vitae, or resume, and your
6  assistant was kind enough to provide that.
7          I've previously shown Counsel, let me submit
8  Exhibit 2 to and ask if that is your current and
9  up-to-date CV?
10          (Exhibit 2 was marked.)
11      A.  Yeah, this looks accurate, yes.
12  BY MR. FOWLER:
13      Q.  Okay, thank you.  You can set that aside, but
14  we'll have questions about that later.
15          The second item that we requested is a complete
16  copy of the medical records for Ms. Stewart that you
17  maintain here in your practice.  Now, would I be correct
18  that all of the records you maintained on Ms. Stewart
19  are in electronic form?
20      A.  Yes.
21      Q.  You don't have any kind of paper file with any
22  correspondence or records from other physicians?
23      A.  No.
24      Q.  If you receive records from other physicians
25  that she sees who copy you on something, how does that

1  record get to her chart?
2      A.  It would be copied into the chart or scanned
3  into the chart.
4      Q.  Okay.  And you brought with you today your
5  computer.  And do you have access to Ms. Stewart's
6  complete file?
7      A.  Yes.
8          (Exhibit 3 was marked.)
9  BY MR. FOWLER:
10      Q.  I'm going to show you what I've marked as
11  Exhibit 3, which is a copy of your medical records on
12  Ms. Stewart that we received through a subpoena prior to
13  the deposition.
14          MR. FOWLER:  Counsel.
15  BY MR. FOWLER:
16      Q.  And, Doctor, you'll notice at the bottom
17  right-hand corner there's a series of numbers with, I
18  guess, a prefix to them.  They're Bates numbers that we
19  have applied to your record so that we can more easily
20  refer to particular pages.  Do you see those?
21      A.  Yes.
22      Q.  Now, other than that addition, are you able to
23  thumb through the records, review them however you'd
24  like, and let me know if you believe that is a true and
25  accurate copy of your medical records on Ms. Stewart?

Page 14

1    A.  Yeah, this looks accurate.
2    Q.  And just before we started, your assistant
3  brought in the most recent visit that Ms. Stewart had
4  with you.
5    A.  Yes.
6    Q.  Is that right?
7    A.  That's right.
8    Q.  I'd like to go ahead and mark that as
9  Exhibit 4.  It's a visit dated 2-14-19, which I've
10 previously shown Counsel.
11        (Exhibit 4 was marked.)
12 BY MR. FOWLER:
13   Q.  I'm just sort of doing some housekeeping here.
14 We can keep those sort of set aside.
15       Doctor, are the records that we've printed out
16 that you've testified are true and accurate, are those
17 records maintained -- or as they are maintained in the
18 ordinary course of your practice -- let me start that
19 again.
20       Are the records that you've looked at, which
21 are Exhibit 3, are those copies of records that are
22 maintained in the ordinary course of your practice?
23   A.  Yes.
24   Q.  And when a patient comes in for a visit, do you
25 make contemporaneous notes during that visit?

Page 15

1    A.  Just notes in the -- in the computer, in the
2  electronic medical record.
3    Q.  And do those notes then become part of her
4  record and what we've got here as Exhibit 3?
5    A.  Yes.
6    Q.  Referring back to the notice of deposition,
7  after the request for medical records, we've asked for
8  any kind of correspondence or documents you might have
9  obtained from Ms. Stewart's counsel or from her family
10 or Ms. Stewart herself, correspondence that pertains to
11 this lawsuit.  Do you have anything like that?
12   A.  No.
13   Q.  And your billing records, Doctor, I believe
14 they've been produced by subpoena.  Are they also
15 maintained electronically?
16   A.  Yes.
17   Q.  And do you maintain any copies of radiology
18 studies, the actual films themselves?
19   A.  No.
20   Q.  Are you tied into the hospital so that you're
21 able to view films as they are made into her hospital
22 record?
23   A.  Yes.
24   Q.  Does your office maintain any sort of call log
25 separate and apart from what we would see in the medical

Page 16

1  records, call log with patients?
2    A.  No.  It's all entered into the medical records.
3    Q.  Do you maintain any sort of research file in
4  your office with regard to Taxotere or docetaxel?
5    A.  She wasn't on a clinical trial.  Is that --
6    Q.  Okay.  I guess that could be part of what I'm
7  asking.  But I just mean for your personal use, do you
8  have research folders for various chemotherapy drugs you
9  might prescribe or any kind of personal research file?
10   A.  No.
11   Q.  Okay, Doctor.  Now, with regard to your
12 preparation for the deposition today, since the time
13 that you learned we wanted to take your deposition, have
14 you undertaken to review Ms. Stewart's complete medical
15 record?
16   A.  Yes, I did look at the last several notes.
17   Q.  Did you go back and start at the beginning or
18 anything like that?
19   A.  I looked at her initial visit note just to her
20 staging and treatment protocol.
21   Q.  Have you ever seen a copy of her lawsuit in
22 this case, the complaint?
23   A.  No.
24   Q.  In preparation for your deposition today, did
25 you do any kind of research, like going on the Internet

Page 17

1  to look up anything about this litigation or anything
2  about docetaxel or Taxotere?
3    A.  No.  I've looked up some in the past kind of
4  more -- it's mainstream about Taxotere just to review
5  that, but nothing specifically for this case.
6    Q.  Okay.  Nothing to prepare for today?
7    A.  No.
8    Q.  Okay.  I'd like to ask you about Ms. Stewart's
9  other treating physicians to see if you know them.  Do
10 you know Dr. Garland Green?
11   A.  Yes.
12   Q.  And what's his specialty?
13   A.  Cardiology.
14   Q.  Rather than asking you after each name, have
15 you talked with any physician of her physicians about
16 her treatment, Ms. Stewart's care and treatment?
17   A.  No.
18   Q.  Do you know Dr. Bonner, Everett Bonner?
19   A.  Yes.
20   Q.  William Russell?
21   A.  Yes.
22   Q.  And what's Dr. Russell's specialty?
23   A.  Radiation therapy.
24   Q.  And were you the physician that ordered
25 Ms. Stewart to have radiation therapy?

5 (Pages 14 to 17)

Page 18

1  A. I'd have to look back. Either me or
2  Dr. Bonner. It's usually the medical oncologist or the
3  surgeon.
4  Q. Is Dr. Bonner her surgeon?
5  A. Yes.
6  Q. Do you know Dr. Shamlin, Kenyatta Shamlin?
7  A. Yes.
8  Q. And how about her sister, is it Tasha or Tanya?
9  A. Yeah, Tasha.
10  Q. Do you know her as well?
11  A. Yes. They're family practice physicians.
12  Q. Is their practice located close by?
13  A. At that -- yeah, they just moved recently, I
14  think a couple years ago. So probably at the time she
15  was diagnosed they were here. I think -- I'm not sure
16  where they are now. They were employees of the General.
17  Q. Okay. And do you know Dr. Taylor Theunissen?
18  A. Yes.
19  Q. And what's her specialty?
20  A. Plastic surgery.
21  Q. Okay. At the time you first were referred
22  Ms. Stewart, did you have a relationship between your
23  practice and Dr. Shamlin's practice for -- as a practice
24  who would receive new oncology patients from them?
25  A. Usually we get referrals from the surgeon that

Page 19

1  does the --
2  Q. Was it a little unusual to get one from the
3  primary care provider?
4  A. I don't remember whether I got it from
5  Dr. Bonner or Dr. Shamlin initially. I know she
6  presented with a more locally advanced breast cancer.
7  So sometimes we'll see patients to help them get a game
8  plan about -- you know, before they go to the surgeon,
9  who would be the next best person to get a diagnosis.
10  But most of the time we get it from the -- the diagnosis
11  has already been made and we get it from the surgeon.
12  Q. Okay. And we'll look at your records with
13  regard to that.
14  A. Okay.
15  Q. Before I get too far ahead of myself, you are a
16  physician, correct, Doctor?
17  A. Yes.
18  Q. And what is your specialty?
19  A. Medical oncology.
20  Q. Let's take a look at your CV, which has
21  previously been marked as Exhibit 2. And if you could
22  please take us through your educational background
23  starting with college and take us through your
24  residency, please.
25  A. Yeah. Went to undergraduate University of the

Page 20

1  South. In 1984 I got a bachelor of science degree. And
2  then medical school at LSU in Shreveport and graduated
3  in 1988. And then three years of internal medicine
4  through '91 and did a -- worked on staff for a year at
5  LSU with residents. So that's before I started the hem
6  onc fellowship.
7  Q. Okay. What's the hem onc fellowship, please?
8  A. The hematology oncology fellowship. And that
9  was from '92 through '95.
10  Q. And can you explain what a fellowship is as
11  distinguished from a residency?
12  A. That -- extra training after internal medicine.
13  You can subspecialize. And I picked hematology and
14  oncology. So that's a three-year program after internal
15  medicine.
16  Q. And are you board certified, sir?
17  A. Yes.
18  Q. What are you board certified in?
19  A. Internal medicine and medical oncology.
20  Q. And I would assume as part of your license that
21  you take continuing medical education courses?
22  A. Yes.
23  Q. And you attend conferences and seminars?
24  A. Yes.
25  Q. Do you subscribe to Up To Date?

Page 21

1  A. Yes.
2  Q. And do you recall the last article that you
3  read on Up To Date that you certified as part of your
4  CME?
5  A. I just looked at it today. It's --
6  Q. It's okay.
7  A. I can't remember right now. But, yeah, I look
8  at it almost every few days.
9  Q. And are you licensed in any states other than
10  Louisiana?
11  A. No.
12  Q. And, Doctor, how long have you been in this
13  particular practice, where we are today?
14  A. Since '95.
15  Q. And who is your employer?
16  A. American Oncology Network. We just -- Florida
17  Cancer.
18  Q. And how many doctors -- how many physicians
19  practice with you here?
20  A. There are five.
21  Q. And do you also have licensed nurse
22  practitioners?
23  A. Yes.
24  Q. And are licensed nurse practitioners allowed
25  and licensed to prescribe medications?

Page 22

1    A. Yes.
2    Q. And do they examine patients on occasion?
3    A. Yes.
4    Q. Do you also have physician's assistants?
5    A. No.
6    Q. Dr. McCanless, can you describe what the nature
7 of your practice is?  Understanding it's medical
8 oncology, but could you describe it a bit.
9    A. We see patients that have been diagnosed with
10 cancer.  We treat with -- help to make a diagnosis,
11 stage the patient, and usually treat with chemotherapy.
12 And then kind of like the coordinator if they need to
13 see radiation or other options we'll coordinate that.
14 We also see hematology patients, anemia and blood
15 disorders also.
16    Q. And you see men and women?
17    A. Yes.
18    Q. Are you able to estimate what percentage of
19 your practice involves the treatment of breast cancer?
20    A. Maybe about 30 percent.
21    MR. FOWLER: Off the written record.
22    (Discussion off the record.)
23 BY MR. FOWLER:
24    Q. And how long have you been treating breast
25 cancer?

Page 23

1    A. In private practice, '95 is when I -- we
2 treated breast cancer back in fellowship, which was in
3 '92.
4    Q. And as a general rule, if one applies, how long
5 do you continue to follow your breast cancer patients
6 after they have completed chemotherapy and radiation
7 therapy?
8    A. Usually indefinitely, I mean, as long as
9 they're -- sometimes breast cancer can return later, so
10 it's one of the cancers that we like to treat -- to
11 follow for longer periods of time.
12    Q. Now, I saw on your CV that you've done some
13 research.  Have you done some clinical trials, things
14 like that, or participated in them?
15    A. Yes.
16    Q. And have you ever done any clinical trial or
17 research on behalf of Sandoz, according to your CV?
18    A. I don't see that listed here.
19    Q. And I -- strike that.
20    Have you ever conducted any research
21 specifically on Taxotere?
22    A. There might be clinical trials that had
23 Taxotere as part of them, I just don't recall.
24    Q. Fair enough.  Have you ever given any
25 presentations at conferences with regard to breast

Page 24

1 cancer treatment?
2    A. No.
3    Q. And when you have done clinical trials or
4 research on behalf of the pharmaceutical companies
5 listed on your CV, the payment for that or the grant
6 money for that, where does that go?  Does that go to
7 your practice?  The university?  To yourself?
8    A. It goes to the practice.
9    Q. Now, Dr. McCanless, as I mentioned earlier,
10 you're being deposed here as a treating physician of
11 Ms. Wanda Stewart; is that correct?
12    A. Yes.
13    Q. And you're not here to be critical of my
14 client, Sandoz, are you?
15    A. No.
16    Q. And sitting here today, you don't have any
17 criticisms of Sandoz in terms of the docetaxel, the way
18 it was designed, the way it was brought to market, or
19 any of its warnings, do you?
20    A. No.
21    Q. And is Ms. Wanda Stewart currently a patient of
22 yours?
23    A. Yes.
24    Q. And sitting here today, are you able to recall
25 Ms. Stewart independent of seeing your records?

Page 25

1    A. Yes.
2    Q. And if you could summarize, how is she doing
3 today with regard to her breast cancer?
4    A. She's doing well.  I mean, she's -- she's still
5 on hormonal treatments as a prevention and she has some
6 side effects from that, but otherwise she's functional
7 and no evidence of recurrence.
8    Q. And it has been almost five years since she was
9 diagnosed and treatment began; is that right?
10    A. Yes.  In May of 2014.
11    Q. And, Doctor, is there some significance or
12 importance when a breast cancer survivor has been five
13 years cancer-free?
14    A. Yeah, that is one of the milestones, five
15 years.  But like I said before, breast cancer can recur
16 later.  So sometimes we even -- she's on Femara.  We do
17 that for another five years too as a prevention, because
18 some patients can relapse within the first ten years
19 also, especially if they present at kind of high risk.
20    Q. And do you agree, Dr. McCanless, that
21 Ms. Stewart is a breast cancer survivor?
22    A. Yes.
23    Q. And do you credit Ms. Stewart's survival, in
24 part, to the chemotherapy regimen known as TAC, which
25 you prescribed?

7 (Pages 22 to 25)

1  A.  I believe that it did help along with the
2  hormonal treatments.  And I think the whole package with
3  the surgery, radiation, all that will help to improve
4  the survival.  But, yeah, I think chemotherapy for her
5  stage was definitely essential.
6  Q.  And at the time that you prescribed the TAC --
7  which is Taxotere, Adriamycin, and cyclophosphamide,
8  correct?
9  A.  Yes.
10  Q.  -- you believed that was the best treatment for
11  her at the time you prescribed it?
12  A.  I picked that regimen mainly because of how
13  aggressive her -- she was young and aggressive, and I
14  felt that would be her best chance of getting a
15  neoadjuvant approach prior to surgery to downsize the
16  tumor and prevent metastatic disease.
17  Q.  And as we know from how she's doing today, that
18  was successful?
19  A.  Yes.
20  Q.  And you cannot say with certainty that
21  Ms. Stewart would have had the same outcome if a
22  different neoadjuvant chemotherapy had been used,
23  correct?
24       MR. GEIGER:  Object to form.
25  A.  That's correct.

1  BY MR. FOWLER:
2  Q.  You can answer.  I should tell you, once in a
3  while counsel will object.
4  A.  Yeah.
5  Q.  And as we've agreed, he's objecting to the
6  form.
7  A.  I mean, there are other options you can use for
8  neoadjuvant too, but I believe this is a good standard
9  therapy and -- is that the question?
10  Q.  Let me re-ask my question.  Doctor, are you
11  able to say with certainty that Ms. Stewart would have
12  had the same outcome if a different neoadjuvant therapy
13  had been used?  Can you say that with certainty?
14  A.  Probably not.  I can't say that, no.
15  Q.  And -- strike that.
16       Do you recall the circumstances surrounding
17  Ms. Stewart's first visit with you, sort of how she came
18  to be your patient?
19  A.  Not in detail.
20  Q.  Not without the medical records?
21  A.  Yeah, not without the medical records.
22  Q.  Okay.  If you can look to Exhibit 3 there and
23  if you turn to McCanless-MED-00002 -- actually, strike
24  that.  Look a little bit further to 006, please.
25       MR. GEIGER:  What's the date of the visit?

1       MR. FOWLER:  It should be 6-2-14.
2       MR. GEIGER:  Thank you.
3  A.  What number, 00 --
4  BY MR. FOWLER:
5  Q.  0006.  Do you have that page?  Yeah, it's right
6  here.  You've got it.
7  A.  Oh, this?
8  Q.  Yeah.
9  A.  Oh, okay.
10  Q.  And it's a two-page document.  If you flip to
11  the second page, you see Ms. Stewart's signature on 6-2?
12  A.  Yeah.
13  Q.  When a new patient comes to see you, a new
14  oncology patient, do you have them fill out kind of a
15  new patient document with family and medical history,
16  things like that?
17  A.  Yeah, yes.
18  Q.  And if we move on to McCanless-MED-11, please,
19  do you see an appointment date up there of 6-2-14?
20  A.  Yes.
21  Q.  And do you see a referring physician's name?
22  A.  Yes.
23  Q.  And who is that, please?
24  A.  Dr. Shamlin.
25  Q.  And do you see further down under the comment

1  section, are you able to read that?
2  A.  Yes.
3  Q.  What does that say?
4  A.  "Patient took new patient information" --
5  "patient took new patient information with her."
6  Q.  And you see the line above it, Dr. Shamlin
7  requested ASAP?
8  A.  Yes.
9  Q.  Do you have any understanding what that -- what
10  that means?
11  A.  Wanted her seen as soon as possible.
12  Q.  Yes, sir.  And if you look, please, to
13  page 13 -- actually, you can look at 12 and 13.  Is
14  page 12 part of your new patient document to fill out?
15  A.  Yes.
16  Q.  And page 13, it's entitled "Patient Medical
17  History."  Do you see that?
18  A.  Yes, yes.
19  Q.  Under obstetrical history on that page, partway
20  down, do you see a history of a hysterectomy?
21  A.  Yes.
22  Q.  And ovaries were both removed?
23  A.  Yes.
24  Q.  And what year was that?
25  A.  2012.

Page 30

1  Q.  And below that it states "hormone replacement
2  therapy."  Do you see that?
3  A.  Yes.
4  Q.  Is there significance to you with regard to her
5  breast cancer that she was on hormone replacement
6  therapy preceding this diagnosis?
7  A.  I mean, usually we'll stop it prior to -- at
8  the time of diagnosis.  There's some association between
9  estrogen and breast cancer, not essentially a cause, but
10  we -- and hers was ER positive, so we would want to stop
11  the estrogen.
12  Q.  Okay.  Since she has -- since she has had a
13  hysterectomy, do you consider her post menopausal in
14  your treatment assessment?
15  A.  Yes.
16  Q.  Now, what I'd like to do is, sort of for ease
17  of review and for showing this later at trial, I've
18  taken individual visits from your larger chart and
19  marked them as individual exhibits so that we can all
20  talk off the same page, if that's all right.
21  And I'm going to mark as Exhibit 5 the official
22  office visit of 6-2-14.  And, Doctor, you can --
23  MR. FOWLER:  Here's a copy for counsel if
24  you'd like.
25  (Exhibit 5 was marked.)

Page 31

1  BY MR. FOWLER:
2  Q.  You can feel free to use the paper document.  I
3  didn't mean to take you away from your computer.
4  A.  No, no.
5  Q.  You can look at this as well.  At any time
6  throughout the day, Doctor, that I show you a document,
7  I want you to feel free to take whatever time you need
8  to review it.  I don't mean to rush you at all today.
9  But taking a look there at 6-2-14 -- are you
10  with me?  I got a little ahead of myself.  At the time
11  of the visit on June 2, 2014, Doctor, would you have
12  been aware of her -- of the pathology report for her
13  cancer diagnosis at the time that you saw her then?
14  A.  Yes.
15  Q.  Okay.  And let me go ahead and mark as
16  Exhibit 6 the surgical path report.
17  (Exhibit 6 was marked.)
18  MR. FOWLER:  I don't have an extra, but
19  I'll give it to you after I'm done.
20  MR. GEIGER:  That's fine.  I have a copy
21  already.
22  BY MR. FOWLER:
23  Q.  Exhibit 6.  Dr. McCanless, do you recognize
24  this as Ms. Stewart's surgical pathology report?
25  A.  Yes.

Page 32

1  Q.  And it looks like it was dated 5-27-14; is that
2  correct?
3  A.  Yes.  It was collected 5-23-14.
4  Q.  Now, looking at the surgical pathology report,
5  the final pathologic diagnosis, do you see "estrogen
6  receptor positive"?
7  A.  Yes.
8  Q.  And when you see that, what does that mean to
9  you with regard to her cancer?
10  A.  It's a hormonally-driven cancer, that's one of
11  the growth factors that is causing the cancer to grow
12  and to propagate.  It's a --
13  Q.  And is that one of the factors that you will
14  use in determining the course of treatment and the
15  chemotherapy you select?
16  A.  Yes.
17  Q.  The next item on the pathology report talks
18  about progesterone receptor, PR, and that's also
19  positive.  Do you see that?
20  A.  Yes.
21  Q.  And again, is that a categorization of
22  Ms. Stewart's cancer?
23  A.  Yes.
24  Q.  And is that a factor that you would have
25  considered when selecting her chemotherapy regimen?

Page 33

1  A.  Yes.
2  Q.  Below that, Doctor, you see the notation
3  "HER-2/NEU receptor" and it states to be equivocal at
4  that point.  Do you see that?
5  A.  Yes.
6  Q.  Was there ultimately a FISH testing done to
7  determine whether she's HER-2 positive or negative?
8  A.  Yes.
9  Q.  And which did she turn out to be?
10  A.  She was HER-2 negative.
11  Q.  And is HER-2 negative an important factor that
12  you considered when selecting her chemotherapy regimen?
13  A.  Yes.
14  Q.  And what, if any, do these categorizations for
15  Ms. Stewart's cancer mean as far as the severity of her
16  cancer?  Is that -- are these indicative of the severity
17  or just categorization?
18  A.  The ER positive, HER-2 negative is usually a
19  little better category than the -- when everything is
20  negative, triple negative, or when the HER-2 is
21  positive.
22  Q.  And returning your attention to your first
23  office visit on 6-2, do you have additional information
24  with regard to the type of cancer that she has, its
25  size, its invasiveness, if you will?

Page 34

1    A. Yes.
2    Q. And if you're looking under the history of
3 present illness, is that where the information is?
4    A. Yes.
5    Q. And, Doctor, if you could read those four
6 lines -- or five lines starting with "duration of
7 symptoms" for the record.
8    A. "Duration of symptoms was two months."
9    Q. And finish that paragraph, if you would.
10    A. "Patient was initially seen by family
11 physician. Abnormality was originally detected by
12 screening mammogram. Ultrasound on May 20, 2014 with a
13 suspicious right breast mass, 4.4 centimeters.
14 Ultrasound revealed at least three discrete masses and a
15 right axillary mass, 4.7 centimeters.
16    "Biopsy was performed with a core needle biopsy
17 of the right breast mass and right axilla on May 23,
18 2014. Pathology revealed infiltrating (invasive) ductal
19 carcinoma. ER positive, 98 percent. PR positive, 3
20 percent. HER2/neu 2 plus. And FISH was pending."
21    Q. Thank you, Doctor. Now, with regard to the
22 fact that there were three discrete masses identified,
23 does that suggest a more serious cancer, a more
24 aggressive cancer than a single mass?
25    A. Not necessarily. It's the -- right axillary --

Page 35

1 the mass in the right axilla would make the stage a
2 higher stage or more aggressive stage because it spread
3 to the lymph nodes.
4    Q. Do you consider a 4.7 centimeter tumor to be
5 small? Moderate? Large? How would you describe it?
6    A. Large.
7    Q. And the larger the tumor, the more advanced the
8 cancer is; is that a fair statement?
9    A. Yes.
10    Q. And, Doctor, were any lymph nodes involved --
11 let me start that again.
12    Had any lymph nodes been infiltrated by the
13 cancer?
14    A. Yes. Let's -- the right axillary mass was a
15 large, you know, mass of lymph nodes that had been
16 infiltrated.
17    Q. And at this point, Doctor, before surgery, how
18 would you stage her cancer?
19    A. It was staged a Stage IIIA, there's a T2 N2.
20    Q. And where -- are you reading from --
21    A. The assessment.
22    Q. And that's on the second page?
23    A. Yes.
24    Q. Okay. IIIA, let's break it down a little bit.
25 And we're on MED-157. It states IIIA means what?

Page 36

1    A. For her it was the size of the tumor was over
2 2 centimeters and the nodes -- the N2 nodes are when
3 they're fixed or matted together under the axilla.
4    Q. And is this a very serious diagnosis in your
5 opinion and your experience?
6    A. Yes.
7    Q. And does the fact that her symptoms purportedly
8 have only existed for two months and she now has a
9 4-centimeter tumor that's invaded the lymph nodes, does
10 that suggest it's an aggressive cancer?
11    A. Yes.
12    Q. What else about the pathology findings make it
13 an aggressive cancer?
14    A. I can look at the -- do you have the original
15 path?
16    Q. Is that this or are you talking about the
17 surgical?
18    A. There should have been one that -- this is just
19 the path of the estrogen receptors. There would be one
20 that showed the grade of the tumor, whether it was a
21 Grade I, II, or III, or poorly differentiated. That
22 would be in one of the path reports.
23    Q. Okay.
24    A. That would be in the original biopsy.
25    Q. In the original biopsy?

Page 37

1    A. Yeah.
2    Do you know if the path are in a specific
3 section or just --
4    Q. It's sort of in reverse -- reverse order,
5 Doctor. If you know it's on your computer, we can
6 certainly have you review it from that perspective.
7 Would you have it on your computer?
8    A. I can look and see.
9    MR. FOWLER: We can be off the record
10 while he looks at that.
11    THE VIDEOGRAPHER: We're off the record at
12 3:07.
13    (Brief delay.)
14    THE VIDEOGRAPHER: We're back on the
15 record at 3:10.
16 BY MR. FOWLER:
17    Q. Doctor, on your office note of 6-2 under that
18 history of present illness, when you state that "biopsy
19 pathology revealed tumor type as infiltrating ductal
20 carcinoma," is that describing an aggressive cancer?
21    A. Not necessarily. I mean, it's -- you have to
22 take in the grade of the tumor and the ERPR. The
23 invasive ductal is more aggressive than like a ductal
24 carcinoma in situ. That just means it's invaded into
25 the tissue of the breast. Yeah, you could have a

Page 38

1   low-grade invasive carcinoma that would be --
2       Q.  With Ms. Stewart's diagnosis of a Stage III --
3   I'm sorry, Stage IIIA T2 N2 M0, is that describing what
4   you would consider to be an aggressive cancer?
5       A.  Definitely a locally advanced, yeah, aggressive
6   stages in the onset of how quickly it came on.
7       Q.  Okay.  And do you agree, Doctor, that the most
8   important prognostic factors with breast cancer are the
9   expression of the ERPR, HER-2, and the proliferation
10  markers, the number of involved regional lymph nodes,
11  the tumor histology, and the size and grade of the
12  tumor?
13      A.  Yes.
14      Q.  And would you consider Ms. Stewart's cancer at
15  this time to be one which, if left untreated, would be
16  fatal?
17      A.  Yes.
18      Q.  And, Doctor, based on your experience and the
19  information you had on this occasion on June 2, 2014,
20  was it your immediate assessment that she would need
21  neoadjuvant therapy prior to surgery?
22      A.  Yes.
23      Q.  And why is that?
24      A.  For a Stage III disease -- she was young.  Just
25  the enlarged lymph nodes, they were matted together.  I

Page 39

1   felt that she needed to be down-staged before they could
2   do surgery.  It would make the surgeon's operation
3   hopefully easier to get clear margins and improve the
4   cure rates.
5       Q.  Now, did you later learn that she also tested
6   positive for the ATM gene?
7       A.  Yes.
8       Q.  And can you tell us what that means?
9       A.  That increases -- that's one of the genetic
10  mutations.  That's not as common as the BRAC, or the
11  B-R-A-C gene, but it increases the risk of breast
12  and ovary -- let's see -- and --
13      Q.  Pancreatic?
14      A.  Pancreatic, yeah.
15      Q.  And does it also -- does the ATM gene factor
16  into the likelihood of distant metastatic disease?
17      A.  No.
18      Q.  It would be a new cancer?
19      A.  It would be her risk of getting the original
20  cancer and getting a subsequent recurrence in her other
21  breast or pancreatic cancer.
22      Q.  Is it the standard of care with a patient who
23  presents like Ms. Stewart to order neoadjuvant therapy?
24  Or the best practices might be another way to put it.
25      A.  I mean, depends on how fixed the lymph nodes

Page 40

1   are.  I mean, sometimes you can do surgery first.  I
2   mean, for the patients who are HER-2 positive, then
3   neoadjuvant has been shown to improve survival with the
4   3 plus.  But in this case she was HER-2 negative.  Hers
5   was mainly kind of down-staged to make the surgery.
6   There's not as much data that it really improves
7   survival giving it before or after the ER positive
8   patients.
9       Q.  And, Doctor, would you agree that it was
10  important to get Ms. Stewart through the neoadjuvant
11  chemotherapy and on to surgery as the next phase of her
12  treatment as quickly and effectively as possible?
13      A.  Yes.  I thought her risk of dissimilated mets
14  was high, so I felt that she needed systemic treatment
15  fairly quickly.
16      Q.  And do you -- was it your thinking at the time
17  that six cycles, which included Adriamycin in six
18  cycles, would be one of the best ways to treat this
19  aggressive cancer?
20      A.  Yes.
21      Q.  And as part of your practice in treating breast
22  cancer, in all of your patients you select the best
23  chemotherapy drugs and drug regimen which, in your
24  medical judgement, provides that patient the best chance
25  at long-term survival?

Page 41

1       A.  Yes.
2       Q.  And, Doctor, you've known since training that
3   all chemotherapy drug regimens have side effects,
4   correct?
5       A.  Yes.
6       Q.  These drugs are toxic by their very nature,
7   aren't they?
8       A.  Yes.
9       Q.  And you learned in your training that hair loss
10  is a known side effect of chemotherapy drugs; is that
11  fair?
12      A.  Yes.
13      Q.  And throughout your practice as an oncologist,
14  you've always known hair loss is associated with
15  chemotherapy drugs, correct?
16      A.  Yes.
17      Q.  And when you prescribe chemotherapy drugs, do
18  you make a determination that the benefits of the drugs
19  you're prescribing outweigh the risks before you
20  prescribe any drug to an individual patient?
21      A.  Yes.
22      Q.  And as you understand the risks when you
23  prescribe the chemotherapy drugs, do you also make sure
24  that your patients understand and accept these risks
25  before you prescribe the medication?

11 (Pages 38 to 41)

Page 42

1    A.  Yes.
2    Q.  And does that include the risk of hair loss?
3    A.  Yes.
4    Q.  And, Doctor, do you agree that the choice of
5 treatment strategy is based on biology, tumor extent and
6 location, the number of lesions, the number and extent
7 of lymph node involvement, as well as the age and any
8 comorbidities of the patient?
9    A.  Yeah, that's a fair statement.
10    Q.  And in Ms. Stewart's case, was it your medical
11 judgment that the potential benefit of six cycles of
12 Taxotere, Adriamycin, and cyclophosphamide outweighed
13 the risks of those drugs in order to give Ms. Stewart
14 the best chance at surviving this cancer?
15       MR. GEIGER:  Object to form.
16    A.  Yes.
17 BY MR. FOWLER:
18    Q.  In your medical judgment, Doctor, did the
19 benefits of six cycles of Taxotere, Adriamycin,
20 cyclophosphamide outweigh the risks in your prescribing
21 that drug regimen to Ms. Stewart?
22       MR. GEIGER:  Object to form.
23    A.  They --
24 BY MR. FOWLER:
25    Q.  It was the same question.  I'm trying to cure

Page 43

1 the objection.
2    A.  Okay.  So begin --
3    Q.  Let me ask you again.  Was it your medical
4 judgment that the benefits of six cycles of TAC
5 outweighed any risks associated with those drugs when
6 you weighed the prescribing decision for Ms. Stewart?
7    A.  Yes.
8    Q.  And the benefits of this chemotherapy
9 regimen -- any chemotherapy regimen that you prescribe
10 is saving lives; is that a fair statement?
11    A.  Yes.
12    Q.  Let's take a half step back, Doctor.  I want to
13 ask you a bit more about neoadjuvant therapy.  So that
14 the jury understands, can you -- can you explain
15 neoadjuvant versus adjuvant?  Which -- what means what?
16    A.  A neoadjuvant is chemotherapy given before
17 surgery and radiation either to down-stage the tumor so
18 the surgeon can get clear margins or, in some cases, to
19 actually hopefully kill metastatic disease before it
20 takes hold in the liver or other organs and improve
21 survival.
22      The idea for a more advanced stage or persons
23 especially with triple negative or HER-2 positive to do
24 it systemically first because the risk of metastasis is
25 going to cause a poor survival.  And we still need local

Page 44

1 control, but we don't want to lose control in the liver
2 or lungs.
3    Q.  So neoadjuvant is presurgery chemotherapy,
4 adjuvant is post surgery?
5    A.  Post surgery, yes.
6    Q.  And are both chemotherapy regimens, whether
7 neoadjuvant or adjuvant, designed and aimed at killing
8 the cancer cells?
9    A.  Yes.
10    Q.  And risks associated with neoadjuvant and
11 adjuvant are the same with regard to chemotherapy drugs?
12    A.  Yes.
13    Q.  And, Doctor, you mentioned neoadjuvant therapy,
14 a goal is to shrink the tumor; is that what you've
15 described?
16    A.  Yes.
17    Q.  I don't want to oversimplify it, but what
18 exactly are you trying to accomplish?
19    A.  You're trying to get systemic treatment or
20 treatment that's going to go all over the body to try to
21 kill metastatic disease that might be small amounts in
22 the liver or the lungs and try to start that; whereas
23 before surgery, surgery and radiation might take several
24 months.  You're trying to treat systemic disease earlier
25 to hopefully improve survival and also help the surgeon

Page 45

1 possibly get clear margins when patients have a more
2 advanced axilla, you know, less surgery that we have to
3 do.
4    Q.  So not only is the neoadjuvant trying to shrink
5 the tumor to give the surgeon clean margins, you're also
6 trying to kill cancer cells that may have already
7 spread; is that right?
8    A.  Yes.
9    Q.  And depending on the size of the original tumor
10 or tumors, can neoadjuvant therapy actually make the
11 tumor disappear or is it just going to shrink it?
12    A.  In some cases -- like I said with triple
13 negative and the HER-2 positive, about 30 percent of the
14 time it can be completely -- complete response, but not
15 as often in the ER positive, like she was.
16    Q.  And with a tumor as large as she had, she had a
17 4-centimeter and a 4.7-centimeter plus a third.  Would
18 you have expected those tumors to shrink to be not
19 detectable after neoadjuvant therapy?
20    A.  Again, not as much with the ER positive
21 disease.  Those aren't -- that category doesn't have as
22 good a complete response as the triple negative or the
23 HER-2 positive.
24    Q.  Okay.  And we will walk through your records.
25 But sitting here today, do you recall whether the

12  (Pages 42 to 45)

1  neoadjuvant therapy that you prescribed for Ms. Stewart
2  had the desired effect of reducing the tumor area for
3  the surgeon to then operate and get cleaner margins?
4      A.  I'll have to review the records.
5      Q.  Okay.  We'll get to that certainly.
6          And you may have already testified to this, but
7  just so I'm -- just so we're clear, was it your goal of
8  the -- of your neoadjuvant therapy to hit the cancer as
9  hard as you could before surgery?
10     A.  Yes.
11     Q.  And because she was young with no significant
12 comorbidities, did that allow you to prescribe, for
13 example, the six cycles of Adriamycin without worrying
14 about some of the side effects that might affect an
15 older woman with more comorbidities?
16     A.  That's correct.
17     Q.  Did -- is Ms. Stewart's family history of
18 breast cancer that she reports, for example, a paternal
19 uncle you note had pancreatic cancer, her mother had
20 cervical cancer, are those important factors for you as
21 an oncologist when you're evaluating a patient like
22 Ms. Stewart?
23     A.  It's important to see if they need to be
24 genetically tested to see if they have a high risk of
25 recurring disease or new disease after you finish

1  therapy.
2      Q.  And would you have seen -- strike that.
3          You obviously saw Ms. Stewart on June 2nd and
4  conducted an exam and talked with her about her
5  complaints?
6      A.  Yes.
7      Q.  And would you have discussed her diagnosis, her
8  cancer diagnosis, with her at that visit?
9      A.  Yes.
10     Q.  And I'm sure you've had similar discussions,
11 unfortunately many times, but how does that conversation
12 go when you're in a first visit with a patient who's
13 just been diagnosed with breast cancer of the type that
14 she has?  What's that conversation like?  What do you
15 convey to the patient?
16     A.  Well, at that visit we're trying to find out,
17 you know, if it's localized to the breast or if it's
18 spread, try to get her symptoms to help -- and also
19 trying to provide emotional support and some -- you
20 know, about discussing the diagnosis and treatment
21 options.  And definitely they're usually scared, and we
22 try to ease some of their fears at that time.
23     Q.  Would you have told her that she has a very
24 serious form of breast cancer?
25     A.  Yes.

1      Q.  And there's only one more stage, Stage IV,
2  correct?
3      A.  Yeah.
4      Q.  And would you have explained that you were
5  going to treat her presurgery and then have the surgeon
6  operate and then likely have radiation therapy?
7      A.  Yes.
8      Q.  And that conversation would have been part of
9  your first visit?
10     A.  Yes.
11     Q.  And I see that -- as part of your plan, that
12 you ordered a PET scan, which -- for June 4th, right?
13     A.  Yes.
14     Q.  And what does a PET scan do, please?
15     A.  It's a scan to evaluate if there's any spread
16 of the cancer to distant organs.
17     Q.  Do you recall whether her PET scan showed any
18 distant metastases or not?
19     A.  I don't have it in front of me.  I recall it
20 was negative for any metastatic readings.
21     Q.  And what would -- at this time, would you have
22 selected what chemotherapy drugs Ms. Stewart was going
23 to receive at this June 2, 2014 visit?
24     A.  Yes.
25     Q.  And how did you -- strike that.

1          Would you have had a discussion on the risks
2  and -- of the chemotherapy drugs at this time to consent
3  her or would that come later?
4      A.  More detail would have been in like the chemo
5  education visit.  I went over probably briefly some of
6  the side effects but not as in detail as the subsequent
7  visits.
8      Q.  And if you were -- well, when you explain the
9  risks of chemotherapy to your patients, do you go drug
10 by drug or are you speaking of chemotherapy as a whole?
11     A.  I mean, drug by drug and with -- a lot of them
12 all have similar side effects too.  I usually go into
13 the specifics of that drug if there's different side
14 effects that we need to know about.
15     Q.  And at the time you had this discussion with
16 Ms. Stewart, you knew the risk of hair loss with
17 Taxotere or docetaxel, correct?
18     A.  Yes.
19     Q.  You've always known that to be a risk of
20 Taxotere or docetaxel since you started using Taxotere;
21 is that correct?
22     A.  Yes.
23     Q.  And you believe that you've -- you were warned
24 of the risk of hair loss for Taxotere; is that right?
25     A.  Yes.

Page 50

1  Q. And after your discussion with Ms. Stewart, did
2  she understand there was a risk of hair loss with the
3  use of these chemotherapy drugs?
4  A. Yes.
5  Q. And, Doctor, you're familiar with -- well,
6  strike that.
7  TAC, the T stands for Taxotere, correct?
8  A. Yes.
9  Q. And your -- and docetaxel is a generic form of
10  Taxotere?
11  A. Yes.
12  Q. And you're familiar with the risks discussed on
13  the Taxotere label; is that correct?
14  A. Yes.
15  Q. But every time you prescribe the drug, do you
16  also need to consult the label? Do you review the label
17  every time?
18  A. No.
19  Q. And if you're familiar with the Taxotere label,
20  would you have also reviewed the docetaxel label for the
21  generic form of it?
22  A. No.
23  Q. And do you recall ever reviewing the docetaxel
24  label since you knew the Taxotere label?
25  A. No.

Page 51

1  Q. Now, looking at your plan on 6-2, you've also
2  referred her -- it says, "Schedule NP for chemo
3  teaching." Do you see that?
4  A. Yes.
5  Q. And what does that mean? What does "chemo
6  teaching" mean?
7  A. Our nurse practitioner will sit down and have
8  more time to discuss the side effects of the chemo. We
9  prescribe the antinausea medicines, insurance approval,
10  things like that for that visit.
11  Q. And do you know -- well, let me strike that.
12  And that discussion would be in addition to
13  your own discussion that you would have had with the
14  patient?
15  A. Yes.
16  Q. And do you -- are you familiar with which nurse
17  practitioner would have done the chemo teaching? Do you
18  have more than one?
19  A. Yes.
20  Q. And do those work under your supervision?
21  A. Yes.
22  Q. And are you familiar with what goes into their
23  chemo teaching, the things that they discuss with the
24  patients?
25  A. Yes.

Page 52

1  Q. And there are certain documents that they
2  provide to the patient; is that correct?
3  A. Yes.
4  (Exhibit 7 was marked.)
5  BY MR. FOWLER:
6  Q. I'm going to mark Exhibit 7 a document that was
7  Exhibit 1 at Ms. Stewart's deposition, so I'll put the
8  sticky next to that. It's a document entitled "Coping
9  With Cancer Video." Do you recognize this document,
10  sir?
11  A. Yes.
12  Q. And what is it, please?
13  A. It's the chemo education piece that we give to
14  patients about side effects.
15  Q. And on the first page, do you see a section
16  advising the patient with regard to hair loss?
17  A. Yes.
18  Q. And what does it say?
19  A. "Not all drugs cause hair loss. May start
20  three to four weeks after some treatments begin."
21  Q. And is this information that was contained on a
22  video? Is that why it's entitled "Coping With Cancer
23  Video"?
24  A. This is a video that Dr. Miletello produced
25  that we gave to patients.

Page 53

1  Q. And does this -- is this an outline of it or is
2  this exactly what is said, do you know?
3  A. I don't -- I don't know.
4  Q. Fair enough.
5  (Exhibit 8 was marked.)
6  By MR. FOWLER:
7  Q. And let me mark Exhibit 8, which was Plaintiff
8  2. I'll provide to the doctor, a copy to counsel.
9  Doctor, do you see across the top
10  "Chemocare.com"?
11  A. Yes.
12  Q. And do you know whether, in fact, these
13  documents are also available on your website?
14  A. I'm not sure if these are just from the
15  internet. I mean, this is...
16  Q. Okay. Do you recognize these, as Ms. Stewart
17  has said, as one of the documents she was provided
18  during the chemo teaching?
19  A. Yes.
20  Q. And this is specific for Taxotere, correct?
21  A. Yes.
22  Q. It states "generic name, docetaxel"?
23  A. Yes.
24  Q. And if you turn to the second page, you see a
25  section about a quarter of the way down, "The following

14 (Pages 50 to 53)

Page 54

1    Taxotere side effects are common, occurring in greater
2    than 30 percent of the patients taking Taxotere." And
3    it starts a series of bullet points.  Are you with me?
4        A.  Yes.
5        Q.  And four up from the bottom, do you see hair
6    loss?
7        A.  Yes.
8        Q.  And in addition to the other risks that are on
9    here, your chemo-teaching nurse practitioner also
10   advises the patient that there's a risk of hair loss?
11       A.  Yes.
12           (Exhibit 9 was marked.)
13   BY MR. FOWLER:
14       Q.  Let me mark Exhibit 9, which is the chemo
15   teaching document that was Stewart 3 for
16   cyclophosphamide, also known as Cytoxan.
17           Do you recognize this as a document that your
18   nurse practitioner shares with your oncology patients?
19       A.  Yes.
20       Q.  And if you look on the second page where it
21   also lists common side effects, as we saw in the
22   Taxotere one --
23       A.  Yeah.
24       Q.  -- do you see a notation for hair loss?
25       A.  Yes.

Page 55

1        Q.  And what does it say after "hair loss" on this
2    document?
3        A.  "Temporary, usually begins three to six weeks
4    after the start of therapy.  Hair will grow back after
5    treatment is completed, although the color and/or
6    texture may be different."
7        Q.  Now, if you look back at the previous exhibit
8    for Taxotere that we marked, Exhibit 8, turn to the same
9    page.  Do you see any language like that after "hair
10   loss"?
11       A.  No.
12       Q.  "Hair loss" is exactly what is stated on the
13   Taxotere label without qualification, hair loss is a
14   side effect that's a known risk?
15       A.  Yes.
16       Q.  And, Doctor, you don't tell the patients that
17   their hair will always grow back as part of their
18   consent discussion, do you?
19       A.  No.  I usually tell them usually with Taxotere
20   it will usually come back.  They will lose it usually
21   before the second treatment, usually within three weeks.
22   And it's kind of variable in patients how much it grows
23   back or how full it will be, is usually what we counsel
24   them on.
25           (Exhibit 10 was marked.)

Page 56

1    BY MR. FOWLER:
2        Q.  I've marked Exhibit 10, which is the chemo
3    teaching document for Adriamycin.  Doctor, do you
4    recognize this also as a document that a patient is
5    provided during the chemo teaching that your NP
6    provides?
7        A.  Yes.
8        Q.  And if you look to the second page, do you also
9    see near the bottom a side effect of hair loss
10   described?
11       A.  Yes.
12       Q.  And is there language after "hair loss" with
13   regard to the hair returning after treatment?
14       A.  Yes.
15       Q.  And that also is different than the information
16   that is on your Taxotere sheet, isn't it?
17       A.  Yes.
18       Q.  You don't promise anywhere in the documents
19   that you provide the plaintiff or in the discussions
20   that you have that hair loss will be temporary and that
21   their hair will always grow back, do you?
22       A.  No, we don't make any promises.
23           (Exhibit 11 was marked.)
24   BY MR. FOWLER:
25       Q.  Let me mark Exhibit 11.  I'm showing you

Page 57

1    Exhibit 11.  It's the consent form that Ms. Stewart
2    signed.  And on this -- first of all, do you recognize
3    this document, sir?
4        A.  Yes.
5        Q.  And is that your practice in the header at the
6    top there?
7        A.  Yes.
8        Q.  And your name appears on this?
9        A.  Yes.
10       Q.  Can you identify what this document is, please?
11       A.  A chemotherapy consent form.
12       Q.  And what is the date of this document?  I know
13   it's a little faint.
14       A.  6-6-2014.
15       Q.  Okay.  And is that your signature at the
16   bottom?
17       A.  No. It's probably the nurse practitioner.
18       Q.  But your physician's name is there?
19       A.  Yes, that's my name, yes.
20       Q.  Okay.  And is the consent -- and Ms. Stewart
21   appears to have signed this as well?
22       A.  Yes.
23       Q.  And do you authorize your nurse practitioners
24   to provide the information and to obtain the written
25   consent from your patients?

15  (Pages 54 to 57)

Page 58

1    A.  Yes.
2    Q.  And that's in the -- when it occurs in this
3  fashion, that's part of your -- that's done in the
4  regular course of practice?
5    A.  Yeah, standard, yeah.
6    Q.  And did you -- have you reviewed this and
7  approved of this consent form in the past?
8    A.  Yes.
9    Q.  And do you see on the first page where there's
10 three columns of side effects, the header is, "These
11 side effects may include some of the following or a
12 combination of the following"?
13   A.  Yes.
14   Q.  And there's probably 30 things listed there.
15 And at the end of the column on the right, do you see
16 "hair loss"?
17   A.  Yes.
18   Q.  And elsewhere on this document it talks
19 about -- or elsewhere on this list it includes possible
20 kidney damage and heart damage.  Do you see that in the
21 middle column?
22   A.  Yes, I see that.
23   Q.  And cardiotoxicity is a known side effect of
24 several of the chemotherapy drugs?
25   A.  Yes.

Page 59

1    Q.  And neutropenia, Doctor, what's that?
2    A.  Low white count.
3    Q.  And can low white count create some real
4  problems for a patient if it progresses to febrile
5  neutropenia?
6    A.  Yes.
7    Q.  And Ms. Stewart agreed to accept these risks
8  and consented to the treatment of the chemotherapy that
9  you were going to provide?
10   A.  Yes.
11   Q.  Do you recall whether Ms. Stewart had any
12 questions for you after you had your discussion about
13 the chemotherapy regimen or after she met with your
14 nurse practitioner?  Did she have any questions for you?
15   A.  I don't recall.
16   Q.  After -- on your June 2nd visit when you
17 explained she was going to have TAC every three weeks
18 for six cycles as you note in your plan, do you recall
19 if she had any questions about any alternative
20 treatments or chemotherapy medications?
21   A.  I don't recall.
22   Q.  If she had had questions or concerns about this
23 treatment regimen that you had prescribed, would you
24 have noted that?
25   A.  Yes.

Page 60

1    Q.  And, Doctor, when a patient has a side effect
2  following -- let's stick with the regimen that
3  Ms. Stewart got.  After TAC, if she has a side effect,
4  are you able to distinguish which drug caused the side
5  effect?
6    A.  Not usually unless it's possible cardiac
7  toxicity from Adriamycin.  But the other toxicities
8  would be common to all the drugs.
9    Q.  And if Ms. Stewart experienced any hair loss
10 during or after the chemotherapy regimen or after the
11 adjuvant hormone therapy regimen, would you be able to
12 determine what drug caused that?
13   A.  No, not with any certainty.
14   Q.  And, Doctor, it's not your opinion today that
15 docetaxel caused any persistent hair loss that Plaintiff
16 alleges she sustained in this case, is it?
17     MR. GEIGER:  Object to form.
18   A.  No, I don't have any -- I really don't have any
19 opinion that, yeah, that, one drug caused more hair loss
20 than the other.
21 BY MR. FOWLER:
22   Q.  And it's not your opinion that docetaxel caused
23 any permanent hair loss; is it?
24   A.  Yeah, that is correct.
25   Q.  So after this June 2nd appointment, what would

Page 61

1  be next for Ms. Stewart?  Would she need to then see the
2  surgeon to get a chemotherapy portal?
3    A.  Yes.
4    Q.  And what does that do?  Is that -- what does
5  that look like?
6    A.  It's a device they place under the skin, and
7  it's the way we give the chemotherapy through a -- with
8  each treatment.
9    Q.  And speaking of the treatment, Doctor, let me
10 mark Exhibit 12 and ask if you recognize that?
11     (Exhibit 12 was marked.)
12   A.  Yes.
13 BY MR. FOWLER:
14   Q.  And what is that, please?
15   A.  It's the treatment -- chemotherapy protocol and
16 the dates it was given.
17   Q.  And does this reflect the dates that she
18 actually received the chemotherapy or was this a
19 prospective plan as to when she should?  Do you
20 understand the question?
21   A.  This is the actual day that she got the dosages
22 and the chemotherapy.
23   Q.  Okay.  And did she, in fact, receive six
24 cycles?
25   A.  Yes.

16  (Pages 58 to 61)

Page 62

1    Q.  Six cycles of TAC, I should say?
2    A.  Yes, yes.
3    Q.  And when was her first cycle?
4    A.  June 11th.
5        One thing on this treatment, it looked like her
6    last chemo was on September 24th and it says seven
7    cycles.  I'm not sure why that has -- one was extra
8    billed, but I don't think she got the seventh cycle.
9    Q.  That would be outside of the protocol?
10   A.  Yeah, it would be.
11   Q.  And if --
12   A.  That's the only thing if you're asking about
13   this treatment, it says seven.  It looks like that's not
14   accurate on the seventh.
15   Q.  Thank you.  We -- I appreciate that.  Let's --
16   let me direct your attention within the chart to page 66
17   and 67.  Actually, hold on.  Strike that question,
18   please.
19       Let me just mark the next exhibit, Exhibit 13,
20   please.
21       (Exhibit 13 was marked.)
22   BY MR. FOWLER:
23   Q.  Doctor, Exhibit 13 is McCanless-MED-00154, and
24   I would submit it's a visit date of June 25, 2014.  Do
25   you see that?

Page 63

1    A.  Yes.
2    Q.  And it also appears that it may be missing the
3    back page, so I would direct your attention in the chart
4    to 154 and 155, if you don't mind, sir.
5    A.  Okay.
6    Q.  And I would amend the exhibit to include the
7    second page.  Are you with me, sir?
8    A.  Yes.
9    Q.  And under history of present illness, it
10   indicates that she's here today for chemo teaching and
11   financial counseling, mother at her side.  Do you see
12   that?
13   A.  Yes.
14   Q.  Is there a thing with electronic medical
15   records where sometimes fields that had been previously
16   filled out are sort of carried over to the next visit
17   and they stay there if they're not changed?
18   A.  Yes.
19   Q.  Although that's new from 6-2, but she had
20   already -- had she already had the chemo teaching at
21   this point?
22   A.  The chemo teaching was --
23   Q.  Was it the date of the consent on 6-6?
24   A.  Yes, 6-6.  She already had that.  It was
25   probably just a run-on from a previous note.

Page 64

1    Q.  Okay.  And when a patient comes in like
2    Ms. Stewart, and this is a visit during her
3    chemotherapy, do you -- are you able to sit down in the
4    exam room and talk with her?
5    A.  Yes.
6    Q.  See how she's doing?
7    A.  (The witness nodded head.)
8    Q.  And what are the sort of things you would ask
9    her about as she's just kind of getting started with her
10   chemo?
11   A.  Nausea and vomiting, fever, fatigue, those are
12   the main things.
13   Q.  And on this visit does your record reflect
14   whether she had any such complaints?
15   A.  Looks like she had fever and neutropenia.
16   Q.  And the neutropenia would be from the labs that
17   you drew?
18   A.  Yes.
19   Q.  And that's reflected under assessment and plan
20   on 155?
21   A.  Yes.
22   Q.  Okay.  Let's just back up a little bit to your
23   chart.  The review of systems, Doctor, is that where the
24   patient -- you ask the patient questions and this is a
25   subjective reporting by the patient?

Page 65

1    A.  Yes.
2    Q.  And when you go through asking these questions,
3    where it states "no fever" under constitutional, "no
4    chills and hot flashes" -- do you see that?
5    A.  Yes.
6    Q.  Did you see that she complained of fever
7    elsewhere or are you just basing it on the temperature
8    of 98.9 in her vital signs?
9    A.  I mean, it looks like she had fever after her
10   first cycle.  She was here for her -- this is like a
11   two-week toxicity check.  So she probably wasn't having
12   fever at that time but had fever earlier and got placed
13   on antibiotics.
14   Q.  Where do you see that?
15   A.  Looks like it says, "Patient with fever after
16   last cycle.  Placed on antibiotics.  Now feels well."
17   Q.  Under history of present illness?
18   A.  Yeah.
19   Q.  It says, "Patient tolerated the first cycle of
20   chemo."
21   A.  "Patient with fever after last cycle," which
22   would have been her first cycle, "and placed on
23   antibiotics."
24   Q.  And "no NV" means no nausea and vomiting?
25   A.  Yes.

17 (Pages 62 to 65)

Page 66

1    Q.  And on the next page, Doctor, at the very top
2  you see "psychological."  And this is still under
3  subjective, correct?
4    A.  Yes.
5    Q.  Do you -- is it important to you as her
6  treating oncologist to evaluate and to follow any
7  psychological effects that the cancer or the treatment
8  may be having on the patient?
9    A.  I mean, depression, anxiety, those are things
10  that the chemotherapy can cause and side effects that we
11  usually have to manage.
12    Q.  And when you note under psychological -- it
13  says, "No depression, no anxiety, no insomnia."  Do you
14  see that?
15    A.  Yes.
16    Q.  And that would have been what Ms. Stewart
17  reported?
18    A.  Yes.
19    Q.  And did you lay hands on her and do a physical
20  -- some physical exam on this date?
21    A.  Yes.
22    Q.  Under appearance you have "ECOG performance
23  status zero."  What is ECOG?
24    A.  That's the -- there's different grades of how
25  active the patient is and whether they're able to do

Page 67

1  daily living activities.  Performance at a zero would be
2  no difficulty in performing activities or daily living
3  activities.
4    Q.  Okay.  Let's -- let's look to the next visit,
5  Doctor.
6        (Exhibit 14 was marked.)
7  BY MR. FOWLER:
8    Q.  The next record I have when you saw her was on
9  August 13, 2014.  So I'd like to mark that as
10  Exhibit 14.  And this would be McCanless-MED page 152
11  and 153.  I'm showing the doctor Exhibit 14.
12        MR. FOWLER:  Counsel.
13        MR. GEIGER:  Thanks.
14  BY MR. FOWLER:
15    Q.  Now, Doctor, based upon exhibit -- the exhibit
16  for the treatment plan, if you were to harken back to
17  Exhibit 12, where is she in her chemotherapy on 8-13-14
18  if you look at this treatment?
19    A.  Her fourth cycle.
20    Q.  And if you look under history of present
21  illness here on Exhibit 14, you see "patient here for
22  fourth chemo cycle."
23    A.  Can I answer this call?
24        MR. FOWLER:  Yes, sir.  Off the record.
25  By all means.

Page 68

1        THE VIDEOGRAPHER:  We're off the record at
2  3:58.
3        (A break was taken.)
4        THE VIDEOGRAPHER:  We're back on the
5  record at 4:04.
6  BY MR. FOWLER:
7    Q.  Dr. McCanless, I've shown you what's been
8  marked as Exhibit 14, which is a record of your visit
9  with Ms. Stewart on 8-13-14; is that correct?
10    A.  Yes.
11    Q.  And it's MED-152 and 153 are the Bates labels.
12  Doctor, directing your attention to the first page under
13  chief complaint, does Ms. Stewart present with any
14  specific complaints this day?
15    A.  It says "no complaints."
16    Q.  And, Doctor, under history of present illness,
17  if you look to the bottom of that list, do you see what
18  she's here for today, in part?
19    A.  Fourth cycle of chemo.
20    Q.  And "CTS okay today," what does that mean?
21    A.  Blood counts or her white count, hemoglobin and
22  platelets.
23    Q.  So the neutropenia has sort of resolved?
24    A.  Yes.
25    Q.  And under review of systems, the subjective

Page 69

1  complaints from Ms. Stewart, do you see under
2  musculoskeletal?
3    A.  Yes.
4    Q.  What do you see there?
5    A.  Pain in the right breast.
6    Q.  Is that -- is that common as the site of the
7  chemotherapy, the target of the chemotherapy?
8    A.  Mainly where the cancer is, not necessarily the
9  chemo.
10    Q.  I'm sorry, fair enough.
11    A.  Yeah.
12    Q.  And the fourth cycle of chemo -- this is given
13  to her every three weeks; am I correct?
14    A.  Yes.
15    Q.  So helping me with my math, that would be
16  12 weeks in or about three months?
17    A.  Yes.
18    Q.  And in your experience, by the time your breast
19  cancer patients receive the fourth cycle of
20  chemotherapy, is it on or about that time where they
21  experience alopecia if they're going to experience it?
22    A.  Yeah, usually they'll experience it prior to
23  the second treatment, fairly early.
24    Q.  And in Ms. Stewart's review of systems, where
25  she can tell you anything at all that's bothering her,

18 (Pages 66 to 69)

1  right?
2      A.  Yes.
3      Q.  Does she mention any hair loss or alopecia?
4      A.  No, I don't see it.
5      Q.  And given that that's a known side effect,
6  that's something that you would have noted if she had
7  complained of it, correct?
8      A.  Yes.  Most patients don't necessarily -- I
9  mean, if they mention hair loss, I might not have noted
10  it in the review of systems.
11      Q.  Okay.  What about in your physical exam?  When
12  you're looking at the patient, if there's alopecia,
13  where would that fall in your physical exam?  And I
14  would direct your attention to "skin."
15      A.  Yeah.  I don't usually comment on hair loss in
16  the physical exam necessarily.
17      Q.  Okay.  Can we agree that there's no -- that
18  she -- according to your record, she makes no complaints
19  of hair loss?
20      A.  Yeah, that's correct.
21      Q.  And sitting here today, you don't have any
22  independent recollection of seeing her during the course
23  of her chemotherapy and recalling that she's got
24  alopecia?
25      A.  I don't recall her, yeah, complaining.  I mean,

1  she had -- obviously had alopecia at that -- during that
2  period, but I don't recall any complaints.  Is that what
3  you're asking?
4      Q.  Well, I'm just asking if you recall observing
5  any hair loss.
6      A.  I don't recall if she was wearing a wig or a
7  scarf at that point.
8      Q.  Okay.  And would it be important to you as her
9  treating oncologist to note any side effects that she's
10  experiencing?
11      A.  Yes.
12      Q.  Now, continuing on the second page of
13  Exhibit 14, MED-153, directing your attention to your
14  assessment and plan, under plan you've got "Cycle 4
15  Taxotere -- Taxotere, Adriamycin, and Cytoxan today."
16      A.  Yes.
17      Q.  Would you have seen her before or after her
18  treatment?
19      A.  Before.
20      Q.  And what else do you note there, please, under
21  plan?
22      A.  "CBC every week, MD appointment in three weeks
23  for treatment with lab and Neulasta on day two, 6
24  milligrams."
25      Q.  What's Neulasta?

1      A.  It's a growth factor for the neutropenia.
2      Q.  And, Doctor, did you see her at every
3  chemotherapy visit?
4      A.  Possibly, or alternating with the nurse
5  practitioner.  I mean, I saw her -- I saw her on this
6  day, my signature is on there.
7      Q.  Which would be the fourth visit?
8      A.  Yes.
9      Q.  And between June 25, '14 and August 13, '14, do
10  you have any record of seeing her in between there?  I
11  would submit that the copy we got from your office has
12  no visit in July of 2014.  So I was just wondering if in
13  the normal course she may not actually see a physician
14  but just come in and get her chemo?
15      A.  We usually will see them every three weeks, me
16  or the nurse practitioner.
17      Q.  Okay.  If you have access to the same office
18  chart that we're looking at, would you be able to see if
19  there's a July visit?  And I can tell you it's not in
20  the papers.
21      A.  It's not in the --
22      Q.  The hard copy, right.
23          MR. FOWLER:  Off the record.
24          (Discussion off the record.)
25          MR. FOWLER:  We can go back on.

1  BY MR. FOWLER:
2      Q.  Doctor, we were just discussing off the record
3  whether there should be some documentation for each
4  chemo visit that Ms. Stewart had.  You believe that
5  there should be a record of it, and you've been kind
6  enough to agree to check your older system to see if you
7  can find the July 2014 visit, which would have been her
8  third cycle.
9      A.  Okay, yes.
10      Q.  Thank you.  Let's mark the next office visit as
11  Exhibit 15.  This is from 9-24-15.
12          (Exhibit 15 was marked.)
13  BY MR. FOWLER:
14      Q.  I would -- this is Bates-labeled MED-149, it's
15  a two-page document, through 150.
16      A.  Okay.
17      Q.  Doctor, directing your attention to the top of
18  this page under chief complaint, does Ms. Stewart have
19  any complaints on this occasion?
20      A.  No complaints.
21      Q.  And if you look under history of present
22  illness -- and am I correct, Doctor, that the history of
23  present illness seems to be building with each visit?
24      A.  Yes.
25      Q.  Okay.  And if we're looking at what she's here

```
                                              Page 74
1   about today, it states at the bottom, "Patient here for
2   sixth cycle of chemo"?
3       A.  Yes.
4       Q.  And, Doctor, the last visit we looked at on
5   8-13-14 indicated she was there for the fourth cycle of
6   chemo.
7       A.  Yes.
8       Q.  So I would renew the same request, if you can
9   check if there's a record of a fifth cycle.
10      A.  Okay.
11      Q.  Which, according to the exhibit we marked for
12  the treatment plan -- directing your attention to
13  Exhibit 12, when would the fifth cycle have been?
14      A.  September 24th -- I'm sorry, the fifth one
15  would have been September 3rd.
16      Q.  All right.  So I would just make a request for
17  any record from September 3, please.
18      A.  Okay.
19      Q.  So anyway, here we are for her sixth cycle, and
20  this happens to be her final chemo cycle, correct?
21      A.  Yes.
22      Q.  And that is a protocol for this particular
23  chemotherapy regimen?
24      A.  Yes.
25      Q.  Six cycles every three weeks?
```

```
                                              Page 75
1       A.  Yes.
2       Q.  And this is her last one.  What do you note
3   next to "Patient here for sixth cycle"?
4       A.  "Cts okay today."
5       Q.  And that means that the neutropenia is not an
6   issue?
7       A.  That's correct.
8       Q.  And other significant blood counts are -- I
9   don't know if they're normal, but they're not bad?
10      A.  Yes.
11      Q.  And under the review of systems, you would have
12  asked the patient how she's doing -- how her
13  constitution is doing as far as weight loss or gain?
14      A.  Yes.
15      Q.  And she reports neither?
16      A.  Yes.
17      Q.  And she reports no fever or fatigue?
18      A.  That's correct.
19      Q.  And under gastrointestinal here on her sixth
20  cycle, no change in appetite is reported?
21      A.  That's correct.
22      Q.  No dysphagia, which is difficulty swallowing?
23      A.  Yes.
24      Q.  No abdominal pain or diarrhea and no vomiting,
25  correct?
```

```
                                              Page 76
1       A.  Yes.
2       Q.  Would you say, in your experience, that
3   Ms. Stewart has handled the chemo pretty well?
4       A.  Yes, except for the neutropenia would be her
5   main --
6       Q.  And that appeared to resolve, right?
7       A.  Well, she got the -- yeah, with the growth
8   factor Neulasta, it resolved.
9       Q.  And under "neurological" you note "no tingling
10  or numbness of extremities."  Do you see that?
11      A.  Yes.
12      Q.  And that's important because neuropathy is a
13  known side effect of some of these drugs, correct?
14      A.  Yes.
15      Q.  And so you were trying to measure her for any
16  side effects by asking that, correct?
17      A.  Yes.
18      Q.  And if you turn the page to the top of MED-150,
19  do you see the heading "psychological"?
20      A.  Yes.
21      Q.  And Ms. Stewart reports no depression, no
22  anxiety, and no insomnia, correct?
23      A.  Yes.
24      Q.  And under skin she reports to you having no
25  rash or redness or excessive dryness.  Do you see that?
```

```
                                              Page 77
1       A.  Yes.
2       Q.  And when you're -- when you're in with a
3   patient, do you have kind of like an iPad or some sort
4   of electronic tablet for recording what is done in these
5   office visits?
6       A.  Yes, on the -- yeah.
7       Q.  And you're able to like check a box or not
8   check a box?
9       A.  Yeah.
10      Q.  And so they're -- it's prepopulated with things
11  to ask the patient?
12      A.  Yes.
13      Q.  And then this prints out any significant
14  findings or positives or negatives?
15      A.  Yes.
16      Q.  Okay.  And you had a chance to examine her on
17  this occasion?
18      A.  Yes.
19      Q.  And you record your findings under the physical
20  part on page 150?
21      A.  Yes.
22      Q.  And under skin you note what, please?
23      A.  "Normal in appearance.  No abrasions or
24  bruising."  Keep on going?
25      Q.  Yes, please.
```

Page 78

1      A.   "Right breast with palpable mass lower inner
2  quadrant.  Positive palpable right axillary mass --
3  freely movable -- improved.  Left breast negative and
4  negative axilla."
5      Q.   And the right breast is where the cancer was,
6  correct?
7      A.   Yes.
8      Q.   And when you note "positive palpable right
9  axilla mass -- freely movable -- improved," does that
10  reflect that the neoadjuvant chemotherapy has helped?
11      A.   Yes.  It didn't have a complete response, but
12  it did help, and now the mass is more movable and
13  decreased in size.
14      Q.   And before I think you indicated something
15  about it being webbed together in the axilla area?
16      A.   Yes.
17      Q.   Does that seem to have improved?
18      A.   Yes.
19      Q.   And why would that be important for the
20  surgeon?
21      A.   It would help the surgeon hopefully get clear
22  margins and also a kind of prognosis that the
23  chemotherapy hopefully was killing any microscopic
24  disease outside in the distant organs.
25      Q.   And nowhere under the headings under skin do

Page 79

1  you note alopecia; is that correct?
2      A.   That's correct.
3      Q.   And under the assessment and plan, Doctor,
4  she's having her final cycle.  It says cycle 6 today.
5      A.   Yes.
6      Q.   Complete blood count in a week and then back to
7  see you in three weeks?
8      A.   Yes.
9      Q.   And is the Neulasta a continuing prescription
10  for her?
11      A.   This would be her last one of the Neulasta.
12      Q.   Okay.  Let me -- let me mark the next exhibit
13  from the next office visit we have, which is October 15,
14  2014.  Exhibit 16.
15           (Exhibit 16 was marked.)
16  BY MR. FOWLER:
17      Q.   It's Bates-labeled McCanless-MED-147 and 148.
18  Have I properly identified that as your office visit on
19  October 15, 2014?
20      A.   Yes.
21      Q.   And in this post chemotherapy time for
22  Ms. Stewart, what are you -- what are your goals during
23  these exams?  What are you looking for in the post
24  chemotherapy time period?
25      A.   To make sure that the -- her blood counts are

Page 80

1  resolved, that fatigue -- that she'll be able to
2  tolerate surgery, which would be the next step.
3      Q.   Okay.  And under chief complaint here on
4  October 15th, does Ms. Stewart note any complaints?
5      A.   No complaints.
6      Q.   And history of present illness, you see the
7  next new thing from the last visit at the bottom states
8  "Patient scheduled for bilateral mastectomy"?
9      A.   Yes.
10      Q.   And, Doctor, am I correct that the cancer was
11  only detected in the right breast; is that right?
12      A.   Yes.
13      Q.   And do you have an understanding of why
14  Ms. Stewart -- strike that.
15           Do you have an understanding of why a bilateral
16  mastectomy was appropriate in this case?
17      A.   With the -- again, I'm not quite sure when the
18  ATM gene, if we had that result at this point, but that
19  would increase her risk of bilateral breast cancer.  So
20  that would be the standard to remove both breasts.
21  Sometimes it's patient preference, young and sometimes
22  it's hard to catch a new breast cancer with mammograms,
23  so they'd elect to do bilateral mastectomy.  But for her
24  ATM gene, that would be one of the indications.
25      Q.   And would that be a decision that would be made

Page 81

1  in conjunction with the surgical oncologist?
2      A.   Yes.
3      Q.   And do you recall whether you and -- was it
4  Dr. Bonner who did her surgery?
5      A.   Yes.
6      Q.   Would you-all have talked formally?  Would you
7  have curb-sided one another to consult on Ms. Stewart's
8  treatment plan?
9      A.   Concerning the bilateral mastectomy?
10      Q.   Well, among other things.  Would you have
11  touched base with him to make sure you're both aligned
12  with her care and treatment?
13      A.   Yeah, usually after we finish the chemotherapy
14  we'll discuss that we finished and that -- ready for
15  surgery, that type of consult.
16      Q.   Okay.  As far as the way a breast cancer
17  patient that has come to you is managed, are you -- and
18  I hate to use the term the captain of the ship, but are
19  you the coordinator of her care or do you pass that
20  baton as she goes on to the next step, surgery, and then
21  maybe it comes back to you before radiation therapy?  Do
22  you understand the question?
23      A.   Yeah, that's usually -- the next step would be
24  surgery, and usually I'll let the surgeons make the
25  decisions about what type of surgery and then -- but

Page 82

1  we're all kind of in the background at that point.  And
2  then usually --
3      Q.  Are you able to see his records on your
4  computer as you're perhaps preparing for your next visit
5  with her?
6      A.  Yeah, usually we'll be able to get records.  I
7  don't remember exactly on her case.
8      Q.  Yes, sir.  But generally?
9      A.  But generally, yeah.
10     Q.  Okay.  Under the review of systems, again,
11 subjective complaints or concerns Ms. Stewart may have
12 had, again, there's no notation that she is complaining
13 to you of alopecia; is that correct?
14     A.  That's correct.
15     Q.  And with all of your patients, are they free to
16 voice any question, complaint, or concern they may have
17 about what's been happening to them during this
18 chemotherapy or during the cancer treatment?
19     A.  Yes.
20     Q.  And do you find that your patients are all, you
21 know, willing and able to talk with you just about
22 anything?
23     A.  Yes.
24     Q.  And, again, you've noted under the extremities
25 no tingling or numbness.  That's at the top of 148.  Do

Page 83

1  you see that?
2      A.  Yes.
3      Q.  And under psychological she reports no
4  depression, no anxiety, and no insomnia; is that right?
5      A.  Yes.
6      Q.  Again, you had an opportunity to examine her on
7  this date?
8      A.  Yes.
9      Q.  And under -- well, first of all, are there any
10 positive findings in your physical exam?
11     A.  Positive breast mass in the axillary mass.
12     Q.  And you nowhere mention any alopecia, correct?
13     A.  That's correct.
14     Q.  And it says under the ECOG performance status
15 below physical exam, "Fully active, able to carry our
16 (sic) predisease performance without restriction."  Do
17 you see that?
18     A.  Yes.
19     Q.  Is that meaning to say that she's got no
20 medical restrictions, as opposed to her telling you
21 she's doing everything that she wants?
22     A.  That's really telling her activity level and
23 what daily activities she can do.
24     Q.  And, Doctor, under the assessment and plan,
25 have you ordered any new treatment or new medications

Page 84

1  for her at this point?
2      A.  No.
3      Q.  And when is the next time you want to see her?
4      A.  Five weeks.
5      Q.  So now that she's out of chemo, you're able to
6  push the appointments further?
7      A.  Yes, yes.
8      Q.  Well, then let's look to the -- actually, let's
9  look to the next document that we have.  This is a
10 document from October 20th, which I'll mark as
11 Exhibit 17.
12         (Exhibit 17 was marked.)
13 BY MR. FOWLER:
14     Q.  It is McCanless-MED-15.  Can you identify what
15 that is, Doctor?
16     A.  It's a Doppler ultrasound of the lower
17 extremities.
18     Q.  And why would she have had that?
19     A.  Under symptoms it says "Pain along the right
20 tibia for three to four days and edema and swelling."
21 To rule out a blood clot.
22     Q.  Okay.  And I got a little ahead of myself.  If
23 you can look in the chart, please, to page 147, you do
24 have a visit of October 15, 2014.  And on MED-147, is
25 that the record of your visit on October 15th?

Page 85

1      A.  Yes.
2      Q.  And -- can we go off the record a second?
3          (Discussion off the record.)
4  BY MR. FOWLER:
5      Q.  Doctor, I'm marking what will be Exhibit 18.
6  This is your next office visit of November 19, 2014,
7  which appears on MED-00145.
8          (Exhibit 18 was marked.)
9  BY MR. FOWLER:
10     Q.  And, Doctor, under chief complaints, does
11 Ms. Stewart have any complaints on this date?
12     A.  No complaints.
13     Q.  And who is Ambrealle -- I'm not saying her name
14 right -- Brown?
15     A.  She's one of the medical assistants that helps
16 with vital signs and putting patients in the room.
17     Q.  So when Ms. Stewart would come in for an
18 appointment, she would see Ms. Brown first to get vitals
19 and Ms. Brown would ask her --
20     A.  Her chief complaints, yeah.
21     Q.  Okay.  Directing your attention down to history
22 of present illness, we see a couple new things starting
23 with "bilateral mastectomy."  Do you see that?
24     A.  Yes.
25     Q.  Could you please read that.

Page 86

1    A.  "Bilateral mastectomy 11-7-2014 with a
2 1.7-centimeter infiltrating ductal carcinoma.  4 of 39
3 nodes positive.  Grade 3.  Genetic testing positive for
4 ATM gene.  Increased risk of breast and pancreatic
5 cancer."
6    Q.  Okay.  So I guess that sort of answers the
7 question you had earlier of when the ATM testing came
8 through.
9        Let's back up to the findings noted next to
10 bilateral mastectomy.  1.7-centimeter infiltrating
11 ductal cancer, is that a smaller tumor than was
12 originally sized on ultrasound?
13    A.  Yes.
14    Q.  And does that indicate that the neoadjuvant
15 therapy had the desired effect on the tumor?
16    A.  Yes.
17    Q.  And, Doctor, we see 4 of 39 lymph nodes
18 positive.  Is that what that says?
19    A.  Yes.
20    Q.  Is that different than the original needle
21 biopsy was suggesting?  I thought N2 was node 2.
22    A.  Yeah, the --
23    Q.  Let me start the question again.  In the
24 original pathology, Doctor, I thought her staging
25 indicated N2.  Is this new or different information to

Page 87

1 see 4 of 39 lymph nodes?
2    A.  I mean, that's still a -- over three nodes is
3 still a significant amount but it doesn't -- they were
4 single nodes instead of a big conglomeration of matted
5 nodes.  So it looks like it had a response, but still,
6 that's definitely not a complete response.  But you'll
7 see defined that there's a partial -- good partial
8 response to the therapy.
9    Q.  Okay.  And Grade 3, what does that mean?
10    A.  That's the -- the grade of the tumor.  The
11 Grade 3 is poorly differentiated, more aggressive acting
12 usually, that type of tumor.
13    Q.  And under the review of systems where
14 Ms. Stewart could, you know, tell you if anything was
15 wrong in any of these categories, again, under
16 psychological, it's noted on the top of 146 that she
17 reports no depression, no anxiety, no insomnia?
18    A.  Yes.
19    Q.  And this is two weeks post bilateral
20 mastectomy?
21    A.  Yes.
22    Q.  She's doing pretty well, huh?
23    A.  Yes.
24    Q.  And you had an opportunity to examine her on
25 that day?

Page 88

1    A.  Yes.
2    Q.  And the new notation -- well, let me ask you.
3 It states under "skin" again a comment about the right
4 breast with a palpable mass.  Is that an artifact from
5 the prior visit?
6    A.  Yes, that would be.  She should have -- would
7 have had a bilateral mastectomy at that time and no
8 masses would be there.
9    Q.  And there's no notation in your physical exam
10 of any ongoing alopecia, correct?
11    A.  That's correct.
12    Q.  And in her subjective complaints under skin,
13 again, she -- there's nothing noted that she complained
14 of any alopecia?
15    A.  That's correct.
16    Q.  What is your plan following this visit, Doctor,
17 as noted on page 146?
18    A.  Schedule genetic counseling because of the ATM
19 gene, radiation to see the radiation oncologist, and
20 then Arimidex after the radiation is completed for
21 hormonal therapy.
22    Q.  Okay.  Is Arimidex a name for another drug?
23 Like is it a herplexid?  Is it --
24    A.  Anastrozole.  It's an aromatase inhibitor.
25    Q.  It's an aromatase inhibitor?

Page 89

1    A.  Yeah.
2    Q.  Okay.  And how long is she going to be on that
3 from what your plan is?
4    A.  At least five years.  Sometimes we'll do those
5 drugs longer after five years.
6    Q.  And do you have an understanding whether
7 aromatase inhibitors are known to also cause hair loss?
8    A.  Yes, they can cause hair loss.
9    Q.  I believe you next saw Ms. Stewart on
10 December 17, 2014.  I'd like to mark that office visit
11 as Exhibit 19.
12        (Exhibit 19 was marked.)
13 BY MR. FOWLER:
14    Q.  It is page McCanless-MED-143 and 144.  And this
15 is another follow-up visit, Doctor?
16    A.  Yes.
17    Q.  And under history of present illness, the new
18 item we have says, "Patient to start XRT" -- and that's
19 radiation therapy?
20    A.  Yes.
21    Q.  -- "in January 2015."
22    A.  Yes.
23    Q.  "Discussed Arimidex" -- I'm not saying that
24 right.
25    A.  Arimidex after radiation.

23  (Pages 86 to 89)

Page 90

1   Q.  Okay.  And patient is not seeing the genetic
2   counselor yet.
3   A.  Yeah.
4   Q.  When it says "discussed Arimidex," what do you
5   mean by that?  Is this your consent discussion?
6   A.  Not -- I mean, she -- I was preparing her, just
7   going over some of the side effects that we would start
8   after radiation, kind of giving her the plan more
9   long-term and kind of the benefits of why we would give
10   Arimidex and side effects.
11   Q.  And does the fact that she is ATM positive,
12   does that factor into the Arimidex prescription?
13   A.  No.
14   Q.  That has more to do with potential new cancers,
15   which is why she's supposed to see the counselor?
16   A.  Yeah.  And she had a bilateral mastectomy, so
17   we've kind of reduced -- eliminated the risk of breast,
18   but there's still risk of pancreatic in family members
19   too to see what they should be screened for.
20   Q.  And sitting here today, what would your
21   discussion about Arimidex look like?  What would be
22   things that you would tell your patient?
23   A.  The main things we talk about are the hot
24   flashes, bone pain.  You can get osteoporosis or bone
25   thinning.  Those are the main side effects that we

Page 91

1   discuss.
2   Q.  And would you have told her as well that it can
3   cause hair loss?
4   A.  Honestly, I usually don't say that right up
5   front.  If patients continue to have hair loss or hair
6   thinning, I mention that that is one of the causes of
7   continued -- because it's decreasing the estrogen.
8   Q.  Okay.  Under the review of systems, does she
9   complain of anything, Doctor?  Any positive hits there?
10   A.  No.
11   Q.  And, again, under psychological, you note that
12   there's no complaints of depression, anxiety, or
13   insomnia?
14   A.  Yes.
15   Q.  Is that important for you to still be
16   following, especially after a double mastectomy?
17   A.  Yeah, that would be just to assess their
18   anxiety and mental status levels.
19   Q.  And you examined her on this occasion?
20   A.  Yes.
21   Q.  And under skin, what do you note there, please?
22   A.  Normal in appearance, no abrasions or bruising.
23   Still a carryover from the previous note, it looks like.
24   Q.  Okay.  And your plan, Doctor, what do you have
25   there?

Page 92

1   A.  "Schedule appointment with a genetic counselor.
2   MD appointment in two months with blood work.  Daily
3   radiation to start in January, and then Arimidex to be
4   given after radiation completed."
5   Q.  And do I recall correctly, was Dr. Russell
6   going to be her radiation doctor?
7   A.  That's what I -- yeah, it looks like that's
8   what I recommended.
9   Q.  And would you have explained to Ms. Stewart why
10   you'd recommend -- or why it's necessary for her to get
11   radiation therapy?
12   A.  Yes.
13   Q.  And what is the reason for that?
14   A.  For the amount of lymph nodes she had, the N2
15   nodes, she'd have an increased risk of a local
16   recurrence, and radiation decreases that.
17   Q.  It appears the next visit we'll have to go to
18   the chart, please, on page 141.  It's a visit on
19   2-18-15.  And on this occasion, does she have any
20   complaints at this time?
21   A.  It says no complaints.
22   Q.  And with regard to the radiation therapy, if
23   you look at the bottom of the history of present
24   illness, what's the new line there?
25   A.  "She completes radiation on March 6, 2015."

Page 93

1   Q.  And how is she doing with it so far?
2   A.  Tolerating well.
3   Q.  And under the review of systems, the subjective
4   complaints from Ms. Stewart, does she note anything is
5   troubling her?
6   A.  No.
7   Q.  And again, under psychological on page 142,
8   what do you note her response was to your questions?
9   A.  "No depression, no anxiety, or no insomnia."
10   Q.  And if we look under your physical exam under
11   skin, what do we have here?  What have you noted, I
12   mean?
13   A.  "Normal appearance, no abrasions or bruising,
14   bilateral chest wall without mass or adenopathy."
15   Q.  What -- how do you -- how do you examine for
16   that?
17   A.  The -- just physical exam.  Physical exam,
18   palpation.
19   Q.  What is adenopathy?
20   A.  Lymph nodes.  So there's no recurrence of a
21   mass or lymph nodes or skin lesions.
22   Q.  Okay.  And under your plan, what have you
23   noted?
24   A.  Continue radiation, Arimidex after radiation
25   completed, follow up in four weeks.

24 (Pages 90 to 93)

Page 94

1  Q. And even though we are now several months post
2  chemo, are you still -- is there still a concern for
3  recurrence of her cancer?
4  A. I mean, patients can still have early
5  recurrences but not as much.
6  Q. Not that quick?
7  A. Yeah, not that quick usually.
8  Q. Fair enough. I believe you next saw
9  Ms. Stewart on March 18, 2015. And I'll mark that as
10 Exhibit 20.
11     (Exhibit 20 was marked.)
12 BY MR. FOWLER:
13 Q. It is MED -139 and 40. Is this another
14 follow-up appointment, Doctor?
15 A. Yes.
16 Q. And if you look under the history of present
17 illness on page 139 here, it says "Bone density 3-20-15
18 is normal." Do you see that?
19 A. Yes.
20 Q. And what does that -- what does that mean?
21 A. It serves as a -- for osteopenia or
22 osteoporosis. Arimidex can cause some bone loss, so we
23 just get a baseline.
24 Q. Okay. And you note she's tolerated the
25 Arimidex well?

Page 95

1  A. Yes.
2  Q. And, again, no complaints of any anxiety or
3  depression or insomnia?
4  A. That's correct.
5  Q. Okay. I'm just going to keep moving. The next
6  time I believe you saw her was June 17th, 2015, which
7  I'll mark as Exhibit 21. It begins on
8  McCanless-MED-137.
9  A. Okay.
10     (Exhibit 21 was marked.)
11 BY MR. FOWLER:
12 Q. And does she come in with any specific
13 complaints?
14 A. It says no complaints.
15 Q. And nothing new under the history of present
16 illness?
17 A. That's correct.
18 Q. And on your physical exam and her subjective
19 exam had no -- no positive findings, no problems that
20 are noted?
21 A. Yeah, that's correct.
22 Q. And if we look to your plan, Dr. McCanless,
23 you've got a few things there. "SPE, urine for Bence
24 Jones," what is that, please?
25 A. That's a serum protein electrophoresis and a

Page 96

1  urinalysis for a Bence Jones, which is a type of
2  abnormal protein.
3      Sometimes we'll -- honestly, I don't have a --
4  can't tell at this juncture why I ordered that unless I
5  looked at the lab. Sometimes the protein levels or
6  calcium might be up and that's -- I don't --
7  Q. Okay. And you ordered a PET scan?
8  A. Yes.
9  Q. And is that sort of to keep an eye on her
10 cancer?
11 A. Yes. Her original PET scan was in May of 2014,
12 so this was kind of a yearly -- yearly scan.
13 Q. Good. Let's take a look at that. I've marked
14 as Exhibit 22 the results of the PET scan on 6-23-2015.
15 And what do those results tell you, Doctor?
16 A. It says, "No evidence of hypermetabolic
17 metastatic disease. Status post right mastectomy, right
18 axial, no dissection."
19 Q. No sign of any metastasis?
20 A. Yeah, no evidence of recurrence.
21 Q. And is that consistent with, if there had been
22 any cancer cells that had escaped the primary site when
23 you treated with neoadjuvant chemotherapy, it was
24 successful here a year later, there's no sign of cancer?
25 A. Yeah, it looks like she's still -- no evidence

Page 97

1  of disease at this time.
2  Q. And it's the chemotherapy that gets credit for
3  having killed any metastases that may have -- any cells
4  that may have been headed toward a metastases, correct?
5  A. Yes.
6  Q. I'm just going to move along to a visit of
7  November 4, 2015, which I'll mark as Exhibit 23.
8      (Exhibit 23 was marked.)
9  BY MR. FOWLER:
10 Q. And this is McCanless-MED-132 through 34.
11 There you go, Doctor, Counsel.
12     On this visit you see that she does have a
13 chief complaint noted. What is that, please?
14 A. I think she's having an allergic reaction to
15 one of her medicines.
16 Q. Okay. And if you look at -- well, are you able
17 to discern what the reaction is that she thinks she's --
18 that may be the allergic reaction?
19 A. I mean, I felt that it was due to the Arimidex
20 possibly, some hormonal imbalance with it, and a
21 decision was made to hold it for three weeks.
22 Q. What exactly was she complaining of being the
23 allergic reaction?
24 A. Looks like increased sweating and possible -- a
25 rash or skin reaction.

25 (Pages 94 to 97)

1    Q.  Can you direct us on the record where that is?
2  Under assessment?
3    A.  Yeah, increased sweating and skin reaction,
4  possibly due to Arimidex.
5    Q.  Okay.  And this is on page 134.  Have you ever
6  heard of that type of reaction to Arimidex?
7    A.  You can have -- any kind of drug can cause a
8  rash or skin reaction.  I don't really have it
9  documented that well to know where it was on exam.  I
10  don't --
11    Q.  Fair enough.  But your decision was to hold it
12  for three weeks?
13    A.  To hold it, yes.
14    Q.  And then the Femara, is that also an aromatase
15  inhibitor?
16    A.  Yes.  Some patients don't tolerate one and
17  they'll switch to another one if they're having side
18  effects.
19    Q.  And Femara, likewise, has a known side effect
20  of potentially causing hair loss; is that correct?
21    A.  Yes, it can.  It lowers the estrogen levels.
22    Q.  Let's see how she's doing on the new meds.  And
23  I'll mark your next visit on December 2, 2015, as
24  Exhibit 24.
25        (Exhibit 24 was marked.)

1  BY MR. FOWLER:
2    Q.  That's McCanless-MED-129 and 130.  Looking at
3  this document, Doctor, does she report whether she's
4  feeling better since the medicine change?
5    A.  Yeah, looks like she has improved off the
6  Arimidex.  And I discussed, you know, switching to
7  another type, the Femara letrozole.
8    Q.  Under the interval history, "Patient with" --
9  it states, "Patient with stinging sensation when she
10  sweats.  Stable hot flashes."
11    A.  Yeah.
12    Q.  That's harkening back to her original
13  complaint?
14    A.  Yeah, it started shortly, it looks like, after
15  the Arimidex was begun.
16    Q.  Okay.
17    A.  So it's probably felt it was a side effect
18  possibly of that medicine, unusual one, but possible
19  side effect.
20    Q.  And at this point she's been done with her
21  radiation therapy for about nine months, it finished in
22  March; is that correct?
23    A.  Yes.
24    Q.  And based upon all the records we've looked at,
25  she had no sort of ongoing problems or side effects from

1  the radiation therapy?
2    A.  That's correct.
3    Q.  Let's kind of skip ahead.  I don't want to -- I
4  don't think we need go through every one of your visits.
5  So I'd like to jump ahead to January 12, 2017 -- I'm
6  sorry, January 2, 2017, which begins on
7  McCanless-MED-117.  And I'll mark that as Exhibit 25.
8        (Exhibit 25 was marked.)
9  BY MR. FOWLER:
10    Q.  This is several months later, Doctor.  And how
11  is she doing on this occasion?
12    A.  It says no complaints.  Looks like she started
13  on Femara letrozole, was tolerating that well with no
14  bone pain, and the hot flashes or the symptoms from the
15  Arimidex appear to have resolved.
16    Q.  And if you look on page 118 under review of
17  systems, there's kind of a new word, new category there.
18  And take -- can you say the word, please?
19  Integumentary?
20    A.  Yeah.  Integumentary or skin, dermatologic.
21    Q.  And she reports no rash, no pruritis, no skin
22  lesions, no dry skin?
23    A.  That's correct.
24    Q.  And here, this is in January of 2017.  That's
25  two years after -- well, a year and several months --

1  no, two years and several months after her chemo was
2  completed?
3    A.  Yes.
4    Q.  And you have -- there's no record here that
5  she's complained that she had any ongoing alopecia; is
6  that correct?
7    A.  That's correct.
8    Q.  And, likewise, in your physical exam, you don't
9  note that she's got any persistent alopecia, correct?
10    A.  I usually don't document that in my physical
11  exams about alopecia.
12    Q.  Now, on this date under your assessment,
13  Doctor, you have "Disease status NED."
14    A.  Yes.
15    Q.  What does that mean?
16    A.  No evidence of disease.
17    Q.  Oh, fair enough.  So she's doing pretty well in
18  January of '17?
19    A.  Yes.
20    Q.  I'm going to fast forward and save us all and
21  go to January 2018, January 30th, and mark that as
22  Exhibit 26, a year later.
23        (Exhibit 26 was marked.)
24  BY MR. FOWLER:
25    Q.  And this begins on McCanless-MED-110.  So we're

Page 102

1  in January 2018. It's four-plus years after her
2  diagnosis and treatment. How is she doing, Doctor?
3      A. She's -- no complaints. Still on the Femara,
4  2.5 milligrams every day. She sees Dr. Bonner, the
5  surgeon, every six to eight months.
6      Q. And under the interval history, I see in July
7  of 2017 she had an abdominal CT.
8      A. Yes.
9      Q. And were you looking just to check for
10 metastases?
11     A. Yes. And also with that ATM gene to make sure
12 her pancreatic was normal. No new primary.
13     Q. And that was negative?
14     A. Yes, it was negative.
15     Q. And your plan was to see her again in six
16 months?
17     A. Yes.
18     Q. And on this occasion, I'm not sure we've seen
19 it in other reports, Alicia Siears, a nurse
20 practitioner, signed?
21     A. Yes.
22     Q. And then you cosigned. Did you both see her?
23     A. Yes. She did the documentation, but then I
24 came in after her and examined her and saw her.
25     Q. Okay. And, Doctor, I believe when we started

Page 103

1  this deposition your nurse brought in a 2019 visit. I
2  bet you that was Number 4. I tried to put these in
3  order during the break. Here we go. Yes.
4      Exhibit 4 is her most recent visit with you, if
5  I'm correct, on February 14, 2019. And I'll let you
6  tell the jury how she's doing.
7      A. States no new complaints. Came for follow-up,
8  no -- she had a cough and sinus congestion that had
9  resolved from her visit back in January. She had
10 antibiotics at the time.
11     She had a small lymph node in her left neck
12 that had resolved with antibiotics. She's still on the
13 Femara letrozole. And PET of chest, abdomen, and pelvis
14 next visit for surveillance, and continuing the
15 aromatase inhibitor.
16     Q. Would you consider this patient's treatment to
17 be a success?
18     A. Yes. So far there's no evidence of disease.
19 And still got definitely more time for surveillance,
20 but, yeah, right at this point, yes, great response.
21     Q. And where -- from where she started from, there
22 was no certainty that she would end up doing so well
23 here in 2019; is that accurate?
24     A. Yeah, that's accurate.
25     Q. Would you -- and that's really been -- that was

Page 104

1  your goal, to -- like with any patient?
2      A. Yeah.
3      Q. Would you please read from your CV under your
4  personal statement as a hematologist oncologist, can you
5  please say what that is.
6      A. It's kind of what our goals are, to help our
7  patients and -- as an oncologist and hematologist.
8      Q. I thought it was very poignant, if we could
9  hear it.
10     A. "My love for medicine started at a very young
11 age. I watched and appreciated my father's dedication
12 and opportunity to help patients in this great career.
13 Hematology/oncology for me is a calling to help fight a
14 disease that has had advancements in its treatments to
15 help many patients.
16     "My goal as a physician in this field is to
17 always look at the whole picture -- aggressiveness to
18 conquer the disease by researching all alternatives,
19 consulting all physicians on the case for the best
20 treatment plan, and to always keep the comfort of the
21 patient and the family at the top of my list."
22     Q. And is that what you did in Ms. Stewart's case?
23     A. Yes, I felt I did.
24     Q. And you can set that aside.
25     Doctor, you weren't critical of any of Sandoz's

Page 105

1  employees, are you?
2      A. No.
3      Q. And you're not critical of Sandoz as a company
4  who manufactured docetaxel, are you?
5      A. No.
6      Q. And you're not going to come to trial and give
7  testimony that Sandoz or docetaxel caused the harm that
8  Ms. Stewart complains of in this case, are you?
9      A. No.
10     Q. And you would agree, Doctor, that docetaxel, in
11 addition to her other treatment, helped save her life?
12     A. Yes.
13     MR. FOWLER: I have no further questions.
14 I'll pass the witness.
15     MR. GEIGER: Thank you, Counsel.
16         EXAMINATION
17 BY MR. GEIGER:
18     Q. I don't have that many questions but I do have
19 a few. And I know I introduced myself earlier. My name
20 is Andrew Geiger. I represent Ms. Stewart in this
21 litigation.
22     A. Okay.
23     Q. You testified earlier that temporary alopecia
24 is an expected and anticipated side effect of
25 chemotherapy treatment, correct?

27 (Pages 102 to 105)

1    MR. FOWLER:  Objection.
2       A.  Yes.
3    BY MR. GEIGER:
4       Q.  What about permanent hair loss, do you counsel
5    against that?
6       A.  I mean, the counseling that we do is -- we
7    discuss hair loss and just discuss that everybody is
8    different with the amount that comes back and there's
9    different factors.
10       And I mean, honestly, I don't counsel patients
11    on complete hair loss.  I mean, I say it's different on
12    every patient and that there's no guarantee that it
13    won't look the same as it did when she first started.
14       Q.  Right.  You mention that it grows back, it just
15    might grow back at a different texture or fullness,
16    correct?
17       A.  Yeah, or not as significant too.  I mean,
18    there's so many different factors with different drugs
19    that we give.
20       Q.  At the time you prescribed this chemotherapy
21    regimen which included docetaxel for Ms. Stewart, were
22    you aware that Taxotere was associated with the risk of
23    permanent hair loss?  That's permanent hair loss, not
24    temporary.
25       MR. FOWLER:  Objection; form.

1       A.  No, at that time, I didn't.
2    BY MR. GEIGER:
3       Q.  If you had known about that risk of permanent
4    hair loss, would you have warned Ms. Stewart about that?
5       A.  I mean, no.  At this point, we still do the
6    same warning I talk to my nurse practitioners about.
7    You know, everybody is different.  I mean, we don't
8    really make decisions on which regimen to give for, you
9    know, whether they have complete hair loss or just
10    partial hair loss.
11       Q.  Do you specifically recall warning Ms. Stewart
12    about the risk of permanent hair loss though?
13       MR. FOWLER:  Objection; form.
14       A.  No, I don't recall.
15    BY MR. GEIGER:
16       Q.  You're familiar with the NCCN Guidelines,
17    correct?
18       A.  Yes.
19       Q.  I'm just going to hand you this, and I'll mark
20    this as Plaintiff's Exhibit 1.  Or would you prefer I
21    use number 27 or wherever we're at?  We'll just use 27.
22       (Exhibit 27 was marked.)
23    BY MR. GEIGER:
24       Q.  There you go, Doctor, Counsel.
25       Does this look familiar to you?

1       A.  Yes.
2       Q.  What are the NCCN Guidelines?
3       A.  These are the cancer guidelines that give us
4    guidance on what treatment protocols to use and the
5    different cancers.
6       Q.  Okay.  And on the front page it says Version, I
7    guess, 1.2014?
8       A.  Yes.
9       Q.  Is that the date that these guidelines would
10    have been in effect at the time of Ms. Stewart's
11    chemotherapy regimen?
12       A.  Yes.
13       Q.  Okay.  And you rely on the NCCN Guidelines when
14    determining the staging or the -- or putting together
15    your patients' chemotherapy regimens?
16       MR. FOWLER:  Objection; form.
17       A.  Yes.
18    BY MR. GEIGER:
19       Q.  If we turn to the second page, I believe you're
20    looking at it already.
21       A.  Okay.
22       Q.  On the left-hand side it discusses the regimens
23    for HER-2 negative disease, and it says all categories.
24    Do you see that up top?
25       A.  Yes, yes.

1       Q.  And is that the sort of column that
2    Ms. Stewart's cancer falls into?
3       A.  Yes.
4       Q.  Okay.  And then it has preferred regimens and
5    other regimens, correct?
6       A.  Yes.
7       Q.  What are the differences between preferred
8    regimens and other regimens, do you know?
9       MR. FOWLER:  Objection; form.
10       A.  Preferred regimens are -- is more data for the
11    Category 1 than other regimens.  And there's different
12    categories.  These other regimens are still in the top
13    category, but I guess those are the preferred or
14    preference of the oncologist that set up the guidelines.
15    BY MR. GEIGER:
16       Q.  Okay.  And the cancer -- the chemotherapy
17    regimen that Ms. Stewart was given, is that the third
18    one listed under "preferred"?
19       A.  No.
20       Q.  Okay.  Which -- I'm sorry, the last one listed
21    under "other"?
22       A.  Yes.  The TAC, yeah.
23       Q.  And that obviously includes docetaxel, correct?
24       A.  Yes.
25       Q.  There appear to be a few that include docetaxel

## Page 110

1   by my count, one, two, three, four.  Do you count the
2   same?  It's the last one in "preferred regimens."
3      A.  Yes.
4      Q.  The fifth one in "other regimens."
5      A.  Yes.
6      Q.  And then the TAC at the end.  The others don't
7   contain docetaxel; is that correct?
8      A.  Yes, that's correct.
9      Q.  Actually, there's one more, the FEC/CEF
10   followed by T, it looks like that options says "followed
11   by docetaxel" in there.
12      A.  Yes.
13      Q.  It's and/or, but we'll include that one.  Some
14   of these others include a drug called paclitaxel.  Do
15   you see that?
16      A.  Yes.
17      Q.  What is paclitaxel?
18      A.  It's a taxol.  It's another -- it's a cousin to
19   -- or in the same category as Taxotere.
20      Q.  So paclitaxel is also an option for possible
21   treatment?
22      MR. FOWLER: Objection; form.
23      A.  Yes.
24   BY MR. GEIGER:
25      Q.  So I count 13 total options for chemotherapy

## Page 111

1   regimens in this left-hand column.  And as we went over,
2   I believe only four contained docetaxel in them,
3   correct?
4      A.  That's correct.
5      Q.  So she had nine other options for chemotherapy
6   treatment?
7      MR. FOWLER: Objection; form.
8      A.  Yes.
9   BY MR. GEIGER:
10      Q.  And do you recall specifically whether you
11   discussed the possibility of using docetaxel or
12   paclitaxel with Ms. Stewart?
13      A.  The reason I picked that three-drug regimen is
14   just because how -- the aggressiveness of her cancer and
15   I needed treatment quickly.  The regimens that have
16   weekly taxol, we use those all the time too, but that's
17   given -- you give four cycles of AC and then the taxol
18   afterwards.  It's a longer regimen.
19      And, also, I just felt like I needed all three
20   at one time to get a sustained response.  The taxol
21   works better when you give it weekly, so it's kind of a
22   more prolonged treatment.  And my clinical decision was
23   that she needed treatment quicker than I could get with
24   just a taxol, weekly taxol-based therapy.
25      Q.  And one of the exhibits that Counsel submitted,

## Page 112

1   Exhibit 7, it's that "Coping With Cancer Video" sheet.
2      A.  Uh-huh.
3      Q.  I believe you still have the exhibits in front
4   of you, Doctor.
5      A.  Yeah.  Okay.  Yes.
6      Q.  And I'd just point your attention to Section 2B
7   where it discusses hair loss.
8      A.  Yes.
9      Q.  And there's those two bullet points underneath.
10   Do you see that?
11      A.  Yes, yes.  I see that, yes.
12      Q.  There's no reference to permanent hair loss in
13   there, is there?
14      A.  No.
15      Q.  And on Exhibit 11, which I believe was the
16   consent form -- right, that's it.
17      A.  Yes.
18      Q.  You kind of see hair loss towards the end there
19   at the end of the third column.
20      A.  Yes.
21      Q.  And is there any reference to permanent hair
22   loss there?
23      A.  No.
24      Q.  And you're not testifying today as an expert in
25   chemotherapy-induced hair loss, correct?

## Page 113

1      A.  That's correct.
2      Q.  And you would defer to any opinions as to
3   whether Ms. Stewart has chemotherapy-induced hair loss
4   to an expert in that field?
5      A.  Yes.
6      MR. FOWLER: Objection; form.
7   BY MR. GEIGER:
8      Q.  I believe you testified earlier that you don't
9   make any promises to your patients that their hair will
10   grow back; is that correct?
11      A.  That's correct.
12      Q.  And, again, you tell them that sometimes it
13   will grow back differently?
14      A.  Yes.
15      Q.  In fullness or thickness or texture?
16      A.  Yes.
17      Q.  Do you recall counseling any patients that it
18   will not grow back at all?
19      A.  I don't recall that.
20      Q.  And, again, if you knew at the time that the
21   docetaxel was associated with a risk of permanent hair
22   loss, would you have counseled Ms. Stewart as to that?
23      MR. FOWLER: Objection; form.
24      A.  Not -- not specifically for permanent hair
25   loss.  I would have counseled her on the different

Page 114

1  gradations of how the hair could grow back.
2  BY MR. GEIGER:
3      Q.  And, again, you don't recall counseling
4  Ms. Stewart as to any risk of permanent hair loss?
5      MR. FOWLER:  Asked and answered.
6      A.  That's correct.
7  BY MR. GEIGER:
8      Q.  And if Ms. Stewart had voiced an opinion as to
9  whether or not to use the docetaxel based on a risk of
10 permanent hair loss, would you have respected that
11 opinion?
12     A.  Yes.
13     Q.  And you believe the ultimate use of a product
14 or a chemotherapy regimen is the patient's choice?
15     A.  I mean, I think we have to use guidance, you
16 know, the risks and benefits.  And, yeah, I don't think
17 I would let her necessarily pick which regimen she
18 wanted just from -- it all comes into the side effects,
19 the efficacy, is how we come up with these decisions.
20     Q.  And I believe you testified to this earlier, I
21 could be mistaken, but you haven't seen the label for
22 the docetaxel that's manufactured by Sandoz?
23     A.  The --
24     Q.  The drug label.
25     A.  You mean the drug pamphlet?

Page 115

1      Q.  Correct, with the warnings and all that.
2      A.  I mean, I'm sure I've looked at it at one
3  point.  I haven't recently reviewed it.
4      Q.  Do you recall when you may have reviewed it?
5      A.  I know in our -- when we write the drugs that
6  comes in our EMR, it gives a warning about the -- I
7  guess the new with alcohol induced -- warning them about
8  alcohol in Taxotere.  But that's the only warning I saw
9  that was new that popped up in our EMR.
10     Q.  Nothing that you recall about permanent hair
11 loss?
12     A.  I haven't seen anything about permanent hair
13 loss.
14     Q.  And at the time, since you began prescribing
15 Taxotere generally or docetaxel to the present, has
16 anyone from Sandoz ever warned you about the risk of
17 permanent hair loss?
18     A.  No, not directly.
19     Q.  That's all the questions I have, Doctor.  Thank
20 you.
21     A.  Thank you.
22          EXAMINATION
23 BY MR. FOWLER:
24     Q.  I just want to circle back on a couple things.
25 I'm not sure the question was clear, so let me ask you

Page 116

1  again.  You've seen and reviewed the label for Taxotere,
2  correct?
3      A.  Yeah, in the past.  I'm not sure when.
4      Q.  Right, the brand --
5      A.  Other than the --
6      Q.  Sorry, I cut you off.
7      A.  Yeah.
8      Q.  But Taxotere itself, the brand label drug
9  Taxotere is the label that you reviewed?
10     A.  Yes.
11     Q.  And docetaxel is the generic form made by a
12 different company, my client, Sandoz.
13     A.  Okay.
14     Q.  And what Counsel was asking and what I asked
15 you previously is, since you've reviewed the label of
16 Taxotere, have you also reviewed the generic label for
17 docetaxel?  I believe you said no this morning.
18     A.  No.  I didn't know there would be a difference
19 between the two.
20     Q.  Okay.  And so your testimony is clear, you have
21 not gone -- because Ms. -- you have not gone back and
22 looked at docetaxel, you've relied on Taxotere's label?
23     A.  Yes.
24     Q.  And when you were just talking about the -- was
25 it EMS?

Page 117

1      A.  Electronic medical records.  When we write like
2  a Taxotere regimen, it will come up with a --
3      Q.  With a Taxotere warning?
4      A.  -- warning saying that we have to discuss about
5  alcohol, just for alcohol level.  That's a new warning
6  that's FDA.  But that's all I saw when I -- when I
7  looked at what it says.  That's the only warning it
8  says, about the alcohol as part of the Taxotere.
9      Q.  And, Doctor, you were asked about whether
10 Ms. Stewart could have had a choice between paclitaxel
11 and docetaxel.  Do you recall those questions?
12     A.  Yes.
13     Q.  Do any of the regimens, preferred or otherwise,
14 would they have allowed you to give six cycles of
15 Adriamycin with tax -- with taxol or paclitaxel, or is
16 the TAC the only one?
17     A.  Yeah, I don't know any regimen of -- meaning
18 substituting taxol for Taxotere in the regimen?
19     Q.  Yes.
20     A.  I don't know any regimen that would -- I mean,
21 taxol usually works better giving it weekly than every
22 three weeks.  So usually Taxotere would be the regimen I
23 would use if we were going to do it every three weeks.
24     Q.  And do any of these -- strike that.
25          The six cycles of Adriamycin was essential to

30 (Pages 114 to 117)

1  the chemotherapy plan that you came up with, correct?
2      A.  Yes.
3      Q.  And you wanted to give that at the same time as
4  giving Taxotere as the taxane in that therapy?
5      A.  Yes.
6      Q.  And you -- that decision was to be -- to treat
7  it the most aggressively you could, correct?
8      A.  Yeah, I felt that that would give the quickest
9  response rather than giving a weekly taxol after the
10  Adriamycin and Cytoxan or sequentially.
11      Q.  And to have had to follow it -- follow an AC
12  regimen with paclitaxel would have caused her to go to
13  surgery later; is that correct?
14      A.  That's correct.
15      Q.  And it was important to you to get her to
16  surgery sooner than later?
17      A.  Yes.
18      Q.  And, Doctor, would you counsel a patient to not
19  agree to a regimen as you've proposed here because they
20  were concerned of a risk of permanent hair loss?
21          MR. GEIGER:  Object to form.
22      A.  I mean, I would listen to the concerns, but I
23  would have to go over the response rates and the
24  survival of the protocol and kind of what the goals are
25  with them.

1  BY MR. FOWLER:
2      Q.  And would your message have been, "I'm giving
3  you the best chance at survival and I think you ought to
4  take it"?
5      A.  Yeah, that's -- I would -- yeah.  I would look
6  at survival and curability over hair loss.  But I know
7  hair loss is important, but still.
8      Q.  And, Doctor, do you recall being asked
9  questions whether you counsel your patients with regard
10  to permanent hair loss?  Do you remember those
11  questions?
12      A.  Yes.
13      Q.  When you counsel your patients as to hair loss,
14  you don't quantify the amount of hair loss, do you?
15      A.  I don't.
16      Q.  And you don't -- when you say it may or may not
17  grow back, you don't quantify how much will or won't
18  grow back, do you?
19      A.  That's correct.
20      Q.  And you're aware that it will grow back
21  differently in each patient or not grow back?
22          MR. GEIGER:  Object to form.
23  BY MR. FOWLER:
24      Q.  Let me rephrase.  Hair regrowth would be
25  different in every patient, correct?

1      A.  That's correct.
2      Q.  And you can't predict for any one of your
3  patients what the results would be; is that fair?
4      A.  Yeah, that's fair.
5      Q.  And is that why you don't promise any specific
6  results with regard to your patients' hair?
7      A.  Yes.  It's so variable in different drugs.
8      Q.  Even if the label contained the words "cases of
9  permanent hair loss have been reported," that wouldn't
10  change your prescribing decision, would it?
11          MR. GEIGER:  Object to form.
12      A.  No.  I still would look at the response rates
13  and the outcome pattern.
14  BY MR. FOWLER:
15      Q.  And you still prescribe Taxotere today to the
16  appropriate patient, correct?
17      A.  Yes.
18          MR. FOWLER:  Okay.  Nothing further.
19              EXAMINATION
20  BY MR. GEIGER:
21      Q.  If the label contained some wording as to
22  permanent hair loss, that would be something that you'd
23  counsel your patients to, correct?
24      A.  Yes.
25      Q.  Okay.  And you don't recall doing that with

1  Ms. Stewart, for example, correct?
2          MR. FOWLER:  Objection; form.
3      A.  That's right.
4          MR. GEIGER:  That's all, Doctor.  Thank
5  you.
6          THE VIDEOGRAPHER:  This concludes the
7  deposition.  We're off the record at 5:21.
8          (DEPOSITION CONCLUDED AT 5:21 P.M.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 122

REPORTER'S CERTIFICATE

I, RITA DEROUEN, Certified Court Reporter in and for the State of Louisiana, Registered Professional Reporter, and as the officer before whom this testimony was taken, do hereby certify that CHRISTOPHER MCCANLESS, M.D., after having been duly sworn by me upon authority of R.S. 37:2554, did testify as set forth in the foregoing 121 pages.

I further certify that said testimony was reported by me in the Stenotype reporting method, was prepared and transcribed by me or under my direction and supervision and is a true and correct transcript, to the best of my ability and understanding.

I further certify that the transcript has been prepared in compliance with transcript format guidelines required by statute or by rules of the board, and that I have been informed about the complete arrangement, financial or otherwise, with the person or entity making arrangements for deposition services.

I further certify that I have acted in compliance with the prohibition on contractual relationships, as defined by Louisiana Code of Civil Procedure Article 1434, and in rules and advisory opinions of the board.

Page 123

I further certify that I am not an attorney or counsel for any of the parties, that I am neither related to nor employed by any attorney or counsel connected with this action, and that I have no financial interest in the outcome of this matter.

This certificate is valid only for this transcript accompanied by my original signature and original required seal on this page.

Baton Rouge, Louisiana, this 23rd day of May, 2019.

_____
RITA DEROUEN, CCR, RPR
CCR NO. 2014018, RPR NO. 6709

Page 124

ERRATA SHEET

Case Name:
Deposition Date:
Deponent:
Pg. No. Now Reads   Should Read   Reason

___ ___ _____   _____   _____
___ ___ _____   _____   _____
___ ___ _____   _____   _____
___ ___ _____   _____   _____
___ ___ _____   _____   _____
___ ___ _____   _____   _____
___ ___ _____   _____   _____
___ ___ _____   _____   _____
___ ___ _____   _____   _____
___ ___ _____   _____   _____
___ ___ _____   _____   _____
___ ___ _____   _____   _____
___ ___ _____   _____   _____

_____
Signature of Deponent
SUBSCRIBED AND SWORN BEFORE ME
THIS ____ DAY OF _____, 2019.
_____
(Notary Public)  MY COMMISSION EXPIRES:_____

**A**

abdomen 103:13
abdominal 75:24
  102:7
ability 122:14
able 12:2 13:22
  15:21 22:18 24:24
  27:11 29:1 60:4
  60:11 64:3 66:25
  72:18 77:7 80:1
  82:3,6,21 83:15
  84:5 97:16
abnormal 96:2
Abnormality 34:11
abrasions 77:23
  91:22 93:13
AC 111:17 118:11
accept 41:24 59:7
access 13:5 72:17
accompanied 123:7
accomplish 44:18
accurate 12:11
  13:25 14:1,16
  62:14 103:23,24
acted 122:21
acting 87:11
action 123:4
active 66:25 83:15
activities 67:1,2,3
  83:23
activity 83:22
actual 15:18 61:21
addition 13:22
  51:12 54:8 105:11
additional 33:23
address 7:21 9:11
adenopathy 93:14
  93:19
adjuvant 43:15
  44:4,7,11 60:11
Adriamycin 4:9
  26:7 40:17 42:12
  42:19 46:13 56:3
  60:7 71:15 117:15
  117:25 118:10
advanced 19:6 35:7
  38:5 43:22 45:2
advancements

104:14
advises 54:10
advising 52:16
advisory 122:24
affect 46:14
afternoon 7:20
age 42:7 104:11
aggressive 26:13
  26:13 34:24 35:2
  36:10,13 37:20,23
  38:4,5 40:19
  87:11
aggressively 118:7
aggressiveness
  104:17 111:14
ago 8:25 18:14
agree 8:5 25:20
  38:7 40:9 42:4
  70:17 73:6 105:10
  118:19
agreed 8:7 27:5
  59:7
ahead 14:8 19:15
  31:10,15 84:22
  100:3,5
aimed 44:7
alcohol 115:7,8
  117:5,5,8
Alicia 102:19
aligned 81:11
Allan 2:4 7:11
allegations 10:17
  10:23
alleged 10:23
alleges 60:16
allergic 97:14,18
  97:23
allow 46:12
allowed 8:4 21:24
  117:14
alopecia 69:21 70:3
  70:12,24 71:1
  79:1 82:13 83:12
  88:10,14 101:5,9
  101:11 105:23
alternating 72:4
alternative 59:19
alternatively 8:14

alternatives 104:18
Ambrealle 85:13
amend 63:6
Amended 3:13
American 21:16
amount 87:3 92:14
  106:8 119:14
amounts 44:21
Anastrozole 88:24
and/or 55:5 110:13
Andrew 2:4 7:11
  105:20
anemia 22:14
answer 9:5 27:2
  67:23
answered 114:5
answers 6:14 86:6
antibiotics 65:13
  65:16,23 103:10
  103:12
anticipated 105:24
antinausea 51:9
anxiety 66:9,13
  76:22 83:4 87:17
  91:12,18 93:9
  95:2
anytime 9:12
anyway 74:19
apart 9:25 15:25
appear 100:15
  109:25
appearance 66:22
  77:23 91:22 93:13
APPEARANCES
  2:1
appeared 76:6
appears 57:8,21
  63:2 85:7 92:17
appetite 75:20
applied 13:19
applies 23:4
appointment 28:19
  60:25 71:22 85:18
  92:1,2 94:14
appointments 84:6
appreciate 62:15
appreciated 104:11
approach 26:15

appropriate 6:9
  80:16 120:16
approval 51:9
approved 58:7
Approximately
  8:22
area 46:2 78:15
Arimidex 88:20,22
  89:23,25 90:4,10
  90:12,21 92:3
  93:24 94:22,25
  97:19 98:4,6 99:6
  99:15 100:15
aromatase 88:24
  88:25 89:7 98:14
  103:15
arrangement
  122:19
arrangements
  122:20
article 6:16 21:2
  122:24
artifact 88:4
ASAP 29:7
aside 12:13 14:14
  104:24
asked 11:12 15:7
  75:12 114:15
  116:14 117:9
  119:8
asking 16:7 17:14
  62:12 65:2 71:3,4
  76:16 116:14
assess 91:17
assessment 30:14
  35:21 38:20 64:19
  71:14 79:3 83:24
  98:2 101:12
assistant 12:6 14:2
assistants 22:4
  85:15
associated 41:14
  43:5 44:10 106:22
  113:21
Associates 2:4 7:12
association 30:8
assume 9:6 20:20
ATM 39:6,15 80:18

80:24 86:4,7
  88:18 90:11
  102:11
attend 20:23
attention 33:22
  62:16 63:3 68:12
  70:14 71:13 73:17
  74:12 85:21 112:6
attorney 123:1,3
August 67:9 72:9
authority 122:8
authorize 57:23
available 8:16
  53:13
Avenue 1:19 7:23
aware 10:12 31:12
  106:22 119:20
axial 96:18
axilla 34:17 35:1
  36:3 45:2 78:4,9
  78:15
axillary 34:15,25
  35:14 78:2 83:11

**B**

B-R-A-C 39:11
bachelor 20:1
back 15:6 16:17
  18:1 23:2 37:14
  43:12 55:4,7,17
  55:20,23 56:21
  63:3 64:22 67:16
  68:4 72:25 79:6
  81:21 86:9 99:12
  103:9 106:8,14,15
  113:10,13,18
  114:1 115:24
  116:21 119:17,18
  119:20,21
background 19:22
  82:1
bad 75:9
base 81:11
based 38:18 42:5
  67:15 99:24 114:9
baseline 94:23
basing 65:7
Bates 3:18,21,24

4:12,14,16,18,20
4:22,24 5:3,5,7,9
5:11,13,15,17
13:18 68:11
**Bates-labeled**
73:14 79:17
**baton** 1:17,19 7:3
7:24 81:20 123:9
**began** 25:9 115:14
**beginning** 1:20 7:4
16:17
**begins** 55:3 95:7
100:6 101:25
**begun** 99:15
**behalf** 7:10 23:17
24:4
**believe** 13:24 15:13
26:1 27:8 49:23
73:4 89:9 94:8
95:6 102:25
108:19 111:2
112:3,15 113:8
114:13,20 116:17
**believed** 26:10
**Bence** 95:23 96:1
**benefit** 42:11
**benefits** 41:18
42:19 43:4,8 90:9
114:16
**Berger** 2:4 7:12
**best** 19:9 26:10,14
39:24 40:18,22,24
42:14 104:19
119:3 122:14
**bet** 103:2
**better** 33:19 99:4
111:21 117:21
**Beyond** 4:5,7,9
**big** 87:4
**bilateral** 80:8,15,19
80:23 81:9 85:23
86:1,10 87:19
88:7 90:16 93:14
**billed** 62:8
**billing** 15:13
**biology** 42:5
**biopsy** 34:16,16
36:24,25 37:18

86:21
**bit** 22:8 27:24
35:24 43:13 64:22
**blood** 22:14 68:21
75:8 79:6,25
84:21 92:2
**Bluebonnet** 1:18
**board** 20:16,18
122:17,25
**body** 44:20
**bone** 90:24,24
94:17,22 100:14
**Bonner** 17:18,18
18:2,4 19:5 81:4
102:4
**bothering** 69:25
**bottom** 13:16 54:5
56:9 57:16 68:17
74:1 80:7 92:23
**box** 77:7,8
**BRAC** 39:10
**brand** 116:4,8
**break** 9:10 35:24
68:3 103:3
**breast** 5:9,20 19:6
22:19,24 23:2,5,9
23:25 25:3,12,15
25:21 30:5,9
34:13,17 37:25
38:8 39:11,21
40:21 46:18 47:13
47:17,24 69:5,18
78:1,3,5 80:11,19
80:22 81:16 83:11
86:4 88:4 90:17
**breasts** 80:20
**Brief** 37:13
**briefly** 49:5
**brought** 13:4 14:3
24:18 103:1
**Brown** 85:14,18,19
**bruising** 77:24
91:22 93:13
**building** 73:23
**bullet** 54:3 112:9

———————
**C**
———————
**calcium** 96:6

**call** 15:24 16:1
67:23
**called** 110:14
**calling** 104:13
**Canal** 2:5
**cancer** 4:3 5:20
19:6 21:17 22:10
22:19,25 23:2,5,9
24:1 25:3,12,15
25:21 30:5,9
31:13 32:9,10,11
32:22 33:15,16,24
34:23,24 35:8,13
35:18 36:10,13
37:20 38:4,8,14
39:18,20,21 40:19
40:22 42:14 44:8
45:6 46:8,18,19
46:20 47:8,13,24
48:16 52:9,22
66:7 69:8,19 78:5
80:10,19,22 81:16
82:18 86:5,11
94:3 96:10,22,24
108:3 109:2,16
111:14 112:1
**cancer-free** 25:13
**cancers** 23:10
90:14 108:5
**captain** 81:18
**captioned** 1:14
**carcinoma** 34:19
37:20,24 38:1
86:2
**cardiac** 60:6
**Cardiology** 17:13
**cardiotoxicity**
58:23
**care** 4:5,7,9 10:17
17:16 19:3 39:22
81:12,19
**career** 104:12
**carried** 63:16
**carry** 83:15
**carryover** 91:23
**case** 1:7 16:22 17:5
40:4 42:10 60:16
80:16 82:7 104:19

104:22 105:8
124:2
**cases** 9:21 43:18
45:12 120:8
**catch** 80:22
**categories** 87:15
108:23 109:12
**categorization**
32:21 33:17
**categorizations**
33:14
**category** 33:19
45:21 100:17
109:11,13 110:19
**cause** 1:15 30:9
43:25 52:19 66:10
89:7,8 91:3 94:22
98:7
**caused** 60:4,12,15
60:19,22 105:7
118:12
**causes** 91:6
**causing** 32:11
98:20
**CBC** 71:22
**CCR** 123:12,13
**cells** 44:8 45:6
96:22 97:3
**Center** 1:18
**centimeter** 35:4
**centimeters** 34:13
34:15 36:2
**certain** 52:1
**certainly** 37:6 46:5
**certainty** 26:20
27:11,13 60:13
103:22
**certificate** 3:4
122:1 123:6
**Certification** 3:17
**certified** 1:16 2:17
6:6 20:16,18 21:3
122:3
**certify** 122:6,10,15
122:21 123:1
**cervical** 46:20
**chance** 26:14 40:24
42:14 77:16 119:3

**change** 75:20 99:4
120:10
**changed** 63:17
**changes** 8:13
**chart** 13:1,2,3
30:18 62:16 63:3
64:23 72:18 84:23
92:18
**check** 65:11 73:6
74:9 77:7,8 102:9
**chemo** 49:4 51:2,5
51:8,17,23 52:13
53:18 54:14 56:2
56:5 62:6 63:10
63:20,22 64:10
65:20 67:22 68:19
69:9,12 72:14
73:4 74:2,6,20
76:3 84:5 94:2
101:1
**chemo-teaching**
54:9
**Chemocare.com**
4:5,7,9 53:10
**chemotherapy** 4:5
4:7,9,11 16:8
22:11 23:6 25:24
26:4,22 32:15,25
33:12 40:11,23
41:3,10,15,17,23
43:8,9,16 44:3,6
44:11 48:22 49:2
49:9,10 50:3
57:11 58:24 59:8
59:13,20 60:10
61:2,7,15,18,22
64:3 66:10 67:17
69:7,7,20 70:23
72:3 74:23 78:10
78:23 79:21,24
81:13 82:18 96:23
97:2 105:25
106:20 108:11,15
109:16 110:25
111:5 114:14
118:1
**chemotherapy-in...**
112:25 113:3

chest 93:14 103:13
chief 68:13 73:18
  80:3 85:10,20
  97:13
chills 65:4
choice 42:4 114:14
  117:10
Christopher 1:13
  3:14,17 6:5 7:2,15
  7:22 8:2 122:7
circle 115:24
circumstances 9:15
  27:16
Civil 1:7 6:9,17 8:4
  122:23
clean 45:5
cleaner 46:3
clear 39:3 43:18
  45:1 46:7 78:21
  115:25 116:20
client 24:14 116:12
clinic 1:17 7:23
  9:10
clinical 5:19 16:5
  23:13,16,22 24:3
  111:22
close 18:12
clot 84:21
CME 21:4
Code 6:9,16 122:23
collected 3:23 32:3
college 19:23
color 55:5
column 58:15,21
  109:1 111:1
  112:19
columns 58:10
combination 58:12
come 49:3 55:20
  72:14 81:17 85:17
  95:12 105:6
  114:19 117:2
comes 14:24 28:13
  64:1 81:21 106:8
  114:18 115:6
comfort 104:20
comment 28:25
  70:15 88:3

COMMISSION
  124:25
common 39:10
  54:1,21 60:8 69:6
comorbidities 42:8
  46:12,15
companies 24:4
company 105:3
  116:12
complain 91:9
complained 11:2,4
  65:6 70:7 88:13
  101:5
complaining 70:25
  82:12 97:22
complains 105:8
complaint 16:22
  68:13 73:18 80:3
  82:16 97:13 99:13
complaints 11:5
  47:5 64:14 68:14
  68:15 69:1 70:18
  71:2 73:19,20
  80:4,5 82:11
  85:10,11,12,20
  88:12 91:12 92:20
  92:21 93:4 95:2
  95:13,14 100:12
  102:3 103:7
complete 12:15
  13:6 16:14 45:14
  45:22 78:11 79:6
  87:6 106:11 107:9
  122:18
completed 23:6
  55:5 88:20 92:4
  93:25 101:2
completely 45:14
completes 92:25
compliance 122:16
  122:22
computer 13:5
  15:1 31:3 37:5,7
  82:4
concern 82:16 94:2
concerned 118:20
concerning 10:14
  10:17 11:10 81:9

concerns 59:22
  82:11 118:22
CONCLUDED
  121:8
concludes 121:6
conducted 23:20
  47:4
conferences 20:23
  23:25
congestion 103:8
conglomeration
  87:4
conjunction 81:1
connected 123:4
connection 1:14
  6:12 10:7
conquer 104:18
consent 4:11 49:2
  55:18 57:1,11,20
  57:25 58:7 63:23
  90:5 112:16
consented 59:8
consider 30:13
  35:4 38:4,14
  103:16
considered 32:25
  33:12
considering 10:22
consistent 96:21
constitution 75:13
constitutional 65:3
consult 50:16 81:7
  81:15
consulting 104:19
contain 110:7
contained 52:21
  111:2 120:8,21
contemporaneous
  14:25
continue 23:5 91:5
  93:24
continued 4:1 5:1
  91:7
continuing 20:21
  71:12 79:9 103:14
contractual 122:22
control 44:1,1
conversation 47:11

  47:14 48:8
convey 47:15
coordinate 22:13
coordinator 22:12
  81:19
copied 13:2
copies 14:21 15:17
Coping 4:3 52:8,22
  112:1
copy 8:16 12:16,25
  13:11,25 16:21
  30:23 31:20 53:8
  72:11,22
core 34:16
corner 13:17
correct 10:25 12:17
  19:16 24:11 26:8
  26:23,25 32:2
  41:4,15 46:16
  48:2 49:17,21
  50:7,13 52:2
  53:20 60:24 66:3
  68:9 69:13 70:7
  70:20 73:22 74:20
  75:7,18,21,25
  76:13,16,22 78:6
  79:1,2 80:10
  82:13,14 83:12,13
  88:10,11,15 95:4
  95:17,21 97:4
  98:20 99:22 100:2
  100:23 101:6,7,9
  103:5 105:25
  106:16 107:17
  109:5,23 110:7,8
  111:3,4 112:25
  113:1,10,11 114:6
  115:1 116:2 118:1
  118:7,13,14
  119:19,25 120:1
  120:16,23 121:1
  122:13
corrections 8:12
correctly 92:5
correspondence
  12:22 15:8,10
cosigned 102:22
cough 103:8

counsel 6:3,4,7,17
  7:7 8:5 10:6 12:7
  13:14 14:10 15:9
  27:3 30:23 53:8
  55:23 67:12 97:11
  105:15 106:4,10
  107:24 111:25
  116:14 118:18
  119:9,13 120:23
  123:2,3
counseled 113:22
  113:25
counseling 63:11
  88:18 106:6
  113:17 114:3
counselor 90:2,15
  92:1
count 59:2,3 68:21
  79:6 110:1,1,25
counts 68:21 75:8
  79:25
couple 18:14 85:22
  115:24
course 9:9 14:18,22
  32:14 58:4 70:22
  72:13
courses 20:21
court 1:3,16 2:17
  6:6 7:6,13 122:3
cousin 110:18
create 59:3
credit 25:23 97:2
critical 24:13
  104:25 105:3
criticisms 24:17
CT 102:7
Cts 68:20 75:4
curability 119:6
curb-sided 81:7
cure 39:4 42:25
current 12:4,8
currently 24:21
Curriculum 3:15
cut 116:6
CV 12:9 19:20
  23:12,17 24:5
  104:3
cycle 62:3,8 65:10

65:16,19,21,22
67:19,22 68:19
69:12,19 71:14
73:8 74:2,5,9,13
74:19,20 75:3,20
79:4,4
cycles 40:17,18
42:11,19 43:4
46:13 59:18 61:24
62:1,7 74:25
111:17 117:14,25
cyclophosphamide
26:7 42:12,20
54:16
Cytoxan 4:7 54:16
71:15 118:10

**D**

D 3:1
D.C 2:10
daily 67:1,2 83:23
92:2
damage 58:20,20
data 40:6 109:10
date 3:23 20:25
21:3 27:25 28:19
57:12 62:24 63:23
66:20 83:7 85:11
101:12 108:9
124:3
dated 14:9 32:1
dates 61:16,17
day 31:6 61:21
68:14 71:23 72:6
87:25 102:4 123:9
124:23
days 21:8 84:20
December 89:10
98:23
decision 43:6 80:25
97:21 98:11
111:22 118:6
120:10
decisions 81:25
107:8 114:19
decreased 78:13
decreases 92:16
decreasing 91:7

dedication 104:11
defense 6:4,7
defer 113:2
defined 87:7
122:23
definitely 26:5 38:5
47:21 87:6 103:19
degree 20:1
delay 37:13
density 94:17
depending 45:9
depends 39:25
Deponent 124:4,22
deposed 8:24 9:17
24:10
deposition 1:13
3:13 6:4,12,18 7:2
8:1,2,12,20 10:7
10:15 11:9,19
13:13 15:6 16:12
16:13,24 52:7
103:1 121:7,8
122:20 124:3
depositions 9:14
depression 66:9,13
76:21 83:4 87:17
91:12 93:9 95:3
dermatologic
100:20
DeRouen 1:16 2:16
6:6 7:6 122:3
123:12
describe 22:6,8
35:5
described 44:15
56:10
describing 37:20
38:3
designed 24:18
44:7
desired 46:2 86:15
detail 27:19 49:4,6
detectable 45:19
detected 34:11
80:11
determination
41:18
determine 33:7

60:12
determining 32:14
108:14
device 61:6
diagnosed 18:15
22:9 25:9 47:13
diagnosis 19:9,10
22:10 30:6,8
31:13 32:5 36:4
38:2 47:7,8,20
102:2
diarrhea 75:24
difference 116:18
differences 109:7
different 26:22
27:12 49:13 55:6
56:15 66:24 86:20
86:25 106:8,9,11
106:15,18,18
107:7 108:5
109:11 113:25
116:12 119:25
120:7
differentiated
36:21 87:11
differently 113:13
119:21
difficulty 67:2
75:22
direct 62:16 63:3
70:14 98:1
directing 68:12
71:13 73:17 74:12
85:21
direction 122:12
directly 115:18
disappear 45:11
discern 97:17
discovery 8:3
discrete 34:14,22
discuss 51:8,23
81:14 91:1 106:7
106:7 117:4
discussed 47:7
50:12 89:23 90:4
99:6 111:11
discusses 108:22
112:7

discussing 47:20
73:2
discussion 22:22
49:1,15 50:1
51:12,13 55:18
59:12 72:24 85:3
90:5,21
discussions 47:10
56:19
disease 26:16 38:24
39:16 43:19 44:21
44:24 45:21 46:25
46:25 78:24 96:17
97:1 101:13,16
103:18 104:14,18
108:23
disorders 22:15
dissection 96:18
dissimilated 40:13
distant 39:16 48:16
48:18 78:24
distinguish 60:4
distinguished
20:11
DISTRICT 1:3,4
docetaxel 1:7 10:14
11:11,13 16:4
17:2 24:17 49:17
49:20 50:9,20,23
53:22 60:15,22
105:4,7,10 106:21
109:23,25 110:7
110:11 111:2,11
113:21 114:9,22
115:15 116:11,17
116:22 117:11
doctor 7:20 8:19
9:9,14 10:16 11:6
11:23 13:16 14:15
15:13 16:11 19:16
21:12 25:11 27:10
30:22 31:6,11
33:2 34:5,21
35:10,17 37:5,17
38:7,18 40:9 41:2
42:4,18 43:12
44:13 50:5 53:8,9
55:16 56:3 59:1

60:1,14 61:9
62:23 64:23 66:1
67:5,11,15 68:12
68:16 72:2 73:2
73:17,22 74:4
79:3 80:10 83:24
84:15 85:5,10
86:17,24 88:16
89:15 91:9,24
92:6 94:14 96:15
97:11 99:3 100:10
101:13 102:2,25
104:25 105:10
107:24 112:4
115:19 117:9
118:18 119:8
121:4
doctors 21:18
document 1:9
11:20 28:10,15
29:14 31:2,6 52:6
52:8,9 54:15,17
55:2 56:3,4 57:3
57:10,12 58:18
73:15 84:9,10
99:3 101:10
documentation
73:3 102:23
documented 98:9
documents 15:8
52:1 53:13,17
56:18
doing 14:13 25:2,4
26:17 64:6 75:12
75:13 83:21 87:22
93:1 98:22 100:11
101:17 102:2
103:6,22 120:25
Doppler 84:16
dosages 61:21
double 91:16
down-stage 43:17
down-staged 39:1
40:5
downsize 26:15
Dr 7:2,22 8:2,10
10:3 17:10,18,22
18:2,4,6,17,23

19:5,5 22:6 24:9
  25:20 28:24 29:6
  31:23 52:24 68:7
  81:4 92:5 95:22
  102:4
**drew** 64:17
**drug** 40:23 41:3,20
  42:21 49:9,10,11
  49:11,13 50:15
  60:4,12,19 88:22
  98:7 110:14
  114:24,25 116:8
**drugs** 16:8 40:23
  41:6,10,15,17,18
  41:23 42:13 43:5
  44:11 48:22 49:2
  50:3 52:19 58:24
  60:8 76:13 89:5
  106:18 115:5
  120:7
**dry** 100:22
**dryness** 76:25
**ductal** 34:18 37:19
  37:23,23 86:2,11
**due** 97:19 98:4
**duly** 7:16 122:7
**Duplex** 4:22
**duration** 34:6,8
**dysphagia** 75:22

―――――――
**E**

**E** 3:1
**earlier** 24:9 44:24
  65:12 86:7 105:19
  105:23 113:8
  114:20
**early** 69:23 94:4
**ease** 30:16 47:22
**easier** 39:3
**easily** 13:19
**EASTERN** 1:4
**ECOG** 66:22,23
  83:14
**edema** 84:20
**education** 20:21
  49:5 52:13
**educational** 19:22
**effect** 41:10 46:2

55:14 56:9 58:23
  60:1,3,5 70:5
  76:13 86:15 98:19
  99:17,19 105:24
  108:10
**effectively** 40:12
**effects** 25:6 41:3
  46:14 49:6,12,14
  51:8 52:14 54:1
  54:21 58:10,11
  66:7,10 71:9
  76:16 90:7,10,25
  98:18 99:25
  114:18
**efficacy** 114:19
**eight** 102:5
**either** 18:1 43:17
**elect** 80:23
**electronic** 12:19
  15:2 63:14 77:4
  117:1
**electronically**
  15:15
**electrophoresis**
  95:25
**eliminated** 90:17
**emotional** 47:19
**employed** 123:3
**employees** 18:16
  105:1
**employer** 21:15
**EMR** 115:6,9
**EMS** 116:25
**enlarged** 38:25
**entered** 16:2
**entitled** 29:16 52:8
  52:22
**entity** 122:20
**equivocal** 33:3
**ER** 30:10 33:18
  34:19 40:7 45:15
  45:20
**ERPR** 37:22 38:9
**ERRATA** 124:1
**escaped** 96:22
**especially** 25:19
  43:23 91:16
**ESQ** 2:4,9

**essential** 26:5
  117:25
**essentially** 30:9
**estimate** 22:18
**estrogen** 30:9,11
  32:5 36:19 91:7
  98:21
**evaluate** 48:15 66:6
**evaluating** 46:21
**Everett** 17:18
**everybody** 106:7
  107:7
**evidence** 25:7
  96:16,20,25
  101:16 103:18
**exactly** 9:20 44:18
  53:2 55:12 82:7
  97:22
**exam** 5:9 47:4 64:4
  66:20 70:11,13,16
  83:10,15 88:9
  93:10,17,17 95:18
  95:19 98:9 101:8
**Examination** 3:5
  7:18 105:16
  115:22 120:19
**examine** 22:2 77:16
  83:6 87:24 93:15
**examined** 7:16
  91:19 102:24
**example** 46:13,18
  121:1
**exams** 79:23
  101:11
**excessive** 76:25
**exhibit** 3:13,15,16
  3:19,21,23 4:3,4,6
  4:8,10,12,14,16
  4:18,20,22,24 5:3
  5:5,7,9,11,13,15
  5:17,19 11:16,19
  11:23 12:8,10
  13:8,11 14:9,11
  14:21 15:4 19:21
  27:22 30:21,25
  31:16,17,23 52:4
  52:6,7 53:5,7
  54:12,14 55:7,8

55:25 56:2,23,25
  57:1 61:10,11
  62:19,19,21,23
  63:6 67:6,10,11
  67:15,15,17,21
  68:8 71:13 73:11
  73:12 74:11,13
  79:12,14,15 84:11
  84:12 85:5,8
  89:11,12 94:10,11
  95:7,10 96:14
  97:7,8 98:24,25
  100:7,8 101:22,23
  103:4 107:20,22
  112:1,15
**exhibits** 3:12 4:1
  5:1 30:19 111:25
  112:3
**existed** 36:8
**expected** 45:18
  105:24
**experience** 36:5
  38:18 69:18,21,21
  69:22 76:2
**experienced** 10:23
  60:9
**experiencing** 71:10
**expert** 9:17,19,23
  9:25 112:24 113:4
**EXPIRES** 124:25
**explain** 20:10
  43:14 49:8
**explained** 48:4
  59:17 92:9
**expression** 38:9
**extent** 42:5,6
**extra** 20:12 31:18
  62:7
**extremities** 76:10
  82:24 84:17
**eye** 96:9

―――――――
**F**

**fact** 9:16 34:22
  36:7 53:12 61:23
  90:11
**factor** 32:24 33:11
  39:15 72:1 76:8

90:12
**factors** 32:11,13
  38:8 46:20 106:9
  106:18
**faint** 57:13
**fair** 8:19 9:6 23:24
  35:8 41:11 42:9
  43:10 53:4 69:10
  94:8 98:11 101:17
  120:3,4
**fairly** 40:15 69:23
**fall** 70:13
**falls** 109:2
**familiar** 50:5,12,19
  51:16,22 107:16
  107:25
**family** 15:9 18:11
  28:15 34:10 46:17
  90:18 104:21
**far** 19:15 33:15
  75:13 81:16 93:1
  103:18
**fashion** 58:3
**fast** 101:20
**fatal** 38:16
**father's** 104:11
**fatigue** 64:11 75:17
  80:1
**FDA** 117:6
**fears** 47:22
**febrile** 59:4
**February** 103:5
**FEC/CEF** 110:9
**Federal** 8:4
**feel** 8:13 31:2,7
**feeling** 99:4
**feels** 65:16
**fellowship** 20:6,7,8
  20:10 23:2
**felt** 26:14 39:1
  40:14 97:19 99:17
  104:23 111:19
  118:8
**Femara** 25:16
  98:14,19 99:7
  100:13 102:3
  103:13
**fever** 64:11,15 65:3

65:6,9,12,12,15
65:21 75:17
**field** 104:16 113:4
**fields** 63:15
**fifth** 74:9,13,14
110:4
**fight** 104:13
**file** 12:21 13:6 16:3
16:9
**filed** 10:13
**filing** 10:22
**fill** 28:14 29:14
**filled** 63:16
**films** 15:18,21
**final** 32:5 74:20
79:4
**financial** 63:11
122:19 123:4
**find** 47:16 73:7
82:20
**findings** 36:12
77:14,19 83:10
86:9 95:19
**fine** 31:20
**finish** 34:9 46:25
81:13
**finished** 81:14
99:21
**first** 7:16 10:12
18:21 25:18 27:17
33:22 40:1 43:24
47:12 48:9 52:15
57:2 58:9 62:3
65:10,19,22 68:12
83:9 85:18 106:13
**FISH** 33:6 34:20
**five** 21:20 25:8,12
25:14,17 34:6
84:4 89:4,5
**fixed** 36:3 39:25
**flashes** 65:4 90:24
99:10 100:14
**flip** 28:10
**Florida** 21:16
**folders** 16:8
**follow** 23:5,11 66:6
93:25 118:11,11
**follow-up** 5:11,13

5:15,17 89:15
94:14 103:7
**followed** 110:10,10
**following** 1:15
53:25 58:11,12
60:2 88:16 91:16
**follows** 7:17
**foregoing** 122:9
**form** 4:11 8:6
12:19 26:24 27:6
42:15,22 47:24
50:9,21 57:1,11
58:7 60:17 106:25
107:13 108:16
109:9 110:22
111:7 112:16
113:6,23 116:11
118:21 119:22
120:11 121:2
**formalities** 6:11
**formally** 81:6
**format** 122:16
**forth** 122:9
**forward** 101:20
**four** 8:23 34:5
52:20 54:5 84:20
93:25 110:1 111:2
111:17
**four-plus** 102:1
**fourth** 67:19,22
68:19 69:12,19
72:7 74:5
**Fowler** 2:9 3:6,8
7:9,9,19 8:1,8,9
11:17 12:12 13:9
13:14,15 14:12
22:21,23 27:1
28:1,4 30:23 31:1
31:18,22 37:9,16
42:17,24 52:5
53:6 54:13 56:1
56:24 60:21 61:13
62:22 67:7,12,14
67:24 68:6 72:23
72:25 73:1,13
79:16 84:13 85:4
85:9 89:13 94:12
95:11 97:9 99:1

100:9 101:24
105:13 106:1,25
107:13 108:16
109:9 110:22
111:7 113:6,23
114:5 115:23
119:1,23 120:14
120:18 121:2
**frame** 11:12
**free** 31:2,7 82:15
**freely** 78:3,9
**front** 48:19 91:5
108:6 112:3
**full** 7:21 55:23
**fullness** 106:15
113:15
**Fully** 83:15
**functional** 25:6
**further** 27:24
28:25 84:6 105:13
120:18 122:10,15
122:21 123:1

**G**
**gain** 75:13
**game** 19:7
**Garland** 17:10
**gastrointestinal**
75:19
**Geiger** 2:4 3:7,9
7:11,11 8:7 26:24
27:25 28:2 31:20
42:15,22 60:17
67:13 105:15,17
105:20 106:3
107:2,15,23
108:18 109:15
110:24 111:9
113:7 114:2,7
118:21 119:22
120:11,20 121:4
**gene** 39:6,11,15
80:18,24 86:4
88:19 102:11
**general** 1:17 18:16
23:4
**generally** 82:8,9
115:15

**generic** 50:9,21
53:22 116:11,16
**genetic** 39:9 86:3
88:18 90:1 92:1
**genetically** 46:24
**getting** 26:14 39:19
39:20 64:9
**give** 31:19 42:13
45:5 52:13 61:7
90:9 105:6 106:19
107:8 108:3
111:17,21 117:14
118:3,8
**given** 8:20 9:15,21
23:24 43:16 61:16
69:12 70:5 92:4
109:17 111:17
**gives** 115:6
**giving** 40:7 90:8
117:21 118:4,9
119:2
**go** 14:8 16:17 19:8
24:6,6 31:15
44:20 47:12 49:9
49:12 65:2 72:25
85:2 92:17 97:11
100:4 101:21
103:3 107:24
118:12,23
**goal** 44:14 46:7
104:1,16
**goals** 79:22 104:6
118:24
**goes** 24:8 51:22
81:20
**going** 13:10 16:25
30:21 43:25 44:20
45:11 48:5,22
52:6 59:9,17
69:21 77:24 89:2
90:7 92:6 95:5
97:6 101:20 105:6
107:19 117:23
**good** 7:20 27:8
45:22 87:7 96:13
**gradations** 114:1
**grade** 36:20,21
37:22 38:11 86:3

87:9,10,11
**grades** 66:24
**graduated** 20:2
**grant** 24:5
**great** 103:20
104:12
**greater** 54:1
**Green** 17:10
**Greenberg** 2:9 7:9
**ground** 9:1
**grow** 32:11 55:4,17
56:21 106:15
113:10,13,18
114:1 119:17,18
119:20,21
**grows** 55:22 106:14
**growth** 32:11 72:1
76:7
**guarantee** 106:12
**guess** 13:18 16:6
86:6 108:7 109:13
115:7
**guidance** 108:4
114:15
**guidelines** 5:19,20
107:16 108:2,3,9
108:13 109:14
122:17

**H**
**hair** 10:24 11:3,5
11:11,13 41:9,14
42:2 49:16,24
50:2 52:16,19
54:5,10,24 55:1,4
55:9,12,13,17
56:9,12,13,20,21
58:16 60:9,15,19
60:23 70:3,9,15
70:19 71:5 89:7,8
91:3,5,5 98:20
106:4,7,11,23,23
107:4,9,10,12
112:7,12,18,21,25
113:3,9,21,24
114:1,4,10 115:10
115:12,17 118:20
119:6,7,10,13,14

119:24 120:6,9,22
**half** 43:12
**hand** 107:19
**handled** 76:3
**hands** 66:19
**happening** 82:17
**happens** 74:20
**happy** 8:16
**hard** 46:9 72:22
80:22
**harken** 67:16
**harkening** 99:12
**harm** 105:7
**hate** 81:18
**head** 64:7
**headed** 97:4
**header** 57:5 58:10
**heading** 76:19
**headings** 78:25
**hear** 104:9
**heard** 98:6
**heart** 58:20
**help** 19:7 22:10
26:1,3 44:25
47:18 78:12,21
104:6,12,13,15
**helped** 78:10
105:11
**helping** 69:15
**helps** 85:15
**hem** 20:5,7
**hematologist** 104:4
104:7
**hematology** 1:17
7:23 20:8,13
22:14
**Hematology/onc...**
104:13
**hemoglobin** 68:21
**HER-2** 33:7,10,11
33:18,20 38:9
40:2,4 43:23
45:13,23 108:23
**HER-2/NEU** 33:3
**HER2/neu** 34:20
**hereto** 6:11
**herplexid** 88:23
**high** 25:19 40:14

46:24
**higher** 35:2
**histology** 38:11
**history** 28:15 29:17
29:19,20 34:2
37:18 46:17 63:9
65:17 67:20 68:16
73:21,22 80:6
85:21 89:17 92:23
94:16 95:15 99:8
102:6
**hit** 46:8
**hits** 91:9
**hold** 43:20 62:17
97:21 98:11,13
**honestly** 91:4 96:3
106:10
**hopefully** 39:3
43:19 44:25 78:21
78:23
**hormonal** 25:5
26:2 88:21 97:20
**hormonally-driven**
32:10
**hormone** 30:1,5
60:11
**hospital** 15:20,21
**hot** 65:4 90:23
99:10 100:14
**housekeeping**
14:13
**huh** 87:22
**hypermetabolic**
96:16
**hysterectomy**
29:20 30:13

**I**
**I.2014** 5:20
**idea** 43:22
**identified** 34:22
79:18
**identify** 57:10
84:14
**II** 36:21
**III** 36:21 38:2,24
**IIIA** 35:19,24,25
38:3

**illness** 34:3 37:18
63:9 65:17 67:21
68:16 73:22,23
80:6 85:22 89:17
92:24 94:17 95:16
**imbalance** 97:20
**immediate** 38:20
**importance** 25:12
**important** 33:11
38:8 40:10 46:20
46:23 66:5 71:8
76:12 78:19 91:15
118:15 119:7
**improve** 26:3 39:3
40:3 43:20 44:25
**improved** 78:3,9,17
99:5
**improves** 40:6
**include** 42:2 58:11
63:6 109:25
110:13,14
**included** 40:17
106:21
**includes** 58:19
109:23
**increase** 80:19
**increased** 86:4
92:15 97:24 98:3
**increases** 39:9,11
**indefinitely** 23:8
**independent** 24:25
70:22
**indicate** 86:14
**indicated** 74:5
78:14 86:25 92:20
**indicates** 63:10
**indications** 80:24
**indicative** 33:16
**individual** 30:18,19
41:20
**induced** 115:7
**infiltrated** 35:12,16
**infiltrating** 34:18
37:19 86:2,10
**information** 29:4,5
33:23 34:3 38:19
52:21 56:15 57:24
86:25

**informed** 122:18
**inhibitor** 88:24,25
98:15 103:15
**inhibitors** 89:7
**initial** 16:19
**initially** 19:5 34:10
**inner** 78:1
**insomnia** 66:13
76:22 83:4 87:17
91:13 93:9 95:3
**insurance** 51:9
**Integumentary**
100:19,20
**interest** 123:5
**internal** 20:3,12,14
20:19
**internet** 16:25
53:15
**interval** 99:8 102:6
**introduce** 7:8
**introduced** 105:19
**invaded** 36:9 37:24
**invasive** 34:18
37:23 38:1
**invasiveness** 33:25
**involved** 35:10
38:10
**involvement** 42:7
**involves** 22:19
**iPad** 77:3
**issue** 75:6
**issued** 10:15
**item** 12:4,15 32:17
89:18
**items** 11:24
**IV** 48:1

**J**
**Jane** 1:10
**January** 89:21 92:3
100:5,6,24 101:18
101:21,21 102:1
103:9
**Job** 1:25
**Jones** 95:24 96:1
**Judge** 1:10
**judgement** 40:24
**judgment** 42:11,18

43:4
**July** 72:12,19 73:7
102:6
**jump** 100:5
**juncture** 96:4
**June** 31:11 38:19
47:3 48:12,23
59:16 60:25 62:4
62:24 72:9 95:6
**jury** 43:14 103:6

**K**
**keep** 14:14 77:24
95:5 96:9 104:20
**Kenyatta** 18:6
**kidney** 58:20
**kill** 43:19 44:21
45:6
**killed** 97:3
**killing** 44:7 78:23
**kind** 12:6,21 15:8
16:9,25 17:3
22:12 25:19 28:14
40:5 55:22 64:9
73:5 77:3 78:22
82:1 90:8,9,17
96:12 98:7 100:3
100:17 104:6
111:21 112:18
118:24
**knew** 49:16 50:24
113:20
**know** 8:11 9:3,12
13:24 17:9,10,18
18:6,10,17 19:5,8
26:17 35:15 37:2
37:5 45:2 47:17
47:20 49:14 51:11
53:2,3,12 57:12
75:9 82:21 87:14
98:9 99:6 105:19
107:7,9 109:8
114:16 115:5
116:18 117:17,20
119:6
**known** 25:24 41:2
41:10,14 49:19
54:16 55:14 58:23

70:5 76:13 89:7
98:19 107:3

**L**

**L** 2:10 6:1
**lab** 71:23 96:5
**label** 50:13,16,16
    50:19,20,24,24
    55:13 114:21,24
    116:1,8,9,15,16
    116:22 120:8,21
**labels** 68:11
**labs** 64:16
**language** 55:9
    56:12
**large** 35:5,6,15
    45:16
**larger** 30:18 35:7
**late** 11:11
**lawsuit** 9:18,24
    10:7,10,13,22
    15:11 16:21
**lay** 66:19
**LE** 4:22
**learn** 39:5
**learned** 16:13 41:9
**left** 38:15 78:3
    103:11
**left-hand** 108:22
    111:1
**lesions** 42:6 93:21
    100:22
**let's** 19:20 35:14,24
    39:12 43:12 60:2
    62:15 64:22 67:4
    67:4 73:10 84:8,8
    86:9 96:13 98:22
    100:3
**letrozole** 99:7
    100:13 103:13
**level** 83:22 117:5
**levels** 91:18 96:5
    98:21
**LIABILITY** 1:8
**license** 20:20
**licensed** 21:9,21,24
    21:25
**life** 105:11

**likelihood** 39:16
**likewise** 98:19
    101:8
**line** 29:6 92:24
**lines** 34:6,6
**list** 3:12 58:19
    68:17 104:21
**listed** 23:18 24:5
    58:14 109:18,20
**listen** 118:22
**lists** 54:21
**litigation** 1:8 17:1
    105:21
**little** 19:2 27:24
    31:10 33:19 35:24
    57:13 64:22 84:22
**liver** 43:20 44:1,22
**lives** 43:10
**living** 67:1,2
**local** 43:25 92:15
**localized** 47:17
**locally** 19:6 38:5
**located** 18:12
**location** 42:6
**log** 15:24 16:1
**long** 21:12 22:24
    23:4,8 89:2
**long-term** 40:25
    90:9
**longer** 23:11 89:5
    111:18
**look** 16:16 17:1
    18:1 19:12,20
    21:7 27:22,24
    29:12,13 31:5,9
    36:14 37:8 54:20
    55:7 56:8 61:5
    67:4,18,20 68:17
    73:21 84:8,9,23
    90:21 92:23 93:10
    94:16 95:22 96:13
    97:16 100:16
    104:17 106:13
    107:25 119:5
    120:12
**looked** 14:20 16:19
    17:3 21:5 62:5
    74:4 96:5 99:24

115:2 116:22
117:7
**looking** 32:4 34:2
    51:1 70:12 72:18
    73:25 79:23 99:2
    102:9 108:20
**looks** 12:11 14:1
    32:1 37:10 62:13
    64:15 65:9,15
    87:5 91:23 92:7
    96:25 97:24 99:5
    99:14 100:12
    110:10
**lose** 44:1 55:20
**loss** 10:24 11:3,5,11
    11:14 41:9,14
    42:2 49:16,24
    50:2 52:16,19
    54:6,10,24 55:1
    55:10,12,13 56:9
    56:12,20 58:16
    60:9,15,19,23
    70:3,9,15,19 71:5
    75:13 89:7,8 91:3
    91:5 94:22 98:20
    106:4,7,11,23,23
    107:4,9,10,12
    112:7,12,18,22,25
    113:3,22,25 114:4
    114:10 115:11,13
    115:17 118:20
    119:6,7,10,13,14
    120:9,22
**lot** 9:1 49:11
**Louisiana** 1:4,19
    2:5,17 6:10,16 7:3
    7:24 21:10 122:4
    122:23 123:9
**love** 104:10
**low** 59:2,3
**low-grade** 38:1
**lower** 78:1 84:16
**lowers** 98:21
**LSU** 20:2,5
**lungs** 44:2,22
**lymph** 35:3,10,12
    35:15 36:9 38:10
    38:25 39:25 42:7

86:17 87:1 92:14
93:20,21 103:11

**M**

**M.D** 1:14 3:14,18
    6:5 7:15 122:7
**M0** 38:3
**main** 64:12 76:5
    90:23,25
**mainstream** 17:4
**maintain** 12:17
    15:17,24 16:3
**maintained** 12:18
    14:17,17,22 15:15
**making** 122:20
**mammogram**
    34:12
**mammograms**
    80:22
**manage** 66:11
**managed** 81:17
**manufactured**
    105:4 114:22
**March** 92:25 94:9
    99:22
**margins** 39:3 43:18
    45:1,5 46:3 78:22
**mark** 14:8 30:21
    31:15 52:6 53:7
    54:14 56:25 61:10
    62:19 67:9 73:10
    79:12 84:10 89:10
    94:9 95:7 97:7
    98:23 100:7
    101:21 107:19
**marked** 11:16,18
    11:23 12:10 13:8
    13:10 14:11 19:21
    30:19,25 31:17
    52:4 53:5 54:12
    55:8,25 56:2,23
    61:11 62:21 67:6
    68:8 73:12 74:11
    79:15 84:12 85:8
    89:12 94:11 95:10
    96:13 97:8 98:25
    100:8 101:23
    107:22

**markers** 38:10
**market** 24:18
**marking** 85:5
**mass** 34:13,15,17
    34:24 35:1,14,15
    78:1,2,9,12 83:11
    83:11 88:4 93:14
    93:21
**masses** 34:14,22
    88:8
**mastectomy** 80:8
    80:16,23 81:9
    85:23 86:1,10
    87:20 88:7 90:16
    91:16 96:17
**math** 69:15
**matted** 36:3 38:25
    87:4
**matter** 123:5
**McCanless** 1:14
    3:14,18 6:5 7:3,15
    7:22 8:2,10 10:3
    22:6 24:9 25:20
    31:23 68:7 95:22
    122:7
**McCanless-MED**
    67:10
**McCanless-MED...**
    27:23
**McCanless-MED...**
    62:23
**McCanless-MED...**
    28:18
**McCanless-MED...**
    101:25
**McCanless-MED...**
    100:7
**McCanless-MED...**
    99:2
**McCanless-MED...**
    97:10
**McCanless-MED...**
    95:8
**McCanless-MED...**
    89:14
**McCanless-MED...**
    79:17
**McCanless-MED...**

84:14
**MD** 71:22 92:2
**MDL** 1:8
**mean** 9:16 16:7
23:8 25:4 27:7
30:7 31:3,8 32:8
33:15 37:21 39:25
40:1,2 49:11 51:5
51:6 53:15 65:9
66:9 68:20 70:9
70:25 72:5 87:2,9
90:5,6 93:12 94:4
94:20 97:19
101:15 106:6,10
106:11,17 107:5,7
114:15,25 115:2
117:20 118:22
**meaning** 83:19
117:17
**means** 29:10 35:25
37:24 39:8 43:15
65:24 67:25 75:5
**measure** 76:15
**MED** 94:13
**MED-00145** 85:7
**MED-147** 84:24
**MED-149** 73:14
**MED-150** 76:18
**MED-152** 68:11
**MED-153** 71:13
**MED-157** 35:25
**medical** 1:18 3:17
12:16 13:11,25
15:2,7,25 16:2,14
18:2 19:19 20:2
20:19,21 22:7
27:20,21 28:15
29:16 40:24 42:10
42:18 43:3 63:14
83:20 85:15 117:1
**medication** 10:14
41:25
**medications** 21:25
59:20 83:25
**medicine** 20:3,12
20:15,19 99:4,18
104:10
**medicines** 51:9

97:15
**meds** 98:22
**meet** 10:6
**members** 90:18
**men** 22:16
**menopausal** 30:13
**mental** 91:18
**mention** 70:3,9
83:12 91:6 106:14
**mentioned** 9:23
10:21 24:9 44:13
**mesothelioma** 9:21
**message** 119:2
**met** 10:3 59:13
**metastases** 48:18
97:3,4 102:10
**metastasis** 43:24
96:19
**metastatic** 26:16
39:16 43:19 44:21
48:20 96:17
**method** 122:11
**mets** 40:13
**microscopic** 78:23
**middle** 58:21
**Milazzo** 1:11
**Miles** 7:22
**milestones** 25:14
**Miletello** 52:24
**milligrams** 71:24
102:4
**mind** 63:4
**missing** 63:2
**mistaken** 114:21
**Moderate** 35:5
**money** 24:6
**months** 34:8 36:8
44:24 69:16 92:2
94:1 99:21 100:10
100:25 101:1
102:5,16
**morning** 116:17
**mother** 46:19
63:11
**movable** 78:3,9,12
**move** 28:18 97:6
**moved** 18:13
**moving** 95:5

musculoskeletal
69:2
**mutations** 39:10

---

# N

**N** 3:1 6:1
**N(5)** 1:9
**N.W** 2:10
**N2** 35:19 36:2 38:3
86:21,25 92:14
**name** 7:5,21 17:14
28:21 53:22 57:8
57:18,19 85:13
88:22 105:19
124:2
**nature** 22:6 41:6
**nausea** 64:11 65:24
**NCCN** 5:19,20
107:16 108:2,13
**near** 56:9
**necessarily** 34:25
37:21 69:8 70:8
70:16 114:17
**necessary** 8:12
92:10
**neck** 103:11
**NED** 101:13
**need** 8:13 9:10,11
22:12 31:7 38:20
43:25 46:23 49:14
50:16 61:1 100:4
**needed** 39:1 40:14
111:15,19,23
**needle** 34:16 86:20
**negative** 33:7,10,11
33:18,20,20 40:4
43:23 45:13,22
48:20 78:3,4
102:13,14 108:23
**negatives** 77:14
**neither** 75:15 123:2
**neoadjuvant** 26:15
26:22 27:8,12
38:21 39:23 40:3
40:10 43:13,15,16
44:3,7,10,13 45:4
45:10,19 46:1,8
78:10 86:14 96:23

**Network** 21:16
**Neulasta** 71:23,25
76:8 79:9,11
**neurological** 76:9
**neuropathy** 76:12
**neutropenia** 59:1,5
64:15,16 68:23
72:1 75:5 76:4
**never** 10:21
**new** 2:5 18:24
28:13,13,15 29:4
29:5,14 39:18
46:25 63:19 80:7
80:22 83:25,25
85:22 86:25 88:2
89:17 90:14 92:24
95:15 98:22
100:17,17 102:12
103:7 115:7,9
117:5
**nine** 99:21 111:5
**nodded** 64:7
**node** 42:7 86:21
103:11
**nodes** 35:3,10,12
35:15 36:2,2,9
38:10,25 39:25
86:3,17 87:1,2,4,5
92:14,15 93:20,21
**normal** 72:13 75:9
77:23 91:22 93:13
94:18 102:12
**Notary** 124:25
**notation** 33:2 54:24
82:12 88:2,9
**note** 16:19 37:17
46:19 59:18 63:25
66:12 71:9,20
75:2 76:9 77:22
78:8 79:1 80:4
91:11,21,23 93:4
93:8 94:24 101:9
**noted** 11:7 59:24
70:6,9 82:24 86:9
87:16 88:13,17
93:11,23 95:20
97:13
**notes** 14:25 15:1,3

16:16
**notice** 3:13 6:8
11:19,25 13:16
15:6
**November** 85:6
97:7
**NP** 51:2 56:5
**number** 11:24 12:4
28:3 38:10 42:6,6
103:2 107:21
**numbers** 13:17,18
**numbness** 76:10
82:25
**nurse** 21:21,24
51:7,16 54:9,18
57:17,23 59:14
72:4,16 102:19
103:1 107:6
**NV** 65:24

---

# O

**O** 6:1
**object** 26:24 27:3
42:15,22 60:17
118:21 119:22
120:11
**objecting** 27:5
**objection** 43:1
106:1,25 107:13
108:16 109:9
110:22 111:7
113:6,23 121:2
**objections** 6:18 8:5
**observing** 71:4
**obstetrical** 29:19
**obtain** 57:24
**obtained** 15:9
**obviously** 47:3 71:1
109:23
**occasion** 22:2
38:19 73:19 77:17
91:19 92:19
100:11 102:18
**occurring** 54:1
**occurs** 58:2
**October** 79:13,19
80:4 84:10,24,25
**office** 3:20,21 4:14

4:16,18,20,24 5:3
5:5,7 15:24 16:4
30:22 33:23 37:17
72:11,17 73:10
77:5 79:13,18
85:6 89:10
**officer** 122:5
**official** 30:21
**Oh** 28:7,9 101:17
**okay** 8:19 9:1,9,13
9:23 10:16 11:22
12:3,13 13:4 16:6
16:11 17:6,8
18:17,21 19:12,14
20:7 21:6 27:22
28:9 30:12 31:15
35:24 36:23 38:7
43:2 45:24 46:5
53:16 57:15,20
61:23 63:5 64:1
64:22 67:4 68:20
70:11,17 71:8
72:17 73:9,16,25
74:10,18 75:4
77:16 79:12 80:3
81:16 82:10 84:22
85:21 86:6 87:9
88:22 89:2 90:1
91:8,24 93:22
94:24 95:5,9 96:7
97:16 98:5 99:16
102:25 105:22
108:6,13,21 109:4
109:16,20 112:5
116:13,20 120:18
120:25
**older** 46:15 73:6
**onc** 20:6,7
**once** 27:2
**oncologist** 18:2
41:13 46:21 66:6
71:9 81:1 88:19
104:4,7 109:14
**oncology** 1:17 5:20
7:23 18:24 19:19
20:8,14,19 21:16
22:8 28:14 54:18
**ongoing** 88:10

99:25 101:5
**onset** 38:6
**operate** 46:3 48:6
**operation** 39:2
**opinion** 36:5 60:14
60:19,22 114:8,11
**opinions** 113:2
122:25
**opportunity** 83:6
87:24 104:12
**opposed** 83:20
**option** 110:20
**options** 8:16 22:13
27:7 47:21 110:10
110:25 111:5
**order** 37:4 39:23
42:13 103:3
**ordered** 17:24
48:12 83:25 96:4
96:7
**ordinary** 14:18,22
**organs** 43:20 48:16
78:24
**original** 36:14,24
36:25 39:19 45:9
86:20,24 96:11
99:12 123:7,8
**originally** 34:11
86:12
**Orleans** 2:5
**osteopenia** 94:21
**osteoporosis** 90:24
94:22
**ought** 119:3
**outcome** 26:21
27:12 120:13
123:5
**outline** 53:1
**outside** 62:9 78:24
**outweigh** 41:19
42:20
**outweighed** 42:12
43:5
**ovaries** 29:22
**ovary** 39:12
**oversimplify** 44:17

_____
**P**

**P** 6:1
**p.m** 1:20 7:4 121:8
**package** 26:2
**paclitaxel** 110:14
110:17,20 111:12
117:10,15 118:12
**page** 3:2 11:23 28:5
28:11 29:13,14,16
29:19 30:20 35:22
52:15 53:24 54:20
55:9 56:8 58:9
62:16 63:3,7 66:1
67:10 68:12 71:12
73:18 76:18 77:20
84:23 88:17 89:14
92:18 93:7 94:17
98:5 100:16 108:6
108:19 123:8
**pages** 13:20 122:9
**pain** 69:5 75:24
84:19 90:24
100:14
**palpable** 78:1,2,8
88:4
**palpation** 93:18
**pamphlet** 114:25
**pancreatic** 39:13
39:14,21 46:19
86:4 90:18 102:12
**paper** 12:21 31:2
**papers** 72:20
**paragraph** 34:9
**part** 15:3 16:6
20:20 21:3 23:23
25:24 29:14 40:21
48:8,11 55:17
58:3 68:18 77:20
117:8
**partial** 87:7,7
107:10
**participated** 23:14
**particular** 13:20
21:13 74:22
**parties** 6:11,17
123:2
**partway** 29:19
**party** 9:18,24
**pass** 81:19 105:14

**paternal** 46:18
**path** 31:16 36:15
36:19,22 37:2
**pathologic** 32:5
**pathology** 3:23
31:12,24 32:4,17
34:18 36:12 37:19
86:24
**patient** 9:11 10:13
14:24 22:11 24:21
27:18 28:13,14,15
29:4,4,5,5,14,16
34:10 39:22 40:24
41:20 42:8 46:21
47:12,15 51:14
52:2,16 54:10
56:4 59:4 60:1
64:1,24,24,25
65:15,19,21 66:8
66:25 67:21 70:12
74:1 75:3,12 77:3
77:11 80:8,21
81:17 89:18 90:1
90:22 99:8,9
104:1,21 106:12
118:18 119:21,25
120:16
**patient's** 103:16
114:14
**patients** 9:20,22
16:1 18:24 19:7
22:2,9,14 23:5
25:18 40:2,8,22
41:24 45:1 49:9
51:24 52:14,25
54:2,18 55:16,22
57:25 69:19 70:8
82:15,20 85:16
91:5 94:4 98:16
104:7,12,15
106:10 108:15
113:9,17 119:9,13
120:3,6,23
**pattern** 120:13
**payment** 24:5
**pelvis** 103:13
**pending** 34:20
**percent** 22:20

34:19,20 45:13
54:2
**percentage** 22:18
**performance** 66:22
67:1 83:14,16
**performed** 34:16
**performing** 67:2
**period** 71:2 79:24
**periods** 23:11
**permanent** 10:24
11:3 60:23 106:4
106:23,23 107:3
107:12 112:12,21
113:21,24 114:4
114:10 115:10,12
115:17 118:20
119:10 120:9,22
**persistent** 11:3
60:15 101:9
**person** 19:9 122:19
**personal** 16:7,9
104:4
**persons** 43:22
**perspective** 37:6
**pertains** 15:10
**PET** 5:9 48:12,14
48:17 96:7,11,14
103:13
**Pg** 124:5
**pharmaceutical**
24:4
**phase** 40:11
**physical** 66:19,20
70:11,13,16 77:19
83:10,15 88:9
93:10,17,17 95:18
101:8,10
**physician** 1:18 10:1
17:15,24 19:16
24:10 34:11 72:13
104:16
**physician's** 22:4
28:21 57:18
**physicians** 10:10
12:22,24 17:9,15
18:11 21:18
104:19
**Picardy** 1:19 7:23

**pick** 114:17
**picked** 20:13 26:12
  111:13
**picture** 104:17
**piece** 52:13
**place** 7:3 61:6
**placed** 65:12,16,22
**plaintiff** 6:4 7:12
  53:7 56:19 60:15
**Plaintiff's** 107:20
**PLAINTIFFS** 2:3
**plan** 4:12 19:8
  48:11 51:1 59:18
  61:19 64:19 67:16
  71:14,14,21 74:12
  79:3 81:8 83:24
  88:16 89:3 90:8
  91:24 93:22 95:22
  102:15 104:20
  118:1
**Plastic** 18:20
**platelets** 68:22
**please** 7:7,14,20
  9:3,11 19:22,24
  20:7 27:24 28:18
  28:23 29:12 48:14
  52:12 57:10 61:14
  62:18,20 71:20
  74:17 77:22,25
  84:23 85:25 91:21
  92:18 95:24 97:13
  100:18 104:3,5
**plus** 34:20 40:4
  45:17
**poignant** 104:8
**point** 33:4 35:17
  63:21 71:7 80:18
  82:1 84:1 99:20
  103:20 107:5
  112:6 115:3
**points** 54:3 112:9
**poor** 43:25
**poorly** 36:21 87:11
**popped** 115:9
**portal** 61:2
**positive** 30:10 32:6
  32:19 33:7,18,21
  34:19,19 39:6

40:2,7 43:23
  45:13,15,20,23
  78:2,8 83:10,11
  86:3,3,18 90:11
  91:9 95:19
**positives** 77:14
**possibility** 111:11
**possible** 29:11
  40:12 58:19 60:6
  97:24 99:18
  110:20
**possibly** 45:1 72:4
  97:20 98:4 99:18
**post** 30:13 44:4,5
  79:21,23 87:19
  94:1 96:17
**potential** 42:11
  90:14
**potentially** 98:20
**Pousson** 2:14 7:5
**PR** 32:18 34:19
**practice** 5:19 12:17
  14:18,22 18:11,12
  18:23,23,23 21:13
  21:19 22:7,19
  23:1 24:7,8 40:21
  41:13 57:5 58:4
**practices** 39:24
**practitioner** 51:7
  51:17 54:9,18
  57:17 59:14 72:5
  72:16 102:20
**practitioners** 21:22
  21:24 57:23 107:6
**preceding** 30:6
**predict** 120:2
**predisease** 83:16
**prefer** 107:20
**preference** 80:21
  109:14
**preferred** 109:4,7
  109:10,13,18
  110:2 117:13
**prefix** 13:18
**preparation** 16:12
  16:24
**prepare** 17:6
**prepared** 122:12

122:16
**preparing** 82:4
  90:6
**prepopulated**
  77:10
**prescribe** 16:9
  21:25 41:17,20,23
  41:25 43:9 46:12
  50:15 51:9 120:15
**prescribed** 25:25
  26:6,11 46:1
  59:23 106:20
**prescribing** 41:19
  42:20 43:6 115:14
  120:10
**prescription** 79:9
  90:12
**present** 2:13 3:18
  25:19 34:3 37:18
  63:9 65:17 67:20
  68:13,16 73:21,23
  80:6 85:22 88:8
  89:17 92:23 94:16
  95:15 115:15
**presentations**
  23:25
**presented** 19:6
**presents** 39:23
**presurgery** 44:3
  48:5
**pretty** 76:3 87:22
  101:17
**prevent** 26:16
**prevention** 25:5,17
**previous** 55:7
  63:25 91:23
**previously** 9:15
  12:7 14:10 19:21
  63:15 116:15
**primary** 19:3 96:22
  102:12
**printed** 14:15
**Printout** 4:3
**prints** 77:13
**prior** 13:12 26:15
  30:7 38:21 69:22
  88:5
**private** 23:1

**probably** 18:14
  27:14 49:5 57:17
  58:14 63:25 65:11
  99:17
**problems** 59:4
  95:19 99:25
**Procedure** 6:9,17
  8:4 122:24
**produced** 15:14
  52:24
**product** 114:13
**PRODUCTS** 1:7
**professional** 7:21
  122:5
**progesterone** 32:18
**prognosis** 78:22
**prognostic** 38:8
**program** 20:14
**progresses** 59:4
**prohibition** 122:22
**proliferation** 38:9
**prolonged** 111:22
**promise** 56:18
  120:5
**promises** 56:22
  113:9
**propagate** 32:12
**properly** 79:18
**proposed** 118:19
**prospective** 61:19
**protein** 95:25 96:2
  96:5
**protocol** 16:20
  61:15 62:9 74:22
  118:24
**protocols** 108:4
**provide** 12:6 47:19
  52:2 53:8 56:19
  57:24 59:9
**provided** 53:17
  56:5
**provider** 3:17 19:3
**provides** 40:24
  56:6
**provisions** 6:8
**pruritis** 100:21
**psychological** 66:2
  66:7,12 76:19

83:3 87:16 91:11
  93:7
**Public** 124:25
**purportedly** 36:7
**purposes** 6:7 8:3,3
**pursuant** 1:15 6:8
**push** 84:6
**put** 39:24 52:7
  103:2
**putting** 85:16
  108:14

_____

**Q**

**quadrant** 78:2
**qualification** 55:13
**quantify** 119:14,17
**quarter** 53:25
**question** 9:3,5,7
  27:9,10 42:25
  61:20 62:17 81:22
  82:16 86:7,23
  115:25
**questions** 6:14
  11:13 12:14 59:12
  59:14,19,22 64:24
  65:2 93:8 105:13
  105:18 115:19
  117:11 119:9,11
**quick** 94:6,7
**quicker** 111:23
**quickest** 118:8
**quickly** 38:6 40:12
  40:15 111:15
**quite** 80:17

_____

**R**

**R.S** 122:8
**radiation** 17:23,25
  22:13 23:6 26:3
  43:17 44:23 48:6
  81:21 88:19,19,20
  89:19,25 90:8
  92:3,4,6,11,16,22
  92:25 93:24,24
  99:21 100:1
**radiology** 15:17
**rash** 76:25 97:25
  98:8 100:21
**rates** 39:4 118:23

120:12
**re-ask** 27:10
**Re-Staging** 5:9
**reaction** 97:14,17
  97:18,23,25 98:3
  98:6,8
**read** 21:3 29:1 34:5
  85:25 104:3 124:5
**reading** 6:13 35:20
**readings** 48:20
**Reads** 124:5
**ready** 81:14
**real** 59:3
**really** 40:6 60:18
  83:22 98:8 103:25
  107:8
**reason** 92:13
  111:13 124:5
**recall** 11:1,4,12,15
  21:2 23:23 24:24
  27:16 45:25 48:17
  48:19 50:23 59:11
  59:15,18,21 70:25
  71:2,4,6 81:3 92:5
  107:11,14 111:10
  113:17,19 114:3
  115:4,10 117:11
  119:8 120:25
**recalling** 70:23
**receive** 12:24 18:24
  48:23 61:23 69:19
**received** 10:14
  13:12 61:18
**receptor** 32:6,18
  33:3
**receptors** 36:19
**recognize** 31:23
  52:9 53:16 54:17
  56:4 57:2 61:10
**recollection** 70:22
**recommend** 92:10
**recommended** 92:8
**record** 7:1,8 11:7
  13:1,19 15:2,4,22
  16:15 22:21,22
  34:7 37:9,11,15
  64:13 67:8,24
  68:1,5,8 70:18

72:10,23,24 73:2
  73:5 74:9,17
  77:19 84:25 85:2
  85:3 98:1 101:4
  121:7
**recording** 77:4
**records** 3:17 12:16
  12:18,22,24 13:11
  13:23,25 14:15,17
  14:20,21 15:7,13
  16:1,2 19:12
  24:25 27:20,21
  45:24 46:4 63:15
  82:3,6 99:24
  117:1
**recur** 25:15
**recurrence** 25:7
  39:20 92:16 93:20
  94:3 96:20
**recurrences** 94:5
**recurring** 46:25
**redness** 76:25
**reduced** 90:17
**reducing** 46:2
**reduction** 6:14
**refer** 13:20
**reference** 112:12
  112:21
**referrals** 18:25
**referred** 18:21 51:2
**referring** 15:6
  28:21
**reflect** 61:17 64:13
  78:10
**reflected** 64:19
**regard** 9:14 10:10
  16:4,11 19:13
  23:25 25:3 30:4
  32:9 33:24 34:21
  44:11 52:16 56:13
  92:22 119:9 120:6
**regimen** 25:24
  26:12 32:25 33:12
  40:23 42:21 43:9
  43:9 59:13,23
  60:2,10,11 74:23
  106:21 107:8
  108:11 109:17

111:13,18 114:14
  114:17 117:2,17
  117:18,20,22
  118:12,19
**regimens** 41:3 44:6
  108:15,22 109:4,5
  109:8,8,10,11,12
  110:2,4 111:1,15
  117:13
**regional** 38:10
**Registered** 122:4
**regrowth** 119:24
**regular** 58:4
**relapse** 25:18
**related** 123:3
**relates** 1:9
**relationship** 18:22
**relationships**
  122:23
**Release** 3:17
**relied** 116:22
**rely** 108:13
**remember** 9:20
  19:4 21:7 82:7
  119:10
**remove** 80:20
**removed** 29:22
**renew** 74:8
**rephrase** 9:4
  119:24
**replacement** 30:1,5
**report** 3:23 4:12
  31:12,16,24 32:4
  32:17 99:3
**reported** 2:15
  66:17 75:20 120:9
  122:11
**reporter** 1:16 2:17
  6:7 7:6,13 122:3,5
**REPORTER'S** 3:4
  122:1
**reporting** 64:25
  122:11
**reports** 36:22
  46:18 75:15,17
  76:21,24 83:3
  87:17 100:21
  102:19

**represent** 8:15
  105:20
**request** 15:7 74:8
  74:16
**requested** 11:25
  12:15 29:7
**required** 122:17
  123:8
**research** 11:10
  16:3,8,9,25 23:13
  23:17,20 24:4
**researching** 104:18
**reserve** 6:17
**reserved** 8:6
**residency** 19:24
  20:11
**residents** 20:5
**resolve** 76:6
**resolved** 68:23 76:8
  80:1 100:15 103:9
  103:12
**respected** 114:10
**response** 45:14,22
  78:11 87:5,6,8
  93:8 103:20
  111:20 118:9,23
  120:12
**restriction** 83:16
**restrictions** 83:20
**result** 80:18
**results** 96:14,15
  120:3,6
**resume** 12:5
**retained** 9:24
**return** 23:9
**returning** 33:22
  56:13
**revealed** 34:14,18
  37:19
**reverse** 37:4,4
**review** 8:11 13:23
  16:14 17:4 30:17
  31:8 37:6 46:4
  50:16 64:23 68:25
  69:24 70:10 75:11
  82:10 87:13 91:8
  93:3 100:16
**reviewed** 50:20

58:6 115:3,4
  116:1,9,15,16
**reviewing** 50:23
**right** 8:11,14 14:6
  14:7 21:7 25:9
  28:5 30:20 34:13
  34:15,17,17,25
  35:1,14 45:7
  48:12 49:24 58:15
  69:5 70:1 72:22
  74:16 76:6 78:1,2
  78:5,8 80:11,11
  83:4 84:19 85:14
  88:3 89:24 91:4
  96:17,17 103:20
  106:14 112:16
  116:4 121:3
**right-hand** 13:17
**risk** 25:19 39:11,19
  40:13 42:2 43:24
  46:24 49:16,19,24
  50:2 54:10 55:14
  80:19 86:4 90:17
  90:18 92:15
  106:22 107:3,12
  113:21 114:4,9
  115:16 118:20
**risks** 41:19,22,24
  42:13,20 43:5
  44:10 49:1,9
  50:12 54:8 59:7
  114:16
**Rita** 1:16 2:16 6:6
  7:6 122:3 123:12
**room** 64:4 85:16
**Rouge** 1:17,19 7:3
  7:24 123:9
**RPR** 123:12,13
**rule** 23:4 84:21
**rules** 8:4 9:2
  122:17,24
**run** 11:25
**run-on** 63:25
**rush** 31:8
**Russell** 17:20 92:5
**Russell's** 17:22

---
S
---

**S** 6:1
**Sandoz** 1:10 2:8
  7:10 10:14,22
  23:17 24:14,17
  105:3,7 114:22
  115:16 116:12
**Sandoz's** 104:25
**save** 101:20 105:11
**saving** 43:10
**saw** 23:12 31:13
  47:3 54:21 67:8
  72:5,5 89:9 94:8
  95:6 102:24 115:8
  117:6
**saying** 85:13 89:23
  117:4
**says** 51:2 62:6,13
  65:15,19 66:13
  68:15 79:4 83:14
  84:19 86:18 89:18
  90:4 92:21 94:17
  95:14 96:16
  100:12 108:6,23
  110:10 117:7,8
**scan** 4:22 48:12,14
  48:15,17 96:7,11
  96:12,14
**scanned** 13:2
**scared** 47:21
**scarf** 71:7
**Schedule** 51:2
  88:18 92:1
**scheduled** 80:8
**school** 20:2
**science** 20:1
**screened** 90:19
**screening** 34:12
**seal** 123:8
**second** 12:15 28:11
  35:22 53:24 54:20
  55:21 56:8 63:7
  69:23 71:12 85:2
  108:19
**second-to-last**
  11:23
**section** 1:9 29:1
  37:3 52:15 53:25
  112:6

**see** 9:10 12:1 13:20
  15:25 17:9 19:7
  22:9,13,14,16
  23:18 28:11,13,19
  28:21,25 29:6,17
  29:20 30:2 32:5,8
  32:19 33:2,4 37:8
  39:12 46:23,24
  48:11 51:3 52:15
  53:9,24 54:5,24
  55:9 56:9 58:9,15
  58:20,22 61:1
  62:25 63:11 64:6
  65:4,6,14 66:2,14
  67:21 68:17 69:1
  69:4 70:4 72:2,13
  72:15,18 73:6
  76:10,19,25 79:7
  80:6 82:3 83:1,17
  84:3 85:18,22,23
  86:17 87:1,7
  88:19 90:15,19
  94:18 97:12 98:22
  102:6,15,22
  108:24 110:15
  112:10,11,18
**seeing** 24:25 70:22
  72:10 90:1
**seen** 11:20,21 16:21
  29:11 34:10 47:2
  71:17 102:18
  114:21 115:12
  116:1
**sees** 12:25 102:4
**select** 32:15 40:22
**selected** 48:22
**selecting** 32:25
  33:12
**seminars** 20:23
**sensation** 99:9
**separate** 9:25
  15:25
**September** 62:6
  74:14,15,17
**sequentially** 118:10
**series** 13:17 54:3
**serious** 34:23 36:4
  47:24

**serum** 95:25
**serve** 9:24
**serves** 94:21
**services** 122:20
**set** 12:13 14:14
  104:24 109:14
  122:9
**seven** 62:6,13
**seventh** 62:8,14
**severity** 33:15,16
**Shamlin** 18:6,6
  19:5 28:24 29:6
**Shamlin's** 18:23
**shares** 54:18
**she'd** 92:15
**she'll** 80:1
**sheet** 56:16 112:1
  124:1
**Shelly** 2:14 7:5
**ship** 81:18
**shortly** 99:14
**show** 11:18 13:10
  31:6
**showed** 36:20
  48:17
**showing** 30:17
  56:25 67:11
**shown** 12:7 14:10
  40:3 68:7
**Shreveport** 20:2
**shrink** 44:14 45:4
  45:11,18
**sic** 83:16
**side** 25:6 41:3,10
  46:14 49:6,12,13
  51:8 52:14 54:1
  54:21 55:14 56:9
  58:10,11,23 60:1
  60:3,4 63:11
  66:10 70:5 71:9
  76:13,16 90:7,10
  90:25 98:17,19
  99:17,19,25
  105:24 108:22
  114:18
**Siears** 102:19
**sign** 8:13 96:19,24
**signature** 28:11

  57:15 72:6 123:7
  124:22
**signed** 57:2,21
  102:20
**significance** 25:11
  30:4
**significant** 46:11
  75:8 77:13 87:3
  106:17
**signing** 6:13
**signs** 65:8 85:16
**similar** 47:10 49:12
**single** 34:24 87:4
**sinus** 103:8
**sir** 20:16 29:12
  52:10 57:3 63:4,7
  67:24 82:8
**sister** 18:8
**sit** 51:7 64:3
**site** 69:6 96:22
**sitting** 24:16,24
  45:25 70:21 90:20
**situ** 37:24
**six** 40:17,17 42:11
  42:19 43:4 46:13
  55:3 59:18 61:23
  62:1 74:25 102:5
  102:15 117:14,25
**sixth** 74:2,19 75:3
  75:19
**size** 33:25 36:1
  38:11 45:9 78:13
**sized** 86:12
**skin** 61:6 70:14
  76:24 77:22 78:25
  88:3,12 91:21
  93:11,21 97:25
  98:3,8 100:20,21
  100:22
**skip** 9:1 100:3
**small** 35:5 44:21
  103:11
**smaller** 86:11
**soon** 29:11
**sooner** 118:16
**sorry** 38:3 69:10
  74:14 100:6
  109:20 116:6

**sort** 14:13,14 15:24
  16:3 27:17 30:16
  37:4 63:16 64:8
  68:23 77:3 86:6
  96:9 99:25 109:1
**South** 20:1
**SPE** 95:23
**speaking** 49:10
  61:9
**specialty** 17:12,22
  18:19 19:18
**specific** 37:2 53:20
  68:14 95:12 120:5
**specifically** 17:5
  23:21 107:11
  111:10 113:24
**specifics** 49:13
**spoken** 10:3,9
**spread** 35:2 45:7
  47:18 48:15
**Stable** 99:10
**staff** 20:4
**stage** 22:11 26:5
  35:1,2,2,18,19
  38:2,3,24 43:22
  48:1,1
**staged** 35:19
**stages** 38:6
**staging** 16:20 86:24
  108:14
**standard** 27:8
  39:22 58:5 80:20
**stands** 50:7
**start** 14:18 16:17
  35:11 44:22 52:19
  55:4 86:23 89:18
  90:7 92:3
**started** 14:2 20:5
  49:20 64:9 99:14
  100:12 102:25
  103:21 104:10
  106:13
**starting** 19:23 34:6
  85:22
**starts** 54:3
**state** 2:17 6:10 7:20
  37:18 122:4
**stated** 55:12

**statement** 35:8
42:9 43:10 104:4
**states** 1:3 21:9 30:1
33:3 35:25 53:22
65:3 74:1 80:7
88:3 99:9 103:7
**status** 66:23 83:14
91:18 96:17
101:13
**statute** 122:17
**statutes** 6:9
**stay** 63:17
**Stenotype** 122:11
**step** 43:12 80:2
81:20,23
**Stephen** 2:9 7:9
**Stewart** 1:10 7:12
10:13,18,21 11:9
12:16,18 13:12,25
14:3 15:10 17:25
18:22 24:11,21,25
25:21 26:21 27:11
39:23 40:10 42:13
42:21 43:6 46:1
46:22 47:3 48:22
49:16 50:1 53:16
54:15 57:1,20
59:7,11 60:3,9
61:1 64:2 66:16
68:9,13 69:1 73:4
73:18 76:3,21
79:22 80:4,14
82:11 85:11,17
87:14 89:9 92:9
93:4 94:9 105:8
105:20 106:21
107:4,11 109:17
111:12 113:3,22
114:4,8 117:10
121:1
**Stewart's** 10:6,9
13:5 15:9 16:14
17:8,16 25:23
27:17 28:11 31:24
32:22 33:15 38:2
38:14 42:10 46:17
52:7 69:24 81:7
104:22 108:10

109:2
**Stewart,W-Cava...**
3:24
**Stewart,W-McC...**
3:18
**Stewart,W-McC...**
4:23
**Stewart,W-McC...**
5:10
**Stewart,W-McC...**
5:18
**Stewart,W-McC...**
5:16
**Stewart,W-McC...**
5:14
**Stewart,W-McC...**
5:12
**Stewart,W-McC...**
5:8
**Stewart,W-McC...**
5:6
**Stewart,W-McC...**
5:4
**Stewart,W-McC...**
4:25
**Stewart,W-McC...**
4:21
**Stewart,W-McC...**
4:19
**Stewart,W-McC...**
4:17
**Stewart,W-McC...**
4:15
**Stewart,W-McC...**
3:22
**Stewart,W-PLT...**
4:13
**stick** 60:2
**sticky** 52:8
**stinging** 99:9
**stipulated** 6:3
**STIPULATION**
3:3
**stipulations** 1:15
**stop** 9:12 30:7,10
**strategy** 42:5
**Street** 2:5,10
**strike** 23:19 27:15

27:23 47:2 48:25
50:6 51:11 62:17
80:14 117:24
**studies** 15:18
**subjective** 64:25
66:3 68:25 82:11
88:12 93:3 95:18
**submit** 12:7 62:24
72:11
**submitted** 111:25
**subpoena** 13:12
15:14
**subscribe** 20:25
**SUBSCRIBED**
124:22
**subsequent** 39:20
49:6
**subspecialize** 20:13
**substituting** 117:18
**success** 103:17
**successful** 26:18
96:24
**suggest** 34:23
36:10
**suggesting** 86:21
**Suite** 1:19 7:24
**summarize** 25:2
**supervision** 51:20
122:13
**support** 47:19
**supposed** 90:15
**sure** 18:15 41:23
47:10 53:14 62:7
79:25 80:17 81:11
102:11,18 115:2
115:25 116:3
**surgeon** 18:3,4,25
19:8,11 43:18
44:25 45:5 46:3
48:5 61:2 78:20
78:21 102:5
**surgeon's** 39:2
**surgeons** 81:24
**surgery** 18:20 26:3
26:15 35:17 38:21
39:2 40:1,5,11
43:17 44:4,5,23
44:23 45:2 46:9

80:2 81:4,15,20
81:24,25 118:13
118:16
**surgical** 3:23 31:16
31:24 32:4 36:17
81:1
**surrounding** 27:16
**surveillance** 103:14
103:19
**survival** 25:23 26:4
40:3,7,25 43:21
43:25 44:25
118:24 119:3,6
**surviving** 42:14
**survivor** 25:12,21
**suspicious** 34:13
**sustained** 60:16
111:20
**swallowing** 75:22
**swear** 7:14
**swearing** 6:13
**sweating** 97:24
98:3
**sweats** 99:10
**swelling** 84:20
**switch** 98:17
**switching** 99:6
**sworn** 7:16 122:8
124:22
**symptoms** 34:7,8
36:7 47:18 84:19
100:14
**system** 73:6
**systemic** 40:14
44:19,24
**systemically** 43:24
**systems** 64:23
68:25 69:24 70:10
75:11 82:10 87:13
91:8 93:3 100:17

**T**
**T** 6:1,1 50:7 110:10
**T2** 35:19 38:3
**tablet** 77:4
**TAC** 25:24 26:6
43:4 50:7 59:17
60:3 62:1 109:22

110:6 117:16
**take** 16:13 19:20,22
19:23 20:21 31:3
31:7 37:22 43:12
44:23 96:13
100:18 119:4
**taken** 1:14 6:6 8:3
30:18 68:3 122:6
**takes** 43:20
**talk** 30:20 64:4
82:21 90:23 107:6
**talked** 17:15 47:4
81:6
**talking** 36:16
116:24
**talks** 32:17 58:18
**Tanya** 18:8
**target** 69:7
**Tasha** 18:8,9
**tax** 117:15
**taxane** 118:4
**taxol** 110:18
111:16,17,20,24
117:15,18,21
118:9
**taxol-based** 111:24
**Taxotere** 1:7 4:5
11:11,13 16:4
17:2,4 23:21,23
26:7 42:12,19
49:17,20,20,24
50:7,10,13,19,24
53:20 54:1,2,22
55:8,13,19 56:16
71:15,15 106:22
110:19 115:8,15
116:1,8,9,16
117:2,3,8,18,22
118:4 120:15
**Taxotere's** 116:22
**Taylor** 18:17
**teaching** 51:3,6,17
51:23 53:18 54:15
56:3,5 63:10,20
63:22
**tell** 27:2 39:8 55:16
55:19 69:25 72:19
87:14 90:22 96:4

96:15 103:6
113:12
**telling** 83:20,22
**temperature** 65:7
**temporary** 55:3
56:20 105:23
106:24
**ten** 25:18
**term** 81:18
**terms** 24:17
**tested** 39:5 46:24
**testified** 7:16 10:21
11:9 14:16 46:6
105:23 113:8
114:20
**testify** 122:8
**testifying** 112:24
**testimony** 105:7
116:20 122:6,10
**testing** 33:6 86:3,7
**texture** 55:6 106:15
113:15
**thank** 7:25 8:8
12:13 28:2 34:21
62:15 73:10
105:15 115:19,21
121:4
**Thanks** 67:13
**therapy** 17:23,25
23:7 27:9,12 30:2
30:6 38:21 39:23
43:13 44:13 45:10
45:19 46:1,8 47:1
48:6 55:4 60:11
81:21 86:15 87:8
88:21 89:19 92:11
92:22 99:21 100:1
111:24 118:4
**thereof** 6:13
**Theunissen** 18:17
**they'd** 80:23
**thickness** 113:15
**thing** 62:5,12 63:14
80:7
**things** 23:13 28:16
51:10,23 58:14
64:8,12 66:9
77:10 81:10 85:22

90:22,23 95:23
115:24
**think** 18:14,15 26:2
26:4 62:8 78:14
97:14 100:4
114:15,16 119:3
**thinking** 40:16
**thinks** 97:17
**thinning** 90:25
91:6
**third** 45:17 73:8
109:17 112:19
**thought** 40:13
86:21,24 104:8
**three** 8:23 20:3
34:14,22 52:20
55:3,21 58:10
59:17 69:13,16
71:22 72:15 74:25
79:7 84:20 87:2
97:21 98:12 110:1
111:19 117:22,23
**three-drug** 111:13
**three-year** 20:14
**thumb** 13:23
**tibia** 84:20
**tied** 15:20
**time** 7:7 8:6,24 9:2
9:10 11:12 16:12
18:14,21 19:10
23:11 26:6,11
30:8 31:5,7,10,13
38:15 40:16 45:14
47:22 48:21 49:2
49:15 50:15,17
51:8 65:12 69:18
69:20 79:21,24
84:3 88:7 95:6
97:1 103:10,19
106:20 107:1
108:10 111:16,20
113:20 115:14
118:3
**times** 47:11
**tingling** 76:9 82:25
**tissue** 37:25
**today** 9:16 10:4
11:19,25 13:4

16:12,24 17:6
21:5,13 24:16,24
25:3 26:17 31:8
45:25 60:14 63:10
68:18,20 70:21
71:15 74:1 75:4
79:4 90:20 112:24
120:15
**told** 47:23 91:2
**tolerate** 80:2 98:16
**tolerated** 65:19
94:24
**tolerating** 93:2
100:13
**top** 11:24 53:9 57:6
66:1 73:17 76:18
82:25 87:16
104:21 108:24
109:12
**total** 110:25
**touched** 81:11
**Tower** 1:18
**toxic** 41:6
**toxicities** 60:7
**toxicity** 60:7 65:11
**training** 20:12 41:2
41:9
**transcribed** 122:12
**transcript** 8:11
122:13,15,16
123:7
**Traurig** 2:9 7:10
**treat** 22:10,11
23:10 40:18 44:24
48:5 118:6
**treated** 9:22 11:2
23:2 96:23
**treating** 9:25 10:10
17:9 22:24 24:10
40:21 66:6 71:9
**treatment** 4:12
10:18 16:20 17:16
17:16 22:19 24:1
25:9 26:10 30:14
32:14 40:12,14
42:5 44:19,20
47:20 55:5,21
56:13 59:8,23

61:8,9,15 62:5,13
66:7 67:16,18
69:23 71:18,23
74:12 81:8,12
82:18 83:25 102:2
103:16 104:20
105:11,25 108:4
110:21 111:6,15
111:22,23
**treatments** 25:5
26:2 52:20 59:20
104:14
**trial** 6:18 8:6 16:5
23:16 30:17 105:6
**trials** 23:13,22 24:3
**Triche** 1:10
**tried** 103:2
**triple** 33:20 43:23
45:12,22
**troubling** 93:5
**true** 13:24 14:16
122:13
**try** 44:20,22 47:18
47:22
**trying** 42:25 44:18
44:19,24 45:4,6
47:16,19 76:15
**tumor** 26:16 35:4,7
36:1,9,20 37:19
37:22 38:11,12
42:5 43:17 44:14
45:5,9,11,16 46:2
86:11,15 87:10,12
**tumors** 45:10,18
**turn** 11:22 27:23
33:9 53:24 55:8
76:18 108:19
**two** 8:15,25 34:8
36:8 71:23 87:19
92:2 100:25 101:1
110:1 112:9
116:19
**two-page** 28:10
73:15
**two-week** 65:11
**type** 33:24 37:19
47:13 81:15,25
87:12 96:1 98:6

99:7
**typewriting** 6:15

---
## U

**U** 6:1
**Uh-huh** 112:2
**ultimate** 114:13
**ultimately** 33:6
**ultrasound** 34:12
34:14 84:16 86:12
**uncle** 46:19
**undergraduate**
19:25
**underneath** 112:9
**understand** 9:3
10:16,20 41:22,24
50:2 61:20 81:22
**understanding**
22:7 29:9 80:13
80:15 89:6 122:14
**understands** 43:14
**understood** 9:6
**undertaken** 16:14
**unfortunately**
47:11
**UNITED** 1:3
**university** 19:25
24:7
**untreated** 38:15
**unusual** 19:2 99:18
**up-to-date** 12:9
**up-to-date-curri...**
12:5
**urinalysis** 96:1
**urine** 95:23
**use** 6:18 16:7 27:7
31:2 32:14 50:3
81:18 107:21,21
108:4 111:16
114:9,13,15
117:23
**usually** 11:8 18:2
18:25 22:11 23:8
30:7 33:18 47:21
49:12 55:3,19,19
55:20,20,21,23
60:6 66:11 69:22
70:15 72:15 81:13

81:23,24 82:2,6
87:12 91:4 94:7
101:10 117:21,22

**V**

**v** 1:10
**valid** 123:6
**variable** 55:22
  120:7
**various** 16:8
**Venous** 4:22
**Version** 5:20 108:6
**versus** 43:15
**video** 4:3 7:2 52:9
  52:22,23,24 112:1
**videographer** 2:14
  7:1,6,13 37:11,14
  68:1,4 121:6
**videotaped** 1:13
  3:13
**view** 15:21
**visit** 3:20,21 4:14
  4:16,18,20,24 5:3
  5:5,7,11,13,15,17
  14:3,9,24,25
  16:19 27:17,25
  30:22 31:11 33:23
  47:8,12,16 48:9
  48:23 49:5 51:10
  59:16 62:24 63:16
  64:2,13 67:4 68:8
  72:3,7,12,19 73:4
  73:7,10,23 74:4
  79:13,18 80:7
  82:4 84:24,25
  85:6 88:5,16
  89:10,15 92:17,18
  97:6,12 98:23
  103:1,4,9,14
**visits** 11:1,4 30:18
  49:7 77:5 100:4
**vitae** 3:15 12:5
**vital** 65:8 85:16
**vitals** 85:18
**voice** 82:16
**voiced** 114:8
**vomiting** 64:11
  65:24 75:24

**W**

**waive** 6:11 8:15,18
**walk** 45:24
**wall** 93:14
**Wanda** 1:10 7:12
  10:13 24:11,21
**want** 30:10 31:7
  43:12 44:1,17
  84:3 100:3 115:24
**wanted** 16:13 29:11
  114:18 118:3
**wants** 83:21
**warned** 49:23
  107:4 115:16
**warning** 107:6,11
  115:6,7,8 117:3,4
  117:5,7
**warnings** 24:19
  115:1
**Washington** 2:10
**wasn't** 16:5 65:11
**watched** 104:11
**way** 24:17,18 39:24
  53:25 61:7 81:16
**ways** 40:18
**we'll** 12:14 19:7,12
  22:13 30:7 46:5
  81:14 82:6 89:4
  92:17 96:3 107:21
  110:13
**we're** 7:1 8:16 9:9
  35:25 37:11,14
  46:7 47:16 68:1,4
  72:18 73:25 82:1
  101:25 107:21
  121:7
**we've** 14:15 15:4,7
  27:5 90:17 99:24
  102:18
**wearing** 71:6
**webbed** 78:15
**website** 53:13
**week** 71:22 79:6
**weekly** 111:16,21
  111:24 117:21
  118:9
**weeks** 52:20 55:3
  55:21 59:17 69:13

69:16 71:22 72:15
74:25 79:7 84:4
87:19 93:25 97:21
98:12 117:22,23
**weighed** 43:6
**weight** 75:13
**went** 19:25 49:5
  51:1
**weren't** 104:25
**whatsoever** 10:17
**white** 59:2,3 68:21
**wig** 71:6
**William** 17:20
**willing** 82:21
**wish** 8:17
**witness** 6:14 7:14
  9:16 64:7 105:14
**woman** 46:15
**women** 22:16
**wondering** 72:12
**word** 100:17,18
**wording** 120:21
**words** 120:8
**work** 51:20 92:2
**worked** 20:4
**works** 111:21
  117:21
**worrying** 46:13
**wouldn't** 120:9
**write** 115:5 117:1
**written** 22:21
  57:24
**wrong** 87:15

**X**

**X** 3:1
**XRT** 89:18

**Y**

**y'all** 10:15
**yeah** 11:8 12:11
  14:1 18:9,13
  19:25 21:7 25:14
  26:4 27:4,21 28:5
  28:8,12,17 37:1
  37:25 38:5 39:14
  42:9 48:3 54:23
  58:5,5 60:19,24
  62:10 65:18 69:11

69:22 70:15,20,25
76:7 77:6,9 81:13
81:23 82:6,9
85:20 86:22 89:1
90:3,16 91:17
92:7 94:7 95:21
96:20,25 98:3
99:5,11,14 100:20
103:20,24 104:2
106:17 109:22
112:5 114:16
116:3,7 117:17
118:8 119:5,5
120:4
**year** 11:11 20:4
  29:24 96:24
  100:25 101:22
**yearly** 96:12,12
**years** 8:25 11:2
  18:14 20:3 25:8
  25:13,15,17,18
  89:4,5 100:25
  101:1 102:1
**you-all** 81:6
**young** 26:13 38:24
  46:11 80:21
  104:10

**Z**

**zero** 66:23 67:1

**0**

**00** 28:3
**0006** 28:5
**006** 27:24

**1**

**1** 3:13 11:16,19
  12:4 52:7 107:20
  109:11
**1-12-17** 5:15
**1-30-18** 5:17
**1.2014** 108:7
**1.7-centimeter**
  86:2,10
**10** 4:8 55:25 56:2
**10-15-14** 4:20
**10-20-14** 4:22
**100** 5:15

**101** 5:17
**105** 3:7
**107** 5:19
**11** 3:13 4:10 56:23
  56:25 57:1 112:15
**11-19-14** 4:24
**11-4-15** 5:11
**11-7-2014** 86:1
**113** 5:18
**115** 3:8
**118** 100:16
**119** 5:16
**11th** 62:4
**12** 3:15 4:12 29:13
  29:14 61:10,11
  67:17 69:16 74:13
  100:5
**12-17-14** 5:3
**12-2-15** 5:13
**120** 3:9
**121** 122:9
**122** 3:4
**13** 3:16 4:14 7:4
  29:13,13,16 62:19
  62:21,23 67:9
  72:9 110:25
**130** 99:2
**131** 5:14
**134** 5:12 98:5
**139** 5:8 94:13,17
**13th** 1:20
**14** 3:19 4:16 67:6
  67:10,11,21 68:8
  71:13 72:9,9
  103:5
**140** 5:6
**141** 92:18
**142** 93:7
**1434** 122:24
**144** 5:4 89:14
**1443(D)** 6:16
**146** 4:25 87:16
  88:17
**147** 84:23
**148** 4:21 79:17
  82:25
**15** 4:18 73:11,12
  79:13,19 84:24

**150** 4:19 73:15
  77:20
**152** 67:10
**153** 4:17 67:11
  68:11
**154** 63:4
**155** 63:4 64:20
**157** 3:18,22
**158744** 1:25
**15th** 80:4 84:25
**16** 4:20 79:14,15
**17** 4:22 84:11,12
  89:10 101:18
**17th** 95:6
**18** 4:24 85:5,8 94:9
**19** 5:3 85:6 89:11
  89:12
**1984** 20:1
**1988** 20:3

**2**

**2** 3:15 12:8,10
  19:21 31:11 34:20
  36:2 38:19 48:23
  53:8 86:21 98:23
  100:6
**2-14-19** 3:20 14:9
**2-18-15** 92:19
**2.5** 102:4
**2:17-cv-10817** 1:7
**2:20** 1:20 7:4
**20** 5:5 34:12 94:10
  94:11
**20037** 2:10
**2012** 29:25
**2014** 25:10 31:11
  34:12,18 38:19
  48:23 62:24 67:9
  72:12 73:7 79:14
  79:19 84:24 85:6
  89:10 96:11
**2014018** 2:17
  123:13
**2015** 89:21 92:25
  94:9 95:6 97:7
  98:23
**2016** 11:12
**2017** 100:5,6,24

102:7
**2018** 101:21 102:1
**2019** 1:20 7:4 103:1
  103:5,23 123:10
  124:23
**20th** 84:10
**21** 5:7 95:7,10
**2101** 2:10
**22** 5:9 96:14
**23** 5:11 34:17 97:7
  97:8
**23rd** 123:9
**24** 5:13 98:24,25
**24th** 62:6 74:14
**25** 5:15 62:24 72:9
  100:7,8
**26** 5:17 101:22,23
**27** 5:19 107:21,21
  107:22
**2740** 1:8
**2B** 112:6
**2nd** 47:3 59:16
  60:25

**3**

**3** 3:16 13:8,11
  14:21 15:4 27:22
  34:19 40:4 54:15
  74:17 86:3 87:9
  87:11
**3-18-15** 5:5
**3-20-15** 94:17
**3:07** 37:12
**3:10** 37:15
**3:58** 68:2
**30** 3:21 22:20 45:13
  54:2 58:14
**30th** 101:21
**31** 3:23
**34** 97:10
**37:2554** 122:8
**39** 86:2,17 87:1
**3rd** 74:15

**4**

**4** 3:19 14:9,11
  71:14 86:2,17
  87:1 97:7 103:2,4
**4-centimeter** 36:9

45:17
**4.4** 34:13
**4.7** 34:15 35:4
**4.7-centimeter**
  45:17
**4:04** 68:5
**40** 94:13
**400** 1:19 7:24
**4173** 2:5
**4th** 48:12

**5**

**5** 3:21 30:21,25
**5-23-14** 3:24 32:3
**5-27-14** 32:1
**5:21** 121:7,8
**52** 4:3
**53** 4:4,13
**54** 4:6
**55** 4:8
**56** 4:10

**6**

**6** 3:3,23 31:16,17
  31:23 71:23 79:4
  92:25
**6-17-15** 5:7
**6-2** 28:11 33:23
  37:17 51:1 63:19
**6-2-14** 3:21 28:1,19
  30:22 31:9
**6-23-15** 5:9
**6-23-2015** 96:14
**6-25-14** 4:14
**6-6** 63:23,24
**6-6-14** 4:11
**6-6-2014** 57:14
**61** 4:12
**62** 4:14
**66** 62:16
**67** 4:16 62:17
**6709** 123:13

**7**

**7** 3:6,24 4:3 52:4,6
  112:1
**70119** 2:5
**70802** 1:19
**73** 4:18

**79** 4:20

**8**

**8** 4:4 53:5,7 55:8
**8-13-14** 4:16 67:17
  68:9 74:5
**84** 4:22
**85** 4:24
**8595** 1:18 7:23
**89** 5:3

**9**

**9** 4:6 54:12,14
**9-24-14** 4:18
**9-24-15** 73:11
**9-25-68** 3:18
**91** 20:4
**92** 20:9 23:3
**94** 5:5
**95** 5:7 20:9 21:14
  23:1
**96** 5:9
**97** 5:11
**98** 5:13 34:19
**98.9** 65:8