UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates to:**<br>*Wanda Stewart v. Sandoz Inc.*<br>Civil Case No. 2:17-cv-10817 | MDL No. 2740<br><br>Section: N(5)<br><br>JUDGE JANE TRICHE MILAZZO<br><br>MAG. JUDGE NORTH |

## ORDER

Considering the Motion for Leave to File Under Seal the Reply Memorandum of Law In Support of Motion to Exclude or Limit Opinions of Dr. Vesna Petronic-Rosic, including Exhibits A-F, filed by Defendant, Sandoz Inc.;

**IT IS HEREBY ORDERED** that said Motion is **GRANTED**, and that the Clerk of Court shall file Sandoz' Reply Memorandum of Law In Support of Motion to Exclude Expert Testimony of Dr. Vesna Petronic-Rosic, and Exhibits A-F UNDER SEAL.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE