UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Stewart v. Sandoz Inc.,* 2:17-cv-10817 | |

**[PROPOSED] ORDER**

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Reply Memorandum in Support of Plaintiff's Motion to Exclude Testimony of Lawrence Foote, M.D. and Sreekanth Reddy, M.D. Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file Reply Memorandum in Support of Plaintiff's Motion to Exclude Testimony of Lawrence Foote, M.D. and Sreekanth Reddy, M.D. UNDER SEAL in its entirety.

New Orleans, Louisiana, this ___ of _____, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE