## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**In Re: TAXOTERE (DOCETAXEL)**                           **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                                         **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO:**
*Stewart v. Sandoz Inc.,* **2:17-cv-10817**

## [PROPOSED] ORDER

      Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion to Exclude Select Opinions of Defense Expert Elgida Volpicelli, M.D. Under Seal,

      IT IS ORDERED that said Motion is GRANTED;

      IT IS FURTHER ORDERED that the Clerk of Court shall file Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion to Exclude Select Opinions of Defense Expert Elgida Volpicelli, M.D. UNDER SEAL in its entirety.

      New Orleans, Louisiana, this ___ of _____, 2020.


_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE