UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO *Hughes v. Accord Healthcare, Inc.*, No. 2:17-cv-11769 | |

**[PROPOSED] ORDER**

***EX PARTE* MOTION OF PSC FOR LEAVE TO FILE PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE CERTAIN TESTIMONY OF DR. MAURIE MARKMAN UNDER SEAL**

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion to Exclude Certain Testimony of Dr. Maurie Markman Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion to Exclude Certain Testimony of Dr. Maurie Markman UNDER SEAL in its entirety.

New Orleans, Louisiana, this ___ of December, 2020.

                                                        HON. JANE TRICHE MILAZZO
                                                        UNITED STATES DISTRICT JUDGE