**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                    SECTION "H" (5)

THIS DOCUMENT RELATES TO
*Stewart v. Sandoz, Inc., 2:17-cv-10817*

### [PROPOSED] ORDER

### *EX PARTE* MOTION OF PSC FOR LEAVE TO FILE PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE SELECT OPINIONS OF EDWARD HEILMAN, MD, NICOLE ROGERS, MD, AND ELGIDA VOLPICELLI, MD UNDER SEAL

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion to Exclude Select Opinions of Edward Heilman, M.D., Nicole Rogers, M.D., and Elgida Volpicelli, M.D. Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion to Exclude Select Opinions of Edward Heilman, M.D., Nicole Rogers, M.D., and Elgida Volpicelli, M.D. UNDER SEAL in its entirety.

New Orleans, Louisiana, this ___ of December, 2020.


_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

1