# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
December 2, 2020
Lyle W. Cayce
Clerk

No. 19-30631

In re: Taxotere (Docetaxel) Products Liability
Litigation

_____

Julie Clark,

*Plaintiff—Appellant*,

*versus*

Sanofi-Aventis, U.S., L.L.C.; Sanofi U.S. Services,
Incorporated, *formerly known as* Sanofi-Aventis U.S.,
Incorporated

*Defendants—Appellees*,

_____

Renee Jeffers,

*Plaintiff—Appellant*,

*versus*

Sanofi-Aventis, U.S., L.L.C.; Sanofi U.S. Services,
Incorporated, *formerly known as* Sanofi-Aventis U.S.,
Incorporated,

*Defendants—Appellees*,

_____

CARRIENE NEVIN,

*Plaintiff—Appellant*,

versus

SANOFI-AVENTIS, U.S., L.L.C.; SANOFI U.S. SERVICES, INCORPORATED, *formerly known as* SANOFI-AVENTIS U.S., INCORPORATED; ACCORD HEALTHCARE, INCORPORATED; HOSPIRA, INCORPORATED; HOSPIRA WORLDWIDE, L.L.C., *formerly known as* HOSPIRA WORLDWIDE, INCORPORATED; MCKESSON CORPORATION, *formerly known as* MCKESSON PACKAGING; SANDOZ, INCORPORATED; SUN PHARMA GLOBAL FZE; SUN PHARMACEUTICAL INDUSTRIES, INCORPORATED, *formerly known as* CARACO PHARMACEUTICAL LABORATORIES, LIMITED; PFIZER, INCORPORATED; ACTAVIS PHARMA, INCORPORATED; ACTAVIS, L.L.C., *formerly known as* ACTAVIS, INCORPORATED,

*Defendants—Appellees*,

_____

DEBORAH PURNELL,

*Plaintiff—Appellant,*,

versus

SANDOZ, INCORPORATED,

*Defendant—Appellee*.

2

No. 19-30631

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:16-MD-2740
USDC No. 2:18-CV-7024

_____

Before CLEMENT, HO, and DUNCAN, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that appellants pay to appellees the costs on appeal to be taxed by the Clerk of this Court.

Certified as a true copy and issued
as the mandate on **Dec 24, 2020**

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**