# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

December 24, 2020

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 19-30631    Clark v. Sanofi-Aventis, U.S.
                           USDC No. 2:16-MD-2740
                           USDC No. 2:18-CV-7024

Dear Ms. Michel,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Whitney M. Jett, Deputy Clerk
                                        504-310-7772

cc:
    Ms. Erin M. Bosman
    Ms. Julie A. Callsen
    Ms. Ilana H. Eisenstein
    Mr. John Christopher Elliott
    Mr. John F. Olinde
    Mr. Gregory E. Ostfeld
    Ms. Julie Y. Park
    Mr. Stanton E. Shuler Jr.
    Mr. Michael Joseph Suffern