U UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL NO. 2740<br><br>SECTION ""N" (5)<br><br>HON. JUDGE JANE TRICHE MILAZZO<br><br>MAG. JUDGE MICHAEL NORTH |
| **THIS DOCUMENT RELATES TO:**<br>*Ola M. Love v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al*<br>*C.A. No: 2:17-cv-15419* | | |

**ORDER GRANTING SUBSTITUTION OF PROPER PARTY**

THIS MATTER, having come before the Court on Plaintiff's counsel's Motion for Substitution of Proper Party, and this Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiff's Motion for Substitution of Proper Party is GRANTED, and that LESLIE HARDNEY, on behalf of her deceased mother, Ola M. Love, may be substituted as the proper party plaintiff in this action.

SIGNED New Orleans, Louisiana, this _____ day of _____, 2020.

_____
HON. JANE T. MILAZZO
United States District Judge