**EXHIBIT A**

| Name | Case Number |
|---|---|
| Martha Lee | 2:17-cv-06125 |
| Frances Brown | 2:17-cv-06126 |
| Mary Krull | 2:17-cv-06155 |
| Rachel Crusell | 2:17-cv-06163 |
| Elaine Parker | 2:17-cv-06170 |
| Anjanie Singh | 2:17-cv-06177 |
| Jean Brand | 2:17-cv-06250 |
| Rosa Otarola | 2:17-cv-06254 |
| Sandie Curtis | 2:17-cv-06941 |
| Mildred A. Pegram | 2:17-cv-06945 |
| Emily Tidball | 2:17-cv-07456 |
| Joanne Haldis | 2:17-cv-07458 |
| Kofoworola Akande | 2:17-cv-07499 |
| Ronda Frazier | 2:17-cv-07511 |
| Mary Wagner | 2:17-cv-07659 |
| Theresa Giannette | 2:17-cv-08513 |
| Vicki Sutter | 2:17-cv-08516 |
| Grace Bock | 2:17-cv-08587 |
| Debra Dye | 2:17-cv-08589 |
| Denyse Taswell | 2:17-cv-08592 |
| Deborah Montgomery | 2:17-cv-08597 |
| Teresa Gubala | 2:17-cv-10672 |
| Maria Cecilia Alamil | 2:18-cv:05166 |
| Susan Shank | 2:18-cv-00721 |
| Shelly McCartney | 2:18-cv-00737 |
| Kathy Kalkbrenner | 2:18-cv-00742 |
| Gretchen Eakins | 2:18-cv-00768 |
| Benetta Deese Harvey | 2:18-cv-00769 |
| Jeanette Pierce | 2:18-cv-00771 |
| Jacqueline Jones | 2:18-cv-00773 |
| Susan Bell | 2:18-cv-00774 |
| Jeri White | 2:18-cv-00777 |
| Daeanna Hellmund | 2:18-cv-00863 |
| Allison Condon | 2:18-cv-00873 |
| Leanne Mackrey | 2:18-cv-00878 |
| Victoria Tucker | 2:18-cv-00938 |
| Shirley Williams | 2:18-cv-00977 |
| Susan Doan | 2:18-cv-00992 |
| Elva Christine Pruitt | 2:18-cv-01174 |
| Mary Mahaney | 2:18-cv-01178 |

| Name | Case Number |
|---|---|
| Stephanie Jess | 2:18-cv-01193 |
| Cheryl Lob | 2:18-cv-01197 |
| Joan Hoffman | 2:18-cv-01197 |
| Missila A. Cheers | 2:18-cv-01249 |
| Linda Walters | 2:18-cv-01252 |
| Sharon Pavliga | 2:18-cv-01342 |
| Karan Bryant | 2:18-cv-01347 |
| Debra Shepard | 2:18-cv-01465 |
| Wendell Christopher | 2:18-cv-01830 |
| Sue Forbis | 2:18-cv-01880 |
| Bridget Laffitee | 2:18-cv-01901 |
| Marla Michel | 2:18-cv-02368 |
| Jenelle Thompson | 2:18-cv-02502 |
| Melissa Pearson | 2:18-cv-02521 |
| Judy Hempen | 2:18-cv-03575 |
| Tanya Bass | 2:18-cv-03606 |
| Debra Freese | 2:18-cv-03607 |
| Lisa Magorien | 2:18-cv-03608 |
| Francine Morris | 2:18-cv-03609 |
| Corina Bloom | 2:18-cv-03613 |
| Laura Fontaine Sullivan | 2:18-cv-03618 |
| Shana Munsen | 2:18-cv-03622 |
| Sharon Morin | 2:18-cv-04017 |
| Bobbi Rock | 2:18-cv-04178 |
| Patricia Olton | 2:18-cv-04181 |
| Vicki E. Bayne | 2:18-cv-04184 |
| Susan Barsness | 2:18-cv-04189 |
| Barbara White | 2:18-cv-04198 |
| Shirley Mayberry | 2:18-cv-04509 |
| Carla Bullock | 2:18-cv-04822 |
| Marcia Berry | 2:18-cv-05164 |
| Graciela Torres | 2:18-cv-05167 |
| Karolyn Stein | 2:18-cv-05219 |
| Sarah Dishman | 2:18-cv-05223 |
| Ella Fuller | 2:18-cv-05226 |
| Rhonda Willey-Martzall | 2:18-cv-05229 |
| Linda Michel | 2:18-cv-05391 |
| Frances Dubuisson | 2:18-cv-05434 |
| Marjorie Krieger | 2:18-cv-05484 |
| Sherry Ivey | 2:18-cv-05491 |
| Bonnie Sparkman | 2:18-cv-05498 |

| Name | Case Number |
|---|---|
| Patrice Hutchinson | 2:18-cv-05508 |
| Jesus Lucero | 2:18-cv-05516 |
| Vivian Brock | 2:18-cv-05559 |
| Jane Kuehne | 2:18-cv-05645 |
| Annet Acomb | 2:18-cv-05734 |
| Toya Hamilton | 2:18-cv-05825 |
| Stephanie Williams | 2:18-cv-05828 |
| Eva Sadaka | 2:18-cv-06064 |
| Ellen Long | 2:18-cv-06069 |
| Jean Rose Greek | 2:18-cv-06072 |
| Maria Luz Suarez | 2:18-cv-06107 |
| Linda Murphy | 2:18-cv-06191 |
| Judy Baumgartner | 2:18-cv-06259 |
| Rita Oates | 2:18-cv-06285 |
| Kimberly Labanna | 2:18-cv-06504 |
| Sharon Troster | 2:18-cv-06584 |
| Patricia Foy | 2:18-cv-06589 |
| Emily Porras | 2:18-cv-06615 |
| Tyra Gillispie | 2:18-cv-06639 |
| Suzanne Masterson | 2:18-cv-06681 |
| Mary West | 2:18-cv-06684 |
| Jennifer Brady | 2:18-cv-06705 |
| Franchine Jones | 2:18-cv-06715 |
| Shirlon Pigott | 2:18-cv-0673 |
| Shirley Dixon | 2:18-cv-06742 |
| Denise Yates | 2:18-cv-06869 |
| Lynn Jones | 2:18-cv-06902 |
| Austin Wichard | 2:18-cv-07204 |
| Sharon Ietto | 2:18-cv-07241 |
| Barbara Dannhardt | 2:18-cv-07538 |
| Tammy Pompey-Ross | 2:18-cv-07675 |
| Bridget Pugh | 2:18-cv-07962 |
| Denise Wilson | 2:18-cv-07984 |
| Jackye Johnson | 2:18-cv-0804 |
| Gloria Peay | 2:18-cv-08237 |
| Ethel (Cheatham) Griffin | 2:18-cv-08463 |
| Nora Brewmaker | 2:18-cv-08487 |
| Patsy Reddish | 2:18-cv-08681 |
| Robin Solomon | 2:18-cv-08826 |
| Debra Kelly | 2:18-cv-09115 |

| Name | Case Number |
|---|---|
| Diane Mosley | 2:18-cv-09155 |
| Carol Silva | 2:18-cv-09276 |
| Janet Foster | 2:18-cv-09542 |
| Marian Yulo | 2:18-cv-09552 |
| Rosa Ena Dobbs | 2:18-cv-09748 |
| Dawn Mongeon | 2:18-cv-09801 |
| Carmen Gonzalez | 2:18-cv-09807 |
| Sandra Fields-Massey | 2:18-cv-09916 |
| Maureen Banks | 2:18-cv-09975 |
| Carolyn Adams | 2:18-cv-10079 |
| Annie Joiner | 2:18-cv-10205 |
| Jacqueline Smith | 2:18-cv-10412 |
| Judy Litchfield | 2:18-cv-10898 |
| Susan Silver | 2:18-cv-11242 |
| LaNette Barbour | 2:18-cv-11545 |
| Patricia White | 2:18-cv-11641 |
| Brenda Rice | 2:18-cv-12156 |
| Joyce Tyrrell | 2:19-cv-13764 |