UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| This document relates to all cases | | |

CASE MANAGEMENT ORDER NO. 28

As contemplated by Case Management Order No. 14 (Doc. 3064), amended by later Case Management Orders, Plaintiffs and Defendants have each submitted to the Court a letter brief proposing Plaintiffs for the fourth bellwether trial in this MDL. Having carefully considered the parties' written submissions, **IT IS ORDERED** that the following Plaintiffs are designated to proceed with discovery:

(1) Emma Willie, 18-cv-3857 (Primary Plaintiff)

(2) Cindy Smith, 18-cv-7702

(3) Melissa Roach, 17-cv-7918

New Orleans, Louisiana, this 28th day of December, 2020.

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE