UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)           )        MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION         )
                                      )        SECTION: "H" (5)
                                      )
This document relates to:             )
Alice Hughes, Case No. 2:17-cv-11769  )
Wanda Stewart, Case No. 2:17-cv-10817 )
Elizabeth Kahn, Case No. 16-cv-17039  )

## ORDER

Before the Court are several Motions to Seal (Docs. 11586, 11623, 11624,

11626, 11627, 11629, 11632, 11633, 11642, 11645, 11646, 11648, 11650, 11653, 11655,

11656, 11657, 11658, 11659, 11660, 11661, 11662, 11663, 11664, 11665, 11692, 11693,

11694, 11695, 11696, 11697, 11698, and 11706). The Motions cite Pretrial Order No.

50 and aver that the documents at issue contain confidential and/or protected

information. Accordingly;

**IT IS ORDERED** that the Motions are **GRANTED**, and the Clerk's office is

instructed to file the documents at issue under seal.

New Orleans, Louisiana, this 28th day of December, 2020.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**