UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: <br> *Susan Kochman vs. Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.* <br><br> Civil Action No.: 2:17-cv-14051 | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to Amend (Doc. 11654);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 29th day of December, 2020.

Honorable Jane Triche Milazzo
United States District Court Judge