UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE TRICHE MILAZZO |
| | MAG. JUDGE NORTH |
| BARBARA FRANCIS, an Individual, | |
| | Civil Action No.: 2:18-cv-14127 |
| Plaintiff(s), | |
| vs. | |
| SANOFI-AVENTIS U.S. LLC, et al, | |
| Defendant(s). | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File an Amended Complaint (Doc. 11676);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 29th day of December, 2020.

JUDGE, UNITED STATES DISTRICT COURT