BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION

MDL NO: 2740

SECTION: H (5)

THIS DOCUMENT RELATES TO:
Deborah Payne vs. Accord Healthcare, Inc.
Case No. 2:19-cv-12619-JTM-MBN

JUDGE: JANE TRICHE MILAZZO

## ORDER

Before the Court is a Motion to Substitute Party (Doc. 11615);

**IT IS ORDERED** that the Motion is **GRANTED**, and Samuel L. Payne shall be substituted on behalf of the decedent, Deborah Payne, as the plaintiff in this action.

New Orleans, Louisiana, this 29th day of December, 2020.

United States District Judge