# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| This document relates to all cases ) | |
| ) | |

## ORDER

On December 14, 2020, the Court ordered certain plaintiffs to comply with their obligations in this litigation. The Court has been advised that the following plaintiff has failed to do so within the time frame set by the Court.

- Carol Burkhardt, 2:19-cv-06277

Accordingly, **IT IS ORDERED** that the above-listed case is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 29th day of December, 2020.

**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**