# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL NORTH |
| *Alice D. Hughes v. Accord Healthcare, Inc.* *Case No. 2:17-cv-11769* | |

## DEFENDANT ACCORD HEALTHCARE, INC.'S MOTION TO STRIKE PLAINTIFF'S REPLY BRIEF IN SUPPORT OF MOTION TO EXCLUDE TESTIMONY OF DR. MUKUL AGRAWAL

Defendant Accord Healthcare, Inc. ("Accord") moves to strike Plaintiff's Reply Brief in support of Motion to Exclude Testimony of Dr. Mukul Agrawal. As set forth in the accompanying Memorandum in Support, Plaintiff's reply brief was untimely filed 13 days following the submission date selected by Plaintiff pursuant to Local Rule 7.2.

Date: December 29, 2020

Respectfully submitted,

/s/ *Julie A. Callsen*
Julie A. Callsen
Michael J. Ruttinger
Brenda A. Sweet
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone:	216.592.5000
Facsimile:	216.592.5009
Email:	julie.callsen@tuckerellis.com
	michael.ruttinger@tuckerellis.com
	brenda.sweet@tuckerellis.com

*Attorneys for Defendant Accord Healthcare, Inc.*

4982144

**CERTIFICATE OF SERVICE**

     I hereby certify that on December 29, 2020, a true and correct copy of *Defendant Accord Healthcare, Inc.'s Motion to Strike Plaintiff's Reply Brief in Support of Motion to Exclude Testimony of Dr. Mukul Agrawal* was filed with the Court via the established process for filing under seal and will be placed on the docket, and also via email on all counsel of record.

                                           /s/ *Julie A. Callsen*
                                           Julie A. Callsen

4982144