UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Alice D. Hughes v. Accord Healthcare, Inc.* *Case No. 2:17-cv-11769* | : : : : | **PROPOSED ORDER** |

Considering Defendant Accord Healthcare, Inc.'s Motion to Strike Plaintiff's Reply Brief in Support of Motion to Exclude Testimony of Dr. Mukul Agrawal, and the papers submitted in support and against said Motion, and oral argument, if any;

IT IS THIS DAY _____ HEREBY ORDERED that Defendant's Motion is GRANTED, such that the Reply Brief is stricken from the record in this case.

_____
Hon. Jane Triche Milazzo

4982146
4982146