## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Alice D. Hughes v. Accord Healthcare, Inc.* *Case No. 2:17-cv-11769* | : : : : | |

### DEFENDANT ACCORD HEALTHCARE, INC.'S NOTICE OF MOTION TO STRIKE PLAINTIFF'S REPLY BRIEF IN SUPPORT OF MOTION TO EXCLUDE TESTIMONY OF DR. MUKUL AGRAWAL

PLEASE TAKE NOTICE that Defendant Accord Healthcare, Inc. will bring for submission its *Motion to Strike Plaintiff's Reply Brief in Support of Motion to Exclude Testimony of Dr. Mukul Agrawal* before the Honorable Jane Triche Milazzo, United States District Judge for the Eastern District of Louisiana, on the 13th day of January, 2021.

Date: December 29, 2020

Respectfully submitted,

/s/ *Julie A. Callsen*
Julie A. Callsen
Michael J. Ruttinger
Brenda A. Sweet
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone:    216.592.5000
Facsimile:     216.592.5009
Email:         julie.callsen@tuckerellis.com
               michael.ruttinger@tuckerellis.com
               brenda.sweet@tuckerellis.com

*Attorneys for Defendant Accord Healthcare, Inc.*

4982147

## **CERTIFICATE OF SERVICE**

    I hereby certify that on December 29, 2020, a true and correct copy of *Defendant Accord Healthcare, Inc.'s Notice of Motion to Strike Plaintiff's Reply Brief in Support of Motion to Exclude Testimony of Dr. Mukul Agrawal* was filed with the Court via the established process for filing under seal and will be placed on the docket, and also via email on all counsel of record.

                                           /s/ *Julie A. Callsen*
                                           Julie A. Callsen

4982147