UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | |

*All cases where sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc. are named as a defendant*

### NOTICE OF WITHDRAWAL OF KELLY G. BIERI

Notice is hereby given of the withdrawal of Kelly G. Bieri as one of the counsel for Defendants sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc. ("Sanofi") in the above-captioned matters. Sanofi will continue to be represented by its remaining counsel of record.

Respectfully submitted,

 /s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA  70130
Telephone: 504-310-2100
dmoore@irwinllc.com

/s/ *Kelly G. Bieri*
**SHOOK, HARDY & BACON L.L.P.**
Harley V. Ratliff
Jon Strongman
Adrienne L. Byard
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
hratliff@shb.com
jstrongman@shb.com
abyard@shb.com
kbieri@shb.com
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550

*Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*