UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740 <br> SECTION "H" (5) <br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| SHEILA ANN HAWKINS , <br><br> Plaintiff(s), <br><br> vs. <br><br> SANOFI AVENTIS US, LLC et al , <br><br> Defendant(s). <br> ------------------------------------------------------------ | : : : : : : : : : : : | COMPLAINT & JURY DEMAND <br><br> Civil Action No.: **2:18-cv--09689** <br><br><br> **PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO PTO 105 [UNOPPOSED]** |

**PLAINTIFF'S [UNOPPOSED] MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO PTO 105**

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiff's respectfully move the Court for leave to file the attached Amended Complaint to Amend her Factual Allegations pursuant to PTO 105. Plaintiff has adhered to the Court's meet and confer procedure and Defendants have no objections to the amended facts contained herein.

Rule 15 provides that "a party may amend its pleading [with] the court's leave" and that "[t]he court should freely give leave when justice so requires." Fed.R.Civ.P. 15(a)(2). Plaintiff moves to file the Amended Complaint within the time permitted by the Court in the PTO No. 105 [Doc. No. 10338] and Stipulation Regarding PTO No. 105,[ Doc. No. 11347].[1]

1

**AMENDMENTS TO COMPLAINT**

1.     PTO 105 FACTUAL ALLEGATIONS

**Mrs Hawkins was told by her treating & prescribing oncologist, Dr Carolyn Jones, MD  in approximately July 2005 that her hair would grow back, maybe early & it may come in curly, but that the time frame varies.  Plaintiff had further conversations with Dr. Carolyn Jones, MD on approximately December 2005, May 2006, January 2008, November 2017.  Plaintiff asked Dr Jones when her hair would grow back & she said she " could not say" and that "it varied" and "to be patient" that "it may take a while longer". [Permissible amendments pursuant to the Court's ORDER & REASONS, Doc 11129 at 5-6, 9-10, 12, 14-17]**

**Plaintiff observed her hair falling out and becoming very thin without any regrowth from Nov. 2005, after Taxotere, thru January 2017. ". [Permissible amendments pursuant to the Court's ORDER & REASONS, Doc 11129 at 10,15].**

**Plaintiff discussed treatments for her expected hair loss with her beautician, Dee Brentenson, from July 2005 thru Nov. 2017. This beautician observed from Nov.2005 until Nov.2017 that her hair was falling out, thin and saw no regrowth.  Ms Brentenson helped her find & syle various hair pieces during that time.   On approximately Nov 2016, Ms Brentenson stated that recommended  that Plaintiff go to Merle Norman and just buy a wig because she saw no evidence of any regrowth, and her hair was so thin that the hair pieces would not stay in place & were irritating her scalp. [Permissible amendments pursuant to the Court's ORDER & REASONS, Doc 11129 at 9]**

**In approximately Dec. 2016 she saw Legal TV ads stating that Taxotere was linked to permanent hair loss and she contacted the Dudley Law Firm .  [Permissible amendments pursuant to the Court's ORDER & REASONS, Doc 11129 at 17]**

      For all these reasons, Plaintiff respectfully requests that the Court grant Plaintiff leave to file the attached Amended Complaint.  Also attached is a proposed order.

                        Respectfully Submitted,

Dated:  January 4th, 2021        /s/ Elizabeth Dudley
                                     ELIZABETH DUDLEY, KS 21582
                                     THE DUDLEY LAW FIRM, LLC
                                     23438 SW Pilot Point Rd, Ste A
                                     Douglass, Ks  67039
                                     Tel: [316]746-3969
                                     Fax: [316]854-5638
                                     Liz@lizdudleylaw.com

---

[1] File Amended Complaints by January 15,2021

Attorney for Plaintiff

CERTIFICATE OF SERVICE

I certify that, on the date set forth below, the foregoing **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO PTO 105** was filed electronically and that it is available for viewing and downloading on the court's CM/ECF system by the parties.

I further certify that, on the date set forth below, this same document was served on defendants' counsel via email at PTO105@shb.com.

DATED:  JANUARY 4TH, 2021          */s/ Elizabeth Dudley*
ELIZABETH DUDLEY, KS 21582
THE DUDLEY LAW FIRM, LLC
23438 SW Pilot Point Rd, Ste A
Douglass, Ks  67039
Tel: [316]746-3969
Fax: [316]854-5638
Liz@lizdudleylaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |
| SHEILA ANN HAWKINS, | |
| | COMPLAINT & JURY DEMAND |
| Plaintiff(s), | |
| | Civil Action No.: <u>2:18-cv--09689</u> |
| vs. | |
| | ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO PTO 105 [UNOPPOSED] |
| SANOFI AVENTIS US, LLC et al, | |
| Defendant(s). | |

**ORDER GRANTING PLAINTIFF'S [UNOPPOSED] MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO PTO 105**

AND NOW, on this _____ day of _____, 2021, upon consideration of Plaintiff's Unopposed Motion for Leave to File Amended Complaint Pursuant to PTO 105, it is hereby ORDERED that Plaintiff's Motion is GRANTED.

BY THE COURT:

_____
JANE TRICHE MILAZZO,
United States District Judge

4