UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>FIRST AMENDED COMPLAINT & JURY DEMAND<br><br>Civil Action No.: 18-cv-09689 |
| SHEILA ANN HAWKINS, | | |
| Plaintiff(s), | | |
| vs. | | |
| SANOFI AVENTIS US, LLC et al, | | |
| Defendant(s). | | |

**AMENDED SHORT FORM COMPLAINT**

Plaintiff(s) incorporate by reference the Amended Master Long Form Complaint and Jury Demand filed in the above-referenced case on March 31, 2017. Pursuant to Pretrial Order No. 15, this Short Form Complaint adopts allegations and encompasses claims as set forth in the Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1. Plaintiff:

    SHEILA ANN HAWKINS

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

    Larry E. Hawkins

1

3.     Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator): NA

4.     Current State of Residence: <u>Georgia</u>

5.     State in which Plaintiff(s) allege(s) injury: <u>Georgia</u>

6.     Defendants (check all Defendants against whom a Complaint is made):

    a.     Taxotere Brand Name Defendants

        [x]   A.   Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

        [x]   B.   Sanofi-Aventis U.S. LLC

    b.     Other Brand Name Drug Sponsors, Manufacturers, Distributors

        [ ]   A.   Sandoz Inc.

        [ ]   B.   Accord Healthcare, Inc.

        [ ]   C.   McKesson Corporation d/b/a McKesson Packaging

        [ ]   D.   Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

        [ ]   E.   Hospira, Inc.

        [ ]   F.   Sun Pharma Global FZE

        [ ]   G.   Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

        [ ]   H.   Pfizer Inc.

        [ ]   I.   Actavis LLC f/k/a Actavis Inc.

        [ ]   J.   Actavis Pharma, Inc.

        [ ]   K.   Other:

7. Basis for Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8. Venue:

   District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

   USDC Georgia Middle District-Macon Division

9. Brand Product(s) used by Plaintiff (check applicable):

   ☒ A.   Taxotere

   ☐ B.   Docefrez

   ☐ C.   Docetaxel Injection

   ☐ D.   Docetaxel Injection Concentrate

   ☐ E.   Unknown

   ☐ F.   Other:

10. First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

3

> 10.13.2005-12.15.2005

11. State in which Product(s) identified in question 9 was/were administered:

> Georgia

12. Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> Hair loss with thinning in area where she still has hair; must wear wig & hair piece. Her job required her to make presentations to other business associates; loss of her hair caused significant emotional pain, suffering & disfigurement damages.

13. Counts in Master Complaint brought by Plaintiff(s):

   ☒ Count I – Strict Products Liability - Failure to Warn

   XX Count II—Strict Products Liability for Misrepresentation
   ☒ Count III – Negligence
   ☒ Count IV – Negligent Misrepresentation
   ☒ Count V – Fraudulent Misrepresentation
   ☒ Count VI – Fraudulent Concealment
   ☒ Count VII – Fraud and Deceit
   XX Count VIII—Breach of Express Warranty (Sanofi Defendants only)

   ☐ Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

14. Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

By: Elizabeth Dudley
THE DUDLEY LAW FIRM, LLC
23438 SW Pilot Point Rd
Douglass, Ks  67039
KS 21582
[316]746-3969 [o]
[316]746-3922 [fx]
Liz@lizdudleylaw.com

**PTO 105 FACTUAL ALLEGATIONS:**

**Mrs Hawkins was told by her treating & prescribing oncologist, Dr Carolyn Jones, MD in approximately July 2005 that her hair would grow back, maybe early & it may come in curly, but that the time frame varies.  Plaintiff had further conversations with Dr. Carolyn Jones, MD on approximately December 2005, May 2006, January 2008, November 2017.  Plaintiff asked Dr Jones when her hair would grow back & she said she " could not say" and that "it varied" and "to be patient" that "it may take a while longer". [Permissible amendments pursuant to the Court's ORDER & REASONS, Doc 11129 at 5-6, 9-10, 12, 14-17]**

**Plaintiff observed her hair falling out and becoming very thin without any regrowth from Nov. 2005, after Taxotere, thru January 2017. ". [Permissible amendments pursuant to the Court's ORDER & REASONS, Doc 11129 at 10,15].**

**Plaintiff discussed treatments for her expected hair loss with her beautician, Dee Brentenson, from July 2005 thru Nov. 2017. This beautician observed from Nov.2005 until Nov.2017 that her hair was falling out, thin and saw no regrowth.  Ms Brentenson helped her find & syle various hair pieces during that time.  On approximately Nov 2016, Ms Brentenson stated that recommended  that Plaintiff go to Merle Norman and just buy a wig because she saw no evidence of any regrowth, and her hair was so thin that the hair pieces would not stay in place & were irritating her scalp. [Permissible amendments pursuant to the Court's ORDER & REASONS, Doc 11129 at 9]**

**In approximately Dec. 2016 she saw Legal TV ads stating that Taxotere was linked to permanent hair loss and she contacted the Dudley Law Firm . . [Permissible amendments pursuant to the Court's ORDER & REASONS, Doc 11129 at 17]**

5