## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | : | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION "H" (5)** |
| | : | **JUDGE MILAZZO** |
| | : | **MAG. JUDGE NORTH** |
| SHEILA ANN HAWKINS_____ , | : | |
| | : | **COMPLAINT & JURY DEMAND** |
| Plaintiff(s), | : | |
| | : | **Civil Action No.: 2:18-cv--09689** |
| vs. | : | |
| | : | |
| | : | **ORDER  GRANTING** |
| | : | **PLAINTIFF'S MOTION FOR** |
| SANOFI AVENTIS US, LLC et al   , | : | **LEAVE TO FILE AMENDED** |
| | : | **COMPLAINT PURSUANT** |
| Defendant(s). | : | **TO PTO 105 [UNOPPOSED]** |
| ----------------------------------------------------------- | : | |

**ORDER GRANTING PLAINTIFF'S [UNOPPOSED] MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO PTO 105**

AND NOW, on this _____ day of _____, 2021, upon consideration of Plaintiff's

Unopposed Motion for Leave to File Amended Complaint Pursuant to PTO 105, it is hereby

ORDERED that Plaintiff's Motion is GRANTED.

BY THE COURT:

_____
JANE TRICHE MILAZZO,
United States District Judge