UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| DESIREE N. MARCANO, <br><br>   Plaintiff(s), <br>vs. <br><br>SANOFI AVENTIS US, LLC et al, <br><br>   Defendant(s). <br>------------------------------------------------------------ | : : : : : : : : : : : | COMPLAINT & JURY DEMAND<br><br>Civil Action No.: **2:17-cv--16860**<br><br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO PTO 105 [UNOPPOSED]** |

**PLAINTIFF'S [UNOPPOSED] MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO PTO 105**

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiff's respectfully move the Court for leave to file the attached Amended Complaint to Amend her Factual Allegations pursuant to PTO 105. Plaintiff has adhered to the Court's meet and confer procedure and Defendants have no objections to the amended facts contained herein.

Rule 15 provides that "a party may amend its pleading [with] the court's leave" and that "[t]he court should freely give leave when justice so requires." Fed.R.Civ.P. 15(a)(2). Plaintiff moves to file the Amended Complaint within the time permitted by the Court in the PTO No. 105 [Doc. No. 10338] and Stipulation Regarding PTO No. 105,[ Doc. No. 11347].[1]

**AMENDMENTS TO COMPLAINT**

---

[1] File Amended Complaints by January 15,2021

1

1.      Plaintiff Amends her answer to question No. 11 to "Maryland" as the state in which Taxotere was administered, correcting the prior typo in the previous version ["Taxotere infusion"].

2.      PTO 105 FACTUAL ALLEGATIONS

**Ms Marcano spoke to her treating & prescribing oncologist, Dr David Riseberg on approximately 09.01.2010, regarding whether or not her hair would grow back. Dr Reisberg told her that her hair would probably grow back and recommended she get a "cranial prosthesis for alopecia secondary to chemotherapy" in the meantime. During Taxotere treatment, at office visits on approximately 10.26.2010, 11.16.2010, 1.18.2011, Plaintiff spoke to her treating & prescribing oncologist, Dr David Riseberg & asked him when her hair would grow back. Dr Reisberg told her he "did not know". After Taxotere treatment at office visits on approximately 5.6.2011, 9.7.2011, 11.12.2013, 8.12.2016 Plaintiff spoke to her treating & prescribing oncologist, Dr David Riseberg & asked him when her hair would grow back. Dr Reisberg told her he "did not know". [Permissible amendments pursuant to the Court's ORDER & REASONS, Doc. 11129 at 5-6, 9, 10, 12,14-17].**

**In the fall of 2016, from September, October, November, December, she saw Legal TV ads stating that Taxotere was linked to permanent hair loss. Since a portion of her scalp hair, eyebrows and eyelashes had not grown back since the end of her treatment in January 2011 until the end of 2016, she contacted The Dudley Law Firm, LLC. [Permissible amendments pursuant to the Court's ORDER & REASONS, Doc. 11129 at 10,15,17]**

For all these reasons, Plaintiff respectfully requests that the Court grant Plaintiff leave to file the attached Amended Complaint. Also attached is a proposed order.

Respectfully Submitted,

Dated:  January 4th, 2021         */s/ Elizabeth Dudley*
ELIZABETH DUDLEY, KS 21582
THE DUDLEY LAW FIRM, LLC
23438 SW Pilot Point Rd, Ste A
Douglass, Ks  67039
Tel: [316]746-3969
Fax: [316]854-5638
Liz@lizdudleylaw.com

Attorney for Plaintiff

CERTIFICATE OF SERVICE

I certify that, on the date set forth below, the foregoing **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO PTO 105** was filed electronically and that it is available for viewing and downloading on the court's CM/ECF system by the parties.

I further certify that, on the date set forth below, this same document was served on defendants' counsel via email at PTO105@shb.com.


DATED: January 4th, 2021    */s/ Elizabeth Dudley*
ELIZABETH DUDLEY, KS 21582
THE DUDLEY LAW FIRM, LLC
23438 SW Pilot Point Rd, Ste A
Douglass, Ks  67039
Tel: [316]746-3969
Fax: [316]854-5638
Liz@lizdudleylaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| DESIREE N. MARCANO, | : : | COMPLAINT & JURY DEMAND |
| Plaintiff(s), | : : | Civil Action No.: **2:17-cv--16860** |
| vs. | : : : : : | ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO PTO 105 [UNOPPOSED] |
| SANOFI AVENTIS US, LLC et al, | : : | |
| Defendant(s). | : | |

**ORDER GRANTING PLAINTIFF'S [UNOPPOSED] MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO PTO 105**

AND NOW, on this _____ day of January, 2021, upon consideration of Plaintiff's Unopposed Motion for Leave to File Amended Complaint Pursuant to PTO 105, it is hereby ORDERED that Plaintiff's Motion is GRANTED.

BY THE COURT:

_____
JANE TRICHE MILAZZO,
United States District Judge

4