UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| DESIREE N. MARCANO , | : : | FIRST AMENDED COMPLAINT & JURY DEMAND |
| Plaintiff(s), | : | Civil Action No.: 17-16860 |
| vs. | : : : | |
| SANOFI AVENTIS US, LLC et al , | : : | |
| Defendant(s). | : : | |

**SHORT FORM COMPLAINT (Effective as of January 4, 2019)[1]**

Plaintiff(s) incorporate by reference the Amended Master Long Form Complaint and Jury Demand filed in the above-referenced case on July 25, 2017. Pursuant to Pretrial Order No. 15, this Short Form Complaint adopts allegations and encompasses claims as set forth in the Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1. Plaintiff:

    Desiree N. Marcano

---

[1] This version of the Short Form Complaint supersedes all prior versions of the form pursuant to Pretrial Order No. 73. This Court-approved version of the Short Form Complaint is available on the Court's Taxotere webpage and through MDL Centrality.

1

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

   NA

3. Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   _____

4. Current State of Residence: Maryland

5. State in which Plaintiff(s) allege(s) injury: Maryland

6. Defendants (check all Defendants against whom a Complaint is made):

   a. Taxotere Brand Name Defendants

   - [x] A. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.
   - [x] B. Sanofi-Aventis U.S. LLC

   b. Other Brand Name Drug Sponsors, Manufacturers, Distributors

   - [ ] A. Sandoz Inc.
   - [ ] B. Accord Healthcare, Inc.
   - [ ] C. McKesson Corporation d/b/a McKesson Packaging
   - [ ] D. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.
   - [ ] E. Hospira, Inc.
   - [ ] F. Sun Pharma Global FZE
   - [ ] G. Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.
   - [ ] H. Pfizer Inc.
   - [ ] I. Actavis LLC f/k/a Actavis Inc.
   - [ ] J. Actavis Pharma, Inc.

|   |   |   |
|---|---|---|
| ☐ | K. | Other: |

7. Basis for Jurisdiction:

☒ Diversity of Citizenship

☐ Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8. Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

USDC Maryland-Baltimore

9. Brand Product(s) used by Plaintiff (check applicable):

☒ A. Taxotere

☐ B. Docefrez

☐ C. Docetaxel Injection

☐ D. Docetaxel Injection Concentrate

☐ E. Unknown

☐ F. Other:

10.     First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

> 10.5.2010-01.18.2011  [10.5.2010, 10.26.2010, 11.16.2010, 12.?.2010, 12.28.2010, 01.18.2011]

11.     State in which Product(s) identified in question 9 was/were administered:

> Maryland

12.     Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> Hair loss started during treatment with Taxotere; she lost majority of her hair on the front half of her skull, lost her eyebrows and eyelashes – all permanently.

13.     Counts in Master Complaint brought by Plaintiff(s):

- [x] Count I – Strict Products Liability - Failure to Warn
- [x] Count II—Strict Products Liability for Misrepresentation
- [x] Count III – Negligence
- [x] Count IV – Negligent Misrepresentation
- [x] Count V – Fraudulent Misrepresentation
- [x] Count VI – Fraudulent Concealment
- [x] Count VII – Fraud and Deceit

- [ ] Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

14.  Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

By: | Elizabeth Dudley
THE DUDLEY LAW FIRM, LLC
23438 SW Pilot Point Rd
Douglass, Ks  67039
KS 21582
[316]746-3969 [o]
[316]746-3922 [fx]
Liz@lizdudleylaw.com

**PTO 105 FACTUAL ALLEGATIONS**

**Ms Marcano spoke to her treating & prescribing oncologist, Dr David Riseberg on approximately 09.01.2010, regarding whether or not her hair would grow back.  Dr Reisberg told her that her hair would probably grow back and recommended she get a "cranial prosthesis for alopecia secondary to chemotherapy" in the meantime.  During Taxotere treatment, at office visits on approximately 10.26.2010, 11.16.2010, 1.18.2011, Plaintiff spoke to her treating & prescribing oncologist, Dr David Riseberg & asked him when her hair would grow back.  Dr Reisberg told her he "did not know".  After Taxotere treatment at office visits on approximately 5.6.2011, 9.7.2011, 11.12.2013, 8.12.2016 Plaintiff spoke to her treating & prescribing oncologist, Dr David Riseberg & asked him when her hair would grow back.  Dr Reisberg told her he "did not know".  [Permissible amendments pursuant to the Court's ORDER & REASONS, Doc. 11129 at 5-6, 9, 10, 12,14-17].**

**In the fall of 2016, from September, October, November, December, she saw Legal TV ads stating that Taxotere was linked to permanent hair loss.  Since a portion of her scalp hair, eyebrows and eyelashes had not grown back since the end of her treatment in January 2011 until the end of 2016, she contacted The Dudley Law Firm, LLC.   [Permissible amendments pursuant to the Court's ORDER & REASONS, Doc. 11129 at 10,15,17]**