UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| DESIREE N. MARCANO, <br><br>Plaintiff(s), <br>vs. <br><br><br>SANOFI AVENTIS US, LLC et al, <br><br>Defendant(s). <br>------------------------------------------------------------ | : : : : : : : : : : : : | COMPLAINT & JURY DEMAND<br><br>Civil Action No.: **2:17-cv--16860**<br><br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO PTO 105 [UNOPPOSED] |

**ORDER GRANTING PLAINTIFF'S [UNOPPOSED] MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO PTO 105**

AND NOW, on this _____ day of January, 2021, upon consideration of Plaintiff's Unopposed Motion for Leave to File Amended Complaint Pursuant to PTO 105, it is hereby ORDERED that Plaintiff's Motion is GRANTED.

BY THE COURT:

_____
JANE TRICHE MILAZZO,
United States District Judge

4