UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> This document relates to all cases ) <br> ) | MDL No. 16-2740 <br><br> SECTION: "H" (5) |

# ORDER

On December 14, 2020, the Court ordered certain plaintiffs to comply with their obligations in this litigation. The Court has been advised that the following plaintiff has failed to do so within the time frame set by the Court.

- Karolyn Jenkins, 2:18-cv-00893

Accordingly, **IT IS ORDERED** that the above-listed case is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 4th day of January, 2021.

HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE