# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| This document relates to all cases ) | |
| ) | |

## ORDER

**IT IS ORDERED** that that the hearings currently set for January 11-13, 2021 are **RESET** for **February 8-10, 2021**, beginning at **9:30 a.m.** each day. At a later time, the Court will designate which motions it will hear.

New Orleans, Louisiana, this 4th day of January, 2021.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE