UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : MDL NO. 2740 |
| | : SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : |
| | : HON. JANE TRICHE MILAZZO |
| *Donna Dean v. Accord Healthcare, Inc.* *Case No. 2:19-cv-14798* | : MAG. JUDGE MICHAEL NORTH |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Donna Dean's claims against Accord Healthcare, Inc. be dismissed with prejudice, each party to bear its own costs.

*/s/ William L. Bross*
William L. Bross
HENINGER GARRISON DAVIS, LLC
2224 First Avenue North
Birmingham, AL  35203
Telephone: 205-326-3336
william@hgdlawfirm.com

*Attorney for Plaintiff*
*Donna Dean*

*/s/ Julie A. Callsen*
Julie A. Callsen
Brenda A. Sweet
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, Ohio  44113-7213
Telephone:  216-592-5000
Facsimile:  216-692-5009
julie.callsen@tuckerellis.com
brenda.sweet@tuckerellis.com

*Attorneys for Defendant*
*Accord Healthcare, Inc.*

4993594.1

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2021, a true and correct copy of the foregoing was filed with the Court via the ECF system that will send notification of such filing to all counsel of record.

/s/ *Julie A. Callsen*
Julie A. Callsen