UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **MEMOMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** |
| THIS DOCUMENT RELATES TO:<br><br>GIGI ROBINSON v. SANOFI US SERVICES INC., ET AL. | Civil Action No.: 2:17-cv-11450-JTM-MBN |

## MEMOMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

COMES NOW Plaintiff Gigi Robinson, by and through the undersigned counsel, pursuant to Federal Rules of Civil 15(A)(2), respectfully moves the Court for leave to amend her Short Form Complaint filed in this action. Plaintiff's original Complaint was filed in the Eastern District of Louisiana on October 29, 2017 (*Gigi Robinson v. Sanofi U.S. Services Inc., et al.* Case No. 2:17-cv-11450-JTM-MBN), and Plaintiff served Defendants pursuant to PTO 9.

The court should freely give leave to file an amended complaint when justice so requires. Fed. R. Civ. P. 15(A)(2). Justice requires an amendment in this case. Plaintiff was not aware that Sagent Pharmaceuticals and Actavis had been a manufacturer of her chemotherapy. Plaintiff wishes to amend her complaint to include Sandoz, Inc., Hospira, Inc. and Hospira Worldwide, LLC as the only Defendants. Sanofi U.S. Services Inc. and Sanofi-Aventis U.S. LLC should be dismissed with prejudice. Plaintiff's proposed amendment would reflect this change.

1

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with Defense counsel, and there is no opposition to this motion.

For the reasons stated herein, Plaintiff requests that this Court grant leave to file the attached Amended Complaint.

Dated January 5, 2021.

**BACHUS & SCHANKER, LLC**
By: <u>*/s/ J. Christopher Elliott*</u>
J. Christopher Elliott, Esq.
Bachus & Schanker, LLC
101 West Colfax Suite 650
Denver, CO 80202
Telephone: (303)893-8900
Facsimile: (303) 893-9900
Email: celliott@coloradolaw.net
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 5, 2021 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                            *s/J. Christopher Elliott*
                                            J. Christopher Elliott, Esq.