UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **MEMOMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** |
| THIS DOCUMENT RELATES TO:<br><br>GAIL TAYLOR v. SANOFI U.S SERVICES, INC., ET AL. | Civil Action No.: 2:17-cv-16353-JTM-MBN |

## MEMOMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

COMES NOW Plaintiff Gail Taylor, by and through the undersigned counsel, pursuant to Federal Rules of Civil 15(A)(2), respectfully moves the Court for leave to amend her Short Form Complaint filed in this action. Plaintiff's original Complaint was filed in the Eastern District of Louisiana on December 9, 2017 (*Gail Taylor v. Sanofi US Services Inc. et al. (*Case No. 2:17-cv-16353-JTM-MBN), and Plaintiff served Defendants pursuant to PTO 9.

The court should freely give leave to file an amended complaint when justice so requires. Fed. R. Civ. P. 15(A)(2). Justice requires an amendment in this case. Plaintiff was not aware that Sagent Pharmaceuticals and Actavis had been a manufacturer of her chemotherapy. Plaintiff wishes to amend her complaint to include Sagent Pharmaceuticals, Inc., Actavis LLC, and Actavis Pharma, Inc. as the only Defendants. Sanofi U.S. Services Inc. and Sanofi-Aventis U.S. LLC should be dismissed with prejudice. Plaintiff's proposed amendment would reflect this change.

1

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with counsel for Sagent Pharmaceuticals, Inc., Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc., who agreed, in the interest of judicial economy, not to oppose the motion for leave to amend, with the understanding and agreement that Actavis LLC f/k/a Actavis Inc., Actavis Pharma, Inc. and Sagent Pharmaceuticals, Inc., reserve their rights to assert all defenses, including jurisdictional defenses and defenses based on statute of limitations, at another stage in this lawsuit.

For the reasons stated herein, Plaintiff requests that this Court grant leave to file the attached Amended Complaint.

Dated January 5, 2021.

**BACHUS & SCHANKER, LLC**
By:  /s/ *J. Christopher Elliott*
J. Christopher Elliott, Esq.
Bachus & Schanker, LLC
101 West Colfax Suite 650
Denver, CO 80202
Telephone: (303)893-8900
Facsimile: (303) 893-9900
Email: celliott@coloradolaw.net
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 5, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                   *s/J. Christopher Elliott*
                                                   J. Christopher Elliott, Esq.