UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF SUBMISSION OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** |
| THIS DOCUMENT RELATES TO:<br><br>GAIL TAYLOR v. SANOFI U.S SERVICES, INC., ET AL. | Civil Action No.: 2:17-cv-16353-JTM-MBN |

# NOTICE OF SUBMISSION OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to File Amended Short Form Complaint is hereby set for submission before District Court Milazzo on January 27, 2021 at 9:30 a.m.

Dated January 5, 2021.

                                              **BACHUS & SCHANKER, LLC**
                                              By: _/s/ J. Christopher Elliott_
                                              J. Christopher Elliott, Esq.
                                              Bachus & Schanker, LLC
                                              101 West Colfax Suite 650
                                              Denver, CO 80202
                                              Telephone: (303)893-8900
                                              Facsimile: (303) 893-9900
                                              Email: celliott@coloradolaw.net
                                              _Attorney for Plaintiff_

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 5, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                        *s/J. Christopher Elliott*

                                        J. Christopher Elliott, Esq.