UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)           MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO           SECTION "H" (5)
Alice Hughes, Case No. 2:17-cv-11769

**PLAINTIFF'S BRIEF IN OPPOSITION TO DEFNDANT ACCORD HEALTHCARE, INC.'S MOTION TO STRIKE PLAINTIFF'S REPLY BRIEF IN SUPPORT OF MOTION TO EXCLUDE TESTIMONY OF DR. MUKUL AGRAWAL**

On December 22, 2020, Plaintiff filed her reply brief in support of her Motion to Exclude Dr. Mukul Agrawal. (Rec. Doc. 11706). The filing of this reply brief was timely within the agreed upon briefing schedule for Trial 3. *See* CMO 14H. (Rec. Doc. 11392) Accord's argument to the contrary is much ado about nothing.

There are two Plaintiffs set to begin discovery for Trial 3- Alice Hughes, whose docetaxel was manufactured by Accord, and Wanda Stewart, whose docetaxel was manufactured by Sandoz. Both manufacturers are 505(b)(2) defendants. *See* CMO 21.

The Court adopted the parties' agreed upon trial schedule for Trial 3. *See* CMO 14G. The agreed upon trial schedule was developed, in part, from discussions in Chambers that resulted in dividing pre-trial motions into two categories- (1) Initial Motions and Briefs and (2) Motions and Briefs. The Initial Motions deadline was March 12, 2020 and the second deadline for Motions and Briefs was November 9, 2020. The reasoning for two separate submission dates for motions was to bring dispositive motions early so that the effort and expense of discovery would be avoided. This dual motion track was designed to achieve efficiency.

1

The Initial Motions and Briefs deadline for Trial 3 of March 12, 2020 passed and neither Accord nor Sandoz filed any motions.[1] But on September 20, 2020, six (6) months past the Initial Motions and Briefs deadline, Accord filed a Motion for Summary Judgment on Preemption Grounds. (Rec. Doc. 11074).[2] The Court instructed the parties to work on a schedule for all Trial 3 motions. The parties agreed to a new briefing schedule for the Trial 3 cases, which the Court adopted on November 6, 2020, moving the deadline for Motions and Briefs to November 17, 2020, with Oppositions due on December 11, 2020 and Replies on December 22, 2020. *See* CMO 14H.

Plaintiff filed her Motion to Exclude the Testimony and Opinions of Dr. Mukul Agrawal contemporaneously with her Opposition to Accord's Motion for Summary Judgment on Preemption Grounds on November 12, 2020 (her Preemption Opposition was filed just before midnight on November 11, 2020). *See* Rec. Doc. Nos. 11425 and 11423. Plaintiff's Motion to Exclude Dr. Agrawal's Testimony and Opinions was filed early and contemporaneously with her Opposition to Accord's Preemption Motion because of the importance that the two motions be heard together. Accord's position on preemption rests largely on the foundation of Dr. Agrawal's opinions, and it is clear by the timing of the filing of Accord's Preemption Motion – well outside of the agreed upon CMO 14G schedule for motions – that Accord seeks the relief requested in its motion to apply outside of the Hughes case and to all cases involving Accord in this MDL. Thus, it was important for the Court to hear both motions together.

Soon after the filing of Plaintiff's Preemption Opposition and her Motion to Exclude Dr. Agrawal's Testimony and Opinions, it became apparent that the motions would not be heard in

---

[1] The Court selected 3 plaintiffs for Trial 3- one plaintiff against Accord, one against Sandoz and one against Hospira. Only Hospira filed an initial motion subject to the March 12, 2020 deadline.

[2] Plaintiffs acknowledge that motions "may" be filed after the initial deadline. (CMO 14E and 14G). But the dual tracks seemed to be preferred by the Court for the sake of efficiency.

accord with the agreed upon Trial 3 schedule. During the most recent lead/liaison counsel meeting, counsel for Accord stated that she wanted to argue the motions in person, rather than via Zoom. This Court addressed this issue specifically and indicated that no in-person arguments would occur until February, at the earliest due to the Eastern District's COVID policies. The Court directed the parties to confer on resetting the oral arguments for Trial 3 motions, including Accord's Preemption Motion and the *Daubert* challenges to experts cited in the preemption briefing (including Dr. Agrawal). Your Honor set all Trial 3 motions to be heard on February 8-10, 2021.

Thereafter, Plaintiff filed her reply brief as to Dr. Agrawal on December 22, 2020, within the agreed upon Trial 3 schedule of replies being due on December 22, 2020. Indeed, when there is a trial schedule agreed to by the parties and more importantly entered by the Court, that schedule overrides the normal submission date calendar. This is evidenced by the parties' alteration of submission dates with all other Trial 3 motions to fit the CMO 14H schedule, as well as the filing of reply briefs without leave, despite the local rule requirement otherwise.

Finally, Accord's motion makes no claim that Accord will be prejudiced by the entry of Plaintiff's reply brief. Indeed, there is no prejudice to Accord in the admission of Plaintiff's reply brief as the brief does not raise any new issues and will not delay the proceedings. The filing of such a reply is routinely accepted by the Court, and should be in the present case as well.

In light of all of the foregoing, Plaintiff respectfully requests that Accord's Motion to Strike Plaintiff's Reply Brief in Support of her Motion to Exclude Testimony of Dr. Mukul Agrawal be denied and the Reply brief be fully considered by this Court.

Dated: January 5, 2021                                    Respectfully submitted,

*/s/ Christopher L. Coffin*                               */s/ Karen B. Menzies*
Christopher L. Coffin (#27902)                            Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.                          GIBBS LAW GROUP LLP
1100 Poydras Street, Suite 2505                           6701 Center Drive West, Suite 1400
New Orleans, Louisiana 70163                              Los Angeles, California 90045
Phone: (504) 355-0086                                     Telephone: 510-350-9700
Fax: (504) 355-0089                                       Facsimile: 510-350-9701
ccoffin@pbclawfirm.com                                    kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*                             *Plaintiffs' Co-Lead Counsel*

*/s/M. Palmer Lambert*                                    */s/Dawn M. Barrios*
M. Palmer Lambert (#33228)                                Dawn M. Barrios (#2821)
GAINSBURGH  BENJAMIN  DAVID                               BARRIOS, KINGSDORF & CASTEIX, LLP
MEUNIER & WARSHAUER, LLC                                  701 Poydras Street, Suite 3650
2800 Energy Centre, 1100 Poydras Street                   New Orleans, LA 70139
New Orleans, LA 70163-2800                                Phone: 504-524-3300
Phone: 504-522-2304                                       Fax: 504-524-3313
Fax: 504-528-9973                                         barrios@bkc-law.com
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*                          *Plaintiffs' Co-Liaison Counsel*

**PLAINTIFFS' STEERING COMMITTEE**

Anne Andrews                                              Abby E. McClellan
Andrews & Thornton                                        Stueve Siegel Hanson LLP
4701 Von Karman Ave., Suite 300                           460 Nichols Road, Suite 200
Newport Beach, CA 92660                                   Kansas City, MO 64112
Phone: (800) 664-1734                                     Phone: (816) 714-7100
aa@andrewsthornton.com                                    Fax: (816) 714-7101
                                                          mcclellan@stuevesiegel.com


J. Kyle Bachus                                            Karen Barth Menzies
Bachus & Schanker, LLC                                    Gibbs Law Group LLP
101 W Colfax Ave, Suite 650                               6701 Center Drive West, Suite 1400
Denver, CO 80202                                          Los Angeles, CA 90045  Phone:
Phone: (2021                                              510-350-9700
Fax: (303) 893-9900                                       Fax: 510-350-9701
kyle.bachus@coloradolaw.net                               kbm@classlawgroup.com

4

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

John Gomez
The Gomez Law Firm, PLLC
655 West Broadway, Suite 1700
San Diego, CA 92101
Phone: (619) 237.3490
Fax: 619.237.3496.
john@thegomezfirm.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, FL 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Andre M. Mura
Gibbs Law Group LLP
505 14th Street Suite 1110
Oakland, CA 94612
Phone: (510) 350-9717
Fax: (510) 350-9701
amm@classlawgroup.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Jessica Perez Reynolds
Pendley, Baudin & Coffin
P.O. Drawer 71
24110 Eden Street
Plaquemine, LA 70765
Phone: (225) 687-6396
Fax: (225) 687-6398
jperez@pbclawfirm.com

Darin L. Schanker
Bachus Schanker
101 W Colfax Ave, Suite 650
Denver, CO 80202
Phone: (303) 222-2222
Fax: (303) 893-9900
dls@coloradolaw.net

| | |
|---|---|
| Andrew Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904 15058 River Road<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>andrew@lemmonlawfirm.com | Hunter J. Shkolnik<br>Napoli Shkolnik PLLC<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>Phone: (212) 397-1000<br>hunter@napolilaw.com |
| Daniel P. Markoff<br>Atkins & Markoff Law Firm<br>9211 Lake Hefner Parkway, Suite 104<br>Oklahoma City, OK 73120<br>Phone: (405) 607-8757<br>Fax: (405) 607-8749<br>dmarkoff@atkinsandmarkoff.com | Zachary Wool<br>Barrios Kingsdorf & Casteix, LLP<br>701 Poydras Street, Suite 3650<br>New Orleans, LA 70139<br>Phone: (504) 524-3300<br>Fax: (504) 524-3313<br>zwool@bkc-law.com |

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                */s/ Dawn M. Barrios*
                                                DAWN M. BARRIOS