UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO |
| *All cases where Sanofi-Aventis U.S. LLC is named as a defendant* | : : : | |

## NOTICE OF APPEARANCE

Please enter the appearance of Madison M. Hatten of the law firm Shook, Hardy & Bacon L.L.P. as counsel for Defendant Sanofi-Aventis U.S. LLC., in the above-captioned matters.

Dated:  January 6, 2021

Respectfully Submitted,

SHOOK, HARDY & BACON L.L.P.

 */s/ Madison M. Hatten*
Madison M. Hatten
Shook, Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Tel:  (816) 474-6550
Fax:  (816) 421-5547
Email: mhatten@shb.com

*Attorney for Defendant Sanofi-Aventis U.S. LLC*

4848-7192-0342 v1