IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| LISA WATTS, | JUDGE MILAZZO |
| Plaintiff, | MAG. JUDGE NORTH |
| v. | |
| | Civil Action No. 2:17-cv-10402 |
| SANDOZ INC., | |
| Defendant. | |

**MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF
UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM
COMPLAINT**

Plaintiff, Lisa Watts, by and through her attorneys, respectfully seek leave of Court to file an Amended Short Form Complaint in this matter for the reasons set forth below:

The original suit was filed in this matter based upon the belief by Plaintiff, Lisa Watts, that she was provided Taxotere/Docetaxel chemotherapy which caused her to permanently lose her hair. Her original suit was filed on October 10, 2017, shortly after she became aware of claims associated with Docetaxel use.

Subsequent to the filing of her Short Form Complaint, after diligent and persistent investigation by counsel, and after Plaintiff conducted further review of Plaintiff's chemotherapy administration records seeking additional information showing the NDC codes or Lot numbers for all of Plaintiff's treatment dates, it was found that Plaintiff's first, second, third and fourth treatment doses were manufactured by SANDOZ, however Plaintiff's fifth treatment dose was manufactured by HOSPIRA. Therefore, it has become apparent that HOSPIRA, INC., and HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC., should have been named

as additional defendants to this suit. This fact was not evident from a normal review of the medical records, but rather, involved investigation related to certain NDC codes or Lot numbers.

Plaintiff contacted Defendant's counsel and Defendant does not oppose the relief requested, based on the understanding and agreement that Defendant does not waive any defenses, including but not limited to defenses based jurisdiction, statute of limitations, or the applicability of FRCP 15(c) by agreeing not to contest this motion.

Plaintiff, therefore, desires to amend the Complaint to add HOSPIRA, INC., and HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC. as a Defendants in this matter and to include allegations against them as an additional manufacturer of the drug administrated to the Plaintiff, as she only recently became aware of these allegations.

Dated this 7th day of January, 2021.

Respectfully submitted by,

/s/ *Michael P. McGartland*
MS Bar No. 100487
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone:    (817) 332-9300
Facsimile:    (817) 332-9301
mike@mcgartland.com

**CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rules 7.6, I hereby certify that the foregoing Motion and Incorporated Memorandum in Support of Unopposed Motion for Leave to File Amended Short Form Complaint is agreed to by Defendant Sandoz Inc. and Defendants Hospira, Inc., and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

By: /s/ *Michael P. McGartland*
Michael P. McGartland

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of January, 2021, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

By: /s/ *Michael P. McGartland*
Michael P. McGartland