# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| SHIRLEY LANGLEY, | JUDGE MILAZZO |
| Plaintiff, | MAG. JUDGE NORTH |
| v. | |
| | Civil Action No. 2:17-cv-09623 |
| ACCORD HEALTHCARE, INC. | |
| Defendant. | |

## MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

Plaintiff, Shirley Langley, by and through her attorneys, respectfully seek leave of Court to file an Amended Short Form Complaint in this matter for the reasons set forth below:

The original suit was filed in this matter based upon the belief by Plaintiff, Shirley Langley, that she was provided Taxotere/Docetaxel chemotherapy which caused her to permanently lose her hair. Her original suit was filed on September 26, 2017.

Subsequent to the filing of her Short Form Complaint, after diligent and persistent investigation by counsel, and after Plaintiff conducted further review of Plaintiff's chemotherapy administration records and billing records seeking additional information showing the NDC codes or Lot numbers for all of Plaintiff's treatment dates, it was found that Plaintiff's treatment doses were manufactured by SANOFI and not Accord Healthcare, Inc., which was previously incorrectly provided by the facility. Therefore, it has become apparent that SANOFI-AVENTIS U.S. LLC, SANOFI-AVENTIS U.S. LLC d/b/a WINTHROP U.S., and SANOFI U.S. SERVICES INC. should have been named as defendants to this suit. This fact was not evident from a normal review

of the medical records, but rather, involved investigation related to certain NDC codes or Lot numbers.

Plaintiff contacted Defendants' counsel and Defendants do not oppose the relief requested, based on the understanding and agreement that Defendants do not waive any defenses, including but not limited to defenses-based jurisdiction, statute of limitations, or the applicability of FRCP 15(c) by agreeing not to contest this motion.

Plaintiff, therefore, desires to amend the Complaint to add SANOFI-AVENTIS U.S. LLC, SANOFI-AVENTIS U.S. LLC d/b/a WINTHROP U.S., and SANOFI U.S. SERVICES INC. as a Defendants in this matter and to include allegations against them as an additional manufacturer of the drug administrated to the Plaintiff, as she only recently became aware of these allegations, and dismissal ACCORD HEALTHCARE, INC.

Dated this 7th day of January 2021.

Respectfully submitted by,

/s/ *Michael P. McGartland*
MS Bar No. 100487
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone:    (817) 332-9300
Facsimile:    (817) 332-9301
mike@mcgartland.com

**CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rules 7.6, I hereby certify that the foregoing Motion and Incorporated Memorandum in Support of Unopposed Motion for Leave to File Amended Short Form Complaint is agreed to by Accord Healthcare, Inc. and Sanofi-Aventis U.S. LLC, Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S., and Sanofi U.S. Services Inc. takes no position.

By: /s/ *Michael P. McGartland*
Michael P. McGartland

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of January 2021, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

By: /s/ *Michael P. McGartland*
Michael P. McGartland