IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| SHIRLEY LANGLEY, | : : | JUDGE MILAZZO |
| Plaintiff, | : : | MAG. JUDGE NORTH |
| v. | : : | Civil Action No. 2:17-cv-09623 |
| ACCORD HEALTHCARE, INC., | : : | |
| Defendant. | : : | |

**NOTICE OF SUBMISSION**

COMES NOW Plaintiff in the above-captioned action, by and through her undersigned counsel, and file the following pleadings on Defendants, as follows:

1. Motion and Incorporated Memorandum in Support of Motion for Leave to File Amended Short Form Complaint;

2. Amended Short Form Complaint; and

3. Proposed Order.

Said motion will be submitted on the 27th day of January, 2020, at 9:30 a.m. before the Honorable Judge Jane Triche Milazzo of the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130. Oral argument has not been requested.

Dated this 7th day of January, 2021.

        Respectfully submitted by,

        /s/ *Michael P. McGartland*
        MS Bar No. 100487
        McGartland Law Firm, PLLC
        University Centre I, Suite 500
        1300 South University Drive
        Fort Worth, Texas 76107
        Telephone:   (817) 332-9300
        Facsimile:    (817) 332-9301
        mike@mcgartland.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of January, 2021, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

        By:   /s/ *Michael P. McGartland*
                   Michael P. McGartland