# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| SHIRLEY LANGLEY, | : : | JUDGE MILAZZO |
| Plaintiff, | : : | MAG. JUDGE NORTH |
| v. | : : | |
| ACCORD HEALTHCARE, INC., | : : | Civil Action No. 2:17-cv-09623 |
| Defendant. | : : : | |

## ORDER GRANTING LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiffs' Motion for Leave to File Amended Short Form Complaint in the above captioned matter and hereby DISMISSES with prejudice, Defendant ACCORD HEALTHCARE, INC.

SO ORDERED this _____ day of _____, 2020.

_____
JUDGE, UNITED STATES DISTRICT COURT