IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : MDL NO. 2740 |
| | : |
| | : SECTION "H" (5) |
| SARAH MENDEZ and JOHN MENDEZ, | : JUDGE MILAZZO |
| | : |
| Plaintiff, | : MAG. JUDGE NORTH |
| | : |
| v. | : |
| | : Civil Action No. 2:17-cv-07727 |
| ACCORD HEALTHCARE, INC. and MCKESSON CORPORATION d/b/a MCKESSON PACKAGING, | : |
| | : |
| Defendant. | : |

## NOTICE OF SUBMISSION

COMES NOW Plaintiff in the above-captioned action, by and through her undersigned counsel, and file the following pleadings on Defendants, as follows:

1. Motion and Incorporated Memorandum in Support of Motion for Leave to File Amended Short Form Complaint;

2. Amended Short Form Complaint; and

3. Proposed Order.

Said motion will be submitted on the 27th day of January, 2020, at 9:30 a.m. before the Honorable Judge Jane Triche Milazzo of the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130. Oral argument has not been requested.

1

Dated this 7th day of January 2021.

                                Respectfully submitted by,

                                /s/ *Michael P. McGartland*
                                MS Bar No. 100487
                                McGartland Law Firm, PLLC
                                University Centre I, Suite 500
                                1300 South University Drive
                                Fort Worth, Texas 76107
                                Telephone:    (817) 332-9300
                                Facsimile:     (817) 332-9301
                                mike@mcgartland.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of January 2021, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

                      By:    /s/ *Michael P. McGartland*
                                Michael P. McGartland