# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| SARAH MENDEZ and JOHN MENDEZ, | : : | JUDGE MILAZZO |
| Plaintiff, | : : | MAG. JUDGE NORTH |
| v. | : : | |
| | : | Civil Action No. 2:17-cv-07727 |
| ACCORD HEALTHCARE, INC. and MCKESSON CORPORATION d/b/a MCKESSON PACKAGING, | : : : : | |
| Defendant. | : : | |

## ORDER GRANTING LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiffs' Motion for Leave to File Amended Short Form Complaint in the above captioned matter and hereby DIMISSES with prejudice ACCORD HEALTHCARE, INC. and MCKESSON CORPORATION d/b/a MCKESSON PACKAGING.

SO ORDERED this _____ day of _____, 2020.

_____
JUDGE, UNITED STATES DISTRICT COURT