# United States Court of Appeals
# for the Fifth Circuit

---

No. 20-30104

---

IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION

---

CYNTHIA THIBODEAUX,

*Plaintiff—Appellant*,

versus

SANOFI U.S. SERVICES, INCORPORATED, *formerly known as* SANOFI-AVENTIS U.S., INCORPORATED; SANOFI-AVENTIS, U.S., L.L.C.,

*Defendants—Appellees*,

CONSOLIDATED WITH

---

No. 20-30107

---

IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION

---

DEBORAH JOHNSON,

*Plaintiff—Appellant*,

versus

SANOFI U.S. SERVICES, INCORPORATED, *formerly known as*

No. 20-30104

Sᴀɴᴏғɪ-Aᴠᴇɴᴛɪs U.S., Iɴᴄᴏʀᴘᴏʀᴀᴛᴇᴅ; Sᴀɴᴏғɪ-Aᴠᴇɴᴛɪs, U.S., L.L.C.,

*Defendants—Appellees*,

―――――――――――――――――――――

Tᴀɴʏᴀ Fʀᴀɴᴄɪs

*Plaintiff—Appellant*,

*versus*

Sᴀɴᴏғɪ U.S. Sᴇʀᴠɪᴄᴇs, Iɴᴄᴏʀᴘᴏʀᴀᴛᴇᴅ, *formerly known as* Sᴀɴᴏғɪ-Aᴠᴇɴᴛɪs U.S., Iɴᴄᴏʀᴘᴏʀᴀᴛᴇᴅ; Sᴀɴᴏғɪ-Aᴠᴇɴᴛɪs, U.S., L.L.C.,

*Defendants—Appellees*.

―――――――――――――――――――――

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:16-MD-2740
USDC No. 2:16-CV-15859
USDC No. 2:16-CV-15607
USDC No. 2:16-CV-17410

―――――――――――――――――――――

ORDER:

IT IS ORDERED that the appellants' unopposed motion to continue oral argument is GRANTED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT