# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 07, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 20-30104   Thibodeaux v. Sanofi U.S. Srv
                 USDC No. 2:16-MD-2740
                 USDC No. 2:16-CV-15859
                 USDC No. 2:16-CV-15607
                 USDC No. 2:16-CV-17410

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Whitney M. Jett, Deputy Clerk
504-310-7772

Ms. Betsy J. Barnes
Ms. Dawn M. Barrios
Ms. Ilana H. Eisenstein
Mr. John Christian Enochs
Ms. Rachel Horton
Ms. Emily Catherine Jeffcott
Mr. Matthew Palmer Lambert
Ms. Carol L. Michel
Mr. T. Aaron Stringer