UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2740 ) |
| | ) SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | ) ) HON. JANE TRICHE MILAZZO |
| Capria Bonner, *Case No. 2:19-cv-11381* | ) MAG. JUDGE MICHAEL NORTH |
| Marion Scales, *Case No. 2:19-cv-11460* | ) |
| Lanice Sarfo, *Case No. 2:19-cv-11470* | ) |
| Lanita Johnson, *Case No. 2:19-cv-11652* | ) |
| Tammy Hammond, *Case No. 2:19-cv-13122* | ) PLAINTIFFS' UNOPPOSED MOTION |
| Tywanda McCormick, *Case No. 2:19-cv-13123* | ) FOR LEAVE TO FILE AMENDED |
| Shelba Willis, *Case No. 2:19-cv-13124* | ) SHORT FORM COMPLAINTS |
| Michelle Epps, *Case No. 2:19-cv-13125* | ) |
| Deirdre Battle, *Case No. 2:19-cv-13126* | ) |
| Barbara Troy, *Case No. 2:19-cv-13127* | ) |
| Allison Tynes, *Case No. 2:19-cv-14682* | ) |
| Morena Johnson, *Case No. 2:19-cv-14684* | ) |
| Talonda Ward, *Case No. 2:19-cv-14686* | ) |
| Jennifer Diforte, *Case No. 2:19-cv-14693* | ) |
| Patricia Tucker, *Case No. 2:19-cv-14697* | ) |
| Roseann Williams, *Case No. 2:20-cv-00227* | ) |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE
AMENDED SHORT FORM COMPLAINTS**

NOW INTO COURT, by and through the undersigned counsel, come Plaintiffs, Capria Bonner, Marion Scales, Lanice Sarfo, Lanita Johnson, Tammy Hammond, Tywanda McCormick, Shelba Willis, Michelle Epps, Deirdre Battle, Barbara Troy, Allison Tynes, Morena Johnson, Talonda Ward, Jennifer Diforte, Patricia Tucker and Roseann Williams, who pursuant to the attached Memorandum in Support, respectfully request leave to file the attached proposed Amended Short Form Complaints (Exhibits A-P).

Pursuant to Local Rule 7.6 and Pretrial Order No. 37A, Plaintiffs' counsel has conferred with counsel for all Defendants and there is no opposition to this motion, with the understanding

and agreement that Defendants reserve their rights to assert all defenses, including jurisdictional defenses and defenses based on statute of limitations, at another stage in this lawsuit.

WHEREFORE, Plaintiffs hereby respectfully request this Honorable Court grant leave to file the attached proposed Amended Short Form Complaints.

Dated: January 8, 2021                                   Respectfully submitted,

By: /s/ Thomas Smith
Thomas Smith, TN Bar #35331
Law Offices of Tony Seaton & Associates, PLLC
118 E. Watauga Ave
Johnson City, TN 37601
Telephone: (423) 282-1041
Facsimile: (423) 282-0967
tom@tonyseaton.com

*Counsel for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Thomas Smith
Thomas Smith