**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) | ) | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | ) | |
| | ) | HON. JANE TRICHE MILAZZO |
| Capria Bonner, *Case No. 2:19-cv-11381* | ) | MAG. JUDGE MICHAEL NORTH |
| Marion Scales, *Case No. 2:19-cv-11460* | ) | |
| Lanice Sarfo, *Case No. 2:19-cv-11470* | ) | |
| Lanita Johnson, *Case No. 2:19-cv-11652* | ) | MEMORANDUM IN SUPPORT OF |
| Tammy Hammond, *Case No. 2:19-cv-13122* | ) | PLAINTIFFS' MOTION FOR LEAVE |
| Tywanda McCormick, *Case No. 2:19-cv-13123* | ) | TO FILE AMENDED SHORT FORM |
| Shelba Willis, *Case No. 2:19-cv-13124* | ) | COMPLAINTS |
| Michelle Epps, *Case No. 2:19-cv-13125* | ) | |
| Deirdre Battle, *Case No. 2:19-cv-13126* | ) | |
| Barbara Troy, *Case No. 2:19-cv-13127* | ) | |
| Allison Tynes, *Case No. 2:19-cv-14682* | ) | |
| Morena Johnson, *Case No. 2:19-cv-14684* | ) | |
| Talonda Ward, *Case No. 2:19-cv-14686* | ) | |
| Jennifer Diforte, *Case No. 2:19-cv-14693* | ) | |
| Patricia Tucker, *Case No. 2:19-cv-14697* | ) | |
| Roseann Williams, *Case No. 2:20-cv-00227* | ) | |

<u>**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE**
**TO FILE AMENDED SHORT FORM COMPLAINTS**</u>

Plaintiffs, through undersigned counsel, respectfully request leave of Court to file the

attached 16 proposed Amended Short Form Complaints for plaintiffs, Capria Bonner, Marion

Scales, Lanice Sarfo, Lanita Johnson, Tammy Hammond, Tywanda McCormick, Shelba Willis,

Michelle Epps, Deirdre Battle, Barbara Troy, Allison Tynes, Morena Johnson, Talonda Ward,

Jennifer Diforte, Patricia Tucker and Roseann Williams.

The Plaintiffs' attached proposed Amending Short Form Complaints are submitted to

provide factual allegations particular to the circumstances of each Plaintiff's claim.  Plaintiffs

submit that these proposed Amending Short Form Complaints are consistent with PTO 105 in

that they add factual allegations of particularized facts individual and specific to each Plaintiff's

medical care, treatment and each Plaintiff's communications regarding their hair loss.

The Court should grant leave to file an amended pleading unless the opposing party can

show prejudice, bad faith, or undue delay. *Foman v. Davis*, 371 U.S. 178, 182 (1962). Leave to

amend should be freely given when justice so requires. Fed. R. Civ. P. 15(a)(2).  Furthermore,

the deadlines of PTO 105 allow for the amendment of pleadings.

The amendments add nothing more than particularized facts specific to each Plaintiff.

Therefore, the amendments in no way will unfairly surprise or prejudice defendants, are not

made in bad faith, and are timely.  *See Lyn–Lea Travel Corp. v. Am. Airlines*, 283 F.3d 282, 286

(5th Cir. 2002).  PTO 105 allows all Plaintiffs to add allegations about their medical care,

treatment, and communications, which has been done in the amendments.

Therefore, Plaintiffs Capria Bonner, Marion Scales, Lanice Sarfo, Lanita Johnson,

Tammy Hammond, Tywanda McCormick, Shelba Willis, Michelle Epps, Deirdre Battle, Barbara

Troy, Allison Tynes, Morena Johnson, Talonda Ward, Jennifer Diforte, Patricia Tucker and

Roseann Williams, request that the Court grant their Motion for Leave to Amend their Short

Form Complaints.


Dated: January 8, 2021                          Respectfully submitted,

                                                By: /s/ Thomas Smith
                                                Thomas Smith, TN Bar #35331
                                                Law Offices of Tony Seaton & Associates, PLLC
                                                118 E. Watauga Ave
                                                Johnson City, TN 37601
                                                Telephone: (423) 282-1041
                                                Facsimile: (423) 282-0967
                                                tom@tonyseaton.com

                                                *Counsel for Plaintiffs*

3

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Thomas Smith
Thomas Smith