# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | |
| | HON. JANE TRICHE MILAZZO |
| Capria Bonner, *Case No. 2:19-cv-11381* | MAG. JUDGE MICHAEL NORTH |
| Marion Scales, *Case No. 2:19-cv-11460* | |
| Lanice Sarfo, *Case No. 2:19-cv-11470* | |
| Lanita Johnson, *Case No. 2:19-cv-11652* | |
| Tammy Hammond, *Case No. 2:19-cv-13122* | |
| Tywanda McCormick, *Case No. 2:19-cv-13123* | |
| Shelba Willis, *Case No. 2:19-cv-13124* | |
| Michelle Epps, *Case No. 2:19-cv-13125* | |
| Deirdre Battle, *Case No. 2:19-cv-13126* | |
| Barbara Troy, *Case No. 2:19-cv-13127* | |
| Allison Tynes, *Case No. 2:19-cv-14682* | |
| Morena Johnson, *Case No. 2:19-cv-14684* | |
| Talonda Ward, *Case No. 2:19-cv-14686* | |
| Jennifer Diforte, *Case No. 2:19-cv-14693* | |
| Patricia Tucker, *Case No. 2:19-cv-14697* | |
| Roseann Williams, *Case No. 2:20-cv-00227* | |

## ORDER

Before the Court is Plaintiffs' Unopposed Motion to Amend.

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaints attached to Plaintiffs' Motion in the member cases.

New Orleans, Louisiana, this _____ day of _____, 2021.

_____
Honorable Jane Triche Milazzo
United States District Judge