**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | **MDL NO. 2740** **SECTION "H" (5)** **JUDGE MILAZZO** **MAG. JUDGE NORTH** |

IN RE: TAXOTERE (DOCETAXEL)           :        **MDL NO. 2740**
PRODUCTS LIABILITY LITIGATION        :
                                     :        **SECTION "H" (5)**
                                     :        **JUDGE MILAZZO**
       Capria Bonner                 :        **MAG. JUDGE NORTH**
_____,     :
                                     :        **COMPLAINT & JURY DEMAND**
       Plaintiff(s),                 :
                                     :        Civil Action No.: 2:19-cv-11381
vs.                                  :
                                     :
                                     :
Sanofi-Aventis U S  LLC d/b/a Winthrop US ,  :
                                     :
       Defendant(s).                 :
-------------------------------------------------- :

<u>**AMENDED SHORT FORM COMPLAINT**</u> [1]

Plaintiff(s) incorporate by reference the Amended Master Long Form Complaint and Jury Demand filed in the above-referenced case on July 25, 2017. Pursuant to Pretrial Order No. 15, this Short Form Complaint adopts allegations and encompasses claims as set forth in the Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1.     Plaintiff:

       Capria Bonner
_____

---

[1]     This version of the Short Form Complaint supersedes all prior versions of the form pursuant to Pretrial Order No. 73. This Court-approved version of the Short Form Complaint is available on the Court's Taxotere webpage and through MDL Centrality.

1

2.      Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss

of consortium):

Not Applicable

3.      Other type of Plaintiff and capacity (i.e., administrator, executor, guardian,

conservator):

Not Applicable

4.      Current State of Residence: Illinois

5.      State in which Plaintiff(s) allege(s) injury: Illinois

6.      Defendants (check all Defendants against whom a Complaint is made):

    a.      Taxotere Brand Name Defendants

        ☐   A.      Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

        ☐   B.      Sanofi-Aventis U.S. LLC

    b.      Other Brand Name Drug Sponsors, Manufacturers, Distributors

        ☐   A.      Sandoz Inc.

        ☐   B.      Accord Healthcare, Inc.

        ☐   C.      McKesson Corporation d/b/a McKesson Packaging

        ☐   D.      Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

        ☐   E.      Hospira, Inc.

        ☐   F.      Sun Pharma Global FZE

        ☐   G.      Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical
                 Laboratories Ltd.

        ☐   H.      Pfizer Inc.

        ☐   I.      Actavis LLC f/k/a Actavis Inc.

        ☐   J.      Actavis Pharma, Inc.

☑ K.   Other:   Sanofi-Aventis US LLC d/b/a Winthrop US

7.   Basis for Jurisdiction:

☑   Diversity of Citizenship

☐   Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8.   Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

Northerrn District of Illinois, Chicago

9.   Brand Product(s) used by Plaintiff (check applicable):

☐   A.   Taxotere

☐   B.   Docefrez

☑   C.   Docetaxel Injection

☐   D.   Docetaxel Injection Concentrate

☐   E.   Unknown

☐   F.   Other:

10.     First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

> September 14, 2015- November 13, 2015

11.     State in which Product(s) identified in question 9 was/were administered:

> Illinois

12.     Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> Alopecia, Permanent hair loss

13.     Counts in Master Complaint brought by Plaintiff(s):

☑ Count I – Strict Products Liability - Failure to Warn
☑ Count III – Negligence
☑ Count IV – Negligent Misrepresentation
☐ Count V – Fraudulent Misrepresentation
☐ Count VI – Fraudulent Concealment
☑ Count VII – Fraud and Deceit

☑ Other:  Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

**Factual Allegations**

1. Plaintiff received chemotherapy treatment beginning September 14, 2015 at Cancer Treatment Centers of America in Zion, Illinois.

2. Plaintiff completed chemotherapy on November 13, 2015.

3. In 2017, Plaintiff began using the hair growth products Wild Hair Growth Treatment and Coconut Oil.

4. In the Spring of 2018, Plaintiff discussed her hair loss with her daughter, Kaytee.  Plaintiff recalls telling her daughter that she now had to wear a wig anytime that she left her house.

5. Plaintiff recalls seeing an advertisement warning against the use of Taxotere around Fall of 2018.

6. Around February of 2019, Plaintiff discussed her hair loss with Robert Bloom, MD.

7. In Spring of 2019, Plaintiff discussed her hair loss with her daughter, Kizzie.  Plaintiff recalls telling her daughter that she was no longer able to have her hair styled due to the texture of her hair.

14. Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

By:

| |
|---|
| /s/ Thomas Smith<br>(TN Bar No. 35331)<br>Law Offices of Tony Seaton<br>& Associates, PLLC<br>118 East Watauga Avenue<br>Johnson City, TN<br>37601 423) 282-1041<br>tom@tonyseaton.com |