**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: TAXOTERE (DOCETAXEL)     **:**     **MDL NO. 2740**
PRODUCTS LIABILITY LITIGATION     **:**

                                             **:**     **SECTION "H" (5)**
                                             **:**     **JUDGE MILAZZO**
                                             **:**     **MAG. JUDGE NORTH**

Tammy Hammond                **,**     **:**
                                             **:**     **COMPLAINT & JURY DEMAND**
      Plaintiff(s),                  **:**
                                             **:**     **Civil Action No.:** 2:19-cv-13122
vs.                                         **:**
                                             **:**

Hospira, Inc                  **,**     **:**
                                             **:**
      Defendant(s).                **:**
----------------------------------------------------------- **:**

## AMENDED SHORT FORM COMPLAINT [1]

Plaintiff(s) incorporate by reference the Amended Master Long Form Complaint and Jury

Demand filed in the above-referenced case on July 25, 2017. Pursuant to Pretrial Order No. 15,

this Short Form Complaint adopts allegations and encompasses claims as set forth in the

Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1.      Plaintiff:

     Tammy Hammond

---

[1]      This version of the Short Form Complaint supersedes all prior versions of the form pursuant to Pretrial Order No. 73. This Court-approved version of the Short Form Complaint is available on the Court's Taxotere webpage and through MDL Centrality.

1

2.  Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss

of consortium):

_____

3.  Other type of Plaintiff and capacity (i.e., administrator, executor, guardian,

conservator):

_____

4.  Current State of Residence: Alabama _____

5.  State in which Plaintiff(s) allege(s) injury: _____Mississippi_____

6.  Defendants (check all Defendants against whom a Complaint is made):

a.   Taxotere Brand Name Defendants

☐   A.   Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

☐   B.   Sanofi-Aventis U.S. LLC

b.   Other Brand Name Drug Sponsors, Manufacturers, Distributors

☐   A.   Sandoz Inc.

☐   B.   Accord Healthcare, Inc.

☐   C.   McKesson Corporation d/b/a McKesson Packaging

☐   D.   Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

☑   E.   Hospira, Inc.

☐   F.   Sun Pharma Global FZE

☐   G.   Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical
Laboratories Ltd.

☐   H.   Pfizer Inc.

☐   I.   Actavis LLC f/k/a Actavis Inc.

☐   J.   Actavis Pharma, Inc.

☐   K.   Other:

7.   Basis for Jurisdiction:

☑   Diversity of Citizenship

☐   Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8.   Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

> United States District Court Southern District of Mississippi Northern Division

9.   Brand Product(s) used by Plaintiff (check applicable):

☐   A.   Taxotere

☐   B.   Docefrez

☑   C.   Docetaxel Injection

☐   D.   Docetaxel Injection Concentrate

☐   E.   Unknown

☐   F.   Other:

3

10.    First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

> 6/14/2012-9/27/2012

11.    State in which Product(s) identified in question 9 was/were administered:

> Alabama

12.    Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> Permanent hair loss since September 2012

13.    Counts in Master Complaint brought by Plaintiff(s):

- [x] Count I – Strict Products Liability - Failure to Warn
- [x] Count III – Negligence
- [x] Count IV – Negligent Misrepresentation
- [ ] Count V – Fraudulent Misrepresentation
- [ ] Count VI – Fraudulent Concealment
- [x] Count VII – Fraud and Deceit

- [x] Other:  Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

4

5

**Factual Allegations**

1. Plaintiff received chemotherapy treatment beginning June 14, 2012 at Alabama Oncology in Birmingham, Alabama.
2. Plaintiff completed her chemotherapy treatment on September 27, 2012.
3. In August, 2012, Plaintiff began taking over-the-counter Biotin and using Nioxin hair treatments.
4. In January 2017, Plaintiff underwent a biopsy of her hair by a dermatologist, Patricia O'Connor, M.D. Dr. O'Connor informed the Plaintiff that the results indicated alopecia and telogen effluvium.
5. In the Winter of 2017, Plaintiff recalls having several conversations about her hair loss with her family.
6. Plaintiff recalls seeing a legal advertisement regarding Taxotere around the Fall of 2018.

14. Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email
Address(es) and Mailing Address(es) representing Plaintiff(s):

By:

| |
|---|
| /s/ Thomas Smith<br>(TN Bar No. 35331)<br>Law Offices of Tony Seaton &<br>Associates, PLLC<br>118  E. Watauga Ave<br>Johnson City, TN 37601<br>423-282-1041<br>tom@tonyseaton.com |