UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) LIABILITY LITIGATION | : : : : : : : : : : : : : : : : : | MDL NO. 2740 PRODUCTS<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>COMPLAINT & JURY DEMAND<br><br>Civil Action No.: 2:19-cv-14682 |
| Allison Tynes , | | |
| Plaintiff(s), | | |
| vs. | | |
| Sanofi-Aventis U.S. LLC, & Hospira, Inc., | | |
| Defendant(s). | | |

# AMENDED SHORT FORM COMPLAINT[1]

Plaintiff(s) incorporate by reference the Amended Master Long Form Complaint and Jury Demand filed in the above-referenced case on July 25, 2017. Pursuant to Pretrial Order No. 15, this Short Form Complaint adopts allegations and encompasses claims as set forth in the Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1.  Plaintiff:

    Allison Tynes

---

[1] This version of the Short Form Complaint supersedes all prior versions of the form pursuant to Pretrial Order No. 73. This Court-approved version of the Short Form Complaint is available on the Court's Taxotere webpage and through MDL Centrality.

1

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

   _____

3. Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   _____

4. Current State of Residence: __Mississippi__

5. State in which Plaintiff(s) allege(s) injury: __Mississippi__

6. Defendants (check all Defendants against whom a Complaint is made):

   a. Taxotere Brand Name Defendants

   - [ ] A. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.
   - [x] B. Sanofi-Aventis U.S. LLC

   b. Other Brand Name Drug Sponsors, Manufacturers, Distributors

   - [ ] A. Sandoz Inc.
   - [ ] B. Accord Healthcare, Inc.
   - [ ] C. McKesson Corporation d/b/a McKesson Packaging
   - [ ] D. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.
   - [x] E. Hospira, Inc.
   - [ ] F. Sun Pharma Global FZE
   - [ ] G. Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.
   - [ ] H. Pfizer Inc.
   - [ ] I. Actavis LLC f/k/a Actavis Inc.

2

☐     J.     Actavis Pharma, Inc

☐     K.     Other:

7. Basis for Jurisdiction:

☑     Diversity of Citizenship

☐     Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8. Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

USDC Southern District of Mississippi Eastern Division

3

9. Brand Product(s) used by Plaintiff (check applicable):

- ☑ A. Taxotere
- ☐ B. Docefrez
- ☑ C. Docetaxel Injection
- ☐ D. Docetaxel Injection Concentrate
- ☐ E. Unknown
- ☐ F. Other:

10. First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

8/23/2007-08/23/2013

11. State in which Product(s) identified in question 9 was/were administered:

Mississippi

12. Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

Permanent hair loss since August 2013

4

13. Counts in Master Complaint brought by Plaintiff(s):

- [x] Count I - Strict Products Liability - Failure to Warn
- [x] Count III - Negligence
- [x] Count IV - Negligent Misrepresentation
- [ ] Count V - Fraudulent Misrepresentation
- [ ] Count VI - Fraudulent Concealment
- [x] Count VII - Fraud and Deceit
- [x] Other:  Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

5

**Factual Allegations**

1. Plaintiff received her initial chemotherapy treatment beginning August 23, 2007 at St. Dominic's Gynecological Oncology in Jackson, MS.
2. Plaintiff completed her last chemotherapy treatment on August 29, 2013.
3. In the Winter of 2017, the Plaintiff met with an oncologist, Alpa Nick, who told her that her bald spots should be temporary and her hair should come back.
4. Plaintiff recalls having a discussion with her beautician about her hair loss around the Summer of 2018.  Specifically, Plaintiff recalls them talking about her continuing to have bald spots despite trying multiple products for hair growth.
5. Plaintiff recalls seeing a legal advertisement regarding Taxotere around the Fall of 2018.
6. In the Summer of 2019, Plaintiff recalls having a discussion with her sister about her hair loss and mentioned the various products that she tried regarding hair loss.
7. Plaintiff discussed her hair loss with her spouse around Fall of 2019. Plaintiff recalls stating that it made her feel as though she was not able to be the woman that she wished she could be.

14. Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

By: /s/ Thomas Smith
( TN Bar No. 35331)
Law Offices of Tony Seaton
& Associates, PLLC
118  E. Watauga Ave
Johnson City, TN 37601
423-282-1041
tom@tonyseaton.com