UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) LIABILITY LITIGATION : | MDL NO. 2740 PRODUCTS |
| | SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| Jennifer Diforte, | |
| | COMPLAINT & JURY DEMAND |
| Plaintiff(s), | |
| | Civil Action No.: 2:19-cv-14693 |
| vs. | |
| Sanofi-Aventis U.S. LLC | |
| Defendant(s). | |

# AMENDED SHORT FORM COMPLAINT [1]

Plaintiff(s) incorporate by reference the Amended Master Long Form Complaint and Jury Demand filed in the above-referenced case on July 25, 2017. Pursuant to Pretrial Order No. 15, this Short Form Complaint adopts allegations and encompasses claims as set forth in the Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1.   Plaintiff:

Jennifer Diforte

---

[1] This version of the Short Form Complaint supersedes all prior versions of the form pursuant to Pretrial Order No. 73. This Court-approved version of the Short Form Complaint is available on the Court's Taxotere webpage and through MDL Centrality.

1

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium:

   _____

3. Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   _____

4. Current State of Residence: Maryland

5. State in which Plaintiff(s) allege(s) injury: Maryland

6. Defendants (check all Defendants against whom a Complaint is made):

   a. Taxotere Brand Name Defendants

   ☐   A. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

   ☑   B. Sanofi Aventis U.S. LLC

  b.  Other Brand Name Drug Sponsors, Manufacturers, Distributors

☐ A. Sandoz Inc.

☐ B. Accord Healthcare, Inc.

☐ C. McKesson Corporation d/b/a McKesson Packaging

☐ D. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

☐ E. Hospira, Inc.

☐ F. Sun Pharma Global FZE

☐ G. Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

☐ H. Pfizer Inc.

☐ I. Actavis LLC f/k/a Actavis Inc.

☐ J. Actavis Pharma, Inc.

☐ K. Other: _____

7. Basis for Jurisdiction:

☑ Diversity of Citizenship

Other ☐ (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8. Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

3

United States District Court of Maryland
8th District

9. Brand Product(s) used by Plaintiff (check applicable):

☑ A. Taxotere

☐ B. Docefrez

☐ C. Docetaxel Injection

☐ D. Docetaxel Injection Concentrate

☐ E. Unknown

☐ F. Other:

10. First date and last date of use (or approximate date range, if specific dates are unknown) for products identified in question 9:

4/1/2010-7/14/2010

11. State in which Product(s) identified in question 9 was/were administered:

Maryland

12. Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

Permanent hair loss since July 2010

4

13.  Counts in Master Complaint brought by Plaintiff(s):

Count I – ☑ Strict Products Liability - Failure to Warn
Count III ☑ – Negligence
Count IV ☑ – Negligent Misrepresentation
Count V – ☐ Fraudulent Misrepresentation
Count VI ☐ – Fraudulent Concealment
Count VII ☑ – Fraud and Deceit

☑ Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

**Factual Allegations**

1. Plaintiff received chemotherapy treatment beginning April 1, 2010 at Mercy Medical Center in Baltimore, MD.
2. Plaintiff completed chemotherapy on July 14, 2010.
3. Plaintiff recalls talking with her dermatologist, Dr. Sean Gunning, in early 2011. Dr. Gunning told her that her hair should grow back.
4. In January of 2016, the Plaintiff began taking over-the-counter Biotin. Plaintiff took Biotin for approximately six months.
5. Plaintiff recalls having multiple discussions since the beginning of 2018 with her beautician, David Beaty, regarding her hair loss.
6. Plaintiff recalls seeing an advertisement warning against the use of Taxotere around Fall of 2018.

14. Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

By: /s/ Thomas Smith
(TN Bar No. 35331)
Law Offices of Tony Seaton
& Associates, PLLC
118 E. Watauga Ave Johnson City, TN 37601 423-282-1041
tom@tonyseaton.com