# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL NORTH |
| *Alice D. Hughes v. Accord Healthcare, Inc.* *Case No. 2:17-cv-11769* | |

## DEFENDANT ACCORD HEALTHCARE, INC.'S MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON PREEMPTION GROUNDS

Defendant Accord Healthcare, Inc. ("Accord") respectfully requests leave to file a brief Notice of Supplemental Authority in support of its Motion for Summary Judgment on Preemption Grounds (Rec. Doc. 11226) to alert the Court to a recent published preemption decision by the U.S. Court of Appeals for the Fourth Circuit in *Knight v. Boehringer Ingelheim Pharmaceuticals, Inc.*, --- F.3d ---, 2021 WL 41897 (4th Cir. Jan. 6, 2021). As noted in the attached Notice of Supplemental Authority, the *Knight* decision directly addresses numerous issues raised in Accord's preemption motion, including the limited scope of the threshold regulatory term "newly acquired information," which is a prerequisite to unilateral changes to FDA-approved drug labels. For these reasons, Accord respectfully requests leave to file the attached Notice.

2

Date:  January 8, 2021

Respectfully submitted,

*/s/ Julie A. Callsen*
Julie A. Callsen
Michael J. Ruttinger
Brenda A. Sweet
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone:     216.592.5000
Facsimile:      216.592.5009
Email:            julie.callsen@tuckerellis.com
                      michael.ruttinger@tuckerellis.com
                      brenda.sweet@tuckerellis.com

*Attorneys for Defendant Accord Healthcare, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2021, a true and correct copy of *Defendant Accord Healthcare, Inc.'s Motion for Leave to File Notice of Supplemental Authority in Support of Motion for Summary Judgment on Preemption Grounds* was filed via the ECF system that will send notification of such filing to all counsel of record.

*/s/ Julie A. Callsen*
Julie A. Callsen
