# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO |
| | : | MAG. JUDGE MICHAEL NORTH |
| *Alice D. Hughes v. Accord Healthcare, Inc.* *Case No. 2:17-cv-11769* | : : | **PROPOSED ORDER** |

Considering Defendant Accord Healthcare, Inc.'s Motion for Leave to File Notice of Supplemental Authority in Support of Motion for Summary Judgment on Preemption Grounds, and the papers submitted in support and against said Motion, and oral argument, if any;

IT IS THIS DAY _____ HEREBY ORDERED that Defendant's Motion is GRANTED and the Notice of Supplemental Authority and related Exhibit A are entered onto the docket.

_____
Hon. Jane Triche Milazzo

5003202