UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| **This document relates to:** ) | |
| Alice Hughes, Case No. 2:17-cv-11769 ) | |
| Wanda Stewart, Case No. 2:17-cv-10817 ) | |

## ORDER

Before the Court are several Motions to Seal (Docs. 11709, 11712, 11713, 11714, 11715, 11716, 11717, and 11718). The Motions cite Pretrial Order No. 50 and aver that the documents at issue contain confidential and/or protected information. Accordingly;

**IT IS ORDERED** that the Motions are **GRANTED**, and the Clerk's office is instructed to file the documents at issue under seal.

New Orleans, Louisiana, this 8th day of January, 2021.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE