UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
*Alice Hughes*, Case No. 2:17-11769;
*Wanda Stewart*, Case No. 2:17-10817

## ORDER

Considering the foregoing Consent Motion to Substitute the Memorandum in Support of PSC's Motion for Partial Summary Judgment on Third Party Fault, Plaintiffs' Statement of Material Facts and Exhibit 6 (Rec. Doc. 11460);

**IT IS ORDERED** that the Motion is hereby **GRANTED**, and the Clerk shall remove Record Documents 11460-1, 11460-2, and sealed 11460-8 from the docket and substitute the documents attached to Plaintiffs' Consent Motion to Substitute the Memorandum in Support of PSC's Motion for Partial Summary Judgment on Third Party Fault, Plaintiffs' Statement of Material Facts and Exhibit 6 (Rec. Doc. 11460) in its place.

New Orleans, Louisiana, this 8th day of January, 2021.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE