# U UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>HON. JUDGE JANE TRICHE MILAZZO<br><br>MAG. JUDGE MICHAEL NORTH |
| **THIS DOCUMENT RELATES TO:**<br>*Ola M. Love v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al*<br>*C.A. No: 2:17-cv-15419* | | |

## ORDER

Before the Court is Plaintiff's counsel's Motion for Substitution of Proper Party (Doc. 11720);

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and that Leslie Hardney, on behalf of her deceased mother, Ola M. Love, may be substituted as the proper party plaintiff in this action.

New Orleans, Louisiana, this 8th day of January, 2021.

_____
HON. JANE T. MILAZZO
United States District Judge