UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |
| DESIREE N. MARCANO, | COMPLAINT & JURY DEMAND |
| Plaintiff(s), | |
| vs. | Civil Action No.: 2:17-cv-16860 |
| SANOFI AVENTIS US, LLC et al, | |
| Defendant(s). | |

**ORDER**

Before the Court is Plaintiff's Unopposed Motion to Amend Pursuant to PTO 105 (Doc. 11744);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 8th day of January, 2021.

JANE TRICHE MILAZZO
United States District Judge