## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)    )     MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION  )

                                  )     SECTION: "H" (5)

                                  )

This document relates to all cases    )

## CASE MANAGEMENT ORDER NO. 29

**IT IS ORDERED** that the second bellwether trial is **SET** for May 24, 2021 through June 4, 2021;

**IT IS FURTHER ORDERED** that the third bellwether trial is **CONTINUED** and **RESET** for August 16, 2021 through August 27, 20201;

**IT IS FURTHER ORDERED** that the fourth bellwether trial is **CONTINUED** and **RESET** for October 18, 2021 through October 29, 2021;

**IT IS FURTHER ORDERED** that the fifth bellwether trial is **CONTINUED**. At a later time, the Court will issue a Case Management Order setting a new trial date for the fifth bellwether trial.

New Orleans, Louisiana, this 8th day of January, 2021.


_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**