# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | HON. JANE T. MILAZZO |
| THIS DOCUMENT RELATES TO: JANE AND SHAWN ABRAM v. SANOFI US SERVICES INC., ET AL., EDLA No. 2:17-cv-17703 | Civil Action No.: 2:17-CV-17703 |

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Jane and Shawn Abram, who, pursuant to the attached Memorandum in Support, respectfully request leave to file the attached proposed Amended Short Form Complaint (Exhibit A).

Plaintiffs' counsel has conferred with Liaison Counsel for the Sanofi Defendants and understands these Defendants do not oppose Plaintiffs' request. The Sanofi Defendants are the only Defendants named in the attached proposed Amended Short Form Complaint.

WHEREFORE, Plaintiffs pray that they be granted leave to file the attached proposed Amended Short Form Complaint.

Dated this 11th day of January 2021.


By: s/Justin E. Dunlap
Justin E. Dunlap
Hotze Runkle, PLLC
1101 S. Capital of Texas Hwy
Bldg. C, Suite 100
West Lake Hills, Texas 78746
Telephone: (512) 476-7771

1

Facsimile: (512) 476-7781
Email: justin@hotzerunkle.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

By: s/Justin E. Dunlap
Justin E. Dunlap
