# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> HON. JANE T. MILAZZO |
| THIS DOCUMENT RELATES TO: <br><br> JANE AND SHAWN ABRAM v. SANOFI US SERVICES INC., ET AL., EDLA No. 2:17-cv-17703 | Civil Action No.: 2:17-CV-17703 |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File Amended Short Form Complaint, filed on January 11, 2021. The Court understands that Defendants Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC do not oppose Plaintiffs' Motion.

The Motion is GRANTED. Plaintiffs may amend their Short Form Complaint consistent with this Order.

New Orleans, Louisiana this _____ day of January, 2021.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

1