# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> HON. JANE TRICHE MILAZZO <br> MAG. JUDGE MICHAEL NORTH <br><br><br> NOTICE OF SUBMISSION |
| THIS DOCUMENT RELATES TO: | | |
| **Damita Grant v. Sandoz, Inc.** <br> *Case No. 2:19-cv-11393* | | |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to File Amended Short Form Complaint is hereby set for submission before the Honorable Judge Jane Triche Milazzo on January 27, 2021, at 9:30 a.m.

Dated: January 11, 2021

                                       Respectfully submitted,

                                       By: */s/ Thomas Smith*
                                       Thomas Smith, TN Bar #35331
                                       Law Offices of Tony Seaton & Associates, PLLC
                                       118 E. Watauga Ave
                                       Johnson City, TN 37601
                                       Telephone: (423) 282-1041
                                       Facsimile: (423) 282-0967
                                       tom@tonyseaton.com

                                       *Counsel for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Thomas Smith*
Thomas Smith