UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2740 ) ) SECTION "H" (5) ) ) HON. JANE TRICHE MILAZZO ) MAG. JUDGE MICHAEL NORTH ) |
| THIS DOCUMENT RELATES TO:<br><br>Damita Grant v. Sandoz, Inc.<br>*Case No. 2:19-cv-11393* | ) PLAINTIFF'S MEMORANDUM IN ) SUPPORT OF MOTION FOR LEAVE ) TO FILE AMENDED SHORT FORM ) COMPLAINT |

## PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

Plaintiff Damita Grant, by and through undersigned counsel, hereby files her Memorandum in Support of Motion for leave to file her First Amended Short Form Complaint. Defendant Sandoz, Inc. has notified Plaintiff's counsel that it will oppose Plaintiff's motion.

Rule 15 provides that "a party may amend its pleading [with] the court's leave" and that "[t]he court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). Furthermore, the deadlines of PTO 105 allow for the amendment of pleadings. PTO 105 allows a Plaintiff to add allegations about their medical care, treatment, and communications regarding hair loss. Plaintiff believes that the proposed Amended Short Form Complaint is consistent with PTO 105.

## AMENDMENTS TO COMPLAINT

Plaintiff seeks leave to amend her Complaint to add the following factual allegations:

1. Plaintiff received chemotherapy treatment beginning August 15, 2011 at Gila Regional Medical Center in Silver City, NM.

2. Plaintiff completed her chemotherapy treatment on October 26, 2011.

1

3. In May of 2018, the Plaintiff recalls having a discussion with her stepsister, Lola, about her hair loss.  Plaintiff recalls that they were talking about Lola's father's hair loss, which then led to them talking about Plaintiff's hair loss.

4. Plaintiff recalls seeing an advertisement warning against the use of Taxotere around Fall of 2018.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff leave to file the attached Amended Short Form Complaint.

Dated: January 11, 2021

Respectfully submitted,

By: /s/ Thomas Smith
Thomas Smith, TN Bar #35331
Law Offices of Tony Seaton & Associates, PLLC
118 E. Watauga Ave
Johnson City, TN 37601
Telephone: (423) 282-1041
Facsimile: (423) 282-0967
tom@tonyseaton.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Thomas Smith
Thomas Smith