UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) THIS DOCUMENT RELATES TO: ) ) Erica McQueen v. Sandoz, Inc. ) *Case No. 2:19-cv-11469* ) | MDL NO. 2740 SECTION "H" (5) HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH NOTICE OF SUBMISSION |

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to File Amended Short Form Complaint is hereby set for submission before the Honorable Judge Jane Triche Milazzo on January 27, 2021, at 9:30 a.m.

Dated: January 11, 2021

                Respectfully submitted,

                By: */s/ Thomas Smith*
                Thomas Smith, TN Bar #35331
                Law Offices of Tony Seaton & Associates, PLLC
                118 E. Watauga Ave
                Johnson City, TN 37601
                Telephone: (423) 282-1041
                Facsimile: (423) 282-0967
                tom@tonyseaton.com

                *Counsel for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ *Thomas Smith*
Thomas Smith