# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | HON. JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL NORTH |
| THIS DOCUMENT RELATES TO: | PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT |
| Erica McQueen v. Sandoz, Inc. | |
| Case No. 2:19-cv-11469 | |

## PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

Plaintiff Erica McQueen, by and through undersigned counsel, hereby files her Memorandum in Support of Motion for leave to file her First Amended Short Form Complaint. Defendant Sandoz, Inc. has notified Plaintiff's counsel that it will oppose Plaintiff's motion.

Rule 15 provides that "a party may amend its pleading [with] the court's leave" and that "[t]he court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). Furthermore, the deadlines of PTO 105 allow for the amendment of pleadings. PTO 105 allows a Plaintiff to add allegations about their medical care, treatment, and communications regarding hair loss. Plaintiff believes that the proposed Amended Short Form Complaint is consistent with PTO 105.

## AMENDMENTS TO COMPLAINT

Plaintiff seeks leave to amend her Complaint to add the following factual allegations:

1. Plaintiff received chemotherapy treatment beginning on July 15, 2016 at Arizona Center for Cancer Care in Gilbert, Arizona.

2. Plaintiff completed her chemotherapy treatment on October 14, 2016.

1

3. Around January of 2017, the Plaintiff began using Nioxin Hari Growth treatments.

4. Around June of 2018, the Plaintiff recalls discussing her concerns about her hair loss with her husband.

5. Plaintiff recalls seeing an advertisement warning against the use of Taxotere around Fall of 2018.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff leave to file the attached Amended Short Form Complaint.

Dated: January 11, 2021

                Respectfully submitted,

                By: */s/ Thomas Smith*
                Thomas Smith, TN Bar #35331
                Law Offices of Tony Seaton & Associates, PLLC
                118 E. Watauga Ave
                Johnson City, TN 37601
                Telephone: (423) 282-1041
                Facsimile: (423) 282-0967
                tom@tonyseaton.com

                *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 11, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                               */s/ Thomas Smith*
                                               Thomas Smith