# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) ) | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION "H" (5) |
| ) | |
| ) | HON. JANE TRICHE MILAZZO |
| ) | MAG. JUDGE MICHAEL NORTH |
| THIS DOCUMENT RELATES TO: ) | |
| ) | |
| Erica McQueen v. Sandoz, Inc. ) | |
| *Case No. 2:19-cv-11469* ) | |

## ORDER

Before the Court is Plaintiff's Motion for Leave to File Amended Short Form Complaint.

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this _____ day of _____, 2021.

_____
Honorable Jane Triche Milazzo
United States District Judge