UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| This document relates to all cases ) | |

## CASE MANAGEMENT ORDER NO. 30

As contemplated by Case Management Order No. 14 (Doc. 3064), amended by later Case Management Orders, Plaintiffs and Defendants have each submitted to the Court a letter brief proposing Plaintiffs for the fifth bellwether trial in this MDL. Having carefully considered the parties' written submissions, **IT IS ORDERED** that the following Plaintiffs are designated to proceed with discovery:

(1) Clare Guilbault, 16-cv-17061 (Primary Plaintiff)

(2) Audrey Plaisance, 18-cv-08086

New Orleans, Louisiana, this 11th day of January, 2021.

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE