UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| *Debra Murrell*<br>*v.*<br>*Sanofi US Services Inc., et al.*, EDLA No. 2:17-cv-09585 | |

**FIRST AMENDED SHORT FORM COMPLAINT (Effective as of May 13, 2020)**[1]

Plaintiff incorporates by reference the Second Amended Master Long Form Complaint and Jury Demand filed in the above referenced case on September 27, 2018 (Doc. 4407). Pursuant to Pretrial Order No. 15, this First Amended Short Form Complaint adopts allegations and encompasses claims as set forth in the Second Amended Master Long Form Complaint against Defendant(s).

Plaintiff further allege as follows:

1. Plaintiff:

   Debra Murrell

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

   Not applicable

3. Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Not applicable

4. Current State of Residence:   Tennessee

5. State in which Plaintiff(s) allege(s) injury:   Tennessee

---

[1] This version of the Short Form Complaint supersedes all prior versions of the form pursuant to Pretrial Order No. 73A. This Court-approved version of the Short Form Complaint is available on the Court's Taxotere webpage and through MDL Centrality.

1

6. Defendants (check all Defendants against whom a Complaint is made):

   a. Taxotere Brand Name Defendants

   ☒ A. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

   ☒ B. Sanofi-Aventis U.S. LLC

   b. Other Brand Name Drug Sponsors, Manufacturers, Distributors

   ☐ A. Sandoz Inc.

   ☐ B. Accord Healthcare, Inc.

   ☐ C. McKesson Corporation d/b/a McKesson Packaging

   ☐ D. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

   ☐ E. Hospira, Inc.

   ☐ F. Sun Pharma Global FZE

   ☐ G. Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

   ☐ H. Pfizer Inc.

   ☐ I. Actavis LLC f/k/a Actavis Inc.

   ☐ J. Actavis Pharma, Inc.

   ☐ K. Sagent Pharmaceuticals, Inc.

   ☐ L. Other:

7. Basis for Jurisdiction:

   ☒ Diversity of Citizenship
   ☐ Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8. Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

Tennessee Western District Court

9. Brand Product(s) used by Plaintiff (check applicable):

☒ A. Taxotere
☐ B. Docefrez
☐ C. Docetaxel Injection
☐ D. Docetaxel Injection Concentrate
☐ E. Unknown
☐ F. Other:

10. First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

First Date of Use—March 6, 2009

Last Date of Use—May 8, 2009

11. State in which Product(s) identified in question 9 was/were administered:

Tennessee

3

12. Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> Approximately November 8, 2009 to present. Permanent/Persistent loss and thinning of hair on the scalp since treatment with Taxotere.  Additionally, Plaintiff has suffered Permanent/Persistent loss of eyelashes and eyebrows since treatment with Taxotere.  Please also see last page for additional information.

13. Counts in Master Complaint brought by Plaintiff(s):

   ☒ Count I – Strict Products Liability – Failure to Warn
   ☒ Count III – Negligence
   ☒ Count IV – Negligent Misrepresentation
   ☒ Count V – Fraudulent Misrepresentation
   ☒ Count VI – Fraudulent Concealment
   ☒ Count VII – Fraud and Deceit

   ☐ Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below.  If Plaintiff(s) include additional theories of recovery, for example, applicable state law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

4

14. Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

> /s/ Justin E. Dunlap
> Attorney for the Plaintiff
> TX Bar 24040835
> Hotze Runkle PLLC
> 1101 S. Capital of Texas Hwy
> Bldg. C, Suite 100
> West Lake Hills, Texas 78746
> justin@hotzerunkle.com
> (512) 476-7771 tel
> (512) 476-7781 fax

Continuation of Question 12:

1. Plaintiff received chemotherapy treatment with Taxotere beginning March 6, 2009 at the Family Cancer Center in Memphis, Tennessee.

2. On March 6, 2009, prior to undergoing chemotherapy treatment, Plaintiff discussed the potential chemotherapy side effects with her prescribing doctor, Dr. Aleksander Jankov. Dr. Jankov advised Plaintiff that she would "possibly lose your hair" during chemotherapy treatment, but that it "would be temporary."

3. Plaintiff completed her chemotherapy treatment with Taxotere on May 8, 2009.

4. Following chemotherapy, Plaintiff observed that the hair regrowth on her scalp was thinner like baby hair and she had a pronounced bald spot on the crown of her head.  Additionally, Plaintiff observed that her eyelashes, eyebrows, and body hair did not regrow following chemotherapy.

5. In late 2009 Plaintiff discussed her continued hair loss with Dr. Jankov.

6. In 2011 and 2012 Plaintiff tried the use Jamaican Black Castor Oil and Biotin to encourage her hair to re-grow.

7. In May, 2017 Plaintiff saw attorney television advertisements concerning Taxotere and permanent hair loss.

8. In January 2018 Plaintiff consulted with Phyisican's Assistant Jodi Burges at Levy Dermatology in Memphis, Tennessee and was diagnosed with "alopecia."