**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | HON. JANE T. MILAZZO |
| THIS DOCUMENT RELATES TO: | Civil Action No.: 2:17-CV-09585 |
| DEBRA MURRELL v. SANOFI US SERVICES INC., ET AL., EDLA No. 2:17-cv-09585 | |

**ORDER**

Before the Court is Plaintiff's Unopposed Motion for Leave to File Amended Short Form Complaint, filed on January 11, 2021. The Court understands that Defendants Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC do not oppose Plaintiff's Motion.

The Motion is GRANTED. Plaintiff may amend her Short Form Complaint consistent with this Order.

New Orleans, Louisiana this _____ day of January, 2021.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

1