UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE T. MILAZZO |
| Debra Payton,<br>        Plaintiff, | : : : | |
| vs. | : : | |
| Sanofi-Aventis U.S. LLC, separately, and d/b/a Winthrop US, Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira Inc.,<br>        Defendants. | : : : : | |
| Civil Case No.: 2:17-cv-9725 | : : | |

Upon Plaintiff's Motion for Leave to file an Amended Complaint and for good cause shown, it is hereby Ordered that the Plaintiff may file the Amended Short From Complaint which was attached as Exhibit A to Plaintiff's Motion.

This the ____ day of _____, 2021.

_____
U.S. District Court Judge