# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>HON. JANE T. MILAZZO |
| THIS DOCUMENT RELATES TO:<br><br>MARY LAGODNA v. SANDOZ INC., EDLA No. 2:17-cv-12644 | Civil Action No.: 2:17-CV-12644 |

## ORDER

    Before the Court is Plaintiff's Unopposed Motion for Leave to File Amended Short Form Complaint, filed on January 12, 2021. The Court understands that Defendant Sandoz Inc. does not oppose Plaintiff's Motion.

    The Motion is GRANTED. Plaintiff may amend her Short Form Complaint consistent with this Order.

    New Orleans, Louisiana this _____ day of January, 2021.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

1