**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | HON. JANE T. MILAZZO |
| THIS DOCUMENT RELATES TO: JOAN HEDUM v. SANOFI US SERVICES INC., ET AL., EDLA No. 2:17-cv-14334 | Civil Action No.: 2:17-CV-14334 |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File Amended Short Form Complaint, filed on January 12, 2021. The Court understands that Defendants Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC do not oppose Plaintiff's Motion.

The Motion is GRANTED. Plaintiff may amend her Short Form Complaint consistent with this Order.

New Orleans, Louisiana this 12th day of January, 2021.

                                                            **JANE TRICHE MILAZZO**
                                                            **UNITED STATES DISTRICT JUDGE**