**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | HON. JANE T. MILAZZO |
| THIS DOCUMENT RELATES TO:<br><br>ROSEMARY AND FRANK GARY v. SANOFI US SERVICES INC., ET AL., EDLA No. 2:17-cv-05451 | Civil Action No.: 2:17-CV-05451 |

## ORDER

Before the Court is Plaintiffs' Unopposed Motion for Leave to File Amended Short Form Complaint, filed on January 12, 2021. The Court understands that Defendants Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC do not oppose Plaintiffs' Motion.

The Motion is GRANTED. Plaintiffs may amend their Short Form Complaint consistent with this Order.

New Orleans, Louisiana this __th day of _____, 2021.

						_____
						**JANE TRICHE MILAZZO**
						**UNITED STATES DISTRICT JUDGE**

1