## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>Martha Lee v. Sanofi S.A., et al., et al.<br>Civil Action No.: 2:17-cv-06125, et al. | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE JANE TRICHE MILAZZO<br><br>MAG. JUDGE MICHAEL B. NORTH |

## **ORDER**

Before the Court is a Motion to Enroll (Doc. 11721);

**IT IS ORDERED** that the Motion is **GRANTED**, and that J. Christopher Elliott, Darin L. Schanker, and J. Kyle Bachus of Bachus & Scahnker, LLC be enrolled as additional counsel of record for the cases in Exhibit A of the Motion.

New Orleans, Louisiana, this 8th day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE