UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>Lori Doherty | PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT ADDING FACTUAL ALLEGATIONS |
| | Civil Action No.: 2:20-cv-00167 |

**ORDER**

IT IS ORDERED that Plaintiff's Unopposed Motion for Leave to File Second Amended Short Form Complaint adding factual allegations regarding particularized facts individual and specific to Plaintiff's medical care and treatment and communications with medical professionals is GRANTED.

Signed, this _____ day of _____, 2021.

_____
Honorable Jane T. Milazzo
U.S. District Court Judge