UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>HON. JANE T. MILAZZO |
| THIS DOCUMENT RELATES TO:<br><br>JUDITH AND JAMES HUNT v. SANOFI US SERVICES INC., ET AL., EDLA No. 2:17-cv-11567 | Civil Action No.: 2:17-CV-11567 |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Judith and James Hunt, who, pursuant to the attached Memorandum in Support, respectfully request leave to file the attached proposed Amended Short Form Complaint (Exhibit A).

Plaintiffs' counsel has conferred with Liaison Counsel for the Sanofi Defendants and understands these Defendants oppose Plaintiffs' request. The Sanofi Defendants are the only Defendants named in the attached proposed Amended Short Form Complaint.

WHEREFORE, Plaintiffs pray that they be granted leave to file the attached proposed Amended Short Form Complaint.

Dated this 12th day of January 2021.

By: s/Justin E. Dunlap
Justin E. Dunlap
Hotze Runkle, PLLC
1101 S. Capital of Texas Hwy
Bldg. C, Suite 100
West Lake Hills, Texas 78746
Telephone: (512) 476-7771

1

Facsimile: (512) 476-7781
Email: justin@hotzerunkle.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on January 12, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

By: s/Justin E. Dunlap
Justin E. Dunlap
