# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| *Judith and James Hunt v. Sanofi US Services Inc., et al.*, EDLA No. 2:17-cv-11567 | |

## FIRST AMENDED SHORT FORM COMPLAINT (Effective as of May 13, 2020)[1]

Plaintiffs incorporate by reference the Second Amended Master Long Form Complaint and Jury Demand filed in the above referenced case on September 27, 2018 (Doc. 4407). Pursuant to Pretrial Order No. 15, this First Amended Short Form Complaint adopts allegations and encompasses claims as set forth in the Second Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1. Plaintiff:

   Judith Hunt

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

   James Hunt

3. Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Not applicable

4. Current State of Residence:  Indiana

5. State in which Plaintiff(s) allege(s) injury:  Indiana

---

[1] This version of the Short Form Complaint supersedes all prior versions of the form pursuant to Pretrial Order No. 73A. This Court-approved version of the Short Form Complaint is available on the Court's Taxotere webpage and through MDL Centrality.

6. Defendants (check all Defendants against whom a Complaint is made):

   a. Taxotere Brand Name Defendants

   ☒ A. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

   ☒ B. Sanofi-Aventis U.S. LLC

   b. Other Brand Name Drug Sponsors, Manufacturers, Distributors

   ☐ A. Sandoz Inc.

   ☐ B. Accord Healthcare, Inc.

   ☐ C. McKesson Corporation d/b/a McKesson Packaging

   ☐ D. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

   ☐ E. Hospira, Inc.

   ☐ F. Sun Pharma Global FZE

   ☐ G. Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

   ☐ H. Pfizer Inc.

   ☐ I. Actavis LLC f/k/a Actavis Inc.

   ☐ J. Actavis Pharma, Inc.

   ☐ K. Sagent Pharmaceuticals, Inc.

   ☐ L. Other:

7. Basis for Jurisdiction:

   ☒ Diversity of Citizenship
   ☐ Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

2

8. Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

Indiana Northern District Court

9. Brand Product(s) used by Plaintiff (check applicable):

☒ A. Taxotere
☐ B. Docefrez
☐ C. Docetaxel Injection
☐ D. Docetaxel Injection Concentrate
☐ E. Unknown
☐ F. Other:

10. First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

February 10, 2003-February 24, 2003

11. State in which Product(s) identified in question 9 was/were administered:

Indiana

3

12. Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> Approximately August, 2003 to present. Permanent/Persistent loss and thinning of hair on the scalp since treatment with Taxotere.  Also, permanent/persistent loss and thinning of eyebrows, eyelashes, and body hair.  Please see last page for additional information.

13. Counts in Master Complaint brought by Plaintiff(s):

   ☒ Count I – Strict Products Liability – Failure to Warn
   ☒ Count III – Negligence
   ☒ Count IV – Negligent Misrepresentation
   ☒ Count V – Fraudulent Misrepresentation
   ☒ Count VI – Fraudulent Concealment
   ☒ Count VII – Fraud and Deceit

   ☒ Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below.  If Plaintiff(s) include additional theories of recovery, for example, applicable state law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

> Loss of Consortium on behalf of Plaintiff James Hunt

4

14. Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

> /s/ Justin E. Dunlap
> Attorney for the Plaintiff
> TX Bar 24040835
> Hotze Runkle PLLC
> 1101 S. Capital of Texas Hwy
> Bldg. C, Suite 100
> West Lake Hills, Texas 78746
> justin@hotzerunkle.com
> (512) 476-7771 tel
> (512) 476-7781 fax

Continuation of Question 12:

1. In January 2003, prior to undergoing chemotherapy treatment, Plaintiff discussed the potential chemotherapy side effects with her prescribing oncologist Dr. Wael Harb of Horizon Oncology.  Dr. Harb told Plaintiff that she would "definitely lose her hair" during her chemotherapy treatment, but that her hair "would come back" after the chemotherapy treatment was completed.

2. Plaintiff received chemotherapy treatment with Taxotere beginning February 10, 2003 at Horizon Oncology Center in Lafayette, Indiana.

3. Plaintiff completed her chemotherapy treatment with Taxotere on February 24, 2003.

4. Following chemotherapy, Plaintiff's hair partially re-grew, although Plaintiff observed that the regrowth was very thin and there were several bald places over her scalp where Plaintiff's skin showed substantially.  Additionally, Plaintiff observed the loss of her eyebrows, eyelashes, and body hair, none of which regrew.

5. In 2004 Plaintiff expressed her concern to Dr. Harb that her hair had not grown back fully. Dr. Harb stated that "each person is different, and we never know how long it will take to regrow."

6. From January 2013 through December 2014 Plaintiff was under the care of Transitions of Indiana in Indianapolis, Indiana for treatment of hair loss.

7. In October 2016 Plaintiff saw attorney advertisements concerning Taxotere and permanent hair loss.

8. In July 2018 Plaintiff consulted with her physician Dr. Ajita Narayan at Horizon Oncology Center and was diagnosed with "alopecia."