# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | HON. JANE T. MILAZZO |
| THIS DOCUMENT RELATES TO: | Civil Action No.: 2:17-CV-11567 |
| JUDITH AND JAMES HUNT v. SANOFI US SERVICES INC., ET AL., EDLA No. 2:17-cv-11567 | |

## NOTICE OF SUBMISSION

TO:   ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that Plaintiffs' Motion for Leave to File Amended Short Form Complaint will come before the Court for submission on the 24th day of February, 2021 at 9:30 a.m.

Dated this 12th day of January 2021.

By: s/Justin E. Dunlap
Justin E. Dunlap
Hotze Runkle, PLLC
1101 S. Capital of Texas Hwy
Bldg. C, Suite 100
West Lake Hills, Texas 78746
Telephone: (512) 476-7771
Facsimile: (512) 476-7781
Email: justin@hotzerunkle.com

*Attorney for Plaintiffs*

1

## CERTIFICATE OF SERVICE

     I hereby certify that on January 12, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                        By:  s/Justin E. Dunlap
                                             Justin E. Dunlap