UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE JANE TRICHE MILAZZO<br>MAG. JUDGE NORTH |
| <u>CHARLES KRIDNER, ON BEHALF OF MIRIAM KRIDNER,</u><br><br>   Plaintiff(s),<br><br>vs.<br><br><u>HOSPIRA, INC.</u> and<br><u>HOSPIRA WORLDWIDE, LLC F/K/A</u><br><u>HOSPIRA WORLDWIDE, INC.</u><br><br>   Defendant(s). | : : : : : : : : : : : : : | Civil Action No.: <u>2:16-CV-16945</u><br><br><br>PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO PTO 105 [UNOPPOSED] |

**PLAINTIFF'S [UNOPPOSED] MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO PTO 105**

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiff respectfully move the Court for leave to File the attached Amended Complaint to Amend the Factual Allegations pursuant to PTO 105. Plaintiff has adhered to the Court's meet and confer procedure and Defendants have raised no objections to the amended facts contained herein.

Rule 15 provides that "a party may amend its pleading [with] the court's leave" and that "[t]he court should freely give leave when justice so requires." Fed.R.Civ.P. 15(a)(2). Plaintiff moves to file the Amended Complaint within the time permitted by the Court in PTO No. 105 [Doc. No. 10338] and Stipulation Regarding PTO No. 105 [Doc. No. 11347] which requires Amended Complaints to be filed by no later than January 15, 2021.

1

## AMENDMENTS TO COMPLAINT

1.      PTO 105 FACTUAL ALLEGATIONS

Plaintiff complained to healthcare providers at Thompson Oncology Group, including Dr. Matthew McCarty, about her hair not growing back. These conversations occurred from approximately discontinued use of docetaxel to 2014 [Permissible amendments pursuant to the Court's ORDER & REASONS, Doc 11129 at 3-6, 8-10, 15-17].

Plaintiff received treatment from Advanced Dermatology of East Tennessee, P.C. in approximately March of 2014. Plaintiff complained about her hair not growing back to Dr. Lewis Slawsky. Here, she was diagnosed with alopecia. [Permissible amendments pursuant to the Court's ORDER & REASONS, Doc 11129 at 3-6, 8-10, 15-17].

For all these reasons, Plaintiff respectfully requests that the Court grant Plaintiff leave to file the attached Amended Complaint.  Attached as an Exhibit is the proposed amended Short Form Complaint. Also attached is a proposed Order.

                                                   Respectfully Submitted,

DATED: January 12, 2021      */s/ Alexandra W. Robertson*
Alexandra W. Robertson, Esq., MN Bar #395619
JOHNSON BECKER, PLLC
444 Cedar Street, Suite 1800
St. Paul, Minnesota 55101
(612) 436-1800 (telephone)
(612) 436-1801 (facsimile)
arobertson@johnsonbecker.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that, on the date set forth below, the foregoing PLAINTIFF'S [UNOPPOSED] MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO PTO 105 was filed electronically and that it is available for viewing and downloading on the Court's CM/ECF system by the parties.

I further certify that, on the date set forth below, this same document was served on defendants' counsel via email at Maracusker.gonzalez@dechert.com; Lauren.gumerove@dechert.com; and Lavinia.Denniston@dechert.com.

DATED: January 12, 2021  /s/ Alexandra W. Robertson
Alexandra W. Robertson, Esq., MN Bar #395619
JOHNSON BECKER, PLLC
444 Cedar Street, Suite 1800
St. Paul, Minnesota 55101
(612) 436-1800 (telephone)
(612) 436-1801 (facsimile)
arobertson@johnsonbecker.com

*Attorney for Plaintiff*