UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE JANE TRICHE MILAZZO<br>MAG. JUDGE NORTH |
| CHARLES KRIDNER, ON BEHALF OF MIRIAM KRIDNER,<br><br>     Plaintiff(s),<br><br>vs.<br><br>HOSPIRA, INC. and<br>HOSPIRA WORLDWIDE, LLC F/K/A<br>HOSPIRA WORLDWIDE, INC.<br><br>     Defendant(s).<br>------------------------------------------------------------ | : : : : : : : : : : : : : : | Civil Action No.: 2:16-CV-16945<br><br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO PTO 105 [UNOPPOSED] |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S [UNOPPOSED] MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO PTO 105**

AND NOW, on this _____ day of _____, 2021, upon consideration of Plaintiff's Unopposed Motion for Leave to File Amended Complaint Pursuant to PTO 105, it is hereby ORDERED that Plaintiff's Motion is GRANTED.

BY THE COURT:

_____
HON. JANE TRICHE MILAZZO
United States District Judge

1