## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCT LIABILITY LITIGATION | MDL NO: 2740 |
| KATHY DAGNON | SECTION: "H" (5) |
| Plaintiff, | JUDGE JANE TRICHE MILAZZO |
| v. | MAG. JUDGE NORTH |
| | **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO PTO 105** |
| SANOFI US SERVICES INC., ET AL | Civil Case No: 2:19-cv-12623 |
| Defendants. | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE
AMENDED COMPLAINT PURSUANT TO PTO 105**

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiff respectfully moves the Court for leave to file the attached Amended Complaint to Amend her Factual Allegations pursuant to PTO 105. Plaintiff has adhered to the Court's meet and confer procedure and Defendants have no objections to the amended facts contained herein.

Rule 15 provides that "a party may amend its pleading [with] the court's leave" and that "[t]he court should freely give leave when justice so requires." Fed.R.Civ.P. 15(a)(2). Plaintiff moves to file the attached Amended Complaint within the time permitted by the Court in the PTO No. 105 [Doc. No. 10338] and Stipulation Regarding PTO No. 105 [Doc. No. 11347].

1

**AMENDMENTS TO COMPLAINT**

1.   PTO FACTUAL ALLEGATIONS

| First PTO 105 Attempt | Second PTO 105 Attempt |
|---|---|
| Permanent, irreversible and disfiguring alopecia and hair thinning beginning after chemotherapy treatment with Taxotere (Docetaxel) in 2010 and continuing to present. ==Plaintiff believed that her hair loss would be temporary and was uncertain as to when her hair would begin to grow back after chemotherapy.== Plaintiff spoke with Dr. Monica Banerjee, MD about her hair loss in 2010 following chemotherapy treatment. Dr. Banerjee told her there is nothing that could be done and that it would either be temporary or permanent only time would tell. Plaintiff did not discuss it with her after that ==because she assumed there was nothing that could be done==.  Plaintiff saw an advertisement about Taxotere and hair loss in early November of 2017. | Permanent, irreversible and disfiguring alopecia and hair thinning beginning after treatment with Taxotere in 2010 and continuing to present. Plaintiff spoke with Dr. Monica Banerjee, MD about her hair loss around September of 2010 as she was nearing the end of her chemotherapy regimen. Dr. Banerjee told her there is nothing that could be done and that it would either be temporary or permanent only time would tell. Plaintiff talked to her a couple more times during the timeframe of September 2010 to May 2011. Plaintiff did not discuss it with her after that because she concluded, based on those conversations with Dr. Banerjee, that there was nothing that could be done. Plaintiff saw an advertisement about Taxotere and hair loss in early November of 2017. |

For the reasons stated herein, Plaintiff respectfully requests that the Court grant Plaintiff leave to file the attached Amended Complaint.

Dated this 12th day of January 2021                    Respectfully submitted,

RAY HODGE & ASSOCIATES, L.L.C.


 s/ Ryan E. Hodge
Ryan E. Hodge, #16180
8558 W. 21st St. N., Suite 300
Wichita, KS 67205
(316) 269-1414
(316) 263-6019 (fax)
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

 I hereby certify that on the date set forth below, the foregoing PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO PTO 105 was filed electronically with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: January 12, 2021           s/ Ryan E. Hodge
                       Ryan Hodge

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCT LIABILITY LITIGATION | MDL NO: 2740 |
| KATHY DAGNON | SECTION: "H" (5) |
| Plaintiff, | JUDGE JANE TRICHE MILAZZO<br>MAG. JUDGE NORTH |
| v. | **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO PTO 105** |
| SANOFI US SERVICES INC., ET AL | Civil Case No: 2:19-cv-12623 |
| Defendants. | |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO PTO 105

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiff's Motion for Leave to File Amended Complaint Pursuant to PTO 105 in the above captioned matter.

SO ORDERED this _____day of _____, 2021.

_____
JUDGE, UNITED STATES DISTRICT COURT