# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCT LIABILITY LITIGATION | MDL NO: 2740 |
| KATHY DAGNON<br><br>Plaintiff,<br><br>v. | SECTION: "H" (5)<br><br>JUDGE JANE TRICHE MILAZZO<br>MAG. JUDGE NORTH<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO PTO 105** |
| SANOFI US SERVICES INC., ET AL<br><br>Defendants. | Civil Case No: 2:19-cv-12623 |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO PTO 105

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiff's Motion for Leave to File Amended Complaint Pursuant to PTO 105 in the above captioned matter.

SO ORDERED this _____day of _____, 2021.

_____
JUDGE, UNITED STATES DISTRICT COURT