UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>Alicia Lawson | PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT ADDING FACTUAL ALLEGATIONS |
| | Civil Action No.: 2:20-cv-00060 |

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff Alicia Lawson respectfully moves the Court for leave to amend the Complaint filed in this action on January 8, 2020.

Pursuant to PTO 105, Plaintiff seeks to amend her complaint to add factual allegations regarding particularized facts individual and specific to Plaintiff's medical care and treatment and communications with medical professionals.

Pursuant to Local Rule 7.6, Plaintiff's Counsel conferred with counsel for Defendants and there is no opposition to this Motion, with the understanding and agreement that Defendants reserve their rights to assert all defenses, including jurisdictional defenses and defenses based on statute of limitations, at another stage in this lawsuit.

Dated this 13th of January, 2021

By: Sean C. Domnick, Esq.
FL Bar No. 843679
Domnick Cunningham & Whalen
2401 PGA Blvd., Ste 140
Palm Beach Gardens, FL 33410
(561) 625-6260
scd@dcwlaw.com
eservice@dcwlaw.com

## CERTIFICATE OF CONFERENCE

I hereby certify that I have contacted Defendants' Lead and Liaison Counsel as well as Counsel for Accord regarding this Motion in writing, and counsel has consented to and does not oppose the relief sought.

By: Sean C. Domnick, Esq.
FL Bar No. 843679
Domnick Cunningham & Whalen
2401 PGA Blvd., Ste 140
Palm Beach Gardens, FL 33410
(561) 625-6260
scd@dcwlaw.com
eservice@dcwlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: January 13, 2021.                                             */s/ Sean C. Domnick*

3