UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

**THIS DOCUMENT RELATES TO:**
*Mary Caroline Cook, Case No. 2:17-cv-17655*
*Evelyn Disher, Case No. 2:18-cv-05523*
*Geraldine Tabor, Case No. 2:18-cv-05509*

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINTS

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Mary Caroline Cook, Evelyn Disher, and Geraldine Tabor, who respectfully request leave to file the attached proposed Amended Short Form Complaints (Exhibits A-C).

Pursuant to Local Rule 7.6, Plaintiffs' counsel has conferred with counsel for Defendants and there is no opposition to this motion.

WHEREFORE, Plaintiffs pray that they be granted leave to file the attached proposed Amended Short Form Complaints.

Dated: January 13, 2021                 Respectfully Submitted,

/s/ Dawn M. Barrios
Dawn M. Barrios (#2821)
Bruce S. Kingsdorf (#7403)
Zachary L. Wool (#32778)
Emma K. Schwab (#35864)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
bkingsdorf@bkc-law.com
barrios@bkc-law.com
zwool@bkc-law.com
eschwab@bkc-law.com

*Attorneys for the Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 13, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                          */s/ Dawn M. Barrios*
                                          Dawn M. Barrios