# EXHIBIT C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| Geraldine Tabor ,<br><br>    Plaintiff(s),<br><br>vs.<br><br><br>Sanofi US Services Inc., et al ,<br><br>    Defendant(s).<br>------------------------------------------------------------ | : : : : : : : : : : : | COMPLANT & JURY DEMAND<br><br>Civil Action No.: **2:18-cv-05509** |

**FIRST AMENDED SHORT FORM COMPLAINT (Effective as of May 13, 2020)**[1]

Plaintiff(s) incorporate by reference the Second Amended Master Long Form Complaint and Jury Demand filed in the above referenced case on September 27, 2018 (Doc. 4407). Pursuant to Pretrial Order No. 15, this [Original/Amended] Short Form Complaint adopts allegations and encompasses claims as set forth in the Second Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1. Plaintiff:

    Geraldine Tabor

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

    Kendall Tabor

---

[1] This version of the Short Form Complaint supersedes all prior versions of the form pursuant to Pretrial Order No. 73A. This Court-approved version of the Short Form Complaint is available on the Court's Taxotere webpage and through MDL Centrality.

1

3. Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Current State of Residence: Arkansas

5. State in which Plaintiff(s) allege(s) injury: Arkansas

6. Defendants (check all Defendants against whom a Complaint is made):

   a. Taxotere Brand Name Defendants

      ☒ A. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

      ☒ B. Sanofi-Aventis U.S. LLC

   b. Other Brand Name Drug Sponsors, Manufacturers, Distributors

      ☐ A. Sandoz Inc.

      ☐ B. Accord Healthcare, Inc.

      ☐ C. McKesson Corporation d/b/a McKesson Packaging

      ☐ D. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

      ☐ E. Hospira, Inc.

      ☐ F. Sun Pharma Global FZE

      ☐ G. Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

      ☐ H. Pfizer Inc.

      ☐ I. Actavis LLC f/k/a Actavis Inc.

      ☐ J. Actavis Pharma, Inc.

      ☐ K. Other:

7. Basis for Jurisdiction:

&boxtimes; Diversity of Citizenship

☐ Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8. Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

Eastern District of Arkansas

9. Brand Product(s) used by Plaintiff (check applicable):

&boxtimes; A. Taxotere

☐ B. Docefrez

☐ C. Docetaxel Injection

☐ D. Docetaxel Injection Concentrate

☐ E. Unknown

☐ F. Other:

10. First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

First treatment date: December 31, 2008
Last date of use: April 17, 2009

3

11. State in which Product(s) identified in question 9 was/were administered:

> Arkansas

12. Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> Permanent hair loss and thinning all over head, eyelashes, eyebrows, body.

13. Counts in Master Complaint brought by Plaintiff(s):

- [x] Count I – Strict Products Liability - Failure to Warn
- [x] Count III – Negligence
- [ ] Count IV – Negligent Misrepresentation
- [x] Count V – Fraudulent Misrepresentation
- [x] Count VI – Fraudulent Concealment
- [ ] Count VII – Fraud and Deceit

- [x] Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

Failure to Warn – Arkansas Product Liability Act of 1979, Ark. Code §16-116-101 et seq.

**FACTUAL ALLEGATIONS**

1. Plaintiff started chemotherapy treatment in December 2008.
2. Plaintiff completed chemotherapy treatment in April 2009.
3. At the recommendation of Mrs. Clowers, a beautician from Arkansas Beauty College and Paula Blackwell, then owner of a local salon, Perfect Image, Plaintiff purchased Nioxin scalp treatment in January 2010, to help her hair re-growth. This is a self-application, daily use, leave-in product. Plaintiff used the product as directed.
4. In spring 2010, Plaintiff asked her oncologist, Dr. Sneed, about her hair not regrowing and whether it was normal. Dr. Sneed said that he was not a hair specialist and recommended seeing a beautician. Dr. Sneed advised that he had 2 patients whose hair did not regrow following chemotherapy and they were both males in their 70s.
5. In the summer of 2010, Plaintiff began scalp activation treatment and follicle booster treatment as recommended by Mrs. Clowers. This was performed monthly.
6. In January 2013, Plaintiff began using Rogaine for Women in hopes of fully re-growing her hair. Plaintiff purchased this product from the local Wal-Mart. She used the product as directed.
7. On April 24, 2013, Plaintiff contacted her dermatologist, Dr. Don Helms, and inquired about her hair not regrowing. Plaintiff was told that Dr. Helms did not specialize in hair issues.
8. In January and February 2018, Plaintiff saw dermatologists, Dr. Kincannon and Dr. Oetken, specifically for hair loss on her head, eyebrows and eyelashes. Plaintiff was prescribed Latisse to assist in the regrowth of her eyelashes, but developed an allergic reaction and discontinued use immediately as advised by the prescribing physician. Dr. Kincannon also recommended over the counter Biotin vitamin supplements, which Plaintiff still takes.

14. Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

By: Bruce S. Kingsdorf (#7403)
Dawn M. Barrios (#2821)
Zachary L. Wool (#32778)
Emma K. Schwab (#35864)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
bkingsdorf@bkc-law.com
barrios@bkc-law.com
zwool@bkc-law.com
eschwab@bkc-law.com
Attorneys for the Plaintiff

6