UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL 2740** |
| | **SEC. "H"(5)** |
| **THIS DOCUMENT RELATES TO:** Sheila Crayton, 17-5923 | **JUDGE MILAZZO** |

## JUDGMENT

Considering the briefing submitted by counsel and for reasons issued January 13, 2021 (Doc. 11824);

**IT IS ORDERED, ADJUDGED AND DECREED** that all claims of plaintiff Sheila Crayton are hereby DISMISSED WITH PREJUDICE.

Signed in New Orleans, LA this 13th day of January, 2021.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE