UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCT LIABILITY LITIGATION | MDL NO: 2740 |
| FELICIA LINNETTE WARREN<br><br>Plaintiff,<br><br>v.<br><br><br><br>SANDOZ INC.<br><br>Defendant. | SECTION: "H" (5)<br><br>JUDGE JANE TRICHE MILAZZO<br>MAG. JUDGE NORTH<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO PTO 105**<br><br>Civil Case No: 2:18-cv-11205 |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE
AMENDED COMPLAINT PURSUANT TO PTO 105**

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiff respectfully moves the Court for leave to file the attached Amended Complaint to Amend her Factual Allegations pursuant to PTO 105. Plaintiff has adhered to the Court's meet and confer procedure and Defendant has no objections to the amended facts contained herein.

Rule 15 provides that "a party may amend its pleading [with] the court's leave" and that "[t]he court should freely give leave when justice so requires." Fed.R.Civ.P. 15(a)(2). Plaintiff moves to file the attached Amended Complaint within the time permitted by the Court in the PTO No. 105 [Doc. No. 10338] and Stipulation Regarding PTO No. 105 [Doc. No. 11347].

1

**AMENDMENTS TO COMPLAINT**

1. PTO FACTUAL ALLEGATIONS

| **First PTO 105 Attempt** | **Second PTO 105 Attempt** |
|---|---|
| Permanent, irreversible and disfiguring alopecia and hair thinning beginning after treatment with Taxotere (Docetaxel) in 2012 and continuing to present. Plaintiff believed that her hair loss would be temporary and was uncertain as to when her hair would begin to grow back after her chemotherapy treatment. Following her chemotherapy treatment, Plaintiff went to a new oncologist, Dr. Adam Lye, MD, as the oncologist who administered Taxotere (Docetaxel) to her was, at the time, involved in unrelated litigation. Plaintiff recalls discussing her hair loss with her Dr. Lye. He told her not to worry and that her hair would grow back. Over the past eight years since Plaintiff received Taxtore (Docetaxel), she has also discussed her hair loss with her primary care physician, Dr. Myra Henderson, MD, who likewise said her hair would grow back, but who suggested she purchase a wig. Plaintiff's hair stylist, Valerie Franklin, also a cancer survivor, has over the years offered advise on hair care products marketed for hair regrowth. Plaintiff has tried the products with no success. It was not until Plaintiff saw an ad in early November of 2017 that she began to question whether her hair loss is permanent. | Hair loss from 2012 to present. In 2013, following her chemotherapy treatment, Plaintiff visited with her Ob/Gyn Dr. Myra Henderson, MD about her hair loss. Dr. Henderson told her that her hair would grow back, but suggested she buy a wig in the meantime. At Dr. Henderson's recommendation, Plaintiff purchased her first wig in 2013. She purchases her wigs from Sami Beauty Supply in Radcliff, Kentucky and Kim's Hair & Wigs Beauty Supply in Elizabethtown, Kentucky. That same year, Plaintiff also discussed her hair loss with her primary care provider, Patricia Williams, NP who likewise told her that her hair would eventually grow back. In 2014, Plaintiff went to a new oncologist, Dr. Adam Lye, MD, as the oncologist who administered her Taxotere (Docetaxel) was, at the time, involved in unrelated litigation. Plaintiff discussed her hair loss with her Dr. Lye during a 2014 visit; she cannot recall the exact date. Dr. Lye told her not to worry and that her hair would grow back. Around 2018, Dr. Lye left the practice, and Dr. Dr. Donald Goodin, MD took over his oncology patients. Plaintiff talked to Dr. Goodin about her hair loss on a few office visits between 2018 and 2019. Plaintiff has had the same hair stylist from 2012 when she began chemotherapy to the present day. Her hair stylist, Valerie Franklin, also a cancer survivor, has over the years offered Plaintiff advise on hair care products marketed for hair regrowth. She recommended Nioxin hair regrowth products and Keranique Hair Regrowth System. Plaintiff has tried the products with no success. Plaintiff saw an advertisement about Taxotere and hair loss in early November of 2017. |

For the reasons stated herein, Plaintiff respectfully requests that the Court grant Plaintiff leave to file the attached Amended Complaint.

Dated this 13th day of January 2021        Respectfully submitted,

RAY HODGE & ASSOCIATES, L.L.C.

 s/ Ryan E. Hodge
Ryan E. Hodge, #16180
8558 W. 21st St. N., Suite 300
Wichita, KS 67205
(316) 269-1414
(316) 263-6019 (fax)
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, the foregoing PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO PTO 105 was filed electronically with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: January 13, 2021        s/ Ryan E. Hodge
Ryan Hodge

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCT LIABILITY LITIGATION | MDL NO: 2740 |
| FELICIA LINNETTE WARREN | SECTION: "H" (5) |
| Plaintiff, | JUDGE JANE TRICHE MILAZZO<br>MAG. JUDGE NORTH |
| v. | **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO PTO 105** |
| SANDOZ INC. | Civil Case No: 2:18-cv-11205 |
| Defendant. | |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO PTO 105

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiff's Motion for Leave to File Amended Complaint Pursuant to PTO 105 in the above captioned matter.

SO ORDERED this _____day of _____, 2021.

_____
JUDGE, UNITED STATES DISTRICT COURT