# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO |
| FELICIA LINNETTE WARREN | MAG. JUDGE NORTH |
| v. | COMPLAINT & JURY DEMAND |
| SANDOZ INC. | |

## SHORT FORM COMPLAINT[1]

Plaintiff incorporates by reference the Second Amended Master Long Form Complaint and Jury Demand filed in the above referenced case on September 27, 2018 (MDL Doc. 4407), subject to the amendments set forth in paragraph 13 of this Amended Short Form Complaint. Pursuant to Pretrial Order No. 15, this Short Form Complaint adopts allegations and encompasses claims as set forth in the Second Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1. Plaintiff:

   Felicia Linnette Warren

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):  N/A

3. Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
   _____

4. Current State of Residence:  Kentucky

---

[1] (Effective as of January 4, 2019) This version of the Short Form Complaint supersedes all prior versions of the form pursuant to Pretrial Order No. 73. This Court-approved version of the Short Form Complaint is available on the Court's Taxotere webpage and through MDL Centrality.

1

5. State in which Plaintiff(s) allege(s) injury:  Kentucky

6. Defendants (check all Defendants against whom a Complaint is made):

   a. Taxotere Brand Name Defendants

      A. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

      B. Sanofi-Aventis U.S. LLC

   b. Other Brand Name Drug Sponsors, Manufacturers, Distributors

      ☒ A. Sandoz Inc.

      B. Accord Healthcare, Inc.

      C. McKesson Corporation d/b/a McKesson Packaging

      D. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

      E. Hospira, Inc.

      F. Sun Pharma Global FZE

      G. Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

      H. Pfizer Inc.

      I. Actavis LLC f/k/a Actavis Inc.

      J. Actavis Pharma, Inc.

      K. Other: _____

7. Basis for Jurisdiction:

   ☒ Diversity of Citizenship
   ☐ Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure:

8. Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

Hardin County Circuit Court

9. Brand Product(s) used by Plaintiff (check applicable):

      A.    Taxotere

      B.    Docefrez

☒    C.    Docetaxel Injection

☒    D.    Docetaxel Injection Concentrate

      E.    Unknown

☐    F.    Other:

10. First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

Approximately August 14, 2012 to February 19, 2013

11. State in which Product(s) identified in question 9 was/were administered:

Kentucky

12. Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury:

Hair loss from 2012 to present. In 2013, following her chemotherapy treatment, Plaintiff visited with her Ob/Gyn Dr. Myra Henderson, MD about her hair loss. Dr.

3

==Henderson told her that her hair would grow back, but suggested she buy a wig in the meantime. At Dr. Henderson's recommendation, Plaintiff purchased her first wig in 2013. She purchases her wigs from Sami Beauty Supply in Radcliff, Kentucky and Kim's Hair & Wigs Beauty Supply in Elizabethtown, Kentucky. That same year, Plaintiff also discussed her hair loss with her primary care provider, Patricia Williams, NP who likewise told her that her hair would eventually grow back. In 2014, Plaintiff went to a new oncologist, Dr. Adam Lye, MD, as the oncologist who administered her Taxotere (Docetaxel) was, at the time, involved in unrelated litigation. Plaintiff discussed her hair loss with her Dr. Lye during a 2014 visit; she cannot recall the exact date. Dr. Lye told her not to worry and that her hair would grow back. Around 2018, Dr. Lye left the practice, and Dr. Dr. Donald Goodin, MD took over his oncology patients. Plaintiff talked to Dr. Goodin about her hair loss on a few office visits between 2018 and 2019. Plaintiff has had the same hair stylist from 2012 when she began chemotherapy to the present day. Her hair stylist, Valerie Franklin, also a cancer survivor, has over the years offered Plaintiff advise on hair care products marketed for hair regrowth. She recommended Nioxin hair regrowth products and Keranique Hair Regrowth System. Plaintiff has tried the products with no success. Plaintiff saw an advertisement about Taxotere and hair loss in early November of 2017.==

13. Counts in Master Complaint brought by Plaintiff(s):

    ✘ Count I – Strict Products Liability – Failure to Warn

    ✘ Count III – Negligence

    ✘ Count IV – Negligent Misrepresentation

    ✘ Count V – Fraudulent Misrepresentation

    ✘ Count VI – Fraudulent Concealment
    ✘ Count VII – Fraud and Deceit

    ✘ Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) include additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

Respectfully submitted,

RAY HODGE & ASSOCIATES, L.L.C.

/s/ Ryan E. Hodge
Ryan E. Hodge # 16180
8558 W. 21st St. N., Suite 300
Wichita, KS 67205
(316) 269-1414
(316) 263-6019 (fax)
Attorney for Plaintiff

5