# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO |
| *Lyons v. Sanofi-Aventis U.S. LLC, et al.*, 2:16-cv-16890 | MAG. JUDGE NORTH |
| | COMPLAINT & JURY DEMAND |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Rebecca Fredona, of the firm Moll Law Group, hereby enters her appearance in the above-captioned matter as counsel for plaintiff, PATRICIA LYONS, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel

Dated: January 13, 2021

                                              Respectfully submitted,
                                              By: */s/Rebecca Fredona*
                                              Rebecca Fredona
                                              MOLL LAW GROUP
                                              22 W Washington St, 15th Floor
                                              Chicago, IL 60602
                                              T: (312) 462-1700
                                              F: (312) 756-0045
                                              rfredona@molllawgroup.com

                                              **COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

By: */s/ Rebecca Fredona*
      Rebecca Fredona