**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2740** |
| | **SECTION "H" (5)** |
| **THIS DOCUMENT RELATES TO:** | **JUDGE MILAZZO** |
| *Killeen v. Sanofi-Aventis U.S. LLC, et al.*, 2:17-cv-04854 | **MAG. JUDGE NORTH** |
| | **COMPLAINT & JURY DEMAND** |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Rebecca Fredona, of the firm Moll Law Group, hereby

enters her appearance in the above-captioned matter as counsel for plaintiff, CARLEEN

KILLEEN, and respectfully requests that all pleadings, notices, orders, correspondence, and

other papers in connection with this action be served on and directed to the undersigned counsel

Dated: January 13, 2021

Respectfully submitted,
By: */s/Rebecca Fredona*
Rebecca Fredona
MOLL LAW GROUP
22 W Washington St, 15th Floor
Chicago, IL 60602
T: (312) 462-1700
F: (312) 756-0045
rfredona@molllawgroup.com

**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

By:   */s/ Rebecca Fredona*
Rebecca Fredona