# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |
| **THIS DOCUMENT RELATES TO:** | **PLAINTIFF'S MOTION TO WITHDRAW UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT ADDING FACTUAL ALLEGATIONS** |
| **Sharon Morton** | |
| | Civil Action No.: 2:20-cv-00122 |

Pursuant to Federal Rule of Civil Procedure 15(a)(1), Plaintiff Sharon Morton respectfully moves the Court for leave to withdraw Plaintiff's Unopposed Motion for Leave to File Amended Short Form Complaint filed in this action on January 13, 2021 [D.E. 11819].

Dated this 14th day of January, 2021

By:

Sean C. Domnick, Esq.
FL Bar No. 843679
Domnick Cunningham & Whalen
2401 PGA Blvd., Ste 140
Palm Beach Gardens, FL 33410
(561) 625-6260
scd@dcwlaw.com
eservice@dcwlaw.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 14, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.


Dated: January 14, 2021.                                    *<u>/s/ Sean C. Domnick</u>*