# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | HON. JANE T. MILAZZO |
| THIS DOCUMENT RELATES TO: <br><br> TILLIE FENTRESS v. HOSPIRA INC., ET AL., EDLA No. 2:17-cv-07085 | Civil Action No.: 2:17-CV-07085 |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

NOW INTO COURT, through undersigned counsel, come Plaintiff, Tillie Fentress, who, pursuant to the attached Memorandum in Support, respectfully requests leave to file the attached proposed Amended Short Form Complaint (Exhibit A).

Plaintiff's counsel has conferred with Liaison Counsel for the Hospira and Pfizer Defendants and understands these Defendants will not oppose Plaintiff's request. The Hospira and Pfizer Defendants are the only Defendants named in the attached proposed Amended Short Form Complaint.

WHEREFORE, Plaintiff prays that she be granted leave to file the attached proposed Amended Short Form Complaint.

Dated this 14th day of January 2021.

By: s/Justin E. Dunlap
Justin E. Dunlap
Hotze Runkle, PLLC
1101 S. Capital of Texas Hwy
Bldg. C, Suite 100
West Lake Hills, Texas 78746

Telephone: (512) 476-7771
Facsimile: (512) 476-7781
Email: justin@hotzerunkle.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

 I hereby certify that on January 14, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

          By:  s/Justin E. Dunlap
          Justin E. Dunlap