# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>HON. JANE T. MILAZZO |
| THIS DOCUMENT RELATES TO:<br><br>TILLIE FENTRESS v. HOSPIRA INC., ET AL., EDLA No. 2:17-cv-07085 | Civil Action No.: 2:17-CV-07085 |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File Amended Short Form Complaint, filed on January 14, 2021. The Court understands that Defendants Hospira, Inc.; Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.; and Pfizer Inc. do not oppose Plaintiff's Motion.

The Motion is GRANTED. Plaintiff may amend her Short Form Complaint consistent with this Order.

New Orleans, Louisiana this ____ day of _____, 2021.

                                                          **JANE TRICHE MILAZZO**
                                                          **UNITED STATES DISTRICT JUDGE**