UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| LISA K. HAIR,<br><br>    Plaintiff(s),<br><br>vs.<br><br>SANOFI US SERVICES, INC., ET AL<br><br>    Defendant(s).<br>----------------------------------------------------------- | : : : : : : : : : : | Civil Action No.: 2:19-cv-11178 |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

COMES NOW Plaintiff, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully moves the Court for leave to file the attached proposed Amended Short Form Complaint in this action. Plaintiff's original Short Form Complaint was filed in the Eastern District of Louisiana on June 12, 2019 (Lisa K. Hair v. Sanofi US Services Inc., et al, Case No. 2:19-cv-11178), and Plaintiff served Defendants pursuant to PTO 9.

Pursuant to PTO 105, Plaintiff seeks to amend their complaint to add factual allegations regarding particularized facts individual and specific to Plaintiff's recalling first seeing attorney advertisements.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with Defense counsel, and there is no opposition to this motion.

1

Respectfully submitted this 14th day of January, 2021.

By: /s/ Rand P. Nolen
Rand P. Nolen
TX Bar No. 00788126
FLEMING, NOLEN & JEZ, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX  77056
Telephone (713) 621-7944
Facsimile  (713) 621-9638
rand_nolen@fleming-law.com

*Counsel for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2021, I electronically filed the above document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service.

/s/ Rand P. Nolen
Rand P. Nolen