# EXHIBIT

# A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| MARY E. JACKSON,<br><br>    Plaintiff(s),<br><br>vs.<br><br>SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC., ET AL<br><br>    Defendant(s). | : : : : : : : : : : : | COMPLAINT & JURY DEMAND<br><br>Civil Action No.: 2:18-cv-10121 |

## AMENDED SHORT FORM COMPLAINT

Plaintiff(s) incorporate by reference the Amended Master Long Form Complaint and Jury Demand filed in the above-referenced case on July 25, 2017. Pursuant to Pretrial Order No. 15, this Amended Short Form Complaint adopts allegations and encompasses claims as set forth in the Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1.    Plaintiff:

    Mary E. Jackson

---

[1] This version of the Short Form Complaint supersedes all prior versions of the form pursuant to Pretrial Order No. 73. This Court-approved version of the Short Form Complaint is available on the Court's Taxotere webpage and through MDL Centrality.

1

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

   N/A

3. Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Current State of Residence: Georgia

5. State in which Plaintiff(s) allege(s) injury: Georgia

6. Defendants (check all Defendants against whom a Complaint is made):

   a. Taxotere Brand Name Defendants

   - [x] A. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.
   - [x] B. Sanofi-Aventis U.S. LLC

   b. Other Brand Name Drug Sponsors, Manufacturers, Distributors

   - [ ] A. Sandoz Inc.
   - [ ] B. Accord Healthcare, Inc.
   - [ ] C. McKesson Corporation d/b/a McKesson Packaging
   - [ ] D. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.
   - [ ] E. Hospira, Inc.
   - [ ] F. Sun Pharma Global FZE
   - [ ] G. Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.
   - [ ] H. Pfizer Inc.
   - [ ] I. Actavis LLC f/k/a Actavis Inc.
   - [ ] J. Actavis Pharma, Inc.

☐ K. Other: _____

7. Basis for Jurisdiction:

☒ Diversity of Citizenship

☐ Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure): _____

8. Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

Georgia Northern District Court, Atlanta Division

9. Brand Product(s) used by Plaintiff (check applicable):

☒ A. Taxotere

☐ B. Docefrez

☐ C. Docetaxel Injection

☐ D. Docetaxel Injection Concentrate

☐ E. Unknown

☐ F. Other: _____

10. First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

Approximately 03/02/2010 to approximately 06/15/2010.

11. State in which Product(s) identified in question 9 was/were administered:

Georgia.

12. Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

3

> Permanent/Persistent hair loss on my scalp from approximately June 15, 2011 to October 2018 (present). Diffuse thinning of my hair: top, scalp, back, sides from approximately June 15, 2011 to October 2018 (present). Diffuse thinning of my hair: top, scalp, back, sides from approximately June 15, 2011 to October 2018 (present). Significant thinning of the hair on my head after one (1) year of discontinuing treatment from approximately June 15, 2011 to October 2018 (present). Permanent/Persistent loss of my eyebrows and eyelashes from approximately June 15, 2011 to October 2018 (present). I recall first seeing attorney advertisements regarding Taxotere/Docetaxel and hair loss in September of 2017.

13. Counts in Master Complaint brought by Plaintiff(s):

☒ Count I – Strict Products Liability - Failure to Warn
☒ Count III – Negligence
☒ Count IV – Negligent Misrepresentation
☒ Count V – Fraudulent Misrepresentation
☒ Count VI – Fraudulent Concealment
☒ ☐ Count VII – Fraud and Deceit

☐ Other:  Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

By: /s/ *Rand P. Nolen*
Rand P. Nolen
TX Bar No. 00788126
FLEMING, NOLEN & JEZ, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX  77056
Telephone (713) 621-7944
Facsimile (713) 621-9638
rand_nolen@fleming-law.com

***Counsel for Plaintiff(s)***

4