**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: TAXOTERE (DOCETAXEL)     :     **MDL NO. 2740**
PRODUCTS LIABILITY LITIGATION  :
                        :     **SECTION "H" (5)**
                        :     **JUDGE MILAZZO**
                        :     **MAG. JUDGE NORTH**

**MARY E. JACKSON**,        :
                        :
     Plaintiff(s),      :
                        :     **Civil Action No.:  2:18-cv-10121**
vs.                       :
                        :
**SANOFI US SERVICES, INC., ET AL**  :
                        :
     Defendant(s).     :
-------------------------------------------------------------- :

## <u>ORDER</u>

Considering the foregoing Plaintiff's Unopposed Motion for Leave to File Amended Short

Form Complaint,

IT IS ORDERED that the Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file the Amended Short Form

Complaint in the Plaintiff's member case.

New Orleans, Louisiana, this _____ of _____, 2021.


_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE