UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| GAYLE W. OVERTON,<br><br>    Plaintiff(s),<br><br>vs.<br><br>SANOFI US SERVICES, INC., ET AL<br><br>    Defendant(s). | : : : : : : : : : : | Civil Action No.: 2:19-cv-01979 |

## ORDER

Considering the foregoing Plaintiff's Unopposed Motion for Leave to File Amended Short Form Complaint,

IT IS ORDERED that the Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file the Amended Short Form Complaint in the Plaintiff's member case.

New Orleans, Louisiana, this _____ of _____, 2021.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

1