# EXHIBIT

# A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H"(5) |
| | JUDGE MILAZZO |
| ELIZABETH I. SWEAT, | MAG. JUDGE NORTH |
| Plaintiff(s), | |
| v. | COMPLAINT & JURY DEMAND |
| SANDOZ, INC., ET AL, | Civil Action No.: 2:17-cv-9460 |
| Defendant(s). | |

### SECOND AMENDED SHORT FORM COMPLAINT

Plaintiff(s) incorporate by reference the Amended Master Long Form Complaint and Jury Demand filed in the above-referenced case on March 31, 2017. Pursuant to Pretrial Order No. 15, this Second Amended Short Form Complaint adopts allegations and encompasses claims as set forth in the Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1. Plaintiff:

   Elizabeth I. Sweat

2. Spousal Plaintiff or other party making loss of independent/secondary claim (*i.e.*, loss of consortium):

   N/A

3. Other type of Plaintiff and capacity (*i.e.*, administrator, executor, guardian, conservator):

   N/A

4. Current State of Residence: Kentucky

5. State in which Plaintiff(s) allege(s) injury: Kentucky

6. Defendants (check all Defendants against whom a Complaint is made:

   a. Taxotere Brand Name Defendants

   ☐ A. Sanofi S.A.

   ☐ B. Aventis Pharma S.A.

   ☐ C. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

   ☐ D. Sanofi-Aventis U.S. LLC

   b. Other Brand Name Drug Sponsors, Manufacturers, Distributors

   ☒ A. Sandoz Inc.

   ☐ B. Accord Healthcare, Inc.

   ☐ C. McKesson Corporation d/b/a McKesson Packaging

   ☒ D. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

   ☒ E. Hospira, Inc.

   ☐ F. Sun Pharma Global FZE

   ☐ G. Sun Pharmaceutical Industries f/k/a Caraco Pharmaceutical Laboratories, Inc.

   ☐ H. Pfizer Inc.

   ☐ I. Actavis LLC f/k/a Actavis Inc.

   ☐ J. Actavis Pharma, Inc.

   ☐ K. Other: _____

7. Basis for Jurisdiction:

☒ Diversity of Citizenship

☐ Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

_____

2

8. Venue:

   District Court and Division in which remand and trial is proper and where our might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

   District Court of Kentucky, Lexington Division

9. Brand Product(s) used by Plaintiff (check applicable):

   ☐ A. Taxotere

   ☐ B. Docefrez

   ☒ C. Docetaxel Injection

   ☐ D. Docetaxel Injection Concentrate

   ☐ E. Unknown

   ☐ F. Other: _____

10. First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

    Approximately 03/13/2015 to approximately 06/11/2015.

11. State in which Product(s) identified in question 9 was/were administered:

    Kentucky

12. Nature and extent of alleged injury(including duration, approximate date of onset (if known), and description of alleged injury):

    Permanent/Persistent hair loss on my scalp from approximately December 11, 2016 to September 2017 (present). Diffuse thinning of my hair: scalp, sides from approximately December 11, 2016 to September 2017 (present). Diffuse thinning of my hair: scalp, sides from approximately December 11, 2016 to September 2017 (present). Significant thinning of the hair on my head after one (1) year of discontinuing treatment from approximately December 11, 2016 to September 2017 (present). Permanent/Persistent loss of my eyebrows and eyelashes from approximately December 11, 2016 to September 2017

3

<u>(present).  I recall first seeing attorney advertisements regarding Taxotere/Docetaxel and hair loss in November of 2016.</u>

13. Counts in Master Complaint brought by Plaintiff(s):

☒ Count 1 – Strict Products Liability – Failure to Warn

☒ Count II – Strict Products Liability – Strict Products Liability for Misrepresentation

☒ Count III – Negligence

☒ Count IV – Negligent Misrepresentation

☒ Count V – Fraudulent Misrepresentation

☒ Count VI – Fraudulent Concealment

☒ Count VII – Fraud and Deceit

☐ Count VIII – Breach of Express Warranty (Sanofi Defendants only)

☐ Other:  Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below.  If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

By: /s/ *Rand P. Nolen*
Rand P. Nolen
TX Bar No. 00788126
FLEMING, NOLEN & JEZ, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX  77056
Telephone (713) 621-7944
Facsimile  (713) 621-9638
rand_nolen@fleming-law.com

**Counsel for Plaintiff(s)**

4