UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| ELIZABETH I. SWEAT, | : : | |
| Plaintiff(s), | : : | Civil Action No.: 2:17-cv-09460 |
| vs. | : : | |
| SANDOZ, INC., ET AL | : : | |
| Defendant(s). | : : | |

## ORDER

Considering the foregoing Plaintiff's Unopposed Motion for Leave to File Amended Short Form Complaint,

IT IS ORDERED that the Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file the Amended Short Form Complaint in the Plaintiff's member case.

New Orleans, Louisiana, this _____ of _____, 2021.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE