# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |
| JUNE D. RITTSCHER, | |
| Plaintiff(s), | |
| vs. | Civil Action No.: 2:19-cv-10139 |
| ACCORD HEALTHCARE, INC. | |
| Defendant(s). | |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

COMES NOW Plaintiff, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully moves the Court for leave to file the attached proposed Amended Short Form Complaint in this action. Plaintiff's original Short Form Complaint was filed in the Eastern District of Louisiana on May 7, 2019 (June D. Rittscher v. Accord Healthcare, Inc., Case No. 2:19-cv-10139), and Plaintiff served Defendant pursuant to PTO 29.

Pursuant to PTO 105, Plaintiff seeks to amend their complaint to add factual allegations regarding particularized facts individual and specific to Plaintiff's recalling first seeing attorney advertisements.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with Defense counsel, and there is no opposition to this motion.

1

Respectfully submitted this 14th day of January, 2021.

By: /s/ Rand P. Nolen  
Rand P. Nolen  
TX Bar No. 00788126  
FLEMING, NOLEN & JEZ, L.L.P.  
2800 Post Oak Blvd., Suite 4000  
Houston, TX  77056  
Telephone (713) 621-7944  
Facsimile  (713) 621-9638  
rand_nolen@fleming-law.com  

*Counsel for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2021, I electronically filed the above document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service.

/s/ Rand P. Nolen  
Rand P. Nolen