Case 2:16-md-02740-JTM-MBN   Document 11853-1   Filed 01/14/21   Page 1 of 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Bach v. Sanofi-Aventis U.S. d/b/a Winthrop US; Accord Healthcare, Inc., 19-12357* | HON. JANE T. MILAZZO |

## ORDER GRANTING LEAVE TO FILE AMENDED SHORT FORM COMPLAINTS

This matter is before the Court on Plaintiff's Unopposed Motion for leave to File Amended Complaint. The Court has reviewed the file and pleadings in this matter and the Court finds that the motion is unopposed and therefore grants the Motion to for leave to File Amended Complaint and orders that the Amended Short Form Complaint be docketed in this matter.

DATED this _____ day of _____, 2021.

_____
Judge Jane T. Milazzo
United State District Court Judge

1