UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br>*Stella Lawrence, Case No. 2:17-cv-09467*<br>*Shirley Lewis, Case No. 2:17-cv-15755*<br>*Anita Monley, Case No. 2:18-cv-03911*<br>*Michele Reagan, Case No. 2:18-cv-00638*<br>*Wanda Williams, Case No. 2:17-cv-06899* | |

### PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINTS

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Stella Lawrence, Shirley Lewis, Anita Monley, Michele Reagan, and Wanda Williams, who respectfully request leave to file the attached proposed Amended Short Form Complaints (Exhibits A-E).

Pursuant to Local Rule 7.6, Plaintiffs' Counsel has conferred with Counsel for Defendants and there is no opposition to this motion.

WHEREFORE, Plaintiffs' pray that they be granted leave to file the attached proposed Amended Short Form Complaints.

Dated: January 14, 2021                    Respectfully Submitted,

                                                                    */s/ John J. Foley*
                                                                    John J. Foley (IL Bar #6288152)
                                                                    SIMMONS HANLY CONROY, LLC
                                                                    One Court Street
                                                                    Alton, Illinois 62002
                                                                    Phone: (618) 259-2222
                                                                    Fax: (504) 259-2251
                                                                    jfoley@simmonsfirm.com

                                                                    *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 14, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                      */s/ John J. Foley*
                                                      John J. Foley