UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

         SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**
*Stella Lawrence, Case No. 2:17-cv-09467*
*Shirley Lewis, Case No. 2:17-cv-15755*
*Anita Monley, Case No. 2:18-cv-03911*
*Michele Reagan, Case No. 2:18-cv-00638*
*Wanda Williams, Case No. 2:17-cv-06899*

# ORDER

Considering the foregoing Plaintiffs' Unopposed Motion for Leave to File Amended Short Form Complaints,

IT IS ORDERED that the Motion is GRANTED**;**

IT IS FURTHER ORDERED that the Clerk of Court shall file the Amended Short Form Complaints in each Plaintiff's member case.

New Orleans, Louisiana, this \_\_\_\_ day of _____, 2021.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE