UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "H" |
| | : | JUDGE TRICHE MILAZZO |
| | : | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | : | |
| Cases attached to exhibit A | : | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINTS

Plaintiffs attached proposed Amended Short Form Complaints are submitted to provide factual allegations particular to the circumstances of each Plaintiff's claim. Plaintiffs submit that these Amended Short Form Complaints are consistent with PTO 105 since it adds factual allegations of particularized facts individual and specific to Plaintiff's medical care and treatment, as well as Plaintiff's communications with medical professionals.

The Court should grant leave to file an amended pleading unless the opposing party can show prejudice, bad faith, or undue delay. *Foman v Davis,* 371 U.S. 178, 182 (1962). Leave to amend should freely be given when justice so requires. Fed. R. Civ. P. 15(a)(2); *Foman*, 371 U.S. at 182. In the context of this MDL, plaintiffs are required to use the master complaint structure pursuant to Pretrial Order No. 15 (Rec. Doc. 230). The interests of fairness, equity and justice support allowing these Plaintiffs leave to amend their pleadings to conform to the legal allegations and to clarify their case-specific factual allegations made in previous versions of her pleadings.

Because the relevant trial scheduling orders and PTO 105 deadlines allow for amendment of pleadings, and because Plaintiffs are not part of the bellwether pool, Plaintiffs respectfully suggest that there is no prejudice, as the defendants can question these Plaintiffs regarding these proposed amended allegations. Defendants will have the opportunity to challenge these

allegations through discovery and with motion practice brought in accordance with the agreed deadlines. Plaintiff's counsel conferred with defense counsel and they oppose this motion.

WHEREFORE, Plaintiff hereby respectfully requests this Honorable Court grant leave to file these proposed Amended Short Form Complaints.

Dated this 14st day of January, 2021                Respectfully submitted,

/s/ *Jason S. Long*
**FEARS NACHAWATI, PLLC**
Jason S. Long #24098012
Darren P. McDowell #24025520
5473 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Fax: (214) 890-0712
jlong@fnlawfirm.com
dmcdowell@fnlawfirm.com
Counsel for plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ *Jason S. Long*