UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>COMPLANT & JURY DEMAND<br><br>Civil Action No.: __18-6529__ |
| LANNIE JAMES, | | |
| Plaintiff(s), | | |
| vs. | | |
| SANOFI US SERVICES INC. ET AL, | | |
| Defendant(s). | | |

## AMENDED SHORT FORM COMPLAINT (Effective as of January 4, 2019)

Plaintiff(s) incorporate by reference the Amended Master Long Form Complaint and Jury Demand filed in the above-referenced case on July 25, 2017. Pursuant to Pretrial Order No. 15, this Short Form Complaint adopts allegations and encompasses claims as set forth in the Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1. Plaintiff:

    Lannie James

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

    N/A

1

3. Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

       N/A

4. Current State of Residence:   New York

5. State in which Plaintiff(s) allege(s) injury:   New York

6. Defendants (check all Defendants against whom a Complaint is made):

   a. Taxotere Brand Name Defendants

       ☒ A. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

       ☒ B. Sanofi-Aventis U.S. LLC

   b. Other Brand Name Drug Sponsors, Manufacturers, Distributors

       ☒ A. Sandoz Inc.

       ☒ B. Accord Healthcare, Inc.

       ☐ C. McKesson Corporation d/b/a McKesson Packaging

       ☒ D. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

       ☒ E. Hospira, Inc.

       ☒ F. Sun Pharma Global FZE

       ☒ G. Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

       ☐ H. Pfizer Inc.

       ☒ I. Actavis LLC f/k/a Actavis Inc.

       ☒ J. Actavis Pharma, Inc.

       ☐ K. Other:

7. Basis for Jurisdiction:

☒ Diversity of Citizenship

☐ Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8. Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

New York Western District Court

9. Brand Product(s) used by Plaintiff (check applicable):

☐ A. Taxotere

☐ B. Docefrez

☐ C. Docetaxel Injection

☐ D. Docetaxel Injection Concentrate

☒ E. Unknown

☐ F. Other:

10. First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

6/11/2013 – 9/3/2013

11. State in which Product(s) identified in question 9 was/were administered:

> New York

12. Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> She suffered a loss of eyebrows, eyelashes, and hair on scalp. There are severe bald spots throughout her scalp. She also suffered emotional injuries due to hair loss.

13. Counts in Master Complaint brought by Plaintiff(s):

- ☒ Count I – Strict Products Liability - Failure to Warn
- ☒ Count III – Negligence
- ☒ Count IV – Negligent Misrepresentation
- ☒ Count V – Fraudulent Misrepresentation
- ☒ Count VI – Fraudulent Concealment
- ☒ Count VII – Fraud and Deceit

- ☐ Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

PTO 105 STATEMENT OF FACTS
1. On or about January 2014, during follow up visit with Dr. O'Connor, Plaintiff's oncologist, Plaintiff asked when her hair would grow back. Dr. O'Connor said it would be a while, but it will grow back.

4

14. Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

> */s/ Jason S. Long*_____
> **FEARS NACHAWATI, PLLC**
> Jason S. Long #24098012
> Darren P. McDowell #24025520
> 5473 Blair Rd.
> Dallas, TX 75231
> Tel. (214) 890-0711
> Fax (214) 890-0712
> jlong@fnlawfirm.com
> dmcdowell@fnlawfirm.com
>
> ATTORNEYS FOR PLAINTIFF