# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2740 ) ) SECTION "H" (5) ) |
| | ) HON. JANE TRICHE MILAZZO ) MAG. JUDGE MICHAEL NORTH |
| THIS DOCUMENT RELATES TO: | ) ) PLAINTIFF'S MOTION FOR LEAVE |
| Felicia Baldwin v. Sanofi-Aventis U.S. LLC, et al. *Case No. 2:20-cv-00848* | ) TO FILE AMENDED SHORT FORM ) COMPLAINT ) |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

Plaintiff Felicia Baldwin, by and through undersigned counsel, respectfully seeks leave of Court to file an Amended Complaint in this matter. Plaintiff requests that if this motion is granted, the attached Amended Complaint, which is attached as Exhibit A, be filed as of the date of this motion.

Dated: January 14, 2021

Respectfully submitted,

By: /s/ Thomas Smith
Thomas Smith, TN Bar #35331
Law Offices of Tony Seaton & Associates, PLLC
118 E. Watauga Ave
Johnson City, TN 37601
Telephone: (423) 282-1041
Facsimile: (423) 282-0967
tom@tonyseaton.com

*Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                          */s/ Thomas Smith*
                                                          Thomas Smith