**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In Re: TAXOTERE (DOCETAXEL)** ) | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** ) | |
| ) | **SECTION "H" (5)** |
| ) | |
| ) | **HON. JANE TRICHE MILAZZO** |
| ) | **MAG. JUDGE MICHAEL NORTH** |
| **THIS DOCUMENT RELATES TO:** ) | |
| ) | |
| **Felicia Baldwin v. Sanofi-Aventis U.S. LLC, et** ) | |
| **al.** ) | |
| *Case No. 2:20-cv-00848* ) | |

## ORDER

Before the Court is Plaintiff's Motion for Leave to File Amended Short Form Complaint.

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to

file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this _____ day of _____, 2021.


_____
Honorable Jane Triche Milazzo
United States District Judge