UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) THIS DOCUMENT RELATES TO: ) ) Felicia Baldwin v. Sanofi-Aventis U.S. LLC, et al. ) ) *Case No. 2:20-cv-00848* ) | MDL NO. 2740 SECTION "H" (5) HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

Plaintiff Felicia Baldwin, by and through undersigned counsel, hereby files her Memorandum in Support of Motion for leave to file her First Amended Short Form Complaint. Defendant Sandoz, Inc. has notified Plaintiff's counsel that it will oppose Plaintiff's motion. None of the other defendants in this matter have voiced opposition to Plaintiff's motion.

Rule 15 provides that "a party may amend its pleading [with] the court's leave" and that "[t]he court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). Furthermore, the deadlines of PTO 105 allow for the amendment of pleadings. PTO 105 allows a Plaintiff to add allegations about their medical care, treatment, and communications regarding hair loss. Plaintiff believes that the proposed Amended Short Form Complaint is consistent with PTO 105.

**AMENDMENTS TO COMPLAINT**

Plaintiff seeks leave to amend her Complaint to add the following factual allegations:

1. Plaintiff received chemotherapy treatment beginning August 1, 2016 at Mercy Cancer

1

Resource Center-Coletta in Oklahoma City, Oklahoma.

2. Plaintiff completed her chemotherapy treatment on October 4, 2016.

3. Around Spring of 2017, Plaintiff began taking over-the-counter Biotin and Alive vitamins.

4. In the Fall of 2018, the Plaintiff's oncologist, Dr. Bova, told the Plaintiff that her hair should have already grown back and recommended that she see a dermatologist for her hair loss.

5. Plaintiff recalls seeing a legal advertisement regarding Taxotere around the Fall of 2018.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff leave to file the attached Amended Short Form Complaint.

Dated: January 14, 2021

                                    Respectfully submitted,

                                    By: */s/ Thomas Smith*
                                    Thomas Smith, TN Bar #35331
                                    Law Offices of Tony Seaton & Associates, PLLC
                                    118 E. Watauga Ave
                                    Johnson City, TN 37601
                                    Telephone: (423) 282-1041
                                    Facsimile: (423) 282-0967
                                    tom@tonyseaton.com

                                    *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 14, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                             */s/ Thomas Smith*
                                                             Thomas Smith