UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION ) | MDL NO. 2740 |
| ) | |
| ) | SECTION "H" (5) |
| ) | |
| ) | HON. JANE TRICHE MILAZZO |
| ) | MAG. JUDGE MICHAEL NORTH |
| THIS DOCUMENT RELATES TO: ) | |
| ) | |
| Tamika Flournoy v. Sandoz, Inc. ) | |
| *Case No. 2:20-cv-01659* ) | NOTICE OF SUBMISSION |
| ) | |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to File Amended Short Form Complaint is hereby set for submission before the Honorable Judge Jane Triche Milazzo on February 10, 2021, at 9:30 a.m.

Dated: January 14, 2021

                                                                          Respectfully submitted,

                                                                          By: */s/ Thomas Smith*
                                                                          Thomas Smith, TN Bar #35331
                                                                          Law Offices of Tony Seaton & Associates, PLLC
                                                                          118 E. Watauga Ave
                                                                          Johnson City, TN 37601
                                                                          Telephone: (423) 282-1041
                                                                          Facsimile: (423) 282-0967
                                                                          tom@tonyseaton.com

                                                                          *Counsel for Plaintiff*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 14, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                                      */s/ Thomas Smith*
                                                                      Thomas Smith