UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) THIS DOCUMENT RELATES TO: ) ) Susie Harris v. Sanofi-Aventis U.S. LLC, et al. ) *Case No. 2:19-cv-14700* ) | MDL NO. 2740 SECTION "H" (5) HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH NOTICE OF SUBMISSION |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to File Amended Short Form Complaint is hereby set for submission before the Honorable Judge Jane Triche Milazzo on February 10, 2021, at 9:30 a.m.

Dated: January 14, 2021

    Respectfully submitted,

    By: */s/ Thomas Smith*
    Thomas Smith, TN Bar #35331
    Law Offices of Tony Seaton & Associates, PLLC
    118 E. Watauga Ave
    Johnson City, TN 37601
    Telephone: (423) 282-1041
    Facsimile: (423) 282-0967
    tom@tonyseaton.com

    *Counsel for Plaintiff*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 14, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                */s/ Thomas Smith*
                                                Thomas Smith