**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) |

In Re: TAXOTERE (DOCETAXEL)          )     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION       )
                                    )     SECTION "H" (5)
                                    )
                                    )     HON. JANE TRICHE MILAZZO
                                    )     MAG. JUDGE MICHAEL NORTH
THIS DOCUMENT RELATES TO:            )
                                    )     PLAINTIFF'S MOTION FOR LEAVE
Susie Harris v. Sanofi-Aventis U.S. LLC et al.   )     TO FILE AMENDED SHORT FORM
*Case No. 2:19-cv-14700*             )     COMPLAINT

**PLAINTIFF'S MOTION FOR LEAVE TO FILE**
**AMENDED SHORT FORM COMPLAINT**

Plaintiff Susie Harris, by and through undersigned counsel, respectfully seeks leave of

Court to file an Amended Complaint in this matter.  Plaintiff requests that if this motion is

granted, the attached Amended Complaint, which is attached as Exhibit A, be filed as of the date

of this motion.

Dated: January 14, 2021

                                        Respectfully submitted,

                                        By: */s/ Thomas Smith*
                                        Thomas Smith, TN Bar #35331
                                        Law Offices of Tony Seaton & Associates, PLLC
                                        118 E. Watauga Ave
                                        Johnson City, TN 37601
                                        Telephone: (423) 282-1041
                                        Facsimile: (423) 282-0967
                                        tom@tonyseaton.com

                                        *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2021, I electronically filed the foregoing with the

Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all

counsel of record who are CM/ECF participants.


/s/ Thomas Smith
Thomas Smith