**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) | ) | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION "H" (5) |
| | ) | |
| | ) | HON. JANE TRICHE MILAZZO |
| | ) | MAG. JUDGE MICHAEL NORTH |
| THIS DOCUMENT RELATES TO: | ) | |
| | ) | |
| Susie Harris v. Sanofi-Aventis U.S. LLC, et al. | ) | |
| *Case No. 2:19-cv-14700* | ) | NOTICE OF SUBMISSION |

<u>**NOTICE OF SUBMISSION**</u>

PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to File Amended Short Form

Complaint is hereby set for submission before the Honorable Judge Jane Triche Milazzo on

February 10, 2021, at 9:30 a.m.

Dated: January 14, 2021

Respectfully submitted,

By: */s/ Thomas Smith*
Thomas Smith, TN Bar #35331
Law Offices of Tony Seaton & Associates, PLLC
118 E. Watauga Ave
Johnson City, TN 37601
Telephone: (423) 282-1041
Facsimile: (423) 282-0967
tom@tonyseaton.com

*Counsel for Plaintiff*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on January 14, 2021, I electronically filed the foregoing with the

Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all

counsel of record who are CM/ECF participants.

<u>*/s/ Thomas Smith*</u>
Thomas Smith