UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2740 |
| | ) |
| | ) SECTION "H" (5) |
| | ) |
| | ) HON. JANE TRICHE MILAZZO |
| | ) MAG. JUDGE MICHAEL NORTH |
| | ) |
| THIS DOCUMENT RELATES TO: | ) PLAINTIFF'S MEMORANDUM IN |
| | ) SUPPORT OF MOTION FOR LEAVE |
| Bertha McNair v. Sanofi-Aventis U.S. LLC, et al. | ) TO FILE AMENDED SHORT FORM |
| | ) COMPLAINT |
| *Case No. 2:19-cv-14694* | ) |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

Plaintiff Bertha McNair, by and through undersigned counsel, hereby files her Memorandum in Support of Motion for leave to file her First Amended Short Form Complaint. Defendant Sandoz, Inc. has notified Plaintiff's counsel that it will oppose Plaintiff's motion. No other defendant has voiced opposition to the Plaintiff seeking to amend her Short Form Complaint.

Rule 15 provides that "a party may amend its pleading [with] the court's leave" and that "[t]he court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). Furthermore, the deadlines of PTO 105 allow for the amendment of pleadings. PTO 105 allows a Plaintiff to add allegations about their medical care, treatment, and communications regarding hair loss. Plaintiff believes that the proposed Amended Short Form Complaint is consistent with PTO 105.

**AMENDMENTS TO COMPLAINT**

Plaintiff seeks leave to amend her Complaint to add the following factual allegations:

1

1. Plaintiff received chemotherapy treatment beginning February 8, 2012 at MD Anderson Cancer Center in Voorhees Township, NJ.

2. Plaintiff completed her chemotherapy treatment on May 23, 2012.

3. In March of 2018, Plaintiff recalls having a discussion about her hair loss with her daughter wherein they talked about how it looked like her hair may not grow back to how it was prior to chemotherapy.

4. Plaintiff recalls seeing an advertisement warning against the use of Taxotere around Fall of 2018.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff leave to file the attached Amended Short Form Complaint.

Dated: January 14, 2021

        Respectfully submitted,

        By: */s/ Thomas Smith*
        Thomas Smith, TN Bar #35331
        Law Offices of Tony Seaton & Associates, PLLC
        118 E. Watauga Ave
        Johnson City, TN 37601
        Telephone: (423) 282-1041
        Facsimile: (423) 282-0967
        tom@tonyseaton.com

        *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 14, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                                 */s/ Thomas Smith*
                                                                 Thomas Smith