UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) THIS DOCUMENT RELATES TO: ) ) Brenda Suttles v. Sanofi-Aventis U.S. LLC, et al. ) ) *Case No. 2:19-cv-14696* ) | MDL NO. 2740 SECTION "H" (5) HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

Plaintiff Brenda Suttles, by and through undersigned counsel, respectfully seeks leave of Court to file an Amended Complaint in this matter. Plaintiff requests that if this motion is granted, the attached Amended Complaint, which is attached as Exhibit A, be filed as of the date of this motion.

Dated: January 14, 2021

                                          Respectfully submitted,

                                          By: */s/ Thomas Smith*
                                          Thomas Smith, TN Bar #35331
                                          Law Offices of Tony Seaton & Associates, PLLC
                                          118 E. Watauga Ave
                                          Johnson City, TN 37601
                                          Telephone: (423) 282-1041
                                          Facsimile: (423) 282-0967
                                          tom@tonyseaton.com

                                          *Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Thomas Smith*
Thomas Smith
