## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) THIS DOCUMENT RELATES TO: ) ) Brenda Suttles v. Sanofi-Aventis U.S. LLC, et al. ) ) *Case No. 2:19-cv-14696* ) | MDL NO. 2740 SECTION "H" (5) HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT |

### PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

Plaintiff Brenda Suttles, by and through undersigned counsel, hereby files her Memorandum in Support of Motion for leave to file her First Amended Short Form Complaint. Defendant Sandoz, Inc. has notified Plaintiff's counsel that it will oppose Plaintiff's motion. No other defendant has voiced opposition to the Plaintiff seeking to amend her Short Form Complaint.

Rule 15 provides that "a party may amend its pleading [with] the court's leave" and that "[t]he court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). Furthermore, the deadlines of PTO 105 allow for the amendment of pleadings. PTO 105 allows a Plaintiff to add allegations about their medical care, treatment, and communications regarding hair loss. Plaintiff believes that the proposed Amended Short Form Complaint is consistent with PTO 105.

### AMENDMENTS TO COMPLAINT

Plaintiff seeks leave to amend her Complaint to add the following factual allegations:

1. Plaintiff received chemotherapy treatment beginning July 21, 2011 at Galion Hospital in Galion, Ohio.

2. Plaintiff completed her chemotherapy treatment on September 22, 2011.

3. Since January of 2018, Plaintiff recalls having numerous conversations with her beautician, Leslie, regarding how her hair looked at the beginning of 2011, prior to Taxotere treatment as compared to how it currently looks.

4. In the Summer of 2018, Plaintiff recalls having a conversation with her daughter, Kelly, regarding the thinning of her hair, eyebrows and eyelashes.

5. Plaintiff recalls seeing a legal advertisement regarding Taxotere around the Fall of 2018.

6. In the Winter of 2019, Plaintiff recalls having a conversation with her sister, Linda, regarding the thinning of her hair, eyebrows and eyelashes.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff leave to file the attached Amended Short Form Complaint.

Dated: January 14, 2021

        Respectfully submitted,

        By: */s/ Thomas Smith*
        Thomas Smith, TN Bar #35331
        Law Offices of Tony Seaton & Associates, PLLC
        118 E. Watauga Ave
        Johnson City, TN 37601
        Telephone: (423) 282-1041
        Facsimile: (423) 282-0967
        tom@tonyseaton.com

        *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 14, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                             */s/ Thomas Smith*
                                             Thomas Smith