# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** ) ) ) ) ) ) **THIS DOCUMENT RELATES TO:** ) ) **Brenda Suttles v. Sanofi-Aventis U.S. LLC, et al.** ) ) *Case No. 2:19-cv-14696* ) | **MDL NO. 2740** **SECTION "H" (5)** **HON. JANE TRICHE MILAZZO** **MAG. JUDGE MICHAEL NORTH** |

## ORDER

Before the Court is Plaintiff's Motion for Leave to File Amended Short Form Complaint.

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this _____ day of _____, 2021.

_____
Honorable Jane Triche Milazzo
United States District Judge