UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |
| Brenda Suttles, | |
| | COMPLAINT & JURY DEMAND |
| Plaintiff(s), | |
| | Civil Action No.: 2:19-cv-14696 |
| vs. | |
| Sanofi-Aventis U.S. LLC et al, | |
| Defendant(s). | |

# AMENDED SHORT FORM COMPLAINT [1]

Plaintiff(s) incorporate by reference the Amended Master Long Form Complaint and Jury Demand filed in the above-referenced case on July 25, 2017. Pursuant to Pretrial Order No. 15, this Short Form Complaint adopts allegations and encompasses claims as set forth in the Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1.  Plaintiff:

    Brenda Suttles

---

[1] This version of the Short Form Complaint supersedes all prior versions of the form pursuant to Pretrial Order No. 73. This Court-approved version of the Short Form Complaint is available on the Court's Taxotere webpage and through MDL Centrality.

1

2.     Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

   _____

3.     Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   _____

4.     Current State of Residence: __Ohio__

5.     State in which Plaintiff(s) allege(s) injury: __Ohio__

6.     Defendants (check all Defendants against whom a Complaint is made):

   a.     Taxotere Brand Name Defendants

       ☑   A.   Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

       ☑   B.   Sanofi-Aventis U.S. LLC

   b.     Other Brand Name Drug Sponsors, Manufacturers, Distributors

       ☑   A.   Sandoz Inc.

       ☑   B.   Accord Healthcare, Inc.

       ☐   C.   McKesson Corporation d/b/a McKesson Packaging

       ☑   D.   Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

       ☑   E.   Hospira, Inc.

       ☐   F.   Sun Pharma Global FZE

       ☐   G.   Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

       ☐   H.   Pfizer Inc.

       ☐   I.   Actavis LLC f/k/a Actavis Inc.

       ☐   J.   Actavis Pharma, Inc.

|   |   | ☐ | K. | Other: |   |
|---|---|---|---|---|---|

7. Basis for Jurisdiction:

☑ Diversity of Citizenship

☐ Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8. Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

United States District Court Nothern District of Ohio

9. Brand Product(s) used by Plaintiff (check applicable):

☐ A. Taxotere

☐ B. Docefrez

☑ C. Docetaxel Injection

☐ D. Docetaxel Injection Concentrate

☐ E. Unknown

☐ F. Other:

3

10. First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

> 7/21/2011-9/22/2011

11. State in which Product(s) identified in question 9 was/were administered:

> Ohio

12. Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> Permanent hair loss since September 2011

13. Counts in Master Complaint brought by Plaintiff(s):

- [x] Count I – Strict Products Liability - Failure to Warn
- [x] Count III – Negligence
- [x] Count IV – Negligent Misrepresentation
- [ ] Count V – Fraudulent Misrepresentation
- [ ] Count VI – Fraudulent Concealment
- [x] Count VII – Fraud and Deceit

- [x] Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

4

**Factual Allegations**

1. Plaintiff received chemotherapy treatment beginning July 21, 2011 at Galion Hospital in Galion, Ohio.
2. Plaintiff completed her chemotherapy treatment on September 22, 2011.
3. Since January of 2018, Plaintiff recalls having numerous conversations with her beautician, Leslie, regarding how her hair looked at the beginning of 2011, prior to Taxotere treatment as compared to how it currently looks.
4. In the Summer of 2018, Plaintiff recalls having a conversation with her daughter, Kelly, regarding the thinning of her hair, eyebrows, and eyelashes.
5. Plaintiff recalls seeing a legal advertisement regarding Taxotere around the Fall of 2018.
6. In the Winter of 2019, Plaintiff recalls having a conversation with her sister, Linda, regarding the thinning of her hair, eyebrows, and eyelashes.

14. Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

By: /s/ Thomas Smith
(TN Bar No. 35331)
Law Offices of Tony Seaton
& Associates, PLLC
118 E. Watauga Ave Johnson City, TN 37601 423-282-1041
tom@tonyseaton.com