# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "N" (5) JUDGE MILAZZO MAG. JUDGE NORTH |
| Denise Pellonari, Plaintiffs, vs. SANOFI-AVENTIS U.S. LLC, ET AL., Defendants. | : : : : : : : : | Civil Action No.: 2:17-cv-15344 |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to File an Amended Short Form Complaint is hereby set for submission before District Judge Milazzo or Magistrate Judge North on February 24, 2021 at 9:30am.

Respectfully submitted on January 14, 2021.

By: */s/ Nathan Buttars*
Nathan Buttars
**LOWE LAW GROUP**
6028 S. Ridgeline Dr., Ste. 200
Ogden, UT 84405
Telephone: (385) 298-0175
Facsimile: (801) 656-0997
Email: nate@lowelawgroup.com
*Counsel for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: January 14, 2021        */s/ Nathan Buttars*