UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION          MDL NO. 2740

MARIA LIND                              Section "H" (5)
Plaintiff,                              Judge Milazzo
                                        Mag. Judge North
v.

                                        Civil Action No. 2:19-cv-13077

Actavis LLC f/k/a Actavis Inc., Actavis Pharma, Inc.,
Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc.,
Mckesson Corporation d/b/a McKesson Packaging, Pfizer, Inc., Sandoz, Inc.,
Sun Pharma Global FZE, Sun Pharmaceutical Industries, Inc. f/k/a Caraco
Pharmaceutical Laboratories Ltd., Winthrop US d/b/a Sanofi- Aventis US, LLC
**Defendants**

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Maria Lind, who, pursuant to the attached Memorandum in Support, respectfully requests leave to file the attached proposed Amended Short Form Complaint (Exhibit A),

Plaintiff's counsel has conferred with Defendants and understands that Defendants will oppose Plaintiff's request.

WHEREFORE, Plaintiff prays that she be granted leave to file the attached proposed Amended Short Form Complaint.

DATE: January 14, 2021                  Respectfully submitted,

                                        /s/ *D. Todd Mathews*
                                        D. Todd Mathews
                                        Sara Salger
                                        Gori Law Firm, P.C.

156 North Main Street
Edwardsville, IL 62025
618-659-9833 (phone)
618-659-9834 (fax)
todd@gorilaw.com
sara@gorilaw.com