UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | |
| THIS DOCUMENT RELATES TO: | : | SECTION "N"(5) |
| | : | HON. JANE TRICHE MILAZZO |
| BETTY WARD, Plaintiff(s), | : | |
| vs. | : | |
| SANOFI S.A., et al., Defendant(s). | : | |
| Civil Case No.: 2:18-cv-11362 | : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO FILE AMENDED COMPLAINT**

COMES NOW Plaintiff, Betty Ward, by and through the undersigned counsel, who, pursuant to the attached Memorandum in Support, respectfully requests leave to file the attached proposed Amended Short Form Complaint (Exhibit A).

Plaintiff's counsel has conferred with Liaison Counsel for the Sanofi Defendants and understands these Defendants do not oppose Plaintiff's request. The Sanofi Defendants are the only Defendants named in the attached proposed Amended Short Form Complaint.

WHEREFORE, Plaintiff prays that she be granted leave to file the attached proposed Amended Short Form Complaint.

This the 14th day of January, 2021.

1

                DAVIS & CRUMP, P.C.

                /s/ Trevor B. Rockstad
                Trevor B. Rockstad
                MS State Bar No.: 103614
                2601 14th Street
                Gulfport, MS 39501
                Phone: 228-863-6000
                Facsimile: 228-864-0907
                Email: Trevor.rockstad@daviscrump.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of records through the Court's Electronic Court Filing System.

Dated: January 14th, 2021.

/s/Trevor B. Rockstad
Trevor B. Rockstad