UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| GEORGIA MACDONALD<br>Plaintiff, | Section "H" (5)<br>Judge Milazzo<br>Mag. Judge North |
| v. | |
| Hospira Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.<br>Defendants | Civil Action No. 2:18-cv-11881 |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Georgia MacDonald who, pursuant to the attached Memorandum in Support, respectfully requests leave to file the attached proposed Amended Short Form Complaint (Exhibit A),

Plaintiff's counsel has conferred with Defendants and understands that Defendants will oppose Plaintiff's request.

WHEREFORE, Plaintiff prays that she be granted leave to file the attached proposed Amended Short Form Complaint.

DATE: January 14, 2021

Respectfully submitted,

/s/ *D. Todd Mathews*
D. Todd Mathews
Sara Salger
Gori Law Firm, P.C.
156 North Main Street
Edwardsville, IL 62025
618-659-9833 (phone)
618-659-9834 (fax)
todd@gorilaw.com
sara@gorilaw.com