UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE MILAZZO |
| Mary Vance, | : : : | MAG. JUDGE NORTH |
| Plaintiff, | : : | |
| v. | : : | Civil Action No.: 2:18-cv-06913 |
| SANOFI-AVENTIS U.S. LLC, ET AL., | : : : | |
| Defendants. | : : | |

## PLAINTIFF'S MOTION FOR LEAVE TO
## FILE AMENDED SHORT FORM COMPLAINT

Plaintiff, through undersigned counsel and pursuant to Federal Rule of Civil Procedure 15(a) and PTO 37A, hereby respectfully moves for leave to file an Amended Short Form Complaint ("SFC"), attached hereto as Exhibit A.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with counsel for Defendant(s), and Defendants oppose this motion. Under PTO 37A, Plaintiffs may seek leave to amend a prior complaint, including a Short Form Complaint.

Plaintiff requests that the Court grant her leave to amend her SFC to allege particularized facts that conform to her claims and allegations. No party is prejudiced by this amendment to Plaintiff's SFC, and this case is still at an early stage in the litigation and no other motions are pending.

//

//

Respectfully submitted on January 14, 2021.

By: */s/ Nathan Buttars*
Nathan Buttars
T. Aaron Stringer
**LOWE LAW GROUP**
6028 S. Ridgeline Dr., Ste. 200
Ogden, UT 84405
Telephone: (385) 298-0175
Facsimile: (801) 656-0997
Email: nate@lowelawgroup.com
aaron@lowelawgroup.com
*Counsel for Plaintiff(s)*

### CERTIFICATION

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with defense counsel for Sanofi-Aventis U.S. LLC, et al., and there is opposition to this motion.

### CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

    */s/ Nathan Buttars*