UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | |
| THIS DOCUMENT RELATES TO: | : | SECTION "N"(5) |
| | : | |
| | : | HON. JANE TRICHE MILAZZO |
| BILLYE HOWARD, Plaintiff(s), | : | |
| vs. | : | |
| SANOFI S.A., et al., Defendant(s). | : | |
| Civil Case No.: 2:17-cv-03084 | : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO FILE AMENDED COMPLAINT**

COMES NOW Plaintiff, Billye Howard, by and through the undersigned counsel, who, pursuant to the attached Memorandum in Support, respectfully requests leave to file the attached proposed Amended Short Form Complaint (Exhibit A).

Plaintiff's counsel has conferred with Liaison Counsel for the Sanofi Defendants and understands these Defendants do not oppose Plaintiff's request. The Sanofi Defendants are the only Defendants named in the attached proposed Amended Short Form Complaint.

WHEREFORE, Plaintiff prays that she be granted leave to file the attached proposed Amended Short Form Complaint.

This the 14th day of January, 2021.

1

DAVIS & CRUMP, P.C.

/s/ Trevor B. Rockstad
Trevor B. Rockstad
MS State Bar No.: 103614
2601 14th Street
Gulfport, MS 39501
Phone: 228-863-6000
Facsimile: 228-864-0907
Email: Trevor.rockstad@daviscrump.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of records through the Court's Electronic Court Filing System.

Dated: January 14th, 2021.

/s/ Trevor B. Rockstad<br>
Trevor B. Rockstad