## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : : | SECTION "N" (5) JUDGE MILAZZO |
| Sheila Wilson, | : : | MAG. JUDGE NORTH |
| Plaintiffs, | : : | |
| vs. | : : | Civil Action No.: 2:17-cv-14839 |
| SANOFI-AVENTIS U.S. LLC, ET AL., | : : : | |
| Defendants. | : : | |

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to File an Amended Short Form Complaint is hereby set for submission before the Court on February 24, 2021 at 9:30am.

Respectfully submitted on January 14, 2021.

                                                      By: */s/ Nathan Buttars*
                                                      Nathan Buttars
                                                      **LOWE LAW GROUP**
                                                      6028 S. Ridgeline Dr., Ste. 200
                                                      Ogden, UT 84405
                                                      Telephone: (385) 298-0175
                                                      Facsimile: (801) 656-0997
                                                      Email: nate@lowelawgroup.com
                                                      *Counsel for Plaintiff(s)*

### CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: January 14, 2021                                                    */s/ Nathan Buttars*