# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "N"(5) |
| THIS DOCUMENT RELATES TO: | : | |
| | : | HON. JANE TRICHE MILAZZO |
| CHRISTINE NOLAN, Plaintiff(s), | : | |
| vs. | : | |
| SANDOZ, INC., Defendant(s). | : | |
| Civil Case No.: 2:18-CV-06721 | : | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File Amended Short Form Complaint, filed on January 15, 2021. The Court understands that Defendant Sandoz, Inc. does not oppose Plaintiff's Motion.

IT IS ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court shall file the Amended Short Form Complaint in Plaintiff's member case.

New Orleans, Louisiana this ___ day of _____, 2021.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

1