UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO:
*Shirley Pierini, Case No. 2:17-cv-14736*
*Joann Hernandez, Case No. 2:17-cv-12631*

# ORDER

Considering the foregoing Plaintiffs' Unopposed Motion for Leave to File Amended Short Form Complaints,

IT IS ORDERED that the Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file the Amended Short Form Complaints in each Plaintiff's member case.

New Orleans, Louisiana, this ____ day of _____, 2021.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　HON. JANE TRICHE MILAZZO
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE