**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| *Lynette Alexander v. Sanofi US Services, Inc., et al.,* Civil Action No. 2:17-cv-15571 | |

## AMENDED SHORT FORM COMPLAINT (Effective as of May 13, 2020)[1]

Plaintiff(s) incorporate by reference the Second Amended Master Long Form Complaint and Jury Demand filed in the above referenced case on September 27, 2018 (Doc. 4407). Pursuant to Pretrial Order No. 15, this [Original/Amended] Short Form Complaint adopts allegations and encompasses claims as set forth in the Second Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1. Plaintiff:

   Lynette Alexander

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

   Not applicable

3. Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Not applicable.

4. Current State of Residence: Ohio

5. State in which Plaintiff(s) allege(s) injury: Ohio

---

[1] This version of the Short Form Complaint supersedes all prior versions of the form pursuant to Pretrial Order No. 73A. This Court-approved version of the Short Form Complaint is available on the Court's Taxotere webpage and through MDL Centrality.

EXHIBIT "A"

6.     Defendants (check all Defendants against whom a Complaint is made):

     a.     Taxotere Brand Name Defendants

         ☒     A.     Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

         ☒     B.     Sanofi-Aventis U.S. LLC

     b.     Other Brand Name Drug Sponsors, Manufacturers, Distributors

         ☐     A.     Sandoz Inc.

         ☐     B.     Accord Healthcare, Inc.

         ☐     C.     McKesson Corporation d/b/a McKesson Packaging

         ☐     D.     Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

         ☐     E.     Hospira, Inc.

         ☐     F.     Sun Pharma Global FZE

         ☐     G.     Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

         ☐     H.     Pfizer Inc.

         ☐     I.     Actavis LLC f/k/a Actavis Inc.

         ☐     J.     Actavis Pharma, Inc.

         ☐     K.     Sagent Pharmaceuticals, Inc.

         ☐     L.     Other:

7.     Basis for Jurisdiction:

     ☒     Diversity of Citizenship

     ☐     Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8.    Venue:

District Court and Division in which remand and trial is proper and where you might
have otherwise filed this Short Form Complaint absent the direct filing Order entered by
this Court:

> United States District Court, Southern District of Ohio

9.    Brand Product(s) used by Plaintiff (check applicable):

☒    A.    Taxotere

☐    B.    Docefrez

☒    C.    Docetaxel Injection

☒    D.    Docetaxel Injection Concentrate

☐    E.    Unknown

☐    F.    Other:

10.   First date and last date of use (or approximate date range, if specific dates are unknown)
for Products identified in question 9:

> May 21, 2010 through September 10, 2010

11.   State in which Product(s) identified in question 9 was/were administered:

> Ohio

12.    Nature and extent of alleged injury (including duration, approximate date of onset (if

       known), and description of alleged injury):

---

Permanent disfiguring alopecia following use of Taxotere (docetaxel) until the present
date.

 See Statement of Facts below regarding nature, extent and description of alleged injury.

---

13.    Counts in Master Complaint brought by Plaintiff(s):

☒        Count I – Strict Products Liability – Failure to Warn
☒        Count III – Negligence
☒        Count IV – Negligent Misrepresentation
☒        Count V – Fraudulent Misrepresentation
☒        Count VI – Fraudulent Concealment
☒        Count VII – Fraud and Deceit

☒        Other: Plaintiff(s) may assert the additional theories and/or State Causes of
         Action against Defendant(s) identified by selecting "Other" and setting forth such
         claims below.  If Plaintiff(s) include additional theories of recovery, for example,
         applicable state law or state consumer protection claims, the specific facts and
         allegations supporting additional theories must be pleaded by Plaintiff in
         sufficient detail as required by the applicable Federal Rules of Civil Procedure.

---

**Statement of Facts**

1.   On or about May 21, 2010, Plaintiff underwent her first round of Taxotere (Docetaxel)
     with her treating Oncologist.

2.   At her first appointment, her treating Oncologist advised her that she was going to lose
     her hair, but it would grow back.

3.   During the course of chemotherapy, Plaintiff suffered hair loss and thinning of the hair,
     over her entire head, along with bald-spotting and thinning of the hair, and thinning
     around the temples, eyebrows, and body.

4.   Plaintiff's last chemotherapy treatment occurred on or about September 10, 2010.

5.   On November 14, 2012 at a return oncology appointment, Plaintiff was told by her
     Oncologist to not worry about her hair, that it will grow back.

---

6. Plaintiff had following oncology appointments on January 13, 2015, April 8, 2015, May 11, 2015, July 17, 2015, October 5, 2015, March 4, 2016, April 1, 2016, August 2, 2016, October 10, 2016, and October 31, 2016.  At each visit Plaintiff was told her hair would grow back, that it would just take some time.

**Liability under the Ohio Consumer Sales Practices Act §1345.01 et seq.**

1. Plaintiff repeats, reiterates, and re-alleges all paragraphs of this Complaint inclusive, with the same force and effect as if fully set forth herein.

2. Under the Ohio Consumer Sales Practices Act §1345.01 et. seq. Plaintiff shows that the serious risk of developing disfiguring permanent alopecia and other injuries are the direct and proximate result of breaches of obligations owed by Defendants to Plaintiff.

3. Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

By:

*R. Scott Pietrowski*
R. Scott Pietrowski, Esquire
MS Bar No. 99387
Reeves & Mestayer, PLLC  160 Main Street
Biloxi, MS 39530
(228) 374-5151 (Telephone)
(228) 374-6630 (Facsimile)
Email: rsp@rmlawcall.com