UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION,

SECTION "H" (5)

THIS DOCUMENT RELATES TO:     HONORABLE JANE TRICHE MILAZZO
MAG. JUDGE MICHAEL NORTH

*Lynette Alexander v. Sanofi US Services,*     **NOTICE OF SUBMISSION**
*Inc., et al., Cause No. 2:17-cv-15571*

TO: ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to File Amended Short Form Complaint will come before the Court for Submission on the 24th day of February, 2021 at 9:00 a.m.

Dated this the 14th day of January, 2021.

RESPECTFULLY SUBMITTED,

Lynette Alexander, Plaintiff

BY:    *R. Scott Pietrowski, Esquire*
         R. SCOTT PIETROWSKI, ESQUIRE
         MS Bar No. 99387
         Reeves & Mestayer, PLLC

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 14th day of January, 2021.

           BY: *R. Scott Pietrowski*
              R. Scott Pietrowski, Esquire
              MS Bar No. 99387
              Reeves & Mestayer, PLLC
              160 Main Street
              Biloxi, MS   39530
              (228) 374-5151 (telephone)
              (228) 374-6630 (facsimile)
              rsp@rmlawcall.com