UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION,

MDL NO. 2740

SECTION "H" (5)

THIS DOCUMENT RELATES TO:

HONORABLE JANE TRICHE MILAZZO
MAG. JUDGE MICHAEL NORTH

*Judith August v. Hospira Worldwide,*
*Inc.,et al, Civil Action No. 2:16-cv-16231*

**PLAINTIFF'S MEMORANDUM IN
SUPPORT OF MOTION FOR LEAVE TO
FILE AN AMENDED COMPLAINT**

**COMES NOW** Plaintiff, Judith August, by and through counsel and pursuant to

Pretrial Order 105, Federal Rule of Civil Procedure 15(a), and LR 7.4, and hereby files

this, her Memorandum in Support of Motion for leave to file her Amended Short Form

Complaint.

## BACKGROUND

Considering that many Plaintiffs have begun amending, or intend to amend, their

individual Short Form Complaints in response to this Court's rulings on recent motions

seeking to amend pleadings as they relate to statute of limitations, this Court entered

Pretrial Order 105 [Doc. No. 10338] to address such amendments regarding all Plaintiffs

in MDL No. 2470 who intend to amend their Short Form Complaints.  The Plaintiff

herein, Judith August, is one of those Plaintiffs.

## LEGAL STANDARD

Not unmindful of the plethora of case law regarding amending pleadings under

Rule 15, such an analysis and discussion is unncesary in the present Motion.  To be

sure, this Honorable Court has already addressed and anaylzed all relevant standards

and provided the parties to this litigation specific guidance and instructions to follow concerning Plaintiffs in MDL No. 2470 who intend to amend their Short Form Complaints.  Specifically, this Court has already ruled that "Plaintiffs may amend their complaints to add factual allegations regarding particularized facts individual and specific to each Plaintiff's medical care and treatment and/or that Plaintiff's communications with medical professionals."  Pretrial Order No. 105, Paragraph 2 [Doc. No. 10338].

## ANALYSIS

Here, Plaintiff, Judith August, seeks to amend her Short Form Complaint's Statement of Facts to include the following particularized allegations:

1.      On or about September 10, 2012, Plaintiff underwent her first round of Docetaxel Injections withher treating Oncologist.

2.      Prior to receiving her first round of chemotherapy, Plaintiff was advised by her oncologist that shewas going to lose her hair, but it would grow back.

3.      During the course of chemotherapy, Plaintiff suffered hair loss and thinning of the hair, over herentire head, along with bald-spotting and thinning of the hair, hair loss and thinning around thetemples, eyebrows, body, and genital areas.

4.      Plaintiff's last chemotherapy treatment occurred on or about December 24, 2012.

5.      Approximately two years following chemotherapy, in late 2014, Plaintiff noticed her hair was not coming back in properly and was extremely thin. Plaintiff

wore her hair short at the time and did not know that her hair growth was stunted and thinning.

6.      Plaintiff did not know or suspect until June 2016 that she was suffering from continuing hair loss as a result of taking docetaxel (See. Plaintiff's Complaint, P. 96, filed 10/24/2016.

7.      In 2019 , Plaintiff sought the expert opinion of Dr. Kelly Hall regarding her hair loss.

## CONCLUSION

Plaintiff herein, Judith August, confidently presumes that she has complied with this Court's stated requirements contained within Pretrial Order 105 concerning her request to amend her Short Form Complaint.  Thus, for all the reasons stated herein as well as her Motion, she respectfully requests that this Court grant her Motion to Amend her Short Form Complaint.

Dated:  January 15, 2021.

RESPECTFULLY SUBMITTED,

Judith August, Plaintiff

BY:    */s/ R. Scott Pietrowski, Esquire*
        R. SCOTT PIETROWSKI, ESQUIRE
        MS Bar No. 99387
        Reeves & Mestayer, PLLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed  using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 14th day of January, 2021.

BY:    */s/ R. Scott Pietrowski*
R. Scott Pietrowski, Esquire
MS Bar No. 99387
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS   39530
(228) 374-5151 (telephone)
(228) 374-6630 (facsimile)
rsp@rmlawcall.com