**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: TAXOTERE (DOCETAXEL)        :     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION   :
                                     :     SECTION "N" (5)
                                     :     JUDGE MILAZZO
Marsha Tipton,                      :     MAG. JUDGE NORTH
                                     :
     Plaintiff,                 :
v.                                 :     Civil Action No.: 2:17-cv-9320
                                   :
SANOFI-AVENTIS U.S. LLC, ET AL.,   :
                                   :
     Defendants.               :
------------------------------------------------------------- :

### MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

Plaintiff, through undersigned counsel, respectfully moves for leave to file the attached proposed Amended Short Form Complaint.

The Plaintiff's attached proposed Amended Short Form Complaint is submitted to provide factual allegations particular to the circumstances of Plaintiff's claim and to memorialize her causes of action under applicable law.  Plaintiff submits that the proposed Amended Short Form Complaint is consistent with Pretrial Order No. 105 (PTO 105) in that it adds factual allegations of particularized facts individual and specific to Plaintiff's medical care and treatment and Plaintiff's communications with medical professionals and healthcare providers, and to clarify prior allegations.

The Court should grant leave to file an amended pleading unless the opposing party can show prejudice, bad faith, or undue delay.  *Foman v. Davis*, 371 U.S. 178, 182 (1962).  Leave to amend should be freely given when justice so requires.  Fed. R. Civ. P. 15(a)(2); *Foman* at 182.  In the context of this MDL, Plaintiffs are required to use the master complaint structure pursuant to

Pretrial Order No. 15 (PTO 15).  The interests of fairness, equity, and justice support allowing

Plaintiff leave to amend her pleading to conform to the legal allegations and to clarify her case-

specific factual allegations made previously.

Because PTO 105 and the parties' Stipulation (Doc. No. 11347) allow for amendment of

pleadings and considering Plaintiff has not been deposed or chosen as a bellwether case, Plaintiff

respectfully suggests that there is no prejudice as the Defendants can question Plaintiff regarding the

proposed amended allegations.  Defendants will have the opportunity to challenge the proposed

allegations through discovery and with motion practice brought in accordance with the agreed

deadlines.

Moreover, the allegations do not add any additional parties.  The amendments merely add

particularized facts that are individual and specific to Plaintiff's treatment and/or communications

with healthcare providers and the proposed amendments will not unfairly surprise or prejudice

Defendants, are not made in bad faith, and are timely.  *See Lyn-Lea Travel Corp. v. Am. Airlines*,

283 F.3d 282, 286 (5th Cir. 2002) (recognizing FRCP 15 liberally allows amendments in such

circumstances).  The amendments are proper and necessary because any assessment of Plaintiff's

statute of limitations issue is inherently individualized and is appropriate only after a development

of the entire factual record.  *See In re: FEMA Trailer Formaldehyde Prod. Liab. Litig.*, No. 25292,

2012 WL 1580751, at *2 (E.D. La. May 4, 2012).  PTO 105 appropriately allows all Plaintiffs to

add allegations about their medical care and treatment and communications with healthcare

providers.  This has been done in the proposed amendments, and the proposed amendments comply

with Judge Milazzo's previous Orders and Reasons in Doc. No. 11129 and No. 11825.

Accordingly, Plaintiff respectfully requests that the Court grant her Motion for Leave to

Amend her Short Form Complaint and enter the proposed pleading into the record.

Date: January 14, 2021

By:  */s/ Nathan Buttars*
Nathan Buttars
T. Aaron Stringer
**LOWE LAW GROUP**
6028 S. Ridgeline Dr., Ste. 200
Ogden, UT 84405
Telephone: (385) 298-0175
Facsimile: (801) 656-0997
Email: nate@lowelawgroup.com
aaron@lowelawgroup.com
*Counsel for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: January 14, 2021                     */s/ Nathan Buttars*