UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | |
| THIS DOCUMENT RELATES TO: | : | SECTION "N"(5) |
| | : | |
| | : | HON. JANE TRICHE MILAZZO |
| CHRYSTAL WALKER, Plaintiff(s), | : | |
| vs. | : | |
| SANOFI S.A., et al., Defendant(s). | : | |
| Civil Case No.: 2:17-cv-16516 | : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO FILE AMENDED COMPLAINT**

COMES NOW Plaintiff, Chrystal Walker, by and through the undersigned counsel, who, pursuant to the attached Memorandum in Support, respectfully requests leave to file the attached proposed Amended Short Form Complaint (Exhibit A).

Plaintiff's counsel has conferred with Liaison Counsel for the Sanofi Defendants and understands these Defendants do not oppose Plaintiff's request. The Sanofi Defendants are the only Defendants named in the attached proposed Amended Short Form Complaint.

WHEREFORE, Plaintiff prays that she be granted leave to file the attached proposed Amended Short Form Complaint.

This the 14th day of January, 2021.

1

2

                    DAVIS & CRUMP, P.C.

                    <u>/s/ Trevor B. Rockstad</u>
                    Trevor B. Rockstad
                    MS State Bar No.: 103614
                    2601 14th Street
                    Gulfport, MS 39501
                    Phone: 228-863-6000
                    Facsimile: 228-864-0907
                    Email: Trevor.rockstad@daviscrump.com

3

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the attached document was served upon each attorney of records through the Court's Electronic Court Filing System.

      Dated: January 14th, 2021.

      /s/ Trevor B. Rockstad
      Trevor B. Rockstad