UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH <br><br> **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO MCKESSON CORPORATION d/b/a MCKESSON PACKAGING SERVICE** |
| THIS DOCUMENT RELATES TO: <br> **Velesta Maxwell v. Sanofi-Aventis U.S. LLC, et al.** | Civil Action No.: 2:17-cv-16718 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice McKesson Corporation d/b/a McKesson Packaging Service with each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 14th day of January 2021

Respectfully Submitted,
**SWMW Law, LLC**

*/s/ Melanie K. Schmickle*
Melanie K. Schmickle, MO# 52176
Tara K. King, MO# 69171
SWMW Law, LLC
701 Market Street, Ste. 1000
Phone: (314) 480-5180
Facsimile: (314) 932-1566
Email: melanie@swmwlaw.com
Email: tara@swwmwlaw.com
Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2021 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: January 14, 2021                /s/*Melanie K. Schmickle*