**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "N" (5) |
| | : | JUDGE MILAZZO |
| Ginger Pippin, | : | MAG. JUDGE NORTH |
| | : | |
| Plaintiffs, | : | |
| vs. | : | Civil Action No.: 2:18-cv-03709 |
| | : | |
| SANOFI-AVENTIS U.S. LLC, ET AL., | : | |
| | : | |
| Defendants. | : | |
| ------------------------------------------------------------- | : | |

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to File an Amended Short Form

Complaint is hereby set for submission before the Court on February 24, 2021 at 9:30am.

Respectfully submitted on January 14, 2021.

By: */s/ Nathan Buttars*
Nathan Buttars
**LOWE LAW GROUP**
6028 S. Ridgeline Dr., Ste. 200
Ogden, UT 84405
Telephone: (385) 298-0175
Facsimile: (801) 656-0997
Email: nate@lowelawgroup.com
*Counsel for Plaintiff(s)*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2021, I electronically filed the foregoing document with

the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing

to all counsel of record who are CM/ECF participants.

DATED: January 14, 2021          */s/ Nathan Buttars*