# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| This document relates to all cases ) | |

## CASE MANAGEMENT ORDER NO. 31

**IT IS ORDERED** that the fifth bellwether trial is **SET** for January 24, 2022, through February 4, 2022.

New Orleans, Louisiana, this 14th day of January, 2021.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE