UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | HON. JANE T. MILAZZO |
| THIS DOCUMENT RELATES TO: | |
| Karla Hodges v. Accord Healthcare, Inc. | Civil Action No. 2:19-cv-14732 |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE
AMENDED SHORT FORM COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes Plaintiff Karla Hodges, who, pursuant to the attached Memorandum in Support, respectfully requests leave to file the attached proposed Amended Short Form Complaint (Exhibit A).

Plaintiff's counsel has conferred with counsel for the defendants and understands these defendants will not oppose Plaintiff's requests.

WHERFORE, Plaintiff pray that she be granted leave to file the attached proposed Amended Short Form Complaints.

                        MARTINEZ & MCGUIRE, PLLC

                By:   */s/ Clint E. McGuire*
                        Clint E. McGuire
                        Federal ID #25560
                        State Bar No. 24013139
                        clint@mmtriallawyers.com
                        17227 Mercury Drive, Suite B
                        Houston, Texas 77058
                        Telephone:   (281) 286-9100
                        Facsimile:    (281) 286-9105

## CERTIFICATE OF SERVICE

      I hereby certify that on this 14th day of January 2021, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operating of MDL Centrality which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

                                            */s/ Clint E. McGuire*
                                            Clint E. McGuire