# EXHIBIT "A"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>____**KARLA HODGES**_____,<br><br>  Plaintiff(s),<br><br>**vs.**<br><br>____**ACCORD HEALTHCARE, INC.**_____,<br><br>  Defendant(s), | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**COMPLAINT & JURY DEMAND**<br><br>Civil Action No. 2:19-CV-14732 |

**AMENDED SHORT FORM COMPLAINT (Effective as of May 13, 2020)[1]**

Plaintiff(s) incorporate by reference the Second Amended Master Long Form Complaint and Jury Demand filed in the above referenced case on September 27, 2018 (Doc. 4407). Pursuant to Pretrial Order No. 15, this [Original/Amended] Short Form Complaint adopts allegations and encompasses claims as set forth in the Second Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1. Plaintiff:

    _____Karla Hodges_____

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

    _____N/A_____

---

[1] This version of the Short Form Complaint supersedes all prior versions of the form pursuant to Pretrial Order No. 73A. This Court-approved version of the Short Form Complaint is available on the Court's Taxotere webpage and through MDL Centrality.

1

2

3.     Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

        N/A

4.     Current State of Residence:   Missouri

5.     State in which Plaintiff(s) allege(s) injury:   Missouri

6.     Defendants (check all Defendants against whom a Complaint is made):

    a.     Taxotere Brand Name Defendants

        ☐   A.   Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

        ☐   B.   Sanofi-Aventis U.S. LLC

    b.     Other Brand Name Drug Sponsors, Manufacturers, Distributors

        ☐   A.   Sandoz Inc.

        ☒   B.   Accord Healthcare, Inc.

        ☐   C.   McKesson Corporation d/b/a McKesson Packaging

        ☐   D.   Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

        ☐   E.   Hospira, Inc.

        ☐   F.   Sun Pharma Global FZE

        ☐   G.   Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

        ☐   H.   Pfizer Inc.

        ☐   I.   Actavis LLC f/k/a Actavis Inc.

        ☐   J.   Actavis Pharma, Inc.

        ☐   K.   Other:

7.     Basis for Jurisdiction:

    ☒   Diversity of Citizenship

    ☐   Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure:

8. Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

Eastern District of Missouri

9. Brand Product(s) used by Plaintiff (check applicable):

- ☐ A. Taxotere
- ☐ B. Docefrez
- ☒ C. Docetaxel Injection
- ☒ D. Docetaxel Injection Concentrate
- ☐ E. Unknown
- ☐ F. Other:

10. First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

October 29, 2013 through February 11, 2014

11. State in which Product(s) identified in question 9 was/were administered:

Missouri

3

12. Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury:

> Severe and personal injuries that are permanent and lasting in nature including and economic and noneconomic damages harms and losses, including, but not limited to: past and future medical expenses; psychological counseling and therapy expenses; past and future loss of earnings; past and future loss and impairment of earning capacity, permanent disfigurement, including permanent alopecia; mental anguish; severe and debilitating emotional distress; increased risk of future harm; past, present and future physical and mental pain, suffering and discomfort; and past, present and future loss and impairment of the quality and enjoyment of life.
>
> Plaintiff was first treated with Taxotere/Docetaxel in approximately 2013. Plaintiff observed that her hair was not growing back completely approximately 8 months after her last treatment, which was in February 2014. During her follow up appointments on January 13, 2015, May 12, 2015, September 29, 2015 and May 3, 2016 with her Oncologist, Dr. Juan Daniel Cuevas, Plaintiff asked Dr. Cuevas about her hair loss. Dr. Cuevas told Plaintiff her hair would regrow but it would take time. During her last appointment with Dr. Cuevas, which was May 3, 2016, Dr. Cuevas advised Plaintiff to be patient and that her hair would regrow. On March 12, 2018, Plaintiff sought a free consultation from Hans Wiemann Hair Restoration Center to determine if her hair was going to regrow. During this March 12, 2018 visit, Hans Wiemann Hair Restoration Center performed a test and advised Plaintiff that her hair follicles were permanently damaged.

13. Counts in Master Complaint brought by Plaintiff(s):

    ☒ Count I – Strict Products Liability – Failure to Warn

    ☒ Count III – Negligence

    ☒ Count IV – Negligent Misrepresentation

    ☒ Count V – Fraudulent Misrepresentation

    ☒ Count VI – Fraudulent Concealment

    ☒ Count VII – Fraud and Deceit

    ☒ Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) include additional theories of recovery, for example, applicable state law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

14. Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

>MARTINEZ & MCGUIRE, PLLC
>
>By: */s/ Clint E. McGuire*
>Clint E. McGuire
>Federal ID #25560
>State Bar No. 24013139
>clint@mmtriallawyers.com
>17227 Mercury Drive, Suite B
>Houston, Texas 77058
>Telephone: (281) 286-9100
>Facsimile: (281) 286-9105

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of January 2021, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operating of MDL Centrality which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

>*/s/ Clint E. McGuire*
>Clint E. McGuire