UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | HON. JANE T. MILAZZO |
| THIS DOCUMENT RELATES TO: | |
| Karla Hodges v. Accord Healthcare, Inc., | Civil Action No. 2:19-cv-14732 |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

Plaintiff's attached proposed Amended Short Form Complaint is submitted to provide factual allegations particular to the circumstances of Plaintiff's claim. Plaintiff submits that this proposed Amended Short Form Complaint is consistent with PTO 105 in that it adds factual allegations of particularized facts individual and specific to Plaintiff's medical care and treatment and Plaintiff's communication with medical professionals, and clarifies prior allegations.

The Court should grant leave to file an amended pleading unless the opposing party can show prejudice, bad faith, or undue delay. *Foman v. Davis,* 371 U.S. 178, 182 (1962). Leave to amend should be freely given when justice so requires. Fed. R. Civ. P. 15(a)(2); *Foman,* 371 U.S. at 182. In the context of this MDL, plaintiffs are required to use the master complaint structure pursuant to Pretrial Order No. 15 (Rec. Doc. 230). The interests of fairness, equity and justice support allowing Plaintiff leave to amend her pleadings to conform to the legal allegations and to clarify her case-specific factual allegations made in previous versions of her pleadings.

Because the relevant trial scheduling orders and PTO 105 deadlines allow for amendment of pleadings, and because Plaintiff is not part of the bellwether pool, Plaintiff respectfully suggests that there is no prejudice, as the defendants have the ability to question Plaintiff regarding these

proposed amended allegations. Defendants will have the opportunity to challenge these allegations through discovery and with motion practice brought in accordance with the agreed deadlines.

    Accordingly, Plaintiff requests that the Court grant her Motion for Leave to Amend her Short Form Complaint and enter the proposed pleading into the record.

                        MARTINEZ & MCGUIRE, PLLC

                By:    */s/ Clint E. McGuire*
                         Clint E. McGuire
                         Federal ID #25560
                         State Bar No. 24013139
                         clint@mmtriallawyers.com
                         17227 Mercury Drive, Suite B
                         Houston, Texas 77058
                         Telephone:    (281) 286-9100
                         Facsimile:     (281) 286-9105

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 14th day of January 2021, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operating of MDL Centrality which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

                                    */s/ Clint E. McGuire*
                                    Clint E. McGuire