AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| Lynette Alexander<br>*Plaintiff*<br>v.<br>Sanofi US Services, Inc., et al.<br>*Defendant* | Case No.  2:17-cv-15571 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lynette Alexander

Date:   01/14/2021

*Attorney's signature*

R. Scott Pietrowski, MS Bar No. 99387
*Printed name and bar number*

Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS  39530

*Address*

rsp@rmlawcall.com
*E-mail address*

(228) 374-5151
*Telephone number*

(228) 374-6630
*FAX number*