UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION, | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HONORABLE JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Debra Bolton v. Sanofi S.A., et al.,* Civil Action No. 2:16-cv-16905 | **PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** |

**COMES NOW** Plaintiff, Debra Bolton, by and through counsel and pursuant to Pretrial Order 105, Federal Rule of Civil Procedure 15(a), and LR 7.4, and hereby files this, her Memorandum in Support of Motion for leave to file her Amended Short Form Complaint.

## BACKGROUND

Considering that many Plaintiffs have begun amending, or intend to amend, their individual Short Form Complaints in response to this Court's rulings on recent motions seeking to amend pleadings as they relate to statute of limitations, this Court entered Pretrial Order 105 [Doc. No. 10338] to address such amendments regarding all Plaintiffs in MDL No. 2470 who intend to amend their Short Form Complaints. The Plaintiff herein, Debra Bolton, is one of those Plaintiffs.

## LEGAL STANDARD

Not unmindful of the plethora of case law regarding amending pleadings under Rule 15, such an analysis and discussion is unncesary in the present Motion. To be sure, this Honorable Court has already addressed and anaylzed all relevant standards

1

and provided the parties to this litigation specific guidance and instructions to follow concerning Plaintiffs in MDL No. 2470 who intend to amend their Short Form Complaints. Specifically, this Court has already ruled that "Plaintiffs may amend their complaints to add factual allegations regarding particularized facts individual and specific to each Plaintiff's medical care and treatment and/or that Plaintiff's communications with medical professionals." Pretrial Order No. 105, Paragraph 2 [Doc. No. 10338].

## ANALYSIS

Here, Plaintiff, Debra Bolton, seeks to amend her Short Form Complaint's Statement of Facts to include the following particularized allegations:

1. On or about July 23, 2007, Plaintiff underwent her first round of Taxotere with her treating oncologist, Dr. Lisa Bond.

2. During her first appointment, Dr. Lisa Bond advised her that she was going to lose her hair, but it would grow back.

3. During the course of chemotherapy, Plaintiff suffered hair loss and thinning of her hair over her entire head, along with bald spotting and thinning of the hair, hair loss and thinning around the temples, eyebrows, and body.

4. Plaintiff's last chemotherapy treatment occurred on or about September 25, 2007.

5. Plaintiff returned for post-chemotherapy visits with her last visit to Dr. Lisa Bond falling in July of 2012.

6. On each visit, Dr. Bond told Plaintiff her hair would grow back. Dr. Bond told Plaintiff her hair may take five years or more to grow back.

7. On January 10, 2013, Plaintiff discussed her hair with her dermatologist, Dr. Shapiro. Dr. Shapiro noted new growth on Plaintiff's scalp.

8. On each return appointment, March 28, 2013, November 21, 2013, and December 19, 2013, Dr. Shapiro noted new growth on Plaintiff's scalp and reported to Plaintiff her hair was growing back, but was slow growing.

## CONCLUSION

Plaintiff herein, Debra Bolton, confidently presumes that she has complied with this Court's stated requirements contained within Pretrial Order 105 concerning her request to amend her Short Form Complaint. Thus, for all the reasons stated herein as well as her Motion, she respectfully requests that this Court grant her Motion to Amend her Short Form Complaint.

Dated: January 14, 2021.

RESPECTFULLY SUBMITTED,

Debra Bolton, Plaintiff

BY: */s/ R. Scott Pietrowski, Esquire*
R. SCOTT PIETROWSKI, ESQUIRE
MS Bar No. 99387
Reeves & Mestayer, PLLC

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 14th day of January, 2021.

                BY:    */s/ R. Scott Pietrowski*
                          R. Scott Pietrowski, Esquire
                          MS Bar No. 99387
                          Reeves & Mestayer, PLLC
                          160 Main Street
                          Biloxi, MS  39530
                          (228) 374-5151 (telephone)
                          (228) 374-6630 (facsimile)
                          rsp@rmlawcall.com