UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION,

                                                SECTION "H" (5)

                                                HONORABLE JANE TRICHE MILAZZO
THIS DOCUMENT RELATES TO:     MAG. JUDGE MICHAEL NORTH

*Debra Bolton v. Sanofi S.A., Inc., et al.*     **NOTICE OF SUBMISSION**
Civil Action No. 2:16-cv-16905

      TO:    ALL COUNSEL OF RECORD

      PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to File Amended Short Form Complaint will come before the Court for Submission on the 24th day of February, 2021 at 9:00 a.m.

      Dated this the 14th day of January, 2021.

                                                    RESPECTFULLY SUBMITTED,

                                                    Debra Bolton, Plaintiff

                  BY:    *R. Scott Pietrowski, Esquire*
                           R. SCOTT PIETROWSKI, ESQUIRE
                           MS Bar No. 99387
                           Reeves & Mestayer, PLLC

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 14th day of January, 2021.

          BY: *R. Scott Pietrowski*
             R. Scott Pietrowski, Esquire
             MS Bar No. 99387
             Reeves & Mestayer, PLLC
             160 Main Street
             Biloxi, MS   39530
             (228) 374-5151 (telephone)
             (228) 374-6630 (facsimile)
             rsp@rmlawcall.com