# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| *Leslie Powell v. Accord Healthcare, Inc. et. al.* | |
| *EDLA No.* 2:17-cv-16740 | |

## FIRST AMENDED SHORT FORM COMPLAINT

Plaintiff(s) incorporate by reference the Second Amended Master Long Form Complaint and Jury Demand filed in the above referenced case on September 27, 2018 (Doc. 4407). Pursuant to Pretrial Order No. 15, this Amended Short Form Complaint adopts allegations and encompasses claims as set forth in the Second Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1. Plaintiff:

   Leslie Powell

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

   N/A

3. Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Current State of Residence: Pennsylvania

5. State in which Plaintiff(s) allege(s) injury: Pennsylvania

6. Defendants (check all Defendants against whom a Complaint is made):

   a. Taxotere Brand Name Defendants

        X      A.      Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

        X      B.      Sanofi-Aventis U.S. LLC

    b.    Other Brand Name Drug Sponsors, Manufacturers, Distributors

☐    A.    Sandoz Inc.

☐    B.    Accord Healthcare, Inc.

☐    C.    McKesson Corporation d/b/a McKesson Packaging

☐    D.    Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

☐    E.    Hospira, Inc.

☐    F.    Sun Pharma Global FZE

☐    G.    Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

☐    H.    Pfizer Inc.

☐    I.    Actavis LLC f/k/a Actavis Inc.

☐    J.    Actavis Pharma, Inc.

☐    K.    Sagent Pharmaceuticals, Inc.

☐    L.    Other:

7. Basis for Jurisdiction:

    X    Diversity of Citizenship
    ☐    Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8. Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

2

United States District Court Eastern District of Pennsylvania

9. Brand Product(s) used by Plaintiff (check applicable):

  X  A.  Taxotere
  ☐  B.  Docefrez
  ☐  C.  Docetaxel Injection
  ☐  D.  Docetaxel Injection Concentrate
  ☐  E.  Unknown
  ☐  F.  Other:

10. First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

3/20/2009-7/8/2009

11. State in which Product(s) identified in question 9 was/were administered:

Pennsylvania

3

12. Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> On July 19, 2017, Ms. Powell saw an advertisement regarding Taxotere alleging an association between Alopecia and Taxotere administration. She obtained Counsel of record on August 17, 2017. Ms. Powell suffers from permanent hair loss after the administration of Taxotere; mental anguish; severe emotional distress; past, present, and future physical and mental pain, suffering and discomfort; and past, present and future loss and impairment of the quality and enjoyment of life.

13. Counts in Master Complaint brought by Plaintiff(s):

  X   Count I – Strict Products Liability – Failure to Warn
  X   Count III – Negligence
  X   Count IV – Negligent Misrepresentation
  X   Count V – Fraudulent Misrepresentation
  X   Count VI – Fraudulent Concealment
  X   Count VII – Fraud and Deceit

  ☐   Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) include additional theories of recovery, for example, applicable state law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

14. Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

>By:
>Melanie K. Schmickle MO# 52176
>Tara K. King MO#69171
>SWMW Law, LLC
>701 market Street, Ste. 1000
>St. Louis, Mo 63101
>(314) 480-5180
>Melanie@swmwlaw.com
>Tara.king@swmwlaw.com