UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)           MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

          SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**
*Sequitta Frederick, Case No. 2:17-cv-16624*
*Leslie Powell, Case No. 2:17-cv-16740*

## ORDER

Considering the foregoing Plaintiffs' Unopposed Motion for Leave to File Amended Short Form Complaints,

IT IS ORDERED that the Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file the Amended Short Form Complaints in each Plaintiff's member case.

New Orleans, Louisiana, this ____ day of _____, 2021.

          _____
          HON. JANE TRICHE MILAZZO
          UNITED STATES DISTRICT JUDGE