UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION, | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HONORABLE JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Patricia Graham-Anthony v. Sanofi US Services, Inc., et al.,* Civil Action No. 2:17-cv-15475 | **PLAINTIFF'S [OPPOSED] MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** |

COMES NOW Plaintiff, Patricia Graham-Anthony, by and through counsel and pursuant to Federal Rule of Civil Procedure 15(a), and Pretrial Order 105 hereby moves for leave to file her Amended Short Form Complaint, attached hereto as Exhibit "A".

Plaintiff's counsel has conferred with Counsel for Defendants and understands Defendants oppose Plaintiff's request.

WHEREFORE, Plaintiff prays that she be granted leave to file the attached proposed Amended Short Form Complaint.

Dated this the 14th day of January.

RESPECTFULLY SUBMITTED,

Patricia Graham-Anthony, Plaintiff

BY:   *R. Scott Pietrowski, Esquire*
       R. SCOTT PIETROWSKI, ESQUIRE
       MS Bar No. 99387
       Reeves & Mestayer, PLLC

**CERTIFICATE OF CONFERENCE**

I certify that I attempted to obtain the consent of counsel for the Defendants to file this Motion for Leave to File Amended Complaint pursuant to Local Rule 7.6. Defendants have indicated no opposition to the motion, with full reservation of rights.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 14th day of January, 2021.

BY:  *R. Scott Pietrowski*
R. Scott Pietrowski, Esquire
MS Bar No. 99387
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS   39530
(228) 374-5151 (telephone)
(228) 374-6630 (facsimile)
rsp@rmlawcall.com