UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| *Patricia Graham-Anthony v. Sanofi US Services, Inc. f/k/a Sanofi-Aventis US, Inc., et al.* Cause No. 2:17-cv-15475 | |

**AMENDED SHORT FORM COMPLAINT (Effective as of May 13, 2020)[1]**

Plaintiff(s) incorporate by reference the Second Amended Master Long Form Complaint and Jury Demand filed in the above referenced case on September 27, 2018 (Doc. 4407). Pursuant to Pretrial Order No. 15, this [Original/Amended] Short Form Complaint adopts allegations and encompasses claims as set forth in the Second Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1. Plaintiff:

   Patricia Graham Anthony

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

   Not applicable

3. Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Not applicable

4. Current State of Residence: California

5. State in which Plaintiff(s) allege(s) injury: California

---

[1] This version of the Short Form Complaint supersedes all prior versions of the form pursuant to Pretrial Order No. 73A. This Court-approved version of the Short Form Complaint is available on the Court's Taxotere webpage and through MDL Centrality.

EXHIBIT "A"

1

6. Defendants (check all Defendants against whom a Complaint is made):

   a. Taxotere Brand Name Defendants

   ☒ A. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

   ☒ B. Sanofi-Aventis U.S. LLC

   b. Other Brand Name Drug Sponsors, Manufacturers, Distributors

   ☒ A. Sandoz Inc.

   ☐ B. Accord Healthcare, Inc.

   ☐ C. McKesson Corporation d/b/a McKesson Packaging

   ☒ D. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

   ☒ E. Hospira, Inc.

   ☐ F. Sun Pharma Global FZE

   ☐ G. Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

   ☐ H. Pfizer Inc.

   ☐ I. Actavis LLC f/k/a Actavis Inc.

   ☐ J. Actavis Pharma, Inc.

   ☐ K. Sagent Pharmaceuticals, Inc.

   ☐ L. Other:

7. Basis for Jurisdiction:

   ☒ Diversity of Citizenship
   ☐ Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8. Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

U. S. District Court, Central District of California

9. Brand Product(s) used by Plaintiff (check applicable):

- ☒ A. Taxotere
- ☐ B. Docefrez
- ☒ C. Docetaxel Injection
- ☒ D. Docetaxel Injection Concentrate
- ☐ E. Unknown
- ☐ F. Other:

10. First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

October 30, 2014 through February 18, 2015

11. State in which Product(s) identified in question 9 was/were administered:

California

3

12. Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> Disfiguring permanent alopecia beginning after the use of Taxotere (docetaxel) and continuing to the present.
>
> See Statement of Facts below for nature, extent and description of alleged injury.

13. Counts in Master Complaint brought by Plaintiff(s):

   ☒   Count I – Strict Products Liability – Failure to Warn
   ☒   Count III – Negligence
   ☒   Count IV – Negligent Misrepresentation
   ☒   Count V – Fraudulent Misrepresentation
   ☒   Count VI – Fraudulent Concealment
   ☒   Count VII – Fraud and Deceit

   ☒   Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) include additional theories of recovery, for example, applicable state law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

> **Statement of Facts**
>
> 1. On or about October 30, 2014, Plaintiff underwent her first round of Docetaxel injections with her treating Oncologist, Dr. Applebaum.
>
> 2. Dr. Appelbaum told Plaintiff she would experience temporary hair loss.
>
> 3. During the course of chemotherapy, Plaintiff suffered hair loss and thinning of the hair over her entire head, along with bald-spotting and thinning of the hair, and thinning around the temples, eyebrows, body and genital areas.
>
> 4. Plaintiff's last chemotherapy treatment was on or about February 18, 2015.
>
> 5. Dr. Appelbaum told Plaintiff at her last chemotherapy treatment that her hair should start growing back.

6. In follow up appointments after Plaintiff's last treatment with chemotherapy, which occurred every two to three months up to a year, Dr. Appelbaum told Plaintiff it may take a little longer for her hair to grow back and to start using Biotin and over the counter vitamins for hair, skin and nails.

7. In late 2016 Plaintiff saw a commercial on television and called Dr. Appelbaum's office to find out if Taxotere (docetaxel) was used during her chemotherapy treatment. Plaintiff was told Taxotere (docetaxel) was used.

## LIABILITY UNDER THE UNFAIR COMPETITION LAW §17200 et seq. and CONSUMER LEGAL REMEDIES ACT §1750 et seq.

1. Plaintiff repeats, reiterates, and re-alleges all paragraphs of this Complaint inclusive, with the same force and effect as if fully set forth herein.

2. Under the Unfair Competition Law §17200 et seq. and Consumer Legal Remedies Act §1750 et seq., Plaintiff shows that the serious risk of developing disfiguring permanent alopecia and other injuries are the direct and proximate result of breaches of obligations owed by Defendants to Plaintiff.

14. Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

By:

*R. Scott Pietrowski*
R. Scott Pietrowski, Esquire
MS Bar No. 99387
Reeves & Mestayer, PLLC 160 Main Street
Biloxi, MS 39530
(228) 374-5151 (Telephone)
(228) 374-6630 (Facsimile)
Email: rsp@rmlawcall.com

5