UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION, | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HONORABLE JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Patricia Graham-Anthony v. Sanofi US Services, Inc., et al.,* Civil Action No. 2:17-cv-15475 | **PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** |

**COMES NOW** Plaintiff, Patricia Graham-Anthony, by and through counsel and pursuant to Pretrial Order 105, Federal Rule of Civil Procedure 15(a), and LR 7.4, and hereby files this, her Memorandum in Support of Motion for leave to file her First Amended Short Form Complaint.

## BACKGROUND

Considering that many Plaintiffs have begun amending, or intend to amend, their individual Short Form Complaints in response to this Court's rulings on recent motions seeking to amend pleadings as they relate to statute of limitations, this Court entered Pretrial Order 105 [Doc. No. 10338] to address such amendments regarding all Plaintiffs in MDL No. 2470 who intend to amend their Short Form Complaints. The Plaintiff herein, Patricia Graham-Anthony, is one of those Plaintiffs.

## LEGAL STANDARD

Not unmindful of the plethora of case law regarding amending pleadings under Rule 15, such an analysis and discussion is unncesary in the present Motion. To be sure, this Honorable Court has already addressed and anaylzed all relevant standards

1

and provided the parties to this litigation specific guidance and instructions to follow concerning Plaintiffs in MDL No. 2470 who intend to amend their Short Form Complaints. Specifically, this Court has already ruled that "Plaintiffs may amend their complaints to add factual allegations regarding particularized facts individual and specific to each Plaintiff's medical care and treatment and/or that Plaintiff's communications with medical professionals." Pretrial Order No. 105, Paragraph 2 [Doc. No. 10338].

## ANALYSIS

Here, Patricia Graham-Anthony seeks to amend her Short Form Complaint's Statement of Facts to include the following particularized allegations:

1. On or about October 30, 2014, Plaintiff underwent her first round of Docetaxel injections with her treating Oncologist, Dr. Applebaum.

2. Dr. Appelbaum told Plaintiff she would experience temporary hair loss.

3. During the course of chemotherapy, Plaintiff suffered hair loss and thinning of the hair over her entire head, along with bald-spotting and thinning of the hair, and thinning around the temples, eyebrows, body and genital areas.

4. Plaintiff's last chemotherapy treatment was on or about February 18, 2015.

5. Dr. Appelbaum told Plaintiff at her last chemotherapy treatment that her hair should start growing back.

6. In follow up appointments after Plaintiff's last treatment with chemotherapy, which occurred every two to three months up to a year, Dr. Appelbaum told Plaintiff it may take a little longer for her hair to grow back and to start using Biotin and over the counter vitamins for hair, skin and nails.

7. In late 2016 Plaintiff saw a commercial on television and called Dr. Appelbaum's office to find out if Taxotere (docetaxel) was used during her

chemotherapy treatment.  Plaintiff was told Taxotere (docetaxel) was used.

### **LIABILITY UNDER THE UNFAIR COMPETITION LAW §17200 et seq. and CONSUMER LEGAL REMEDIES ACT §1750 et seq.**

1. Plaintiff repeats, reiterates, and re-alleges all paragraphs of this Complaint inclusive, with the same force and effect as if fully set forth herein.

2. Under the Unfair Competition Law §17200 et seq. and Consumer Legal Remedies Act §1750 et seq., Plaintiff shows that the serious risk of developing disfiguring permanent alopecia and other injuries are the direct and proximate result of breaches of obligations owed by Defendants to Plaintiff.

### **CONCLUSION**

Plaintiff herein, Patricia Graham-Anthony, confidently presumes that she has complied with this Court's stated requirements contained within Pretrial Order 105 concerning her request to amend her Short Form Complaint.  Thus, for all the reasons stated herein as well as her Motion, she respectfully requests that this Court grant her Motion to Amend her Short Form Complaint.

Dated:  January 14, 2021.

>RESPECTFULLY SUBMITTED,
>
>Patricia Graham-Anthony, Plaintiff
>
>BY:    */s/ R. Scott Pietrowski, Esquire*
>           R. SCOTT PIETROWSKI, ESQUIRE
>           MS Bar No. 99387
>           Reeves & Mestayer, PLLC

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 15th day of January, 2021.

BY:   */s/ R. Scott Pietrowski*
R. Scott Pietrowski, Esquire
MS Bar No. 99387
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
(228) 374-5151 (telephone)
(228) 374-6630 (facsimile)
rsp@rmlawcall.com
