UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION,

SECTION "H" (5)

THIS DOCUMENT RELATES TO:     HONORABLE JANE TRICHE MILAZZO
MAG. JUDGE MICHAEL NORTH

*Patricia Graham-Anthony v. Sanofi US*     **NOTICE OF SUBMISSION**
*Services, Inc., et al.,*
*Civil Action No. 2:17-cv-15475*

TO: ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that Plaintiff's [Opposed] Motion for Leave to File Amended Short Form Complaint will come before the Court for Submission on the 24th day of February, 2021 at 9:00 a.m.

Dated this the 14th day of January.

RESPECTFULLY SUBMITTED,

Patricia Graham-Anthony, Plaintiff

BY:    *R. Scott Pietrowski, Esquire*
        R. SCOTT PIETROWSKI, ESQUIRE
        MS Bar No. 99387
        Reeves & Mestayer, PLLC

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 14th day of January, 2021.

                              BY:    *R. Scott Pietrowski*
                                        R. Scott Pietrowski, Esquire
                                        MS Bar No. 99387
                                        Reeves & Mestayer, PLLC
                                        160 Main Street
                                        Biloxi, MS   39530
                                        (228) 374-5151 (telephone)
                                        (228) 374-6630 (facsimile)
                                        rsp@rmlawcall.com