AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | | |
|---|---|---|
| Theresa Snowden | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:17-cv-00369 |
| Sanofi S.A., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Theresa Snowden

Date: 01/14/2021

*Attorney's signature*

R. Scott Pietrowski, MS Bar No. 99387
*Printed name and bar number*

Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530

*Address*

rsp@rmlawcall.com
*E-mail address*

(228) 374-5151
*Telephone number*

(228) 374-6630
*FAX number*