UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "N"(5) |
| | HON. JANE TRICHE MILAZZO |
| KANDI HOLLIS, Plaintiff(s), | |
| vs. | |
| ACCORD HEALTHCARE, INC., Defendant(s). | |
| Civil Case No.: 2:19-cv-12124 | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO FILE AMENDED COMPLAINT**

COMES NOW Plaintiff, Kandi Hollis, by and through the undersigned counsel, who, pursuant to the attached Memorandum in Support, respectfully requests leave to file the attached proposed Amended Short Form Complaint (Exhibit A).

Plaintiff's counsel has conferred with Liaison Counsel for the Accord Defendant and understands this Defendant does not oppose Plaintiff's request. The Accord Defendant is the only Defendant named in the attached proposed Amended Short Form Complaint.

WHEREFORE, Plaintiff prays that she be granted leave to file the attached proposed Amended Short Form Complaint.

This the 14th day of January, 2021.

        DAVIS & CRUMP, P.C.

        /s/ Trevor B. Rockstad
        Trevor B. Rockstad
        MS State Bar No.: 103614
        2601 14th Street
        Gulfport, MS 39501
        Phone: 228-863-6000
        Facsimile: 228-864-0907
        Email: Trevor.rockstad@daviscrump.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the attached document was served upon each attorney of records through the Court's Electronic Court Filing System.

Dated: January 14th, 2021.

                                                                       /s/ Trevor B. Rockstad
                                                                       Trevor B. Rockstad