UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Kimberly Ann Bryant, Case No. 2:17-cv-16592* | |

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINTS

NOW INTO COURT, through undersigned counsel, comes Plaintiff Kim Ann Bryant, who respectfully requests leave to file the attached proposed Amended Short Form Complaints (Exhibits A).

Pursuant to Local Rule 7.6, Plaintiffs' Counsel has conferred with Counsel for Defendants and there is no opposition to this motion.

WHEREFORE, Plaintiffs' pray that they be granted leave to file the attached proposed Amended Short Form Complaints.

Dated: January 14, 2021               Respectfully Submitted,

/s/ Melanie K. Schmickle
Melanie K. Schmickle MO#52176
Tara King MO#69171
SWMW Law, LLC
701 Market Street
St. Louis, MO 63101
Phone: (314) 480-5180
Fax: (314) 932-1566
Melanie@swmwlaw.com
Tara.King@swmwlaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Melanie K. Schmickle*
Melanie K. Schmickle
