UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| **THIS DOCUMENT RELATES TO:** *Kimberly Ann Bryant, Case No. 2:17-cv-16592* | |

## ORDER

Considering the foregoing Plaintiff's Unopposed Motion for Leave to File Amended Short Form Complaints,

IT IS ORDERED that the Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file the Amended Short Form Complaints in each Plaintiff's member case.

New Orleans, Louisiana, this ____ day of _____, 2021.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE