UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION, | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HONORABLE JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |
| *Melissa Spires v. Sandoz, Inc.,*<br>Civil Action No. 2:17-cv-14228 | **PLAINTIFF'S [UNOPPOSED] MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** |

COMES NOW Plaintiff, Melissa Spires, by and through counsel and pursuant to Federal Rule of Civil Procedure 15(a), and Pretrial Order 105 hereby moves for leave to file her First Amended Short Form Complaint, attached hereto as Exhibit "A".

Plaintiff contacted Defendants' counsel on October 14, 2020 and receiving no response, Plaintiff files this motion as unopposed based on the understanding and agreement that Defendants do not waive any defenses, including, but not limited to defenses based on jurisdiction, statute of limitations, or the applicability of FRCP 15(c) by agreeing not to contest this motion.

Dated this the 14th day of January, 2021.

RESPECTFULLY SUBMITTED,

Melissa Spires, Plaintiff

BY:   *R. Scott Pietrowski, Esquire*
      R. SCOTT PIETROWSKI, ESQUIRE
      MS Bar No. 99387
      Reeves & Mestayer, PLLC

## CERTIFICATE OF CONFERENCE

I certify that I attempted to obtain the consent of counsel for the Defendants to file this Motion for Leave to File Amended Complaint pursuant to Local Rule 7.6. Defendants have indicated no opposition to the motion, with full reservation of rights.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 14th day of January, 2021.

BY: *R. Scott Pietrowski*
R. Scott Pietrowski, Esquire
MS Bar No. 99387
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS   39530
(228) 374-5151 (telephone)
(228) 374-6630 (facsimile)
rsp@rmlawcall.com