**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| Melissa Spires v. Sandoz, Inc. | |

**AMENDED SHORT FORM COMPLAINT (Effective as of May 13, 2020)[1]**

Plaintiff(s) incorporate by reference the Second Amended Master Long Form Complaint and Jury Demand filed in the above referenced case on September 27, 2018 (Doc. 4407). Pursuant to Pretrial Order No. 15, this [Original/Amended] Short Form Complaint adopts allegations and encompasses claims as set forth in the Second Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1.   Plaintiff:

Melissa Spires

2.   Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

Not applicable.

3.   Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

Not applicable.

4.   Current State of Residence: Georgia

5.   State in which Plaintiff(s) allege(s) injury:  Georgia

6.   Defendants (check all Defendants against whom a Complaint is made):

a.   Taxotere Brand Name Defendants

---

[1] This version of the Short Form Complaint supersedes all prior versions of the form pursuant to Pretrial Order No. 73A. This Court-approved version of the Short Form Complaint is available on the Court's Taxotere webpage and through MDL Centrality.

EXHIBIT "A"

    ☐    A.    Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

    ☐    B.    Sanofi-Aventis U.S. LLC

b.    Other Brand Name Drug Sponsors, Manufacturers, Distributors

    ☒    A.    Sandoz Inc.

    ☐    B.    Accord Healthcare, Inc.

    ☐    C.    McKesson Corporation d/b/a McKesson Packaging

    ☐    D.    Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

    ☐    E.    Hospira, Inc.

    ☐    F.    Sun Pharma Global FZE

    ☐    G.    Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

    ☐    H.    Pfizer Inc.

    ☐    I.    Actavis LLC f/k/a Actavis Inc.

    ☐    J.    Actavis Pharma, Inc.

    ☐    K.    Sagent Pharmaceuticals, Inc.

    ☐    L.    Other:

7.    Basis for Jurisdiction:

    ☒    Diversity of Citizenship

    ☐    Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8.    Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

U. S. District Court for the Middle District of Georgia

9.     Brand Product(s) used by Plaintiff (check applicable):

☐     A.     Taxotere

☐     B.     Docefrez

☒     C.     Docetaxel Injection

☒     D.     Docetaxel Injection Concentrate

☐     E.     Unknown

☐     F.     Other:

10.    First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

11/4/2014 to 2/17/2015

11.    State in which Product(s) identified in question 9 was/were administered:

Georgia

12.     Nature and extent of alleged injury (including duration, approximate date of onset (if

        known), and description of alleged injury):

> Disfiguring permanent alopecia beginning sometime after treatment with Taxotere
> (docetaxel) and continuing to the present.
>
>   See Statement of Facts below for nature, extent, and description of injury.

13.     Counts in Master Complaint brought by Plaintiff(s):

☒       Count I – Strict Products Liability – Failure to Warn
☒       Count III – Negligence
☒       Count IV – Negligent Misrepresentation
☒       Count V – Fraudulent Misrepresentation
☒       Count VI – Fraudulent Concealment
☒       Count VII – Fraud and Deceit

☒       Other: Plaintiff(s) may assert the additional theories and/or State Causes of
        Action against Defendant(s) identified by selecting "Other" and setting forth
        such claims below.  If Plaintiff(s) include additional theories of recovery, for
        example,  applicable state law or state consumer protection claims, the specific
        facts and allegations supporting additional theories must be pleaded by Plaintiff
        in sufficient detail as required by the applicable Federal Rules of Civil
        Procedure.

> **<u>STATEMENT OF FACTS</u>**
>
> 1.  On or about November 2, 2014, Plaintiff underwent her first round of Docetaxel Injections
> with her treating Oncologist.
>
> 2.  Prior to receiving her first round of chemotherapy, Plaintiff was advised by her oncologist
> that she was going to lose her hair, but it would grow back.
>
> 3.  During the course of chemotherapy, Plaintiff suffered hair loss and thinning of the hair, over
> her entire head, along with bald-spotting and thinning of the hair, hair loss and thinning around
> temples, eyebrows, and body.
>
> 4.  Plaintiff's last chemotherapy treatment occurred on or about February 17, 2015.

5.  Plaintiff continued with treatment of Herceptin until November of 2015.   After finishing her last treatment with Herceptin, she continued to be told by her oncologist and oncologist's staff that her hair would come back, but that it sometimes takes some longer than others.

6.  On May 27, 2016 during a return appointment with her Oncologist, her Oncologist commented her hair was coming back on top, but that sometimes it takes longer in some patients than others and to be patient.

7.  Plaintiff continued to be told during her appointments in 2016 to be patient, that her hair would grow back, but that sometimes it takes longer in some patients than others.

8.  Plaintiff did not know about the possibility of permanent hair loss until sometime in 2016.

14.    Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

By:

*R. Scott Pietrowski*
R. Scott Pietrowski, Esq.
MS Bar 99387
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS  39530
(228) 374-5151 (telephone)
(228) 374-6630 (facsimile)
Email:  rsp@rmlawcall.com