UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION, | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HONORABLE JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Melissa Spires v. Sandoz, Inc.* Civil Action No. 2:17-cv-14228 | **PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** |

**COMES NOW** Plaintiff, Melissa Spires, by and through counsel and pursuant to Pretrial Order 105, Federal Rule of Civil Procedure 15(a), and LR 7.4, and hereby files this, her Memorandum in Support of Motion for leave to file her First Amended Short Form Complaint.

## BACKGROUND

Considering that many Plaintiffs have begun amending, or intend to amend, their individual Short Form Complaints in response to this Court's rulings on recent motions seeking to amend pleadings as they relate to statute of limitations, this Court entered Pretrial Order 105 [Doc. No. 10338] to address such amendments regarding all Plaintiffs in MDL No. 2470 who intend to amend their Short Form Complaints. The Plaintiff herein, Melissa Spires, is one of those Plaintiffs.

## LEGAL STANDARD

Not unmindful of the plethora of case law regarding amending pleadings under Rule 15, such an analysis and discussion is unncesary in the present Motion. To be sure, this Honorable Court has already addressed and anaylzed all relevant standards

1

and provided the parties to this litigation specific guidance and instructions to follow concerning Plaintiffs in MDL No. 2470 who intend to amend their Short Form Complaints. Specifically, this Court has already ruled that "Plaintiffs may amend their complaints to add factual allegations regarding particularized facts individual and specific to each Plaintiff's medical care and treatment and/or that Plaintiff's communications with medical professionals." Pretrial Order No. 105, Paragraph 2 [Doc. No. 10338].

## ANALYSIS

Here, Melissa Spires seeks to amend her Short Form Complaint's Statement of Facts to include the following particularized allegations:

1. On or about November 2, 2014, Plaintiff underwent her first round of Docetaxel Injections with her treating Oncologist.

2. Prior to receiving her first round of chemotherapy, Plaintiff was advised by her oncologist that she was going to lose her hair, but it would grow back.

3. During the course of chemotherapy, Plaintiff suffered hair loss and thinning of the hair, over her entire head, along with bald-spotting and thinning of the hair, hair loss and thinning around temples, eyebrows, and body.

4. Plaintiff's last chemotherapy treatment occurred on or about February 17, 2015.

5. Plaintiff continued with treatment of Herceptin until November of 2015. After finishing her last treatment with Herceptin, she continued to be told by her oncologist and oncologist's staff that her hair would come back, but that it sometimes takes some longer than others.

6. On May 27, 2016 during a return appointment with her Oncologist, her Oncologist commented her hair was coming back on top, but that sometimes it takes longer in some patients than others and to be patient.

7. Plaintiff continued to be told during her appointments in 2016 to be patient, that her hair would grow back, but that sometimes it takes longer in some patients than others.

8. Plaintiff did not know about the possibility of permanent hair loss until sometime in 2016.

## CONCLUSION

Plaintiff herein, Melissa Spires, confidently presumes that she has complied with this Court's stated requirements contained within Pretrial Order 105 concerning her request to amend her Short Form Complaint. Thus, for all the reasons stated herein as well as her Motion, she respectfully requests that this Court grant her Motion to Amend her Short Form Complaint.

Dated: January 14, 2021.

    RESPECTFULLY SUBMITTED,

    Melissa Spires, Plaintiff

    BY: */s/ R. Scott Pietrowski, Esquire*
          R. SCOTT PIETROWSKI, ESQUIRE
          MS Bar No. 99387
          Reeves & Mestayer, PLLC

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 14th day of January, 2021.

BY:    */s/ R. Scott Pietrowski*
        R. Scott Pietrowski, Esquire
        MS Bar No. 99387
        Reeves & Mestayer, PLLC
        160 Main Street
        Biloxi, MS   39530
        (228) 374-5151 (telephone)
        (228) 374-6630 (facsimile)
        rsp@rmlawcall.com