UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION, | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HONORABLE JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Robin Swarthout v. Hospira Worldwide, et al.*, Civil Action No. 2:17-cv-15325 | **PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** |

**COMES NOW** Plaintiff, Robin Swarthout, by and through counsel and pursuant to Pretrial Order 105, Federal Rule of Civil Procedure 15(a), and LR 7.4, and hereby files this, her Memorandum in Support of Motion for leave to file her First Amended Short Form Complaint.

## BACKGROUND

Considering that many Plaintiffs have begun amending, or intend to amend, their individual Short Form Complaints in response to this Court's rulings on recent motions seeking to amend pleadings as they relate to statute of limitations, this Court entered Pretrial Order 105 [Doc. No. 10338] to address such amendments regarding all Plaintiffs in MDL No. 2470 who intend to amend their Short Form Complaints. The Plaintiff herein, Robin Swarthout, is one of those Plaintiffs.

## LEGAL STANDARD

Not unmindful of the plethora of case law regarding amending pleadings under Rule 15, such an analysis and discussion is unncesary in the present Motion. To be sure, this Honorable Court has already addressed and anaylzed all relevant standards

1

and provided the parties to this litigation specific guidance and instructions to follow concerning Plaintiffs in MDL No. 2470 who intend to amend their Short Form Complaints. Specifically, this Court has already ruled that "Plaintiffs may amend their complaints to add factual allegations regarding particularized facts individual and specific to each Plaintiff's medical care and treatment and/or that Plaintiff's communications with medical professionals." Pretrial Order No. 105, Paragraph 2 [Doc. No. 10338].

## **ANALYSIS**

Here, Plaintiff, Robin Swarthout, seeks to amend her Short Form Complaint's Statement of Facts to include the following particularized allegations:

1. On or about December 8, 2011, Plaintiff underwent her first round of Docetaxel Injections with her treating oncologist.

2. Plaintiff was advised by her treating physician that she was going to lose her hair, but it would grow back.

3. During the course of chemotherapy, Plaintiff suffered hair loss and thinning of the hair, over her entire head, along with bald spotting and thining of the hair, hair loss and thinning around the temples, eyebrows, body, and genital areas.

4. Plaintiff's last chemotherapy treatment occurred on or about March 22, 2012.

5. Plaintiff returned for follow up appointments following chemotherapy.

6. Plaintiff returned to Dr. Allison Wall on February 28, 2013, January 23, 2015, June 4, 2015, and November 23, 2015. On each of these occasions, Plaintiff was told by her doctor that he hair would grow back.

## CONCLUSION

Plaintiff herein, Robin Swarthout, confidently presumes that she has complied with this Court's stated requirements contained within Pretrial Order 105 concerning her request to amend her Short Form Complaint. Thus, for all the reasons stated herein as well as her Motion, she respectfully requests that this Court grant her Motion to Amend her Short Form Complaint.

Dated: January 14, 2021.

                                             RESPECTFULLY SUBMITTED,

                                             Robin Swarthout, Plaintiff

                                             BY:   <u>/s/ R. Scott Pietrowski, Esquire</u>
                                                                      R. SCOTT PIETROWSKI, ESQUIRE
                                                                      MS Bar No. 99387
                                                                      Reeves & Mestayer, PLLC

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 14th day of January, 2021.

                    BY:   */s/ R. Scott Pietrowski*
                               R. Scott Pietrowski, Esquire
                               MS Bar No. 99387
                               Reeves & Mestayer, PLLC
                               160 Main Street
                               Biloxi, MS   39530
                               (228) 374-5151 (telephone)
                               (228) 374-6630 (facsimile)
                               rsp@rmlawcall.com