UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION, | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HONORABLE JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Robin Swarthout v. Hospira Worldwide, et. al.*, Civil Action No. 2:17-cv-15325 | **NOTICE OF SUBMISSION** |

TO:   ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that Plaintiff's [Opposed] Motion for Leave to File Amended Short form Complaint will come before the Court for Submission on the 24th day of February, 2021 at 9:00 a.m.

DATED: January 14, 2021.

RESPECTFULLY SUBMITTED,

Robin Swarthout, Plaintiff

BY:   *R. Scott Pietrowski, Esquire*
R. SCOTT PIETROWSKI, ESQUIRE
MS Bar No. 99387
Reeves & Mestayer, PLLC

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 14th day of January, 2021.

                                            BY:   *R. Scott Pietrowski*
                                                           R. Scott Pietrowski, Esquire
                                                           MS Bar No. 99387
                                                           Reeves & Mestayer, PLLC
                                                           160 Main Street
                                                           Biloxi, MS   39530
                                                           (228) 374-5151 (telephone)
                                                           (228) 374-6630 (facsimile)
                                                           rsp@rmlawcall.com