UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION,

MDL NO. 2740

SECTION "H" (5)

THIS DOCUMENT RELATES TO:

HONORABLE JANE TRICHE MILAZZO
MAG. JUDGE MICHAEL NORTH

*Rebecca Zimmermann v. Sanofi US
Services, Inc., et al.,*
*Civil Action No. 2:17-cv-14541*

**PLAINTIFF'S [OPPOSED] MOTION
FOR LEAVE TO FILE AN AMENDED
COMPLAINT**

COMES NOW Plaintiff, Rebecca Zimmermann, by and through counsel and

pursuant to Federal Rule of Civil Procedure 15(a), and Pretrial Order 105 hereby moves

for leave to file her Amended Short Form Complaint, attached hereto as Exhibit "A".

Plaintiff's counsel has conferred with counsel for Defendants and understands

Defendants oppose Plaintiff's request.

WHEREFORE, Plaintiff prays that she be granted leave to file the attached

proposed Amended Short Form Complaint.

DATED:  January 14, 2021.

RESPECTFULLY SUBMITTED,

Rebecca Zimmermann, Plaintiff

BY:    *R. Scott Pietrowski, Esquire*
          R. SCOTT PIETROWSKI, ESQUIRE
          MS Bar No. 99387
          Reeves & Mestayer, PLLC

## CERTIFICATE OF CONFERENCE

I certify that I attempted to obtain the consent of counsel for the Defendants to file this Motion for Leave to File Amended Complaint pursuant to Local Rule 7.6. Defendants have indicated no opposition to the motion, with full reservation of rights.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed  using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 14th day of January, 2021.

BY:   *R. Scott Pietrowski*
      R. Scott Pietrowski, Esquire
      MS Bar No. 99387
      Reeves & Mestayer, PLLC
      160 Main Street
      Biloxi, MS   39530
      (228) 374-5151 (telephone)
      (228) 374-6630 (facsimile)
      rsp@rmlawcall.com