UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION, | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HONORABLE JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Rebecca Zimmermann v. Sanofi US Services, Inc., et al.,* Civil Action No. 2:17-cv-14541 | **PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** |

**COMES NOW** Plaintiff, Rebecca Zimmermann, by and through counsel and pursuant to Pretrial Order 105, Federal Rule of Civil Procedure 15(a), and LR 7.4, and hereby files this, her Memorandum in Support of Motion for leave to file her Amended Short Form Complaint.

## BACKGROUND

Considering that many Plaintiffs have begun amending, or intend to amend, their individual Short Form Complaints in response to this Court's rulings on recent motions seeking to amend pleadings as they relate to statute of limitations, this Court entered Pretrial Order 105 [Doc. No. 10338] to address such amendments regarding all Plaintiffs in MDL No. 2470 who intend to amend their Short Form Complaints. The Plaintiff herein, Rebecca Zimmermann, is one of those Plaintiffs.

## LEGAL STANDARD

Not unmindful of the plethora of case law regarding amending pleadings under Rule 15, such an analysis and discussion is unncesary in the present Motion. To be sure, this Honorable Court has already addressed and anaylzed all relevant standards

1

and provided the parties to this litigation specific guidance and instructions to follow concerning Plaintiffs in MDL No. 2470 who intend to amend their Short Form Complaints. Specifically, this Court has already ruled that "Plaintiffs may amend their complaints to add factual allegations regarding particularized facts individual and specific to each Plaintiff's medical care and treatment and/or that Plaintiff's communications with medical professionals." Pretrial Order No. 105, Paragraph 2 [Doc. No. 10338].

## ANALYSIS

Here, Rebecca Zimmermann seeks to amend her Short Form Complaint's Statement of Facts to include the following particularized allegations:

1. On or about April 1, 2009, Plaintiff underwent her first round of Taxotere (Docetaxel) with her treating oncologist.

2. During her initial appointment, her oncologist advised her that she was doing to lose her hair, but it would grow back.

3. During the course of chemotherapy, Plaintiff suffered hair loss and thinning of her hair over her entire head, along with bald spotting and thinning of the hair, hair loss and thinning around the temples, eyebrows, and body.

4. Plaintiff's last chemotherapy treatment was on or about June 22, 2009.

5. Following chemotherapy infusion, Plaintiff returned to her oncologist for regularly scheduled appointments.

6. On each return visit, Plaintiff was told by office staff, nurses, or her treating physician that her hair would grow back.

7. On Plaintiff's return visits of October 14, 2013, November 12, 2014, and on April 29, 2017, Plaintiff was still being told her hair should grow back.

## LIABLITY UNDER ILLINOIS CONSUMER FRAUD AND DECEPTIVE PRACTICES ACT:  815ILCS505/1 et seq.

1. Plaintiff repeats, reiterates, and re-alleges all paragraphs of this Complaint inclusive, with the same force and effect as if fully set forth herein.

2. Under the Illinois Consumer Fraud and Deceptive Practices Act: 815ILCS505/1 et seq., Plaintiff shows that the serious risk of developing disfiguring permanent alopecia and other injuries are the direct and proximate result of breaches of obligations owed by Defendants to Plaintiff.

## CONCLUSION

Plaintiff herein, Rebecca Zimmermann, confidently presumes that she has complied with this Court's stated requirements contained within Pretrial Order 105 concerning her request to amend her Short Form Complaint.  Thus, for all the reasons stated herein as well as her Motion, she respectfully requests that this Court grant her Motion to Amend her Short Form Complaint.

Dated:  January 14, 2021.

    RESPECTFULLY SUBMITTED,

    REBECCA ZIMMERMANN, Plaintiff

    BY:   */s/ R. Scott Pietrowski, Esquire*
           R. SCOTT PIETROWSKI, ESQUIRE
           MS Bar No. 99387
           Reeves & Mestayer, PLLC

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 14th day of January, 2021.

                      BY:   */s/ R. Scott Pietrowski*
                                R. Scott Pietrowski, Esquire
                                MS Bar No. 99387
                                Reeves & Mestayer, PLLC
                                160 Main Street
                                Biloxi, MS   39530
                                (228) 374-5151 (telephone)
                                (228) 374-6630 (facsimile)
                                rsp@rmlawcall.com