UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * | CASE 2:16-md-02740-KDE-MBN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW AS COUNSEL

**NOW INTO COURT,** comes E. Paige Sensenbrenner, counsel of record in the above-captioned matter, who respectfully requests and moves that his name be stricken as counsel of record for Sandoz, Inc.

**WHEREFORE,** E. Paige Sensenbrenner moves that his name be withdrawn as counsel of record for Sandoz, Inc.

Respectfully submitted,

**ADAMS AND REESE LLP**

*/s/ E. Paige Sensenbrenner*
E. Paige Sensenbrenner (#18429)
Hancock Whitney Center – Suite 4500
701 Poydras Street
New Orleans, Louisiana 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
E-Mail: paige.sensenbrenner@arlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via the Court's Electronic Notice System, on this 14th day of January, 2021.

*/s/ E. Paige Sensenbrenner*
E. Paige Sensenbrenner