UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | * | CASE 2:16-md-02740-KDE-MBN |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Considering the Motion to Withdraw as Counsel;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that E. Paige Sensenbrenner shall be withdrawn as counsel for Defendant, Sandoz, Inc. and that his name be stricken as counsel of record.

_____
JUDGE