**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE : TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2740 |
| | SECTION "H"(5) |
| This document relates to: ELLEN LOUQUE and DALE LOUQUE 2:16-cv-17332 | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE
AMENDED SHORT FORM COMPLAINT**

Plaintiff, through undersigned counsel and pursuant to Federal Rule of Civil Procedure 15(a) and PTO 37A, hereby respectfully moves for leave to file an Amended Short Form Complaint ("SFC"), attached hereto as Exhibit A.

Pursuant to Local Rule 7.6, on December 29, 2020 Plaintiff's counsel defense counsel with a copy of the proposed Amended Short Form Complaint. Over fourteen days have passed since that time and counsel for defendants have not opposed nor consented to the Motion.

Plaintiff requests that the Court grant her leave to amend her SFC to allege particularized facts that conform to her claims and allegations. No party is prejudiced by this amendment to Plaintiff's Short Form Complaint, and this case is still at an early stage in the litigation and no other motions are pending.

Respectfully submitted on January 14, 2021.

MORROW, MORROW, RYAN, BASSETT & HAIK

By: /s/ *Jeffrey M. Bassett*
Jeffrey M. Bassett (#2840)
Taylor J. Bassett (#33720)
Kathleen E. Ryan (#36335)
Post Office Drawer 1787
Opelousas, LA 70571-1787
337-948-4483 / 337-942-5234 (fax)
*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2021. I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: Jan. 14, 2021  /s/ *Jeffrey M. Bassett* .