# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| ELLEN LOUQUE AND DALE LOUQUE     Plaintiffs | |
| Vs. | |
| HOSPIRA WORLDWIDE, INC. And HOSPIRA, INC. | |
| 2:16-CV-17332 | |

## SHORT FORM COMPLAINT (Effective as of May 13, 2020)[1]

Plaintiff(s) incorporate by reference the Second Amended Master Long Form Complaint and Jury Demand filed in the above referenced case on September 27, 2018 (Doc. 4407). Pursuant to Pretrial Order No. 15, this [Original/Amended] Short Form Complaint adopts allegations and encompasses claims as set forth in the Second Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1. Plaintiff:

    Ellen Louque

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

    Dale Louque

3. Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

---

[1] This version of the Short Form Complaint supersedes all prior versions of the form pursuant to Pretrial Order No. 73A. This Court-approved version of the Short Form Complaint is available on the Court's Taxotere webpage and through MDL Centrality.

1

N/A

4. Current State of Residence: __Louisiana__

5. State in which Plaintiff(s) allege(s) injury: __Louisiana__

6. Defendants (check all Defendants against whom a Complaint is made):

    a. Taxotere Brand Name Defendants

        ☐ A. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

        ☐ B. Sanofi-Aventis U.S. LLC

    b. Other Brand Name Drug Sponsors, Manufacturers, Distributors

        ☐ A. Sandoz Inc.

        ☐ B. Accord Healthcare, Inc.

        ☐ C. McKesson Corporation d/b/a McKesson Packaging

        X D. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

        X E. Hospira, Inc.

        ☐ F. Sun Pharma Global FZE

        ☐ G. Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

        ☐ H. Pfizer Inc.

        ☐ I. Actavis LLC f/k/a Actavis Inc.

        ☐ J. Actavis Pharma, Inc.

        ☐ K. Sagent Pharmaceuticals, Inc.

        ☐ L. Other:

7. Basis for Jurisdiction:

    X Diversity of Citizenship
    ☐ Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8. Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

Eastern District of Louisiana

9. Brand Product(s) used by Plaintiff (check applicable):

☐ A. Taxotere

☐ B. Docefrez

X C. Docetaxel Injection

X D. Docetaxel Injection Concentrate

☐ E. Unknown

☐ F. Other:

Medical records for the Plaintiff confirm that she received Docetaxel, but Plaintiff is unaware whether it was Docetaxel Injection or Docetaxel Injection Concentrate. Plaintiffs have been advised by the pharmacist that whatever Docetaxel she received was provided to the infusion clinic by Hospira, Inc.

10. First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

August 5, 2014 – November 18, 2014

11. State in which Product(s) identified in question 9 was/were administered:

Louisiana

3

12. Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> Plaintiff experienced alopecia/hair loss following Docetaxel infusions, her last infusion being on November 18, 2014. She met with her Oncologist, Dr. Miletello, on January 20, 2016 to discuss her concerns that her hair was not growing back as expected. Dr. Miletello referred her to Dr. Dr. Donna Nunnally, a dermatologist, to see if her hair loss could be restored. The January 20, 2016 visit to Dr. Miletello is memorialized in a progress note from Dr. Miletello found in the medical records of Dr. Nunnally wherein Dr. Miletello wrote: "Refer to Dr. Nunnally for hair loss".
>
> Plaintiff first saw Dr. Donna Nunnally on February 1, 2016 to discuss her hair loss. Dr. Nunnally's notes confirm that during that visit she discussed with plaintiff her hair loss history, that plaintiff informed her that her hair from waist down had come back, discussed with her the advantages of wearing a silk scarf versus a wig and discussed with plaintiff a drug known as Spironolactone to stimulate hair growth. Plaintiff met with Dr. Nunnally again after doing lab work on February 15, 2016 and offered her a prescription for Spironolactone. Plaintiff declined to take Spironolactone due to the potential side serious effects explained to her.

13. Counts in Master Complaint brought by Plaintiff(s):

    X    Count I – Strict Products Liability – Failure to Warn
    X    Count III – Negligence
    X    Count IV – Negligent Misrepresentation
    X    Count V – Fraudulent Misrepresentation
    X    Count VI – Fraudulent Concealment
    X    Count VII – Fraud and Deceit

    X    Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) include additional theories of recovery, for example, applicable state law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

4

> Plaintiff seeks recovery under Louisiana law for redhibition and violations of Louisiana Consumer Products Safety Law.
>
> Should any defense based on the Statute of Limitations be asserted, Plaintiffs assert the Discovery Rule, which extends the Statute of Limitations in cases where causes of action did not become known until later.

14. Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

        By: Morrow, Morrow, Ryan, Bassett & Haik

          _____
          Jeffrey M. Bassett, Bar Roll 2840
          Post Office Drawer 1787
          Opelousas, LA 70571-1787
          Phone: 337-948-4483
          Fax: 337-942-5234
          Email: jeffb@mmrblaw.com;
          cml@mmrblaw.com