**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE : TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2740 |
| | SECTION "H"(5) |
| This document relates to: ELLEN LOUQUE and DALE LOUQUE 2:16-cv-17332 | |

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to File an Amended Short Form Complaint is hereby set for submission before the Court on February 24, 2021 at 9:30 a.m.

Respectfully submitted on January 14, 2021.

        MORROW, MORROW, RYAN, BASSETT & HAIK

    By:  /s/ *Jeffrey M. Bassett*
        Jeffrey M. Bassett (#2840)
        Taylor J. Bassett (#33720)
        Kathleen E. Ryan (#36335)
        Post Office Drawer 1787
        Opelousas, LA  70571-1787
        337-948-4483 / 337-942-5234 (fax)
        ***Attorneys for Plaintiff***

CERTIFICATE OF SERVICE

      I hereby certify that on January 14, 2021.  I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

    Dated:  Jan. 14, 2021                */s/ Jeffrey M. Bassett*             .