# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE MILAZZO |
| Faith Ann Spinella, | : : : | MAG. JUDGE NORTH |
| Plaintiff, | : : | |
| v. | : : | Civil Action No.: 2:17-cv-00172 |
| SANOFI-AVENTIS U.S. LLC, ET AL., | : : : | |
| Defendants. | : : | |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

Upon Plaintiff's Unopposed Motion for Leave to File an Amended Short Form Complaint and for good cause shown, it is hereby Ordered that the Plaintiff's Amended Short Form Complaint attached as Exhibit A to Plaintiff's Motion be entered into the docket by the Clerk of Court.

SO ORDERED this _____ day of _____, 2020.

_____
Hon. Jane Triche Milazzo
UNITED STATES DISTRICT COURT JUDGE