UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCT LIABILITY LITIGATION | MDL NO: 2740 |
| MARGARET LORRAINE DOUIDY<br><br>Plaintiff,<br><br>v. | SECTION: "H" (5)<br><br>JUDGE JANE TRICHE MILAZZO<br>MAG. JUDGE NORTH<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO PTO 105** |
| HOSPIRA, INC., HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC. and ACCORD HEALTHCARE, INC.<br><br>Defendant. | Civil Case No: 2:19-cv-10776 |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE
AMENDED COMPLAINT PURSUANT TO PTO 105**

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiff respectfully moves the Court for leave to file the attached Amended Complaint to Amend her Factual Allegations pursuant to PTO 105. Plaintiff has adhered to the Court's meet and confer procedure and Defendant Accord Healthcare, Inc. has no objections to the amended facts contained herein. Defendants Hospira, Inc. and Hospira Worldwide LLC f/k/a Hospira Worldwide, Inc. have not responded to Plaintiff's attempt to amend the language following Hospira's initial objections.

Rule 15 provides that "a party may amend its pleading [with] the court's leave" and that "[t]he court should freely give leave when justice so requires." Fed.R.Civ.P. 15(a)(2). Plaintiff moves to file the attached Amended Complaint within the time permitted by the Court in the PTO No. 105 [Doc. No. 10338] and Stipulation Regarding PTO No. 105 [Doc. No. 11347].

**AMENDMENTS TO COMPLAINT**

1.  PTO FACTUAL ALLEGATIONS

| First PTO 105 Attempt | Second PTO 105 Attempt |
|---|---|
| Permanent, irreversible and disfiguring alopecia and hair thinning beginning after chemotherapy treatment with Taxotere (Docetaxel) in 2011 and continuing to present. Plaintiff believed that her hair loss would be temporary and was uncertain as to when her hair would begin to grow back after chemotherapy. Following her chemotherapy treatment, Plaintiff visited with her oncologist, Dr. Nikita Shah, MD, about her hair loss and was told to give it time and her hair would likely grow back, but that sometimes hair does not grow back and that it is usually for some other reason. Plaintiff saw an advertisement about Taxotere and hair loss in October of 2017. | Permanent, irreversible and disfiguring alopecia and hair thinning beginning after treatment with Taxotere (Docetaxel) in 2012 and continuing to present. Following her chemotherapy treatment in late 2012 or early 2013, Plaintiff visited with her oncologist, Dr. Nikita Shah, MD, about her hair loss. Dr. Shah told her to give it time and that her hair would likely grow back. During that same visit, Dr. Shah also told her that sometimes hair does not grow back and that it is usually for some other reason. Plaintiff saw an advertisement about Taxotere and hair loss in early October of 2017. |

For the reasons stated herein, Plaintiff respectfully requests that the Court grant Plaintiff leave to file the attached Amended Complaint.

Dated this 14th day of January 2021

Respectfully submitted,

RAY HODGE & ASSOCIATES, L.L.C.

 s/ Ryan E. Hodge
Ryan E. Hodge, #16180
8558 W. 21st St. N., Suite 300
Wichita, KS 67205
(316) 269-1414
(316) 263-6019 (fax)
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, the foregoing PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO PTO 105 was filed electronically with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: January 14, 2021                               s/ Ryan E. Hodge
                                                      Ryan Hodge

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCT LIABILITY LITIGATION | MDL NO: 2740 |
| MARGARET LORRAINE DOUIDY | SECTION: "H" (5) |
| Plaintiff, | JUDGE JANE TRICHE MILAZZO MAG. JUDGE NORTH |
| v. | **PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO PTO 105** |
| HOSPIRA, INC., HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC. and ACCORD HEALTHCARE, INC. | Civil Case No: 2:19-cv-10776 |
| Defendant. | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO PTO 105

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiff's Motion for Leave to File Amended Complaint Pursuant to PTO 105 in the above captioned matter.

SO ORDERED this _____day of _____, 2021.

_____
JUDGE, UNITED STATES DISTRICT COURT