**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCT LIABILITY LITIGATION | MDL NO: 2740 |
| | |
| MARGARET LORRAINE DOUIDY | SECTION: "H" (5) |
| | |
| Plaintiff, | JUDGE JANE TRICHE MILAZZO MAG. JUDGE NORTH |
| | |
| v. | **PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO PTO 105** |
| | |
| HOSPIRA, INC., HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC. and ACCORD HEALTHCARE, INC. | Civil Case No: 2:19-cv-10776 |
| | |
| Defendant. | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE**
**AMENDED COMPLAINT PURSUANT TO PTO 105**

THE COURT being fully advised on the matter and having reviewed the file and

pleadings in this matter, hereby GRANTS Plaintiff's Motion for Leave to File Amended

Complaint Pursuant to PTO 105 in the above captioned matter.


SO ORDERED this _____day of _____, 2021.


_____
JUDGE, UNITED STATES DISTRICT COURT