**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCT LIABILITY LITIGATION | MDL NO: 2740 |
| GLORIA ADDAIR | SECTION: "H" (5) |
| Plaintiff, | JUDGE JANE TRICHE MILAZZO |
| v. | MAG. JUDGE NORTH |
| | **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO PTO 105** |
| HOSPIRA, INC., and HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC. | Civil Case No: 2:19-cv-12557 |
| Defendants. | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO FILE AMENDED COMPLAINT PURSUANT TO PTO 105**

THE COURT being fully advised on the matter and having reviewed the file and

pleadings in this matter, hereby GRANTS Plaintiff's Motion for Leave to File Amended

Complaint Pursuant to PTO 105 in the above captioned matter.


SO ORDERED this _____day of _____, 2021.


_____
JUDGE, UNITED STATES DISTRICT COURT