UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| *Mary Salinas*<br>*v.*<br>*Sanofi US Services Inc., et al.*, EDLA No. 2:17-cv-11893 | |

**FIRST AMENDED SHORT FORM COMPLAINT (Effective as of May 13, 2020)[1]**

      Plaintiff incorporates by reference the Second Amended Master Long Form Complaint and Jury Demand filed in the above referenced case on September 27, 2018 (Doc. 4407). Pursuant to Pretrial Order No. 15, this First Amended Short Form Complaint adopts allegations and encompasses claims as set forth in the Second Amended Master Long Form Complaint against Defendant(s).

      Plaintiff further allege as follows:

1. Plaintiff:

    Mary Salinas

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

    Not applicable

3. Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    Not applicable

4. Current State of Residence:  California

5. State in which Plaintiff(s) allege(s) injury:  California

---

[1] This version of the Short Form Complaint supersedes all prior versions of the form pursuant to Pretrial Order No. 73A. This Court-approved version of the Short Form Complaint is available on the Court's Taxotere webpage and through MDL Centrality.

1

6. Defendants (check all Defendants against whom a Complaint is made):

    a. Taxotere Brand Name Defendants

       ☒ A. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

       ☒ B. Sanofi-Aventis U.S. LLC

    b. Other Brand Name Drug Sponsors, Manufacturers, Distributors

       ☐ A. Sandoz Inc.

       ☐ B. Accord Healthcare, Inc.

       ☐ C. McKesson Corporation d/b/a McKesson Packaging

       ☒ D. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

       ☒ E. Hospira, Inc.

       ☐ F. Sun Pharma Global FZE

       ☐ G. Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

       ☒ H. Pfizer Inc.

       ☒ I. Actavis LLC f/k/a Actavis Inc.

       ☒ J. Actavis Pharma, Inc.

       ☒ K. Sagent Pharmaceuticals, Inc.

       ☐ L. Other:

7. Basis for Jurisdiction:

    ☒ Diversity of Citizenship

    ☐ Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

2

8. Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

California Eastern District Court

9. Brand Product(s) used by Plaintiff (check applicable):

☒ A. Taxotere

☐ B. Docefrez

☒ C. Docetaxel Injection

☐ D. Docetaxel Injection Concentrate

☐ E. Unknown

☐ F. Other:

10. First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

August 26, 2013-December 9, 2013

11. State in which Product(s) identified in question 9 was/were administered:

California

3

12. Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> Approximately June, 2014 to present. Permanent/Persistent loss and thinning of hair on the scalp since treatment with Taxotere/Docetaxel.  Also, permanent/persistent loss and thinning of eyebrows.  Please also see last page for additional information.

13. Counts in Master Complaint brought by Plaintiff(s):

    ☒ Count I – Strict Products Liability – Failure to Warn
    ☒ Count III – Negligence
    ☒ Count IV – Negligent Misrepresentation
    ☒ Count V – Fraudulent Misrepresentation
    ☒ Count VI – Fraudulent Concealment
    ☒ Count VII – Fraud and Deceit

    ☐ Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below.  If Plaintiff(s) include additional theories of recovery, for example, applicable state law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

4

14. Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

> /s/ Justin E. Dunlap
> Attorney for the Plaintiff
> TX Bar 24040835
> Hotze Runkle PLLC
> 1101 S. Capital of Texas Hwy
> Bldg. C, Suite 100
> West Lake Hills, Texas 78746
> justin@hotzerunkle.com
> (512) 476-7771 tel
> (512) 476-7781 fax

Continuation of Question 12:

1. Plaintiff received chemotherapy treatment with Taxotere/Docetaxel beginning August 26, 2013 at Sierra View District Hospital in Porterville, California.

2. In August 2013, prior to undergoing chemotherapy treatment, Plaintiff discussed the potential chemotherapy side effects with her prescribing oncologist, Dr. George Hajjar. Dr. Hajjar stated that "you'll be losing some of your hair, but don't worry about it, it will come back."

3. Plaintiff completed her chemotherapy treatment with Taxotere/Docetaxel on December 9, 2013.

4. Following chemotherapy, Plaintiff observed that her hair partially re-grew, although the regrowth was thin, flat, and parts of the scalp had little regrowth, in particular Plaintiff's hairline on the front of her scalp. Plaintiff's eyebrows and eyelashes also never regrew following chemotherapy.

5. In 2014, Plaintiff asked Dr. Hajjar during several medical appointments how long it would take for her hair to re-grow. Dr. Hajjar stated that "you'll be fine, you hair will come back, you'll be getting it back eventually."

6. In May 2017 Plaintiff saw attorney television advertisements concerning Taxotere/Docetaxel and permanent hair loss.

7. In April, 2018 Plaintiff consulted with her oncologist Dr. Kalpathy Venkatesan of Sierra View District Hospital and was diagnosed with "hair loss alopecia."