**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | HON. JANE T. MILAZZO |
| THIS DOCUMENT RELATES TO:<br><br>MARY SALINAS v. SANOFI US SERVICES INC., ET AL., EDLA No. 2:17-cv-11893 | Civil Action No.: 2:17-CV-11893 |

**ORDER**

Before the Court is Plaintiff's Unopposed Motion for Leave to File Amended Short Form Complaint, filed on January 15, 2021. The Court understands that Defendants Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.; Sanofi-Aventis U.S. LLC; Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.; Hospira, Inc.; Pfizer Inc.; Actavis LLC f/k/a Actavis Inc.; Actavis Pharma, Inc.; and Sagent Pharmaceuticals, Inc. do not oppose Plaintiff's Motion.

The Motion is GRANTED. Plaintiff may amend her Short Form Complaint consistent with this Order.

New Orleans, Louisiana this __th day of _____, 2021.

                                                                       **JANE TRICHE MILAZZO**
                                                                        **UNITED STATES DISTRICT JUDGE**