UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | HON. JANE T. MILAZZO |
| THIS DOCUMENT RELATES TO:<br><br>TERRI MALONE v. SANOFI US SERVICES INC., ET AL., EDLA No. 2:17-cv-04706 | Civil Action No.: 2:17-CV-04706 |

**PLAINTIFF'S NOTICE TO WITHDRAW MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

Comes now the Plaintiff, by and through counsel, and gives notice of her intent to withdraw Plaintiff's Motion for Leave to File Amended Short Form Complaint filed on January 14, 2021. Plaintiff's counsel now withdraws the Motion as of today's date.

Respectfully submitted,

By:  s/Justin E. Dunlap
Justin E. Dunlap
Hotze Runkle, PLLC
1101 S. Capital of Texas Hwy
Bldg. C, Suite 100
West Lake Hills, Texas 78746
Telephone: (512) 476-7771
Facsimile: (512) 476-7781
Email: justin@hotzerunkle.com

*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on January 15, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                  By: <u>s/Justin E. Dunlap</u>
                                                      Justin E. Dunlap