UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION ) ) ) THIS DOCUMENT RELATES TO:  ) ) Damita Grant, *Case No. 2:19-cv-11393*  ) Erica McQueen, *Case No. 2:19-cv-11469*  ) Bertha McNair, *Case No. 2:19-cv-14694*  ) Brenda Suttles, *Case No. 2:19-cv-14696*  ) Susie Harris, *Case No. 2:19-cv-14700*  ) Felicia Baldwin, *Case No. 2:20-cv-00848*  ) Tamika Flournoy, *Case No. 2:20-cv-01659*  ) | MDL NO. 2740 SECTION "H" (5) HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |

## PLAINTIFFS' MOTION TO WITHDRAW OPPOSED MOTIONS FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINTS WITHOUT PREJUDICE

Pursuant to the Second Stipulation to PTO 105 entered into by Plaintiffs' Co-Liaison Counsel and Defendants' Liaison Counsel [Doc. 11910], Plaintiffs Damita Grant, Erica McQueen, Bertha McNair, Brenda Suttles, Susie Harris, Felicia Baldwin and Tamika Flournoy respectfully move the Court for leave to withdraw Plaintiffs' Opposed Motions for Leave to File Amended Short Form Complaints without prejudice [Docs. 11793, 11794, 11856, 11857, 11858, 11862 and 11863].

Dated: January 15, 2021                Respectfully submitted,

By: */s/ Thomas Smith*
Thomas Smith, TN Bar #35331
Law Offices of Tony Seaton & Associates, PLLC
118 E. Watauga Ave
Johnson City, TN 37601
Telephone: (423) 282-1041
Facsimile: (423) 282-0967
tom@tonyseaton.com

*Counsel for Plaintiffs*

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Thomas Smith
Thomas Smith