# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION ) ) ) | MDL NO. 2740 |
| ) | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: ) ) | HON. JANE TRICHE MILAZZO |
| **Damita Grant,** *Case No. 2:19-cv-11393* ) | MAG. JUDGE MICHAEL NORTH |
| **Erica McQueen,** *Case No. 2:19-cv-11469* ) | |
| **Bertha McNair,** *Case No. 2:19-cv-14694* ) | |
| **Brenda Suttles,** *Case No. 2:19-cv-14696* ) | |
| **Susie Harris,** *Case No. 2:19-cv-14700* ) | |
| **Felicia Baldwin,** *Case No. 2:20-cv-00848* ) | |
| **Tamika Flournoy,** *Case No. 2:20-cv-01659* ) | |

## ORDER

Before the Court is Plaintiffs' Motion to Withdraw Opposed Motions for Leave to File Amended Short Form Complaints Without Prejudice.

**IT IS ORDERED** that the Motion is **GRANTED**.

New Orleans, Louisiana, this _____ day of _____, 2021.

_____
Honorable Jane Triche Milazzo
United States District Judge