UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH <br><br> NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO Sandoz, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira Inc. |
| THIS DOCUMENT RELATES TO: | | |
| Civil Action No.:  2:20-cv-2447 Plaintiff JANICE MAYFIELD | | |

---

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Defendants Sandoz, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira Inc. each party to bear its own costs.  Plaintiff seeks this partial dismissal pursuant to paragraph 9 of the Case Management Order No. 12 (Rec. Doc. 1506).  Plaintiff's claims against the remaining defendants are not dismissed or otherwise affected, by this Notice of Partial Dismissal with Prejudice.  If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 15th of January 2021	Counsel for Janice Mayfield

/s/ *D. Todd Mathews*

The Gori Law Firm, P.C.
156 N. Main St.
Edwardsville, IL 62025
618-659-9833
masstort@gorilaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2021 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: January 15, 2021

/s/ *D. Todd Mathews*