UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCT LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| | : : | JUDGE MILAZZO |
| THIS DOCUMENT RELATES TO: | : : | MAG. JUDGE NORTH |
| Georgia MacDonald | : : | |
| | : | Civil Action No.: 2:18-cv-11881 |

## PLAINTIFF'S MOTION TO WITHDRAW MOTION FOR LEAVE TO FILE AMENDED COMPLAINT ADDING FACTUAL ALLEGATIONS

Pursuant to Federal Rule of Civil Procedure 15(a)(1), Plaintiff Georgia MacDonald respectfully moves the Court for leave to withdraw Plaintiff's Motion for Leave to File Amended Short Form Complaint without prejudice filed in this action on January 14, 2021.

DATED: January 15, 2021         Respectfully submitted,

                                */s/ D. Todd Mathews*
                                D. Todd Mathews
                                Sara Salger
                                Gori Law Firm, P.C.
                                156 North Main Street
                                Edwardsville, IL 62025
                                618-659-9833 (phone)
                                618-659-9834 (fax)
                                todd@gorilaw.com
                                sara@gorilaw.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: January 15, 2021                              */s/ D. Todd Mathews*