# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | : | **MDL NO. 2740** |
| **PRODUCT LIABILITY LITIGATION** | : | |
| | : | **SECTION "H" (5)** |
| | : | |
| | : | **JUDGE MILAZZO** |
| **THIS DOCUMENT RELATES TO:** | : | **MAG. JUDGE NORTH** |
| | : | |
| Maria Lind | : | |
| | : | |
| | : | Civil Action No.: 2:19-cv-13077 |

## ORDER

IT IS ORDERED that Plaintiff's Motion to Withdraw Motion for Leave to File Amended Short Form Complaint adding factual allegations regarding particularized facts individual and specific to Plaintiff's medical care and treatment and communications with medical professionals, filed on January 14, 2021, is GRANTED.

Signed, this _____ day of _____, 2021.

_____
Honorable Jane T. Milazzo
U.S. District Court Judge