## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| *Frenecia Hollis v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al.* | |
| Case No. 2:17-cv-14080 | |

### PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

Plaintiff Frenecia Hollis ("Plaintiff"), by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 15, files this Unopposed Motion for Leave to File the proposed Amended Short Form Complaint attached hereto as Exhibit A.

With regard to par. 12 in the Amended Short Form Complaint, language has been included which was inadvertently cut off from the original Short Form Complaint.

Plaintiff's counsel has conferred with counsel for Defendants – they are unopposed to the filing of this Motion pursuant to PTO 105.

DATE:  January 15, 2021             Respectfully submitted,

By:  */s/ Ryan J Browne*
Ryan J Browne
Texas State Bar No. 00796262
Spencer P. Browne
Texas State Bar No. 24040589
Dana M. Gray
Texas State Bar No. 00787584
**REYES | BROWNE | REILLEY**
8200 Douglas Avenue, Suite 400
Dallas, Texas 75225
(214) 526-7900

1

(214) 526-7910 (fax)
ryan@reyeslaw.com
spencer@reyeslaw.com
dana@reyeslaw.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF CONFERENCE**

    The undersigned certifies that counsel for Plaintiff communicated with counsel for Defendants on December 30, 2020 who affirmatively stated that they do not oppose this Motion subject to the following – Sanofi takes no position on the attached Amended Short Form Complaint (which "adds [changes] the last month of docetaxel use and includes additional language in question 12 that was inadvertently cut off from the original SFC") and, "[b]y responding, Sanofi takes no position on the sufficiency of plaintiff's product identification.").

                                                                                _/s/ Ryan J Browne_
                                                                                  Ryan J Browne

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 15, 2021, I electronically filed the above document with the Clerk of the Court using the CM/ECF system in accordance with Federal and Local Rules, which will send notification of such filing to the CM/ECF participants registered to receive service.

                                                                                _/s/ Ryan J Browne_
                                                                                 Ryan J Browne