# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| *Elizabeth Dudley v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al.* | |
| Case No. 2:18-cv-12127 | |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

Plaintiff Elizabeth Dudley ("Plaintiff"), by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 15, files this Unopposed Motion for Leave to File the proposed Amended Short Form Complaint attached hereto as Exhibit A.

With regard to par. 12 in the Amended Short Form Complaint, an extraneous date in the original Short Form Complaint has been omitted.

Plaintiff's counsel has conferred with counsel for Defendants – they are unopposed to the filing of this Motion pursuant to PTO 105 (and/or failed to respond within 14 days).

DATE: January 15, 2021

Respectfully submitted,

By: */s/ Ryan J Browne*
Ryan J Browne
Texas State Bar No. 00796262
Spencer P. Browne
Texas State Bar No. 24040589
Dana M. Gray
Texas State Bar No. 00787584
**REYES | BROWNE | REILLEY**
8200 Douglas Avenue, Suite 400
Dallas, Texas 75225
(214) 526-7900

1

(214) 526-7910 (fax)
ryan@reyeslaw.com
spencer@reyeslaw.com
dana@reyeslaw.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel for Plaintiff communicated to counsel for Defendants on December 30, 2020 and Defendants subsequently responded (or failed to respond) as follows:  Sanofi Defendants affirmatively stated that they do not oppose this Motion subject to the following – Sanofi takes no position on the attached Amended Short Form Complaint (which "modifies venue and products allegedly used by plaintiff") and, "[b]y responding, Sanofi takes no position on the sufficiency of plaintiff's product identification.").  Defendant Accord affirmatively stated it has no objection.  Defendants Actavis LLC f/k/a Actavis Inc., Actavis Pharma, Inc., and Sagent Pharmaceuticals, Inc. affirmatively stated they do not object to the Motion on PTO 105 grounds.  Defendant Sandoz Inc. and Defendant McKesson Corporation d/b/a McKesson Packaging Service affirmatively stated they do not oppose the Motion pursuant to PTO 105. Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer, Inc. and Defendant Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Industries, Ltd. did not respond within fourteen (14) days.

　　　　　　　　　　　　　　　　　　　　　__/s/ Ryan J Browne_____
　　　　　　　　　　　　　　　　　　　　　Ryan J Browne

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2021, I electronically filed the above document with the Clerk of the Court using the CM/ECF system in accordance with Federal and Local Rules, which will send notification of such filing to the CM/ECF participants registered to receive service.

　　　　　　　　　　　　　　　　　　　　　 _/s/ Ryan J Browne_____
　　　　　　　　　　　　　　　　　　　　　Ryan J Browne