UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| *Tianna Hite v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al.* | |
| Case No. 2:17-cv-14078 | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

Plaintiff Tianna Hite ("Plaintiff"), by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 15, files this Unopposed Motion for Leave to File the proposed Amended Short Form Complaint attached hereto as Exhibit A.

With regard to par. 12 in the Amended Short Form Complaint, language has been included which was inadvertently cut off from the original Short Form Complaint. Plaintiff's counsel has conferred and/or attempted to confer with counsel for Defendants – they are unopposed to the filing of this Motion pursuant to PTO 105 and/or failed to respond within 14 days.

Per this Court's Order (Doc. 10906), Plaintiff also has added Defendants Sandoz Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Pfizer, Inc., Actavis LLC f/k/a Actavis Inc., Actavis Pharma, Inc., and Sagent Pharmaceuticals, Inc. as Defendants in this case. Subsequent to the filing of her original Short Form Complaint, after diligent investigation by counsel, and after obtaining and conducting further review of Plaintiff's chemotherapy administration records seeking information showing NDC codes or Lot numbers for all of Plaintiff's treatment dates, it was found that treatment doses were manufactured/distributed by

1

others than Winthrop (Sanofi Aventis US LLC d/b/a Winthrop US/ Sanofi Defendants). Therefore, it has become apparent that Sandoz Inc., Hospira, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Pfizer, Inc., Actavis LLC f/k/a Actavis Inc., Actavis Pharma, Inc., and Sagent Pharmaceuticals, Inc. should be named and joined as additional Defendants to this suit. This fact was not evident from an initial review of the medical records, but rather, involved investigation with medical providers related to certain NDC codes or Lot numbers. Plaintiff, therefore, desires to amend the Short Form Complaint to add Sandoz Inc., Hospira, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Pfizer, Inc., Actavis LLC f/k/a Actavis Inc., Actavis Pharma, Inc., and Sagent Pharmaceuticals, Inc. as Defendants in this matter and to include allegations against them as additional manufacturers/distributors of the chemotherapy drug administered to Plaintiff as she only recently became aware of same.

Per Doc. 10906, Defendants Sandoz Inc., Actavis LLC f/k/a Actavis Inc., Actavis Pharma, Inc., and Sagent Pharmaceuticals, Inc. have advised they do not oppose this Motion for Leave, but reserve their rights and defenses pursuant to PTO 37A and otherwise. Defendants Hospira, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., and Pfizer, Inc. did not respond to the proposed Motion for Leave within fourteen (14) days (or more).

DATE: January 15, 2021                    Respectfully submitted,

                                          By: /s/ Ryan J Browne
                                          Ryan J Browne
                                          Texas State Bar No. 00796262
                                          Spencer P. Browne
                                          Texas State Bar No. 24040589
                                          Dana M. Gray
                                          Texas State Bar No. 00787584
                                          **REYES | BROWNE | REILLEY**
                                          8200 Douglas Avenue, Suite 400
                                          Dallas, Texas 75225
                                          (214) 526-7900
                                          (214) 526-7910 (fax)

ryan@reyeslaw.com
spencer@reyeslaw.com
dana@reyeslaw.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel for Plaintiff communicated to counsel for Defendants on December 30, 2020 and Defendants subsequently responded (or failed to respond) as follows: Sanofi Defendants affirmatively stated that they do not oppose this Motion subject to the following – Sanofi takes no position on the attached Amended Short Form Complaint (which "seeks to add other defendants as it was initially named in the case") and, "[b]y responding, Sanofi takes no position on the sufficiency of plaintiff's product identification."). Defendants Actavis LLC f/k/a Actavis Inc., Actavis Pharma, Inc., and Sagent Pharmaceuticals, Inc. and Defendant Sandoz Inc. affirmatively stated they do not object to or oppose the Motion pursuant to PTO 105 and/or Doc. 10906. Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., and Pfizer, Inc. did not respond within fourteen (14) days.

                                                                                 _/s/ Ryan J Browne_
                                                                                 Ryan J Browne

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2021, I electronically filed the above document with the Clerk of the Court using the CM/ECF system in accordance with Federal and Local Rules, which will send notification of such filing to the CM/ECF participants registered to receive service.

                                                                                 _/s/ Ryan J Browne_
                                                                                 Ryan J Browne