**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| *Tianna Hite v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al.* | |
| Case No. 2:17-cv-14078 | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE**
**AMENDED SHORT FORM COMPLAINT**

Before the Court is Plaintiff Tianna Hite's Unopposed Motion for Leave to File Amended

Short Form Complaint.

IT IS ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the Clerk of the Court shall file the Amended Short Form

Complaint attached as Exhibit A to the Motion in the Plaintiff's member case.

SIGNED this _____ day of January, 2021.


_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

1