UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>Patricia Ann Godfrey v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al., Sanofi-Aventis U.S. LLC<br><br>Civil Action No.: 2:17-cv-7809 | PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT |

**NOW COMES** Plaintiff Patricia Ann Godfrey, by and through counsel, who respectfully brings this unopposed Motion pursuant to 15(a)(2) of the Federal Rules of Civil Procedure. Plaintiff seeks leave of Court to file an Amended Short Form Complaint, as attached hereto as Exhibit A and amend the complaint to add Hospira Inc. and Hospira Worldwide LLC f/k/a Hospira Worldwide, Inc. as defendants for the reasons set forth in Plaintiff's Memorandum filed in support of this Motion.

Dated: January 15, 2021

                                           Respectfully submitted,

                                           **ROBINS KAPLAN LLP**

                                           By: */s/ Jason L. DePauw*
                                                Munir R. Meghjee (MN Bar #0301437)
                                                Jason L. DePauw (MN Bar #0392150)
                                                Robins Kaplan LLP
                                                800 LaSalle Avenue, Suite 2800
                                                Minneapolis, MN 55402
                                                Telephone: (612) 349-8500
                                                Facsimile: (612) 339-4181
                                                mmeghjee@robinskaplan.com
                                                jdepauw@robinskaplan.com

                                                *Attorneys for Plaintiff*