UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>Patricia Ann Godfrey v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al., Sanofi-Aventis U.S. LLC<br><br>Civil Action No.: 2:17-cv-7809 | **PLAINTIFF'S MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT** |

Plaintiff Patricia Godfrey, by and through undersigned counsel, respectfully show the Court the following in support of Plaintiff's Unopposed Motion for Leave to File Amended Short Form Complaint:

The Plaintiff filed her initial Short Form Complaint ("SFC") on August 14, 2017 and Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al., Sanofi-Aventis U.S. LLC are currently the only named defendants. (Dkt. 01.) Plaintiff was administered four doses of Taxotere (docetaxel) from February 17, 2011 to April 21, 2011. Two of Plaintiff's treatment regimens occurred before Taxotere was approved in generic form and two occurred afterwards. Plaintiff's infusion clinic originally stated that they were not in possession of any National Drug Code ("NDC") numbers for the time period covering Ms. Godfrey's infusions, including the two treatments occurring after the generic approval date.

In fact, Plaintiff's infusion clinic continues to state that they do not have NDC numbers. (Forsberg Decl. ¶ 4, MDL-Centrality Doc ID 509198.) However, on December 4, 2020, in response to a subpoena, Plaintiff's infusion clinic produced 253 pages of shipping records from 2011 showing that the clinic's inventory contained products identified by Sanofi-specific NDC numbers and Hospira-specific NDC numbers during the time period of Plaintiff's last two rounds

of Taxotere (docetexal) treatment. (*See* MDL-Centrality Doc ID 509198).  This means that the product identification evidence on hand prima facie establishes that Plaintiff's last two rounds of Taxotere (docetaxel) could have been manufactured by either Sanofi or Hospira or both.

Plaintiff, therefore, seeks unopposed leave of Court to amend her initial Short Form Complaint to add Hospira, Inc. and Hospira Worldwide LLC f/k/a Hospira Worldwide, Inc. as defendants.  Plaintiffs' proposed Amended Short Form Complaint is attached hereto as Exhibit A.

WHEREFORE, Plaintiffs hereby respectfully request this Honorable Court grant leave to file Plaintiff's proposed Amended Short Form Complaint.

Dated: January 15, 2021  **ROBINS KAPLAN LLP**

By */s/ Jason L. DePauw*
  Munir R. Meghjee (MN Bar #0301437)
  Jason L. DePauw (MN Bar #0392150)
  Robins Kaplan LLP
  800 LaSalle Avenue, Suite 2800
  Minneapolis, MN 55402
  Telephone: (612) 349-8500
  Facsimile: (612) 339-4181
  mmeghjee@robinskaplan.com
  jdepauw@robinskaplan.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF CONFERENCE**

I certify that I obtained the consent of counsel for the Defendants to file this Motion for Leave to File Amended Complaint pursuant to Local Rule 7.6 on January 5, 2021, from Sanofi and January 15, 2021, from Hospira. Defendants do not oppose the motion.

*/s/ Jason L. DePauw*
Jason L. DePauw (MN Bar #0392150)
Robins Kaplan LLP

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Jason L. DePauw*
Jason L. DePauw (MN Bar #0392150)
Robins Kaplan LLP