UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>Patricia Ann Godfrey v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al., Sanofi-Aventis U.S. LLC<br><br>Civil Action No.: 2:17-cv-7809 | **ORDER** |

Before the Court is Plaintiff's Unopposed Motion For Leave to File Amended Short Form Complaint:

**IT IS ORDERED** that the motion is **GRANTED**, and the Clerk's office is instructed to file the Amended Short Form Complaint attached as Exhibit A to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this _____ day of _____, 2021.

 _____
 Honorable Jane Triche Milazzo
 United States District Court Judge