# US DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| Mary B. Downs v. Sandoz, Inc., EDLA No. 2:18-cv-03930-JTM-MBN | Civil Action No.: 2:18-cv-03930 |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

NOW INTO COURT, through undersigned counsel, comes plaintiff, Mary B. Downs, who, pursuant to the attached Memorandum of Law in support, respectfully requests leave to file the attached proposed Amended Short Form Complaint (Exhibit A – amendments are highlighted).

Pursuant to Local Rule 7.6 and Pretrial Order No. 37A, plaintiff's counsel has conferred with counsel for defendant, Sandoz, Inc. and liaison counsel for defendant Sandoz, Inc.  Counsel for Sandoz, Inc. stated there is no opposition to plaintiff's motion to amend, with the understanding that defendant reserves all rights and defenses under PTO-37A and otherwise.  A copy of the email from counsel for Sandoz, Inc. stating they will not oppose this motion, is attached (Exhibit B).

WHEREFORE, plaintiff respectfully requests this Court grant leave to file the attached proposed Amended Short Form Complaint.

Dated: January 15, 2021

                                                        _____

Laura M. Jordan
NYND Bar Roll # 512419
POWERS & SANTOLA, LLP
Attorneys for Plaintiff Mary B. Downs
Office and P.O. Address
100 Great Oaks Blvd
Suite 123
Albany, New York 12203
(518) 465-5995
Ljordan@powers-santola.com

2

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 15, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

_____
Laura M. Jordan
NYND Bar Roll # 512419
POWERS & SANTOLA, LLP
Attorneys for Plaintiff Mary B. Downs
Office and P.O. Address
100 Great Oaks Blvd
Suite 123
Albany, New York 12203
(518) 465-5995
Ljordan@powers-santola.com

3