# Laura M. Jordan

| | |
|---|---|
| **From:** | insognan@gtlaw.com |
| **Sent:** | Monday, January 4, 2021 4:02 PM |
| **To:** | Laura M. Jordan; holdene@gtlaw.com |
| **Cc:** | olinde@chaffe.com; dmoore@irwinllc.com |
| **Subject:** | RE: Proposed Amended Short From Complaint (Mary Downs v Sandoz, Inc.) |

Counsel,

Sandoz will not oppose the motion to amend.  We reserve all rights and defenses under PTO-37A and otherwise.

Thank you.

---

**From:** Laura M. Jordan <ljordan@powers-santola.com>
**Sent:** Friday, January 1, 2021 6:49 PM
**To:** Insogna, Nicholas A. (Shld-Bos-LT) <insognan@gtlaw.com>; Holden, Evan (Shld-Atl-LT) <holdene@gtlaw.com>
**Cc:** olinde@chaffe.com; dmoore@irwinllc.com
**Subject:** Proposed Amended Short From Complaint (Mary Downs v Sandoz, Inc.)

**\*EXTERNAL TO GT\***

Dear Counselors:

Please see the attached correspondence and proposed Amended Short Form Complaint for your consideration.

Sincerely,

Laura M. Jordan
Powers & Santola, LLP
100 Great Oaks Blvd.
Suite 123
Albany, NY  12203
(518) 465-5995
ljordan@powers-santola.com
www.powers-santola.com




---



If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.