# US DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| Mary B. Downs v. Sandoz, Inc., EDLA No. 2:18-cv-03930-JTM-MBN | Civil Action No.: 2:18-cv-03930 |

## MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

Plaintiff, through undersigned counsel, respectfully requests leave of Court to file the proposed Amended Short Form Complaint for plaintiff, Mary B. Downs. The plaintiff's proposed Amended Short Form Complaint is submitted to provide factual allegations particular to plaintiff, Mary B. Down's claim. Plaintiff submits that her proposed amendments are consistent with PTO 105 in that they add factual allegations of particularized facts individual and specific to plaintiff's medical care and treatment and communications with her treating physicians regarding her hair loss.

Pursuant to FRCP 15 (a) (2), "a party may amend its pleading only with the opposition party's written consent or the court's leave. The court should freely give leave when justice so requires." The Court should grant leave to file an amended pleading unless the opposing party can show prejudice, bad faith, or undue delay (Foman v Davis, 371 U.S. 178, 182 (1962). Furthermore, the deadlines of PTO 105 allow for the amendment of pleadings.

The amendments proposed by plaintiff add nothing more than particularized facts specific to plaintiff Mary B. Downs.  The factual details plaintiff is proposing to add to her Amended Short Form Complaint are contained within and consistent with the plaintiff's medical records, which have previously been uploaded to the MDL Centrality portal, and are consistent with the facts and information plaintiff provided in her Plaintiff Fact Sheets throughout this litigation.  Therefore, there is no prejudice suffered by defendant by reason of the proposed Amended Short Form Complaint.  Furthermore, it is submitted that the proposed amendments are not made in bad faith and are timely (<u>Lyn-Lea Travel Corp. v Am. Airlines</u>, 283 F3d 282, 286 (5th Cir. 2002).  PTO 105 allows all plaintiffs to add allegations about their medical care, treatment and communications, which has been done in the amendments proposed by plaintiff, Mary B. Downs.

Therefore, plaintiff respectfully requests this Court grant her unopposed motion for leave to file her Amended Short Form Complaint.

Dated: January 15, 2021

Respectfully Submitted,

_____
Laura M. Jordan
POWERS & SANTOLA, LLP
Attorneys for Plaintiffs
Office and P.O. Address
100 Great Oaks Blvd
Suite 123
Albany, New York 12203
(518) 465-5995
Ljordan@powers-santola.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

_____
Laura M. Jordan
NYND Bar Roll # 512419
POWERS & SANTOLA, LLP
Attorneys for Plaintiff Mary B. Downs
Office and P.O. Address
100 Great Oaks Blvd
Suite 123
Albany, New York 12203
(518) 465-5995
Ljordan@powers-santola.com