## US DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| Mary B. Downs v. Sandoz, Inc., EDLA No. 2:18-cv-03930-JTM-MBN | Civil Action No.: 2:18-cv-03930 |

## **ORDER**

An unopposed motion having duly come to be heard before this Court, seeking an Order granting plaintiff, Mary B. Down's, leave to file her Amended Short Form Complaint;

NOW, on reading and filing the papers submitted to the Court, and the Court's understanding that defendant, Sandoz, Inc., does not oppose plaintiff's motion, it is hereby

**ORDERED** that the motion is GRANTED, and it is further

**ORDERED** that plaintiff may file her Amended Short Form Complaint.

ENTER:

New Orleans, LA, this _____ day of January, 2021

_____
Honorable Jane Triche Milazzo
United States District Court Judge