# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| | EDLA No. 2:19-cv-14698 |
| *Stacey Hayes v. Accord Healthcare, Inc.* | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

Plaintiff Stacey Hayes, pursuant to the attached Memorandum in Support, respectfully requests leave to file the attached proposed Amended Short Form Complaint (Exhibit A).

Plaintiff's counsel has conferred with counsel for the defendants and understands these defendants will not oppose Plaintiff's requests.

WHEREFORE, Plaintiff pray that she be granted leave to file the attached proposed Amended Short Form Complaint.

Dated: January 15, 2021          Respectfully Submitted By:

/s/Steven D. Davis
IL Bar Number: 6281263
**TorHoerman Law LLC**
210 S. Main Street
Edwardsville, IL 62025
Telephone: (618) 656-4400
Facsimile: (618) 656-4401
sdavis@thlawyer.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Steven D. Davis*
Steven D. Davis