# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Stacey Hayes v. Accord Healthcare, Inc.* | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>HON. JANE T. MILAZZO<br><br>EDLA No. 2:19-cv-14698 |

### FIRST AMENDED SHORT FORM COMPLAINT

Plaintiff(s) incorporate by reference the Second Amended Master Long Form Complaint and Jury Demand filed in the above referenced case on September 27, 2018 (Doc. 4407). Pursuant to Pretrial Order No. 15, this [Original/Amended] Short Form Complaint adopts allegations and encompasses claims as set forth in the Second Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1. Plaintiff:
   Stacey Hayes

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

3. Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

4. Current State of Residence: Alabama
5. State in which Plaintiff(s) allege(s) injury: Alabama
6. Defendants (check all Defendants against whom a Complaint is made):
   a. Taxotere Brand Name Defendants
      ☐  A. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

1

      ☐    B.    Sanofi-Aventis U.S. LLC

  b.    Other Brand Name Drug Sponsors, Manufacturers, Distributors

      ☐    A.    Sandoz Inc.

      ☒    B.    Accord Healthcare, Inc.

      ☐    C.    McKesson Corporation d/b/a McKesson Packaging

      ☐    D.    Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

      ☐    E.    Hospira, Inc.

      ☐    F.    Sun Pharma Global FZE

      ☐    G.    Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

      ☐    H.    Pfizer Inc.

      ☐    I.    Actavis LLC f/k/a Actavis Inc.

      ☐    J.    Actavis Pharma, Inc.

      ☐    K.    Sagent Pharmaceuticals, Inc.

      ☐    L.    Other:

7.    Basis for Jurisdiction:

    ☒    Diversity of Citizenship
    ☐    Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8.    Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

2

> Southern District of Alabama

9. Brand Product(s) used by Plaintiff (check applicable):

   ☐ A. Taxotere
   ☐ B. Docefrez
   ☒ C. Docetaxel Injection
   ☐ D. Docetaxel Injection Concentrate
   ☐ E. Unknown
   ☐ F. Other:

10. First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

    > October 24, 2016 to December 27, 2016

11. State in which Product(s) identified in question 9 was/were administered:

    > Alabama

12. Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

    > Alopecia or incomplete hair re-growth.

3

13. Counts in Master Complaint brought by Plaintiff(s):

☒ Count I – Strict Products Liability – Failure to Warn
☒ Count III – Negligence
☒ Count IV – Negligent Misrepresentation
☒ Count V – Fraudulent Misrepresentation
☒ Count VI – Fraudulent Concealment
☒ Count VII – Fraud and Deceit

☒ Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) include additional theories of recovery, for example, applicable state law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

> **FACTUAL ALLEGATIONS**
> Plaintiff was first treated with Taxotere about October 24, 2016. Prior to undergoing chemotherapy, she discussed potential side effects with her oncologist, William McEvoy, MD. Plaintiff completed Taxotere therapy about December 27, 2016. At some point following completion of chemotherapy, Plaintiff noticed that her hair was not growing in fully as it had prior to chemotherapy. In 2019, Plaintiff saw something on the internet that linked Taxotere use and permanent hair loss.

14. Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

By
/s/Steven D. Davis
IL Bar Number: 6281263
**TorHoerman Law LLC**
210 S. Main Street
Edwardsville, IL 62025
Telephone: (618) 656-4400
Facsimile: (618) 656-4401
sdavis@thlawyer.com

4