# EXHIBIT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| April Attanasio v. Sanofi-Aventis U.S. LLC, et al. | Civil Action No.: 2:17-cv-14982 |

## AMENDED SHORT FORM COMPLAINT (Effective as of May 13, 2020)[1]

Plaintiff(s) incorporate by reference the Second Amended Master Long Form Complaint and Jury Demand filed in the above referenced case on September 27, 2018 (Doc. 4407). Pursuant to Pretrial Order No. 15, this [Original/Amended] Short Form Complaint adopts allegations and encompasses claims as set forth in the Second Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1.    Plaintiff:

April Attanasio
_____

2.    Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

_____

3.    Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

_____

4.    Current State of Residence: Arizona
_____

5.    State in which Plaintiff(s) allege(s) injury: Arizona
_____

---

[1] This version of the Short Form Complaint supersedes all prior versions of the form pursuant to Pretrial Order No. 73A. This Court-approved version of the Short Form Complaint is available on the Court's Taxotere webpage and through MDL Centrality.

6.      Defendants (check all Defendants against whom a Complaint is made):

      a.      Taxotere Brand Name Defendants

          ☐   A.   Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

          ☐   B.   Sanofi-Aventis U.S. LLC

      b.      Other Brand Name Drug Sponsors, Manufacturers, Distributors

          ☒   A.   Sandoz Inc.

          ☐   B.   Accord Healthcare, Inc.

          ☐   C.   McKesson Corporation d/b/a McKesson Packaging

          ☐   D.   Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

          ☒   E.   Hospira, Inc.

          ☐   F.   Sun Pharma Global FZE

          ☐   G.   Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

          ☐   H.   Pfizer Inc.

          ☐   I.   Actavis LLC f/k/a Actavis Inc.

          ☐   J.   Actavis Pharma, Inc.

          ☐   K.   Sagent Pharmaceuticals, Inc.

          ☐   L.   Other:

7.      Basis for Jurisdiction:

    ☒   Diversity of Citizenship

    ☐   Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

2

8.    Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

United States District Court
District of Arizona - Phoenix Division

9.    Brand Product(s) used by Plaintiff (check applicable):

☐    A.    Taxotere

☐    B.    Docefrez

☒    C.    Docetaxel Injection

☐    D.    Docetaxel Injection Concentrate

☐    E.    Unknown

☐    F.    Other:

10.   First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

January 25, 2013 to May 10, 2013

11.   State in which Product(s) identified in question 9 was/were administered:

Arizona

12.     Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> Hair loss, permanent alopecia

13.     Counts in Master Complaint brought by Plaintiff(s):

- ☒ Count I – Strict Products Liability – Failure to Warn
- ☒ Count III – Negligence
- ☒ Count IV – Negligent Misrepresentation
- ☒ Count V – Fraudulent Misrepresentation
- ☒ Count VI – Fraudulent Concealment
- ☒ Count VII – Fraud and Deceit

- ☒ Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) include additional theories of recovery, for example, applicable state law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

> See additional page attached. (Page 6)

14. Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es)
    and Mailing Address(es) representing Plaintiff(s):

By:   /s/ Leslie LaMacchia: TX# 24048602
      Adam Pulaski: TX# 16385800
      Pulaski Kherkher, PLLC
      2925 Richmond, Suite 1725
      Houston, TX 77098
      Tel: (713) 664-4555
      Fax: (713) 664-7543
      llamacchia@pulaskilawfirm.com
      adam@pulaskilawfirm.com

**Additional Factual Allegations:** In approximately October 2013, Plaintiff spoke with her oncologist, Harrison Bachrach, MD, regarding her hair not growing back. Plaintiff was told that her hair would eventually grow back. Plaintiff also complained to her Primary Care Physician, Scott Haferkamp, MD in November 2013.  Plaintiff sought treatment with dermatologists, Marlene Wright, FNP-C, and Neil Superfon, DO on March 31, 2015.  Over the counter treatments including vitamins, Biotin, Nioxin and Rogaine, were recommended by her dermatologist and used by Plaintiff but they did not work. Plaintiff underwent treatment with DiPhenylCyloPropenone (DPCP) which also did not stimulate her hair growth. A biopsy was taken on October 6, 2016 and Plaintiff was diagnosed with Scarring Alopecia.