UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "N"(5) |
| | HON. JANE TRICHE MILAZZO |
| MARTHA JACKSON-MITCHELL, Plaintiff(s), | |
| vs. | |
| ACCORD HEALTHCARE, INC., MCKESSON CORPORATION D/B/A MCKESSON PACKAGING Defendant(s). | |
| Civil Case No.: 2:18-cv-05810 | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND TO DISMISS MCKESSON CORPORATION**

COMES NOW Plaintiff, Martha Jackson-Mitchell, by and through the undersigned counsel, who, pursuant to the attached Memorandum in Support, respectfully requests leave to file the attached proposed Amended Short Form Complaint (Exhibit A). Plaintiff further moves the Court to dismiss with prejudice McKesson Corporation from this case.

Plaintiff's counsel has conferred with Counsel for Accord Healthcare, Inc. and McKesson Corporation and these Defendants do not oppose Plaintiff's request. Accord Healthcare, Inc. Defendant is the only Defendant named in the attached proposed Amended Short Form Complaint.

WHEREFORE, Plaintiff prays that she be granted leave to file the attached proposed Amended Short Form Complaint and that McKesson Corporation be dismissed with prejudice from this case.

1

This the 15th day of January, 2021.

                                              DAVIS & CRUMP, P.C.

                                              /s/ Trevor B. Rockstad
                                              Trevor B. Rockstad
                                              MS State Bar No.: 103614
                                              2601 14th Street
                                              Gulfport, MS 39501
                                              Phone: 228-863-6000
                                              Facsimile: 228-864-0907
                                              Email: Trevor.rockstad@daviscrump.com

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the attached document was served upon each attorney of records through the Court's Electronic Court Filing System.

Dated: January 15th, 2021.

                                                /s/ Trevor B. Rockstad
                                                Trevor B. Rockstad