# Exhibit

# A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO |
| *Lyons v. Sanofi-Aventis U.S. LLC, et al.*, 2:16-cv-16890 | MAG. JUDGE NORTH |
| | COMPLAINT & JURY DEMAND |

## SECOND AMENDED SHORT FORM COMPLAINT[1]

Plaintiff incorporates by reference the Second Amended Master Long Form Complaint and Jury Demand filed in the above referenced case on September 27, 2018 (MDL Doc. 4407), subject to the amendments set forth in paragraph 13 of this Amended Short Form Complaint. Pursuant to Pretrial Order No. 15, this Short Form Complaint adopts allegations and encompasses claims as set forth in the Second Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1. Plaintiff:

    Patricia Lyons

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

    n/a

3. Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

---

[1] (Effective as of January 4, 2019) This version of the Short Form Complaint supersedes all prior versions of the form pursuant to Pretrial Order No. 73. This Court-approved version of the Short Form Complaint is available on the Court's Taxotere webpage and through MDL Centrality.

1

       n/a

4. Current State of Residence:  Pennsylvania

5. State in which Plaintiff(s) allege(s) injury:  Pennsylvania

6. Defendants (check all Defendants against whom a Complaint is made):

    a. Taxotere Brand Name Defendants

        ☒  A.  Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

        ☒  B.  Sanofi-Aventis U.S. LLC

    b. Other Brand Name Drug Sponsors, Manufacturers, Distributors

        ☐  A.  Sandoz Inc.

        ☐  B.  Accord Healthcare, Inc.

        ☐  C.  McKesson Corporation d/b/a McKesson Packaging

        ☐  D.  Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

        ☐  E.  Hospira, Inc.

        ☐  F.  Sun Pharma Global FZE

        ☐  G.  Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

        ☐  H.  Pfizer Inc.

        ☐  I.  Actavis LLC f/k/a Actavis Inc.

        ☐  J.  Actavis Pharma, Inc.

        ☐  K.  Other:

7. Basis for Jurisdiction:

    ☒  Diversity of Citizenship

    ☐  Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure:

8. Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

U.S. District Court for the Eastern District of Pennsylvania

9. Brand Product(s) used by Plaintiff (check applicable):

☐ A. Taxotere

☐ B. Docefrez

☐ C. Docetaxel Injection

☒ D. Docetaxel Injection Concentrate

☐ E. Unknown

☐ F. Other:

10. First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

September 08, 2011 through December 22, 2011

11. State in which Product(s) identified in question 9 was/were administered:

Pennsylvania

12. Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury:

Approximately September 2011 to present persistant/permanent hair loss of the scalp since treatment of Docetaxel ended. Also, permanent/persistent hair loss and thinning

> of eyebrows and eyelashes.
> Plaintiff ended her Docetaxel treatment with her prescribing oncologist, Dr. Lorraine Dougherty, on December 22, 2011.
> Plaintiff observed hair loss on her scalp, eyelashes, and eyebrows after treatment with Docetaxel.
> A few months later in the spring of 2012, the Plaintiff noticed some sparse re-growth on her head.
> At her next follow-up appointment with Dr. William Rate on April 18, 2012, the Plaintiff asked Dr. Rate when her hair would come back fully, and she was told to give it time.
> Plaintiff began to use Biotin in the spring of 2012 to treat her hair loss.
> At her next follow up on February 1, 2013, Plaintiff again asked Dr. Rate when her hair would fully come back, and was told by Dr. Rate to give it time.
> The Plaintiff had subsequent visits with Dr. Rate on March 19, 2014, March 15, 2015, and April 1, 2016. At each of these visits, the Plaintiff asked when her hair would come back and was told to give it time.

13. Counts in Master Complaint brought by Plaintiff(s):

    ☒ Count I – Strict Products Liability – Failure to Warn

    ☒ Count III – Negligence

    ☒ Count IV – Negligent Misrepresentation

    ☒ Count V – Fraudulent Misrepresentation

    ☒ Count VI – Fraudulent Concealment

    ☒ Count VII – Fraud and Deceit

    ☐ Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) include additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

14. Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

                                    By: /s/Rebecca Fredona
                                        Rebecca Fredona
                                        IL Bar #6326914

Ken Moll
IL Bar #6199874
MOLL LAW GROUP
22 W Washington Street, 15th Floor
Chicago, IL 60602
T: (312) 462-1700
F: (312) 756-0045
info@molllawgroup.com

**COUNSEL FOR PLAINTIFF**