## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO MCKESSON CORPORATION d/b/a MCKESSON PACKAGING SERVICE** |
| THIS DOCUMENT RELATES TO | : | Civil Action No.: 2:18-cv-10314 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice McKesson Corporation d/b/a McKesson Packaging Service, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 15th day of January, 2021.

                                                                          Respectfully submitted,

                                                                          ROBERTS & ROBERTS

                BY:     */s/ Justin C. Roberts*
                                             JUSTIN C. ROBERTS
                                             Texas Bar No. 24079221
                                             Email:  justin@robertslawfirm.com
                                             ROBERTS & ROBERTS
                                             118 West Fourth Street
                                             Tyler, Texas 75701-4000
                                             Ph: (903) 597-6655
                                             Fax: (903) 597-1600

                                             ***Attorney for Plaintiff***

CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: January 15, 2021

                                                   */s/ Justin C. Roberts*
                                                ROBERTS & ROBERTS