UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |
| *Killeen v. Sanofi-Aventis U.S. LLC, et al.*, 2:17-cv-04854 | COMPLAINT & JURY DEMAND |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

COMES NOW Plaintiffs, by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), and respectfully move this Court for leave to amend the Complaint filed in this action.[1] Plaintiffs' original Complaint was filed in the Eastern District of Louisiana on May 10, 2017 (Carleen Killeen and Kenneth Killeen v. Sanofi S.A. et al), and Plaintiffs served Defendants pursuant to PTO 9.

Pursuant to PTO 105, Plaintiffs seek to amend their complaint to add factual allegations regarding particularized facts individual and specific to Plaintiff's hair loss, medical care and treatment, communications with medical professionals, and facts regarding when she became aware of advertisements for Taxotere lawsuits.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with Defense counsel, and there is no opposition to this motion.

---

[1] Plaintiff's counsel consulted with defense counsel regarding this motion and defense counsel does not oppose this motion.

1

Respectfully submitted _January 15, 2021_____

By: */s/ Rebecca Fredona*
Rebecca Fredona
IL Bar #6326914
Ken Moll
IL Bar #6199874
MOLL LAW GROUP
22 W Washington Street, 15th Floor
Chicago, IL 60602
T: (312) 462-1700
F: (312) 756-0045
info@molllawgroup.com

**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated:  January 15, 2021

                                              /s/*Rebecca Fredona*
                                              Rebecca Fredona