# Exhibit

# A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO |
| *Killeen v. Sanofi-Aventis U.S. LLC, et al.*, 2:17-cv-04854 | MAG. JUDGE NORTH |
| | COMPLAINT & JURY DEMAND |

# FIRST AMENDED SHORT FORM COMPLAINT[1]

Plaintiff incorporates by reference the Second Amended Master Long Form Complaint and Jury Demand filed in the above referenced case on September 27, 2018 (MDL Doc. 4407), subject to the amendments set forth in paragraph 13 of this Amended Short Form Complaint. Pursuant to Pretrial Order No. 15, this Short Form Complaint adopts allegations and encompasses claims as set forth in the Second Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1. Plaintiff:

    Carleen Killeen

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

    Kenneth Killeen

3. Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

---

[1] (Effective as of January 4, 2019) This version of the Short Form Complaint supersedes all prior versions of the form pursuant to Pretrial Order No. 73. This Court-approved version of the Short Form Complaint is available on the Court's Taxotere webpage and through MDL Centrality.

1

       n/a

4. Current State of Residence: Missouri

5. State in which Plaintiff(s) allege(s) injury: Missouri

6. Defendants (check all Defendants against whom a Complaint is made):

    a. Taxotere Brand Name Defendants

        ☒ A. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

        ☒ B. Sanofi-Aventis U.S. LLC

    b. Other Brand Name Drug Sponsors, Manufacturers, Distributors

        ☐ A. Sandoz Inc.

        ☐ B. Accord Healthcare, Inc.

        ☐ C. McKesson Corporation d/b/a McKesson Packaging

        ☐ D. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

        ☐ E. Hospira, Inc.

        ☐ F. Sun Pharma Global FZE

        ☐ G. Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

        ☐ H. Pfizer Inc.

        ☐ I. Actavis LLC f/k/a Actavis Inc.

        ☐ J. Actavis Pharma, Inc.

        ☐ K. Other:

7. Basis for Jurisdiction:

    ☒ Diversity of Citizenship

    ☐ Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure:

8. Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

U.S. District Court for the Eastern District of Missouri

9. Brand Product(s) used by Plaintiff (check applicable):

- ☒ A. Taxotere
- ☐ B. Docefrez
- ☐ C. Docetaxel Injection
- ☐ D. Docetaxel Injection Concentrate
- ☐ E. Unknown
- ☐ F. Other:

10. First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

July 2006 through December 2006 and February 2007 through May 2007.

11. State in which Product(s) identified in question 9 was/were administered:

Missouri

12. Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury:

Approximately May 2007 to the present, persistant/permanent hair loss and thinning of the hair and scalp since Taxotere treatment ended.

> Plaintiff received Taxotere infusions for treatment of her cancer from July 2006 through December 2006 and February 2007 through May 2007.
> Plaintiff observed hair loss of her scalp, eyebrows and eyelashes after treatment with Taxotere.
> A few months after she completed the Taxotere treatments, Plaintiff noticed sparse re-growth of the hair on her head that resembled "baby hair"; the hair on her head never got thicker after that.
> Approximately a year and a half after the Plaintiff finished her Taxotere treatments, the Plaintiff noticed that her eyelashes and eyebrows had grown back very sparsely.
> At a follow-up appointment on November 28, 2016, Plaintiff asked her treating oncologist, Dr. Joe Bond whether Taxotere was one of the drugs that she received for her cancer treatments because she had heard of legal advertisements claiming Taxotere caused permanent hair loss. Dr. Bond told her at the November 28, 2016 appointment that she did receive Taxotere during her course of cancer treatment.

13. Counts in Master Complaint brought by Plaintiff(s):

    ☒ Count I – Strict Products Liability – Failure to Warn

    ☒ Count III – Negligence

    ☒ Count IV – Negligent Misrepresentation

    ☒ Count V – Fraudulent Misrepresentation

    ☒ Count VI – Fraudulent Concealment

    ☒ Count VII – Fraud and Deceit

    ☐ Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) include additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

14. Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

By: */s/ Rebecca Fredona*
    Rebecca Fredona
    IL Bar #6326914
    Ken Moll
    IL Bar #6199874

MOLL LAW GROUP
22 W Washington Street, 15th Floor
Chicago, IL 60602
T: (312) 462-1700
F: (312) 756-0045
info@molllawgroup.com

**COUNSEL FOR PLAINTIFF**