# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| Bette Kraiterman v. Sanofi-Aventis, US LLC, et al. | Civil Action No.: 2:19-cv-13858 |

**AMENDED SHORT FORM COMPLAINT (Effective as of May 13, 2020)[1]**

    Plaintiff(s) incorporate by reference the Second Amended Master Long Form Complaint and Jury Demand filed in the above referenced case on September 27, 2018 (Doc. 4407). Pursuant to Pretrial Order No. 15, this [Original/Amended] Short Form Complaint adopts allegations and encompasses claims as set forth in the Second Amended Master Long Form Complaint against Defendant(s).

    Plaintiff(s) further allege as follows:

1. Plaintiff:
   Bette Kraiterman

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

3. Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

4. Current State of Residence: Massachusetts

5. State in which Plaintiff(s) allege(s) injury: Massachusetts

---

[1] This version of the Short Form Complaint supersedes all prior versions of the form pursuant to Pretrial Order No. 73A. This Court-approved version of the Short Form Complaint is available on the Court's Taxotere webpage and through MDL Centrality.

1

6. Defendants (check all Defendants against whom a Complaint is made):

   a. Taxotere Brand Name Defendants

   ☐ A. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.
   ☐ B. Sanofi-Aventis U.S. LLC

   b. Other Brand Name Drug Sponsors, Manufacturers, Distributors

   ☐ A. Sandoz Inc.
   ☐ B. Accord Healthcare, Inc.
   ☐ C. McKesson Corporation d/b/a McKesson Packaging
   ☐ D. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.
   ☐ E. Hospira, Inc.
   ☐ F. Sun Pharma Global FZE
   ☐ G. Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.
   ☐ H. Pfizer Inc.
   ☐ I. Actavis LLC f/k/a Actavis Inc.
   ☐ J. Actavis Pharma, Inc.
   ☐ K. Sagent Pharmaceuticals, Inc.
   ☒ L. Other:

   Sanofi-Aventis U.S., LLC, individually and d/b/a Winthrop U.S.

7. Basis for Jurisdiction:

   ☒ Diversity of Citizenship
   ☐ Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

2

8. Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

United States District Court for the District of Massachusetts - Eastern Division

9. Brand Product(s) used by Plaintiff (check applicable):

- [x] A. Taxotere
- [ ] B. Docefrez
- [ ] C. Docetaxel Injection
- [ ] D. Docetaxel Injection Concentrate
- [ ] E. Unknown
- [ ] F. Other:

10. First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

November 3, 2017 to January 26, 2018

11. State in which Product(s) identified in question 9 was/were administered:

Massachusetts

3

12. Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> Hair loss, permanent alopecia

13. Counts in Master Complaint brought by Plaintiff(s):

   ☒ Count I – Strict Products Liability – Failure to Warn
   ☒ Count III – Negligence
   ☒ Count IV – Negligent Misrepresentation
   ☒ Count V – Fraudulent Misrepresentation
   ☒ Count VI – Fraudulent Concealment
   ☒ Count VII – Fraud and Deceit

   ☒ Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) include additional theories of recovery, for example, applicable state law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

> Additional Factual Allegations: Beginning January 28, 2018 through November 2018, Plaintiff spoke with her oncologist, Dorcas Chi, MD, and oncology nurse, Melissa Richards, regarding the loss of her hair, eyebrows, eyelashes and body hair. Between January 2018 and November 2018, Dr. Chi told Plaintiff repeatedly to be patient and that her hair would grow back. Plaintiff began taking Biotin and using Nioxin products in January 2018, but has not seen any hair growth.

4

14. Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

               By:   /s/ Leslie LaMacchia: TX# 24048602
                      Adam Pulaski: TX# 16385800
                      Pulaski Kherkher, PLLC
                      2925 Richmond, Suite 1725
                      Houston, TX 77098
                      Tel: (713) 664-4555
                      Fax: (713) 664-7543
                      llamacchia@pulaskilawfirm.com
                      adam@pulaskilawfirm.com