UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Saundra Phillips v. Sanofi-Aventis, US LLC, et al.;* *Case No. 2:17-cv-15611* | : : : | |

**ORDER GRANTING MOTION FOR LEAVE TO FILE**
**AMENDED SHORT FORM COMPLAINT**

Upon Plaintiff's Motion for Leave to file an Amended Complaint and for good cause

shown, it is hereby Ordered that the Plaintiffs may file the Amended Short Form Complaint

attached as Exhibit A to Plaintiff's Motion.


SO ORDERED this____day of_____, 2021


_____
Hon. Jane Triche Milazzo

1