UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |
| THIS DOCUMENT RELATES TO: | | |
| *Latonja Robinson-Williams v. Hospira, Inc. et al.;*<br>Case No. 2:17-cv-16035 | | |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

**NOW COMES** Plaintiff, Latonja Robinson-Williams, by and through the undersigned counsel, who respectfully brings this Motion pursuant to 15(a)(2) of the Federal Rules of Civil Procedure. Plaintiff hereby moves for leave to file an Amended Short Form Complaint, as attached hereto as Exhibit A.

Plaintiff's counsel conferred with counsel for Hospira, Inc., who agreed, in the interest of judicial economy, not to oppose the motion for leave to amend, with the understanding and agreement that Hospira, Inc., reserve their rights to assert all defenses, including jurisdictional defenses and defenses based on statute of limitations, at another stage in this lawsuit.

Dated: January 15, 2021

Respectfully submitted,

**PULASKI KHERKHER, PLLC**
/s/ *Leslie LaMacchia*
Leslie LaMacchia
Adam Pulaski
2925 Richmond, Suite 1725
Houston, TX 77098
Tel: (713) 664-4555
Fax: (713) 664-7543
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF COMPLIANCE**

In compliance with Local Rule 7.6, Defendant Liaison Counsel has been contacted, and Defendants did not indicate any opposition to the relief requested.

## **CERTIFICATE OF SERVICE**

I certify that on January 15, 2021, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

                    /s/ *Leslie LaMacchia*
                    Leslie LaMacchia