# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| Linda Windham v. Sanofi-Aventis U.S. LLC, et al. | Civil Action No.: 2:18-cv-13279 |

<u>**AMENDED SHORT FORM COMPLAINT (Effective as of May 13, 2020)[1]**</u>

Plaintiff(s) incorporate by reference the Second Amended Master Long Form Complaint and Jury Demand filed in the above referenced case on September 27, 2018 (Doc. 4407). Pursuant to Pretrial Order No. 15, this [Original/Amended] Short Form Complaint adopts allegations and encompasses claims as set forth in the Second Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1.  Plaintiff:
    Linda Windham

2.  Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

3.  Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

4.  Current State of Residence: Tennessee

5.  State in which Plaintiff(s) allege(s) injury: Tennessee

---

[1] This version of the Short Form Complaint supersedes all prior versions of the form pursuant to Pretrial Order No. 73A. This Court-approved version of the Short Form Complaint is available on the Court's Taxotere webpage and through MDL Centrality.

6.      Defendants (check all Defendants against whom a Complaint is made):

    a.      Taxotere Brand Name Defendants

        ☐  A.      Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

        ☐  B.      Sanofi-Aventis U.S. LLC

    b.      Other Brand Name Drug Sponsors, Manufacturers, Distributors

        ☒  A.      Sandoz Inc.

        ☐  B.      Accord Healthcare, Inc.

        ☐  C.      McKesson Corporation d/b/a McKesson Packaging

        ☒  D.      Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

        ☒  E.      Hospira, Inc.

        ☐  F.      Sun Pharma Global FZE

        ☐  G.      Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

        ☐  H.      Pfizer Inc.

        ☐  I.      Actavis LLC f/k/a Actavis Inc.

        ☐  J.      Actavis Pharma, Inc.

        ☐  K.      Sagent Pharmaceuticals, Inc.

        ☐  L.      Other:

7.      Basis for Jurisdiction:

    ☒  Diversity of Citizenship

    ☐  Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8.      Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

> United States District Court for the Middle District of Tennessee - Nashville Division

9.      Brand Product(s) used by Plaintiff (check applicable):

- [ ] A.      Taxotere
- [ ] B.      Docefrez
- [x] C.      Docetaxel Injection
- [ ] D.      Docetaxel Injection Concentrate
- [ ] E.      Unknown
- [ ] F.      Other:

10.     First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

> March 6, 2015 to June 8, 2015

11.     State in which Product(s) identified in question 9 was/were administered:

> Tennessee

12.     Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

| |
|---|
| Hair loss, permanent alopecia |

13.     Counts in Master Complaint brought by Plaintiff(s):

☒     Count I – Strict Products Liability – Failure to Warn
☒     Count III – Negligence
☒     Count IV – Negligent Misrepresentation
☒     Count V – Fraudulent Misrepresentation
☒     Count VI – Fraudulent Concealment
☒     Count VII – Fraud and Deceit

☒     Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) include additional theories of recovery, for example, applicable state law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

| |
|---|
| See attached page (Page 6) |

4

14. Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

By:  /s/ Leslie LaMacchia: TX# 24048602
Adam Pulaski: TX# 16385800
Pulaski Kherkher, PLLC
2925 Richmond, Suite 1725
Houston, TX 77098
Tel: (713) 664-4555
Fax: (713) 664-7543
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com

**Additional Factual Allegations:** Six months after completing chemotherapy treatment Plaintiff complained to her oncologist, Karl Rogers, MD about her hair not growing back.  Dr. Rogers assured her that her hair would grow back.  Dr. Rogers repeated this claim at all follow up visits every six months.  Plaintiff has complained to many friends and relatives about her lack of hair growth. Since December 2016 she has complained to friend Christie Pogue, friend Melissa Waits, niece Caylee Steward, sister Dr. Susan Young, friend Julie Rainey, Michell Reuter, who sells Monday Hair growth products, friend and nurse Laura Beth Frey and friend Joanne Pogue. Plaintiff has tried many different over the counter hair growth products without any positive results, including Rogaine, Monet, Venagen, and Keratage.  Plaintiff also visited We Grow Hair PAI Medical Group, in Brentwood, TN to inquire about hair transplants, however Plaintiff does not have the financial means to pay for the transplants.