UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                              MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)
THIS DOCUMENT RELATES TO:

**Kristina Kuvin vs. Sanofi US Services Inc, et al., Case No.2:17-cv-10918**

**PLAINTIFF'S EX PARTE/CONSENT MOTION FOR LEAVE
TO FILE AMENDED SHORT FORM COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Kristina Kuvin, who, pursuant to the attached Memorandum in Support, respectfully requests leave to file the attached proposed Amended Short Form Complaint.

Pursuant to PTO 37A and Local Rule 7.6, undersigned counsel contacted defense counsel at least 14 days prior to the filing of this Motion and defense counsel does not oppose the Motion.

WHEREFORE, Plaintiff prays that she be granted leave to file the attached proposed Amended Short Form Complaint.

Dated: January 15, 2021      /s/Panagiotis V. Albanis
                             Panagiotis "Pete" V. Albanis (FL Bar No. 77354)
                             Morgan & Morgan – Complex Litigation Group
                             12800 University Drive, Suite 600
                             Fort Myers, FL 33907
                             239-433-6880 – T
                             239-433-6836 – F
                             palbanis@forthepeople.com
                             **Counsel for Plaintiff**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Panagiotis V. Albanis