**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |

SECTION "H" (5)
THIS DOCUMENT RELATES TO:

*Cassandra Williams vs. Sanofi US Services Inc., et al. Case No. 2:18-cv-02651*

**PLAINTIFF'S EX PARTE/CONSENT MOTION FOR LEAVE**
**TO FILE AMENDED SHORT FORM COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Cassandra Williams, who, pursuant to the attached Memorandum in Support, respectfully requests leave to file the attached proposed Amended Short Form Complaint.

Pursuant to PTO 37A and Local Rule 7.6, undersigned counsel contacted defense counsel at least 14 days prior to the filing of this Motion and defense counsel does not oppose the Motion.

WHEREFORE, Plaintiff prays that she be granted leave to file the attached proposed Amended Short Form Complaint.

| | |
|---|---|
| Dated: January 15, 2021 | */s/Panagiotis V. Albanis*<br>Panagiotis "Pete" V. Albanis (FL Bar No. 77354)<br>Morgan & Morgan – Complex Litigation Group<br>12800 University Drive, Suite 600<br>Fort Myers, FL 33907<br>239-433-6880 – T<br>239-433-6836 – F<br>palbanis@forthepeople.com<br>**Counsel for Plaintiff** |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Panagiotis V. Albanis
