**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | **MDL NO. 2740** |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | **SECTION "N" (5)** |
| | : | **JUDGE JANE TRICHE MILAZZO** |
| SANDRA BURRIS | : | **MAG. JUDGE NORTH** |
| | : | |
| | : | |
| | : | |
| Plaintiff(s), | : | |
| | : | **Civil Action No.:** 2:17-CV-03715 |
| vs. | : | |
| | : | |
| HOSPIRA, INC., | : | |
| HOSPIRA WORLDWIDE, LLC F/K/A | : | **PLAINTIFF'S MOTION FOR** |
| HOSPIRA WORLDWIDE, INC., and | : | **LEAVE TO FILE** |
| PFIZER, INC., | : | **SECOND AMENDED COMPLAINT** |
| | : | **PURSUANT TO** |
| Defendant(s). | : | **PTO 105 [UNOPPOSED]** |
| ------------------------------------------------------------ | : | |

**PLAINTIFF'S [UNOPPOSED] MOTION FOR LEAVE TO FILE AMENDED**
**COMPLAINT PURSUANT TO PTO 105**

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiff respectfully move the Court for leave to File the attached Amended Complaint to Amend the Factual Allegations pursuant to PTO 105. Plaintiff has adhered to the Court's meet and confer procedure and Defendants have raised no objections to the amended facts contained herein.

Rule 15 provides that "a party may amend its pleading [with] the court's leave" and that "[t]he court should freely give leave when justice so requires." Fed.R.Civ.P. 15(a)(2). Plaintiff moves to file the Second Amended Complaint within the time permitted by the Court in PTO No. 105 [Doc. No. 10338] and Stipulation Regarding PTO No. 105 [Doc. No. 11347] which requires amended complaints to be filed by no later than January 15, 2021.

**AMENDMENTS TO COMPLAINT**

1.    PTO 105 FACTUAL ALLEGATIONS

1.  Between March 26, 2013 and May 2, 2014, Ms. Burris received six (6) doses of Taxotere.  After each infusion, Ms. Burris asked the infusion nurse if her hair would regrow.  At each infusion, Ms. Burris had a different infusion nurse.  Each infusion nurse told her it would grow back.  The infusion nurses did not tell her how long it would take to grow back.

2.  Prior to receiving her Taxotere infusions, Ms. Burris received a pamphlet stating "hair generally starts to regrow soon after treatment is completed.".

For all these reasons, Plaintiff respectfully requests that the Court grant Plaintiff leave to file the attached Second Amended Complaint.  Attached as an Exhibit is the proposed Second Amended Short Form Complaint. Also attached is a proposed Order.

DATED: January 15, 2021                    Respectfully submitted,


                                           By:

                                           /s/ Terence J. Sweeney, Esq.
                                           Terence J. Sweeney, Esq.
                                           Law Offices of Terence J. Sweeney, Esq.
                                           44 Fairmount Avenue
                                           Suite 1
                                           Chatham, New Jersey  07928
                                           Telephone: (973) 665-0400
                                           Facsimile:  (973) 665-0401
                                           *Attorneys for the Plaintiff Sandra Burris*

## <u>CERTIFICATE OF SERVICE</u>

I certify that, on the date set forth below, the foregoing PLAINTIFF'S [UNOPPOSED]

MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO PTO 105 was

filed electronically and was furnished by operation of the Court's Electronic Case Filing System

on counsel of record in case No. 2:16-MD-2740, on this 15th day of January, 2021.


Dated:   Chatham, New Jersey
         January 15, 2021

                               Law Offices of Terence J. Sweeney, Esq.

                               By:      s/    Terence J. Sweeney
                                           Terence J. Sweeney
                                           44 Fairmount Avenue
                                           Suite One
                                           Chatham, New Jersey 07928
                                           Telephone  (973) 665-0400
                                           Facsimile   (973) 665-0401
                                           Attorneys for the plaintiff Sandra Burris