## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | : | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION "N"(5)** |
| | : | **JUDGE ENGELHARDT** |
| Sandra Burris | : | **MAG. JUDGE NORTH** |
| _____, | : | |
| | : | **COMPLANT & JURY DEMAND** |
| Plaintiff(s), | : | **Civil Action No.:** 2:17-cv-03715 |
| vs. Pfizer, Inc., | : | |
| Hospira Worldwide Inc., and | : | |
| Hospira Inc. | : | |
| | : | |
| _____, | : | |
| | : | |
| Defendant(s). | : | |
| ---------------------------------------------------------- : | | |

### Second Amended <u>**SHORT FORM COMPLAINT**</u>

Plaintiff(s) incorporate by reference the Master Long Form Complaint and Jury Demand filed in the above-referenced case on March 31, 2017. Pursuant to Pretrial Order No. 15, this Short Form Complaint adopts allegations and encompasses claims as set forth in the Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1.   Plaintiff:   Sandra Burris

_____

2.   Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

_____

3.      Other type of Plaintiff and capacity (i.e., administrator, executor, guardian,

        conservator):

        _____

4.      Current State of Residence: _____ Oklahoma _____

5.      State in which Plaintiff(s) allege(s) injury: ____ Oklahoma and Texas ____

6.      Defendants (check all Defendants against whom a Complaint is made):

        a.      Taxotere Brand Name Defendants

                ☐   A.      Sanofi S.A.

                ☐   B.      Aventis Pharma S.A.

                ☐   C.      Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

                ☐   D.      Sanofi-Aventis U.S. LLC

        b.      Other Brand Name Drug Sponsors, Manufacturers, Distributors

                ☐   A.      Sandoz, Inc.

                ☐   B.      Accord Healthcare, Inc.

                ☐   C.      McKesson Corporation d/b/a McKesson Packaging

                ☒   D.      Hospira Worldwide Inc.

                ☒   E.      Hospira Inc

                ☐   F.      Sun Pharma Global FZE

                ☐   G.      Sun Pharma Global Inc.

                ☐   H.      Caraco Pharmaceutical Laboratories Ltd.

                ☒   I.      Pfizer Inc.

                ☐   J.      Allergan Finance LLC f/k/a Actavis Inc.

                ☐   K.      Actavis Pharma Inc.

☐     L.     Other:

7.     Basis for Jurisdiction:

      ☒     Diversity of Citizenship

      ☐     Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8.     Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

> Eastern District of Oklahoma

9.     Brand Product(s) used by Plaintiff (check applicable):

      ☐     A.     Taxotere

      ☐     B.     Docefrez

      ☒     C.     Docetaxel Injection

      ☐     D.     Docetaxel Injection Concentrate

      ☐     E.     Unknown

      ☐     F.     Other:

10.     First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

> March 2013 through May 2014

11.     State in which Product(s) identified in question 9 was/were administered:

> Texas

12.     Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> Loss of hair; see attached addendum

13.     Counts in Master Complaint brought by Plaintiff(s):

[x] Count I – Strict Products Liability - Failure to Warn
[x] Count II – Strict Products Liability for Misrepresentation
[x] Count III – Negligence
[x] Count IV – Negligent Misrepresentation
[x] Count V – Fraudulent Misrepresentation
[x] Count VI – Fraudulent Concealment
[x] Count VII – Fraud and Deceit
[x] Count VIII – Breach of Express Warranty (Sanofi Defendants only)

[ ] Other:  Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

14.    Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s),
        Email Address(es) and Mailing Address(es) representing Plaintiff(s):

By:

Terence J. Sweeney, Esq.
(NJ Bar Admission No.037631987)
Law Offices of Terence J. Sweeney, Esq.
44 Fairmount Avenue
Suite One
Chatham, NJ  07928
Telephone (973) 665-0400
Telecopier (973) 665-0401
Sweeneylawfirm@optonline.net

ADDENDUM TO SECOND AMENDED COMPLAINT

Par. 12        Between March 26, 2013 and May 2, 2014, Ms. Burris received six (6) doses of Taxotere.  After each infusion, Ms. Burris asked the infusion nurse if her hair would regrow.  At each infusion, Ms. Burris had a different infusion nurse.  Each infusion nurse told her it would grow back.  The infusion nurses did not tell her how long it would take to grow back.

Prior to receiving her Taxotere infusions, Ms. Burris received a pamphlet stating "hair generally starts to regrow soon after treatment is completed."