UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION : | MDL NO. 2740 |
| : | |
| : | SECTION "N" (5) |
| : | JUDGE JANE TRICHE MILAZZO |
| SANDRA BURRIS : | MAG. JUDGE NORTH |
| : | |
| Plaintiff(s), : | Civil Action No.: 2:17-CV-03715 |
| vs. : | |
| HOSPIRA, INC. and : | |
| HOSPIRA WORLDWIDE, LLC F/K/A : | ORDER GRANTING |
| HOSPIRA WORLDWIDE, INC., and : | PLAINTIFF'S MOTION FOR |
| PFIZER, INC., : | LEAVE TO FILE |
| : | SECOND AMENDED COMPLAINT |
| Defendant(s). : | PURSUANT TO |
| ----------------------------------------------------------- : | PTO 105 |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO PTO 105**

AND NOW, on this _____ day of _____, 2021, upon consideration of Plaintiff's Unopposed Motion for Leave to File a Second Amended Short Form Complaint pursuant to PTO 105, it is hereby ORDERED that Plaintiff's Motion is GRANTED.

BY THE COURT:

_____
HON. JANE TRICHE MILAZZO
United States District Judge

1