# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| STACEY HICKMAN, as Administratrix of the Estate of Roxanne Cross Stilts, Deceased, | HON. JANE T. MILAZZO |
| Plaintiff(s), | AMENDED COMPLAINT AND JURY DEMAND |
| vs. | Civil Action No.: 19-cv-01606 |
| SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC., and SANOFI-AVENTIS U.S. LLC, | |
| Defendant(s). | |

**FIRST AMENDED SHORT FORM COMPLAINT (Effective as of May 13, 2020)[1]**

Plaintiff(s) incorporate by reference the Amended Master Long Form Complaint and Jury Demand filed in the above-referenced case on July 25, 2017. Pursuant to Pretrial Order No. 15, this Amended Short Form Complaint adopts allegations and encompasses claims as set forth in the Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1. Plaintiff:

   Stacey Hickman

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

   N/A

3. Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

---

[1] This version of the Short Form Complaint supersedes all prior versions of the form pursuant to Pretrial Order No. 73A. This Court-approved version of the Short Form Complaint is available on the Court's Taxotere webpage and through MDL Centrality.

1

Administratrix of the Estate of Roxanne Cross Stilts, Deceased

4. Current State of Residence: <u>Kentucky</u>

5. State in which Plaintiff(s) allege(s) injury: <u>Kentucky</u>

6. Defendants (check all Defendants against whom a Complaint is made):

    a. Taxotere Brand Name Defendants

        ☒ A. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

        ☒ B. Sanofi-Aventis U.S. LLC

    b. Other Brand Name Drug Sponsors, Manufacturers, Distributors

        ☐ A. Sandoz Inc.

        ☐ B. Accord Healthcare, Inc.

        ☐ C. McKesson Corporation d/b/a McKesson Packaging

        ☐ D. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

        ☐ E. Hospira, Inc.

        ☐ F. Sun Pharma Global FZE

        ☐ G. Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

        ☐ H. Pfizer Inc.

        ☐ I. Actavis LLC f/k/a Actavis Inc.

        ☐ J. Actavis Pharma, Inc.

        ☐ K. Sagent Pharmaceuticals, Inc.

        ☐ L. Other:

7. Basis for Jurisdiction:

    ☒ Diversity of Citizenship
    ☐ Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8. Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

> Western District of Kentucky
>
> Bowling Green Division

9. Brand Product(s) used by Plaintiff (check applicable):

   ☒ A. Taxotere
   ☐ B. Docefrez
   ☐ C. Docetaxel Injection
   ☐ D. Docetaxel Injection Concentrate
   ☐ E. Unknown
   ☐ F. Other:

10. First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

> From October 21, 2010 to December 1, 2010

11. State in which Product(s) identified in question 9 was/were administered:

> Kentucky

3

12. Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> Permanent, persistent loss and/or thinning of hair on the top, sides, and back of head and face (including eyebrows and eyelashes), continuing through the present.

13. Counts in Master Complaint brought by Plaintiff(s):

    ☒ Count I – Strict Products Liability – Failure to Warn
    ☒ Count III – Negligence
    ☒ Count IV – Negligent Misrepresentation
    ☒ Count V – Fraudulent Misrepresentation
    ☒ Count VI – Fraudulent Concealment
    ☒ Count VII – Fraud and Deceit

    ☒ Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) include additional theories of recovery, for example, applicable state law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

> Plaintiff Stacey Hickman brings this action and all claims asserted herein, as Administratrix of the Estate of her deceased mother, Roxanne Cross Stilts, pursuant to Ky. Rev. Stat. Ann. § 411.140, which provides: "No right of action for personal injury or for injury to real or personal property shall cease or die with the person injuring or injured, except actions for slander, libel, criminal conversation, and so much of the action for malicious prosecution as is intended to recover for the personal injury. For any other injury an action may be brought or revived by the personal representative, or against the personal representative, heir or devisee, in the same manner as causes of action founded on contract."
>
> Roxanne Cross Stilts passed away on November 30, 2018. A petition for the administration of her estate was filed in District Court of Warren County, Kentucky, on December 27, 2018. Stacey Hickman was appointed as the Administratrix of the estate on January 15, 2019.
>
> ==Factual Allegations:==
>
> ==Roxanne Stilts researched and tried various remedies that could assist with the regrowth of her hair, including Nioxin and Keranique shampoo and conditioners and==

> Keranique spray products, as well as other hair growth shampoos. Stilts began trying these remedies in 2010 and continued until her death on November 30, 2018.
>
> Stilts discussed that her hair had not returned with both of her oncologists, Dr. Heltsley in 2010 and Dr. Nathoo sometime in 2012, but both told her to continue to wait for the regrowth.

14. Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

By: /s/   *Jane L. Calamusa*
One of the Attorneys for the Plaintiff(s)
Jane L. Calamusa
ASB-5640-A26C
ROSEN HARWOOD, P.A.
2200 Jack Warner Parkway, Suite 200
Tuscaloosa, Alabama 35401
(205) 344-5000