# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| *Hickman v. Sanofi US Services, Inc. and Sanofi-Aventis U.S. LLC,* 19-01606 | |

## ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINTS

This matter is before the Court on Plaintiffs' Unopposed Motion for leave to File Amended Complaint. The Court has reviewed the file and pleadings in this matter and the Court finds that the motion is unopposed and therefore grants the Motion for Leave to File Amended Complaints and orders that the Amended Short Form Complaints be docketed in this matter.

DATED this _____ day of _____, 2021.

_____
Judge Jane T. Milazzo
United States District Court Judge