UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCT LIABILITY LITIGATION | MDL NO: 2740 |
| | SECTION: "H" (5) |
| NATIVIDAD ROSADO<br><br>Plaintiff,<br><br>v. | JUDGE JANE TRICHE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS EXCEPT ACCORD HEALTHCARE, INC., HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC., and HOSPIRA, INC.** |
| SANOFI US SERVICES INC. et al<br><br>Defendants. | Civil Case No: 2:19-cv-12722 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff dismisses with prejudice Sanofi US Services Inc f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Sandoz Inc., McKesson Corporation d/b/a McKesson Packaging, Pfizer Inc., Actavis LLC f/k/a Actavis Inc., Actavis Pharma, Inc., Sagent Pharmaceuticals, Sun Pharma Global FZE, Sun Pharmaceutical Industries, Inc., f/k/a Caraco Pharmaceutical Laboratories Ltd., and Winthrop US. The aforementioned Defendants have not filed an answer in this action or filed a motion for summary judgment. Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Voluntary Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 15th day of January 2021         Respectfully submitted,

                                            RAY HODGE & ASSOCIATES, L.L.C.


                                             s/ Ryan E. Hodge            
                                            Ryan E. Hodge, #16180
                                            8558 W. 21st St. N., Ste. 300
                                            Wichita, KS 67205
                                            (316) 269-1414
                                            (316) 263-6019 (fax)
                                            Attorney for Plaintiff


## CERTIFICATE OF SERVICE

     I hereby certify that on January 15, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: January 15, 2021                     s/ Ryan E. Hodge            
                                            Ryan E. Hodge, #16180