**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCT LIABILITY LITIGATION | MDL NO: 2740 |
| | SECTION: "H" (5) |
| NATIVIDAD ROSADO | |
| Plaintiff, | JUDGE JANE TRICHE MILAZZO MAG. JUDGE NORTH |
| v. | **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO PTO 105** |
| HOSPIRA, INC., and HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC. and ACCORD HEALTHCARE, INC. | Civil Case No: 2:19-cv-12722 |
| Defendants. | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE
AMENDED COMPLAINT PURSUANT TO PTO 105**

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiff respectfully moves the Court for leave to file the attached Amended Complaint to Amend her Factual Allegations pursuant to PTO 105. Plaintiff has adhered to the Court's meet and confer procedure and Defendants have no objections to the amended facts contained herein.

Rule 15 provides that "a party may amend its pleading [with] the court's leave" and that "[t]he court should freely give leave when justice so requires." Fed.R.Civ.P. 15(a)(2). Plaintiff moves to file the attached Amended Complaint within the time permitted by the Court in the PTO No. 105 [Doc. No. 10338] and Stipulation Regarding PTO No. 105 [Doc. No. 11347].

**AMENDMENTS TO COMPLAINT**

1.      PTO FACTUAL ALLEGATIONS

| First PTO 105 Attempt | Second PTO 105 Attempt |
|---|---|
| Permanent, irreversible and disfiguring alopecia and hair thinning beginning after chemotherapy treatment with Taxotere (Docetaxel) in 2011 and continuing to present. Plaintiff believed that her hair loss would be temporary and was uncertain as to when her hair would begin to grow back after chemotherapy. Following her chemotherapy treatment, Plaintiff spoke to a nurse at her oncologist Dr. Evelyn Mendoza MD's office. She was told to give it time, her hair would grow back.  Plaintiff saw an advertisement about Taxotere and hair loss in early November of 2017. | Permanent, irreversible and disfiguring alopecia and hair thinning beginning after treatment with Taxotere (Docetaxel) in 2011 and continuing to present. Following her chemotherapy treatment in late 2011 or early 2012, Plaintiff spoke to a nurse at her oncologist Dr. Evelyn Mendoza MD's office. The nurse told her to give it time and that her hair would grow back. Plaintiff cannot recall the exact date of this conversation, but she does recall it was during one of her follow-up visits in late 2011 or early 2012. Plaintiff saw an advertisement about Taxotere and hair loss in early November of 2017. |

        For the reasons stated herein, Plaintiff respectfully requests that the Court grant Plaintiff

leave to file the attached Amended Complaint.


Dated this 15$^h$ day of January 2021                          Respectfully submitted,

                                                              RAY HODGE & ASSOCIATES, L.L.C.

                                                                s/ Ryan E. Hodge
                                                              Ryan E. Hodge, #16180
                                                              8558 W. 21st St. N., Suite 300
                                                              Wichita, KS 67205
                                                              (316) 269-1414
                                                              (316) 263-6019 (fax)
                                                              Attorney for Plaintiff




**CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, the foregoing PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO PTO 105 was filed electronically with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: January 15, 2021                              s/ Ryan E. Hodge
                                                     Ryan Hodge

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCT LIABILITY LITIGATION | MDL NO: 2740 |
| NATIVIDAD ROSADO | SECTION: "H" (5) |
| Plaintiff, | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE NORTH |
| v. | **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO PTO 105** |
| HOSPIRA, INC., and HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC. and ACCORD HEALTHCARE, INC. | Civil Case No: 2:19-cv-12722 |
| Defendants. | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO PTO 105**

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiff's Motion for Leave to File Amended Complaint Pursuant to PTO 105 in the above captioned matter.

SO ORDERED this _____day of _____, 2021.

_____
JUDGE, UNITED STATES DISTRICT COURT