# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| *Miller v. Hospira Worldwide, LLC and Hospira, Inc.*, 19-11613 | |

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS

Plaintiff, through undersigned counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), Pretrial Order 37A, and Pretrial Order 105, respectfully moves the Court for leave to file an amended complaint in the above-listed cases. The above-listed case contains minor amendments to Paragraph 13 of the Short Form Complaint.

Consent was sought from Defendants and given in writing pursuant to Local Rule 7.6. Therefore, Plaintiff respectfully requests the Court grant her motion and docket the proposed amended short form complaint.

Dated this 15th day of January, 2021.

By: /s/   Jane L. Calamusa
One of the Attorneys for the Plaintiff(s)
Jane L. Calamusa
ASB-5640-A26C
ROSEN HARWOOD, P.A.
2200 Jack Warner Parkway, Suite 200
Tuscaloosa, Alabama 35401
(205) 344-5000

## **PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS**

I certify that a copy of the above pleading has been sent to counsel of record for all parties via electronic filing through the CM/ECF system.

 Dated this 15th day of January, 2021.

                */s/ Jane L. Calamusa*
                Jane L. Calamusa