UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH <br><br> **AGREED MOTION TO WITHDRAW DOCUMENTS** |
| THIS DOCUMENT RELATES TO | : | Civil Action No.: 2:18-cv-14330 |

Counsel for the above-referenced Plaintiff moves for this Court's order withdrawing the document identified below. In that document, counsel inadvertently dismissed Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. Accordingly, Plaintiff respectfully requests that the following document be withdrawn from the Court's docket:

Document No. 6477    *filed March 8, 2019*    Plaintiff Bertha Johnson

Wherefore, Plaintiff moves for the issuance of this Court's Order withdrawing the document identified above from the Court's docket.

Dated January 15, 2021

1

Respectfully submitted,

**ROBERTS & ROBERTS**

By: */s/ Justin C. Roberts*
JUSTIN C. ROBERTS
Texas Bar No. 24079221
Email: justin@robertslawfirm.com
ROBERTS & ROBERTS
118 West Fourth Street
Tyler, TX 75701-4000
Ph: (903) 597-6655
Fax: (903) 597-1600

***Attorney for Plaintiffs***

CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: January 15, 2021

    */s/ Justin C. Roberts*
ROBERTS & ROBERTS