# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANDOZ INC.** |
| THIS DOCUMENT RELATES TO | : | Civil Action No.: 2:18-cv-14330 |

## ORDER

This matter comes before the Court on the plaintiff's Agreed Motion to Withdraw Documents. Being sufficiently advised, and for good cause, the Court hereby orders, adjudges, and decrees that the following document shall be withdrawn from the docket.

Document No. 6477     *filed March 8, 2019*     Plaintiff Bertha Johnson

Dated: _____, 2021     _____
                                     Judge Milazzo
                                     United States District Judge

1