# Exhibit A

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| *SHARON DECATUR-DOXIE, an Individual, and her spouse, ANTHONY DOXIE v. SANOFI U.S. SERVICES, INC. f/k/a Sanofi-Aventis U.S. Inc., et al., Sanofi-Aventis U.S. LLC, et al., EDLA No. 17-17045* | |

**AMENDED SHORT FORM COMPLAINT (Effective as of May 13, 2020)[1]**

Plaintiff(s) incorporate by reference the Second Amended Master Long Form Complaint and Jury Demand filed in the above referenced case on September 27, 2018 (Doc. 4407). Pursuant to Pretrial Order No. 15, this Amended Short Form Complaint adopts allegations and encompasses claims as set forth in the Second Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1.  Plaintiff:

    Sharon Decatur-Doxie

2.  Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

    Anthony Doxie

3.  Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

4.  Current State of Residence:    California

---

[1] This version of the Short Form Complaint supersedes all prior versions of the form pursuant to Pretrial Order No. 73A. This Court-approved version of the Short Form Complaint is available on the Court's Taxotere webpage and through MDL Centrality.

5.      State in which Plaintiff(s) allege(s) injury:_____California_____

6.      Defendants (check all Defendants against whom a Complaint is made):

        a.      Taxotere Brand Name Defendants

              ☒    A.      Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

              ☒    B.      Sanofi-Aventis U.S. LLC

        b.      Other Brand Name Drug Sponsors, Manufacturers, Distributors

              ☐    A.      Sandoz Inc.

              ☐    B.      Accord Healthcare, Inc.

              ☐    C.      McKesson Corporation d/b/a McKesson Packaging

              ☐    D.      Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

              ☐    E.      Hospira, Inc.

              ☐    F.      Sun Pharma Global FZE

              ☐    G.      Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

              ☐    H.      Pfizer Inc.

              ☐    I.      Actavis LLC f/k/a Actavis Inc.

              ☐    J.      Actavis Pharma, Inc.

              ☐    K.      Sagent Pharmaceuticals, Inc.

              ☒    L.      Other:

> Does 1-100; The true names, capacities and acts or omissions of Defendants sued as Does are unknown.

7.      Basis for Jurisdiction:

        ☒    Diversity of Citizenship
        ☐    Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8.    Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

| United States District Court, Northern District of California |
| --- |

9.    Brand Product(s) used by Plaintiff (check applicable):

☒    A.    Taxotere

☐    B.    Docefrez

☒    C.    Docetaxel Injection

☒    D.    Docetaxel Injection Concentrate

☒    E.    Unknown

☐    F.    Other:

|  |
| --- |
|  |

10.   First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

| April 2009 – July 2009 |
| --- |

11.   State in which Product(s) identified in question 9 was/were administered:

| California |
| --- |

12.     Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> Severe and personal injuries that are permanent and lasting in nature including and economic and non-economic damages harms and losses, including, but not limited to: past and future medical expenses; psychological counseling and therapy expenses; permanent disfigurement, including permanent alopecia; mental anguish; severe and debilitating emotional distress; increased risk of future harm; past, present and future physical and mental pain, suffering and discomfort; and past, present and future loss and impairment of the quality and enjoyment of life.

13.     Counts in Master Complaint brought by Plaintiff(s):

   ☒     Count I – Strict Products Liability – Failure to Warn
   ☒     Count III – Negligence
   ☒     Count IV – Negligent Misrepresentation
   ☒     Count V – Fraudulent Misrepresentation
   ☒     Count VI – Fraudulent Concealment
   ☒     Count VII – Fraud and Deceit

   ☒     Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below.  If Plaintiff(s) include additional theories of recovery, for example, applicable state law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

> **Alleged Facts**
> 1. Mrs. Decatur-Doxie began her treatment with Taxotere in June 2006.
> 2. Mrs. Decatur-Doxie was informed and advised before chemotherapy by her oncologist, Dr. Zuo Ming Huang, that chemotherapy generally and the individual chemotherapy drugs caused temporary hair loss, and that after discontinuing chemotherapy within a few months that her hair would come back, though it may have different texture, color, or thickness.
> 3. Within a year of stopping chemotherapy, Mrs. Decatur-Doxie spoke to her oncologists, Dr. Huang and Dr. Douglas Kaufman, about the hair loss at follow-up appointments.  She was told sometimes hair regrowth takes longer than expected.

4. During the discussions about Mrs. Decatur-Doxie's hair not regrowing as expected, Dr. Huang and Dr. Kaufman generally told Mrs. Decatur-Doxie that there was no explanation for her hair not growing back as expected.

5. Mrs. Decatur-Doxie's husband, Anthony Doxie, has suffered a loss of society (loss of consortium) as a direct result of Mrs. Decatur-Doxie's injuries.

14. Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

By: **ANDREWS & THORNTON**
By: */s/ Anne Andrews*
Anne Andrews (#103280)
John C. Thornton (#84492)
Andrews & Thornton
4701 Von Karman Ave, #300
Newport Beach, CA 92660
Telephone: (949) 748-1000
Email: taxotere@andrewsthornton.com
*Attorneys for Plaintiff*