UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | HON. JANE T. MILAZZO |
| THIS DOCUMENT RELATES TO:<br>Diane Doering v. SANOFI U.S. SERVICES, INC. f/k/a Sanofi-Aventis U.S. Inc, et al., EDLA No. 2:17-cv-15664 | Civil Action No.: 2:17-cv-15664 |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

NOW INTO COURT, through undersigned counsel, come Plaintiff, Diane Doering, who, pursuant to the attached Memorandum in Support, respectfully requests leave to file the attached proposed Amended Short Form Complaint (Exhibit A).

Plaintiff's counsel has conferred with Liaison Counsel for the Defendant(s) and understands these Defendant(s) oppose Plaintiff's request.

WHEREFORE, Plaintiff prays that she be granted leave to file the attached proposed Amended Short Form Complaint.

Dated this 15th day of January 2021.

By: s/John C. Thornton
ANDREWS & THORNTON
4701 Von Karman Ave.,Suite 300
Newport Beach, CA 92660
Telephone: (949) 748-1000
Facsimile: (949) 3115-3540
Email: taxotere@andrewsthornton.com

Attorney for Plaintiff

1

## CERTIFICATE OF SERVICE

  I hereby certify that on January 15, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                By: <u>s/John C. Thornton</u>
                John C. Thornton