UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> HON. JANE T. MILAZZO |
| THIS DOCUMENT RELATES TO: <br> Gladis Jefferson v. SANOFI U.S. SERVICES, INC. f/k/a Sanofi-Aventis U.S. Inc, et al., EDLA No. 2:17-cv-15669 | Civil Action No.: 2:17-cv-15669 |

## NOTICE OF SUBMISSION

TO:   ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to File Amended Short Form Complaint will come before the Court for submission on the 24th day of February 2021 at 9:30 a.m.

Dated this 15th day of January 2021.

By: s/John C. Thornton
ANDREWS & THORNTON
4701 Von Karman Ave.,Suite 300
Newport Beach, CA 92660
Telephone: (949) 748-1000
Facsimile: (949) 3115-3540
Email: taxotere@andrewsthornton.com

Attorney for Plaintiff

1

## CERTIFICATE OF SERVICE

      I hereby certify that on January 15, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                          By: s/John C. Thornton
                                          John C. Thornton