## BEFORE THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>Mary Copeland v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al.<br><br>Civil Action No.: **2:16-cv-17095** | |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED SHORT FORM COMPLAINT

Upon Plaintiff's Unopposed Motion for Leave to File an Amended Short Form Complaint and for good cause shown, it is hereby Ordered that the Plaintiff's Second Amended Short Form Complaint attached as Exhibit A to Plaintiff's Motion be entered into the docket by the Clerk of Court.

New Orleans, Louisiana, this _____ day of _____, 2021.

                                                             _____
                                                             Honorable Jane Triche Milazzo
                                                             United States District Court Judge