BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>Doris Bethea v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al.<br><br>Civil Action No.: 2:17-cv-10796 | **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED SHORT FORM COMPLAINT** |

**NOW COMES** Plaintiffs Doris Bethea and Jimmy Bethea, by and through counsel, who respectfully bring this Motion pursuant to 15(a)(2) of the Federal Rules of Civil Procedure and Pretrial Order No. 105. Plaintiffs seek leave of Court to file a Second Amended Short Form Complaint, as attached hereto as Exhibit A and amend the complaint to include additional factual allegations specific and individual to Plaintiff's treatment for the reasons set forth in Plaintiff's Memorandum filed in support of this Motion.

Dated this 15th day of January, 2021

Respectfully submitted,

GOMEZ TRIAL ATTORNEYS

/s/Lindsay R Stevens
Lindsay R. Stevens (CA Bar # 256811)
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
*lstevens@thegomezfirm.com*

*Attorney for Plaintiff*