# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| *Doris Bethea v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.; Sanofi-Aventis U.S. LLC,; Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.; Hospira, Inc.; Sun Pharma Global FZE; Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.* | |

**EDLA No. 2:17-cv-10796**

### SECOND AMENDED SHORT FORM COMPLAINT (Effective as of May 13, 2020)[1]

Plaintiff(s) incorporate by reference the Second Amended Master Long Form Complaint and Jury Demand filed in the above referenced case on September 27, 2018 (Doc. 4407). Pursuant to Pretrial Order No. 15, this [Original/Amended] Short Form Complaint adopts allegations and encompasses claims as set forth in the Second Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1. Plaintiff:
    Doris Bethea

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):
    Jimmy Bethea

3. Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

4. Current State of Residence: Louisiana

5. State in which Plaintiff(s) allege(s) injury: Louisiana

---

[1] This version of the Short Form Complaint supersedes all prior versions of the form pursuant to Pretrial Order No. 73A. This Court-approved version of the Short Form Complaint is available on the Court's Taxotere webpage and through MDL Centrality.

6.     Defendants (check all Defendants against whom a Complaint is made):

       a.     Taxotere Brand Name Defendants

            ☒    A.    Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

            ☒    B.    Sanofi-Aventis U.S. LLC

       b.     Other Brand Name Drug Sponsors, Manufacturers, Distributors

            ☐    A.    Sandoz Inc.

            ☐    B.    Accord Healthcare, Inc.

            ☐    C.    McKesson Corporation d/b/a McKesson Packaging

            ☒    D.    Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

            ☒    E.    Hospira, Inc.

            ☒    F.    Sun Pharma Global FZE

            ☒    G.    Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

            ☐    H.    Pfizer Inc.

            ☐    I.     Actavis LLC f/k/a Actavis Inc.

            ☐    J.     Actavis Pharma, Inc.

            ☐    K.    Sagent Pharmaceuticals, Inc.

            ☐    L.    Other:

7.     Basis for Jurisdiction:

       ☒    Diversity of Citizenship

       ☒    Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

In accordance with this Court's Pretrial Order Nos. 4 (Dkt. 122), and 37 (Dkt.318), this case may be directly filed into MDL 2740.

8. Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

Western District of Louisiana

9. Brand Product(s) used by Plaintiff (check applicable):

☒ A. Taxotere
☒ B. Docefrez
☒ C. Docetaxel Injection
☒ D. Docetaxel Injection Concentrate
☒ E. Unknown
☐ F. Other:

10. First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

Approximately on or around March 24, 2011 to approximately on or around May 26, 2011.

11. State in which Product(s) identified in question 9 was/were administered:

Louisiana

3

12. Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> Disfiguring permanent alopecia beginning approximately November 26, 2011 and continuing to date.

13. Counts in Master Complaint brought by Plaintiff(s):

    ☒ Count I – Strict Products Liability – Failure to Warn
    ☒ Count III – Negligence
    ☒ Count IV – Negligent Misrepresentation
    ☒ Count V – Fraudulent Misrepresentation
    ☒ Count VI – Fraudulent Concealment
    ☒ Count VII – Fraud and Deceit

    ☐ Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) include additional theories of recovery, for example, applicable state law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

> Plaintiff began using over the counter products such as "Don't Be Bald" shampoo, conditioner, and grease in 2013 to attempt to regrow her hair and continues using these products to date.

14. Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

By  John H. Gomez (CA Bar # 171485) T.A.
    Ahmed S. Diab (CA Bar # 262319)
    Lindsay R. Stevens (CA Bar # 256811)
    655 West Broadway, Suite 1700
    San Diego, California 92101
    Telephone: (619) 237-3490
    Facsimile: (619) 237-3496
    john@thegomezfirm.com
    adiab@thegomezfirm.com
    lstevens@thegomezfirm.com

4