# BEFORE THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>Doris Bethea v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al.<br><br>Civil Action No.: 2:17-cv-10796 | **ORDER** |

Before the Court is Plaintiff's Unopposed Motion to Amend;

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this _____ day of _____, 2021.

_____
Honorable Jane Triche Milazzo
United States District Court Judge