BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>Dorothy Malone v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al.<br><br>Civil Action No.: **2:16-cv-17101** | **PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO AMEND COMPLAINT** |

Plaintiff Dorothy Malone, by and through undersigned counsel, respectfully shows the Court the following in support of Plaintiff's Motion for Leave to Amend Complaint:

Pursuant to Pretrial Order No. 105 (Doc. No. 10338), filed May 11, 2020 and upon stipulation of the parties, Plaintiffs may amend their complaints to add factual allegations regarding particularized facts individual and specific to each Plaintiff's medical care and treatment and/or that Plaintiff's communications with medical professionals. Additionally, Plaintiff did not receive a diagnosis of alopecia from her dermatologist until September 27, 2018. Moreover, Plaintiff's dermatologist attributed her alopecia diagnosis to her chemotherapy treatment and indicated that there is no feasible treatment for her hair loss at this time. Medical records from Dermatology Associates of SWLA are uploaded in MDL Centrality (Doc. ID No. 265282).

Plaintiff, therefore, seeks leave of Court to amend her amended Short Form Complaint to add language regarding these factual allegations. Plaintiff's proposed Second Amended Short Form Complaint is attached hereto as Exhibit A.

WHEREFORE, Plaintiff hereby respectfully requests this Honorable Court grant leave to file Plaintiff's proposed Second Amended Short Form Complaint.

Dated this 15th day of January, 2021

Respectfully submitted,

GOMEZ TRIAL ATTORNEYS
 /s/Lindsay R Stevens
Lindsay R. Stevens (CA Bar # 256811)
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
*lstevens@thegomezfirm.com*

*Attorney for Plaintiff*

## CERTIFICATE OF CONFERENCE

I certify that I attempted to obtain the consent of counsel for the Defendants to file this Motion for Leave to File Second Amended Complaint pursuant to Local Rule 7.6. Defendants do not oppose the motion.

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Lindsay R. Stevens*
Lindsay R. Stevens (CA Bar # 256811)
GOMEZ TRIAL ATTORNEYS