UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO MAG. JUDGE NORTH |
| *Danah Anderson Case No. 2:16-cv-15493* | |
| *Valesta Collins Case No. 2:16-cv-15281* | |
| *Gale Davis Case No. 2:17-cv-11784* | |
| *Susan Flickinger Case No. 2:17-cv-11783* | |
| *Kathlyn Folks Case No. 2:16-cv-17579* | |
| *Caroline Gunner Case No. 2:17-cv-11785* | |
| *Susan Kochman Case No. 2:17-cv-14051* | |
| *Galemarie Kuchtyak Case No. 2:16-cv-16235* | |
| *Yaeko Luckhurst Case No. 2:17-cv-14070* | |
| *Bertha Renee Schmitz Case No. 2:16-cv-15502* | |
| *Sharon Steinhaus Case No. 2:17-cv-11781* | |
| *Priscilla Wright Case No. 2:17-cv-11786* | |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE
AMENDED SHORT FORM COMPLAINTS**

NOW INTO COURT, through undersigned counsel, come Plaintiffs Danah Anderson, Valesta Collins, Gale Davis, Susan Flickinger, Kathlyn Folks, Caroline Gunner, Susan Kochman, Galemarie Kuchtyak, Yaeko Luckhurst, Bertha Renee Schmitz, Sharon Steinhaus, and Priscilla Wright who respectfully request leave to file the attached proposed Amended Short Form Complaints (Exhibits A-L).

Pursuant to Local Rule 7.6, Plaintiffs' counsel has conferred with counsel for Defendants and there is no opposition to this motion.

WHEREFORE, Plaintiffs pray they will be granted leave to file the attached proposed Amended Short Form Complaints.

1

Dated: January 15, 2021	Respectfully submitted,

> STUEVE SIEGEL HANSON LLP
> /s/Todd E. Hilton
> Todd E. Hilton (SBN 51388)
> Abby E. McClellan (SBN 66069)
> STUEVE SIEGEL HANSON LLP
> 460 Nichols Road, Suite 200
> Kansas City, MO 64112
> Telephone: (816) 714-7100
> Fax: (816) 714-7101
> Email:
> hilton@stuevesiegel.com
> mcclellan@stuevesiegel.com
>
> *Attorneys for Plaintiffs*

### CERTIFICATE OF CONFERENCE

In compliance with Local Rule 7.6 and PTO 37A, Defense Counsel has been contacted, and Defendants did not indicate any opposition to this motion.

### CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

> /s/Todd E. Hilton