UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Danah Anderson Case No. 2:16-cv-15493*
*Valesta Collins Case No. 2:16-cv-15281*
*Gale Davis Case No. 2:17-cv-11784*
*Susan Flickinger Case No. 2:17-cv-11783*
*Kathlyn Folks Case No. 2:16-cv-17579*
*Caroline Gunner Case No. 2:17-cv-11785*
*Susan Kochman Case No. 2:17-cv-14051*
*Galemarie Kuchtyak Case No. 2:16-cv-16235*
*Yaeko Luckhurst Case No. 2:17-cv-14070*
*Bertha Renee Schmitz Case No. 2:16-cv-15502*
*Sharon Steinhaus Case No. 2:17-cv-11781*
*Priscilla Wright Case No. 2:17-cv-11786*

## ORDER

Considering the foregoing Plaintiffs' Unopposed Motion for Leave to File Amended Short Form Complaints,

IT IS ORDERED that the Motion is GRANTED;

IF IS FURTHER ORDERED that the Clerk of Court shall file the Amended Short Form Complaints in each Plaintiff's member case.

New Orleans, Louisiana, this _____ day of ____, 2021.

_____
Honorable Jane Triche Milazzo
United States District Court Judge