# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCT LIABILITY LITIGATION | MDL NO: 2740 |
| | SECTION: "H" (5) |
| ROSE MATTHEWS | |
| Plaintiff, | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE NORTH |
| v. | |
| | **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO PTO 105** |
| SANOFI-AVENTIS U.S. LLC; and SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC., | Civil Case No: 2:17-cv-06623 |
| Defendants. | |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO PTO 105

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiff respectfully moves the Court for leave to file the attached Amended Complaint to Amend her Factual Allegations pursuant to PTO 105. Plaintiff has adhered to the Court's meet and confer procedure and Defendants have no objections to the amended facts contained herein.

Rule 15 provides that "a party may amend its pleading [with] the court's leave" and that "[t]he court should freely give leave when justice so requires." Fed.R.Civ.P. 15(a)(2). Plaintiff moves to file the attached Amended Complaint within the time permitted by the Court in the PTO No. 105 [Doc. No. 10338] and Stipulation Regarding PTO No. 105 [Doc. No. 11347].

**AMENDMENTS TO COMPLAINT**

1.     PTO FACTUAL ALLEGATIONS

| **First PTO 105 Attempt** | **Second PTO 105 Attempt** |
|---|---|
| Plaintiff Rose Matthews has suffered, and continues to suffer, permanent and persistent alopecia on her head and scalp. | Plaintiff Rose Matthews has suffered, and continues to suffer, permanent and persistent alopecia on her head and scalp. Plaintiff remembers that she stopped Taxotere treatment in early 2002. Plaintiff states that her hair start growing back after the end of her Taxotere treatment, and that the hair regrowth was slow and patchy. Plaintiff further states that not all of her hair grew back and she has significant thinning of the hair causing multiple large bald spots on her head. Plaintiff had conversations with her friend in 2003/2004 regarding her hair slowly regrowing, but some of her hair never grew back in. Plaintiff, first gained knowledge of the litigation against the manufacturers of Taxotere in October 2016. |

For the reasons stated herein, Plaintiff respectfully requests that the Court grant Plaintiff leave to file the attached Amended Complaint.

Dated this 15th day of January 2021

Respectfully submitted,

SIMON GREENSTONE PANATIER, P.C.

 /s/ Jasmine Thompson
Jasmine Thompson,
SBN# 24104427
1201 Elm St., Suite 3400
Dallas, TX 75270
(214) 761-6614
(214) 276-7699 (fax)
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the date set forth below, the foregoing PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO PTO 105 was filed electronically with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: January 15, 2021	*/s/ Jasmine Thompson*
	Jasmine Thompson

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCT LIABILITY LITIGATION | MDL NO: 2740 |
| ROSE MATTHEWS | SECTION: "H" (5) |
| Plaintiff, | JUDGE JANE TRICHE MILAZZO<br>MAG. JUDGE NORTH |
| v. | **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO PTO 105** |
| SANOFI-AVENTIS U.S. LLC; and SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC., | Civil Case No: 2:17-cv-06623 |
| Defendants. | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO PTO 105**

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiff's Motion for Leave to File Amended Complaint Pursuant to PTO 105 in the above captioned matter.

SO ORDERED this _____ day of _____, 2021.

_____
JUDGE, UNITED STATES DISTRICT COURT