**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| *Clemons v. Sanofi Services Inc., et al.* Case No.2:17-cv- 13939 | MAG. JUDGE NORTH |
| *Coleman v. Sanofi U.S. Services Inc., et al.*, Case No.2:17-cv-13454 | |
| *Davis v. Sanofi U.S. Services Inc., et al.,* Case No.2:17-cv-13843 | |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE**
**TO FILE AMENDED SHORT FORM COMPLAINTS**

Now comes Plaintiffs, by and through the undersigned counsel, and hereby respectfully move the Court for leave to file the attached proposed Amended Short Form Complaints pursuant to PTO No. 105 (Doc. No. 10338), Stipulation Regarding PTO No. 105 (Doc. No. 11347), and F.R.C.P. 15 for the following cases:

1. *Latrice Clemons v. Sanofi-Aventis U.S. LLC, et al.*, Case No.2:17-cv- 13939 (Exhibit A)
2. *Marshell Coleman v. Sanofi U.S. Services Inc., et al.*, Case No. 2:17-cv- 13454 (Exhibit B)
3. *Martha Davis v. Sanofi-Aventis U.S. LLC, et al,*, Case No.2:17-cv- 13843 (Exhibit C)

Plaintiffs' counsel has conferred with counsel for Defendants pursuant to Local Rule 7.6 and there is no opposition to this motion.

WHEREFORE, Plaintiffs ask for leave to be granted to file the attached proposed Amended Short Form Complaints.

Dated: January 15, 2021                              Respectfully Submitted,

By: /s/ Carasusana B. Wall
Carasusana B. Wall (OH 0090234)
Michelle L. Kranz (OH 0062479)
Jessica M. Worley (0098427)
ZOLL & KRANZ, LLC
6620 W. Central Avenue, Suite 100
Toledo, OH 43617
Tel. (419) 841-9623
Fax: (419) 841-9719
Email: cara@toledolaw.com
michelle@toledolaw.com
jessica@toledolaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

By: /s/ Carasusana B. Wall
Carasusana B. Wall (OH 0090234)