# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| *Clemons v. Sanofi Services Inc., et al.* Case No.2:17-cv- 13939 | MAG. JUDGE NORTH |
| *Coleman v. Sanofi U.S. Services Inc., et al.*, Case No.2:17-cv-13454 | |
| *Davis v. Sanofi U.S. Services Inc., et al.*, Case No.2:17-cv-13843 | |

## ORDER

Before the Court is Plaintiffs' Unopposed Motion for Leave to File Amended Short Form Complaints;

IT IS ORDERED that the Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk's office shall file the amended complaints attached to Plaintiffs' Motion in each Plaintiff's member case.

New Orleans, Louisiana, this _____ day of January, 2021.

_____
Honorable Jane Triche Milazzo
United States District Court Judge