# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: <br><br> *Ingram v. Sanofi U.S. Services Inc., et al.,* Case No. 2: 17-cv-13949 <br><br> *Johnson v. Sanofi S.A., et al.,* Case No. 2: 16-cv-15296 <br><br> *King, et al. v. Sanofi U.S. Services, Inc., et al.,* Case No. 2: 17-cv-13044 <br><br> *Knoles v. Sanofi U.S. Services Inc., et al.,* Case No. 2:17-cv-13800 | HON. JANE T. MILAZZO <br> MAG. JUDGE NORTH |

## ORDER

Before the Court is Plaintiffs' Unopposed Motion for Leave to File Amended Short Form Complaints;

IT IS ORDERED that the Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk's office shall file the amended complaints attached to Plaintiffs' Motion in each Plaintiff's member case.

New Orleans, Louisiana, this \_\_\_\_ day of January, 2021.

_____
Honorable Jane Triche Milazzo
United States District Court Judge