UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**
*Cases Listed on Exhibit A*

# PLAINTIFFS' EX PARTE/CONSENT MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINTS

NOW INTO COURT, through undersigned counsel, come Plaintiffs who respectfully request leave to file the attached proposed Amended Short Form Complaints (Exhibits B - Z).

Pursuant to Local Rule 7.6, Plaintiffs' counsel has conferred with counsel for Defendants and there is no opposition to this motion.

WHEREFORE, Plaintiffs pray that they be granted leave to file the attached proposed Amended Short Form Complaints.

Dated: January 15, 2021

Respectfully submitted,

ROBERTS & ROBERTS

BY:   */s/ Justin C. Roberts*
JUSTIN C. ROBERTS
Texas Bar No. 24079221
Email: justin@robertslawfirm.com
ROBERTS & ROBERTS
118 West Fourth Street
Tyler, Texas 75701-4000
Ph: (903) 597-6655
Fax: (903) 597-1600

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 15, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                    */s/ Justin C. Roberts*
                                            **ROBERTS & ROBERTS**