# EXHIBIT A

| Client | MDL Docket No. |
|---|---|
| Atencio, Phyliss | 2:19-cv-345 |
| Butts, Marie | 2:19-cv-9118 |
| Chambliss-Morgan, Bettie | 2:19-cv-1506 |
| Clayton, Candace | 2:18-cv-10211 |
| Cooter, Brenda | 2:18-cv-10314 |
| Duarte, Patty | 2:19-cv-57 |
| Echelbarger, Violet | 2:18-cv-14009 |
| Favorite, Dorothy | 2:19-cv-60 |
| Haynes, Carol | 2:18-cv-13901 |
| Johnson, Bertha | 2:18-cv-14330 |
| Joyner, Kathryn | 2:18-cv-11872 |
| Krueger, Karen | 2:18-cv-8377 |
| LeGrand, Suzanne | 2:18-cv-8185 |
| Lewis, Joyce | 2:18-cv-8887 |
| Long, Teresa | 2:19-cv-9592 |
| Nelson, Delores | 2:19-cv-50 |
| Perkins, Lisa | 2:19-cv-10012 |
| Ramos, Ramona | 2:19-cv-9805 |
| Reevers, Mae | 2:19-cv-12268 |
| Smith, Sundye | 2:18-cv-8882 |
| Steele, Betty | 2:19-cv-10019 |
| Wade, Gloria | 2:19-cv-9117 |
| Washington, Lashunn | 2:18-cv-4411 |
| Weich, Diann | 2:18-cv-10500 |
| Yanez, Margo | 2:19-cv-347 |