# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| *Rock v. Sanofi Aventis U.S. LLC, et al.,* Case No. 2:17-cv- 13414 | MAG. JUDGE NORTH |
| *Roy v. Sanofi U.S. Services Inc., et al.*, Case No. 2:17-cv-13916 | |
| *Shaw v. Sanofi-Aventis U.S. LLC, et al.,* Case No. 2:17-cv-13733 | |
| *Scrinopski, et al. v. Sanofi-Aventis U.S. LLC, et al.,* Case No. 2:17-cv- 13437 | |

## ORDER

Before the Court is Plaintiffs' Unopposed Motion for Leave to File Amended Short Form Complaints;

IT IS ORDERED that the Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk's office shall file the amended complaints attached to Plaintiffs' Motion in each Plaintiff's member case.

New Orleans, Louisiana, this ____ day of January, 2021.

_____
Honorable Jane Triche Milazzo
United States District Court Judge