UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 SECTION "H" (5) HON. JANE T. MILAZZO MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: *Dixon v. Sanofi-Aventis U.S. LLC, et al.* Case No. 2:17-cv- 13707 *Edwards-Woodard, et al. v. Sanofi S.A., et al.*, Case No. 2:16-cv-16799 *Garner v. Sanofi S.A., et al.,* Case No. 2:16-cv-16803 *Gilchrist v. Sanofi-Aventis U.S. LLC, et al.,* Case No. 2:17-cv-13778 | |

**ORDER**

Before the Court is Plaintiffs' Unopposed Motion for Leave to File Amended Short Form Complaints;

IT IS ORDERED that the Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk's office shall file the amended complaints attached to Plaintiffs' Motion in each Plaintiff's member case.

New Orleans, Louisiana, this _____ day of January, 2021.

_____
Honorable Jane Triche Milazzo
United States District Court Judge