# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "H" (5) |
| *Simon v. Sanofi Aventis U.S. LLC, et al.*, Case No. 2:17-cv- 13841 | HON. JANE T. MILAZZO MAG. JUDGE NORTH |
| *Smith v. Sanofi U.S. Services Inc., et al.*, Case No. 2:17-cv-13417 | |
| *Somerville, et al. v. Sanofi U.S. Services Inc., f/k/a Sanofi-Aventis U.S. Inc.* Case No. 2:17-cv-13846 | |
| *Washington, et al. v. Sanofi-Aventis U.S. LLC, et al.* Case No. 2:17-cv- 13807 | |
| *Williams v. Sanofi U.S. Services Inc., f/k/a Sanofi-Aventis U.S. Inc., et al.*, Case No. 2:17-cv-13871 | |

## ORDER

Before the Court is Plaintiffs' Unopposed Motion for Leave to File Amended Short Form Complaints;

IT IS ORDERED that the Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk's office shall file the amended complaints attached to Plaintiffs' Motion in each Plaintiff's member case.

New Orleans, Louisiana, this _____ day of January, 2021.

_____
Honorable Jane Triche Milazzo
United States District Court Judge