# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2740 ) ) |
| **This Document Relates to:** | ) SECTION "H" (5) ) |
| *Harvey Alpert, on behalf of Rhea Alpert, and the Estate of Rhea Alpert v. Sanofi-Aventis U.S. LLC, et al.;* *Case No. 2:19-cv-13977* | ) HON. JUDGE JANE TRICHE MILAZZO ) ) ) MAG. JUDGE MICHAEL NORTH |

_____

## **NOTICE AND SUGGESTION OF DEATH**

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Harvey Alpert.

Dated: January 18, 2021                                  Respectfully submitted,

                                                                          */s/ Leslie LaMacchia*

                                                                          Leslie LaMacchia, Esq.
                                                                          Adam Pulaski, Esq.
                                                                          PULASKI KHERKHER, PLLC
                                                                          2925 Richmond Avenue, Suite 1725
                                                                          Houston, TX 77098
                                                                          (713) 664-4555 Phone
                                                                          (713) 664-7543 Fax
                                                                          llamacchia@pulaskilawfirm.com
                                                                          adam@pulaskilawfirm.com

                                                                          *Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: January 18, 2021

Respectfully submitted,

*/s/ Leslie LaMacchia*

Leslie LaMacchia, Esq.
Adam Pulaski, Esq.
PULASKI KHERKHER, PLLC
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555 Phone
(713) 664-7543 Fax
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com

*Attorneys for the Plaintiff*