UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL NO. 2740 SECTION "N" (5) JUDGE MILAZZO MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | | |
| Christy Brancky, Case No. 2:17-cv-10852 Denise Pellonari, Case No. 2:17-cv-15344 Derena DeJesus, Case No. 2 :17-cv-11912 Miriam Smith-Wilson, Case No. 2:17-cv-10478 Stacy Shaw, Case No. 2:16-cv-17386 Mary Vance, Case No. 2:18-cv-06913 Elaine Steinberg, Case No. 2:17-cv-10701 Sheila Wilson, Case No. 2:17-cv-14839 Marsha Tipton, Case No. 2:17-cv-09320 Georgia Huff-Welborn, Case No. 2:18-cv-06740 Ginger Pippin, Case No. 2:18-cv-03709 Tawnya Johnson, Case No. 2:16-cv-17400 Ruth McGowan, Case No. 2:17-cv-15170 ------------------------------------------------------------ | : : : : : : : : : : : : : : | |

**PLAINTIFFS' MOTION TO WITHDRAW OPPOSED MOTIONS FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINTS WITHOUT PREJUDICE**

Pursuant to the Second Stipulation to PTO 105 entered into by Plaintiffs' Co-Liaison Counsel and Defendants' Liaison Counsel on January 14, 2021 [Doc. 11910], Plaintiffs Christy Brancky, Denise Pellonari, Derena DeJesus, Miriam Smith-Wilson, Stacy Shaw, Mary Vance, Elaine Steinberg, Sheila Wilson, Marsha Tipton, Georgia Huff-Welborn, Ginger Pippin, Tawnya Johnson, and Ruth McGowan respectfully move the Court for leave to withdraw Plaintiffs' Opposed Motions for Leave to File Amended Short Form Complaints without prejudice and their accompanying documents [Docs. 11864, 11865, 11869, 11870, 11872, 11874, 11876, 11877, 11883, 11886, 11888, 11891, and 11895].

//

Respectfully submitted on January 19, 2021.

By: */s/ Nathan Buttars*
Nathan Buttars
T. Aaron Stringer
**LOWE LAW GROUP**
6028 S. Ridgeline Dr., Ste. 200
Ogden, UT 84405
Telephone: (385) 298-0175
Facsimile: (801) 656-0997
Email: nate@lowelawgroup.com
aaron@lowelawgroup.com
*Counsel for Plaintiff(s)*

### CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: January 19, 2021          */s/ Nathan Buttars*