# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE MILAZZO |
| THIS DOCUMENT RELATES TO: | : : | MAG. JUDGE NORTH |

Christy Brancky, Case No. 2:17-cv-10852
Denise Pellonari, Case No. 2:17-cv-15344
Derena DeJesus, Case No. 2 :17-cv-11912
Miriam Smith-Wilson, Case No. 2:17-cv-10478
Stacy Shaw, Case No. 2:16-cv-17386
Mary Vance, Case No. 2:18-cv-06913
Elaine Steinberg, Case No. 2:17-cv-10701
Sheila Wilson, Case No. 2:17-cv-14839
Marsha Tipton, Case No. 2:17-cv-09320
Georgia Huff-Welborn, Case No. 2:18-cv-06740
Ginger Pippin, Case No. 2:18-cv-03709
Tawnya Johnson, Case No. 2:16-cv-17400
Ruth McGowan, Case No. 2:17-cv-15170

-----------------------------------------------------------

# **ORDER**

Before the Court is Plaintiffs' Motion to Withdraw Opposed Motion for Leave to File Amended Short Form Complaints Without Prejudice.

IT IS ORDERED that the Motion is **GRANTED**.

New Orleans, Louisiana, dated: _____.


_____
Honorable Jane Triche Milazzo
United States District Court Judge