UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "H" |
| | : | JUDGE TRICHE MILAZZO |
| | : | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | : | |
| Cases attached to exhibit A | : | |

**PLAINTIFF'S NOTICE TO WITHDRAW MOTION FOR
LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

Comes now these Plaintiffs, by and through counsel, and gives notice of intent to withdraw Plaintiff's Motion for Leave to File Amended Short Form Complaints filed on January 14, 2021.

Plaintiff's counsel now withdraws the Motion as of today's date.

Respectfully submitted,

/s/ *Jason S. Long*
**FEARS NACHAWATI, PLLC**
Jason S. Long #24098012
Darren P. McDowell #24025520
5473 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Fax: (214) 890-0712
jlong@fnlawfirm.com
dmcdowell@fnlawfirm.com

Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 19, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Jason S. Long*