# EXHIBIT A

| FIRST | LAST | DOCKET # |
|---|---|---|
| Dorris Jean | Snow | 2:18-cv-5775 |
| Paula | Taylor | 2:18-cv-08771 |
| Beverly | Copeland | 2:18-cv-06486 |
| Louella | Watkins | 2:17-cv-17259 |
| Sandra | Blunck | 2:18-cv-3945 |
| Roxie | Mengelkoch | 2:18-cv-5767 |
| Mary | Riley | 2:17-cv-14104 |
| Karla | Luckett | 2:18-cv-08475 |
| Mary | Hussey | 2:18-cv-10204 |
| Tamara | Osenbaugh | 2:18-cv-10588 |
| Margaret | Thomas | 2:18-cv-10694 |
| Barbara | Gucwa | 2:18-cv-11092 |
| Sandra | Johnson | 2:18-cv-13042 |
| Judith | Cummings | 2:18-cv-13242 |
| Rosa | Young | 2:18-cv-13149 |
| Margaret | Smith | 2:18-cv-13313 |
| Debra | Celia | 2:18-cv-13338 |
| Molly | Browndorf | 2:18-cv-13800 |
| Laura | Schippa | 2:19-cv-14675 |
| Emma | Lawrence | 2:18-cv-10876 |
| Glenda | Yount | 2:18-cv-11045 |
| Ann | Bullock | 2:18-cv-13052 |
| Tomekya | Johnson | 2:18-cv-13202 |
| Marolyn | Handy | 2:18-cv-13221 |
| Sheila | Berry | 2:18-cv-13606 |
| Leta | Lacey | 2:18-cv-13649 |
| Loretta | Holt | 2:18-cv-13645 |
| Renee | Dilorenzo | 2:18-cv-13655 |
| Delois | Covington | 2:18-cv-13775 |
| Teressa | Carter | 2:18-cv-13829 |
| Candace | Williams | 2:18-cv-13851 |
| Wanda | Vaughan | 2:18-cv-13849 |
| Patricia | Frink | 2:18-cv-13825 |
| Brenda | Popke | 2:20-cv-00752 |
| Lena | Jones | 2:20-cv-00675 |
| Carla | Lee | 2:18-cv-09171 |
| Deidre | Rude | 2:18-cv-5730 |
| Lannie | James | 2:18-cv-6529 |
| Tina | Gumbs | 2:18-cv-09024 |
| Myrta | Hendrickson | 2:18-cv-10831 |
| Margaret | Crocker | 2:18-cv-12869 |
| Linda | Rodecker | 2:18-cv-13101 |
| Deborah | Williams | 2:18-cv-13428 |
| Nancia | Pantoja | 2:18-cv-13679 |
| Hope | Manderson | 2:18-cv-13739 |
| Judith | McShea | 2:18-cv-13836 |

| | | |
|---|---|---|
| Alleshia | Wearing | 2:18-cv-13835 |
| Jeannette | Harrison | 2:19-cv-12685 |
| Antoinette | Gathers | 2:17-cv-17660 |
| Hallie | Singleton | 2:18-cv-6531 |
| Sandra | Berger | 2:18-cv-09159 |
| Audrey | Houston | 2:18-cv-09558 |
| Teresa | Mitchell | 2:18-cv-09726 |
| Denise | Miller | 2:18-cv-10591 |
| Linda | Bush | 2:18-cv-10617 |
| Regina | McCray | 2:18-cv-13249 |
| Doris | Durham | 2:18-cv-13387 |
| Geneva | Betties | 2:18-cv-13774 |
| Schwanda | Moaning | 2:18-cv-05777 |
| Joyce | Lynch | 2:18-cv-07903 |
| Tamica | Belo | 2:18-cv-08817 |
| Anita | Henry | 2:18-cv-10976 |
| Delia | Crescini | 2:18-cv-14328 |
| Carolyn | Sanders | 2:20-cv-00561 |
| Graciela | Guerrero | 2:20-cv-00565 |
| Alicia | De Anda | 2:20-cv-00694 |