UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. [for whom Plaintiffs have obtained product identification]** |
| THIS DOCUMENT RELATES TO:<br><br>Jo Ann Gardner<br>    v.<br>Sanofi Aventis U.S. LLC and Sanofi US Services Inc. f/k/a Sanofi Aventis U.S. Inc. Dba Winthrop U.S., Hospira, Inc., and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. | Civil Action No.: 2:20-cv-00441 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., each party to bear its own costs.  Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506).  Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice.  If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil

Procedure 60(b)(6).

Dated this 19th day of January, 2021

By:   /s/ David B. Vermont
       David B. Vermont, Esq.
       Attorney for Plaintiff
       D.C. Bar No. 474323

       HELMSDALE LAW, LLP
       Six Consultant Pl., Suite 100-A
       Durham, NC  27707-3598
       (424) 249-7900 – Office
       (424) 249-7990 – Fax
       dvermont@helmsdalelaw.com

CERTIFICATE OF SERVICE

      I hereby certify that on January 19, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

      DATED: January 19, 2021      /s/__David B. Vermont_____