# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "N" (5) JUDGE MILAZZO |
| THIS DOCUMENT RELATES TO: NORTH | : | MAG. JUDGE |
| Mary-Alice Cain, Case No. 2:17-cv-15626 | : : : : | |

## PLAINTIFFS' MOTION TO WITHDRAW OPPOSED MOTIONS FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINTS WITHOUT PREJUDICE

Pursuant to the Second Stipulation to PTO 105 entered into by Plaintiffs' Co-Liaison Counsel and Defendants' Liaison Counsel on January 14, 2021 [Doc. 11910], Plaintiffs Mary-Alice Cain respectfully move the Court for leave to withdraw Plaintiffs' Opposed Motions for Leave to File Amended Short Form Complaints without prejudice.

Respectfully submitted on January 19, 2021.

By: s/John C. Thornton
**ANDREWS & THORNTON**
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Telephone: (949) 748-1000
Facsimile: (949) 3115-3540
Email: taxotere@andrewsthornton.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on January 19, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: January 19, 2021                      */s/ John C. Thornton*