UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "N" (5) |
| | : | JUDGE MILAZZO |
| THIS DOCUMENT RELATES TO: | : | MAG. JUDGE NORTH |
| | : | |
| Pamela S. Cochran, Case No. 2:17-cv-16084 | : | |

## ORDER

Before the Court is Plaintiffs' Motion to Withdraw Opposed Motion for Leave to File Amended Short Form Complaints Without Prejudice.

IT IS ORDERED that the Motion is **GRANTED**.

New Orleans, Louisiana, dated:_____.

 

_____
Honorable Jane Triche Milazzo
United States District Court Judge