UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2740 SECTION "N" (5) JUDGE MILAZZO MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | | |
| Eden Kathleen Davis, Case No. 2:17-cv-15643 | | |

-------------------------------------------------------------

## ORDER

Before the Court is Plaintiffs' Motion to Withdraw Opposed Motion for Leave to File Amended Short Form Complaints Without Prejudice.

IT IS ORDERED that the Motion is **GRANTED**.

New Orleans, Louisiana, dated:_____.


_____
Honorable Jane Triche Milazzo
United States District Court Judge