UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "N" (5) JUDGE MILAZZO |
| THIS DOCUMENT RELATES TO: NORTH | : | MAG. JUDGE |
| Diane Doering, Case No. 2:17-cv-15664 | : : : | |
| ---------------------------------------------------------- | : | |

**PLAINTIFFS' MOTION TO WITHDRAW OPPOSED MOTIONS FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINTS WITHOUT PREJUDICE**

Pursuant to the Second Stipulation to PTO 105 entered into by Plaintiffs' Co-Liaison Counsel and Defendants' Liaison Counsel on January 14, 2021 [Doc. 11910], Plaintiffs Diane Doering respectfully move the Court for leave to withdraw Plaintiffs' Opposed Motions for Leave to File Amended Short Form Complaints without prejudice.

Respectfully submitted on January 19, 2021.

By: s/John C. Thornton
**ANDREWS & THORNTON**
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Telephone: (949) 748-1000
Facsimile: (949) 3115-3540
Email: taxotere@andrewsthornton.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

  I hereby certify that on January 19, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.


DATED: January 19, 2021         _/s/ John C. Thornton_