**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | : | MDL NO. 2740 |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | SECTION "N" (5) |
| | : | JUDGE MILAZZO |
| THIS DOCUMENT RELATES TO: | : | MAG. JUDGE NORTH |
| | : | |
| Debra  Harris, Case No. 2:17-cv-15665 | : | |

-------------------------------------------------------------

## <u>ORDER</u>

Before the Court is Plaintiffs' Motion to Withdraw Opposed Motion for Leave to File

Amended Short Form Complaints Without Prejudice.

IT IS ORDERED that the Motion is **GRANTED**.

New Orleans, Louisiana, dated:_____.

_____
Honorable Jane Triche Milazzo
United States District Court Judge