UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE T. MILAZZO |
| Debra Payton,<br>          Plaintiff, | : : : | |
| vs. | : : | |
| Sanofi-Aventis U.S. LLC, separately, and d/b/a Winthrop US, Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira Inc.,<br>          Defendants. | : : : : | |
| Civil Case No.: 2:17-cv-9725 | : : | |

## PLAINTIFF'S NOTICE TO WITHDRAW MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

PLEASE TAKE NOTICE that Plaintiff, by and through undersigned counsel, gives notice of her intent to withdraw Plaintiff's Motion for Leave to File Amended Short Form Complaint filed on January 12, 2021 [D.E. 11799]. Plaintiff's counsel now withdraws the Motion as of today's date.

This the 20th day of January 2021.

                                        WHITFIELD BRYSON LLP

                                        /s/ Daniel K. Bryson
                                        Daniel K. Bryson
                                        N.C. State Bar No.: 15781
                                        J. Hunter Bryson
                                        N.C. State Bar No.: 50602
                                        PO Box 12638
                                        Raleigh, NC 27605

>Phone: 919-600-5000
>Facsimile: 919-600-5035
>Email: dan@whitfieldbryson.com
>Email: hunter@whitfieldbryson.com
>
>*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: January 20, 2021.

>*/s/ Daniel K. Bryson*
>Daniel K. Bryson