# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | |
| THIS DOCUMENT RELATES TO: | MDL NO. 2740 |
| *Guilbault v. Sanofi S.A., et al.*, E.D. La. No. 16-17061 | SECTION "H" (5) |
| *Plaisance v. Hospira, Inc. Worldwide, LLC f/k/a Hospira, Inc. Worldwide, Inc., et al.,* E.D. La. No. 18-08086 | HON. JANE TRICHE MILAZZO |
| *All other cases where Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer Inc.* | |

## NOTICE OF APPEARANCES

Please enter the appearances of Heidi K. Hubbard, Richmond T. Moore, Neelum J. Wadhwani, Monika Isia Jasiewicz, Lori Interlicchio,[1] and Aparna Datta[2] of the law firm Williams & Connolly LLP as counsel for Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer Inc. (the "Hospira and Pfizer Defendants"), in the above-captioned matters.

---

[1] Admitted only in NY. Practice supervised by D.C. Bar members pursuant to D.C. Court of Appeals Rule 49(c)(8).

[2] Admitted only in Maryland. Practice supervised by D.C. Bar members pursuant to D.C. Court of Appeals Rule 49(c)(8).

2

Dated:  January 21, 2021                                Respectfully submitted,

                                                       WILLIAMS & CONNOLLY LLP

                                                    */s/ Richmond T. Moore*
                                                   Heidi K. Hubbard (hhubbard@wc.com)
                                                   Richmond T. Moore (rmoore@wc.com)
                                                   Neelum J. Wadhwani (nwadhwani@wc.com)
                                                   Monika Isia Jasiewicz (ijasiewicz@wc.com)
                                                   Lori Interlicchio (linterlicchio@wc.com)
                                                   Aparna Datta (adatta@wc.com)
                                                   725 Twelfth Street NW
                                                   Washington DC  20005
                                                   (202) 434-5000 / office
                                                   (202) 434-5029 / fax

                                                   *Attorneys for the Hospira and Pfizer Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

    /s/  *Richmond T. Moore*