UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL 2740 |
| | SEC. "H"(5) |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO |

Juanita Greer, No. 18-11728

## JUDGMENT

Considering the briefing submitted by counsel, arguments presented at the November 17, 2020 oral argument, and for reasons issued January 22, 2021 (Doc. 12057);

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff Juanita Greer's case is hereby DISMISSED WITH PREJUDICE.

Signed in New Orleans, LA this 22nd day of January, 2022.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE