UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION, | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>HONORABLE JANE TRICHE MILAZZO |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE MICHAEL NORTH |
| *Lynette Alexander, Case No. 2:17-cv-15571*<br>*Judith August, Case No. 2:16-cv-16231*<br>*Debra Bolton, Case No. 2:16-cv-16905*<br>*Patricia Graham-Anthony, Case No. 2:17-cv-15475*<br>*Theresa Snowden, Case No. 2:17-cv-00369*<br>*Robin Swarthout, Case No. 2:17-cv-15325*<br>*Davida Washington, Case No. 2:17-cv-15328*<br>*Rebecca Zimmerman, Case No. 2:17-cv-14541* | **PLAINTIFFS' MOTION TO WITHDRAW OPPOSED MOTIONS FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINTS WITHOUT PREJUDICE** |

Pursuant to the Second Stipulation to PTO 105 entered into by Plaintiffs' Co-Liaison Counsel and Defendants' Liaison Counsel [Doc. 11910], Plaintiffs, Lynette Alexander, Judith August, Debra Bolton, Patricia Graham-Anthony, Theresa Snowden, Robin Swarthout, Davida Washington, and Rebecca Zimmerman respectfully move the Court for leave to withdraw Plaintiffs' Opposed Motions for Leave to File Amended Short Form Complaints without Prejudice [Docs. 11881, 11882, 11897, 11901, 11905, 11909, 11912, 11916].

Dated: January 22, 2021.

RESPECTFULLY SUBMITTED,

BY: *R. Scott Pietrowski, Esquire*
R. SCOTT PIETROWSKI, ESQUIRE
MS Bar No. 99387
Reeves & Mestayer, PLLC

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 22nd day of January, 2021.

BY:   *R. Scott Pietrowski*
        R. Scott Pietrowski, Esquire
        MS Bar No. 99387
        Reeves & Mestayer, PLLC
        160 Main Street
        Biloxi, MS   39530
        (228) 374-5151 (telephone)
        (228) 374-6630 (facsimile)
        rsp@rmlawcall.com