**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: TAXOTERE (DOCETAXEL)           )          MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION     )
                                                              )          SECTION: "H" (5)
                                                              )
THIS DOCUMENT RELATES TO:          )
ALL ACTIONS                                       )

**PRETRIAL ORDER NO. 112**
**(MODIFICATIONS TO COUNSEL INFORMATION FOR THE HOSPIRA**
**AND PFIZER DEFENDANTS IN CMO 12A, PTO 22A, PTO 26, PTO 37A AND**
**PTO 85)**

This Order modifies certain Orders and Exhibits to substitute the counsel information for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer Inc. (the "Hospira and Pfizer Defendants").

1.      **CMO 12A, PTO 22A, PTO 37A, and PTO 85.**

The counsel information for the Hospira and Pfizer Defendants shall be replaced in the following Orders and Exhibits:

- Exhibit A to Case Management Order No. 12A (Amended Product Identification Order) ("CMO 12A") (Rec. Doc. 3492);

- Exhibit A to Pretrial Order No. 22A (Show Cause Order Process for Dismissal of Cases) ("PTO 22A") (Rec. Doc. 3493);

- Exhibit B to Pretrial Order No. 37A (Procedures for Short Form Complaints and Motions for Leave to Amend Short Form Complaints) ("PTO 37A") (Rec. Doc. 1682-2); and

1

- Exhibit A to Pretrial Order No. 85 (Protocol for PTO 71A and Privilege Log Deficiencies of Non-Bellwether Plaintiffs Before the Magistrate Judge) ("PTO 85") (Rec. Doc. 5257).

**IT IS ORDERED** that the new counsel contact information for the Hospira and Pfizer Defendants in each of the foregoing Orders and Exhibits shall be:

Jeffrey Horowitz
Joan Goddard
Nanette E. Decea
ARNOLD & PORTER
250 West 55th Street
New York, New York 10019-9710
Telephone: 212-836-7429
Fascimile: 212-836-6659
xProductID@arnoldporter.com

The counsel contact information above replaces Dechert LLP and/or Quinn Emanuel Urquhart & Sullivan, LLP information for the Hospira and Pfizer Defendants.

2.     PTO 26.

The counsel information for the Hospira and Pfizer Defendants shall be replaced in Pretrial Order No. 26 (Designating Defense Counsel to Attend Plaintiffs' Steering Committee Meetings) ("PTO 26") (Rec. Doc. 289).

**IT IS ORDERED** that the new counsel information for the Hospira and Pfizer Defendants in PTO 26 shall be:

Heidi K. Hubbard
WILLIAMS & CONNOLLY LLP
725 12th St., NW
Washington, DC 20005

3

This counsel information in PTO 26 replaces Mark S. Cheffo for the Hospira and Pfizer Defendants.

New Orleans, Louisiana, this 22nd day of January, 2021.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**