UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)        *     CASE: 2:16-md-02740
        PRODUCTS LIABILITY LITIGATION   *
                                              *     SECTION: H (5)

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the Motion to Withdraw as Counsel (Doc. 11917);

**IT IS ORDERED** that the Motion is **GRANTED**. E. Paige Sensenbrenner shall be withdrawn as counsel for Defendant, Sandoz, Inc. and his name shall be stricken as counsel of record.

New Orleans, Louisiana, this 21st day of January, 2021.

_____
JUDGE