UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| **This document relates to:** ) | |
| Cases listed on Exhibit A ) | |

## ORDER

Before the Court are several Motions to Withdraw Motions to Amend (Docs. 11842, 11843, 11932, 11935, 11936, 12034, 12044, 12045, 12046, 12047, 12048, 12049, 12050, 12051, and 12052);

**IT IS ORDERED** that the Motions are **GRANTED**. The Motions to Amend at issue are **WITHDRAWN** from the record.

New Orleans, Louisiana, this 21st day of January, 2021.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE

**Exhibit A**

Sharon Morton, 20-cv-122
Lisa Walker, 20-cv-67
Damita Grant, 19-11393
Erica McQueen, 19-11469
Bertha McNair, 19-14694
Brenda Suttles, 19-14696
Susie Harris, 19-14700
Felicia Baldwin, 20-848
Tamika Flournoy, 20-1659
Georgia MacDonald, 18-11881
Maria Lind, 19-13077
Christy Brancky, 17-10852
Denise Pellonari, 17-15344
Derena DeJesus, 17-11912
Miriam Smith-Wilson, 17-10478
Stacy Shaw, 16-17386
Mary Vance, 18-06913
Elaine Steinberg, 17-10701
Sheila Wilson, 17-14839
Marsha Tipton, 17-09320
Georgia Huff-Welborn, 18-06740
Ginger Pippin, 18-03709
Tawnya Johnson, 16-17400
Ruth McGowan, 17-15170
Mary-Alice Cain, 17-15626
Era Lee Caldwell, 17-16755
Pamela S. Cochran, 17-16084
Eden Kathleen Davis, 17-15643
Sharon Decatur-Doxie, 17-17045
Diane Doering, 17-15664
Debra Harris, 17-15665
Rosa H. Herman, 17-16720
Gladis Jefferson, 17-15669