UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| Curtis DeGeorge, et al., | : : | JUDGE MILAZZO |
| Plaintiff, | : : | **Stipulation of Dismissal With Prejudice** |
| vs. | : : | Civil Action No. 2:19-CV-13359 |
| Accord Healthcare, Inc., | : : | |
| Defendant(s). | : : : | |

## **STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), that Plaintiffs Curtis DeGeorge and Charles DeGeorge hereby dismiss all claims in this matter with prejudice against all Defendants in this action, Civil Action 2:19-cv-13359, only. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal. This stipulation shall not affect the lawsuit filed by Curtis DeGeorge, which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing case number 2:17-cv-09611. All parties shall bear their own costs.

Date: January 25, 2021    */s/ Seth Sharrock Webb*
SETH SHARROCK WEBB, # 51236
BROWN & CROUPPEN, P.C.
211 N. Broadway, Suite 1600
St. Louis, Missouri 63102
314-421-0216
314-421-0359 facsimile
sethw@getbc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of January, 2021 a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: January 25, 2021            */s/  Seth Sharrock Webb*
                                                        SETH SHARROCK WEBB, # 51236
                                                        BROWN & CROUPPEN, P.C.
                                                        211 N. Broadway, Suite 1600
                                                        St. Louis, Missouri  63102
                                                        314-421-0216
                                                        314-421-0359 facsimile
                                                         sethw@getbc.com