UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) ) | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | |
| ) | SECTION "H" (5) |
| ) | JUDGE MILAZZO |
| ) | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: ) | |
| ) | |
| Plaintiff Name: Theresa Shellcroft ) | |
| Case No.: 2:17-cv-17151 ) | |
| _____ ) | |

**UNOPPOSED MOTION FOR LEAVE**
**TO FILE AMENDED SHORT FORM COMPLAINT**

Plaintiff Theresa Shellcroft, by and through counsel, respectfully seeks leave of Court to file an Amended Short Form Complaint in this matter. A copy of the Amended Short Form Complaint is attached as Exhibit "A' to this Motion.

Dated this 26th day of January, 2021.

Respectfully submitted,

**HISSEY, MULDERIG & FRIEND PLLC**

*/s/ David L. Friend*
David L. Friend. Esq.
State Bar No. 00796583
HISSEY, MULDERIG & FRIEND PLLC
Arboretum Plaza One
9442 Capital of Texas Highway N., Suite 400
Austin, TX 7859
512-320-9100
512-320-9101 (Fax)
dfriend@hmf-law.com

**STATEMENT REGARDING OBJECTION OR**
**NO OBJECTION BY OPPOSING PARTY**

I hereby certify that on January 25, 2021 I communicated with counsel for Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc. and Sanofi and was informed that they consent to Plaintiff's request for leave to amend the Complaint to add the Hospira Defendants.

**CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2021, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

/s/ David L. Friend
David L. Friend, Esq.
HISSEY, MULDERIG & FRIEND PLLC
One Arboretum Plaza
9442 Capital of Texas Highway N
Suite 400 400
Austin, TX 78759
(512) 320-9100
(512) 320-9101 (fax)
dfriend@hmf-law.com

ATTORNEYS FOR PLAINTIFFS