**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCT LIABILITY LITIGATION | MDL NO: 2740 |
| | |
| ROSE MATTHEWS | SECTION: "H" (5) |
| | |
| Plaintiff, | JUDGE JANE TRICHE MILAZZO MAG. JUDGE NORTH |
| v. | |
| | **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO PTO 105** |
| SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC.; SANOFI-AVENTIS U.S., LLC; HOSPIRA, INC., and HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC., | Civil Case No: 2:17-cv-06623 |
| | |
| Defendants. | |

**PLAINTIFF'S MOTION TO WITHDRAW UNOPPOSED MOTION FOR**
**LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO PTO 105**

Pursuant to the Second Stipulation to PTO 105 entered into by Plaintiffs' Co-Liaison Counsel and Defendants' Liaison Counsel on January 14, 2021 [Doc. 11910], Plaintiff, Shara Brown respectfully moves the Court for leave to withdraw Plaintiff's Unopposed Motion for Leave to File Amended Complaint Pursuant to PTO 105 that was filed on January 15, 2021.

Dated: January 26, 2021

Respectfully submitted,

**SIMON GREENSTONE PANATIER, P.C.**

 /s/ Jasmine Thompson
Jasmine Thompson,
SBN# 24104427
1201 Elm St., Suite 3400
Dallas, TX 75270
(214) 761-6614
(214) 276-7699 (fax)

*Attorney for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, the foregoing PLAINTIFF'S MOTION TO WITHDRAW UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO PTO 105 was filed electronically with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.


DATED: January 26, 2021                          /s/ Jasmine Thompson
                                                 Jasmine Thompson