# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCT LIABILITY LITIGATION<br><br>SHARA BROWN<br><br>Plaintiff,<br><br>v.<br><br>SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC.; SANOFI-AVENTIS U.S., LLC; HOSPIRA, INC., and HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC.,<br><br>Defendants. | MDL NO: 2740<br><br>SECTION: "H" (5)<br><br>JUDGE JANE TRICHE MILAZZO<br>MAG. JUDGE NORTH<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO PTO 105**<br><br>Civil Case No: 2:18-cv-04654 |

# ORDER

Before the Court is Plaintiff's Motion to Withdraw Unopposed Motion for Leave to File Amended Short Form Complaint Without Prejudice.

IT IS ORDERED that the Motion is **GRANTED.**

New Orleans, Louisiana, dated: _____.

_____<br>
Honorable Jane Triche Milazzo<br>
United States District Court Judge