IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) :<br>LIABILITY LITIGATION : | MDL NO. 2740 PRODUCTS |
| : | SECTION "N" (5) |
| : | JUDGE MILAZZO |
| : | MAG. JUDGE NORTH |
| : | |
| *This Document Relates to:* : | |
| *CASE NO. 2:17-cv-06919-JTM-MBN* : | |
| *TERRI M. DESTEFANO* : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO FILE FIRST AMENDED SHORT FORM COMPLAINT**

NOW COMES Plaintiff Terri M. Destefano, through her undersigned counsel, who respectfully brings this Motion pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. Plaintiff hereby respectfully moves for leave to file her First Amended Short Form Complaint, as attached hereto. Pursuant to Local Rule 7.6, Plaintiff's counsel has conferred with counsel informing based on NDC codes received in this matter and directly relevant to Plaintiff's case, Defendant Sandoz, Inc., should be named in this action. There is no opposition to this motion for leave to amend and for Plaintiff to file her First Amended Short Form Complaint (see Exhibit 1), properly naming Sandoz, Inc.

Dated: January 26, 2021                    Respectfully Submitted,
                                            **SIMMONS HANLY CONROY**

                                            */s/ John J. Foley*
                                            John J. Foley
                                            One Court Street
                                            Alton, IL 62002
                                            Telephone (618) 259-2222
                                            Facsimile (618) 259-2251
                                            Email: jfoley@simmonsfirm.com
                                            *Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ John J. Foley*
John J. Foley
**SIMMONS HANLY CONROY**
One Court Street
Alton, IL 62002
Telephone (618) 259-2222
Facsimile (618) 259-2251
Email: jfoley@simmonsfirm.com
*Attorney for Plaintiff*