# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) : <br> LIABILITY LITIGATION : <br> : <br> : <br> : <br> *This Document Relates to:* : <br> *CASE NO. 2:17-cv-06919-JTM-MBN* : <br> *TERRI M. DESTEFANO* : | MDL NO. 2740 PRODUCTS <br><br> SECTION "N" (5) <br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |

## ORDER GRANTING LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

THE COURT, having considered Plaintiff's Unopposed Motion for Leave to File a First Amended Short Form Complaint, and for good cause shown, it is hereby Ordered that Plaintiff's motion is GRANTED, and that Plaintiff may file the First Amended Short Form Complaint, in the above captioned matter.

SO ORDERED this _____ day of _____, 2020.

_____
JUDGE, UNITED STATES DISTRICT COURT

1