UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| This document relates to all cases | | |

## PRETRIAL ORDER NO. 113

**IT IS ORDERED** that the next show cause hearing is **SET** for **February 19, 2021**, at **1 p.m**. The hearing will be preceded by a meeting with lead and liaison counsel at **9:00 a.m.** and a general status conference at **10:00 a.m.** The call-in information for these events will be disseminated at a later time.

New Orleans, Louisiana, this 26th day of January, 2021.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE