UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

NOTICE OF CHANGE OF FIRM AND ADDRESS

Dear Clerk:

Please note the following change of firm and address:

Ruth Rizkalla
The Carlson Law Firm
100 E. Central Texas Expy
Killeen, TX 76541
P: (254) 526-5688
F: (254) 526-2325

Dated: January 27, 2021

/s/Ruth Rizkalla
Ruth Rizkalla (CA #224973)

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2021, I electronically filed the foregoing statement with the Clerk of the Court using the CM/ECF system which will send the notification of such a filing to all attorneys of record.

   /s/Ruth Rizkalla
Ruth Rizkalla, Esq.
The Carlson Law Firm
100 East Central Texas Expressway
Killeen, TX 76541
P: (254) 526-5688
F: (254) 526-2325

1

CERTIFICATE OF SERVICE