UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL NO. 2740 <br><br> SECTION ""N" (5) <br><br> HON. JUDGE JANE TRICHE MILAZZO <br><br> MAG. JUDGE MICHAEL NORTH |
| THIS DOCUMENT RELATES TO: Lingen v. Sanofi S.A., et al., Civil Action No. 2:17-cv-12527 | | |

## MOTION FOR SUBSTITUTION OF PROPER PARTY

COMES NOW counsel for plaintiff, VALERIE LINGEN, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting JEFFREY LINGEN on behalf of his deceased wife, Valerie Lingen, in the above-captioned cause for the following reasons:

1. On November 15, 2017, Valerie Lingen filed a products liability lawsuit in the above-referenced matter.

2. On May 21, 2020, Valerie Lingen passed away.

3. Plaintiff filed a Suggestion of Death on January 27, 2021.  *See* Doc. No. 12074.

4. Valerie Lingen's product liability action against defendants survived Plaintiff decedent's death and is not extinguished.

5. The decedent's husband, Jeffrey Lingen, has executed a Small Estate Affidavit and is a proper party to substitute for plaintiff-decedent Valerie Lingen, and wishes to be substituted on behalf of in this case.

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution of plaintiff in this action.

Dated: January 28, 2021

Respectfully Submitted,

**NIEMEYER GREBEL & KRUSE LLC**

*/s/ Mark R. Niemeyer*
Mark R. Niemeyer #42437
Michael S. Kruse #57818
211 N. Broadway,
Suite 2950
St. Louis, MO 63102
314-241-1919 phone
314-665-3017 fax
niemeyer@ngklawfirm.com
kruse@ngklawfirm.com

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Motion for Substitution of Party has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: January 28, 2021

Respectfully Submitted,

**NIEMEYER GREBEL & KRUSE, LLC**

<u>/s/ Mark R. Niemeyer</u>
Mark R. Niemeyer #42437
Michael S. Kruse #57818
10 S. Broadway,
Suite 1125
St. Louis, MO  63102
314-241-1919 phone
314-665-3017 fax
niemeyer@ngklawfirm.com
kruse@ngklawfirm.com

Attorneys for Plaintiff