# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION** | : MDL NO. 2740 |
| | : |
| | : SECTION "N"(5) |
| | : |
| **THIS DOCUMENT RELATES TO:** | : JUDGE JANE TRICHE MILAZZO |
| Valerie Lingen v. Sanofi-Aventis U.S. LLC, et al, | : |
| | : MAG. JUDGE MICHAEL B. NORTH |
| Civil Action No. 2:17-cv-12527 | : |

## ORDER ON MOTION FOR SUBSTITUTION OF PARTY
## PURSUANT TO RULE 25(A)(1)

THIS MATTER, having come before the Court on Plaintiff's counsel's Motion for Substitution of Party Pursuant to Rule 25(a)(1), and this Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that **JEFFREY LINGEN,** on behalf of his deceased wife, Valerie Lingen, may be substituted for Valerie Lingen as the proper party plaintiff in this action. New Orleans, Louisiana this _____ day of _____, 2021.

_____
**HONORABLE JANE T. MILAZZO**
United States District Court Judge