# COOK COUNTY CLERK VITAL RECORDS
## CHICAGO, ILLINOIS
### MEDICAL CERTIFICATE OF DEATH

**STATE FILE NUMBER:** 2020 0048193  
**DATE ISSUED:** 5/27/2020

| Field | Value |
|---|---|
| DECEDENT'S LEGAL NAME | VALERIE JEAN LINGEN |
| SEX | FEMALE |
| DATE OF DEATH | MAY 21, 2020 |
| COUNTY OF DEATH | COOK |
| AGE AT LAST BIRTHDAY | 62 YEARS |
| DATE OF BIRTH | [redacted] |
| CITY OR TOWN | PARK RIDGE |
| HOSPITAL OR OTHER INSTITUTION NAME | ADVOCATE LUTHERAN GENERAL HOSPITAL |
| PLACE OF DEATH | INPATIENT |
| BIRTHPLACE | WAUKEGAN, IL |
| SOCIAL SECURITY NUMBER | [redacted] |
| STATUS AT TIME OF DEATH | MARRIED |
| SURVIVING SPOUSE/CIVIL UNION PARTNER'S MAIDEN NAME | JEFFREY LINGEN |
| EVER IN U.S. ARMED FORCES? | NO |
| RESIDENCE | 205 NORTH PARKWAY |
| APT. NO. | |
| CITY OR TOWN | PROSPECT HEIGHTS |
| INSIDE CITY LIMITS? | YES |
| COUNTY | COOK |
| STATE | IL |
| ZIP CODE | 60070 |
| FATHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | RAYMOND GEORGE PETERS |
| MOTHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | HELEN ANN EICHINGER |
| INFORMANT'S NAME | JEFFREY LINGEN |
| RELATIONSHIP | HUSBAND |
| MAILING ADDRESS | 205 NORTH PARKWAY, PROSPECT HEIGHTS, IL, 60070 |
| METHOD OF DISPOSITION | BURIAL |
| PLACE OF DISPOSITION | ALL SAINTS CATHOLIC CEMETERY |
| LOCATION - CITY OR TOWN AND STATE | DES PLAINES, IL |
| DATE OF DISPOSITION | MAY 26, 2020 |
| FUNERAL HOME | MATZ FUNERAL HOME, 410 E RAND ROAD, MT PROSPECT, IL, 60056 |
| FUNERAL DIRECTOR'S NAME | ROBERT S DILKS |
| FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER | 034014486 |
| LOCAL REGISTRAR'S NAME | KAREN A YARBROUGH |
| DATE FILED WITH LOCAL REGISTRAR | MAY 24, 2020 |

**CAUSE OF DEATH**

PART I. IMMEDIATE CAUSE (Final disease or condition resulting in death)
- a. OVARIAN CANCER — APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH: 5 1/2 YEARS
- b. Due to (or as a consequence of):
- c. Due to (or as a consequence of):
- Due to (or as a consequence of):

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

| Field | Value |
|---|---|
| WAS AN AUTOPSY PERFORMED? | NO |
| WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH? | N/A |
| FEMALE PREGNANCY STATUS | NOT APPLICABLE |
| MANNER OF DEATH | NATURAL |
| DATE OF INJURY | |
| TIME OF INJURY | |
| PLACE OF INJURY | |
| INJURY AT WORK? | |
| LOCATION OF INJURY | |
| DESCRIBE HOW INJURY OCCURRED | |
| IF TRANSPORTATION INJURY, SPECIFY | |
| ATTEND THE DECEASED? | NO |
| DATE LAST SEEN ALIVE | UNKNOWN |
| WAS MEDICAL EXAMINER OR CORONER CONTACTED? | NO |
| DATE PRONOUNCED | |
| TIME OF DEATH | 10:20 AM |
| CERTIFIER | PHYSICIAN |
| DATE CERTIFIED | MAY 24, 2020 |
| NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | HALLMEYER, SIGRUN, 1775 DEMPSTER STREET, PARK RIDGE, ILLINOIS, 60068 |
| PHYSICIAN'S LICENSE NUMBER | 036106308 |

1391393




This is to certify that this is a true and correct copy from the official death record filed with the Illinois Department of Public Health.

Karen A. Yarbrough  
Cook County Clerk

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE