**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re: TAXOTERE (DOCETAXEL)**          **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                              **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO**

**Plaintiff Name: Ellen Trombley**
**Case No.: 2:19-13482**

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Ellen Trombley whose case is on a Notice of Non-Compliance to be heard by the Court on February 19, 2021. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: January 28, 2021            **BACHUS & SCHANKER, LLC**

                                  By: */s/ J.Christopher Elliott*
                                  J. Christopher Elliott, Esq.
                                  Bachus & Schanker, LLC
                                  101 West Colfax Suite 650
                                  Denver, CO 80202
                                  Telephone: (303)893-8900
                                  Facsimile: (303) 893-9900
                                  Email: celliott@coloradolaw.net

                                  *Attorneys for Plaintiff*