# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| This document relates to all cases ) | |
| ) | |

## ORDER

On December 14, 2020, the Court ordered certain plaintiffs to comply with their obligations in this litigation. The Court has been advised that the following plaintiff has failed to do so within the time frame set by the Court.

- Maria Granados, 2:20-cv-01867
- Deborah Jones, 2:18-cv-11678
- Rachel Jose, 2:17-cv-10297
- Lisa Ladd, 2:17-cv-09165
- Melissa Ordiway, 2:17-cv-15294
- Cindy Pringle, 2:17-12238
- Nikki Rowenhorst, 2:18-cv-12274
- Margaret Stubenhofer, 2:17-cv-17991
- Ruby Tate, 2:18-cv-13497

Accordingly, **IT IS ORDERED** that the above-listed cases are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 28th day of January, 2021.

**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**