# EXHIBIT A

| Plaintiff Last Name | Plaintiff First Name | Case Numbers |
|---|---|---|
| Akins | Brenda | 2:17-cv-12767 |
| Cobb | Veronica | 2:17-cv-12770 |
| Hunter | Linda | 2:17-cv-12787 |
| Legaspi | Thelma | 2:17-cv-12916 |
| Whitlow | Joyce | 2:17-cv-12930 |
| Dempsey | Patricia | 2:17-cv-13667 |
| Cowan | Candice | 2:17-cv-12540 |
| White | Geraldine | 2:17-cv-12548 |
| Iacopetti | Zosie | 2:17-cv-13486 |
| Jones | Regina | 2:17-cv-12912 |
| Knight | Sheri | 2:17-cv-13491 |
| Lance | Anita | 2:17-cv-12913 |
| Leverette | Marshall | 2:17-cv-13496 |
| Bermudez | Olga | 2:17-cv-13473 |
| McKinney | Camille | 2:17-cv-13504 |
| Knowles | Denese | 2:17-cv-13494 |
| Jones | Cheryl | 2:17-cv-12907 |