BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: <br> Kimberley Trunick v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al. <br><br> Civil Action No.: 2:17-cv-12666 | |

## PLAINTIFFS' NOTICE TO WITHDRAW MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

Comes now the Plaintiffs, by and through counsel, and gives notice of their intent to withdraw Plaintiffs' Motion for Leave to File Amended Short Form Complaint filed on January 15th, 2021 (Doc. No.: 12012). Plaintiffs' counsel now withdraws the Motion as of today's date.

Dated this 28th day of January, 2021

Respectfully submitted,

GOMEZ TRIAL ATTORNEYS
*/s/Lindsay R Stevens*
Lindsay R. Stevens (CA Bar # 256811)
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
*lstevens@thegomezfirm.com*

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Lindsay R. Stevens*
Lindsay R. Stevens (CA Bar # 256811)
GOMEZ TRIAL ATTORNEYS