**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "H" (5) |
| *ALL CASES* | HON. JANE TRICHE MILAZZO |

**HOSPIRA AND PFIZER DEFENDANTS' CONSENT MOTION
TO SUBSTITUTE SETTLEMENT COUNSEL**

Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer Inc. (the "Hospira and Pfizer Defendants") respectfully request that the Court permit them to replace their representative on the 505(b) Settlement Committee, as initially appointed by this Court in Pretrial Order No. 44 (Rec. Doc. No. 371) and amended by Pretrial Order No. 44A (Rec. Doc. No. 2355).

The Hospira and Pfizer Defendants seek to replace their current representative, Sheila Birnbaum of Dechert LLP, with William Hoffman of Arnold & Porter Kaye Scholer LLP ("Arnold & Porter"). The reason for this substitution is that Dechert LLP is withdrawing as counsel for the Hospira and Pfizer Defendants in the MDL.

Mr. Hoffman is a partner at Arnold & Porter and has extensive experience in product liability litigation. He has been counsel in numerous multidistrict litigations involving pharmaceutical products. Copies of Mr. Hoffman's professional biography and photograph have been provided to the Court via electronic transmission. Mr. Hoffman has read Pretrial Order No. 6 and understands the responsibilities and commitment required to serve on the Settlement Committee.

Plaintiffs and the 505(b)(2) Defendants consent to this substitution.

Therefore, the Hospira and Pfizer Defendants request that the Court enter the attached proposed Pretrial Order appointing Mr. Hoffman to the Settlement Committee.

2

Dated: January 29, 2021

Respectfully submitted,

*/s/ Richmond T. Moore*

Heidi K. Hubbard
Richmond T. Moore
Neelum J. Wadhwani
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901
Phone: (202) 434-5000
Fax: (202) 434-5029
hhubbard@wc.com; rtmoore@wc.com;
nwadhwani@wc.com

John F. Olinde (Bar No.1515)
Peter J. Rotolo (Bar No. 21848)
**CHAFFE MCCALL LLP**
1100 Poydras Street
New Orleans, LA 70163
Phone: (504) 858-7000
Fax: (504) 585-7075
olinde@chaffe.com

*Counsel for Defendants Hospira, Inc., and Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 29, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

                                                          /s/ *Richmond T. Moore*