**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | **MDL NO. 2740** **SECTION "H" (5)** **HON. JANE TRICHE MILAZZO** **MAG. JUDGE MICHAEL NORTH** |
| THIS DOCUMENT RELATES TO: | ) ) | |
| Felicia Baldwin v. Sanofi-Aventis US LLC, et al. | ) ) ) | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS EXCEPT SANOFI-** |
| Case No. 2:20-cv-00848 | ) | **AVENTIS US LLC D/B/A WINTHROP US** |

**PLAINTIFF'S NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS EXCEPT SANOFI-AVENTIS US LLC D/B/A WINTHROP US**

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi-Aventis US LLC d/b/a Winthrop US, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claim against the remaining defendant is not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 29th day of January, 2021.

1

Respectfully submitted,

By: */s/ Thomas J. Smith*
Thomas J. Smith, TN Bar #35331
Law Offices of Tony Seaton & Associates, PLLC
118 E. Watauga Ave
Johnson City, TN 37601
Telephone: (423) 282-1041
Facsimile: (423) 282-0967
tom@tonyseaton.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of January, 2021, I electronically filed the foregoing

document with the Clerk of the court using the CM/ECF system, which will send notification of

this filing to CM/ECF participants registered to receive service.

*/s/ Thomas J. Smith*
Thomas J. Smith