# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: *ALL CASES* | SECTION "H" (5) <br> HON. JANE TRICHE MILAZZO |

## PRETRIAL ORDER NO. 44B
## (REPLACING HOSPIRA AND PFIZER DEFENDANTS' SETTLEMENT COUNSEL)

Considering the Consent Motion to Replace Settlement Counsel (Doc. 12097);

**IT IS ORDERED** that Pretrial Order No. 44 (Doc. 371), as amended by 44A (Doc. 2355), is amended as follows:

William Hoffman is appointed to the 505(b)(2) Settlement Committee in place of Sheila L. Birnbaum on behalf of Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer Inc. (the "Hospira and Pfizer Defendants").

New Orleans, Louisiana, this 29th day of January, 2021.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE