UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

HON. JANE TRICHE MILAZZO

THIS DOCUMENT RELATES TO:
*All cases where Hospira, Inc., Hospira Worldwide, LLC, formerly d/b/a Hospira Worldwide, Inc., and/or Pfizer Inc.*
*are named*

### NOTICE OF WITHDRAWAL OF COUNSEL

Notice is hereby given of the withdrawal of Mark S. Cheffo, Mara Cusker Gonzalez, Rachel B. Passaretti-Wu, Lauren E. Gumerove, and Jonathan S. Tam as counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer Inc. ("Hospira" and "Pfizer") in the above-captioned matters. Hospira and Pfizer will continue to be represented by their remaining counsel of record.

Dated: February 2, 2021

Respectfully submitted,

*/s/ John F. Olinde*
John F. Olinde (Bar No. 1515)
**CHAFFE MCCALL LLP**
1100 Poydras Street
New Orleans, LA 70163
Phone: (504) 858-7000
Fax: (504) 585-7075
olinde@chaffe.com

*/s/ Mark S. Cheffo*
Mark S. Cheffo
**DECHERT LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
Phone: (212) 698-3814
Mark.Cheffo@dechert.com

*/s/ Mara Cusker Gonzalez*
Mara Cusker Gonzalez
**DECHERT LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
Phone: (212) 641-5665
MaraCusker.Gonzalez@dechert.com

*/s/ Rachel B. Passaretti-Wu*
Rachel B. Passaretti-Wu
**DECHERT LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
Phone: (212) 698-3647
Fax: (212) 698-3599
Rachel.Passaretti-Wu@dechert.com

*/s/ Lauren E. Gumerove*
Lauren E. Gumerove
**DECHERT LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
Phone: (212) 698-3876
Lauren.Gumerove@dechert.com

> */s/ Jonathan S. Tam*
> Jonathan S. Tam
> **DECHERT LLP**
> 1 Bush St #1600
> San Francisco, CA 94104-4446
> Phone: (415) 262-4518
> Jonathan.Tam@dechert.com
>
> ***Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly d/b/a Hospira Worldwide, Inc., and Pfizer Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

> */s/ John F. Olinde*