## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>HON. JANE T. MILAZZO |
| THIS DOCUMENT RELATES TO:<br><br>*Stevens v. Sanofi US Services, Inc. and Sanofi-Aventis U.S. LLC,* 18-14278 | |

### PLAINTIFF'S WITHDRAWAL OF
### UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff, through undersigned counsel, pursuant to the Court's Second Stipulation Regarding PTO 105 [Doc. 11910], withdraws her previously filed Unopposed Motion for Leave to File Amended Complaint [Doc. 11992] without prejudice.

Consent was sought from Defendants and, while the undersigned thought no objection was made within 14 days per PTO 37A, counsel for Defendant Sanofi US Services, Inc. and Sanofi-Aventis U.S., LLC, did send an objection which was caught in Plaintiff's counsel's spam folder and was only just discovered.

Dated this 2nd day of February, 2021.

By: /s/   *Jane L. Calamusa*
One of the Attorneys for the Plaintiff(s)
Jane L. Calamusa
ASB-5640-A26C
jcalamusa@rosenharwood.com
ROSEN HARWOOD, P.A.
2200 Jack Warner Parkway, Suite 200
Tuscaloosa, Alabama 35401
(205) 344-5000

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS**

I certify that a copy of the above pleading has been sent to counsel of record for all parties via electronic filing through the CM/ECF system.

Dated this 2nd day of February, 2021.

/s/ Jane L. Calamusa
Jane L. Calamusa