UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| This document relates to all cases | | |

## ORDER

**IT IS ORDERED** that that the hearings currently set for February 8-9, 2021, are **RESET** for **March 18-19, 2021**, beginning at **9:30 a.m.** each day. At a later time, the Court will designate which motions it will hear on these dates;

**IT IS FURTHER ORDERED** that the hearings set for **February 10, 2021**, at **9:30 a.m.** will proceed as scheduled, via video conference, and the Court will hear the following motions:

- Defendant Accord's Motion for Summary Judgment on Preemption (Doc. 11226);
- Defendant Sandoz's Motion for Summary Judgment on Preemption (Doc. 11475);
- Defendant Sandoz's Motion to Exclude Dr. David Ross (Doc. 11468);
- Defendant Accord's Motion to Exclude Dr. David Ross (Doc. 11533); and
- Plaintiff's Motion to Exclude Dr. Mukul Agrawal (Doc. 11504).

Each party will have seven minutes to argue each motion.

New Orleans, Louisiana, this 2nd day of February, 2021.

*[signature]*

        **HON. JANE T. MILAZZO**
        **UNITED STATES DISTRICT JUDGE**