UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| CARMEN CRUZ | : : | JUDGE MILAZZO |
| Plaintiff, | : : | **Stipulation of Dismissal With Prejudice** |
| vs. | : : | Civil Action No.  18-CV-12430 |
| SANOFI US SERVICES INC. ET AL., | : : : | |
| Defendant(s). | : : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), that Plaintiff Carmen Cruz hereby dismisses all claims in this matter with prejudice against all Defendants in this action Civil Action 18-cv-12430 only. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal.  This stipulation shall not affect the lawsuit filed by Carmen Cruz, which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing case number 18-cv-12526.  All parties shall bear their own costs.

Dated this 3rd day of February 2021

By:  */s/ J. Christopher Elliott*
J. Christopher Elliott, Esq.
**BACHUS & SCHANKER, LLC**
J. Kyle Bachus, Esq.
Darin L. Schanker, Esq.
101 West Colfax, Suite 650
Denver, CO 80202
Telephone: (303) 893-9800
Facsimile: (303) 893-9900

Email: celliott@coloradolaw.net
kyle.bachus@coloradolaw.et
dschanker@coloradolaw.net

*Attorneys for Plaintiff*

SHOOK, HARDY & BACON

 /s/ *Madison Hatten*
Madison Hatten, Esq.
Harley V. Ratliff, Esq.
Adrienne Byard, Esq.
2555 Grand Boulevard
Kansas City, MO 64108
Phone: 816-474-6550
Fax: 816-421-5547
Email:  mhatten@shb.com
*Attorney for Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.*

WILLIAMS & CONNOLLY LLP

Heidi Hubbard
Richmond Moore
Neelum Wadhwani
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: 202-434-5000
Facsimile: 202-434-5029
Email: hhubbard@wc.com
rmoore@wc.com
nwadhwani@wc.com

CHAFFE McCALL, L.L.P.

/s/ *John F. Olinde*
John F. Olinde (Bar No.1515)
Peter J. Rotolo (Bar No.1848)
1100 Poydras Street
New Orleans, LA 70163
Phone: (504) 858-7000
Fax: (504) 585-7075
Email:  olinde@chaffe.com
rotolo@chaffe.com

Attorneys for Hospira, Inc., Hospira Worldwide, LLC formally d/b/a Hospira Worldwide, Inc., and Pfizer Inc.

*/s/ Julie A. Callsen*
Julie A. Callsen
Brenda A. Sweet
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, Ohio  44113-7213
Telephone:     216-592-5000
Facsimile:     216-692-5009
julie.callsen@tuckerellis.com
brenda.sweet@tuckerellis.com

*Attorneys for Defendant*
*Accord Healthcare, Inc.*

*/s/ Evan Holden*
Evan Holden
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Rd. NE, Suite 2500
Atlanta, GA 30305
HoldenE@gtlaw.com
*Attorneys for Sandoz Inc.*

*/s/ Geoffrey M. Coan*
Geoffrey M. Coan
Kathleen E. Kelly
HINSHAW & CULBERTSON LLP
53 State Street, 27th Floor
Boston, MA 02109
Telephone:     617-213-7000
Facsimile:     617-213-7001
gcoan@hinshawlaw.com
kekelly@hinshawlaw.com

*Attorneys for Defendant*
*Sun Pharmaceutical Industries, Inc. f/k/a Caraco*
*Pharmaceutical Laboratories, Ltd.*

MORRISON & FOERSTER LLP

*/s/ Julie Y. Park*
Julie Y. Park
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92130
Telephone: 858.720.5100
Facsimile: 858.720.5125

*Attorneys for McKesson Packaging Services, a division of McKesson Corporation*