UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Nancy Youngblood  JUDGE MILAZZO
Case No.: 2:19-cv-00755-JTM-MBN  MAG. JUDGE NORTH

## DECLARATION

I, William Barfield, have attempted to reach my client, Nancy Youngblood, on the following dates: November 13, 2019 left voicemail, December 4, 2019 left voicemail and sent letter by U.S. mail, January 6, 2020 sent email and letter by U.S. mail, December 10, 2020 left voicemail, sent email and text message, January 5, 2021 left voicemail, sent email and text message and February 1, 2021 left voicemail, sent email and text message, February 2, 2021 sent letter by U.S. mail.

by (check all that apply) _X___ telephone, _X___ e-mail, __X__ text message, ____ social media, _X___ U.S. Mail, ____ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

**MCDONALD WORLEY, PC**
*/s/ William H. Barfield*
William H. Barfield,
bill@mcdonaldworley.com
TX State Bar No. 24031725
Jeffrey C. Bogart
jbogart@mcdonaldworley.com
State Bar No. 132778
Mc Donald S. Worley