UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |
| *Ranisha Brown, et al., v. Sanofi U.S. Services, Inc., et al.,* **as to Plaintiff SANDRA DANTZLER ONLY; Case No. 2:18-cv-2599** | |

**NON-TRIAL POOL SANDRA DANTZLER' STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff SANDRA DANTZLER' averment of the basis for dismissal as follows:

**YOU MUST CHECK ALL THAT APPLY**

  X   Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant.

  __   Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

  __   Other

If warranted under the circumstances, Plaintiff SANDRA DANTZLER' may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated the 4th day of February, 2021

**NAPOLI SHKOLNIK PLLC**

By: /s/ Hunter Shkolnik
Hunter Shkolnik, Esq.
400 Broadhollow Rd, Suite 305
Melville, NY 11747
(212) 397-1000
Email: hunter@napolilaw.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2021 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: 4th day of February, 2021          /s/ Hunter Shkolnik_____
                                          Hunter Shkolnik, Esquire