UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

          SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:**    Angela Worobec
**Case No.:**    2:19-cv-13578

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Angela Worobec whose case is on a Notice of Non-Compliance to be heard by the Court on February 19, 2021. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: February 4, 2021           */s/ Jade M. Ruiz*
          Jade M. Ruiz
          Johnson Law Group
          2925 Richmond Avenue
          Suite 1700
          713-626-9336
          JadeR@johnsonlawgroup.com

          Alyssa White
          Johnson Law Group
          2925 Richmond Avenue
          Suite 1700
          713-626-9336
          AWhite@johnsonlawgroup.com