# EXHIBIT A

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 1 | Adams | Tessie | 2:17-cv-16210 | 12/9/2017 | PFS Not Substantially Complete; Authorizations (not dated) | sanofi |
| 2 | Ballard | Leslie | 2:19-cv-14130 | 12/6/2019 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 |
| 3 | Beaver | Amy | 2:18-cv-01433 | 2/12/2018 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Authorizations, or PTO 71A) | 505 |
| 4 | Berger | Sandra | 2:18-cv-09159 | 10/3/2018 | No Authorizations (No Psychiatric records, disability or workers compensation) | sanofi |
| 5 | Burbage | Greeta | 2:18-cv-12846 | 12/7/2018 | No CMO 12A | 505 |
| 6 | Burchett | Linda | 2:17-cv-14625 | 12/5/2017 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 |
| 7 | Burge | Pamela | 2:20-cv-02382 | 8/31/2020 | PFS Not Substantially Complete - No PFS Declaration; No Before Photos; Photos are not dated; No Authorizations | Both sanofi and 505 |
| 8 | Burnette | Elaine | 2:20-cv-01078 | 4/1/2020 | No PTO 71A | sanofi |
| 9 | Burns | Bonnie | 2:17-cv-15769 | 12/8/2017 | No Authorizations | sanofi |
| 10 | Burris | Kimberly | 2:18-cv-08762 | 9/19/2018 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | sanofi |
| 11 | Camp | Sharon | 2:18-cv-12391 | 12/4/2018 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, or PTO 71A) | 505 |
| 12 | Carter | Grace | 2:19-cv-14242 | 12/8/2019 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 |
| 13 | Castles | Barbara | 2:18-cv-13333 | 12/11/2018 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 |
| 14 | Collins | Thelmira | 2:18-cv-01918 | 2/22/2018 | No CMO 12A | sanofi |
| 15 | Crain | Debra | 2:20-cv-01512 | 5/22/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 |
| 16 | Crosland-Daniels | Georgia | 2:19-cv-00778 | 2/1/2019 | No PTO 71A | sanofi |
| 17 | Daniels | Tasha | 2:18-cv-13647 | 12/13/2018 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 |
| 18 | Davis | Carlina | 2:17-cv-09543 | 9/23/2017 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Authorizations, or PTO 71A) | 505 |
| 19 | Delsemme | Janet | 2:18-cv-14250 | 12/3/2018 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | sanofi |
| 20 | Denney | Kelly | 2:19-cv-14046 | 12/4/2019 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 |
| 21 | Diggs | Mollie | 2:16-cv-14524 | 9/7/2016 | PFS Not Substantially Complete | sanofi |
| 22 | Dixon | Martha | 2:20-cv-02219 | 8/10/2020 | No PTO 71A | sanofi |
| 23 | Edwards-Rector | Tiana Louise | 2:18-cv-08128 | 8/24/2018 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 24 | Ethridge | Cerita | 2:19-cv-11877 | 7/25/2019 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 |
| 25 | Evitts | Eleanor | 2:18-cv-11799 | 11/29/2018 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 |
| 26 | Ferrell | Cindy | 2:18-cv-12476 | 12/5/2018 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 |
| 27 | Fink | Jo | 2:17-cv-15858 | 12/8/2017 | Authorizations (HIPAA and insurance authorizations are not dated) | sanofi |
| 28 | Forsyth | Roxanna | 2:20-cv-01888 | 07/02/2020 | PFS Not Substantially Complete; No PTO 71A | 505 |
| 29 | Freeman | Dorothy | 2:17-cv-00955 | 2/2/2017 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 |
| 30 | Fuller | Toni | 2:20-cv-01628 | 06/05/2020 | PFS Not Substantially Complete | 505 |
| 31 | Graves | Brenda | 2:18-cv-12413 | 12/4/2018 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Authorizations, or PTO 71A) | 505 |
| 32 | Griffith | Pamela | 2:19-cv-13528 | 11/8/2019 | PFS Not Substantially Complete | sanofi |
| 33 | Hanson | Mona | 2:18-cv-13193 | 12/10/2018 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 |
| 34 | Harris | Leslye | 2:18-cv-08868 | 9/24/2018 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 |
| 35 | Harris | Sheryl | 2:18-cv-07075 | 7/28/2018 | Authorizations (HIPAA authorization expired by time produced to defendants; No Disability authorization; Insurance authorization - Not witnessed and Plaintiff has failed to leave addressee lines of authorization blank and improperly inserted plaintiff's information in the addressee/to line; Workers Compensation authorization is not witnessed) | sanofi |
| 36 | Hatch | Angela | 2:20-cv-02140 | 7/29/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Both sanofi and 505 |
| 37 | Hatcher | Amy | 2:18-cv-04153 | 4/23/2018 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Authorizations, or PTO 71A) | 505 |
| 38 | Hebert | Cheryl | 2:18-cv-07088 | 7/30/2018 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 |
| 39 | Henderson | Angela | 2:17-cv-15613 | 12/07/2017 | PFS Not Substantially Complete | 505 |
| 40 | Henderson | Stephanie | 2:20-cv-02207 | 8/6/2020 | Shell PFS; PFS Not Substantially Complete; No Authorizations; No PTO 71A | sanofi |
| 41 | Hodges | Virginia | 2:18-cv-05142 | 5/22/2018 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 |
| 42 | Hoffman | Frances | 2:19-cv-13226 | 10/23/2019 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, or PTO 71A) | 505 |
| 43 | Howard | Lola | 2:17-cv-15702 | 12/8/2017 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|------|-------|----------------|----------------------|---------------------------|----------------|
| 44 | Hurd | Baby | 2:20-cv-01784 | 6/22/2020 | Authorizations (Psychiatric records authorization was expired by the time it was produced to defendants); No PTO 71A | sanofi |
| 45 | Hyman | Barbara | 2:19-cv-13236 | 10/23/2019 | No PTO 71A | sanofi |
| 46 | Isaac | Nina | 2:18-cv-13292 | 12/10/2018 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Authorizations, or PTO 71A) | 505 |
| 47 | Isaac | Sharon | 2:18-cv-11581 | 11/26/2018 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 48 | James | Tammy | 2:18-cv-01553 | 2/14/2018 | Authorization (Insurance authorization - Plaintiff has failed to leave addressee lines of authorization blank and improperly inserted plaintiff's information in the addressee/to line) | sanofi |
| 49 | Jones | Dorothy | 2:17-cv-10531 | 10/11/2017 | PFS Not Substantially Complete | sanofi |
| 50 | Jones | Mary | 2:18-cv-13222 | 12/10/2018 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | sanofi |
| 51 | Jones | Shelly | 2:19-cv-01164 | 8/22/2018 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 |
| 52 | Kaczmarskl | Maryellen | 2:18-cv-13488 | 12/11/2018 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 |
| 53 | Kamali | Donna | 2:19-cv-14169 | 12/6/2019 | No Insurance Authorization | sanofi |
| 54 | Kibler | Lisa | 2:18-cv-11647 | 11/28/2018 | PFS Not Substantially Complete | sanofi |
| 55 | Klahn | Anne | 2:20-cv-00329 | 01/29/2020 | PFS Not Substantially Complete; No CMO 12A | 505 |
| 56 | Knott | Marianne | 2:18-cv-05309 | 5/24/2018 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 |
| 57 | Labrot | Deane | 2:17-cv-18007 | 12/30/2017 | Authorizations (HIPAA Authorization - Plaintiff put "N/A" on the authorization and improperly inserted law firm name in space meant to be blank for healthcare providers; Insurance Authorization - Plaintiff improperly inserted information in space reserved for insurers and authorization releases information only to Plaintiff's Counsel; Psychiatric Authorization - Plaintiff improperly put "N/A" in space meant to be blank for healthcare providers) | sanofi |
| 58 | Lambert | Mary | 2:19-cv-14139 | 12/6/2019 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 |
| 59 | Lawyer | Regina | 2:20-cv-01445 | 5/13/2020 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 60 | Lei | Janet | 2:18-cv-12671 | 12/7/2018 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, or PTO 71A) | 505 |
| 61 | Leibbrandt | Judy | 2:20-cv-01142 | 04/07/2020 | No PTO 71A | 505 |
| 62 | Lewis | Lisa | 2:20-cv-02112 | 7/24/2020 | No CMO 12A | Both sanofi and 505 |
| 63 | Lindberg | Linda | 2:20-cv-01941 | 07/09/2020 | PFS Not Substantially Complete | 505 |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 64 | Lockett | Gloria | 2:18-cv-12911 | 12/8/2018 | No PTO 71A; Authorizations (Psychiatric Records and Insurance authorizations are not dated) | sanofi |
| 65 | Lowe | Kimberly | 2:17-cv-13465 | 11/27/2017 | No Authorizations (Authorizations submitted are poor-quality photographs of authorizations) | sanofi |
| 66 | Maholmes | Robin | 2:20-cv-02113 | 7/24/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 |
| 67 | Martin | Clara | 2:17-cv-12933 | 11/21/2017 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Authorizations, or PTO 71A) | 505 |
| 68 | McCall | Doris | 2:19-cv-13386 | 11/1/2019 | No CMO 12A; No PTO 71A | sanofi |
| 69 | McClain | Beverly | 2:20-cv-02215 | 8/10/2020 | No CMO 12A | Both sanofi and 505 |
| 70 | McClellan | Kimberly | 2:18-cv-01339 | 2/8/2018 | No PTO 71A | sanofi |
| 71 | McClendon | Shelvia | 2:17-cv-15741 | 12/8/2017 | PFS Not Substantially Complete | sanofi |
| 72 | Mitchell | Julia | 2:20-cv-01144 | 4/8/2020 | Authorizations (Submitted a distorted photograph of a HIPAA authorization; Submitted a distorted photograph of the Insurance authorization signature page; No Psychiatric records authorization) | sanofi |
| 73 | Moore | Lillie | 2:17-cv-18000 | 12/30/2017 | PFS Not Substantially Complete; Authorizations (not dated) | sanofi |
| 74 | Moore | Linda | 2:17-cv-09539 | 09/23/2017 | No CMO 12A | 505 |
| 75 | Moore Simmons | Pamela | 2:19-cv-14131 | 12/6/2019 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, or PTO 71A) | 505 |
| 76 | Morrow | Darlene | 2:18-cv-07928 | 08/20/2018 | PFS Not Substantially Complete: Proof of Injury - Before photo is too old (dated 23 years before docetaxel use); No CMO-12 Documentation; No PTO-71 Statement | 505 |
| 77 | Nanney | Tammi | 2:19-cv-09538 | 4/18/2019 | No PTO 71A | sanofi |
| 78 | Nesbitt | Romelia | 2:18-cv-05419 | 5/29/2018 | PFS Not Substantially Complete | sanofi |
| 79 | Newman | Pamela | 2:19-cv-13811 | 11/25/2019 | Authorization (HIPAA authorization was expired when produced to Defendants) | sanofi |
| 80 | Orr | Gail | 2:19-cv-14355 | 12/9/2019 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, or PTO 71A) | 505 |
| 81 | Owens | Karen | 2:18-cv-06234 | 6/25/2018 | Authorization (Psychiatric records authorization - Plaintiff inserted the names of the wrong facilities/hospitals in the addressee line) | sanofi |
| 82 | Palpallatoc | Nadeen | 2:19-cv-12367 | 8/29/2019 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 |
| 83 | Patrick | Jo Ann | 2:16-cv-17036 | 12/9/2016 | Shell PFS; PFS Not Substantially Complete; Authorization (No Psychiatric records authorization) | sanofi |
| 84 | Perkins | Sylvia | 2:19-cv-11977 | 8/1/2019 | Authorizations (Insurance authorization - Plaintiff has failed to leave addressee lines of authorization blank and improperly inserted plaintiff's information in the addressee/to line) | sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 85 | Peterson | Angela | 2:18-cv-09257 | 10/5/2018 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 |
| 86 | Peterson | Kathy | 2:20-cv-00291 | 01/28/2020 | No CMO 12A | 505 |
| 87 | Petty | Dianne | 2:19-cv-12331 | 8/28/2019 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 |
| 88 | Postelli | Cheryl | 2:19-cv-02658 | 3/20/2019 | No Authorizations | sanofi |
| 89 | Powell | Daine | 2:17-cv-14445 | 12/4/2017 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 |
| 90 | Rabe | Kathren | 2:18-cv-12566 | 12/6/2018 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 |
| 91 | Rider | Rita | 2:20-cv-01084 | 4/1/2020 | PFS Not Substantially Complete; Authorizations (HIPAA, Psychiatric and insurance records authorizations are not dated); No CMO 12A; No PTO 71A | sanofi |
| 92 | Ruiz | Sonia | 2:19-cv-13806 | 11/25/2019 | No CMO 12A | sanofi |
| 93 | Samuel | Eltoria | 2:18-cv-13367 | 12/11/2018 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 |
| 94 | Sanderson | Donna | 2:18-cv-12992 | 12/10/2018 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 |
| 95 | Scroggins | Shirley | 2:18-cv-02341 | 3/4/2018 | Authorizations (Insurance authorization is not witnessed) | sanofi |
| 96 | Sewell | Bertie | 2:18-cv-14262 | 12/28/2018 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 |
| 97 | Shaffer | Lois | 2:17-cv-12634 | 11/17/2017 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 |
| 98 | Shepherd | Laura | 2:20-cv-01085 | 4/1/2020 | No CMO 12A; No PTO 71A | sanofi |
| 99 | Shinn | Susan | 2:19-cv-02846 | 3/22/2019 | Authorizations (HIPAA authorization is not dated; HIPAA Authorization - Plaintiff improperly inserted the names of only a few healthcare providers in addressee lines; No Insurance authorization) | sanofi |
| 100 | Singleton | Hallie | 2:18-cv-06531 | 7/5/2018 | No Authorizations | sanofi |
| 101 | Skyberg | Gayle | 2:18-cv-02297 | 3/2/2018 | PFS Not Substantially Complete | sanofi |
| 102 | Smith | Shirley | 2:18-cv-12253 | 12/4/2018 | No PTO 71A | sanofi |
| 103 | Spain | Marianne | 2:18-cv-13899 | 12/17/2018 | PFS Not Substantially Complete; Authorization (No Psychiatric records authorization) | sanofi |
| 104 | Spruance | Cathryn | 2:19-cv-14098 | 12/5/2019 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 |
| 105 | Squire | Vickie | 2:18-cv-12287 | 12/4/2018 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 106 | Stowers | Cassandra | 2:20-cv-01883 | 07/02/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, or PTO 71A) | 505 |
| 107 | Tabron | Virginia | 2:17-cv-01729 | 02/28/2017 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | 505 |
| 108 | Thomas | Michelle | 2:19-cv-12034 | 8/6/2019 | PFS Not Substantially Complete | sanofi |
| 109 | Tillman | Barbara | 2:19-cv-12320 | 8/27/2019 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 |
| 110 | Trombley | Ellen | 2:19-cv-13482 | 11/7/2019 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 |
| 111 | Waiters | India | 2:19-cv-13984 | 12/3/2019 | No PTO 71A | sanofi |
| 112 | Walker | Jo Ann | 2:19-cv-12392 | 8/30/2019 | No PTO 71A | sanofi |
| 113 | Wallace | Virginia | 2:19-cv-14138 | 12/6/2019 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, or PTO 71A) | 505 |
| 114 | Wallace | Carrie | 2:17-cv-16783 | 12/11/2017 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 |
| 115 | Wheeler | Mary | 2:19-cv-02221 | 3/8/2019 | No CMO 12A | sanofi |
| 116 | Woods | Wanda | 2:19-cv-14087 | 12/5/2019 | PFS Not Substantially Complete; No PTO 71A; Authorizations (Insurance authorization - Plaintiff has failed to leave addressee lines of authorization blank and improperly inserted plaintiff's information in the addressee/to line) | sanofi |
| 117 | Wynn | Dana | 2:19-cv-13825 | 11/25/2019 | PFS Not Substantially Complete; Authorizations (No Psychiatric records authorization; Insurance authorization is not witnessed); No PTO 71A | sanofi |
| 118 | Zarcone | Patricia (Andrew) | 2:18-cv-06923 | 7/23/2018 | Authorizations (No HIPAA or Insurance authorizations) | sanofi |