# EXHIBIT B

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 1 | Callaway | Carol | 2:20-cv-00557 | 2/17/2020 | Authorization (Insurance - Plaintiff improperly inserted her own personal information in the addressee line) | sanofi |
| 2 | Cherry | Pearl | 2:18-cv-12770 | 12/7/2018 | PFS Not Substantially Complete (No Before photos from within 5 years of treatment) | sanofi |
| 3 | Coley | Marcia | 2:20-cv-00404 | 2/5/2020 | Not Substantially Complete - No Before Photos; No After Photos; No CMO 12A; No PTO 71A | Both sanofi and 505 |
| 4 | Doyle | Cathy | 2:18-cv-00803 | 1/26/2018 | PFS Not Substantially Complete (Before Photos are not dated) | sanofi |
| 5 | Driggins | Evelyn | 2:19-cv-13229 | 10/23/2019 | No CMO 12A | Both sanofi and 505 |
| 6 | Golden | Cynthia | 2:20-cv-01869 | 7/1/2020 | PFS Not Substantially Complete (No Before Photos) | Both sanofi and 505 |
| 7 | Henderson | Joe May | 2:18-cv-00641 | 1/22/2018 | Authorizations (Not signed by Plaintiff) | sanofi |
| 8 | Kalsky | Theresa | 2:19-cv-12400 | 8/30/2019 | PFS Not Substantially Complete (No Proof of Use) | 505 |
| 9 | Meade | Lenora | 2:17-cv-14702 | 12/5/2017 | Authorizations (HIPAA and Insurance authorizations are not dated) | sanofi |
| 10 | Rodriguez | Waleska | 2:19-cv-02654 | 3/20/2019 | Authorization (Insurance - Plaintiff has failed to leave representative lines of authorization blank and improperly inserted Plaintiff's Counsel's information in the representative line) | sanofi |
| 11 | Threet | Terri | 2:20-cv-01871 | 7/1/2020 | No CMO 12A | Both sanofi and 505 |
| 12 | Weldon | Sheryl | 2:18-cv-13145 | 12/10/2018 | Authorization (Insurance - Plaintiff improperly inserted her own personal information in the addressee line) | sanofi |