UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)              MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Clara Martin
**Case No.:** 2:17-cv-12933

## STATEMENT OF PLAINTIFF'S COUNSEL

     I, Lindsay Stevens, represent Clara Martin whose case is on a Notice of Non-Compliance to be heard by the Court on February 19th, 2021. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice. I filed a Declaration of Counsel (Doc. No. 6212) on February 14, 2019 regarding my attempts to reach my client via written correspondence and telephone. My client has not been responsive to my communications to date.

     The deficiency is not cured and there is no defense to the request for a dismissal.

Date: February 5th, 2021

_____
Lindsay R. Stevens (CA Bar # 256811)
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
lstevens@thegomezfirm.com