UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Marianne Knott**
**Case No.: 2:18-cv-05309**

## DECLARATION

I, Jason Long, have attempted to reach my client, Marianne Knott on the following dates: December 9, 2020, December 15, 2020, December 29, 2020, January 21, 2021, January 25, 2021.

by __x__ telephone, __x__ e-mail, __x__ text message, ____ social media, ____ U.S. Mail, ____ Certified Mail, __x__ other (FedEx), and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ *Jason S. Long*
**FEARS NACHAWATI, PLLC**
Jason S. Long #24098012
5473 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Fax: (214) 890-0712
jlong@fnlawfirm.com
Counsel for plaintiff