UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 SECTION "H" (5) |
| Sheila Smith-Adams, | : : | JUDGE MILAZZO |
| Plaintiff, | : : | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL** |
| vs. | : : | **EXCEPT SANOFI US SERVICES INC. & SANOFI-AVENTIS U.S. LLC** |
| Sanofi US Services, et al., | : : | |
| Defendant(s). | : | Civil Action No. 2:20-cv-2116 |
| -------------------------------------------------- | : : | |

    Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi US Services Inc., f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6) .

Dated:  February 8, 2021              Respectfully submitted,

                                       **TorHoerman Law LLC**

                                       /s/  Steven D. Davis_____
                                       210 S. Main Street
                                       Edwardsville, IL 62025
                                       Telephone:  (618) 656-4400
                                       Facsimile:  (618) 656-4401
                                       sdavis@thlawyer.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/___Steven D. Davis_____