# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2740 |
| _____ | : | SECTION "H" (5) |
| GEORGINA GAMBOA, | : : | JUDGE MILAZZO |
| Plaintiff, | : : | **Stipulation of Dismissal With Prejudice** |
| vs. | : : | CIVIL ACTION NO: 20-cv-02665 |
| SANOFI, et al., | : : | |
| Defendant(s). | : : | |
| _____ | | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), that Plaintiff Georgina Gamboa hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action 20-cv-02665 (MDL Centrality ID Number 15431), only. The parties specifically understand and agree that no applicable statutes of limitation or prescriptive periods are tolled by the filing of this Stipulation of Dismissal. This stipulation shall not affect the lawsuit filed by Georgina Gamboa, which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing case number 19-cv-13375.

All parties shall bear their own costs.

Dated: February 8, 2021                **BURNETT LAW FIRM**

By:   */s/ Karen H. Beyea-Schroeder*
Karen Beyea-Schroeder, Esq.
3737 Buffalo Speedway, Ste. 1850
Houston, TX  77098

        Tel: (832) 413-4410
        Fax: (832) 900-2120
        Karen.Schroeder@RBurnettLaw.com
        *Attorneys for Plaintiff(s)*

Dated: February 8, 2021        **MORRISON & FOERSTER LLP**

By:   */s/ Julie Y. Park*
      Erin M. Bosman
      Julie Y. Park
      12531 High Bluff Drive, Suite 100
      San Diego, CA 92130
      Tel: (858) 720-5100
      Fax: (858) 720-5165
      EBosman@mofo.com
      JuliePark@mofo.com
      *Attorneys for Defendant*
      *McKesson Packaging Services, a division of*
      *McKesson Corporation*

**GREENBERG TRAURIG, LLP**

/s/ *Lori G. Cohen*
Lori G. Cohen
R. Clifton Merrell
Evan C. Holden
Terminus 200
3333 Piedmont Road, N.E., Suite 2500
Atlanta, Georgia 30305
(678) 553-2100
(678) 553-2386 (facsimile)
CohenL@gtlaw.com
MerrellC@gtlaw.com
HoldenE@gtlaw.com

*Attorneys for Sandoz Inc*

**WILLIAMS & CONNOLLY LLP**

 */s/ Richmond T. Moore*
Richmond T. Moore (rmoore@wc.com)
Heidi K. Hubbard (hhubbard@wc.com)
Neelum J. Wadhwani nwadhwani@wc.com)

2

        Monika Isia Jasiewicz (ijasiewicz@wc.com)
        Lori Interlicchio (linterlicchio@wc.com)
        Aparna Datta (adatta@wc.com)
        725 Twelfth Street NW
        Washington DC 20005
        (202) 434-5000 / office
        (202) 434-5029 / fax

        *Attorneys for Defendants Hospira, Inc.,*
        *Hospira Worldwide, LLC, formerly*
        *doing business as Hospira Worldwide, Inc.,*
        *and Pfizer Inc.*


        **ULMER BERNE LLP**

By:  s/ Michael J. Suffern
    Michael J. Suffern
    ULMER & BERNE LLP
    600 Vine Street, Suite 2800
    Cincinnati, OH 45202
    513-698-5064
    Fax: 513-698-5065
    Email: msuffern@ulmer.com

    *Attorney for Actavis LLC, Actavis Pharma,*
    *Inc., and Sagent Pharmaceuticals, Inc.*


        **SHOOK, HARDY& BACON L.L.P.**

By:  /s/ *Madison M. Hatten*
    Madison M. Hatten
    2555 Grand Boulevard
    Kansas City, Missouri 64108
    Telephone: 816-474-6550
    Facsimile: 816-421-5547
    mhatten@shb.com

    *Counsel for Sanofi-Aventis U.S. LLC and*
    *Sanofi U.S. Services Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2021, I electronically filed the foregoing document with the Clerk of Court using the EM/ECF system, which will send electronic notification of such filing to counsel of record.

/s/ Karen H. Beyea-Schroeder
Counsel for Plaintiffs
