# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCT LIABILITY LITIGATION | MDL NO: 2740 |
| | SECTION: "H" (5) |
| CYNTHIA LEWIS | |
| Plaintiff, | JUDGE JANE TRICHE MILAZZO<br>MAG. JUDGE NORTH |
| v. | |
| SANOFI S.A. f/k/a SANOFI AVENTIS S.A.; AVENTIS PHARMA S.A.; SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S., INC.; SANOFI-AVENTIS U.S., LLC; SANDOZ, INC.; ACCORD HEALTHCARE, INC.; MCKESSON CORPORATION d/b/a MCKESSON PACKAGING; HOSPIRA, INC.; and HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC., | **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO PTO 105**<br><br>Civil Case No: 2:17-cv-15250 |
| Defendants. | |

## ORDER

Before the Court is Plaintiff's Motion to Withdraw Unopposed Motion for Leave to File Amended Short Form Complaint Without Prejudice.

IT IS ORDERED that the Motion is **GRANTED.**

New Orleans, Louisiana, dated: _____.

_____
Honorable Jane Triche Milazzo
United States District Court Judge