# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCT LIABILITY LITIGATION | MDL NO: 2740 |
| SHARA BROWN | SECTION: "H" (5) |
| Plaintiff, | JUDGE JANE TRICHE MILAZZO |
| v. | MAG. JUDGE NORTH |
| | **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO PTO 105** |
| SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC.; SANOFI-AVENTIS U.S., LLC; HOSPIRA, INC., and HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC., | Civil Case No: 2:18-cv-04654 |
| Defendants. | |

## <u>PLAINTIFF'S MOTION TO WITHDRAW UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO PTO 105</u>

Pursuant to the Second Stipulation to PTO 105 entered into by Plaintiffs' Co-Liaison Counsel and Defendants' Liaison Counsel on January 14, 2021 [Doc. 10338], Plaintiff, Shara Brown respectfully moves the Court for leave to withdraw Plaintiff's Unopposed Motion for Leave to File Amended Complaint Pursuant to PTO 105.

Dated: <u>February 10, 2021</u>

Respectfully submitted,

**SIMON GREENSTONE PANATIER, P.C.**

 <u>/s/ Jasmine Thompson</u>
Jasmine Thompson,
SBN# 24104427
1201 Elm St., Suite 3400
Dallas, TX 75270
(214) 761-6614
(214) 276-7699 (fax)

***Attorney for Plaintiff***

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the date set forth below, the foregoing PLAINTIFF'S MOTION TO WITHDRAW UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO PTO 105 was filed electronically with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.


DATED: <u>February 10, 2021</u>              <u>*/s/ Jasmine Thompson*</u>
                                            Jasmine Thompson