## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCT LIABILITY LITIGATION | MDL NO: 2740 |
| | |
| SHARA BROWN | SECTION: "H" (5) |
| | |
| Plaintiff, | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE NORTH |
| v. | **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO PTO 105** |
| SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC.; SANOFI-AVENTIS U.S., LLC; HOSPIRA, INC., and HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC., | Civil Case No: 2:18-cv-04654 |
| | |
| Defendants. | |

## <u>ORDER</u>

Before the Court is Plaintiff's Motion to Withdraw Unopposed Motion for Leave to File Amended Short Form Complaint Without Prejudice.

IT IS ORDERED that the Motion is **GRANTED.**

New Orleans, Louisiana, dated: _____.


_____
Honorable Jane Triche Milazzo
United States District Court Judge