# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCT LIABILITY LITIGATION<br><br>ROSE MATTHEWS<br><br>Plaintiff,<br><br>v.<br><br>SANOFI-AVENTIS U.S. LLC; SANOFI S.A. f/k/a SANOFI AVENTIS S.A.; AVENTIS PHARMA S.A.; and SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC.<br><br>Defendants. | MDL NO: 2740<br><br>SECTION: "H" (5)<br><br>JUDGE JANE TRICHE MILAZZO<br>MAG. JUDGE NORTH<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO PTO 105**<br><br>Civil Case No: 2:17-cv-06623 |

## PLAINTIFF'S MOTION TO WITHDRAW UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO PTO 105

Pursuant to the Second Stipulation to PTO 105 entered into by Plaintiffs' Co-Liaison Counsel and Defendants' Liaison Counsel on January 14, 2021 [Doc. 10338], Plaintiff, Rose Matthews respectfully moves the Court for leave to withdraw Plaintiff's Unopposed Motion for Leave to File Amended Complaint Pursuant to PTO 105 that was filed on January 15, 2021.

Dated: February 10, 2021

Respectfully submitted,

**SIMON GREENSTONE PANATIER, P.C.**

 /s/ Jasmine Thompson
Jasmine Thompson,
SBN# 24104427
1201 Elm St., Suite 3400
Dallas, TX 75270
(214) 761-6614
(214) 276-7699 (fax)

*Attorney for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, the foregoing PLAINTIFF'S MOTION TO WITHDRAW UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO PTO 105 was filed electronically with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: February 10, 2021                         /s/ Jasmine Thompson
                                                 Jasmine Thompson