MINUTE ENTRY
MILAZZO, J.
FEBRUARY 10, 2021

JS-10: 01:32

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)  )   MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION )
                              )   SECTION: "H" (5)
                              )
THIS DOCUMENT RELATES TO:     )
**All Cases**

## ORAL ARGUMENT
*U.S. District Judge Jane Triche Milazzo presiding*

COURT REPORTER: ALEXIS VICE
LAW CLERK: SAMANTHA BOUDREAUX
CASE MANAGER: CHERIE STOUDER

APPEARANCES BY VIDEO:   ANDRE MURA, ON BEHALF OF PLAINTIFFS
          MIKE RUTTINGER & JULIE CALLSEN, ON BEHALF OF ACCORD
          GREGORY OSTFELD & LORI COHEN, ON BEHALF OF SANDOZ

Court begins at 9:30 a.m.
Counsel make their appearances for the record.

The following motions are argued by counsel and taken under submission by the Court:
    Accord's Motion for Summary Judgment on Preemption (Doc. 11226)
    Sandoz's Motion for Summary Judgment on Preemption (Doc. 11475)
    Sandoz's Motion to Exclude Dr. David Ross (Doc. 11468)
    Accord's Motion to Exclude Dr. David Ross (Doc. 11533)

Court adjourned at 11:02 a.m.

