UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**

Plaintiff  Name:  Nancy Rush
Case No.:   2:20-cv-01950-JTM-MBN

## NOTICE AND SUGGESTION OF DEATH

TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:

    Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff, Nancy Rush, on or about January 25, 2021. A motion for substitution of plaintiff will be filed by the appropriate representative of Mrs. Rush's estate.

    Dated this 11th day of February, 2021.

Respectfully submitted,

*/s/ Madeleine Brumley*
Madeleine Brumley
LABORDE EARLES LAW FIRM, LLC
1901 Kaliste Saloom Rd.
Lafayette, LA 70508
(337) 261-2617 Phone
(337) 261-1934 Fax
Madeleine@onmyside.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of February, 2021, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

*/s/ Madeleine Brumley*
Madeleine Brumley