UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL NO. 16-2740<br><br>SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br>Barbara Tillman<br>Case No.: 2:19-cv-12320 | | |

## STATEMENT OF PLAINTIFF'S COUNSEL

    I represent Barbara Tillman whose case is on a Notice of Non-Compliance to be heard by the Court on February 19, 2021. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

    The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: February 11, 2021

David W. Hodges
Federal Bar No. 20460
Hodges & Foty, LLP
4409 Montrose Blvd., Ste. 200
Houston, TX 77006
(713) 523-0001
dhodges@hftrialfirm.com