UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** ___Cheryl Hebert_____
**Case No.:** _____2:18-cv-07088_____

# DECLARATION

I, _____Steven D. Davis_____, have attempted to reach my client, __Cheryl Hebert_ on the following dates: __10/3/18, 11/19/18, 12/13/18, 2/5/19, 2/12/19, 2/20/19, 3/21/19, 3/25/19, 4/25/19, 10/16/2019. 1/21/20, 10/23/20, 10/28/20, 11/5/20, 11/26/20, 11/23/20, 11/30/20, 12/2/20, 12/11/20, 12/17/20, 12/21/20, 12/23/20, 12/24/20, 12/30/20, _ by (check all that apply) __X__ telephone, _X___ e-mail, ____ text message, ____ social media, _X__ U.S. Mail, ____ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated: February 12, 2021

　　　　　　　　　　　　　　　　　　　　　　_/s/Steven D. Davis_____
　　　　　　　　　　　　　　　　　　　　　　Steven D. Davis
　　　　　　　　　　　　　　　　　　　　　　TorHoerman Law LLC
　　　　　　　　　　　　　　　　　　　　　　210 S. Main Street
　　　　　　　　　　　　　　　　　　　　　　Edwardsville, IL 62025
　　　　　　　　　　　　　　　　　　　　　　Telephone:  (618) 656-4400
　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (618) 656-4401
　　　　　　　　　　　　　　　　　　　　　　sdavis@thlawyer.com