UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name:  Roxanna Forsyth
Case No.:   2:20-cv-01888-JTM-MBN

## DECLARATION

　　I, Madeleine Brumley, along with other legal professionals at Laborde Earles Law Firm, have attempted to reach my client, Roxanna Forsyth on the following dates: 10/26/20; 10/27/20; 11/2/20; 11/3/20; 11/23/20; 12/1/20; 12/4/20; 12/10/20; 12/14/20; 12/29/20; by (check all that apply)  __X__ telephone, __X__ e-mail, __X__ text message, ____ social media, __X__ U.S. Mail, __X__ Certified Mail, ____ other, and my client has not been responsive to our communications to date.

　　I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Madeleine Brumley
MADELEINE BRUMLEY
Laborde Earles Law Firm LLC
1901 Kaliste Saloom Rd.
Lafayette, LA 70508
(337) 261-2617
Madeleine@onmyside.com