UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Donna Sanderson**
**Case No.: 18-cv-12992**

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Donna Sanderson whose case is on a Notice of Non-Compliance to be heard by the Court on February 19, 2021. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: February 12, 2021          /s/ Peter E. Goss
         Peter E. Goss
         The Goss Law Firm, P.C.
         1501 Westport Road
         Kansas City, MO 64111
         (816) 336-1300 Telephone
         (816) 336-1310 Fax
         pgoss@goss-lawfirm.com