UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)             MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** _____Carrie Wallace_____
**Case No.:** ___2:17-cv-16783_____

## DECLARATION

I, _____Jennifer S. Domer_____, have attempted to reach my client, _Carrie Wallace_ on the following dates: 12/14/20, 12/17/20, 1/20/21, 2/1/21, 2/2/21, 2/5/21, 2/9/21, 2/10/21, 2/11/21 by (check all that apply) _X__ telephone, __X__ e-mail, ____ text message, ____ social media, _X__ U.S. Mail, ____ Certified Mail, _X__ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated:  February 12, 2021            */s/ Jennifer S. Domer*
                                                           Jennifer S. Domer
                                                           Cutter Law, P.C.
                                                           401 Watt Ave.
                                                           Sacramento, CA 95864
                                                           (916) 290-9400
                                                           jdomer@cutterlaw.com