**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2740** |
| | **SECTION "H" (5)** |

**THIS DOCUMENT RELATES TO**

**Plaintiff Name:** _____Diane Powell_____
**Case No.:** __2:17-cv-14445_____

## DECLARATION

I, _____Jennifer S. Domer_____, have attempted to reach my client, _Diane Powell_ on the following dates: 12/14/20, 12/17/20, 1/20/21, 2/1/21, 2/2/21, 2/5/21, 2/9/21, 2/10/21, 2/11/21 by (check all that apply) _X__ telephone, __X__ e-mail, ____ text message, ____ social media, _X__ U.S. Mail, ____ Certified Mail, _X__ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated: February 12, 2021

*/s/ Jennifer S. Domer*
Jennifer S. Domer
Cutter Law, P.C.
401 Watt Ave.
Sacramento, CA 95864
(916) 290-9400
jdomer@cutterlaw.com