UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) ) | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: ) | |
| ) | HON. JANE TRICHE MILAZZO |
| Lanice Sarfo, *Case No. 2:19-cv-11470* ) | MAG. JUDGE MICHAEL NORTH |
| Tywanda McCormick, *Case No. 2:19-cv-13123* ) | |
| Shelba Willis, *Case No. 2:19-cv-13124* ) | |
| Barbara Troy, *Case No. 2:19-cv-13127* ) | |
| Allison Tynes, *Case No. 2:19-cv-14682* ) | |
| Jennifer Diforte, *Case No. 2:19-cv-14693* ) | |
| Patricia Tucker, *Case No. 2:19-cv-14697* ) | |

**PLAINTIFFS' MOTION TO WITHDRAW UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINTS**

NOW INTO COURT, by and through counsel, come Plaintiffs Lanice Sarfo, Tywanda McCormick, Shelba Willis, Barbara Troy, Allison Tynes, Jennifer Diforte and Patricia Tucker, who respectfully move the Court for leave to withdraw their Motion for Leave to Amend Short Form Complaints [Doc. 11778]. Importantly, this Motion to Withdraw does not apply to the plaintiffs who also sought leave to amend their short form complaints, specifically Plaintiffs Capria Bonner (2:19-cv-11381), Marion Scales (2:19-cv-11460), Lanita Johnson (2:19-cv-11652), Tammy Hammond (2:19-cv-13122), Michelle Epps (2:19-cv-13125), Deirdre Battle (2:19-cv-13126), Morena Johnson (2:19-cv-14684), Talonda Ward (2:19-cv-14686) and Roseann Williams (2:20-cv-00227). As such, the plaintiffs are not requesting that the entire Motion for Leave to File Amended Short Form Complaints [Doc. 11778] be withdrawn. Plaintiffs only seek leave to withdraw the motion for the specific plaintiffs referenced above.

At the time of filing the motion, Plaintiffs' counsel was not aware that any defendants had voiced opposition to the plaintiffs' motion. However, counsel for Defendant Sanofi has

1

notified Plaintiffs' counsel that it did oppose these specific plaintiffs amending their short form complaints.

Wherefore, Plaintiffs Lanice Sarfo, Tywanda McCormick, Shelba Willis, Barbara Troy, Allison Tynes, Jennifer Diforte and Patricia Tucker respectfully move the Court for leave to withdraw their Motion for Leave to File Amended Short Form Complaints [Doc. 11778].

Dated: February 12, 2021.

                                                  Respectfully submitted,

                                                  By: */s/ Thomas Smith*
                                                  Thomas Smith, TN Bar #35331
                                                  Law Offices of Tony Seaton & Associates, PLLC
                                                  118 E. Watauga Ave
                                                  Johnson City, TN 37601
                                                  Telephone: (423) 282-1041
                                                  Facsimile: (423) 282-0967
                                                  tom@tonyseaton.com

                                                  *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                  */s/ Thomas Smith*
                                                  Thomas Smith