# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION ) ) ) | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: ) ) | SECTION "H" (5) |
| Lanice Sarfo, *Case No. 2:19-cv-11470* ) | HON. JANE TRICHE MILAZZO |
| Tywanda McCormick, *Case No. 2:19-cv-13123* ) | MAG. JUDGE MICHAEL NORTH |
| Shelba Willis, *Case No. 2:19-cv-13124* ) | |
| Barbara Troy, *Case No. 2:19-cv-13127* ) | |
| Allison Tynes, *Case No. 2:19-cv-14682* ) | |
| Jennifer Diforte, *Case No. 2:19-cv-14693* ) | |
| Patricia Tucker, *Case No. 2:19-cv-14697* ) | |

## ORDER

Before the Court are Plaintiffs' Motion to Withdraw Unopposed Motion for Leave to File Amended Short Form Complaints.

**IT IS ORDERED** that the Motion is **GRANTED**. This Order does not apply to any other Plaintiff referenced in Plaintiffs' Unopposed Motion for Leave to File Amended Short Form Complaints, [Doc. 11778], except for the specific Plaintiffs who sought leave to withdraw the motion.

New Orleans, Louisiana, this _____ day of _____, 2021

_____
Honorable Jane Triche Milazzo
United States District Judge