UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**

*Mary Jones v. Sanofi-Aventis U.S. LLC, et al*

Civil Action No: 2:18-cv-13222

## NOTICE AND SUGGESTION OF DEATH

TO ALL PARTIES AND ATTORNEYS OF RECORDS, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Mary Jones. A motion for substitution of plaintiff will be filed by the appropriate representative of Ms. Jones' estate.

                                                Respectfully submitted,

                                                __/s/ C. Brooks Cutter__
                                                C. Brooks Cutter, CA 121407
                                                Jennifer S. Domer, CA 305822
                                                CUTTER LAW, PC
                                                401 Watt Avenue
                                                Sacramento, CA 95864
                                                Phone: (916) 290-9400
                                                Fax: (916)588-9330
                                                bcutter@cutterlaw.com
                                                jdomer@cutterlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the on February 12, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: February 12, 2021  /s/ *C. Brooks Cutter*