## EXHIBIT A

| | |
|---|---|
| Julie A. Callsen<br>Brenda Sweet<br>TUCKER ELLIS LLP<br>950 Main Avenue, Suite 1100<br>Cleveland, OH 44113-7213<br>Telephone: 216-592-5000<br>Facsimile: 216-592-5009<br>julie.callsen@tuckerellis.com<br>brenda.sweet@tuckerellis.com | ***Counsel for Defendant Accord Healthcare, Inc.*** |
| Nicholas A. Insogna<br>Evan C. Holden<br>GREENBERG TRAURIG, LLP<br>Terminus 200<br>3333 Piedmont Road NE, Suite 2500<br>Atlanta, GA 30305<br>Telephone: 678-553-2100<br>Facsimile: 678-553-2100<br>insognan@gtlaw.com<br>holdene@gtlaw.com | ***Counsel for Defendant Sandoz, Inc.*** |
| Heidi Hubbard<br>Richmond Moore<br>Neelum Wadhwani<br>Williams & Connolly LLP<br>725 Twelfth Street, N.W.<br>Washington, DC 20005<br>Telephone: 202-434-5000<br>Facsimile: 202-434-5029<br>hhubbard@wc.com<br>rmoore@wc.com<br>nwadhwani@wc.com | ***Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer Inc.*** |
| Madison Hatten<br>SHOOK, HARDY& BACON L.L.P.<br>2555 Grand Boulevard<br>Kansas City, MO 64108<br>Telephone: 816-474-6550<br>Facsimile: 816-421-5547<br>pto105@shb.com | ***Counsel for Defendants Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.*** |

| | |
|---|---|
| Erin M. Bosman<br>Julie Y. Park<br>Alexandra L. Preece<br>MORRISON & FOERSTER LLP<br>12531 High Bluff Dr.<br>San Diego, CA 92130-2040<br>Telephone: 858-720-5100<br>Facsimile: 858-720-5125<br>EBosman@mofo.com<br>JuliePark@mofo.com<br>APreece@mofo.com | *Counsel for Defendant McKesson Corporation d/b/a McKesson Packaging Service* |
| Geoffrey M. Coan<br>Kathleen E. Kelly<br>HINSHAW & CULBERTSON LLP<br>53 State Street, 27th Floor<br>Boston, MA 02109<br>Telephone: 617-213-7000<br>Facsimile: 617-213-7001<br>kekelly@hinshawlaw.com<br>gcoan@hinshawlaw.com | *Counsel for Defendant Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Industries, Ltd.* |
| Michael J. Suffern<br>Jennifer Snyder Heis<br>Thomas G. McIntosh<br>ULMER & BERNE LLP<br>600 Vine Street, Suite 2800<br>Cincinnati, OH 45202<br>Telephone: 513-698-5064<br>Facsimile: 513-698-5065<br>msuffern@ulmer.com<br>jheis@ulmer.com<br>tmcintosh@ulmer.com | *Counsel for Defendant Actavis LLC f/k/a Actavis Inc.; Actavis Pharma, Inc.; and Sagent Pharmaceuticals, Inc.* |