UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: BRENDA GRAVES
Case No.: 2:18-cv-12413

## DECLARATION

I, J. Christopher Elliott, have attempted to reach my client, Brenda Graves, on the following dates: 12/21/20, 12/23/20, 12/30/20, 1/14/21, 1/15/21, 1/18/21, 1/19/21, 1/20/21, 1/28/21, 2/1/21, 2/4/21, 2/8/21

by (check all that apply) X telephone, X e-mail, X text message, __ social media, X U.S. Mail, ____ Certified Mail, X other (sent a law firm affiliate to her last known address) and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated: February 15, 2021　　　　　　　　　　**BACHUS & SCHANKER, LLC**

　　　　　　　　　　　　　　　　　　　　　　By: */s/ J.Christopher Elliott*
　　　　　　　　　　　　　　　　　　　　　　J. Christopher Elliott, Esq.
　　　　　　　　　　　　　　　　　　　　　　Bachus & Schanker, LLC
　　　　　　　　　　　　　　　　　　　　　　101 West Colfax Suite 650
　　　　　　　　　　　　　　　　　　　　　　Denver, CO 80202
　　　　　　　　　　　　　　　　　　　　　　Telephone: (303)893-8900
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (303) 893-9900
　　　　　　　　　　　　　　　　　　　　　　Email: celliott@coloradolaw.net

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*