UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Mary Lambert**
**Case No.: 19-cv-14139**

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Mary Lambert whose case is on a Notice of Non-Compliance to be heard by the Court on February 19, 2021. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: February 16, 2021　　　　　　　　　　　　　/s/ Peter E. Goss
　　　　　　　　　　　　　　　　　　　　　　　　　　Peter E. Goss
　　　　　　　　　　　　　　　　　　　　　　　　　　The Goss Law Firm, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　　　1501 Westport Road
　　　　　　　　　　　　　　　　　　　　　　　　　　Kansas City, MO 64111
　　　　　　　　　　　　　　　　　　　　　　　　　　(816) 336-1300 Telephone
　　　　　　　　　　　　　　　　　　　　　　　　　　(816) 336-1310 Fax
　　　　　　　　　　　　　　　　　　　　　　　　　　pgoss@goss-lawfirm.com