# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO:

Sheila Crayton, Case No. 2:17-cv-05923

## ITEMIZED BILL OF COSTS

### COURT COSTS

Docket Fee Pursuant to 28 U.S.C. § 1923　　　　　　　　　　　　　$20.00

　　　　　　　　　　　　　　　　　　　　Subtotal:　　　　$20.00

### DEPOSITION TRANSCRIPT FEES

| DATE | DEPONENT | COST |
|---|---|---:|
| September 19, 2018 | Sheila Crayton | $4,666.31 |
| November 2, 2018 | Nagarajan Chandrasekaran | $2,347.54 |
| November 6, 2018 | Sheila Crayton | $1,794.52 |
| November 7, 2018 | Jyan Crayton | $2,605.74 |
| November 28, 2018 | William Long | $2,085.13 |
| February 12, 2019 | Dr. Donna Mancuso, MD | $1,581.24 |
| February 25, 2019 | Dr. Elizabeth Blanton | $983.90 |
| February 26, 2019 | Dr. Carlos Rodriquez-Fierro | $1,514.00 |
| February 27, 2019 | Dr. Jerry Pounds | $1,627.23 |
| March 21, 2019 | Sherida L. Jackson, DNP, FNP-BC | $1,654.61 |
| March 22, 2019 | Shawanda Johnson, Proces verbal | $755.00 |
| March 25, 2019 | Johnson Crayton, Jr. | $1,135.26 |
| June 11, 2019 | Genene Coleman | $1,291.30 |

　　　　　　　　　　　　　　　　　　　　Subtotal:　　　　$24,041.78

## MEDICAL RECORDS COLLECTION

| INVOICE DATE | PROVIDER | COST |
|---|---|---|
| October 5, 2017 | William Long, M.D. | $277.25 |
| October 16, 2017 | People's Health Network | $704.50 |
| October 27, 2017 | West Jefferson Medical Center | $395.17 |
| October 31, 2017 | The Rheumatology Group, LLC | $189.10 |
| November 1, 2017 | Gem Drugs | $56.00 |
| November 6, 2017 | Walgreens - Corporate | $144.61 |
| November 11, 2017 | MDL Centrality | $20.70 |
| November 21, 2017 | The Women's Medical Center | $210.70 |
| February 20, 2018 | MDL Centrality | $20.00 |
| April 30, 2018 | Carlos Rodriguez Fierro, M.D. | $130.70 |
| April 30, 2018 | Renee (Anna) M. Bruno, M.D. | $56.00 |
| May 1, 2018 | West Jefferson Oakwood Clinic | $36.00 |
| May 1, 2018 | New Orleans Headache and Neurology Clinic | $56.00 |
| May 2, 2018 | West Jefferson Continuity Care Clinic | $275.20 |
| May 3, 2018 | North Oaks Medical Center | $56.00 |
| May 3, 2018 | Common Ground Health Clinic | $56.00 |
| May 4, 2018 | David P. Masiello, M.D. | $56.00 |
| May 7, 2018 | Interim Healthcare of Southeast LA | $56.00 |
| May 8, 2018 | Duramed, Inc. | $102.26 |
| May 8, 2018 | Nolan Boudreaux, Jr., DDS | $56.00 |
| May 8, 2018 | West Jefferson Cancer Center - Infusion | $84.09 |
| May 8, 2018 | The Cancer Center at West Jefferson | $181.60 |
| May 8, 2018 | Alegis Care | $92.31 |
| May 9, 2018 | West Jefferson Urology | $88.41 |
| May 10, 2018 | Charles G. Williams, Jr., M.D. | $56.00 |
| May 15, 2018 | West Jefferson Medical Center | $407.82 |
| May 17, 2018 | Northshore Family Medical Center | $62.20 |
| May 17, 2018 | Diagnostic Imaging Services | $189.90 |
| May 21, 2018 | East Jefferson Health Center c/o Jefferson | $56.00 |
| May 21, 2018 | Metropolitan Gastroenterology Associates | $211.80 |
| May 22, 2018 | Nolan Boudreaux, Jr., DDS | $20.00 |
| May 24, 2018 | New Orleans Nephrology Associates | $56.00 |
| May 24, 2018 | MDL Centrality | $10.00 |
| May 25, 2018 | Ochsner Clinic - Family Medicine | $177.38 |
| May 29, 2018 | Ochsner Clinic - Family Medicine | $30.00 |
| May 30, 2018 | Ochsner Medical Center West Bank Campus | $111.00 |
| June 3, 2018 | Joseph Guarnieri, M.D. | $85.00 |
| June 4, 2018 | Pulmonary Medicine Associates | $81.49 |
| June 7, 2018 | The Cancer Center at West Jefferson | $89.48 |

| Date | Provider | Amount |
|---|---|---|
| June 7, 2018 | Christopher Harris, LCSW | $56.00 |
| June 7, 2018 | Anthony Indovina, DDS | $56.00 |
| June 7, 2018 | David P. Masiello, M.D. | $56.00 |
| June 7, 2018 | New Orleans Onestop Centers | $56.00 |
| June 8, 2018 | Westside Orthopedic Clinic | $56.00 |
| June 11, 2018 | People's Health | $84.50 |
| June 15, 2018 | Hematology Oncology Specialists | $56.00 |
| June 18, 2018 | Greater New Orleans Eye Physicians | $56.00 |
| June 18, 2018 | West Jefferson Urology | $20.00 |
| June 27, 2018 | Northshore Family Medical Center | $76.00 |
| June 28, 2018 | Tulane Department of Orthopaedics | $58.00 |
| June 29, 2018 | LSUHSC School of Dentistry | $56.00 |
| July 2, 2018 | Charles G. Williams, Jr., M.D. | $81.00 |
| July 3, 2018 | Ochsner Medical Center Rheumatology | $119.64 |
| July 17, 2018 | Carlos Rodriguez Fierro, M.D. | $56.00 |
| July 17, 2018 | Jefferson Orthopedic Clinic | $131.49 |
| July 19, 2018 | Reza Heart and Vascular Institute | $51.00 |
| July 20, 2018 | Alfredo Vichot, M.D. | $56.00 |
| July 20, 2018 | Alfredo Vichot, M.D. | $56.00 |
| July 24, 2018 | Social Security Administration | $204.60 |
| July 26, 2018 | West Jefferson Cancer Center - Infusion | $184.75 |
| July 27, 2018 | West Jefferson Medical Center | $56.00 |
| July 30, 2018 | The Cancer Center at West Jefferson | $98.12 |
| August 9, 2018 | Ochsner Medical Center Rheumatology | $85.80 |
| August 16, 2018 | New Orleans Eye Specialists | $63.00 |
| August 20, 2018 | MAXIMUS Federal Services | $51.00 |
| August 22, 2018 | New Orleans Eye Specialists | $20.00 |
| September 10, 2018 | Nagarajan Chandrasekaran, M.D. | $46.00 |
| September 10, 2018 | West Jefferson Rehab Connection at Oakwood | $399.17 |
| September 11, 2018 | Tulane Department of Ophthalmology | $58.00 |
| September 11, 2018 | Culicchia Neurological Clinic | $25.00 |
| September 11, 2018 | Culicchia Neurological Clinic | $25.00 |
| September 13, 2018 | Ochsner Health System | $207.29 |
| September 18, 2018 | Akio Kitahama, M.D. | $36.00 |
| September 19, 2018 | Ochsner Health System | $81.00 |
| September 19, 2018 | Michael H. Armani, M.D. | $36.00 |
| September 19, 2018 | The Cancer Center at West Jefferson | $56.00 |
| September 21, 2018 | Carlos Rodriguez Fierro, M.D. | $56.00 |
| September 24, 2018 | William Long, M.D. | $46.00 |
| September 24, 2018 | People's Health Network | $66.00 |
| September 24, 2018 | Lupin Women's Health Services | $36.00 |

| Date | Provider | Amount |
|---|---|---|
| September 25, 2018 | East Jefferson Health Center c/o Jefferson | $56.00 |
| September 28, 2018 | Interim Healthcare of Southeast LA | $56.00 |
| October 1, 2018 | West Jefferson Medical Center | $399.27 |
| October 3, 2018 | West Jefferson Cancer Center - Infusion | $56.00 |
| October 10, 2018 | Donna M. Mancuso, M.D. | $71.00 |
| October 10, 2018 | The Women's Medical Center | $131.70 |
| October 11, 2018 | Yamini Menon, M.D. | $56.00 |
| October 16, 2018 | Women's & Childrend Hospital | $58.00 |
| October 17, 2018 | Quest Diagnostics Marrero PSC | $177.10 |
| October 18, 2018 | Jefferson Radiology Associates | $96.00 |
| October 24, 2018 | Jenifer Naranjo Norman, LSCW | $51.00 |
| October 29, 2018 | Social Security Administration | $207.00 |
| October 30, 2018 | Donna M. Mancuso, M.D. | $36.00 |
| October 31, 2018 | William Long, M.D. | $85.16 |
| November 2, 2018 | Culicchia Neurological Clinic | $149.75 |
| November 9, 2018 | Carlos Rodriguez Fierro, M.D. | $60.25 |
| November 27, 2018 | Donna M. Mancuso, M.D. | $51.00 |
| November 28, 2018 | Hector M. Montalvo, M.D. | $56.00 |
| December 5, 2018 | West Jefferson Cancer Center - Infusion | $51.00 |
| December 5, 2018 | The Cancer Center at West Jefferson | $51.00 |
| December 20, 2018 | Alton Ochsner Medical Foundation | $231.43 |
| December 28, 2018 | Culicchia Neurological Clinic | $81.49 |
| December 31, 2018 | Heitmeier & Armani Medical & Surgical | $51.00 |
| December 31, 2018 | Ali Reza, M.D. | $51.00 |
| January 8, 2019 | Ali Reza, M.D. | $27.70 |
| January 22, 2019 | Richard Blocker, PhD | $92.00 |
| January 24, 2019 | West Jefferson Cancer Center - Infusion | $101.00 |
| January 27, 2019 | MDL Centrality | $19.80 |
| January 28, 2019 | Ochsner Medical Center West Bank Campus | $81.00 |
| February 1, 2019 | The Cancer Center at West Jefferson | $51.00 |
| February 12, 2019 | People's Health Network | $56.00 |
| February 13, 2019 | New Orleans Eye Specialists | $56.00 |
| February 15, 2019 | New Orleans Nephrology Associates | $56.00 |
| February 18, 2019 | Ochsner Medical Center | $81.00 |
| February 18, 2019 | Diagnostic Imaging Services | $56.00 |
| February 19, 2019 | Nagarajan Chandrasekaran, M.D. | $56.00 |
| February 26, 2019 | The Rheumatology Group, LLC | $82.00 |
| February 27, 2019 | William Long, M.D. | $238.97 |
| February 28, 2019 | Lawrence Giambelluca, M.D. | $56.00 |
| March 5, 2019 | Walgreens - Corporate | $86.41 |
| March 6, 2019 | The Cancer Center at West Jefferson | $36.88 |

| Date | Provider | Amount |
|---|---|---|
| March 7, 2019 | The Women's Medical Center | $46.00 |
| March 8, 2019 | West Jefferson Urology | $88.56 |
| March 12, 2019 | Gem Drugs | $56.00 |
| March 13, 2019 | Johnson Crayton (Subpoena) | $233.11 |
| March 13, 2019 | Carlos Rodriguez Fierro, M.D. | $100.44 |
| March 15, 2019 | Quest Diagnostics Marrero PSC | $76.00 |
| March 20, 2019 | The Women's Medical Center | $122.53 |
| March 26, 2019 | David A. Myers, M.D. | $56.00 |
| March 26, 2019 | Carlos Rodriguez Fierro, M.D. | $72.00 |
| April 3, 2019 | People's Health Network | $170.25 |
| April 3, 2019 | Joseph Guarnieri, M.D. | $56.00 |
| April 3, 2019 | West Jefferson Medical Center | $208.52 |
| April 12, 2019 | New Orleans Eye Specialists | $56.00 |
| April 12, 2019 | Nolan Boudreaux, Jr., DDS | $56.00 |
| April 16, 2019 | The Rheumatology Group, LLC | $56.00 |
| April 16, 2019 | West Jefferson Rehab Connection at Oakwood | $194.09 |
| April 18, 2019 | Diagnostic Imaging Services | $56.00 |
| April 22, 2019 | Ochsner Health System | $81.00 |
| April 22, 2019 | Ochsner Medical Center Rheumatology | $81.00 |
| April 22, 2019 | Alton Ochsner Medical Foundation | $81.00 |
| April 22, 2019 | Walgreens - Corporate | $87.58 |
| April 22, 2019 | Ochsner Health Center West Bank | $81.00 |
| April 22, 2019 | Culicchia Neurological Clinic | $131.49 |
| April 23, 2019 | Debbie Allen (Subpoena) | $303.00 |
| April 30, 2019 | Metropolitan Gastroenterology Associates | $187.85 |
| June 10, 2019 | The Rheumatology Group, LLC | $56.00 |
| June 13, 2019 | New Orleans Nephrology Associates | $36.00 |
| June 13, 2019 | People's Health Network | $171.55 |
| June 20, 2019 | Nolan Boudreaux, Jr., DDS | $20.00 |
| June 21, 2019 | Nolan Boudreaux, Jr., DDS | $76.00 |
| June 26, 2019 | Quest Diagnostics Marrero PSC | $40.00 |
| June 27, 2019 | The Cancer Center at West Jefferson | $110.16 |
| June 28, 2019 | Walgreens - Corporate | $56.00 |
| July 2, 2019 | Carlos Rodriguez Fierro, M.D. | $91.00 |
| July 2, 2019 | William Long, M.D. | $36.00 |
| July 2, 2019 | West Jefferson Continuity Care Clinic | $66.00 |
| July 16, 2019 | New Orleans Nephrology Associates | $30.00 |
| July 16, 2019 | The Rheumatology Group, LLC | $40.00 |
| July 17, 2019 | New Orleans Eye Specialists | $30.00 |
| August 13, 2019 | Nagarajan Chandrasekaran, M.D. | $116.92 |
| August 14, 2019 | Office of Aging & Adult Services (OAAS) | $76.00 |

| Date | Payee | Amount |
|---|---|---|
| September 9, 2019 | West Jefferson Medical Center | $189.65 |
| September 19, 2019 | Culicchia Neurological Clinic | $167.92 |
| October 1, 2019 | People's Health Network | $160.80 |
| October 8, 2019 | Ochsner Health System Physicians | $91.00 |
| October 10, 2019 | Carlos Rodriguez Fierro, M.D. | $81.00 |
| October 30, 2019 | New Orleans Nephrology Associates | $94.00 |
| November 5, 2019 | West Jefferson Continuity Care Clinic | $126.52 |
| November 5, 2019 | The Rheumatology Group, LLC | $56.00 |
| November 5, 2019 | The Women's Medical Center | $159.92 |
| November 5, 2019 | A Hand to Hold, LLC | $56.00 |
| November 20, 2019 | Social Security Administration | $219.50 |
| December 4, 2019 | Jefferson Healthcare Center | $103.96 |
| December 4, 2019 | Ochsner Health System | $141.40 |
| December 16, 2019 | West Jefferson Medical Center | $145.42 |
| December 20, 2019 | LSUHSC School of Dentistry | $36.00 |
| December 20, 2019 | Carlos Rodriguez Fierro, M.D. | $56.00 |
| December 20, 2019 | Social Security Administration | $36.00 |
| December 20, 2019 | West Jefferson Continuity Care Clinic | $36.00 |
| December 20, 2019 | Quest Diagnostics Marrero PSC | $36.00 |
| December 20, 2019 | Nolan Boudreaux, Jr., DDS | $36.00 |
| December 20, 2019 | Culicchia Neurological Clinic | $36.00 |
| December 20, 2019 | Ali Reza, M.D. | $36.00 |
| December 20, 2019 | The Cancer Center at West Jefferson | $36.00 |
| December 20, 2019 | Carlos Rodriguez Fierro, M.D. | $36.00 |
| December 20, 2019 | Nagarajan Chandrasekaran, M.D. | $36.00 |
| December 20, 2019 | Quest Diagnostics Marrero PSC | $36.00 |
| December 20, 2019 | Walgreens - Corporate | $36.00 |
| December 20, 2019 | New Orleans Physician Services | $36.00 |
| December 20, 2019 | Family Doctors Clinic | $36.00 |
| December 20, 2019 | Social Security Administration | $36.00 |
| December 20, 2019 | The Women's Medical Center | $36.00 |
| December 20, 2019 | Carlos Rodriguez Fierro, M.D. | $36.00 |
| December 20, 2019 | West Jefferson Rehab Connection at Oakwood | $36.00 |
| | Subtotal: | $18,073.08 |

**TOTAL COSTS EXPENDED:** **$42,134.86**