# EXHIBIT B

## Veritext, LLC - New Jersey Region

Tel. 973-410-4040 Email: billing-nj@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Kristen Ryan-Meredith | | |
|---|---|---|---|
| | Shook Hardy & Bacon LLP | **Invoice #:** | **3701265** |
| | 2555 Grand Boulevard | **Invoice Date:** | **3/21/2019** |
| | Kansas City, MO, 64108 | **Balance Due:** | **$0.00** |

| **Case: Crayton, Sheila v. Sanofi S.A., Et Als  (2:17cv05923)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 3230013   |   Job Date: 2/26/2019   Delivery: Normal

| Location: | Marrero, LA |
|---|---|
| Billing Atty: | Kristen Ryan-Meredith |
| Scheduling Atty: | Lori R. Schultz | Shook Hardy & Bacon LLP |

| Witness: Dr. Carlos Rodriquez-Fierro | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 114.00 | $4.55 | $518.70 |
| Attendance - Per Session | 1.00 | $85.00 | $85.00 |
| Exhibits | 253.00 | $0.18 | $45.54 |
| Rough Draft | 114.00 | $1.55 | $176.70 |
| Litigation Package-Secure File Suite | 1.00 | $0.00 | $0.00 |
| Delivery & Handling | 1.00 | $38.14 | $38.14 |

| Notes: | **Invoice Total:** | **$864.08** |
|---|---|---|
| | **Payment:** | **($864.08)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs,
including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services
please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Invoice #:**      **3701265**
**Invoice Date:**   **3/21/2019**
**Balance Due:**    **$0.00**

42744

## Veritext, LLC - New Jersey Region

Tel. 973-410-4040 Email: billing-nj@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Kristen Ryan-Meredith | | |
|---|---|---|---|
| | Shook Hardy & Bacon LLP | **Invoice #:** | **3720020** |
| | 2555 Grand Boulevard | **Invoice Date:** | **4/3/2019** |
| | Kansas City, MO, 64108 | **Balance Due:** | **$0.00** |

| Case: Crayton, Sheila v. Sanofi S.A., Et Als  (2:17cv05923) | Proceeding Type: Depositions |
|---|---|

Job #: 3230013   |   Job Date: 2/26/2019   Delivery: Normal

Location:          Marrero, LA

Billing Atty:      Kristen Ryan-Meredith

Scheduling Atty:   Lori R. Schultz | Shook Hardy & Bacon LLP

| Witness: Dr. Carlos Rodriquez-Fierro | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $295.00 | $295.00 |
| Video - Additional Hours | 2.00 | $95.00 | $190.00 |
| Video - Media and Cloud Services | 2.00 | $10.00 | $20.00 |
| Video - Digitizing & Transcript Synchronization | 2.00 | $55.00 | $110.00 |
| Delivery & Handling - Video Media | 1.00 | $35.00 | $35.00 |

| Notes: | | Invoice Total: | $650.00 |
|---|---|---|---|
| | | Payment: | ($650.00) |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $0.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| **Invoice #:** | **3720020** |
|---|---|
| **Invoice Date:** | **4/3/2019** |
| **Balance Due:** | **$0.00** |

42744

## Veritext, LLC - New Jersey Region

Tel. 973-410-4040 Email: billing-nj@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Kristen Ryan-Meredith | | |
|---|---|---|---|
| | Shook Hardy & Bacon LLP | **Invoice #:** | **3701352** |
| | 2555 Grand Boulevard | **Invoice Date:** | **3/21/2019** |
| | Kansas City, MO, 64108 | **Balance Due:** | **$0.00** |

| **Case: Crayton, Sheila v. Sanofi S.A., Et Als  (2:17cv05923)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 3235155   |   Job Date: 2/27/2019   |   Delivery: Normal

| Location: | New Orleans, LA |
|---|---|
| Billing Atty: | Kristen Ryan-Meredith |
| Scheduling Atty: | Lori R. Schultz | Shook Hardy & Bacon LLP |

| Witness: Dr Jerry Pounds | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 112.00 | $4.55 | $509.60 |
| Attendance - Per Session | 1.00 | $85.00 | $85.00 |
| Exhibits | 124.00 | $0.18 | $22.32 |
| Rough Draft | 112.00 | $1.55 | $173.60 |
| Litigation Package-Secure File Suite | 1.00 | $0.00 | $0.00 |
| Delivery & Handling | 1.00 | $82.92 | $82.92 |

| Notes: | | **Invoice Total:** | **$873.44** |
|---|---|---|---|
| | | **Payment:** | **($873.44)** |
| | | **Credit:** | **$0.00** |
| | | **Interest:** | **$0.00** |
| | | **Balance Due:** | **$0.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Invoice #:** **3701352**
**Invoice Date:** **3/21/2019**
**Balance Due:** **$0.00**

42744

## Veritext, LLC - New Jersey Region

Tel. 973-410-4040 Email: billing-nj@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Kristen Ryan-Meredith | | |
|---|---|---|---|
| | Shook Hardy & Bacon LLP | **Invoice #:** | **3720343** |
| | 2555 Grand Boulevard | **Invoice Date:** | **4/3/2019** |
| | Kansas City, MO, 64108 | **Balance Due:** | **$0.00** |

| **Case: Crayton, Sheila v. Sanofi S.A., Et Als  (2:17cv05923)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 3235155    |    Job Date: 2/27/2019   |   Delivery: Normal

| Location: | New Orleans, LA |
|---|---|
| Billing Atty: | Kristen Ryan-Meredith |
| Scheduling Atty: | Lori R. Schultz | Shook Hardy & Bacon LLP |

| Witness: Dr Jerry Pounds | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $295.00 | $295.00 |
| Video - Additional Hours | 1.00 | $95.00 | $95.00 |
| Video - Extended Hours | 1.00 | $165.00 | $165.00 |
| Video - Media and Cloud Services | 1.00 | $10.00 | $10.00 |
| Video - Digitizing & Transcript Synchronization | 2.00 | $55.00 | $110.00 |
| Delivery & Handling - Video Media | 1.00 | $78.79 | $78.79 |

| Notes: | | **Invoice Total:** | **$753.79** |
|---|---|---|---|
| | | **Payment:** | **($753.79)** |
| | | **Credit:** | **$0.00** |
| | | **Interest:** | **$0.00** |
| | | **Balance Due:** | **$0.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Invoice #:**       **3720343**
**Invoice Date:**    **4/3/2019**
**Balance Due:**     **$0.00**

42744

## Veritext, LLC - New Jersey Region

Tel. 973-410-4040 Email: billing-nj@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Kristen Ryan-Meredith | | |
|---|---|---|---|
| | Shook Hardy & Bacon LLP | **Invoice #:** | **3701462** |
| | 2555 Grand Boulevard | **Invoice Date:** | **3/21/2019** |
| | Kansas City, MO, 64108 | **Balance Due:** | **$0.00** |

| **Case: Crayton, Sheila v. Sanofi S.A., Et Als  (2:17cv05923)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 3235178   |   Job Date: 2/25/2019   |   Delivery: Normal

| Location: | Gretna, LA |
|---|---|
| Billing Atty: | Kristen Ryan-Meredith |
| Scheduling Atty: | Lori R. Schultz | Shook Hardy & Bacon LLP |

| Witness: Dr. Elizabeth Blanton | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 51.00 | $4.55 | $232.05 |
| Attendance - Per Session | 1.00 | $85.00 | $85.00 |
| Exhibits | 197.00 | $0.18 | $35.46 |
| Rough Draft | 51.00 | $1.55 | $79.05 |
| Litigation Package-Secure File Suite | 1.00 | $0.00 | $0.00 |
| Delivery & Handling | 1.00 | $62.34 | $62.34 |

| Notes: | | **Invoice Total:** | **$493.90** |
|---|---|---|---|
| | | **Payment:** | **($493.90)** |
| | | **Credit:** | **$0.00** |
| | | **Interest:** | **$0.00** |
| | | **Balance Due:** | **$0.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| **Invoice #:** | **3701462** |
|---|---|
| **Invoice Date:** | **3/21/2019** |
| **Balance Due:** | **$0.00** |

42744

## Veritext, LLC - New Jersey Region

Tel. 973-410-4040 Email: billing-nj@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Kristen Ryan-Meredith | | |
|---|---|---|---|
| | Shook Hardy & Bacon LLP | **Invoice #:** | **3720529** |
| | 2555 Grand Boulevard | **Invoice Date:** | **4/3/2019** |
| | Kansas City, MO, 64108 | **Balance Due:** | **$0.00** |

| **Case: Crayton, Sheila v. Sanofi S.A., Et Als  (2:17cv05923)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 3235178   |   Job Date: 2/25/2019   |   Delivery: Normal

| Location: | Gretna, LA |
|---|---|
| Billing Atty: | Kristen Ryan-Meredith |
| Scheduling Atty: | Lori R. Schultz | Shook Hardy & Bacon LLP |

| Witness: Dr. Elizabeth Blanton | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $295.00 | $295.00 |
| Video - Additional Hours | 1.00 | $95.00 | $95.00 |
| Video - Media and Cloud Services | 1.00 | $10.00 | $10.00 |
| Video - Digitizing & Transcript Synchronization | 1.00 | $55.00 | $55.00 |
| Delivery & Handling - Video Media | 1.00 | $35.00 | $35.00 |

| Notes: | | Invoice Total: | $490.00 |
|---|---|---|---|
| | | Payment: | ($490.00) |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $0.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Invoice #:** **3720529**
**Invoice Date:** **4/3/2019**
**Balance Due:** **$0.00**

42744

## Veritext, LLC - New Jersey Region

Tel. 973-410-4040 Email: billing-nj@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| Bill To:  Kelly Bieri Esq | **Invoice #:**   **3713472** |
| Shook Hardy & Bacon LLP | **Invoice Date:**   **4/1/2019** |
| 2555 Grand Boulevard | **Balance Due:**   **$0.00** |
| Kansas City, MO, 64108 | |

| **Case: Crayton, Sheila v. Sanofi S.A., Et Als  (2:17cv05923)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 3256280    |    Job Date: 3/22/2019   |   Delivery: Normal

| | |
|---|---|
| Location: | New Orleans, LA |
| Billing Atty: | Kelly Bieri Esq |
| Scheduling Atty: | Kelly Bieri Esq | Shook Hardy & Bacon LLP |

| Witness: Shawanda Johnson , Proces verbal | Quantity | Price | Amount |
|---|---|---|---|
| Video - Cancellation | 1.00 | $350.00 | $350.00 |
| Parking Expense | 1.00 | $20.00 | $20.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$370.00** |
| | **Payment:** | **($370.00)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Invoice #:**   **3713472**
**Invoice Date:**   **4/1/2019**
**Balance Due:**   **$0.00**

42744

## Veritext, LLC - New Jersey Region

Tel. 973-410-4040 Email: billing-nj@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Kristen Ryan-Meredith |
| | Shook Hardy & Bacon LLP |
| | 2555 Grand Boulevard |
| | Kansas City, MO, 64108 |

| | |
|---|---|
| **Invoice #:** | **3729211** |
| **Invoice Date:** | **4/10/2019** |
| **Balance Due:** | **$0.00** |

| **Case: Crayton, Sheila v. Sanofi S.A., Et Als  (2:17cv05923)** | **Proceeding Type: Depositions** |

Job #: 3256280   |   Job Date: 3/22/2019   |   Delivery: Normal

| Location: | New Orleans, LA |
| Billing Atty: | Kristen Ryan-Meredith |
| Scheduling Atty: | Kelly Bieri Esq | Shook Hardy & Bacon LLP |

| Witness: Shawanda Johnson , Proces verbal | Quantity | Price | Amount |
|---|---|---|---|
| Statement on the Record | 1.00 | $275.00 | $275.00 |
| Attendance - Per Session | 1.00 | $85.00 | $85.00 |
| Exhibits | 12.00 | $0.18 | $2.16 |
| Litigation Package-Secure File Suite | 1.00 | $0.00 | $0.00 |
| Delivery & Handling | 1.00 | $23.50 | $23.50 |

| Notes: | | **Invoice Total:** | **$385.66** |
|---|---|---|---|
| | | **Payment:** | **($385.66)** |
| | | **Credit:** | **$0.00** |
| | | **Interest:** | **$0.00** |
| | | **Balance Due:** | **$0.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| **Invoice #:** | **3729211** |
| **Invoice Date:** | **4/10/2019** |
| **Balance Due:** | **$0.00** |

42744

## Veritext, LLC - New Jersey Region

Tel. 973-410-4040 Email: billing-nj@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Kristen Ryan-Meredith | | |
|---|---|---|---|
| | Shook Hardy & Bacon LLP | **Invoice #:** | **3716210** |
| | 2555 Grand Boulevard | **Invoice Date:** | **4/1/2019** |
| | Kansas City, MO, 64108 | **Balance Due:** | **$0.00** |

| **Case: Crayton, Sheila v. Sanofi S.A., Et Als  (2:17cv05923)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 3256692   |   Job Date: 3/25/2019   |   Delivery: Expedited

| Location: | Las Vegas, NV |
|---|---|
| Billing Atty: | Kristen Ryan-Meredith |
| Scheduling Atty: | Kelly Bieri Esq | Shook Hardy & Bacon LLP |

| Witness: Johnson Crayton , Jr. | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 99.00 | $4.55 | $450.45 |
| Transcript - Expedited | 99.00 | $3.65 | $361.35 |
| Attendance - Per Session | 1.00 | $85.00 | $85.00 |
| Exhibits - Color | 1.00 | $0.50 | $0.50 |
| Exhibits | 10.00 | $0.18 | $1.80 |
| Rough Draft | 99.00 | $1.55 | $153.45 |
| Litigation Package-Secure File Suite | 1.00 | $0.00 | $0.00 |
| Delivery & Handling | 1.00 | $82.71 | $82.71 |

| Notes: | | **Invoice Total:** | **$1,135.26** |
|---|---|---|---|
| | | **Payment:** | **($1,135.26)** |
| | | **Credit:** | **$0.00** |
| | | **Interest:** | **$0.00** |
| | | **Balance Due:** | **$0.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| **Invoice #:** | **3716210** |
|---|---|
| **Invoice Date:** | **4/1/2019** |
| **Balance Due:** | **$0.00** |

42744

## Veritext, LLC - New Jersey Region

Tel. 973-410-4040 Email: billing-nj@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Kristen Ryan-Meredith | | |
| | Shook Hardy & Bacon LLP | Invoice #: | **3725923** |
| | 2555 Grand Boulevard | Invoice Date: | **4/9/2019** |
| | Kansas City, MO, 64108 | Balance Due: | **$0.00** |

| **Case: Crayton, Sheila v. Sanofi S.A., Et Als  (2:17cv05923)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 3265842   |   Job Date: 3/21/2019   |   Delivery: Normal

| Location: | New Orleans, LA |
| Billing Atty: | Kristen Ryan-Meredith |
| Scheduling Atty: | Lori R. Schultz | Shook Hardy & Bacon LLP |

| Witness: Sherida L. Jackson , DNP, FNP-BC | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 81.00 | $4.55 | $368.55 |
| Attendance - Per Session | 1.00 | $85.00 | $85.00 |
| Surcharge - Extended Hours | 1.00 | $75.00 | $75.00 |
| Surcharge - Extended Hours (Pages) | 81.00 | $0.55 | $44.55 |
| Exhibits - Color | 1.00 | $0.50 | $0.50 |
| Exhibits | 27.00 | $0.18 | $4.86 |
| Rough Draft | 81.00 | $1.55 | $125.55 |
| Litigation Package-Secure File Suite | 1.00 | $0.00 | $0.00 |
| Delivery & Handling | 1.00 | $50.60 | $50.60 |

| Notes:   Surcharge - Extended Hours and pages after 5pm | Invoice Total: | **$754.61** |
|---|---|---|
| | Payment: | **($754.61)** |
| | Credit: | **$0.00** |
| | Interest: | **$0.00** |
| | Balance Due: | **$0.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| Invoice #: | **3725923** |
| Invoice Date: | **4/9/2019** |
| Balance Due: | **$0.00** |

42744

# Veritext, LLC - New Jersey Region

Tel. 973-410-4040 Email: billing-nj@veritext.com
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| Bill To: | Lori R. Schultz | |
| | Shook Hardy & Bacon LLP | |
| | 2555 Grand Boulevard | |
| | Kansas City, MO, 64108 | |

| | |
|---|---|
| **Invoice #:** | **3727689** |
| **Invoice Date:** | **4/9/2019** |
| **Balance Due:** | **$0.00** |

| **Case: Crayton, Sheila v. Sanofi S.A., Et Als  (2:17cv05923)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 3265842   |   Job Date: 3/21/2019   |   Delivery: Normal

| | |
|---|---|
| Location: | New Orleans, LA |
| Billing Atty: | Lori R. Schultz |
| Scheduling Atty: | Lori R. Schultz | Shook Hardy & Bacon LLP |

| Witness: Sherida L. Jackson , DNP, FNP-BC | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $295.00 | $295.00 |
| Video - Extended Hours | 3.00 | $142.50 | $427.50 |
| Video - Media and Cloud Services | 1.00 | $10.00 | $10.00 |
| Video - Digitizing & Transcript Synchronization | 2.00 | $55.00 | $110.00 |
| Delivery & Handling - Video Media | 1.00 | $58.00 | $58.00 |

| Notes: | | **Invoice Total:** | **$900.50** |
|---|---|---|---|
| | | **Payment:** | **($900.50)** |
| | | **Credit:** | **$0.00** |
| | | **Interest:** | **$0.00** |
| | | **Balance Due:** | **$0.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| **Invoice #:** | **3727689** |
| **Invoice Date:** | **4/9/2019** |
| **Balance Due:** | **$0.00** |

42744

## Veritext, LLC - New Jersey Region

Tel. 973-410-4040 Email: billing-nj@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Kristen Ryan-Meredith | | |
|---|---|---|---|
| | Shook Hardy & Bacon LLP | **Invoice #:** | **3891060** |
| | 2555 Grand Boulevard | **Invoice Date:** | **8/7/2019** |
| | Kansas City, MO, 64108 | **Balance Due:** | **$0.00** |

| **Case: Crayton, Sheila v. Sanofi S.A., Et Als  (2:17cv05923)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 3412960   |   Job Date: 6/11/2019   |   Delivery: Normal

| Location: | New Orleans, LA |
|---|---|
| Billing Atty: | Kristen Ryan-Meredith |
| Scheduling Atty: | Kelly Bieri Esq | Shook Hardy & Bacon LLP |

| Witness: Genene Coleman | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 71.00 | $4.55 | $323.05 |
| Attendance | 1.00 | $85.00 | $85.00 |
| Exhibits - Color | 1.00 | $0.50 | $0.50 |
| Exhibits | 15.00 | $0.18 | $2.70 |
| Rough Draft | 71.00 | $1.55 | $110.05 |
| Litigation Package-Secure File Suite | 1.00 | $0.00 | $0.00 |
| Delivery & Handling | 1.00 | $35.00 | $35.00 |

| Notes: | **Invoice Total:** | **$556.30** |
|---|---|---|
| | **Payment:** | **($556.30)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| **Invoice #:** | **3891060** |
|---|---|
| **Invoice Date:** | **8/7/2019** |
| **Balance Due:** | **$0.00** |

42744

## Veritext, LLC - New Jersey Region

Tel. 973-410-4040 Email: billing-nj@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Kristen Ryan-Meredith | | |
|---|---|---|---|
| | Shook Hardy & Bacon LLP | **Invoice #:** | **3891267** |
| | 2555 Grand Boulevard | **Invoice Date:** | **8/7/2019** |
| | Kansas City, MO, 64108 | **Balance Due:** | **$0.00** |

| **Case: Crayton, Sheila v. Sanofi S.A., Et Als  (2:17cv05923)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 3412960   |   Job Date: 6/11/2019   |   Delivery: Normal

| Location: | New Orleans, LA |
|---|---|
| Billing Atty: | Kristen Ryan-Meredith |
| Scheduling Atty: | Kelly Bieri Esq | Shook Hardy & Bacon LLP |

| Witness: Genene Coleman | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $295.00 | $295.00 |
| Video - Additional Hours | 3.00 | $95.00 | $285.00 |
| Video - Media and Cloud Services | 1.00 | $10.00 | $10.00 |
| Video - Digitizing & Transcript Synchronization | 2.00 | $55.00 | $110.00 |
| Delivery & Handling - Video Media | 1.00 | $35.00 | $35.00 |

| Notes: | | **Invoice Total:** | **$735.00** |
|---|---|---|---|
| | | **Payment:** | **($735.00)** |
| | | **Credit:** | **$0.00** |
| | | **Interest:** | **$0.00** |
| | | **Balance Due:** | **$0.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Invoice #:** **3891267**
**Invoice Date:** **8/7/2019**
**Balance Due:** **$0.00**

42744

## Veritext, LLC - New Jersey Region

Tel. 973-410-4040 Email: billing-nj@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| Bill To: Kristen Ryan-Meredith | |
| Shook Hardy & Bacon LLP | |
| 2555 Grand Boulevard | |
| Kansas City, MO, 64108 | |

| | |
|---|---|
| **Invoice #:** | **3489977** |
| **Invoice Date:** | **9/26/2018** |
| **Balance Due:** | **$0.00** |

| Case: Crayton, Sheila v. Sanofi S.A., Et Als  (2:16cv17039) | Proceeding Type: Depositions |
|---|---|

Job #: 3006994   |   Job Date: 9/19/2018   |   Delivery: Expedited

Location:        New Orleans, LA

Billing Atty:    Kristen Ryan-Meredith

Scheduling Atty:  Kelly Bieri Esq | Shook Hardy & Bacon LLP

| Witness: Sheila Crayton | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 303.00 | $4.55 | $1,378.65 |
| Transcript - Expedited | 303.00 | $2.70 | $818.10 |
| Attendance - Per Session | 3.00 | $85.00 | $255.00 |
| Exhibits - Color | 11.00 | $0.50 | $5.50 |
| Exhibits | 126.00 | $0.18 | $22.68 |
| Rough Draft | 303.00 | $1.55 | $469.65 |
| Litigation Package-Secure File Suite | 1.00 | $0.00 | $0.00 |
| Delivery & Handling | 1.00 | $91.73 | $91.73 |

| Notes:   Postage for reading and signing | | |
|---|---|---|
| | **Invoice Total:** | **$3,041.31** |
| | **Payment:** | **($3,041.31)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| **Invoice #:** | **3489977** |
|---|---|
| **Invoice Date:** | **9/26/2018** |
| **Balance Due:** | **$0.00** |

42744

## Veritext, LLC - New Jersey Region

Tel. 973-410-4040 Email: billing-nj@veritext.com
Fed. Tax ID:20-3132569



| Bill To: | Kristen Ryan-Meredith |
| | Shook Hardy & Bacon LLP |
| | 2555 Grand Boulevard |
| | Kansas City, MO, 64108 |

| Invoice #: | **3508683** |
| Invoice Date: | **10/12/2018** |
| Balance Due: | **$0.00** |

| **Case: Crayton, Sheila v. Sanofi S.A., Et Als  (2:16cv17039)** | **Proceeding Type: Depositions** |

Job #: 3006994   |   Job Date: 9/19/2018   |   Delivery: Normal

| Location: | New Orleans, LA |
| Billing Atty: | Kristen Ryan-Meredith |
| Scheduling Atty: | Kelly Bieri Esq | Shook Hardy & Bacon LLP |

| Witness: Sheila Crayton | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $295.00 | $295.00 |
| Video - Additional Hours | 7.50 | $95.00 | $712.50 |
| Video - Extended Hours | 1.00 | $142.50 | $142.50 |
| Video - Media and Cloud Services | 5.00 | $0.00 | $0.00 |
| Video - Digitizing & Transcript Synchronization | 8.00 | $55.00 | $440.00 |
| Delivery & Handling - Video Media | 1.00 | $35.00 | $35.00 |

| Notes: | | Invoice Total: | **$1,625.00** |
| | | Payment: | **($1,625.00)** |
| | | Credit: | **$0.00** |
| | | Interest: | **$0.00** |
| | | Balance Due: | **$0.00** |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID:20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| Invoice #: | **3508683** |
| Invoice Date: | **10/12/2018** |
| Balance Due: | **$0.00** |

42744

## Veritext, LLC - New Jersey Region

Tel. 973-410-4040 Email: billing-nj@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Kristen Ryan-Meredith | Invoice #: | 3560968 |
|---|---|---|---|
| | Shook Hardy & Bacon LLP | Invoice Date: | 11/28/2018 |
| | 2555 Grand Boulevard | Balance Due: | $0.00 |
| | Kansas City, MO, 64108 | | |

| Case: Crayton, Sheila v. Sanofi S.A., Et Als  (2:16cv17039) | Proceeding Type: Depositions |
|---|---|

Job #: 3027205   |   Job Date: 11/2/2018   |   Delivery: Normal

| Location: | Gretna, LA |
|---|---|
| Billing Atty: | Kristen Ryan-Meredith |
| Scheduling Atty: | Kelly Bieri Esq | Shook Hardy & Bacon LLP |

| Witness: Nagarajan Chandrasekaran | Quantity | Price | Amount |
|---|---|---|---|
| Certified Transcript | 231.00 | $2.85 | $658.35 |
| Exhibits - Color | 1.00 | $0.50 | $0.50 |
| Exhibits | 258.00 | $0.18 | $46.44 |
| Rough Draft | 231.00 | $1.55 | $358.05 |
| Surcharge - Expert/Medical/Technical | 231.00 | $0.50 | $115.50 |
| Litigation Package-Secure File Suite | 1.00 | $0.00 | $0.00 |
| Delivery & Handling | 1.00 | $79.20 | $79.20 |

| Notes:   Postage for read and sign | Invoice Total: | $1,258.04 |
|---|---|---|
| | Payment: | ($1,258.04) |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $0.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| Invoice #: | 3560968 |
|---|---|
| Invoice Date: | 11/28/2018 |
| Balance Due: | $0.00 |

42744

## Veritext, LLC - New Jersey Region

Tel. 973-410-4040 Email: billing-nj@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Kristen Ryan-Meredith | | |
|---|---|---|---|
| | Shook Hardy & Bacon LLP | **Invoice #:** | **3569719** |
| | 2555 Grand Boulevard | **Invoice Date:** | **12/4/2018** |
| | Kansas City, MO, 64108 | **Balance Due:** | **$0.00** |

| **Case: Crayton, Sheila v. Sanofi S.A., Et Als  (2:16cv17039)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 3027205   |   Job Date: 11/2/2018   |   Delivery: Normal

| Location: | Gretna, LA |
|---|---|
| Billing Atty: | Kristen Ryan-Meredith |
| Scheduling Atty: | Kelly Bieri Esq | Shook Hardy & Bacon LLP |

| Witness: Nagarajan Chandrasekaran | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $295.00 | $295.00 |
| Video - Additional Hours | 4.00 | $95.00 | $380.00 |
| Video - Extended Hours | 1.00 | $165.00 | $165.00 |
| Video - Media and Cloud Services | 2.00 | $0.00 | $0.00 |
| Video - Digitizing & Transcript Synchronization | 4.00 | $55.00 | $220.00 |
| Delivery & Handling - Video Media | 1.00 | $29.50 | $29.50 |

| Notes: | **Invoice Total:** | **$1,089.50** |
|---|---|---|
| | **Payment:** | **($1,089.50)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| Please remit payment to: | | |
|---|---|---|
| Veritext | **Invoice #:** | **3569719** |
| P.O. Box 71303 | **Invoice Date:** | **12/4/2018** |
| Chicago IL 60694-1303 | **Balance Due:** | **$0.00** |
| Fed. Tax ID: 20-3132569 | | |

To pay online, go to www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

42744

## Veritext, LLC - New Jersey Region

Tel. 973-410-4040 Email: billing-nj@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Kristen Ryan-Meredith<br>Shook Hardy & Bacon LLP<br>2555 Grand Boulevard<br>Kansas City, MO, 64108 | Invoice #: | 3566870 |
|---|---|---|---|
| | | Invoice Date: | 11/30/2018 |
| | | Balance Due: | $0.00 |

| Case: Crayton, Sheila v. Sanofi S.A., Et Als  (2:16cv17039) | Proceeding Type: Depositions |
|---|---|

Job #: 3074605   |   Job Date: 11/6/2018   |   Delivery: Normal

| Location: | New Orleans, LA |
|---|---|
| Billing Atty: | Kristen Ryan-Meredith |
| Scheduling Atty: | Kelly Bieri Esq | Shook Hardy & Bacon LLP |

| Witness: Sheila Crayton | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 135.00 | $4.55 | $614.25 |
| Attendance | 2.00 | $85.00 | $170.00 |
| Exhibits - Color | 7.00 | $0.50 | $3.50 |
| Exhibits | 48.00 | $0.18 | $8.64 |
| Rough Draft | 135.00 | $1.55 | $209.25 |
| Litigation Package-Secure File Suite | 1.00 | $0.00 | $0.00 |
| Delivery & Handling | 1.00 | $69.88 | $69.88 |

| Notes:   Postage for read and sign | Invoice Total: | $1,075.52 |
|---|---|---|
| | Payment: | ($1,075.52) |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $0.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| Invoice #: | 3566870 |
|---|---|
| Invoice Date: | 11/30/2018 |
| Balance Due: | $0.00 |

42744

## Veritext, LLC - New Jersey Region

Tel. 973-410-4040 Email: billing-nj@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Kristen Ryan-Meredith | | |
|---|---|---|---|
| | Shook Hardy & Bacon LLP | **Invoice #:** | **3575680** |
| | 2555 Grand Boulevard | **Invoice Date:** | **12/7/2018** |
| | Kansas City, MO, 64108 | **Balance Due:** | **$0.00** |

| **Case: Crayton, Sheila v. Sanofi S.A., Et Als  (2:16cv17039)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 3074605   |   Job Date: 11/6/2018   |   Delivery: Normal

| Location: | New Orleans, LA |
|---|---|
| Billing Atty: | Kristen Ryan-Meredith |
| Scheduling Atty: | Kelly Bieri Esq | Shook Hardy & Bacon LLP |

| Witness: Sheila Crayton | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $295.00 | $295.00 |
| Video - Additional Hours | 3.00 | $95.00 | $285.00 |
| Video - Media and Cloud Services | 2.00 | $0.00 | $0.00 |
| Video - Digitizing & Transcript Synchronization | 2.00 | $55.00 | $110.00 |
| Delivery & Handling - Video Media | 1.00 | $29.50 | $29.50 |

| Notes: | | | | **Invoice Total:** | **$719.50** |
|---|---|---|---|---|---|
| | | | | **Payment:** | **($719.50)** |
| | | | | **Credit:** | **$0.00** |
| | | | | **Interest:** | **$0.00** |
| | | | | **Balance Due:** | **$0.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| **Invoice #:** | **3575680** |
|---|---|
| **Invoice Date:** | **12/7/2018** |
| **Balance Due:** | **$0.00** |

42744

## Veritext, LLC - New Jersey Region

Tel. 973-410-4040 Email: billing-nj@veritext.com
Fed. Tax ID: 20-3132569



Bill To: Kristen Ryan-Meredith
Shook Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO, 64108

| | |
|---|---|
| **Invoice #:** | **3566170** |
| **Invoice Date:** | **11/30/2018** |
| **Balance Due:** | **$0.00** |

| **Case: Crayton, Sheila v. Sanofi S.A., Et Als  (2:16cv17039)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 3109559   |   Job Date: 11/7/2018   |   Delivery: Normal

| | |
|---|---|
| Location: | New Orleans, LA |
| Billing Atty: | Kristen Ryan-Meredith |
| Scheduling Atty: | Kelly Bieri Esq | Shook Hardy & Bacon LLP |

| Witness: Jyan Crayton | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 217.00 | $4.55 | $987.35 |
| Attendance | 2.00 | $85.00 | $170.00 |
| Exhibits - Color | 13.00 | $0.50 | $6.50 |
| Exhibits | 38.00 | $0.18 | $6.84 |
| Rough Draft | 217.00 | $1.55 | $336.35 |
| Litigation Package-Secure File Suite | 1.00 | $0.00 | $0.00 |
| Delivery & Handling | 1.00 | $79.20 | $79.20 |

| Notes:   Postage for Read and Sign | | |
|---|---|---|
| | **Invoice Total:** | **$1,586.24** |
| | **Payment:** | **($1,586.24)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| **Invoice #:** | **3566170** |
| **Invoice Date:** | **11/30/2018** |
| **Balance Due:** | **$0.00** |

42744

# Veritext, LLC - New Jersey Region

Tel. 973-410-4040 Email: billing-nj@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Kristen Ryan-Meredith | | |
|---|---|---|---|
| | Shook Hardy & Bacon LLP | **Invoice #:** | **3575681** |
| | 2555 Grand Boulevard | **Invoice Date:** | **12/7/2018** |
| | Kansas City, MO, 64108 | **Balance Due:** | **$0.00** |

| **Case: Crayton, Sheila v. Sanofi S.A., Et Als  (2:16cv17039)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 3109559   |   Job Date: 11/7/2018   |   Delivery: Normal

| Location: | New Orleans, LA |
|---|---|
| Billing Atty: | Kristen Ryan-Meredith |
| Scheduling Atty: | Kelly Bieri Esq | Shook Hardy & Bacon LLP |

| Witness: Jyan Crayton | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $295.00 | $295.00 |
| Video - Additional Hours | 5.00 | $95.00 | $475.00 |
| Video - Media and Cloud Services | 2.00 | $0.00 | $0.00 |
| Video - Digitizing & Transcript Synchronization | 4.00 | $55.00 | $220.00 |
| Delivery & Handling - Video Media | 1.00 | $29.50 | $29.50 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$1,019.50** |
| | **Payment:** | **($1,019.50)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| **Invoice #:** | **3575681** |
|---|---|
| **Invoice Date:** | **12/7/2018** |
| **Balance Due:** | **$0.00** |

42744

## Veritext, LLC - New Jersey Region

Tel. 973-410-4040 Email: billing-nj@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Kristen Ryan-Meredith |
| | Shook Hardy & Bacon LLP |
| | 2555 Grand Boulevard |
| | Kansas City, MO, 64108 |

| Invoice #: | 3584667 |
|---|---|
| Invoice Date: | 12/17/2018 |
| Balance Due: | $0.00 |

| **Case: Crayton, Sheila v. Sanofi S.A. (2:16cv17039)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 3128112   |   Job Date: 11/28/2018   |   Delivery: Normal

| Location: | Harvey, LA |
| Billing Atty: | Kristen Ryan-Meredith |
| Scheduling Atty: | Kelly Bieri Esq | Shook Hardy & Bacon LLP |

| Witness: William Long | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 135.00 | $4.55 | $614.25 |
| Attendance | 1.00 | $85.00 | $85.00 |
| Exhibits - Color | 1.00 | $0.50 | $0.50 |
| Exhibits | 1221.00 | $0.18 | $219.78 |
| Rough Draft | 135.00 | $1.55 | $209.25 |
| Surcharge - Expert/Medical/Technical | 135.00 | $0.50 | $67.50 |
| Litigation Package-Secure File Suite | 1.00 | $0.00 | $0.00 |
| Delivery & Handling | 1.00 | $60.63 | $60.63 |

| Notes: Postage for read and sign | | |
|---|---|---|
| | Invoice Total: | $1,256.91 |
| | Payment: | ($1,256.91) |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $0.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| Please remit payment to: | | |
|---|---|---|
| Veritext | | |
| P.O. Box 71303 | | |
| Chicago IL 60694-1303 | | |
| Fed. Tax ID: 20-3132569 | | |

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| Invoice #: | 3584667 |
|---|---|
| Invoice Date: | 12/17/2018 |
| Balance Due: | $0.00 |

42744

# Veritext, LLC - New Jersey Region

Tel. 973-410-4040 Email: billing-nj@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Kristen Ryan-Meredith | | |
|---|---|---|---|
| | Shook Hardy & Bacon LLP | **Invoice #:** | **3599538** |
| | 2555 Grand Boulevard | **Invoice Date:** | **12/28/2018** |
| | Kansas City, MO, 64108 | **Balance Due:** | **$0.00** |

| **Case: Crayton, Sheila v. Sanofi S.A. (2:16cv17039)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 3128112   |   Job Date: 11/28/2018   |   Delivery: Normal

| Location: | Harvey, LA |
|---|---|
| Billing Atty: | Kristen Ryan-Meredith |
| Scheduling Atty: | Kelly Bieri Esq | Shook Hardy & Bacon LLP |

| Witness: William Long | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $295.00 | $295.00 |
| Video - Additional Hours | 3.00 | $95.00 | $285.00 |
| Video - Media and Cloud Services | 2.00 | $10.00 | $20.00 |
| Video - Digitizing & Transcript Synchronization | 3.00 | $55.00 | $165.00 |
| Delivery & Handling - Video Media | 1.00 | $63.22 | $63.22 |

| Notes: | | **Invoice Total:** | **$828.22** |
|---|---|---|---|
| | | **Payment:** | **($828.22)** |
| | | **Credit:** | **$0.00** |
| | | **Interest:** | **$0.00** |
| | | **Balance Due:** | **$0.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| **Invoice #:** | **3599538** |
|---|---|
| **Invoice Date:** | **12/28/2018** |
| **Balance Due:** | **$0.00** |

42744

# Veritext, LLC - New Jersey Region

Tel. 973-410-4040 Email: billing-nj@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Kristen Ryan-Meredith | | |
|---|---|---|---|
| | Shook Hardy & Bacon LLP | **Invoice #:** | **3718975** |
| | 2555 Grand Boulevard | **Invoice Date:** | **4/2/2019** |
| | Kansas City, MO, 64108 | **Balance Due:** | **$0.00** |

| **Case: Crayton, Sheila v. Sanofi S.A., Et Als  (2:17cv05923)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 3222885   |   Job Date: 2/12/2019   |   Delivery: Normal

Location:  New Orleans, LA

Billing Atty:  Kristen Ryan-Meredith

Scheduling Atty:  Lori R. Schultz | Shook Hardy & Bacon LLP

| Witness: Dr. Donna Mancuso , MD | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 91.00 | $4.55 | $414.05 |
| Attendance - Per Session | 1.00 | $170.00 | $170.00 |
| Surcharge - Extended Hours (Pages) | 91.00 | $0.50 | $45.50 |
| Exhibits | 28.00 | $0.18 | $5.04 |
| Rough Draft | 91.00 | $1.55 | $141.05 |
| Litigation Package-Secure File Suite | 1.00 | $0.00 | $0.00 |
| Delivery & Handling | 1.00 | $50.60 | $50.60 |

| Notes:   Deposition started at 5:30 | | |
|---|---|---|
| | **Invoice Total:** | **$826.24** |
| | **Payment:** | **($826.24)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| **Invoice #:** | **3718975** |
|---|---|
| **Invoice Date:** | **4/2/2019** |
| **Balance Due:** | **$0.00** |

42744

# Veritext, LLC - New Jersey Region

Tel. 973-410-4040 Email: billing-nj@veritext.com
Fed. Tax ID: 20-3132569



Bill To: Kristen Ryan-Meredith
Shook Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO, 64108

| | |
|---|---|
| Invoice #: | 3719645 |
| Invoice Date: | 4/2/2019 |
| Balance Due: | $0.00 |

**Case: Crayton, Sheila v. Sanofi S.A., Et Als  (2:17cv05923)** — Proceeding Type: Depositions

Job #: 3222885   |   Job Date: 2/12/2019   |   Delivery: Normal

Location: New Orleans, LA

Billing Atty: Kristen Ryan-Meredith

Scheduling Atty: Lori R. Schultz | Shook Hardy & Bacon LLP

| Witness: Dr. Donna Mancuso , MD | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $295.00 | $295.00 |
| Video - Extended Hours | 2.00 | $142.50 | $285.00 |
| Video - Media and Cloud Services | 3.00 | $10.00 | $30.00 |
| Video - Digitizing & Transcript Synchronization | 2.00 | $55.00 | $110.00 |
| Delivery & Handling - Video Media | 1.00 | $35.00 | $35.00 |

Notes:   Deposition started at 5:30

| | |
|---|---|
| Invoice Total: | $755.00 |
| Payment: | ($755.00) |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $0.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Invoice #:  3719645
Invoice Date:  4/2/2019
Balance Due:  $0.00

42744