# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL)  ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| **This document relates to:**  ) | |
| Elizabeth Kahn, 16-17039    ) | |

## ORDER

Before the Court is Defendants' Motion to Exclude Expert Testimony of David A. Kessler, M.D., J.D. (Doc. 10999). Given that Plaintiff will no longer call Dr. Kessler as a witness, **IT IS ORDERED** that Defendants' Motion is **DENIED AS MOOT**.

New Orleans, Louisiana, this 17th day of February, 2021.

**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**