UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO

**Plaintiff Name: Dana Wynn**
**Case No.: 2:19-cv-13825**

## STATEMENT OF PLAINTIFF'S COUNSEL

  I represent DANA WYNN, whose case is on a Notice of Non-Compliance to be heard by the Court on February 19, 2021. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client that unless the deficiency is cured, the case could be dismissed with prejudice.

  The deficiency is not cured and there is no defense to the request for a dismissal.


Dated: February 18, 2021

/s/ Trevor B. Rockstad
Trevor B. Rockstad
Davis & Crump, P.C.
2601 14th Street
Gulfport, MS 39507
228-863-6000
trevor.rockstad@daviscrump.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2021, a copy of the above and forgoing has been filed electronically with the Clerk of Court by using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Trevor B. Rockstad
Trevor B. Rockstad
