UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Eleanor Evitts**
**Case No.: 2:18-cv-11799**

## STATEMENT OF PLAINTIFF'S COUNSEL

　　I represent Eleanor Evitts, whose case is on a Notice of Non-Compliance to be heard by the Court on February 19, 2021. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client that unless the deficiency is cured, the case could be dismissed with prejudice.

　　The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: February 18, 2021　　　　　　　　　　/s/ Trevor B. Rockstad
　　　　　　　　　　　　　　　　　　　　　　Trevor B. Rockstad
　　　　　　　　　　　　　　　　　　　　　　Davis & Crump, P.C.
　　　　　　　　　　　　　　　　　　　　　　2601 14th Street
　　　　　　　　　　　　　　　　　　　　　　Gulfport, MS 39507
　　　　　　　　　　　　　　　　　　　　　　228-863-6000
　　　　　　　　　　　　　　　　　　　　　　trevor.rockstad@daviscrump.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2021, a copy of the above and forgoing has been filed electronically with the Clerk of Court by using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Trevor B. Rockstad
Trevor B. Rockstad
