UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| Valeria Hopson, | : : | JUDGE MILAZZO |
| Plaintiff, | : : : | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL** |
| vs. | : : | **EXCEPT SANOFI US SERVICES INC. & SANOFI-AVENTIS U.S. LLC** |
| Sanofi US Services, et al., | : : | Civil Action No. 2:18-cv-07090 |
| Defendant(s). | : : | |
| ------------------------------------------------------ | : : | |

  Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi US Services Inc., f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated: February 18, 2021    Respectfully submitted,

             **TorHoerman Law LLC**

             /s/ Steven D. Davis
             210 S. Main Street
             Edwardsville, IL 62025
             Telephone: (618) 656-4400
             Facsimile: (618) 656-4401
             sdavis@thlawyer.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/___Steven D. Davis_____