UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:**  Virginia Hodges
**Case No.:**  2:18-cv-05142

## DECLARATION

I, Robert J. Binstock, have attempted to reach my client, Virginia Hodges on the following dates: 02/02/2018, 06/14/2018, 02/11/2019, 11/27/2021, 12/18/2021, 02/18/2021. by (check all that apply) _X_ telephone, _X_ e-mail, ____ text message, ____ social media, _X_ U.S. Mail, ____ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

REICH & BINSTOCK

/s/ Robert J. Binstock
Robert J. Binstock (TX: 02328350)
Dennis C. Reich (TX: 16739600)
4265 San Felipe, Suite 1000
Houston, TX 77027
Phone: 713-622-7271
dreich@reichandbinstock.com
bbinstock@reichandbinstock.com

ATTORNEYS FOR PLAINTIFF