UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

*In Re: Taxotere (Docetaxel) Products Liability Litigation*
*MDL No. 2740 Section "N" (5)*

CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the court, Rita Rider (20-cv-1084) substitute Chelsie M. Palecek, State Bar No. 0096952 (OH) as counsel of record in place of Dorothy J. Dohanics, as Dorothy J. Dohanics is no longer with the firm of Dallas W. Hartman, PC.

Contact information for new counsel is as follows:

    Firm Name: Dallas W. Hartman, P.C.

    Address:    201 Green Ridge Drive, New Castle, PA 16105

    Telephone: 724-652-4081    Facsimile: 724-652-8380

    E-Mail:    cpalecek@dallashartman.com

I consent to the above substitution.
Date: February 19, 2021        /s/ *Rita Rider* (per telephone consent 2/5/21)
        (Signature of Parties)

I consent to the above substitution.
Date: February 19, 2021        */s/ Chelsie M. Palecek*
        Chelsie M. Palecek, Esquire

The substitution of attorney is hereby approved and so ORDERED.
Date: _____        _____
        Judge