UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

*In Re: Taxotere (Docetaxel) Products Liability Litigation*
*MDL No. 2740 Section "N" (5)*

CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the court, Laura Shepherd (20-cv-1085) substitute Chelsie M. Palecek, State Bar No. 0096952 (OH) as counsel of record in place of Dorothy J. Dohanics, as Dorothy J. Dohanics is no longer with the firm of Dallas W. Hartman, PC.

Contact information for new counsel is as follows:

Firm Name: Dallas W. Hartman, P.C.
Address: 201 Green Ridge Drive, New Castle, PA 16105
Telephone: 724-652-4081   Facsimile: 724-652-8380
E-Mail: cpalecek@dallashartman.com

I consent to the above substitution.
Date: February 19, 2021                /s/ *Laura Shepherd* (per telephone consent 1/13/21)
                                                                (Signature of Party)

I consent to the above substitution.
Date: February 19, 2021                */s/ Chelsie M. Palecek*
                                                                Chelsie M. Palecek, Esquire

The substitution of attorney is hereby approved and so ORDERED.
Date: _____                    _____
                                                                            Judge