UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** _Audrey Fridia_
**Case No.:** _2:18-cv-2601_

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent <u>Audrey Fridia</u> whose case is on a Notice of Non-Compliance to be heard by the Court on _02/19/2021_. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: February 19, 2021.

_____
Hunter J. Shkolnik, Esq
Napoli Shkolnik, PLLC
270 Muniz Rivera Avenue, Suite 201
Hato Rey, PR 00918
(212) 397-1000
Hunter@napolilaw.com

CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: February 19, 2021             /s/ Hunter J Shkolnik
                                     HUNTER J. SHKOLNIK