UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

**In Re: Taxotere (Docetaxel)**  **MDL NO. 2740**
**Products Liability Litigation**

Section "H" (5)

**This Document Relates to:**

**Plaintiff: Laura Shepherd**
**Case No.: 20-cv-01085**

## Statement of Plaintiff's Counsel

    I represent Laura Shepherd whose case is on a Notice of Non-Compliance to be heard by the Court on February 19, 2021. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

    The deficiencies have been cured to the best of my knowledge, aside from Exhibit B to CMO 12A. This has not as the treating physician has not responded to calls or letters. We request additional time to file Exhibit to CMO 12A.

Date: February 17, 2021

*/s/ Chelsie M. Palecek*
Chelsie M. Palecek, Esquire
Dallas W. Hartman, PC
201 Green Ridge Road
New Castle, PA 16105
Phone: (724) 652-4081
Fax: (724) 652-8380
cpalecek@dallashartman.com