UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

    SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** _____Audrey Fridia_____
**Case No.:** __2:18-cv-2601_____

## DECLARATION

I, Hunter Shkolnik, have attempted to reach my client, Audrey Fridia on the following dates: _02/20/2019, 07/16/2019, 07/24/2019, 08/09/2019, 08/16/2019, and 02/11/2021 by (check all that apply) __X__ telephone, _X___ e-mail, _X___ text message, ____ social media, _X___ U.S. Mail, _X Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_____
Hunter J. Shkolnik, Esq
Napoli Shkolnik, PLLC
270 Muniz Rivera Avenue, Suite 201
Hato Rey, PR 00918
(212) 397-1000
Hunter@napolilaw.com