UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>HON. JANE TRICHE MILAZZO |
| THIS DOCUMENT RELATES TO: | | |
| *All cases where Sanofi-Aventis U.S. LLC is named as a defendant* | | |

## NOTICE OF APPEARANCE

Please enter the appearance of Hannah Dalbey of the law firm Shook, Hardy & Bacon L.L.P. as counsel for Defendant Sanofi-Aventis U.S. LLC., in the above-captioned matters.

Dated:  February 19, 2021

Respectfully Submitted,

SHOOK, HARDY & BACON L.L.P.

*/s/ Hannah Dalbey*
Hannah Dalbey
Shook, Hardy & Bacon LLP
1800 K. Street NW
Suite 1000
Washington, D.C. 20006
Tel:  (202) 783-8400
Fax:  (202) 783-4211
Email: hdalbey@shb.com

*Attorney for Defendant Sanofi-Aventis U.S. LLC*

4817-2162-8124