UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE JANE TRICHE MILAZZO |
| EMMA ENGLISH-PAGAN, | MAG. JUDGE NORTH |
| Plaintiff, | **Stipulation of Partial Dismissal with Prejudice** |
| vs. | Civil Action No.: 17-cv-06910 |
| SANOFI U.S. SERVICES, INC. f/k/a SANOFI-AVENTIS U.S., INC., SANOFI-AVENTIS US, LLC, SANDOZ, INC., ACCORD HEALTHCARE, INC., HOSPIRA, INC., SUN PHARMA GLOBAL FZE, SUN PHARMACEUTICAL INDUSTRIES f/k/a CARACO PHARMACEUTICAL LABORATORIES, LTD., ACTAVIS, LLC f/k/a ACTAVIS, INC., and HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC. | |
| Defendant(s). | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that defendant ACTAVIS LLC f/k/a ACTAVIS INC. ONLY be dismissed with prejudice, each party to bear its own costs. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal.

Dated this 19th day of February, 2021.

| JOHNSON BECKER, PLLC | ULMER & BERNE LLP |
|---|---|
| _/s/ Alexandra Robertson_ | _/s/ Michael J. Suffern_ |
| Alexandra Robertson, Esq. | Michael J. Suffern, Esq. |
| 444 Cedar Street | 600 Vine Street |
| Suite 1800 | Suite 2800 |
| St. Paul, MN 55101 | Cincinnati, OH 45202 |
| Phone: 612-436-1800 | Phone: 513-698-5064 |
| Fax: 612-436-1801 | Fax: 513-698-5065 |
| Email: arobertson@johnsonbecker.com | Email: msuffern@ulmer.com |
| | |
| Attorney for Plaintiff | Attorney for Actavis LLC f/k/a Actavis Inc. |