MINUTE ENTRY
MILAZZO, J.
February 17, 2021

JS-10:00:40

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to all cases | | |

## MINUTE ENTRY

On February 17, 2021, the Court held a video status conference with Jon Strongman, Doug Moore, Palmer Lambert, David Miceli, and Dawn Barrios. The parties discussed the supplemental expert report of Dr. Laura Plunkett. The Court does not find that the report materially alters Plaintiffs' theory in this litigation. Accordingly, the Court will not exclude Dr. Plunkett's opinions prior to any appropriately filed *Daubert* motions.

_____