UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to all cases | | |

# MINUTE ENTRY

On February 19, 2021, the Court held a video status conference with lead and liaison counsel. The parties updated the Court on the status of the case.

(JS-10:01:00)

