MINUTE ENTRY
MILAZZO, J.
February 19, 2021

JS-10:00:15

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 | |
| PRODUCTS LIABILITY LITIGATION ) | | |
| ) | SECTION: "H" (5) | |
| ) | | |
| This document relates to all cases ) | | |

## MINUTE ENTRY

On February 19, 2021, the Court held a general status conference by video. The parties updated the Court on the status of the case and discussed the items set forth in Joint Report No. 21.

    Court Reporter:    Karen Ibos

    Law Clerk:    Samantha Schott Boudreaux

                                                              *[signature]*
                                                        **HON. JANE TRICHE MILAZZO**
                                                       **UNITED STATES DISTRICT JUDGE**