MINUTE ENTRY
MILAZZO, J.
February 19, 2021

JS-10:01:00

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to all cases | ) | |

## MINUTE ENTRY

On February 19, 2021, the Court held a show cause hearing. Certain participants appeared via video: Claire E. Berg, Palmer Lambert, Dawn Barrios, Brenda Sweet, Nicholas Insogna, and Kelly Brilleaux. Other participants appeared via telephone.

  Court Reporter:  Karen Ibos

  Law Clerk:  Samantha Schott Boudreaux

**IT IS ORDERED** that the cases listed in the attached Exhibit A, titled "Stipulation of Dismissal List," in addition to the case of Pearl Cherry, 18-12770, are **DISMISSED WITH PREJUDICE** based on stipulations filed by counsel;

**IT IS FURTHER ORDERED** that the cases listed in the attached Exhibit B, titled "Declaration of No Contact List," in addition to the case of Virginia Hodges, 18-5142, are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that the cases listed in the attached Exhibit C, titled "Statement of No Defense List," in addition to the cases of Dana Wynn, 19-13825, and Eleanor Evitts, 18-11799, are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that the following case from the call docket is **DISMISSED WITH PREJUDICE** for reasons stated on the record:

- 18-8868   Leslye Harris
- 20-1445   Regina Lawyer
- 17-955    Dorothy Freeman
- 18-803    Cathy Doyle
- 17-15769  Bonnie Burns
- 18-8762   Kimberly Burris (duplicate case 18-12230 remains pending)

*[signature]*

**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**