| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed | Docket |
|---|---|---|---|---|---|---|---|---|
| 1 | Ballard | Leslie | 2:19-cv-14130 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 | Morgan & Morgan, PA | 2/18/2021 | 12174 |
| 2 | Harris | Sheryl | 2:18-cv-07075 | Authorizations (HIPAA authorization expired by time produced to defendants; No Disability authorization; Insurance authorization - Not witnessed and Plaintiff has failed to leave addressee lines of authorization blank and improperly inserted plaintiff's information in the addressee/to line; Workers Compensation authorization is not witnessed) | sanofi | Fears | Nachawati | 2/8/2021 | 12125 |
| 3 | Rabe | Kathren | 2:18-cv-12566 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 | Atkins & Markoff | 2/12/2021 | 12156 |
| 4 | Samuel | Eltoria | 2:18-cv-13367 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 | Allen & Nolte, PLLC | 2/10/2021 | 12145 |