February 19, 2021
Declaration of No Contact List

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed | Docket |
|---|---|---|---|---|---|---|---|---|
| 1 | Forsyth | Roxanna | 2:20-cv-01888 | PFS Not Substantially Complete; No PTO 71A | 505 | Laborde Earles Law Firm | 2/12/2021 | 12154 |
| 2 | Graves | Brenda | 2:18-cv-12413 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Authorizations, or PTO 71A) | 505 | Bachus & Schanker, LLC | 2/15/2021 | 12163 |
| 3 | Hebert | Cheryl | 2:18-cv-07088 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 | TorHoerman Law LLC | 2/12/2021 | 12153 |
| 4 | Henderson | Stephanie | 2:20-cv-02207 | Shell PFS; PFS Not Substantially Complete; No Authorizations; No PTO 71A | sanofi | Carey Danis & Lowe | 12/22/2020 | 11699 |
| 5 | Knott | Marianne | 2:18-cv-05309 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 | Fears Nachawati PLLC | 2/8/2021 | 12126 |
| 6 | Lei | Janet | 2:18-cv-12671 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, or PTO 71A) | 505 | Bachus & Schanker, LLC | 2/15/2021 | 12165 |
| 7 | Powell | Daine | 2:17-cv-14445 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 | Kershaw, Cutter & Ratinoff LLP | 2/12/2021 | 12158 |
| 8 | Spruance | Cathryn | 2:19-cv-14098 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 | Fears Nachawati PLLC | 12/21/2020 | 11690 |
| 9 | Wallace | Carrie | 2:17-cv-16783 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 | Kershaw, Cutter & Ratinoff LLP | 2/12/2021 | 12157 |