| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed | Docket |
|---|---|---|---|---|---|---|---|---|
| 1 | Beaver | Amy | 2:18-cv-01433 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Authorizations, or PTO 71A) | 505 | Bachus & Schanker, LLC | 1/28/2021 | 12081 |
| 2 | Berger | Sandra | 2:18-cv-09159 | No Authorizations (No Psychiatric records, disability or workers compensation) | sanofi | Fears | Nachawati | 2/10/2021 | 12141 |
| 3 | Burchett | Linda | 2:17-cv-14625 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 | Bachus & Schanker, LLC | 1/28/2021 | 12093 |
| 4 | Carter | Grace | 2:19-cv-14242 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 | Fears Nachawati PLLC | 2/10/2021 | 12140 |
| 5 | Crain | Debra | 2:20-cv-01512 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 | Gallagher Law Firm (Houston) | 1/28/2021 | 12092 |
| 6 | Daniels | Tasha | 2:18-cv-13647 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 | Fears Nachawati PLLC | 2/10/2021 | 12139 |
| 7 | Davis | Carlina | 2:17-cv-09543 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Authorizations, or PTO 71A) | 505 | Bachus & Schanker, LLC | 1/28/2021 | 12088 |
| 8 | Edwards-Rector | Tiana Louise | 2:18-cv-08128 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 | Fears Nachawati PLLC | 2/10/2021 | 12138 |
| 9 | Ethridge | Cerita | 2:19-cv-11877 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 | Bachus & Schanker, LLC | 1/28/2021 | 12082 |
| 10 | Ferrell | Cindy | 2:18-cv-12476 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 | Bachus & Schanker, LLC | 1/28/2021 | 12083 |
| 11 | Hatch | Angela | 2:20-cv-02140 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Both sanofi and 505 | Fears | Nachawati | 2/10/2021 | 12137 |
| 12 | Hoffman | Frances | 2:19-cv-13226 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, or PTO 71A) | 505 | Bachus & Schanker, LLC | 2/15/2021 | 12164 |
| 13 | Howard | Lola | 2:17-cv-15702 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 | Peterson & Associates, PC | 2/10/2021 | 12149 |
| 14 | Kaczmarskl | Maryellen | 2:18-cv-13488 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 | Bachus & Schanker, LLC | 1/28/2021 | 12084 |
| 15 | Lambert | Mary | 2:19-cv-14139 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 | The Goss Law Firm, P.C. | 2/16/2021 | 12170 |
| 16 | Martin | Clara | 2:17-cv-12933 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Authorizations, or PTO 71A) | 505 | Gomez Trial Attorneys | 2/5/2021 | 12124 |

February 19, 2021
Statement of No Defense List

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed | Docket |
|---|---|---|---|---|---|---|---|---|
| 17 | Nanney | Tammi | 2:19-cv-09538 | No PTO 71A | sanofi | Bachus & Schanker, LLC | 1/28/2021 | 12089 |
| 18 | Palpallatoc | Nadeen | 2:19-cv-12367 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 | Bachus & Schanker, LLC | 2/15/2021 | 12166 |
| 19 | Perkins | Sylvia | 2:19-cv-11977 | Authorizations (Insurance authorization - Plaintiff has failed to leave addressee lines of authorization blank and improperly inserted plaintiff's information in the addressee/to line) | sanofi | Bachus & Schanker, LLC | 1/28/2021 | 12085 |
| 20 | Rodriguez | Waleska | 2:19-cv-02654 | Authorization (Insurance - Plaintiff has failed to leave representative lines of authorization blank and improperly inserted Plaintiff's Counsel's information in the representative line) | sanofi | Bachus & Schanker, LLC | 2/15/2021 | 12167 |
| 21 | Sanderson | Donna | 2:18-cv-12992 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 | The Goss Law Firm, P.C | 2/12/2021 | 12155 |
| 22 | Singleton | Hallie | 2:18-cv-06531 | No Authorizations | sanofi | Fears | Nachawati | 2/8/2021 | 12127 |
| 23 | Squire | Vickie | 2:18-cv-12287 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | sanofi | Bachus & Schanker, LLC | 1/28/2021 | 12087 |
| 24 | Tillman | Barbara | 2:19-cv-12320 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 | Kennedy Hodges, LLP | 2/11/2021 | 12152 |
| 25 | Trombley | Ellen | 2:19-cv-13482 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 | Bachus & Schanker, LLC | 1/28/2021 | 12086 |
| 26 | Wallace | Virginia | 2:19-cv-14138 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, or PTO 71A) | 505 | Fears Nachawati PLLC | 2/8/2021 | 12128 |