**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re: TAXOTERE (DOCETAXEL)**                    **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                                  **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO**
*Kahn v. Sanofi-Aventis U.S. LLC*, **No. 16-17039**

<u>**MEMORANDUM IN SUPPORT OF MOTION TO RECONSIDER ORDER**</u>
<u>**REGARDING DR. MADIGAN'S META-ANALYSIS OF OBSERVATIONAL STUDIES**</u>

Plaintiff Elizabeth Kahn seeks reconsideration of a single issue in the Court's Order and Reasons on Defendants' Motion to Exclude Expert Testimony of Dr. David Madigan (Doc. 12098): the reliability and admissibility of Dr. Madigan's meta-analysis of observational studies (*Id.* at Section II.c., pp. 12-13). The Court's Order excluding Dr. Madigan's meta-analysis is principally based on the Court's assumption that Dr. Madigan conceded the existence of "high/significant/large" statistical heterogeneity in his study. *Id.* But Dr. Madigan has never made such a concession. Quite the opposite, Dr. Madigan's Expert Report and deposition testimony demonstrate that Dr. Madigan utilized a scientifically reliable methodology and best practices to investigate, account for, and rule out the importance of any statistical heterogeneity in his meta-analysis.

As Dr. Madigan testified in his deposition, heterogeneity in a meta-analysis is "basically between study variation in terms of effect estimates."[1] As stated in the Cochrane Handbook for Systematic Reviews of Interventions version 6.0 (the "Cochrane Handbook," widely considered the arbiter of meta-analysis best practice), "it is important to consider to what extent the studies

---

[1] Ex. A, Deposition of David Madigan, Ph.D., November 14, 2019 ("Madigan Deposition") at 273:17-19.

are consistent with each other," and "[t]he 'I$^2$' is a useful statistic for quantifying inconsistency."[2]

The Cochrane Handbook provides:

> A rough guide to interpretation of the I$^2$ statistic in the context of meta-analyses of randomized trials is as follows:
>
> - 0% to 40%: might not be important;
> - 30% to 60%: may represent moderate heterogeneity*;
> - 50% to 90%: may represent substantial heterogeneity*;
> - 75% to 100%: considerable heterogeneity*.

But as set forth in the Cochrane Handbook, "[*t*]*hresholds for the interpretation of the I*$^2$ *statistic can be misleading, since the importance of inconsistency depends on several factors*."[3]

Accordingly, the "*" following the rough guide to interpreting I$^2$ percentages states:

> *The importance of the observed value of I$^2$ depends on (1) magnitude and direction of effects, and (2) strength of evidence for heterogeneity (e.g. P value from the Chi$^2$ test, or a confidence interval for I$^2$: uncertainty in the value of I$^2$ is substantial when the number of studies is small).[4]

The Cochrane Handbook mandates that reviewers "take into account any statistical heterogeneity when interpreting results, ***particularly when there is variation in the direction of effects***."[5]  The Cochrane Handbook states that one strategy for addressing heterogeneity is to perform a random-effects meta-analysis rather than a fixed effects meta-analysis to "incorporate heterogeneity among studies."[6]

Consistent with these principles, Dr. Madigan performed a random-effects meta-analysis that consisted of four observational studies, which yielded a statistically significant odds ratio of

---

[2] Higgins JPT, Thomas J, Chandler J, Cumpston M, Li T, Page MJ, Welch VA (editors). Cochrane Handbook for Systematic Reviews of Interventions version 6.0 (updated July 2019) ("Cochrane Handbook") at Section 10.10.2 (Available from www.training.cochrane.org/handbook).

[3] *Id.* (emphasis added).

[4] *Id.*

[5] *Id.* at Section 10.10.3 (emphasis added).

[6] *Id.* at Section 10.10.3, 10.10.4.

4.13, 95% confidence interval (1.44, 11.81), p=0.008.[7] As demonstrated in Dr. Madigan's Expert Report and deposition testimony, Dr. Madigan fully investigated and accounted for statistical heterogeneity in his meta-analysis of observational studies pursuant to the scientific guidance and best practices set forth in the Cochrane Handbook.

Dr. Madigan calculated an $I^2$ statistic to quantify inconsistency, even though as noted above, "uncertainty in the value of $I^2$ is substantial when the number of studies is small."[8]  The $I^2$ statistic in Dr. Madigan's study was 62.9%, falling in the lower end of the Cochrane Handbook's "may represent substantial heterogeneity" category, and well below the Cochrane Handbook's 75% threshold for "considerable heterogeneity." At his deposition, Dr. Madigan testified that the $I^2$ was "below the threshold of a concern."[9]  Even so, Dr. Madigan thoroughly investigated the relative *importance of the observed heterogeneity in his study pursuant to the Cochrane Handbook's best practices.

- First, he observed that there was ***no variation in the direction of effects***.  In fact, in Dr. Madigan's meta-analysis, all the effects point in the ***same*** direction; that is, all four studies directionally presented an increase in the risk of permanent alopecia in the docetaxel-containing arm versus the non-docetaxel containing arm.[10]

- Second, he tested the strength of evidence for statistical heterogeneity by calculating a P value from a Chi$^2$ test (in this context, called a Q statistic), and noted that the ***p-value of the heterogeneity was not statistically significant***.[11]

---

[7] Ex. B, Expert Report of David Madigan, Ph.D., October 20, 2019 ("Madigan Expert Report"), at ¶ 58.

[8] Cochrane Handbook at Section 10.10.2.

[9] Ex. A, Madigan Deposition at 274:6-7 ("So that's – that's – you know – **people sometimes use a threshold of 70 percent.  This is below that threshold of a concern**.") (emphasis added).

[10] Ex. B, Madigan Expert Report at Table 7 and Appendix 6.

[11] *Id.* at ¶ 58 ("I note there is **some** between-study heterogeneity, $I^2$=62.9%, **albeit not statistically significant** (Q = 7.10, p. = 0.07)." (emphasis added); *see also* Ex. A, Madigan Deposition at 274:7-16 ("I also calculate something called Q statistic, which is – I provide, which is actually Q and I-squared are functions of each other.  They're logically the same, just on different scales.  And you can do a test for statistical heterogeneity, which in this case here is not quite statistically significant, but it's close.").

- Third, he addressed the potential importance of heterogeneity by performing a random-effects meta-analysis rather than a fixed-effects meta-analysis.[12]

Based on his investigation and assessment in accordance with the Cochrane Handbook, <u>Dr. Madigan concluded that the heterogeneity in his meta-analysis was not significant</u>, there was minimal importance in the $I^2$ statistic of his meta-analysis, and the meta-analysis "helps us understand what these studies collectively are saying."[13]  Moreover, no tension exists between Dr. Madigan's published work cited by Sanofi (and in the Court's Order) and his analysis in this case because Dr. Madigan's published work concerns a study's reliability ***in the face of high or significant heterogeneity***.  But as explained above, the heterogeneity here is ***not statistically significant*** and, even though Dr. Madigan (and Cochrane) do not consider the heterogeneity here "large," Dr. Madigan thoroughly examined any "questions" that the heterogeneity might raise.

Dr. Madigan's meta-analysis of observational studies, including his review of statistical heterogeneity, is based on reliable, scientific methodology and best practices.  Accordingly, Plaintiff respectfully requests that the Court reconsider its Order and Reasons granting Defendants' Motion to Exclude Dr. Madigan's meta-analysis of observational studies.  To the extent Sanofi disagrees with Dr. Madigan's conclusion regarding the relative importance of statistical heterogeneity in his meta-analysis, Plaintiff respectfully submits that this issue is more appropriate for cross-examination.

---

[12] Ex. A, Madigan Deposition at 274:19-22 ("So it's – you know – it's one of the reasons to do random effects meta-analysis as against fixed effects meta-analysis if you're worried about heterogeneity.").

[13] *Id.* at 279:6-8.

Dated: February 22, 2021                    Respectfully submitted,


*/s/ Christopher L. Coffin*                  */s/ Karen B. Menzies*
Christopher L. Coffin (#27902)              Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.            GIBBS LAW GROUP LLP
1100 Poydras Street, Suite 2505            6701 Center Drive West, Suite 1400
New Orleans, Louisiana 70163               Los Angeles, California 90045
Phone: (504) 355-0086                       Telephone: 510-350-9700
Fax: (504) 355-0089                         Facsimile: 510-350-9701
ccoffin@pbclawfirm.com                      kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*               *Plaintiffs' Co-Lead Counsel*

*/s/M. Palmer Lambert*                       */s/Dawn M. Barrios*
M. Palmer Lambert (#33228)                  Dawn M. Barrios (#2821)
GAINSBURGH BENJAMIN DAVID                    BARRIOS, KINGSDORF & CASTEIX, LLP
MEUNIER & WARSHAUER, LLC                     701 Poydras Street, Suite 3650
2800 Energy Centre, 1100 Poydras Street     New Orleans, LA 70139
New Orleans, LA 70163-2800                   Phone: 504-524-3300
Phone: 504-522-2304                          Fax: 504-524-3313
Fax: 504-528-9973                            barrios@bkc-law.com
plambert@gainsben.com
                                            *Plaintiffs' Co-Liaison Counsel*
*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews                                Abby E. McClellan
Andrews & Thornton                          Stueve Siegel Hanson LLP
4701 Von Karman Ave., Suite 300            460 Nichols Road, Suite 200
Newport Beach, CA 92660                     Kansas City, MO 64112
Phone: (800) 664-1734                       Phone: (816) 714-7100
aa@andrewsthornton.com                      Fax: (816) 714-7101
                                            mcclellan@stuevesiegel.com


J. Kyle Bachus                              Karen Barth Menzies
Bachus & Schanker, LLC                      Gibbs Law Group LLP
101 W Colfax Ave, Suite 650                6701 Center Drive West, Suite 1400
Denver, CO 80202                            Los Angeles, CA 90045 Phone:
Phone: (303) 222-2222                       510-350-9700
Fax: (303) 893-9900                         Fax: 510-350-9701
kyle.bachus@coloradolaw.net                 kbm@classlawgroup.com

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

John Gomez
The Gomez Law Firm, PLLC
655 West Broadway, Suite 1700
San Diego, CA 92101
Phone: (619) 237.3490
Fax: 619.237.3496.
john@thegomezfirm.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, FL 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904 15058 River Road
Hahnville, LA 70057

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Andre M. Mura
Gibbs Law Group LLP
505 14th Street Suite 1110
Oakland, CA 94612
Phone: (510) 350-9717
Fax: (510) 350-9701
amm@classlawgroup.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Jessica Perez Reynolds
Pendley, Baudin & Coffin
P.O. Drawer 71
24110 Eden Street
Plaquemine, LA 70765
Phone: (225) 687-6396
Fax: (225) 687-6398
jperez@pbclawfirm.com

Darin L. Schanker
Bachus Schanker
101 W Colfax Ave, Suite 650
Denver, CO 80202
Phone: (303) 222-2222
Fax: (303) 893-9900
dls@coloradolaw.net

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017

Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@amalaw.com

Phone: (212) 397-1000
hunter@napolilaw.com

Zachary Wool
Barrios Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
zwool@bkc-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ M. Palmer Lambert*
M. PALMER LAMBERT