**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                               SECTION "H" (5)

THIS DOCUMENT RELATES TO:

Melissa Roach, Case No. 2:17-cv-7918.

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**
**BASED ON WARNINGS CAUSATION**

Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi") hereby move this Court for summary judgment on the claims of Plaintiff Melissa Roach. Plaintiff claims Defendants failed to warn her treating physician that permanent hair loss is a potential side effect of Taxotere. Among the many elements of that claim, Plaintiff must prove warnings causation. For the reasons more fully set forth in the attached Memorandum in Support, Plaintiff is unable to establish warnings causation and summary judgment is warranted on this issue. Accordingly, Sanofi prays that this Court enter summary judgment on Plaintiff's lawsuit for failure to establish causation—an essential element of all her claims.


Respectfully submitted,

*/s/ Douglas J. Moore*                          Harley V. Ratliff
Douglas J. Moore (Bar No. 27706)               Jon Strongman
**IRWIN FRITCHIE  URQUHART & MOORE LLC**        Adrienne L. Byard
400 Poydras Street, Suite 2700                 **SHOOK, HARDY & BACON L.L.P.**
New Orleans, LA  70130                         2555 Grand Boulevard
Telephone: 504-310-2100                        Kansas City, Missouri 64108
Facsimile:  504-310-2120                       Telephone: 816-474-6550
dmoore@irwinllc.com                            Facsimile:  816-421-5547
                                               hratliff@shb.com
                                               jstrongman@shb.com
                                               abyard@shb.com
                                               ***Counsel for sanofi-aventis U.S. LLC and***
                                               ***Sanofi US Services Inc.***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 22, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

*/s/ Douglas J. Moore*