UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "H" (5)

THIS DOCUMENT RELATES TO:

Melissa Roach, Case No. 2:17-cv-7918.

DEFENDANTS' STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF
THEIR MOTION FOR SUMMARY JUDGMENT
BASED ON WARNINGS CAUSATION

Defendants Sanofi-Aventis U.S. LLC and Sanofi US Services Inc. (collectively "Defendants" or "Sanofi") submit this Statement of Undisputed Material Facts in Support of their Motion for Summary Judgment under Local Rule 56.1:

**A.**      **Taxotere**

1. Taxotere is a chemotherapy prescribed to treat various forms of cancer, including breast cancer. Second Am. Long Form Master Compl. ¶ 4.

2. Taxotere was first approved for use in the United States in 1996, and its FDA-approved labeling has always warned that hair loss is one of the drug's most common side effects. *Compare* Ex. A, 1996 Taxotere Labeling, *with* Ex. B, 2018 Taxotere Labeling.

3. Taxotere has never been removed from the market, and oncologists continue to prescribe Taxotere as an effective drug to treat potentially life-threatening forms of breast cancer. *See, e.g.*, Ex. C, Oct. 7, 2020 Alnas Dep. 77:6–15.

**B.**      **Ms. Roach's Breast Cancer Diagnosis and Treatment**

4. Plaintiff Melissa Roach is a 53-year-old resident of Mississippi. Ex. D, Roach Third Am. Pl. Fact Sheet § I.10, 13, 15.

5. Ms. Roach was diagnosed with breast cancer in June 2009. Ex. E, Sept. 23, 2020 Roach Dep. 109:2–4.

6. Ms. Roach's diagnosis was Stage II, HER2/neu-positive breast cancer. *Id.* at 189:7–9; Ex. C, Oct. 7, 2020 Alnas Dep. 75:13–76:1.

7. When Ms. Roach received her biopsy results, she was "stunned" and "had no immediate idea how to deal with it emotionally, so [she] just . . . shut down for a bit." Ex. E, Sept. 23, 2020 Roach Dep. 195:5–15.

8. Dr. Wail Alnas discussed chemotherapy options with Ms. Roach during her first visit on July 10, 2009. *Id.* at 216:18–22.

9. Ms. Roach understood she had an aggressive form of cancer. *Id.* at 187:25–188:5.

10. Ms. Roach also understood that her chances of survival without chemotherapy "would've been not very good at all." *Id.* at 190:11–18.

11. Ms. Roach never considered declining chemotherapy. *Id.* at 191:3–5.

12. Ms. Roach relied on Dr. Alnas to select the most effective and appropriate chemotherapy for her breast cancer. *Id.* at 110:13–17; *see also id.* at 192:24–193:2, 219:18–21.

13. Dr. Alnas recommended a chemotherapy regimen of Taxotere, Carboplatin, and Herceptin ("TCH"). *Id.* at 218:3–12.

14. Dr. Alnas did not recommend any other chemotherapy regimen. *Id.* at 219:22–220:1.

15. Ms. Roach chose the Taxotere-containing chemotherapy regimen because Dr. Alnas recommended it. *Id.* at 109:18–24.

16. Ms. Roach followed Dr. Alnas's recommendation because she agreed the Taxotere-containing regimen would be the best option to treat her breast cancer:

> [H]e explained to me that the type [of] cancer that I had, this particular course of chemotherapy, this combination of drugs, was very effective. This was a very, very aggressive, very fast-growing type of breast cancer, and at the time he thought that was what was best for me. And I trusted his opinion, so I went with what he suggested.

*Id.* at 109:25–110:8; *see also id.* at 216:18–217:5.

17. Ms. Roach intended to follow Dr. Alnas's chemotherapy recommendation regardless of the potential side effects:

> Q. Did you intend to follow your doctor's recommendation regardless of the details of why he recommended it?
>
> A. I mean, pretty much, yeah. I was too afraid and too worried to really do anything else. I didn't know what to do other than what he told me to do.
>
> Q. Did you intend to follow Dr. Alnas's recommendation regardless of the potential side effects?
>
> A. Yes.

*Id.* at 223:7–17.

18. Ms. Roach did not discuss any other chemotherapy regimens with Dr. Alnas. *Id.* at 220:2–5.

19. Ms. Roach did not independently research any of the chemotherapy drugs. *Id.* at 218:20–23.

20. Ms. Roach asserts that she would have "investigated a little bit" if she had known of the alleged risk, but Ms. Roach concedes that if she "believed there was no other alternative, at the risk of [her] life, [she] probably would have taken all of those drugs." *Id.* at 258:12–19.

21. Ms. Roach does not know if there were alternatives to TCH that would have been appropriate to treat her breast cancer. *Id.* at 254:15–24, 256:4–17, 258:8–11.

22. Ms. Roach received six infusions of TCH. *Id.* at 259:13–15.

23. Ms. Roach has been cancer-free for more than 11 years. Ex. C, Oct. 7, 2020 Alnas Dep. 48:24–49:3.

**C.    Dr. Alnas's Decision to Prescribe a TC Chemotherapy Regimen**

24. Dr. Alnas always follows the NCCN Guidelines to develop chemotherapy regimens for patients, including Ms. Roach. *Id.* at 18:7–19, 27:19–23.

25. According to Dr. Alnas, the specific type of cancer a patient has is "absolutely essential" to formulate a treatment regimen. *Id.* at 20:1–9.

26. Ms. Roach had HER2/neu-positive cancers, which requires a specific regimen that includes Herceptin. *Id.* at 75:13–76:1.

27. If Dr. Alnas had been aware of the risk of permanent hair loss associated with Taxotere when selecting a potential treatment regimen for Ms., Roach, he does not think it would have factored into his decision-making process:

> Q. Okay. Had you been made aware of that risk of permanent hair loss when you were selecting a potential treatment regimen for Ms. Roach, would this information have factored into your decision-making process?
>
> A. I don't think so. I mean, it's very difficult to put yourself back ten years, but I don't think so.

*Id.* at 44:19–45:2 (objection omitted).

28. Dr. Alnas stands by his recommendation to treat Ms. Roach with TCH:

> Q. And today, you still stand by your recommendation to treat Ms. Roach with Taxotere, carboplatin and Herceptin, correct?
>
> A. Yes.
>
> Q. And is it fair to say that Taxotere, carboplatin and Herceptin helped to save her life?
>
> A. It definitely reduced the chance of the cancer relapsing and she's cancer free 11 years. That's terrific.

4

*Id.* at 94:13–22 (objection omitted).

### D.  Alternatives to TCH Chemotherapy Regimen

29.  Dr. Alnas identified two preferred regimens for HER2/neu-positive breast cancer under the 2009 NCCN Guidelines: (1) Carboplatin/Taxotere or Herceptin (noting that Perjeta is sometimes added) or (2) Adriamycin/Cytoxan followed by Taxol and Herceptin.  *Id.* at 76:6–20.

30.  At the time of his prescribing decision for Ms. Roach, Dr. Alnas preferred the TCH regimen over the AC+TH regimen, in part, because Dr. Alnas tries to avoid Adriamycin or anthracyclines when possible.  *Id.* at 77:16–78:4.

31.  Dr. Alnas prefers TCH because it avoids the "significantly higher" cardiotoxicity of Adriamycin.  *Id.* at 78:24–79:2, 87:10–17.

32.  If Ms. Roach had wanted the Adriamycin-containing regimen, Dr. Alnas would have told her that this option carried a risk of cardiotoxicity and encouraged her to take TCH.  *Id.* at 46:6–14.

33.  Dr. Alnas continues to prescribe TCH today.  *Id.* at 77:6–15.

Respectfully submitted,

| | |
|---|---|
| */s/ Douglas J. Moore* | Harley V. Ratliff |
| Douglas J. Moore (Bar No. 27706) | Jon Strongman |
| **IRWIN FRITCHIE URQUHART & MOORE LLC** | Adrienne L. Byard |
| 400 Poydras Street, Suite 2700 | **SHOOK, HARDY & BACON L.L.P.** |
| New Orleans, LA  70130 | 2555 Grand Boulevard |
| Telephone: 504-310-2100 | Kansas City, Missouri 64108 |
| Facsimile:  504-310-2120 | Telephone: 816-474-6550 |
| dmoore@irwinllc.com | Facsimile:  816-421-5547 |
| | hratliff@shb.com |
| | jstrongman@shb.com |
| | abyard@shb.com |
| | *Counsel for sanofi-aventis U.S. LLC and Sanofi US Services Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

*/s/ Douglas J. Moore*