# EXHIBIT C

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MELISSA S. ROACH & BILLY
E. ROACH,
      Plaintiffs,
v.                    CASE NO. 2:17-cv-07918
SANOFI U.S. SERVICES, INC.
F/K/A, SANOFI-AVENTIS U.S.,
INC., SANOFI-AVENTIS, LLC.,
      Defendants.

*****************************************************
VIDEOTAPED DEPOSITION BY VIDEOCONFERENCE
OF WAIL ALNAS, M.D.
*****************************************************

Taken at the instance of the Defendants via
Videoconference on October 7, 2020
beginning at approximately 1:40 p.m.

(APPEARANCES NOTED HEREIN)

* * * * * * * *

Reported by:
Julie Brown, RPR-CCR 1587

Page 18

1  Q. I understand.
2  What percentage of your career would you
3  say has been devoted to treating patients with
4  breast cancer?
5  A. All my career. I've been oncologist
6  seeing breast cancers all along from day one.
7  Q. Generally speaking, can you walk me
8  through the basic steps of how you develop a
9  chemotherapy regimen for a breast cancer patient?
10  A. We have -- I mean, we have standard of
11  care. Let me -- I tell you, I always follow the
12  NCCN guidelines, which is National Comprehensive
13  Cancer center's guidelines. And that's very
14  helpful, but I review it for almost every patient.
15  Because, as things change so quickly, we
16  can't keep up, but I always review it for each --
17  for each patient. I follow generally. Of course,
18  the physician has the ultimate judgment, but, in
19  general, I always with the NCCN guidelines.
20  Q. Other than the NCCN guidelines, is there
21  any other piece of information that you may consult
22  when deciding a chemotherapy regimen?
23  A. You know, I review the last American
24  Society of Clinical Oncology and the San Antonio
25  Breast meeting. I always -- I do not attend it for

Page 19

1  a few years, but I always go on either a review
2  or -- like I said, all of the information now is
3  available online, so we're trying to -- we're doing
4  less travelling and I was just following the updates
5  online for that, ASCO meetings and the San Antonio
6  Breast.
7  Q. About how many times have you attended
8  the San Antonio conference that you just --
9  A. I haven't attended in a long time, but
10  even the ASCO, it's been awhile since I attended.
11  COURT REPORTER: I'm sorry, Doctor. Are
12  you saying ASCO?
13  THE WITNESS: Yeah. American Society of
14  Clinical Oncology.
15  COURT REPORTER: Thank you.
16  BY MR. FONTENOT:
17  Q. Doctor, is it fair to say that, prior to
18  making a chemotherapy recommendation, that you
19  perform a risk/benefit analysis?
20  A. Absolutely.
21  Q. And why is that?
22  A. That's part of what we do is that, you
23  know, we, we have to discuss with the patient, and
24  the patient is always asked about what's the risk
25  and what's the side effects.

Page 20

1  Q. How much of a role does the specific type
2  of cancer, such as the specific pathology of the
3  breast cancer patient, how much of a role does that
4  play in determining what the proper chemo regimen
5  would be?
6  A. That's absolutely essential. I mean, it
7  depends on the seriousness and necessity of the
8  chemotherapy. That weighs in on the decision,
9  absolutely.
10  Q. Well, what are some of the most common
11  chemotherapy drugs used to treat breast cancer?
12  A. Well, you know, Adriamycin, Cytoxan,
13  Taxotere, Taxol, Herceptin, Perjeta. There's a long
14  list.
15  Q. Generally speaking, what are taxanes?
16  A. Taxane is our class of chemotherapy drugs
17  that's very common not only in breast cancer, but in
18  a lot of other cancer. And we've been using them
19  for a long time.
20  Q. About how many drugs are within the class
21  of taxanes?
22  A. Usually the two main ones are Taxol and
23  Taxotere. There's a couple of other ones we use in
24  prostate -- I mean, so that's the two main ones.
25  Q. And Taxol would be paclitaxel and

Page 21

1  Taxotere would be docetaxel; is that correct?
2  A. That's correct.
3  Q. What is your understanding of the
4  efficacy of Taxol in treating breast cancer?
5  A. It's very effective.
6  Q. And, likewise, what is your understanding
7  of the efficacy of Taxotere in treating --
8  A. Very effective.
9  Q. Okay. Are there any differences between
10  Taxol and Taxotere?
11  A. There's a difference in the side effect
12  profile, but they're both -- probably have the same
13  efficacy.
14  Q. What are the differences in the side
15  effects between the two?
16  A. Taxol has more neuropathy.
17  Q. Okay. Are there any other differences?
18  A. And some other differences. And Taxol
19  can be given weekly, which is an easier regimen.
20  Q. Have you ever prescribed Taxol for the
21  treatment of breast cancer?
22  A. Yes, absolutely.
23  Q. And Taxotere, as well?
24  A. Yes.
25  Q. What information would you use to inform

6 (Pages 18 - 21)

Page 26

1 side effects, getting her approval and documenting
2 in my note that the patient understands and agrees.
3     Q.   Do you recall whether you would have
4 discussed any potential or general side effects of
5 chemotherapy with Ms. Roach at your initial
6 consultation prior to recommending a treatment plan?
7     A.   I don't specifically recall, but I am
8 absolutely confident that I -- I mean, that's why we
9 do the patient meet something.
10    Q.   And looking at your screen right now,
11 this is containing your medical records that we got
12 during this litigation.  This would be the consent
13 form that Ms. Roach would have signed; is that
14 correct?
15    A.   I don't -- I don't recall from ten years
16 ago, but later on we -- okay.  She did sign
17 something.  Later on we had a better, small
18 streamlined form.
19    Q.   What side effects of Ms. Roach's
20 chemotherapy regimen would you have discussed with
21 her at her initial consultation?
22    A.   Well, she had a regimen of -- again, I
23 don't have the -- I just reviewed the most recent,
24 but I think it was carbo/Taxotere Herceptin
25 (unintelligible).  And probably talked about nausea,

Page 27

1 vomiting, fatigue, blood counts decreased, cardiac
2 function, (unintelligible), hair loss, obviously.
3 That's always a big question for all patients and
4 obviously has been discussed with her before --
5 nuclear labs, skin rash, you know, with Taxotere.
6       And usually I think even at that time we do
7 give them a printout.  I remember -- I've been doing
8 it since I started here in Columbia 16 years ago, so
9 I remember every patient got also a printout about
10 the drugs.
11    Q.   And when you say a printout of the drugs,
12 would that be labelling or what would that be?
13    A.   It's a printout of the side effects.  I
14 can't remember which website we used, but we always
15 used that nationally recognized website.  I don't
16 know if it was cancer.net, but it depends -- it
17 changes depending on what we like, what we find more
18 accessible to the patient.
19    Q.   You mentioned earlier the NCCN
20 guidelines.  That is something you would have
21 consulted prior to recommending a regimen for
22 Ms. Roach; is that correct?
23    A.   Yes.
24    Q.   So you consider those recommendations to
25 be reliable?

Page 28

1    A.   Absolutely.
2    Q.   The guidelines, sorry.
3    A.   Yes.  Again, like I said, a physician has
4 the ultimate decision.  And these are just
5 suggestions.  Every situation is more complicated,
6 so it's not like -- it's not as easy as just looking
7 at the guidelines and side effects.  It's more
8 complex than that.
9       But they usually gives you the consensus
10 for any controversial new treatments and stuff.  So
11 I find it very helpful when I'm consulting on all of
12 my patients.  And, in general, I would say
13 99 percent of my patients' treatments are
14 NCCN-guideline compliant.
15    Q.   Can you walk me through how you use those
16 guidelines in a doctor-to-patient setting with a
17 patient for someone like Ms. Roach?
18    A.   Well, I usually tell them the consensus
19 because a lot of patients -- I offer my patients
20 more that want to go for a second opinion.  And when
21 that is consensus on the comprehensive cancer
22 symptoms I tell them that what I'm offering you is a
23 consensus treatment.  And that usually reassures
24 them that I'm not giving them anything controversial
25 or, you know -- and I usually help them decide if

Page 29

1 they want to get a second opinion or not.
2    Q.   Do you recall whether you discussed with
3 Ms. Roach the possibility of using either Taxol or
4 Taxotere in her chemotherapy regimen?
5    A.   I don't recall.  I know that the other
6 option would be like Adriamycin, Cytoxan, Taxol or
7 Herceptin and -- but we never had any evidence of
8 any one or the other have any advantage.
9       And Adriamycin have a cardiac risk and I
10 try to avoid it if possible, especially in patients
11 with heart problem.  In her case, she was young
12 probably, but that's still a question about late
13 cardiac complication.  So I always try to avoid
14 Adriamycin if possible.
15    Q.   Okay.  So --
16    A.   I don't recall if I give her that option,
17 to be honest with you.
18    Q.   I understand.
19       So, correct me if I'm wrong, but you're
20 saying that there were two different chemotherapy
21 regimens that Ms. Roach could have taken at the
22 time?
23    A.   Yes.
24       MS. SCHULTZ:  Object to the form.
25 BY MR. FONTENOT:

Page 42

1  the drug?
2  A. Yes.
3  Q. Okay. And at the time you prescribed
4  Taxotere to Ms. Roach, what were the permanent side
5  effects that you were aware of?
6  A. I think we discussed neuropathy, we
7  discussed low blood counts. Any chemotherapy
8  sometimes have some risk of long-term malignancy.
9  Sometimes I -- it's a study low risk, so I'm not
10 sure if I even mentioned it, so.
11 Q. Okay. And you learned about those risks
12 through the drug labelling for Taxotere; is that
13 correct?
14     MS. SCHULTZ: Objection.
15 A. I guess, yes, yes and my general
16 knowledge of the regimen. Now, remember, every
17 regimen is together in a multiple treatment,
18 multiple drugs.
19 BY MS. SCHULTZ:
20 Q. So, in informing patients about side
21 effects of drugs, is it important that you have
22 truthful and accurate information concerning the
23 risks of those adverse events associated with the
24 drug?
25 A. Yes.

Page 43

1  Q. Have you ever had a patient refuse to
2  follow a recommendation that you had made for their
3  chemotherapy treatment?
4      And you don't have to give me names or
5  anything like that. I'm just trying to --
6  A. I understand that, but the way you're --
7  Q. So let's say you make a recommendation to
8  a patient for a particular chemotherapy regimen.
9  Have you ever had a patient that decided against
10 following your recommendation?
11 A. Yes. I would say yes.
12 Q. Okay. And what --
13 A. Not very common, but yes.
14 Q. And what would you do in situations like
15 those where a patient does not wish to follow your
16 recommendation?
17 A. Usually the most common situation is the
18 patient doesn't want to pursue the chemotherapy.
19 Now, I don't recall a patient just selecting which
20 regimen he wants depends on the minutia of the side
21 effects. Now, I mean, like I said, these are common
22 standard regimens. And so the most common situation
23 is some patients, once they hear about the side
24 effects, they decline.
25 Q. Okay. So ultimately, would you respect

Page 44

1  that patient's decision to not go forward with the
2  regimen that you recommended?
3  A. Yes. After making sure they understand
4  the risk of not going through the treatment.
5  Q. Okay. Let's see. At the time that you
6  prescribed the chemotherapy regimen to Ms. Roach,
7  which included Taxotere, did you assume in
8  prescribing that drug, Taxotere, that you had
9  provided truthful and accurate information regarding
10 alopecia?
11 A. Yes. Well, again, I don't have a
12 specific recollection of our discussion. But I feel
13 I do that to all my patients.
14 Q. Okay. And you testified earlier that,
15 when you prescribed Taxotere to Ms. Roach in either
16 late 2009 or 2010, that you weren't aware of
17 permanent hair loss as a potential side effect?
18 A. I think that's true.
19 Q. Okay. Had you been made aware of that
20 risk of permanent hair loss when you were selecting
21 a potential treatment regimen for Ms. Roach, would
22 this information have factored into your
23 decision-making process?
24     MS. SCHULTZ: Object to form.
25 A. I don't think so. I mean, it's very

Page 45

1  difficult to put yourself back ten years, but I
2  don't think so.
3  BY MS. SCHULTZ:
4  Q. Would it have been information -- and
5  when I say information I'm talking about the risk of
6  permanent hair loss -- would it have been
7  information that you would have relayed to Ms. Roach
8  during your discussions with her?
9  A. Yes.
10 Q. Okay. Have you ever had a patient or
11 currently treat a patient who has experienced
12 permanent or persisting hair loss?
13     MS. SCHULTZ: Object to form.
14 A. I don't know if I should answer that, but
15 I have only one patient, and she has hair thinning
16 and I treated many, many, so it's not very common.
17 I was surprised with these European percentages, but
18 those are different regimens. TAC is different
19 regimen we don't use here in this country. Well, I
20 use it maybe rarely, one time.
21     So, in my experience, it's not very common.
22 I would say I have one patient with thinning,
23 permanent thinning of the hair that I can recall.
24 There may be more, but --
25 EXAMINATION BY MR. FONTENOT:

12 (Pages 42 - 45)

Page 46

1   Q.   And that is a situation where the hair
2   did not completely regrow to its original form?
3   A.   That's right.
4   Q.   Okay.  Let's assume that you were indeed
5   aware of the risk of permanent hair loss at the time
6   you prescribed Taxotere to Ms. Roach.  If Ms. Roach
7   had told you at the time that she did not want to
8   take Taxotere because of the risk of permanent
9   alopecia, would you have respected her decision?
10        MS. SCHULTZ:  Object to the form.
11  A.   I would have told her that the other
12  option would have a risk of cardiac toxicity.  And I
13  would have encouraged her to still take the same
14  regimen.
15  EXAMINATION BY MR. FONTENOT:
16  Q.   Okay.  Ultimately, though, you would have
17  left the ultimate decision up to the patient?
18  A.   I mean, yes.  I don't force patients to
19  take any specific treatment.  That's her ultimate
20  decision.
21        MR. FONTENOT:  Okay.  Doctor, that is all
22  the questions and exhibits that I wanted to show to
23  you today.  I will turn the deposition over to
24  Ms. Lori, who represents Sanofi in this matter.  If
25  she wants to take a brief pause, we can.  It's up to

Page 47

1   her.
2         MS. SCHULTZ:  Yes.  Let's do that.  Let's
3   take a break so that we can get our exhibits ready.
4   And I'll go through this outline, figure out what we
5   have and what we haven't covered, all right.
6         So, Dr. Alnas, if you want to take a
7   break, if you want to go use the rest room, get
8   coffee.
9         THE WITNESS:  How long?
10        MS. SCHULTZ:  How about ten minutes?
11        THE WITNESS:  Ten minutes.  Good.
12        THE VIDEOGRAPHER:  We're off the record
13  at 2:49.
14        (Off the record.)
15        THE VIDEOGRAPHER:  We're on the record at
16  2:59.
17           E X A M I N A T I O N
18  EXAMINATION BY MS. SCHULTZ :
19  Q.   Good afternoon, Doctor.  My name is Lori
20  Schultz and I'm an attorney and I represent Sanofi.
21  I've got some questions for you, as well today.
22        As a preliminary matter, we've never met or
23  spoken before today, correct?
24  A.   That's correct.
25  Q.   And I'm going to do my best not to

Page 48

1   re-cover ground that's already been covered, but I
2   may get into some of those topics to make sure I
3   understand your testimony and I might ask some
4   additional questions.  And then I've got some
5   additional areas I want to cover with you.
6         My intent is to be respectful of your time.
7   I have a large outline here, but I'm going to try to
8   page through and skip over a lot of it.  So if you
9   see me paging through these documents it's because
10  I'm trying to move things along and skip over to
11  another area, all right.
12  A.   All right.
13  Q.   Now, you said that you reviewed
14  Ms. Roach's medical records prior to your deposition
15  today, correct?
16  A.   Correct.
17  Q.   And Ms. Roach is cancer free today,
18  correct?
19  A.   Correct.  As of my last visit, yes.
20  Q.   And your last visit was last year in
21  2019?
22  A.   Yes, something like that.  I don't recall
23  the exact date, but it's yearly now.
24  Q.   And she has been cancer free since she
25  finished her treatment in 2009, correct?

Page 49

1   A.   Yes.  As of my last visit.
2   Q.   So that's over 11 years now, correct?
3   A.   Correct.
4   Q.   And so her treatment regimen worked; do
5   you agree?
6   A.   I agree.
7   Q.   Both you and Ms. Roach's counsel today
8   have used the phrase "permanent hair loss."  What
9   does permanent hair loss mean to you?
10  A.   I mean, after chemotherapy -- a lot of
11  chemotherapy causes hair loss, but the hair grows
12  back in four to five months, usually earlier, but --
13  and that means the hair does not grow back.
14  Q.   So, in your mind, does permanent
15  chemotherapy mean that the individual remains bald
16  permanently?
17  A.   Yeah.  Or, like I said, other than
18  Ms. Roach, I have one more patient that she had just
19  thinning for a long time.  I don't know if you'd
20  call it permanent hair loss or not.
21  Q.   And you did testify earlier that you had
22  one patient that has had hair thinning since
23  chemotherapy, correct?
24  A.   That's my experience.  That's not
25  scientific.  That's my experience looking back.

Page 74

1  A.  I can't -- I don't know the answer to
2  that. I mean, again, I have to consult studies, you
3  know, track these patients. I don't know.
4  BY MS. SCHULTZ:
5  Q.  Well, when you tell patients that very
6  rarely hair may not grow back --
7  A.  Yes.
8  Q.  -- you know, if they say, well, what do
9  you mean by that, what do you tell them?
10  A.  It's usually that the hair will not grow
11  back. That's my current practice. But I wouldn't
12  go through every permutation of hair loss. I mean,
13  but that would not be productive. So I give them
14  like the worst case scenario, which is the hair
15  will -- nothing will grow back. But to say anything
16  definite but the pace or duration, I don't have, you
17  know, knowledge to say anything like that.
18  Q.  Do you know whether Ms. Roach has ever
19  been diagnosed with permanent hair loss?
20  A.  I don't know.
21  Q.  Do you know if she's ever --
22  A.  I don't know. Like I said, I reviewed my
23  last note, so I don't know over the years any
24  documented anything. I don't recall.
25  Q.  And we won't have time today to go

Page 75

1  through every one of your records during the
2  deposition, but I have been through them and I'll
3  represent to you that there is no mention of hair
4  loss or hair thinning or a request for treatment for
5  hair thinning, okay.
6     And, as of the date of that photograph we
7  showed you in 2015, Ms. Roach had been taking
8  Arimidex for five years; is that correct?
9  A.  I have to review my last record. If you
10  have it, you can put it on.
11  Q.  Okay. And I'll pull that up in a little
12  bit, all right.
13     Ms. Roach had HER2/neu-positive breast
14  cancer, correct?
15  A.  Correct.
16  Q.  And what does that mean?
17  A.  She has the HER2/neu mutation, so it
18  requires a specific regimens with HER ceptors
19  Herceptin as part of the chemotherapy regimen.
20  Q.  And is HER2-positive cancer deemed to be
21  an aggressive form of cancer?
22  A.  Okay. It's -- HER2/neu-positive used to
23  be an aggressive type of cancer, but with adjuvant
24  treatment that includes her supplement, became
25  actually a favorable kind. It's a favorable kind

Page 76

1  provided you get adjuvant.
2  Q.  You spoke earlier about the NCCN
3  guidelines and your use of those guidelines,
4  correct?
5  A.  Correct.
6  Q.  And do you recall what the preferred
7  regimens were for HER2/neu-positive breast cancer in
8  2009?
9  A.  Again, I don't want to be specific, but
10  my recollection -- and I think still today it's
11  either the carbo/Taxotere or Herceptin -- we
12  sometimes add Perjeta or the AC followed by TH,
13  Adriamycin/Cytoxan followed by Taxol.
14  Q.  Great.
15  A.  But I think it's still the same today.
16  Q.  And you said the only thing that may have
17  changed today is that sometimes you add -- what was
18  it?
19  A.  Perjeta, which is another medicine that
20  works like Taxol.
21     COURT REPORTER: Can you spell that,
22  Doctor?
23     THE WITNESS: I'm sorry?
24     COURT REPORTER: Can you spell that
25  medicine?

Page 77

1     THE WITNESS: Perjeta is P-E-R-J-E-T-A.
2  BY MS. SCHULTZ:
3  Q.  And those two regimens are equally
4  effective, correct?
5  A.  Yes.
6  Q.  And you had prescribed TCH many times
7  prior to prescribing it to Ms. Roach, correct?
8  A.  Yes.
9  Q.  And what was your clinical experience
10  with TCH prior to prescribing it to Ms. Roach?
11  A.  It's a good regimen. Not easy, but it's
12  a good regimen.
13  Q.  And do you continue to prescribe TCH in
14  your practice today?
15  A.  Yes.
16  Q.  At the time you prescribed TCH to
17  Ms. Roach or during the time prior to that, can you
18  give me any idea of how often you would prescribe
19  TCH versus AC followed by TH?
20  A.  Yeah. Different oncologists have
21  different preference, but the TCH was my preference.
22  Q.  And is TCH still your preferred regimen
23  today?
24  A.  Actually, yes.
25  Q.  And is one of the main reasons that TCH

20 (Pages 74 - 77)

Page 78

1  is still your preferred regimen today because you
2  try to avoid Adriamycin or anthracyclines if at all
3  possible, correct?
4      A.   If possible, yes.
5      Q.   Earlier when I was asking you about the
6  number of breast cancer patients that you had
7  treated with Taxotere, did you say that you treat
8  about 45 to 50 percent of your patients with
9  Taxotere?
10     A.   Forty percent of breast cancer patients
11 probably get some kind of adjuvant therapy that
12 include Taxotere.
13     Q.   So, as of today, about 40 percent of your
14 breast cancer patients get an adjuvant therapy that
15 includes Taxotere?
16     A.   Forty percent of my breast cancer
17 patients that require adjuvant therapy will get
18 Taxotere, yes.
19     Q.   And is that consistent with your
20 prescribing over the last 10 to 15 years?
21     A.   Yeah.
22     Q.   You talked earlier about a risk of -- or
23 strike that.  Let me ask that a different way.
24          We've talked your preference for TCH
25 because you don't have the risk of cardiac toxicity

Page 79

1  from Adriamycin, correct?
2      A.   Correct.
3      Q.   Is it also your preferred regimen because
4  the patient can receive Herceptin at the same time
5  as the Taxotere and carboplatin?
6      A.   That's a consideration.  That's not my
7  main consideration.
8      Q.   And the reason I asked, if the patient
9  was taking AC followed by TH and had cardiotoxicity
10 from the Adriamycin in the first set of cycles, that
11 could prohibit the patient from being able to
12 receive both the taxane and the key chemotherapy
13 agent of Herceptin for an HER2/new-positive cancer,
14 correct?
15     A.   Yes.  That's not a very common problem,
16 but that's what I meant by cardiac toxicity.  But
17 those regimens are equal and just my preference to
18 avoid any cardiac possibility.
19     Q.   Those regimens are equally effective,
20 correct?
21     A.   Yes, equally effective.  That's right.
22     Q.   But they aren't equal when it comes to
23 cardiotoxicity, agreed?
24     A.   There's different toxicity overlaps.
25     Q.   Now, you earlier talked about an

Page 80

1  increased risk of neuropathy with Taxol, correct?
2      A.   Correct.
3      Q.   And can you describe what neuropathy is?
4      A.   Neuropathy is a permanent numbness and
5  tingling in the hands and feet.  And it can happen
6  with Taxotere, also, but it's more common with
7  Taxol.
8      Q.   And can it be severe?
9      A.   Hopefully, it won't because it's
10 progressive and the oncologist should be monitoring
11 it and making adjustment if it's severe.  So yes, it
12 can, but hopefully it's not.  Most of the time it's
13 not.
14     Q.   And when you say it's progressive, it
15 will get worse over time if not --
16     A.   As your dose -- it's a dose dependent, so
17 the more you get of the drug the more neuropathy,
18 but if you monitor it, it should be mild.
19     Q.   And it can be permanent, correct?
20     A.   Yes.
21     Q.   All right.  Taxol carries with it risk of
22 hair loss, correct?
23     A.   Yes.
24     Q.   Are you aware of reports in medical
25 literature of persistent or long-lasting hair loss

Page 81

1  with the use of Taxol?
2      A.   Huh.  I am not specifically aware, but I
3  think that's now becoming -- become more aware of
4  this problem because of that Taxotere.  But I'm not
5  aware of that percentages on any scientific study.
6      Q.   When you say, but you're becoming more
7  aware of this problem, what do you mean by that?
8      A.   A permanent alopecia.
9      Q.   And, as you sit here today, do you know
10 whether or not other chemotherapy drugs have been
11 associated with a risk of permanent alopecia?
12     A.   I can't -- you know, I can't -- I can't
13 recall anything else.  So I'm sure -- I mean, we use
14 all kind of stronger chemotherapy in many
15 different -- okay, let me put it this way:  I'm not
16 aware of any other medicine in the treatment of
17 breast cancer.
18     Q.   Okay.  I want to show you a study.
19          MS. SCHULTZ:  Bradley, let's pull up the
20 2019 JAMA article assessing quality of life and
21 treatment options.
22 BY MS. SCHULTZ:
23     Q.   All right, Doctor.  Can you see that
24 article on your screen?
25     A.   Yes.

Page 86

1  Q.  -- are important, correct?
2  A.  Yes, absolutely.
3  Q.  But you agree that, even patients without
4  any cardiac risk factors, can suffer from cardiac
5  toxicity, correct?
6  A.  Yes.  And we worry about late
7  (unintelligible) too, so all this -- down the road
8  even in the younger patients, so.
9  Q.  And if you were a younger patient, there
10  is a risk of heart failure even decades down the
11  road, correct?
12  A.  It's a very low risk for younger
13  patients, healthy patients, but it's not zero.
14  Q.  And when we refer to cardiac risk
15  factors, would that include hypertension?
16  A.  Yes.  Diabetes, hypertension,
17  cholesterol.
18  Q.  High cholesterol?
19  A.  Yeah.
20  Q.  What about smoking?
21  A.  Yes.
22  Q.  And what about a family history of heart
23  disease?
24  A.  That counts, too.
25  Q.  And obesity?

Page 87

1  A.  Yes.
2  Q.  Are you aware of any data reflecting the
3  differences in the rates of cardiotoxicity between
4  the regimen of TCH and a regimen of AC followed by
5  TH?
6  A.  Okay.  I can't point you to a specific
7  study, but I know Adriamycin will have much
8  higher --
9  Q.  You know what?
10  A.  Adriamycin-containing regimen will have
11  higher risk of cardiac toxicity than Herceptin-only
12  regimens.
13  Q.  And can you give me an idea of how many
14  times higher of a risk that is?
15  A.  It's significantly higher.  I don't want
16  to give a percentage because I may be wrong, but
17  it's significantly higher.
18  Q.  Do you know if --
19  A.  I can look it up, though.
20  Q.  Okay.  Do you know if it's eight times
21  higher of a risk of cardiac toxicity?
22  A.  I would think not.  That makes sense.
23  Q.  Okay.  Cyclophosphamide -- is it
24  cyclophosphamide or meed?
25  A.  Phosphamide.

Page 88

1  Q.  Cyclophosphamide comes with a risk of
2  alopecia, correct?
3  A.  Yes.
4  Q.  And are you aware of the studies showing
5  that patients who have taken cyclophosphamide have
6  permanent or persistent alopecia following
7  chemotherapy?
8  A.  I actually have not seen those.
9  Q.  Is that something like Taxol that you
10  will look into after this deposition perhaps?
11  A.  Yes.  I think that, that Taxotere data
12  now opened up that avenue of research and, you know,
13  search for these patients.
14  Q.  And so now studies are being done to see
15  if --
16  A.  If other agents could do the same.
17      MR. FONTENOT:  Object to form.
18  BY MS. SCHULTZ:
19  Q.  Studies are being done to see if other
20  chemotherapy drugs cause the same result or have an
21  association with persistent alopecia, correct?
22  A.  I think we all are more aware now with
23  this problem.
24  Q.  Do you agree that no one can say with
25  certainty that Ms. Roach would have had the same

Page 89

1  outcome had she received a chemotherapy regimen that
2  did not include Taxotere?
3  A.  I can't answer this question.  I can't
4  say.  I mean, who knows.
5  Q.  Exactly.
6      And you can't say that if she had received
7  a different regimen that her hair would be any
8  better or any worse than it is today; do you agree?
9  A.  I don't like the way it's put.  I mean,
10  the patient should have known that Taxotere can
11  cause permanent hair loss, so.  It's not the same,
12  let's put it this way.  You have data on Taxotere,
13  you don't have data on (unintelligible).
14  Q.  And I'm not --
15  A.  So my point it's not fair to say all
16  chemos do it.  I mean, I'm not ready to say that.
17  And that may be misleading.
18  Q.  And if my question came out that way, it
19  wasn't supposed to come out that way.
20      First of all, have you told me about --
21  when you say there's more data on Taxotere, have
22  you, in your testimony today, told me everything
23  that you know about this data that you're referring
24  to?
25  A.  I don't -- like I said, I'm not an

Page 94

1  MR. FONTENOT: Object to form.
2  A. That's correct. I have no idea how that
3  course went.
4  BY MS. SCHULTZ:
5  Q. And, because you have no personal
6  knowledge of those issues, you agree that you can't
7  reach any kind of an opinion as to the cause of any
8  hair loss, if any, correct?
9  A. I agree I can't be --
10  MR. FONTENOT: Object to the form.
11  A. -- I can't be definite.
12  BY MS. SCHULTZ:
13  Q. And today, you still stand by your
14  recommendation to treat Ms. Roach with Taxotere,
15  carboplatin and Herceptin, correct?
16  A. Yes.
17  Q. And is it fair to say that Taxotere,
18  carboplatin and Herceptin helped to save her life?
19  MR. FONTENOT: Object to form.
20  A. It definitely reduced the chance of the
21  cancer relapsing and she's cancer free 11 years.
22  That's terrific.
23  MS. SCHULTZ: I tell you what, why don't
24  we take a ten-minute break. All right?
25  THE VIDEOGRAPHER: We're off the record

Page 95

1  at 4:11.
2  MS. BRIDGES: We have some deadlines.
3  Can we just move forward? I have to leave like at
4  4:30. I'm on a tight schedule. Can we move
5  forward?
6  MS. SCHULTZ: Well --
7  THE WITNESS: I don't need a break.
8  MS. SCHULTZ: Okay. Well, the reason I
9  wanted to take a break was I wanted to see what I
10  could get through, but we won't be finished with the
11  deposition by 4:30.
12  MS. BRIDGES: Okay. How much do you
13  have?
14  MS. SCHULTZ: It may be another, I'm
15  guessing an hour.
16  MS. BRIDGES: Okay. Well, maybe we
17  should stop it here and then maybe come back.
18  MS. SCHULTZ: Pardon me?
19  Ms BRIDGES: Maybe we should stop it here
20  and maybe come back next week.
21  MS. SCHULTZ: I'm sorry. You're cutting
22  out. Maybe stop it here and what?
23  Sharon, I think you're on mute.
24  MR. FONTENOT: She said stop it here and
25  potentially continue it next week, I believe. I'm

Page 96

1  not sure.
2  MS. BRIDGES: We need to stop it here and
3  continue next week.
4  THE WITNESS: I want to get done with it
5  today.
6  MS. BRIDGES: I tell you what, I can just
7  convert to my cell phone. I can probably connect
8  from my cell phone.
9  MS. SCHULTZ: I'll tell you what, if you
10  could just give me about four minutes to run to the
11  rest room, that's all I need. And we'll keep going.
12  Is that all right with everyone?
13  THE WITNESS: Okay.
14  (Off the record.)
15  THE VIDEOGRAPHER: We're on the record at
16  4:21.
17  BY MS. SCHULTZ:
18  Q. Dr. Alnas, I'm going to try to run
19  through some of this without having to actually pull
20  up the medical record. And we'll see if we can get
21  through it more quickly that way.
22  At your initial consultation -- and I
23  believe these records were pulled up earlier by
24  counsel for Ms. Roach. But that record shows that
25  you recommended carbo, Taxotere, Herceptin adjuvant

Page 97

1  therapy. And then it says, "benefits and side
2  effects discussed."
3  A. Yes.
4  Q. Have you told us today about what would
5  have been your normal practice in terms of
6  discussing the benefits and side effects of TCH?
7  A. Right.
8  Q. And it's my understanding that, as you
9  sit here today, you don't have an actual
10  recollection of having that discussion with
11  Ms. Roach, correct?
12  A. Not a specific one, but I'm confident
13  that we did.
14  Q. And you don't have a recollection of that
15  first appointment at which you made that
16  recommendation, correct?
17  A. No.
18  Q. Is that correct?
19  A. Yes, correct.
20  Q. Earlier counsel put up on the screen a
21  treatment consent form, and I want to pull up the
22  one from the date of that first visit and just get
23  you to identify it.
24  All right. And, at the top of this
25  document it says, "General Consent to Treatment and

25 (Pages 94 - 97)