# EXHIBIT E

1         IN THE UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF MISSISSIPPI
2                    JACKSON DIVISION
3
     MELISSA S. ROACH & BILLY E. ROACH      PLAINTIFFS
4
5    V.                           CASE NO. 2:17-cv-07918
6
     SANOFI US SERVICES, INC. F/K/A
7    SANOFI-AVENTIS U.S., INC. and
     SANOFI-AVENTIS U.S., LLC              DEFENDANTS
8
9
10
11   **********************************************
12
                   DEPOSITION OF MELISSA ROACH
13
14   **********************************************
15
16               APPEARANCES NOTED WITHIN
17
18       DATE:  WEDNESDAY, SEPTEMBER 23, 2020
                  PLACE:  VIA ZOOM
19       WITNESS LOCATED AT 1725 LONGVIEW ROAD
                  STARKVILLE, MISSISSIPPI
20                TIME:  9:16 a.m.
21
22
23
24                  BETHANY CAMMACK
                Certified Shorthand Reporter
25              Mississippi CSR No. 1526

Page 106

1  Q. So during that timeframe, six months after
2  chemotherapy, is it fair to say your hair had not
3  grown back?
4  A. Not completely, no.
5  Q. What areas do you recall -- we're talking
6  -- strike that. On your head, what areas did you
7  notice had not grown back?
8  A. The areas above my temples. I don't know
9  if you're familiar with the term "widow's peak"?
10  Q. Yep.
11  A. Where you have the receding hairline on
12  either side, and then in the center of the
13  forehead, it kind of comes to a point? That's what
14  I was experiencing at that time. That, and the
15  missing hair going down the back of my head on my
16  scalp.
17  Q. And that was something you noticed that
18  you would see in the mirror?
19  A. Yes.
20  Q. Could you feel it with your hands if you
21  touched your head?
22  A. Yes.
23  Q. Is looking in the mirror part of your
24  typical morning routine?
25  A. Yes.

Page 107

1  Q. Do you typically look in the mirror at
2  least once a day?
3  A. Sometimes.
4  Q. Well, on average, do you usually look at
5  the mirror at least once a day?
6  A. At least once, yeah.
7  Q. Okay. So fair to say that six months
8  after you finished your chemotherapy, whenever that
9  date was, you would have looked in the mirror at
10  some point and noticed that your hair had not fully
11  regrown, correct?
12  A. Correct.
13  Q. I think we might have reached a pretty
14  good stopping point for lunch unless y'all want to
15  go for a bit more. I'll leave it up to Ms. Roach
16  and her counsel.
17  A. Lunch break is fine with me.
18      MR. FONTENOT: Okay.
19      MR. THOMAS: So it's 12:06. Do we
20  want to shoot for about 1:06?
21      THE WITNESS: Sounds good.
22      MR. FONTENOT: Yeah.
23      THE VIDEOGRAPHER: The time is 12:07
24  p.m. We're off the record.
25      (OFF THE RECORD.)

Page 108

1      THE VIDEOGRAPHER: We're back on the
2  record. The time is 1:09 p.m.
3  MR. THOMAS CONTINUED:
4  Q. Ms. Roach, I want to cover one topic we
5  had discussed earlier, which were your observations
6  about your hair. You testified that after
7  chemotherapy your hair was -- came back a different
8  color. Do you remember that testimony?
9  A. Yes.
10  Q. You also testified that your hair after
11  chemotherapy was different in its texture. Do you
12  recall that?
13  A. Yes.
14  Q. Now, are those part of your injury claim
15  in this lawsuit?
16  A. Yes.
17  Q. So you're claiming the hair color being
18  different as part of your injury claim?
19  A. Yes.
20  Q. And then you're also claiming as part of
21  your injury claim a difference in the texture of
22  your hair after chemotherapy?
23  A. Yes.
24  Q. Do you think that those two things are
25  hair loss?

Page 109

1  A. Hair loss? No.
2  Q. And then, Ms. Roach, you were diagnosed
3  with breast cancer in June 2009. Is that correct?
4  A. Correct, yes.
5  Q. You received chemotherapy treatment
6  including Taxotere?
7  A. Yes.
8  Q. Your last chemotherapy treatment, you
9  completed that on November 10th, 2009?
10  A. Yes.
11  Q. And since your treatment ended on November
12  10th, 2009, you've had no recurrence of cancer. Is
13  that correct?
14  A. No, not yet.
15  Q. But -- that's good to hear that you've had
16  no cancer recurrence.
17  A. Thank you.
18  Q. Why did you undergo treatment with
19  Taxotere?
20  A. It's what my doctor recommended, my
21  oncologist, Dr. Alnas.
22  Q. And you agreed with Dr. Alnas's
23  recommendation?
24  A. Yes.
25  Q. And why did you agree?

28 (Pages 106 - 109)

Page 110

1  A.  Because he explained to me that the type
2  cancer that I had, this particular course of
3  chemotherapy, this combination of drugs, was very
4  effective.  This was a very, very aggressive, very
5  fast-growing type of breast cancer, and at the time
6  he thought that was what was best for me.  And I
7  trusted his opinion, so I went with what he
8  suggested.
9      Q.  Did you do any sort of independent
10 research on your own about the chemotherapy drugs
11 that Dr. Alnas had recommended for you?
12     A.  No.
13     Q.  So is it fair to say that you relied on
14 Dr. Alnas's judgment to select a chemotherapy
15 treatment that was most effective and appropriate
16 for your cancer?
17     A.  Yes.
18     Q.  And we've established that you're cancer
19 free today, and your cancer has not recurred, right?
20     A.  Yes.
21     Q.  Do you agree that you don't know whether
22 you would be cancer free if Taxotere was not
23 included in your chemotherapy regimen?
24     A.  Yes, I don't know that.
25     Q.  And you would agree that you had a high

Page 111

1  probability of being cancer free by being treated
2  with Taxotere as opposed to not receiving
3  chemotherapy at all, right?
4      A.  Yes.  That's fair.
5      Q.  Before you underwent your cancer
6  treatment, including chemotherapy, you didn't know
7  what the outcome of that treatment would be,
8  correct?
9      A.  Correct.
10     Q.  You didn't know if your cancer would fully
11 go away, right?
12     A.  Correct.
13     Q.  You didn't know if you'd have a
14 recurrence, correct?
15     A.  Correct.
16     Q.  And you don't know what the outcome would
17 have been had you not received chemotherapy
18 treatment which included Taxotere, right?
19     A.  Correct.
20     Q.  And having survived breast cancer and the
21 passage of, I guess, over ten years now, and having
22 no remission or recurrence, can you tell me how
23 that makes you feel?
24     A.  Wary.  Very wary.  Grateful that I'm as
25 healthy as I am, but not convinced that this is

Page 112

1  over.
2      Q.  Okay.  Why are you not convinced that -- I
3  assume when you say you're not convinced that this
4  is over, that you're concerned that your cancer
5  might reoccur?  Is that what you're saying?
6      A.  Correct, yes.
7      Q.  And why are you not convinced that this is
8  over?
9      A.  Well, it was a very aggressive type of
10 cancer that came on very, very quickly, within just
11 probably a year of having, you know, a clear
12 mammogram and what have you.  I went very quickly
13 to a Stage 2.
14         So it's just -- it's very frightening to
15 know how fast that happened.  There's no family
16 history of breast cancer, so it was pretty much a
17 random occurrence, and that frightens me, that it
18 might happen again.
19     Q.  Do you still see Dr. Alnas today?
20     A.  I'm overdue for a checkup, but, yeah, he
21 is still my doctor.
22     Q.  When was your last visit with Dr. Alnas?
23     A.  I'm going to estimate about two years ago.
24     Q.  Okay.  So like 2018, somewhere in that
25 timeframe?

Page 113

1      A.  Somewhere thereabouts.  I don't remember
2  for sure, but that's my best estimate.
3      Q.  Yeah.  I think we have medical records
4  which show that you saw him, I think, in June 2019.
5  Does that sound familiar to you?
6      A.  That's possible.  It's possible.  I don't
7  remember for sure.
8      Q.  And has Dr. Alnas been your oncologist
9  since the time that he prescribed you chemotherapy?
10     A.  Yes.
11     Q.  Okay.  So from July 2009 through today's
12 date, have you seen any other oncologists, or has
13 any other oncologist treated you?
14     A.  I'm not certain if the doctor who oversaw
15 my radiation treatment is an oncologist or if he
16 has another specialty or what.  But I did see him
17 during the course of all of the other chemotherapy
18 and treatment too, so. . .
19     Q.  Okay.  So kind of like an oncology
20 radiologist maybe or. . .
21     A.  Yeah.
22     Q.  (Indiscernible.)
23     A.  Yeah, I'm sorry.  He was in that same
24 clinic, and he oversaw my radiation treatment, so,
25 you know, again I'm not sure if he is technically

|  |  |
|---|---|
| Page 186<br>1  A. It would have been early June 2009.<br>2  Q. Where were you when you found the lump?<br>3  A. At home.<br>4  Q. Did you tell anyone at the time?<br>5  A. I told my husband.<br>6  Q. And were you suspicious or afraid at that<br>7  time of what you found?<br>8  A. I was very suspicious. I pretty much knew<br>9  what it was.<br>10 Q. You thought that it was cancerous?<br>11 A. Yes.<br>12 Q. So did you schedule an appointment with<br>13 Dr. Pearson and then he referred you to Dr. Parvin?<br>14 A. Yes.<br>15 Q. And then you said that you were very<br>16 suspicious that you knew it was cancerous. Can you<br>17 tell me how you were feeling at that time, what<br>18 your emotions were like?<br>19 A. Anxious, upset, little bit fearful.<br>20 Dread. Just dread.<br>21 Q. Did you ever think that you would be<br>22 diagnosed with cancer?<br>23 A. Prior to finding the lump, do you mean?<br>24 Q. Right.<br>25 A. I never gave it much thought, really, | Page 188<br>1  aggressive form of cancer?<br>2  A. Yes.<br>3  Q. And how did you come to that<br>4  understanding?<br>5  A. Dr. Alnas told me that.<br>6  Q. Do you know like what size the tumor was<br>7  in terms of centimeters or. . .<br>8  A. If I remember correctly, I think they told<br>9  me about two centimeters, maybe a little more.<br>10 Q. At this time, once you got the biopsy<br>11 results, did you learn that your cancer was<br>12 estrogen-receptive positive or ER positive?<br>13 A. I don't think it was then. I think it was<br>14 after I saw Dr. Alnas that I found that out.<br>15    MR. THOMAS: It might just be my<br>16 screen, but is Ms. Roach --<br>17    MR. FONTENOT: It's mine too, yeah.<br>18    MR. THOMAS: -- frozen?<br>19    THE WITNESS: Yeah, I lost it.<br>20    MR. FONTENOT: It's frozen.<br>21    THE VIDEOGRAPHER: We're off the<br>22 record. The time is 3:23 p.m.<br>23    (OFF THE RECORD.)<br>24    THE VIDEOGRAPHER: Back on the<br>25 record. The time is 3:24 p.m. |
| Page 187<br>1  before that.<br>2  Q. Do you recall any other feelings or<br>3  emotions that you were experiencing at this time?<br>4  A. Maybe a little anger. Just the "why me"<br>5  kind of thing.<br>6  Q. So then Dr. Parvin performed a biopsy on<br>7  you on June 17th, 2009. Is that correct?<br>8  A. Yes.<br>9  Q. Do you know when you received the results<br>10 of that biopsy, like how soon after the biopsy you<br>11 got the results back?<br>12 A. I don't remember specifically how long it<br>13 was, but it wasn't very long.<br>14 Q. Did you understand what kind of cancer you<br>15 were diagnosed with?<br>16 A. Yes.<br>17 Q. And what was your understanding?<br>18 A. That it was what they call HER2 positive<br>19 breast cancer in Stage 2.<br>20 Q. And what did -- strike that. What did you<br>21 understand HER2 positive to mean?<br>22 A. It meant that it was estrogen receptive.<br>23 My understanding of that is, that particular type<br>24 of cancer was feeding off the estrogen in my body.<br>25 Q. Did you understand that you had an | Page 189<br>1  MR. THOMAS CONTINUED:<br>2  Q. Ms. Roach, after you received your biopsy<br>3  results, did you understand that your cancer was<br>4  progesterone-receptive positive or PR positive?<br>5  A. I don't remember hearing the PR part of<br>6  it. I just remember that it was HER2 positive.<br>7  Q. And you understood your cancer was Stage<br>8  2. Is that correct?<br>9  A. Yes.<br>10 Q. And what does Stage 2 mean to you?<br>11 A. Stage 2 meant that it was fairly early in<br>12 the stages of it. It had not metastasized yet, so<br>13 we were still -- we still caught it pretty early.<br>14 Q. Did you have an understanding of the<br>15 prognosis of your cancer at the time?<br>16 A. Yes, yes.<br>17 Q. What was your understanding?<br>18 A. It was pretty good since we had caught it<br>19 so early.<br>20 Q. Did Dr. Parvin discuss with you the<br>21 chances of survival for your particular type of<br>22 cancer?<br>23 A. I don't think Dr. Parvin did. I think<br>24 that probably was Dr. Alnas.<br>25 Q. What did Dr. Alnas say in terms of your |

48 (Pages 186 - 189)

Page 190

1  chances of survival for your cancer?
2  A. He said they were good. You know, again,
3  he said that we had caught it early, and that we
4  had, you know, the opportunity to do, you know,
5  pretty aggressive chemotherapy treatment for it.
6  Q. Did Dr. Alnas discuss with you your
7  chances of survival with or without chemotherapy
8  treatment?
9  A. I'm sure he did. I don't remember that
10 specifically.
11 Q. I mean, did he say -- strike that. Do you
12 recall him telling you what your chances of
13 survival were if you didn't have any treatment at
14 all?
15 A. I don't remember him saying anything about
16 that specifically. I think I just kind of
17 understood that it would've been not very good at
18 all.
19 Q. And then how did you feel about your
20 chances of survival according to Dr. Alnas?
21 A. I felt pretty good about it.
22 Q. Did you agree with what Dr. Alnas said?
23 A. Yes, yes.
24 Q. And how did that make you feel
25 emotionally, that Dr. Alnas told you that your

Page 191

1  chances of survival were good?
2  A. I was reassured. I felt comforted by that.
3  Q. You never considered declining treatment
4  altogether for your cancer, right?
5  A. No.
6  Q. And so Dr. Alnas also said that a pretty
7  aggressive chemotherapy treatment would be used for
8  your cancer. What did that mean to you?
9  A. I think he just meant -- or I thought at
10 the time that he just meant that we needed to kind
11 of get the ball rolling, so to speak, and start the
12 treatment right away.
13     And it kind of surprised me that there
14 were going to be multiple chemotherapy drugs. I
15 didn't realize at the time that, you know, people
16 could have more than one. I thought, you know,
17 just one chemo drug and that was it. So I was, I
18 guess, a little surprised and shocked that we were
19 having to go that far with it. It was just -- it
20 was surprising to me.
21 Q. Is it fair to say that after your cancer
22 diagnosis, a lot of these treatment decisions had
23 to be made pretty quickly, correct?
24 A. Yes. Absolutely.
25 Q. I mean, there was a very short timeframe

Page 192

1  between your diagnosis and your breast cancer
2  surgery. About two weeks, correct?
3  A. Correct.
4  Q. And then, you know, there was a need for
5  rapid decision-making about the surgical procedure,
6  the chemotherapy regimen, and other treatment,
7  right?
8  A. Yes, it was. It was very fast.
9  Q. And chemotherapy decisions had to be made
10 as soon as possible after surgery, correct?
11 A. Correct.
12 Q. You met with Dr. Alnas, I believe, for the
13 first time on July 10th, 2009. Does that sound
14 right?
15 A. That sounds about right, yes.
16 Q. Okay. And your surgery, breast surgery
17 with Dr. Parvin, was on June 30th, 2009. Does that
18 sound right?
19 A. Correct.
20 Q. So we had about -- or you had about two
21 weeks or so to figure out what you were going to do
22 in terms of potential chemotherapy treatment, right?
23 A. That's right.
24 Q. And you relied on Dr. Alnas to recommend
25 the most effective treatment for your cancer,

Page 193

1  correct?
2  A. Yes.
3  Q. I want to go back to Dr. Parvin, if I
4  could. You were referred to Dr. Parvin by your
5  ob/gyn at the time, Dr. Pearson, correct?
6  A. Right, correct.
7  Q. Other than that referral, did you know
8  anything about Dr. Parvin?
9  A. No. Nothing about him personally or
10 anything, no.
11 Q. Had you ever heard of Dr. Parvin before
12 that time?
13 A. I'm sure I had heard the name. I don't
14 remember anything about him other than that name,
15 though.
16 Q. Now, after the biopsy, you saw Dr. Parvin
17 for a followup to get the biopsy results, right?
18 A. Correct.
19 Q. And the medical records indicate that
20 occurred on June 22nd, 2009. Does that sound
21 correct?
22 A. Yeah, that sounds right.
23 Q. Do you remember that appointment at all?
24 A. Yes, I do.
25 Q. Did anyone go with you?

Page 194

1  A. No.
2  Q. Did you take anything with you that day?
3  A. Take anything with me?
4  Q. Yeah. Did you take any notes? Did you
5  write down any questions? Did you bring other
6  medical records of yours?
7  A. Oh, I see. No, no.
8  Q. Did you talk with anyone in Dr. Parvin's
9  office before you actually saw Dr. Parvin
10 clinically?
11 A. Maybe the receptionist or one of the
12 nurses.
13 Q. Do you recall any specifics from any
14 discussion you had with the nurses or the
15 receptionist?
16 A. You mean before I got the results or
17 after?
18 Q. So from the time that you walked into
19 Dr. Parvin's office, did you have any substantive
20 conversations with anyone before you went and saw
21 Dr. Parvin?
22 A. I'm sure I spoke to the receptionist and
23 maybe whatever assistant, you know, did the
24 preworkup, blood pressure, that sort of thing,
25 before I actually saw him.

Page 195

1  Q. Okay. Do you recall how long that first
2  appointment was?
3  A. I don't. I don't remember it being very
4  long, though.
5  Q. Do you recall how you were feeling during
6  that appointment?
7  A. In shock.
8  Q. Can you explain that to me or describe
9  that further?
10 A. I just was stunned. I had no immediate
11 idea of how to deal with it emotionally, so I just
12 -- I kind of just shut down for a bit. Until it
13 kind of sunk in. And then I could -- you know, was
14 able to kind of gather myself and start to think
15 about what I needed to do next.
16 Q. And then so -- I mean, tell me everything
17 you remember about that appointment, what you were
18 told, what questions you asked of Dr. Parvin.
19 A. I remember him -- he was very, very
20 serious when he came into the room, so I pretty
21 much knew from that alone, from his demeanor, what
22 he was going to say. And he told me in a very
23 straightforward way as kindly as he could.
24      He said, "Honey, you have cancer. It is
25 cancerous." And he said, "It's very small,

Page 196

1  however. You've done a good thing by coming in and
2  we caught it early. But we need to get you an
3  appointment with an oncologist."
4      And I remember him telling the nurse at
5  the time to get Dr. Alnas on the phone. Except he
6  mispronounced his name just a little bit. I don't
7  know why I remember that, but I do. And so the
8  nurse went and called Dr. Alnas and got him on the
9  phone for him, and he talked to him.
10     I don't remember what he said to him
11 specifically, but he set me up with an appointment
12 for the Baptist Cancer Center. To let Dr. Alnas
13 kind of take it from there. I remember his nurse
14 apologizing to me, telling me that she was so sorry
15 that I was going to have to deal with it and...
16 That's really about all I remember.
17 Q. And according to the medical record from
18 this visit, it indicates that an education sheet
19 was given to the patient, and then it states, "Book
20 breast CA." Do you recall receiving any written
21 materials from Dr. Parvin during this visit?
22 A. I'm sure I did, but I don't remember it.
23 Q. Do you know what "Book breast CA" means?
24 A. No.
25 Q. The record also notes that a female

Page 197

1  chaperone was present during the exam. Do you know
2  whether this could have been your mom that attended
3  with you, or do you recall any other person? Does
4  this refresh your recollection in that regard?
5  A. I don't remember it being that specific
6  appointment. I do remember my late best friend,
7  Ginger, going with me to one of the appointments at
8  the breast clinic, but I don't remember it
9  specifically being that appointment. But it's
10 possible she was there and I just didn't remember
11 that.
12 Q. Did Dr. Parvin discuss possible surgical
13 operations you could have to treat your cancer?
14 A. Yes.
15 Q. Did he discuss the possibility of a
16 lumpectomy?
17 A. Yes.
18 Q. A single mastectomy?
19 A. Yes.
20 Q. What do you recall about the discussion as
21 far as the treatment options go surgically?
22 A. I remember he told me that we could do a
23 lumpectomy or a partial mastectomy, or we could
24 take the entire breast off. He said that he didn't
25 think that -- for my particular situation, that a

|Page 214|Page 216|
|---|---|
|1  So I can't read the whole thing unless I go and<br>2  pull up something else. What was that other. . .<br>3     Q. If you want to go off the record so you<br>4  can read this one-page consent, I'm happy to do<br>5  that for you.<br>6     A. If you don't mind. Give me a minute. I<br>7  want to be sure I give you a good answer. You<br>8  know, some of the stuff you're asking me about I'm<br>9  not really sure about, so maybe I do need to read<br>10 it over again.<br>11    Q. Yeah, I guess, you know, my issue is I<br>12 don't think my question's been answered, but. . .<br>13        MR. FONTENOT: You can repeat the<br>14 question.<br>15        THE WITNESS: You're asking why --<br>16 you're asking why I believe something? Is that<br>17 what you're --<br>18 MR. THOMAS CONTINUED:<br>19    Q. My question is, is that nowhere in this<br>20 informed consent does it say that the risks could<br>21 be permanent or long term, correct?<br>22    A. Not that I can see here, no. Yeah, it<br>23 doesn't say anything about it being permanent.<br>24    Q. Okay. So my next question is, how did you<br>25 come to the understanding that these risks could be|1  that was about a week and a half after your<br>2  surgery, tell me everything you remember about that<br>3  appointment.<br>4     A. About the appointment with Dr. Alnas?<br>5     Q. Correct.<br>6     A. After the surgery? I don't remember a<br>7  whole lot about that particular appointment. It<br>8  was probably just the initial thing to discuss the<br>9  chemotherapy treatment with me.<br>10    Q. Do you recall Dr. Alnas discussing<br>11 chemotherapy options with you?<br>12    A. Yes.<br>13    Q. During this July 10th visit?<br>14    A. Well, I don't remember that specific date<br>15 being the time, but I absolutely do remember him<br>16 discussing the chemotherapy options and stuff with<br>17 me.<br>18    Q. Okay. So, I mean, putting aside the<br>19 specific date, do you recall discussing<br>20 chemotherapy options the first time you met with<br>21 Dr. Alnas?<br>22    A. Yes, yes.<br>23    Q. Tell me about what he told you and -- tell<br>24 me about that discussion.<br>25    A. Well, he pretty much was already set in|

|Page 215|Page 217|
|---|---|
|1  permanent?<br>2        MR. FONTENOT: Object to form.<br>3        THE WITNESS: I don't know. Maybe I<br>4  was just relying on my own comprehension of it.<br>5  MR. THOMAS CONTINUED:<br>6     Q. Okay. So the -- strike that. We can move<br>7  on. And so after your surgery, you met with<br>8  Dr. Alnas, correct?<br>9     A. Correct.<br>10    Q. And how did you identify Dr. Alnas?<br>11    A. Dr. Parvin referred me to him.<br>12    Q. Had you heard of Dr. Alnas before being<br>13 referred to him?<br>14    A. No.<br>15    Q. Did you know anything about him?<br>16    A. No.<br>17    Q. Your first appointment with Dr. Alnas was<br>18 on July 10th, 2009. Is that correct?<br>19    A. That sounds right.<br>20    Q. And according to your medical records,<br>21 your last appointment with Dr. Alnas was on June<br>22 25th, 2019. Does that sound correct?<br>23    A. I guess -- yeah, I guess that's correct.<br>24 I don't remember that date specifically.<br>25    Q. And then during this July 10th, 2009 visit|1  his mind or what he wanted to do. And, you know,<br>2  he kind of explained it to me. And, you know, I<br>3  trusted him, and I just agreed with it, so -- you<br>4  know, I agreed to do the course of chemotherapy<br>5  that he was recommending.<br>6     Q. Anything else you remember from either him<br>7  discussing the chemotherapy options or anything<br>8  else from that first encounter?<br>9     A. Just that, you know, he was -- he told me<br>10 that I would take, I think he said, six<br>11 chemotherapy treatments, if I remember correctly.<br>12 And then that would be followed up by six weeks of<br>13 daily radiation treatments. I don't remember much<br>14 other than that.<br>15    Q. Did anyone go with you to this<br>16 appointment?<br>17    A. To the first appointment? It's possible.<br>18 I don't remember if it was my husband or my dad or<br>19 who it was. I'm pretty sure somebody went with me.<br>20 I just don't remember which one.<br>21    Q. Do you remember how long that first<br>22 appointment was?<br>23    A. I don't.<br>24    Q. Do you recall how you were feeling during<br>25 the appointment?|

|  | Page 218 |  | Page 220 |
|---|---|---|---|
| 1 | A. Anxious, afraid, hopeful. That's -- yeah, | 1 | drugs. |
| 2 | anxious, afraid, but hopeful. | 2 | Q. Did y'all discuss any other chemotherapy |
| 3 | Q. Then during this encounter did Dr. Alnas | 3 | regimen that was different from the one you |
| 4 | actually recommend a specific chemotherapy regimen | 4 | ultimately underwent? |
| 5 | for you? | 5 | A. Not that I remember, no. |
| 6 | A. Yes. | 6 | Q. Did you ask any questions about the |
| 7 | Q. And what did he recommend? | 7 | chemotherapy drugs that Dr. Alnas had recommended |
| 8 | A. He recommended Taxotere, carboplatin, and | 8 | for you? |
| 9 | Herceptin as my chemotherapy treatments, with a few | 9 | A. I did. I do remember asking him if they |
| 10 | other drugs thrown in there to kind of help | 10 | were prone to cause a lot of nausea and vomiting. |
| 11 | counterbalance the effects of the chemotherapy | 11 | I was a little afraid of that because I've had |
| 12 | drugs. They call it like a pre-chemo cocktail or | 12 | stomach issues all my life, and I was concerned |
| 13 | something like that. He kind of explained that to | 13 | about that being a real problem. I remember asking |
| 14 | me. He explained some of the possible side effects | 14 | about that. |
| 15 | of the chemotherapy, that type thing. | 15 | I do remember asking him if I was taking |
| 16 | Q. Did you have any familiarity with any of | 16 | one of the drugs -- or any of the drugs I was |
| 17 | the drugs in your chemotherapy regimen prior to | 17 | taking were the type that would cause your hair to |
| 18 | meeting with Dr. Alnas? | 18 | fall out, and he said yes. He said that, you know, |
| 19 | A. No, not at all. | 19 | I was going to lose my hair, so that I should |
| 20 | Q. Had you done independent research about | 20 | expect that to happen. |
| 21 | these chemotherapy drugs before you had your first | 21 | Q. When you say drugs, you're talking about |
| 22 | Taxotere treatment? | 22 | the Taxotere and carboplatin and Herceptin? |
| 23 | A. Not that I remember, no. | 23 | A. Correct, yes. |
| 24 | Q. Did you discuss the recommended | 24 | Q. And so I want to ask you, did Dr. Alnas |
| 25 | chemotherapy regimen with anyone else other than | 25 | tell you that this chemotherapy regimen, the drugs |

|  | Page 219 |  | Page 221 |
|---|---|---|---|
| 1 | Dr. Alnas? | 1 | in this chemotherapy regimen, would cause hair loss? |
| 2 | A. Possibly the nurses. I don't remember | 2 | A. Yes. |
| 3 | talking to anybody else about it. | 3 | Q. So did he specify which drug would cause |
| 4 | Q. So during this initial encounter did you | 4 | hair loss? |
| 5 | speak with anyone at Dr. Alnas's office other than | 5 | A. If he did, I don't remember. |
| 6 | Dr. Alnas? | 6 | Q. Okay. So to your recollection, he just |
| 7 | A. About the chemotherapy course? | 7 | said, "These drugs and this chemotherapy regimen |
| 8 | Q. Just about anything that relates to your | 8 | I'm recommending cause hair loss"? |
| 9 | cancer or treatment. | 9 | A. Yes. |
| 10 | A. Oh. I don't think so. Not that I | 10 | Q. So aside from asking whether the |
| 11 | remember. | 11 | chemotherapy regimen drugs caused nausea, vomiting, |
| 12 | Q. Do you recall whether any nurses were | 12 | or hair loss, do you recall anything else you asked |
| 13 | present during your discussion encounter with | 13 | Dr. Alnas about your chemotherapy regimen? |
| 14 | Dr. Alnas? | 14 | A. No. |
| 15 | A. I don't remember there being any nurses | 15 | Q. Did you ask about any of the side effects? |
| 16 | present. There could have been. I just don't | 16 | A. Again, probably just about the nausea and |
| 17 | remember. | 17 | the vomiting and, you know, my hair falling out. I |
| 18 | Q. And then did you rely on Dr. Alnas to | 18 | don't remember asking any specific questions about |
| 19 | identify the appropriate chemotherapy treatment for | 19 | other side effects that might happen. |
| 20 | your cancer? | 20 | Q. And then in terms of the nausea and |
| 21 | A. Yes, I did. | 21 | vomiting, what was Dr. Alnas's response? |
| 22 | Q. Did Dr. Alnas just recommend one | 22 | A. He said that I might have some. He said |
| 23 | chemotherapy regimen or multiple? | 23 | some people are more sensitive to it than others. |
| 24 | A. Well, again, it was just -- it was that | 24 | But he said that he could give me medications that |
| 25 | regimen that was comprised of the three different | 25 | would help alleviate that. |

Page 222

1  Q. And then regarding the hair loss, what did
2  Dr. Alnas tell you specifically?
3  A. He just said that I would lose my hair and
4  that it would grow back after I finished the chemo.
5  Q. Were those his exact words?
6  A. Probably not.
7  Q. Do you know when that conversation took
8  place?
9  A. It probably would have been around, if not
10 that first visit, then definitely by the second.
11 Q. Did you understand the -- I'm going to
12 call it the TCH regimen, if that's okay. Will you
13 understand what I'm saying?
14 A. Yeah, sure.
15 Q. Did you understand the TCH to be a common
16 regimen?
17 A. Well, he said that it was the most
18 effective regimen for the type of cancer that I
19 had. I don't remember whether he said that that
20 was like a common thing or not. I don't remember.
21 Q. Okay. Did you understand that Dr. Alnas
22 had prescribed TCH prior to having you as a
23 patient?
24 A. Yes.
25 Q. And did it matter to you that Dr. Alnas

Page 223

1  had used TCH previously with his cancer patients?
2  A. Yes.
3  Q. And did you assume your doctor's
4  recommendation was based on his own experience as
5  well as his medical science?
6  A. Yes.
7  Q. Did you intend to follow your doctor's
8  recommendation regardless of the details of why he
9  recommended it?
10 A. I mean, pretty much, yeah. I was too
11 afraid and too worried to really do anything else.
12 I didn't know what to do other than what he told me
13 to do.
14 Q. Did you intend to follow Dr. Alnas's
15 recommendation regardless of the potential side
16 effects?
17 A. Yes.
18    MR. FONTENOT: Object to form.
19 MR. THOMAS CONTINUED:
20 Q. Do you recall any of the potential side
21 effects of any of the chemotherapy drugs that you
22 underwent?
23 A. Again, just the hair loss and the nausea
24 and vomiting. They said that there was a potential
25 for sore mouth. The inside of my mouth might

Page 224

1  become sore. Let's see, what else was it? Sore
2  throat was a possibility.
3      I think he said maybe some swelling or
4  potential problems with my heart, so they did a
5  scan before, and then either during or after the
6  chemotherapy, just to check to make sure there was
7  no damage to my heart. That's really all I can
8  think of offhand.
9  Q. You don't recall Dr. Alnas discussing the
10 risks of any particular chemotherapy drug contained
11 in the chemotherapy regimen. Is that correct?
12 A. I don't recall it, no.
13 Q. So the risks that you recall Dr. Alnas
14 explaining to you that you just described, those
15 were attributed to the chemotherapy regimen drugs
16 generally, right?
17 A. Yes.
18 Q. Do you recall anything else from that
19 initial consult with Dr. Alnas?
20 A. No. Not with my interaction with him, no.
21 Q. I mean, do you recall any interaction with
22 any nurse of his during that initial consult?
23 A. Just that, you know, they were nice, very
24 supportive. They let me see -- or have me see a --
25 I think it was a social worker or a counselor or

Page 225

1  something. They gave me some information about
2  support groups and support programs that they had,
3  that type stuff. But I don't -- you know, I don't
4  remember anything else about all that.
5  Q. So the interactions that you recall with
6  the nurses and the social worker, did this all
7  occur the same day, the initial encounter with
8  Dr. Alnas, or later?
9  A. Yes, I think it was that same day.
10 Q. Do you remember the nurses' names that you
11 met with that day?
12 A. I don't. I don't.
13 Q. Do you remember any specific discussions
14 you had with the nurses that day?
15 A. I remember one of them telling me, you
16 know, that they had had another nurse -- a nurse
17 there who had gone through the same thing I had.
18 And they kind of pointed her out to me and said,
19 "See, you know, it's going to be okay. She can do
20 it and you can do it too." You know, just in
21 general being very supportive and very comforting
22 to me.
23 Q. I mean, when you say that -- I think you
24 said she went through the same thing that you did.
25 I mean, are you referring to breast cancer?

Page 254

1  Q. Did you ask Dr. Alnas about that?
2  A. Not that I recall, no.
3  Q. If you had known that cases of permanent
4  alopecia had been reported following treatment with
5  carboplatin, would that have changed your decision
6  to take it?
7  A. Possibly.
8  Q. Why is that?
9  A. Well, I don't particularly want permanent
10 hair loss, so at that time if I had known that,
11 then I might have kind of checked into other
12 treatment options. But, you know, at the time I
13 was just trying to get through it. I wasn't
14 thinking that long term.
15 Q. What chemotherapy would you have taken
16 instead of carboplatin?
17 A. I don't know the answer to that. I would
18 have had to, you know, do some research and some
19 reading, some investigating, that kind of stuff.
20 Q. Do you know if there was an alternative to
21 carboplatin that would've been appropriate to treat
22 your cancer?
23 A. There might have been, but I'm not aware
24 of it.
25 Q. What if Dr. Alnas had said there was no

Page 255

1  suitable alternative to carboplatin for your cancer?
2  A. If he had said there was no suitable
3  alternative and that it would cause permanent hair
4  loss? I --
5  Q. Well, at that -- I'm sorry. Go ahead.
6  A. I probably would have done some research
7  into just alternate therapies, period. I'm not
8  saying that I would've necessarily gone with all of
9  those, but I probably would have done a lot more
10 reading and educating myself than I did if I had
11 ever suspected that.
12 Q. And you don't recall doing any independent
13 research of your own on any of the chemotherapy
14 drugs that you received, correct?
15 A. I don't recall, no.
16 Q. Were you aware that cases of permanent
17 alopecia have been reported in some patients
18 following treatment with Herceptin?
19 A. No.
20 Q. Did you ask Dr. Alnas about that?
21 A. Not that I recall, no.
22 Q. If you had known that cases of permanent
23 alopecia had been reported following treatment with
24 Herceptin, would that have changed your decision to
25 take it?

Page 256

1  A. Not immediately. It would have prompted
2  me to investigate and look -- you know, look into
3  other alternatives at least.
4  Q. What chemotherapy would you have taken
5  instead of Herceptin?
6  A. I'm not sure. I mean, I would've had to,
7  you know, kind of look around and see if there were
8  suitable alternatives and see what the permanent
9  side effects or possible side effects of those
10 would have been. I mean, that's kind of hard to
11 answer that question without, you know, knowing
12 what else was available out there. I would
13 definitely have looked into it, though.
14 Q. You don't know if there was an alternative
15 to Herceptin that would have been appropriate to
16 treat your cancer, correct?
17 A. I don't know. I don't know that, no.
18 Q. And what if Dr. Alnas had said there was
19 no suitable alternative to Herceptin to treat your
20 cancer?
21 A. I'm not sure what I would have done in
22 that case.
23 Q. Well, I'm just asking you. If there's no
24 alternative to Herceptin to treat your cancer, then
25 I want to get your sense of what -- you know, what

Page 257

1  you would have done with that information.
2     MR. FONTENOT: Object to form.
3     THE WITNESS: I would probably have
4  had to think about that one for quite a while. I'm
5  not saying that I would have rejected it, by any
6  means, but I wouldn't have been as quick to just
7  kind of blindly accept that regimen without, you
8  know, kind of doing some reading on my own.
9     Because, you know, there's an awful lot of
10 information out there, and I'm sure that no doctor
11 has all of it. And to satisfy my own mind, I
12 probably would have looked.
13 MR. THOMAS CONTINUED:
14 Q. If someone had told you that cases of
15 permanent alopecia had been reported following
16 treatment with Taxotere, would that have changed
17 your decision to take it?
18 A. Probably.
19 Q. What chemotherapy drug would you have
20 taken instead of Taxotere?
21 A. I don't know the answer to that because I
22 never investigated.
23 Q. And you don't know what Dr. Alnas might
24 have said?
25 A. No. I would have asked him, but. . .

Page 258

1  Q. But sitting here today, you don't recall
2  asking any -- Dr. Alnas any questions about
3  Taxotere or any of the other chemotherapy drugs
4  specifically, correct?
5         MR. FONTENOT: Object to form.
6         THE WITNESS: No, not specifically.
7  MR. THOMAS CONTINUED:
8  Q. You don't know if there was an alternative
9  to Taxotere that would have been appropriate to
10 treat your cancer, correct?
11 A. No, I don't know that.
12 Q. And if Dr. Alnas had told you that there's
13 no suitable alternative to Taxotere for your
14 cancer, what would have you done?
15 A. Again, I probably would've read,
16 investigated a little bit, just to satisfy my own
17 mind. And then if I had believed there was no
18 other alternative, at the risk of my life, I
19 probably would have taken all of those drugs.
20 Q. You understood that some of the risks of
21 chemotherapy were permanent or long lasting, right?
22 A. Yes.
23 Q. Like heart damage, for example, correct?
24 A. Correct.
25 Q. And was that a risk that you accepted as

Page 259

1  part of this chemotherapy regimen?
2  A. Not gladly, but I accepted it.
3  Q. Okay. And was part of the reason, that
4  you thought the benefit of taking the chemotherapy
5  regimen that gave you the best chance of survival
6  outweighed the risk of permanent heart failure?
7  A. I don't know about outweighed it. Maybe
8  even. Maybe it would have been even, an even risk.
9  Q. Do you know which chemotherapy drug
10 carried a risk of heart damage?
11 A. I don't remember which one it was. I
12 don't.
13 Q. You received a total of six infusions of
14 TCH, correct?
15 A. I think that's right, yes.
16 Q. And the treatment you received, did it
17 follow the plan, the schedule that Dr. Alnas had
18 prescribed, or did you have any complications from
19 the chemotherapy drugs?
20 A. I remember we had to take a break from the
21 radiation, but I don't remember if we had to take a
22 break from the chemotherapy or not. I don't think
23 so, that I recall. It's possible, but I don't
24 think we did.
25 Q. And according to the medical records, you

Page 260

1  had six infusions from -- 2009 to November 10,
2  2009. Does that sound correct?
3  A. That sounds correct, yes.
4  Q. We talked earlier about your visit with
5  Dr. Alnas on July 21st, 2009 which would have been
6  your first infusion. What if anything do you
7  remember after the encounter with Dr. Alnas?
8  A. I don't remember anything specific about
9  afterwards.
10 Q. Okay. I mean, do you remember getting
11 your first infusion of TCH that day?
12 A. I do remember that, yes.
13 Q. Was your husband with you during that
14 infusion?
15 A. He was at the clinic with me. I don't
16 remember if they let him back in the chemo bay with
17 me or not. I don't remember that.
18 Q. Do you recall once you left Dr. Alnas's
19 office receiving any info about the drugs you would
20 be receiving?
21 A. I don't recall that, no.
22 Q. Do you recall how long you were at the bay
23 or the station before the chemo started?
24 A. Usually it would take probably 45 minutes
25 or so before they gave the actual infusion of the

Page 261

1  chemotherapy drugs, because they would give me a --
2  what they called a pre-chemo cocktail of antinausea
3  drugs. I think it was steroid and something else,
4  just to kind of minimize the effects of the
5  infusion and of the chemo drugs. That's about it.
6  Q. So is there anything else that you
7  remember from that appointment?
8  A. Not specifically, no.
9  Q. Did you experience any side effects from
10 your chemotherapy after the first infusion?
11 A. Yes. I remember a lot of fatigue. Some
12 fairly mild nausea. Loss of appetite. Change in
13 my taste. Change in my ability to smell certain
14 things. Just some -- it seems like some of the
15 strangest things were triggers for nausea.
16    I remember I got sore throat. I lost my
17 voice at one point, but I don't think that was
18 until a little bit further into the treatment.
19 That's just what I can remember now offhand.
20 Q. I mean, as far as the second and remaining
21 infusions, do you have any specific memory of those
22 appointments?
23 A. I do remember one of them in particular.
24 It had to have been early on. I had a pretty
25 strong reaction to the steroid that they gave me in