UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**

Melissa Roach, Case No. 2:17-cv-07918.

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT BASED ON THE STATUTE OF LIMITATIONS

    Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi") hereby move this Court for summary judgment on the claims of Plaintiff Melissa Roach. For the reasons more fully set forth in the attached Memorandum in Support, the Court should grant Sanofi's Motion because Ms. Roach's claims are barred by Mississippi's three-year statute of limitations.

    In brief, Ms. Roach's claims accrued in May 2010—six months after she completed chemotherapy and sustained her pleaded injury. No statute-of-limitations exception applies to toll her claims' accrual, yet Ms. Roach did not file suit until August 2017. Ms. Roach's claims are accordingly time-barred, and the Court should dismiss her claims with prejudice.

Respectfully submitted,

| | |
|---|---|
| */s/ Douglas J. Moore* | Harley V. Ratliff |
| Douglas J. Moore (Bar No. 27706) | Jon Strongman |
| **IRWIN FRITCHIE URQUHART & MOORE LLC** | Adrienne L. Byard |
| 400 Poydras Street, Suite 2700 | **SHOOK, HARDY & BACON L.L.P.** |
| New Orleans, LA 70130 | 2555 Grand Boulevard |
| Telephone: 504-310-2100 | Kansas City, Missouri 64108 |
| Facsimile: 504-310-2120 | Telephone: 816-474-6550 |
| dmoore@irwinllc.com | Facsimile: 816-421-5547 |
| | hratliff@shb.com |
| | jstrongman@shb.com |
| | abyard@shb.com |
| | *Counsel for sanofi-aventis U.S. LLC and Sanofi US Services Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

*/s/ Douglas J. Moore*