UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: Melissa Roach, Case No. 2:17-cv-07918. | |

**DEFENDANTS' STATEMENT OF UNDISPUTED MATERIALS FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT ON STATUTE OF LIMITATIONS GROUNDS AGAINST PLAINTIFF MELISSA ROACH**

Sanofi hereby submits this Statement of Undisputed Material Facts in Support of its Motion for Summary Judgment, pursuant to Local Rule 56.1:

1. Ms. Roach found a lump in her breast during an at-home self-exam in early June 2009.[1]

2. Ms. Roach believed the lump was cancerous, so she scheduled an appointment with her ob/gyn who referred her to a breast cancer specialist.[2]

3. By late June 2009, Ms. Roach was diagnosed with stage two, HER2 positive breast cancer.[3]

4. Ms. Roach "never considered" declining treatment.[4]

5. On recommendation from her doctors, Ms. Roach underwent a partial mastectomy on June 30, 2009, and began chemotherapy thereafter.[5]

6. Ms. Roach's chemotherapy regimen included Taxotere, Herceptin, and Carboplatin ("THC").[6]

---

[1] Ex. A, Dep. 185:14–186:3.

[2] *Id.* at 185:14–186:14.

[3] *Id.* at 187: 6–24.

[4] *Id.* at Dep. 191:3–5.

[5] *Id.* at 192:16–19; 229:24–230:1.

[6] *Id.* at 218: 8–14.

7. Ms. Roach remembers asking her oncologist whether "any of the drugs [she] was taking were the type that would cause [her] hair to fall out" and being told that she was going to lose her hair.[7]

8. Still, Ms. Roach expected that her hair would fully regrow "at the most six months" after completing chemotherapy.[8]

9. Ms. Roach completed chemotherapy on November 10, 2009.[9]

10. As soon as six months after chemotherapy, in approximately May 2010, Ms. Roach noticed that her hair had not fully regrown.[10]

11. "Around 2011," it was apparent to Ms. Roach that her hair was "much, much thinner" than it had been pre-chemotherapy.[11]

12. Also in 2011, Ms. Roach felt it had become "apparent []that [her hair] just wasn't growing back like it should."[12]

13. By 2011, Ms. Roach had "30 percent less hair" than before she started chemotherapy in 2009.[13]

14. Ms. Roach never attributed her hair loss to anything other than her chemotherapy.[14]

15. Ms. Roach never sought a doctor's opinion on her hair loss.[15]

16. Ms. Roach does not remember ever complaining to any healthcare provider about her hair loss.[16]

17. Ms. Roach decided to file her lawsuit in "May of 2016, "the day [she] saw the advertisement on [her] Facebook account for the [Taxotere] lawsuit that was being filed."[17]

---

[7] *Id.* at 220:15–221:2.

[8] *Id.* at 269:15–20.

[9] Ex. B, Roach Amended Short Form Complaint ("SFC") at 4, ¶ 10.

[10] Ex. A, Dep. 105:6–107:12.

[11] *Id.* at 63:8–24.

[12] *Id.* at 63:8–24; 65:7–10.

[13] *Id.* at 268:4–9.

[14] *Id.* at 270:19–21.

[15] *Id.* at 97:12–14 ("Have you ever sough a doctor's opinion on whether you have permanent hair loss? A. No.").

[16] *Id.* at 99:17–100: 7("[Y]ou haven't complained to one health care provider about your hair loss. Is that correct? [objection] A. I don't recall specifically . . . I don't remember it. Doesn't mean I didn't, but I don't remember it specifically."); 264:14–23 (same).

[17] *Id.* at Dep. 59:1–8.

18. Ms. Roach filed her lawsuit on August 16, 2017.[18]

Respectfully submitted,

| | |
|---|---|
| */s/ Douglas J. Moore* | Harley V. Ratliff |
| Douglas J. Moore (Bar No. 27706) | Jon Strongman |
| **IRWIN FRITCHIE URQUHART & MOORE LLC** | Adrienne L. Byard |
| 400 Poydras Street, Suite 2700 | **SHOOK, HARDY & BACON L.L.P.** |
| New Orleans, LA  70130 | 2555 Grand Boulevard |
| Telephone: 504-310-2100 | Kansas City, Missouri 64108 |
| Facsimile:  504-310-2120 | Telephone: 816-474-6550 |
| dmoore@irwinllc.com | Facsimile:  816-421-5547 |
| | hratliff@shb.com |
| | jstrongman@shb.com |
| | abyard@shb.com |
| | ***Counsel for sanofi-aventis U.S. LLC and Sanofi US Services Inc.*** |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

*/s/ Douglas J. Moore*

---

[18] Ex. C, PFS § I.4.