# EXHIBIT A

Page 1

1              IN THE UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF MISSISSIPPI
2                      JACKSON DIVISION
3
     MELISSA S. ROACH & BILLY E. ROACH      PLAINTIFFS
4
5    V.                        CASE NO. 2:17-cv-07918
6
     SANOFI US SERVICES, INC. F/K/A
7    SANOFI-AVENTIS U.S., INC. and
     SANOFI-AVENTIS U.S., LLC              DEFENDANTS
8
9
10
11      ************************************************
12
                   DEPOSITION OF MELISSA ROACH
13
14      ************************************************
15
16                 APPEARANCES NOTED WITHIN
17
18         DATE:  WEDNESDAY, SEPTEMBER 23, 2020
                      PLACE:  VIA ZOOM
19         WITNESS LOCATED AT 1725 LONGVIEW ROAD
                   STARKVILLE, MISSISSIPPI
20                 TIME:  9:16 a.m.
21
22
23
24                  BETHANY CAMMACK
                Certified Shorthand Reporter
25               Mississippi CSR No. 1526

Page 59

1          Q.    When did you decide to sue?

2          A.    Actually, it was the day that I saw the

3     advertisement on my Facebook account for the

4     lawsuit that was being filed.

5          Q.    When did you see that Facebook ad?

6          A.    When or where?

7          Q.    When.

8          A.    When?  It was about May of 2016.

9          Q.    Can you describe the ad for me?

10         A.    Not sure how well I can describe it.  It

11    was just something along the lines of, Have you

12    suffered permanent hair loss, or Did you take

13    Taxotere and have you suffered permanent hair loss.

14    That type thing.

15         Q.    Do you know who put the ad out?

16         A.    I don't recall.

17         Q.    Do you know if the ad included any law

18    firms or names of attorneys?

19         A.    I don't recall for sure.

20         Q.    Do you know if the ad made any guarantees

21    about recovery or settlements in a lawsuit?

22         A.    No.

23         Q.    No, you don't recall, or no, it did not

24    say that?

25         A.    No, it didn't say that.

Page 63

1    that you were continuing to see a very large amount

2    of hair loss when you saw the legal ad?

3         A.   I remember at that time that I had really

4    wanted to maybe kind of find a different hairstyle

5    so start covering some of that.  And it was just

6    becoming apparent that my hair was much, much

7    thinner at that time.

8         Q.   And when did it become apparent that your

9    hair was much, much thinner?

10        A.   After it probably got to around shoulder

11   length, maybe a little longer.  Because I was --

12   you know, when it got that long, I was able to pull

13   it back a little bit, and then it was really

14   obvious how much hair loss I had had.

15        Q.   Right.  So do you know -- you said when

16   you hair was shoulder length.

17        A.   Yes.

18        Q.   I'm asking when did you notice that your

19   hair was much, much thinner, as you stated?

20        A.   I would say probably around 2011.  Because

21   it had been, you know, a little time after

22   treatment, and it started becoming apparent around

23   that time that it just wasn't growing back like it

24   should.

25        Q.   Anything else you remember about your hair

Page 65

1      down.

2           Q.   And did you have any other observations

3      about your hair at that time?

4           A.   Just that it was continuing to fall out at

5      a much higher rate whenever I would brush it or

6      wash it.

7           Q.   So all of the observations you've just

8      described to me about your hair, you made those

9      observations in 2011.  Is that correct?

10          A.   Yes.

11          Q.   And then you also testified that you had

12     to clean out drains due to hair loss, and you'd

13     have hair in your hairbrush.  Do you recall that

14     testimony?

15          A.   Yes.

16          Q.   And what timeframe was this that you first

17     started noticing that?

18          A.   That was probably around 2011 too.

19          Q.   And we'll get into the hair loss claim

20     later today.  So returning to the Facebook ad about

21     the Taxotere lawsuits, you had a discussion with

22     your husband after -- I believe you said hours

23     after seeing the ad.  Is that right?

24          A.   Yes.

25          Q.   Okay.  And then can you describe that

1    what I mean by official diagnosis.

2         Q.   Got you.  Okay.  So I appreciate that

3    clarification, and I think I get you now.  So

4    you've never been -- no health care provider has

5    ever diagnosed you with permanent hair loss.

6    That's a true statement, correct?

7         A.   Correct.

8         Q.   And you've never been diagnosed by any

9    healthcare provider with permanent hair loss that's

10   been caused by chemotherapy, correct?

11        A.   Correct.

12        Q.   Have you ever sought a doctor's opinion on

13   whether you have permanent hair loss?

14        A.   No.

15        Q.   Why not?

16        A.   Just my mirror.  Just my mirror.

17        Q.   Just your mirror.  Okay.

18        A.   Uh-huh (affirmative response).

19        Q.   Why haven't you sought a doctor's opinion

20   on whether you have permanent hair loss?

21        A.   Because I don't believe there's anything

22   that can be done about it anyway, so it just seems

23   kind of a waste.

24        Q.   Okay.  But you testified earlier that you

25   thought permanent hair loss is a medical condition.

1    are better suited to diagnose a medical condition?

2         A.    Doctors.

3         Q.    Okay.  So if -- which you've testified to

4    that permanent hair loss is a medical condition.

5    My question is, why haven't you ever sought a

6    doctor's opinion on whether you have permanent hair

7    loss?

8         A.    Honestly, I'm just kind of sick of going

9    to doctors.  I've been to a lot of them for a lot

10   of reasons, and I'm kind of sick of it.  So this

11   was something that, again, I didn't believe that,

12   you know, they could really do anything about

13   anyway, so with all the other issues I had going

14   on, I just felt like at the time my energy needed

15   to be directed to some of those issues and not

16   this.

17        Q.    Yeah.  And of all the doctors' visits over

18   the years since your chemotherapy, you haven't

19   complained to one health care provider about your

20   hair loss.  Is that correct?

21             MR. FONTENOT:  Object to form.

22             THE WITNESS:  I don't recall

23   specifically that I, you know, ever said that this

24   was going to be, you know, a permanent thing or

25   anything.  I don't remember specifically.

1    MR. THOMAS CONTINUED:

2       Q.   Okay.  And generally you don't remember

3    ever discussing with any healthcare provider your

4    hair loss from the time you completed chemotherapy

5    to today.  That's a fair statement?

6       A.   I don't remember it.  Doesn't mean I

7    didn't, but I don't remember it specifically.

8       Q.   And if you had complained to a healthcare

9    provider, you would've expected the healthcare

10    provider would have documented that in the medical

11    record, right?

12       A.   I don't know.  Maybe.

13       Q.   Have you ever seen your medical records?

14       A.   No.

15       Q.   You've never seen any one of your medical

16    records?

17       A.   Not that I recall specifically.

18       Q.   Do you have any generally specific or

19    generally -- strike that.  Do you generally recall

20    ever reviewing any medical records of yours?

21       A.   Are you asking about like doctor's

22    notations or test results or anything like that?

23    Is that what you're asking?

24       Q.   Any information from a healthcare provider

25    that's documented that pertains to your treatment.

Page 105

1      A.   Yeah, but I'm trying to make sure -- I'm

2    thinking about that timeline there.  And at that

3    time I'm uncertain if I thought it was permanent or

4    not.  So that was -- what was that date?  November

5    of 2009, did you say?

6      Q.   Let me kind of set the timeframe for you.

7    So according to your medical records, you completed

8    Taxotere -- your last Taxotere infusion was on

9    November 10th, 2009.  Six months from that date is

10   approximately May 2010.  Do you have any reason to

11   dispute that?

12     A.   No.

13     Q.   Okay.  So in that May 2010 timeframe, is

14   it your belief that you had permanent alopecia at

15   that time?

16     A.   Did I believe that then, or do I believe

17   that now?

18     Q.   Did you believe it then?

19     A.   Oh, then, I didn't have a clue.  I didn't

20   know.

21     Q.   And you understand the master complaint

22   alleges permanent chemotherapy-induced alopecia as

23   an absence of or incomplete hair growth -- regrowth

24   six months beyond the completion of chemotherapy?

25     A.   Yes.

Page 106

1         Q.   So during that timeframe, six months after

2    chemotherapy, is it fair to say your hair had not

3    grown back?

4         A.   Not completely, no.

5         Q.   What areas do you recall -- we're talking

6    -- strike that.  On your head, what areas did you

7    notice had not grown back?

8         A.   The areas above my temples.  I don't know

9    if you're familiar with the term "widow's peak"?

10        Q.   Yep.

11        A.   Where you have the receding hairline on

12   either side, and then in the center of the

13   forehead, it kind of comes to a point?  That's what

14   I was experiencing at that time.  That, and the

15   missing hair going down the back of my head on my

16   scalp.

17        Q.   And that was something you noticed that

18   you would see in the mirror?

19        A.   Yes.

20        Q.   Could you feel it with your hands if you

21   touched your head?

22        A.   Yes.

23        Q.   Is looking in the mirror part of your

24   typical morning routine?

25        A.   Yes.

1      Q.   Do you typically look in the mirror at
2  least once a day?

3      A.   Sometimes.

4      Q.   Well, on average, do you usually look at
5  the mirror at least once a day?

6      A.   At least once, yeah.

7      Q.   Okay.  So fair to say that six months
8  after you finished your chemotherapy, whenever that
9  date was, you would have looked in the mirror at
10  some point and noticed that your hair had not fully
11  regrown, correct?

12      A.   Correct.

13      Q.   I think we might have reached a pretty
14  good stopping point for lunch unless y'all want to
15  go for a bit more.  I'll leave it up to Ms. Roach
16  and her counsel.

17      A.   Lunch break is fine with me.

18              MR. FONTENOT:  Okay.

19              MR. THOMAS:  So it's 12:06.  Do we
20  want to shoot for about 1:06?

21              THE WITNESS:  Sounds good.

22              MR. FONTENOT:  Yeah.

23              THE VIDEOGRAPHER:  The time is 12:07
24  p.m.  We're off the record.

25                      (OFF THE RECORD.)

1    shampoo?

2         A.    After my hair came back after chemo.

3         Q.    Can you give me the year?

4         A.    Probably 2010.

5         Q.    Any other products or supplements that you

6    used after chemotherapy?

7         A.    No.

8         Q.    I'm going to turn now to your cancer

9    diagnosis.  You were 41 years old when you were

10   diagnosed with breast cancer, correct?

11        A.    41, 42.  I think I was 42.

12        Q.    Can you describe how you found out that

13   you had cancer?

14        A.    I did a self breast exam, and I found a

15   lump.  And I went to my ob/gyn to have him check it

16   out, and then he sent me to the breast clinic, and

17   Dr. Parvin was the one who diagnosed me.

18        Q.    So did -- who was your -- was Dr. Thomas

19   Pearson your primary care physician at the time?

20        A.    No.  He was my ob/gyn.

21        Q.    Right.  Okay.  Do you know who referred

22   you to Dr. Thomas Parvin?

23        A.    Yes.  Dr. Pearson did.

24        Q.    Do you know when you found a lump on

25   yourself?

1      A.   It would have been early June 2009.

2      Q.   Where were you when you found the lump?

3      A.   At home.

4      Q.   Did you tell anyone at the time?

5      A.   I told my husband.

6      Q.   And were you suspicious or afraid at that

7    time of what you found?

8      A.   I was very suspicious.  I pretty much knew

9    what it was.

10      Q.   You thought that it was cancerous?

11      A.   Yes.

12      Q.   So did you schedule an appointment with

13    Dr. Pearson and then he referred you to Dr. Parvin?

14      A.   Yes.

15      Q.   And then you said that you were very

16    suspicious that you knew it was cancerous.  Can you

17    tell me how you were feeling at that time, what

18    your emotions were like?

19      A.   Anxious, upset, little bit fearful.

20    Dread.  Just dread.

21      Q.   Did you ever think that you would be

22    diagnosed with cancer?

23      A.   Prior to finding the lump, do you mean?

24      Q.   Right.

25      A.   I never gave it much thought, really,

1      before that.

2           Q.   Do you recall any other feelings or

3      emotions that you were experiencing at this time?

4           A.   Maybe a little anger.  Just the "why me"

5      kind of thing.

6           Q.   So then Dr. Parvin performed a biopsy on

7      you on June 17th, 2009.  Is that correct?

8           A.   Yes.

9           Q.   Do you know when you received the results

10     of that biopsy, like how soon after the biopsy you

11     got the results back?

12          A.   I don't remember specifically how long it

13     was, but it wasn't very long.

14          Q.   Did you understand what kind of cancer you

15     were diagnosed with?

16          A.   Yes.

17          Q.   And what was your understanding?

18          A.   That it was what they call HER2 positive

19     breast cancer in Stage 2.

20          Q.   And what did -- strike that.  What did you

21     understand HER2 positive to mean?

22          A.   It meant that it was estrogen receptive.

23     My understanding of that is, that particular type

24     of cancer was feeding off the estrogen in my body.

25          Q.   Did you understand that you had an

                                          Page 191

1      chances of survival were good?

2           A.   I was reassured.  I felt comforted by that.

3           Q.   You never considered declining treatment

4      altogether for your cancer, right?

5           A.   No.

6           Q.   And so Dr. Alnas also said that a pretty

7      aggressive chemotherapy treatment would be used for

8      your cancer.  What did that mean to you?

9           A.   I think he just meant -- or I thought at

10     the time that he just meant that we needed to kind

11     of get the ball rolling, so to speak, and start the

12     treatment right away.

13               And it kind of surprised me that there

14     were going to be multiple chemotherapy drugs.  I

15     didn't realize at the time that, you know, people

16     could have more than one.  I thought, you know,

17     just one chemo drug and that was it.  So I was, I

18     guess, a little surprised and shocked that we were

19     having to go that far with it.  It was just -- it

20     was surprising to me.

21          Q.   Is it fair to say that after your cancer

22     diagnosis, a lot of these treatment decisions had

23     to be made pretty quickly, correct?

24          A.   Yes.  Absolutely.

25          Q.   I mean, there was a very short timeframe

1   between your diagnosis and your breast cancer

2   surgery.  About two weeks, correct?

3        A.   Correct.

4        Q.   And then, you know, there was a need for

5   rapid decision-making about the surgical procedure,

6   the chemotherapy regimen, and other treatment,

7   right?

8        A.   Yes, it was.  It was very fast.

9        Q.   And chemotherapy decisions had to be made

10  as soon as possible after surgery, correct?

11       A.   Correct.

12       Q.   You met with Dr. Alnas, I believe, for the

13  first time on July 10th, 2009.  Does that sound

14  right?

15       A.   That sounds about right, yes.

16       Q.   Okay.  And your surgery, breast surgery

17  with Dr. Parvin, was on June 30th, 2009.  Does that

18  sound right?

19       A.   Correct.

20       Q.   So we had about -- or you had about two

21  weeks or so to figure out what you were going to do

22  in terms of potential chemotherapy treatment, right?

23       A.   That's right.

24       Q.   And you relied on Dr. Alnas to recommend

25  the most effective treatment for your cancer,

1      A.    Anxious, afraid, hopeful.  That's -- yeah,
2    anxious, afraid, but hopeful.
3      Q.    Then during this encounter did Dr. Alnas
4    actually recommend a specific chemotherapy regimen
5    for you?
6      A.    Yes.
7      Q.    And what did he recommend?
8      A.    He recommended Taxotere, carboplatin, and
9    Herceptin as my chemotherapy treatments, with a few
10   other drugs thrown in there to kind of help
11   counterbalance the effects of the chemotherapy
12   drugs.  They call it like a pre-chemo cocktail or
13   something like that.  He kind of explained that to
14   me.  He explained some of the possible side effects
15   of the chemotherapy, that type thing.
16     Q.    Did you have any familiarity with any of
17   the drugs in your chemotherapy regimen prior to
18   meeting with Dr. Alnas?
19     A.    No, not at all.
20     Q.    Had you done independent research about
21   these chemotherapy drugs before you had your first
22   Taxotere treatment?
23     A.    Not that I remember, no.
24     Q.    Did you discuss the recommended
25   chemotherapy regimen with anyone else other than

1    drugs.

2         Q.   Did y'all discuss any other chemotherapy

3    regimen that was different from the one you

4    ultimately underwent?

5         A.   Not that I remember, no.

6         Q.   Did you ask any questions about the

7    chemotherapy drugs that Dr. Alnas had recommended

8    for you?

9         A.   I did.  I do remember asking him if they

10   were prone to cause a lot of nausea and vomiting.

11   I was a little afraid of that because I've had

12   stomach issues all my life, and I was concerned

13   about that being a real problem.  I remember asking

14   about that.

15        I do remember asking him if I was taking

16   one of the drugs -- or any of the drugs I was

17   taking were the type that would cause your hair to

18   fall out, and he said yes.  He said that, you know,

19   I was going to lose my hair, so that I should

20   expect that to happen.

21        Q.   When you say drugs, you're talking about

22   the Taxotere and carboplatin and Herceptin?

23        A.   Correct, yes.

24        Q.   And so I want to ask you, did Dr. Alnas

25   tell you that this chemotherapy regimen, the drugs

1    in this chemotherapy regimen, would cause hair loss?

2        A.   Yes.

3        Q.   So did he specify which drug would cause

4    hair loss?

5        A.   If he did, I don't remember.

6        Q.   Okay.  So to your recollection, he just

7    said, "These drugs and this chemotherapy regimen

8    I'm recommending cause hair loss"?

9        A.   Yes.

10        Q.   So aside from asking whether the

11   chemotherapy regimen drugs caused nausea, vomiting,

12   or hair loss, do you recall anything else you asked

13   Dr. Alnas about your chemotherapy regimen?

14        A.   No.

15        Q.   Did you ask about any of the side effects?

16        A.   Again, probably just about the nausea and

17   the vomiting and, you know, my hair falling out.  I

18   don't remember asking any specific questions about

19   other side effects that might happen.

20        Q.   And then in terms of the nausea and

21   vomiting, what was Dr. Alnas's response?

22        A.   He said that I might have some.  He said

23   some people are more sensitive to it than others.

24   But he said that he could give me medications that

25   would help alleviate that.

Page 229

1        A.    I really can't.  I don't remember.

2        Q.    Did the materials discuss the potential

3   side effects of each drug?

4        A.    I'm sure it did.  I don't remember that

5   specifically either, though.

6        Q.    Did the materials discuss the -- did it

7   discuss information on chemotherapy generally or

8   cancer generally?

9        A.    Maybe.  Honestly, it's been so long, I

10  don't remember what it was all about.  I got a lot

11  of printed materials, a lot of information, things

12  like that.  I don't really remember.

13       Q.    And Dr. Alnas worked for the Baptist

14  Memorial Hospital at this time.  Is that correct?

15       A.    Yes.

16       Q.    Do you know whether the materials were

17  something like the hospital prepared?  Like did

18  they have the hospital's letterhead or insignia or

19  some other indicator?

20       A.    That, I don't remember.

21       Q.    Do you know how many pages were in the

22  materials you received?

23       A.    I don't.

24       Q.    And your first infusion, according to your

25  medical records, was on July 21st, 2009, right?

Page 230

1          A.    Right.

2          Q.    And it appears that you also met with

3     Dr. Alnas on that same date.  Did you have any

4     memory of meeting him between the 10th and the

5     21st?

6          A.    Between the 10th and the 21st?  No.  I

7     mean, I may have.  I just -- I don't remember.

8          Q.    Yeah.  It looks like your next visit with

9     him was on July 2st.  I just didn't know if you

10    remembered any additional visit.

11         A.    Yeah, I'm sorry.  I don't remember.

12         Q.    Do you remember the July 21st visit with

13    Dr. Alnas?  This would've been your second

14    encounter.

15         A.    I do.

16         Q.    What do you remember about this visit?

17         A.    That it was my 25th wedding anniversary,

18    and my husband was with me.

19         Q.    I forgot about that.  So does this visit

20    stick out in your mind?

21         A.    Yes, it does.

22         Q.    So your husband took you to the

23    appointment.  Tell me about the appointment that

24    day.

25         A.    And, you know, I mentioned -- I want to

Page 264

1        A.   I don't remember having any, no.

2        Q.   So sitting here today, you cannot identify

3    another instance in which you and Dr. Alnas

4    discussed expectations on hair regrowth, correct?

5        A.   Correct.

6        Q.   You never discussed with any healthcare

7    provider, other than that one instance with

8    Dr. Alnas, any expectations on hair regrowth,

9    correct?

10                    MR. FONTENOT:  Object to form.

11                    THE WITNESS:  Correct, not that I

12    recall.

13    MR. THOMAS CONTINUED:

14        Q.   And you've never complained to any of the

15    healthcare providers that have treated you over the

16    course of ten plus years about hair thinning or

17    hair loss.  Is that true?

18        A.   Not that I recall, no.

19        Q.   And sitting here today, you cannot

20    identify a single instance in which you complained

21    to any of your treating providers about hair loss

22    or hair thinning, correct?

23        A.   Correct, I don't recall that.

24        Q.   And you're not aware of any medical

25    records or other documentation that would support

```
 1      I would say maybe 30 percent, but then it just --
 2      it kept falling out and getting worse until I'm
 3      where I am today.
 4          Q.   So do you think you had 30 percent less
 5      hair in 2011 than you did in 2009?
 6          A.   At least, yeah.
 7          Q.   It could be more, according to your
 8      estimate?
 9          A.   It's possible, yeah.
10          Q.   And then before you started chemo, you
11      knew you were going to have hair loss during
12      chemotherapy, right?
13          A.   Correct.
14          Q.   When did you expect your hair to start
15      falling out?
16          A.   I expected it at some point after the
17      first chemo treatment.  You know, I wasn't sure how
18      long it would take before that would start
19      happening, but, you know, I expected it after the
20      first treatment.
21          Q.   And then did you expect it to fall out all
22      at once or gradually?
23          A.   Gradually.
24          Q.   And how soon did you expect your hair to
25      start regrowing after chemotherapy?
```

1      A.   I wasn't really sure.  I was expecting

2   maybe a month.  That was just a hopeful kind of

3   thing on my part.

4      Q.   And then why did you believe that you'd

5   have hair regrowth after one month after completing

6   chemotherapy other than, I guess, just a hope on

7   your part?

8      A.   Yeah, I figured that it would probably

9   take at least that much time for all of those drugs

10   to kind of flush themselves out of my system, out

11   of my body.  And I just kind of thought that once

12   that happened, that it would allow the hair to

13   start regrowing again.  Once it didn't have those

14   chemicals kind of fighting against it.

15      Q.   What was your understanding of when all

16   the hair on your head would be fully regrown to the

17   pre-chemo level of fullness?

18      A.   I wasn't sure.  I didn't really have a

19   definite period of time in mind.  You know, maybe a

20   few months.  At the most six months.  I don't know.

21      Q.   And what's that understanding or

22   expectation based on?

23      A.   Just I guess my own assumption.

24      Q.   Okay.  Other than your own assumption, are

25   there any other sources that you base that

1    understanding?

2         A.   No.

3         Q.   So you expected that your hair would start

4    to regrow within one month after your last

5    chemotherapy treatment and that all the hair on

6    your head would regrow by three to six months,

7    correct?

8         A.   Correct.

9         Q.   And as you were losing your hair during

10   chemo, what did you attribute your hair loss to?

11        A.   Just the chemotherapy drugs that were -- I

12   didn't know if they were just killing the hair

13   follicles or exactly how that worked.  I just, you

14   know, expected that it was the chemotherapy drugs.

15        Q.   So you knew as you were experiencing hair

16   loss that it was the chemotherapy drugs that were

17   causing it?

18        A.   Yes.

19        Q.   Have you ever attributed your hair loss to

20   anything other than your chemotherapy?

21        A.   No.

22        Q.   And then what did you hair look like when

23   you finished your last chemo treatment on November

24   10th, 2009?

25        A.   I had just a tiny little bit of patchy