# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | **MDL NO. 2740** <br><br> **SECTION "N"(5)** <br> **JUDGE ENGELHARDT** <br> **MAG. JUDGE NORTH** |
| MELISSA S. ROACH & BILLY E. ROACH, | : : | **COMPLANT & JURY DEMAND** |
| Plaintiff(s), | : : | **Civil Action No.: _____** |
| vs. | : : : | |
| Sanofi S.A., Aventis Pharma S.A., Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC , | : : : : : | |
| Defendant(s). | : | |
| ---------------------------------------------------------- | : | |

**AMENDED SHORT FORM COMPLAINT**

Plaintiff(s) incorporate by reference the Amended Master Long Form Complaint and Jury

Demand filed in the above-referenced case on March 31, 2017. Pursuant to Pretrial Order No. 15,

this Amended Short Form Complaint adopts allegations and encompasses claims as set forth in the

Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1.    Plaintiff:

     Melissa S. Roach _____

2.    Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss

     of consortium):

     Billy E. Roach _____

3.      Other type of Plaintiff and capacity (i.e., administrator, executor, guardian,

        conservator):

        N/A

4.      Current State of Residence:   Mississippi

5.      State in which Plaintiff(s) allege(s) injury:   Mississippi

6.      Defendants (check all Defendants against whom a Complaint is made):

        a.      Taxotere Brand Name Defendants

                ☒      A.      Sanofi S.A.

                ☒      B.      Aventis Pharma S.A.

                ☒      C.      Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

                ☒      D.      Sanofi-Aventis U.S. LLC

        b.      Other Brand Name Drug Sponsors, Manufacturers, Distributors

                ☐      A.      Sandoz Inc.

                ☐      B.      Accord Healthcare, Inc.

                ☐      C.      McKesson Corporation d/b/a McKesson Packaging

                ☐      D.      Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

                ☐      E.      Hospira, Inc.

                ☐      F.      Sun Pharma Global FZE

                ☐      G.      Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical
                                Laboratories Ltd.

                ☐      H.      Pfizer Inc.

                ☐      I.      Actavis LLC f/k/a Actavis Inc.

                ☐      J.      Actavis Pharma, Inc.

☐     K.     Other:

7.     Basis for Jurisdiction:

    ☒     Diversity of Citizenship

    ☐     Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8.     Venue:

    District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

       Northern District of Mississippi, Aberdeen Division

9.     Brand Product(s) used by Plaintiff (check applicable):

    ☒     A.     Taxotere

    ☐     B.     Docefrez

    ☐     C.     Docetaxel Injection

    ☐     D.     Docetaxel Injection Concentrate

    ☐     E.     Unknown

    ☐     F.     Other:

10.     First date and last date of use (or approximate date range, if specific dates are unknown)
        for Products identified in question 9:

        ┌─────────────────────────────────────────────────────────────────┐
        │                                                                   │
        │   Approximately October 2009 through November 10, 2009            │
        │                                                                   │
        └─────────────────────────────────────────────────────────────────┘

11.     State in which Product(s) identified in question 9 was/were administered:

        ┌─────────────────────────────────────────────────────────────────┐
        │                                                                   │
        │   Mississippi                                                     │
        │                                                                   │
        └─────────────────────────────────────────────────────────────────┘

12.     Nature and extent of alleged injury (including duration, approximate
        date of onset (if known), and description of alleged injury):

        ┌─────────────────────────────────────────────────────────────────┐
        │   Disfiguring permanent Alopecia beginning sometime after treatment│
        │   with Taxotere (Docetaxel) and continuing to present             │
        │                                                                   │
        │                                                                   │
        └─────────────────────────────────────────────────────────────────┘

13.     Counts in Master Complaint brought by Plaintiff(s):

        ☒   Count I – Strict Products Liability - Failure to Warn
        ☒   Count II – Strict Products Liability for Misrepresentation
        ☒   Count III – Negligence
        ☒   Count IV – Negligent Misrepresentation
        ☒   Count V – Fraudulent Misrepresentation
        ☒   Count VI – Fraudulent Concealment
        ☒   Count VII – Fraud and Deceit
        ☒   Count VIII – Breach of Express Warranty (Sanofi Defendants
            only)

        ☒   Other:  Plaintiff(s) may assert the additional theories and/or
            State Causes of Action against Defendant(s) identified by
            selecting "Other" and setting forth such claims below. If
            Plaintiff(s) includes additional theories of recovery, for
            example, Redhibition under Louisiana law or state consumer
            protection claims, the specific facts and allegations supporting
            additional theories must be pleaded by Plaintiff in sufficient
            detail as required by the applicable Federal Rules of Civil
            Procedure.

4

Liability Under the Mississippi Products Liability Act;  Extreme and Outrageous Conduct / Intentional Infliction of Emotional Distress – Against All Defendants; Punitive Damages


(See Exhibit A attached)



14.     Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

By:
Christopher L. Coffin
Louisiana Bar No. 27902
Nicholas R. Rockforte
Louisiana Bar No. 31305
Jessica A. Perez
Louisiana Bar No. 34024
Pendley, Baudin & Coffin, L.L.P.
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Tel: (504) 355-0086
Fax: (504) 523-0699
ccoffin@pbclawfirm.com
nrockforte@pbclawfirm.com
jperez@pbclawfirm.com