UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

**THIS DOCUMENT RELATES TO:**

**Cindy Smith, Case No. 2:18-cv-7702.**

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT BASED ON WARNINGS CAUSATION

Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi") hereby move this Court for summary judgment on the claims of Plaintiff Cindy Smith. Plaintiff claims Defendants failed to warn her treating physician that permanent hair loss is a potential side effect of Taxotere. Among the many elements of that claim, Plaintiff must prove warnings causation. For the reasons more fully set forth in the attached Memorandum in Support, Plaintiff is unable to establish warnings causation and summary judgment is warranted on this issue. Accordingly, Sanofi prays that this Court enter summary judgment on Plaintiff's lawsuit for failure to establish causation—an essential element of all her claims.

Respectfully submitted,

| | |
|---|---|
| */s/ Douglas J. Moore* | Harley V. Ratliff |
| Douglas J. Moore (Bar No. 27706) | Jon Strongman |
| **IRWIN FRITCHIE URQUHART & MOORE LLC** | Adrienne L. Byard |
| 400 Poydras Street, Suite 2700 | **SHOOK, HARDY & BACON L.L.P.** |
| New Orleans, LA 70130 | 2555 Grand Boulevard |
| Telephone: 504-310-2100 | Kansas City, Missouri 64108 |
| Facsimile: 504-310-2120 | Telephone: 816-474-6550 |
| dmoore@irwinllc.com | Facsimile: 816-421-5547 |
| | hratliff@shb.com |
| | jstrongman@shb.com |
| | abyard@shb.com |
| | *Counsel for sanofi-aventis U.S. LLC and Sanofi US Services Inc.* |

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 22, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

                                               */s/ Douglas J. Moore*