# EXHIBIT E

```
 1                UNITED STATES DISTRICT
                EASTERN DISTRICT OF LOUISIANA
 2

 3    CINDY L. SMITH
 4        PLAINTIFF,
 5        V.                      CASE NO. 2:18-cv-07702
 6    SANOFI US SERVICES, INC. F/K/A
      SANOFI-AVENTIS U.S., INC. AND
 7    SANOFI-AVENTIS U.S. LLC, ET AL.
 8        DEFENDANTS.
 9    ****************************************************
10           VIDEOTAPED TELECONFERENCE DEPOSITION
11                          OF
12                   CINDY L. SMITH
13    ****************************************************
14
15               (APPEARANCES NOTED HEREIN)
16
17
                   MONDAY, OCTOBER 1, 2020,
18                AT APPROXIMATELY 9:34 A.M.
19
20
21
22    REPORTED BY:
23
24               TAMARA HARTWIG FULGHAM
25                   BCR, CCR #1565
```

| | Page 26 | | Page 28 |
|---|---|---|---|
| 1 | 60 years old, six years after chemotherapy -- if | 1 | A   As far as I know. |
| 2 | your hair would be as thick as it was prior to | 2 | Q   Okay.  Why did you undergo treatment with |
| 3 | chemotherapy? | 3 | Taxotere? |
| 4 | A   I -- I'm not sure what the question is. | 4 | A   That's what they told me I had to have. |
| 5 | Q   Sure.  So -- so let's assume that you | 5 | Q   But why did you choose to take it? |
| 6 | didn't take Taxotere, that you took one of these | 6 | A   To live.  I wanted -- I wanted the cancer |
| 7 | other options you keep talking about. | 7 | gone.  They had done surgery.  And if I had known |
| 8 |     If you had not taken Taxotere, you still | 8 | now -- like I say, if I had known now what I knew |
| 9 | don't know if your hair would be as thick as it was | 9 | then, the surgery got all of it.  I probably didn't |
| 10 | prior to chemotherapy, right? | 10 | even need to take the chemo at all, but it was a |
| 11 | A   I don't know that. | 11 | precaution because the size of the tumor went from a |
| 12 | Q   So your hair could be, actually, the exact | 12 | stage II to a stage IV in two weeks, so... |
| 13 | same as it is now whether you took Taxotere or not? | 13 | Q   Who told you that you didn't need to take |
| 14 | A   No. | 14 | chemotherapy? |
| 15 |     MR. BUTTARS:  Objection to form. | 15 | A   No one. |
| 16 | BY MS. PETERSON: | 16 | Q   Okay.  So that's just your personal |
| 17 | Q   You disagree with that? | 17 | belief? |
| 18 | A   Yeah.  Because I know it's the Taxotere | 18 | A   Yes. |
| 19 | that caused it.  My hair would have at least -- my | 19 | Q   Okay.  Your -- your oncologist recommended |
| 20 | forehead -- this -- none of this (indicating) grew | 20 | that you take chemotherapy, right? |
| 21 | back, you know.  It -- | 21 | A   Yes.  Dr. Bailey, the surgeon, he's the |
| 22 | Q   Ms. -- Ms. -- | 22 | one that recommended it, the surgeon and -- well, |
| 23 | A   It just didn't grow back. | 23 | yes, and the oncologist, because they said that that |
| 24 | Q   Ms. Smith, are you telling me that you | 24 | would be what they would recommend for the type of |
| 25 | know for certain that your hair would be the exact | 25 | cancer I had, so... |
| | Page 27 | | Page 29 |
| 1 | same way as it was before chemotherapy if you had | 1 |     A lot of this I don't remember for sure |
| 2 | not taken -- | 2 | because at the time when all of this was going on, I |
| 3 | A   No. | 3 | was still in shock.  I had just found out I had |
| 4 | Q   -- Taxotere? | 4 | stage II and then stage IV cancer, and you go |
| 5 | A   No.  Nobody knows for certain anything | 5 | through the motions of shock and disbelief and |
| 6 | like that.  I can't answer that because that's a -- | 6 | anger.  So you don't really know for sure what |
| 7 | that's, like, a God question there.  He's the only | 7 | options you have because you're really not even |
| 8 | one that really knows the answer to that. | 8 | focusing and processing everything that's going on |
| 9 | Q   Okay.  And who told you that Taxotere | 9 | with you yet.  It takes a while for the anger and |
| 10 | caused your hair loss? | 10 | frustration and shock to die down before you |
| 11 | A   The pamphlets I read; I've talked to my | 11 | understand what's going on to you -- with -- with |
| 12 | dermatologist; my family practice doctor, Ennis; the | 12 | your body. |
| 13 | oncologist.  I have a different oncologist now.  So | 13 | Q   Sure.  Were you also scared? |
| 14 | the doctors that I've seen, they've all agreed that | 14 | A   Ma'am? |
| 15 | that's what caused it. | 15 | Q   Were you also scared? |
| 16 | Q   All of your doctors have agreed that | 16 | A   Definitely. |
| 17 | Taxotere caused your hair loss? | 17 | Q   Would you say that your number one goal |
| 18 | A   As far as when I have a personal question, | 18 | was to survive? |
| 19 | yes. | 19 | A   Yes. |
| 20 | Q   Okay.  So you agreed to chemotherapy | 20 | Q   Okay.  Do you think that your oncologist |
| 21 | treatment, right? | 21 | prescribed a chemotherapy medicine that he didn't |
| 22 | A   Yes. | 22 | think would benefit you in your fight against |
| 23 | Q   And that chemotherapy treatment was | 23 | cancer? |
| 24 | Taxotere in carbonation with -- in combination with | 24 |     MR. BUTTARS:  Objection to form. |
| 25 | carboplatin, right? | 25 |     THE WITNESS:  I don't know.  I don't know |

Page 50

1  talk about it, so... And I don't have the office
2  visits wrote down, and I -- I don't remember when
3  they were.
4  BY MS. PETERSON:
5      Q   About how many times in the last four
6  years have you gone to visit or had a -- had an
7  appointment with Melissa?
8      A   About five or six times. I -- I see her
9  at least once a year. Right at -- when I first
10 started seeing her, it was once every six months.
11 So I -- I probably see her about once every eight
12 months, right around there.
13     Q   Okay. And you said that you talked to
14 Melissa every single visit about your hair loss; is
15 that right?
16     A   Yes, yes.
17     Q   What do you talk about?
18     A   What I can do to get it to grow, what I
19 can do to get it to come in thicker, to grow back.
20 Let's see. The last couple of times, it was over a
21 little piece of skin cancer, which they treated this
22 with surgery and removed all of it. They checked it
23 all right then and there when they done it.
24 Suncoast Dermatology was the one that removed the
25 skin cancer. They called it a single-cell

Page 51

1  carcinoma.
2      Q   So -- so going back to your hair loss
3  conversations with Melissa, did she ever -- you
4  asked her about what you can do to make your hair
5  grow back thicker. What did she tell you?
6      A   There was nothing that she could prescribe
7  me that would help my hair grow back.
8      Q   She never told you that your hair loss was
9  caused by Taxotere, correct?
10         MR. BUTTARS: Objection to form. Go
11 ahead, Ms. Smith.
12         THE WITNESS: I honestly don't remember,
13 because most of the time we don't go in there and
14 start talking about Taxotere. We go in there and
15 start talking about what's going on with me, as far
16 as my hair loss or the skin cancer.
17         I remember conversations when I first
18 started seeing her about the Taxotere; but then
19 after that, we didn't bring it up. It was just the
20 first couple of visits that we talked, literally,
21 about the Taxotere. And -- and after that, it
22 wasn't really brought up, that I remember.
23 BY MS. PETERSON:
24     Q   Okay. Melissa never told you that
25 Taxotere caused you to have permanent hair loss,

Page 52

1  though, correct?
2          MR. BUTTARS: Objection to form.
3          THE WITNESS: I'm trying to remember.
4  I -- I don't think so.
5  BY MS. PETERSON:
6      Q   Okay. Have there been any other
7  doctors -- so we've now talked about Dr. Herrington,
8  Dr. Gatewood, Dr. Ennis, and Melissa at Garrott
9  Dermatology.
10         Has there been any other health care
11 provider that has -- that you've spoken to about
12 Taxotere and permanent hair loss?
13     A   Not that I know of.
14     Q   Okay. Okay. Ms. Smith, we're going to go
15 ahead and switch gears a little bit.
16         You're cancer-free today?
17     A   Yes.
18     Q   Congratulations. So you're in remission?
19     A   No, no. After five years, they classify
20 it as cured.
21     Q   Okay. And you were diagnosed with breast
22 cancer on April 10th of 2014; is that right?
23     A   Yes.
24     Q   Okay. And actually --
25     A   I think that's the right date. I'm sorry.

Page 53

1          (EXHIBIT 1 PREMARKED)
2  BY MS. PETERSON:
3      Q   No. That's great. You know what? We're
4  going to actually enter in our first exhibit now,
5  and we're going to put in your fifth amended PFS,
6  which is your plaintiff fact sheet.
7          Do you remember filling out your plaintiff
8  fact sheet?
9      A   I believe so.
10     Q   Okay.
11     A   Yeah.
12     Q   And we're going to kind of use it
13 throughout the day so -- to help both of us with
14 some of the dates that you've already gotten down.
15 Does that sound good?
16     A   That's fine. It's just I can't review
17 those documents because, for some reason, I couldn't
18 get that app to work, so everything is just what I'm
19 seeing here -- y'all.
20     Q   Okay. That sounds good. And Erica is
21 going to -- going to enter it in, and then she's
22 going to actually share her screen so we can both be
23 looking at it at the same time. How does that
24 sound?
25     A   Okay.

14 (Pages 50 - 53)

Page 66

1  A  Because I had cancer.  Now, this wasn't my
2  own words.  This was someone else's words.  I just
3  shared it because --
4  Q  Sure.  And why did you --
5  A  -- I could relate.
6  Q  Oh, because you could relate?  Is that why
7  you shared it?
8  A  Yes.
9  Q  Okay.  Let's scroll down to the next one.
10  This one says -- oh, this is from September 24,
11  2015, and it says, "Dear Santa, all I want for
12  Christmas is a cure for all cancers."
13     Why did you share this one?
14  A  Just because I could relate.  My -- my dad
15  died of mesothelioma.
16  Q  When did he die?
17  A  Oh, 18 years ago -- almost 19 years ago
18  now.
19  Q  Did he receive treatment?
20  A  Chemo and radiation.
21  Q  Do you know what chemo- --
22  A  Two -- two --
23  Q  Oh, go ahead.
24  A  I don't honestly know.  He went to the --
25  he had done been diagnosed with mesothelioma.  He

Page 67

1  had got a cold, couldn't shake the cold, went to the
2  doctor.  That's when they found out the mesothelioma
3  was activated, I guess, or -- or more prominent.
4  I'm not sure what the word is.  But that's when he
5  found out that it was -- had flared up.
6     And two months after he went to the doctor
7  for a cold, he passed away.  It was so bad that they
8  gave him chemo and radiation at the same time, so...
9  Q  I'm sorry to hear about your loss.
10  A  I'm -- I'm -- I've had friends that's
11  passed from cancer.  I've had friends that's had
12  cancer.  So it's just -- this is just to relate
13  because I can understand and -- actually, the world
14  makes too much money off of cancer treatment, and
15  that's why I figured, well, we need a cure for it
16  because then it would be helping the people that
17  it's involved with, not the pharmaceutical company.
18  Q  You said that you've had several friends
19  pass away from cancer.  Who are those friends?
20  A  At that time, all it was was my dad.
21  Q  Okay.  What about since then?
22  A  But since then, a next-door neighbor; my
23  cousin, Sonya, she had breast cancer, the
24  metastatic -- I can't say that word.  Meta- -- I
25  can't say it.

Page 68

1  Q  Metastatic breast cancer?  Does that sound
2  right?
3  A  I'm not sure.  All I remember is that it's
4  the -- it's the type that they don't cure; you just
5  live with; that they just keep -- try to keep it
6  down to where you can live with it.
7     Let's see.  Her; my daughter passed
8  away of cancer last year in October.  So I'm fixing
9  to -- it will -- the 16th will be a year since she
10  passed, and she passed from -- it was lung cancer
11  and cervical cancer; my pastor had cancer; the
12  pastor's wife had cancer; a friend from church has
13  had cancer -- Billy Morrow.
14     My pastor, his name is Roger Bowers.  His
15  wife was Linda Bowers.  My cousin, her name was
16  Sonya Willie.  I can't remember her married name.  I
17  know, I should be ashamed, but I can't remember her
18  married name.  That's her maiden name.  My
19  daughter's name was Amanda Havard.
20  Q  What was your neighbor's name?
21  A  Ramie Ryan.
22  Q  Can you say that again?
23  A  It's Ramie, R-A-M-I-E, I think; Ryan,
24  R-Y-A-N.
25  Q  Okay.

Page 69

1  A  My dad, his name was Terry Smith.  My
2  grandfather -- my mom's dad -- he passed from
3  mesothelioma.  His name was Pete Reynolds.  And he
4  passed away when I was about six years old, so that
5  was like 56 years ago.
6  Q  Ms. Smith --
7     MS. PETERSON:  Oh, Erica, do you want to
8  stop sharing your screen?  It's okay.
9  BY MS. PETERSON:
10  Q  Ms. Smith, so, I mean, that's eight --
11  eight folks that you just shared that have passed.
12  I'm really sorry to hear about all of those losses.
13  I'm sure all of them were uniquely hard and
14  challenging for different reasons.
15     How does surviving cancer and knowing that
16  some of your friends and family have not survived
17  it, how does that make you feel?
18  A  Blessed.
19  Q  Yeah.  Blessed?
20  A  I -- it bothers me at times, because
21  there's times -- especially with my daughter, there
22  was times when I would think that God could take me
23  and leave her, because she still had three
24  children -- small, young children, and I was
25  already -- mine were already grown.

|  | Page 74 |  | Page 76 |
|---|---|---|---|
| 1 | Now, yes, ma'am. | 1 | THE WITNESS: Yes. |
| 2 | Q   Is there a reason that you chose this | 2 | MS. PETERSON: Okay. |
| 3 | organization to raise money for? | 3 | VIDEOGRAPHER: The time is 11:11 a.m. |
| 4 | A   I believe that -- I -- I don't remember. | 4 | We're off the record. |
| 5 | I -- I don't remember why I chose that one.  I guess | 5 | (OFF THE RECORD AT 11:11 A.M.) |
| 6 | just because it was breast -- to deal with breast | 6 | VIDEOGRAPHER: We're back on the record. |
| 7 | cancer. | 7 | The time is 11:27 a.m. |
| 8 | Q   Okay. | 8 | BY MS. PETERSON: |
| 9 | A   And the people that know me knew I had | 9 | Q   Okay.  Ms. Smith, let's talk about your |
| 10 | breast cancer, so I was just sharing to help with | 10 | breast cancer diagnosis.  You were 54 when you were |
| 11 | the organization. | 11 | diagnosed? |
| 12 | Q   Okay.  Do you know anything about this | 12 | A   2014.  Yes, ma'am. |
| 13 | organization? | 13 | Q   Prior to your diagnosis, did you ever |
| 14 | A   No. | 14 | think about that you would be diagnosed with cancer? |
| 15 | Q   Okay. | 15 | A   No.  No one thinks about that. |
| 16 | MS. PETERSON: Is there any other ones, | 16 | Q   Yeah.  So can you tell me how you found |
| 17 | Erica?  Oh, good.  Okay.  That's the last one? | 17 | out you were -- that you had breast cancer? |
| 18 | Okay. | 18 | A   I had a motorcycle wreck.  I got caught |
| 19 | BY MS. PETERSON: | 19 | between the bike and the car.  And the guy driving |
| 20 | Q   So this last one is August 15th, 2015, and | 20 | the motorcycle, his elbow hit me in my left breast |
| 21 | it says, "Let's all pray for a cure for all cancers. | 21 | and caused a hematoma. |
| 22 | Amen."  Why did you share this? | 22 | Well, I went to Dr. Bailey at that time, |
| 23 | A   Well, because I had cancer and I -- God | 23 | and he drained fluid, sent the fluid off; it come |
| 24 | says where one is, there He; but where there's | 24 | back negative.  He wouldn't prescribe me nothing for |
| 25 | more -- one can whip a thousand; two can whip | 25 | pain because he said that -- well, I don't know why |

|  | Page 75 |  | Page 77 |
|---|---|---|---|
| 1 | 10,000.  So the more people you have praying, the | 1 | he wouldn't prescribe me anything for pain.  But he |
| 2 | more power you have with the prayer so that -- I was | 2 | told me to take Advil, so I took Advil.  I took too |
| 3 | just wanting everyone to pray for a cure. | 3 | much Advil and put myself in the hospital.  And I |
| 4 | Q   Okay. | 4 | got them to drain the hematoma because -- I mean, |
| 5 | A   Because there's all types of different | 5 | can you imagine your breast feeling like you slammed |
| 6 | cancers, because I've had family and friends die | 6 | it in a car door?  That's what it felt like. |
| 7 | from it.  At this time, I didn't lose quite as many | 7 | And after I got it drained, he went ahead |
| 8 | people as I have now. | 8 | and done surgery and removed the -- the -- I guess |
| 9 | MS. PETERSON: And we can go ahead and | 9 | it was a sac that -- that held the hematoma.  And he |
| 10 | un-share all of the screens. | 10 | sent all of it off, and it come back positive for |
| 11 | BY MS. PETERSON: | 11 | breast cancer, and that's when he said it was |
| 12 | Q   Ms. Smith, why -- what is your most | 12 | stage II. |
| 13 | cherished experience in the last six years since | 13 | And then after the meso- -- the |
| 14 | you've survived cancer? | 14 | mastectomy -- wait.  It was right before the |
| 15 | A   Our family get-togethers.  I get to see my | 15 | mastectomy he said it was stage IV.  I can't |
| 16 | kids and my grandkids.  Most of the time, it's we | 16 | remember how that transpired -- from stage II to |
| 17 | used to get together on every birthday; we don't no | 17 | stage IV.  It may have been after he sent the -- the |
| 18 | more.  But everybody's gotten older.  Now it's, | 18 | hematoma. |
| 19 | basically, just Christmas and Thanksgiving.  So I'm | 19 | Q   Was it Dr. Bailey who told you that you |
| 20 | just grateful for the get-togethers to get to see my | 20 | did have breast cancer? |
| 21 | kids and my grandkids and catch up. | 21 | A   Yes. |
| 22 | MS. PETERSON: Okay.  We're going to go | 22 | Q   How did you feel in that moment? |
| 23 | ahead and take a break.  And why don't we take 10 to | 23 | A   Like I wasn't even in the room; like it |
| 24 | 15 minutes, and you can use the restroom if you need | 24 | wasn't real; like, did I hear this right or am -- is |
| 25 | to, grab a drink of water.  Does that sound good? | 25 | this just a bad dream?  I was totally in shock. |

| | Page 82 | | Page 84 |
|---|---|---|---|
| 1 | hormone-fed -- I didn't need to have a hysterectomy, | 1 | Do you see that at the top? |
| 2 | so that's what I was told. | 2 | A  Yes, ma'am. |
| 3 | Q  Okay. So did you understand your -- how | 3 | Q  Okay. So they were sharing what tumor |
| 4 | did -- what did you understand is going to be the | 4 | sizes were. So we just saw that you had a |
| 5 | outcome or chances for survival for your breast | 5 | 6.5-centimeter tumor size, right? |
| 6 | cancer? | 6 | A  Yes. |
| 7 | A  50/50. | 7 | Q  So according to the National Cancer |
| 8 | Q  Okay. Is that something that Dr. Bailey | 8 | Institute, that type -- or that size of tumor is |
| 9 | shared with you? | 9 | between the size of an egg and the size of a peach? |
| 10 | A  No. That was just my own conclusion | 10 | A  Yes. |
| 11 | because of it being a stage IV. | 11 | Q  Is that right? |
| 12 | Q  Okay. | 12 | A  Yes. |
| 13 | A  So I -- I understood that my chances were | 13 | Q  Is that what you understood your tumor |
| 14 | less than other people's because of it being a stage | 14 | size to be? |
| 15 | IV and it wasn't an early diagnosis. | 15 | A  Yes. |
| 16 | Q  Okay. So you had a late-stage diagnosis? | 16 | Q  Okay. |
| 17 | A  Excuse me. | 17 | A  Actually, I thought it was a little bit |
| 18 | Q  You had a late-stage diagnosis, yes? | 18 | bigger. |
| 19 | A  I believe so, yes. | 19 | Q  Bigger? How big did you think that it |
| 20 | Q  And you understood that your chances of | 20 | was? |
| 21 | survival were less because of the type of cancer you | 21 | A  Well, I -- I guess that would be about the |
| 22 | had, yes? | 22 | size -- I thought it was -- it felt to me like it |
| 23 | A  Not so much the type as what stage it was. | 23 | was half the size of a grapefruit, which I guess |
| 24 | Q  Okay. And did Dr. Bailey tell you what | 24 | that would be the same size. |
| 25 | your chances of survival would be? | 25 | Q  That's great. Okay. So when you were |

| | Page 83 | | Page 85 |
|---|---|---|---|
| 1 | A  I honestly can't remember. | 1 | speaking to Dr. Bailey after you got your diagnosis |
| 2 | Q  Okay. | 2 | of the stage IIIB triple-negative breast cancer, did |
| 3 | A  I -- I was -- I'm sorry. | 3 | you understand that your chances of surviving cancer |
| 4 | Q  Okay. That's okay. I'm going to just go | 4 | were going to be substantially better if you got |
| 5 | ahead and scroll down to page 2 of Exhibit 3 (sic). | 5 | treatment? |
| 6 | And do you see here at the top where it says "tumor | 6 |     MR. BUTTARS:  Objection to form. |
| 7 | size"? | 7 |     THE WITNESS:  We -- we, actually, didn't |
| 8 | A  Yes. | 8 | discuss that, I don't think. But I do remember |
| 9 | Q  And it says, "6.5 centimeters." | 9 | asking him, "What next?" And he told me that a left |
| 10 | A  Uh-huh (affirmative response). | 10 | mastectomy and then chemo and radiation would be the |
| 11 | Q  Okay. So now I'm going to go ahead and | 11 | best bet to treat it. |
| 12 | open up our next exhibit. And, Ms. Smith, I'm going | 12 | BY MS. PETERSON: |
| 13 | to be honest with you -- I didn't know what a | 13 | Q  Okay. Did you follow Dr. Bailey's advice? |
| 14 | 6.5-centimeter tumor size was, so I went and looked | 14 | A  Yes. He'd dealt with this before. I |
| 15 | it up. | 15 | thought I could trust him. |
| 16 | A  Thank you. All I know is before all of | 16 | Q  Do you still feel like you could trust |
| 17 | this started, I had a little bump about the size of | 17 | him? |
| 18 | an English pea -- them baby peas. And I had forgot | 18 | A  I still feel like I could trust him, yeah. |
| 19 | about it because Dr. Ennis had told me to treat -- | 19 | I call him my Sheldon Cooper. |
| 20 | that I had -- what are they called? Oh, that it was | 20 | Q  You call him that? |
| 21 | just a hardened milk gland. | 21 | A  I'm sorry. |
| 22 |     (EXHIBIT 5 PREMARKED) | 22 | Q  No, that's okay. |
| 23 | BY MS. PETERSON: | 23 | A  And I called him that to his face. |
| 24 | Q  Okay. Can you look at Exhibit 5 with me | 24 | Q  Is that from the "Big Bang Theory"? |
| 25 | here? This is from the National Cancer Institute. | 25 | A  Of course. |

Page 86

1  Q   Okay.  So did you ever consider declining
2  treatment?
3  A   Not at the time.
4  Q   Okay.  Did -- and I think you've already
5  told me this:  But you decided that you were going
6  to do whatever you could to beat the cancer, right?
7  A   Yes.
8  Q   Do whatever you could to survive?
9  A   Yes.
10 Q   Did you feel like you were prepared by
11 yourself to determine what would be an appropriate
12 treatment for you?
13 A   No.
14 Q   You were relying on your -- on Dr. Bailey?
15 A   Yes.  And the oncologist.
16 Q   Dr. Herrington?
17 A   Yes, at that time.
18 Q   Okay.  So did you feel like, after you
19 were diagnosed, you had to make decisions pretty
20 quick?
21 A   Oh, yes.
22 Q   Okay.  And there was a pretty short time
23 frame between your diagnosis and when you needed to
24 have surgery?
25 A   Yes.

Page 87

1       MR. BUTTARS:  Objection to form.
2  BY MS. PETERSON:
3  Q   Do you remember that to be about a week
4  between your diagnosis and your left mastectomy?
5  A   It might have been about -- about a week
6  and a half, two weeks.
7  Q   Okay.  And then you started chemo about a
8  month and a half later.  Does that sound right?
9  A   Yes.  Because he wanted that to heal
10 before the chemo; that way it would get a chance to
11 go ahead and heal.
12 Q   And you relied on the expertise of your
13 health care professionals to recommend the most
14 effective treatment to beat your cancer, correct?
15      MR. BUTTARS:  Objection to form.
16      THE WITNESS:  Yes, yes.
17 BY MS. PETERSON:
18 Q   Okay.  So you identified Dr. Bailey
19 through the program through the health department;
20 is that right?
21 A   Yes.
22 Q   Okay.  What, if anything, did you know
23 about Dr. Bailey before your first meeting?
24 A   Nothing.
25 Q   Nothing?  Okay.  What was important to you

Page 88

1  about having an oncology surgeon?
2  A   At that time, I didn't know nothing about
3  none of this stuff.
4  Q   Okay.  You just wanted to feel like you
5  could trust him?
6  A   I -- I -- yeah.  Yeah.  Because whenever I
7  had met Dr. Bailey, he is -- I -- I didn't do
8  research on it, but there was pictures of him in the
9  office saying that he was taught in the breast
10 surgical field.  So that gave me a little bit more
11 comfort, knowing that at least who I was seeing
12 supposedly knew what they were talking about and
13 knew what they were doing.
14 Q   Okay.  So did you discuss the possible
15 surgical options for your breast cancer with
16 Dr. Bailey?  For example, did you discuss the
17 difference between a lumpectomy, a mastectomy, a
18 double mastectomy?
19      MR. BUTTARS:  Objection to form.
20      THE WITNESS:  No, no.  Because later on, I
21 found out that I could have had both breasts
22 removed, and I would have had both breasts removed
23 if I had been given the choice.  But he told me --
24 and he told me this:  That my insurance wouldn't
25 cover it.

Page 89

1  BY MS. PETERSON:
2  Q   Ms. Smith, I thought you told me earlier
3  you didn't have insurance during this time?
4  A   I didn't.  When I had the mastectomy, the
5  hospital filled out paperwork to -- for me to get my
6  disability.  Once they filled out the paperwork, I
7  started getting -- it was Magnolia Health, and they
8  went back from the day of my diagnosis and paid --
9  and gave me insurance from the day of my diagnosis
10 or -- or I think it was the 1st of April.  But at
11 the time when all of this happened, I didn't have
12 any -- any insurance.
13 Q   Okay.  I just want to make sure I
14 understand that correctly.  Through your disability,
15 you received insurance?
16 A   Yes, ma'am.
17 Q   Okay.  So Dr. Bailey only gave you the
18 option of a single mastectomy?
19 A   I wasn't given an option.
20 Q   Or sorry.  He just told you that you
21 needed a single mastectomy?
22 A   Yeah.
23 Q   And you agreed to do that?
24 A   Yes.
25 Q   Okay.  Ms. Smith, you told me that you

23 (Pages 86 - 89)

Page 90

1  would have done a double mastectomy.  Why did -- why
2  would you have done that or made that choice?
3      A   Okay.  So I wouldn't have to wear a bra.
4  No.  And that way there wouldn't be nothing there if
5  it came back.
6      Q   Okay.  So did you want just, basically,
7  any preventive measure so there was no chance that
8  it could come back?
9      A   Right.
10     Q   Okay.  And so, Ms. Smith, you'd agree with
11 me that you were willing to do whatever it took to
12 beat the cancer?
13         MR. BUTTARS:  Objection to form.
14         THE WITNESS:  Well, maybe not so much
15 whatever, but whatever was being -- and it wasn't
16 really being offered, because Dr. Bailey told me
17 what was next, and I -- I didn't know I had other
18 options.
19 BY MS. PETERSON:
20     Q   Sure.  You were -- you were willing,
21 though, to consent to whatever treatment it took to
22 make sure that your cancer would not come back?
23     A   Yeah.  Yes.
24     Q   Did you talk to anyone about having your
25 mastectomy besides Dr. Bailey?

Page 91

1      A   No.  Just Dr. Bailey.
2      Q   No family or friends?
3      A   My mom.  It happened so fast, I wasn't --
4  I wasn't able to talk to hardly anyone or get any
5  consult, because I -- I talked to my friends and
6  Marie.  Marie is the one that told me, "You need to
7  get a second opinion."  And I lost my temper with
8  her and got her told that, "I don't have time for a
9  second opinion."  And at that time, I didn't have
10 insurance and couldn't afford to get a second
11 opinion.  So I was going with what was being offered
12 to me at the time.
13     Q   So just to make sure I understood that
14 right, Marie, who is your -- your friend, yes?
15     A   Yes.
16     Q   Marie suggested to you that you should get
17 a second opinion, and you said "no," right?
18     A   I told her --
19         MR. BUTTARS:  Objection to form.
20         THE WITNESS:  -- I couldn't.  I didn't
21 have insurance and couldn't afford a second opinion
22 and --
23 BY MS. PETERSON:
24     Q   And you did not, in fact, ever --
25     A   -- didn't have time.

Page 92

1      Q   -- get a second opinion?
2      A   Well, I didn't have time.  From the time I
3  was diagnosed to the surgery, I think it was only
4  two weeks' time.  I -- and it takes -- for a
5  specialist, you're making an appointment six months
6  to a year ahead of time and I --
7      Q   Sure.  Ms. Smith, that wasn't my question.
8      A   Oh.
9      Q   So you did not seek a second opinion,
10 correct?
11     A   Right.  No, I didn't.
12     Q   Did you know that there are risks with any
13 surgery?
14     A   Yes.
15     Q   Okay.  Did Dr. Bailey specifically warn
16 you about the risks of this particular surgery -- of
17 your left mastectomy?
18     A   We had discussed some of it, but as to
19 what extent, I don't remember.  We discussed more of
20 it after the surgery than before.
21     Q   He discussed with you the risks of your
22 surgery after it?
23     A   Wait.  Let me -- the side effects of the
24 surgery is what we discussed afterwards.  Before the
25 surgery, he basically just told me that they would

Page 93

1  go in and remove the breast.  He told me what the
2  procedures were, and that -- that was basically what
3  we discussed.
4      Q   Okay.  Okay.  So I want -- okay.  So you
5  had your surgery on April 23rd of 2014; is that
6  right?
7      A   Yes.
8      Q   Okay.  So I want to go back to Exhibit 4,
9  and I'm going to share my screen again so we can
10 both see it.  Okay.  So I'll represent to you this
11 is another medical record that we got from the
12 Singing River Health System.
13         And you can see your name and your date of
14 birth up at the top.  And -- this -- so this is an
15 informed consent.  I'm going to scroll down here.
16 Is this your signature here?
17     A   Yes.
18     Q   Okay.  And we can see that this is dated
19 on April 16th of 2014.  Do you see that?
20     A   Yes.
21     Q   Okay.  So this is the informed consent
22 that you signed prior to your left mastectomy that
23 occurred on April 23rd of 2014, yes?
24     A   Yes.
25     Q   Okay.  So let's go back up to the top here

24 (Pages 90 - 93)

|  | Page 142 |  | Page 144 |
|---|---|---|---|
| 1 | of cancer I had. | 1 | THE WITNESS: Whatever y'all decide. |
| 2 | Q  What was the normal treatment? | 2 | MS. PETERSON: Okay. Let's go ahead and |
| 3 | A  What they were giving me. | 3 | just break for an hour. It's 1:00 Central Time, so |
| 4 | Q  Taxotere plus carboplatin? | 4 | we can break until about 2 p.m. Does that sound |
| 5 | A  I guess. | 5 | good? Give you a chance to eat lunch and take a |
| 6 | Q  Do you -- | 6 | little bit of a breather? |
| 7 | A  I was told to just -- | 7 | THE WITNESS: Yes. |
| 8 | Q  What's that? | 8 | VIDEOGRAPHER: The time is -- |
| 9 | A  Go ahead. | 9 | MS. PETERSON: Jason, I have on the record |
| 10 | Q  I can stop sharing this, too. | 10 | that we've been going three hours and five minutes. |
| 11 | Do you know of any other chemotherapy | 11 | Is that how much you have? |
| 12 | regimen that would have been available to you with | 12 | VIDEOGRAPHER: I've got three hours and |
| 13 | the type of breast cancer you had? | 13 | seven minutes. |
| 14 | A  I was trusting my doctors. No, I didn't | 14 | MS. PETERSON: Okay. We're pretty close. |
| 15 | know of anything, other than what I was going | 15 | THE WITNESS: Okay. That sounds good. |
| 16 | through. | 16 | MS. PETERSON: We're going to go ahead and |
| 17 | Q  Okay. | 17 | jump off. |
| 18 | A  I didn't find out until later that there | 18 | VIDEOGRAPHER: The time is 1:00 p.m. |
| 19 | was other options. | 19 | We're off the record. |
| 20 | Q  What are those other options? | 20 | (OFF THE RECORD AT 1:00 P.M.) |
| 21 | A  The pill form of chemo. | 21 | VIDEOGRAPHER: We're back on the record. |
| 22 | Q  Do you know if that pill was available in | 22 | The time is 2:00 p.m. |
| 23 | 2014? | 23 | BY MS. PETERSON: |
| 24 | A  I don't know if it was. I don't -- | 24 | Q  Ms. Smith, did you talk to anyone over the |
| 25 | probably not. | 25 | lunch break? |

|  | Page 143 |  | Page 145 |
|---|---|---|---|
| 1 | Q  Okay. So let's talk about what was | 1 | A  My son. |
| 2 | available in 2014. Were there any other options -- | 2 | Q  What'd you tell him? |
| 3 | A  I don't know -- | 3 | A  I asked him if the lasa- -- if I could |
| 4 | Q  -- that you know existed for your type of | 4 | have some of the lasagne. |
| 5 | cancer? | 5 | Q  Okay. Did you talk to him about anything |
| 6 | A  Not at the time. I -- that I know of. I | 6 | else? |
| 7 | don't know. | 7 | A  I told Nate that I lost connection to the |
| 8 | Q  So when you were saying that | 8 | video and that I was having a hard time |
| 9 | Dr. Herrington told you that you -- that there was a | 9 | understanding what he was saying. |
| 10 | chance that you could lose your hair, and she told | 10 | Q  Okay. And you don't need to tell me what |
| 11 | you this prior to chemo, did she say anything else? | 11 | you and -- you and Nate talked about. |
| 12 | A  I don't know. I don't -- I'm not sure. | 12 | A  Oh, okay. |
| 13 | Q  You don't remember her saying anything | 13 | Q  Did you talk to anyone besides your son |
| 14 | else about it? | 14 | and to Nate? |
| 15 | A  I remember us talking about it and -- but | 15 | A  I called my mom. |
| 16 | as far as remembering the conversation, no, I don't | 16 | Q  And what did you tell your mom? |
| 17 | remember all of it. | 17 | A  I asked her how she was doing -- I wanted |
| 18 | MS. PETERSON: Okay. Ms. Smith, how does | 18 | to check on her -- and told her I was in the middle |
| 19 | taking a lunch break right now sound? | 19 | of a deposition. I said I couldn't accept any phone |
| 20 | THE WITNESS: Great. | 20 | calls while we're doing this, so I wanted to check |
| 21 | MS. PETERSON: Okay. Then let's go ahead | 21 | on her. |
| 22 | and do that. How much time do y'all think you would | 22 | Q  Okay. Anyone else? |
| 23 | want for lunch? Like 45 minutes? An hour? An | 23 | A  No, ma'am. |
| 24 | hour? | 24 | Q  Okay. So let's jump back in. I think we |
| 25 | MR. BUTTARS: What do you prefer, Ms. -- | 25 | just finished talking about your first oncology |

Page 150

1  Q  So -- and that's that -- just as a memory
2  refresher, that's that same drug we've been talking
3  about also called the "Red Devil." So do you see
4  that Dr. Herrington noted that she needed to avoid
5  that due to an underlying condition?
6     A  I didn't even know about that. We had --
7  I don't even remember talking about that. I just
8  remember her mentioning some medication and saying
9  that I didn't need that, so that's -- that's all I
10 remember.
11    Q  Okay. And it says next, "Will plan for
12 Ms. Smith to return on Tuesday for chemotherapy."
13 Do you remember Dr. Herrington telling you at this
14 June 5th, 2014, appointment what chemotherapy drugs
15 you were going to receive, since she noted that she
16 was going to avoid an anthracycline?
17    A  Well, I -- I don't remember, but --
18    Q  Okay.
19    A  I can't understand this saying that there
20 was a problem with my heart because I did go to a
21 cardiologist, and he said nothing was wrong with me.
22 So I don't -- I don't understand.
23    Q  Okay. So you don't remember
24 Dr. Herrington telling you what chemotherapy regimen
25 you were going to receive?

Page 151

1     A  No, I don't remember.
2     Q  Did you ask what regimen you were going to
3  receive or what drugs you were going to receive?
4     A  I thought all chemo was the same, then, so
5  I didn't know.
6     Q  Okay. Did you attend any type of
7  chemotherapy class?
8        MR. BUTTARS: Objection to form.
9        THE WITNESS: No.
10 BY MS. PETERSON:
11    Q  Any nurse's counseling?
12    A  I talked to one of the counselors there in
13 the oncology clinic about hair loss because they had
14 a -- something set up to where they donated wigs,
15 but that was all I remember talking to anybody
16 about --
17    Q  Was this before you took --
18    A  -- other than --
19    Q  -- chemotherapy?
20    A  No. This was after. This is when I done
21 went bald.
22    Q  Okay. Did you receive a wig?
23    A  Yes.
24    Q  Is it from this program you just talked
25 about?

Page 152

1     A  Yes.
2     Q  Do you know what the program was called?
3     A  No. It -- it's right there in oncology
4  clinic itself. I -- I don't remember.
5     Q  And the oncology clinic where you had your
6  Taxotere infusions or at your -- at Dr. Herrington's
7  office?
8     A  Well, her -- her office is in the clinic.
9     Q  Oh, okay.
10    A  Was in the clinic. She's in Jackson now.
11 But, no, they -- all of their doctors are right
12 there in the clinic -- their radiation doctors and
13 their chemo doctors. They're just in different
14 wings.
15    Q  Did you have to pay for your wig?
16    A  No.
17    Q  Do you still have it?
18    A  No. I donated it back. I couldn't wear
19 them. They made my head itch too much.
20    Q  So you never wore the wig?
21    A  No. I wore a ball cap.
22    Q  Okay. Do you have any pictures of you in
23 those ball caps?
24    A  One. I think I sent it to Dr. -- Dr. --
25 to Nate. If not, I still have it. I'd just have

Page 153

1  to -- it'd take a little while to pull it up.
2     Q  Okay. Well, you don't need to do that
3  today. But if we are able to find it through Nate,
4  we'll have him follow back up with you to grab that
5  picture at a later date. Does that sound good?
6     A  That's fine.
7     Q  Okay. Do you remember when the date of
8  that picture was?
9     A  I'm sorry. When which picture was?
10    Q  The picture -- you said you had one
11 picture of you in a ball cap. Was that during
12 chemotherapy?
13    A  That was in -- that was on Thanksgiving.
14    Q  Okay. So that would have been after
15 chemotherapy?
16    A  Yes.
17    Q  And just so we're on the same page, that
18 would have been in November of 2014?
19    A  Yes, ma'am.
20    Q  Okay. Okay. Before you took Taxotere and
21 carboplatin, did you understand that there are risks
22 associated with all chemotherapy?
23    A  Well, there's risks with every medication.
24 So, I mean, there's a certain amount of risks with
25 anything you take. There's a risk about an allergic

39 (Pages 150 - 153)

Page 154

1  reaction. There's all kind of risks.
2  Q  So you would agree with me that you knew
3  there were risks associated with chemotherapy, yes?
4  A  Yes, yes.
5  Q  Okay. What risks did you know that were
6  specific to Taxotere before you took chemotherapy?
7  A  Well, I wasn't sure it was Taxotere. I --
8  I was under the impression -- like I said, I was
9  under the impression that all chemo was the same. I
10 didn't even know it was two different medications.
11 I just thought it was all the same.
12 Q  Okay. That's fine. Let me rephrase my
13 question and say: What risks did you know existed
14 with chemotherapy before you took it?
15 A  Hair loss, brain fog. I didn't realize it
16 would be as bad as it was. Let's see. Hair loss,
17 brain fog, sensitivity to light -- sunlight, nausea.
18 I just wasn't sure on the extent of which. I just
19 knew there was a risk of those.
20 Q  Okay. So -- so you understood that there
21 was a risk of those side effects, but you didn't
22 know how much it would impact you. Is that fair to
23 say?
24 A  Not so much impact me as impact my health.
25 Q  Okay. And one thing that you said there

Page 155

1  was -- you knew that brain fog occurred. But I
2  think what you said is, "I didn't think it was that
3  bad." Is that -- or "be that bad?"
4  A  Yes.
5  Q  Okay. And what was your understanding of
6  that?
7  A  I didn't know really nothing about it
8  until it started happening. And the nurses -- this
9  was probably about four months into it, and the
10 nurses in the clinic are the ones that told me that
11 it was called brain fog. And I thought they were
12 just telling me that to make me feel good. I didn't
13 know it really existed.
14 Q  Okay. And -- yeah. So you knew that
15 brain fog could exist before you took chemotherapy,
16 but you learned how bad it could be after chemo?
17 Did I understand that right?
18 A  No. I -- I knew -- I didn't really know
19 that brain fog -- wait. I -- I didn't know nothing
20 about brain fog until I started taking the chemo,
21 and that's when the nurses told me that it was brain
22 fog, and I thought they just made it up. And I
23 Googled it and found out that there really was such
24 a thing as brain fog. I just --
25 Q  Okay. So to go back to my first question,

Page 156

1  then, is: What risks did you know existed before
2  you took chemotherapy?
3  A  Oh, before? Okay. Hair loss, nausea --
4  hair loss and nausea. That's all I knew about
5  before. I didn't find about the others until I
6  was -- done been going through the program -- well,
7  not program. Done been going through chemo for,
8  like, three or four months.
9  Q  Okay. Did you understand, before you took
10 chemotherapy, that there could be potentially
11 life-threatening risks?
12 A  What? Life-threatening risks to taking
13 the chemo?
14 Q  Yes.
15 A  I really wasn't sure.
16 Q  Okay. Do you remember going through the
17 informed consent on your -- both your left
18 mastectomy and your radiation this morning?
19 A  Yes.
20 Q  Do you remember also signing an informed
21 consent for your chemotherapy?
22 A  If you showed it to me and -- and it's got
23 my signature, then I signed it. But as far as
24 remembering signing it, no.
25 Q  Okay. Did you understand that some of the

Page 157

1  side effects that you could experience from -- from
2  chemotherapy could be long-lasting?
3  A  No. I -- I thought I'd recover from most
4  of it.
5  Q  Well, what do you mean by "most of it?"
6  A  I learned that I'd still not be able to go
7  in the sun and get too hot and sweat. I found out
8  about that afterwards.
9  Q  Okay. Have you sued anyone because you
10 can't go out into the sun and you sweat?
11     MR. BUTTARS: Objection to form.
12     THE WITNESS: What, Nate?
13     MR. BUTTARS: Go ahead.
14     THE WITNESS: Oh. No. There's no one to
15 sue for that because that's -- that's because I have
16 no lymph nodes. That's the reason why I can't go
17 in -- why I have a sensity -- sensitivity to the
18 sun, and when I do -- what it is, is when I do
19 sweat, it -- it stays in my arm. The sweat doesn't
20 come out my pores like it does in the rest of my
21 body. It just doesn't sweat. It just holds the
22 fluid in my arm. So, no, I didn't know about that
23 before.
24 BY MS. PETERSON:
25 Q  Have you sued Dr. Bailey for removing

| Page 166 | Page 168 |
|---|---|
| 1  attribute your hair thinning to chemotherapy?<br>2    A   Yes.  Because it wasn't -- it wasn't that<br>3  thin until I had chemo.<br>4    Q   Okay.  Ms. Smith, did you ever think that<br>5  your hair loss was from anything but chemotherapy?<br>6    A   No.<br>7    Q   Okay.  So let's now go to your -- your --<br>8  your infusion of Taxotere and carboplatin -- your<br>9  chemotherapy infusion.  Does that sound good?<br>10   A   Okay.<br>11        (EXHIBIT 7 PREMARKED)<br>12 BY MS. PETERSON:<br>13   Q   And I'm sharing a screen with you on<br>14 what's been marked as Exhibit 7.  And, once again,<br>15 these are medical records from Singing River Health<br>16 System.  This is you and your date of birth up here<br>17 at the top.<br>18       And so -- let's see.  Okay.  So we can see<br>19 on June 10th of 2014, that you were administered<br>20 docetaxel, or Taxotere, and carboplatin.  And my<br>21 understanding is this was your first cycle of<br>22 chemotherapy.  Is that consistent with what your<br>23 understanding is?<br>24   A   I believe so.<br>25   Q   Okay.  Do you remember anything -- | 1   Q   Do you still have nausea?<br>2   A   The tiredness -- no, no.  The nausea<br>3 stopped about my second radiation treatment, but<br>4 all -- all of the rest of it -- let's see.  The -- I<br>5 can't take steroids now because I have a sensitivity<br>6 to it now.  Let's see.<br>7   Q   Okay.  So I want to talk about your second<br>8 appointment.  I have down that your second<br>9 chemotherapy cycle was on July 1st of 2014.  Does<br>10 that sound right to you?<br>11   A   Yes, ma'am.<br>12   Q   I've got to scroll here.<br>13       Okay.  So this is a note from July 10th of<br>14 2014, and it says, "Patient called to state she has<br>15 sores on her head.  Patient states that she's been<br>16 treated for that before with special shampoo."<br>17       What kind of sores on your head did you<br>18 get?<br>19   A   Heat bumps.<br>20   Q   Heat bumps?<br>21   A   Yes, ma'am.<br>22   Q   And you have gotten those before?<br>23   A   Yes.<br>24   Q   When?<br>25   A   Oh, it -- I'm -- I'm not sure when. |
| Page 167 | Page 169 |
| 1   A   Yes.<br>2   Q   -- specific about your first infusion?<br>3   A   That I was nervous, that I was starting to<br>4 get sick.  They had to slow it down.<br>5   Q   Did anyone go with you to that first<br>6 appointment?<br>7   A   Yes.  Terry Bond went with me the first<br>8 one.<br>9   Q   And who is that?<br>10   A   A friend.<br>11   Q   Okay.  Did you receive any information or<br>12 handouts or pamphlets at that first chemotherapy<br>13 infusion appointment?<br>14   A   No.  Everything they gave me was whenever<br>15 I was diagnosed and the first appointment with<br>16 Dr. Herrington.<br>17   Q   Okay.  What side effects did you<br>18 experience after your first infusion?<br>19   A   Nausea, exhaustion.  They also gave me<br>20 steroids.  I don't know what the name of it was.<br>21 But the steroids caused me to get red, flushed, and<br>22 my heat -- my heart raced.<br>23   Q   Okay.  How long did all of those last?<br>24   A   The nausea lasted the whole time I was<br>25 taking chemo. | 1   Q   I mean, was this when you were a kid or as<br>2 an adult?<br>3   A   An -- an adult.  But it was, like, oh, my<br>4 goodness, maybe 20, 30 years ago, and I used a<br>5 shampoo for a while and it cleared up.<br>6   Q   Do you know what the shampoo is?<br>7   A   Yeah.  It's the same thing that she gave<br>8 me this time.  I -- I'm fixing to go get the name of<br>9 it.  But it -- I can't use the shampoo now because I<br>10 have a sensitivity to -- to the steroids in it.<br>11 It's called -- oh, let me spell it --<br>12 K-E-T-O-C-O-N-A-Z-O-L-E.<br>13   Q   Okay.  So is that the shampoo that you<br>14 were prescribed in July of 2014?<br>15   A   No.  I wasn't prescribed anything then.<br>16 This prescription was, oh, God, about a year ago, --<br>17   Q   Okay.<br>18   A   -- because I started to have the heat<br>19 bumps come back.<br>20   Q   Okay.  So on here, when it says, "Patient<br>21 states that she has been treated for that before<br>22 with special shampoo," you did not get the special<br>23 shampoo in July of 2014?<br>24   A   No.<br>25   Q   Okay.  So -- |

43 (Pages 166 - 169)

Veritext Legal Solutions

800-227-8440                                                    973-410-4040

Page 170

1    A    No.
2    Q    -- you had heat bumps about 20 years ago?
3    A    Yes.
4    Q    Between 20 years ago and your chemotherapy
5  infusions, did you have any heat bumps in that time
6  period?
7    A    I broke out in heat bumps all over.  I
8  broke out in a rash after Hurricane Katrina because
9  there was no power for a long time.
10   Q    Okay.  Any other time you can remember?
11   A    Not that I can remember.
12       THE WITNESS:  And I just lost all of
13  y'all.
14       MS. PETERSON:  Oh okay.  Well, why don't
15  we take a second and go off the record and get you
16  back connected.
17       THE WITNESS:  Okay.
18       VIDEOGRAPHER:  The time is 2:37 p.m.
19  We're off the record.
20       (OFF THE RECORD AT 2:37 P.M.)
21       VIDEOGRAPHER:  We're back on the record.
22  The time is 2:49 p.m.
23  BY MS. PETERSON:
24   Q    Okay.  So I want to just wrap up.  Right
25  before we lost video feed, we were talking about

Page 171

1  your head sores.
2        Ms. Smith, is correct to say that you've
3  gotten sores on your head, you know, on and off
4  throughout your adult life?
5    A    Not the whole -- probably about the past
6  30 years.
7    Q    Okay.  30 years?
8    A    But it -- it's -- it's heat bumps.  It's
9  not head sores.  It's just heat bumps.
10   Q    Okay.  And on this record that we looked
11  at, when you called in, they're talking about sores
12  on your head.  Do you see that?
13   A    Yes.  It -- it was from heat bumps.
14  That's just what they classi- -- but it was just
15  heat bumps.  They didn't --
16   Q    Okay.  I just want to make sure we're
17  clear, that the medical record calls them sores on
18  your head?
19   A    Yeah.
20   Q    And you said that you also got those about
21  a year ago and that you needed to go get some
22  shampoo for it; is that right?
23   A    Yes.
24   Q    Okay.  Now I want to go down.  Okay.  So I
25  have that your third chemotherapy cycle was on

Page 172

1  July 22nd, 2014.  Does that sound about right to
2  you?
3    A    Yes, ma'am.
4    Q    And your --
5    A    My -- my -- I'm sorry.  My appointments
6  ran about every three and a half weeks.
7    Q    Okay.  And then your fourth chemotherapy
8  cycle occurred around August 12th, 2014.  Does that
9  sound right to you?
10   A    I'm sorry?
11   Q    Your fourth --
12   A    Could you repeat that?
13   Q    -- chemotherapy cycle occurred around
14  August 12th of 2014.  Does that sound right?
15   A    Yes, ma'am.
16   Q    Okay.  So I want to look now at a record
17  that's from August 14th of 2014, so about two days
18  after your fourth cycle.  And it says, "Patient
19  called stating she is upset because she thought she
20  was done with chemo.  Regimen reinforced with
21  patient and allowed time for questions and concerns.
22  Patient will continue with chemo in follow-up as
23  scheduled."
24       Do you remember calling in?
25   A    Yes.

Page 173

1    Q    Why were you upset?
2    A    Because I was under the impression that I
3  was finished with chemo, that I didn't have to go to
4  have more treatments.
5    Q    Did you -- was it your --
6    A    And that's --
7    Q    -- understanding that you would have just
8  four cycles of chemotherapy?
9    A    That's what I thought.
10   Q    Okay.
11   A    But that's when they explained to me that,
12  no, I got my -- my amount mixed up or -- or -- I
13  can't remember exactly the way it was put.  But they
14  had told me that I had two more treatments -- or
15  four more.  I don't even -- I don't even remember
16  how many, but at the time I was upset because I
17  thought I was finished with chemo.
18   Q    Okay.  And I have that your -- you had a
19  fifth cycle of chemotherapy, and that was around
20  September 2nd of 2014.  Does that sound right to
21  you?
22   A    Yes, ma'am.
23   Q    And then I have your sixth and final chemo
24  treatment as September 23rd, 2014; is that right?
25   A    Yes, ma'am.

44 (Pages 170 - 173)

Page 274

1  A  A couple of times maybe.
2  Q  When?
3  A  Rent?
4  Q  When?
5  A  Oh, I'm not sure. I smoked some after
6  I've had chemo because I'm allergic to all of the
7  pain medication that they prescribed, and that's the
8  only thing that actually helps with my pain some.
9  Q  So how often do you smoke now --
10 marijuana?
11 A  Maybe once a week.
12 Q  Okay. And how long have you been smoking
13 marijuana once a week?
14 A  Maybe three years.
15 Q  Okay. Who is Laura Reynolds?
16 A  My mother.
17 Q  Who is Donna Chandler?
18 A  My friend.
19 Q  Who is Janet Evans?
20 A  Who?
21 Q  Janet Evans?
22 A  I don't recognize the name.
23 Q  Okay. What about Crystal Welsford Spears?
24 A  Oh, a girl I used to work with before I
25 had cancer.

Page 275

1  Q  Have you ever talked to her about your
2  hair loss?
3     MR. BUTTARS: Objection to form.
4     THE WITNESS: No. I just keep up with her
5  on Facebook. We -- we don't have much conversation.
6  BY MS. PETERSON:
7  Q  Okay. And who is Diana Marrow Trest?
8  A  That's a friend from church.
9  Q  And have you talked to Diana about your
10 hair loss?
11 A  Yes.
12    MR. BUTTARS: Object to form.
13 BY MS. PETERSON:
14 Q  Have you talked about your hair loss since
15 chemotherapy?
16 A  Yes.
17 Q  Who is Melodie Bowden?
18 A  Oh, okay. That was -- her last name used
19 to be Roach. She was a girl that used to babysit my
20 kids that I run into.
21 Q  Have you ever spoken to her about hair
22 loss?
23    MR. BUTTARS: Objection to form.
24    THE WITNESS: I don't know if I have or
25 not. She's done moved to Texas, so I -- she's been

Page 276

1  living in Texas the past couple of years, so I -- I
2  don't have if I did or not.
3  BY MS. PETERSON:
4  Q  Okay. So Christy -- who is Christy Webb
5  Grime?
6  A  She's a family member by blood.
7  Q  And family member --
8  A  I don't have -- I don't have much to do
9  with any of them.
10 Q  Okay. Did -- have you ever talked to
11 Christy about your hair loss in this litigation?
12 A  I don't -- I don't even talk to Christy,
13 hardly ever.
14 Q  Okay.
15 A  I might respond to her Facebook comments,
16 but as far as -- the last time I saw her, we had a
17 family get-together when my Uncle Fred came down
18 from Michigan.
19 Q  Okay. One thing that you -- you've spoken
20 about a couple of times today is that you would have
21 taken another option aside from Taxotere. Did I
22 understand that right?
23 A  Yes.
24 Q  What other option would you have taken?
25    MR. BUTTARS: Objection to form.

Page 277

1     THE WITNESS: I don't know. They didn't
2  offer me any. I -- I was told that that's the
3  regimen that they do with everyone, was the chemo
4  and the radiation.
5  BY MS. PETERSON:
6  Q  Okay. If they --
7  A  But I wasn't given -- I wasn't told any
8  specific types of -- they didn't break it down and
9  tell me Taxotere, and this, that, and the other.
10 I -- I read that in a book. I was just told it was
11 chemo.
12 Q  So you don't remember Dr. Herrington ever
13 telling you that you were going to receive Taxotere
14 before you took it?
15 A  If she told me, I don't remember.
16 Q  Okay.
17 A  When we talked about it, I just lumped it
18 all together as chemo.
19 Q  And --
20 A  I assumed it was all the same.
21 Q  Okay. For the other options, you aren't
22 aware of any specific options you could have taken
23 in place of Taxotere, correct?
24 A  Not at that time.
25 Q  If there was another chemotherapy drug

70 (Pages 274 - 277)

Page 278

1  that you could have taken that would have decreased
2  your chances of survival, would you have chosen that
3  option?
4      MR. BUTTARS: Objection to form.
5      THE WITNESS: I don't know.
6  BY MS. PETERSON:
7      Q   Why don't you know?
8      A   Because at that time, I was going with
9  what I was offered. So I don't know what all was
10 out there then. I didn't know anything about cancer
11 or chemo or anything like that, other than other
12 people around me that had dealt -- dealt with it. I
13 didn't know nothing about it. I had never had it,
14 so I didn't know.
15     Q   Did any of the people that you said that
16 you knew around you lose their hair?
17     A   There was only one person, and he just
18 passed away a week ago -- I'm sorry -- two weeks
19 ago. And I didn't go around him because whenever
20 you start chemo, people don't need to visit because
21 they can carry -- I didn't want him getting sick and
22 it being my fault.
23     Q   So --
24     A   And --
25     Q   -- aside from him, do you know of any

Page 279

1  other person who lost their hair due to
2  chemotherapy?
3      A   Sonya, she did. Hers grew back. Hers
4  grew back just as thick as it did -- as it was
5  before chemo. My daughter, Amanda, she lost her
6  hair; but, unfortunately, she passed away before --
7  it had just started growing back.
8      Q   Do you know what chemotherapy Amanda took?
9      A   I honestly don't remember.
10     Q   Okay.
11     A   I don't know. Her husband was mad at me,
12 and I was not allowed to go to the doctor visits, so
13 I don't know other -- anything other than what I was
14 told.
15     Q   Okay. Do you remember taking the drug
16 Lyrica?
17     A   Yes.
18     Q   Do you remember taking Neurontin?
19     A   Yes. I couldn't take neither one of them.
20 The -- the -- not Neurontin. I don't -- I don't
21 know. I took gabestatin (sic) and Lyrica, and
22 neither one of them worked. So I couldn't take
23 neither one of them, so I didn't take nothing for --
24     Q   Okay. What about Wellbutrin?
25     A   I'm severely allergic to that. I took

Page 280

1  that for three days and ended up in the hospital
2  with respiratory distress.
3      Q   Okay. Prozac?
4      A   What?
5      Q   Prozac?
6      A   Prozac? It made me feel like my skin was
7  crawling off my body. I took that one week and that
8  was it.
9      Q   Tofranil?
10     A   I don't remember that one.
11     Q   Celexa? Am I saying that right?
12     A   It made me hallucinate.
13     Q   Effexor?
14     A   Oh. Oh, that made me feel like I wanted
15 to kill myself. I couldn't take that either.
16     Q   Advil?
17     A   Advil?
18     Q   Yeah. You've taken Advil over the years?
19     A   Excuse me?
20     Q   You've taken Advil over the years, yes?
21     A   No, I don't take it now. The last time I
22 took it was when Dr. Bailey told me to take it, and
23 I put myself in the hospital and almost did
24 permanent kidney damage because of it.
25     Q   How much did you take?

Page 281

1      A   I was taking three and four at one time
2  every three to four hours trying to ease up the
3  pain.
4      Q   Okay. How many days in a row?
5      A   For about five months.
6      Q   Okay.
7      A   I can't take -- I can't take -- I'm
8  allergic to all of the pain medication. I can't
9  take nothing.
10     Q   Can you take Aleve?
11     A   So I was doing what I --
12     Q   Can you take Aleve?
13     A   No, I can't. No.
14     Q   Okay. Have you taken Flexeril?
15     A   Yes. That's a mild muscle relaxer. I get
16 prescribed that every once in a while when I pull
17 muscles.
18     Q   Okay. Toradol?
19     A   That I -- it causes nausea.
20     Q   Okay. Dexamethasone?
21     A   I don't remember that one.
22     Q   Solu-Medrol?
23     A   I don't remember that one.
24     Q   Prednisone?
25     A   I remember that one. I can't remember