# EXHIBIT F

**SINGING RIVER HEALTH SYSTEM**
OCEAN SPRINGS HOSPITAL | SINGING RIVER HOSPITAL

SINGING RIVER HOSPITAL
2809 DENNY AVE
PASCAGOULA MS 39581-5301
Amb Encounter Report

Smith, Cindy Louise
 Sex: F
Visit date: 11/9/2020

## Notes (continued)

ACOS Standard 4.3
The cancer committee, or other appropriate leadership body, develops a process to monitor physician use of AJCC or other appropriate staging, site specific prognostic indicators and evidence based national treatment guidelines in the treatment planning for cancer patients.

Patient Name: **Smith, Cindy (Breast)**

✓ The NCCN Practice Guidelines was used in the treatment planning for patient care. (See attached guideline)

_____ Enrolled in a research study

_____ The Treatment Practice Guidelines was not used in the treatment planning for patient care.

_pT4b pN0 M0, St. IIIB_ AJCC Clinical Stage

_"Triple Negative", 3+ post prog._ Prognostic Indicators

_[signature]_ Signature

Date of Initial Consult 5/15/2014

SINGING RIVER HOSPITAL
2809 DENNY AVE
PASCAGOULA MS 39581-5301

Smith, Cindy Louise
Adm: 7/3/2012, D/C: 7/3/2012
Sex: F

Page 4714                                                         Printed by Crystal M Cisneros at 8/24/20  1:18 PM



10396 - SMITH,CINDY - Singing River Health System 004723



SINGING RIVER HEALTH SYSTEM
OCEAN SPRINGS HOSPITAL | SINGING RIVER HOSPITAL

SINGING RIVER HOSPITAL
2809 DENNY AVE
PASCAGOULA MS 39581-5301
Amb Encounter Report

Smith, Cindy Louise
Sex: F
Visit date: 11/9/2020

## Notes (continued)

### BREAST STAGING FORM

**CLINICAL** – Extent of disease before any treatment
**STAGE CATEGORY DEFINITIONS**
**PATHOLOGIC** – Extent of disease through completion of definitive surgery

☐ y clinical – staging completed after neoadjuvant therapy but before subsequent surgery

TUMOR SIZE: 6.5 cm    LATERALITY: ☒ left ☐ right ☐ bilateral

☐ y pathologic – staging completed after neoadjuvant therapy AND subsequent surgery

#### PRIMARY TUMOR (T)

| Clinical | | Pathologic |
|---|---|---|
| ☐ TX | Primary tumor cannot be assessed | ☐ TX |
| ☐ T0 | No evidence of primary tumor | ☐ T0 |
| ☐ Tis | Carcinoma in situ | ☐ Tis |
| ☐ Tis (DCIS) | Ductal carcinoma in situ | ☐ Tis (DCIS) |
| ☐ Tis (LCIS) | Lobular carcinoma in situ | ☐ Tis (LCIS) |
| ☐ Tis (Paget's) | Paget's disease of the nipple is NOT associated with invasive carcinoma and/or carcinoma in situ (DCIS and/or LCIS) in the underlying breast parenchyma. Carcinomas in the breast parenchyma associated with Paget's disease are categorized based on the size and characteristics of the parenchymal disease, although the presence of Paget's disease should still be noted | ☐ Tis (Paget's) |
| ☐ T1 | Tumor ≤ 20 mm in greatest dimension | ☐ T1 |
| ☐ T1mi | Tumor ≤ 1 mm in greatest dimension | ☐ T1mi |
| ☐ T1a | Tumor > 1 mm but ≤ 5 mm in greatest dimension | ☐ T1a |
| ☐ T1b | Tumor > 5 mm but ≤ 10 mm in greatest dimension | ☐ T1b |
| ☐ T1c | Tumor > 10 mm but ≤ 20 mm in greatest dimension | ☐ T1c |
| ☐ T2 | Tumor > 20 mm but ≤ 50 mm in greatest dimension | ☐ T2 |
| ☐ T3 | Tumor > 50 mm in greatest dimension | ☒ T3 |
| ☐ T4 | Tumor of any size with direct extension to the chest wall and/or to the skin (ulceration or skin nodules)* | ☐ T4 |
| ☐ T4a | Extension to the chest wall, not including only pectoralis muscle adherence/invasion | ☐ T4a |
| ☐ T4b | Ulceration and/or ipsilateral satellite nodules and/or edema (including peau d'orange) of the skin which do not meet the criteria for inflammatory carcinoma | ☐ T4b |
| ☐ T4c | Both T4a and T4b | ☐ T4c |
| ☐ T4d | Inflammatory carcinoma** | ☐ T4d |

*Note: Invasion of the dermis alone does not qualify as T4.
**Note: Inflammatory carcinoma is restricted to cases with typical skin changes involving a third or more of the skin of the breast. While the histologic presence of invasive carcinoma invading dermal lymphatics is supportive of the diagnosis, it is not required, nor is dermal lymphatic invasion without typical clinical findings sufficient for a diagnosis of inflammatory breast cancer.

#### REGIONAL LYMPH NODES (N)

| Clinical | | Pathologic |
|---|---|---|
| ☐ NX | Regional lymph nodes cannot be assessed (e.g., previously removed) | NX |
| pNX | Regional lymph nodes cannot be assessed (e.g., previously removed, or not removed for pathologic study) | ☐ pNX |
| ☐ N0 | No regional lymph node metastases | N0 |
| pN0 | No regional lymph node metastasis identified histologically | ☒ pN0 |
| pN0(i-) | No regional lymph node metastases histologically, negative IHC | ☐ pN0(i-) |
| pN0(i+) | Malignant cells in regional lymph node(s) no greater than 0.2 mm (detected by H&E or IHC including ITC) | ☐ pN0(i+) |
| pN0(mol-) | No regional lymph node metastases histologically, negative molecular findings (RT-PCR) | ☐ pN0(mol-) |
| pN0(mol+) | Positive molecular findings (RT-PCR), but no regional lymph node metastases detected by histology or IHC | ☐ pN0(mol+) |

**HOSPITAL NAME/ADDRESS**
SRHS

**PATIENT NAME/INFORMATION**
Smith Cindy
MR# 10901480
Acct# 505852

*(continued on next page)*

American Joint Committee on Cancer • 2010                32-1

Page 4557

SINGING RIVER HOSPITAL
2809 DENNY AVE
PASCAGOULA MS 39581-5301

Smith, Cindy Louise
Sex: F
Adm: 7/3/2012, D/C: 7/3/2012

Printed by Crystal M Cisneros at 8/24/20 1:18 PM



SINGING RIVER HEALTH SYSTEM
OCEAN SPRINGS HOSPITAL | SINGING RIVER HOSPITAL

SINGING RIVER HOSPITAL   Smith, Cindy Louise
2809 DENNY AVE                                                Sex: F
PASCAGOULA MS 39581-      Visit date: 11/9/2020
5301
Amb Encounter Report

## Notes (continued)

**South Mississippi Surgeons, P.A.**

**Informed Consent**
**Generic Long Form**

I _Cindy Smith_ request that Dr. _Buley_ to perform the following procedure and I also agree to accept such other supportive and or additional care that his/her professional judgment may dictate during the following procedure:

_Left Modified Radical Mastectomy_

This is a _____ (surgical/nonsurgical) procedure.

1. **Diagnosis and/ or Reason For Procedure:**
   - _Left Breast Cancer_
   - _____

2. **Alternative Procedures:**
   - _Observation_
   - _____
   - _____

3. **General Risks:**
   With any surgery there are certain inherent risks which include, but are not limited to;
   - infection
   - bleeding
   - risk of deep vein thrombosis (blood clot in the legs)
   - risk of pulmonary embolus (blood clot in the lungs)
   - pneumonia
   - nerve injury
   - stroke
   - heart attack
   - allergic reactions
   - the need for blood transfusion, *which may give me hepatitis or expose me to HIV/ AIDS*
   - General Anesthesia Risk
   - **Death**

4. **Procedure Specific risks:**
   Specific risks include but are not limited to:
   - _As above_
   - _____
   - _____
   - _____
   - _____
   - _____

Patient Initials: _CLS_   Page 1 of 2

1124 Oakleigh Rd., Ocean Springs, MS 39564        2525 Telephone Rd., Pascagoula, MS 39567
Revision 10/10/2011JS

Page 4469

SINGING RIVER HOSPITAL   Smith, Cindy Louise
2809 DENNY AVE                                                Sex: F
PASCAGOULA MS 39581-      Adm: 7/3/2012, D/C: 7/3/2012
5301

Printed by Crystal M Cisneros at 8/24/20  1:18 PM

**10396 - SMITH,CINDY - Singing River Health System 004478**



SINGING RIVER HOSPITAL   Smith, Cindy Louise
2809 DENNY AVE                                                Sex: F
PASCAGOULA MS 39581-     Visit date: 11/9/2020
5301
Amb Encounter Report

## Notes (continued)

South Mississippi Surgeons, P.A.

**Informed Consent
Generic Long Form**

5. **Increased Risks:**
   I understand some of the above risks have a greater chance of happening if I:
   - smoke
   - am overweight
   - diabetic
   - have high blood pressure
   - previous or active heart disease
   - am non-compliant with the care indicated for me

6. **Probability of success:**
   The chances that the procedure will be successful are __90-95%__

7. **Risks without procedure:**
   If the procedure is not completed then
   __Cancer will grow & spread__

8. **Signature:**

   I understand that Medicine is not an exact science. Therefore, it is not possible to predetermine how a patient will be affected, if at all, by surgery, treatments, and possibly medication. The doctor has explained to me that sometimes during surgery it is discovered that additional surgery and/or procedures may be needed immediately. If I need such additional surgery and/or procedures during my operation, I permit the doctor to proceed. The above information has been explained to me and I have asked questions and they have been answered to my satisfaction. Furthermore, I understand that while in the operating room, the hospital may have assigned observers and trained personal to assist during surgery. I also consent to photographs being taken during the procedure for medical or legal purposes.

   Time __1330__ Date __4/16/12__ Physician Signature _____
   Patient Signature (or authorized representative) __Cindy L Smith__
   Witness Signature _____

   Patient Initials: __CLS__     Page 2 of 2

1124 Oakleigh Rd., Ocean Springs, MS 39564         2525 Telephone Rd., Pascagoula, MS 39567
Revision 10/10/2011JS

SINGING RIVER HOSPITAL   Smith, Cindy Louise
2809 DENNY AVE                                                Sex: F
PASCAGOULA MS 39581-     Adm: 7/3/2012, D/C: 7/3/2012
5301

Page 4470                                          Printed by Crystal M Cisneros at 8/24/20  1:18 PM

**10396 - SMITH,CINDY - Singing River Health System 004479**