# EXHIBIT H



| | SINGING RIVER HOSPITAL | Smith, Cindy Louise | |
|---|---|---|---|
| **SINGING RIVER HEALTH SYSTEM**<br>OCEAN SPRINGS HOSPITAL \| SINGING RIVER HOSPITAL | 2809 DENNY AVE<br>PASCAGOULA MS 39581-5301<br>Inpatient Record | Adm: 5/15/2014, D/C: 5/15/2014 | Sex: F |

### ED Records (continued)

**ED Notes (continued)**

No notes of this type exist for this encounter.

### Progress Notes - Encounter Notes

Progress Notes filed by Elizabeth L Herrington, DO at 10/7/2015 4:14 PM / Draft: Not Electronically Signed     Version 1 of 1

Author: Elizabeth L Herrington, DO          Service: Hematology                        Author Type: Physician
Filed: 10/7/2015 4:14 PM                    Date of Service: 5/16/2014 6:25 AM         Status: Unsigned Transcription
Editor: Elizabeth L Herrington, DO (Physician)

INITIAL CONSULTATION


PATIENT:   Cindy L Smith         DATE:   May 15, 2014
DOB:
MR#:


REFERRING PHYSICIAN:   John Bailey, M.D.

REASON FOR REFERRAL:   Newly diagnosed left breast cancer,
triple negative, diagnosed April 14, 2014.

HISTORY OF PRESENT ILLNESS:  Ms. Smith is very pleasant
54-year-old woman with a history of anxiety, depression,
hyperlipidemia, hypertension, osteoporosis, and rheumatoid
arthritis who presents for initial visit regarding an
infiltrating ductal carcinoma, triple negative, of the left
breast diagnosed April 14, 2014.  She states that back in May
2013 she was riding a motorcycle and had a motorcycle accident
and since that time has had significant hematoma of the left
breast.  She states that she did not notice any changes of her
left breast prior to the motorcycle collision.  She has been
followed by Dr. Bailey and states that approximately two months
ago she noticed that her left breast enlarged and she felt that
it was secondary to the hematoma.  However, it became very
painful to the point that she went to the Emergency Department
and there had an incision & drainage and was diagnosed with an
abscess.  She recently was seen by Dr. Bailey on April 14, 2014,
for an I&D of the left breast abscess for what was felt to be a
left breast infection.  Intraoperatively, there was some
abnormal tissue noted at its depth and this was removed and sent
to Pathology.  The pathology returned adenocarcinoma of the left
breast, ER negative, PR negative, HER-2 negative (1+ by IHC).

10396 - SMITH,CINDY - Singing River Health System 000863



SINGING RIVER HEALTH SYSTEM
OCEAN SPRINGS HOSPITAL | SINGING RIVER HOSPITAL

SINGING RIVER HOSPITAL
2809 DENNY AVE
PASCAGOULA MS 39581-5301
Inpatient Record

Smith, Cindy Louise

Sex: F

Adm: 5/15/2014, D/C: 5/15/2014

### Progress Notes - Encounter Notes (continued)

Progress Notes filed by Elizabeth L Herrington, DO at 10/7/2015  4:14 PM / Draft: Not Electronically Signed (continued)

Version 1 of 1

She underwent a mastectomy and axillary dissection on April 23, 2014.  The pathology of the left breast mastectomy revealed infiltrating ductal carcinoma, intermediate grade, 6.5 cm, with 17 lymph nodes free of tumor and the resection margins free as well.  This was also ER negative, PR negative, HER-2 negative.  Her path stage was pT4b pN0.  She states that since surgery she has overall been doing well.  She is healing.  She denies any fever, chills, or recent weight changes.  For other review of systems please see below.

PAST MEDICAL HISTORY:  Ms. Smith's medical history consists of anxiety, Depression, Hyperlipidemia, Hypertension, Osteoporosis, and rheumatoid arthritis.

PAST SURGICAL HISTORY:  Ms. Smith's surgical/procedural history consists of Mastectomy - Left breast. Carpal Tunnel
Ulnar Nerve Disposition.

CURRENT MEDICATIONS:  Norco 1 (5-325 mg) Tablet Oral q 6 hours PRN

ALLERGIES:  dilaudid, Morphine Sulfate, Penicillin G Benzathine, staples, Sulfabenzamide, ultram, and wellbutrin.

SOCIAL HISTORY:  Ms. Smith is married. She is an active smoker who has smoked for 19 years. She has no history of drinking. She has indicated exposure to the following products: cigarettes.

FAMILY HISTORY:  Ms. Smith's mother is alive: medical history includes Diabetes and Hypertension. Ms. Smith's father is deceased: cancer history consists of cancer. Siblings Kidney stones
First cousin with breast cancer (age 43).

REVIEW OF SYSTEMS:
Constitutional
Normal - No fevers, chills, night sweats, excessive fatigue or weight loss.

Allergic/Immunologic

Generated on 8/24/20  1:13 PM

Page 855

**10396 - SMITH,CINDY - Singing River Health System 000864**



SINGING RIVER HOSPITAL  Smith, Cindy Louise
2809 DENNY AVE                                    Sex: F
PASCAGOULA MS 39581-  Adm: 5/15/2014, D/C: 5/15/2014
5301
Inpatient Record

### Progress Notes - Encounter Notes (continued)

Progress Notes filed by Elizabeth L Herrington, DO at 10/7/2015 4:14 PM / Draft: Not Electronically Signed (continued)                                                        Version 1 of 1

```
Normal - No Rashes

Eyes
Normal - No significant visual difficulties. No diplopia.

ENMT
Normal - No problems with hearing, no sore throat, no sinus
drainage.

Endocrine
Normal -

Hematologic/Lymphatic
Normal - No easy bruising or bleeding.  The patient denies any
tender or palpable lymph nodes

Breasts
Abnormal - Left Breast mastectomy

Respiratory
Normal - No dyspnea on exertion, chest pain, cough or
hemoptysis.

Cardiovascular
Normal - No anginal chest pain, palpitations or orthopnea.

Gastrointestinal
Normal - No nausea, vomiting, diarrhea, GI bleeding, or
constipation. No change in bowel habits.  No heartburn or early
satiety.

Genitourinary (F)
Normal - No hematuria, hesitancy, incontinence, vaginal
bleeding, discharge or other problems with urination. Normal
sexual function.

Musculoskeletal
Abnormal - No joint pain, swelling or redness. + decreased
range of motion in legs from motor vehicle accident.

Integumentary
```

Generated on 8/24/20  1:13 PM                                                        Page 856



**SINGING RIVER HEALTH SYSTEM**
OCEAN SPRINGS HOSPITAL | SINGING RIVER HOSPITAL

SINGING RIVER HOSPITAL
2809 DENNY AVE
PASCAGOULA MS 39581-5301
Inpatient Record

Smith, Cindy Louise
Sex: F
Adm: 5/15/2014, D/C: 5/15/2014

### Progress Notes - Encounter Notes (continued)

Progress Notes filed by Elizabeth L Herrington, DO at 10/7/2015  4:14 PM / Draft: Not Electronically Signed (continued)

Version 1 of 1

Normal - No chronic rashes, inflammation, ulcerations or skin changes.

Neurologic
Normal - No headache, blurred vision, and no areas of focal weakness or numbness. Normal gait. No sensory problems.

Psychiatric
Normal - No insomnia, depression, mania or mood swings.  No psychotropic drugs.


PHYSICAL EXAMINATION:  Performed on May 15, 2014 09:51
Height
161 cms
Weight
88.6 kg

BSA (derived)
1.92 sq.m
BMI
34.1800 (HIGH)

Temperature
98.0 F(LOW)
Pulse
65 /min

Respiration
18 /min
BP
160/97

Pulse Oximetry (O2 Sat)
96 %
Pain Assessment
0

Fatigue
0

Generated on 8/24/20  1:13 PM

Page 857

**10396 - SMITH,CINDY - Singing River Health System 000866**



SINGING RIVER HOSPITAL  Smith, Cindy Louise
2809 DENNY AVE                              Sex: F
PASCAGOULA MS 39581-  Adm: 5/15/2014, D/C: 5/15/2014
5301
Inpatient Record

**Progress Notes - Encounter Notes (continued)**

Progress Notes filed by Elizabeth L Herrington, DO at 10/7/2015  4:14 PM / Draft: Not Electronically Signed
(continued)                                                                                              Version 1 of 1

```
Constitutional
Normal - Alert, cooperative, oriented.  Mood and affect
appropriate.  Well developed, well nourished.

Head
Normal - Normocephalic. Tympanic membranes are not examined.

Eyes
Normal - Conjunctivae and sclerae are clear and without
icterus.  Extraocular movements are full. Pupils are equal,
round, reactive, to light and accommodation.

ENMT
Normal - No oral exudates, ulcers, masses, mucositis or thrush.
Oropharynx clear.  Tongue normal. Mucus membranes are normal
without mucositis or  thrush.

Neck
Normal - Supple without supraclavicular or cervical
lymphadenopathy

Hematologic/Lymphatic
Normal - No petechiae or purpura.  No lymphadenopathy in
axillary, supraclavicular, or cervical regions.

Respiratory
Normal - Chest is clear to auscultation.

Cardiovascular
Normal - Cardiac rhythm is regular without murmurs, gallops or
rubs.




Breasts
Abnormal - s/p left mastectomy with incision well healed. No
masses palpated in right breast.

Abdomen
```



**SINGING RIVER HEALTH SYSTEM**
OCEAN SPRINGS HOSPITAL | SINGING RIVER HOSPITAL

SINGING RIVER HOSPITAL
2809 DENNY AVE
PASCAGOULA MS 39581-5301
Inpatient Record

Smith, Cindy Louise
Sex: F
Adm: 5/15/2014, D/C: 5/15/2014

**Progress Notes - Encounter Notes (continued)**

Progress Notes filed by Elizabeth L Herrington, DO at 10/7/2015  4:14 PM / Draft: Not Electronically Signed (continued)

Version 1 of 1

```
Normal - Soft and non-tender, non-distended, without masses, or
hepatosplenomegaly. Good bowel sounds. No guarding or rebound
tenderness.




Back/Spine
Normal - No Deformities or pain on palpation

Musculoskeletal
Normal - No joint effusions or deformities

Extremities
Normal - No visible deformities. Extremities are normal without
cyanosis, clubbing or edema. Pulses normal and equal
bilaterally.

Integumentary
Normal - Skin is normal without ecchymosis or petechiae.

Neurologic
Normal - No sensory or motor deficits, normal cerebellar
function, normal gait, cranial nerves intact. There are no focal
neurologic deficits.

Psychiatric
Normal - Alert and Oriented, expresses understanding of
discussion


MEDICAL DECISION MAKING:  Pathology results were reviewed and
discussed with patient.

ASSESSMENT:  Ms. Smith is a very pleasant 54-year-old woman
with newly diagnosed infiltrating ductal carcinoma of the left
breast, triple negative, here for initial visit.
```



**SINGING RIVER HEALTH SYSTEM**
OCEAN SPRINGS HOSPITAL | SINGING RIVER HOSPITAL

SINGING RIVER HOSPITAL
2809 DENNY AVE
PASCAGOULA MS 39581-5301
Inpatient Record

Smith, Cindy Louise
Sex: F
Adm: 5/15/2014, D/C: 5/15/2014

### Progress Notes - Encounter Notes (continued)

Progress Notes filed by Elizabeth L Herrington, DO at 10/7/2015 4:14 PM / Draft: Not Electronically Signed (continued)

Version 1 of 1

PLAN: Stage IIIB (pT4b N0 MX). Obtain staging scans such as MRI of her brain with and without contrast as well as a PET/CT. Discussed this with her as well and she is in agreement. I discussed that she will overall need chemotherapy followed by radiation given her stage as well as tumor size. Also discussed with her the possible use of Adriamycin and would like to get a transthoracic echocardiogram for a baseline EF. Also discussed with her BRCA testing since she is less than 60 years of age with a triple negative breast cancer and she is in agreement to proceed with the test. We also discussed port placement for chemotherapy and she will see Dr. Bailey for this. Would like to see her back in approximately two weeks for follow up and to begin chemotherapy.


Electronically signed by: Elizabeth Herrington, D.O.

CC: John Bailey, M.D.

DD: 5/15/2014
DT: 5/16/2014
Trans ID: dg