# EXHIBIT I



**SINGING RIVER HEALTH SYSTEM**
OCEAN SPRINGS HOSPITAL | SINGING RIVER HOSPITAL

SINGING RIVER HOSPITAL
2809 DENNY AVE
PASCAGOULA MS 39581-5301
Inpatient Record

Smith, Cindy Louise
Sex: F
Adm: 6/5/2014, D/C: 6/5/2014

### ED Records (continued)
### Progress Notes - Encounter Notes

Progress Notes filed by Elizabeth L Herrington, DO at 10/5/2015 2:29 PM / Draft: Not Electronically Signed          Version 1 of 1

Author: Elizabeth L Herrington, DO
Filed: 10/5/2015 2:29 PM
Editor: Elizabeth L Herrington, DO (Physician)

Service: Hematology
Date of Service: 6/9/2014 8:03 AM

Author Type: Physician
Status: Unsigned Transcription

PROGRESS NOTE

PATIENT:  Cindy L Smith          DATE:  Jun 05, 2014
DOB:
MR#:

REASON FOR CLINIC VISIT:  Triple negative left breast cancer diagnosed April 14, 2014.

HISTORY OF PRESENT ILLNESS:  Ms. Smith is very pleasant 54-year-old woman with a history of anxiety, depression, hyperlipidemia, hypertension, osteoporosis, and rheumatoid arthritis who presents for follow up regarding an infiltrating ductal carcinoma, triple negative, of the left breast diagnosed April 14, 2014.  She underwent a mastectomy and axillary dissection on April 23, 2014.  The pathology of the left breast mastectomy revealed infiltrating ductal carcinoma, intermediate grade, 6.5 cm, with 17 lymph nodes free of tumor and the resection margins free as well.  This was ER negative, PR negative, and HER-2 negative.  Her initial path stage was pT4b pN0.  She underwent CT of the chest, abdomen, and pelvis on May 30, 2014.  This revealed no evidence of recurrent or residual metastatic disease to the chest, abdomen, or pelvis.  CT head with and without contrast on June 4, 2014, revealed no evidence of metastases.  Echocardiogram in preparation for anthracycline use on June 3, 2014, revealed an ejection fraction of 45% with mild global hypokinesis as well as Grade I diastolic dysfunction.

INTERVAL HISTORY:  Today Ms. Smith returns for follow up visit. She had her port placed yesterday and it is still somewhat sore.  She also complains of congestion for approximately one week as well as a cough productive of greenish sputum production.  She denies any fevers or chills.  She also complains of postnasal drip and a sore throat and has some fatigue.  For other review of systems please see below.

10396 - SMITH,CINDY - Singing River Health System 001044



SINGING RIVER HOSPITAL  Smith, Cindy Louise
2809 DENNY AVE                                                  Sex: F
PASCAGOULA MS 39581-   Adm: 6/5/2014, D/C: 6/5/2014
5301
Inpatient Record

**Progress Notes - Encounter Notes (continued)**

Progress Notes filed by Elizabeth L Herrington, DO at 10/5/2015 2:29 PM / Draft: Not Electronically Signed
(continued)                                                                                                   Version 1 of 1

CURRENT MEDICATIONS:  Ondansetron HCl 1 (8 mg) Tablet Oral q 8
hours   PRN, Promethazine HCl 1 (25 mg) Tablet Oral at bedtime
PRN, Zithromax Z-Pak 1 Tablet (of 250 mg) Oral daily, Norco 1
(5-325 mg) Tablet Oral q 6 hours   PRN

ALLERGIES:   dilaudid, Morphine Sulfate, Penicillin G
Benzathine, staples, Sulfabenzamide, ultram, and wellbutrin.

REVIEW OF SYSTEMS:
Constitutional
Normal - No fevers, chills, night sweats, excessive fatigue or
weight loss.

Allergic/Immunologic
Normal - No Rashes

Eyes
Normal - No significant visual difficulties. No diplopia.

ENMT
Abnormal - +postnasal drip, +sore throat, +congestion. No ear
pain. No hearing loss.

Endocrine
Normal -

Hematologic/Lymphatic
Normal - No easy bruising or bleeding.  The patient denies any
tender or palpable lymph nodes

Breasts
Abnormal - Left Breast mastectomy

Respiratory
Abnormal - No dyspnea on exertion. +productive cough of
"greenish" sputum.

Cardiovascular
Normal - No anginal chest pain, palpitations or orthopnea.

10396 - SMITH,CINDY - Singing River Health System 001045



SINGING RIVER HEALTH SYSTEM
OCEAN SPRINGS HOSPITAL | SINGING RIVER HOSPITAL

SINGING RIVER HOSPITAL
2809 DENNY AVE
PASCAGOULA MS 39581-5301
Inpatient Record

Smith, Cindy Louise
Sex: F
Adm: 6/5/2014, D/C: 6/5/2014

### Progress Notes - Encounter Notes (continued)

Progress Notes filed by Elizabeth L Herrington, DO at 10/5/2015 2:29 PM / Draft: Not Electronically Signed (continued)

Version 1 of 1

Gastrointestinal
Normal - No nausea, vomiting, diarrhea, GI bleeding, or constipation. No change in bowel habits. No heartburn or early satiety.

Genitourinary (F)
Normal - No hematuria, hesitancy, incontinence, vaginal bleeding, discharge or other problems with urination. Normal sexual function.

Musculoskeletal
Abnormal - No joint pain, swelling or redness. + decreased range of motion in legs from motor vehicle accident.

Integumentary
Normal - No chronic rashes, inflammation, ulcerations or skin changes.

Neurologic
Normal - No headache, blurred vision, and no areas of focal weakness or numbness. Normal gait. No sensory problems.

Psychiatric
Normal - No insomnia, depression, mania or mood swings. No psychotropic drugs.


PHYSICAL EXAMINATION:   Performed on Jun 05, 2014 10:22
Height
161.00 cms
Weight
90.1 kg(HIGH)

BSA (derived)
1.94 sq.m
BMI
34.7600 (HIGH)

Temperature
98.2 F(LOW)
Pulse

10396 - SMITH,CINDY - Singing River Health System 001046



SINGING RIVER HEALTH SYSTEM
OCEAN SPRINGS HOSPITAL | SINGING RIVER HOSPITAL

SINGING RIVER HOSPITAL
2809 DENNY AVE
PASCAGOULA MS 39581-5301
Inpatient Record

Smith, Cindy Louise

Sex: F

Adm: 6/5/2014, D/C: 6/5/2014

### Progress Notes - Encounter Notes (continued)

Progress Notes filed by Elizabeth L Herrington, DO at 10/5/2015 2:29 PM / Draft: Not Electronically Signed (continued)

Version 1 of 1

```
94 /min

Respiration
18 /min
BP
167/102

Pulse Oximetry (O2 Sat)
96 %
Pain Assessment
8

Fatigue
6


Constitutional
Normal - Alert, cooperative, oriented.  Mood and affect
appropriate.  Well developed, well nourished.

Head
Normal - Normocephalic. Tympanic membranes are not examined.

Eyes
Normal - Conjunctivae and sclerae are clear and without
icterus.  Extraocular movements are full. Pupils are equal,
round, reactive, to light and accommodation.

ENMT
Normal - No oral exudates, ulcers, masses, mucositis or thrush.
Oropharynx clear.  Tongue normal. Mucus membranes are normal
without mucositis or  thrush. +erythematous posterior
oropharynx.

Neck
Normal - Supple without supraclavicular or cervical
lymphadenopathy

Hematologic/Lymphatic
Normal - No petechiae or purpura.  No lymphadenopathy in
axillary, supraclavicular, or cervical regions.
```



SINGING RIVER HOSPITAL
2809 DENNY AVE
PASCAGOULA MS 39581-5301
Inpatient Record

Smith, Cindy Louise , Sex: F
Adm: 6/5/2014, D/C: 6/5/2014

**Progress Notes - Encounter Notes (continued)**

Progress Notes filed by Elizabeth L Herrington, DO at 10/5/2015  2:29 PM / Draft: Not Electronically Signed (continued)

Version 1 of 1

Respiratory
Normal - Chest is clear to auscultation and percussion.

Cardiovascular
Normal - Cardiac rhythm is regular without murmurs, gallops or rubs.

Breasts
Abnormal - s/p left mastectomy with incision well healed. No masses palpated in right breast.

Abdomen
Normal - Soft and non-tender, non-distended, without masses, or hepatosplenomegaly. Good bowel sounds. No guarding or rebound tenderness.

Back/Spine
Normal - No Deformities or pain on palpation

Musculoskeletal
Normal - No joint effusions or deformities

Extremities
Normal - No visible deformities. Extremities are normal without cyanosis, clubbing or edema. Pulses normal and equal bilaterally.

Integumentary
Normal - Skin is normal without ecchymosis or petechiae.

Neurologic

10396 - SMITH,CINDY - Singing River Health System 001048



| SINGING RIVER HOSPITAL | Smith, Cindy Louise | Sex: F |
|---|---|---|
| 2809 DENNY AVE | | |
| PASCAGOULA MS 39581-5301 | Adm: 6/5/2014, D/C: 6/5/2014 | |
| Inpatient Record | | |

### Progress Notes - Encounter Notes (continued)

Progress Notes filed by Elizabeth L Herrington, DO at 10/5/2015  2:29 PM / Draft: Not Electronically Signed
(continued)                                                                                           Version 1 of 1

Normal - No sensory or motor deficits, normal cerebellar function, normal gait, cranial nerves intact. There are no focal neurologic deficits.

Psychiatric
Normal - Alert and Oriented, expresses understanding of discussion


LABORATORY AND IMAGING:  Most recent lab results are not available for this patient.

MEDICAL DECISION MAKING:  Labs and imaging were reviewed and discussed with patient.

ASSESSMENT:  Ms. Smith is a 54-year-old woman with pT4b N0 M0, Stage IIIB triple negative infiltrating ductal carcinoma of the left breast here for routine follow up.

PLAN:
pT4b N0 M0, Stage IIIB infiltrating ductal carcinoma of the left breast, triple negative.  Discussed the results of her imaging tests as well as her echocardiogram.  She would like to not begin chemotherapy until Tuesday to give her some time to heal from her current respiratory infection.  Therefore, will do so and plan for her to return on Tuesday for her first cycle of chemotherapy.
Upper respiratory tract infection.  I have written her a prescription for azithromycin.  Encouraged her to resume her Zyrtec.
Systolic dysfunction with an ejection fraction of 45% as well as global hypokinesis and Grade I diastolic dysfunction.  Will refer to Cardiology.  Since she has an underlying systolic dysfunction, will avoid anthracycline.
Will plan for Ms. Smith to return on Tuesday for chemotherapy and I will plan to see her back on June 17, 2014, one week after she has received her first cycle of chemotherapy.
Anticipated chemotherapy-induced nausea.  I have written her a prescription for Zofran and Phenergan.  Encouraged her if any new issues or concerns should arise prior to her next visit to please call.

10396 - SMITH,CINDY - Singing River Health System 001049



| | | |
|---|---|---|
| SINGING RIVER HEALTH SYSTEM<br>Ocean Springs Hospital | Singing River Hospital | SINGING RIVER HOSPITAL<br>2809 DENNY AVE<br>PASCAGOULA MS 39581-5301<br>Inpatient Record | Smith, Cindy Louise<br>Sex: F<br>Adm: 6/5/2014, D/C: 6/5/2014 |

**Progress Notes - Encounter Notes (continued)**

Progress Notes filed by Elizabeth L Herrington, DO at 10/5/2015  2:29 PM / Draft: Not Electronically Signed
(continued)                                                                                                                              Version 1 of 1

```
Electronically signed by:   Elizabeth Herrington, D.O.

DD:   6/5/2014
DT:   6/9/2014
Trans ID:   dg
```

```
Electronically signed by:   Elizabeth Herrington, D.O. on
10/5/2015 14:26:59
```