UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:

Cindy Smith, Case No. 2:18-cv-07702.

DEFENDANTS' STATEMENT OF UNDISPUTED MATERIALS FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT ON STATUTE OF LIMITATIONS GROUNDS AGAINST PLAINTIFF CINDY SMITH

　　　　Sanofi hereby submits this Statement of Undisputed Material Facts in Support of its Motion for Summary Judgment, pursuant to Local Rule 56.1:

1.　Ms. Smith found out she had breast cancer after she was in a motorcycle wreck and she developed a hematoma on her left breast.[1]

2.　In April 2014, Ms. Smith was diagnosed with stage IIIb, triple negative breast cancer.[2]

3.　At the time, Ms. Smith did not consider declining treatment.[3]

4.　Following her oncology surgeon's advice, Ms. Smith underwent a left mastectomy on April 23, 2014.[4]

5.　Ms. Smith started her first round of chemotherapy on June 10, 2014.[5]

6.　Ms. Smith's chemotherapy regimen included Taxotere and Carboplatin.[6]

---

[1] Ex. A, Smith Dep. 76:16–21.

[2] *Id*. 79:23–80:9; 80:23–81:3.

[3] *Id*. 86:1–3.

[4] *Id*. 85:7–15; 93:21–24; 87:3–11.

[5] *Id*. 166:13–24.

[6] *Id*. 54:1–5.

7. Ms. Smith completed chemotherapy on September 23, 2014.[7]

8. Ms. Smith had hair loss "the whole time" she was going through chemotherapy.[8]

9. Ms. Smith testified that by approximately January 2015, her hair began regrowing "much thinner" than prior to treatment.[9]

10. Ms. Smith started using Keranique around June 2015 because she thought her hair should be thicker than it was.[10]

11. On May 21, 2015, Ms. Smith told her counselor, Bessie Marshall, that her eyebrows had not grown back since her chemotherapy treatment.[11]

12. Ms. Smith never attributed her hair loss to anything other than her chemotherapy.[12]

13. Ms. Smith first saw a lawsuit advertisement for Taxotere in early 2016.[13]

14. Ms. Smith retained the Lowe Law Group in April 2016.[14]

15. Ms. Smith filed her lawsuit on August 14, 2018.[15]

---

[7] Ex. B, First Amended Short Form Complaint at 4, ¶ 10.

[8] Ex. A, Smith Dep. 39:8–17.

[9] *Id.* at 39:8–17; 165:12–166:3.

[10] *Id.* at 23:19–24:1; 48:6–14; 165:6–21.

[11] Ex. C, Singing River Services Rec. 000102 ("IRS spoke of how her hair loss grown back, except for the eyebrows.").

[12] Ex. A, Smith Dep. 165:22–166:6.

[13] Ex. D, Plf.'s Response to Def's 1st IROGS, No. 4.

[14] *Id.* at No. 5; Ex. A, Smith Dep. 212:5–9.

[15] Ex. E, Fifth Amended Plaintiff Fact Sheet § I.4.

Respectfully submitted,

| | |
|---|---|
| /s/ *Douglas J. Moore* | Harley V. Ratliff |
| Douglas J. Moore (Bar No. 27706) | Jon Strongman |
| **IRWIN FRITCHIE URQUHART & MOORE LLC** | Adrienne L. Byard |
| 400 Poydras Street, Suite 2700 | **SHOOK, HARDY & BACON L.L.P.** |
| New Orleans, LA 70130 | 2555 Grand Boulevard |
| Telephone: 504-310-2100 | Kansas City, Missouri 64108 |
| Facsimile: 504-310-2120 | Telephone: 816-474-6550 |
| dmoore@irwinllc.com | Facsimile: 816-421-5547 |
| | hratliff@shb.com |
| | jstrongman@shb.com |
| | abyard@shb.com |

*Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

*/s/ Douglas J. Moore*