# EXHIBIT A

UNITED STATES DISTRICT

EASTERN DISTRICT OF LOUISIANA

CINDY L. SMITH
    PLAINTIFF,
    V.                CASE NO. 2:18-cv-07702
SANOFI US SERVICES, INC. F/K/A
SANOFI-AVENTIS U.S., INC. AND
SANOFI-AVENTIS U.S. LLC, ET AL.
    DEFENDANTS.

****************************************************

VIDEOTAPED TELECONFERENCE DEPOSITION

OF

CINDY L. SMITH

****************************************************

(APPEARANCES NOTED HEREIN)

MONDAY, OCTOBER 1, 2020,
AT APPROXIMATELY 9:34 A.M.

REPORTED BY:

TAMARA HARTWIG FULGHAM
BCR, CCR #1565

Page 23

```
 1    through it, and I'd just put a little bit of hair on
 2    the table.  And I literally sit there on the back
 3    porch and pulled all of my hair out without
 4    realizing what I'd done.  I maybe had about
 5    40 strands of hair left on my head.  But that was
 6    after the very first treatment.
 7         Q    Okay.  So after your first infusion, you
 8    kind of pulled out of all of your hair; is that
 9    right?
10         A    It -- it was falling out, and I was just
11    running my hand through it.  That's how easy it --
12    it had fell out -- just by me just running my hands
13    through it.
14         Q    Sure.  So I just want to make sure I
15    understand this right.  Your hair now is down to
16    your lower back, and your hair before chemo was in
17    the middle of your back; is that right?
18         A    Yes.
19         Q    So your hair is actually longer now than
20    it was before you took chemotherapy; is that
21    correct?
22         A    Yes.  But I used -- I bought Keranique to
23    try and get it to grow back.  And the Keranique, it
24    doesn't help it grow back.  It just helps the hair
25    that's there grow faster and longer.  It's not
```

Page 24

1    helping the thickness or any of it grow back.
2         Q    Okay.  We're going to talk about Keranique
3    a little bit later today.
4              So I'm going to circle back around.  So
5    what are you most thankful for now that you're
6    cancer-free?
7         A    Being alive.  I have 13 grandchildren.
8    That's what I'm thankful for.
9         Q    That's great.  How many of your
10   grandchildren have been born since 2014?
11        A    Two.
12        Q    Two.
13        A    And it's two great-grandchildren.
14        Q    And two great-grandchildren.  Okay.  So is
15   it fair to say you may have not been able to meet
16   those two grandchildren and two great-grandchildren
17   had you not survived your cancer?
18        A    Well, that's true, but they could have
19   offered me a different type of treatment, too.  If I
20   had known then what I know now, I would have taken
21   something different.
22        Q    Okay.  Would you agree with me that not
23   everyone responds to chemotherapy the same way?
24        A    Oh, yes.
25        Q    And some chemotherapies work for some

```
 1    hair loss that still exists today?
 2              MR. BUTTARS:  Objection to form.  Go
 3    ahead, Ms. Smith.
 4              THE WITNESS:  I couldn't tell you that
 5    because I started seeing Dr. Gatewood before I was
 6    finished with my chemo.
 7    BY MS. PETERSON:
 8         Q    Okay.  So would you agree with --
 9         A    I had hair --
10         Q    Go ahead.
11         A    I had hair loss the whole time I was going
12    through chemo.  My last treatment, I think, was in
13    November.  My hair didn't start growing back until
14    the end of December -- no.  It didn't start growing
15    back until January.  That was two months after my
16    last treatment, so -- and at that time, I was seeing
17    Dr. Gatewood, not Dr. Herrington.
18         Q    So Dr. Herrington never told you that
19    Taxotere caused your persistent hair loss that
20    you're alleging in this litigation, correct?
21         A    She told me that that's what caused my
22    hair loss to begin with.
23         Q    She did not tell you that it caused your
24    persistent hair loss that you're alleging in this
25    litigation, correct?
```

1     something you said -- when your hair started growing
2     back -- earlier, you told me that your hair started
3     to grow back after chemotherapy in January of 2015;
4     is that right?
5          A     December, January.
6          Q     Okay.  December to January.  And that you
7     took -- started taking Keranique six months after it
8     started growing back; is that right?
9          A     Yes.
10         Q     So that would -- you started taking
11    Keranique in about June of 2015?
12         A     It was sometime in 2015.  As far as when,
13    I'm -- I'm not honestly sure.  I'm guesstimating
14    dates.
15         Q     Okay.  Was there -- was there any other
16    doctor who told you that Taxotere was causing your
17    permanent hair loss?
18         A     Not that I know of.
19         Q     What about a dermatologist?
20         A     And I can't remember her name.  She works
21    for Dr. -- oh, my goodness.  It's a dermatologist in
22    Pascagoula, and I can't remember her name for
23    nothing.  I've been seeing her off and on for the
24    past three years, but we've discussed the Taxotere
25    being the cause of the hair loss.

Page 54

```
 1        Q    And while she gets that pulled up, I just
 2   want to confirm a couple of other things.  You
 3   received your chemotherapy treatment of Taxotere and
 4   carboplatin, right?
 5        A    Yes.
 6        Q    And that was for six cycles or six --
 7        A    I believe so, yeah.
 8        Q    Okay.
 9        A    Yeah.  Because it was, like, one every
10   three and a half weeks for six months.  Yeah, six
11   cycles.
12        Q    Okay.
13        A    It might have been a couple of more.  I
14   honestly can't remember now.
15        Q    Okay.
16             MS. PETERSON:  Erica, do we have that
17   entered in?
18             MS. MCCABE:  I apologize.  It's giving me
19   this spinning wheel, like it's thinking about --
20             MS. PETERSON:  Okay.  That's okay.  We'll
21   just keep moving on.  If we need to circle back, we
22   can.
23   BY MS. PETERSON:
24        Q    So you remember having your first
25   chemotherapy treatment on June 10th of 2014; is that
```

1          THE WITNESS:  Yes.
2          MS. PETERSON:  Okay.
3          VIDEOGRAPHER:  The time is 11:11 a.m.
4    We're off the record.
5          (OFF THE RECORD AT 11:11 A.M.)
6          VIDEOGRAPHER:  We're back on the record.
7    The time is 11:27 a.m.
8    BY MS. PETERSON:
9       Q    Okay.  Ms. Smith, let's talk about your
10   breast cancer diagnosis.  You were 54 when you were
11   diagnosed?
12      A    2014.  Yes, ma'am.
13      Q    Prior to your diagnosis, did you ever
14   think about that you would be diagnosed with cancer?
15      A    No.  No one thinks about that.
16      Q    Yeah.  So can you tell me how you found
17   out you were -- that you had breast cancer?
18      A    I had a motorcycle wreck.  I got caught
19   between the bike and the car.  And the guy driving
20   the motorcycle, his elbow hit me in my left breast
21   and caused a hematoma.
22           Well, I went to Dr. Bailey at that time,
23   and he drained fluid, sent the fluid off; it come
24   back negative.  He wouldn't prescribe me nothing for
25   pain because he said that -- well, I don't know why

Page 79

1               Okay.  So let's look at Exhibit 3.  Oh, I
2      think -- sorry.  Can we enter in Exhibit 4, then,
3      the diagnosis and surgery?  Sorry about that.  I
4      jumped ahead.
5               MS. MCCABE:  Yes.  I'll get those in now.
6               MS. PETERSON:  Okay.  Great.
7               (EXHIBIT 4 PREMARKED)
8      BY MS. PETERSON:
9          Q    So I think we've got Exhibit 4 in, and I'm
10     looking at it now.  You know what?  I -- I'm going
11     to just share my screen because I see that it's
12     just -- here.  Okay.
13              Ms. Smith, do you see Exhibit 4 here with
14     me?  Do you see this on your screen?
15         A    Yes, ma'am.
16         Q    Okay.  And I'll represent to you that this
17     is one of your medical records from the Singing
18     River Hospital.  You can see your name up here in
19     the top and your date of birth.  And this is a
20     medical record that they provided to us when we sent
21     the records request.
22         A    Okay.
23         Q    So right here in the middle, do you see
24     where it says your diagnosis?  Did you understand
25     your diagnosis to be a pT4b, PN0, M0, stage IIIB

1    breast cancer?
2         A    At that time, no.  I didn't start learning
3    about this until -- or this type of cancer until
4    after my cousin was diagnosed with breast cancer.
5    That's when I done more research because she had a
6    different type of breast cancer than I did.
7         Q    Would you agree with me that this was, in
8    fact, your diagnosis?
9         A    Oh, yes.
10        Q    Okay.  And we also have, right below it,
11   triple-negative.  Did you understand your diagnosis
12   to be triple-negative?
13        A    Not at the time.  I -- I didn't understand
14   any of this at the time.
15        Q    Okay.  Why didn't you understand it?
16        A    I'm not a doctor.
17        Q    Okay.  Did you have the opportunity to ask
18   questions?
19        A    Yes.  But I was still in shock.
20        Q    Okay.
21        A    You go through the motions, but you -- it
22   just doesn't quite register.
23        Q    Okay.  So for triple-negative breast
24   cancer, that means that you are HER2-negative,
25   ER-negative, and PR-negative.  Does that sound right

Page 81

1    to you?
2         A    If that's what they're -- that's what's
3    wrote down.
4         Q    Okay.
5         A    I -- I think the triple-negative -- from
6    what I could understand at the time -- and this is
7    not much -- it was just saying that it wasn't
8    hormone-fed.
9         Q    Okay.  And do you see here that there's a
10   little equal and arrow signs that says,
11   "Triple-negative equals poor prognosis."
12             Did you understand that the type of cancer
13   you had meant you had a poor prognosis?
14        A    No.
15             MR. BUTTARS:  Objection to form.
16   BY MS. PETERSON:
17        Q    You didn't know that?
18        A    No.
19        Q    What did you understand your prognosis to
20   be?
21        A    That I had stage IV breast cancer, the
22   triple-negative.  But at the time, I didn't know
23   what they meant by triple-negative, and I'm still
24   really not sure, because about the only thing I
25   understand about triple-negative is whether it's

Page 85

1    speaking to Dr. Bailey after you got your diagnosis
2    of the stage IIIB triple-negative breast cancer, did
3    you understand that your chances of surviving cancer
4    were going to be substantially better if you got
5    treatment?
6              MR. BUTTARS:  Objection to form.
7              THE WITNESS:  We -- we, actually, didn't
8    discuss that, I don't think.  But I do remember
9    asking him, "What next?"  And he told me that a left
10   mastectomy and then chemo and radiation would be the
11   best bet to treat it.
12   BY MS. PETERSON:
13        Q    Okay.  Did you follow Dr. Bailey's advice?
14        A    Yes.  He'd dealt with this before.  I
15   thought I could trust him.
16        Q    Do you still feel like you could trust
17   him?
18        A    I still feel like I could trust him, yeah.
19   I call him my Sheldon Cooper.
20        Q    You call him that?
21        A    I'm sorry.
22        Q    No, that's okay.
23        A    And I called him that to his face.
24        Q    Is that from the "Big Bang Theory"?
25        A    Of course.

1  Q   Okay.  So did you ever consider declining
2  treatment?
3  A   Not at the time.
4  Q   Okay.  Did -- and I think you've already
5  told me this:  But you decided that you were going
6  to do whatever you could to beat the cancer, right?
7  A   Yes.
8  Q   Do whatever you could to survive?
9  A   Yes.
10 Q   Did you feel like you were prepared by
11 yourself to determine what would be an appropriate
12 treatment for you?
13 A   No.
14 Q   You were relying on your -- on Dr. Bailey?
15 A   Yes.  And the oncologist.
16 Q   Dr. Herrington?
17 A   Yes, at that time.
18 Q   Okay.  So did you feel like, after you
19 were diagnosed, you had to make decisions pretty
20 quick?
21 A   Oh, yes.
22 Q   Okay.  And there was a pretty short time
23 frame between your diagnosis and when you needed to
24 have surgery?
25 A   Yes.

```
 1              MR. BUTTARS:  Objection to form.
 2      BY MS. PETERSON:
 3          Q    Do you remember that to be about a week
 4      between your diagnosis and your left mastectomy?
 5          A    It might have been about -- about a week
 6      and a half, two weeks.
 7          Q    Okay.  And then you started chemo about a
 8      month and a half later.  Does that sound right?
 9          A    Yes.  Because he wanted that to heal
10      before the chemo; that way it would get a chance to
11      go ahead and heal.
12          Q    And you relied on the expertise of your
13      health care professionals to recommend the most
14      effective treatment to beat your cancer, correct?
15              MR. BUTTARS:  Objection to form.
16              THE WITNESS:  Yes, yes.
17      BY MS. PETERSON:
18          Q    Okay.  So you identified Dr. Bailey
19      through the program through the health department;
20      is that right?
21          A    Yes.
22          Q    Okay.  What, if anything, did you know
23      about Dr. Bailey before your first meeting?
24          A    Nothing.
25          Q    Nothing?  Okay.  What was important to you
```

1   go in and remove the breast.  He told me what the
2   procedures were, and that -- that was basically what
3   we discussed.
4       Q   Okay.  Okay.  So I want -- okay.  So you
5   had your surgery on April 23rd of 2014; is that
6   right?
7       A   Yes.
8       Q   Okay.  So I want to go back to Exhibit 4,
9   and I'm going to share my screen again so we can
10  both see it.  Okay.  So I'll represent to you this
11  is another medical record that we got from the
12  Singing River Health System.
13          And you can see your name and your date of
14  birth up at the top.  And -- this -- so this is an
15  informed consent.  I'm going to scroll down here.
16  Is this your signature here?
17      A   Yes.
18      Q   Okay.  And we can see that this is dated
19  on April 16th of 2014.  Do you see that?
20      A   Yes.
21      Q   Okay.  So this is the informed consent
22  that you signed prior to your left mastectomy that
23  occurred on April 23rd of 2014, yes?
24      A   Yes.
25      Q   Okay.  So let's go back up to the top here

1     A    That's when it started falling out, yes.
2     Q    Okay. And you said that it -- that it
3  started to grow back in December of 2014 to
4  January 2015; is that right?
5     A    Yes.
6     Q    Okay. And you said -- I also have written
7  down that you started taking the shampoo Keranique
8  in about June of 2015, yes?
9     A    Around -- around then. Because it was --
10  it was about six to eight months after I started
11  that my hair started growing back.
12    Q    So when your hair started growing back in
13  December 2014 to January 2015, did you think by then
14  that your hair should be -- should be grown back?
15    A    A little bit thicker. I was hoping my
16  eyebrows would grow back. I wasn't so much worried
17  about the body hair, all of it, just one certain
18  area, but not everywhere else. And I didn't think
19  about the hair in my lungs or my nostrils. So, I
20  mean, I didn't think about it. But, yeah, I just --
21  a little bit of more hair would be appreciated.
22    Q    Okay. So in December of 2014 to January
23  of 2015, when you -- when you thought that your --
24  or at least you were hoping or you wanted your hair
25  to be a little bit thicker by then, did you

Page 166

1    attribute your hair thinning to chemotherapy?
2         A    Yes.  Because it wasn't -- it wasn't that
3    thin until I had chemo.
4         Q    Okay.  Ms. Smith, did you ever think that
5    your hair loss was from anything but chemotherapy?
6         A    No.
7         Q    Okay.  So let's now go to your -- your --
8    your infusion of Taxotere and carboplatin -- your
9    chemotherapy infusion.  Does that sound good?
10        A    Okay.
11             (EXHIBIT 7 PREMARKED)
12   BY MS. PETERSON:
13        Q    And I'm sharing a screen with you on
14   what's been marked as Exhibit 7.  And, once again,
15   these are medical records from Singing River Health
16   System.  This is you and your date of birth up here
17   at the top.
18             And so -- let's see.  Okay.  So we can see
19   on June 10th of 2014, that you were administered
20   docetaxel, or Taxotere, and carboplatin.  And my
21   understanding is this was your first cycle of
22   chemotherapy.  Is that consistent with what your
23   understanding is?
24        A    I believe so.
25        Q    Okay.  Do you remember anything --

1      Q    And this visit of December 5th of 2016 is
2    after you had already retained Mr. Buttars' law
3    firm; is that right?
4      A    I don't think so.
5      Q    Ms. Smith, if you signed an authorization
6    in April of 2016, is that when you retained
7    Mr. Buttars, when you signed your authorization?
8      A    I can't remember the date; but if that's
9    the date on there, then, yes.
10     Q    Okay.  Had -- do you remember asking for a
11   referral prior to seeing Ms. Knight?
12     A    I honestly don't remember.  The only
13   time --
14     Q    Why did you ask for it this time?
15     A    Oh, well, the only reason I even seen her
16   is because my regular doctor was -- didn't have an
17   appointment available, and I saw her.  I had to get
18   refills for my prescriptions.
19     Q    So you did not go into the doctor to
20   discuss your hair loss?
21     A    No.  I went in there to --
22          MR. BUTTARS:  Objection to form.
23          THE WITNESS:  -- get refills for my
24   prescriptions.
25   BY MS. PETERSON: