# EXHIBIT C

| | | | |
|---|---|---|---|
| **Singing River Services Region XIV Therapist Progress Notes** | Name: Cindy Smith | | |
| | Date: 5/21/2015 | Case # | 38504 |
| | Start Time: 10:55 | Stop Time: | 12:17 |
| | Type of Service: 10 | Length of Time: (00:00) | 82 mnts |
| **Summary of Actions** | THS reported her recovery is going from her cancer bout and chemotherapy. THS spoke how her eyelashes grows back, heard for her brows. THS discussed the continued setbacks with her divorce proceedings. THS spoke of the many "tricks" happening of opposing side/estranged husband. THS also discussed how BF is now dealing with her grandson, girlfriend and baby in her household. THS stated that daughter is living with her now also. THS spoke how her ex plans some try to manipulate the situation to their advantage. THS reported that she is having problems with short-term memory due to the chemotherapy. THS voiced her sadness in her church, but still loves the church. | | |
| **Assessment of Progress Towards Individual Service Plan Goals** | According to THS, progress has been made towards the goals of completing the radiation therapy. THS is still under a legal seige/struggle and hopefully memory will improve. THS was given new prescription by doctor and voiced her fears of trying new medications. | | |
| **Plan of Next Steps** | Next appointment with doctor is scheduled for June 4, 2015 @ 2 pm. Next appointment with therapy to be scheduled for later in June, 2015. | | |
| Staff Signature / Credentials: [signature] MACHS | | Date: 5/21/2015 | |
| Staff Name / Title: Bessie Marshall / Mental Health Therapist | | | |