# EXHIBIT C

Page 1

1              UNITED STATES DISTRICT COURT

                EASTERN DISTRICT OF LOUISIANA

2

3    EMMA R. WILLIE                        PLAINTIFF

4    VS.                        CASE NO. 2:18-cv-03857

5    SANOFI US SERVICES, INC. F/K/A

     SANOFI-AVENTIS U.S., INC.,

6    SANOFI-AVENTIS U.S. LLC, et al.      DEFENDANTS

7

8

9

10   **********************************************

11      VIDEOTAPED ZOOM VIDEOCONFERENCE DEPOSITION OF

                      EMMA R. WILLIE

12

     **********************************************

13

14

15

16      TAKEN AT THE INSTANCE OF THE DEFENDANTS

             SANOFI-AVENTIS U.S. LLC AND

17           SANOFI U.S. SERVICES, INC.

      ON OCTOBER 20, 2020, BEGINNING AT 8:57 A.M.

18

19

20

21

22

23

24

25          GENA MATTISON GLENN, CSR 1568

Page 150

1   started the yearly thing.

2        Q.   Is it correct that in June 2016 that

3   you retained counsel to pursue a claim that you

4   had permanent alopecia from Taxotere?

5        A.   I'm not sure about the dates.

6        Q.   Okay.  Let's run back really quickly

7   to the interrogatories.

8        A.   Excuse me.

9        Q.   Okay.  So these are the same

10  interrogatories we were just looking at.  And

11  interrogatory number 5 asks, When did you first

12  retain an attorney or law firm in connection

13  with the allegations set forth in your lawsuit

14  or complaint.  And your answer was:  Plaintiff

15  came in contact with and retained the law

16  offices of Lowe Law Group and Arentz Law Group

17  on June 13th, 2016.  Do you agree with that

18  statement?

19        A.   It could very well be true.  Like I

20  said, I'm not sure about the dates.

21        Q.   Do you have any reason to disagree

22  that you retained counsel in June 2016?

23        A.   No.  I don't have a reason to

24  disagree, no.

25        Q.   And when you -- excuse me.  When you