# EXHIBIT D

0004-73-EPIEXX-00421969-165655

Case 13-14910-JDW Doc 68 Filed 03/11/22 Entered 03/12/22 14:08:45 Page 2 Desc
Page 1 of 3

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

In re: ALBERT WILLIE  
        EMMA R WILLIE  
             Debtor(s)

Case No.: 13-14910-JDW

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Locke D. Barkley, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/21/2013.
2) The plan was confirmed on 08/12/2014.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.
5) The case was completed on 01/07/2019.
6) Number of months from filing or conversion to last payment: 62.
7) Number of months case was pending: 63.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 12,476.00.
10) Amount of unsecured claims discharged without full payment: 22,977.95.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**
| | |
|---|---|
| Total paid by or on behalf of the debtor: | $46,974.60 |
| Less amount refunded to debtor: | $2,727.88 |
| **NET RECEIPTS:** | $44,246.72 |

**Expenses of Administration:**
| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $3,000.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $2,276.43 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $5,276.43 |
| Attorney fees paid and disclosed by debtor: | $.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AMERICREDIT | Secured | 14,541.00 | 14,661.29 | 8,098.94 | 8,098.94 | 2,120.24 |
| AMERICREDIT | Unsecured | NA | 2,029.66 | 2,029.66 | .00 | .00 |
| AT&T SERVICES INC | Unsecured | 210.34 | NA | NA | .00 | .00 |
| B JOEY HOOD | Secured | NA | NA | NA | .00 | .00 |
| BOSTON BASKIN CANCER FOUNDATION | Unsecured | 41.80 | NA | NA | .00 | .00 |
| CASH TYME | Unsecured | 426.83 | NA | NA | .00 | .00 |
| DIRECTV | Unsecured | 108.50 | NA | NA | .00 | .00 |
| DITECH FINANCIAL LLC | Secured | 31,024.00 | 31,608.91 | 23,081.40 | 23,081.40 | .00 |
| DITECH FINANCIAL LLC | Secured | 1,536.00 | 1,538.76 | 1,538.76 | 1,538.76 | .00 |
| FAC/NAB | Unsecured | 263.00 | NA | NA | .00 | .00 |
| FIRST HERITAGE CREDIT | Unsecured | 750.00 | 684.55 | 684.55 | .00 | .00 |
| FRANK YOUNG, III | Unsecured | 39.95 | NA | NA | .00 | .00 |
| HEALTHCARE FINANCIAL SERVICES | Unsecured | 6,734.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Priority | 2,976.30 | 2,469.45 | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | Secured | NA | NA | NA | .00 | .00 |

Page 1 of 3

UST Form 101-13-FR-S (9/1/2009)

0004-73-EPIEXX-00421969-165655

# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

In re: ALBERT WILLIE  
      EMMA R WILLIE  
      Debtor(s)

Case No.: 13-14910-JDW

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| INTERNAL REVENUE SERVICE | Secured | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 3,125.63 | 3,125.63 | .00 | .00 |
| LHR, INC, | Unsecured | 1,100.00 | NA | NA | .00 | .00 |
| MICHAEL E STEUER MD PC | Unsecured | 10.00 | NA | NA | .00 | .00 |
| MS DEPARTMENT OF REVENUE | Secured | NA | NA | NA | .00 | .00 |
| MS DEPT OF EMPLOYMENT SECURITY | Secured | 2,381.00 | 2,266.10 | 2,266.10 | 2,266.10 | 589.51 |
| NCO FIN/99 | Unsecured | 147.00 | NA | NA | .00 | .00 |
| NEUROLOGICAL SURGERY | Unsecured | 75.00 | NA | NA | .00 | .00 |
| ORTHONOW PLLC | Unsecured | 65.16 | NA | NA | .00 | .00 |
| PERITUS PORTFOLIO SERVICES | Secured | 18,789.00 | 19,354.46 | 19,354.46 | .00 | .00 |
| PERITUS PORTFOLIO SERVICES | Unsecured | NA | 3,807.76 | 3,807.76 | .00 | .00 |
| PREMIER BANKCARD | Unsecured | 885.00 | 885.07 | 885.07 | .00 | .00 |
| PSG | Unsecured | 51.00 | NA | NA | .00 | .00 |
| SE FINANCIAL SERVICES | Unsecured | 156.00 | NA | NA | .00 | .00 |
| SPRINT NEXTEL | Unsecured | 141.24 | 81.24 | 81.24 | .00 | .00 |
| TATE COUNTY CHANCERY CLERK | Secured | NA | NA | NA | .00 | .00 |
| TATE COUNTY TAX COLLECTOR | Secured | NA | NA | NA | .00 | .00 |
| TCM | Unsecured | 66.00 | NA | NA | .00 | .00 |
| TCM | Unsecured | 53.00 | NA | NA | .00 | .00 |
| TEK COLLECT, INC | Unsecured | 630.00 | NA | NA | .00 | .00 |
| TREASURER LOANS OF BATESVILLE, IN | Secured | 1,538.92 | 1,341.67 | 1,100.00 | 1,100.00 | 175.34 |
| TREASURER LOANS OF BATESVILLE, IN | Unsecured | NA | 241.67 | 241.67 | .00 | .00 |
| UNIVERSAL COLLECTION SYSTEMS | Unsecured | 1,375.00 | 1,374.79 | 1,374.79 | .00 | .00 |

UST Form 101-13-FR-S (9/1/2009)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

In re: ALBERT WILLIE  
EMMA R WILLIE  
Debtor(s)

Case No.: 13-14910-JDW

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| UNIVERSAL COLLECTION SYSTEMS | Unsecured | .01 | 570.00 | 570.00 | .00 | .00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | 23,081.40 | 23,081.40 | .00 |
| Mortgage Arrearage: | 1,538.76 | 1,538.76 | .00 |
| Debt Secured by Vehicle: | 28,553.40 | 9,198.94 | 2,295.58 |
| All Other Secured: | 2,266.10 | 2,266.10 | 589.51 |
| **TOTAL SECURED:** | 55,439.66 | 36,085.20 | 2,885.09 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 12,800.37 | .00 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $5,276.43 |
| Disbursements to Creditors: | $38,970.29 |
| **TOTAL DISBURSEMENTS:** | $44,246.72 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 02/28/2019  
By: /s/Locke D. Barkley  
Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.