# EXHIBIT G

**From:** Dawn Barrios [mailto:barrios@bkc-law.com]
**Sent:** Friday, January 24, 2020 4:01 PM
**To:** Samantha Schott <Samantha_Schott@laed.uscourts.gov>
**Cc:** Douglas Moore <dmoore@irwinllc.com>; p lambert <plambert@gainsben.com>; Olinde <Olinde@chaffe.com>
**Subject:** Taxotere- PSC's MS bellwether nominations

Dear Sam,

The Plaintiffs' Steering Committee nominates the following Mississippi cases for Trial 4:

| | | |
|---|---|---|
| 1. | Sharon Allen | 2:17-cv-05108 |
| 2. | Lauren Baker | 2:18-cv-09408 |
| 3. | Sandra Burks | 2:18-cv-00686 |
| 4. | Angelia Carr | 2:18-cv-07659 |
| 5. | Juanita Greer | 2:18-cv-11728 |
| 6. | Hattie Grines | 2:16-cv-15319 |
| 7. | Minnie Moore | 2:18-cv-12295 |
| 8. | Mary Smith | 2:17-cv-12958 |
| 9. | Barbara Thomas | 2:17-cv-07270 |
| 10. | Emma Willie | 2:18-cv-03857 |

Have a great weekend,
Palmer and Dawn



1



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail