# EXHIBIT I

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

_____

IN RE:    Emma Willie
          Debtors                                              No. 13-14910
                                                               Chapter 13
_____

**DEBTOR'S MOTION TO REOPEN CASE**
_____

COMES NOW the Debtor, Emma Willie, by and through counsel, and files this Motion to request that the above-captioned case be reopened pursuant to 11 U.S.C. § 350(b) in order to accord relief to the Debtor and in support thereof avers as follows:

1. The Debtor filed bankruptcy pursuant to chapter 13 of the Bankruptcy Code, and received her discharge on April 23, 2019.

2. The Debtor has discovered that she may have a potential asset in that she is eligible to be included in a class action lawsuit with Taxotere, filed April 11, 2018, case no.: 2:18-cv-03857, in the Eastern District of Louisiana. The style of this case is: In Re: Taxotere (Cocetaxel) Products Liability Litigation, Emma R. Willie, et al. vs. Sanofi US Service, Inc. f/k/a Sanofi-Aventis U.S. Inc., et al.

WHEREFORE, the Debtor requests that this case be reopened to allow the Debtor to proceed with this suit listed above.

Respectfully submitted,

\s\ Heidi S. Milam
Heidi S. Milam, Bar No. 9813
Attorney for Debtor
P.O. Box 1169
Southaven, MS 38671
(662) 349-2322

## CERTIFICATE OF SERVICE

I, Heidi S. Milam, certify that the above Motion was sent via electronically to the following parties:

Locke D. Barkley, Trustee
sbeasley@barkley13.com

U.S. Trustee
USTPRegion05.AB.ECF@usdopj.gov

Lowe Law Group
Nathan A. Buttars, Esq.
nate@lowelawgroup.com
6028 Ridgeline Drive, Suite 200
Ogden, UT  84405


This the 23rd   of April, 2020.

\s\ Heidi S. Milam
Heidi S. Milam