UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　SECTION: "H" (5)

THIS DOCUMENT RELATES TO:

Emma Willie, Case No. 2:18-cv-3857.

DEFENDANTS' STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF
THEIR MOTION FOR SUMMARY JUDGMENT ON WARNINGS CAUSATION

　　　　Defendants Sanofi-Aventis U.S. LLC and Sanofi US Services Inc. (collectively "Defendants" or "Sanofi") submit this Statement of Undisputed Material Facts in Support of their Motion for Summary Judgment under Local Rule 56.1:

**A.　　Taxotere**

　　　　1.　　Taxotere is a chemotherapy prescribed to treat various forms of cancer, including breast cancer. Second Am. Long Form Master Compl. ¶ 4.

　　　　2.　　Taxotere was first approved for use in the United States in 1996, and its FDA-approved labeling has always warned that hair loss is one of the drug's most common side effects. *Compare* Ex. A, 1996 Taxotere Labeling, *with* Ex. B, 2018 Taxotere Labeling.

　　　　3.　　Taxotere has never been removed from the market, and oncologists continue to prescribe Taxotere as an effective drug to treat potentially life-threatening forms of breast cancer. *See, e.g.*, Ex. C, Nov. 13, 2020 Patil Dep. 77:23–78:5.

**B.　　Ms. Willie's Breast Cancer Diagnosis and Treatment**

　　　　4.　　Plaintiff Emma Willie is a 57-year-old resident of Mississippi. Ex. D, Willie Fifth Am. Pl. Fact Sheet § I.10, 13, 15.

5. On October 17, 2014, Ms. Willie was diagnosed with breast cancer at age 54. *Id.* at § V.5.

6. Ms. Willie's early stage breast cancer was classified as stage T2 N0 Mx. Ex. C, Nov. 13, 2020 Patil Dep. 32:25–34:15; Ex. E, PPR 6–14; Ex. F, Family Cancer Center 358–62.

7. Ms. Willie's breast cancer was ER-positive, PR-negative, and HER2-negative. Ex. G, PPR 141–44, 149–52.

8. Ms. Willie first met with her prescribing oncologist, Dr. Sadanand Patil on October 28, 2014. Ex. H, Oct. 20, 2020 Willie Dep. 53:15–54:2, 55:25–56:5; Ex. E, Family Cancer Center, PPR 6–14.

9. Dr. Patil told Ms. Willie that she had a lump on her breast, which was about the size of a quarter. Ex. H, Oct. 20, 2020 Willie Dep. 48:3–49:4.

10. Dr. Patil explained to Ms. Willie that she needed a mastectomy or lumpectomy. Dr. Patil recommended the lumpectomy. *Id.*

11. Ms. Willie did not have a preference because she "just wanted the cancer gone." If a mastectomy was necessary, Ms. Willie was willing to get the surgery. *Id.* at 49:6–17.

12. Ms. Willie relied on Dr. Patil to recommend the most effective surgical treatment. *Id.* at 50:5–15.

13. Ms. Willie did not consult with any other oncologist besides Dr. Patil. *Id.* at 42:18–20.

14. Ms. Willie had a lumpectomy on November 17, 2014. *Id.* at 61:18–20; Ex. I, General Surgery of Southaven 17–19.

15. As part of the lumpectomy, doctors found that the breast cancer had spread to one of Ms. Willie's lymph nodes. Ex. H, Oct. 20, 2020 Willie Dep. 61:21–63:12.

16. After her lumpectomy, Ms. Willie understood that her chances of surviving lymph node-positive cancer would be substantially better if she received further treatment. *Id.* at 64:14–65:1.

17. Ms. Willie never considered declining treatment after her lumpectomy. Instead, she relied on her doctors to come up with the best treatment plan and remained committed to doing whatever was needed to beat her breast cancer. *Id.* at 65:3–12.

18. At the second appointment, Dr. Patil recommended Ms. Willie undergo chemotherapy. *Id.* at 66:4–7, 68:21–24.

19. Ms. Willie trusted Dr. Patil to make the right chemotherapy recommendation. *Id.* at 68:21–69:7.

20. Ms. Willie understood that chemotherapy would lower the risk of cancer recurrence, and Ms. Willie never considered declining chemotherapy. *Id.* at 71:17–23.

21. Ms. Willie would do whatever she needed to beat breast cancer. *Id.* at 60:6–8.

22. Dr. Patil recommended Taxotere and Cyclophosphamide ("TC") for six cycles. *Id.* at 72:17–20.

23. Dr. Patil did not offer any alternative chemotherapy regimens to Ms. Willie. *Id.* at 72:11–13.

24. Ms. Willie did not ask Dr. Patil about any other chemotherapy drugs. *Id.* at 73:12–16.

25. After Dr. Patil recommended TC, Ms. Willie did not seek a second opinion or speak with anyone other than Dr. Patil about chemotherapy regimens. *Id.* at 76:11–16.

26. Ms. Willie chose TC because "if Dr. Patil recommended it, then [she] was going to follow it because that's what he recommended." Regardless of side effects, Ms. Willie "wanted to follow what [Dr. Patil] said because [she] wanted to be cancer-free." *Id.* at 79:13–80:7.

27. Ms. Willie would have accepted Dr. Patil's recommendation no matter the side effect because no risk outweighed the benefit of being cancer-free:

> [H]e's a doctor; this is what he recommended. And the only thing that I was looking for was . . . getting rid of the cancer. So, sure, I mean, the risks and side effects are always important, but then I guess I was thinking risks or the side effects or whatever over cancer. So I guess I was saying I can -- I can deal with the side effects as long as I was, you know, cancer-free.

*Id.* at 82:19–83:9.

28. Any conversation about hair loss would not have changed Ms. Willie's decision to take chemotherapy:

> Like I say, hair loss or live. I'm not -- no, I'm not going to say it would have changed my decision, no. But if it had been other regimens that I could have taken that maybe wouldn't have resulted in permanent hair loss, then maybe I would have took those -- those regimens. But, you know, like I say, hair loss or live? I mean, who wouldn't take the living over hair loss, I mean?

*Id.* at 95:3–15.

29. Ms. Willie is not aware of any chemotherapy regimen that does not have a risk of permanent hair loss. *Id.* at 95:17–96:3.

30. If Ms. Willie had been aware that cases of permanent hair loss had been reported following treatment with cyclophosphamide, Ms. Willie still would have accepted the TC regimen: "[O]nce again, hair loss or lose your life. I mean, I'm not saying that would have changed my mind, no." *Id.* at 102:18–103:4.

4

**C.      Dr. Patil's Decision to Prescribe a TC Chemotherapy Regimen**

31.     Dr. Patil refers to the NCCN Guidelines every time a patient is starting a new chemotherapy regimen. Ex. C, Nov. 13, 2020 Patil Dep. 66:25–67:5.

32.     TC was a "Preferred Regimen" under the NCCN Guidelines for HER2-negative cancer in 2014. *Id.* at 64:20–65:12; Ex. J, 2014 NCCN Guidelines at 46.

33.     Dr. Patil explained that there are two major options for treating early stage breast cancer: (1) Adriamycin and Cyclophosphamide followed by Taxol ("AC+T") or (2) TC. *See* Ex. C, Nov. 13, 2020 Patil Dep. 17:11–18:2.

34.     Of the two options, Dr. Pail explained that AC+T is much more toxic and has the potential for cardiac toxicity. *Id.* at 17:11–18:8.

35.     Dr. Patil generally reserves AC+T to patients with HER2-positive breast cancer. Otherwise, Dr. Patil uses TC to treat early stage breast cancer. *Id.* at 17:11–18:12.

36.     Because Ms. Willie was HER2-negative, Dr. Patil's preferred treatment was TC. *Id.* at 65:2–16.

37.     The statement "In most cases normal hair growth should return, in some cases (frequency not known) permanent hair loss has been observed" would not materially alter Dr. Patil's risk-benefit assessment of Taxotere as a treatment option today. *Id.* at 52:14–53:7.

38.     Dr. Patil explained that "[a]ll the treatment options for early stage breast cancer cause alopecia. There are no treatment options available which do not cause alopecia in early stage breast cancers." *Id.* at 15:18–16:2.

39.     Dr. Patil agreed that the term "alopecia" is a clinical description that does not describe the length of time or the prospect of hair returning. *Id.* at 75:11–15.

40.     To that end, if Ms. Willie came to Dr. Patil today with the same diagnosis, Dr. Patil would still recommend TC. *Id.* at 29:25–30:5, 54:17–21.

5

**D.      Alternatives to TC Chemotherapy Regimen**

41.     Dr. Patil encourages patients to be active participants in deciding which adjuvant chemotherapy regimen to use "**when there are choices[.]**" *Id.* at 61:16–19 (emphasis added).

42.     In Ms. Willie's case, the only choice was TC.

43.     Ms. Willie's unequivocal testimony today is that she would have selected a regimen with a risk of hair loss over a regimen with a risk of permanent heart failure. Ex. H, Oct. 20, 2020 Willie Dep. 96:11–23.

44.     Both non-Taxotere "Preferred regimens" in the 2014 NCCN Guidelines contained Adriamycin. Ex. J, 2014 NCCN Guidelines at 46.

45.     Adriamycin is cardiotoxic, meaning it can weaken a patient's heart muscles and cause congestive heart failure. Ex. C, Nov. 13, 2020 Patil Dep. 18:13–20

46.     In any event, Dr. Patil would not have prescribed AC+T to Ms. Willie without further assessment. Dr. Patil would not have given Ms. Willie an AC+T regimen until she had an echocardiogram. Ex. C, Nov. 13, 2020 Patil Dep. 71:5–17.

47.     If the additional evaluation showed that Adriamycin would adversely affect Ms. Willie's cardiac health, Dr. Patil would not have prescribed AC+T: "If her heart does not have the strength to take the medicine, I would not give that medicine." *Id.* at 71:18–72:3.

48.     Although the NCCN Guidelines includes "Other regimens," Dr. Patil would only use those regimens on patients who were not capable of getting full strength chemotherapy because of certain medical issues or age. For Ms. Willie, Dr. Patil chose from the preferred regimens. *Id.* at 66:16–24.

49.     Dr. Patil has never had a patient with Ms. Willie's diagnosis turn down his recommendation of TC. *Id.* at 77:16–22.

50. Dr. Patil has patients that continue to receive TC for HER2-negative breast cancer.

*Id.* at 77:23–78:5.

Respectfully submitted,

| | |
|---|---|
| */s/ Douglas J. Moore* | Harley V. Ratliff |
| Douglas J. Moore (Bar No. 27706) | Jon Strongman |
| **IRWIN FRITCHIE URQUHART & MOORE LLC** | Adrienne L. Byard |
| 400 Poydras Street, Suite 2700 | **SHOOK, HARDY & BACON L.L.P.** |
| New Orleans, LA  70130 | 2555 Grand Boulevard |
| Telephone: 504-310-2100 | Kansas City, Missouri 64108 |
| Facsimile:  504-310-2120 | Telephone: 816-474-6550 |
| dmoore@irwinllc.com | Facsimile:  816-421-5547 |
| | hratliff@shb.com |
| | jstrongman@shb.com |
| | abyard@shb.com |
| | ***Counsel for sanofi-aventis U.S. LLC and Sanofi US Services Inc.*** |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

*/s/ Douglas J. Moore*

7