# EXHIBIT E



| | | |
|---|---|---|
| FCC Family Cancer Southaven | Willie, Emma | |
| 391 Southcrest Circle, Ste. 101 | Encounter date: 10/28/2014 | , Sex: F |
| Southaven MS 38671-4739 | | |
| Amb Encounter Report | | |

## Visit Summary

### Reason for Visit
**New Patient**

### Diagnoses

| | Comments |
|---|---|
| **Breast cancer of upper-outer quadrant of right female breast (HCC)** - Primary | |

### Problem List as of 10/28/2014                                      Date Reviewed: **10/28/2014**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Breast cancer of upper-outer quadrant of right female breast (HCC)** | ICD-10-CM: C50.411<br>ICD-9-CM: 174.4 | | | 10/28/2014 - Present |

Reviewed On: **10/28/2014** By: **Sadanand Ishwarappa Patil, MD**

### Allergies as of 10/28/2014
No Known Allergies

### Immunizations

| Name | Date | Dose | Route | Site |
|---|---|---|---|---|
| **Influenza TIV historical** | Thu Jan 29, 2015 1:00 PM | 0.5 mL | Intramuscular | Right deltoid |

Given By: Tiphany Richardson

### Immunizations                                                                                              WILLIE,EMMA

Influenza TIV historical

| Date | Manufacturer | Lot # | Route/Site | Dose | VIS Date | Admin By |
|---|---|---|---|---|---|---|
| 1/29/2015 | NOV | 151 1901 | IM/RD | 0.5 mL | 8/19/14 | Tiphany Richardson |

### Vitals

| BP | Pulse | Temp | Ht | Wt |
|---|---|---|---|---|
| (!) **165/89** | 85 | 98.2 °F (36.8 °C) | 5' 8'' (1.727 m) | 219 lb 9.6 oz (99.6 kg) |

| Breastfeeding? | BMI |
|---|---|
| No | 33.39 kg/m² |



| | | |
|---|---|---|
| FCC Family Cancer Southaven<br>391 Southcrest Circle, Ste. 101<br>Southaven MS 38671-4739<br>Amb Encounter Report | Willie, Emma<br>Encounter date: 10/28/2014 | Sex: F |

## Treatment Vitals (all recorded)

**Treatment Vitals**
No documentation.

## Patient History

### Medical as of 10/28/2014

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Hay fever [477.9 (ICD-9-CM)] | — | — | Provider |
| High cholesterol [272.0 (ICD-9-CM)] | — | — | Provider |
| Hypertension [401.9 (ICD-9-CM)] | — | — | Provider |

### Surgical as of 10/28/2014

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| CESAREAN SECTION [SUR1452] | — | — | — | Provider |
| HYSTERECTOMY [SHX81] | — | — | — | Provider |
| BREAST BIOPSY [SHX20] | Right | 2014 | — | Provider |

### Family as of 10/28/2014

**None**

### Family Status as of 10/28/2014

| Relation | Name | Status | Comments | Sex | Father | Mother | Source |
|---|---|---|---|---|---|---|---|
| Mother | — | Deceased at age 73 | STROKE | — | — | — | Provider |
| Father | — | Deceased at age 84 | pnemonia | — | — | — | Provider |

### Tobacco Use as of 10/28/2014

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/day | Years Used |
|---|---|---|---|---|
| Never Smoker | — | — | — | — |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| — | — | Never Used | — | Provider |

### Alcohol Use as of 10/28/2014

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Provider |

### Drug Use as of 10/28/2014

Willie, Emma PPR 000007



| | |
|---|---|
| FCC Family Cancer Southaven<br>391 Southcrest Circle, Ste. 101<br>Southaven MS 38671-4739<br>Amb Encounter Report | Willie, Emma<br>▬▬▬▬▬▬▬▬▬▬▬, Sex: F<br>Encounter date: 10/28/2014 |

### Drug Use as of 10/28/2014 (continued)

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Provider |

### Sexual Activity as of 10/28/2014

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Not Asked | — | — | — | Provider |

### Activities of Daily Living as of 10/28/2014

**None**

### Occupational as of 10/28/2014

| Occupation | Employer | Comments | Source |
|---|---|---|---|
| cafeteria worker | TATE CO SCHOOLS | — | Provider |

### Socioeconomic as of 10/28/2014

| Marital Status | Spouse Name | Number of Children | Years Education | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|
| Married | — | — | 14 | English | Not Hispanic or Latino | Black or African American | Provider |

## Medications

### Medications at Start of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **CHOLESTEROL MISC** | | | | 4/21/2015 |
| Sig - Route: by Miscellaneous route PATIENT IS UNSURE OF THE NAME/DOSE OF THE CHOLESTEROL MEDICINE SHE IS TAKING - Miscellaneous | | | | |
| Class: Historical Med | | | | |
| **lisinopril (PRINIVIL,ZESTRIL) 10 MG tablet** | | | | 5/11/2015 |
| Sig - Route: Take 10 mg by mouth once - Oral | | | | |
| Class: Historical Med | | | | |

### Medication Orders

No Medication Orders found

## Orders



| | FCC Family Cancer Southaven | Willie, Emma |
|---|---|---|
| | 391 Southcrest Circle, Ste. 101 | Sex: F |
| | Southaven MS 38671-4739 | Encounter date: 10/28/2014 |
| | Amb Encounter Report | |

# All Orders and Results Except Lab and Imaging

## Ambulatory referral to General Surgery

Electronically signed by: **Sadanand Ishwarappa Patil, MD on 10/28/14 1330**  Status: **Discontinued**
Ordering user: Sadanand Ishwarappa Patil, MD 10/28/14 1330   Ordering provider: Sadanand Ishwarappa Patil, MD
Authorized by: Sadanand Ishwarappa Patil, MD
Frequency: 10/28/14 -                                          Discontinued by: Boc Amb Expiring Orders 11/04/15 0211 [Order Expired]
Diagnoses
Breast cancer of upper-outer quadrant of right female breast (HCC) [174.4 (ICD-9-CM)]
Order comments: Refer Dr Fore ASAP

# Result Summary



| | | |
|---|---|---|
| **BAPTIST** | FCC Family Cancer Southaven<br>391 Southcrest Circle, Ste. 101<br>Southaven MS 38671-4739<br>Amb Encounter Report | Willie, Emma<br>, Sex: F<br>Encounter date: 10/28/2014 |

## All Lab and Imaging Orders and Results

### PET CT Whole Body

Electronically signed by: **Sadanand Ishwarappa Patil, MD on 10/28/14 1330**       Status: **Discontinued**
Ordering user: Sadanand Ishwarappa Patil, MD 10/28/14 1330       Ordering provider: Sadanand Ishwarappa Patil, MD
Authorized by: Sadanand Ishwarappa Patil, MD
Frequency: 10/28/14 -       Discontinued by: Barbara Bain 11/05/14 1107 [Entered in Error]

Diagnoses
Breast cancer of upper-outer quadrant of right female breast (HCC) [174.4 (ICD-9-CM)]

Questionnaire

| Question | Answer |
|---|---|
| Reason for exam: (signs/symptoms or active diagnosis) | staging breast cancer |
| Is the patient pregnant? | No |

## Progress Notes

### Progress Notes by Sadanand Ishwarappa Patil, MD at 10/28/2014 12:48 PM

Author: Sadanand Ishwarappa Patil, MD       Service: (none)       Author Type: Physician
Encounter Date: 10/28/2014       Creation Time: 10/28/2014 12:48 PM       Filed: 10/28/2014 3:23 PM
Status: Signed       Editor: Sadanand Ishwarappa Patil, MD (Physician)

**HEMATOLOGY ONCOLOGY PROGRESS NOTE**
**PATIL SADANAND, M.D**
**CELL: (901) 573-0469**

| Date of Service | 10/28/2014 |
|---|---|
| Service | Baptist Family Cancer Center |

| PATIENT IDENTIFICATION | |
|---|---|
| Patient Name: | Emma Willie |
| DOB: | 8/16/1963 |
| Age: | 51 y.o. |
| Sex: | female |
| Race: | Black or African American [2] |

| IMPRESSION: | Infiltrating Ductal Carcinoma Rt Breast on upper outer quadrant. Radiologic stage T2 N0 Mx ER: Pos, PR Neg, Her 2 Neg.<br>We had a prolonged discussion about the diagnosis, pathology, natural history of the disease including the prognosis. I have also discussed the potential plans for further work up, available treatment options including the risks and benefits. I have thoroughly addressed these complex |
|---|---|



| | FCC Family Cancer Southaven<br>391 Southcrest Circle, Ste. 101<br>Southaven MS 38671-4739<br>Amb Encounter Report | Willie, Emma<br>█████████████, Sex: F<br>Encounter date: 10/28/2014 |
|---|---|---|

## Progress Notes (continued)

### Progress Notes by Sadanand Ishwarappa Patil, MD at 10/28/2014 12:48 PM (continued)

| | clinical issues and went over the various important aspects to consider. All questions were answered to the satisfaction of the patient and family.<br>Multiple questions and concerns answered. Time > 1 hour |
|---|---|
| **PLAN:** | Will complete staging with PET/CT scan<br>I anticipate a lumpectomy will be possible without need for neoadjuvant therapy. I will refer her to surgery for consultation. I have discussed in detail with patient choice of Lumpectomy and radiation vs. Mastectomy with reconstruction. She will discuss with Surgeon.<br>Discussed role of adjuvant therapy and will likely depend on pathologic staging and Recurrence risk determination. |

## CHIEF COMPLAINT:
Breast cancer.

## HISTORY OF PRESENT ILLNESS:
Emma Willie is a 51 y.o. year old Black or African American [2] female self referred for breast cancer. She underwent a routine mammogram and breast biopsy that revealed breast cancer. She has no medical complaints. She did not feel any abnormality herself.

## PROBLEM LIST:
   * No active hospital problems. *

## REVIEW OF SYSTEMS:
| | |
|---|---|
| Constitutional | Normal - No fevers, chills, night sweats, excessive fatigue or weight loss. |
| Allergic/Immunologic | Normal - No reactions. |
| Eyes | Normal - No significant visual difficulties. No diplopia. |
| ENMT | Normal - No problems with hearing, no sore throat, no sinus drainage. |
| Endocrine | Normal - No diabetes, thyroid disease or hormone replacement. No hot flashes or night sweats. |
| Hematologic/Lymphatic | Normal - No easy bruising or bleeding.  The patient denies any tender or palpable lymph nodes. |
| Breasts | S/P mammo and US guided biopsy |
| Respiratory | Normal - No dyspnea on exertion, chest pain, cough or hemoptysis. |
| Cardiovascular | Normal - No anginal chest pain, palpitations or orthopnea. |
| Gastrointestinal | Normal - No nausea, vomiting, diarrhea, GI bleeding, or constipation. No change in bowel habits, no heartburn, abdominal pain or early satiety. |
| Genitourinary (F) | Normal - No abnormal genital masses.  No hematuria, hesitancy, incontinence, vaginal bleeding, discharge or other problems with urination.  Normal sexual function. |
| Musculoskeletal | Normal - No joint pain, swelling or redness. No decreased range of motion. |
| Integumentary | Normal - No chronic rashes, inflammation, ulcerations or skin changes. |
| Neurologic | Normal - No headache, blurred vision, and no areas of focal weakness or |



| | | |
|---|---|---|
| | FCC Family Cancer Southaven | Willie, Emma |
| | 391 Southcrest Circle, Ste. 101 | , Sex: F |
| | Southaven MS 38671-4739 | Encounter date: 10/28/2014 |
| | Amb Encounter Report | |

## Progress Notes (continued)

### Progress Notes by Sadanand Ishwarappa Patil, MD at 10/28/2014 12:48 PM (continued)

| | |
|---|---|
| | numbness. Normal gait. No sensory problems. |
| Psychiatric | Normal - No insomnia, depression, mania or mood swings. No psychotropic drugs. |

**PHYSICAL EXAM:**
BP 165/89 | Pulse 85 | Temp(Src) 98.2 °F (36.8 °C) | Ht 5' 8" (1.727 m) | Wt 219 lb 9.6 oz (99.61 kg) | BMI 33.4 kg/m2 | Breastfeeding? No
General appearance: Awake, alert and oriented. not in respiratory distress
Head: Normocephalic atraumatic
Eyes: Pupils are equal and reactive to light without icterus
Ears: Normal hearing no ear discharge
Nose: No epistaxis, no discharge, no sinus tenderness
Throat: Uvula midline, No inflammation no thrush
Neck: No cervical adenopathy or mass. JVP Normal
Lymph nodes: No palpable cervical, axillary or inguinal lymphadenopathy or splenomegaly
Lungs: Bilateral lung fields are clear to auscultation with symmetric air movements. No crepitations / wheeze
BREAST: Firm density is identified deep in Rt Breast upper outer quadrant. No nipple retraction. Appears freely mobile without attachment to skin or pectorals
Heart: Regular S1, S2. No obvious murmers, rubs or gallop are appreciated
Abdomen: Soft, Nontender, non distended. Bowel sounds normal. No Hepatosplenomegaly
Extremities: No calf tenderness, no edema. pulses palpable
Skin: No rash or erythema or icterus appreciated
Neurologic: No Focal motor , sensory or cranial nerve deficits appreciated

**Social History**

**History**

| Substance Use Topics | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| • Alcohol Use: | No |

**History**

| Drug Use | No |
|---|---|

History reviewed. No pertinent family history.

**Past Medical History**

| Diagnosis | Date |
|---|---|
| • Hypertension | |
| • High cholesterol | |
| • Hay fever | |



| | | |
|---|---|---|
| FCC Family Cancer Southaven | Willie, Emma | Sex: F |
| 391 Southcrest Circle, Ste. 101 | Encounter date: 10/28/2014 | |
| Southaven MS 38671-4739 | | |
| Amb Encounter Report | | |

## Progress Notes (continued)

### Progress Notes by Sadanand Ishwarappa Patil, MD at 10/28/2014 12:48 PM (continued)

**Past Surgical History**

| Procedure | Laterality | Date |
|---|---|---|
| • Cesarean section | | |
| • Hysterectomy | | |
| • Breast biopsy | Right | 2014 |

No Known Allergies

(Not in a hospital admission)

**Lab Review:**
No results found for this basename: ALP, AST, ALT, ALBUMIN, BILID, BILIT, PROT

No results found for this basename: HGB, HCT, WBC, PLT

No results found for this basename: NA, K, CL, GLU, BUN, CREA, CA

**X-Ray:**
No results found for this or any previous visit (from the past 72 hours).
No results found for this or any previous visit (from the past 72 hours).
No results found for this or any previous visit (from the past 72 hours).

**SUBMITTED BY:**
Sadanand Ishwarappa Patil
10/28/2014, 3:14 PM

Documentation by Candace Hayth acting as scribe only for Dr. Patil. I have reviewed the information scribed above and attest to the accuracy of this note and attest that I personally performed these services.



FCC Family Cancer Southaven
391 Southcrest Circle, Ste. 101
Southaven MS 38671-4739
Amb Encounter Report

Willie, Emma
Sex: F
Encounter date: 10/28/2014

## Progress Notes (continued)

### Progress Notes by Sadanand Ishwarappa Patil, MD at 10/28/2014 12:48 PM (continued)

Electronically signed by Sadanand Ishwarappa Patil, MD at 10/28/2014  3:23 PM

## Patient Instructions
No notes of this type exist for this encounter.

## History & Physical
No notes of this type exist for this encounter.

## Other Notes
No notes of this type exist for this encounter.

## Follow-up and Disposition History

**10/28/2014 1330 - Sadanand Ishwarappa Patil, MD**
Disposition:        Return in about 1 week (around 11/4/2014).