# EXHIBIT F



Willie, Emma Renna
Sex: F
Visit date: 10/28/2014

## 10/28/2014 - Office Visit in Family Cancer Center Foundation-Southaven

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Sadanand Ishwarappa Patil, MD | Sadanand Ishwarappa Patil, MD |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Family Cancer Center Foundation-Southaven | 391 Southcrest Circle, Ste. 101<br>Southaven MS 38671 | 662-349-0755 | 662-349-0356 |

#### Level of Service

| Level of Service |
|---|
| PR OFFICE/OUTPT VISIT,NEW,LEVL V |

### Reason for Visit

#### Chief Complaint
- New Patient

### Visit Diagnosis
- Breast cancer of upper-outer quadrant of right female breast (HCC) (primary)

### Progress Notes

#### Progress Notes by Sadanand Ishwarappa Patil, MD at 10/28/2014 12:48 PM

Author: Sadanand Ishwarappa Patil, MD   Service: —   Author Type: Physician
Filed: 10/28/2014 3:23 PM   Encounter Date: 10/28/2014   Creation Time: 10/28/2014 12:48 PM
Status: Signed   Editor: Sadanand Ishwarappa Patil, MD (Physician)

**HEMATOLOGY ONCOLOGY PROGRESS NOTE**
**PATIL SADANAND, M.D.**
**CELL: (901) 573-0469**

| Date of Service | 10/28/2014 |
|---|---|
| Service | Baptist Family Cancer Center |

| PATIENT IDENTIFICATION | |
|---|---|
| Patient Name: | Emma Willie |
| DOB: | 8/16/1963 |
| Age: | 51 y.o. |
| Sex: | female |
| Race: | Black or African American [2] |

| IMPRESSION: | Infiltrating Ductal Carcinoma Rt Breast on upper outer quadrant. Radiologic stage T2 N0 Mx<br>ER: Pos, PR Neg, Her 2 Neg.<br>We had a prolonged discussion about the diagnosis, pathology, natural history of the disease including the prognosis. I have also discussed the potential plans for further work up, available treatment options including the risks and benefits. I have thoroughly addressed these complex clinical issues and went over the various important aspects to consider. All questions were |
|---|---|


**BAPTIST**

Willie, Emma Renna
Sex: F
Visit date: 10/28/2014

### 10/28/2014 - Office Visit in Family Cancer Center Foundation-Southaven (continued)

**Progress Notes (continued)**

| | answered to the satisfaction of the patient and family.<br>Multiple questions and concerns answered. Time > 1 hour |
|---|---|
| **PLAN:** | Will complete staging with PET/CT scan<br>I anticipate a lumpectomy will be possible without need for neoadjuvant therapy. I will refer her to surgery for consultation. I have discussed in detail with patient choice of Lumpectomy and radiation vs. Mastectomy with reconstruction. She will discuss with Surgeon.<br>Discussed role of adjuvant therapy and will likely depend on pathologic staging and Recurrence risk determination. |

**CHIEF COMPLAINT:**
Breast cancer.

**HISTORY OF PRESENT ILLNESS:**
Emma Willie is a 51 y.o. year old Black or African American [2] female self referred for breast cancer. She underwent a routine mammogram and breast biopsy that revealed breast cancer. She has no medical complaints. She did not feel any abnormality herself.

**PROBLEM LIST:**
  * No active hospital problems. *

**REVIEW OF SYSTEMS:**

| | |
|---|---|
| Constitutional | Normal - No fevers, chills, night sweats, excessive fatigue or weight loss. |
| Allergic/Immunologic | Normal - No reactions. |
| Eyes | Normal - No significant visual difficulties. No diplopia. |
| ENMT | Normal - No problems with hearing, no sore throat, no sinus drainage. |
| Endocrine | Normal - No diabetes, thyroid disease or hormone replacement. No hot flashes or night sweats. |
| Hematologic/Lymphatic | Normal - No easy bruising or bleeding. The patient denies any tender or palpable lymph nodes. |
| Breasts | S/P mammo and US guided biopsy |
| Respiratory | Normal - No dyspnea on exertion, chest pain, cough or hemoptysis. |
| Cardiovascular | Normal - No anginal chest pain, palpitations or orthopnea. |
| Gastrointestinal | Normal - No nausea, vomiting, diarrhea, GI bleeding, or constipation. No change in bowel habits, no heartburn, abdominal pain or early satiety. |
| Genitourinary (F) | Normal - No abnormal genital masses. No hematuria, hesitancy, incontinence, vaginal bleeding, discharge or other problems with urination. Normal sexual function. |
| Musculoskeletal | Normal - No joint pain, swelling or redness. No decreased range of motion. |
| Integumentary | Normal - No chronic rashes, inflammation, ulcerations or skin changes. |
| Neurologic | Normal - No headache, blurred vision, and no areas of focal weakness or numbness. Normal gait. No sensory problems. |
| Psychiatric | Normal - No insomnia, depression, mania or mood swings. No psychotropic drugs. |

**PHYSICAL EXAM:**
BP 165/89 | Pulse 85 | Temp(Src) 98.2 °F (36.8 °C) | Ht 5' 8" (1.727 m) | Wt 219 lb 9.6 oz (99.61 kg) | BMI 33.4 kg/m2 |

9256 - WILLIE,EMMA - Family Cancer Center 000359



Willie, Emma Renna
Sex: F
Visit date: 10/28/2014

### 10/28/2014 - Office Visit in Family Cancer Center Foundation-Southaven (continued)

**Progress Notes (continued)**

Breastfeeding? No
General appearance: Awake, alert and oriented. not in respiratory distress
Head: Normocephalic atraumatic
Eyes: Pupils are equal and reactive to light without icterus
Ears: Normal hearing no ear discharge
Nose: No epistaxis, no discharge, no sinus tenderness
Throat: Uvula midline, No inflammation no thrush
Neck: No cervical adenopathy or mass. JVP Normal
Lymph nodes: No palpable cervical, axillary or inguinal lymphadenopathy or splenomegaly
Lungs: Bilateral lung fields are clear to auscultation with symmetric air movements. No crepitations / wheeze
BREAST: Firm density is identified deep in Rt Breast upper outer quadrant. No nipple retraction. Appears freely mobile without attachment to skin or pectorals
Heart: Regular S1, S2. No obvious murmers, rubs or gallop are appreciated
Abdomen: Soft, Nontender, non distended. Bowel sounds normal. No Hepatosplenomegaly
Extremities: No calf tenderness, no edema. pulses palpable
Skin: No rash or erythema or icterus appreciated
Neurologic: No Focal motor , sensory or cranial nerve deficits appreciated

**Social History**
History
Substance Use Topics
- Smoking status:       Never Smoker
- Smokeless tobacco:    Never Used
- Alcohol Use:          No

History

| Drug Use | No |
|---|---|

History reviewed. No pertinent family history.

**Past Medical History**

| Diagnosis | Date |
|---|---|
| • Hypertension | |
| • High cholesterol | |
| • Hay fever | |

Past Surgical History

| Procedure | Laterality | Date |
|---|---|---|
| • Cesarean section | | |
| • Hysterectomy | | |
| • Breast biopsy | Right | 2014 |

No Known Allergies

(Not in a hospital admission)

**Lab Review:**
No results found for this basename: ALP, AST, ALT, ALBUMIN,

9256 - WILLIE,EMMA - Family Cancer Center 000360



Willie, Emma Renna
Sex: F
Visit date: 10/28/2014

**10/28/2014 - Office Visit in Family Cancer Center Foundation-Southaven (continued)**

Progress Notes (continued)

BILID, BILIT, PROT

No results found for this basename: HGB, HCT, WBC, PLT

No results found for this basename: NA, K, CL, GLU, BUN, CREA, CA

**X-Ray:**
No results found for this or any previous visit (from the past 72 hours).
No results found for this or any previous visit (from the past 72 hours).
No results found for this or any previous visit (from the past 72 hours).

**SUBMITTED BY:**
Sadanand Ishwarappa Patil
10/28/2014, 3:14 PM

Documentation by Candace Hayth acting as scribe only for Dr. Patil.
I have reviewed the information scribed above and attest to the
accuracy of this note and attest that I personally performed these
services.

Electronically signed by Sadanand Ishwarappa Patil, MD at 10/28/2014 3:23 PM

**Medication List**

**Medication List**
This report is for documentation purposes only. The patient should not follow medication instructions within.
For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.



Willie, Emma Renna
Sex: F
Visit date: 10/28/2014

## 10/28/2014 - Office Visit in Family Cancer Center Foundation-Southaven (continued)

### Medication List (continued)

#### Active at the End of Visit

**lisinopril (PRINIVIL,ZESTRIL) 10 MG tablet**
Instructions: Take 10 mg by mouth once
Entered by: Jessica Cotter, RN                Entered on: 10/15/2014
End date: 5/11/2015

**CHOLESTEROL MISC**
Instructions: by Miscellaneous route PATIENT IS UNSURE OF THE NAME/DOSE OF THE CHOLESTEROL MEDICINE SHE IS TAKING
Entered by: Jessica Cotter, RN                Entered on: 10/15/2014
End date: 4/21/2015

#### Stopped in Visit
None

### Imaging-Orders and Results

#### Imaging

**PET CT Whole Body [26332284] (Discontinued)**
Electronically signed by: **Sadanand Ishwarappa Patil, MD on 10/28/14 1330**                Status: **Discontinued**
Ordering user: Sadanand Ishwarappa Patil, MD 10/28/14 1330    Ordering provider: Sadanand Ishwarappa Patil, MD
Authorized by: Sadanand Ishwarappa Patil, MD                Ordering mode: Standard
Frequency: STAT  10/28/14 -                Class: Ancillary Performed
Quantity: 1                Discontinued by: Barbara Bain 11/05/14 1107 [Entered in Error]
Diagnoses
Breast cancer of upper-outer quadrant of right female breast (HCC) [174.4 (ICD-9-CM)]

##### Questionnaire

| Question | Answer |
|---|---|
| Reason for exam: (signs/symptoms or active diagnosis) | staging breast cancer |
| Is the patient pregnant? | No |

##### Indications
Breast cancer of upper-outer quadrant of right female breast (HCC) [174.4 (ICD-9-CM)]

### Other Orders

#### Outpatient Referral

**Ambulatory referral to General Surgery [26332285] (Discontinued)**
Electronically signed by: **Sadanand Ishwarappa Patil, MD on 10/28/14 1330**                Status: **Discontinued**
Ordering user: Sadanand Ishwarappa Patil, MD 10/28/14 1330    Ordering provider: Sadanand Ishwarappa Patil, MD
Authorized by: Sadanand Ishwarappa Patil, MD                Ordering mode: Standard
Frequency: Routine  10/28/14 -                Class: Internal Referral
Quantity: 1                Discontinued by: Boc Amb Expiring Orders 11/04/15 0211 [Order Expired]

Diagnoses
Breast cancer of upper-outer quadrant of right female breast (HCC) [174.4 (ICD-9-CM)]
Order comments: Refer Dr Fore ASAP

##### Referral Details

| Referred By | | Referred To | Type | Priority |
|---|---|---|---|---|
| Sadanand Ishwarappa Patil, MD 6029 Walnut Grove #301 | Diagnoses: Breast cancer of upper-outer quadrant of right female breast (HCC) | | Surgery | Routine |