# EXHIBIT G



| Baptist Memorial Hospital - DeSoto | Willie, Emma |
|---|---|
| 7601 Southcrest Parkway | Sex: F |
| Southaven MS 38671-4739 | Adm: 4/21/2015, D/C: 4/21/2015 |

## 04/21/2015 - RadOnc Consult in Baptist Memorial Hospital DeSoto Radiation Oncology

### Consult

**RadOnc Consult Note by Rameses Lumumba Sroufe, MD at 4/21/2015  2:09 PM**

| | | |
|---|---|---|
| Author: Rameses Lumumba Sroufe, MD | Service: Radiation Oncology | Author Type: Physician |
| Filed: 4/28/2015  4:05 PM | Date of Service: 4/21/2015  2:09 PM | Creation Time: 4/27/2015  9:09 AM |
| Status: Signed | Editor: Rameses Lumumba Sroufe, MD (Physician) | |



# DEPARTMENT OF RADIATION ONCOLOGY - DESOTO

# CONSULTATION NOTE

**CPT:** 99245

**Date of Service:** 4/21/2015

**Consultation Requested by:** Patil, Sadanand Ishwara* MD

**PATIENT IDENTIFICATION:**
  **Patient Name:** Emma Willie
  **MRN:**
  **DOB:**

**Reason for Visit:**
1. **Breast cancer of upper-outer quadrant of right female breast**

**HISTORY OF PRESENT ILLNESS:** Thank you for the referral of Ms. Willie to our department.  She is a 51 y.o. female who had a routine screening mammogram which showed a suspicious lesion in the right breast.  On 10/15/14 she underwent a biopsy of the lesion in the upper outer quadrant which confirmed infiltrating ductal carcinoma.  She went on to have a wire localized lumpectomy and sentinel lymph node biopsy on 11/17/14.  Pathology showed moderately differentiated infiltrating ductal carcinoma measuring 9.5mm, grade 2 with associated DCIS, all margins were negative, 1 out of 4 sentinel lymph nodes were positive for macrometastasis.  The tumor was ER/PR positive, Her2neu negative.  She has been referred to me for consideration of postoperative radiation therapy.

### Past Medical History

| Diagnosis | Date |
|---|---|
| - Hypertension | |
| - High cholesterol | |
| - Hay fever | |
| - Cancer | |
| - Breast cancer | |

### Past Surgical History

| Procedure | Laterality | Date |
|---|---|---|
| - Cesarean section | | |
| - Breast biopsy | Right | 2014 |
| - Hysterectomy | | 2007 |

Case 2:16-md-02740-JTM-MBN   Document 12202-9   Filed 02/22/21   Page 3 of 9

 Baptist Memorial Hospital - DeSoto  
7601 Southcrest Parkway  
Southaven MS 38671-4739

Willie, Emma  
Sex: F  
Adm: 4/21/2015, D/C: 4/21/2015

## 04/21/2015 - RadOnc Consult in Baptist Memorial Hospital DeSoto Radiation Oncology (continued)

### Consult (continued)

- Portacath placement     12/01/2014

**Allergies:**
No Known Allergies

**Medications:**
Current Outpatient Prescriptions

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| atorvastatin (LIPITOR) 20 MG tablet | Take 20 mg by mouth one (1) time a day | | |
| lisinopril (PRINIVIL,ZESTRIL) 10 MG tablet | Take 10 mg by mouth once | | |
| loperamide (IMODIUM) 2 mg capsule | Take two capsules (4mg) by mouth after first loose stool, then one capsule (2mg) every one hour until no diarrhea. | 30 capsule | 3 |
| loratadine (CLARITIN) 10 mg tablet | Take one tablet (10mg) by mouth daily for seven days to begin the day before Pegfilgrastim (Neulasta) injection. | 7 tablet | 4 |
| Maalox-Benadryl-Lidocaine Viscous 2% (MAGIC SWIZZLE) suspension | Swish and swallow 10 mL as needed (for mouth soreness) | 480 mL | 3 |
| ondansetron (ZOFRAN) 8 MG tablet | Take one tablet (8mg) by mouth every 8 hours as needed for nausea. | 30 tablet | 3 |
| scopolamine (TRANSDERM-SCOP) 1.5 mg patch | Place 1 patch onto the skin every third day as needed for motion sickness | 4 patch | 4 |
| white petrolatum-mineral oil (EUCERIN) Crea topical cream | Apply to palms of hand and soles of feet several times daily. Equivalents are Bag Balm, Udder Cream. | 480 g | 11 |

No current facility-administered medications for this encounter.

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| Diabetes | Mother | |
| Diabetes | Father | |
| Hypertension | Father | |
| Diabetes | Sister | |
| Hypertension | Sister | |
| Cancer | Brother | |
| Diabetes | Brother | |
| Diabetes | Sister | |
| Hypertension | Sister | |

**History**



Baptist Memorial Hospital - DeSoto
7601 Southcrest Parkway
Southaven MS 38671-4739

Willie, Emma
Sex: F
Adm: 4/21/2015, D/C: 4/21/2015

## 04/21/2015 - RadOnc Consult in Baptist Memorial Hospital DeSoto Radiation Oncology (continued)

**Consult (continued)**

### Social History
- Marital Status: Married
  - Spouse Name: N/A
  - Number of Children: N/A
- Years of Education: 14

### Occupational History
- cafeteria worker    Tate Co Schools

### Social History Main Topics
- Smoking status: Never Smoker
- Smokeless tobacco: Never Used
- Alcohol Use: No
- Drug Use: No
- Sexual Activity: Not on file

### Other Topics    Concern
- Not on file

### Social History Narrative
- No narrative on file

**REVIEW OF SYSTEMS:**
Constitutional: negative for fever, chills, or weight changes
HEENT: negative for hearing loss, rhinitis, epistaxis, sore throat, swallowing difficulty
Cardiovascular: negative for chest pain, palpitations
Respiratory: negative for cough, dyspnea, hemoptysis
Gastrointestinal: negative for dysphagia, regurgitation, nausea, vomiting, or diarrhea
Genitourinary: negative for dysuria, hematuria, frequency
Musculoskeletal: negative for bone or joint pain
Integumentary: negative for rash or pruritus
Endocrine: negative for heat or cold intolerance
Hematologic/Lymphatics: negative for easy bruising or bleeding
Neurological: negative for headaches, seizures, focal weakness or numbness
Psychiatric: negative for mood changes or memory problems

**PHYSICAL EXAM:**
Vital Signs: BP 140/63 | Pulse 117 | Temp(Src) 98.8 °F (37.1 °C) (Oral) | Ht 5' 7" (1.702 m) | Wt 205 lb 4.8 oz (93.123 kg) | BMI 32.15 kg/m2 | SpO2 96%
General appearance: alert, cooperative and resting comfortably
Neck: no adenopathy and supple, symmetrical, trachea midline
Lungs: clear to auscultation bilaterally
Breasts: well healed lumpectomy scar in the upper outer quadrant and sentinel lymph node biopsy scar, no suspicious masses in either breast or axillae
Heart: regular rate and rhythm, S1, S2 normal, no murmur, click, rub or gallop
Abdomen: soft, nontender, nondistended, bowel sounds active all four quadrants.

**ASSESSMENT:**
In summary, Ms. Willie is a 51 y.o. female with T1bN1aM0 infiltrating ductal carcinoma of the upper outer quadrant of



| | | |
|---|---|---|
| Baptist Memorial Hospital - DeSoto | Willie, Emma | Sex: F |
| 7601 Southcrest Parkway | Adm: 4/21/2015, D/C: 4/21/2015 | |
| Southaven MS 38671-4739 | | |

## 04/21/2015 - RadOnc Consult in Baptist Memorial Hospital DeSoto Radiation Oncology (continued)

### Consult (continued)

the right breast s/p lumpectomy and sentinel lymph node biopsy here for consideration of postoperative radiation therapy.

### PLAN:

The patient has had breast conserving surgery and will now benefit from postoperative radiation therapy to reduce local recurrence. Radiation therapy will be directed to the whole right breast and undissected axillae and supraclavicular area due to the positive sentinel lymph node.

The rationale for and details of simulation and day to day therapy were reviewed. The side effects of radiation therapy, including skin irritation, low blood counts, fatigue, lung damage were described.

Treatment recommendations are to treat the right breast and supraclavicular fossa to a dose of 5040 cGy in 28 fractions over an elapsed time of 5 weeks, followed a boost to the lumpectomy cavity for an additional 1000cGy in 5 fractions for a total of 6040cGy in 33 fractions. CT simulation will be performed later this week for radiation therapy planning, with treatment likely to begin shortly thereafter.

All of the patient's concerns were addressed, and all of her questions were answered to her satisfaction.

Thank you again for the referral of this patient to our department.

### SUBMITTED BY:
Rameses Lumumba Sroufe, M.D.
4/27/2015, 9:10 AM

Electronically signed by Rameses Lumumba Sroufe, MD at 4/28/2015  4:05 PM

### All Other Notes

#### Addendum Note

**Rameses Lumumba Sroufe, MD at 4/27/2015  9:59 AM**

| | | |
|---|---|---|
| Author: Rameses Lumumba Sroufe, MD | Service: Radiation Oncology | Author Type: Physician |
| Filed: 4/27/2015  9:59 AM | Date of Service: 4/27/2015  9:59 AM | Creation Time: 4/27/2015  9:59 AM |
| Status: Signed | Editor: Rameses Lumumba Sroufe, MD (Physician) | |

Encounter addended by: Rameses Lumumba Sroufe, MD on: 4/27/2015  9:59 AM<BR>    Documentation filed: Clinical Notes, Visit Diagnoses

Electronically signed by Rameses Lumumba Sroufe, MD at 4/27/2015  9:59 AM

**Rameses Lumumba Sroufe, MD at 4/28/2015  4:05 PM**

| | | |
|---|---|---|
| Author: Rameses Lumumba Sroufe, MD | Service: Radiation Oncology | Author Type: Physician |
| Filed: 4/28/2015  4:05 PM | Date of Service: 4/28/2015  4:05 PM | Creation Time: 4/28/2015  4:05 PM |
| Status: Signed | Editor: Rameses Lumumba Sroufe, MD (Physician) | |

Encounter addended by: Rameses Lumumba Sroufe, MD on: 4/28/2015  4:05 PM<BR>    Documentation filed: LOS Section, Clinical Notes

Electronically signed by Rameses Lumumba Sroufe, MD at 4/28/2015  4:05 PM



BCCPF Southaven  
391 Southcrest Circle, Ste. 101  
Southaven MS 38671-4848

Willie, Emma  
Sex: F  
Visit date: 4/16/2015

## 04/16/2015 - Office Visit in Baptist Cancer Center BMG Oncology

**Progress Notes**

**Progress Notes by Sadanand Ishwarappa Patil, MD at 4/16/2015 1:16 PM**

Author: Sadanand Ishwarappa Patil, MD  
Filed: 4/16/2015 2:41 PM  
Status: Signed  
Service: —  
Encounter Date: 4/16/2015  
Editor: Sadanand Ishwarappa Patil, MD (Physician)  
Author Type: Physician  
Creation Time: 4/16/2015 1:16 PM

### HEMATOLOGY ONCOLOGY PROGRESS NOTE
### PATIL SADANAND, M.D.
### CELL: (901) 573-0469

| Date of Service | 4/16/2015 |
|---|---|
| Service | Baptist Family Cancer Center |

| PATIENT IDENTIFICATION | |
|---|---|
| Patient Name: | Emma Willie |
| DOB: | |
| Age: | 51 y.o. |
| Sex: | female |
| Race: | Black or African American [2] |

| IMPRESSION: | Infiltrating Ductal Carcinoma Rt Breast on upper outer quadrant. Pathologic Stage T1b N1 M0<br>ER Positive Her 2 Negative.<br> adjuvant chemotherapy with TC. Completed 4/3/15<br>Toxicity assessment: Grade 1 neuropathy<br>Lymphedema RUE |
|---|---|
| PLAN: | Tolerated chemo well s/p cycle 6 completed 4/3/15<br><br>Followed by XRT. Referral made<br><br>Followed by Endocrine therapy<br><br>Mild lymphedema RUE. Recommended elevation and rest along with salt restriction. No need for prosthetics at this time |

### CHIEF COMPLAINT:
**Follow up for Breast cancer.**
**Right arm swelling x 2 weeks.**
**Bilateral leg swelling x 2 weeks.**
**Right axilla pain x 2 weeks.**

### HISTORY OF PRESENT ILLNESS:
Emma Willie is a 51 y.o. year old Black or African American [2] female self referred for breast cancer. She underwent a routine mammogram and breast biopsy that revealed breast cancer. She has no medical complaints. She did not feel any abnormality herself. She recently had a right breast lumpectomy with axillary lymph node biopsy. She has a drain and no swelling.



BCCPF Southaven
391 Southcrest Circle, Ste. 101
Southaven MS 38671-4848

Willie, Emma
Sex: F
Visit date: 4/16/2015

## 04/16/2015 - Office Visit in Baptist Cancer Center BMG Oncology (continued)

### Progress Notes (continued)

Infiltrating Ductal Carcinoma Rt Breast on upper outer quadrant.
Pathologic Stage T1b N1 M0. She had macroscopic metastasis in 1 sentinel LN.
ER Positive Her 2 Negative.
complete staging with PET/CT scan negative for metastasis
 adjuvant chemotherapy with TC.

**PROBLEM LIST:**
  * No active hospital problems. *


**REVIEW OF SYSTEMS:**

| | |
|---|---|
| Constitutional | Abnormal - Severe easy fatigability, improving. No fevers, chills, night sweats, or weight loss. |
| Allergic/Immunologic | Normal - No reactions. |
| Eyes | Normal - No significant visual difficulties. No diplopia. |
| ENMT | Normal - No problems with hearing, no sore throat, no sinus drainage. |
| Endocrine | Normal - No diabetes, thyroid disease or hormone replacement. No hot flashes or night sweats. |
| Hematologic/Lymphatic | Normal - No easy bruising or bleeding.  The patient denies any tender or palpable lymph nodes. |
| Breasts | Abnormal - Continued right breast tenderness, same as previous visit. |
| Respiratory | Abnormal - Mild dry cough. Mild dyspnea on exertion. |
| Cardiovascular | Normal - No anginal chest pain, palpitations or orthopnea. |
| Gastrointestinal | Abnormal - Continued poor taste. |
| Genitourinary (F) | Normal - No discharge or pain. |
| Musculoskeletal | Abnormal - Right arm swelling x 2 weeks. Right axilla pain x 2 weeks. Bilateral; leg swelling x 2 weeks. |
| Integumentary | Normal - No chronic rashes, inflammation, ulcerations or skin changes. |
| Neurologic | Abnormal - Intermittent numbness in her feet up to her knees and in her fingertips. |
| Psychiatric | Normal - No insomnia, depression, mania or mood swings.  No psychotropic drugs. |


**PHYSICAL EXAM:**
BP 129/74 | Pulse 114 | Temp(Src) 98.3 °F (36.8 °C) (Oral) | Resp 20 | Wt 212 lb 3.2 oz (96.253 kg) | Breastfeeding? No
General appearance: Awake, alert and oriented. not in respiratory distress
Head: Normocephalic atraumatic
Eyes: Pupils are equal and reactive to light without icterus
Ears: Normal hearing no ear discharge
Nose: No epistaxis, no discharge, no sinus tenderness
Throat: Uvula midline, No inflammation no thrush
Neck: No cervical adenopathy or mass. JVP Normal
Lymph nodes: No palpable cervical, axillary or inguinal lymphadenopathy or splenomegaly
Lungs: Bilateral lung fields are clear to auscultation with symmetric air movements. No crepitations / wheeze
BREAST: Surgical scars are well healed.  No nipple retraction. Appears freely mobile without attachment to skin or pectorals
Heart: Regular S1, S2. No obvious murmers, rubs or gallop are appreciated
Abdomen: Soft, Nontender, non distended. Bowel sounds normal. No


BCCPF Southaven
391 Southcrest Circle, Ste. 101
Southaven MS 38671-4848

Willie, Emma
Sex: F
Visit date: 4/16/2015

**04/16/2015 - Office Visit in Baptist Cancer Center BMG Oncology (continued)**

**Progress Notes (continued)**

Hepatosplenomegaly
Extremities: RUE mild lymphedema
Skin: No rash or erythema or icterus appreciated
Neurologic: No Focal motor, sensory or cranial nerve deficits appreciated

### Social History
History
Substance Use Topics
- Smoking status: Never Smoker
- Smokeless tobacco: Never Used
- Alcohol Use: No

History
Drug Use: No

History reviewed. No pertinent family history.

### Past Medical History
Diagnosis / Date
- Hypertension
- High cholesterol
- Hay fever
- Cancer

### Past Surgical History
| Procedure | Laterality | Date |
| --- | --- | --- |
| Cesarean section | | |
| Breast biopsy | Right | 2014 |
| Hysterectomy | | 2007 |
| Portacath placement | | 12/01/2014 |

No Known Allergies

(Not in a hospital admission)

### Lab Review:

Lab Results
| Component | Value | Date/Time |
| --- | --- | --- |
| ALP | 79 | 4/2/2015 12:29 PM |
| ALP | 88 | 2/19/2015 8:28 AM |

Lab Results
| Component | Value | Date/Time |
| --- | --- | --- |
| HGB | 9.7* | 4/16/2015 12:00 PM |

Lab Results
| Component | Value | Date/Time |
| --- | --- | --- |
| NA | 139 | 4/2/2015 12:29 PM |
| NA | 136 | 2/19/2015 8:28 AM |

### X-Ray:
No results found for this or any previous visit (from the past 72 hours).
No results found for this or any previous visit (from the past 72 hours).



BCCPF Southaven
391 Southcrest Circle, Ste. 101
Southaven MS 38671-4848

Willie, Emma

Sex: F

Visit date: 4/16/2015

## 04/16/2015 - Office Visit in Baptist Cancer Center BMG Oncology (continued)

**Progress Notes (continued)**

No results found for this or any previous visit (from the past 72 hours).

**SUBMITTED BY:**
Sadanand Ishwarappa Patil
4/16/2015, 2:38 PM

Documentation by Candace Hayth acting as scribe only for Dr. Patil.
I have reviewed the information scribed above and attest to the
accuracy of this note and attest that I personally performed these
services.

Electronically signed by Sadanand Ishwarappa Patil, MD at 4/16/2015 2:41 PM

# End of Document