# EXHIBIT H

Page 1

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2
 3    EMMA R. WILLIE                            PLAINTIFF
 4    VS.                     CASE NO. 2:18-cv-03857
 5    SANOFI US SERVICES, INC. F/K/A
      SANOFI-AVENTIS U.S., INC.,
 6    SANOFI-AVENTIS U.S. LLC, et al.      DEFENDANTS
 7
 8
 9
10    *************************************************
11       VIDEOTAPED ZOOM VIDEOCONFERENCE DEPOSITION OF
                      EMMA R. WILLIE
12
      *************************************************
13
14
15
16       TAKEN AT THE INSTANCE OF THE DEFENDANTS
                SANOFI-AVENTIS U.S. LLC AND
17              SANOFI U.S. SERVICES, INC.
         ON OCTOBER 20, 2020, BEGINNING AT 8:57 A.M.
18
19
20
21
22
23
24
25             GENA MATTISON GLENN, CSR 1568
```

Page 42

1    MR. BUTTARS: Objection to form. You
2    can answer, Ms. Willie.
3    A.  That was my assumption, that it was
4    get to -- to gather more information, yes.
5    BY MS. NICHOLAS:
6    Q.  Did they tell you at that appointment
7    anything new about your cancer?
8    A.  No.
9    Q.  So then a few days after your biopsy,
10   you met with Dr. Patil for the first time; is
11   that correct?
12   A.  Yes.
13   Q.  Did you --
14   A.  I'm thinking -- I'm thinking I met
15   with him after the biopsy. Like I say, I don't
16   just really remember in what order. But I'm
17   thinking it was after the biopsy, yes.
18   Q.  Did you consult with any medical
19   oncologists aside from Dr. Patil?
20   A.  No.
21   Q.  How did you find Dr. Patil?
22   A.  A friend girl of mine husband had had
23   some type of cancer. I don't remember what type
24   of cancer he had, but she recommended him.
25   Q.  And how do you know that friend?

Page 43

1    A.  I was working with her at the time.
2    Q.  Was there anything that was
3    particularly important to you when you were
4    selecting your medical oncologist?
5    A.  Well, I just wanted the best care I
6    thought. You know, like I said, you know,
7    cancer is not something that I had had, so I
8    didn't really know who to call or anything. So,
9    like I said, a friend of mine husband had had
10   it, so she -- she recommended him, saying
11   that -- you know, how good they treated, you
12   know, her husband and this and that, so she
13   recommended him.
14   Q.  What was the friend's name?
15   A.  Her name was Mary Davis.
16   Q.  And does she live in Senatobia?
17   A.  She -- well, it's -- I'm not really
18   sure what her address -- if it's Coldwater or
19   Senatobia. But, you know, it's around the same
20   area. It's areas, but some are Coldwater, some
21   are Senatobia, some are Como. So I'm not really
22   sure what hers is considered to be, whether it's
23   Senatobia, Coldwater, or what, but it's in the
24   same little vicinity.
25   Q.  So when she recommended Dr. Patil, did

Page 44

1    you do any other research on him before you went
2    to see him?
3    A.  Honestly, no, because like I said, I
4    didn't really know, and she highly recommended
5    him. And, you know, so we just went with him.
6    Q.  And so your first appointment with Dr.
7    Patil was at the end of October 2014; is that
8    right?
9    A.  Probably.
10   Q.  And when was your last appointment
11   with Dr. Patil?
12   A.  As far as? Because I just had one in
13   August, so.
14   Q.  So August 2020?
15   A.  Yes.
16   Q.  Do you have any appointments with him
17   scheduled for the future?
18   A.  Well, yeah. I'm supposed to see him
19   every -- you know, right now every year unless
20   something comes up.
21   Q.  So you'll see him again probably
22   August 2021?
23   A.  Yes.
24   Q.  And is Dr. Patil the oncologist who
25   prescribed you your chemotherapy?

Page 45

1    A.  Yes.
2    Q.  And is Dr. Patil the doctor who
3    prescribed you Taxotere?
4    A.  Yes.
5    Q.  So in your first appointment with Dr.
6    Patil, did anyone go with you to that
7    appointment?
8    A.  Yes.
9    Q.  Who went with you?
10   A.  Truthfully speaking, everybody. My
11   children, my husband, my sisters, my brother.
12   They all went, but only two could go back. But
13   all of them went.
14   Q.  And for your brothers and sisters, was
15   that the same brothers and sisters we talked
16   about earlier?
17   A.  Yes.
18   Q.  Which two went back with you?
19   A.  My husband and my sister Martha.
20   Q.  And why were they the two that went
21   back with you?
22   A.  Well, my husband was going to go
23   regardless. But my sister Martha, she -- I
24   guess, what can you say? She wants to kind of,
25   like, be the boss of the family, so she kind of

Page 46

1  won out over everyone else.
2      Q.  Were they both there for the whole
3  appointment?
4      A.  Uh-huh.  Yes.
5      Q.  Did they take any notes or bring any
6  questions themselves?
7      A.  Oh, they had several questions.  Yeah,
8  they had questions.  Uh-huh.  I don't remember
9  anyone taking any notes.  I can't say that they
10 did.  I don't -- I just don't remember, but they
11 had plenty of questions.
12     Q.  Was there anyone else in the room with
13 you, like doctors or nurses?
14     A.  It was a nurse in there.  Just about
15 every appointment we went to, it was always when
16 the doctor came in, a nurse would come in.
17     Q.  Would it usually be the same nurse or
18 was it different nurses?
19     A.  It would be the different nurse.
20     Q.  Do you remember any of the nurses'
21 names?
22     A.  Honestly, I can't say that I do
23 because, like I say, every time I went, it would
24 kind of like be a different nurse.  So I can't
25 just -- you know, I can't just really remember.

Page 47

1  No one's name just stick out, no.
2      Q.  Before you went to the appointment,
3  did you do any research or Googling about your
4  cancer?
5      A.  No.  I didn't, no.
6      Q.  When you went to the first appointment
7  with Dr. Patil, did you take anything with you?
8      A.  Take anything, like?  Like?
9      Q.  Written questions or medical records?
10     A.  No.
11     Q.  Before you saw Dr. Patil, did you talk
12 to anyone in his office, like a nurse?
13     A.  Before I saw him?  I don't -- I don't
14 think so.  Not before I saw him, no.  Not that I
15 can --
16     Q.  Was there -- go ahead.
17     A.  Not that I can remember, no.
18     Q.  So at that first appointment, can you
19 remember anyone else in the office that you
20 would have talked to about your cancer that
21 worked for Dr. Patil?
22     A.  I'm not -- I can't say before.  I know
23 after I saw him, you know, we talked to nurses,
24 but I can't say that I talked to a nurse before.
25     Q.  And when you say after, do you mean

Page 48

1  that same day that you talked to nurses?
2      A.  No.  No, not that same day.  No.
3      Q.  So can you tell me everything that you
4  remember about that first appointment with Dr.
5  Patil?
6          MR. BUTTARS:  Objection, form.  You
7      can answer.
8      A.  The very first appointment.  Like I
9  said, we came in and he told me that I had a
10 lump in my breast.  He told me the name of it,
11 which I don't -- I can't remember the name that
12 he used.  That the lump in my breast was, like,
13 a quarter -- the size of a quarter.  About the
14 size of a quarter.  That it was kind of like a
15 fast acting, fast growing.  And that I had
16 choices as far as to get the whole breast taken
17 off or -- you know, and he had a little diagram
18 thing on the board that was showing the sizes
19 and, you know, stuff like that.
20         Told me I could either have a
21 mastectomy or lumpectomy.  He recommended the
22 lumpectomy.  Told me the surgeon's name and he
23 would set up the appointments, and that I need
24 to go on and do the surgery, you know, as soon
25 as possible.

Page 49

1          That's about -- I mean, it wasn't like
2  a long, long visit.  It just -- you know, he
3  basically told me my options, and then that was
4  about it.
5  BY MS. NICHOLAS:
6      Q.  When he was talking to you about the
7  difference between a lumpectomy and a
8  mastectomy, did you have a preference?
9      A.  Not really.  I just wanted the cancer
10 gone.  But, you know, I mean, you know, you
11 would rather to have your breast.  You know, you
12 don't want your breast taken off, but if -- you
13 know, if that's what was going to be necessary,
14 then, you know, I was willing to do that.
15         But after he said that -- the size of
16 it and that it could be taken out and he
17 recommended that, you know.  So.
18     Q.  What were you feeling when you were
19 hearing him say that you had a fast-acting or
20 fast-growing cancer?
21     A.  What was I thinking?  Once again, I
22 mean, you know, we had to do something and it
23 needed to be quick.  So.
24     Q.  Did he talk to you at that appointment
25 about chemo?

Page 50

1    A.  I think he told me about chemo, but I
2  don't think we just actually talked in depth
3  about that until after the surgery, I'm
4  thinking.
5    Q.  So that first appointment was more
6  about the surgery that needed to happen quickly?
7    A.  Right.
8    Q.  And were you relying on Dr. Patil at
9  that time to recommend the most effective
10 treatment for you?
11         MR. BUTTARS:  Object to form.  You can
12    answer.
13   A.  Yes.  I mean, he was the doctor.  He
14 was oncologist, so he knew more about it than I
15 did.  So, yeah, I was relying on him to -- yeah.
16 BY MS. NICHOLAS:
17   Q.  Do you -- strike that.
18       What questions did you ask at the
19 first appointment?
20       MR. BUTTARS:  Objection to form.
21   A.  Well, basically I really didn't have
22 any -- because he basically kind of informed me
23 on basically everything that, you know -- I
24 think maybe I may have asked when was the
25 surgery going to be and about the -- about the

Page 51

1  lump and would it come back, you know.  You
2  know, if I had -- if I had the lumpectomy, would
3  it come back.  Or if I had to -- which with the
4  mastectomy, he said that it still could come
5  back.
6         But he just -- and I asked him why --
7  why do the lumpectomy or whatever if it's -- but
8  he just said, the size of it, he just
9  recommended, you know, the lumpectomy.  So.
10 BY MS. NICHOLAS:
11   Q.  So your focus -- the focus of your
12 questions was more on survival and outcomes,
13 right?
14   A.  Right.
15       MR. BUTTARS:  Objection to form.
16 BY MS. NICHOLAS:
17   Q.  Did Mr. Willie or Martha ask
18 questions?
19   A.  Yeah.  Yeah, they asked questions.
20 But I don't just remember all the questions, but
21 they had questions, yes.
22   Q.  Do you remember generally what they
23 were concerned about?
24   A.  Basically the same thing.  I think
25 basically everybody was concerned about

Page 52

1  survival.  And, you know, I know somewhere in
2  there, the question was asked about the hair.
3  And that's when he responded, but I -- you know,
4  I don't really remember how that really just got
5  into the conversation at that particular time.
6         But, yeah, everybody's concern
7  basically was survival, you know, because so
8  many --
9    Q.  Was that at that very first
10 appointment that someone brought up hair loss?
11   A.  I'm thinking I -- like I say, I just
12 don't -- because it was so many -- well, not so
13 many, but it was different occasions so I can't
14 really just say it was that first one.  I don't
15 know.  I can't just really say it was the first
16 one, because like I said --
17   Q.  If you didn't really talk about
18 chemotherapy at the first appointment, would the
19 hair loss have been a question related to your
20 surgery?
21   A.  Well, that's what I'm saying.  I --
22 you know, we had -- on every appointment I went,
23 someone went with me.  So I can't really say if
24 it was the first one, second one, or what.  But
25 I know with that first one, you know, chemo was

Page 53

1  the thing that was talked about.
2    Q.  And when you were first discussing
3  chemotherapy generally at that appointment, did
4  Dr. Patil talk about specific regimens?
5    A.  What do you mean specific regimens?
6    Q.  Was he talking about chemotherapy
7  generally or specific chemotherapy drugs at the
8  first appointment?
9    A.  I don't -- I'm thinking he was -- we
10 was just talking about the chemo.  And we
11 probably got into the radiation.  I don't
12 remember.  I don't remember exactly, you know,
13 like I said, what order everything went.  I
14 don't remember.
15   Q.  So I'm going to pull up the medical
16 record from your first meeting with Dr. Patil --
17   A.  Okay.
18   Q.  -- and introduce it as Exhibit 1 -- 2.
19
20          - - - - -
21       (Exhibit Number 2 marked.)
22 BY MS. NICHOLAS:
23   Q.  Family Cancer Center, PPR 614.
24       Okay.  So I'm showing you what's been
25 marked as Exhibit 2.  Do you recognize this

Page 54

1 document?
2    A.  Yes.
3    Q.  You do?  What is it?
4    A.  I'm not sure what kind -- what
5 document it is, but I've seen it.  It's not
6 showing up very clear on my -- okay.
7    Q.  Let me make it bigger.
8    A.  Okay.  That's the PET scan thing that
9 they did.
10    Q.  Okay.  And when was the last time that
11 you saw this document?
12    A.  The last time I've seen it?  I don't
13 -- I don't know.  I don't remember.
14    Q.  Have you reviewed your medical records
15 before?
16    A.  Not really, no.
17    Q.  Do you understand that medical records
18 are created by doctors to document their visits
19 with patients?
20    A.  Right.
21    Q.  And you understand they include
22 information about your health that the doctors
23 consider important for your treatment?
24    A.  Right.
25    Q.  And do you understand that health-care

Page 55

1 providers try to be accurate when they're making
2 the records?
3    A.  Uh-huh.
4    Q.  And they try to be complete when
5 they're making the records?
6    A.  Yes.
7    Q.  And do you understand they generally
8 make these records either during your visit or
9 very soon after your visit to be as accurate as
10 possible?
11    A.  Yes.
12    Q.  Do you trust your health-care
13 providers to make accurate and complete records?
14    A.  I suppose, yeah.
15    Q.  Do you agree that medical records are
16 the best source of information about what
17 happened at your medical appointment?
18        MR. BUTTARS:  Objection.  Form.
19    A.  Do I agree that -- say that again.
20 BY MS. NICHOLAS:
21    Q.  Do you agree medical records are the
22 best source of information about what happened
23 at your medical appointment?
24    A.  I suppose, yeah.
25    Q.  I'm going to take us to -- you'll see

Page 56

1 at the bottom here Willie Emma PPR 000011.  And
2 then there's a section here where Dr. Patil has
3 listed his impression from the appointment and
4 plan after your October 28th, 2014, appointment.
5    A.  Okay.
6    Q.  And the record says under Plan, will
7 complete staging with PET/CT scan.  I anticipate
8 a lumpectomy will be possible without need for
9 adjuvant -- sorry, without need for new adjuvant
10 therapy.  I will refer her to surgery for
11 consultation.  I have discussed in detail with
12 patient choice of lumpectomy and radiation
13 versus mastectomy with reconstruction.  She will
14 discuss with surgeon.  Discussed role of
15 adjuvant therapy and will likely depend on
16 pathologic staging and recurrence risk
17 determination.
18        Do you see that?
19    A.  Yes.
20    Q.  Do you remember Dr. Patil talking to
21 you about the possibility of not needing
22 chemotherapy at this appointment?
23    A.  Now, that, I don't remember.  I don't
24 remember him discussing that, but I'm not saying
25 that he didn't.  The only thing that I remember

Page 57

1 was him saying -- talking about the chemo and
2 the radiation and all that.  So I can't say that
3 I remember that, no.  But, you know.
4    Q.  And then under Impression, this box
5 here, you'll see it says, We had a prolonged
6 discussion about the diagnosis, pathology,
7 natural history of the disease including the
8 prognosis.  I have also discussed the potential
9 plans for further workup, available treatment
10 options, including the risks and benefits.  I
11 have thoroughly addressed these complex clinical
12 issues and went over the various important
13 aspects to consider.  All questions were
14 answered to the satisfaction of the patient and
15 family.
16    A.  Okay.
17    Q.  Do you agree, did you feel like all of
18 your questions at that time had been answered?
19    A.  As -- yeah.  I mean, yeah.
20    Q.  At that appointment, did Dr. Patil
21 tell you that you had infiltrating ductal
22 carcinoma?
23    A.  Yeah, that's the name I couldn't
24 remember.  Yeah.
25    Q.  And did Dr. Patil tell you that the

Page 58

1 tumor was ER positive and PR negative?
2    A.  I suppose.
3    Q.  Did he explain what that meant to you?
4    A.  I can't really say that I remember him
5 explaining exactly those words.  I just know he
6 -- yeah, I remember that word, infiltrating
7 ductal.  I remember that word.  And I remember
8 him saying that it was a fast-growing cancer.
9 That's all I remember.  You know, as far as the
10 AR, whatever that is, negative, I can't remember
11 exactly, you know, if he explained what that was
12 or not.  I don't remember that.
13    Q.  When he was talking to you about the
14 lumpectomy or the mastectomy, did he talk about
15 your chances of survival with either?
16    A.  If I remember correctly, I think he
17 said the chances will be the same basically
18 with -- you know, with either one of them.
19    Q.  How did he feel about your chances of
20 survival with either one?
21       MR. BUTTARS:  Objection to form.
22    A.  Well, he said, you know, the chances
23 were great, you know.  If I did what I needed to
24 do, you know, the chances were great for
25 survival.

Page 59

1 BY MS. NICHOLAS:
2    Q.  Did you believe him when he said that?
3    A.  Sure.
4    Q.  And did you trust his advice?
5    A.  Yes.
6    Q.  At that time, what most worried you
7 about your cancer diagnosis?
8       MR. BUTTARS:  Objection to the form.
9    A.  You mean after this or what do you
10 mean?
11 BY MS. NICHOLAS:
12    Q.  Yeah.  After your first appointment,
13 what were you most worried about with your
14 cancer diagnosis?
15    A.  Like I said, basically just surviving.
16 You know, talking with him, it helped, but, you
17 know, like I said, chances -- the chances are
18 still there of not surviving.
19    Q.  After your first meeting with Dr.
20 Patil, did you understand that your cancer could
21 be treated?
22    A.  Yes.
23    Q.  Did you understand that your chances
24 of survival would be substantially better if you
25 moved forward with some treatment of your

Page 60

1 cancer?
2    A.  Right.
3    Q.  Did you ever consider declining
4 treatment altogether for your cancer?
5    A.  No.
6    Q.  Did you feel like you were going to do
7 whatever you needed to to beat the cancer?
8    A.  Yes.
9       MR. BUTTARS:  Objection to form.
10    A.  That was -- you know, yes.
11 BY MS. NICHOLAS:
12    Q.  Did you feel like you were prepared by
13 yourself to identify a treatment plan for your
14 cancer?
15    A.  Did I feel -- say that again.
16    Q.  Like -- I can ask a better question.
17 Did you feel like you yourself, without a
18 doctor, could come up with a treatment plan for
19 your cancer?
20    A.  No.  Not without a doctor, no.
21    Q.  And you said you felt like the
22 decisions were being made quickly; is that -- is
23 that right?
24    A.  Yes.
25    Q.  So there's a pretty short time frame

Page 61

1 between diagnosis and your lumpectomy, right?
2    A.  Right.
3    Q.  So there was the need to make quick
4 decisions right after that initial appointment?
5    A.  If -- yeah, if I remember correctly,
6 everything kind of went, you know, kind of....
7    Q.  We've been going for about an hour and
8 20 minutes.  Do you want to take a five-minute
9 break?
10    A.  It's fine.
11       MR. BUTTARS:  Fine.
12       THE VIDEOGRAPHER:  The time is 10:18
13    a.m.  We're off the record.
14       (Brief recess.)
15       THE VIDEOGRAPHER:  We're back on the
16    record.  The time is 10:30 a.m.
17 BY MS. NICHOLAS:
18    Q.  Okay.  And so you made the decision to
19 move ahead with a lumpectomy; is that correct?
20    A.  Correct.
21    Q.  And part of the lumpectomy surgery was
22 to have certain lymph nodes around your breasts
23 removed; is that correct?
24    A.  Correct.
25    Q.  Did you understand that before your

Page 62

1  surgery?
2   A. Yes.
3   Q. Did you have an understanding of why
4  that would be done?
5   A. Well, yeah. That was to -- you know,
6  to take out the cancerous part.
7    (Background interruption.)
8    MS. NICHOLAS: Sorry.
9  BY MS. NICHOLAS:
10   Q. Okay. And part of removing the lymph
11 nodes was to determine whether your cancer had
12 spread beyond the initial tumor; is that
13 correct?
14   A. Correct.
15   Q. And so I am going to introduce Exhibit
16 3, and it's General Surgery of Southaven medical
17 record.
18
19         - - - - -
20    (Exhibit Number 3 marked.)
21 BY MS. NICHOLAS:
22   Q. Okay. So we're going to go to page
23 20. And this is just your medical records from
24 your surgical procedure.
25   A. Okay.

Page 63

1   Q. Have you seen this record before?
2   A. No.
3   Q. Okay. So this is the pathologic
4  diagnosis following your lumpectomy. And what
5  was your understanding of what the doctors found
6  with respect to your lymph nodes?
7   A. That I think they found one or maybe
8  two where it had spread to, if I'm not mistaken.
9   Q. So on page 22, what I'm showing you
10 here on the screen, this shows that you had one
11 lymph node positive. Does that look correct?
12   A. Okay.
13   Q. And who gave you the news that you had
14 one positive lymph node?
15   A. Dr. Fore, the surgeon.
16   Q. And can you tell me about that
17 conversation?
18   A. It was after the surgery, and --
19 because he said he was about to, I guess, close
20 it up, wrap it up, or whatever the case may be.
21 And he had checked I think maybe the first one,
22 the first lymph node or something, and nothing
23 was in the first one. So -- I don't know. For
24 some reason, he checked some of the other ones,
25 and I guess that's when he found that one. And

Page 64

1  this was, you know, after -- after I had
2  awakened, I remember that.
3   Q. And what did you understand it meant
4  that you -- if you had a positive lymph node?
5   A. That it had spread. That it could
6  have spread into other areas.
7   Q. How were you feeling when you got that
8  news?
9   A. Well, I mean, you know, I was -- I was
10 relieved that he had gotten it, because had he
11 not, then -- and he just did the breast part,
12 then, you know, it still could have spread in
13 other -- to other areas. So that was --
14   Q. Did you understand at that time that
15 being node positive made it even more important
16 for you to undergo further treatment for your
17 breast cancer?
18   A. Sure.
19    MR. BUTTARS: Objection to form.
20 BY MS. NICHOLAS:
21   Q. Did you understand that your chances
22 of surviving with a lymph positive cancer would
23 be substantially better if you received further
24 treatment after the lumpectomy?
25    MR. BUTTARS: Objection. Form.

Page 65

1   A. Sure.
2  BY MS. NICHOLAS:
3   Q. At that time, did you consider
4  declining further treatment after your
5  lumpectomy?
6   A. No. I mean, you know, I trusted them
7  to you know, do what was -- what they thought
8  was best because I'm not a doctor; I don't know.
9  Yeah, so....
10   Q. So you were relying on your doctors to
11 come up with the best treatment plan for you?
12   A. Yes.
13    MR. BUTTARS: Objection to form.
14 BY MS. NICHOLAS:
15   Q. At that time were you still thinking
16 that you were going to do whatever you needed to
17 do to beat the cancer?
18   A. Yes.
19   Q. So after you had the lumpectomy, you
20 had another appointment with Dr. Patil; is that
21 correct?
22   A. I'm sure I did. You know, I don't
23 remember how quickly afterwards, but, yeah, I'm
24 sure I had another appointment with him.
25   Q. Would you disagree it was about a week

17 (Pages 62 - 65)

Page 66

1  after your lumpectomy?
2      A.  I don't disagree, no, huh-uh, because
3  I really don't remember.
4      Q.  I'll represent to you that your second
5  appointment with Dr. Patil was on November 25th,
6  2014.  Does that sound about right?
7      A.  Yeah, it -- yeah, it sounds right.
8      Q.  And so tell me everything you can
9  remember about that November 25th, 2014,
10 appointment with Dr. Patil.
11     A.  He, you know, said that, if I'm
12 remembering correctly, that, you know, they --
13 that he had -- they had gotten it all.  Dr. Fore
14 had did the surgery, had gotten, and he had had
15 to take out some -- some of the lymph nodes.
16         And maybe that's when the -- the
17 regimens was discussed.  I really don't -- I
18 don't -- really don't remember exactly.  It's
19 kind of a little vague, but I'm thinking that's
20 maybe when the regimens were discussed as to how
21 often.  I think it was supposed to have been, I
22 think, every 21 days I believe.  And they were
23 set up on a Thursday.  And he -- that's the
24 Taxotere and the whatever, the other one, was
25 discussed.

Page 67

1         And I think he -- I think at that
2  appointment is when I met -- and I want to say
3  her name was Jennifer, but I really don't
4  remember -- that he introduced to me that would
5  be doing the chemo.
6      Q.  Was Jennifer a nurse?
7      A.  Excuse me?
8      Q.  Was Jennifer a nurse or another
9  oncologist?
10     A.  No.  She -- she was the one that was
11 going to do the chemos, set up, you know, the
12 chemos.
13     Q.  So she's a chemotherapy nurse
14 probably?
15     A.  I guess so.  I guess that's what you
16 would call her, yeah.
17     Q.  What did Dr. Patil tell you about your
18 lumpectomy results at that appointment?
19     A.  That everything -- that they gotten --
20 you know, they had gotten it all.  And basically
21 he kind of laughed in and said -- he said he --
22 that he would like to say that particular day
23 that I was cancer-free, because, you know, the
24 lumpectomy was gone.  But that, you know, he
25 recommended that I would do the chemo and that I

Page 68

1  would probably need radiation.
2      Q.  And why did he recommend chemotherapy
3  after your lumpectomy?
4         MR. BUTTARS:  Objection to form.
5      A.  He was saying something about maybe
6  some of the cancerous cells would still -- may
7  would still be lingering or something to that
8  effect.  Like I say, I can't remember his exact
9  wording, but it was saying something --
10 something to that effect, like it could be,
11 might possibly be some other cancerous cells
12 that was lingering that -- you know.  So he
13 recommended the chemo.
14 BY MS. NICHOLAS:
15     Q.  And did he tell you that that was
16 related to your positive lymph node?
17     A.  I can't say that he said that, but,
18 you know, I'm not saying that he didn't because
19 I -- you know, like I said, I don't remember all
20 of the exact wordings that he used at that time.
21     Q.  So it was Dr. Patil's opinion at that
22 appointment that you did need chemotherapy; is
23 that correct?
24     A.  Correct.
25     Q.  And did you agree with him on that?

Page 69

1         MR. BUTTARS:  Object to form.
2      A.  Well, I mean, he recommended it, so,
3  you know.
4  BY MS. NICHOLAS:
5      Q.  You trusted him to make the right
6  recommendation for your cancer?
7      A.  Right.
8      Q.  Did you do any additional research
9  before you made that decision aside from talking
10 to Dr. Patil?
11     A.  No.
12     Q.  At that time, how did you feel about
13 chemotherapy?
14        MR. BUTTARS:  Objection to form.
15     A.  Well, I mean, if he -- if he said I
16 needed it because it could be other cancerous
17 cells lingering around, you know, I felt, you
18 know, let's go for it, because if it's going to
19 keep it, you know, from coming back as quickly
20 or coming back, period, you know, I'm all for
21 it.
22 BY MS. NICHOLAS:
23     Q.  Did anyone go with you to this
24 appointment, the November 25th, 2014,
25 appointment?

Page 70

1  A. I'm sure they did, because, like I
2  said, with every appointment someone went.
3  Q. Do you remember who was at this one?
4  A. I don't remember, but I know with
5  every one someone went with me. But, you know,
6  it was so many of them till I just don't
7  remember who all went to which ones.
8  Q. Was there anybody that went to the
9  majority of your appointments, like Mr. Willie?
10  A. Yeah, he went to -- you know, he went
11  to more than anyone else. But like I said, on
12  every appointment, at least two people went.
13  But I don't -- you know, I can't say which
14  appointment who went with me, you know. But I'm
15  pretty sure he was probably because he went to
16  most of them.
17  Q. And why did you take people with you
18  to your oncology appointments?
19  A. It's not that I took them. It's that
20  they just insisted on going. Like I say, it was
21  just for support. They just wanted to go for
22  moral support.
23  Q. And at your November 25th, 2014
24  appointment, did you take anything with you to
25  that appointment that you remember?

Page 71

1  A. Not that I remember, no.
2  Q. And do you remember talking to anyone
3  in Dr. Patil's office on November 25th, 2014
4  before you saw him?
5  A. Not that I remember. Not that I
6  remember.
7  Q. Did Dr. Patil discuss chances of
8  survival with and without chemotherapy with you
9  at this appointment?
10  A. I'm not going to say it was that
11  appointment. But like I say, I know he -- you
12  know, the chances were greater with chemo
13  because -- because of the cells that could have
14  been lingering. But I can't say that it was --
15  I can't say which appointment it was at. I
16  don't remember that.
17  Q. So chemotherapy was going to lower
18  your risk of recurrence of the cancer; is that
19  right?
20  A. Yes. That was my understanding of it.
21  Q. And did you ever consider declining
22  chemotherapy?
23  A. No.
24  Q. Did you feel like you alone could
25  identify an appropriate chemotherapy regimen for

Page 72

1  your cancer?
2  A. No.
3  Q. So you were relying on Dr. Patil to
4  identify the appropriate chemotherapy?
5  A. Yes.
6  Q. So did Dr. Patil recommend a
7  chemotherapy regimen for your cancer?
8  A. That's who told me about it, so I'm
9  assuming that, you know -- yeah. That's who
10  recommended it to me, yes.
11  Q. Did he recommend several chemotherapy
12  options or just one?
13  A. Just that one that I remember.
14  Q. And is that the regimen that you
15  received?
16  A. Yes, from my understanding.
17  Q. So he recommended Taxotere and
18  cyclophosphamide for six cycles; is that
19  correct?
20  A. Yes.
21  Q. And he didn't offer you any other
22  chemotherapy options?
23  A. No. Not that I remember, no.
24  Q. Do you remember you or anyone that was
25  with you asking about other chemotherapy options

Page 73

1  at that time?
2  A. I believe my husband asked was that --
3  did I have to do chemo. I believe he asked.
4  And, you know, that's when he stated that
5  because of the cells that, you know, may be
6  there, may not be there or whatever the case may
7  be, that it was recommended.
8  Q. But he didn't offer you any other
9  chemotherapy drugs besides Taxotere and
10  cyclophosphamide?
11  A. No.
12  Q. And you and your family, you didn't
13  ask about any other chemotherapy drugs at that
14  time?
15     MR. BUTTARS: Objection to form.
16  A. No.
17  BY MS. NICHOLAS:
18  Q. Okay. I am going to --
19  A. Not that I remember.
20  Q. -- enter as Exhibit 4 Family Cancer
21  Center 22 to 34. And it's a medical record of
22  this appointment with Dr. Patil.
23
24        - - - - -
25     (Exhibit Number 4 marked.)

19 (Pages 70 - 73)

Page 74

1  BY MS. NICHOLAS:
2      Q.  I'm scrolling past your list of
3  medicines and down to the actual --
4      A.  Okay.
5      Q.  -- medical record.  Do see this was
6  date of service, November 25th, 2014?
7      A.  Yes.
8      Q.  And this is Dr. Patil's medical record
9  from that appointment.
10     A.  Okay.
11     Q.  And you were one week postop.  That
12 was from your lumpectomy, correct?
13     A.  Okay.
14     Q.  It says, Discussed with patient in
15 detail pathology findings.  She had microscopic
16 metastasis in one sentinel lymph node.  And
17 we've talked about that.  That was the cancer
18 cells remaining in your body; is that correct?
19     A.  Right.
20     Q.  And then, Discussed with her
21 recurrence risk in detail.  Plan for adjuvant
22 chemotherapy.  Will plan six cycles of TC.  And
23 do you understand that to mean Taxotere and
24 cyclophosphamide?
25     A.  Okay.

Page 75

1      Q.  Did you talk to Dr. Patil about
2  participating in a clinical trial?
3      A.  No, not that I remember.
4      Q.  And it says, I had a detailed
5  discussion with the patient about the planned
6  chemotherapy regimen.  I have discussed the
7  treatment schedule, potential hospitalization
8  and duration.  I have discussed the pharmacology
9  of the chemotherapy agents to be used in the
10 regimen, including administration, pharmacologic
11 effects, anticipated toxicity, and precautions.
12 Is that accurate with your recollection of the
13 meeting?
14     A.  Yeah.
15     Q.  So did you accept Dr. Patil's
16 chemotherapy regimen recommendation of Taxotere
17 and cyclophosphamide?
18     A.  Yes.
19     Q.  Why did you accept that regimen?  Tell
20 me about your thought process.
21     A.  Why did I accept that regimen?  As far
22 as I remember, that was the only one that he
23 offered.  And if I needed -- needed it, then,
24 you know, like I said, you know, just go for it
25 if it was going to, you know, stop the

Page 76

1  reoccurrence.
2      Q.  Was it a difficult decision for you to
3  accept that you needed chemotherapy?
4      A.  Well, I mean, was it a difficult
5  decision?  Like I said, if it was going to --
6  nobody wants to do chemo, but, you know, if it's
7  needed, then it's needed.  You know, you have to
8  do what -- what's best, what you think is best.
9  So I didn't want chemotherapy, but I guess I
10 needed it, so, you know.
11     Q.  Did you talk to anyone but Dr. Patil
12 about what chemotherapy regimen you should take?
13     A.  No.
14     Q.  Did you seek a second opinion aside
15 from Dr. Patil?
16     A.  No.
17     Q.  At the time, did you understand that
18 you would be receiving multiple chemotherapy
19 drugs?
20     A.  Yes.
21     Q.  So --
22     A.  I knew -- I knew I was going to
23 receive those two, yes.
24     Q.  You knew you were going to receive
25 Taxotere and cyclophosphamide?

Page 77

1      A.  Yes.
2      Q.  And that they were different drugs?
3      A.  Right.
4      Q.  Did you understand what order you
5  would receive those drugs in?
6      A.  Now, that I don't -- if it was
7  explained what order, I don't remember.  But I
8  knew it was going to be two.
9      Q.  Did you understand at that time how
10 many weeks of treatment you would need?
11     A.  Yes.
12     Q.  And it was six cycles, right?
13     A.  Right.
14     Q.  Okay.  And that means you had six
15 separate infusions, correct?
16     A.  Correct.
17     Q.  Did you understand that TC, or
18 Taxotere and cyclophosphamide, was a common
19 regimen?
20         MR. BUTTARS:  Objection to form.
21     A.  I didn't really -- no, I didn't know
22 if it was a common regimen or what.  I didn't
23 know.  I just know that that was what was the
24 one that was recommended for me.  But I didn't
25 -- I didn't know if it was a common thing or

20 (Pages 74 - 77)

Page 78
1  what. I didn't know.
2  BY MS. NICHOLAS:
3     Q. Did you ask if Dr. Patil had used that
4  regimen before with anyone?
5     A. I think my husband asked that
6  question. And -- and, you know, his response
7  was that, you know, that's -- that's the one
8  that he mostly use. But -- but yeah.
9     Q. Did it matter to you if the regimen
10 was one that Dr. Patil was familiar with?
11    A. Did it matter to me? Well, I mean, I
12 guess with anything -- anything, you know, if
13 you are familiar with something, then, you know,
14 I guess it seems like you would do better with
15 something you were familiar with. You know, and
16 if he was familiar with that and had used it,
17 you know, I -- you know, I felt like he, you
18 know, would know what was going on. You know,
19 he would know what was best if he had used it.
20    Q. So at that time, did you intend to
21 follow Dr. Patil's recommendation regardless of
22 the details of exactly why he was recommending
23 it?
24       MR. BUTTARS: Objection to form.
25    A. I'm not understanding that question.

Page 79
1  BY MR. NICHOLAS:
2     Q. I can ask it better. When Dr. Patil
3  recommended the TC regimen, was it your intent
4  to follow that recommendation regardless of why
5  he was recommending it?
6        MR. BUTTARS: Objection to form.
7     A. Was it my intention to follow it
8  whether -- regardless to why he was prescribing
9  it? I mean --
10 BY MS. NICHOLAS:
11    Q. Regardless of --
12    A. Go on.
13    Q. Regardless of which drugs were in the
14 chemotherapy regimen, if he recommended you
15 chemotherapy, you were going to take
16 chemotherapy; is that correct?
17    A. Well, if -- if he recommended it
18 because, I mean, he's the doctor, you know, and
19 he knows -- he should know, you know, how to
20 treat different things since he's in that field.
21 So, you know, if he recommended it, then I was
22 going to follow it because that's what he
23 recommended.
24    Q. Would you have agreed to the
25 chemotherapy regimen regardless of potential

Page 80
1  side effects?
2        MR. BUTTARS: Objection to form.
3     A. Like I said, he told me that it was
4  cancer cells that -- that could possibly be
5  there. He recommended the chemo. And like I
6  say, him being the doctor, I wanted to follow
7  what he said because I wanted to be cancer-free.
8  BY MS. NICHOLAS:
9     Q. So what --
10    A. I don't know if that answered your
11 question.
12    Q. So looking back at this medical record
13 that's on the screen, it says, I discussed the
14 pharmacology of the chemotherapy agents to be
15 used in the regimen, including administration,
16 pharmacologic effects, ^ CK  toxicity and
17 precautions. Hematologic and nonhematologic
18 toxicities are discussed in detail, including
19 risk of severe cytopenias, marrow recovery, risk
20 and treatment plan for neutropenic sepsis.
21 Patient was able to comprehend the plan in
22 detail, and all questions are answered in
23 detail.
24       Do you remember if he talked to you
25 about the chemotherapy regimen as a whole or if

Page 81
1  he talked about individual risks associated with
2  Taxotere and individual risks associated with
3  cyclophosphamide?
4     A. He just talked to me about -- I guess,
5  maybe -- to answer it, maybe as a whole as this
6  is the regimen that I needed to do. Because,
7  like I said, that's -- this is the only one that
8  I remember him recommended.
9        So he just -- I mean, he didn't -- I
10 don't remember him saying anything about
11 basically -- and I'm not saying that he didn't.
12 I don't remember him saying anything about any
13 -- basically any side effects or anything, you
14 know, which I'm pretty sure he may have. I just
15 don't remember. But I just know that this is
16 the only one that I remember him recommending.
17    Q. So what do you -- what did Dr. Patil
18 say to you about the risks associated with the
19 chemotherapy regimen he recommended?
20    A. I really don't remember him stating
21 any risks or anything. But like, you know, I'm
22 sure he may have. I don't know. I just don't
23 remember, because, you know, there are risks
24 with any medication that you take. But I just
25 don't remember him stating the risk or whatever

21 (Pages 78 - 81)

Page 82

1  the case may be.
2   Q.  Did he talk to you about possible side
3  effects of the drugs?
4   A.  Now, I do remember him saying that I
5  may get nauseated and maybe dizziness and
6  weakness or something after -- after the chemos.
7  I remember that.  But as right now, that's -- I
8  know he said probably be fatigued a couple of
9  days or something afterwards.  But that's --
10 that's all I can remember right now.
11  Q.  Do you remember if he had a written
12 informed consent that he gave you at this
13 appointment?  It would have gone through the
14 details of the side effects of the drugs.
15  A.  I don't remember.  I don't remember
16 it.  But, once again, I'm not saying that he
17 didn't give me one.  I just don't remember.  I
18 just don't remember right now.
19  Q.  When you were making your decision
20 about whether or not to have chemotherapy, were
21 the risks and side effects of those
22 chemotherapies something that were -- was
23 important to you?
24  A.  The risk?  Well -- and the side
25 effects?  At that time I -- you know, once

Page 83

1  again, he's a doctor; this is what he
2  recommended.  And the only thing that I was
3  looking for was being -- you know, getting rid
4  of the cancer.  So, sure, I mean, the risks and
5  side effects are always important, but then I
6  guess I was thinking risks or the side effects
7  or whatever over cancer.  So I guess I was
8  saying I can -- I can deal with the side effects
9  as long as I was, you know, cancer-free.
10      Did that answer your question?
11  Q.  (Nods head up and down.)
12      Did you also understand with the
13 chemotherapy you take non-chemotherapy drugs as
14 well?
15  A.  I'm not -- let's see.  I know before
16 the actual chemo -- the chemo stuff started, she
17 would always put something else there, in the
18 IV.  So maybe -- I never -- I don't just really
19 remember -- and she told me what it was.  I just
20 don't really remember what -- what she said it
21 was, that she would put in before she actually
22 started the chemo.  So....
23  Q.  Do you remember talking about the side
24 effects of those drugs at all before you took
25 them?

Page 84

1   A.  I don't remember.  Like I said, I just
2  remember being told that the weakness, the
3  fatigue, the nausea, I remember -- I remember
4  those words.
5   Q.  Aside from Dr. Patil, who did you talk
6  to about chemotherapy after your cancer
7  diagnosis?
8   A.  You mean as far as in the doctor's
9  office or --
10  Q.  Yes.
11  A.  The lady that administered the chemo.
12 And like I say, I want to say her name was
13 Jennifer.  I just really don't remember what her
14 name was.  But I -- you know, we talked -- I
15 spoke with her.
16  Q.  Did you ever speak to Jennifer about
17 side effects of chemotherapy?
18  A.  I believe so.  And basically that's
19 what I'm saying, that's the only words that I
20 remember basically is the fatigue, the nausea.
21 And I would always schedule it on a Thursday
22 for, like, if I didn't feel like getting up and
23 going, you know, I would only just have to miss
24 that Friday of work or whatever the case may be.
25 So I remember the nausea, the fatigue, and all

Page 85

1  of that.  I remember that being discussed, but I
2  don't remember --
3   Q.  Did you talk to any of your family or
4  your friends about your decision to take
5  chemotherapy?
6   A.  Well, you know, I talked with my
7  family, yes.  And, you know --
8   Q.  And what were those conversations
9  like?
10  A.  Well, just basically it really wasn't
11 something to help me make the decision.  It was
12 just basically just letting them know, you know,
13 what was going to be going on.
14  Q.  Did you have any written materials
15 that were given to you about chemotherapy before
16 taking it?
17  A.  I think -- I believe they gave me --
18 but, you know, like -- I don't know.  I don't
19 remember even where it is even if they gave it
20 to me.  And I'm not saying they didn't; they
21 probably did.  And being a family member going
22 with me at all times, they -- you know, they may
23 possibly got it and read it or something, and --
24 you know, I don't know.  But I do kind of
25 remember maybe some sheets or something that

Page 94

1  A.  I'm not going to say it was at this
2 appointment, because, once again, I don't
3 remember in what order and which appointment it
4 may have been.  But I know it was discussed --
5 at two or three appointments it was discussed,
6 because it -- when I thought it should have been
7 coming back, it wasn't coming back.  So it was
8 discussed at some of the appointments, but I
9 can't tell you which ones it was.
10     Q.  So just focusing on before you took
11 chemotherapy, not after.
12     A.  Uh-huh.
13     Q.  Are you sure that you talked to Dr.
14 Patil about hair loss?
15         MR. BUTTARS:  Objection to form.
16     A.  Say that again.
17 BY MS. NICHOLAS:
18     Q.  Before you took chemotherapy, are you
19 sure that you talked to Dr. Patil about hair
20 loss?
21     A.  Yeah, I know -- I know it was before
22 -- one of them was before, I know, because that
23 was one of the concerns, of not -- that, you
24 know, not that I would have not took the chemo,
25 but I know that was one of the -- that was one

Page 95

1 of the things before chemo that we talked about,
2 the hair.
3     Q.  So the hair loss conversation would
4 not have changed your decision about taking the
5 chemotherapy?
6         MR. BUTTARS:  Objection to form.
7     A.  No.  Like I say, hair loss or live.
8 I'm not -- no, I'm not going to say it would
9 have changed my decision, no.  But if it had
10 been other regimens that I could have taken that
11 maybe wouldn't have resulted in permanent hair
12 loss, then maybe I would have took those --
13 those regimens.  But, you know, like I say, hair
14 loss or live?  I mean, who wouldn't take the
15 living over hair loss, I mean?
16 BY MS. NICHOLAS:
17     Q.  And you're saying other regimens that
18 don't have the risk of permanent hair loss.  Do
19 you know of any chemotherapy regimens that don't
20 have that risk?
21     A.  No, I don't.  I do not.  I'm just
22 saying, if that was -- you know, I'm just using
23 it as a scenario.  No, I don't know of any --
24 the only regimen that I know of is the Taxotere
25 and the whatever, the cyto whatever it is.

Page 96

1 That's the only ones I know of because that was
2 used on me.  But, no, I don't know of any -- you
3 know, I don't know, no.  I do know --
4     Q.  If there is another chemotherapy
5 option available to you but it had the risk of
6 permanent heart failure, would you choose that
7 risk over the risk of hair loss?
8     A.  If it was a regimen that had permanent
9 heart failure, would I take that over -- ask
10 that question again.
11     Q.  If there was another option for
12 chemotherapy and it didn't have the risk of
13 permanent hair loss but it had the risk of
14 permanent heart failure, would you take the
15 regimen that had the risk of permanent heart
16 failure?
17     A.  Over the hair loss regimen?
18         MR. BUTTARS:  Objection to form.
19     A.  No.  I mean, like I said, no.  You
20 know, hair loss or live.  You know, no, I would
21 take the one that -- that -- you know, at least
22 if I have a loss of hair I'm still living.  So,
23 no, I would take the one with the hair loss.
24 BY MS. NICHOLAS:
25     Q.  Before you took chemo did you

Page 97

1 understand that your hair doesn't always grow
2 back exactly the way it was before chemo?
3     A.  I didn't understand that.  The only
4 thing that I remember was that he stated that it
5 would grow back thicker and, you know, better
6 than -- look better than it did in the
7 beginning.  That's -- I didn't understand that
8 it wouldn't come back at all, no.  I didn't
9 understand that.
10     Q.  And so what did he mean when he said
11 it would look better than it did when you
12 started?
13     A.  Well, I mean, I guess -- you know, I'm
14 just -- I don't know what he meant.  I'm just --
15 I just know that those were the statements that
16 he made, that it would come back thicker and
17 fuller than it was at that time, because I was
18 asking about the hair loss.  You know, which I
19 knew most people that had -- that had used
20 chemo, that they did have hair loss.  So that
21 was quite natural.  That was a concern as well.
22 I'm not saying that the hair loss was a greater
23 concern than living, but I'm just saying that
24 that was a concern.
25         So that was -- I guess that was maybe

25 (Pages 94 - 97)

Page 102

1  conversation about anybody else's, no.
2  BY MS. NICHOLAS:
3     Q.  So is your claim in this case that
4  your hair didn't grow back thicker and fuller
5  than it was before chemo?
6         MR. BUTTARS:  Objection to form.
7     A.  Yes.  Mine hasn't -- really hasn't
8  grown back a lot at all.  But -- but, yeah.
9  BY MS. NICHOLAS:
10    Q.  Are you aware that there are cases of
11  persistent alopecia that have been reported in
12  patients that have taken cyclophosphamide, which
13  is the other chemotherapy drug you took?
14        MR. BUTTARS:  Objection to form.
15    A.  I'm not -- I don't know.  I'm not
16  aware -- I'm not aware of that, no.
17  BY MS. NICOLAS:
18    Q.  If you had known or someone had told
19  you that cases of permanent alopecia had been
20  reported following treatment with
21  cyclophosphamide, would that have changed your
22  decision to take the chemotherapy regimen you
23  took?
24        MR. BUTTARS:  Objection to form.
25    A.  I'm not saying that it would have

Page 103

1  changed my mind.  No, I'm not saying that.  I'm
2  -- because, once again, hair loss or lose your
3  life.  I mean, I'm not saying that that would
4  have changed my mind, no.
5  BY MR. NICHOLAS:
6     Q.  All right.  I'm going to -- I'm going
7  to stop sharing my screen, and I'm going to move
8  on to talk to you about your chemotherapy
9  infusion experience.
10        So you received chemotherapy from
11  January 2015 to April 2015; is that right?
12    A.  It sounds right.  You know, I don't --
13  I'm not -- I don't really remember what the
14  dates were, but it sounds, you know, about the
15  time frame.
16    Q.  Do you remember the day of your first
17  chemotherapy infusion?
18    A.  The date?
19    Q.  No, just the day itself.  The
20  appointment.
21    A.  Oh.  Yeah.  I --
22    Q.  Go ahead.
23    A.  Okay.  I remember being scared.  But
24  -- and that's -- that's one of the ones where
25  everybody came.  But, once again, they would

Page 104

1  only let two people stay back there with me for
2  the two hours.  It was like two hours and a half
3  I believe.  Yeah.
4         But, you know, then I had the -- the
5  port put in, so they, you know -- you know, she
6  told me step by step what was -- what was
7  happening and that -- how long it was going to
8  take and when it first start, it may start
9  burning a little and stuff like that.  Yeah, I
10  remember.
11    Q.  Do you remember who was with you at
12  that first infusion?
13    A.  My husband, and I think it was my
14  niece for that one.
15    Q.  What's your niece's name?
16    A.  Kristi.
17    Q.  I'm sorry, I didn't hear that.
18    A.  Kristi.
19    Q.  Kristi.  Okay.  How old is she?
20    A.  Kristi -- you're asking me these ages.
21  I want to say Kristi is 39 at the time.  I think
22  she's 39, I'm thinking.  Somewhere in that -- in
23  that frame, 39, 40-ish.  Somewhere right there.
24    Q.  And why was she one of the people that
25  was with you on that first day?

Page 105

1     A.  Because I'm kind of like a mother
2  figure to her, and she's kind of like one of --
3  one of -- my sister Martha, kind of like bossy.
4  So she and my husband went for that first one.
5     Q.  Did you meet with anyone, like Dr.
6  Patil, before your infusion on that day?
7     A.  I don't think so.
8     Q.  Do you remember if they gave you any
9  info about the drugs that you were going to
10  receive that day at that appointment?
11    A.  I don't -- I don't think so.
12    Q.  Were you thinking about potential side
13  effects during that first infusion?
14    A.  Well, I think, you know, we had
15  already basically discussed the side effects, so
16  I guess it was something I had already kind of
17  cleared my mind of or whatever the case may be.
18  So at that particular point, I guess I just
19  wanted -- just anxious to kind of do it and get
20  it over with.
21    Q.  How did you feel physically after that
22  first infusion?
23    A.  What do you mean physically?  Was I
24  tired or what do you mean?
25    Q.  How -- yeah.  How did you feel

Veritext Legal Solutions
800-227-8440                                                              973-410-4040