# EXHIBIT I

Patient Information

| Patient Name | Sex | DOB | SSN |
|---|---|---|---|
| Willie, Emma | Female | | |

Op Note by Daniel Benjamin Fore, MD at 11/17/2014 4:13 PM

Author: Daniel Benjamin Fore, MD  Service: Surgery  Author Type: Physician

Filed: 11/18/2014 1:57 PM  Note Time: 11/17/2014 4:13 PM  Status: Signed

Editor: Daniel Benjamin Fore, MD (Physician)

Related Notes: Original Note by Daniel Benjamin Fore, MD (Physician) filed at 11/17/2014 4:21 PM

DES BMH-DeSoto OR
Emma Willie
11/17/2014

PRE-OP DIAGNOSIS: RIGHT BREAST CANCER

POST-OP DIAGNOSIS: same

PROCEDURE: Procedure(s) (LRB):
RIGHT BREAST LUMPECTOMY AFTER NEEDLE WIRE LOC; RIGHT SENTINEL LYMPH NODE BIOPSY RIGHT AXILLARY DISSECTION (Right)

Surgeon(s):
Daniel Benjamin Fore, MD

ASSISTANTS: Circulator: Linda Rivers, RN
Relief Circulator: Joann Frank, RN
Scrub Person: Lily Ellis; Tabatha McCarver
Scrub Assistant: James Foreman
Charge Nurse: Debbie Poynter, RN

ANESTHESIA: Anesthesiologist: Jovie Naedgar Bridgewater, MD
CRNA: Pamela Sue Hand, CRNA
Student Nurse Anesthetist: Graham Lindsay
FINDINGS: 4th SLN + for metastatic carcinoma, margins negative on mammography of lumpectomy specimen

SPECIMENS:

| Order Name | Source | Comment | Collection Info | Order Time |
|---|---|---|---|---|
| SURGICAL PATHOLOGY ORDER | Other | | Collected By: Daniel Benjamin Fore, MD | 11/17/2014 3:25 PM |

ESTIMATED BLOOD LOSS: Minimal

COMPLICATIONS: None

OTHER COMMENTS: None

CONDITION UPON LEAVING PROCEDURE: Satisfactory

PROCEDURE DETAILS:
DATE OF ADMISSION: 11/17/2014

DATE OF NOTE: 11/17/2014

She was taken to the operating room after she had undergone preoperative technetium sulfur colloid injections in the right breast as well as needle wire localization of the lump in the right breast. After adequate general anesthesia was established, the right breast and axilla were prepped and draped in the standard surgical fashion. After infiltration with 0.5% Marcaine with epinephrine, right axillary incision was made and carried down with cautery through subcutaneous tissues and clavipectoral fascia, entering the true axilla. Isosulfan blue dye had been injected preoperatively in the operating room as well. The gamma probe was used to identify intense focus of activity in the true axilla. Early in dissection an intensely blue lymph node was identified that was also obviously a hot node. This was dissected out with cautery, excised, and passed off the field for frozen section. This process was repeated, and a total of 4 sentinel lymph nodes were identified with counts, the highest count over 13,000, and the lowest count just under 1000. The field was inspected. No further blue nodes were identified or significant foci of activity. The wound was assured to be hemostatic with cautery. It was irrigated, dried and packed with a moistened lap.

The right breast needle wire was inspected as well as the localization films from earlier today. A curvilinear upper outer quadrant incision was made to excise the previous core needle biopsy site, I suspect. An elliptical incision was made to perform this and this was carried down into the breast tissue. The breast tissue around the distal portion of the wire was dissected out with cautery and deepened to the central breast, including retroareolar area. The specimen was taken from just under the surface of the dermis with a very thin layer of subq due to the orientation of the wire being fairly superficial. The mass was completely mobilized with cautery. It was oriented with sutures before completely being delivered out of the wound, and was passed off the field to mammography. The wound was inspected, was easily made hemostatic with light cautery. It was irrigated, dried, and then a moistened lap was used to pack here as well.

At this point, the right axillary incision was reinspected and was hemostatic. It was irrigated and then closed with 3-0 Vicryl subcutaneous stitches followed by running 4-0 Monocryl subcuticular

stitch. By this point, Mammography called to note that the specimen appeared to have adequate margins. This wound was reinspected, again irrigated, dried, and then closed with 3-0 Vicryl deep dermal/subcutaneous stitches followed by running 4-0 Monocryl subcuticular stitch. Dr. Patton of pathology returned at this point to note that the fourth and final sentinel node did have evidence of metastatic carcinoma, therefore this incision was reopened through the Monocryl and Vicryl easily. The wound was inspected using Richardson retractors and the Weitlaner. The axillary dissection was done with cautery and the Harmonic focus device. The axillary vein was identified and dissection was done inferior to this as well as just at the lateral border of the pectoralis major muscle. The long thoracic and thoracodorsal nerves were identified with careful dissection, and the muscles were responsive with DeBakey manipulation. The lymph node packet between these columns was taken with the focus device and was passed off the field en bloc. The wound was irrigated, dried, and assured to be hemostatic. Both nerves were again inspected, tested, and the muscles were briskly responsive. A 19-French JP drain was placed exiting inferolateral to the wound and secured to the skin with a nylon stitch. The wound was reclosed with the 3-0 Vicryl, 4-0 Monocryl. Both incisions were sealed with Dermabond, and a drain dressing was applied.

Finally, a sports bra was placed prior to leaving the operating room.


lgs 593439 DT: 11/17/2014 17:32
DD: 11/17/2014 16:21


* Missing procedure start or end time(s) *

| Case Tracking Events | |
| --- | --- |
| Event | Time In |
| **Procedure Start** | 2:06 PM |
| **Procedure Finish** | |

Daniel Benjamin Fore
11/17/2014
4:13 PM