# EXHIBIT J



## NCCN Clinical Practice Guidelines in Oncology (NCCN Guidelines)®

# Breast Cancer

### Version 1.2014

**NCCN.org**

NCCN Guidelines for Patients® available at www.NCCN.org/patients

Continue

Version 1.2014, 12/18/13 © National Comprehensive Cancer Network, Inc. 2013, All rights reserved. The NCCN Guidelines® and this illustration may not be reproduced in any form without the express written permission of NCCN®.

Printed by zhang ye on 2/14/2014 12:35:44 AM. For personal use only. Not approved for distribution. Copyright © 2014 National Comprehensive Cancer Network, Inc., All Rights Reserved.

Case 2:16-md-02740-JTM-MBN   Document 12202-12   Filed 02/22/21   Page 3 of 3

National Comprehensive Cancer Network®  NCCN

NCCN Guidelines Version 1.2014
Invasive Breast Cancer

NCCN Guidelines Index
Breast Cancer Table of Contents
Discussion

## NEOADJUVANT/ADJUVANT CHEMOTHERAPY[1,2,3,4]

### Regimens for HER2-negative disease (all category 1)[5]

**Preferred regimens:**
- Dose-dense AC (doxorubicin/cyclophosphamide) followed by paclitaxel every 2 weeks
- Dose-dense AC (doxorubicin/cyclophosphamide) followed by weekly paclitaxel
- TC (docetaxel and cyclophosphamide)

**Other regimens:**
- Dose-dense AC (doxorubicin/cyclophosphamide)
- FAC/CAF (fluorouracil/doxorubicin/cyclophosphamide)
- FEC/CEF (cyclophosphamide/epirubicin/fluorouracil)
- CMF (cyclophosphamide/methotrexate/fluorouracil)
- AC followed by docetaxel every 3 weeks
- AC followed by weekly paclitaxel
- EC (epirubicin/cyclophosphamide)
- FEC/CEF followed by T (fluorouracil/epirubicin/cyclophosphamide followed by docetaxel) or (fluorouracil/epirubicin/cyclophosphamide followed by weekly paclitaxel)
- FAC followed by T (fluorouracil/doxorubicin/cyclophosphamide followed by weekly paclitaxel)
- TAC (docetaxel/doxorubicin/cyclophosphamide)

### Regimens for HER2-positive disease[6,7,8]

**Preferred regimens:**
- AC followed by T + trastuzumab ± pertuzumab[9] (doxorubicin/cyclophosphamide followed by paclitaxel plus trastuzumab ± pertuzumab, various schedules)
- TCH (docetaxel/carboplatin/trastuzumab) ± pertuzumab

**Other regimens:**
- AC followed by docetaxel + trastuzumab ± pertuzumab[9]
- FEC followed by docetaxel + trastuzumab + pertuzumab[9]
- FEC followed by paclitaxel + trastuzumab + pertuzumab[9]
- Pertuzumab + trastuzumab + docetaxel followed by FEC[9]
- Pertuzumab + trastuzumab + paclitaxel followed by FEC[9]

---

[1] Retrospective evidence suggests that anthracycline-based chemotherapy regimens may be superior to non-anthracycline-based regimens in patients with HER2-positive tumors.

[2] Randomized clinical trials demonstrate that the addition of a taxane to anthracycline-based chemotherapy provides an improved outcome.

[3] CMF and radiation therapy may be given concurrently, or the CMF may be given first. All other chemotherapy regimens should be given prior to radiotherapy.

[4] Chemotherapy and endocrine therapy used as adjuvant therapy should be given sequentially with endocrine therapy following chemotherapy.

[5] The regimens listed for HER2-negative disease are all category 1 when used in the adjuvant setting.

[6] In patients with HER2-positive and axillary node-positive breast cancer, trastuzumab should be incorporated into the adjuvant therapy (category 1). Trastuzumab should also be considered for patients with HER2-positive node-negative tumors ≥1 cm (category 1).

[7] Trastuzumab should optimally be given concurrently with paclitaxel as part of the AC followed by paclitaxel regimen, and should be given for one year total duration.

[8] A pertuzumab-containing regimen can be administered to patients with T2 or N1, HER2-positive, early stage breast cancer. Patients who have not received a neoadjuvant pertuzumab-containing regimen can receive adjuvant pertuzumab.

[9] Trastuzumab given in combination with an anthracycline is associated with significant cardiac toxicity. Concurrent use of trastuzumab and pertuzumab with an anthracycline should be avoided.

**Note:** All recommendations are category 2A unless otherwise indicated.
**Clinical Trials:** NCCN believes that the best management of any cancer patient is in a clinical trial. Participation in clinical trials is especially encouraged.