UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | |
| Emma Willie, Case No. 2:18-cv-3857. | |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi") will bring for hearing the accompanying Motion for Summary Judgment on Warnings Causation for the Claims of Plaintiff Emma Willie on the 24th day of March, 2021, at 9:30 a.m., before the Honorable Jane Triche Milazzo of the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130.

Respectfully submitted,

| | |
|---|---|
| */s/ Douglas J. Moore* | Harley V. Ratliff |
| Douglas J. Moore (Bar No. 27706) | Jon Strongman |
| **IRWIN FRITCHIE URQUHART & MOORE LLC** | Adrienne L. Byard |
| 400 Poydras Street, Suite 2700 | **SHOOK, HARDY & BACON L.L.P.** |
| New Orleans, LA 70130 | 2555 Grand Boulevard |
| Telephone: 504-310-2100 | Kansas City, Missouri 64108 |
| Facsimile: 504-310-2120 | Telephone: 816-474-6550 |
| dmoore@irwinllc.com | Facsimile: 816-421-5547 |
| | hratliff@shb.com |
| | jstrongman@shb.com |
| | abyard@shb.com |
| | *Counsel for sanofi-aventis U.S. LLC and Sanofi US Services Inc.* |

2

## **CERTIFICATE OF SERVICE**

     I hereby certify that on February 22, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

                                                     */s/ Douglas J. Moore*