**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)**<br>**PRODUCTS LIABILITY LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Savannah Pugh, et al., v. Sanofi U.S. Services,*<br>*Inc., et al., as **to Plaintiff RUBY WILLIAMS***<br>***ONLY**; Case No.  2:18-cv-3313* | : **MDL 2740**<br>:<br>: **SECTION "H" (5)**<br>: **JUDGE MILAZZO**<br>: **MAG. JUDGE NORTH**<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF AND NAME SHERRI FREEMAN AS PROPER PARTY

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, Counsel moves this Court for an order substituting Sherri Freeman on behalf of the Estate of Ruby Willaims as Plaintiff in the above-captioned case, for the following reasons:

1. Ruby Williams filed a product liability lawsuit against defendants on March 29, 2018.

2. Ruby Williams died on April 5, 2018

3. Plaintiff's product liability action against Defendants survived Plaintiff-decedent's death and was not extinguished.

4. Plaintiff's counsel filed a Notice of Suggestion of Death on March 13, 2019, attached hereto as Exhibit "A."

5. Sherri Freeman, surviving daughter of Ruby Williams, is a proper party to substitute for Plaintiff-decedent Ruby Williams and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed.

1

R. Civ. P. 25(a)(1), stating "[i]f a party dies and the claim is not extinguished, the court may order substitution of the property party. A motion for substation may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff respectfully requests that this Court grant this motion for substation as plaintiff in this action.

Dated: February 23, 2021                              Respectfully submitted,

**NAPOLI SHKOLNIK PLLC**
By: */s/ Hunter J. Shkolnik*
Hunter J. Shkolnik
270 Munoz Rivera Avenue, Suite 201
Hato Rey, PR 00918
Telephone: (347) 379-1688
Email: Hunter@Napolilaw.com

*Attorney for Plaintiff(s)*

2

CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: February 23, 2021             /s/ Hunter J Shkolnik
                                     HUNTER J. SHKOLNIK