# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH <br><br> **NOTICE AND SUGGESTION OF DEATH** |
| THIS DOCUMENT RELATES TO: <br> *Savannah Pugh, et al., v. Sanofi U.S. Services, Inc., et al., as **to Plaintiff RUBY WILLIAMS ONLY**; Case No. 2:18-cv-3313* | |

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

Please take notice that pursuant to Federal Rules of Civil Procedure Rule 25(a)(1), Plaintiff, by and through undersigned counsel, hereby informs the Court of the death of Plaintiff Only, Ruby Williams, during the pendency of this action, which occurred on May 17, 2018.

Dated: March 13, 2019

Respectfully submitted,

**NAPOLI SHKOLNIK PLLC**
By: */s/ Hunter J. Shkolnik*
Hunter J. Shkolnik
360 Lexington Avenue, Suite 1101
New York, NY 10017
Telephone: (347) 379-1688
Email: Hunter@Napolilaw.com

*Attorney for Plaintiff(s)*

CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: March 13, 2019                /s/ Hunter J Shkolnik
                                     HUNTER J. SHKOLNIK