UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Savannah Pugh, et al., v. Sanofi U.S. Services, Inc., et al., as **to Plaintiff RUBY WILLIAMS ONLY**; Case No. 2:18-cv-3313* | : MDL 2740<br>:<br>:<br>: SECTION "H" (5)<br>: JUDGE MILAZZO<br>: MAG. JUDGE NORTH<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party, finds the motion meritorious. It is therefore **ORDERED** that Sherri Freeman, on behalf of Ruby Williams, is substituted for Plaintiff Ruby Williams as the proper party plaintiff in the above-captioned case.

NEW ORLEANS, LOUISIANA

Dated: _____  _____
Hon. Jane Triche Milazzo
United States District Court Judge