UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

LUCILLE CRENSHAW
Case No.: 18-12400

## MOTION FOR SUBSTITUTION OF A PARTY
## PURSUANT TO RULE 25(A)(1) AND SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, Counsel moves this Court for an order substituting as Plaintiff, Glasco Bender, Administrator of the Estate of Lucille Crenshaw, in place of Plaintiff, Lucille Crenshaw.  As grounds for the same, Plaintiff states as follows:

1. The Complaint in the above styled manner was filed December 4, 2018.

2. The Plaintiff, Lucille Crenshaw, died on September 20, 2020.  (See Death Certificate- Exhibit A).

3. Glasco Bender was appointed as Administrator of the Estate of Lucille Crenshaw on January 21, 2021. (See Letters of Administration- Exhibit B).

4. Under Rule 25 Federal Rules of Civil Procedure, the substitution of the above mentioned party is proper.

**WHEREFORE, ALL PREMISES CONSIDERED,** the plaintiff respectfully requests this Court to enter an Order substituting Glasco Bender, Administrator of the Estate for Lucille Crenshaw, for the Plaintiff, Lucille Crenshaw.

Respectfully Submitted this 23rd day of February 2021,

1

      */s/ J. Christopher Elliott*
      J. Christopher Elliott (BAR NO. 41063)
      BACHUS & SCHANKER, LLC
      101 West Colfax
      Ste. 650
      Denver, CO 80202
      Ph: (303)899-9800
      F: (303)893-9900
      celliott@coloradolaw.net
      *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on February 23, 2021 I electronically filed this document with the clerk of the court using the CM/ECF system, which will send a notification of filing to CM/ECF participants registered to receive service in this MDL.

<i>/s/ J. Christopher Elliott</i>