# EXHIBIT A

# MISSISSIPPI STATE DEPARTMENT OF HEALTH
## VITAL RECORDS



14116589

## CERTIFICATE OF DEATH
### STATE OF MISSISSIPPI

**FILING DATE:** 09/23/2020
**STATE FILE NUMBER:** 123-2020-025616

1. **DECEDENT'S LEGAL NAME:** LUCILLE BENDER CRENSHAW
2. **GENDER:** FEMALE
3a. **HOUR OF DEATH:** UNKNOWN
3b. **DATE OF DEATH:** 09/15/2020
4. **RACE:** Black or African American
5a. **AGE AT LAST BIRTHDAY:** 70 Years
6. **DATE OF BIRTH:** 06/08/1950
7. **BIRTH PLACE:** MISSISSIPPI
8. **PLACE OF DEATH:** Decedent's home
9a. **FACILITY NAME:** 1301 MILLS AVENUE
9b. **CITY, TOWN OR LOCATION OF DEATH:** GULFPORT
9c. **ZIP CODE:** 39501
9d. **COUNTY OF DEATH:** HARRISON
10. **DECEDENT'S EDUCATION:** High school graduate or GED completed
11. **MARITAL STATUS AT TIME OF DEATH:** Widowed
13. **WAS DECEASED EVER IN US ARMED FORCES?** NO
14. **DECEDENT OF HISPANIC ORIGIN?** No, not Spanish/Hispanic/Latino
15. **SOCIAL SECURITY NUMBER:** 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
16a. **USUAL OCCUPATION:** HOMEMAKER
16b. **KIND OF BUSINESS OR INDUSTRY:** HOMEMAKER
17a. **RESIDENCE - STATE:** MISSISSIPPI
17b. **COUNTY:** HARRISON
17c. **CITY OR TOWN:** GULFPORT
17d. **ZIP CODE:** 39501
17e. **STREET AND NUMBER OR RURAL LOCATION:** 1301 MILLS AVENUE
17f. **INSIDE CITY LIMITS:** YES
18. **FATHER'S OR PARENT'S NAME PRIOR TO FIRST MARRIAGE:** DAVID G BENDER
19. **MOTHER'S OR PARENT'S NAME PRIOR TO FIRST MARRIAGE:** MAHALIA ANN SPEARS
20a. **INFORMANT - NAME:** GLASCO BENDER
20b. **RELATIONSHIP TO DECEDENT:** BROTHER
20c. **MAILING ADDRESS:** 27908 PACIFIC HIGHWAY S, FEDERAL WAY, WA 98003
21a. **DISPOSITION OF BODY:** BURIAL
21b. **CEMETERY/CREMATORY - NAME:** FINLEY CEMETERY
21c. **LOCATION:** GULFPORT MISSISSIPPI
22a. **FUNERAL DIRECTOR - SIGNATURE AND LICENSE NUMBER:** ELECTRONICALLY SIGNED BY SONYA L. WILLIAMS-BARNES FD-1765
22b. **FUNERAL HOME:** LOCKETT WILLIAMS MORTUARY (24S)
22c. **FUNERAL HOME LICENSE NUMBER:** FE-155
22d. **MAILING ADDRESS:** 2018 31ST AVENUE, GULFPORT, MS 39501
23a. **PERSON WHO PRONOUNCED DEATH:** MARK SCAIRONO PARAMEDIC
23b. **PRONOUNCED DEAD:** 09/15/2020
23c. **PRONOUNCED DEAD (Time):** 08:29
24a. **NAME OF CERTIFIER:** WILLIAM SWITZER
24b. **MAILING ADDRESS:** P. O. BOX 4036, GULFPORT, MS 39502
25e. **SIGNATURE:** ELECTRONICALLY SIGNED BY WILLIAM SWITZER, CMEI
25f. **TITLE:** HARRISON COUNTY CORONER
25g. **DATE SIGNED:** 09/21/2020

26. **CAUSE OF DEATH PART I:**
(a) IMMEDIATE CAUSE: BREAST CANCER WITH METASTASIS TO THE LIVER — Interval: UNKNOWN

27. **PART II: OTHER SIGNIFICANT CONDITIONS:** CELLULITIS

28a. **POSTMORTEM EXAMINATION?** NO
28b. **POSTMORTEM EXAMINATION FINDINGS AVAILABLE?** NO
29. **REFERRED TO STATE MEDICAL EXAMINER?** NO
30. **DID TOBACCO USE CONTRIBUTE TO DEATH?** Unknown

Revised 04/01/2019    Form 511

THIS IS TO CERTIFY THAT THE ABOVE IS A TRUE AND CORRECT COPY OF THE CERTIFICATE ON FILE IN THIS OFFICE

9/25/2020

Judy Moulder
**STATE REGISTRAR**

**WARNING:** A REPRODUCTION OF THIS DOCUMENT RENDERS IT VOID AND INVALID. DO NOT ACCEPT UNLESS EMBOSSED SEAL OF THE MISSISSIPPI STATE BOARD OF HEALTH IS PRESENT. IT IS ILLEGAL TO ALTER OR COUNTERFEIT THIS DOCUMENT.

**VERIFY PRESENCE OF WATERMARK    HOLD TO LIGHT TO VIEW**

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER. THIS IS WATERMARKED PAPER. DO NOT ACCEPT WITHOUT FIRST HOLDING TO LIGHT TO VERIFY WATERMARK.