# EXHIBIT B

FILED
JAN 2 1 2021
John McAdams Chancery Clerk
By_____ D.C.

IN THE CHANCERY COURT OF HARRISON COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

IN THE MATTER OF THE ESTATE
OF LUCILLE BENDER CRENSHAW, Deceased

CASE NO. 21-136 (2)

GLASCO BENDER                                                                               PETITIONER

## LETTERS OF ADMINISTRATION

WHEREAS Lucille Bender Crenshaw, deceased, died intestate, and by Judgment of the Chancery Court of Harrison County, Mississippi, Glasco Bender was appointed Administrator of the Estate, and the said Administrator having complied with the provisions of the statutes in such cases made and provided.

THEREFORE, to the intent that the administration of the estate of Lucille Bender Crenshaw may be well and truly performed, we give, grant and commit unto the said Administrator the administration of all and singular the goods and chattels, rights and credits, of and belonging to the estate of said decedent, with full power to take the same unto his hands and possession, and to ask, levy, recover and receive the same, wheresoever they may be in this State, or elsewhere; hereby requiring and enjoining upon the said Administrator to make a true and perfect inventory of all and singular the goods and chattels, rights and credits, which have or shall come to his hands, possession or knowledge, or unto the hands or possession of any other person or persons, for him to exhibit the said inventory to our Court within the time limited by law; to well and truly administer the said goods and chattels, rights and credits, according to law; to make a just and true account of his actions and doings therein when required by our said Court; and to well and truly pay and deliver all the legacies of the estate, so far as the said goods and chattels, rights and credits, will extend and the law charge, hereby confirming the said Administrator with full and ample authority to dispose of all and singular the said goods and chattels, rights and credits.

WITNESS the Honorable Jennifer Schloegel, Chancellor of the 8th Chancery Court District, this the 21st day of January A.D. 2021 and the seal of Court hereunto affixed.

JOHN McADAMS, CHANCERY CLERK

BY: _____ D.C.

A TRUE COPY
JOHN McADAMS
Chancery Court Clerk
Harrison County, Miss
First Judicial District
By _____ D.C.

4u

IN THE CHANCERY COURT OF HARRISON COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

IN THE MATTER OF THE ESTATE
OF LUCILLE BENDER CRENSHAW, Deceased

CASE NO. 21-136 (2)

GLASCO BENDER                                                           PETITIONER

## JUDGMENT FOR THE APPOINTMENT OF ADMINISTRATOR AND FOR OTHER RELIEF

This cause came on for consideration on the Petition filed by the Petitioner, who is the sole known heir at law and next of kin of the decedent, Lucille Bender Crenshaw, deceased, for Appointment of Administrator, and for Other Relief, and the Court, being fully advised in the premises, finds that it has jurisdiction over the parties and of the subject matter in this action and FINDS, ORDERS AND ADJUDGES as follows:

1. Lucille Bender Crenshaw died intestate on September 15, 2020, having her principal place of residence in the First Judicial District of Harrison County, Mississippi. The decedent was unmarried (widowed) at the time of her death and had no children. The Petitioner is the brother of the decedent and her only sibling. The decedent's parents are deceased.

2. The decedent's certificate of death is attached to the Petition as Exhibit "A."

3. The decedent was a resident of the First Judicial District of Harrison County, Mississippi and therefore, this Court has jurisdiction over the parties and of the subject matter in this action.

4. The Court finds that the Petitioner, Glasco Bender, is a fit and proper person to serve as the Administrator of the decedent's estate, as he is of sound mind and body, over the age of twenty-one years, and is not a convicted felon. The Petitioner asserts that there

are no known debts of the decedent, and requests that he serve as the Administrator of the decedent's estate without bond.

IT IS THEREFORE, ORDERED AND ADJUDGED that the Petitioner, Glasco Bender, shall serve as the Administrator of the decedent's estate, without bond, and further that Letters of Administration shall be issued to him by the Clerk.

IT IS FURTHER ORDERED AND ADUDGED that publication shall be made for any unknown heirs at law and next of kin of the decedent, returnable to a date certain, and that this Court shall enter an order at that time determining the decedent's heir(s) at law.

SO ORDERED ADJUDGED on this the 21st day of January 2021.

_____
CHANCELLOR

Presented to the Court by:

/s/ Kelly Michael Rayburn
Attorney at Law
P.O. Box 2566
Gulfport, MS 39505
(228) 539-2400 (ofc)
(228) 539-3130 (fax)
MSB#8604

2



**FILED**
**JAN 2 1 2021**
John McAdams Chancery Clerk
By_____ D.C.

IN THE CHANCERY COURT OF HARRISON COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

IN THE MATTER OF THE ESTATE
OF LUCILLE BENDER CRENSHAW, Deceased

CASE NO. 21-136 (2)

GLASCO BENDER                                        PETITIONER

### AFFIDAVIT REGARDING CLAIMS AGAINST THE ESTATE

I, Glasco Bender, Administrator, do state that I have made reasonably diligent efforts to identify persons having claims against the estate of Lucille Bender Crenshaw, and have discovered no known creditors at this time. I further have made reasonably diligent efforts to identify the identity of any unknown creditors of the decedent, and have discovered no unknown creditors. I further shall give notice to any unknown creditors by publication, through the attorney for the estate, informing them that a failure to have their claim probated and registered by the clerk of this court within ninety (90) days from the date of first publication of the Notice to Creditors will forever bar their claim; and further shall give actual notice to any such known creditors that may hereafter be discovered after diligent search and inquiry, through the attorney for the estate, informing them of their right to file a claim within the time allowed under Mississippi law.

WITNESS MY SIGNATURE, on this the 19th day of January 2021.

_____
Glasco Bender

STATE OF WASHINGTON
COUNTY OF King

SWORN TO AND SUBSCRIBED BEFORE ME, on this the 19th day of January 2021.

(SEAL)

_____
NOTARY PUBLIC


POLLY A KRANZ
NOTARY PUBLIC
STATE OF WASHINGTON

IN THE CHANCERY COURT OF HARRISON COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

FILED
JAN 2 1 2021
John McAdams Chancery Clerk
By_____ D.C.

IN THE MATTER OF THE ESTATE
OF LUCILLE BENDER CRENSHAW, Deceased

CASE NO. 21-136 (2)

GLASCO BENDER                                                          PETITIONER

## AFFIDAVIT REGARDING CLAIMS AGAINST THE ESTATE

I, Glasco Bender, Administrator, do state that I have made reasonably diligent efforts to identify persons having claims against the estate of Lucille Bender Crenshaw, and have discovered no known creditors at this time. I further have made reasonably diligent efforts to identify the identity of any unknown creditors of the decedent, and have discovered no unknown creditors. I further shall give notice to any unknown creditors by publication, through the attorney for the estate, informing them that a failure to have their claim probated and registered by the clerk of this court within ninety (90) days from the date of first publication of the Notice to Creditors will forever bar their claim; and further shall give actual notice to any such known creditors that may hereafter be discovered after diligent search and inquiry, through the attorney for the estate, informing them of their right to file a claim within the time allowed under Mississippi law.

WITNESS MY SIGNATURE, on this the 19th day of January 2021.

_____
Glasco Bender

STATE OF WASHINGTON
COUNTY OF King

SWORN TO AND SUBSCRIBED BEFORE ME, on this the 19th day of January 2021.

(SEAL)

_____
NOTARY PUBLIC

POLLY A KRANZ
NOTARY PUBLIC
STATE OF WASHINGTON



IN THE CHANCERY COURT OF HARRISON COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

IN THE MATTER OF THE ESTATE
OF LUCILLE BENDER CRENSHAW, Deceased

CASE NO. _____

GLASCO BENDER                                                                    PETITIONER

STATE OF MISSISSIPPI
COUNTY OF HARRISON

## OATH OF ADMINISTRATOR

I do swear that Lucille Bender Crenshaw, deceased, died intestate. I do swear that I will well and truly administrator all the goods, chattels, and credits of the deceased, and do all such things as required of me by the laws and statutes of the State of Mississippi.

This the 19th day of January 2021.

_____
Glasco Bender

STATE OF WASHINGTON
COUNTY OF King

SWORN TO AND SUBSCRIBED BEFORE ME, this the 19th day of January 2021.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES:
04-09-2021

```
POLLY A KRANZ
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
APRIL 9, 2021
```

1499 Garrett Street
Enumclaw, WA 98022
(360) 825-4833
www.WhiteRiverCU.com



## Account Information

### Direct Deposit

| Routing & Transit Number | Account Number – 12 digits |
|---|---|
| 3 2 5 1 8 0 4 0 1 | <u>7 9 0 9 8 0</u>  292466 |

### HomeTeller Login www.WhiteRiverCU.com

| Account Number | Temporary Password |
|---|---|
|  |  |

### Other Info

| Social Security | Misc. Notes |
|---|---|
| **1-800-772-1213**<br>When you call, be sure to have your Social Security number, routing and transit number, and account number handy. Your social security representative will need this information to start you on Direct Deposit. |  |

Dear melissa, I an sending you the final papers work and account # an Routieng # of Lucillie account. If you need onep additional information, please give me a call at 206 261 6298. Thank you for your time and hard work

Thank You

https://sp.whiterivercu.com/Forms/Forms/Account Information.docx