UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  TAXOTERE (DOCETAXEL)<br>PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | SECTION: "N" (5) |

THIS DOCUMENT RELATES TO:

LUCILLE CRENSHAW
Case No.: 18-12400

### [PROPOSED] ORDER GRANTING SUBSITUTION

This came before the Court on Plaintiff Lucille Crenshaw's Motion for Substitution of Plaintiff.  Based on the files, records, and proceedings herein.

IT IS HEREBY ORDERED THAT Plaintiff's Motion for Substitution of Plaintiff is GRANTED, and Glasco Bender, on Behalf of the Estate of Lucille Crenshaw, is substituted as Plaintiff in the above referenced action.

So ordered this ___ day of _____, 2021.

_____
District Judge