UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| This document relates to all cases | | |

## ORDER

On December 14, 2020, the Court ordered certain plaintiffs to comply with their obligations in this litigation. The Court has been advised that the following plaintiff has failed to do so within the time frame set by the Court.

- Myrtielee James 2:18-cv-02933

Accordingly, **IT IS ORDERED** that the above-listed case is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 24th day of February, 2021.

_____
**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**