UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "H"<br>JUDGE TRICHE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>Vonni Hall, 2:20-cv-02005 | : : | |

### PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

Plaintiff Vonni Hall, by and through counsel, files this Motion for Leave to File an Amended Short Form Complaint and, in support, would show the Court the following:

Plaintiff filed her Short Form Complaint on July 14, 2020, naming Defendants, Sanofi US Services, Inc. fka Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S., LLC. However, this filing was in error as the medical records provided by Plaintiff's infusion facility show that she was treated with Docetaxel manufactured by Accord Healthcare, Inc.

Consequently, Plaintiff seeks leave to amend her complaint to name Accord Healthcare, Inc., and dismiss Sanofi US Services, Inc., fka Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S., LLC with prejudice. Plaintiff's proposed Amended Short Form Complaint is attached hereto as Exhibit A.

Pursuant to Local Rule 7.6 and Pretrial Order No. 37A, Plaintiff has conferred with defense counsel and there is no opposition to this motion.

WHEREFORE, Plaintiff hereby respectfully requests this Honorable Court grant leave to file Plaintiff's proposed Amended Short Form Complaint.

Dated this 24th day of February, 2021           Respectfully submitted,

/s/ *Madeleine Brumley*
Madeleine Brumley (#37432)
David C. Laborde (#20907)
Derrick G. Earles (#29570)
Laborde Earles Law Firm LLC
1901 Kaliste Saloom Rd.
Lafayette, LA 70508
P: (337) 261-2617
F: (337) 261-1934
madeleine@onmyside.com
david@onmyside.com
digger@onmyside.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ *Madeleine Brumley*