# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) MDL NO. 2740 ) ) SECTION "H" (5) ) JUDGE TRICHE MILAZZO |
| JOANNE MARTINEZ, | ) MAG. JUDGE NORTH ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No.: 2:21-cv-72 ) |
| SANOFI U.S. SERVICES INC. f/k/a SANOFI U.S. INC. ET. AL. | ) ) ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Magdalena F. Gonzalez, of the firm GARDI & HAUGHT, LTD., hereby enters her appearance in the above-captioned matter as counsel for the Plaintiff, JOANNE MARTINEZ, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

Respectfully Submitted,

/s/ Magdalena F. Gonzalez

**Magdalena F. Gonzalez**
Gardi & Haught, Ltd.
939 N. Plum Grove Rd., Suite C
Schaumburg, IL 60173
(847) 944-9400
mgonzalez@gardilaw.com