UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |

THIS DOCUMENT RELATES TO:

Susan P. Hubbard
Case No.: 17-cv-00317

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED SHORT FORM COMPLAINT

**NOW COMES** Plaintiff Susan P. Hubbard, through her undersigned counsel, who respectfully brings this Motion pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. Plaintiff hereby moves for leave to file her Second Amended Short Form Complaint in this matter for the reasons set forth below.

The original suit was filed in this matter based upon the belief by Plaintiff Susan P. Hubbard that she was provided Taxotere/Docetaxel chemotherapy which caused permanent hair loss. Her original suit was filed on January 12, 2017. The original suit included Defendants Sanofi S.A., Aventis Pharma S.A., Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Sandoz, Inc., Hospira Worldwide, Inc., and Hospira, Inc.

Subsequent to the filing of her original lawsuit, Plaintiff received medical records proof of Taxotere/Docetaxel treatment which contained National Drug Codes showing chemotherapy treatment conducted with Docetaxel products manufactured by Hospira, Inc. and Sandoz, Inc.

Plaintiff filed a Notice of Partial Dismissal with Prejudice on January 7, 2020 (Doc. No. 8955) to dismiss all Defendants except the Hospira Defendants. In that Notice, Plaintiff incorrectly included Sandoz, Inc. among the Defendants that were to be dismissed when in fact Plaintiff has medical records indicating a Sandoz, Inc. Docetaxel product was administered to the Plaintiff.

Plaintiff's counsel and counsel for Sandoz, Inc. and Defendant Hospira, Inc. have met and conferred regarding this filing error. Counsel for Sandoz, Inc and Defendant Hospira, Inc. have graciously consented to Sandoz, Inc. being brought back into the case in light of the previous error in including Sandoz, Inc. in the Notice of Partial Dismissal.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with Defendants' counsel who agreed, in the interest of judicial economy, not to oppose this motion for leave to amend, provided that it is expressly agreed and understood that Defendants reserve their rights to assert all defenses, and do not waive any defenses, including but not limited to defenses based on jurisdiction or statute of limitations, by agreeing not to contest this motion.

Under Federal Rule of Civil Procedure 15(a), leave of court to amend a petition should be freely given when justice so requires. Here, Plaintiff is only trying to name the correct Defendant(s). Plaintiff contends that no party will be prejudiced by this change, as this case is still in an early stage. As a result, it is hereby requested that this Motion for Leave to File a Second Amended Short Form Complaint be granted.

Respectfully Submitted,

Dated: February 24, 2021	**JOHNSON BECKER, PLLC**

/s/ Alexandra W. Robertson
Alexandra W. Robertson, Esq. MN Bar #395619
Timothy J. Becker, Esq. MN Bar #256663
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, Minnesota 55101
(612) 436-1800 (telephone)
arobertson@johnsonbecker.com
tbecker@johnsonbecker.com

**Attorneys for Plaintiff**

## CERTIFICATE OF COMPLIANCE

In compliance with Local Rule 7.6, Defendant Liaison Counsel has been contacted, and Defendants do not oppose the relief requested.

## CERTIFICATE OF SERVICE

I certify that February 24, 2021, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ Alexandra Robertson
Alexandra Robertson