UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : : : : : : | MDL NO. 2740 <br><br> SECTION "N" (5) <br> JUDGE JANE TRICHE MILAZZO <br> MAG. JUDGE NORTH <br><br> **Stipulation of Dismissal with Prejudice** <br><br> Civil Action No.: 17-cv-05666 |
| JUDITH S. PROCTOR, <br><br> Plaintiff, <br><br> vs. <br><br> SANOFI U.S. SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC., SANOFI-AVENTIS US, LLC, and ACCORD HEALTHCARE, INC. <br><br> Defendant(s). | | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that defendants, Sanofi U.S. Services, Inc. f/k/a Sanofi-Aventis U.S., Inc., and Sanofi-Aventis U.S., LLC, ONLY be dismissed with prejudice, each party to bear its own costs. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal.

Dated this <u>25th</u> day of February, 2021.

| JOHNSON BECKER, PLLC | SHOOK, HARDY & BACON |
|---|---|
| _/s/ Alexandra Robertson_ <br> Alexandra Robertson, Esq. <br> Timothy J. Becker, Esq. <br> 444 Cedar Street <br> Suite 1800 <br> St. Paul, MN 55101 <br> Phone: 612-436-1800 <br> Fax: 612-436-1801 <br> Email: arobertson@johnsonbecker.com | _/s/ Madison Hatten_ <br> Madison Hatten, Esq. <br> Harley V. Ratliff, Esq. <br> 2555 Grand Boulevard <br> Kansas City, MO 64108 <br> Phone: 816-474-6550 <br> Fax: 816-421-5547 <br> Email: mhatten@shb.com |
| Attorney for Plaintiff | Attorney for Sanofi-Aventis U.S. LLC |