**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

|  |  |
|---|---|
| ) | |
| EMMA R. WILLIE and ALBERT WILLIE, ) | MDL NO. 2740 |
| ) | |
|     Plaintiffs, ) | SECTION "N" (5) |
| ) | JUDGE MILAZZO |
| v. ) | MAGISTRATE JUDGE NORTH |
| ) | |
| SANOFI US SERVICES, INC. ET AL., ) | ENTRY OF APPEARANCE |
| ) | |
|     Defendants. ) | CIVIL ACTION NO. 2:18-cv-03857 |

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for: **Plaintiffs Emma R. Willie and Albert Willie.**

    DATED at Denver, Colorado this 24th day of February, 2021.

                    Respectfully submitted,

                    /s/Darin L. Schanker_____
                    Darin L. Schanker Esq.
                    Bachus & Schanker, LLC
                    101 West Colfax Avenue, Suite 650
                    Denver, CO 80202
                    Telephone: (303) 893-9800
                    E-mail: dschanker@coloradolaw.net
                    Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2021, I electronically filed a copy of the foregoing Entry of Appearance with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

                    /s/ Darin L. Schanker_____