**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| CINDY L. SMITH, | ) | MDL NO. 2740 |
| | ) | |
| Plaintiffs, | ) | SECTION "N" (5) |
| | ) | JUDGE MILAZZO |
| v. | ) | MAGISTRATE JUDGE NORTH |
| | ) | |
| SANOFI US SERVICES, INC. ET AL., | ) | ENTRY OF APPEARANCE |
| | ) | |
| Defendants. | ) | CIVIL ACTION NO. 2:18-cv-07702 |

**ENTRY OF APPEARANCE**

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for: **Plaintiff Cindy L. Smith.**

DATED at Denver, Colorado this 24th day of February, 2021.

Respectfully submitted,

/s/Darin L. Schanker_____
Darin L. Schanker Esq.
Bachus & Schanker, LLC
101 West Colfax Avenue, Suite 650
Denver, CO 80202
Telephone: (303) 893-9800
E-mail: dschanker@coloradolaw.net
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2021, I electronically filed a copy of the foregoing Entry of Appearance with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

/s/ Darin L. Schanker_____