# EXHIBIT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                         SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**

**Juanita Greer, Case No. 2:18-cv-11728**

## ITEMIZED BILL OF COSTS

**COURT COSTS**

| | |
|---|---|
| Docket Fee Pursuant to 28 U.S.C. § 1923 | $20.00 |
| Subtotal: | $20.00 |

**MEDICAL RECORDS COLLECTION**

| Invoice Date | Provider | Cost |
|---|---|---|
| March 9, 2020 | Wallace Discount Drugs | $106.00 |
| April 13, 2020 | Hattiesburg Clinic | $177.50 |
| April 20, 2020 | Centers for Medicare & Medicaid Services | $81.00 |
| April 22, 2020 | Family Health Center | $531.65 |
| April 27, 2020 | Centers for Medicare & Medicaid Services | $30.00 |
| April 28, 2020 | Pine Belt Dermatology | $81.00 |
| April 28, 2020 | Doctors Clinic | $66.00 |
| April 30, 2020 | Pine Belt Dermatology | $81.00 |
| May 6, 2020 | Laurel Surgery Clinic | $66.00 |
| May 11, 2020 | Laurel Surgery Clinic | $66.00 |
| May 15, 2020 | Wesley Medical Center/Merit Health | $172.80 |
| May 27, 2020 | Community Medical Center | $66.00 |
| May 28, 2020 | Wallace Discount Drugs | $81.00 |
| June 1, 2020 | Forrest General Hospital | $88.16 |
| July 8, 2020 | Laurel Pain Clinic | $149.00 |
| July 10, 2020 | Family Health Center | $539.35 |
| August 7, 2020 | Centers for Medicare & Medicaid Services | $81.00 |
| August 17, 2020 | Pine Belt Dermatology | $81.00 |
| August 27, 2020 | OncoLogics, Inc. | $66.00 |
| September 1, 2020 | Centers for Medicare & Medicaid Services | $30.00 |

| Date | Provider | Amount |
|---|---|---|
| September 8, 2020 | Wellcare | $116.00 |
| September 15, 2020 | South Central Cancer Center | $104.65 |
| September 17, 2020 | Forrest General Hospital | $81.00 |
| September 23, 2020 | Laurel Family Clinic | $66.00 |
| October 1, 2020 | South Central Dermatology Clinic | $104.65 |
| October 8, 2020 | Jefferson Medical Associates | $129.65 |
| October 9, 2020 | Doctors Clinic | $66.00 |
| October 21, 2020 | Laurel Cancer Care | $66.00 |
| October 22, 2020 | Community Medical Center | $91.00 |
| October 26, 2020 | South Central Sports Medicine | $66.00 |
| October 30, 2020 | Laurel Surgery Clinic | $106.00 |
| November 2, 2020 | Hattiesburg Clinic | $152.50 |
| November 10, 2020 | South Central Regional Medical Center | $147.90 |
| November 23, 2020 | Wesley Medical Center/Merit Health | $172.80 |
| November 24, 2020 | South Central Gastroenterolgy | $66.00 |
| December 8, 2020 | Forrest General Hospital | $88.16 |
| December 9, 2020 | Wesley Medical Center/Merit Health | $121.80 |
| December 28, 2020 | Health Systems of Mississippi | $66.00 |
| December 29, 2020 | Wellness Center | $129.40 |
| December 31, 2020 | Jefferson Medical Associates | $36.00 |
| December 31, 2020 | South Central Cancer Center | $36.00 |
| December 31, 2020 | South Central Dermatology Clinic | $36.00 |
| December 31, 2020 | Centers for Medicare & Medicaid Services | $127.41 |
| December 31, 2020 | LabCorp Birmingham | $36.00 |
| December 31, 2020 | LabCorp Birmingham | $36.00 |
| December 31, 2020 | Hattiesburg Clinic | $36.00 |
| December 31, 2020 | Laurel Family Clinic | $36.00 |
| December 31, 2020 | Wellcare | $36.00 |
| December 31, 2020 | CLIO Laboratories | $36.00 |
| December 31, 2020 | South Central Sports Medicine | $36.00 |
| December 31, 2020 | Wallace Discount Drugs | $36.00 |
| December 31, 2020 | Laurel Pain Clinic | $36.00 |
| December 31, 2020 | LabCorp Birmingham | $45.00 |

Subtotal $5,186.38

**TOTAL COSTS EXPENDED:** **$5,206.38**