UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

**THIS DOCUMENT RELATES TO:**
Elizabeth Kahn, Case No. 2:16-cv-17039

CONSENT MOTION TO CONTINUE SUBMISSION DATE
FOR PLAINTIFF'S MOTION TO RECONSIDER ORDER REGARDING
DR. MADIGAN'S META-ANALYSIS OF OBSEVRATIONAL STUDIES

Defendants, sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi"), with the express consent of Plaintiff, respectfully request that the submission date for Plaintiff's Motion to Reconsider Order Regarding Dr. Madigan's Meta-Analysis of Observational Studies (Rec. Doc. 12195), originally noticed for submission on March 10, 2021, be continued to March 24, 2021.

WHEREFORE, Sanofi prays that this Motion be granted, and that the submission date for Plaintiff's Motion to Reconsider Order Regarding Dr. Madigan's Meta-Analysis of Observational Studies (Rec. Doc. 12195) be continued to March 24, 2021.

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Adrienne L. Byard
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com

*Counsel for sanofi-aventis U.S., LLC and Sanofi U.S. Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*