# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>Civil Action No.: 2:18-cv-14330 | | |

## ORDER

Before the Court is Plaintiff's Agreed Motion to Withdraw Document (Doc. 12000);

**IT IS ORDERED** that the Motion is **GRANTED**, and Document No. 6477, filed March 8, 2019, shall be withdrawn from the docket.

New Orleans, Louisiana, this 25th day of February, 2021.

_____
Judge Milazzo
United States District Judge