UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION, | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HONORABLE JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |

*Lynette Alexander, Case No. 2:17-cv-15571*
*Judith August, Case No. 2:16-cv-16231*
*Debra Bolton, Case No. 2:16-cv-16905*
*Patricia Graham-Anthony, Case No. 2:17-cv-15475*
*Theresa Snowden, Case No. 2:17-cv-00369*
*Robin Swarthout, Case No. 2:17-cv-15325*
*Davida Washington, Case No. 2:17-cv-15328*
*Rebecca Zimmerman, Case No. 2:17-cv-14541*

## ORDER

Before the Court is Plaintiffs' Motion to Withdraw Opposed Motions for Leave to File Amended Short Form Complaints Without Prejudice (Doc. 12061);

**IT IS ORDERED** that the Motion is **GRANTED**, and Document Nos. 11881, 11882, 11897, 11901, 11905, 11909, 11912, and 11916 are **WITHDRAWN**.

New Orleans, Louisiana, this 25th day of February, 2021.

_____
Honorable Jane Triche Milazzo
United States District Judge