UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| **This document relates to:** ) | |
| Hickman, 19-cv-1606 ) | |
| Stevens, 18-cv-14278 ) | |

### ORDER

Before the Court are two Motions to Withdraw Motions to Amend (Docs. 12111 and 12112);

**IT IS ORDERED** that the Motions are **GRANTED**. The Motions to Amend at issue are **WITHDRAWN** from the record.

New Orleans, Louisiana, this 25th day of February, 2021.

_____
**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**