UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| **This document relates to:** ) | |
| Certain cases ) | |

## ORDER

Before the Court are several Motions to Withdraw Motions to Amend (Docs. 12136, 12146, 12147, and 12148);

**IT IS ORDERED** that the Motions are **DISMISSED AS MOOT**. The Motions to Amend at issue have already been stricken from the record.

New Orleans, Louisiana, this 25th day of February, 2021.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE