UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "H"(5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE JANE TRICHE MILAZZO |
| Valerie Lingen v. Sanofi-Aventis U.S. LLC, et al, | : | |
| | : | MAG. JUDGE MICHAEL B. NORTH |
| Civil Action No. 2:17-cv-12527 | : | |

## ORDER

Before the Court is a Motion for Substitution of Party Pursuant to Rule 25(a)(1) (Doc. 12080);

**IT IS ORDERED** that the Motion is **GRANTED**, and Jeffrey Lingen, on behalf of his deceased wife, Valerie Lingen, shall be substituted for Valerie Lingen as the proper party plaintiff in this action.

New Orleans, Louisiana this 25th day of February, 2021.

_____
**HONORABLE JANE T. MILAZZO**
United States District Court Judge