UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 16-2740  SECTION: "H" (5) |
| **This document relates to:** Rita Rider, 20-cv-1084 Laura Shepherd, 20-cv-1085 | | |

## ORDER

Before the Court are two Motions to Substitute Counsel (Docs. 12180 and 12182);

**IT IS ORDERED** that the Motions are **GRANTED**, and attorney Chelsie M. Palecek shall be substituted as counsel of record, in place of Dorothy J. Dohanics, in the above-captioned cases.

New Orleans, Louisiana, this 25th day of February, 2021.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE