# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | : MDL 2740 :  : SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : **JUDGE MILAZZO** : **MAG. JUDGE NORTH** |
| *Savannah Pugh, et al., v. Sanofi U.S. Services, Inc., et al., as **to Plaintiff RUBY WILLIAMS ONLY**; Case No. 2:18-cv-3313* | |

## ORDER

Before the Court is Plaintiff's Motion for Substitution of Proper Party (Doc. 12203);

**IT IS ORDERED** that the Motion is **GRANTED**, and Sherri Freeman, on behalf of Ruby Williams, is substituted as the proper party plaintiff in the above-captioned case.

New Orleans, Louisiana, thiis 25th day of February, 2021.

_____
Hon. Jane Triche Milazzo
United States District Court Judge