UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILTIY LITIGATION | ) ) ) ) ) ) ) ) ) | MDL NO. 2470<br>SECTION "H" (5)<br><br>JUDGE MILZANNO<br>MAG. JUDGE NORTH |
| THIS DOCUENT RELATES TO:<br>Civil Action No.: 2:18-cv-14250 | | |

**NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

**YOU MUST CHECK ALL THAT APPLY**

☐ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

☒ Other.

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated this 26th day of February, 2021.

            */s/  Kevin D. Stanley*
            Kevin D. Stanley
            HUMPHREY, FARRINGTON & MCCLAIN, P.C.
            221 W. Lexington, Suite 400
            P.O. Box 900
            Independence, MO 64051
            Office:  816-836-5050
            Fax:  861-836-8966
            Email: kds@hfmlegal.com

            **ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

  I hereby certify on February 26, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: February 26, 2021        *s/s Kevin D. Stanley*