UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL)  )<br>PRODUCTS LIABILITY LITIGATION  )<br>                                                      )<br>                                                      )<br>**This document relates to:**           )<br>Capria Bonner, 19-cv-11381           )<br>Marion Scales, 19-cv-11460          )<br>Lanice Sarfo, 19-cv-11470            )<br>Lanita Johnson, 19-cv-11652        )<br>Tammy Hammond, 19-cv-13122  )<br>Tywanda McCormick, 19-cv-13123 )<br>Shelba Willis, 19-cv-13124            )<br>Michelle Epps, 19-cv-13125          )<br>Deirdre Battle, 19-cv-13126          )<br>Barbara Troy, 19-cv-13127           )<br>Allison Tynes, 19-cv-14682          )<br>Morena Johnson, 19-cv-14684     )<br>Talonda Ward, 19-cv-14686         )<br>Jennifer Diforte, 19-cv-14693       )<br>Patricia Tucker, 19-cv-14697       )<br>Roseann Williams, 20-cv-00227   )  | MDL No. 16-2740<br><br>SECTION: "H" (5) |

### ORDER

Before the Court is a Motion to Amend (Doc. 11778) and a Motion to Withdraw (Doc. 12159). In the Motion to Withdraw, counsel asks that the Motion to Amend be partially withdrawn, as only certain Plaintiffs who filed that Motion now wish to withdraw their proposed amendments.

**IT IS ORDERED** that the Motion to Withdraw is **GRANTED**, and the Motion to Amend is withdrawn insofar as it relates to certain Plaintiffs;

**IT IS FURTHER ORDERED** that the Motion to Amend is **GRANTED** as to the Plaintiffs who remain on that Motion. Accordingly, the Clerk's office is instructed to file the amended complaints attached to the Motion to Amend in the following member cases:

- Capria Bonner, 19-cv-11381

- Marion Scales, 19-cv-11460

- Lanita Johnson, 19-cv11652

- Tammy Hammond, 19-cv-13122

- Michelle Epps, 19-cv-13125

- Deirdre Battle, 19-cv-13126

- Morena Johnson, 19-cv-14684

- Talonda Ward, 19-cv-14686

- Roseann Williams, 20-cv-00227

New Orleans, Louisiana, this 25th day of February, 2021.

_____
**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**