**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: "H" (5) |
| | ) | |
| This document relates to: | ) | |
| Gigi Robinson, 17-11450 | ) | |
| Gail Taylor, 17-16353 | ) | |
| Lisa Watts, 17-10402 | ) | |
| Shirley Langley, 17-09623 | ) | |
| Sarah Mendez, 17-07727 | ) | |
| Brenda Wood, 18-06970 | ) | |

## ORDER

Before the Court are several unopposed Motions to Amend (Docs. 11749, 11750, 11772, 11773, 11774, and 11775);

**IT IS ORDERED** that Plaintiffs' Motions are **GRANTED**. The Clerk's office is instructed to file the amended complaints attached to Plaintiffs' Motions in the members cases.

New Orleans, Louisiana, this 26th day of February, 2021.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**