# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2740 |
| | | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | | JUDGE MILAZZO |
| | | MAG. JUDGE NORTH |
| Civil Action No.: 2:20-cv-2428 Plaintiff PAMELA PRICE | | NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE EXCEPT Sandoz, Inc. |

___

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Defendants Sandoz, Inc. with each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of the Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 1st of March 2021                     Counsel for Pamela Price

/s/ *D. Todd Mathews*

/s/ *Sara Salger*

The Gori Law Firm, P.C.
156 N. Main St.
Edwardsville, IL 62025
618-659-9833
masstort@gorilaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2021 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: March 1, 2021

/s/ <u>*D. Todd Mathews*</u>