UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL NO. 2740 <br><br> SECTION "H" (5) <br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: <br><br> Theresa Shellcroft, 2:17-cv-17151 | ) ) ) ) ) | |

## ORDER

Before the Court is Plaintiff's Motion for Leave to File an Amended Short Form Complaint (Doc. 12066);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the First Amended Short Form Complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 1st day of March, 2021.

_____
JUDGE, UNITED STATES DISTRICT COURT