# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) : | MDL NO. 2740 PRODUCTS |
| LIABILITY LITIGATION : | |
| : | SECTION "H" (5)  JUDGE |
| : | MILAZZO |
| : | MAG. JUDGE NORTH |
| : | |
| *This Document Relates to:* : | |
| *CASE NO. 2:17-cv-06919-JTM-MBN* : | |
| *TERRI M. DESTEFANO* : | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File an Amended Complaint (Doc. 12071);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 1st day of March, 2021.

_____
JUDGE, UNITED STATES DISTRICT COURT