# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2740 |
| _____ | : | SECTION "H" (5) |
| GEORGINA GAMBOA, | : : | JUDGE MILAZZO |
| Plaintiff, | : : | **Stipulation of Dismissal With Prejudice** |
| vs. | : : | CIVIL ACTION NO: 20-cv-00972 |
| SANOFI, et al., | : : | |
| Defendant(s). | : | |
| _____ | | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), that Plaintiff Georgina Gamboa hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action 20-cv-00972, only. The parties specifically understand and agree that no applicable statutes of limitation or prescriptive periods are tolled by the filing of this Stipulation of Dismissal. This stipulation shall not affect the lawsuit filed by Georgina Gamboa, which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing case number 19-cv-13375. All parties shall bear their own costs.

Dated: March 2, 2021

/s/ Lowell W. Finson
Attorney(s) for Plaintiff

Lowell W. Finson, CA #275586
FINSON LAW FIRM
126 Westwind Mall
Marina del Rey, CA 90292
Phone 602.377.2903
Fax 310.425.3278
lowell@finsonlawfirm.com

**MORRISON & FOERSTER LLP**

By: _____/s/ Erin M. Bosman_____
Erin M. Bosman
Julie Y. Park
12531 High Bluff Drive, Suite 100
San Diego, CA  92130
Tel: (858) 720-5100
Fax: (858) 720-5165
EBosman@mofo.com
JuliePark@mofo.com
*Attorneys for Defendant*
*McKesson Packaging Services, a division of McKesson Corporation*


SHOOK, HARDY & BACON
 \_/s/ Madison Hatten_____
Madison Hatten, Esq.
2555 Grand Boulevard
Kansas City, MO 64108
Phone: 816-474-6550
Fax: 816-421-5547
Email:  mhatten@shb.com
*Attorney for Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.*


**GREENBERG TRAURIG, LLP**

/s/ *Lori G. Cohen*_____
Lori G. Cohen
R. Clifton Merrell
Evan C. Holden
Terminus 200
3333 Piedmont Road, N.E., Suite 2500
Atlanta, Georgia 30305
(678) 553-2100
(678) 553-2386 (facsimile)
CohenL@gtlaw.com
MerrellC@gtlaw.com
HoldenE@gtlaw.com
*Attorneys for Sandoz Inc.*

**WILLIAMS & CONNOLLY LLP**

*/s/ Richmond T. Moore*
Richmond T. Moore (rmoore@wc.com)
Heidi K. Hubbard (hhubbard@wc.com)
Neelum J. Wadhwani nwadhwani@wc.com)
Monika Isia Jasiewicz (ijasiewicz@wc.com)
Lori Interlicchio (linterlicchio@wc.com)
Aparna Datta (adatta@wc.com)
725 Twelfth Street NW
Washington DC 20005
(202) 434-5000 / office
(202) 434-5029 / fax
*Attorneys for Defendants Hospira, Inc., and Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc.*


*/s/ Michael J. Suffern*
Michael J. Suffern  (*pro hac vice*)
Jennifer Snyder Heis (*pro hac vice*)
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio  45202-2409
Tel:  (513) 698-5000
Fax:  (513) 698-5001
E-mail:  msuffern@ulmer.com
E-mail : jheis@ulmer.com
*Attorneys for Defendants*
*Actavis LLC f/k/a Actavis Inc., Actavis Pharma, Inc.*
*and Sagent Pharmaceuticals, Inc.*