# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL NORTH |
| *Alice D. Hughes v. Accord Healthcare, Inc.* *Case No. 2:17-cv-11769* | |

Considering Defendant Accord Healthcare, Inc.'s Motion for Leave to File Notice of Supplemental Authority in Support of Motion for Summary Judgment on Preemption Grounds (Doc. 11779);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Notice of Supplemental Authority and related Exhibit A are entered into the docket.

New Orleans, Louisiana, this 1st day of March, 2021.

_____
Hon. Jane Triche Milazzo