UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                 SECTION "H" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## PRETRIAL ORDER NO. 115
**(Order Appointing Settlement Master)**

The Court hereby appoints John Jackson as settlement master.  The settlement master will facilitate discussions among and between the parties as he deems necessary, appropriate and as directed by the Court, and will provide status reports to the Court on a frequent and timely basis. The settlement master shall have the power and authority to engage in *ex parte* communications with all parties, counsel, and the Court.

New Orleans, Louisiana, this 3rd day of March, 2021.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE