UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | § § § § | **MDL NO. 2740** <br><br> **SECTION "N" (5)** |
| *THIS DOCUMENT RELATES TO:* | § § § | **JUDGE MILAZZO** <br> **MAG. JUDGE NORTH** |
| *Martha Emrich-Stiles v. Sanofi U.S. Services, Inc., et al.* <br> **No.   2:17-cv-16411** | § § § § § § § | **NOTICE OF APPEARANCE** |

Please enter the appearance of Panagiotis "Pete" V. Albanis of Morgan & Morgan as counsel for Plaintiff Martha Emrich-Stiles in MDL 2740 and Case No. 2:17-cv-16411. Any and all communications and filings should include him in these matters.

DATED: March 3, 2021

*/s/ Panagiotis V. Albanis*
Panagiotis "Pete" V. Albanis
Morgan & Morgan
Complex Litigation Group
12800 University Drive, Suite 600
Fort Myers, FL 33907
Phone: 239-433-6880
Fax: 239-433-6836
palbanis@forthepeople.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that electronic notification will be sent to all MDL Centrality participants in this case.

/s/ Panagiotis V. Albanis