UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | § § § § | **MDL NO. 2740** |
| | | **SECTION "N" (5)** |
| *THIS DOCUMENT RELATES TO:* | § § | **JUDGE MILAZZO** |
| | § | **MAG. JUDGE NORTH** |
| *Linda Ragsdale v. Sanofi U.S. Services, Inc., et al.* | § § | **NOTICE OF APPEARANCE** |
| No.   2:17-cv-16409 | § § § § | |

    Please enter the appearance of Panagiotis "Pete" V. Albanis of Morgan & Morgan as counsel for Plaintiff Linda Ragsdale in MDL 2740 and Case No. 2:17-cv-16409. Any and all communications and filings should include him in these matters.

DATED: March 3, 2021

*/s/ Panagiotis V. Albanis*
Panagiotis "Pete" V. Albanis
Morgan & Morgan
Complex Litigation Group
12800 University Drive, Suite 600
Fort Myers, FL 33907
Phone: 239-433-6880
Fax: 239-433-6836
palbanis@forthepeople.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that electronic notification will be sent to all MDL Centrality participants in this case.

/s/ Panagiotis V. Albanis