UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL NO. 2740  SECTION "H"(5)  JUDGE MILAZZO MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | | |
| Jennifer Bierling v. Sanofi US Services Inc., et al. Civil Action No.: 2:17-cv-17207 | | |

NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH
PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

YOU MUST CHECK ALL THAT APPLY

☐ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

X Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated this 4th day of March, 2021

Respectfully submitted,

_/s/ Kristie L. Fischer_____
KRISTIE L. FISCHER, NV #11693
CANEPA RIEDY ABELE
851 S. Rampart Boulevard, Suite 160
Las Vegas, Nevada 89145
Tel: (702) 304-2335
Fax: (702) 304-2336
kfischer@canepariedy.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated this 4th day of March, 2021

                                              */s/ Kristie L. Fischer*
                                              KRISTIE L. FISCHER, NV #11693
                                              CANEPA RIEDY ABELE
                                              851 S. Rampart Boulevard, Suite 160
                                              Las Vegas, Nevada 89145
                                              Tel: (702) 304-2335
                                              Fax: (702) 304-2336
                                              kfischer@canepariedy.com