**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: "H" (5) |
| | ) | |
| This document relates to: | ) | |
| Certain cases | ) | |

## ORDER

As previously ordered (Doc. 12113), the Court will hold oral argument on **March 18-19, 2021**, beginning at **9:30 a.m.** each day. Below is the schedule, designating which Motions the Court will hear:

### March 18 at 9:30 a.m.

- Defendant Sandoz Inc.'s Motion to Exclude or Limit Opinions of Vesna Petronic-Rosic (Doc. 11470);

- Defendant Accord's Motion to Exclude Expert Testimony of Vesna Petronic-Rosic (Doc. 11534);

- Defendant Sandoz Inc's Motion to Exclude or Limit Opinions of Laura Plunkett (Doc. 11465); and

- Defendant Accord's Motion to Exclude Expert Testimony of Laura Plunkett (Doc. 11532).

### March 18 at 1:00 p.m.

- Plaintiff Hughes' and Plaintiff Stewart's Motion for Summary Judgment on Third Party Fault (Doc. 11460);

- Plaintiff Hughes' Motion to Exclude Certain Opinions of Kord Honda and Faith Durden (Doc. 11542);

- Plaintiff Stewart's Motion to Exclude Select Opinions of Defense Expert Elgida Volpicelli (Doc. 11552);

- Plaintiff Stewart's Motion to Exclude Select Opinions of Defense Expert Nicole Rogers (Doc. 11566); and

- Plaintiff Stewart's Motion to Exclude Select Opinions of Defense Experts Edward Heilman, Nicole Rogers, and Elgida Volpicelli (Doc. 11569).

**March 19 at 9:30 a.m.**

- Defendant Sandoz Inc.'s Motion for Summary Judgment (Doc. 11473);

- Defendant Sandoz Inc.'s Motion to Exclude or Limit Opinions of Linda Bosserman (Doc. 11458);

- Defendant Accord's Motion to Exclude Expert Testimony of Linda Bosserman (Doc. 11529); and

- Plaintiff Stewart's Motion to Exclude Testimony of Lawrence Foote and Sreekanth Reddy (Doc. 11538).

**March 19 at 1:00 p.m.**

- Plaintiff Hughes' Motion to Exclude Certain Testimony of Maurie Markman (Doc. 11567);

- Defendant Sandoz Inc.'s Motion to Exclude or Limit Opinions of Ellen Feigal (Doc. 11456);

- Defendant Accord's Motion to Exclude Expert Testimony of Ellen Feigal (Doc. 11530);

- Defendant Accord's Motion to Exclude Expert Testimony of David Madigan (Doc. 11531); and

- Defendant Sandoz Inc.'s Motion to Exclude or Limit Opinions of David Madigan (Doc. 11462).

Each party will have seven minutes to argue each Motion.


New Orleans, Louisiana, this 5th day of March, 2021.

**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**