**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** **PRODUCTS LIABILITY LITIGATION** JIM BROWNEWELL Individually and as the Personal Representative of the Estate of HOPE BROWNEWELL, *Plaintiff(s),* vs.    : **SANOFI US SERVICES INC. f/k/a** **SANOFI-AVENTIS U.S. INC.;**    : **SANOFI-AVENTIS U.S. LLC;** **ACCORD HEALTHCARE, INC.** *Defendant(s).* | **MDL NO. 2740** **SECTION "N"(5)** **JUDGE ENGELHARDT** **MAG. JUDGE NORTH** **Civil Action No: 2:19-cv-10589-JTM-MBN** |

**JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff, JIM BROWNEWELL, Individually as the Personal Representative of the Estate of Hope Brownewell, hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action 2:19-cv-10589-JTM-MBN, only. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal. This stipulation shall not affect the lawsuit filed by JAMES BROWNEWELL, Individually as the Personal Representative of the Estate of Hope Brownewell, which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing Case No.2:18-cv-02387. All parties shall bear their own costs.

1

Dated:      March 7th, 2021

MARC J. BERN & PARTNERS LLP

By*: /s/ Meghan Hennessy*
        Meghan Hennessy (NJ Bar No. 319882020)
        60 East 42nd Street, Suite 950
        New York, NY 10165
        T: (212) 702-5000
        E: mhennessy@bernllp.com
        *Counsel for Plaintiff*

SHOOK, HARDY & BACON LLP

By*: /s/ Madison Hatten*
        Madison Hatten
        T: (816) 559- 4093
        E: mhatten@shb.com
        *Counsel for Defendants*

By*: /s/ Brenda A. Sweet*
        Brenda A. Sweet
        T: (216) 696-2493
        E:brenda.sweet@tuckerellis.com
        *Counsel for Defendants*

2