UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO Melissa Roach, Case No. 2:17-cv-07918 | |

**[PROPOSED] ORDER**

***EX PARTE* MOTION OF PSC FOR LEAVE TO FILE PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT BASED ON STATUTE OF LIMITATIONS UNDER SEAL**

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment Based on Statute of Limitations Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment Based on Statute of Limitations UNDER SEAL in its entirety.

New Orleans, Louisiana, this ___ of March, 2021.

						_____
						HON. JANE TRICHE MILAZZO
						UNITED STATES DISTRICT JUDGE