# EXHIBIT A

Page 1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

MELISSA S. ROACH & BILLY E. ROACH         PLAINTIFFS

V.                                CASE NO. 2:17-cv-07918

SANOFI US SERVICES, INC. F/K/A
SANOFI-AVENTIS U.S., INC. and
SANOFI-AVENTIS U.S., LLC                  DEFENDANTS

*********************************************

DEPOSITION OF MELISSA ROACH

*********************************************

APPEARANCES NOTED WITHIN

DATE:  WEDNESDAY, SEPTEMBER 23, 2020
PLACE:  VIA ZOOM
WITNESS LOCATED AT 1725 LONGVIEW ROAD
STARKVILLE, MISSISSIPPI
TIME:  9:16 a.m.


BETHANY CAMMACK
Certified Shorthand Reporter
Mississippi CSR No. 1526

Page 86

1  Q. I mean, do you have any like life
2  stressors in your life, any family issues, friend
3  issues, that you're had over the course of, you
4  know, 10, 15 years?
5  A. I do. I've had the loss of some family
6  members.
7  Q. And has -- and we'll get into that, but
8  has that caused you depression, anxiety, insomnia?
9  A. Somewhat.
10  Q. And then what specifically do you contend
11  that Sanofi did wrong?
12  A. Well, we weren't given enough information.
13  I had absolutely no idea that it was possible that
14  that the hair loss I was going to experience after
15  chemotherapy was going to be permanent. I had no
16  idea. They should have told people.
17  Q. Okay. And so when you say "we" weren't,
18  who is "we"?
19  A. Patients like me who had to take the
20  Taxotere.
21  Q. Do you have any information or knowledge
22  on what information that Dr. Wail Alnas was
23  provided regarding Taxotere?
24  A. Do I have any information on what he was
25  provided?

```
                                                 Page 185
 1     shampoo?
 2         A.   After my hair came back after chemo.
 3         Q.   Can you give me the year?
 4         A.   Probably 2010.
 5         Q.   Any other products or supplements that you
 6     used after chemotherapy?
 7         A.   No.
 8         Q.   I'm going to turn now to your cancer
 9     diagnosis.  You were 41 years old when you were
10     diagnosed with breast cancer, correct?
11         A.   41, 42.  I think I was 42.
12         Q.   Can you describe how you found out that
13     you had cancer?
14         A.   I did a self breast exam, and I found a
15     lump.  And I went to my ob/gyn to have him check it
16     out, and then he sent me to the breast clinic, and
17     Dr. Parvin was the one who diagnosed me.
18         Q.   So did -- who was your -- was Dr. Thomas
19     Pearson your primary care physician at the time?
20         A.   No.  He was my ob/gyn.
21         Q.   Right. Okay. Do you know who referred
22     you to Dr. Thomas Parvin?
23         A.   Yes.  Dr. Pearson did.
24         Q.   Do you know when you found a lump on
25     yourself?
```

1    before that.
2        Q.   Do you recall any other feelings or
3    emotions that you were experiencing at this time?
4        A.   Maybe a little anger.  Just the "why me"
5    kind of thing.
6        Q.   So then Dr. Parvin performed a biopsy on
7    you on June 17th, 2009.  Is that correct?
8        A.   Yes.
9        Q.   Do you know when you received the results
10   of that biopsy, like how soon after the biopsy you
11   got the results back?
12       A.   I don't remember specifically how long it
13   was, but it wasn't very long.
14       Q.   Did you understand what kind of cancer you
15   were diagnosed with?
16       A.   Yes.
17       Q.   And what was your understanding?
18       A.   That it was what they call HER2 positive
19   breast cancer in Stage 2.
20       Q.   And what did -- strike that.  What did you
21   understand HER2 positive to mean?
22       A.   It meant that it was estrogen receptive.
23   My understanding of that is, that particular type
24   of cancer was feeding off the estrogen in my body.
25       Q.   Did you understand that you had an

1     A.    Anxious, afraid, hopeful.  That's -- yeah,
2     anxious, afraid, but hopeful.
3          Q.    Then during this encounter did Dr. Alnas
4     actually recommend a specific chemotherapy regimen
5     for you?
6          A.    Yes.
7          Q.    And what did he recommend?
8          A.    He recommended Taxotere, carboplatin, and
9     Herceptin as my chemotherapy treatments, with a few
10    other drugs thrown in there to kind of help
11    counterbalance the effects of the chemotherapy
12    drugs.  They call it like a pre-chemo cocktail or
13    something like that.  He kind of explained that to
14    me.  He explained some of the possible side effects
15    of the chemotherapy, that type thing.
16         Q.    Did you have any familiarity with any of
17    the drugs in your chemotherapy regimen prior to
18    meeting with Dr. Alnas?
19         A.    No, not at all.
20         Q.    Had you done independent research about
21    these chemotherapy drugs before you had your first
22    Taxotere treatment?
23         A.    Not that I remember, no.
24         Q.    Did you discuss the recommended
25    chemotherapy regimen with anyone else other than

1 drugs.
2     Q. Did y'all discuss any other chemotherapy
3 regimen that was different from the one you
4 ultimately underwent?
5     A. Not that I remember, no.
6     Q. Did you ask any questions about the
7 chemotherapy drugs that Dr. Alnas had recommended
8 for you?
9     A. I did. I do remember asking him if they
10 were prone to cause a lot of nausea and vomiting.
11 I was a little afraid of that because I've had
12 stomach issues all my life, and I was concerned
13 about that being a real problem. I remember asking
14 about that.
15     I do remember asking him if I was taking
16 one of the drugs -- or any of the drugs I was
17 taking were the type that would cause your hair to
18 fall out, and he said yes. He said that, you know,
19 I was going to lose my hair, so that I should
20 expect that to happen.
21     Q. When you say drugs, you're talking about
22 the Taxotere and carboplatin and Herceptin?
23     A. Correct, yes.
24     Q. And so I want to ask you, did Dr. Alnas
25 tell you that this chemotherapy regimen, the drugs

Page 221

1    in this chemotherapy regimen, would cause hair loss?
2        A.   Yes.
3        Q.   So did he specify which drug would cause
4    hair loss?
5        A.   If he did, I don't remember.
6        Q.   Okay.  So to your recollection, he just
7    said, "These drugs and this chemotherapy regimen
8    I'm recommending cause hair loss"?
9        A.   Yes.
10       Q.   So aside from asking whether the
11   chemotherapy regimen drugs caused nausea, vomiting,
12   or hair loss, do you recall anything else you asked
13   Dr. Alnas about your chemotherapy regimen?
14       A.   No.
15       Q.   Did you ask about any of the side effects?
16       A.   Again, probably just about the nausea and
17   the vomiting and, you know, my hair falling out.  I
18   don't remember asking any specific questions about
19   other side effects that might happen.
20       Q.   And then in terms of the nausea and
21   vomiting, what was Dr. Alnas's response?
22       A.   He said that I might have some.  He said
23   some people are more sensitive to it than others.
24   But he said that he could give me medications that
25   would help alleviate that.

Page 222

1    Q.   And then regarding the hair loss, what did
2  Dr. Alnas tell you specifically?
3    A.   He just said that I would lose my hair and
4  that it would grow back after I finished the chemo.
5    Q.   Were those his exact words?
6    A.   Probably not.
7    Q.   Do you know when that conversation took
8  place?
9    A.   It probably would have been around, if not
10 that first visit, then definitely by the second.
11   Q.   Did you understand the -- I'm going to
12 call it the TCH regimen, if that's okay.  Will you
13 understand what I'm saying?
14   A.   Yeah, sure.
15   Q.   Did you understand the TCH to be a common
16 regimen?
17   A.   Well, he said that it was the most
18 effective regimen for the type of cancer that I
19 had.  I don't remember whether he said that that
20 was like a common thing or not.  I don't remember.
21   Q.   Okay.  Did you understand that Dr. Alnas
22 had prescribed TCH prior to having you as a
23 patient?
24   A.   Yes.
25   Q.   And did it matter to you that Dr. Alnas

Page 243

1 your chemotherapy could be long lasting?
2 MR. FONTENOT: Object to form.
3 THE WITNESS: No.
4 MR. THOMAS CONTINUED:
5 Q. Did you understand that after chemotherapy
6 hair didn't always regrow exactly the way it was
7 before chemotherapy?
8 A. I knew that sometimes it came back like a
9 different color or curly or straight or something,
10 but that was probably about as far as I thought
11 about it. I don't remember ever imagining that it
12 might been a long-term or a permanent thing.
13 Q. So before you took chemotherapy you
14 understood there was a risk that your hair would be
15 different after chemotherapy, and I think you just
16 described texture of the hair, right?
17 A. Yes.
18 Q. Now, earlier we talked about that changes
19 in the texture of your hair after the chemotherapy
20 are part of your injury claim, right?
21 A. Yes.
22 Q. Okay. But it's your testimony that you
23 were aware before you even took chemotherapy that
24 that was a risk of chemotherapy.
25 A. I don't know, maybe I just didn't realize

1     MR. THOMAS CONTINUED:
2         Q. Okay. Well, I think we just established
3     that if the person -- if it's fine hair, that's not
4     hair loss. You remember that testimony?
5               MR. FONTENOT: Object to form.
6               THE WITNESS: Yeah.
7     MR. THOMAS CONTINUED:
8         Q. Okay. So if your hair is fine, as you put
9     it, after chemotherapy, then under your definition,
10    that's not hair loss.
11              MR. FONTENOT: Object to form.
12              THE WITNESS: The fine part, no, is
13    not hair loss, no. That's the texture. That's not
14    the amount of hair on the scalp.
15    MR. THOMAS CONTINUED:
16        Q. Okay. Did you expect that after
17    chemotherapy your hair would fully regrow and be
18    exactly the same as it was before chemotherapy?
19        A. I wasn't necessarily expecting it to be
20    anywhere near the same. I just thought it was
21    going to fully regrow.
22        Q. Okay. Why did you think that?
23        A. I mean, I just thought that that's what
24    was going to happen, you know. That it was going
25    to be a temporary thing, and that once the chemo

```
 1    There might have a been a nurse or something that
 2    said that to me.  But I don't remember for sure.
 3    MR. THOMAS CONTINUED:
 4         Q.  I mean, do you recall today sitting here
 5    whether any medical professional ever told you that
 6    your hair would fully regrow and be exactly the
 7    same as it was before chemotherapy?
 8         A.  No.  I don't remember anybody telling me
 9    it was going to be exactly the same.
10         Q.  Okay.  Did any medical professional ever
11    tell you that your hair would fully regrow after
12    chemotherapy?
13                  MR. FONTENOT:  Object to form.
14                  THE WITNESS:  Not in those exact
15    words, no.
16    MR. THOMAS CONTINUED:
17         Q.  Okay.  How about in any more general words
18    or words to that effect?  Did any medical
19    professional tell you that your hair would regrow
20    after chemotherapy?
21                  MR. FONTENOT:  Object to form.
22                  THE WITNESS:  Yes.
23    MR. THOMAS CONTINUED:
24         Q.  Okay.  Who told you that?
25         A.  Dr. Alnas.  You know, he told me that it
```

1  would come back.  The nurses in the chemo bay told
2  me it would come back.  Various other people who
3  were not medical professionals told me that too.
4  So it was just -- you know, I was kind of getting
5  this reassurance from multiple sources, so I just
6  decided to accept that and not worry about it.
7       Q.   So when did you have that conversation
8  with Dr. Alnas?  Was this before or after
9  chemotherapy?
10      A.   Probably before, but I don't remember that
11 for sure.
12      Q.   I mean, it seems like you remember the
13 conversation you had with him and the words he told
14 you or allegedly told you.  You can't -- sitting
15 here today, you don't know what year that was, or
16 can you give me a best estimate?
17      A.   The best estimate of when he told me that
18 my hair would grow back?
19      Q.   Right.
20      A.   Yeah.  That was probably very early in the
21 treatment, so that would have been probably July,
22 August of 2009.
23      Q.   Would it have been after you started
24 chemotherapy?
25      A.   I don't remember if it was immediately

1  before or immediately after.  I don't remember.
2       Q.   And what did Dr. Alnas specifically tell
3  you?
4       A.   I don't remember his exact words.  Just
5  that, you know, something along the lines of, you
6  know, "It'll be fine.  It'll grow back, and, you
7  know, you go back to normal."
8       Q.   Did you recall anything else from that
9  conversation you had with him?
10      A.   Not specifically, no.
11      Q.   Did you have any other conversations with
12 Dr. Alnas after that conversation as it relates to
13 hair regrowth?
14      A.   I may have, but I don't recall for sure.
15      Q.   Do you know if you had one more or more
16 than one?
17      A.   I don't.
18      Q.   And then you mentioned that you had
19 discussions with some nurses in the bay area?  Is
20 that what you said?  Or bay nurses?
21      A.   The chemo bay, yeah.  That's what they
22 call that area where they, you know, have stations
23 set up to give patients chemotherapy treatments.
24      Q.   Okay.  And then you had some discussions
25 with some nurses about hair regrowth?

1   Q.  Did you ask Dr. Alnas about that?
2   A.  Not that I recall, no.
3   Q.  If you had known that cases of permanent
4   alopecia had been reported following treatment with
5   carboplatin, would that have changed your decision
6   to take it?
7   A.  Possibly.
8   Q.  Why is that?
9   A.  Well, I don't particularly want permanent
10  hair loss, so at that time if I had known that,
11  then I might have kind of checked into other
12  treatment options.  But, you know, at the time I
13  was just trying to get through it.  I wasn't
14  thinking that long term.
15  Q.  What chemotherapy would you have taken
16  instead of carboplatin?
17  A.  I don't know the answer to that.  I would
18  have had to, you know, do some research and some
19  reading, some investigating, that kind of stuff.
20  Q.  Do you know if there was an alternative to
21  carboplatin that would've been appropriate to treat
22  your cancer?
23  A.  There might have been, but I'm not aware
24  of it.
25  Q.  What if Dr. Alnas had said there was no

Page 255

1  suitable alternative to carboplatin for your cancer?
2       A.   If he had said there was no suitable
3  alternative and that it would cause permanent hair
4  loss?  I --
5       Q.   Well, at that -- I'm sorry.  Go ahead.
6       A.   I probably would have done some research
7  into just alternate therapies, period.  I'm not
8  saying that I would've necessarily gone with all of
9  those, but I probably would have done a lot more
10 reading and educating myself than I did if I had
11 ever suspected that.
12      Q.   And you don't recall doing any independent
13 research of your own on any of the chemotherapy
14 drugs that you received, correct?
15      A.   I don't recall, no.
16      Q.   Were you aware that cases of permanent
17 alopecia have been reported in some patients
18 following treatment with Herceptin?
19      A.   No.
20      Q.   Did you ask Dr. Alnas about that?
21      A.   Not that I recall, no.
22      Q.   If you had known that cases of permanent
23 alopecia had been reported following treatment with
24 Herceptin, would that have changed your decision to
25 take it?

1  A. Not immediately. It would have prompted
2  me to investigate and look -- you know, look into
3  other alternatives at least.
4  Q. What chemotherapy would you have taken
5  instead of Herceptin?
6  A. I'm not sure. I mean, I would've had to,
7  you know, kind of look around and see if there were
8  suitable alternatives and see what the permanent
9  side effects or possible side effects of those
10 would have been. I mean, that's kind of hard to
11 answer that question without, you know, knowing
12 what else was available out there. I would
13 definitely have looked into it, though.
14 Q. You don't know if there was an alternative
15 to Herceptin that would have been appropriate to
16 treat your cancer, correct?
17 A. I don't know. I don't know that, no.
18 Q. And what if Dr. Alnas had said there was
19 no suitable alternative to Herceptin to treat your
20 cancer?
21 A. I'm not sure what I would have done in
22 that case.
23 Q. Well, I'm just asking you. If there's no
24 alternative to Herceptin to treat your cancer, then
25 I want to get your sense of what -- you know, what

1      you would have done with that information.
2                    MR. FONTENOT:  Object to form.
3                    THE WITNESS:  I would probably have
4      had to think about that one for quite a while.  I'm
5      not saying that I would have rejected it, by any
6      means, but I wouldn't have been as quick to just
7      kind of blindly accept that regimen without, you
8      know, kind of doing some reading on my own.
9                Because, you know, there's an awful lot of
10     information out there, and I'm sure that no doctor
11     has all of it.  And to satisfy my own mind, I
12     probably would have looked.
13     MR. THOMAS CONTINUED:
14         Q.   If someone had told you that cases of
15     permanent alopecia had been reported following
16     treatment with Taxotere, would that have changed
17     your decision to take it?
18         A.   Probably.
19         Q.   What chemotherapy drug would you have
20     taken instead of Taxotere?
21         A.   I don't know the answer to that because I
22     never investigated.
23         Q.   And you don't know what Dr. Alnas might
24     have said?
25         A.   No.  I would have asked him, but. . .

Page 258

1    Q.   But sitting here today, you don't recall
2    asking any -- Dr. Alnas any questions about
3    Taxotere or any of the other chemotherapy drugs
4    specifically, correct?
5              MR. FONTENOT:  Object to form.
6              THE WITNESS:  No, not specifically.
7    MR. THOMAS CONTINUED:
8    Q.   You don't know if there was an alternative
9    to Taxotere that would have been appropriate to
10   treat your cancer, correct?
11   A.   No, I don't know that.
12   Q.   And if Dr. Alnas had told you that there's
13   no suitable alternative to Taxotere for your
14   cancer, what would have you done?
15   A.   Again, I probably would've read,
16   investigated a little bit, just to satisfy my own
17   mind.  And then if I had believed there was no
18   other alternative, at the risk of my life, I
19   probably would have taken all of those drugs.
20   Q.   You understood that some of the risks of
21   chemotherapy were permanent or long lasting, right?
22   A.   Yes.
23   Q.   Like heart damage, for example, correct?
24   A.   Correct.
25   Q.   And was that a risk that you accepted as