# EXHIBIT B

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2

     MELISSA S. ROACH & BILLY
 3   E. ROACH,
 4            Plaintiffs,
 5   v.                    CASE NO. 2:17-cv-07918
 6   SANOFI U.S. SERVICES, INC.
     F/K/A, SANOFI-AVENTIS U.S.,
 7   INC., SANOFI-AVENTIS, LLC.,
 8            Defendants.
 9

     ****************************************************
10       VIDEOTAPED DEPOSITION BY VIDEOCONFERENCE
                  OF WAIL ALNAS, M.D.
11   ****************************************************
12

         Taken at the instance of the Defendants via
13          Videoconference on October 7, 2020
            beginning at approximately 1:40 p.m.
14
15
16
                  (APPEARANCES NOTED HEREIN)
17
18
19
20
21
                      * * * * * * * *
22
23                      Reported by:
                  Julie Brown, RPR-CCR 1587
24
25
```

1      A.    I am a general oncologist, so I practice

2    general oncology and hematology.  I am not -- trying

3    not to take like acute leukemias and stuff, those

4    that requires bone marrow transplant patient.  I

5    usually refer to our associates, but at one point

6    here in my practice I was seeing probably the

7    largest number of breast cancer in the whole State

8    of Mississippi.

9      Q.    At any point in time in your career, has

10   it ever been focused on a narrow subset of a

11   particular cancer or has it been a wide variety of

12   cancers?

13     A.    I was always a general oncologist.

14     Q.    Okay.  What board certifications have you

15   held during your career?

16     A.    I was certified in -- board certified in

17   internal medicine, hematology and oncology.  My

18   boards expired, so I renewed my medical oncologist.

19   So I'm current on medical oncology, but I am

20   previously certified in internal medicine and

21   hematology.  I made plans to do my hematology, but

22   I'm so busy and it takes a lot of time.

23     Q.    Understood.

24           What states are you currently licensed to

25   practice medicine in?

1      Q.    I understand.

2            What percentage of your career would you

3  say has been devoted to treating patients with

4  breast cancer?

5      A.    All my career.  I've been oncologist

6  seeing breast cancers all along from day one.

7      Q.    Generally speaking, can you walk me

8  through the basic steps of how you develop a

9  chemotherapy regimen for a breast cancer patient?

10      A.    We have -- I mean, we have standard of

11  care.  Let me -- I tell you, I always follow the

12  NCCN guidelines, which is National Comprehensive

13  Cancer center's guidelines.  And that's very

14  helpful, but I review it for almost every patient.

15            Because, as things change so quickly, we

16  can't keep up, but I always review it for each --

17  for each patient.  I follow generally.  Of course,

18  the physician has the ultimate judgment, but, in

19  general, I always with the NCCN guidelines.

20      Q.    Other than the NCCN guidelines, is there

21  any other piece of information that you may consult

22  when deciding a chemotherapy regimen?

23      A.    You know, I review the last American

24  Society of Clinical Oncology and the San Antonio

25  Breast meeting.  I always -- I do not attend it for

Page 19

1    a few years, but I always go on either a review

2    or -- like I said, all of the information now is

3    available online, so we're trying to -- we're doing

4    less travelling and I was just following the updates

5    online for that, ASCO meetings and the San Antonio

6    Breast.

7         Q.    About how many times have you attended

8    the San Antonio conference that you just --

9         A.    I haven't attended in a long time, but

10   even the ASCO, it's been awhile since I attended.

11              COURT REPORTER:  I'm sorry, Doctor.  Are

12   you saying ASCO?

13              THE WITNESS:  Yeah.  American Society of

14   Clinical Oncology.

15              COURT REPORTER:  Thank you.

16   BY MR. FONTENOT:

17        Q.    Doctor, is it fair to say that, prior to

18   making a chemotherapy recommendation, that you

19   perform a risk/benefit analysis?

20        A.    Absolutely.

21        Q.    And why is that?

22        A.    That's part of what we do is that, you

23   know, we, we have to discuss with the patient, and

24   the patient is always asked about what's the risk

25   and what's the side effects.

1    side effects, getting her approval and documenting

2    in my note that the patient understands and agrees.

3         Q.    Do you recall whether you would have

4    discussed any potential or general side effects of

5    chemotherapy with Ms. Roach at your initial

6    consultation prior to recommending a treatment plan?

7         A.    I don't specifically recall, but I am

8    absolutely confident that I -- I mean, that's why we

9    do the patient meet something.

10        Q.    And looking at your screen right now,

11   this is containing your medical records that we got

12   during this litigation.  This would be the consent

13   form that Ms. Roach would have signed; is that

14   correct?

15        A.    I don't -- I don't recall from ten years

16   ago, but later on we -- okay.  She did sign

17   something.  Later on we had a better, small

18   streamlined form.

19        Q.    What side effects of Ms. Roach's

20   chemotherapy regimen would you have discussed with

21   her at her initial consultation?

22        A.    Well, she had a regimen of -- again, I

23   don't have the -- I just reviewed the most recent,

24   but I think it was carbo/Taxotere Herceptin

25   (unintelligible).  And probably talked about nausea,

Page 27

1    vomiting, fatigue, blood counts decreased, cardiac

2    function, (unintelligible), hair loss, obviously.

3    That's always a big question for all patients and

4    obviously has been discussed with her before --

5    nuclear labs, skin rash, you know, with Taxotere.

6            And usually I think even at that time we do

7    give them a printout.  I remember -- I've been doing

8    it since I started here in Columbia 16 years ago, so

9    I remember every patient got also a printout about

10   the drugs.

11       Q.    And when you say a printout of the drugs,

12   would that be labelling or what would that be?

13       A.    It's a printout of the side effects.  I

14   can't remember which website we used, but we always

15   used that nationally recognized website.  I don't

16   know if it was cancer.net, but it depends -- it

17   changes depending on what we like, what we find more

18   accessible to the patient.

19       Q.    You mentioned earlier the NCCN

20   guidelines.  That is something you would have

21   consulted prior to recommending a regimen for

22   Ms. Roach; is that correct?

23       A.    Yes.

24       Q.    So you consider those recommendations to

25   be reliable?

1        A.    Absolutely.

2        Q.    The guidelines, sorry.

3        A.    Yes.  Again, like I said, a physician has

4    the ultimate decision.  And these are just

5    suggestions.  Every situation is more complicated,

6    so it's not like -- it's not as easy as just looking

7    at the guidelines and side effects.  It's more

8    complex than that.

9             But they usually gives you the consensus

10   for any controversial new treatments and stuff.  So

11   I find it very helpful when I'm consulting on all of

12   my patients.  And, in general, I would say

13   99 percent of my patients' treatments are

14   NCCN-guideline compliant.

15       Q.    Can you walk me through how you use those

16   guidelines in a doctor-to-patient setting with a

17   patient for someone like Ms. Roach?

18       A.    Well, I usually tell them the consensus

19   because a lot of patients -- I offer my patients

20   more that want to go for a second opinion.  And when

21   that is consensus on the comprehensive cancer

22   symptoms I tell them that what I'm offering you is a

23   consensus treatment.  And that usually reassures

24   them that I'm not giving them anything controversial

25   or, you know -- and I usually help them decide if

1    they want to get a second opinion or not.

2        Q.    Do you recall whether you discussed with

3    Ms. Roach the possibility of using either Taxol or

4    Taxotere in her chemotherapy regimen?

5        A.    I don't recall.  I know that the other

6    option would be like Adriamycin, Cytoxan, Taxol or

7    Herceptin and -- but we never had any evidence of

8    any one or the other have any advantage.

9            And Adriamycin have a cardiac risk and I

10   try to avoid it if possible, especially in patients

11   with heart problem.  In her case, she was young

12   probably, but that's still a question about late

13   cardiac complication.  So I always try to avoid

14   Adriamycin if possible.

15       Q.    Okay.  So --

16       A.    I don't recall if I give her that option,

17   to be honest with you.

18       Q.    I understand.

19            So, correct me if I'm wrong, but you're

20   saying that there were two different chemotherapy

21   regimens that Ms. Roach could have taken at the

22   time?

23       A.    Yes.

24            MS. SCHULTZ:  Object to the form.

25   BY MR. FONTENOT:

1   I remember it was -- I was doing more.  Now, with

2   the Navigator system, we're trying to save more of

3   the physician's time, but at that time I would have

4   done most of it.  Like I said, the nurses also are

5   always available with the printed information and

6   with answering questions.

7        Q.    You mentioned some of the side effects

8   that you discussed with your patients prior to

9   starting adjuvant chemotherapy.  How much time do

10  you devote to discussing hair loss with your

11  patients?

12       A.    It's -- I promise you it's one of the

13  first things most patients ask about and -- so it's

14  discussed in every single patient.

15       Q.    Okay.  So patients are concerned about

16  hair loss prior to starting chemotherapy?

17       A.    Yes.  They always ask.  Absolutely.

18       Q.    Would you say that temporary alopecia is

19  an expected and anticipated side effect of chemo?

20       A.    Yes.  Not all chemo, specific chemo.

21       Q.    But the chemotherapy regimen that Ms.

22  Roach took, temporary alopecia would be an expected

23  side effect?

24       A.    Absolutely, yeah.

25       Q.    I'm going to share my screen again for

```
 1        A.    Yes.
 2              MS. SCHULTZ:   Objection.
 3   BY MR. FONTENOT:
 4        Q.    Do you recall whether you discussed the
 5   risk of temporary hair loss with Ms. Roach?
 6        A.    I don't recall specifically, but I'm a
 7   hundred percent sure I did.
 8        Q.    You would have discussed that, Doctor?
 9        A.    Yes.
10        Q.    Okay.  What about permanent hair loss?
11   At the time that Ms. Roach treated with you, would
12   you have discussed permanent hair loss with her?
13        A.    I don't think so.
14        Q.    And why is that?
15        A.    I wasn't actually -- at that time, 2010,
16   I don't think I was, you know, aware that it was a
17   problem.
18        Q.    So, Doctor, at the time that you
19   prescribed Taxotere and the chemotherapy regimen to
20   Ms. Roach, you were not aware of permanent hair loss
21   as a potential side effect of that regimen?
22        A.    That's fair to say, yes.
23        Q.    If you need to take that call, let me
24   know.
25        A.    Let me -- yes.  Let me --
```

Page 35

1          THE VIDEOGRAPHER:  Do you want to go off

2    the record?

3          MR. FONTENOT:  Yes.  We can go off the

4    record briefly.

5          THE VIDEOGRAPHER:  We're off the record

6    at 2:12.

7          (Off the record.)

8          THE VIDEOGRAPHER:  We're on the record at

9    2:13.

10   BY MR. FONTENOT:

11      Q.   Doctor, before the break, we were talking

12   about temporary hair loss and permanent hair loss

13   associated with Taxotere.  At the time you

14   prescribed Taxotere to Ms. Roach, were you aware

15   that Taxotere was associated with a risk of

16   permanent hair loss?

17      A.   I don't think so.  That's something I'm

18   aware of recently, not 2010.

19      Q.   And when you say recently, would that be

20   five years ago or --

21      A.   Something like that, a few years back.

22      Q.   So have you ever received any

23   notification or warnings from Sanofi that Taxotere

24   is associated with permanent alopecia?

25      A.   I don't recall.  Like I said, Taxotere

Page 39

1    and 30 patients (5.8%) in FAC arm."

2          Did you have an opportunity to read that,

3    Doctor, along with me?

4          A.    Yes.

5          Q.    Okay.  So, in this European label, Sanofi

6    is warning about persisting or persistent alopecia;

7    is that correct?

8          A.    Yes.

9                MS. SCHULTZ:  Object to the form.

10   BY MS. SCHULTZ:

11         Q.    I'm going to stop my screen share.  One

12   second.  You had mentioned that approximately five

13   years ago is when you first learned that Taxotere

14   was associated with permanent or persisting

15   alopecia; is that correct?

16         A.    A few years back.  Yes,

17   I (unintelligible).

18         Q.    So that would have been around 2015 or

19   so?

20         A.    Maybe, yes.

21         Q.    Okay.  At any time since you began

22   prescribing Taxotere to the present date, has anyone

23   from Sanofi ever warned you about the risk of

24   permanent alopecia?

25         A.    I don't recall.  I don't recall any --

Page 42

```
 1    the drug?
 2         A.    Yes.
 3         Q.    Okay.  And at the time you prescribed
 4    Taxotere to Ms. Roach, what were the permanent side
 5    effects that you were aware of?
 6         A.    I think we discussed neuropathy, we
 7    discussed low blood counts.  Any chemotherapy
 8    sometimes have some risk of long-term malignancy.
 9    Sometimes I -- it's a study low risk, so I'm not
10    sure if I even mentioned it, so.
11         Q.    Okay.  And you learned about those risks
12    through the drug labelling for Taxotere; is that
13    correct?
14              MS. SCHULTZ:  Objection.
15         A.    I guess, yes, yes and my general
16    knowledge of the regimen.  Now, remember, every
17    regimen is together in a multiple treatment,
18    multiple drugs.
19    BY MS. SCHULTZ:
20         Q.    So, in informing patients about side
21    effects of drugs, is it important that you have
22    truthful and accurate information concerning the
23    risks of those adverse events associated with the
24    drug?
25         A.    Yes.
```

Page 43

1        Q.    Have you ever had a patient refuse to

2    follow a recommendation that you had made for their

3    chemotherapy treatment?

4             And you don't have to give me names or

5    anything like that.  I'm just trying to --

6        A.    I understand that, but the way you're --

7        Q.    So let's say you make a recommendation to

8    a patient for a particular chemotherapy regimen.

9    Have you ever had a patient that decided against

10   following your recommendation?

11       A.    Yes.  I would say yes.

12       Q.    Okay.  And what --

13       A.    Not very common, but yes.

14       Q.    And what would you do in situations like

15   those where a patient does not wish to follow your

16   recommendation?

17       A.    Usually the most common situation is the

18   patient doesn't want to pursue the chemotherapy.

19   Now, I don't recall a patient just selecting which

20   regimen he wants depends on the minutia of the side

21   effects.  Now, I mean, like I said, these are common

22   standard regimens.  And so the most common situation

23   is some patients, once they hear about the side

24   effects, they decline.

25       Q.    Okay.  So ultimately, would you respect

1    that patient's decision to not go forward with the

2    regimen that you recommended?

3         A.    Yes.  After making sure they understand

4    the risk of not going through the treatment.

5         Q.    Okay.  Let's see.  At the time that you

6    prescribed the chemotherapy regimen to Ms. Roach,

7    which included Taxotere, did you assume in

8    prescribing that drug, Taxotere, that you had

9    provided truthful and accurate information regarding

10   alopecia?

11        A.    Yes.  Well, again, I don't have a

12   specific recollection of our discussion.  But I feel

13   I do that to all my patients.

14        Q.    Okay.  And you testified earlier that,

15   when you prescribed Taxotere to Ms. Roach in either

16   late 2009 or 2010, that you weren't aware of

17   permanent hair loss as a potential side effect?

18        A.    I think that's true.

19        Q.    Okay.  Had you been made aware of that

20   risk of permanent hair loss when you were selecting

21   a potential treatment regimen for Ms. Roach, would

22   this information have factored into your

23   decision-making process?

24             MS. SCHULTZ:  Object to form.

25        A.    I don't think so.  I mean, it's very

Page 45

1    difficult to put yourself back ten years, but I

2    don't think so.

3    BY MS. SCHULTZ:

4        Q.    Would it have been information -- and

5    when I say information I'm talking about the risk of

6    permanent hair loss -- would it have been

7    information that you would have relayed to Ms. Roach

8    during your discussions with her?

9        A.    Yes.

10       Q.    Okay.  Have you ever had a patient or

11   currently treat a patient who has experienced

12   permanent or persisting hair loss?

13            MS. SCHULTZ:  Object to form.

14       A.    I don't know if I should answer that, but

15   I have only one patient, and she has hair thinning

16   and I treated many, many, so it's not very common.

17   I was surprised with these European percentages, but

18   those are different regimens.  TAC is different

19   regimen we don't use here in this country.  Well, I

20   use it maybe rarely, one time.

21            So, in my experience, it's not very common.

22   I would say I have one patient with thinning,

23   permanent thinning of the hair that I can recall.

24   There may be more, but --

25   EXAMINATION BY MR. FONTENOT:

1      Q.    And that is a situation where the hair

2   did not completely regrow to its original form?

3      A.    That's right.

4      Q.    Okay.  Let's assume that you were indeed

5   aware of the risk of permanent hair loss at the time

6   you prescribed Taxotere to Ms. Roach.  If Ms. Roach

7   had told you at the time that she did not want to

8   take Taxotere because of the risk of permanent

9   alopecia, would you have respected her decision?

10            MS. SCHULTZ:  Object to the form.

11      A.    I would have told her that the other

12   option would have a risk of cardiac toxicity.  And I

13   would have encouraged her to still take the same

14   regimen.

15   EXAMINATION BY MR. FONTENOT:

16      Q.    Okay.  Ultimately, though, you would have

17   left the ultimate decision up to the patient?

18      A.    I mean, yes.  I don't force patients to

19   take any specific treatment.  That's her ultimate

20   decision.

21            MR. FONTENOT:  Okay.  Doctor, that is all

22   the questions and exhibits that I wanted to show to

23   you today.  I will turn the deposition over to

24   Ms. Lori, who represents Sanofi in this matter.  If

25   she wants to take a brief pause, we can.  It's up to

1     A.    I'm not sure what label you're talking

2   about, the European label that he mentioned the

3   percentages of hair loss?

4     Q.    No.  He asked if you were aware of a

5   label change with Taxotere regarding permanent hair

6   loss in 2015.  Do you recall that?

7     A.    I recall that.  I thought that was in

8   Europe or some sort of European --

9     Q.    Okay.  So do you know whether or not

10   there's been any change in the Taxotere label at any

11   time pertaining to hair loss?

12             MS. SCHULTZ:  Objection to form.

13     A.    I'm not sure, but -- I'm not sure, but we

14   were all aware of that problem a few years back.

15   Probably five years back, I guess.  We were all

16   aware of this problem, but I'm not actually sure

17   what the label change was in the United States.

18   BY MS. SCHULTZ:

19     Q.    And so --

20     A.    We were aware of the problem.

21     Q.    All right.  And when you say you were

22   aware of the problem, what is the problem?

23     A.    Permanent hair loss.  We have to -- we

24   have to mention it with the patients.

25     Q.    When you say you have to mention it with

Page 60

1    the patients, what do you mean?

2         A.    Well, nowadays when I mention hair loss

3    usually I tell them the hair will grow back and now

4    I say, rarely it may not.

5         Q.    So now you tell people hair will grow

6    back, but very rarely it might not?

7         A.    That's correct.

8         Q.    When did you start telling patients that?

9               When did you start telling patients that?

10        A.    As soon as I was aware of the problem,

11   which was a few years back.

12        Q.    And I'm a little unclear, when you refer

13   to as soon as I was aware of the problem and we were

14   all aware of that problem, where you got that

15   information and how it was that you came to rely on

16   that information?

17        A.    Again, it was -- again, I -- there was a

18   lot of publicity a few years back.  And I don't

19   recall where I read the article if it's online or in

20   print, but I was aware of the problem a few years

21   back that, you know, some patients' hair didn't grow

22   back, which wasn't my experience, by the way.

23        Q.    So, having patients that took Taxotere

24   not have their hair grow back was not consistent

25   with your experience in prescribing Taxotere all of

Page 61

1      these decades, correct?

2           A.    Again, like I said, I wasn't aware of

3      that possibility before, so I may have missed

4      somebody.  But, yes, I was -- it was not my

5      experience.

6           Q.    You said that there was a lot of

7      publicity about it.  Are you referring to lawsuits

8      that were filed pertaining to Taxotere and

9      permanent --

10          A.    I'm aware of the lawsuit, but I don't

11     know which was first, but maybe at the same time

12     that would cause the publicity.  I'm not sure.

13          Q.    So you may have become aware of the

14     lawsuit at about the same time as you became aware

15     of the problem you've referred to?

16          A.    I'm not sure how that came about, but I'm

17     aware of it.  There was a lot of publicities for

18     sure.  What triggered it I cannot tell you.

19          Q.    And so just the fact that there was

20     publicity, whether it was based on the lawsuits or

21     not, is that enough for you to change the manner in

22     which you warn your patients about hair loss?

23          A.    Yes.  It was enough because I went back

24     and looked and I knew it's rare, but I think the

25     patient deserves to know.

Page 62

1      Q.    And do you normally warn patients about
2   very rare side effects?
3      A.    It depends on how significant, yes.  Not
4   all of them, of course.  Yes.  I mean, I see your
5   point.  I don't warn them about rare side effects
6   all the time, but it depends on the significance of
7   it.  And permanent hair loss is significant for
8   women, so I thought that -- I did incorporate it in
9   my discussion.
10      Q.    And, in terms of the rarity of it, you've
11   discussed the one patient that you had.  Can you
12   tell me approximately how many total patients to
13   whom you've prescribed Taxotere over all of your
14   decades of practice?
15      A.    Ooh.  I see probably, probably 80 to a
16   hundred breast cancer patients a year.  Taxotere
17   probably will involve 50, 40 percent.  If you -- if
18   I'm practicing now for, ooh, a long time, so I would
19   say more than a thousand patients.
20      Q.    So you've treated more than a thousand
21   patients with Taxotere, correct?
22      A.    I think so over my -- yes, over my --
23   breast cancer patients over my 25 years.  I would
24   say that's an accurate number.
25      Q.    And, of those patients, you're only aware

Page 68

1          Q.    All right.  So you've always been aware

2     that, after chemotherapy, patients' hair may come

3     back a different color, sometimes thinner, sometimes

4     thicker, correct?

5          A.    That's kind of true, yes.  It's not --

6     you know, it's not black or white like that.  And so

7     I don't -- we don't tell the patient all these

8     details of thicker and thinner and different colors,

9     so it depends.

10         Q.    But that was information you were aware

11    of at the time you prescribed chemotherapy in

12    Ms. Roach in 2009, right, based on your clinical

13    experience?

14         A.    Yes.  I did, but I was not aware of the

15    permanent alopecia, hair loss issue.

16         Q.    And I'm just asking you now about how the

17    hair changes when hair grows back after

18    chemotherapy?

19         A.    I was aware of that with my experience,

20    yes.

21         Q.    And did you, as a general rule, inform

22    your patients that, when hair does grow back, it may

23    grow back in a different color or different texture?

24         A.    Sometimes I mention that, but it's not

25    very important.  But sometimes I mention that,

1    actually.  Most of the time.  But I sometimes tell

2    it in an encouraging way to encourage them to -- not

3    to be too upset with the temporary alopecia.  But

4    that's how I approach it.  Usually tell them, your

5    hair will grow back, may be a different color, but

6    it will grow back.

7         Q.    All right.  Now, I believe you said that

8    you believe you may have a personal recollection of

9    Ms. Roach, but you're not for sure?

10        A.    Yes.

11        Q.    Is that correct?

12        A.    Yes.

13        Q.    All right.  As you sit here today, do you

14   have any understanding as to the nature or extent of

15   Ms. Roach's claimed hair loss?

16        A.    No.

17             MS. SCHULTZ:  Let's go ahead and pull up

18   a photograph of Ms. Roach.

19   BY MS. SCHULTZ:

20        Q.    Doctor, Bradley is going to pull up this

21   photograph for me.  It's a photograph that -- Ms.

22   Roach's deposition was taken and, during her

23   deposition, she testified that this photo of her was

24   taken in 2015.  So it was taken about six years

25   after she had completed her chemotherapy treatment,