# EXHIBIT A

Page 1

1            IN THE UNITED STATES DISTRICT COURT

2            FOR THE EASTERN DISTRICT OF LOUISIANA

3

4

5

6      EMMA R. WILLIE, et al.,
            Plaintiffs,

7

8      VERSUS                   CASE NO: 2:18-cv-03857

9

       SANOFI-AVENTIS U.S., LLC,

10           Defendant.

11

12

13

14

            VIDEO DEPOSITION OF SANDANAND PATIL, M.D.

15

16           Taken via Zoom Videoconference, on Friday,

17           November 13, 2020, beginning at 9:59 a.m.

18

19

20

21

22

23

24

25

1       Q.   Very good.  Thank you.  And what board

2    certifications do you presently hold?

3       A.   Presently I'm certified in medical

4    oncology.  I'm board eligible in internal medicine

5    and hematology, which I have not renewed my

6    certification.

7       Q.   Very good.  What states are you

8    licensed -- do you have current licenses?

9       A.   I have Tennessee and Mississippi and

10   Arkansas.

11      Q.   Very good.  And what hospitals in the

12   area, Memphis, do you have privileges?

13      A.   Baptist Medical Group, which is Baptist

14   Memphis, Baptist DeSoto, Methodist in Germantown,

15   Methodist in (indiscernible), St. Francis Park

16   Hospital, St. Francis Bartlett Hospital and

17   Methodist South Hospital.

18      Q.   Very good.  If you could give the jury a

19   little bit of overview about what your clinical

20   practice consists of broadly.

21      A.   I am trained in both hematology and

22   oncology.  I treat patients who have hematology

23   disorders and oncology disorders in equal measure,

24   about 50 percent oncology and 50 percent

25   hematology.  And my oncology practice, basically

1    your focus primarily on the side effects that you

2    described, neuropathy -- or just describe, big

3    picture, where you normally focus in terms of a

4    side effect profile with a patient with early

5    stage breast cancer who wants a regimen that's

6    going to save her life.

7         A.   We try to describe as fully as possible

8    all the common side effects, including neuropathy,

9    heart defects, potential for reactions, potential

10   for fluid buildup in addition to hair loss.

11        Q.   Okay.  Okay.  All right.  And then I

12   want to focus specifically on the therapy of TC.

13   And without getting into the specifics of

14   Ms. Willie's case -- as you know, she had a

15   therapy of TC -- describe for the jury what TC is,

16   and, also, if you would, describe more broadly

17   what your clinical experience has been with TC as

18   a therapy to effectively kill cancer cells in

19   patients with early stage breast cancer.

20        A.   It's a combination of two medicines,

21   Docetaxel and Cytoxan, and it is used very

22   commonly in early stage breast cancers.

23             There are certain -- there are basically

24   two major options for treating early stage breast

25   cancer.  One is a combination of -- called AC

1    times four followed by taxol times four, and the

2    other one is TC.  The other option is much more

3    toxic and has the potential for cardiac toxicity,

4    and we only -- we generally reserve it for

5    patients who have a certain kind of breast cancer

6    called HER2-positive breast cancers where that is

7    more effective.  Otherwise, everybody else I use

8    the TC combination.

9         Q.   Thank you.  So with respect to her

10   specific category of early stage breast cancer,

11   your clinical experience has been to use TC?

12        A.   That's correct.

13        Q.   Okay.  And I know you used the term

14   toxic, but -- you said "cardiotoxicity."  Just for

15   the jury's benefit, just explain what that means.

16        A.   It makes the heart muscle weak.  It can

17   cause something called congestive heart failure,

18   that is the other -- the other medicine called

19   Adriamycin, which is another option for treatment

20   of early stage breast cancer.

21        Q.   And, Doctor, if a particular

22   patient -- and for the purposes of this question,

23   I'm asking a hypothetical.  If a particular

24   patient had a history of cardiac failure or had a

25   risk -- had risk factors which included

Page 29

1      Q.   Okay.  All right.  In the additions at
2   the bottom of that, allergic reactions, bladder
3   irritation, were those specific -- were those
4   normally -- are those the kinds of things that
5   would be added for all patients, or was there
6   something about Ms. Willie that made her more
7   susceptible?
8      A.   The medicine she is getting, the other
9   medicine called Cytoxan, that can cause bladder
10   irritation, and the Docetaxel, the Taxotere can
11   cause allergic reactions.
12      Q.   Okay.  Very good.  Going to the next
13   page, other treatment options that may be
14   available to me are, do you see that, and that's
15   blank?
16      A.   Yes.
17      Q.   Would you have explained to Ms. Willie
18   other treatment options that would have been
19   available to her if she did not elect to take TC?
20      A.   If she had refused to take TC, yes, but
21   this would be my first recommendation.  She was
22   not HER2-positive, so this would be my
23   recommendation, so we did not offer her other
24   options.
25      Q.   Okay.  Very good.  And if Ms. Willie

1          Q.    What if it's not new?  What if you used

2     it for --

3          A.    Every time I am using a chemotherapy on

4     a new patient for the first time on that patient,

5     I typically pull up the package insert and the

6     NCCN Guidelines to review.

7          Q.    Okay.  You're not here to offer any

8     criticism of the package insert for Taxotere?

9          A.    Not that I recall, no.

10         Q.    Do you know when the last time you would

11    have reviewed the package insert for Taxotere?

12         A.    Probably in the last few months.

13         Q.    Okay.  Is Taxotere, the package insert,

14    more or less important than the UpToDate?

15         A.    I don't know if it's different.  I look

16    up the information in UpToDate, not exactly the

17    package insert.  I meant UpToDate direct

18    information, not the package insert itself.

19         Q.    Where does your -- where in the

20    continuum of importance does your own clinical

21    experience with a drug like Taxotere file?  Is

22    that above the information in the package insert

23    or equal to or below?

24         A.    I missed the question.  What do you --

25         Q.    Let me try it this way, Doctor:  In

1    patients concerned about hair loss associated with

2    chemotherapy?

3         A.   Most of the patients who come for

4    chemotherapy expect it, so they are not -- they

5    don't express any concern to me.

6         Q.   Would you say the same about permanent

7    hair loss, permanent alopecia?  Would that be

8    something that would be concerning to your

9    patients?

10        A.   I had no knowledge of permanent hair

11   loss until this case was filed.  In my experience,

12   patients lose their hair and they get it back

13   after the chemo.  And I do not use that in my

14   discussion with the patient at all.

15        Q.   Knowing now as you read on the

16   label -- I believe it was Exhibit 11 -- knowing

17   that now, does that change your conversation with

18   the patients in the future?

19        A.   I would probably tell them that there is

20   a chance that their hair might not come back.

21        Q.   Okay.  And just referring back to I

22   believe it was Exhibit Number 5, your general

23   consent form, is it fair to say that that form is

24   generally used for all chemotherapy drugs?

25        A.   Yes.  There are different -- there are

Page 60

1      different types of chemotherapy drugs.  Like

2      hormonal therapies we have a different form.  For

3      Cytoxan chemotherapy, this is the standard.

4           Q.   Okay.  And then there was the area below

5      where some side effects were listed where there

6      was some specific handwritten side effects.  Am I

7      remembering that correctly on the consent form?

8           A.   Yes.  When we have specific side effects

9      which would be -- which are not part of the

10     general list, we add them on.

11          Q.   Okay.  And going forward, do you believe

12     that writing permanent hair loss or permanent

13     alopecia when you're using Taxotere, would that be

14     something you would write in that in the future?

15               MR. KEENAN:  Object to the form.

16          A.   We do not have a specific chemotherapy

17     consent for Taxotere alone, so I believe we would

18     just -- my discussion with the patient.

19     BY MR. STRINGER:

20          Q.   Okay.  Thank you.  Do you recall at any

21     time since you began prescribing Taxotere up to

22     today, has anyone from Sanofi or any other company

23     ever warned you about the risk of permanent or

24     persistent alopecia?

25          A.   No.

Page 61

1          Q.   And since December of 2015, have you

2     received any information from Sanofi concerning

3     permanent hair loss in patients taking Taxotere?

4          A.   No.

5          Q.   Are you aware that Sanofi was instructed

6     by the FDA to update its U.S. label in December of

7     2015 to include information regarding permanent

8     alopecia?

9          A.   I'm not.  I was not aware, no.

10         Q.   I'm going to shift gears a little bit

11    here.  What role does patient choice have in your

12    treatment of cancer patients?

13         A.   They have all the choice.  They make the

14    choice of getting treatment, the options of

15    treatment.  They make all the choices.

16         Q.   Okay.  And do you encourage your patient

17    to be an active participant in deciding which

18    adjuvant chemotherapy regimen to use?

19         A.   When there are choices, yes.

20         Q.   Do you feel it's important to provide

21    information about any permanent risks associated

22    with each of these different options of

23    chemotherapy regimens?

24         A.   When there are choices, we discuss all

25    the side effects of the choices.

1    NCCN Guidelines in your treatment of adjuvant

2    chemotherapy in breast cancer?

3         A.    Every new patient -- Every time I'm

4    starting a patient on a new chemotherapy regimen,

5    I look at NCCN.

6         Q.    Okay.  And at the time you prescribed

7    Taxotere to Ms. Willie, did you assume that you

8    had been provided with true and accurate

9    information regarding permanent alopecia as a

10   potential side effect?

11        A.    I do not recall any information about

12   permanent alopecia at the time or even until

13   recently.

14        Q.    And would you have warned Plaintiff that

15   Taxotere or Docetaxel was associated with the risk

16   of permanent hair loss if you would have known?

17             MR. GRIFFIN:  Object to the form.  You

18        can answer.

19             THE WITNESS:  I can?

20             MR. GRIFFIN:  Yeah.  I'm objecting to

21        the form of the question, but you can answer.

22        A.    I would tell the patient that there is a

23   risk of permanent alopecia going on forward.

24   BY MR. STRINGER:

25        Q.    And after presenting your patient with

1          A.   Yes.

2          Q.   And your experience continues to be

3     quite favorable in terms of efficacy and side

4     effects?

5          A.   Yes.

6               MR. KEENAN:  Okay.  That's all I have.

7               MR. STRINGER:  I don't have any

8          follow-up.

9               MR. GRIFFIN:  I just have one real quick

10         one.  I'm not going to get on camera so we

11         can remain social distancing.  So if that's

12         okay, you're not going to see my face.

13                         - - -

14                    EXAMINATION

15     BY MR. GRIFFIN:

16         Q.   Dr. Patil, you've been shown today some

17     NCCN Guidelines, some package inserts and some

18     things from all various number of different years,

19     2015, 2016; is that correct?  Do you recall being

20     shown those things?

21         A.   That is correct.

22         Q.   At the time you treated Ms. Willie, the

23     information you would have had to go on when you

24     guys made a decision to give her Taxotere would

25     have been whatever those package inserts, UpToDate

Page 79

1      and those guidelines said at that time; correct?

2            A.    That's correct.

3            Q.    You don't have the benefit of knowing

4      what they're going to say two, three years down

5      the road when you're taking care of Ms. Willie;

6      correct?

7            A.    That's correct.

8                  MR. GRIFFIN:  I don't have anything

9            further.

10                 MR. KEENAN:  Nothing further.  Thank

11           you, Doctor.

12                 THE VIDEOGRAPHER:  End time is

13           11:59 a.m.  We're off the record.

14                              - - -

15              (Deposition concluded at 11:59 a.m.)

16

17

18

19

20

21

22

23

24

25