# EXHIBIT B

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

EMMA R. WILLIE                              PLAINTIFF

VS.                          CASE NO. 2:18-cv-03857

SANOFI US SERVICES, INC. F/K/A
SANOFI-AVENTIS U.S., INC.,
SANOFI-AVENTIS U.S. LLC, et al.       DEFENDANTS

*********************************************

VIDEOTAPED ZOOM VIDEOCONFERENCE DEPOSITION OF
EMMA R. WILLIE

*********************************************

TAKEN AT THE INSTANCE OF THE DEFENDANTS
SANOFI-AVENTIS U.S. LLC AND
SANOFI U.S. SERVICES, INC.
ON OCTOBER 20, 2020, BEGINNING AT 8:57 A.M.

GENA MATTISON GLENN, CSR 1568

1    technical degree after high school?
2         A.   Yeah.  Northwest.
3         Q.   Did you earn any degrees at Northwest?
4         A.   No.
5         Q.   What -- around what year would that
6    have been when you were at Northwest?
7         A.   I graduated in '81, so should have
8    been, like '82, '83.  Somewhere in there, in
9    that range.
10        Q.   And have you had any other formal
11   training or education after Northwest?
12        A.   No.  Except for, you know, little CPR
13   classes and a little different classes and stuff
14   like that, but no.
15        Q.   Were those classes for work?
16        A.   Yes.
17        Q.   Have you ever received, aside from the
18   CPR class, any medical training?
19        A.   No.
20        Q.   And you're currently married; that's
21   -- is that correct?
22        A.   Correct.
23        Q.   And his name is Albert Willie?
24        A.   Yes.
25        Q.   Has Mr. Willie ever used any other

1      A.   Yeah, I would like to think so.  You
2  know, yeah.
3      Q.   Okay.  Well, I am going to switch
4  topics just a little bit just to talk about the
5  status of your cancer today.  Are you
6  cancer-free today?
7      A.   Yes.  The last time I went to the
8  doctor, that's what I was told:  Yes, I'm
9  cancer-free.
10     Q.   When was the last time that you went
11 to the doctor?
12     A.   It was in -- I believe it was August
13 of this year.
14     Q.   What doctor did you see in August of
15 this year?
16     A.   Dr. Patil.
17     Q.   And you were diagnosed with breast
18 cancer on October 17th, 2014.  Does that sound
19 correct to you?
20     A.   Yeah.  It's -- yeah.  I'm not sure
21 about the date, but I know it was in October.
22 And I know it was '14, but I'm not sure about,
23 you know, the exact date.
24     Q.   But October 2014 was around when you
25 were diagnosed with --

```
 1            A.    Right.
 2            Q.    -- cancer?
 3            A.    Right.
 4            Q.    And for chemotherapy treatment, you
 5      received Taxotere and cyclophosphamide.  Does
 6      that sound correct?
 7            A.    Yes.
 8            Q.    And you had six cycles of Taxotere and
 9      cyclophosphamide, correct?
10            A.    Correct.
11            Q.    And would you have received your first
12      chemotherapy treatment on January 29th, 2015?
13            A.    It sounds about right, but I don't
14      really remember the dates.  I know I had the
15      surgery first.  I was diagnosed in October, then
16      I had the surgery, and then the chemo started.
17      But I -- you know, I don't just remember the
18      months and -- the month that it started.  I
19      don't -- I don't know.
20            Q.    Do you have any reason to disagree
21      that you started chemo in January 2015?
22            A.    No.  No.  I don't, huh-uh.
23            Q.    And then your last chemotherapy
24      treatment was on April 2nd, 2015; does that
25      sound right?
```

1   even more -- you know, you think about it even
2   more then because you have to look at yourself
3   every day in the mirror.  So, you know, but I --
4   you know, I still thank God, you know.
5        Q.   So you're thankful that you're
6   cancer-free still?
7        A.   Yes.  Very thankful.
8        Q.   Are you pleased with the treatment
9   that you received from your doctors?
10            MR. BUTTARS:  Objection to form.  You
11       can answer.
12       A.   I'm pleased -- I'm pleased with it.
13  But if it -- how can I say this?  If it had of
14  been some other type of treatment that wouldn't
15  have taken my hair or whatever, you know, I
16  probably would have gone with that or whatever.
17  But, you know, it happened, so.
18  BY MS. NICHOLAS:
19       Q.   Do you blame your doctor at all for
20  that?
21       A.   Do I blame him for that?
22            MR. BUTTARS:  Objection to form.  You
23       can answer.
24       A.   I'm not going to say that I blame him,
25  but it's just the fact that it was told that my

Page 33

1  and I'm not sure what type it was.
2        Q.   And so do you claim that you received
3  inadequate or inappropriate medical care from
4  any of your health-care providers that treated
5  you for cancer?
6             MR. BUTTARS:  Objection to form.  You
7       can answer.
8        A.   Did I receive inadequate?  I'm not
9  understanding that question.  Are you saying
10 that -- that someone, what, treat me in a way
11 that she shouldn't have or --
12 BY MS. NICHOLAS:
13       Q.   Yeah.  Do you feel like a medical or
14 health-care provider that treated you for cancer
15 treated you in a way that they shouldn't have?
16       A.   I really don't know how to answer that
17 question.  Like I say, if there were other
18 options that would not have taken my hair or,
19 you know -- or not allowing it to come back,
20 then I wish those measures had of been taken.
21 But, you know, I'm not trying to place the blame
22 on anybody.  You know, I had -- I don't know.
23       Q.   And so you were 51 years old when you
24 were diagnosed with breast cancer; is that
25 correct?

1  That's about -- I mean, it wasn't like
2  a long, long visit. It just -- you know, he
3  basically told me my options, and then that was
4  about it.
5  BY MS. NICHOLAS:
6      Q.  When he was talking to you about the
7  difference between a lumpectomy and a
8  mastectomy, did you have a preference?
9      A.  Not really. I just wanted the cancer
10 gone. But, you know, I mean, you know, you
11 would rather to have your breast. You know, you
12 don't want your breast taken off, but if -- you
13 know, if that's what was going to be necessary,
14 then, you know, I was willing to do that.
15     But after he said that -- the size of
16 it and that it could be taken out and he
17 recommended that, you know. So.
18     Q.  What were you feeling when you were
19 hearing him say that you had a fast-acting or
20 fast-growing cancer?
21     A.  What was I thinking? Once again, I
22 mean, you know, we had to do something and it
23 needed to be quick. So.
24     Q.  Did he talk to you at that appointment
25 about chemo?

```
 1        A.   I think he told me about chemo, but I
 2   don't think we just actually talked in depth
 3   about that until after the surgery, I'm
 4   thinking.
 5        Q.   So that first appointment was more
 6   about the surgery that needed to happen quickly?
 7        A.   Right.
 8        Q.   And were you relying on Dr. Patil at
 9   that time to recommend the most effective
10   treatment for you?
11             MR. BUTTARS:  Object to form.  You can
12        answer.
13        A.   Yes.  I mean, he was the doctor.  He
14   was oncologist, so he knew more about it than I
15   did.  So, yeah, I was relying on him to -- yeah.
16   BY MS. NICHOLAS:
17        Q.   Do you -- strike that.
18             What questions did you ask at the
19   first appointment?
20             MR. BUTTARS:  Objection to form.
21        A.   Well, basically I really didn't have
22   any -- because he basically kind of informed me
23   on basically everything that, you know -- I
24   think maybe I may have asked when was the
25   surgery going to be and about the -- about the
```

1  again, he's a doctor; this is what he
2  recommended. And the only thing that I was
3  looking for was being -- you know, getting rid
4  of the cancer. So, sure, I mean, the risks and
5  side effects are always important, but then I
6  guess I was thinking risks or the side effects
7  or whatever over cancer. So I guess I was
8  saying I can -- I can deal with the side effects
9  as long as I was, you know, cancer-free.
10              Did that answer your question?
11      Q.   (Nods head up and down.)
12              Did you also understand with the
13  chemotherapy you take non-chemotherapy drugs as
14  well?
15      A.   I'm not -- let's see. I know before
16  the actual chemo -- the chemo stuff started, she
17  would always put something else there, in the
18  IV. So maybe -- I never -- I don't just really
19  remember -- and she told me what it was. I just
20  don't really remember what -- what she said it
21  was, that she would put in before she actually
22  started the chemo. So....
23      Q.   Do you remember talking about the side
24  effects of those drugs at all before you took
25  them?

1    A.   I'm not going to say it was at this
2    appointment, because, once again, I don't
3    remember in what order and which appointment it
4    may have been.  But I know it was discussed --
5    at two or three appointments it was discussed,
6    because it -- when I thought it should have been
7    coming back, it wasn't coming back.  So it was
8    discussed at some of the appointments, but I
9    can't tell you which ones it was.
10        Q.   So just focusing on before you took
11   chemotherapy, not after.
12        A.   Uh-huh.
13        Q.   Are you sure that you talked to Dr.
14   Patil about hair loss?
15            MR. BUTTARS:  Objection to form.
16        A.   Say that again.
17   BY MS. NICHOLAS:
18        Q.   Before you took chemotherapy, are you
19   sure that you talked to Dr. Patil about hair
20   loss?
21        A.   Yeah, I know -- I know it was before
22   -- one of them was before, I know, because that
23   was one of the concerns, of not -- that, you
24   know, not that I would have not took the chemo,
25   but I know that was one of the -- that was one

1   of the things before chemo that we talked about,
2   the hair.
3       Q.   So the hair loss conversation would
4   not have changed your decision about taking the
5   chemotherapy?
6           MR. BUTTARS:  Objection to form.
7       A.   No.  Like I say, hair loss or live.
8   I'm not -- no, I'm not going to say it would
9   have changed my decision, no.  But if it had
10  been other regimens that I could have taken that
11  maybe wouldn't have resulted in permanent hair
12  loss, then maybe I would have took those --
13  those regimens.  But, you know, like I say, hair
14  loss or live?  I mean, who wouldn't take the
15  living over hair loss, I mean?
16  BY MS. NICHOLAS:
17      Q.   And you're saying other regimens that
18  don't have the risk of permanent hair loss.  Do
19  you know of any chemotherapy regimens that don't
20  have that risk?
21      A.   No, I don't.  I do not.  I'm just
22  saying, if that was -- you know, I'm just using
23  it as a scenario.  No, I don't know of any --
24  the only regimen that I know of is the Taxotere
25  and the whatever, the cyto whatever it is.

1     A.   It may have been.  Like I said, I do
2 know that I had, you know, problems with
3 lymphedema, but I can't exactly say the time
4 frame.  I don't really -- no, I don't remember
5 that.
6     Q.   But you were talking to him about side
7 effects that you were still having after
8 chemotherapy at this appointment, right?
9     A.   That's what it seems like, yes.
10    Q.   But you didn't talk to him about hair
11 loss at this appointment; is that right?
12    A.   I don't know.  I talked to him about
13 hair loss at a couple of appointments, but I --
14 you know, I don't know which ones it may have
15 been.
16    Q.   And would that have been -- how soon
17 after chemotherapy were those appointments?
18         MR. BUTTARS:  Objection to form.
19    A.   How long was it after chemotherapy
20 that I talked to him about the hair loss?  What
21 are you asking?
22 BY MS. NICHOLAS:
23    Q.   Yes.  What was your next appointment
24 after chemotherapy that you talked to him about
25 your hair loss?

Page 132

1      A.   It was probably at least maybe five or
2   six months afterwards.  But, like I say, I don't
3   remember the dates and what visits they were.
4   You know, I just figured in that length of time
5   I should have seen some growth coming back.  But
6   as far as the exact visits, I don't know.
7      Q.   And so this visit on August 25th,
8   2015, Dr. Patil is going through some of the
9   side effects that you're experiencing, like
10  lymphedema and hardness in your breast, but he
11  doesn't mention hair loss.  Is that right?
12     A.   He doesn't mention hair loss, no.
13     Q.   Okay.  And then I'll introduce just
14  one more medical record from Dr. Patil.  It's
15  Baptist Cancer Center 71-75.
16
17                  - - - - -
18          (Exhibit Number 11 marked.)
19  BY MS. NICHOLAS:
20     Q.   Sorry, my computer is loading here.  I
21  can ask these questions about it for now.
22          Okay.  So you met with Dr. Patil again
23  six months after chemotherapy on October 20th,
24  2015; does that sound right?
25     A.   Possibly.