# EXHIBIT C

Patient Name:    Emma Willie R
Street Address:   1591 Lyles Rd  Senatobia,  MS  38668
Mailing Address: P.O. Box 804 Senatobia MS 38668
Home Phone:    662-562-6439
Work Phone:    (662) 562-9749   Leave a Message:
Date of Birth:    08/16/1963             Social Security Number: 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

Marital Status:    Married               Email Address:
EmmaRenna@outlook.com

## Insurance Information

Primary Insurance: BCBS          Phone Number: 800-257-5825
P O Box 1043, Jackson, MS, 39215

Subscriber Name: Willie, Emma R       Date of Birth  : 08/16/1963
Subscriber ID: YAX866051913M        Group Number:

## Employer Information

Employer Name:            Phone Number: (662) 562-9749
Address       :

Emergency Contact Name:   Willie, Albert    Phone Number: 662-562-6439
Pharmacy Name:            Pharmacy Number:

 **GENERAL SURGERY** *of* SOUTHAVEN

## Willie, Emma R

51 Y old Female, DOB: 08/16/1963
Account Number: 13377
1591 Lyles Rd, Senatobia, MS-38668
Home: 662-562-6439
Guarantor: Willie, Emma R   Insurance: Blue Cross Blue Shield
Referring: Sandanand Patil
Appointment Facility: General Surgery Of Southaven

---

**10/31/2014**                          Progress Notes: Daniel B Fore, MD

### Reason for Appointment
1. R breast cancer

### History of Present Illness
Breast cancer:
    51 year old female presents with c/o newly diagnosed breast cancer in the Right breast.
    Pathology showed infiltrating ductal carcinoma, Grade 2/3.
    Hormone receptors showed ER(+), PR(-), Her-2/neu (-).
    The tumor was found on screening mammogram.
    Recent imaging includes a mammogram, an ultrasound, showing a mass with irregular borders, on the RIGHT, <1cm, @10:00, read as BI-RADS, Category 4.
        Current symptom(s) include no breast pain, no nipple discharge.
        Breast history includes no biopsies of either breast.

### Current Medications
Taking Atorvastatin Calcium 20 MG Tablet 1 tablet Once a day
Taking Lisinopril-Hydrochlorothiazide 10-12.5 MG Tablet 1 tablet Once a day
Medication List reviewed and reconciled with the patient

### Past Medical History
Hypercholesterolemia
Hypertension
Cancer, breast/right

### Surgical History
hysterectomy/unsure if total
cesarean section

### Family History
Siblings: can, cancer, throat

### Social History
Tobacco Use:
    Tobacco Use/Smoking
    Are you a *nonsmoker*
Drugs/Alcohol:
    Drugs
    Have you used drugs other than those for medical reasons in the past 12 months? *No*
Alcohol Screen
    Did you have a drink containing alcohol in the past year? *No*
    Points *0*
    Interpretation *Negative*

---

Patient: Willie, Emma R   DOB: 08/16/1963   Progress Note: Daniel B Fore, MD   10/31/2014
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

http://192.168.10.9:8080/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterID=4...   2/12/2021

Summary View for Willie, Emma R                                    Page 2 of 3

**Allergies**
N.K.D.A.

**Review of Systems**
General/Constitutional:
    Admits Fatigue. Admits Weight loss.
Breast:
    Admits Breast lump. Denies Breast pain.

**Vital Signs**
HR 73 /min, BP 149/89 mm Hg, Ht 67 in, Wt 217.7 lbs, BMI 34.09 Index.

**Examination**
General Examination:
    GENERAL APPEARANCE: well developed, well nourished, in no acute distress.
    HEAD: normocephalic, atraumatic.
    LYMPH NODES: no cervical, axillary or supraclavicular adenopathy.
    HEART: regular rate and rhythm, no murmurs, rubs, gallops.
    LUNGS: clear to auscultation bilaterally, good air movement.
    BREASTS: no masses palpable bilaterally, symmetrical , no discharge, nontender, some firmness near site of
needle bx on the right.
    ABDOMEN: soft, nontender, nondistended.
    NEUROLOGIC: nonfocal, gait normal.
    PSYCH: cognitive function intact, cooperative with exam, judgement and insight good, mood/affect full
range.

**Assessments**
1. Unspecified essential hypertension - 401.9
2. Malignant neoplasm of upper-outer quadrant of female breast - 174.4 (Primary)

She will need definitive surgery for the right breast, and sentinel lymph node bx w/possible axillary dissection. I discussed
the options of lumpectomy with possible postop radiation vs. mastectomy +/- reconstruction and likely avoidance of XRT.
We then discussed the risks of surgery, including wound breakdown or infection, arm swelling (lymphedema), bleeding,
fluid buildup requiring drainage, nerve injury resulting in weakness of chest wall muscles, pain, scarring and cancer
recurrence. She understands the risks and wishes to proceed.
She would like to go home and consider the options and will call us.

**Treatment**
**1. Others**
Continue Lisinopril-Hydrochlorothiazide Tablet, 10-12.5 MG, 1 tablet, Orally, Once a day
Notes: Patient Educated with: preop instructions.pdf (preop instructions.pdf).

**Immunization**
Immunization record has been reviewed and updated.

**Preventive Medicine**
Counseling:
    Care goal follow-up plan:
        BMI management provided *Yes*
    Communication to patient:
        Counseling for nutrition provided *Yes*
        Counseling for physical activity provided *Yes*
Immunizations:
    Pneumococcal
        Have you had the pneumonia vaccine in the past? *No*
    Influenza
        Have you had a flu shot since the most recent September 1? *No*

---

**Patient: Willie, Emma R   DOB: 08/16/1963   Progress Note: Daniel B Fore, MD   10/31/2014**
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Case 2:16-md-02740-JTM-MBN   Document 12280-4   Filed 03/08/21   Page 5 of 44

Summary View for Willie, Emma R                                    Page 3 of 3

**Follow Up**
telephone follow-up

Electronically signed by Daniel Fore , MD on 10/31/2014 at 03:24 PM CDT

**Sign off status: Completed**

---

**General Surgery Of Southaven**
**401 Southcrest Circle**
**Southaven, MS 386716719**
**Tel: 662-536-1944**
**Fax: 662-536-1947**

---

Patient: Willie, Emma R   DOB: 08/16/1963   Progress Note: Daniel B Fore, MD   10/31/2014

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

# GENERAL SURGERY of SOUTHAVEN

## Willie, Emma R

51 Y old Female, DOB: 08/16/1963
Account Number: 13377
P.O. Box 804, Senatobia, MS-38668
Home: 662-562-6439
Guarantor: Willie, Emma R   Insurance: Blue Cross Blue Shield
PCP: Martha Clinton, FNP   Referring: Sandanand Patil
Appointment Facility: General Surgery Of Southaven

**11/25/2014**                              **progress notes: Daniel B Fore, MD**

### Reason for Appointment
1. f/u lumpectomy & eval for PAC place

### History of Present Illness
Interim History:
   51 year old female presents with c/o Doing well overall, with appropriate postop soreness.
   At surgery, the mass was completely removed according to mammography or sono of the specimen.
   Sentinel lymph node biopsy was positive, axillary dissection showed, all other axillary nodes negative (1/20 positive for 2.5mm focus).
   Pathology showed, infiltrating ductal carcinoma, margins negative.
   Drain output is consistently less than 50 cc/day, serosanguinous.

### Current Medications
Taking Atorvastatin Calcium 20 MG Tablet 1 tablet Once a day
Taking Lisinopril-Hydrochlorothiazide 10-12.5 MG Tablet 1 tablet Once a day
Medication List reviewed and reconciled with the patient

### Past Medical History
Hypercholesterolemia
Hypertension
Cancer, breast/right

### Surgical History
hysterectomy/unsure if total
cesarean section
lumpectomy, right breast

### Family History
Siblings: can, cancer, throat
Non-Contributory

### Social History
Tobacco Use:
   Tobacco Use/Smoking  Are you a: nonsmoker .
Drugs/Alcohol:
   Drugs
     Have you used drugs other than those for medical reasons in the past 12 months? *No*
   Alcohol Screen  Did you have a drink containing alcohol in the past year?: No, Points: 0, Interpretation: Negative.

### Allergies
N.K.D.A.

### Review of Systems

---

Patient: Willie, Emma R   DOB: 08/16/1963   Progress Note: Daniel B Fore, MD   11/25/2014
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

General/Constitutional:
   Denies Chills. Denies Fever.
Cardiovascular:
   Denies Chest pain at rest. Denies Palpitations.

## Vital Signs
HR 64 /min, BP 142/81 mm Hg, Ht 67 in, Wt 220.0 lbs, BMI 34.45 Index.

## Examination
General Examination:
   GENERAL APPEARANCE: well developed, well nourished, in no acute distress.
   LYMPH NODES: axillary incision healing well.
   BREASTS: incision healing well, no hematoma or sign of infection.

## Assessments
1. Malignant neoplasm of upper-outer quadrant of female breast - 174.4 (Primary)
2. Unspecified essential hypertension - 401.9

Recovering appropriately, can advance activity level and diet as tolerated. The drain(s) was removed and dry dressing placed, which can be removed tomorrow or next day. Will begin range-of-motion exercises with the arm using instruction sheet given today.
A portacath was recommended by Dr. Patil. We discussed the risks, including bleeding, infection, pneumothorax and port malfunction. Pt understands and wishes to proceed. She is scheduled for port placement on Monday, 12/1/2014.

## Treatment
**1. Others**
Continue Atorvastatin Calcium Tablet, 20 MG, 1 tablet, Orally, Once a day
Continue Lisinopril-Hydrochlorothiazide Tablet, 10-12.5 MG, 1 tablet, Orally, Once a day

## Immunization
Immunization record has been reviewed and updated.

## Preventive Medicine
Counseling:
   Care goal follow-up plan:
      BMI management provided *Yes*
   Communication to patient:
      Counseling for nutrition provided *Yes*
      Counseling for physical activity provided *Yes*
Immunizations:
   Pneumococcal
      Have you had the pneumonia vaccine in the past? *No*
   Influenza
      Have you had a flu shot since the most recent September 1? *No*
Nutrition:
   Education provided  increase activity.

## Follow Up
at surgery

Patient: Willie, Emma R　DOB: 08/16/1963　Progress Note: Daniel B Fore, MD　11/25/2014
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

http://192.168.10.9:8080/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterID=4...　2/12/2021

Fax Server          2/12/2021 11:29:00 AM  PAGE   8/044  Fax Server
Case 2:16-md-02740-JTM-MBN   Document 12280-4   Filed 03/08/21   Page 8 of 44

Summary View for Willie, Emma R                                    Page 3 of 3

**Electronically signed by Daniel Fore , MD on 11/26/2014 at 04:11 PM CST**

**Sign off status: Completed**

---

**General Surgery Of Southaven**
**401 Southcrest Circle**
**Southaven, MS 386716719**
**Tel: 662-536-1944**
**Fax: 662-536-1947**

---

**Patient: Willie, Emma R   DOB: 08/16/1963   Progress Note: Daniel B Fore, MD   11/25/2014**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Summary View for Willie, Emma R                                    Page 1 of 1

 **GENERAL SURGERY** *of* SOUTHAVEN

# Willie, Emma R

**51 Y old Female, DOB: 08/16/1963**
1591 Lyles Rd, Senatobia, MS, US 38668
Home: 662-562-6439
Provider: Fore, Daniel B

---

**Telephone Encounter**

| | | |
|---|---|---|
| **Answered by** | Yon, Lisa A | Date: 11/03/2014 |
| | | Time: 09:04 AM |

**Caller**        self

**Reason**        sch appt

**Message**       Laura, please call pt at 662-292-2262. She has decided to do a lumpectomy.

**Action Taken**  Stepp,Laura E 11/3/2014 12:06:01 PM > Scheduled pt for R breast lumpectomy (1:00pm) after NWL (8:00am), SLN bx and poss ax dissection after SLN inj w/tracers (11:30am) on 11/17/14. Called pt back to notify w/na. Left vm for pt to call me back.-ls Stepp,Laura E 11/3/2014 12:19:44 PM > Notified pt of all above info. She will go for pre-op on 11/4/14. Pre-op nurse may ask her to arrive at 7:00 or earlier. Advised her to do whatever they say. pvu.-ls

---

Patient: Willie, Emma R   DOB: 08/16/1963   Provider: Fore, Daniel B   11/03/2014

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Summary View for Willie, Emma R                                    Page 1 of 1

 **GENERAL SURGERY** *of* SOUTHAVEN

# Willie, Emma R

**51 Y old Female, DOB: 08/16/1963**
**P.O. Box 804, Senatobia, MS, US 38668**
**Home: 662-562-6439**
**Provider: Fore, Daniel B**

**Telephone Encounter**

**Answered by**   Stine, Alice M

Date: 11/24/2014
Time: 10:48 AM

**Caller**   self

**Reason**   post op question

**Message**   Ms. Willie has some questions about the drainage from her breast tube postop.

**Action Taken**   Gatlin,Lisa C 11/24/2014 4:06:49 PM > The drainage pt is reporting is normal. Scheduled her for f/u appt tomorrow to check drain output and surgical incision.

Patient: Willie, Emma R   DOB: 08/16/1963   Provider: Fore, Daniel B   11/24/2014

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Summary View for Willie, Emma R                                   Page 1 of 1

---

 GENERAL SURGERY of SOUTHAVEN

### Willie, Emma R
51 Y old Female, DOB: 08/16/1963
P.O. Box 804, Senatobia, MS, US 38668
Home: 662-562-6439
Provider: Fore, Daniel B

---

**Telephone Encounter**

| | | |
|---|---|---|
| **Answered by** | Stine, Alice M | Date: 11/25/2014 |
| | | Time: 01:47 PM |

**Caller**      Dr. Patil's office

**Reason**      PAC placement

**Message**     patient is scheduled today to see Dr. Fore as a surgical postop. Dr. Patil's office would also like her evaluated today for placement of a PAC and placed on the surgical schedule. She is going to start chemotherapy in 3 weeks.

---

Patient: Willie, Emma R   DOB: 08/16/1963   Provider: Fore, Daniel B   11/25/2014

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Patient Information

| Patient Name | Sex | DOB | SSN |
|---|---|---|---|
| Willie, Emma | Female | 8/16/1963 | 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 |

Op Note by Daniel Benjamin Fore, MD at 11/17/2014 4:13 PM

Author: Daniel Benjamin Fore, MD       Service: Surgery          Author Type: Physician

Filed: 11/18/2014 1:57 PM     Note Time: 11/17/2014 4:13 PM      Status: Signed

Editor: Daniel Benjamin Fore, MD (Physician)

Related Notes:    Original Note by Daniel Benjamin Fore, MD (Physician) filed at 11/17/2014 4:21 PM

DES BMH-DeSoto OR
Emma Willie
11/17/2014

PRE-OP DIAGNOSIS: RIGHT BREAST CANCER

POST-OP DIAGNOSIS: same

PROCEDURE: Procedure(s) (LRB):
RIGHT BREAST LUMPECTOMY AFTER NEEDLE WIRE LOC; RIGHT SENTINEL LYMPH NODE BIOPSY RIGHT AXILLARY DISSECTION (Right)

Surgeon(s):
Daniel Benjamin Fore, MD

ASSISTANTS: Circulator: Linda Rivers, RN
Relief Circulator: Joann Frank, RN
Scrub Person: Lily Ellis; Tabatha McCarver
Scrub Assistant: James Foreman
Charge Nurse: Debbie Poynter, RN

ANESTHESIA: Anesthesiologist: Jovie Naedgar Bridgewater, MD
CRNA: Pamela Sue Hand, CRNA
Student Nurse Anesthetist: Graham Lindsay
FINDINGS: 4th SLN + for metastatic carcinoma, margins negative on mammography of lumpectomy specimen

SPECIMENS:

| Order Name | Source | Comment | Collection Info | Order Time |
|---|---|---|---|---|
| SURGICAL PATHOLOGY ORDER | Other | | Collected By: Daniel Benjamin Fore, MD | 11/17/2014 3:25 PM |

ESTIMATED BLOOD LOSS: Minimal

COMPLICATIONS: None

OTHER COMMENTS: None

CONDITION UPON LEAVING PROCEDURE: Satisfactory

PROCEDURE DETAILS:
DATE OF ADMISSION: 11/17/2014

DATE OF NOTE: 11/17/2014

She was taken to the operating room after she had undergone
preoperative technetium sulfur colloid injections in the right breast
as well as needle wire localization of the lump in the right breast.
After adequate general anesthesia was established, the right breast
and axilla were prepped and draped in the standard surgical fashion.
After infiltration with 0.5% Marcaine with epinephrine, right axillary
incision was made and carried down with cautery through subcutaneous
tissues and clavipectoral fascia, entering the true axilla. Isosulfan
blue dye had been injected preoperatively in the operating room as
well. The gamma probe was used to identify intense focus of activity
in the true axilla. Early in dissection an intensely blue lymph node
was identified that was also obviously a hot node. This was dissected
out with cautery, excised, and passed off the field for frozen
section. This process was repeated, and a total of 4 sentinel lymph
nodes were identified with counts, the highest count over 13,000, and
the lowest count just under 1000. The field was inspected. No
further blue nodes were identified or significant foci of activity.
The wound was assured to be hemostatic with cautery. It was
irrigated, dried and packed with a moistened lap.

The right breast needle wire was inspected as well as the localization
films from earlier today. A curvilinear upper outer quadrant incision
was made to excise the previous core needle biopsy site, I suspect.
An elliptical incision was made to perform this and this was carried
down into the breast tissue. The breast tissue around the distal
portion of the wire was dissected out with cautery and deepened to the
central breast, including retroareolar area. The specimen was taken
from just under the surface of the dermis with a very thin layer of
subq due to the orientation of the wire being fairly superficial. The
mass was completely mobilized with cautery. It was oriented with
sutures before completely being delivered out of the wound, and was
passed off the field to mammography. The wound was inspected, was
easily made hemostatic with light cautery. It was irrigated, dried,
and then a moistened lap was used to pack here as well.

At this point, the right axillary incision was reinspected and was
hemostatic. It was irrigated and then closed with 3-0 Vicryl
subcutaneous stitches followed by running 4-0 Monocryl subcuticular

stitch. By this point, Mammography called to note that the specimen appeared to have adequate margins. This wound was reinspected, again irrigated, dried, and then closed with 3-0 Vicryl deep dermal/subcutaneous stitches followed by running 4-0 Monocryl subcuticular stitch. Dr. Patton of pathology returned at this point to note that the fourth and final sentinel node did have evidence of metastatic carcinoma, therefore this incision was reopened through the Monocryl and Vicryl easily. The wound was inspected using Richardson retractors and the Weitlaner. The axillary dissection was done with cautery and the Harmonic focus device. The axillary vein was identified and dissection was done inferior to this as well as just at the lateral border of the pectoralis major muscle. The long thoracic and thoracodorsal nerves were identified with careful dissection, and the muscles were responsive with DeBakey manipulation. The lymph node packet between these columns was taken with the focus device and was passed off the field en bloc. The wound was irrigated, dried, and assured to be hemostatic. Both nerves were again inspected, tested, and the muscles were briskly responsive. A 19-French JP drain was placed exiting inferolateral to the wound and secured to the skin with a nylon stitch. The wound was reclosed with the 3-0 Vicryl, 4-0 Monocryl. Both incisions were sealed with Dermabond, and a drain dressing was applied.

Finally, a sports bra was placed prior to leaving the operating room.

lgs 593439 DT: 11/17/2014 17:32
DD: 11/17/2014 16:21

* Missing procedure start or end time(s) *

| Case Tracking Events | |
| --- | --- |
| Event | Time In |
| **Procedure Start** | 2:06 PM |
| **Procedure Finish** | |

Daniel Benjamin Fore
11/17/2014
4:13 PM

Patient Information

| Patient Name | Sex | DOB | SSN |
|---|---|---|---|
| Willie, Emma | Female | 8/16/1963 | 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 |

Op Note by Daniel Benjamin Fore, MD at 12/1/2014 9:18 AM

| Author: Daniel Benjamin Fore, MD | Service: Surgery | Author Type: Physician |
|---|---|---|
| Filed: 12/16/2014 11:06 AM | Note Time: 12/1/2014 9:18 AM | Status: Signed |

Editor: Daniel Benjamin Fore, MD (Physician)

| Related Notes: | Original Note by Daniel Benjamin Fore, MD (Physician) filed at 12/1/2014 9:21 AM |
|---|---|

DES BMH-DeSoto OR
Emma Willie
12/1/2014

PRE-OP DIAGNOSIS: BREAST CANCER; VENOFIBROSIS

POST-OP DIAGNOSIS: same

PROCEDURE: Procedure(s) (LRB):
PORTACATH INSERTION (N/A)

Surgeon(s):
Daniel Benjamin Fore, MD

ASSISTANTS: Circulator: Theresa Buckhalter, RN
Scrub Person: Betty Onyema
Charge Nurse: Joann Frank, RN

ANESTHESIA: Anesthesiologist: Frederick D Jones III, MD
CRNA: Janie Thompson Smith, CRNA
FINDINGS: Normal left subclav anatomy

SPECIMENS: SPECIMEN NOT TAKEN IN PROCEDURE.

ESTIMATED BLOOD LOSS: Minimal

COMPLICATIONS: None

OTHER COMMENTS: None

CONDITION UPON LEAVING PROCEDURE: Satisfactory

PROCEDURE DETAILS: She taken to the operating room and laid supine on the operating table. After adequate IV sedation was established her neck and upper chest were prepped and draped in a standard surgical fashion and she

was placed in Trendelenburg. After a combination of Marcaine and lidocaine infiltration in the left subclavian area the left subclavian vein was accessed on 1 stick with an 18-gauge needle. A guidewire was easily advanced into the SVC confirmed with fluoroscopy, and she was taken out of Trendelenburg. More local anesthetic was administered and a transverse incision was made just below the wire exit site and Port-A-Cath reservoir pocket created with cautery down to the chest wall. The wire was delivered into the wound and the dilator with peel-away sheath introducer was advanced over the wire under fluoroscopic guidance into the SVC. The dilator and wire were removed. The catheter was advanced into the SVC under fluoroscopic guidance and the sheath was peeled away. The catheter was withdrawn until the tip was near the cavoatrial junction. The catheter was cut to length and connected to the port. The locking device was put into place at the hub and the port was settled into its reservoir pocket. Final fluoroscopic view confirmed appropriate catheter positioning and gentle curves with no sign of or pneumothorax. The port was then accessed with a Huber needle. It easily withdrew and flushed with Hep-Lock. The wound was inspected and was hemostatic. The port was secured to the chest wall fascia with Prolene suture. The incision was then closed with 3-0 Vicryl subcutaneous stitch, 4-0 Monocryl running subcuticular stitch and Dermabond.

rm 615174 DT: 12/01/2014 10:02
DD: 12/01/2014 09:21

0 Hr 19 Min 0 Sec

Daniel Benjamin Fore
12/1/2014
9:19 AM

# PGM PATHOLOGY GROUP of the MIDSOUTH, PC

| | | |
|---|---|---|
| *Patient:* | **WILLIE, EMMA** | *Accession #:* **MS14-022313** |

*Address:* PO BOX 804      *Chart #:* **None Given**

SENATOBIA, MS 38668

*Requesting Physician:*

*DOB:* 8/16/1963   *Age:* 51

*Sex:* Female

**Daniel B. Fore, MD**
Baptist Memorial Hospital - Desoto
7601 Southcrest Pkwy
Southaven, MS 38671

*Collected:* 11/17/2014
*Received:* 11/18/2014
*Reported:* 11/21/2014

*Copy for:*
**Fore, Daniel Benjamin**
General Surgery of Southaven
401 Southcrest Circle   #203
Southaven, MS 38671

*Clinical History:* Breast Cancer

---

## PATHOLOGIC DIAGNOSIS

A. RIGHT AXILLARY SENTINEL LYMPH NODE:
One (1) negative axillary sentinel lymph node. (ICD-9-196.3)

B. RIGHT AXILLARY SENTINEL LYMPH NODE:
One (1) negative axillary sentinel lymph node. (ICD-9-196.3)

C. RIGHT AXILLARY SENTINEL LYMPH NODE:
One (1) negative axillary sentinel lymph node. (ICD-9-196.3)

D. RIGHT AXILLARY SENTINEL LYMPH NODE:
=Metastatic adenocarcinoma in one (1) axillary sentinel lymph node. (ICD-9-196.3)
The tumor nodule measures 2.5 mm maximally.
No perinodal invasion is seen.

E. RIGHT BREAST, WIRE LOCALIZED LUMPECTOMY (9 x 8.5 x 5 cm):
Final Diagnosis: Moderately differentiated infiltrating ductal carcinoma of breast, associated with scirrhous
     stromal reaction and intermediate grade DCIS. (ICD-9-174.9)
Procedure: wire localized lumpectomy.
Lymph Node Sampling: yes.
Specimen Laterality: right.
Tumor Site (Invasive Carcinoma): UOQ, per biopsy report.
Histologic Type: Infiltrating ductal carcinoma of breast.
Tumor Size: 9.5 mm.
Histologic Grade (Nottingham Score): 2 of 3.
     Glandular (Acinar)/Tubular Differentiation: 3.
     Nuclear Pleomorphism: 2.
     Mitotic Rate: 2.
Tumor Focality: unifocal.
Ductal Carcinoma In Situ (DCIS): Present. (ICD-9-233.0)

TRUMBULL LABORATORIES, LLC

Thomas M. Chesney MD, Director
7550 Wolf River Boulevard, Suite 200
Germantown, TN 38138

ACC# 31566515 MR# B-1C11272776 FIN# D120011920795 RM#
Periop DES Periop

Phone: (901) 542-6800
Fax: (901) 542-6873

Fax Server          2/12/2021 11:29:00 AM  PAGE  18/044  Fax Server
Case 2:16-md-02740-JTM-MBN   Document 12280-4   Filed 03/08/21   Page 18 of 44

11/21/2014 18:05             FP3 -> FAX                    Page  3 of 5



# PGM  PATHOLOGY GROUP of the MIDSOUTH, PC

*Patient:*  **WILLIE, EMMA**                          *Accession #:* **MS14-022313**

Size (Extent) of DCIS: present in 5 of 6 blocks, measures 17 mm on a slide (E2), extends outside of the
invasive tumor.
Architectural Patterns: solid.
Nuclear Grade: intermediate.
Necrosis: focally present.
Lobular Carcinoma In Situ: not identified.
Macroscopic and Microscopic Extent of Tumor:
Skin: negative for tumor.
Nipple: N/A.
Skeletal Muscle: N/A.
Margins for invasive tumor: Surgical margins free of invasive tumor.
Anterior: 2.2 mm clearance.
Posterior: 5 mm or greater clearance.
Superior: 5 mm or greater clearance.
Inferior: 5 mm or greater clearance.
Medial: 5 mm or greater clearance.
Lateral: 5 mm or greater clearance.
Margins for DCIS: Surgical margins free of DCIS.
Anterior: 5 mm or greater clearance.
Posterior: 5 mm or greater clearance.
Superior: 5 mm or greater clearance.
Inferior: 1.3 mm clearance.
Medial: 0.7 mm clearance.
Lateral: 5 mm or greater clearance.
Lymph Nodes:
Total no. of lymph nodes examined (sentinel and nonsentinel): 20.
Number of sentinel nodes examined: 4.
Lymph Node Involvement:
Number of nodes with macrometastasis: 1.
Number of nodes with micrometastasis: 0.
Number of nodes with isolated tumor cells: 0.
Size of largest metastatic deposit: 2.5 mm (D1).
Extranodal Extension: No.
Method of Evaluation of Sentinel Node: H&E slide.
Treatment Effect (in the breast, in the nodes): N/A.
Lymphvascular Invasion: present.
**AJCC Pathologic Staging: pT1b pN1a(sn) MX G2.**
Additional Pathologic Findings: Fibrocystic changes; biopsy site changes.   (ICD-9-610.1)
Ancillary Studies:
Ancillary studies performed on case MS14-19850:
ER: positive.
PR: negative

TRUMBULL LABORATORIES, LLC          ACC# 31566515 MR# B-1C11272776 FIN# D120011920795 RM#
                                                                                   Periop DES

Thomas M. Chesney MD, Director
7550 Wolf River Boulevard, Suite 200                              Phone: (901) 542-6800
Germantown, TN  38138                                              Fax: (901) 542-6873

Fax Server                2/12/2021 11:29:00 AM   PAGE  19/044   Fax Server
Case 2:16-md-02740-JTM-MBN   Document 12280-4   Filed 03/08/21   Page 19 of 44

11/21/2014 18:05                    FP3 -> FAX                          Page  4 of 5



# PGM PATHOLOGY GROUP of the MIDSOUTH, PC

*Patient:* **WILLIE, EMMA**                    *Accession #:* **MS14-022313**

Her-2/neu status:
IHC overexpression: negative (1+).
FISH status: N/A.
Tumor-infiltrating lymphocytes score (triple negative breast cancers only): N/A.
Microcalcifications: Microcalcification is associated with DCIS. (ICD-9-793.81)
Clinical History: breast cancer.

F. RIGHT AXILLARY DISSECTION:
Sixteen (16) negative axillary non-sentinel lymph nodes. (ICD-9-196.3)

KTP

**Kurt T Patton, MD**
**Pathologist**
*\*\*\*Electronically Signed\*\*\**

---

*Source of Specimen:*
A. RIGHT AXILLARY SENTINEL LYMPH NODE; B. RIGHT AXILLARY SENTINEL LYMPH NODE; C. RIGHT AXILLARY SENTINEL LYMPH NODE; D. RIGHT AXILLARY SENTINEL LYMPH NODE; E. RIGHT BREAST; F. RIGHT AXILLARY DISSECTION

*Frozen Section Diagnosis:*
FSA1: Negative for carcinoma.

FSB1: Negative for carcinoma.

FSC1: Negative for carcinoma.

FSD1: Positive for carcinoma.
  KTP

*Gross Description:*
A. RIGHT AXILLARY SENTINEL LYMPH NODE: Received fresh for frozen section diagnosis as WILLIE, EMMA labeled A RIGHT AXILLARY SENTINEL NODE is a 1.7 cm lymph node, inked blue. Specimen is entirely submitted: FS A1 – 1

B. RIGHT AXILLARY SENTINEL LYMPH NODE: Received fresh for frozen section diagnosis as WILLIE, EMMA labeled B RIGHT AXILLARY SENTINEL NODE is a 1.2 cm lymph node, inked black. Specimen is entirely submitted: FS B1 – 1

C. RIGHT AXILLARY SENTINEL LYMPH NODE: Received fresh for frozen section diagnosis as WILLIE, EMMA labeled C RIGHT AXILLARY SENTINEL NODE is a 0.7 cm lymph node, inked blue. Specimen is entirely submitted: FS C1 – 1

D. RIGHT AXILLARY SENTINEL LYMPH NODE: Received fresh for frozen section diagnosis as WILLIE, EMMA labeled D RIGHT AXILLARY SENTINEL NODE is a 1.3 cm lymph node, inked black. Specimen is entirely submitted:

TRUMBULL LABORATORIES, LLC          ACC# 31566515 MR# B-1C11272776 FIN# D120011920795 RM#
                                                                        Periop DES
Thomas M. Chesney MD, Director
7550 Wolf River Boulevard, Suite 200                            Phone: (901) 542-6800
Germantown, TN  38138                                             Fax: (901) 542-6873



# PGM PATHOLOGY GROUP
## of the MIDSOUTH, PC

*Patient:*  **WILLIE, EMMA**                    *Accession #:* **MS14-022313**

FS D1 – 1

E. RIGHT BREAST: Received in fixative as WILLIE, EMMA labeled E RIGHT BREAST WITH NEEDLE WIRE, SHORT STITCH SUPERIOR, LONG STITCH LATERAL is a 175 g, 9 x 8.5 x 5 cm segment of right breast with surgical sutures as indicated and an overlying 6 x 1 cm ellipse of pigmented skin. There is a surgical wire inserted from anterior to posterior. Specimen is inked as follows: anterior - blue, posterior - black, superior - green, inferior - red, lateral - orange and medial - yellow. Specimen is serially sectioned from anterior to posterior, revealing a 2 x 1 x 1 cm previous biopsy site and adjacent fibrous tissue that is 0.3 cm from the anterior and medial margins, 1 cm from the superior margin and greater than 2 cm from the inferior, lateral and posterior margins. A clip is identified. The remaining breast parenchyma consists of yellow lobulated adipose tissue with no obvious masses or lesions identified. Representative sections are submitted:
E1 – E2 previous biopsy site with closest medial margin – 1 each
E3 – E4 previous biopsy site with closest anterior and superior margins (clip removed from E3) – 1 each
E5 closest skin and posterior margins – 3
E6 closest inferior and lateral margins – 2

Specimen was placed in formalin at 3:56 PM 11/18/2014 and will be fixed a minimum of 10 hours.

F. RIGHT AXILLARY DISSECTION: Received in fixative as WILLIE, EMMA labeled F RIGHT AXILLARY DISSECTION is an 8 x 7 x 2.5 cm adipose tissue segment. Sectioning reveals eighteen possible lymph nodes ranging in size from 0.4 – 2 cm. Representative sections are submitted:
F1 - F3 – 4 each
F4 – F5 – 3 each

JTH 11/18/2014:jth 11/18/2014 4:14 PM

*Number of Slides:* 20.0

TRUMBULL LABORATORIES, LLC                    ACC# 31566515 MR# B-1C11272776 FIN# D120011920795 RM#
                                                                          Periop DES
Thomas M. Chesney MD, Director
7550 Wolf River Boulevard, Suite 200                                    Phone: (901) 542-6800
Germantown, TN  38138                                                   Fax: (901) 542-6873



# PATHOLOGY GROUP
## of the MIDSOUTH, PC

| | | |
|---|---|---|
| *Patient:* | **WILLIE, EMMA** | *Accession #:* **MS14-019850** |

*Address:*  1591 LYLES RD

SENATOBIA, MS 38668

*Chart #:* **None Given**

| | |
|---|---|
| *Collected:* | 10/15/2014 |
| *Received:* | 10/16/2014 |
| *Reported:* | 10/17/2014 |

*DOB:* 8/16/1963      *Age:* 51
*Sex:* Female

*Requesting Physician:*
**James Machin, MD**
Baptist Memorial Hospital - Desoto
7601 Southcrest Pkwy
Southaven, MS 38671

*Copy for:*
**Machin, James**
Baptist Memorial Hospital -
Desoto
7601 Southcrest Pkwy
Southaven, MS 38671

*Clinical History:* Breast mass (ICD-9-611.72)

---

### PATHOLOGIC DIAGNOSIS

---

A. RIGHT BREAST MASS UPPER OUTER QUADRANT:
Infiltrating ductal carcinoma of breast, with desmoplastic reaction involving 5 of 5 cores. (ICD-9-174.9)
  --Projected Nottingham combined histologic grade 2: 3 for tubular formation, 2 for nuclear pleomorphism,
      and 1 for mitotic rate
  --Greatest linear extent 0.8 cm
  --No definitive lymphvascular invasion identified
Receptors:
  --ER: Positive (77%)
  --PR: Negative (less than 1%)
  --HER-2/neu: Negative (1+)
Focal ductal carcinoma in-situ identified
  --Intermediate grade, focal necrosis identified
Microcalcification is identified (ICD-9-793.81)

*Comment:*
Results called to Dr. Machin on 10/17/14 at 11 am.
Myosin immunohistochemical stain is performed and documents invasive carcinoma with focal DCIS.


HSB:jtg


The following special stains were examined and considered in diagnosing this case:
MYOSIN:A(1), HER2NEU iSCAN:A(1), ERICA iSCAN:A(1), PRICA iSCAN:A(1)      10/17/2014 9:45 AM

**Heather S. Baldwin, MD**
**Pathologist**
***Electronically Signed***

---

*Source of Specimen:*
A. RIGHT BREAST MASS UPPER OUTER QUADRANT
TRUMBULL LABORATORIES, LLC
Thomas M. Chesney MD, Director
7550 Wolf River Boulevard, Suite 200
Germantown, TN  38138

ACC# 26332280 MR# B-1C11272776 FIN# D120011498264 RM#

Phone: (901) 542-6800
Fax: (901) 542-6873



# PGM  PATHOLOGY GROUP
## of the MIDSOUTH, PC

*Patient:* **WILLIE, EMMA**                    *Accession #:* **MS14-019850**

*Gross Description:*
A. RIGHT BREAST MASS UPPER OUTER QUADRANT: Received in fixative as WILLIE, EMMA labeled RIGHT
BREAST UPPER OUTER are five fibrofatty needle core biopsies of tissue with the smallest measuring 0.6 x 0.1 cm and
the largest measuring 1 x 0.1 cm. Specimen is entirely submitted:
A1 – 5

Specimen was placed in formalin at 12:53 PM 10/16/2014 and will be fixed a minimum of 6 hours.

HDH 10/16/2014:hdh 10/16/2014 3:19 PM

*Number of Slides:* 2.0

---

TRUMBULL LABORATORIES, LLC            ACC# 26332280 MR# B-1C11272776 FIN# D120011498264 RM#
Thomas M. Chesney MD, Director
7550 Wolf River Boulevard, Suite 200
Germantown, TN  38138                                    Phone: (901) 542-6800
                                                          Fax: (901) 542-6873

Case 2:16-md-02740-JTM-MBN   Document 12280-4   Filed 03/08/21   Page 23 of 44

Fax Server              11/5/2014 10:52:53 AM  PAGE   2/002    Fax Server



Patient:Willie, Emma
MRN:11272776
Account Number:5600091089
DOB/Age/Sex: 8/16/1963  51 year old  female

**Entry Date**

11/4/2014

**Component Results**

| Component | Value | Flag | Range & Units | Status | Collected | Lab |
|---|---|---|---|---|---|---|
| **Vent Rate** | 68 | | BPM | Final | 11/04/2014 1:20 PM | Unknown |
| **Atrial Rate** | 68 | | BPM | Final | 11/04/2014 1:20 PM | Unknown |
| **PR Interval** | 160 | | ms | Final | 11/04/2014 1:20 PM | Unknown |
| **QRS Interval** | 80 | | ms | Final | 11/04/2014 1:20 PM | Unknown |
| **QT Interval** | 450 | | ms | Final | 11/04/2014 1:20 PM | Unknown |
| **QTC Interval** | 478 | | ms | Final | 11/04/2014 1:20 PM | Unknown |
| **P Axis** | 57 | | degrees | Final | 11/04/2014 1:20 PM | Unknown |
| **R Axis** | -4 | | degrees | Final | 11/04/2014 1:20 PM | Unknown |
| **T Axis** | 33 | | degrees | Final | 11/04/2014 1:20 PM | Unknown |
| **Clinical Diagnosis** | | | | Final | 11/04/2014 1:20 PM | Unknown |

Normal sinus rhythm
Possible Left atrial enlargement
Septal infarct , age undetermined
Abnormal ECG
No previous ECGs available
Confirmed by MISSAK, MARY SAMUEL (643) on 11/5/2014 10:45:45 AM

**Lab and Collection**

EKG 12 lead on 11/4/2014

**Result History**

EKG 12-LEAD on 11/4/14.

Patient:              Willie, Emma
MRN:                 11272776
Patient Location:                           Print Date/Time: 11/5/2014 10:47 AM



Patient: Willie, Emma
MRN: E1675926
Account Number: 5600091089
DOB/Age/Sex: 8/16/1963  51 year old  female

## Entry Date
11/4/2014

## Component Results

| Component | Value | Flag | Range & Units | Status | Collected | Lab |
|---|---|---|---|---|---|---|
| Sodium | 141 | | 135-145 mmol/L | Final | 11/04/2014 1:40 PM | 30 |
| Potassium | 3.4 | (L) | 3.5-5.0 mmol/L | Final | 11/04/2014 1:40 PM | 30 |
| Chloride | 104 | | 98-107 mmol/L | Final | 11/04/2014 1:40 PM | 30 |
| Carbon dioxide | 29 | | 21-32 mmol/L | Final | 11/04/2014 1:40 PM | 30 |
| Anion Gap | 8 | | 6-16 mmol/L | Final | 11/04/2014 1:40 PM | Unknown |
| Glucose | 87 | | 70-110 mg/dL | Final | 11/04/2014 1:40 PM | 30 |
| BUN | 9 | | 7-18 mg/dL | Final | 11/04/2014 1:40 PM | 30 |
| Creatinine | 0.8 | | 0.6-1.3 mg/dL | Final | 11/04/2014 1:40 PM | 30 |
| BUN/Creatinine Ratio | 11.3 | (L) | 11.7-13.9 | Final | 11/04/2014 1:40 PM | Unknown |
| Calcium | 9.8 | | 8.5-10.1 mg/dL | Final | 11/04/2014 1:40 PM | 30 |

Calcium measurements are adversely affected by the use of Omniscan during MRI. Analysis of calcium is not recommended for 12 to 24 hours after the use of the contrast agent.

| Component | Value | Flag | Range & Units | Status | Collected | Lab |
|---|---|---|---|---|---|---|
| Total Protein | 8.2 | | 6.4-8.2 g/dL | Final | 11/04/2014 1:40 PM | 30 |
| Albumin | 3.7 | | 3.4-5.0 g/dL | Final | 11/04/2014 1:40 PM | 30 |
| Total Bilirubin | 0.7 | | 0.0-1.0 mg/dL | Final | 11/04/2014 1:40 PM | 30 |
| AST | 21 | | 7-34 U/L | Final | 11/04/2014 1:40 PM | 30 |
| ALT | 24 | | 16-62 U/L | Final | 11/04/2014 1:40 PM | 30 |
| ALP | 121 | | 50-136 U/L | Final | 11/04/2014 1:40 PM | 30 |
| GFR Non-African American | 80.3 | | >=60.0 mL/min/1.73 | Final | 11/04/2014 1:40 PM | Unknown |

Patient:              Willie, Emma
MRN:                  E1675926
Patient Location:                          Print Date/Time: 11/4/2014 2:21 PM

Fax Server                2/12/2021 11:29:00 AM   PAGE  25/044   Fax Server
Case 2:16-md-02740-JTM-MBN   Document 12280-4   Filed 03/08/21   Page 25 of 44

Fax Server            11/4/2014 2:27:30 PM  PAGE   3/003   Fax Server

## Component Results (continued)

| Component | Value | Flag | Range & Units | Status | Collected | Lab |
|---|---|---|---|---|---|---|
| | | | m2 | | | |
| GFR African American | 97.4 | | >=60.0 mL/min/1.73 m2 | Final | 11/04/2014 1:40 PM | 30 |

The estimated GFR is based on the Modification of Diet in Renal Disease Study (MDRD)
equation using average adult body surface area. This equation has not been validated
for use with age groups below 18 or over 70, pregnant women, patients with serious
co-morbid conditions, or persons with extremes of body size, muscle mass or
nutritional status.

## Lab and Collection

Comprehensive metabolic panel on 11/4/2014

Patient:              Willie, Emma
MRN:                  E1675926
Patient Location:                           Print Date/Time: 11/4/2014 2:21 PM

Fax Server            2/12/2021 11:29:00 AM   PAGE  26/044    Fax Server
Case 2:16-md-02740-JTM-MBN   Document 12280-4   Filed 03/08/21   Page 26 of 44

Fax Server            11/4/2014 2:02:04 PM  PAGE  2/003   Fax Server



Patient:Willie, Emma
MRN:E1675926
Account Number:5600091089
DOB/Age/Sex: 8/16/1963  51 year old  female

Entry Date
11/4/2014

Component Results

| Component | Value | Flag | Range & Units | Status | Collected | Lab |
|---|---|---|---|---|---|---|
| WBC | 5.4 | | 5.0-10.0 K/uL | Final | 11/04/2014 1:40 PM | 30 |
| RBC | 4.48 | | 4.10-5.40 10^6/uL | Final | 11/04/2014 1:40 PM | 30 |
| Hemoglobin | 12.8 | | 12.0-16.0 g/dL | Final | 11/04/2014 1:40 PM | 30 |
| Hematocrit | 39.5 | | 37.0-47.0 % | Final | 11/04/2014 1:40 PM | 30 |
| MCV | 88.2 | | 80.0-97.0 fL | Final | 11/04/2014 1:40 PM | 30 |
| MCH | 28.6 | | 27.0-32.0 pg | Final | 11/04/2014 1:40 PM | 30 |
| MCHC | 32.4 | | 32-36 g/dL | Final | 11/04/2014 1:40 PM | 30 |
| RDW SD | 44.7 | | 36.4-46.3 fL | Final | 11/04/2014 1:40 PM | 30 |
| Platelet | 317 | | 150-500 K/uL | Final | 11/04/2014 1:40 PM | 30 |
| MPV | 9.6 | | 7.4-10.4 fL | Final | 11/04/2014 1:40 PM | 30 |
| NRBC Abs | 0.000 | | 0.00-0.012 | Final | 11/04/2014 1:40 PM | 30 |
| NRBC Auto | 0.0 | | 0.0-0.2 | Final | 11/04/2014 1:40 PM | 30 |
| Neutrophil Absolute | 2.1 | (L) | 2.5-7.5 K/uL | Final | 11/04/2014 1:40 PM | 30 |
| Lymphocytes Absolute | 2.8 | | 1.0-4.0 K/uL | Final | 11/04/2014 1:40 PM | 30 |
| Monocytes Absolute | 0.43 | | 0.05-0.60 K/uL | Final | 11/04/2014 1:40 PM | 30 |
| Eosinophil Absolute | 0.04 | (L) | 0.05-0.50 K/uL | Final | 11/04/2014 1:40 PM | 30 |
| Basophil Absolute | 0.02 | | 0.00-0.10 K/uL | Final | 11/04/2014 1:40 PM | 30 |
| Immature Granulocyte Absolute | 0.00 | | <=0 K/uL | Final | 11/04/2014 1:40 PM | 30 |

Patient:              Willie, Emma
MRN:                  E1675926
Patient Location:                        Print Date/Time: 11/4/2014 2:01 PM

## Component Results (continued)

| Component | Value | Flag | Range & Units | Status | Collected | Lab |
|---|---|---|---|---|---|---|
| Neutrophil Percent | 36.6 | (L) | 50.0-75.0 % | Final | 11/04/2014 1:40 PM | 30 |
| Lymphocyte Percent | 52.3 | (H) | 20.0-40.0 % | Final | 11/04/2014 1:40 PM | 30 |
| Monocyte Percent | 8.0 | (H) | 0.0-6.0 % | Final | 11/04/2014 1:40 PM | 30 |
| Eosinophil Percent | 0.7 | | 0.0-6.0 % | Final | 11/04/2014 1:40 PM | 30 |
| Basophil Percent | 0.4 | | 0.0-1.0 % | Final | 11/04/2014 1:40 PM | 30 |
| Immature Granulocytes % | 0.0 | | <=0 % | Final | 11/04/2014 1:40 PM | 30 |

## Lab and Collection

CBC with differential on 11/4/2014

Patient:                  Willie, Emma
MRN:                      E1675926
Patient Location:                              Print Date/Time: 11/4/2014 2:01 PM

Willie, Emma (MRN 11272776)

 Baptist Memorial Hospital-DeSoto
7601 Southcrest Parkway
Southaven MS 38671

Department Of Radiology

Patient:Willie, Emma
MRN:1C11272776
Account Number:5600091089
DOB/Age/Sex: 8/16/1963  51 year old  female
Patient Location:
Patient Type:Outpatient

Admitting Physician:
Admit Date:
Discharge Date:

| Exam | Accession Number | Exam Date/Time | Ordering Dr. |
|---|---|---|---|
| X-Ray Chest PA and Lateral | XR140277801 | 11/04/2014  2:10 PM | Daniel Benjamin Fore, MD |

**Reason For Exam**
None Specified

## Report Final

History:
Breast lump, breast mass

Reference study
No reference

Findings:
2 view chest provided for review.

The lungs are clear. No evidence of pulmonary edema or pleural effusion. The cardiac silhouette has normal appearance.

Impression:
Negative chest.

Electronically Signed By: HORRAS, RANDY JOSEPH on 11/4/2014  2:18 PM

Transcribed: Tue Nov 4, 2014 2:17:44 PM CST [lll]

Fax Server              11/4/2014 2:21:43 PM  PAGE   3/003   Fax Server


Willie, Emma (MRN 11272776)
The images in this case were personally reviewed by the radiologist above, and the report reflects his/her
interpretation.

Fax Server              11/17/2014 1:33:10 PM   PAGE    2/003   Fax Server

Willie, Emma (MRN 11272776)

 Baptist Memorial Hospital-DeSoto
7601 Southcrest Parkway
Southaven MS 38671

## Department Of Radiology

Patient:Willie, Emma
MRN:1C11272776
Account Number:5600089376
DOB/Age/Sex: 8/16/1963 51 year old female
Patient Location:DESH PERIOP SERVICES, Periop
DES, Periop
Patient Type:Outpatient

Admitting Physician:Daniel Benjamin Fore, MD
Admit Date:11/17/2014
Discharge Date:

| **Exam** | **Accession Number** | **Exam Date/Time** | **Ordering Dr.** |
|---|---|---|---|
| NM Identification Of Sentinel Node Tracer Injection | NM140301454 | 11/17/2014  1:03 PM | Daniel Benjamin Fore, MD |

**Reason For Exam**
Right breast cancer

## Report Final

Clinical Information:
Right breast carcinoma

Radiopharmaceutical
480 uCi Tc 99m filtered sulfur colloid intradermally

Procedure:
The skin around the right areola was prepped. Under aseptic technique
four intradermal injections were made in equal amounts. This is to
facilitate sentinel node biopsy in the operating room by the referring
physician. No images were obtained.

The images in this case were personally reviewed with the resident by
the radiologist named below, and the report reflects his/her
interpretation.

Electronically Signed By: ELLZEY, JOHN ANDREW on 11/17/2014  1:29 PM
Resident: Saleem, Umair, MD

Willie, Emma (MRN 11272776)

Transcribed: Mon Nov 17, 2014 1:09:49 PM CST [lll]

The images in this case were personally reviewed by the radiologist above, and the report reflects his/her interpretation.

**Patient:** Willie, Emma R    **DOB:** 08/16/1963    **Phone:** 662-562-6439
**Address:** P.O. Box 804, Senatobia, MS, US, 38668
**Claim Date:** 12/16/2014    **Encounter Date:** 12/01/2014
**Provider:** Fore, Daniel B

---

**Total Amount: $ 2045.00    Payments/Adjustments: $ 2045.00    Balance: $ 0.00**
**Claim Number:  7510          Filing Status:  PAID**

**ICD Codes:**

174.4 Malignant neoplasm of upper-outer quadrant of female breast.

**CPT Codes:**

| Code | Modifiers | Start Dt | End Dt | POS | TOS | Unit Fee | Units | Billed Fee |
|------|-----------|----------|--------|-----|-----|----------|-------|------------|
| 36561 PAC PLACEMENT | 79 | 12/01/2014 | 12/01/2014 | 22-OUTPATIENT HOSPITAL | 2-Surgical | $2,000.00 | 1.00 | $2,000.00 |
| 77001 FLUOROGUIDE FOR VEIN DEVICE | 79, 26 | 12/01/2014 | 12/01/2014 | 22-OUTPATIENT HOSPITAL | 4-Diagnostic X-Ray | $45.00 | 1.00 | $45.00 |

**Insurances:**

| Name | Group No | Subscriber No | Type | File Status |
|------|----------|---------------|------|-------------|
| BCBS | | YAX866051913M | C1 | |

**Payment:**

| From | Date | Type | Check No | Payment |
|------|------|------|----------|---------|
| BCBS | 12/29/2014 | EFT PAYMENT | 96-568940 | $855.00 |

**Claim Data:**

**Symptom Indicator:** First Symptom Date
**Symptom/Accident Date:** 12/01/2014

**Claim Header:**

**Residence Type:**
**Student Status:**
**Employment Status:**
**Primary Insurance:**
**Claim Type:** Medical

**Claim Log:**

12/16/2014   04:42 PM   Electronic Submission to Blue Cross Blue Shield

Summary View                                                      Page 1 of 2

**Patient:** Willie, Emma R    **DOB:** 08/16/1963    **Phone:** 662-562-6439
**Address:** P.O. Box 804, Senatobia, MS, US, 38668
**Claim Date:** 11/18/2014    **Encounter Date:** 11/17/2014
**Provider:** Fore, Daniel B

**Total Amount: $ 1960.00    Payments/Adjustments: $ 1960.00    Balance: $ 0.00**
**Claim Number:  7291        Filing Status:  Submitted**

**ICD Codes:**

174.9 Malignant neoplasm of breast (female), unspecified site.

196.3 Secondary and unspecified malignant neoplasm of lymph nodes of axilla and upper limb.

**CPT Codes:**

| Code | Modifiers | Start Dt | End Dt | POS | TOS | Unit Fee | Units | Billed Fee |
|---|---|---|---|---|---|---|---|---|
| 19302 P-MASTECTOMY W/LN REMOVAL | | 11/17/2014 | 11/17/2014 | 22-OUTPATIENT HOSPITAL | 2-Surgical | $1,690.00 | 1.00 | $1,690.00 |
| 38900 IO MAP OF SENT LYMPH NODE | | 11/17/2014 | 11/17/2014 | 22-OUTPATIENT HOSPITAL | 2-Surgical | $270.00 | 1.00 | $270.00 |

**Insurances:**

| Name | Group No | Subscriber No | Type | File Status |
|---|---|---|---|---|
| BCBS | | YAX866051913M | C1 | |

**Payment:**

| From | Date | Type | Check No | Payment |
|---|---|---|---|---|
| BCBS | 12/03/2014 | EFT PAYMENT | 96-563895 | $1,150.40 |
| Patient | 02/27/2015 | Check | autodraft | $50.00 |
| Patient | 03/31/2015 | Check | autodraft | $50.00 |
| Patient | 04/30/2015 | Check | autodraft | $50.00 |
| Patient | 05/29/2015 | Check | autodraft | $50.00 |
| Patient | 06/30/2015 | Check | autodraft | $50.00 |
| Patient | 07/30/2015 | Check | autodraft | $37.60 |

**Claim Data:**

**Symptom Indicator:** First Symptom Date

**Symptom/Accident Date:** 11/17/2014

**Claim Header:**

**Residence Type:**

**Student Status:**

**Employment Status:**

**Primary Insurance:**

**Claim Type:** Medical

**Claim Log:**

09/14/2020   10:53 AM   Printed HCFA 1500

09/14/2020   10:53 AM   Printed HCFA 1500

07/09/2015   00:17 PM   ePatientStatement Submitted

06/09/2015   00:43 PM   ePatientStatement Submitted

Case 2:16-md-02740-JTM-MBN   Document 12280-4   Filed 03/08/21   Page 34 of 44

| 05/18/2015 | 01:37 PM | ePatientStatement Submitted |
| 04/10/2015 | 01:05 PM | ePatientStatement Submitted |
| 03/11/2015 | 05:19 PM | ePatientStatement Submitted |
| 01/06/2015 | 02:09 PM | Printed patient statement |
| 12/10/2014 | 00:36 PM | ePatientStatement Submitted |
| 12/03/2014 | 09:00 AM | Printed patient statement |
| 11/24/2014 | 11:26 AM | Electronic Submission to Blue Cross Blue Shield |

**Patient:** Willie, Emma R    **DOB:** 08/16/1963    **Phone:** 662-562-6439
**Address:** P.O. Box 804, Senatobia, MS, US, 38668
**Claim Date:** 10/31/2014    **Encounter Date:** 10/31/2014
**Provider:** Fore, Daniel B

---

**Total Amount: $ 192.00    Payments/Adjustments: $ 192.00    Balance: $ 0.00**
**Claim Number:** 7217        **Filing Status:** PAID

**ICD Codes:**

174.4 Malignant neoplasm of upper-outer quadrant of female breast.

**CPT Codes:**

| Code | Modifiers | Start Dt | End Dt | POS | TOS | Unit Fee | Units | Billed Fee |
|------|-----------|----------|--------|-----|-----|----------|-------|-----------|
| 99243 Office Consultation Level 3 | | 10/31/2014 | 10/31/2014 | 11-OFFICE | 3-Consultation | $192.00 | 1.00 | $192.00 |

**Insurances:**

| Name | Group No | Subscriber No | Type | File Status |
|------|----------|---------------|------|-------------|
| BCBS | | YAX866051913M | C1 | |

**Payment:**

| From | Date | Type | Check No | Payment |
|------|------|------|----------|---------|
| Patient | 10/31/2014 | Credit Card (MASTER) | | $23.80 |
| BCBS | 11/13/2014 | EFT PAYMENT | 96-559125 | $95.20 |

**Claim Data:**

**Symptom Indicator:** First Symptom Date
**Symptom/Accident Date:** 10/31/2014

**Claim Header:**

**Residence Type:**
**Student Status:**
**Employment Status:**
**Primary Insurance:**
**Claim Type:** Medical

**Claim Log:**

10/31/2014  02:46 PM   Electronic Submission to Blue Cross Blue Shield

**General Surgery Of Southaven**
401 Southcrest Circle
Suite 210
Southaven, MS-386716719
Tel: 662-536-1944 Fax: 662-536-1947

# RECEIPT OF PAYMENT

Date: 07/30/2015

Received From: Willie, Emma R

**Amount:** 37.60    **Payment Type:** Check    **Check No:** autodraft **Payment Id:** 9114    **Check No:** autodraft

## Charges Detail

| Date | Code Description | Units | Fee | Payment |
|------|------------------|-------|------|---------|
| 11/17/2014 | 19302 P-MASTECTOMY W/LN REMOVAL | 1.00 | 1690.00 | |
| 11/17/2014 | 38900 IO MAP OF SENT LYMPH NODE | 1.00 | 270.00 | |
| 07/30/2015 | Patient Payment | | | 37.60 |
| | **Totals** | | **1960.00** | **37.60** |

## Account Balance Summary

Total Balance:           0.00
Patient Balance:         0.00
Insurance Balance:       0.00

**General Surgery Of Southaven**
401 Southcrest Circle
Suite 210
Southaven, MS-386716719
Tel: 662-536-1944 Fax: 662-536-1947

# RECEIPT OF PAYMENT

Date: 06/30/2015

Received From: Willie, Emma R

**Amount:** 50.00   **Payment Type:** Check   **Check No:**   autodraft**Payment Id:** 8885   **Check No:**
autodraft

## Charges Detail

| Date | Code Description | Units | Fee | Payment |
|------|------------------|-------|------|---------|
| 11/17/2014 | 19302 P-MASTECTOMY W/LN REMOVAL | 1.00 | 1690.00 | |
| 11/17/2014 | 38900 IO MAP OF SENT LYMPH NODE | 1.00 | 270.00 | |
| 06/30/2015 | Patient Payment | | | 50.00 |
| | **Totals** | | **1960.00** | **50.00** |

## Account Balance Summary

| | |
|---|---|
| Total Balance: | 0.00 |
| Patient Balance: | 0.00 |
| Insurance Balance: | 0.00 |

**General Surgery Of Southaven**
401 Southcrest Circle
Suite 210
Southaven, MS-386716719
Tel: 662-536-1944 Fax: 662-536-1947

# RECEIPT OF PAYMENT

Date: 05/29/2015

Received From: Willie, Emma R

**Amount:** 50.00    **Payment Type:** Check    **Check No:** autodraft **Payment Id:** 8630    **Check No:** autodraft

## Charges Detail

| Date | Code Description | Units | Fee | Payment |
|------|------------------|-------|-----|---------|
| 11/17/2014 | 19302 P-MASTECTOMY W/LN REMOVAL | 1.00 | 1690.00 | |
| 11/17/2014 | 38900 IO MAP OF SENT LYMPH NODE | 1.00 | 270.00 | |
| 05/29/2015 | Patient Payment | | | 50.00 |
| | **Totals** | | **1960.00** | **50.00** |

## Account Balance Summary

Total Balance:        0.00
Patient Balance:      0.00
Insurance Balance:    0.00

Page 1 of 1

***General Surgery Of Southaven***
401 Southcrest Circle
Suite 210
Southaven, MS-386716719
Tel: 662-536-1944 Fax: 662-536-1947

# RECEIPT OF PAYMENT

Date: 04/30/2015

Received From: Willie, Emma R

**Amount:** 50.00   **Payment Type:** Check   **Check No:** autodraft**Payment Id:** 8381   **Check No:** autodraft

## Charges Detail

| Date | Code Description | Units | Fee | Payment |
|---|---|---|---|---|
| 11/17/2014 | 19302 P-MASTECTOMY W/LN REMOVAL | 1.00 | 1690.00 | |
| 11/17/2014 | 38900 IO MAP OF SENT LYMPH NODE | 1.00 | 270.00 | |
| 04/30/2015 | Patient Payment | | | 50.00 |
| | **Totals** | | **1960.00** | **50.00** |

## Account Balance Summary

Total Balance:        0.00
Patient Balance:      0.00
Insurance Balance:    0.00

Page 1 of 1

***General Surgery Of Southaven***
401 Southcrest Circle
Suite 210
Southaven, MS-386716719
Tel: 662-536-1944 Fax: 662-536-1947

# RECEIPT OF PAYMENT

Date: 03/31/2015

Received From: Willie, Emma R

**Amount:** 50.00     **Payment Type:** Check     **Check No:** autodraft**Payment Id:** 8163     **Check No:** autodraft

## Charges Detail

| Date | Code Description | Units | Fee | Payment |
|------|------------------|-------|-----|---------|
| 11/17/2014 | 19302 P-MASTECTOMY W/LN REMOVAL | 1.00 | 1690.00 | |
| 11/17/2014 | 38900 IO MAP OF SENT LYMPH NODE | 1.00 | 270.00 | |
| 03/31/2015 | Patient Payment | | | 50.00 |
| | **Totals** | | **1960.00** | **50.00** |

## Account Balance Summary

| | |
|---|---|
| Total Balance: | 0.00 |
| Patient Balance: | 0.00 |
| Insurance Balance: | 0.00 |

***General Surgery Of Southaven***
401 Southcrest Circle
Suite 210
Southaven, MS-386716719
Tel: 662-536-1944 Fax: 662-536-1947

# RECEIPT OF PAYMENT

Date: 02/27/2015

Received From: Willie, Emma R

**Amount:** 50.00      **Payment Type:** Check     **Check No:**  autodraft**Payment Id:** 7924     **Check No:**
autodraft
## Charges Detail

| Date | Code Description | Units | Fee | Payment |
|------|-----------------|-------|------|---------|
| 11/17/2014 | 19302 P-MASTECTOMY W/LN REMOVAL | 1.00 | 1690.00 | |
| 11/17/2014 | 38900 IO MAP OF SENT LYMPH NODE | 1.00 | 270.00 | |
| 02/27/2015 | Patient Payment | | | 50.00 |
| | **Totals** | | **1960.00** | **50.00** |

## Account Balance Summary

| | |
|---|---|
| Total Balance: | 0.00 |
| Patient Balance: | 0.00 |
| Insurance Balance: | 0.00 |

eRemittance - BLUE CROSS BLUE SHIELD OF MS                    Page 1 of 1

eRemittance - BLUE CROSS BLUE SHIELD OF MS

Payee :GENERAL SURGERY OF SOUTHAVEN (205347719 )          Date: 11/26/2014
                                                          NPI: 1164535415
                                                          TIN: FOO1164535415
Payor : BLUE CROSS BLUE SHIELD OF MS (1640295748 ) , () , ()    Reference ID: 96-563895
PO BOX 1043                                               Amount: $2468.00
JACKSON  MS  392151043

## Explanation of Payment

---------------------------------------------------------------------------------------

Claims:    1

(1)

| Patient Name | **WILLIE EMMA R** | Patient ID | YAX866051913M | Claim Status | 1 |
| Subscriber Name | - | Payer Claim ID | 432846073 | Claim Amount | $1960.00 |
| Provider Name | FORE DANIEL B MD | Provider Claim ID | 7291 | Paid Amount | $1150.40 |
| Claim Statement Dates | 11/17/2014 - 11/17/2014 | Received Date | - | Pt Responsibility | $287.60 |

Claim Status Description : Processed as Primary

| Serv Date | Units | Serv Code | Billed | Paid | Allowed | Adjustments |
|-----------|-------|-----------|--------|------|---------|-------------|
| 11/17/2014 - 11/17/2014 | 1 | HC:19302 | $1690.00 | $978.40 | $1223.00 | CO-45: $467.00  PR-2: $244.60 |
| 11/17/2014 - 11/17/2014 | 1 | HC:38900 | $270.00 | $172.00 | $215.00 | CO-45: $55.00  PR-2: $43.00 |

---------------------------------------------------------------------------------------

Adjustment Group Codes
CO : Contractual Obligations
PR : Patient Responsibility

Adjustment Reason Codes
2  : Coinsurance Amount
45 : Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. (Use Group
     Codes PR or CO depending upon liability).

---------------------------------------------------------------------------------------

eRemittance - BLUE CROSS BLUE SHIELD OF MS                                      Page 1 of 1

eRemittance - BLUE CROSS BLUE SHIELD OF MS

Payee :GENERAL SURGERY OF SOUTHAVEN (205347719 )              Date: 11/26/2014
                                                             NPI: 1164535415
                                                             TIN: FOO1164535415
                                                             Reference ID: 96-563895
Payor : BLUE CROSS BLUE SHIELD OF MS (1640295748 ) , () , ()   Amount: $2468.00
PO BOX 1043
JACKSON MS 392151043

## Explanation of Payment

-------------------------------------------------------------------------------------

Claims:    1

(1)

| Patient Name | **WILLIE EMMA R** | Patient ID | YAX866051913M | Claim Status | 1 |
| Subscriber Name | - | Payer Claim ID | 432846073 | Claim Amount | $1960.00 |
| Provider Name | FORE DANIEL B MD | Provider Claim ID | 7291 | Paid Amount | $1150.40 |
| Claim Statement Dates | 11/17/2014 - 11/17/2014 | Received Date | - | Pt Responsibility | $287.60 |

Claim Status Description : Processed as Primary

| Serv Date | Units | Serv Code | Billed | Paid | Allowed | Adjustments |
|-----------|-------|-----------|--------|------|---------|-------------|
| 11/17/2014 - 11/17/2014 | 1 | HC:19302 | $1690.00 | $978.40 | $1223.00 | CO-45: $467.00  PR-2: $244.60 |
| 11/17/2014 - 11/17/2014 | 1 | HC:38900 | $270.00 | $172.00 | $215.00 | CO-45: $55.00  PR-2: $43.00 |

-------------------------------------------------------------------------------------

Adjustment Group Codes
CO : Contractual Obligations
PR : Patient Responsibility

Adjustment Reason Codes
2  : Coinsurance Amount
45 : Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. (Use Group
     Codes PR or CO depending upon liability).

-------------------------------------------------------------------------------------

Summary View                                                              Page 1 of 1

**Patient:** Willie, Emma R   **DOB:** 08/16/1963   **Phone:** 662-562-6439
**Address:** P.O. Box 804, Senatobia, MS, US, 38668
**Claim Date:** 12/16/2014   **Encounter Date:** 12/01/2014
**Provider:** Fore, Daniel B

**Total Amount:** $ 2045.00   **Payments/Adjustments:** $ 2045.00   **Balance:** $ 0.00
**Claim Number:** 7510   **Filing Status:** PAID

**ICD Codes:**

174.4 Malignant neoplasm of upper-outer quadrant of female breast.

**CPT Codes:**

| Code | Modifiers | Start Dt | End Dt | POS | TOS | Unit Fee | Units | Billed Fee |
|------|-----------|----------|--------|-----|-----|----------|-------|------------|
| 36561 PAC PLACEMENT | 79 | 12/01/2014 | 12/01/2014 | 22-OUTPATIENT HOSPITAL | 2-Surgical | $2,000.00 | 1.00 | $2,000.00 |
| 77001 FLUOROGUIDE FOR VEIN DEVICE | 79, 26 | 12/01/2014 | 12/01/2014 | 22-OUTPATIENT HOSPITAL | 4-Diagnostic X-Ray | $45.00 | 1.00 | $45.00 |

**Insurances:**

| Name | Group No | Subscriber No | Type | File Status |
|------|----------|---------------|------|-------------|
| BCBS | | YAX866051913M | C1 | |

**Payment:**

| From | Date | Type | Check No | Payment |
|------|------|------|----------|---------|
| BCBS | 12/29/2014 | EFT PAYMENT | 96-568940 | $855.00 |

**Claim Data:**

**Symptom Indicator:** First Symptom Date
**Symptom/Accident Date:** 12/01/2014

**Claim Header:**

**Residence Type:**
**Student Status:**
**Employment Status:**
**Primary Insurance:**
**Claim Type:** Medical

**Claim Log:**

12/16/2014  04:42 PM   Electronic Submission to Blue Cross Blue Shield