# EXHIBIT D



## 05/11/2015 - RadOnc Weekly Check in Baptist Memorial Hospital DeSoto Radiation Oncology

**Progress Notes**

**RadOnc Progress Note by Jacquelyn Morgan, RN at 5/11/2015 4:20 PM**

Author: Jacquelyn Morgan, RN | Service: Radiation Oncology | Author Type: Registered Nurse
Filed: 5/11/2015 4:25 PM | Date of Service: 5/11/2015 4:20 PM | Creation Time: 5/11/2015 4:20 PM
Status: Signed | Editor: Jacquelyn Morgan, RN (Registered Nurse)

Tolerated first radiation therapy treatment well. She is exercising her right arm daily. She has stiffness in her arm and trace lymphedema. She has discussed wearing a sleeve with Dr. Patil.

Electronically signed by Jacquelyn Morgan, RN at 5/11/2015 4:25 PM

**RadOnc Progress Note by Gregory William Cotter, MD at 5/11/2015 5:46 PM**

Author: Gregory William Cotter, MD | Service: Radiation Oncology | Author Type: Physician
Filed: 5/11/2015 5:49 PM | Date of Service: 5/11/2015 5:46 PM | Creation Time: 5/11/2015 5:46 PM
Status: Signed | Editor: Gregory William Cotter, MD (Physician)

BAPTIST
CANCER CENTER

**Radiation Oncology Progress Note**

BAPTIST MEMORIAL HOSPITAL DESOTO
7601 Southcrest Parkway
Southaven, MS 38671

**CPT**: 77427/77431

**Date of Service:** 5/11/2015

**PATIENT IDENTIFICATION:**
**Patient Name:** Emma Willie
**MRN:** 11272776
**DOB:** 8/16/1963

**DIAGNOSIS:**
**Specialty Problems**

Radiation Oncology Problems
**Breast cancer of upper-outer quadrant of right female breast**

**TREATMENT DELIVERY:** Ms. Willie has received 180 cGy out of a planned 6040 cGy of radiation therapy to the right breast.
**Recent Results (from the past 2 hour(s))**
**RADONC TX SESSIONS**
*Collection Time*
*05/11/15 4:07 PM*

EXHIBIT
0007



Baptist Memorial Hospital - DeSoto
7601 Southcrest Parkway
Southaven MS 38671-4739

Willie, Emma
MRN: 11272776, DOB: 8/16/1963, Sex: F
Adm: 5/11/2015, D/C: 5/11/2015

**05/11/2015 - RadOnc Weekly Check in Baptist Memorial Hospital DeSoto Radiation Oncology (continued)**

**Progress Notes (continued)**

| Result | Value | Ref Range |
|---|---|---|
| Course Name | C1 | |
| Plan ID | rt sclav_FiF | |
| Fractions Prescribed | 28 | |
| Fractions Treated | 1 | |
| Machine ID | 21EX DESOTO | |
| Energy | 6X | |
| Total Dose Limit | 5040 | |
| Last Treatment | 201505111607 | |

RADONC TX SESSIONS

*Collection Time*

*05/11/15 4:07 PM*

| Result | Value | Ref Range |
|---|---|---|
| Course Name | C1 | |
| Plan ID | tangents_FiF | |
| Fractions Prescribed | 28 | |
| Fractions Treated | 1 | |
| Machine ID | 21EX DESOTO | |
| Energy | 6X | |
| Total Dose Limit | 5040 | |
| Last Treatment | 201505111607 | |

**SYSTEMIC THERAPY:** None

**SUBJECTIVE:** Ms. Willie is doing well today and has no new complaints.

**PAIN :** no pain

**NUTRITION:** Adequate on regular food

**SWALLOWING:** swallowing adequately

**BREATHING:** no breathing problems

**NAUSEA:** none

**DIARRHEA:** none

**OBJECTIVE**

**VITAL SIGNS:** Wt 202 lb (91.627 kg)

**PHYSICAL EXAM:** There is no skin reaction in the treated area. Cranial nerves II-XII are grossly intact, strength 5/5 in all extremities, extremity sensation is intact, No mucositis or thrush in oral cavity or oropharynx, No cervical or supraclavicular adenopathy, Lungs are clear to auscultation bilaterally and Abdomen is soft, nontender and nondistended. Normal and active bowel sounds..

**CHART REVIEW:** The patient's chart, port images and dose were checked.

**ASSESSMENT:** Stable with symptoms as above.

Generated on 3/18/20 5:00 PM Page 77
Willie, Emma PPR 000136



Baptist Memorial Hospital - DeSoto
7601 Southcrest Parkway
Southaven MS 38671-4739

Willie, Emma
MRN: 11272776, DOB: 8/16/1963, Sex: F
Adm: 5/11/2015, D/C: 5/11/2015

**05/11/2015 - RadOnc Weekly Check in Baptist Memorial Hospital DeSoto Radiation Oncology (continued)**

**Progress Notes (continued)**

**PLAN:** Continue radiation therapy as previously planned.

Electronically signed by Gregory William Cotter, MD at 5/11/2015 5:49 PM

Generated on 3/18/20 5:00 PM

Page 78

Willie, Emma PPR 000137



Baptist Memorial Hospital - DeSoto
7601 Southcrest Parkway
Southaven MS 38671-4739

Willie, Emma
MRN: 11272776, DOB: 8/16/1963, Sex: F
Adm: 5/11/2015, D/C: 5/11/2015

# 05/11/2015 - Radiation Therapy Visit in Baptist Cancer Center - Desoto Radiation Oncology

## Visit Information

### Admission Information

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | | Admit Date/Time: | 05/11/2015 1557 | IP Adm. Date/Time: | |
| Admission Type: | | Point of Origin: | | Admit Category: | |
| Means of Arrival: | | Primary Service: | | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | DESOTO SERVICE AREA | Unit: | Baptist Cancer Center - Desoto Radiation Oncology |
| Admit Provider: | | Attending Provider: | | Referring Provider: | Martha M Clinton, NP |

### Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 05/11/2015 2359 | Home | None | None | Baptist Cancer Center - Desoto Radiation Oncology |

## Events

### Hospital Outpatient at 5/11/2015 1557

Unit: Baptist Cancer Center - Desoto Radiation Oncology

### Discharge at 5/11/2015 2359

Unit: Baptist Cancer Center - Desoto Radiation Oncology

## Medication List

### Medication List

This visit has been closed. A record of the med list at the time of the visit is not available.