# EXHIBIT E



Baptist Memorial Hospital - DeSoto
7601 Southcrest Parkway
Southaven MS 38671-4739

Willie, Emma
MRN: 11272776, DOB: 8/16/1963, Sex: F
Adm: 6/22/2015, D/C: 6/22/2015

## 06/22/2015 - RadOnc Weekly Check in Baptist Memorial Hospital DeSoto Radiation Oncology

### Progress Notes

**RadOnc Progress Note by Jacquelyn Morgan, RN at 6/22/2015 4:47 PM**

Author: Jacquelyn Morgan, RN    Service: Radiation Oncology    Author Type: Registered Nurse
Filed: 6/22/2015 4:48 PM    Date of Service: 6/22/2015 4:47 PM    Creation Time: 6/22/2015 4:47 PM
Status: Signed    Editor: Jacquelyn Morgan, RN (Registered Nurse)

Skin to right axilla with moist desquamation. She is using aquaphor ointment, xeroform gauze and silvadene to impaired area. She takes tylenol for pain.

Electronically signed by Jacquelyn Morgan, RN at 6/22/2015 4:48 PM

### All Other Notes

**RadOnc On Treatment Note**

**Rameses Lumumba Sroufe, MD at 6/22/2015 4:54 PM**

Author: Rameses Lumumba Sroufe, MD    Service: Radiation Oncology    Author Type: Physician
Filed: 6/22/2015 4:55 PM    Date of Service: 6/22/2015 4:54 PM    Creation Time: 6/22/2015 4:54 PM
Status: Signed    Editor: Rameses Lumumba Sroufe, MD (Physician)



## DEPARTMENT OF RADIATION ONCOLOGY - DESOTO

## WEEKLY TREATMENT NOTE

**CPT**: 77427/77431

**Date of Service:** 6/22/2015

**PATIENT IDENTIFICATION:**
  **Patient Name:** Emma Willie
  **MRN:** 11272776
  **DOB:** 8/16/1963

Specialty Problems

  Radiation Oncology Problems
    **Breast cancer of upper-outer quadrant of right female breast**

**Treatment Delivery:** Ms. Willie has received 5240cGy out of a planned 6040cGy of radiation therapy to the right breast with 4 fractions remaining.

**SUBJECTIVE:** Ms. Willie complains of pain in the right breast. Denies breathing difficulty

  **Pain Assessment:** moderate



EXHIBIT
0008

Case 2:16-md-02740-JTM-MBN   Document 12280-6   Filed 03/08/21   Page 3 of 5



| Baptist Memorial Hospital - DeSoto<br>7601 Southcrest Parkway<br>Southaven MS 38671-4739 | Willie, Emma<br>MRN: 11272776, DOB: 8/16/1963, Sex: F<br>Adm: 6/22/2015, D/C: 6/22/2015 |
|---|---|

**06/22/2015 - RadOnc Weekly Check in Baptist Memorial Hospital DeSoto Radiation Oncology (continued)**

**All Other Notes (continued)**

**Nutrition:** tolerating a full diet

## OBJECTIVE

**Vital Signs:** There were no vitals taken for this visit.

**Physical Exam:** There is hyperpigmentation and moist desquamation in the treated area. Lungs are clear to auscultation bilaterally.

**Chart Review:** The patient's chart, port images and dose were checked.

**ASSESSMENT:** Stable with above symptoms.

**PLAN:** I will continue radiation therapy as previously planned. The patient was given a prescription(s) for Tylenol # 3.

Electronically signed by Rameses Lumumba Sroufe, MD at 6/22/2015  4:55 PM

Generated on 3/18/20  5:00 PM

Page 36

Willie, Emma PPR 000095

Case 2:16-md-02740-JTM-MBN Document 12280-6 Filed 03/08/21 Page 4 of 5



Baptist Memorial Hospital - DeSoto
7601 Southcrest Parkway
Southaven MS 38671-4739

Willie, Emma
MRN: 11272776, DOB: 8/16/1963, Sex: F
Adm: 6/22/2015, D/C: 6/22/2015

## 06/22/2015 - Radiation Therapy Visit in Baptist Cancer Center - Desoto Radiation Oncology

### Visit Information

#### Admission Information

| | | | |
|---|---|---|---|
| Arrival Date/Time: | Admit Date/Time: 06/22/2015 1545 | IP Adm. Date/Time: | |
| Admission Type: | Point of Origin: | Admit Category: | |
| Means of Arrival: | Primary Service: | Secondary Service: | N/A |
| Transfer Source: | Service Area: DESOTO SERVICE AREA | Unit: | Baptist Cancer Center - Desoto Radiation Oncology |
| Admit Provider: | Attending Provider: | Referring Provider: | Martha M Clinton, NP |

#### Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 06/22/2015 2359 | Home | None | None | Baptist Cancer Center - Desoto Radiation Oncology |

### Events

#### Hospital Outpatient at 6/22/2015 1545

Unit: Baptist Cancer Center - Desoto Radiation Oncology

#### Discharge at 6/22/2015 2359

Unit: Baptist Cancer Center - Desoto Radiation Oncology

### Medication List

#### Medication List

This visit has been closed. A record of the med list at the time of the visit is not available.

Generated on 3/18/20 5:00 PM     Page 37
Willie, Emma PPR 000096



| Baptist Memorial Hospital - DeSoto | Willie, Emma |
| --- | --- |
| 7601 Southcrest Parkway | MRN: 11272776, DOB: 8/16/1963, Sex: F |
| Southaven MS 38671-4739 | Adm: 6/22/2015, D/C: 6/22/2015 |

## 06/22/2015 - RadOnc Monthly Appointment in Baptist Memorial Hospital DeSoto Radiation Oncology

### Visit Information

#### Admission Information

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Arrival Date/Time: | | Admit Date/Time: | 06/22/2015 1545 | IP Adm. Date/Time: | |
| Admission Type: | Elective | Point of Origin: | Physician Office Or Clinic | Admit Category: | |
| Means of Arrival: | | Primary Service: | | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | DESOTO SERVICE AREA | Unit: | Baptist Memorial Hospital DeSoto Radiation Oncology |
| Admit Provider: | | Attending Provider: | Rameses Lumumba Sroufe, MD | Referring Provider: | Sadanand Ishwarappa Patil, MD |

#### Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
| --- | --- | --- | --- | --- |
| 06/22/2015 2359 | Home | None | None | Baptist Memorial Hospital DeSoto Radiation Oncology |

### Treatment Team

| Provider | Service | Role | Specialty | From | To |
| --- | --- | --- | --- | --- | --- |
| Rameses Lumumba Sroufe, MD | ---- | Attending Provider | Radiation Oncology | 06/19/15 0928 | ---- |

### Events

#### Hospital Outpatient at 6/22/2015 1545

Unit: Baptist Memorial Hospital DeSoto Radiation Oncology
Patient class: Radiation/Oncology Series

#### Discharge at 6/22/2015 2359

Unit: Baptist Memorial Hospital DeSoto Radiation Oncology
Patient class: Radiation/Oncology Series

### Medication List

#### Medication List

This visit has been closed. A record of the med list at the time of the visit is not available.