# EXHIBIT F

## Taxotere Rule 26 Report

By: Linda D Bosserman, MD, FACP, FASCO
    Medical Oncologist and Breast Cancer Specialist
    City of Hope Medical Group
    1500 Duarte Road, Building 170, Office 1007
    Duarte, CA 91010

**Biography**

My name is Linda Bosserman, MD, FACP, FASCO, and I am an Assistant Clinical Professor, medical oncologist and value-based care leader at City of Hope. In addition to having served on the American Society of Clinical Oncology (ASCO) Board of Directors, I currently serve on the Clinical Practice Committee, the Practice Guidelines Implementation Network and the Pathways Task Force. I have been an ASCO member since 1990 and have served on the Public Issues Committee, Quality Care Symposium and Oncology Practice Conference Planning Committees, and I will serve as the chair of the 2019 Oncology Practice Conference.

I have served as Chief Quality Officer and Chief Medical Officer for the Cancer Clinics of Excellence; Secretary and Board of Directors member of the Community Oncology Alliance; Chair of the Cancer Committee for the San Antonio Community Hospital; Director of the Psycho-Social Oncology, and Comprehensive Breast Programs; then as Associate and Medical Director of the Robert and Beverly Lewis Family Cancer Care Center in Pomona, California. I served on the Board of Directors for the California American Cancer Society and chaired their state-wide Breast Cancer Committee. I participated in the White House Physician Forum on Health Reform in 2009 and in many clinical research trials, primarily for breast cancer.

I received my undergraduate degree in biochemistry with highest honors from the University of California, Berkeley, and my medical degree from Stanford University. I performed my internship and residency at Stanford University Hospital and did my oncology fellowship at

1

**Breast Cancer Neoadjuvant or Adjuvant Therapy Choices are a Shared Decision Between the Medical Oncologist and the Patient with Input from the Surgical Oncologist and Radiation Oncologist.**

After diagnosis, patients are faced with a number of important decisions to make about the treatment of early stage breast cancer. It may be supposed by patients who have not been through the diagnostic and treatment process that these decisions are routinely made by oncologists because of their training background and experience. Certainly, the oncologist has the medical knowledge which is an indispensable part of the decision-making process; however the final care plan decisions are ultimately made by patients with their clinicians after the pros and cons of the available options are accurately explained to them. The NCCN Guidelines for Patients, Breast Cancer Stages 1 and 2, centralizes the role of the patient in making decisions about her breast cancer care: "In shared decision-making, you and your doctors share information, weigh the options, and agree on a treatment plan." In that way decisions can be made that are "in line with your beliefs, wishes, and values."[5]

---

[5] NCCN, *NCCN Guidelines for Patients: Breast Cancer, Early-Stage, Stages I and II* (version 1.2016), *available at* https://www.nccn.org/patients/guidelines/stage_i_ii_breast/index.html#92, Ch. 9, pages 88-89.

11

Chemotherapy regimens have different risk benefit profiles. Generally, the regimens with Taxotere/docetaxel or Taxol/paclitaxel and anthracyclines are considered the most effective for adjuvant treatment of early breast cancer. However, anthracyclines have greater cardiac toxicity risk than other chemotherapy drugs, and their use in the standard breast cancer regimens has a rare but lethal risk of secondary leukemia. Some of the alternatives that do not use anthracyclines and Taxol/paclitaxel or Taxotere/docetaxel are somewhat less effective but still significantly reduce the risk of recurrent breast cancer. Chemotherapy regimens that do not have anthracyclines or taxanes, when combined with endocrine therapy, have only slightly reduced effectiveness. Even first-generation regimens such as CMF, which has slightly reduced effectiveness, can be a reasonable patient choice and is associated with a lower risk of hair loss. As noted in the NCCN Guidelines, use of CMF remains within the standard of practice. This highlights the need for a meaningful informed consent process so that patients can make a decision for therapy that is the most reasonable for them.

**AC-T & TAC**

Taxotere/docetaxel and Taxol/paclitaxel are both taxanes. Clinical trials have demonstrated that Taxotere and Taxol are equally effective in the treatment of breast cancer.[15]

---

[15] Michele De Laurentiis et al., *Taxane-Based Combinations as Adjuvant Chemotherapy of Early Breast Cancer: A Meta-Analysis of Randomized Trials*, 26 J CLIN ONCOL 44 (2008); Wei-Xiang Qi et al., *Paclitaxel-Based Versus Docetaxel-Based Regimens in Metastatic Breast Cancer: A Systematic Review*, 29:2 CURRENT MED. RESEARCH & OPINION 117 (2013); Joseph A. Sparano et al., *Weekly Paclitaxel in the Adjuvant Treatment of Breast Cancer*, 358 N. ENGL. J. MED. 1663 (2008) (also note letters to editor and author reply NEJM July 17, 2008 & Figure corrections NEJM July 3, 2008); Joseph A. Sparano et al., *Long-Term Follow-Up of the E1199 Phase III Trial Evaluating the Role of Taxane and Schedule in Operable Breast Cancer*, 33 J. CLIN. ONCOL. 2353 (2015).

2) That given the option of several alternative choices for adjuvant care with relatively similar differences in efficacy profiles, yet significantly different toxicity profiles, the patients would have had the opportunity to select among several alternatives that did not present the proven risk of PCIA associated with the use of Taxotere.

3) Had the risk of PCIA been communicated to medical oncologists they would have had the option in their professional judgement to offer the use of cold caps to patients who choose Taxotere regimens.

Date: 11/9/2018

Linda D Bosserman, MD, FACP, FASCO