# EXHIBIT H



| Baptist Memorial Hospital - DeSoto | Willie, Emma |
|---|---|
| 7601 Southcrest Parkway | MRN: 11272776, DOB: 8/16/1963, Sex: F |
| Southaven MS 38671-4739 | Adm: 4/21/2015, D/C: 4/21/2015 |

## 04/21/2015 - RadOnc Consult in Baptist Memorial Hospital DeSoto Radiation Oncology

**Consult**

### RadOnc Consult Note by Rameses Lumumba Sroufe, MD at 4/21/2015 2:09 PM

| Author: Rameses Lumumba Sroufe, MD | Service: Radiation Oncology | Author Type: Physician |
|---|---|---|
| Filed: 4/28/2015 4:05 PM | Date of Service: 4/21/2015 2:09 PM | Creation Time: 4/27/2015 9:09 AM |
| Status: Signed | Editor: Rameses Lumumba Sroufe, MD (Physician) | |



# DEPARTMENT OF RADIATION ONCOLOGY - DESOTO

# CONSULTATION NOTE

**CPT:** 99245

**Date of Service:** 4/21/2015

**Consultation Requested by:** Patil, Sadanand Ishwara* MD

**PATIENT IDENTIFICATION:**
   **Patient Name:** Emma Willie
   **MRN:** 11272776
   **DOB:** 8/16/1963

**Reason for Visit:**
1. **Breast cancer of upper-outer quadrant of right female breast**

**HISTORY OF PRESENT ILLNESS:** Thank you for the referral of Ms. Willie to our department. She is a 51 y.o. female who had a routine screening mammogram which showed a suspicious lesion in the right breast. On 10/15/14 she underwent a biopsy of the lesion in the upper outer quadrant which confirmed infiltrating ductal carcinoma. She went on to have a wire localized lumpectomy and sentinel lymph node biopsy on 11/17/14. Pathology showed moderately differentiated infiltrating ductal carcinoma measuring 9.5mm, grade 2 with associated DCIS, all margins were negative, 1 out of 4 sentinel lymph nodes were positive for macrometastasis. The tumor was ER/PR positive, Her2neu negative. She has been referred to me for consideration of postoperative radiation therapy.

**Past Medical History**

| Diagnosis | Date |
|---|---|
| Hypertension | |
| High cholesterol | |
| Hay fever | |
| Cancer | |
| Breast cancer | |

**Past Surgical History**

| Procedure | Laterality | Date |
|---|---|---|
| Cesarean section | | |
| Breast biopsy | Right | 2014 |
| Hysterectomy | | 2007 |



| Baptist Memorial Hospital - DeSoto | Willie, Emma |
|---|---|
| 7601 Southcrest Parkway | MRN: 11272776, DOB: 8/16/1963, Sex: F |
| Southaven MS 38671-4739 | Adm: 4/21/2015, D/C: 4/21/2015 |

## 04/21/2015 - RadOnc Consult in Baptist Memorial Hospital DeSoto Radiation Oncology (continued)

**Consult (continued)**

### Social History
- Marital Status:                    Married
    - Spouse Name:                   N/A
    - Number of Children:            N/A
- Years of Education:                14

### Occupational History
- cafeteria worker                   Tate Co Schools

### Social History Main Topics
- Smoking status:                    Never Smoker
- Smokeless tobacco:                 Never Used
- Alcohol Use:                       No
- Drug Use:                          No
- Sexual Activity:                   Not on file

### Other Topics                                                    Concern
- Not on file

### Social History Narrative
- No narrative on file


**REVIEW OF SYSTEMS:**
Constitutional: negative for fever, chills, or weight changes
HEENT:  negative for hearing loss, rhinitis, epistaxis, sore throat, swallowing difficulty
Cardiovascular:  negative for chest pain, palpitations
Respiratory: negative for cough, dyspnea, hemoptysis
Gastrointestinal:  negative for dysphagia, regurgitation, nausea, vomiting, or diarrhea
Genitourinary: negative for dysuria, hematuria, frequency
Musculoskeletal: negative for bone or joint pain
Integumentary: negative for rash or pruritus
Endocrine: negative for heat or cold intolerance
Hematologic/Lymphatics: negative for easy bruising or bleeding
Neurological:  negative for headaches, seizures, focal weakness or numbness
Psychiatric: negative for mood changes or memory problems


**PHYSICAL EXAM:**
Vital Signs: BP 140/63 | Pulse 117 | Temp(Src) 98.8 °F (37.1 °C) (Oral) | Ht 5' 7" (1.702 m) | Wt 205 lb 4.8 oz (93.123 kg) | BMI 32.15 kg/m2 | SpO2 96%
General appearance: alert, cooperative and resting comfortably
Neck: no adenopathy and supple, symmetrical, trachea midline
Lungs: clear to auscultation bilaterally
Breasts: well healed lumpectomy scar in the upper outer quadrant and sentinel lymph node biopsy scar, no suspicious masses in either breast or axillae
Heart: regular rate and rhythm, S1, S2 normal, no murmur, click, rub or gallop
Abdomen:  soft, nontender, nondistended, bowel sounds active all four quadrants.


**ASSESSMENT:**
In summary, Ms. Willie is a 51 y.o. female with T1bN1aM0 infiltrating ductal carcinoma of the upper outer quadrant of



| Baptist Memorial Hospital - DeSoto<br>7601 Southcrest Parkway<br>Southaven MS 38671-4739 | Willie, Emma<br>MRN: 11272776, DOB: 8/16/1963, Sex: F<br>Adm: 4/21/2015, D/C: 4/21/2015 |

## 04/21/2015 - RadOnc Consult in Baptist Memorial Hospital DeSoto Radiation Oncology (continued)

### Consult (continued)

the right breast s/p lumpectomy and sentinel lymph node biopsy here for consideration of postoperative radiation therapy.

### PLAN:
The patient has had breast conserving surgery and will now benefit from postoperative radiation therapy to reduce local recurrence. Radiation therapy will be directed to the whole right breast and undissected axillae and supraclavicular area due to the positive sentinel lymph node.

The rationale for and details of simulation and day to day therapy were reviewed. The side effects of radiation therapy, including skin irritation, low blood counts, fatigue, lung damage were described.

Treatment recommendations are to treat the right breast and supraclavicular fossa to a dose of 5040 cGy in 28 fractions over an elapsed time of 5 weeks, followed a boost to the lumpectomy cavity for an additional 1000cGy in 5 fractions for a total of 6040cGy in 33 fractions. CT simulation will be performed later this week for radiation therapy planning, with treatment likely to begin shortly thereafter.

All of the patient's concerns were addressed, and all of her questions were answered to her satisfaction.

Thank you again for the referral of this patient to our department.

### SUBMITTED BY:
Rameses Lumumba Sroufe, M.D.
4/27/2015, 9:10 AM

Electronically signed by Rameses Lumumba Sroufe, MD at 4/28/2015  4:05 PM

### All Other Notes

#### Addendum Note

**Rameses Lumumba Sroufe, MD at 4/27/2015  9:59 AM**

| Author: Rameses Lumumba Sroufe, MD | Service: Radiation Oncology | Author Type: Physician |
| Filed: 4/27/2015  9:59 AM | Date of Service: 4/27/2015  9:59 AM | Creation Time: 4/27/2015  9:59 AM |
| Status: Signed | Editor: Rameses Lumumba Sroufe, MD (Physician) | |

Encounter added by: Rameses Lumumba Sroufe, MD on: 4/27/2015  9:59 AM<BR>    Documentation filed: Clinical Notes, Visit Diagnoses

Electronically signed by Rameses Lumumba Sroufe, MD at 4/27/2015  9:59 AM

**Rameses Lumumba Sroufe, MD at 4/28/2015  4:05 PM**

| Author: Rameses Lumumba Sroufe, MD | Service: Radiation Oncology | Author Type: Physician |
| Filed: 4/28/2015  4:05 PM | Date of Service: 4/28/2015  4:05 PM | Creation Time: 4/28/2015  4:05 PM |
| Status: Signed | Editor: Rameses Lumumba Sroufe, MD (Physician) | |

Encounter added by: Rameses Lumumba Sroufe, MD on: 4/28/2015  4:05 PM<BR>    Documentation filed: LOS Section, Clinical Notes

Electronically signed by Rameses Lumumba Sroufe, MD at 4/28/2015  4:05 PM