# EXHIBIT B

Page 1

1          UNITED STATES DISTRICT

           EASTERN DISTRICT OF LOUISIANA

2

3     CINDY L. SMITH

4          PLAINTIFF,

5          V.                    CASE NO. 2:18-cv-07702

6     SANOFI US SERVICES, INC. F/K/A

      SANOFI-AVENTIS U.S., INC. AND

7     SANOFI-AVENTIS U.S. LLC, ET AL.

8          DEFENDANTS.

9     *****************************************************

10          VIDEOTAPED TELECONFERENCE DEPOSITION

11                          OF

12               CINDY L. SMITH

13    *****************************************************

14

15               (APPEARANCES NOTED HEREIN)

16

17

                 MONDAY, OCTOBER 1, 2020,

18               AT APPROXIMATELY 9:34 A.M.

19

20

21

22    REPORTED BY:

23

24               TAMARA HARTWIG FULGHAM

25                 BCR, CCR #1565

1    A    Yes.  But at the same time, it's what

2    contributed to my total body hair loss.  I -- I'm --

3    don't get me wrong, I'm grateful I survived, but I

4    would have liked to have survived with more hair

5    than what I've got.

6    Q    Okay.  We'll talk about your hair loss a

7    little bit more.  But one thing that you said there

8    is that Taxotere caused your total body hair loss.

9    How do you know that it caused it?

10    A    Because the pamphlets and the information

11    that I was given said that it could possibly cause

12    hair loss.  It didn't go into detail about how much

13    hair loss; it just said hair loss.  And you don't

14    think about it being -- because your whole body is

15    covered in hair, not only your body, but your lungs,

16    the inside of your sinuses.  And you lose all of

17    that.  And what's in your sinuses and your lungs,

18    that's what helps you fight back colds and coughs,

19    because that gives you the ability to cough that up

20    and get it out of your system.  So I -- that's all I

21    know.

22    Q    Okay.  So I want to circle back to my

23    question, which was:  How do you know that Taxotere

24    is what caused your hair loss?

25         MR. BUTTARS:  Objection to form.

1    current condition of your hair is because you

2    received and read pamphlets that said that Taxotere

3    caused that problem; is that right?

4              MR. BUTTARS:  Objection to form.  Go

5    ahead, Ms. Smith.

6              THE WITNESS:  Excuse me?  As far as I

7    know, yes.

8    BY MS. PETERSON:

9         Q    What pamphlets?

10        A    That the -- the oncologist gave me.

11        Q    Okay.  And did you read those before you

12   took your chemotherapy?

13        A    Yes.

14        Q    Okay.  What --

15        A    I was in panic -- I'm sorry.  I was in

16   panic mode, so I was reading and researching

17   everything I could because I wanted to know what was

18   fixing to happen to me.

19        Q    Yeah, that makes sense.

20             One thing that you said there that I want

21   to circle back to is you said that -- or I guess my

22   question to you is:  Are you claiming in this

23   lawsuit that you have hair loss related to your

24   lungs?

25             MR. BUTTARS:  Objection to form.

1    helping the thickness or any of it grow back.

2         Q    Okay.  We're going to talk about Keranique

3    a little bit later today.

4              So I'm going to circle back around.  So

5    what are you most thankful for now that you're

6    cancer-free?

7         A    Being alive.  I have 13 grandchildren.

8    That's what I'm thankful for.

9         Q    That's great.  How many of your

10   grandchildren have been born since 2014?

11        A    Two.

12        Q    Two.

13        A    And it's two great-grandchildren.

14        Q    And two great-grandchildren.  Okay.  So is

15   it fair to say you may have not been able to meet

16   those two grandchildren and two great-grandchildren

17   had you not survived your cancer?

18        A    Well, that's true, but they could have

19   offered me a different type of treatment, too.  If I

20   had known then what I know now, I would have taken

21   something different.

22        Q    Okay.  Would you agree with me that not

23   everyone responds to chemotherapy the same way?

24        A    Oh, yes.

25        Q    And some chemotherapies work for some

1          A     Because I didn't know I could.  I didn't

2     know he done anything, other than try to provide me

3     with the best health care that he could.

4          Q     And did you understand that as a part of

5     your cancer treatment there might be side effects

6     that -- that happened that maybe you didn't know

7     could happen?

8               MR. BUTTARS:  Objection to form.

9               THE WITNESS:  At the time, I didn't even

10    think about that.

11    BY MS. PETERSON:

12         Q     So you said that you -- if I understood

13    this right -- that you didn't -- you haven't sued

14    Dr. Bailey because you think it's too late.  If you

15    found out that it's not too late, would you want to

16    sue him now?

17              MR. BUTTARS:  Objection to form.

18              THE WITNESS:  I honestly don't know

19    because I haven't given it much thought.

20    BY MS. PETERSON:

21         Q     What would you need to think about?

22         A     Whether or not he did anything other than

23    what he thought was the best of his knowledge to

24    take care of me, so...

25         Q     Do you believe that Dr. Bailey did

Page 116

1      this was a common potential long-term risk, correct?

2          A    I was -- I was under the impression that I

3      had no choice.

4          Q    Ms. Smith, what do you mean you had no

5      choice?

6          A    That these treatments that I was going

7      through were the best treatments to treat the

8      cancer.  I didn't know -- I didn't know of any other

9      treatments, other than what they was offering me.

10         Q    Ms. Smith, you could have rejected your

11     radiation treatment and risked, you know, the -- you

12     know, there's a benefit and risk.  And you could

13     have rejected radiation knowing there is a risk that

14     your cancer could come back, yes?

15              MR. BUTTARS:  Objection to form.

16              THE WITNESS:  Yeah.  I guess I could have,

17     but I didn't want to risk the cancer coming back.

18     BY MS. PETERSON:

19         Q    So you would agree that it's more

20     important to you to accept some of these risks to

21     ensure that your cancer would not return, correct?

22              MR. BUTTARS:  Objection to form.

23              THE WITNESS:  Not so much.  It would

24     depend on what the risks was.

25     BY MS. PETERSON:

1  anything else.

2        Q    Ms. Smith, you would agree with me that

3  the only thing that form says is, "Following

4  chemotherapy or following surgery," correct?

5        A    Yes, that's what the form says.

6        Q    Okay.  Ms. Smith, do you remember in 2017

7  when you were having -- that you were having some

8  heart issues?

9        A    They sent me to a heart doctor just for a

10 checkup, but it wasn't really an issue.  I didn't

11 have no problems with my heart.  It was just a

12 checkup.  They wanted to -- they sent me to a heart

13 doctor after the radiation.  It was just to check it

14 out.  I hadn't had -- I haven't had any problems out

15 of my heart.

16       Q    Okay.  I'm going to -- we're going to just

17 scroll down to page 6.  So this is another -- I'll

18 represent to you that this is another medical record

19 that we received, and this is from The Heart Center.

20 Your name is here up at the top.  And this was on

21 February 7th of 2017.

22            And -- and if we look at this first

23 paragraph, the last sentence says, "She" -- as in

24 you -- "She is concerned that because of radiation

25 due to the breast, she may have developed some heart

Page 127

1    disease since then."  Do you remember that?

2         A    Yes.  I was concerned, yeah.

3         Q    Do you remember having concern that your

4    radiation caused you some heart disease?

5              MR. BUTTARS:  Objection to form.

6              THE WITNESS:  It didn't cause heart

7    disease.  I was questioning whether or not it did.

8    BY MS. PETERSON:

9         Q    So, Ms. Smith, you would agree with me

10   that --

11        A    I -- I was scared.

12        Q    -- you remember --

13        A    I was scared and concerned about it, is

14   what it was, and I talked to my oncologist.  They

15   sent me to the heart doctor to make sure because I

16   was concerned about it.  But as far as having any

17   heart disease or any problems with my heart, I

18   wasn't having any.  I was scared that I would.

19        Q    Okay.  Let's move on now to your

20   chemotherapy.  Okay?

21        A    Okay.

22        Q    We talked about two of your three

23   treatments.  We're getting there.

24              So you -- did you meet Dr. Herrington

25   through the same program -- through the State Health

Page 148

1        A    Yeah, I see it.

2        Q    Okay.  Do you remember discussing your

3    ejection fraction with Dr. Herrington?

4        A    Are you talking about -- that's where they

5    put the port, right, the port where they hooked me

6    up to the chemo itself through IV?  They had a port

7    in my right chest.

8        Q    No, that's not what I'm talking about.

9    This would have been a test where they would've put

10   stickers on your chest to test your heart before you

11   ever got chemotherapy.  Do you remember getting a

12   test of your heart?

13       A    Okay.  Yes.  Like an EKG, where they hook

14   you up for one, right?

15       Q    Yes.

16       A    Yeah, I remember that.

17       Q    Okay.  And so we can see that your

18   ejection fraction was 45 percent, or at least that's

19   what Dr. Herrington documented.  Do you understand

20   that to mean that essentially 45 percent of the

21   blood that was in your heart was getting pumped out?

22            MR. BUTTARS:  Objection to form.

23            THE WITNESS:  No, I did not know that.

24   BY MS. PETERSON:

25       Q    What do you understand that, your ejection

Page 149

1    fraction of 45 percent, to mean?

2         A    I did not see this, so I -- I don't know.

3    I have no idea, because some percentages -- and mine

4    is, like, one degree off of being perfect, so I have

5    no idea what this means.

6         Q    Okay.  Did -- do you recall talking to

7    Dr. Herrington about this?

8         A    No.  I thought you was talking about the

9    port.

10        Q    No.  That's okay.  Well, now that your

11   memory is refreshed, do you remember talking to her

12   about your ejection fraction?

13        A    No.

14        Q    Okay.  So if we go on to read this, it

15   says -- we'll refer to cardiology -- "Since she has

16   an underlying systolic dysfunction, will avoid

17   anthracycline."  Do you see that?

18        A    Yes, I see it.

19        Q    And I'll represent to you, again, that

20   Adriamycin is an anthracycline.  So do you see where

21   Dr. Herrington said she was going to avoid

22   Adriamycin --

23        A    I --

24        Q    -- or any type of anthracycline?

25        A    Yeah, I see that, so...

Page 150

1      Q    So -- and that's that -- just as a memory

2    refresher, that's that same drug we've been talking

3    about also called the "Red Devil."  So do you see

4    that Dr. Herrington noted that she needed to avoid

5    that due to an underlying condition?

6      A    I didn't even know about that.  We had --

7    I don't even remember talking about that.  I just

8    remember her mentioning some medication and saying

9    that I didn't need that, so that's -- that's all I

10   remember.

11     Q    Okay.  And it says next, "Will plan for

12   Ms. Smith to return on Tuesday for chemotherapy."

13   Do you remember Dr. Herrington telling you at this

14   June 5th, 2014, appointment what chemotherapy drugs

15   you were going to receive, since she noted that she

16   was going to avoid an anthracycline?

17     A    Well, I -- I don't remember, but --

18     Q    Okay.

19     A    I can't understand this saying that there

20   was a problem with my heart because I did go to a

21   cardiologist, and he said nothing was wrong with me.

22   So I don't -- I don't understand.

23     Q    Okay.  So you don't remember

24   Dr. Herrington telling you what chemotherapy regimen

25   you were going to receive?

1    on, because we haven't discussed it yet.  I was -- I

2    haven't discussed it with him because I did not know

3    how this would turn out.  I didn't know, so it

4    hasn't been a discussion about it.

5          Q    I guess -- but my question is:  Is you

6    brought this lawsuit, yes?

7          A    Yes.

8          Q    And you told me you brought this knowing

9    you were seeking money damages, yes?

10          A    No, I didn't say that.  I said --

11          Q    So you're not seeking money damages?

12          A    I said that --

13          MR. BUTTARS:  Objection to form.

14          THE WITNESS:  -- I brought this up because

15    I don't want other people to go through the hair

16    loss and feeling just no -- feeling so bad about

17    themselves.  I want this to stop.  There's got to be

18    other -- other ways to treat cancer besides this

19    drug that causes so much hair loss and changes your

20    whole life.  I mean, it -- it doesn't just affect

21    the hair loss; it affects how a person feels about

22    themselves.

23          So I -- I don't know because I've never

24    done something like this.  I have no idea how much

25    money to ask for, what to ask for.  That's -- that

1     living in Texas the past couple of years, so I -- I

2     don't have if I did or not.

3     BY MS. PETERSON:

4         Q    Okay.  So Christy -- who is Christy Webb

5     Grime?

6         A    She's a family member by blood.

7         Q    And family member --

8         A    I don't have -- I don't have much to do

9     with any of them.

10        Q    Okay.  Did -- have you ever talked to

11    Christy about your hair loss in this litigation?

12       A    I don't -- I don't even talk to Christy,

13    hardly ever.

14       Q    Okay.

15       A    I might respond to her Facebook comments,

16    but as far as -- the last time I saw her, we had a

17    family get-together when my Uncle Fred came down

18    from Michigan.

19       Q    Okay.  One thing that you -- you've spoken

20    about a couple of times today is that you would have

21    taken another option aside from Taxotere.  Did I

22    understand that right?

23       A    Yes.

24       Q    What other option would you have taken?

25           MR. BUTTARS:  Objection to form.