UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO:

*Emma R. Willie v. Sanofi-Aventis US, LLC, et al.*
Case No. 2:18-cv-03857

### PLAINTIFF'S AMENDED RESPONSE TO DEFENDANTS' STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT UNDER THE DOCTRINE OF JUDICIAL ESTOPPEL

1. Statement incomplete and inaccurate. Albert Willie, Jr., Debtor, and Emma R. Willie, Joint Debtor, filed said Petition.

2. Admitted.

3. Admitted that the Bankruptcy Court approved the Debtor's and the Joint Debtor's Chapter 13 plan.

4. Denied. Mrs. Willie contacted an attorney to seek legal advice on whether she had any potential claim against Sanofi on June 13, 2016.

5. Admitted.

6. Admitted. The Debtor and Joint Debtor paid $38,970.29 in principal and interest to secured creditors. The Debtor and Joint Debtor paid $5,276.43 for administration expenses.

7. Admitted but the Bankruptcy Court allowed the case to be reopened for this unliquidated asset for the benefit of the Creditors.

8. Admitted. The Bankruptcy Court entered an Order discharging Mr. Albert Willie, Jr. and Mrs. Emma Willie's debt.

9. Admitted. The Bankruptcy Court entered an Order discharging Mr. Albert Willie, Jr. and Mrs. Emma Willie's debt.

10. Denied. Mrs. Willie has only answered discovery and has not actively litigated her claim before this Court.

11. Admitted.

12. Admitted.

13. Admitted.

14. Admitted to the extent that Sanofi raised an issue about the bankruptcy proceeding. Admitted that Ms. Willie moved to reopen her Chapter 13 bankruptcy and disclosed the lawsuit on April 23, 2020.

15. Admitted.

Plaintiff Willie hereby submits her Statement of Undisputed Material Facts in Opposition to Defendants' Motion for Summary Judgment Under the Doctrine of Judicial Estoppel:

1. On April 24, 2020, United States Bankruptcy Court for the Northern District of Mississippi issued an Order Reopening Case. The Order states: "WHEREAS, this Court has determined that the appointment of a trustee herein by the U.S. Trustee *is* necessary to protect the interests of creditors and debtor(s) or to ensure efficient administration of the reopened case."

2. U.S. Trustee's Notice Appointing Trustee in Reopened Case was entered on April 28, 2020, and Notice of Electronic Filing was electronically mailed to Debtor's counsel, as well as:

    - Locke D. Barkley;
    - B. Joey Hood, II on behalf of Creditor Treasurer Loans of Batesville;
    - U.S. Trustee;

- Gregory J. Walsh on behalf of Creditor Santander Consumer USA, Inc.;

- Feleica L. Wilson on behalf of Creditor IRS;

Notice was transmitted by U.S. mail to:

- AmeriCredit Financial Services, Inc. dba GM Financial;

- Ditech Financial, LLC;

- Peritus Portfolio Services II, LLC assignee for NECP, LLC;

- The Bank of New York Mellon Trust Company, N.A.

3. On April 28, 2020, attorney Heidi S. Milam, bankruptcy counsel for Emma Willie filed a Motion to Approve Employment, which sought court approval for Nathan Buttars, Esq. for Lowe Law Group to represent Ms. Willie in the case against Defendants.

4. On April 28, 2020, the Court approved the Application for Employment of Nathan Buttars, Esq. for Lowe Law Group to represent Emma Willie and ordered Mr. Buttars to submit to the Court for approval a statement of fees to be paid through the Trustee if the funds are available from the estate. Notice of Electronic Filing was electronically mailed to Debtor's counsel, as well as:

- Locke D. Barkley;

- B. Joey Hood, II on behalf of Creditor Treasurer Loans of Batesville;

- U.S. Trustee;

- Gregory J. Walsh on behalf of Creditor Santander Consumer USA, Inc.;

- Feleica L. Wilson on behalf of Creditor IRS;

Notice was transmitted by U.S. mail to:

- AmeriCredit Financial Services, Inc. dba GM Financial;

- Ditech Financial, LLC;

- Peritus Portfolio Services II, LLC assignee for NECP, LLC;

- The Bank of New York Mellon Trust Company, N.A.

5. Emma was 51 years old in 2014 when she discovered she had a lump in her breast via mammography. Ex. A at pp. 33:23 – 34:17. She subsequently had a biopsy in October 2014. *Id.* at p. 40:1 – 3. Emma's surgeon performed the lumpectomy and removed the cancerous lymph node on November 17, 2014. *Id.* at p. 115:5 – 15. Ms. Willie then received 4 cycles of Taxotere, beginning in January 2015 and ending in April 2015.

Dated: March 26, 2021                                    Respectfully submitted,

*/s/ Christopher L. Coffin*                              */s/ Karen B. Menzies*
Christopher L. Coffin (#27902)                           Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.                         GIBBS LAW GROUP LLP
1100 Poydras Street, Suite 2225                          6701 Center Drive West, Suite 1400
New Orleans, Louisiana 70163                             Los Angeles, California 90045
Phone: (504) 355-0086                                    Telephone: 510-350-9700
Fax: (504) 355-0089                                      Facsimile: 510-350-9701
ccoffin@pbclawfirm.com                                   kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*                            *Plaintiffs' Co-Lead Counsel*

*/s/M. Palmer Lambert*                                   */s/Dawn M. Barrios*
M. Palmer Lambert (#33228)                               Dawn M. Barrios (#2821)
GAINSBURGH BENJAMIN DAVID                                BARRIOS, KINGSDORF & CASTEIX, LLP
MEUNIER & WARSHAUER, LLC                                 701 Poydras Street, Suite 3650
2800 Energy Centre, 1100 Poydras Street                  New Orleans, LA 70139
New Orleans, LA 70163-2800                               Phone: 504-524-3300
Phone: 504-522-2304                                      Fax: 504-524-3313
Fax: 504-528-9973                                        barrios@bkc-law.com
plambert@gainsben.com

                                                         *Plaintiffs' Co-Liaison Counsel*

*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews
Andrews Thornton Higgins Razmara, LLP
2 Corporate Park, Suite 110
Irvine, CA 92606
Phone: (800) 664-1734
aa@andrewsthornton.com

J. Kyle Bachus
Bachus & Schanker, LLC
101 W Colfax Ave, Suite 650
Denver, CO 80202
Phone: (303) 222-2222
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2225
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, CA 90045 Phone:
510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Andre M. Mura
Gibbs Law Group LLP
505 14th Street Suite 1110
Oakland, CA 94612
Phone: (510) 350-9717
Fax: (510) 350-9701
amm@classlawgroup.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

John Gomez
The Gomez Law Firm, PLLC
655 West Broadway, Suite 1700
San Diego, CA 92101
Phone: (619) 237.3490
Fax: 619.237.3496.
john@thegomezfirm.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, FL 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904 15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@atkinsandmarkoff.com

Jessica Perez Reynolds
Pendley, Baudin & Coffin
P.O. Drawer 71
24110 Eden Street
Plaquemine, LA 70765
Phone: (225) 687-6396
Fax: (225) 687-6398
jperez@pbclawfirm.com

Darin L. Schanker
Bachus Schanker
101 W Colfax Ave, Suite 650
Denver, CO 80202
Phone: (303) 222-2222
Fax: (303) 893-9900
dls@coloradolaw.net

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Zachary Wool
Barrios Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
zwool@bkc-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                             */s/ Dawn M. Barrios*
                                             DAWN M. BARRIOS