# EXHIBIT A

Page 1

1                UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF LOUISIANA
2
3     EMMA R. WILLIE                      PLAINTIFF
4     VS.                    CASE NO. 2:18-cv-03857
5     SANOFI US SERVICES, INC. F/K/A
      SANOFI-AVENTIS U.S., INC.,
6     SANOFI-AVENTIS U.S. LLC, et al.     DEFENDANTS
7
8
9
10    ************************************************
11      VIDEOTAPED ZOOM VIDEOCONFERENCE DEPOSITION OF
                      EMMA R. WILLIE
12
      ************************************************
13
14
15
16       TAKEN AT THE INSTANCE OF THE DEFENDANTS
              SANOFI-AVENTIS U.S. LLC AND
17             SANOFI U.S. SERVICES, INC.
        ON OCTOBER 20, 2020, BEGINNING AT 8:57 A.M.
18
19
20
21
22
23
24
25           GENA MATTISON GLENN, CSR 1568

1      Q.   And have you taken any other substance

2   in the last 24 hours that would interfere with

3   your ability to testify today?

4      A.   No.

5      Q.   All right.  We'll just start with some

6   quick background info.

7           What is your current address?

8      A.   1591 Lyles Road, Senatobia,

9   Mississippi.

10     Q.   And how long have you lived at that

11  address?

12     A.   Basically all my life.  But, you know,

13  once I got married, I got -- you know, we moved

14  in a house behind.  But basically all my life

15  I've lived here.

16     Q.   And does anyone else live with you at

17  that address now?

18     A.   Yes.  Husband.

19     Q.   And who is that?

20     A.   Husband and a son, a granddaughter.

21     Q.   And what's your husband's name?

22     A.   Albert.

23     Q.   And what's your son's name?

24     A.   Alex.

25     Q.   And are they both the last name of

Page 10

1   Willie?

2       A.   Yes.

3       Q.   And then what's your granddaughter's

4   name?

5       A.   Excuse me?

6       Q.   What's your granddaughter's name?

7       A.   Aleah.

8       Q.   And how old is Aleah?

9       A.   She's 11 months.

10      Q.   Okay.  Where were you born?

11      A.   Here in Senatobia.  Well, once my mom

12  said Senatobia, and then she said Como.  So

13  Senatobia or Como.

14      Q.   Is that about the same area?

15      A.   Yes.  About five -- about five or six

16  miles from each other.  Yeah, so.

17      Q.   And when you were growing up, did you

18  have any really significant illnesses?

19      A.   No.

20      Q.   What high school did you attend?

21      A.   Independence.

22      Q.   Is that in Senatobia?

23      A.   I think the address is really

24  considered Coldwater.

25      Q.   And did you attend a college or

1    technical degree after high school?

2         A.   Yeah.   Northwest.

3         Q.   Did you earn any degrees at Northwest?

4         A.   No.

5         Q.   What -- around what year would that

6    have been when you were at Northwest?

7         A.   I graduated in '81, so should have

8    been, like '82, '83.   Somewhere in there, in

9    that range.

10        Q.   And have you had any other formal

11   training or education after Northwest?

12        A.   No.   Except for, you know, little CPR

13   classes and a little different classes and stuff

14   like that, but no.

15        Q.   Were those classes for work?

16        A.   Yes.

17        Q.   Have you ever received, aside from the

18   CPR class, any medical training?

19        A.   No.

20        Q.   And you're currently married; that's

21   -- is that correct?

22        A.   Correct.

23        Q.   And his name is Albert Willie?

24        A.   Yes.

25        Q.   Has Mr. Willie ever used any other

Page 12

```
 1   names?
 2        A.   Not that I know of, no.
 3        Q.   And what's his date of birth?
 4        A.   6-12-53.
 5        Q.   And what does he do for a living?
 6        A.   He drive buses and subs in school.
 7        Q.   And were you two married on August
 8   5th, 1995?
 9        A.   Yes.
10        Q.   And was that his first marriage?
11        A.   No.
12        Q.   Was that your first marriage?
13        A.   No.
14        Q.   Okay.  And you currently live with
15   your husband, yes?
16        A.   Yes.
17        Q.   Have you ever lived apart from him
18   while you were married?
19        A.   No.
20        Q.   So you've been married for over 40
21   years?
22        A.   No.  We got married in 1995.  This is
23   probably the 25th, 26th year.
24        Q.   Okay.  Yeah, your math is better than
25   my math.
```

1     A.   Right.

2     Q.   -- cancer?

3     A.   Right.

4     Q.   And for chemotherapy treatment, you

5  received Taxotere and cyclophosphamide.  Does

6  that sound correct?

7     A.   Yes.

8     Q.   And you had six cycles of Taxotere and

9  cyclophosphamide, correct?

10     A.   Correct.

11     Q.   And would you have received your first

12  chemotherapy treatment on January 29th, 2015?

13     A.    It sounds about right, but I don't

14  really remember the dates.  I know I had the

15  surgery first.  I was diagnosed in October, then

16  I had the surgery, and then the chemo started.

17  But I -- you know, I don't just remember the

18  months and -- the month that it started.  I

19  don't -- I don't know.

20     Q.   Do you have any reason to disagree

21  that you started chemo in January 2015?

22     A.   No.  No.  I don't, huh-uh.

23     Q.   And then your last chemotherapy

24  treatment was on April 2nd, 2015; does that

25  sound right?

Page 25

```
 1       A.   It -- yeah, it sounds -- it sounds
 2  right.  Yeah, it sounds -- you know, it sounds
 3  like -- you know.
 4       Q.   And so since April of 2015, you have
 5  not had a recurrence of cancer; is that right?
 6       A.   Right.
 7       Q.   Have you had any other cancers since
 8  April 2015?
 9       A.   No.
10       Q.   So you have been five years
11  cancer-free.  Have you done anything to
12  celebrate that?  Have you done anything with
13  your family or friends to celebrate being
14  cancer-free?
15       A.   No, not really.  Just, you know, we
16  just get together every year about -- you know,
17  about that time and just go out to eat or, you
18  know, nothing big or -- you know.  But, you
19  know, that means a lot.  But, no, I mean, just
20  out to eat every year around that time.
21       Q.   And who all would come with you to go
22  out to eat to kind of remember that time?
23       A.   Who all what, now?  Say that again.
24       Q.   Who all would go out to eat with
25  you --
```

Page 33

1   and I'm not sure what type it was.

2          Q.   And so do you claim that you received

3   inadequate or inappropriate medical care from

4   any of your health-care providers that treated

5   you for cancer?

6              MR. BUTTARS:  Objection to form.  You

7          can answer.

8          A.   Did I receive inadequate?  I'm not

9   understanding that question.  Are you saying

10  that -- that someone, what, treat me in a way

11  that she shouldn't have or --

12  BY MS. NICHOLAS:

13         Q.   Yeah.  Do you feel like a medical or

14  health-care provider that treated you for cancer

15  treated you in a way that they shouldn't have?

16         A.   I really don't know how to answer that

17  question.  Like I say, if there were other

18  options that would not have taken my hair or,

19  you know -- or not allowing it to come back,

20  then I wish those measures had of been taken.

21  But, you know, I'm not trying to place the blame

22  on anybody.  You know, I had -- I don't know.

23         Q.   And so you were 51 years old when you

24  were diagnosed with breast cancer; is that

25  correct?

Page 34

1      A.   It was in '14.  And I was born -- you

2   know, honestly, I forget my age.  I forget my

3   own age.  So it was in '14.  I'm 57 now, so I

4   guess -- would that be 51?

5      Q.   (Nods head up and down.)

6      A.   Okay.

7      Q.   Prior to your cancer diagnosis, had

8   you ever worried about being diagnosed with

9   cancer?

10      A.   No.  That wasn't really something that

11   crossed my mind, you know.  You know, it's

12   always those possibilities, just as it is with

13   any other sickness, but it's not something that

14   I just would dwell on, no.

15      Q.   So can you describe how you found out

16   that you had cancer?

17      A.   A mammogram.

18      Q.   And when was that?

19      A.   It was sometime during that -- that

20   time frame when I went to do a mammogram.  It

21   was sometime during that month of October when I

22   had a mammogram.

23      Q.   Do you remember where you went to get

24   that mammogram?

25      A.   Baptist DeSoto.

Page 37

```
 1    decide to make any changes in your life?
 2              MR. BUTTARS:  Objection to form.
 3         A.   Changes?
 4    BY MS. NICHOLAS:
 5         Q.   Changes in what you thought was
 6    important or what you were doing with your life.
 7         A.   No, not really.  I mean, you know, I
 8    tried to -- to live a Christian life every day.
 9    So I -- you know, no, you know, I just needed
10    prayer and strength to get through it.  But as
11    far as just making any dramatic changes, no.
12         Q.   And when you were diagnosed, did you
13    have any psychological symptoms, like
14    depression, anxiety?
15         A.   I'm not going to say -- no, not when I
16    was diagnosed, no.  Because like I said, at that
17    point, my family tried to do everything they
18    could to, kind of like, keep me uplifted, to
19    keep me going.  I guess they really didn't --
20    didn't really give me a chance to get depressed
21    or whatever at that point.
22              But, you know, quite naturally, like I
23    said, it's just something that I wouldn't want
24    anyone to go through because it's -- it's a hard
25    thing, you know.  It's still something that I
```

Page 40

```
 1        Q.   After that second mammogram, you had a
 2   biopsy of the cancer; is that correct, in
 3   October of 2014?
 4        A.   Correct.
 5        Q.   And was the biopsy before your first
 6   appointment with Dr. Patil?
 7        A.   I think so.  I think it was.
 8        Q.   Do you remember any --
 9        A.   I'm --
10        Q.   Oh, sorry.
11        A.   I'm not sure, but I think it was
12   before the appointment with Dr. Patil.
13        Q.   Do you remember anything about that
14   biopsy appointment?
15        A.   What you mean, do I remember anything?
16   What do you mean?  What --
17        Q.   Tell me about the biopsy procedure.
18        A.   They -- it was a needle, a long
19   needle, I know that.  And they -- you know, they
20   drew, I guess, fluid or whatever out, and that's
21   -- I guess that's what they used to determine if
22   it was malignant or whatever.  But it wasn't --
23   you know, it wasn't that painful, but it was
24   painful.  I remember that.  But, you know, once
25   again, it was something that had to be done, so,
```

1          MR. BUTTARS:  Objection to form.  You

2      can answer, Ms. Willie.

3      A.   That was my assumption, that it was

4   get to -- to gather more information, yes.

5   BY MS. NICHOLAS:

6      Q.   Did they tell you at that appointment

7   anything new about your cancer?

8      A.   No.

9      Q.   So then a few days after your biopsy,

10  you met with Dr. Patil for the first time; is

11  that correct?

12     A.   Yes.

13     Q.   Did you --

14     A.   I'm thinking -- I'm thinking I met

15  with him after the biopsy.  Like I say, I don't

16  just really remember in what order.  But I'm

17  thinking it was after the biopsy, yes.

18     Q.   Did you consult with any medical

19  oncologists aside from Dr. Patil?

20     A.   No.

21     Q.   How did you find Dr. Patil?

22     A.   A friend girl of mine husband had had

23  some type of cancer.  I don't remember what type

24  of cancer he had, but she recommended him.

25     Q.   And how do you know that friend?

1   that same day that you talked to nurses?

2        A.   No.  No, not that same day.  No.

3        Q.   So can you tell me everything that you

4   remember about that first appointment with Dr.

5   Patil?

6             MR. BUTTARS:  Objection, form.  You

7        can answer.

8        A.   The very first appointment.  Like I

9   said, we came in and he told me that I had a

10  lump in my breast.  He told me the name of it,

11  which I don't -- I can't remember the name that

12  he used.  That the lump in my breast was, like,

13  a quarter -- the size of a quarter.  About the

14  size of a quarter.  That it was kind of like a

15  fast acting, fast growing.  And that I had

16  choices as far as to get the whole breast taken

17  off or -- you know, and he had a little diagram

18  thing on the board that was showing the sizes

19  and, you know, stuff like that.

20            Told me I could either have a

21  mastectomy or lumpectomy.  He recommended the

22  lumpectomy.  Told me the surgeon's name and he

23  would set up the appointments, and that I need

24  to go on and do the surgery, you know, as soon

25  as possible.

1          That's about -- I mean, it wasn't like

2     a long, long visit.  It just -- you know, he

3     basically told me my options, and then that was

4     about it.

5     BY MS. NICHOLAS:

6          Q.   When he was talking to you about the

7     difference between a lumpectomy and a

8     mastectomy, did you have a preference?

9          A.   Not really.  I just wanted the cancer

10    gone.  But, you know, I mean, you know, you

11    would rather to have your breast.  You know, you

12    don't want your breast taken off, but if -- you

13    know, if that's what was going to be necessary,

14    then, you know, I was willing to do that.

15          But after he said that -- the size of

16    it and that it could be taken out and he

17    recommended that, you know.  So.

18          Q.   What were you feeling when you were

19    hearing him say that you had a fast-acting or

20    fast-growing cancer?

21          A.   What was I thinking?  Once again, I

22    mean, you know, we had to do something and it

23    needed to be quick.  So.

24          Q.   Did he talk to you at that appointment

25    about chemo?

Page 55

```
 1    providers try to be accurate when they're making
 2    the records?
 3         A.    Uh-huh.
 4         Q.    And they try to be complete when
 5    they're making the records?
 6         A.    Yes.
 7         Q.    And do you understand they generally
 8    make these records either during your visit or
 9    very soon after your visit to be as accurate as
10    possible?
11         A.    Yes.
12         Q.    Do you trust your health-care
13    providers to make accurate and complete records?
14         A.    I suppose, yeah.
15         Q.    Do you agree that medical records are
16    the best source of information about what
17    happened at your medical appointment?
18              MR. BUTTARS:  Objection.  Form.
19         A.    Do I agree that -- say that again.
20    BY MS. NICHOLAS:
21         Q.    Do you agree medical records are the
22    best source of information about what happened
23    at your medical appointment?
24         A.    I suppose, yeah.
25         Q.    I'm going to take us to -- you'll see
```

Page 56

1   at the bottom here Willie Emma PPR 000011.  And

2   then there's a section here where Dr. Patil has

3   listed his impression from the appointment and

4   plan after your October 28th, 2014, appointment.

5       A.   Okay.

6       Q.   And the record says under Plan, will

7   complete staging with PET/CT scan.  I anticipate

8   a lumpectomy will be possible without need for

9   adjuvant -- sorry, without need for new adjuvant

10  therapy.  I will refer her to surgery for

11  consultation.  I have discussed in detail with

12  patient choice of lumpectomy and radiation

13  versus mastectomy with reconstruction.  She will

14  discuss with surgeon.  Discussed role of

15  adjuvant therapy and will likely depend on

16  pathologic staging and recurrence risk

17  determination.

18           Do you see that?

19      A.   Yes.

20      Q.   Do you remember Dr. Patil talking to

21  you about the possibility of not needing

22  chemotherapy at this appointment?

23      A.   Now, that, I don't remember.  I don't

24  remember him discussing that, but I'm not saying

25  that he didn't.  The only thing that I remember

1   said about why you chose the lumpectomy over the

2   mastectomy?

3        A.   Well, I would have said that that was

4   what Dr. Patil recommended basically.

5        Q.   And did Dr. Fore agree with that, that

6   you could be treated with a lumpectomy?

7        A.   Yes.

8        Q.   Did he also talk about the risks

9   associated with the lumpectomy at that meeting

10  with Dr. Fore?

11       A.   I don't know.  I really don't

12  remember.  Once again, I'm pretty sure we did.

13  I just can't remember what was said or -- and I

14  don't want to say that we did and we didn't.

15  So, you know, I just don't really remember.

16       Q.   Do you remember if Dr. Fore gave you a

17  written informed consent before your surgery?

18       A.   Not that I remember, huh-uh.

19       Q.   Did you feel like you had the

20  opportunity to ask any questions you had at that

21  meeting before your surgery?

22       A.   Yeah, I'm pretty sure we had the

23  opportunity to ask questions.  I'm just trying

24  to remember -- I'm first trying to remember who

25  went with me that particular day, which I know

1   someone did, and then I'm trying to remember

2   some of the questions that may have been asked.

3   But right now I don't remember any questions

4   being asked, but I'm sure it was.

5        Q.   And just to add, I'd ask that when

6   you're looking for the written informed consent

7   for chemo, if you could also ask your friends

8   and family who went with you if they have the

9   written informed consent for the surgery.  If

10  that exists, to also pass that on to your

11  counsel.

12       A.   Okay.

13       Q.   So do you remember the day of your

14  surgery very well?

15       A.   Uh-huh.

16       Q.   How were you feeling that day?  What

17  was going through your mind?

18       A.   Well, once again, any time you have to

19  have a surgery, even though, you know, you may

20  think it's minor, there's always chances that

21  it's not as minor as you think.  But I remember

22  we had to be there like 6:00 o'clock, I think,

23  in the morning.  Once again, everybody went.

24            I remember he -- he came in and talked

25  to me before surgery started, and we had a

1    prayer.  We had prayer.  And the nurses came and

2    prepped -- you know, prepped me for the surgery.

3    I think my husband stayed with me until, you

4    know, the surgery was about to start.  But --

5    and then the surgery.  That was about it.

6              I just remember prayer, because after

7    the surgery I remember making the statement to

8    him that maybe that was the reason -- because he

9    didn't really understand why -- why he didn't

10   just close it up as though the way he had

11   intended.  But he took a second look, you know,

12   and then that's when he saw the cancerous lymph

13   node.  So I remember saying, you know, That's --

14   that prayer is what made you take the second

15   look.  I remember saying that.  But that's about

16   all I remember from that day.

17        Q.   Were there any side effects of that

18   surgery that you remember?

19        A.   No.

20             MR. BUTTARS:  Object to the form.

21   BY MS. NICHOLAS:

22        Q.   (Inaudible) the lymphedema that you

23   had could be related to that surgery; is that

24   right?

25        A.   Well, I guess, you know, the lymph --

Page 118

1    the lymph nodes was taken out, so yeah.

2         Q.   Do you have any regrets about having

3    that surgery done?

4         A.   No, I have no regrets.

5         Q.   And you also received radiation as

6    part of your treatment too, right?

7         A.   Right.

8         Q.   That was after your chemotherapy,

9    correct?

10        A.   Correct.

11        Q.   Do you remember who your doctor was

12   for radiation?

13        A.   I don't remember his name.

14        Q.   I'm going to --

15        A.   I don't --

16        Q.   Does the name Dr. "Sroof,"

17   "Sroofie" sound correct?

18        A.   Who?

19        Q.   Dr. S-R-O-U-F-E.

20        A.   That may have been it.  I just really

21   don't remember his name.

22        Q.   Well, I will pull up our next exhibit.

23   It's Radiation Baptist Memorial Hospital PPR 141

24   to 144, Exhibit 6.

25

Page 150

1    started the yearly thing.

2        Q.   Is it correct that in June 2016 that

3    you retained counsel to pursue a claim that you

4    had permanent alopecia from Taxotere?

5        A.   I'm not sure about the dates.

6        Q.   Okay.  Let's run back really quickly

7    to the interrogatories.

8        A.   Excuse me.

9        Q.   Okay.  So these are the same

10   interrogatories we were just looking at.  And

11   interrogatory number 5 asks, When did you first

12   retain an attorney or law firm in connection

13   with the allegations set forth in your lawsuit

14   or complaint.  And your answer was:  Plaintiff

15   came in contact with and retained the law

16   offices of Lowe Law Group and Arentz Law Group

17   on June 13th, 2016.  Do you agree with that

18   statement?

19       A.   It could very well be true.  Like I

20   said, I'm not sure about the dates.

21       Q.   Do you have any reason to disagree

22   that you retained counsel in June 2016?

23       A.   No.  I don't have a reason to

24   disagree, no.

25       Q.   And when you -- excuse me.  When you

1          MR. BUTTARS:  Object to the form.

2      A.   No.

3  BY MS. NICHOLAS:

4      Q.   Why did you believe in June 2016 -- so

5  a little over a year after chemo -- that your

6  hair loss was permanent?

7      A.   I didn't know if it was permanent or

8  not.  I went to Dr. Henson to see, I guess,

9  maybe if it was permanent.  I don't know.  I

10  didn't know if it was permanent or not.  I just

11  -- I just felt like, you know, over a year, that

12  it should have grown back by then.

13     Q.   So when you retained counsel, you

14  weren't sure if your hair loss was permanent.

15  Is that accurate?

16     A.   Yes.

17     Q.   Has anyone told you that your hair

18  will never grow back?

19     A.   Nobody has told me that it would never

20  grow back.  But, like I say, in a year in over

21  what, '15, '16, and over four or five years, you

22  know, it would stand to reason that it probably

23  wouldn't.

24     Q.   Has Dr. Henson told you that your hair

25  will never grow back?

Page 266

1   what year or anything that it was.  So, you
2   know.
3        Q.   Why did you reach out to the Lowe Law
4   Group?
5        A.   Because I had seen something about
6   Taxotere and all of that, and I knew that I had
7   received that as -- as a treatment.
8        Q.   All right.  When you said you saw
9   something, did you see a television ad about
10  Taxotere?
11       A.   Yes.
12       Q.   Can you tell me about that ad?
13       A.   It was -- as far as I can remember, it
14  was just basically saying if you had had chemo
15  -- had had cancer and used Taxotere or whatever
16  as a treatment to call this number or whatever,
17  as far as I can remember.  That's all.  I can't
18  remember exactly what it said, but that's --
19  that's as far as I can remember.
20       Q.   Do you remember when or what time of
21  year you saw that ad?
22       A.   I don't.
23       Q.   How many times did you see the ad
24  before you made the phone call?
25       A.   I had seen it several times.

1     Q.   Did the ad mention other drugs that

2  cause hair loss?

3     A.   Not that I remember.  I just remember

4  Taxotere, and I know that kind of stuck out

5  because I knew that that's what I had -- had

6  used.  But I can't say that they said anything

7  about any other drugs.  I don't know.

8     Q.   How long after seeing that television

9  ad did you contact a lawyer?

10     A.   Well, I mean, like I said, I had seen

11  it several times before I made any movements.

12  So I don't know -- I had -- you know, it's not

13  like I just saw it and dialed the number.  I had

14  seen it several times.

15     Q.   Did you contact more than one law

16  firm?

17     A.   No.

18     Q.   How did you choose the Lowe Law Group?

19     A.   I -- I don't know.  I think that may

20  have been the only -- at that time may have been

21  the only advertisement that I had seen several

22  times.  I don't just really remember.

23     Q.   Had you heard of the Lowe Law Group

24  before the television ad?

25     A.   No.

Page 273

1      p.m.  We're off the record.

2           (Brief recess.)

3           THE VIDEOGRAPHER:  We're back on the

4      record.  The time is 4:41 p.m.

5   BY MS. NICHOLAS:

6      Q.   All right.  So first let me get this

7   out of the way.  Have you ever been convicted of

8   a crime?

9      A.   No.

10     Q.   Okay.  And you filed bankruptcy three

11  times; is that correct?

12     A.   It possibly could be.  I don't really

13  remember how many times it was.

14     Q.   Okay.  So do you remember filing

15  bankruptcy in Northern District of Mississippi

16  in February of 2002?

17     A.   Like I said, I don't remember years.

18     Q.   Do you remember why you filed

19  bankruptcy the first time?

20     A.   Husband not working, he had gotten

21  ill.  You know, just basically that's what it's

22  been the whole time.  He's just had some -- some

23  illnesses that kind of like didn't allow him to

24  work as much.

25     Q.   What illnesses did your husband have?

1      A.   He had back problems that -- you know,

2  he had to have -- he had to have therapy.  He

3  had to have a lot of things done in his back.

4      Q.   And then I'll represent to you I

5  pulled the docket, but you filed bankruptcy

6  again in the Northern District of Mississippi in

7  December 2004.  Do you remember that?

8      A.   Like I say, I don't remember the

9  years.  I do remember it has been two or three

10  times, I do remember that.  But as far as the

11  years, I don't remember.

12      Q.   Okay.  And that second bankruptcy, the

13  date terminated is November 9th, 2010.  Do you

14  remember why you filed bankruptcy in 2004?

15      A.   Like I said, all of it has been due to

16  not working basically.

17      Q.   Then the final bankruptcy appears to

18  have been filed in the Northern District of

19  Mississippi, a Chapter 13 bankruptcy, on

20  November 21st, 2013; is that correct?

21      A.   It may -- it may be.  Probably so.

22      Q.   Okay.  I'm going to introduce just a

23  printout of that docket as Exhibit 19.

24          MR. BUTTARS:  We may be on 20.

25          MS. NICHOLAS:  20.  Thank you.

1      Exhibit 20.

2

3                          - - - - -

4              (Exhibit Number 20 marked.)

5  BY MS. NICHOLAS:

6      Q.   Let me share my screen with you.

7           Okay.  So this is a printout of the

8  Northern District of Mississippi docket for a

9  Chapter 13 voluntary bankruptcy, and the joint

10 debtors are Emma Willie and Albert Willie.  Do

11 you see that?

12     A.   I see that, yes.

13     Q.   And it says, Date filed:  November

14 21st 2013.  Is that right?

15     A.   I'm not sure about the dates.

16     Q.   Okay.  And then do you have any reason

17 to disagree with that date?

18     A.   No, I don't have any reason to

19 disagree with it.  I'm just not sure about the

20 dates.

21     Q.   And then it says -- oh, I'm sorry.

22     A.   I --

23     Q.   It says, Debtor discharged April 23rd,

24 2019.  Do you see that?

25     A.   Yeah.

1      Q.   And then it looks like this bankruptcy

2  was reopened on April 24th, 2020.  Do you know

3  why the bankruptcy was reopened?

4      A.   I think we got something in the mail

5  about -- about this.

6      Q.   About this lawsuit?

7      A.   Yeah, so I don't know if that's why it

8  was reopened.  I think -- well, that's what they

9  were saying the reason it was reopened.

10     Q.   Who is "they"?

11     A.   Well, whoever sent the letter to us.

12 I guess the letter may have come from our lawyer

13 or something.  I don't know.  I just remember

14 that it was stating something about the lawsuit

15 and -- and they reopened it.  That's all.

16 That's all I can tell you.  And then it --

17     Q.   I'm going to scroll down quickly here.

18 There's a lot on the docket, but this was

19 recent.

20          So April 29th, 2020, Application to

21 Employ Nathan Buttars as Attorney, filed by

22 Heidi Schneller Milam filed on behalf of Albert

23 Willie, Jr. and Emma R. Willie.

24          Is Mr. Butters representing you today

25 in this bankruptcy proceeding?

Page 277

1      A.   No.   In the bankruptcy proceeding?

2   No.

3      Q.   Who is representing you in the

4   bankruptcy proceeding?

5      A.   Heidi Milam.

6      Q.   Okay.  Have you talked to Mr. Buttars

7   about this bankruptcy before?  You don't have to

8   tell me specifics.

9      A.   Excuse me?

10     Q.   Have you talked to Mr. Buttars about

11  this bankruptcy proceeding?  You don't have to

12  tell me specifics.

13     A.   No, I don't -- I don't believe so.

14     Q.   Okay.  Are you still in bankruptcy

15  proceedings today?

16     A.   Well, like I say, it was --

17          MR. BUTTARS:  Object to form.

18     A.   -- it had been discharged or whatever,

19  and we got this -- this letter.  So my husband

20  called the lawyer and asked her what was that

21  about because it had been closed, and this is

22  what she said:  Because of the lawsuit.  So,

23  now, I really just told them don't worry about

24  it because of the lawsuit.

25          Now, I don't really know what that

Page 278

```
 1    meant, but this is what she told me.
 2    BY MS. NICHOLAS:
 3         Q.   Do you know if you disclosed this
 4    lawsuit as an asset before the bankruptcy
 5    proceedings were terminated in 2019?
 6         A.   Did I know what, now?  Say that again.
 7         Q.   Do you know if you listed this claim
 8    as an asset before the bankruptcy proceeding was
 9    terminated in 2019?
10         A.   I wasn't aware that we even -- I don't
11    know.  I can't say.  I really don't know when it
12    was disclosed.  I don't know.
13         Q.   Okay.  Just to confirm, you haven't
14    replaced your previous counsel Heidi Schneller
15    Milam with Mr. Buttars --
16         A.   No.
17         Q.   -- in the bankruptcy proceeding?
18         A.   Not that I know of, no.
19         Q.   And to your knowledge, this bankruptcy
20    proceeding is still open today; is that right?
21         A.   Once again, like I said, we had gotten
22    something that said it was discharged, that it
23    was closed.  And then we get this letter in the
24    -- in the mail saying about this.  So we really
25    didn't understand it.
```

1          And when my husband called Heidi

2    Milam, the only thing -- her response was, Don't

3    worry about it; it had to be because of the law

4    -- it had -- I can't remember the words that he

5    said she used, but it had to be something

6    because of the lawsuit.  That's -- that's all I

7    knew.

8          So I don't -- I'm still lost as to

9    whether it's opened or closed or what because I

10   really didn't understand it.

11     Q.   Have you talked to Heidi since that

12   conversation?

13     A.   I haven't talked to her.  My husband

14   talked to her that particular time, and I don't

15   -- if he has talked to her again, I -- he didn't

16   mention anything to me about it.

17     Q.   Okay.  And I'll just switch topics

18   again just to talk about damages.

19          So you filed this lawsuit.  What do

20   you want to get out of this lawsuit?

21          MR. BUTTARS:  Objection to form.

22     A.   I'll -- I'll discuss that with my

23   lawyer, you know.

24   BY MS. NICHOLAS:

25     Q.   Do you want to get money damages out