# **EXHIBIT C**

___

**SO ORDERED,**



*Judge Jason D. Woodard*

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

IN THE UNITED STATES BAKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

___

IN RE:  Albert Willie, Jr. and Emma R. Willie          CHAPTER 13
DEBTOR                                                  CASE NO.:  13-14910

___

ORDER FOR APPLICATION FOR EMPLOYMENT
___

Upon consideration on the Debtors' Motion for Application for Employment, and the Court ~~being fully advised in the premises, would~~ order*s* as follows:

**IT IS HEREBY ORDERED AND ADJUDGED** that the Application for Employment of Nathan Buttars, Esq. for Lowe Law Group to represent Emma Willie ***(Dkt. # 78)***, is approved.

(JDW)

**IT IS HEREBY FURTHER ORDERED AND ADJUDGED** that Nathan Buttars, Esq. for Lowe Law Group can submit to the Court for approval, a statement of fees to be paid through the Trustee if the funds are available from the estate.  *No compensation or fees are to be awarded until proper application to this Court at the appropriate time.*

APPROVED:
/s/ Heidi S. Milam
Heidi S. Milam, Bar No. 9813
Attorney for Debtor
P.O. Box 1169
Southaven, MS 38671
(662) 349-2322