# EXHIBIT D

**REOPENED**

# U.S. Bankruptcy Court
## Northern District of Mississippi (Aberdeen)
### Bankruptcy Petition #: 13-14910-JDW

*Assigned to:* Judge Jason D. Woodard
Chapter 13
Voluntary
Asset

*Date filed:* 11/21/2013
*Date reopened:* 04/24/2020
*Debtor discharged:* 04/23/2019
*Joint debtor discharged:* 04/23/2019
*Plan confirmed:* 08/12/2014
*341 meeting:* 01/28/2014

*Debtor disposition:* Standard Discharge
*Joint debtor disposition:* Standard Discharge

*Debtor*
**Albert Willie, Jr.**
P.O. Box 804
Senatobia, MS 38668
TATE-MS
SSN / ITIN: xxx-xx-0878

represented by **Heidi Schneller Milam**
P.O. Box 1169
Southaven, MS 38671
662-349-2322
Fax : 866-267-5360
Email: heidi.milam@yahoo.com

*Joint Debtor*
**Emma R Willie**
1591 Lyles Rd.
Senatobia, MS 38668
TATE-MS
SSN / ITIN: xxx-xx-8786

represented by **Heidi Schneller Milam**
(See above for address)

*Trustee*
**Locke D. Barkley**
6360 I-55 North
Suite 140
Jackson, MS 39211
601-355-6661

*U.S. Trustee*
**U. S. Trustee**
501 East Court Street, Suite 6-430
Jackson, MS 39201
601-965-5241

| **Filing Date** | **#** | **Docket Text** |
|---|---|---|
| 11/21/2013 | [1](#) (47 pgs) | Chapter 13 Voluntary Petition filed by Heidi Schneller Milam on behalf of Albert Willie Jr., Emma R Willie. Government Proof of |

| | | |
|---|---|---|
| | | Claim due by 5/20/2014. (Milam, Heidi) (Entered: 11/21/2013) |
| 11/21/2013 | 2<br>(2 pgs) | Certificate of Credit Counseling Filed by Heidi Schneller Milam on behalf of Albert Willie Jr., Emma R Willie. (Milam, Heidi) (Entered: 11/21/2013) |
| 11/21/2013 | 3<br>(8 pgs) | Chapter 13 Statement of Current Monthly and Disposable Income Filed by Heidi Schneller Milam on behalf of Albert Willie Jr., Emma R Willie. (Milam, Heidi) (Entered: 11/21/2013) |
| 11/21/2013 | 4 | Official Form 21 Statement of Social Security Number Filed by Heidi Schneller Milam on behalf of Albert Willie Jr., Emma R Willie. (Milam, Heidi) (Entered: 11/21/2013) |
| 11/21/2013 | 5<br>(3 pgs) | Chapter 13 Plan Filed by Heidi Schneller Milam on behalf of Albert Willie Jr., Emma R Willie (Milam, Heidi) (Entered: 11/21/2013) |
| 11/21/2013 | | Receipt of filing fee for Chapter 13 Voluntary Petition(13-14910) [caseupld,1305u] ( 281.00). Receipt number 4643589, amount $ 281.00. (U.S. Treasury) (Entered: 11/21/2013) |
| 11/22/2013 | 6<br>(3 pgs) | Objection to Secured Claim of Treasurer Loans Filed by Albert Willie Jr., Emma R Willie. (Milam, Heidi) (Entered: 11/22/2013) |
| 11/22/2013 | 7<br>(2 pgs) | Certification of Compliance of Filing of Payment Advices with Trustee Filed by Heidi Schneller Milam on behalf of Albert Willie Jr., Emma R Willie. (Milam, Heidi) (Entered: 11/22/2013) |
| 11/22/2013 | 8<br>(5 pgs) | Certificate of Service of Chapter 13 Plan Filed by Heidi Schneller Milam on behalf of Albert Willie Jr., Emma R Willie RE: (related document(s)5 Chapter 13 Plan filed by Debtor Albert Willie, Joint Debtor Emma R Willie). (Milam, Heidi) (Entered: 11/22/2013) |
| 11/26/2013 | 9<br>(4 pgs) | Meeting of Creditors . 341(a) meeting to be held on 1/28/2014 at 10:00 AM at Lander's Center, fka DeSoto Civic Center, Southaven, MS. Non-Government Proofs of Claims due by 4/28/2014. Last day to oppose discharge or dischargeability is 3/31/2014. Last Day to Object to Confirmation 2/12/2014. (EPIQ) (Entered: 11/26/2013) |
| 12/31/2013 | 10<br>(2 pgs) | Notice of Appearance and Request for Notice by B. Joey Hood II Filed by B. Joey Hood II on behalf of Treasurer Loans of Batesville - Sardis Branch c/o B. Joey Hood, II Attorney at Law. (Hood, B.) (Entered: 12/31/2013) |
| 12/31/2013 | 11<br>(8 pgs; 2 docs) | Response *to Objection to Secured Claim* Filed by B. Joey Hood II on behalf of Treasurer Loans of Batesville - Sardis Branch c/o B. Joey Hood, II Attorney at Law (RE: related document(s)6 Objection to Secured Claim filed by Debtor Albert Willie, Joint Debtor Emma R Willie). (Attachments: # 1 Exhibit) (Hood, B.) (Entered: 12/31/2013) |
| 12/31/2013 | 12<br>(2 pgs) | Creditor Request for Notices Filed by AmeriCredit Financial Services, Inc. dba GM Financial. (Americredit Financial Services, Inc. dba GM Financial) (Entered: 12/31/2013) |

| | | |
|---|---|---|
| 01/02/2014 | 13<br>(1 pg) | Hearing Set On (RE: related document(s) 6 Objection to Secured Claim of Treasurer Loans Filed by Albert Willie Jr., Emma R Willie.). Hearing scheduled for 2/4/2014 at 01:30 PM at Oxford Federal Building. Entered on Docket by: (JHH) (Entered: 01/02/2014) |
| 01/04/2014 | 14<br>(2 pgs) | BNC Certificate of Service No. of Notices: 1. Notice Date 01/04/2014. (Related Doc # 13) (Admin.) (Entered: 01/05/2014) |
| 01/30/2014 | | Meeting of Creditors Held *JANUARY 28, 2014*. (Staff1, Locke D. Barkley) (Entered: 01/30/2014) |
| 01/30/2014 | 15<br>(1 pg) | Objection to Claim of IRS Filed by Albert Willie Jr., Emma R Willie. (Milam, Heidi) (Entered: 01/30/2014) |
| 02/04/2014 | | Hearing Not Held. Continued to 4/8/2014 1:30PM Oxford - Court to Reset. (RE: related document(s)6 Objection to Secured Claim filed by Debtor Albert Willie, Joint Debtor Emma R Willie). Entered on Docket by: (SFP) (Entered: 02/06/2014) |
| 02/05/2014 | 16<br>(2 pgs) | Hearing Set on (RE: related document(s) 15 Objection to Claim of IRS Filed by Albert Willie Jr., Emma R Willie.). Hearing scheduled for 4/8/2014 at 01:30 PM at Oxford Federal Building. Responses due by 3/12/2014. Entered on Docket by: (PHW) (Entered: 02/05/2014) |
| 02/07/2014 | 17<br>(1 pg) | Hearing Rescheduled (RE: related document(s) 6 Objection to Secured Claim of Treasurer Loans Filed by Albert Willie Jr., Emma R Willie.). Hearing scheduled for 4/8/2014 at 01:30 PM at Oxford Federal Building. Entered on Docket by: (PHW) (Entered: 02/07/2014) |
| 02/09/2014 | 18<br>(2 pgs) | BNC Certificate of Service No. of Notices: 1. Notice Date 02/09/2014. (Related Doc # 17) (Admin.) (Entered: 02/10/2014) |
| 02/10/2014 | 19<br>(8 pgs; 2 docs) | Objection to Confirmation of Chapter 13 Plan Filed by B. Joey Hood II on behalf of Treasurer Loans of Batesville - Sardis Branch c/o B. Joey Hood, II Attorney at Law (Attachments: # 1 Exhibit) (Hood, B.) (Entered: 02/10/2014) |
| 02/13/2014 | 20<br>(1 pg) | Hearing Set On (RE: related document(s) 19 Objection to Confirmation of Chapter 13 Plan Filed by B. Joey Hood II on behalf of Treasurer Loans of Batesville - Sardis Branch c/o B. Joey Hood, II Attorney at Law (Attachments: # 1 Exhibit) (Hood, B.)). Hearing scheduled for 4/8/2014 at 01:30 PM at Oxford Federal Building. Entered on Docket by: (LLG) (Entered: 02/13/2014) |
| 02/15/2014 | 21<br>(2 pgs) | BNC Certificate of Service No. of Notices: 1. Notice Date 02/15/2014. (Related Doc # 20) (Admin.) (Entered: 02/16/2014) |
| 03/10/2014 | 22<br>(3 pgs) | Response Filed by Feleica L. Wilson on behalf of IRS (RE: related document(s)15 Objection to Claim filed by Debtor Albert Willie, Joint Debtor Emma R Willie). (Wilson, Feleica) (Entered: 03/10/2014) |

| | | | |
|---|---|---|---|
| 03/13/2014 | | 23<br>(4 pgs) | Certificate of Service *Notice of Objection to IRS with Motion attached* Filed by Heidi Schneller Milam on behalf of Albert Willie Jr., Emma R Willie RE: (related document(s)15 Objection to Claim filed by Debtor Albert Willie, Joint Debtor Emma R Willie, 16 Hearing Set (Objection to Claim)). (Milam, Heidi) (Entered: 03/13/2014) |
| 04/08/2014 | | | Hearing Not Held. Continued to 5/13/2014 1:30 PM Oxford - Court to Reset. (RE: related document(s)15 Objection to Claim filed by Debtor Albert Willie, Joint Debtor Emma R Willie). Entered on Docket by: (CHH) (Entered: 04/10/2014) |
| 04/08/2014 | | | Hearing Held. Settled AO. B. Joey Hood II to submit order. (RE: related document(s)6 Objection to Secured Claim filed by Debtor Albert Willie, Joint Debtor Emma R Willie). Order Due by 4/22/2014 Entered on Docket by: (CHH) (Entered: 04/10/2014) |
| 04/08/2014 | | | Hearing Held. B. Joey Hood II to submit order. (RE: related document(s)19 Objection to Confirmation of the Chapter 13 Plan filed by Creditor Treasurer Loans of Batesville - Sardis Branch c/o B. Joey Hood, II Attorney at Law). Order Due by 4/22/2014 Entered on Docket by: (CHH) (Entered: 04/10/2014) |
| 04/14/2014 | | 24<br>(1 pg) | Hearing Rescheduled (RE: related document(s) 15 Objection to Claim of IRS Filed by Albert Willie Jr., Emma R Willie.). Hearing scheduled for 5/13/2014 at 01:30 PM at Oxford Federal Building. Entered on Docket by: (PHW) (Entered: 04/14/2014) |
| 04/16/2014 | | 25<br>(2 pgs) | BNC Certificate of Service No. of Notices: 1. Notice Date 04/16/2014. (Related Doc # 24) (Admin.) (Entered: 04/17/2014) |
| 04/23/2014 | | 26<br>(1 pg) | The court hereby orders and directs B. Joey Hood II to submit a proposed order (Re: 6 Objection to Secured Claim filed by Debtor Albert Willie, Joint Debtor Emma R Willie, 19 Objection to Confirmation of the Chapter 13 Plan filed by Creditor Treasurer Loans of Batesville - Sardis Branch c/o B. Joey Hood, II Attorney at Law). Order Due by 5/7/2014 Entered on Docket by: (PHW) (Entered: 04/23/2014) |
| 04/25/2014 | | 27<br>(1 pg) | Agreed Order Resolving (Re: 6 Objection to Secured Claim filed by Debtor Albert Willie, Joint Debtor Emma R Willie, 19 Objection to Confirmation of the Chapter 13 Plan filed by Creditor Treasurer Loans of Batesville - Sardis Branch c/o B. Joey Hood, II Attorney at Law). Entered on Docket by: (PHW) (Entered: 04/25/2014) |
| 04/27/2014 | | 28<br>(2 pgs) | BNC Certificate of Service No. of Notices: 1. Notice Date 04/27/2014. (Related Doc # 27) (Admin.) (Entered: 04/28/2014) |
| 05/13/2014 | | | Hearing Not Held. (RE: related document(s)15 Objection to Claim filed by Debtor Albert Willie, Joint Debtor Emma R Willie). Continued to 7/15/2014 1:30 p.m. Oxford - Court to reset. Entered on Docket by: (VSD) (Entered: 05/19/2014) |
| 05/20/2014 | | 29<br>(1 pg) | Hearing Rescheduled (RE: related document(s) 15 Objection to Claim of IRS Filed by Albert Willie Jr., Emma R Willie.). Hearing scheduled for 7/15/2014 at 01:30 PM at Oxford Federal Building. Entered on Docket by: (PHW) (Entered: 05/20/2014) |

| | | |
|---|---|---|
| 05/22/2014 | 30 (2 pgs) | BNC Certificate of Service No. of Notices: 1. Notice Date 05/22/2014. (Related Doc # 29) (Admin.) (Entered: 05/23/2014) |
| 07/01/2014 | 31 (2 pgs) | Motion to Modify Plan Filed by Heidi Schneller Milam on behalf of Albert Willie Jr., Emma R Willie. (Milam, Heidi) (Entered: 07/01/2014) |
| 07/01/2014 | 32 (9 pgs) | Motion for Relief from Stay *and to Apply Insurance Proceeds with Exhibits as to 2012 Nissan Altima*. Filed by Gregory J. Walsh on behalf of Santander Consumer USA, Inc.. Objections to Motion for Relief from Stay due by 07/21/2014. (Walsh, Gregory) (Entered: 07/01/2014) |
| 07/01/2014 | | Receipt of filing fee for Motion for Relief From Stay(13-14910-JDW) [motion,mrlfsty] ( 176.00). Receipt number 5047028, amount $ 176.00. (U.S. Treasury) (Entered: 07/01/2014) |
| 07/02/2014 | 33 (1 pg) | Notice of Motion or Application (RE: related document(s)31 Modify Plan filed by Debtor Albert Willie, Joint Debtor Emma R Willie). Objections due by 7/28/2014. Entered on Docket by: (LKI) (Entered: 07/02/2014) |
| 07/02/2014 | 34 (6 pgs) | Certificate of Service *Notice of Motion to Modify Plan with Motion attached* Filed by Heidi Schneller Milam on behalf of Albert Willie Jr., Emma R Willie RE: (related document(s)31 Modify Plan filed by Debtor Albert Willie, Joint Debtor Emma R Willie, 33 Notice of Motion or Application). (Milam, Heidi) (Entered: 07/02/2014) |
| 07/02/2014 | 35 (1 pg) | Hearing Set On (RE: related document(s) 32 Motion for Relief from Stay *and to Apply Insurance Proceeds with Exhibits as to 2012 Nissan Altima*. Filed by Gregory J. Walsh on behalf of Santander Consumer USA, Inc.. Objections to Motion for Relief from Stay due by 07/21/2014.). Hearing scheduled for 8/19/2014 at 01:30 PM at Oxford Federal Building. Entered on Docket by: (AOH) (Entered: 07/02/2014) |
| 07/02/2014 | 36 (1 pg) | Interlocutory Order Extending Automatic Stay (Re: 32 Motion for Relief From Stay filed by Creditor Santander Consumer USA, Inc.). Entered on Docket by: (AOH) (Entered: 07/02/2014) |
| 07/04/2014 | 37 (2 pgs) | BNC Certificate of Service No. of Notices: 1. Notice Date 07/04/2014. (Related Doc # 35) (Admin.) (Entered: 07/05/2014) |
| 07/04/2014 | 38 (2 pgs) | BNC Certificate of Service No. of Notices: 1. Notice Date 07/04/2014. (Related Doc # 36) (Admin.) (Entered: 07/05/2014) |
| 07/15/2014 | | Hearing Held. Settled AO. Feleica L. Wilson to submit order. (RE: related document(s)15 Objection to Claim filed by Debtor Albert Willie, Joint Debtor Emma R Willie). Order Due by 7/29/2014 Entered on Docket by: (CHH) (Entered: 07/17/2014) |
| 07/21/2014 | 39 (2 pgs) | Agreed Order Resolving (Re: 15 Objection to Claim filed by Debtor Albert Willie, Joint Debtor Emma R Willie). Entered on Docket by: (PHW) (Entered: 07/21/2014) |

| | | |
|---|---|---|
| 07/23/2014 | 40 (2 pgs) | Order Granting Motion For Relief From Stay (Related Doc # 32) Entered on Docket by: (PHW) (Entered: 07/23/2014) |
| 07/23/2014 | 41 (3 pgs) | BNC Certificate of Service No. of Notices: 1. Notice Date 07/23/2014. (Related Doc # 39) (Admin.) (Entered: 07/24/2014) |
| 07/25/2014 | 42 (3 pgs) | BNC Certificate of Service No. of Notices: 1. Notice Date 07/25/2014. (Related Doc # 40) (Admin.) (Entered: 07/26/2014) |
| 07/31/2014 | 43 (1 pg) | Order Granting Motion To Modify Plan (Related Doc # 31) Entered on Docket by: (SFP) (Entered: 07/31/2014) |
| 08/02/2014 | 44 (2 pgs) | BNC Certificate of Service No. of Notices: 1. Notice Date 08/02/2014. (Related Doc # 43) (Admin.) (Entered: 08/03/2014) |
| 08/08/2014 | | NOTICE TO RESUBMIT ORDER Due From Locke D. Barkley **The Order Submitted is Not in the Proper Format for E-Orders.** **PLEASE REFER TO THE COURTS WEBSITE WWW.MSNB.USCOURTS.GOV FOR FURTHER INFORMATION REGARDING E-ORDERS. FILER IS DIRECTED TO REPLACE THE E-ORDER WITH CORRECTED PDF ATTACHMENT.** (RE: related document(s)5 Chapter 13 Plan filed by Debtor Albert Willie, Joint Debtor Emma R Willie). Proposed Order due 8/15/2014. Entered on Docket by: (PHW) (Entered: 08/08/2014) |
| 08/12/2014 | 45 (6 pgs) | Order Confirming Chapter 13 Plan and Resolving Objections to Secured Claims. (Re: 5 Chapter 13 Plan filed by Debtor Albert Willie, Joint Debtor Emma R Willie, 9 Meeting of Creditors). Entered on Docket by: (PHW) (Entered: 08/12/2014) |
| 08/14/2014 | 46 (8 pgs) | BNC Certificate of Service No. of Notices: 23. Notice Date 08/14/2014. (Related Doc # 45) (Admin.) (Entered: 08/15/2014) |
| 10/06/2014 | 47 (2 pgs) | Motion to Modify Plan Filed by Heidi Schneller Milam on behalf of Albert Willie Jr., Emma R Willie. (Milam, Heidi) (Entered: 10/06/2014) |
| 10/07/2014 | 48 (1 pg) | Notice of Motion or Application (RE: related document(s)47 Modify Plan filed by Debtor Albert Willie, Joint Debtor Emma R Willie). Objections due by 10/31/2014. Entered on Docket by: (SGF) (Entered: 10/07/2014) |
| 10/08/2014 | 49 (6 pgs) | Certificate of Service Filed by Heidi Schneller Milam on behalf of Albert Willie Jr., Emma R Willie RE: (related document(s)47 Modify Plan filed by Debtor Albert Willie, Joint Debtor Emma R Willie, 48 Notice of Motion or Application). (Milam, Heidi) (Entered: 10/08/2014) |
| 11/04/2014 | 50 (1 pg) | Order Granting Motion To Modify Plan (Related Doc # 47) Entered on Docket by: (PHW) (Entered: 11/04/2014) |
| 11/06/2014 | 51 (2 pgs) | BNC Certificate of Service No. of Notices: 1. Notice Date 11/06/2014. (Related Doc # 50) (Admin.) (Entered: 11/07/2014) |

| | | |
|---|---|---|
| 09/14/2015 | [52](#) (4 pgs; 3 docs) | Transfer Agreement 3001 (e) 2 Transferor: Santander Consumer USA (Claim No. 1) To Peritus Portfolio Services II, LLC Transfer of Claim. Fee Amount $25 Filed by Peritus Portfolio Services II,LLC assignee for NCEP,LLC. (Attachments: # [1](#) Exhibit) (Peritus Portfolio Services - gay) (Entered: 09/14/2015) |
| 09/14/2015 | | Receipt of filing fee for Transfer of Claim(13-14910-JDW) [claims,trclm] ( 25.00). Receipt number 5825604, amount $ 25.00. (U.S. Treasury) (Entered: 09/14/2015) |
| 09/16/2015 | [53](#) (2 pgs) | BNC Certificate of Service No. of Notices: 1. Notice Date 09/16/2015. (Related Doc # [52](#)) (Admin.) (Entered: 09/17/2015) |
| 04/06/2017 | [54](#) (5 pgs) | Motion and Notice to Modify Confirmed Plan Filed by Heidi Schneller Milam on behalf of Albert Willie Jr.. Response due by 04/27/2017. (Milam, Heidi) (Entered: 04/06/2017) |
| 04/25/2017 | [55](#) (2 pgs) | Response *to Motion to Modify Chapter 13 Plan* Filed by Locke D. Barkley on behalf of Locke D. Barkley (RE: related document(s)[54](#) Motion and Notice to Modify Confirmed Plan filed by Debtor Albert Willie). (Barkley, Locke) (Entered: 04/25/2017) |
| 04/28/2017 | [56](#) (1 pg) | Hearing Set On (RE: related document(s) [54](#) Motion and Notice to Modify Confirmed Plan Filed by Heidi Schneller Milam on behalf of Albert Willie Jr.. Response due by 04/27/2017.). The Hearing date is scheduled for 6/6/2017 at 01:30 PM at Oxford Federal Building. Entered on Docket by: (SGF) (Entered: 04/28/2017) |
| 04/30/2017 | [57](#) (2 pgs) | BNC Certificate of Service No. of Notices: 2. Notice Date 04/30/2017. (Related Doc # [56](#)) (Admin.) (Entered: 04/30/2017) |
| 06/02/2017 | | Hearing Not Held. Settled; agreed order to be submitted. Locke D. Barkley to submit order. (RE: related document(s)[54](#) Motion and Notice to Modify Confirmed Plan filed by Debtor Albert Willie). Order Due by 6/16/2017 Entered on Docket by: (AOH) (Entered: 06/02/2017) |
| 06/19/2017 | [58](#) (1 pg) | The court hereby orders and directs Locke D. Barkley to submit a proposed order (Re: [54](#) Motion and Notice to Modify Confirmed Plan filed by Debtor Albert Willie). Order Due by 7/3/2017 Entered on Docket by: (ALD) (Entered: 06/19/2017) |
| 06/22/2017 | [59](#) (2 pgs) | Order Granting in Part Motion and Notice to Modify Confirmed Plan (Related Doc # [54](#)) Entered on Docket by: (ALD) (Entered: 06/22/2017) |
| 06/24/2017 | [60](#) (3 pgs) | BNC Certificate of Service No. of Notices: 2. Notice Date 06/24/2017. (Related Doc # [59](#)) (Admin.) (Entered: 06/24/2017) |
| 01/09/2019 | | Notice of Completion of Plan Payments. (Barkley, Locke) (Entered: 01/09/2019) |
| 01/10/2019 | [61](#) (1 pg) | Financial Management Notice . Financial Management Course Certificate Due Date Extended to 1/24/2019. Entered on Docket by: (AOH) (Entered: 01/10/2019) |

| | | |
|---|---|---|
| 01/10/2019 | 62 (1 pg) | Notice to File Debtor(s) Certification and Motion for Entry of Chapter 13 Discharge . Certification and Motion for Entry of Chapter 13 Discharge Due 2/11/2019. Entered on Docket by: (AOH) (Entered: 01/10/2019) |
| 01/21/2019 | 63 (2 pgs) | Financial Management Course Certificate Filed Filed by Heidi Schneller Milam on behalf of Albert Willie Jr., Emma R Willie. (Milam, Heidi) (Entered: 01/21/2019) |
| 01/21/2019 | 64 (3 pgs) | Debtor Certification and Motion for Entry of Chapter 13 Discharge Pursuant to 11 U.S.C. Section 1328(a) and (h) Filed by Heidi Schneller Milam on behalf of Albert Willie Jr., Emma R Willie RE: (related document(s)1 Chapter 13 Voluntary Petition case upload filed by Debtor Albert Willie, Joint Debtor Emma R Willie, 62 Notice to File Debtor(s) Certification and Motion for Entry of Discharge). Objections to Chapter 13 Debtor(s) Certification and Motion For Entry Of Chapter 13 Discharge due 02/11/2019. (Milam, Heidi) (Entered: 01/21/2019) |
| 02/07/2019 | 65 (3 pgs) | Notice of Final Cure Mortgage Payment re: Rule 3002.1 (Creditor: Ditech Financial, LLC) Filed by Locke D. Barkley on behalf of Locke D. Barkley. (Barkley, Locke) (Entered: 02/07/2019) |
| 02/20/2019 | 66 (12 pgs) | Response to Notice of Final Cure Payment Rule 3002.1 (Claim #4) Filed by The Bank of New York Mellon Trust Company, N.A. (RE: related document(s)65 Notice of Final Cure Mortgage Payment Rule 3002.1 filed by Trustee Locke D. Barkley). (Hart, A.) (Entered: 02/20/2019) |
| 02/21/2019 | 67 (6 pgs; 2 docs) | Trustee's Notice and Motion for Order Declaring 1322(b)(5) Claim of Ditech Financial, LLC Current and Defaults Cured . Responses due by 3/18/2019. (Attachments: # 1 Proposed Order) (Barkley, Locke) (Entered: 02/21/2019) |
| 03/11/2019 | 68 (3 pgs) | Chapter 13 Trustee Final Report and Account . Objection to Chapter 13 Final Report and Account 04/10/2019. (Barkley, Locke) (Entered: 03/11/2019) |
| 03/22/2019 | 69 (2 pgs) | Order Granting Trustee's Motion for Order Declaring 1322(b)(5) Claim (Related Doc # 67) Entered on Docket by: (AOH) (Entered: 03/22/2019) |
| 03/24/2019 | 70 (3 pgs) | BNC Certificate of Service No. of Notices: 2. Notice Date 03/24/2019. (Related Doc # 69) (Admin.) (Entered: 03/24/2019) |
| 04/23/2019 | 71 (2 pgs) | Order Discharging Both Debtors (Re: 9 Meeting of Creditors, 64 Certification and Motion for Entry of Chapter 13 Discharge filed by Debtor Albert Willie, Joint Debtor Emma R Willie). Entered on Docket by: (AOH) (Entered: 04/23/2019) |
| 04/25/2019 | 72 (1 pg) | Bankruptcy Case Closed . Entered on Docket by: (AOH) (Entered: 04/25/2019) |
| 04/25/2019 | 73 (4 pgs) | BNC Certificate of Service No. of Notices: 14. Notice Date 04/25/2019. (Related Doc # 71) (Admin.) (Entered: 04/25/2019) |

| | | |
|---|---|---|
| 04/27/2019 | 74 (2 pgs) | BNC Certificate of Service No. of Notices: 2. Notice Date 04/27/2019. (Related Doc # 72) (Admin.) (Entered: 04/27/2019) |
| 04/23/2020 | 75 (2 pgs) | Motion to Reopen Chapter Case. . Filed by Heidi Schneller Milam on behalf of Albert Willie Jr., Emma R Willie. (Milam, Heidi) (Entered: 04/23/2020) |
| 04/23/2020 | | Receipt of filing fee for Motion to Reopen Case(13-14910-JDW) [motion,mreopcs] ( 235.00). Receipt number 8938802, amount $ 235.00. (U.S. Treasury) (Entered: 04/23/2020) |
| 04/24/2020 | 76 (1 pg) | Order Granting Motion To Reopen Case (Related Doc # 75) Entered on Docket by: (CLD) (Entered: 04/24/2020) |
| 04/26/2020 | 77 (2 pgs) | BNC Certificate of Service No. of Notices: 5. Notice Date 04/26/2020. (Related Doc # 76) (Admin.) (Entered: 04/27/2020) |
| 04/28/2020 | | Notice of United States Trustee's appointment of trustee in accordance with 11 U.S.C. Sec. 701 and Rule 5010, FRBP, and 28 U.S.C. Sec. 586 in reopened case. The Trustee's blanket bond is fixed under the provisions of the general blanket bond in effect in this district.. Locke D. Barkley added to the case.. (U. S. Trustee) (Entered: 04/28/2020) |
| 04/29/2020 | 78 (5 pgs; 2 docs) | Application to Employ Nathan Buttars, Esq. as Attorney Filed by Heidi Schneller Milam on behalf of Albert Willie Jr., Emma R Willie. (Attachments: # 1 Exhibit Attorney Contract) (Milam, Heidi) (Entered: 04/29/2020) |
| 04/29/2020 | 79 (1 pg) | Hearing Set On (RE: related document(s) 78 Application to Employ Nathan Buttars, Esq. as Attorney Filed by Heidi Schneller Milam on behalf of Albert Willie Jr., Emma R Willie. (Attachments: # 1 Exhibit Attorney Contract)). The Hearing date is scheduled for 6/16/2020 at 01:30 PM at Oxford Federal Building. Responses due by 5/26/2020. Entered on Docket by: (CLD) (Entered: 04/29/2020) |
| 04/29/2020 | 80 (1 pg) | Order Directing Heidi Schneller Milam to File a Certificate of Service (Re: 78 Application to Employ filed by Debtor Albert Willie, Joint Debtor Emma R Willie, 79 Hearing Set (Document)). Deadline for Service: 5/4/2020.Deadline for Filing Certificate of Service: 5/11/2020. Entered on Docket by: (CLD) (Entered: 04/29/2020) |
| 04/29/2020 | 81 (7 pgs) | Certificate of Service Filed by Heidi Schneller Milam on behalf of Albert Willie Jr., Emma R Willie RE: (related document(s)78 Application to Employ filed by Debtor Albert Willie, Joint Debtor Emma R Willie, 79 Hearing Set (Document)). (Milam, Heidi) (Entered: 04/29/2020) |
| 05/27/2020 | | Notice of Terminated Hearing due to Settlement, Default, Continuance or Dismissal (RE: related document(s)78 Application to Employ filed by Debtor Albert Willie, Joint Debtor Emma R Willie). Entered on Docket by: (CLD) (Entered: 05/27/2020) |
| 05/27/2020 | 82 (1 pg) | Order Granting Application For Employment (Related Doc # 78) Entered on Docket by: (CLD) (Entered: 05/27/2020) |

| | | |
|---|---|---|
| 05/29/2020 | 83 (2 pgs) | BNC Certificate of Service No. of Notices: 3. Notice Date 05/29/2020. (Related Doc # 82) (Admin.) (Entered: 05/29/2020) |
| 11/08/2020 | 84 (3 pgs) | Chapter 13 Trustee Final Report and Account . Objection to Chapter 13 Final Report and Account 12/8/2020. (Barkley, Locke) (Entered: 11/08/2020) |
| 03/08/2021 | 85 (6 pgs) | Amended Schedule A/B: Property for Individual Filed by Heidi Schneller Milam on behalf of Albert Willie Jr., Emma R Willie. (Milam, Heidi) (Entered: 03/08/2021) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/08/2021 23:01:31 | | | |
| **PACER Login:** | bk0177 | **Client Code:** | 3838.00 |
| **Description:** | Docket Report | **Search Criteria:** | 13-14910-JDW Fil or Ent: filed From: 1/1/2013 To: 3/8/2021 Doc From: 0 Doc To: 99999999 Format: html Page counts for documents: included |
| **Billable Pages:** | 7 | **Cost:** | 0.70 |