# EXHIBIT E

UNITED STATES DISTRICT
COURT EASTERN DISTRICT
OF LOUISIANA

| | |
|---|---|
| In Re: TAXOERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "H" (5) |

*Emma R. Willie v. Sanofi-Aventis US, LLC, et al.*
Case No. 2:18-cv-03857

## DECLARATION OF EMMA R. WILLIE

"My name is Emma R. Willie; I am the plaintiff in the above captioned case. I am over the age of 18 years and fully competent to make this declaration, and I hereby depose and say:

"My husband and I filed Chapter 13 Bankruptcy on November 21, 2013. Heidi Milam is our bankruptcy attorney. At the time we met with Ms. Milam and filed bankruptcy, I didn't know that I would be diagnosed with breast cancer. I did not know that I would ever use Taxotere. I had a full head of hair and I did not know that my hair would fall out.

"I do not recall ever being told by Ms. Milam anything about the need to disclose a personal injury claim or lawsuit. I don't recall having such a discussion with any lawyer.

"I was diagnosed with breast cancer in October 2014. I had a lumpectomy and lymph node removal. I underwent chemotherapy with Taxotere and radiation. I am now bald.

"When I decided to hire a lawyer to possibly pursue a Taxotere lawsuit for me, I did not know whether Taxotere was the cause of my baldness. I had seen lawyer advertising about Taxotere and knew I had received Taxotere as part of my chemotherapy treatment. I do not recall

being told anything about listing a Taxotere claim in my bankruptcy proceeding. Last year, I received a letter from my Taxotere lawyers about the bankruptcy, and I then found out from my husband that the bankruptcy proceeding would need to be reopened after he spoke to our bankruptcy lawyer.

"I didn't know at the time I hired my lawyers to investigate a Taxotere case that the case would be part of my bankruptcy or that I needed to disclose the case in the bankruptcy proceeding. When I filed the Taxotere lawsuit, I didn't know that it was or could be included as property in the bankruptcy proceeding. After the Taxotere lawsuit was filed, I didn't realize that I was supposed to disclose the lawsuit in the bankruptcy and never gave any thought at all about the effect of not disclosing it.

"If I was taking inconsistent positions in the bankruptcy and the Taxotere cases, I didn't know or realize it. I didn't purposefully try to hide the existence of the Taxotere claim or lawsuit. I do not know or believe that I ever made any false statements about the Taxotere case in my bankruptcy proceeding, and if I did, I didn't mean to."

"My name is Emma R. Willie, my date of birth is August 16, 1963, and my address is 1591 Lyles Road, Senatobia, Mississippi, United States of America. I declare under penalty of perjury that the foregoing is true and correct."

**Executed in Tate County, State of Senatobia, on the 4th day of March 2021.**

_Emma R. Willie_
Emma R. Willie

Page 2 of 2