**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | ) | MDL No. 2740 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: | ) | |
| ALL ACTIONS | ) | |

**CASE MANAGEMENT ORDER NO. 14(I)**
**(AMENDED TRIAL SCHEDULE – TRIALS 2A-5)**

In light of delays primarily related to the COVID-19 pandemic, including the Eastern District of Louisiana's COVID-19 General Order 21-1, the parties have agreed to amend the pretrial deadlines for Trials 2A through 5 as set forth in the attached charts. The Court enters this Case Management Order adopting the amended deadlines proposed by the parties.

New Orleans, Louisiana, this 9th day of March, 2021.

HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE

MDL 2740

Trial Schedule for Bellwether Trial 2A (Kahn v. Sanofi-Aventis U.S. LLC)

| | Trial #2A (Sanofi) |
|---|---|
| Initial Reply Briefs* | Completed |
| Hearing and Argument (week of:)* | Completed |
| Phase II Discovery in Selected Trial Pool Cases | Completed |
| Plaintiff Expert Reports ¶ 4(a) | Completed |
| Plaintiff Expert depositions ¶ 4(a) | Completed |
| Defendant Expert Reports ¶ 4(b) | Completed |
| Defendant Expert Depositions ¶ 4(b) | Completed |
| Motions and Briefs ¶ 5(a) | Completed |
| Opposition Briefs ¶ 5(b) | Completed |
| Reply Briefs | Completed |
| Hearing and Argument ¶ 5(d) | Completed |
| Plaintiff Regulatory Expert Reports ¶ 4(a)* | Completed |
| Plaintiff Regulatory Expert depositions ¶ 4(a)* | Thursday, March 11, 2021 |
| Defendant Regulatory Expert Reports ¶ 4(b) (if necessary)* | Tuesday, March 16, 2021 |
| Defendant Regulatory Expert Depositions ¶ 4(b) (if necessary)* | Tuesday, March 23, 2021 |
| Motions and Briefs ¶ 5(a)* | Monday, March 29, 2021 |
| Opposition Briefs ¶ 5(b)* | Monday, April 12, 2021 |
| Reply Briefs* | Monday, April 19, 2021 |
| Hearing and Argument ¶ 5(d) | |
| Final Witness List ¶ 6(b) | Friday, March 26, 2021 |
| Exhibit Lists and Deposition Designations ¶ 6(c) | Friday, April 2, 2021 |
| Jury Questionnaire ¶ 6(a) | Monday, April 26, 2021 |
| Motions in Limine ¶ 6(d) | Friday, April 9, 2021 |
| Oppositions to Motions in Limine ¶ 6(h) | Friday, April 30, 2021 |
| Counter Designations ¶ 6(e) | Friday, May 7, 2021 |
| Objections to Designations ¶ 6(f) | Friday, May 14, 2021 |
| Responses to Objections to Designations (new) | Friday, May 21, 2021 |
| Submit Designations to Court (new) | Friday, May 28, 2021 |
| Final Pretrial Order (new) | Tuesday, June 1, 2021 |
| Final Pretrial Conference ¶ 6(j) | Tuesday, June 8, 2021 |
| Plaintiffs' and Defendants' Jury Charges ¶ 6(g) | Friday, June 11, 2021 |
| Jury Selection | Friday, June 18, 2021 |
| Trial | Monday, June 21, 2021 |

* Because Plaintiff was required to provide substitute regulatory expert opinions in place of her prior regulatory expert, the deadlines marked with an asterisk apply only to the regulatory opinions provided by Plaintiff's substitute regulatory experts.

MDL 2740
Trial Schedule for Bellwether Trials 3-5

| | Trial #3 (505(b)(2)) | Trial #4 (Sanofi MS) | Trial #5 (Hospira) |
|---|---|---|---|
| Trial Pool Nomination ¶ 7(a) | Completed | Completed | Completed |
| Phase I Discovery in Trial Pool Cases ¶ 7(d) | Completed | Completed | Completed |
| Final Plaintiff Selection - Parties' Nomination ¶ 7(b) | Completed | Completed | Completed |
| Final Plaintiff Selection - Court's Selection ¶ 7(b) | Completed | Completed | Completed |
| Preliminary Witness List (new) | Completed | Completed | Monday, February 22, 2021 |
| Amendments to Pleadings (new) | Completed | Completed | Completed |
| Initial Motions and Briefs* | Completed | Monday, February 22, 2021 | Friday, April 2, 2021 |
| Initial Opposition Briefs* | Completed | Monday, March 8, 2021 | Monday, April 19, 2021 |
| Initial Reply Briefs* | Completed | Wednesday, March 17, 2021 | Friday, April 30, 2021 |
| Hearing and Argument (week of:)* | Completed | Monday, March 22, 2021 | Monday, May 10, 2021 |
| Phase II Discovery in Selected Trial Pool Cases | Completed | Friday, April 16, 2021 | Friday, June 18, 2021 |
| Plaintiff Expert Reports ¶ 4(a) | Completed | Friday, April 23, 2021 | Friday, July 9, 2021 |
| Plaintiff Expert depositions ¶ 4(a) | Completed | Friday, May 21, 2021 | Friday, August 13, 2021 |
| Defendant Expert Reports ¶ 4(b) | Completed | Friday, May 28, 2021 | Friday, August 20, 2021 |
| Defendant Expert Depositions ¶ 4(b) | Completed | Friday, June 25, 2021 | Friday, September 17, 2021 |
| Motions and Briefs ¶ 5(a) | Completed | Tuesday, July 6, 2021 | Tuesday, September 28, 2021 |
| Opposition Briefs ¶ 5(b) | Completed | Thursday, July 22, 2021 | Tuesday, October 19, 2021 |
| Reply Briefs | Completed | Thursday, July 29, 2021 | Tuesday, November 2, 2021 |
| Hearing and Argument ¶ 5(d) | Thu.-Fri. Mar. 18-19, 2021 | Week of 8/9/2021 | Week of November 8 or 15, 2021 |
| Final Witness List ¶ 6(b) | Tuesday, June 8, 2021 | Tuesday, August 24, 2021 | Tuesday, November 23, 2021 |
| Exhibit Lists and Deposition Designations ¶ 6(c) | Tuesday, June 8, 2021 | Tuesday, August 24, 2021 | Tuesday, November 23, 2021 |
| Jury Questionnaire ¶ 6(a) | Thursday, June 10, 2021 | Friday, August 20, 2021 | Wednesday, November 24, 2021 |
| Motions in Limine ¶ 6(d) | Tuesday, June 15, 2021 | Tuesday, August 31, 2021 | Tuesday, December 7, 2021 |
| Oppositions to Motions in Limine ¶ 6(h) | Wednesday, June 30, 2021 | Tuesday, September 14, 2021 | Tuesday, December 21, 2021 |
| Counter Designations ¶ 6(e) | Monday, July 12, 2021 | Wednesday, September 15, 2021 | Monday, December 13, 2021 |
| Objections to Designations ¶ 6(f) | Monday, July 19, 2021 | Monday, September 20, 2021 | Friday, December 17, 2021 |
| Responses to Objections to Designations (new) | Thursday, July 22, 2021 | Thursday, September 23, 2021 | Wednesday, December 22, 2021 |
| Submit Designations to Court (new) | Monday, July 26, 2021 | Monday, September 27, 2021 | Wednesday, January 5, 2022 |
| Final Pretrial Order (new) | Thursday, July 29, 2021 | Thursday, September 30, 2021 | Thursday, January 6, 2022 |
| Final Pretrial Conference ¶ 6(j) | Wednesday, August 4, 2021 | Wednesday, October 6, 2021 | Wednesday, January 12, 2022 |
| Plaintiffs' and Defendants' Jury Charges ¶ 6(g) | Friday, August 6, 2021 | Friday, October 8, 2021 | Friday, January 14, 2022 |
| Jury Selection | Friday, August 13, 2021 | Friday, October 15, 2021 | Monday, January 24, 2022 |
| Trial | Monday, August 16, 2021 | Monday, October 18, 2021 | Monday, January 24, 2022 |

**\* This initial motion deadline does not require the filing of any motion, and the parties agree that they will not argue that any later-filed motion should have been filed by this deadline.**

**Paragraph (¶) references are to the descriptions in Case Management Order No. 14 (Doc. 3064).**