MINUTE ENTRY
MILAZZO, J.
March 8, 2021

JS-10:00:10

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 <br><br> SECTION: "H" (5) |
| This document relates to all cases | | |

## MINUTE ENTRY

On March 8, 2021, the Court held a telephone status conference with Dawn Barrios and Harley Ratliff. The parties updated the Court on the status of the case.

