UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                        MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:

Emma Willie, Case No. 2:18-cv-3857

### MOTION TO SUBSTITUTE DEFENDANTS' STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT UNDER THE DOCTRINE OF JUDICIAL ESTOPPEL

      Sanofi's Statement of Undisputed Facts in Support of their Motion for Summary Judgment Under the Doctrine of Judicial Estoppel was filed on February 22, 2021, with correspondence between the Parties attached as Exhibit G and H thereto. Sanofi moves the Court to allow Defendants to file an Amended Statement of Facts, amending Paragraphs 11-13 of its Statement of Facts to remove Exhibit G, and substitute the attached **Amended Exhibit H**, a Declaration, in place of the previous Exhibit H.

      Respectfully submitted,

*/s/ Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Jon Strongman
Adrienne L. Byard
Hillary S. Nicholas
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com

*Counsel for Sanofi US Services Inc. and sanofi-aventis U.S. LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 9, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

                                                          */s/ Douglas J. Moore*