UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO:

Emma Willie, Case No. 2:18-cv-3857

## ORDER

Considering the Motion to Substitute Defendants' Statement of Undisputed Facts in Support of their Motion for Summary Judgment, filed by Defendants, sanofi-aventis U.S., LLC and Sanofi US Services, Inc.;

**IT IS HEREBY ORDERED** that said Motion is **GRANTED**, and that the Clerk of Court shall file Defendants' Amended Statement of Facts and substitute the attached **Amended Exhibit H**, a Declaration, in place of the previous Exhibit H.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE