UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:

Emma Willie, Case No. 2:18-cv-3857

**DEFENDANTS' AMENDED STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT <u>UNDER THE DOCTRINE OF JUDICIAL ESTOPPEL</u>**

Sanofi submits this Amended Statement of Undisputed Material Facts in Support of their Motion for Summary Judgment Under the Doctrine of Judicial Estoppel under Local Rule 56.1:

1. On November 21, 2013, Plaintiff Emma Willie filed a petition for bankruptcy under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Mississippi.[1]

2. Mrs. Willie represented that she had no contingent claims of any nature in her original bankruptcy schedules and statement of financial affairs.[2]

3. On August 12, 2014, the bankruptcy court approved Mrs. Willie's Chapter 13 plan.[3]

4. Mrs. Willie learned of her potential claims against Sanofi as early as June 2016, when she contacted and retained her attorney.[4]

5. On April 11, 2018, Mrs. Willie filed this lawsuit, Willie v. Sanofi, 2:18-cv-03857.[5]

6. Mrs. Willie's Chapter 13 plan provided for a 0% distribution to general unsecured creditors, to whom she owed $12,800.37.[6]

---

[1] Ex. A, Nov. 21, 2013, Chapter 13 Voluntary Petition.

[2] *See id.*

[3] *See* Ex. B, Aug. 12, 2014, Order Confirming the Debtor's Plan, Awarding a Fee to the Debtor's Attorney and Related Orders.

[4] *See* Ex. C, Oct. 20, 2020, Willie Dep. 150:2-24.

[5] *See generally* Rec. Doc. 1 (Short Form Complaint).

[6] Ex. D, Mar. 11, 2019, Chapter 13 Standing Trustee's Final Report and Account.

7. Mrs. Willie did not file a motion to modify the Chapter 13 plan to disclose the claims raised in this lawsuit as contingent assets before her debt was discharged.

8. On April 23, 2019, the bankruptcy court entered an Order discharging Mrs. Willie's debt.[7]

9. On April 25, 2019, Mrs. Willie's Chapter 13 bankruptcy case was closed.[8]

10. Mrs. Willie continued to actively litigate her claim before this Court, filing Plaintiff Fact Sheets on June 22, 2018 (Plaintiff Fact Sheet), August 13, 2018 (First Amended), August 15, 2018 (Second Amended), October 22, 2018 (Third Amended), January 17, 2020 (Fourth Amended), and February 26, 2020 (Fifth Amended).

11. On January 24, 2020, the PSC nominated Mrs. Willie as a bellwether plaintiff.

12. On February 12, 2020, Sanofi's counsel asked the PSC about Mrs. Willie's prior bankruptcy, questioning whether Mrs. Willie's bankruptcy was Chapter 7 or 13, and whether it was discharged post-lawsuit.[9]

13. On February 12, 2020, the PSC indicated that Mrs. Willie's bankruptcy was a Chapter 13 bankruptcy, and that plaintiff's counsel was in communication with the bankruptcy counsel and was advised to work with the bankruptcy trustee.[10]

14. On April 23, 2020, two years after filing this lawsuit, one year after her bankruptcy was discharged, and two months after Sanofi raised a concern about the prior proceeding, Mrs. Willie filed a motion to reopen her Chapter 13 bankruptcy case to disclose this lawsuit as a contingent asset.[11]

15. In the motion to reopen her bankruptcy case, Mrs. Willie claimed she "has discovered that she may have a potential asset in that she is eligible to be included in a class action lawsuit with Taxotere, filed April 11, 2018."[12]

---

[7] Ex. E, Apr. 23, 2019, Order Discharging Both Debtors.

[8] Ex. F, Apr. 25, 2019, Final Decree/Order Closing Case.

[9] Amended Ex. H, Feb. 12, 2020, Declaration of A. Byard.

[10] *See id.*

[11] Ex. I, Apr. 23, 2020, Debtor's Motion to Reopen Case.

[12] *See id.*

Respectfully submitted,

| | |
|---|---|
| */s/ Douglas J. Moore* | Harley V. Ratliff |
| Douglas J. Moore (Bar No. 27706) | Jon Strongman |
| **IRWIN FRITCHIE URQUHART & MOORE LLC** | Adrienne L. Byard |
| 400 Poydras Street, Suite 2700 | Hillary S. Nicholas |
| New Orleans, LA 70130 | **SHOOK, HARDY & BACON L.L.P.** |
| Telephone: 504-310-2100 | 2555 Grand Boulevard |
| Facsimile: 504-310-2120 | Kansas City, Missouri 64108 |
| dmoore@irwinllc.com | Telephone: 816-474-6550 |
| | Facsimile: 816-421-5547 |
| | hratliff@shb.com |
| | abyard@shb.com |
| | |
| | ***Counsel for Sanofi Defendants*** |
| | ***Sanofi US Services Inc. and*** |
| | ***sanofi-aventis U.S. LLC*** |

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

*/s/ Douglas J. Moore*