# AMENDED EXHIBIT H

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO:

Emma Willie, No. 28-cv-03857

**DECLARATION OF ADRIENNE BYARD IN SUPPORT OF DEFENDANTS' AMENDED STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF THEIR MOTION FOR <u>SUMMARY JUDGMENT UNDER THE DOCTRINE OF JUDICIAL ESTOPPEL</u>**

I, Adrienne Byard, declare as follows:

1. I have personal knowledge of the facts attested to in this declaration and, if called as witness, could testify competently as to those facts.

2. On February 12, 2020, while discussing the Mississippi bellwether plaintiffs, I asked the PSC whether Mrs. Willie's bankruptcy was Chapter 7 or Chapter 13, and whether her bankruptcy was discharged post-lawsuit.

3. On February 12, 2020, the PSC indicated that Mrs. Willie's bankruptcy was a Chapter 13 bankruptcy, and that plaintiff's counsel was in communication with the bankruptcy counsel and was advised to work with the bankruptcy trustee.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge.

Executed on: March 9, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Adrienne Byard