UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) ) | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | |
| ) | SECTION "H" (5) |
| ) | JUDGE MILAZZO |
| ) | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: ) | |
| ) | |
| **Shirley Holmes** ) | |
| **Case No.: 19-cv-09396** ) | |
| _____ ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff, Shirley Holmes, hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action 19-cv-09396, only.  The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal.  This Stipulation shall not affect the lawsuit filed by Shirley Holmes, which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing case 17-cv-06002.  All parties shall bear their own costs.

Dated this 10th day of March 2021        By:  */s/ J. Christopher Elliott*
                                              J. Christopher Elliott, Esq.
                                              **BACHUS & SCHANKER, LLC**
                                              J. Kyle Bachus, Esq.
                                              Darin L. Schanker, Esq.
                                              101 West Colfax, Suite 650

Denver, CO 80202
Telephone: (303) 893-9800
Facsimile: (303) 893-9900
Email: celliott@coloradolaw.net
kyle.bachus@coloradolaw.et
dschanker@coloradolaw.net

*Attorneys for Plaintiff*

*/s/ Richmond T. Moore*
Richmond T. Moore (rmoore@wc.com)
Heidi K. Hubbard (hhubbard@wc.com)
Neelum J. Wadhwani
nwadhwani@wc.com)
Monika Isia Jasiewicz
(ijasiewicz@wc.com)
Lori Interlicchio (linterlicchio@wc.com)
Aparna Datta (adatta@wc.com)
725 Twelfth Street NW
Washington DC 20005
(202) 434-5000 / office
(202) 434-5029 / fax

*Attorneys for Defendants Hospira, Inc., and Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2021 I electronically filed the foregoing with the Clerk using the CM/ECF system, which will send a notification of electronic filing to all counsel of record who are CM/ECF participants.

Dated: March 10, 2021              */s/ Melanie R. Sulkin*