# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2740 SECTION "H" (5) JUDGE MILAZZO MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: Roseanne Bode Case No.: 18-00682 | | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff, Roseanne Bode, hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action 18-cv-00682, only. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal. This Stipulation shall not affect the lawsuit filed by Roseanne Bode which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing case number 17-cv-16997. All parties shall bear their own costs.

Dated this 10th day of March 2021        By: */s/ J. Christopher Elliott*
                                                                 J. Christopher Elliott, Esq.
                                                                 **BACHUS & SCHANKER, LLC**
                                                                 J. Kyle Bachus, Esq.
                                                                 Darin L. Schanker, Esq.
                                                                 101 West Colfax, Suite 650

Denver, CO 80202
Telephone: (303) 893-9800
Facsimile: (303) 893-9900
Email: celliott@coloradolaw.net
kyle.bachus@coloradolaw.et
dschanker@coloradolaw.net

*Attorneys for Plaintiff*

*/s/ Madison Hatten*
Madison Hatten
SHOOK, HARDY& BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
mhatten@shb.com

***Counsel for Defendants Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2021 I electronically filed the foregoing with the Clerk using the CM/ECF system, which will send a notification of electronic filing to all counsel of record who are CM/ECF participants.

Dated: March 10, 2021                    */s/ Melanie R. Sulkin*