UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Juanita Greer* Case No. 2:18-cv-11728 | |

**DECLARATION OF ALEXANDRA W. ROBERSTON IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' BILL OF COSTS AGAINST PLAINTIFF JUANITA GREER**

I, Alexandra W. Robertson, pursuant to 28 U.S.C. 1746, declares that the following is true and correct:

1. I am an attorney at the law firm Johnson Becker, PLLC.

2. I submit this Declaration in Support of Plaintiff's Response in Opposition to Defendants' Bill of Costs against Plaintiff Juanita Greer.

3. Attached hereto are true and correct copies of the following listed documents:

Exhibit A a spreadsheet pulled on March 3, 2021 from a company who Johnson Becker utilizes to order medical records, American Retrieval Company, with the cost of records in Plaintiff Juanita Greer's case to-date totaling the amount of $292.34.

Dated: March 11, 2021

Respectfully Submitted,

/s/ Alexandra W. Robertson
Alexandra W. Robertson, Esq.
JOHNSON BECKER, PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Toll Free: 800-279-1800
arobertson@johnsonbecker.com

*Attorney for Plaintiff Juanita Greer*