# EXHIBIT A

| CLAIM ID | MATTER ID | PATIENT NAME | FACILITY | ARC# | INVOICE # | AMOUNT | RETRIEVAL FEE | PROVIDER FEE | DATE |
|---|---|---|---|---|---|---|---|---|---|
| Taxotere | 292355 | Juanita Greer | Jefferson Medical | 542068 | 650118 | $128.43 | $26.00 | $100.40 | 8/12/2016 |
| Taxotere | 292355 | Juanita Greer | Jefferson Medical | 542069 | 761219 | $28.03 | $26.00 | $0.00 | 2/23/2017 |
| Taxotere | 292355 | Juanita Greer | South Central Gastroenterology | 1405668 | 1567495 | $107.79 | $26.00 | $79.70 | 6/3/2020 |
| Taxotere | 292355 | Juanita Greer | Wallace Discount Drugs | 1405669 | 1494220 | $28.09 | $26.00 | $0.00 | 3/4/2020 |
| | | | | | TOTAL | 292.34 | | | |