UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION          MDL NO. 2740

BARBARA ANDERSON,                       Section "H" (5)
**Plaintiff,**                          Judge Milazzo
                                        Mag. Judge North
v.
Accord Healthcare, Inc.
**Defendants**

Civil Action No. 2:20-cv-1382

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Barbara Anderson, respectfully requests leave to file the attached proposed Amended Short Form Complaint (Exhibit A).

Plaintiff's counsel has conferred with Defendants and understands that Defendants Accord Healthcare Inc. do not oppose this motion.

WHEREFORE, Plaintiff prays that she be granted leave to file the attached proposed Amended Short Form Complaint.

DATE: March 16, 2021

Respectfully submitted,

/s/ *D. Todd Mathews*
D. Todd Mathews
Sara Salger
Gori Law Firm, P.C.
156 North Main Street
Edwardsville, IL 62025
618-659-9833 (phone)
618-659-9834 (fax)
todd@gorilaw.com
sara@gorilaw.com