UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL NO. 2740 |
| | ) | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | ) ) ) | JUDGE MILAZZO MAG. JUDGE NORTH |
| Civil Action No.: 2:20-cv-1382 Plaintiff BARBARA ANDERSON | ) ) ) | NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE EXCEPT Accord Healthcare, Inc. |

_____

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Defendants Accord Healthcare, Inc. each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of the Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 11th of March 2021                      Counsel for Barbara Anderson

/s/ *D. Todd Mathews*

D. Todd Mathews
Sara Salger
Gori Law Firm, P.C.
156 North Main Street
Edwardsville, IL 62025
618-659-9833 (phone)
618-659-9834 (fax)
todd@gorilaw.com
sara@gorilaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2021 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: March 11, 2021

/s/ <i>D. Todd Mathews</i>