UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "H" (5)

THIS DOCUMENT RELATES TO:

Lucille Crenshaw, 18-12400

## ORDER

Before the Court is Plaintiff Lucille Crenshaw's Motion for Substitution of Plaintiff (Doc. 12204);

**IT IS ORDERED** that the Motion is **GRANTED**, and Glasco Bender, on behalf of the Estate of Lucille Crenshaw, is substituted as Plaintiff in the above-referenced action.

New Orleans, Louisiana, this 12th day of March, 2021.

_____
District Judge