UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | |
| THIS DOCUMENT RELATES TO: | : | SECTION "N"(5) |
| | : | HON. JANE TRICHE MILAZZO |
| BABY FAY HURD<br>    Plaintiff(s), | : | |
| vs. | : | |
| SANOFI S.A., et al.,<br>    Defendant(s). | : | |
| Civil Case No.: 2:20-cv-01784 | : | |

**PLAINTIFF'S RESPONSE TO DEFENDANT SANOFI'S MARCH 9, 2021 LETTER REQUESTING DISMISSAL**

COMES NOW Plaintiff Baby Fay Hurd, by and through the undersigned counsel, and files this Response to Defendant Sanofi's Letter dated March 9, 2021, attached as Exhibit 1, and shows as follows:

1. On February 19, 2021, the above captioned matter was brought before this Court by Sanofi, which alleged that Plaintiff had not produced an ESI Statement in compliance with PTO71A. The Court directed the Plaintiff to produce such a Statement within fifteen (15) days of the hearing date.

2. On March 9, 2021, Sanofi's counsel wrote to the Court advising that Plaintiff had still not produced a PTO71A Statement, and requesting that the Court dismiss Plaintiff's case.

1

3. On March 15, 2021 Plaintiff submitted an executed PTO71A Statement to her counsel. Her counsel immediately submitted this Statement to MDL Centrality. A copy of Plaintiff's ESI Statement is attached as Exhibit 2.

4. As such, Plaintiff is now in compliance with her PTO71A responsibilities. Further, there are no other deficiencies currently alleged in this case, including PFS, photograph, product identification, or ESI deficiencies.

5. Plaintiff, through undersigned counsel, also emailed Sanofi's counsel a copy of said uploaded ESI statement. In that email, Plaintiff's counsel requested that Sanofi's counsel notify the Court that the Plaintiff is now in compliance with her PTO71A responsibilities. Email Correspondence attached as Exhibit 3. Sanofi's counsel advised that she did not intend to contact the Court regarding this matter.

6. Plaintiff admits that her PTO71A Statement was not submitted timely pursuant to the Court's directive at the February 19, 2021 hearing. However, the Plaintiff is now in compliance with all requirements and her case should not be dismissed.

For the foregoing reasons, Plaintiff requests that this Court not dismiss Plaintiff Baby Fay Hurd's case.

This the 15th day of March, 2021.

DAVIS & CRUMP, P.C.

/s/ Trevor B. Rockstad
Trevor B. Rockstad
MS State Bar No.: 103614
2601 14th Street
Gulfport, MS 39501
Phone: 228-863-6000
Facsimile: 228-864-0907
Email: Trevor.rockstad@daviscrump.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2021, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ Trevor B. Rockstad
TREVOR B. ROCKSTAD