# Amended Exhibit 1



March 9, 2021

VIA ELECTRONIC MAIL

Honorable Jane Triche Milazzo
United States District Court
Eastern District of Louisiana
U.S. Courthouse
500 Poydras Street, Room C206
New Orleans, LA 70130

Madison Hatten

2555 Grand Blvd.
Kansas City, Missouri 64108
**t** 816.474.6550
**f** 816.421.5547
mhatten@shb.com

    Re:    **Taxotere (Docetaxel) Products Liability Litigation, MDL No. 2740**

            **Sanofi's Notification of Plaintiff Who Failed to Cure Within 15 Days as Ordered at the February 19, 2021 Show Cause Hearing**

Dear Judge Milazzo:

On February 19, 2021, the Court held a Show Cause hearing to consider dismissal of cases identified by defendants pursuant to PTO 22.[1] In addition to dismissing cases outright, the Court, in certain instances, permitted plaintiffs limited additional time to comply with their Court-mandated obligations.

This letter is to notify the Court that the following plaintiff failed to cure the identified deficiency within the 15-day time period ordered at the February 19, 2021 Show Cause hearing, and, as such, Sanofi believes such case to be appropriate for immediate dismissal:

- **Baby Fay Hurd** (2:20-cv-01784; Davis & Crump (sanofi)); Ms. Hurd's case was heard at the February 19, 2021 Show Cause hearing for failure to provide a PTO 71A Statement. During the hearing, and at the request of plaintiff's counsel, the Court granted plaintiff an extension of fifteen

---

[1] Prior to the February 19, 2021 Show Cause hearing, plaintiff was identified as deficient by Sanofi in a Notice of Non-Compliance served on Plaintiffs' Liaison Counsel on November 20, 2020 (**Exhibit A** (sanofi)) and plaintiff was again identified on Defendants' February 5, 2021 14-Day Notice of Non-Compliance (Doc. 12123).



(15) days to cure the deficiency.[2] As of the date of this letter, no PTO 71A Statement has been submitted.[3]

March 9, 2021
Page 2

Despite plaintiff's Court-mandated obligations and the additional time granted at the Court's Show Cause hearing, Ms. Hurd has continued to fail to cure the identified deficiency. As such, Sanofi requests dismissal with prejudice.[4]

Respectfully,

*/s/ Madison Hatten*
Madison Hatten

cc: Palmer Lambert
Dawn Barrios
John Olinde
Douglas J. Moore

---

[2] "MR. HARDENSTEIN: And as for the social media statement, we believe, based on our conversations with Ms. Hurd, that it had gotten lost in the mail, so we went ahead and Fed-Exed her a new one and would just request 14 days to get that back, returned and uploaded correctly.
THE COURT: The Court's going to grant 15 days to do that, to get in compliance. Thank you.
MR. HARDENSTEIN: Thank you, your Honor."

February 19, 2021 Hearing Transcript 31:18-24.

[3] Attached hereto as **Exhibit B** is a screenshot of Ms. Hurd's MDL Centrality submissions. No PTO 71A submission has been uploaded as of the date of this letter.

[4] This letter sets forth only the case that Sanofi believes is appropriate for immediate dismissal, without requiring any further review or explanation from the parties. The fact that a case addressed at the hearing is not identified herein is not a concession or agreement by defendants that such cases have cured all outstanding deficiencies.

# EXHIBIT A

| | |
|---|---|
| **From:** | Bieri, Kelly (SHB) |
| **Sent:** | Friday, November 20, 2020 5:23 PM |
| **To:** | Dawn Barrios; p lambert; Kate Robinson |
| **Cc:** | Nicholas A. Insogna (insognan@gtlaw.com); Eickbush, Rebecca (SHB) |
| **Subject:** | Taxotere: Sanofi November 20, 2020 notice of non-compliance |
| **Attachments:** | 2020.11.20 - Taxotere - Show Cause Initial List of Non Compliance (Nov 20, 2020) - CIRCULATED.xlsx |

Dawn, Palmer and Kate,

Attached is Sanofi's November 20, 2020 Notice of Non-Compliance pursuant to PTO 22A. The list is sorted by plaintiff law firm. Please let me know if you have any problems opening the attachment. As noted in prior correspondence, PTO No. 22A Exhibit A indicates that purported cure correspondence to Sanofi required in paragraph 3 should go to noproductid@shb.com. As requested previously, please continue to advise plaintiffs to use NonCompliance@shb.com for such PTO 22A correspondence.

I hope you are all doing well and staying healthy.

best,


Kelly



**Kelly G. Bieri**
*Partner*
Shook, Hardy & Bacon L.L.P.

816.559.2109 | kbieri@shb.com



| # | Last | First | MDL Docket No. | Date Complaint Filed | Plaintiff's Counsel | Plaintiff ID | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|---|---|
| 1 | Diggs | Mollie | 2:16-cv-14524 | 9/7/2016 | Allan Berger & Associates | 1483 | Not Substantially Complete - No Before photos from within 5 years of treatment; No After Photos | sanofi |
| 2 | Adams | Tessie | 2:17-cv-16210 | 12/9/2017 | Allen & Nolte, PLLC | 4774 | Not Substantially Complete - Declaration is not dated; Authorizations are not dated | sanofi |
| 3 | Crosland-Daniels | Georgia | 2:19-cv-00778 | 2/1/2019 | Allen & Nolte, PLLC | 13655 | No PTO 71A | sanofi |
| 4 | Fink | Jo | 2:17-cv-15858 | 12/8/2017 | Allen & Nolte, PLLC | 5618 | HIPAA and insurance authorizations are not dated | sanofi |
| 5 | Lockett | Gloria | 2:18-cv-12911 | 12/8/2018 | Allen & Nolte, PLLC | 11638 | No PTO 71A; Psychiatric Records and Insurance authorizations are not dated | sanofi |
| 6 | Arens | Shirley | 2:17-cv-09916 | 9/29/2017 | Bachus & Schanker, LLC | 3555 | Not Substantially Complete - No Proof of Use | sanofi |
| 7 | Baez | Maria | 2:19-cv-12307 | 8/27/2019 | Bachus & Schanker, LLC | 14786 | No CMO 12A; No PTO 71A | sanofi |
| 8 | Balentine | Cheryl | 2:18-cv-12353 | 12/4/2018 | Bachus & Schanker, LLC | 14142 | No PTO 71A | sanofi |
| 9 | Barnwell | Jemeta | 2:17-cv-07804 | 8/13/2017 | Bachus & Schanker, LLC | 3023 | Not Substantially Complete - No Before Photos; No After Photos | sanofi |
| 10 | Brito | Pamela | 2:18-cv-12365 | 12/4/2018 | Bachus & Schanker, LLC | 13990 | Shell PFS; No CMO 12A; No PTO 71A | sanofi |
| 11 | Brown | Theodoisa | 2:18-cv-11825 | 11/29/2018 | Bachus & Schanker, LLC | 11662 | Not Substantially Complete - No Proof of Use | sanofi |
| 12 | Burns | Bonnie | 2:17-cv-15769 | 12/8/2017 | Bachus & Schanker, LLC | 4569 | No Authorizations | sanofi |
| 13 | Burris | Kimberly | 2:18-cv-08762 | 9/19/2018 | Bachus & Schanker, LLC | N/A | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | sanofi |
| 14 | Caudell | Daisy | 2:17-cv-09929 | 10/1/2017 | Bachus & Schanker, LLC | 4000 | Shell PFS; Not Substantially Complete - No Before Photos; No HIPAA Authorization (not dated) | sanofi |
| 15 | Collins | Thelmira | 2:18-cv-01918 | 2/22/2018 | Bachus & Schanker, LLC | 2827 | No CMO 12A | sanofi |
| 16 | Cook | Beverly | 2:19-cv-13227 | 10/23/2019 | Bachus & Schanker, LLC | 14017 | Not Substantially Complete - No Before Photos (poor quality, photos of photos) | sanofi |
| 17 | Culpepper | Mary | 2:16-cv-17914 | 12/1/2016 | Bachus & Schanker, LLC | 1769 | No After/Current photos | sanofi |
| 18 | Cupp | Debra | 2:19-cv-11836 | 7/24/2019 | Bachus & Schanker, LLC | 13579 | No HIPPA and No Psychiatric Authorizations (HIPAA and Psychiatric Authorizations expired by time PFS produced to defendants); No CMO 12A | sanofi |
| 19 | Daman | Donna | 2:18-cv-00924 | 1/30/2018 | Bachus & Schanker, LLC | 4760 | Shell PFS | sanofi |
| 20 | Day | Velma | 2:17-cv-05627 | 6/7/2017 | Bachus & Schanker, LLC | 5485 | Not Substantially Complete - No Before Photos | sanofi |
| 21 | Dials | Ernestine | 2:19-cv-13769 | 11/22/2019 | Bachus & Schanker, LLC | 14717 | No PTO 71A | sanofi |
| 22 | Elliott | Patricia | 2:18-cv-12240 | 12/4/2018 | Bachus & Schanker, LLC | 11734 | HIPAA and Psychiatric authorizations - Plaintiff improperly inserted her own information in the space reserved for healthcare providers | sanofi |
| 23 | Fields | Cynthia | 2:19-cv-12782 | 9/24/2019 | Bachus & Schanker, LLC | 13882 | No Authorizations | sanofi |
| 24 | Figueroa | Nellie | 2:19-cv-10922 | 6/6/2019 | Bachus & Schanker, LLC | 9438 | No CMO 12A; No PTO 71A | sanofi |
| 25 | Fletcher | Arlene | 2:18-cv-01757 | 2/20/2018 | Bachus & Schanker, LLC | 7661 | Shell PFS | sanofi |
| 26 | Flores | Vera | 2:19-cv-12569 | 9/12/2019 | Bachus & Schanker, LLC | 13883 | Not Substantially Complete - No After/Current Photos | sanofi |
| 27 | Ftorek | Tessa | 2:18-cv-00642 | 1/22/2018 | Bachus & Schanker, LLC | 6328 | HIPAA authorization is not dated | sanofi |
| 28 | Garcia | Jeannette | 2:19-cv-12778 | 9/24/2019 | Bachus & Schanker, LLC | 13884 | Not Substantially Complete - No After Photos (photos are black and white copies) | sanofi |
| 29 | Grimes | Christine | 2:19-cv-12312 | 8/27/2019 | Bachus & Schanker, LLC | 13863 | No PTO 71A | sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Plaintiff's Counsel | Plaintiff ID | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|---|---|
| 30 | Harris | Susie | 2:18-cv-01456 | 2/12/2018 | Bachus & Schanker, LLC | 7585 | Insurance authorization is not witnessed; Plaintiff improperly inserted the name/address of an insurer in the address line | sanofi |
| 31 | Hilley | Margarette | 2:17-cv-14776 | 12/5/2017 | Bachus & Schanker, LLC | 5881 | No Psychiatric records authorization | sanofi |
| 32 | Hyman | Barbara | 2:19-cv-13236 | 10/23/2019 | Bachus & Schanker, LLC | 14085 | Insurance authorization - Plaintiff has failed to leave addressee lines of authorization blank and improperly inserted plaintiff's information in the addressee/to line ; No PTO 71A | sanofi |
| 33 | James | Tammy | 2:18-cv-01553 | 2/14/2018 | Bachus & Schanker, LLC | 7635 | Insurance authorization - Plaintiff has failed to leave addressee lines of authorization blank and improperly inserted plaintiff's information in the addressee/to line | sanofi |
| 34 | Jones | Dorothy | 2:17-cv-10531 | 10/11/2017 | Bachus & Schanker, LLC | 4609 | Not Substantially Complete - No Before Photos (photos are black and white copies); No After Photos (photos are black and white copies) | sanofi |
| 35 | Jones | Lisa | 2:18-cv-12256 | 12/4/2018 | Bachus & Schanker, LLC | 11799 | No PTO 71A | sanofi |
| 36 | Jones | Mary | 2:19-cv-12414 | 9/3/2019 | Bachus & Schanker, LLC | 13866 | Insurance authorization - Plaintiff has failed to leave addressee lines of authorization blank and improperly inserted plaintiff's information in the addressee/to line; No Disability or workers compensation authorizations; No PTO 71A | sanofi |
| 37 | Labrot | Deane | 2:17-cv-18007 | 12/30/2017 | Bachus & Schanker, LLC | 6282 | HIPAA Authorization - Plaintiff put "N/A" on the authorization and improperly inserted law firm name in space meant to be blank for healthcare providers; Insurance Authorization - Plaintiff improperly inserted information in space reserved for insurers and authorization releases information only to Plaintiff's Counsel; Psychiatric Authorization - Plaintiff improperly put "N/A" in space meant to be blank for healthcare providers | sanofi |
| 38 | Lawty | Delores | 2:18-cv-02207 | 3/1/2018 | Bachus & Schanker, LLC | 7687 | Shell PFS; No HIPAA Authorization (not dated) | sanofi |
| 39 | Lowe | Kimberly | 2:17-cv-13465 | 11/27/2017 | Bachus & Schanker, LLC | 5869 | No Authorizations (authorizations submitted are poor-quality photographs of authorizations) | sanofi |
| 40 | Maddin | Christeena | 2:19-cv-14298 | 12/9/2019 | Bachus & Schanker, LLC | 14303 | No PTO 71A | sanofi |
| 41 | Marks | Donna | 2:19-cv-09920 | 4/30/2019 | Bachus & Schanker, LLC | 13837 | No CMO 12A; No PTO 71A | sanofi |
| 42 | Martin | Lecia | 2:18-cv-01220 | 2/6/2018 | Bachus & Schanker, LLC | 8707 | No Psychiatric records authorization; Insurance Authorization - Missing signature page; Plaintiff improperly inserted the name of a single insurer at top of form | sanofi |
| 43 | Mayhew | Betty | 2:18-cv-02208 | 3/1/2018 | Bachus & Schanker, LLC | 2918 | Not Substantially Complete - No Proof of Use; Before Photos are not dated; No After/Current Photos; HIPAA authorization is not dated | sanofi |
| 44 | McCall | Doris | 2:19-cv-13386 | 11/1/2019 | Bachus & Schanker, LLC | 14180 | No CMO 12A; No PTO 71A | sanofi |
| 45 | McClellan | Kimberly | 2:18-cv-01339 | 2/8/2018 | Bachus & Schanker, LLC | 7539 | No PTO 71A | sanofi |
| 46 | McCoy | Charlotte | 2:18-cv-12334 | 12/4/2018 | Bachus & Schanker, LLC | 11840 | No PTO 71A | sanofi |
| 47 | McGowan | Bobbie | 2:18-cv-12276 | 12/4/2018 | Bachus & Schanker, LLC | 11842 | No PTO 71A | sanofi |
| 48 | McGuire | Glenda | 2:19-cv-13639 | 11/14/2019 | Bachus & Schanker, LLC | 14311 | Not Substantially Complete - No Before Photos (poor quality, photos of photos) | sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Plaintiff's Counsel | Plaintiff ID | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|---|---|
| 49 | Merritt | Tantahneah | 2:19-cv-09479 | 4/17/2019 | Bachus & Schanker, LLC | 13610 | No HIPPA and No Psychiatric Authorizations (HIPAA and Psychiatric Authorizations expired by time PFS produced to defendants) | sanofi |
| 50 | Minniti | Marcia | 2:17-cv-17015 | 12/11/2017 | Bachus & Schanker, LLC | 6170 | Insurance and psychiatric records authorizations are not signed/dated | sanofi |
| 51 | Moore | Lillie | 2:17-cv-18000 | 12/30/2017 | Bachus & Schanker, LLC | 6288 | Not Substantially Complete - No Before Photos (photos are black and white copies); No After Photos (photos are black and white copies); Authorizations are not dated | sanofi |
| 52 | Nanney | Tammi | 2:19-cv-09538 | 4/18/2019 | Bachus & Schanker, LLC | 13703 | No PTO 71A | sanofi |
| 53 | Nesbitt | Romelia | 2:18-cv-05419 | 5/29/2018 | Bachus & Schanker, LLC | 2872 | No After/Current photos (can't see hair) | sanofi |
| 54 | Newbern | Marlene | 2:19-cv-12231 | 8/20/2019 | Bachus & Schanker, LLC | 13719 | No PTO 71A | sanofi |
| 55 | Nguyen | Hannah | 2:19-cv-11931 | 7/30/2019 | Bachus & Schanker, LLC | 13940 | No PTO 71A | sanofi |
| 56 | Nigg | Virginia | 2:17-cv-11445 | 10/29/2017 | Bachus & Schanker, LLC | 4687 | Insurance authorization is not witnessed | sanofi |
| 57 | Noel | Cynthia | 2:19-cv-11924 | 7/30/2019 | Bachus & Schanker, LLC | 13662 | Not Substantially Complete - No Proof of Use | sanofi |
| 58 | Opalka | Sharon | 2:17-cv-09172 | 9/17/2017 | Bachus & Schanker, LLC | 3950 | Not Substantially Complete - No Proof of Use; No Psychiatric records authorization | sanofi |
| 59 | Owten | Yolanda | 2:19-cv-02763 | 3/22/2019 | Bachus & Schanker, LLC | 13594 | No CMO12A; No PTO 71A | sanofi |
| 60 | Patrick | Jo Ann | 2:16-cv-17036 | 12/9/2016 | Bachus & Schanker, LLC | 2468 | Shell PFS; Not Substantially Complete - No Before Photos; No After Photos (wearing wig); No Psychiatric records authorization | sanofi |
| 61 | Perkins | Pamela | 2:19-cv-02707 | 3/21/2019 | Bachus & Schanker, LLC | 13562 | No PTO 71A | sanofi |
| 62 | Perkins | Sylvia | 2:19-cv-11977 | 8/1/2019 | Bachus & Schanker, LLC | 13899 | Insurance authorization - Plaintiff has failed to leave addressee lines of authorization blank and improperly inserted plaintiff's information in the addressee/to line | sanofi |
| 63 | Postelli | Cheryl | 2:19-cv-02658 | 3/20/2019 | Bachus & Schanker, LLC | 13563 | No Authorizations | sanofi |
| 64 | Ricks | Barbara | 2:18-cv-12645 | 12/6/2018 | Bachus & Schanker, LLC | 11868 | HIPAA authorization is not dated; No Psychiatric records authorization (expired by time produced to Defendants) | sanofi |
| 65 | Rossorelli | Jennifer | 2:19-cv-13365 | 10/31/2019 | Bachus & Schanker, LLC | 14345 | No HIPAA Authorization; No CMO 12A; No PTO 71A | sanofi |
| 66 | Russell | Joni | 2:19-cv-11949 | 7/31/2019 | Bachus & Schanker, LLC | 13814 | No PTO 71A | sanofi |
| 67 | Scroggins | Shirley | 2:18-cv-02341 | 3/4/2018 | Bachus & Schanker, LLC | 7787 | Insurance authorization is not witnessed | sanofi |
| 68 | Seabrooks | Valerie | 2:17-cv-07877 | 8/16/2017 | Bachus & Schanker, LLC | 3149 | Shell PFS | sanofi |
| 69 | Singleton | Sharon | 2:19-cv-13809 | 11/25/2019 | Bachus & Schanker, LLC | 14471 | No HIPAA Authorization; Insurance authorization is not witnessed | sanofi |
| 70 | Skyberg | Gayle | 2:18-cv-02297 | 3/2/2018 | Bachus & Schanker, LLC | 7772 | Not Substantially Complete - No After/Current Photos | sanofi |
| 71 | Smith | Brenda | 2:19-cv-11948 | 7/31/2019 | Bachus & Schanker, LLC | 13822 | Shell PFS; Insurance authorization is not witnessed | sanofi |
| 72 | Smith | Shirley | 2:18-cv-12253 | 12/4/2018 | Bachus & Schanker, LLC | 13836 | No PTO 71A | sanofi |
| 73 | Squire | Vickie | 2:18-cv-12287 | 12/4/2018 | Bachus & Schanker, LLC | N/A | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | sanofi |
| 74 | Thomas | Michelle | 2:19-cv-12034 | 8/6/2019 | Bachus & Schanker, LLC | 13714 | Not Substantially Complete - No Before Photos (photos are black and white copies); No After Photos (photos are black and white copies) | sanofi |
| 75 | Thompson | Brenda | 2:19-cv-14265 | 12/8/2019 | Bachus & Schanker, LLC | 14326 | No CMO 12A; No PTO 71A | sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Plaintiff's Counsel | Plaintiff ID | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|---|---|
| 76 | Vicini | Carol | 2:19-cv-12361 | 8/29/2019 | Bachus & Schanker, LLC | 14010 | No CMO 12A | sanofi |
| 77 | Waiters | India | 2:19-cv-13984 | 12/3/2019 | Bachus & Schanker, LLC | 15098 | No PTO 71A | sanofi |
| 78 | Walker | Jo Ann | 2:19-cv-12392 | 8/30/2019 | Bachus & Schanker, LLC | 13931 | No PTO 71A | sanofi |
| 79 | Warden | Kelly | 2:19-cv-14101 | 12/5/2019 | Bachus & Schanker, LLC | 14272 | Not Substantially Complete - No Proof of Use; No CMO 12A; No PTO 71A | sanofi |
| 80 | Weigand | Jennifer | 2:17-cv-07789 | 8/13/2017 | Bachus & Schanker, LLC | 3062 | No Psychiatric Records Authorization; No Insurance Authorization | sanofi |
| 81 | Wimbush | Musette | 2:19-cv-12473 | 9/6/2019 | Bachus & Schanker, LLC | 13936 | Not Substantially Complete - No After/Current Photos | sanofi |
| 82 | Woods | Wanda | 2:19-cv-14087 | 12/5/2019 | Bachus & Schanker, LLC | 14255 | Not Substantially Complete - No PFS Declaration; No Before Photos; No After Photos; No PTO 71A; Insurance authorization - Plaintiff has failed to leave addressee lines of authorization blank and improperly inserted plaintiff's information in the addressee/to line | sanofi |
| 83 | Nugent | Deborah | 2:18-cv-00733 | 1/24/2018 | Brent Coon & Associates | 8127 | Insurance, Disability and workers compensation authorizations are not witnessed; No CMO 12A | sanofi |
| 84 | Burnette | Elaine | 2:20-cv-01078 | 4/1/2020 | Brown & Crouppen | 15233 | No CMO 12A; No PTO 71A | sanofi |
| 85 | Henderson | Stephanie | 2:20-cv-02207 | 8/6/2020 | Carey Danis & Lowe | 15368 | Shell PFS; Not Substantially Complete - No Before Photos; No After Photos; No Authorizations; No PTO 71A | sanofi |
| 86 | Jones | Mary | 2:18-cv-13222 | 12/10/2018 | Cutter Law PC | N/A | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | sanofi |
| 87 | Newman | Pamela | 2:19-cv-13811 | 11/25/2019 | Cutter Law PC | 14519 | HIPAA authorization - Failed to print name in appropriate place | sanofi |
| 88 | Rider | Rita | 2:20-cv-01084 | 4/1/2020 | Dallas W Hartman PC | 15240 | Not Substantially Complete - Before photos are not dated; HIPAA and Psychiatric records authorizations - Plaintiff failed to print her name on line at bottom of authorizations; Insurance authorization is not witnessed; No CMO 12A; No PTO 71A | sanofi |
| 89 | Shepherd | Laura | 2:20-cv-01085 | 4/1/2020 | Dallas W Hartman PC | 15239 | No CMO 12A; No PTO 71A | sanofi |
| 90 | Ames | Annie | 2:18-cv-11769 | 11/29/2018 | Davis & Crump, P. C. | 13000 | No Insurance, Disability or Workers' Compensation Authorizations | sanofi |
| 91 | Consonary | Jacqueline | 2:18-cv-00525 | 1/16/2018 | Davis & Crump, P. C. | 8981 | No After/Current photos | sanofi |
| 92 | Dixon | Martha | 2:20-cv-02219 | 8/10/2020 | Davis & Crump, P. C. | N/A | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | sanofi |
| 93 | Hurd | Baby | 2:20-cv-01784 | 6/22/2020 | Davis & Crump, P. C. | 15336 | Psychiatric records authorization was expired by the time it was produced to MDL Centrality; No PTO 71A | sanofi |
| 94 | Johnson | Shirley | 2:17-cv-15284 | 12/6/2017 | Davis & Crump, P. C. | 7423 | Not Substantially Complete - No After/Current Photos | sanofi |
| 95 | McGregor | Patricia | 2:20-cv-01478 | 5/19/2020 | Davis & Crump, P. C. | 15377 | Not Substantially Complete - No After/Current Photos; Insurance authorization is not witnessed | sanofi |
| 96 | O'Brien | Teresa | 2:18-cv-05478 | 5/31/2018 | Davis & Crump, P. C. | 11099 | No PTO 71A | sanofi |
| 97 | Rehling | Orley | 2:19-cv-13834 | 11/25/2019 | Davis & Crump, P. C. | 14884 | Not Substantially Complete - No Before Photos (photos are black and white copies); No After Photos (photos are black and white copies); Authorizations are not dated; No PTO 71A | sanofi |
| 98 | Stevens | Sandra | 2:17-cv-15383 | 12/7/2017 | Davis & Crump, P. C. | 8075 | Insurance authorization - Not witnessed and Plaintiff has failed to leave addressee lines of authorization blank and improperly inserted plaintiff's information in the addressee/to line | sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Plaintiff's Counsel | Plaintiff ID | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|---|---|
| 99 | Stout | Sue | 2:17-cv-14878 | 12/5/2017 | Davis & Crump, P. C. | 8076 | Not Substantially Complete - No After/Current Photos | sanofi |
| 100 | Willis | Brenda | 2:19-cv-11284 | 6/19/2019 | Davis & Crump, P. C. | 14140 | No PTO 71A | sanofi |
| 101 | Wynn | Dana | 2:19-cv-13825 | 11/25/2019 | Davis & Crump, P. C. | 14896 | Not Substantially Complete - No After/Current Photos; No Psychiatric records authorization; Insurance authorization is not witnessed; No PTO 71A | sanofi |
| 102 | Allen | Sheila | 2:18-cv-10688 | 11/8/2018 | Fears | Nachawati | 10828 | No Insurance authorization (submitted photo authorization) | sanofi |
| 103 | Asher | Kendra | 2:18-cv-10754 | 11/9/2018 | Fears | Nachawati | 10839 | No CMO 12A; No PTO 71A | sanofi |
| 104 | Bell | Roseann | 2:18-cv-05353 | 5/26/2018 | Fears | Nachawati | 9802 | Insurance authorization is not witnessed | sanofi |
| 105 | Belton | Earnestine | 2:20-cv-02218 | 8/10/2020 | Fears | Nachawati | N/A | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | sanofi |
| 106 | Berger | Sandra | 2:18-cv-09159 | 10/3/2018 | Fears | Nachawati | 10329 | HIPAA authorization is not dated; Insurance authorization is not witnessed; No Psychiatric records, disability or workers compensation authorizations | sanofi |
| 107 | Brown | Sonja | 2:18-cv-05301 | 5/24/2018 | Fears | Nachawati | 9591 | Insurance, Disability, Worker's Compensation authorizations are not witnessed | sanofi |
| 108 | Callands | Michelle | 2:18-cv-08770 | 9/19/2018 | Fears | Nachawati | 10590 | HIPAA authorization is not dated | sanofi |
| 109 | Curtis | Emilia | 2:19-cv-14314 | 12/9/2019 | Fears | Nachawati | 14554 | Insurance authorization - Plaintiff has failed to leave addressee lines of authorization blank and improperly inserted plaintiff's information in the addressee/to line | sanofi |
| 110 | Elk | Kathleen | 2:18-cv-05727 | 6/7/2018 | Fears | Nachawati | 10360 | No Psychiatric or Insurance authorizations | sanofi |
| 111 | Epstein | Susan | 2:18-cv-06533 | 7/5/2018 | Fears | Nachawati | 10633 | Insurance authorization is not witnessed | sanofi |
| 112 | Funderburk | Sylvia | 2:18-cv-07900 | 8/18/2018 | Fears | Nachawati | 10431 | Insurance authorization is not witnessed | sanofi |
| 113 | Gibbons | Sue | 2:18-cv-07951 | 8/20/2018 | Fears | Nachawati | 10594 | No Psychiatric, Insurance, Disability or Workers Compensation authorizations; No CMO 12A; No PTO 71A | sanofi |
| 114 | Gillette | Amy | 2:18-cv-13454 | 12/11/2018 | Fears | Nachawati | 11693 | Psychiatric records authorization - Failed to print name in appropriate place; Insurance authorization is not dated | sanofi |
| 115 | Gudger | Emma | 2:18-cv-08758 | 9/19/2018 | Fears | Nachawati | 10598 | Insurance, Disability and Workers Compensation authorizations are not signed, dated or witnessed | sanofi |
| 116 | Gutrich | Deborah | 2:18-cv-07734 | 8/15/2018 | Fears | Nachawati | 10441 | Not Substantially Complete - No Proof of Use; Before photo is not dated (license with issuance date missing); Insurance authorization - Plaintiff has failed to leave recipient lines of authorization blank and improperly inserted plaintiff's information in the recipient line | sanofi |
| 117 | Halvorson | Jenell | 2:17-cv-17310 | 12/14/2017 | Fears | Nachawati | 8012 | No Authorizations | sanofi |
| 118 | Hammond | Vickie | 2:17-cv-17516 | 12/19/2017 | Fears | Nachawati | 8123 | Insurance, Disability, Worker's Compensation authorizations are not witnessed | sanofi |
| 119 | Harris | Sheryl | 2:18-cv-07075 | 7/28/2018 | Fears | Nachawati | 10274 | HIPAA authorization is not dated; No Disability authorization; Insurance authorization - Not witnessed and Plaintiff has failed to leave addressee lines of authorization blank and improperly inserted plaintiff's information in the addressee/to line; Workers Compensation authorization is not witnessed | sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Plaintiff's Counsel | Plaintiff ID | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|---|---|
| 120 | Hatch | Angela | 2:20-cv-02140 | 7/29/2020 | Fears \| Nachawati | N/A | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | sanofi |
| 121 | Haynes | Reba | 2:17-cv-17499 | 12/19/2017 | Fears \| Nachawati | 8089 | Insurance authorization is not witnessed | sanofi |
| 122 | Houston | Audrey | 2:18-cv-09558 | 10/15/2018 | Fears \| Nachawati | 10712 | No PTO 71A | sanofi |
| 123 | Hustler | Laraine | 2:18-cv-10492 | 11/5/2018 | Fears \| Nachawati | 10772 | No Psychiatric or Insurance authorizations | sanofi |
| 124 | Jackson | Wanda | 2:17-cv-14105 | 12/1/2017 | Fears \| Nachawati | 8416 | HIPAA authorization is not dated; No Insurance authorization | sanofi |
| 125 | Jones | Dorothy | 2:17-cv-14153 | 12/2/2017 | Fears \| Nachawati | 7089 | Not Substantially Complete - Before Photo is not dated (date stamp illegible); No Psychiatric Records Authorization; No Insurance Authorization | sanofi |
| 126 | Joy-Sobota | Susan | 2:19-cv-14123 | 12/5/2019 | Fears \| Nachawati | 14459 | HIPAA and Psychiatric authorizations - Plaintiff improperly inserted her name of hospital in "To" line of the authorizations | sanofi |
| 127 | Kennedy | Elizabeth | 2:18-cv-09628 | 10/16/2018 | Fears \| Nachawati | 10719 | No Insurance, Disability or Workers' Compensation Authorizations | sanofi |
| 128 | Lewis | Yvonne | 2:18-cv-00401 | 1/13/2018 | Fears \| Nachawati | 8093 | No CMO 12A | sanofi |
| 129 | Lomax | Wanda | 2:18-cv-10827 | 11/12/2018 | Fears \| Nachawati | 10859 | Shell PFS | sanofi |
| 130 | Lott | Lois | 2:18-cv-10788 | 11/9/2018 | Fears \| Nachawati | 10830 | HIPAA authorization is not dated | sanofi |
| 131 | McCamish | Nancy | 2:18-cv-06443 | 7/2/2018 | Fears \| Nachawati | 10886 | No Authorizations (submitted photographs of authorizations); Insurance, Disability and Workers' Compensation authorizations are not witnessed; No PTO 71A | sanofi |
| 132 | McClain | Beverly | 2:20-cv-02215 | 8/10/2020 | Fears \| Nachawati | N/A | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | sanofi |
| 133 | McIntire | Lisa | 2:17-cv-17269 | 12/14/2017 | Fears \| Nachawati | 7374 | Psychiatric records authorization is not dated; Insurance authorization is not dated or witnessed | sanofi |
| 134 | Mitchell | Leisa | 2:18-cv-05771 | 6/9/2018 | Fears \| Nachawati | 9887 | HIPAA authorization is not dated; Insurance and disability authorizations are not witnessed | sanofi |
| 135 | Newman | Monica | 2:18-cv-07907 | 8/18/2018 | Fears \| Nachawati | 10446 | No Psychiatric, Disability or Workers Compensation authorizations | sanofi |
| 136 | Riley | Mary | 2:17-cv-14104 | 12/1/2017 | Fears \| Nachawati | 7056 | Insurance, Disability, Worker's Compensation Authorizations - Plaintiff improperly inserted the name of her employer in the space reserved for each insurer, agency, company | sanofi |
| 137 | Rodriguez | Miriam | 2:17-cv-17478 | 12/19/2017 | Fears \| Nachawati | 8542 | HIPAA authorization is not dated; No Psychiatric records authorization | sanofi |
| 138 | Savage | Aritha | 2:17-cv-14152 | 12/2/2017 | Fears \| Nachawati | 7330 | No Insurance, Disability or Workers' Compensation Authorizations | sanofi |
| 139 | Sherlock | Daphne | 2:18-cv-03928 | 4/13/2018 | Fears \| Nachawati | 9607 | No Insurance authorization | sanofi |
| 140 | Simmons | Faye | 2:18-cv-09634 | 10/17/2018 | Fears \| Nachawati | 10721 | Insurance authorization is not witnessed; Plaintiff improperly inserted her name/address in the address line | sanofi |
| 141 | Singleton | Hallie | 2:18-cv-06531 | 7/5/2018 | Fears \| Nachawati | 10033 | No Authorizations | sanofi |
| 142 | Smirnov | Shirley | 2:19-cv-14119 | 12/5/2019 | Fears \| Nachawati | 15072 | Not Substantially Complete - Before Photos are not dated; Insurance authorization - Plaintiff has failed to leave addressee lines of authorization blank and improperly inserted plaintiff's information in the addressee/to line; No PTO 71A | sanofi |
| 143 | Stallworth | Teresa | 2:17-cv-17304 | 12/14/2017 | Fears \| Nachawati | 8679 | No Insurance authorization | sanofi |
| 144 | Svehla | Cynthia | 2:18-cv-10472 | 11/5/2018 | Fears \| Nachawati | 10775 | HIPAA authorization is not dated | sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Plaintiff's Counsel | Plaintiff ID | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|---|---|
| 145 | Tolan | Carolyn | 2:18-cv-03946 | 4/13/2018 | Fears \| Nachawati | 10085 | Not Substantially Complete - No Before Photos (photos are black and white copies) | sanofi |
| 146 | Tucker | Judy | 2:18-cv-06043 | 6/18/2018 | Fears \| Nachawati | 10493 | Authorizations are not dated; Insurance authorization - Not witnessed and Plaintiff has failed to leave addressee lines of authorization blank and improperly inserted plaintiff's information in the addressee/to line | sanofi |
| 147 | Vernarecci | Cynthia | 2:17-cv-13020 | 11/21/2017 | Fears \| Nachawati | 7102 | HIPAA authorization is not dated; Insurance Authorization - Authorization releases information only to Plaintiff's Counsel; Insurance Authorization is not witnessed | sanofi |
| 148 | Watson | Sureta | 2:18-cv-05814 | 6/11/2018 | Fears \| Nachawati | 10666 | Shell PFS | sanofi |
| 149 | Wililams | Yvonne | 2:18-cv-10792 | 11/9/2018 | Fears \| Nachawati | 10831 | No HIPAA Authorization (not signed); No PTO 71A | sanofi |
| 150 | Zarcone | Patricia (Andrew) | 2:18-cv-06923 | 7/23/2018 | Fears \| Nachawati | 10152 | No HIPAA or Insurance authorizations | sanofi |
| 151 | Barbour | Kametra | 2:19-cv-13698 | 11/18/2019 | Fox and Farley | 14477 | No Psychiatric Records Authorization | sanofi |
| 152 | Lawyer | Regina | 2:20-cv-01445 | 5/13/2020 | FrancoLaw, PLLC | 15275 | Not Substantially Complete - No Proof of Use; No PTO 71A | sanofi |
| 153 | Shaw | Brenda | 2:20-cv-00981 | 3/23/2020 | Grant & Eisenhofer | 14833 | No PTO 71A | sanofi |
| 154 | Cobb | Veronica | 2:17-cv-12770 | 11/20/2017 | Hilliard Martinez Gonzales LLP | 4510 | Not Substantially Complete - No Proof of Use | sanofi |
| 155 | Miner | Mary | 2:19-cv-13168 | 10/17/2019 | Hodges & Foty, LLP | 14304 | No PTO 71A | sanofi |
| 156 | Delsemme | Janet | 2:18-cv-14250 | 12/3/2018 | Humphrey, Farrington & McClain | N/A | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | sanofi |
| 157 | Bigler | Divina | 2:19-cv-13042 | 10/8/2019 | Johnson Law Group | 14214 | HIPAA and Psychiatric authorizations were expired when produced to Defendants | sanofi |
| 158 | Floyd | Regina | 2:19-cv-13031 | 10/8/2019 | Johnson Law Group | 14240 | HIPAA and Psychiatric authorizations were expired when produced to Defendants | sanofi |
| 159 | McKean | Janet | 2:19-cv-13050 | 10/8/2019 | Johnson Law Group | 14211 | HIPAA and Psychiatric authorizations were expired when produced to Defendants | sanofi |
| 160 | Silver | Susan | 2:18-cv-11242 | 11/20/2018 | KAGAN LEGAL GROUP | 11096 | No After/Current photos (extremely blurry, poor quality) | sanofi |
| 161 | McClendon | Shelvia | 2:17-cv-15741 | 12/8/2017 | Law Offices of A. Craig Eiland | 5456 | Not Substantially Complete - No Before photos from within 5 years of treatment | sanofi |
| 162 | Griggs | Christina | 2:20-cv-02941 | 10/29/2020 | Lowe Law Group | 15376 | Not Substantially Complete - No PFS Declaration; No Proof of Use; No Before Photos; No After Photos; Insurance authorization is not witnessed; No CMO 12A; No PTO 71A | sanofi |
| 163 | Kibler | Lisa | 2:18-cv-11647 | 11/28/2018 | Lowe Law Group | 12228 | No After/Current photos | sanofi |
| 164 | Anthony | Sharon | 2:18-cv-14303 | 12/28/2018 | Marc J. Bern & Partners LLP | 13267 | HIPAA authorization is not dated | sanofi |
| 165 | Arvizu | Irasena | 2:19-cv-02249 | 3/11/2019 | Marc J. Bern & Partners LLP | 13653 | Insurance, disability and workers compensation authorizations - Authorizations are not witnessed; Plaintiff has failed to leave addressee lines of authorizations blank and improperly inserted Plaintiff's information in the addressee lines | sanofi |
| 166 | Brownewell | Hope (Jim) | 2:18-cv-02387 | 3/6/2018 | Marc J. Bern & Partners LLP | N/A | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | sanofi |
| 167 | Wheeler | Mary | 2:19-cv-02221 | 3/8/2019 | Marc J. Bern & Partners LLP | 13669 | No CMO 12A | sanofi |
| 168 | Griffith | Pamela | 2:19-cv-13528 | 11/8/2019 | Morgan and Morgan | 15081 | Not Substantially Complete - No PFS Declaration (not signed by Plaintiff) | sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Plaintiff's Counsel | Plaintiff ID | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|---|---|
| 169 | Burge | Pamela | 2:20-cv-02382 | 8/31/2020 | Murray Law Firm | N/A | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | sanofi |
| 170 | Garrow | Holly | 2:18-cv-13015 | 12/10/2018 | Pulaski Law Firm, PLLC | 12703 | Not Substantially Complete - No Proof of Use; No PTO 71A | sanofi |
| 171 | Daniels | Cynthia | 2:18-cv-11224 | 11/19/2018 | Reyes|Browne|Reilley | 12050 | Not Substantially Complete - No Proof of Use | sanofi |
| 172 | Isaac | Sharon | 2:18-cv-11581 | 11/26/2018 | Reyes|Browne|Reilley | 11012 | Not Substantially Complete - No Before Photos (extremely blurry); No PTO 71A | sanofi |
| 173 | Belin | Carolyn | 2:18-cv-08242 | 8/30/2018 | Robins Kaplan LLP | 9931 | No Psychiatric Records Authorization | sanofi |
| 174 | Cooper | Julianne | 2:19-cv-12467 | 9/6/2019 | Robins Kaplan LLP | 13739 | No Psychiatric Records Authorization | sanofi |
| 175 | Crowley | Debra | 2:17-cv-10412 | 10/10/2017 | Robins Kaplan LLP | 3001 | No Psychiatric Records Authorization | sanofi |
| 176 | East | Bettyann | 2:17-cv-11293 | 10/26/2017 | Robins Kaplan LLP | 3081 | No Psychiatric records authorization; Insurance authorization is not witnessed | sanofi |
| 177 | Emilien-Spence | Charlette | 2:19-cv-12956 | 10/4/2019 | Robins Kaplan LLP | 13905 | No Psychiatric Records Authorization | sanofi |
| 178 | Fernandez | Donna | 2:18-cv-10945 | 11/14/2018 | Robins Kaplan LLP | 10715 | No Psychiatric Records Authorization | sanofi |
| 179 | Furlong | Fiona | 2:18-cv-09433 | 10/11/2018 | Robins Kaplan LLP | 10317 | No Psychiatric Records Authorization | sanofi |
| 180 | Goodwin | Gloria | 2:18-cv-07677 | 8/14/2018 | Robins Kaplan LLP | 9676 | No Psychiatric Records Authorization | sanofi |
| 181 | Gurley | Kelly | 2:19-cv-10060 | 5/2/2019 | Robins Kaplan LLP | 13192 | No Psychiatric Records Authorization | sanofi |
| 182 | Hatton-Cobb | Jenna | 2:18-cv-08735 | 9/19/2018 | Robins Kaplan LLP | 10040 | No HIPAA Authorization; No Psychiatric records authorization | sanofi |
| 183 | Heath | Karin | 2:17-cv-13533 | 11/28/2017 | Robins Kaplan LLP | 3740 | No Psychiatric Records Authorization | sanofi |
| 184 | Heim | Gale | 2:18-cv-05707 | 6/7/2018 | Robins Kaplan LLP | 9057 | No Psychiatric Records Authorization | sanofi |
| 185 | Herod | Carmen | 2:17-cv-09687 | 9/27/2017 | Robins Kaplan LLP | 2711 | No Psychiatric records authorization; Insurance authorization is not witnessed | sanofi |
| 186 | Holt | Yvonne | 2:17-cv-12971 | 11/21/2017 | Robins Kaplan LLP | 3534 | Insurance authorization is not witnessed | sanofi |
| 187 | Howard | Randi | 2:18-cv-09902 | 10/24/2018 | Robins Kaplan LLP | 10373 | No Psychiatric Records Authorization | sanofi |
| 188 | Hughley | Mary | 2:19-cv-11579 | 7/8/2019 | Robins Kaplan LLP | 13533 | No Psychiatric Records Authorization | sanofi |
| 189 | Jacobowitz | Judith | 2:18-cv-13550 | 12/12/2018 | Robins Kaplan LLP | 11076 | No Psychiatric Records Authorization | sanofi |
| 190 | Johnson | Bernadette | 2:19-cv-02713 | 3/21/2019 | Robins Kaplan LLP | 12826 | No Psychiatric Records Authorization | sanofi |
| 191 | Mangum | Sharon | 2:17-cv-04947 | 5/15/2017 | Robins Kaplan LLP | 1407 | No Psychiatric Records Authorization | sanofi |
| 192 | McDowell | Cheryl | 2:17-cv-12984 | 11/21/2017 | Robins Kaplan LLP | 3535 | No Psychiatric records authorization; No Workers' compensation authorization; Insurance and disability authorizations are not witnessed | sanofi |
| 193 | Newton | Felicia | 2:17-cv-11975 | 11/7/2017 | Robins Kaplan LLP | 3243 | No Psychiatric records authorization; Insurance authorization is not witnessed | sanofi |
| 194 | Owens | Karen | 2:18-cv-06234 | 6/25/2018 | Robins Kaplan LLP | 9287 | No Psychiatric Records Authorization | sanofi |
| 195 | Piggee | Marietta (Mario) | 2:18-cv-11240 | 11/20/2018 | Robins Kaplan LLP | 10842 | No Psychiatric Records Authorization | sanofi |
| 196 | Rodgers | Doris | 2:17-cv-07806 | 8/14/2017 | Robins Kaplan LLP | 2129 | No Psychiatric records authorization; Insurance authorization is not witnessed | sanofi |
| 197 | Smith | Frances | 2:17-cv-13654 | 11/29/2017 | Robins Kaplan LLP | 4125 | No Psychiatric Records Authorization | sanofi |
| 198 | Thomas | Velma | 2:17-cv-14383 | 12/4/2017 | Robins Kaplan LLP | 4416 | No Psychiatric Records Authorization | sanofi |
| 199 | Thompson | Vicki | 2:19-cv-01453 | 2/15/2019 | Robins Kaplan LLP | 12409 | No Psychiatric Records Authorization | sanofi |
| 200 | Tomasko | Sherry | 2:17-cv-06550 | 7/7/2017 | Robins Kaplan LLP | 1888 | No Psychiatric Records Authorization | sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Plaintiff's Counsel | Plaintiff ID | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|---|---|
| 201 | Turner | Susan | 2:17-cv-05040 | 5/18/2017 | Robins Kaplan LLP | 1336 | No Psychiatric records authorization; No Workers' compensation authorization; Insurance and disability authorizations are not witnessed | sanofi |
| 202 | Weaver | Vicky | 2:19-cv-00003 | 1/2/2019 | Robins Kaplan LLP | 11347 | No Psychiatric Records Authorization | sanofi |
| 203 | Wilson | Lavonia | 2:17-cv-06553 | 7/7/2017 | Robins Kaplan LLP | 1894 | No Psychiatric Records Authorization | sanofi |
| 204 | Shinn | Susan | 2:19-cv-02846 | 3/22/2019 | Seithel Law, LLC | 13552 | No Authorizations | sanofi |
| 205 | Mines | Vermont | 2:17-cv-14157 | 12/3/2017 | Shaw Cowart, LLP | 6291 | Not Substantially Complete - No Proof of Use | sanofi |
| 206 | Whitaker | Maxine | 2:18-cv-11631 | 11/27/2018 | Shaw Cowart, LLP | 11387 | Insurance authorization - Plaintiff has failed to leave addressee lines of authorization blank and improperly inserted plaintiff's information in the addressee/to line; Plaintiff improperly inserted the name of a hospital in the recipient line | sanofi |
| 207 | Roussel | Scharmel | 2:18-cv-13678 | 12/13/2018 | Simmons Hanly Conroy | 11394 | No Psychiatric Records Authorization | sanofi |
| 208 | Clay | Marian | 2:20-cv-01764 | 6/19/2020 | The Gallagher Law Firm PLLC | 15328 | Not Substantially Complete - No Before photos from within 5 years of treatment | sanofi |
| 209 | Spain | Marianne | 2:18-cv-13899 | 12/17/2018 | The Murray Law Firm | 12474 | Not Substantially Complete - No Proof of Use; No Psychiatric records authorization | sanofi |
| 210 | Kamali | Donna | 2:19-cv-14169 | 12/6/2019 | TorHoerman Law LLC | 14598 | No Insurance authorization | sanofi |
| 211 | Lewis | Lisa | 2:20-cv-02112 | 7/24/2020 | TorHoerman Law LLC | 15355 | No CMO 12A; No PTO 71A | sanofi |
| 212 | Mitchell | Julia | 2:20-cv-01144 | 4/8/2020 | TorHoerman Law LLC | 15262 | No HIPAA Authorization (submitted a photograph of a HIPAA authorization); No Insurance authorization (submitted a photograph of the signature page); No Psychiatric records authorization | sanofi |
| 213 | Ruiz | Sonia | 2:19-cv-13806 | 11/25/2019 | TorHoerman Law LLC | 14502 | No CMO 12A | sanofi |
| 214 | Allen | Gloria | 2:17-cv-10464 | 10/10/2017 | Williams Hart Boundas Easterby, LLP | 8555 | No After/Current photos | sanofi |

# EXHIBIT B

# Hurd, Baby Fay
# Plaintiff ID: 15336

| Doc ID | Document Type | Signed By | Produced Date | Notes |
|---|---|---|---|---|
| 513564 | Psychiatric Records Authorization | | 02/18/2021 | Comments |
| 503225 | Response to Deficiency Notice | | 11/06/2020 | Comments |
| 503224 | Proof of Use -- Medical Records | | 11/06/2020 | Comments |
| 503223 | CMO 12 Product Identification | | 11/06/2020 | Comments |
| 503222 | Psychiatric Records Authorization | | 11/06/2020 | Comments |
| 499966 | Response to Deficiency Notice | | 10/13/2020 | Comments |
| 499965 | First Amended Plaintiff Fact Sheet | Billiot, Sara | 10/13/2020 | Comments |
| 496525 | Proof of Injury - Before & After Photographs | | 09/17/2020 | Comments |
| 495682 | Properly Executed Verification of PFS | | 09/15/2020 | Comments |
| 495681 | HIPAA Authorization | | 09/15/2020 | Comments |
| 495680 | Employment Authorization | | 09/15/2020 | Comments |
| 495679 | Disability Claims Authorization | | 09/15/2020 | Comments |

Search Results: Page 1 of 1 (15 records)
Filter: ALL

3/9/2021