# Exhibit 3

# Taylor Hardenstein

| | |
|---|---|
| **From:** | Hatten, Madison M. (SHB) <MHATTEN@shb.com> |
| **Sent:** | Monday, March 15, 2021 1:33 PM |
| **To:** | Taylor Hardenstein |
| **Cc:** | Trevor Rockstad; Eickbush, Rebecca (SHB) |
| **Subject:** | Re: Taxotere - Baby Fay Hurd 2:20-cv-01784; Davis & Crump (Sanofi) |

Taylor,

I do not intend to contact the Court about this case. The document you submitted is not dated and is untimely as ordered by the Court.

Madison Hatten
Sent from my iPhone


On Mar 15, 2021, at 9:37 AM, Taylor Hardenstein <taylor.hardenstein@daviscrump.com> wrote:


**EXTERNAL**

Good Morning Counsel,

We are reaching out because we have received and subsequently uploaded to MDL Centrality a completed and signed PTO71A ESI statement for Ms. Hurd. At the last show cause hearing on 2/19/21, this was the only deficiency pending for Ms. Hurd. As such, we have cured it as of this morning. I have attached a copy to this email for your records. Our understanding is that this case was being submitted to the court for dismissal. Please advised whether you can reach out to the court to pause this dismissal, or whether we should file something with the court to do so.

Thank you,

**TAYLOR S. HARDENSTEIN**
**Licensed in Alabama, Colorado,**
**Mississippi, Montana, & Washington**

**ATTORNEYS AT LAW**
**2601 Fourteenth Street**
**Gulfport, Mississippi 39501**
**228.863.6000 • Fax: 228.864.0907**
**Toll Free: 1.800.277.0300 •**
*www.daviscrump.com*

&lt;image002.jpg&gt;  &lt;image004.png&gt;

Attorneys licensed in Alabama, California, Illinois, Louisiana, Massachusetts, Mississippi, Missouri, New York, Pennsylvania, Texas, and Washington DC.

&lt;image006.png&gt;

This is a transmission from the law office of Davis & Crump, P.C. and is intended only for the person or entity to which it is addressed. It may contain information which is privileged, confidential and exempt from disclosure under applicable law. Any disclosure, copying, distribution or use of these contents, or taking any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you have received this transmission in error, please contact the sender and delete the material from your computer.

&lt;515176.pdf&gt;

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized

3

review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.