UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL)        ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION    ) | |
| ) | SECTION: "H" (5) |
| ) | |
| **This document relates to:**              ) | |
| Jane Abram, 17-17703                           ) | |
| Saundra O'Daniel, 17-5678                    ) | |
| Debra Murrell, 17-9585                         ) | |
| Mary Lagodna, 17-12644                     ) | |
| Joan Hedum, 17-14334                        ) | |
| Rosemary Gary, 17-5451                      ) | |

## ORDER

Before the Court are several unopposed Motions to Amend Complaints (Docs. 11792, 11795, 11797, 11800, 11801, and 11802);

**IT IS ORDERED** that the Motions are **GRANTED**. The Clerk's office is instructed to file the amended complaints attached to Plaintiffs' Motions in the member cases.

New Orleans, Louisiana, this 11th day of March, 2021.

_____
**HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE**