**TRANSCRIPT ORDER FORM (DKT M)** **READ INSTRUCTIONS ON PAGE 2 BEFORE COMPLETING**

District Court United States District Court Eastern District of Louisiana    District Court Docket No. 2:18-cv-11728

Short Case Title Juanita Greer v. Sanofi U.S. Services, Inc. et al.

**ONLY ONE COURT REPORTER PER FORM** Court Reporter Toni Doyle Tusa, CCR, FCRR

Date Notice of Appeal Filed in the District Court 02/19/2021    Court of Appeals No. 21-30099

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)
**A. Complete the Following:**
☐No hearings ☐Transcript is unnecessary for appeal purposes ■Transcript is already on file in the Clerk's Office
**OR**
  **Check all of the following that apply, include date of the proceeding.**
  This is to order a transcript of the following proceedings: ☐Bail Hearing _____ ☐Voir Dire _____
☐Opening Statement of Plaintiff _____ ☐Opening Statement of Defendant _____
☐Closing Argument of Plaintiff _____ ☐Closing Argument of Defendant:_____
☐Opinion of court _____ ☐Jury Instructions _____ ☐Sentencing _____
Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| December 5,2019 | Oral Argument | Jane Triche Milazzo |
|  |  |  |
|  |  |  |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**
**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**
■Private Funds;    ☐Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐Other IFP Funds;    ☐Advance Payment Waived by Reporter;    ☐U.S. Government Funds
☐Other _____

Signature /s/ M. Palmer Lambert _____ Date Transcript Ordered 03/15/2021

Print Name M. Palmer Lambert _____ Phone (504)522-2304

Counsel for Plaintiff

Address 1100 Poydras Street, Suite 2800, New Orleans, LA 70163

Email of Attorney: plambert@gainsben.com

**PART II.  COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt.  Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
|  |  |  |  |

Payment arrangements have NOT been made or are incomplete.

Reason:  ☐Deposit not received ☐Unable to contact ordering party ☐Awaiting creation of CJA 24 eVoucher
          ☐Other (Specify) _____

Date _____ Signature of Reporter _____ Tel._____

Email of Reporter

**Part III.  NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court.  This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____    Actual Number of Volumes_____

Date _____ Signature of Reporter _____