MINUTE ENTRY
MILAZZO, J.
March 12, 2021

JS-10:00:15

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 | |
| PRODUCTS LIABILITY LITIGATION ) | | |
| ) | SECTION: "H" (5) | |
| ) | | |
| **This document relates to all cases** ) | | |

## MINUTE ENTRY

On March 12, 2021, the Court held a telephone status conference with Dawn Barrios, Julie Callsen, Evan Holden, Palmer Lambert, and John Olinde. As a result of the conference, the Court has revised the schedule for the oral arguments on March 18-19, 2021 as follows:

### March 18 at 10:30 a.m.

- Defendant Sandoz Inc.'s Motion to Exclude or Limit Opinions of Vesna Petronic-Rosic (Doc. 11470); and

- Defendant Accord's Motion to Exclude Expert Testimony of Vesna Petronic-Rosic (Doc. 11534).

### March 18 at 1:00 p.m.

- Plaintiff Hughes' and Plaintiff Stewart's Motion for Summary Judgment on Third Party Fault (Doc. 11460); and

- Plaintiff Hughes' Motion to Exclude Certain Opinions of Kord Honda and Faith Durden (Doc. 11542).

### March 19 at 9:00 a.m.

- Defendant Sandoz Inc.'s Motion for Summary Judgment (Doc. 11473);

- Plaintiff Stewart's Motion to Exclude Testimony of Lawrence Foote and Sreekanth Reddy (Doc. 11538); and

- Plaintiff Hughes' Motion to Exclude Certain Testimony of Maurie Markman (Doc. 11567).

**March 19 at 1:00 p.m.**

- Defendant Accord's Motion to Exclude Expert Testimony of David Madigan (Doc. 11531); and

- Defendant Sandoz Inc.'s Motion to Exclude or Limit Opinions of David Madigan (Doc. 11462).

As previously instructed, each party will have seven minutes to argue each motion.

**IT IS FURTHER ORDERED** that the other motions that were set for oral argument on March 18-19, 2021 (Doc. 12275) are **CONTINUED** and will be reset at a later time.

_____