UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 16-2740 |
| | SECTION: "H" (5) |
| This document relates to all cases | |

## ORDER

On February 19, 2021, the Court ordered certain plaintiffs to comply with their obligations in this litigation. The Court has been advised that the following plaintiff has failed to do so within the time frame set by the Court.

- Baby Fay Hurd, 2:20-cv-1784

Accordingly, **IT IS ORDERED** that the above-listed case is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 15th day of March, 2021.

_____
**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**