UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

**THIS DOCUMENT RELATES TO:**

Loretta Anderson, Case No. 2:20-cv-03087.

## DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

Defendants sanofi-aventis U.S. LLC and Sanofi U.S. Services, Inc. ("Sanofi") hereby move this Court to dismiss Plaintiff Loretta Anderson's claims. This is the *fourth* lawsuit this Plaintiff has filed against Sanofi, each alleging the same claims and causes of action. The three previous actions were previously dismissed—including one with prejudice. For the reasons more fully set forth in the attached Memorandum of Support, res judicata bars Plaintiff from bringing this action, and dismissal is warranted.

Respectfully submitted,

 /s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Jon Strongman
Adrienne L. Byard
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
jstrongman@shb.com
abyard@shb.com

*Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*