# EXHIBIT F

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

VIRGIE ANDERSON, *et al*.,

         Plaintiffs,

v.

SANOFI U.S. SERVICES, INC., *et al.*,
         Defendants.

Case No. 1:18-cv-00930-CRN

State Case No.: 2017-L-12694

## **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

TO THE CLERK OF THE COURT

Plaintiff, Loretta Anderson ONLY, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismiss in the above-captioned actions in the Taxotere (Docetaxel) Products Liability Litigation, without prejudice, each party to bear its own attorneys' fees and costs.

Dated: March 28, 2018              Respectfully submitted,

                        /s/___*Paul Napoli*_____
                        Paul J. Napoli, Esq. (Bar No. 6307568)
                        360 Lexington Avenue, Eleventh Floor
                        New York, NY 10017
                        Telephone: 212-397-1000
                        Fax: 646-843-7603
                        Email: pnapoli@napolilaw.com

                        *Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>"

Kj gtgd{ "egtvkh{ "vj cv'qp "O ctej "49. "423: . ."Kgngvtqpkecm{ 'hkngf "vj g'hqtgi qkpi "y kj "vj g'Engtm"
qh'vj g'Eqwtv'd{ "wukpi "vj g'EO IGEH'u{ uvgo ."y j kej "y km'ugpf "c"pqvkeg'qh'gngevtqpke'hkmpi "vq "cm'
eqwpugn'qh'tgeqtf "y j q "ctg'EO IGEH'r ctvkekr cpvu0'

"
            "
F cvgf <'O ctej "49. "423: "          "          "          "          lulaa'*Paul Napoli*       "
                              """"""""""""""Rcwn'P cr qnk'Gus wktg"