# EXHIBIT G

NAPOLI SHKOLNIK & ASSOCIATES, LLP
BY:  W. STEVEN BERMAN, ESQUIRE
N.J. BAR NO: 011971986
400 Broadhollow Rd., Suite 305
Melville, NY 11747
Phone: (856) 988-5574 or (212) 397-1000
*Attorneys for Plaintiff*

| | |
|---|---|
| LORETTA ANDERSON,<br><br>     Plaintiff,<br><br>vs.<br><br>SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC; SANOFI-AVENTIS U.S. LLC, separately and doing business as WINTHROP U.S.; and SANDOZ, INC.,<br><br>     Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION - MIDDLESEX COUNTY<br>DOCKET NO.:  MID-L-002675-18<br><br>**CIVIL ACTION**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**TO THE CLERK OF THE COURT**

   Plaintiff, LORETTA ANDERSON, by and through undersigned counsel, pursuant to Rule 4:37-1 (a), hereby voluntarily dismisses the complaint in the above-captioned action, without prejudice.

Dated: May 22, 2018        Respectfully submitted,

                */s/ W. Steven Berman*
                W. STEVEN BERMAN (Bar No: 011971986)
                400 Broadhollow Rd., Suite 305
                Melville, NY 11747
                Phone: (856) 988-5574

                *Attorneys for Plaintiff*

EAST\154436979.1

## CERTIFICATE OF SERVICE

I hereby certify that on May  22 , 2018, I electronically filed the foregoing with the Clerk of the Court by using the Judiciary eCourts System.

Dated:  22  day of May, 2018

_W. Steven Berman_

W. Steven Berman, Esquire