# EXHIBIT A

Page 1

1              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF LOUISIAN
2              CASE NO. 2:16-cv-17039

3

4     ELIZABETH KAHN,                    )      VIDEO
                                         ) TELECONFERENCE
5                                        ) DEPOSITION OF:
                    Plaintiff,           )
6                                        )
          v.                             ) DAVID MADIGAN,
7                                        ) Ph.D.
                                         )
8     SANOFI S.A., SANOFI-AVENTIS        )
      U.S. L.L.C., SANOFI US SERVICE,    )
9     INC., and AVENTIS-PHARMA S.A.,     )
                                         )
10                  Defendants.          )
      _____  )

11

12

13              TRANSCRIPT of the stenographic notes of

14    the proceedings in the above-entitled matter, as

15    taken by and before ELLEN J. GODINO, CCR, RPR, CRCR,

16    held at 13 Sunset Drive, Chatham, New Jersey, on

17    Thursday, April 9, 2020, commencing at 9:53 a.m.

18

19

20

21

22

23

24

25

Page 80

1    you're doing a meta-analysis.

2              Maybe I'll stop there.

3        Q.    And you looked at that here, right, that

4    heterogeneity?

5        A.    Sure.

6        Q.    Would you agree, as a general concept,

7    that the higher the observed heterogeneity, the more

8    inconsistent the results?

9              MR. ABRAMSON:   Object to the form.

10       A.    How inconsistent the results -- sure.

11   The more heterogeneity --  the bigger the I-square,

12   for example, you know, the greater -- excuse me, the

13   greater the heterogeneity.

14       Q.    And, Doctor, have you taken any steps to

15   publish your observational study of meta-analysis in

16   the peer-reviewed medical literature?

17       A.    No.

18       Q.    Why not?

19       A.    As before, I have a lot going on.  I'm

20   very busy.  I haven't done it.

21       Q.    Doctor, have you reviewed the report of

22   defense expert Dr. Ellen Chang?

23       A.    I don't think so.

24       Q.    Okay.  And I'll represent to you, she is

25   an epidemiologist, and we issued her a -- issued a