**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re: TAXOTERE (DOCETAXEL)**
**PRODUCTS LIABILITY LITIGATION**

**MDL NO. 2740**

**SECTION "H" (5)**

**THIS DOCUMENT RELATES TO:**

**Elizabeth Kahn, Case No. 2:16-cv-17039.**

*EX PARTE* **MOTION FOR LEAVE TO FILE EXHIBIT B**
**TO OPPOSITION TO PLAINTIFF'S**
**MOTION FOR RECONSIDERATION UNDER SEAL**

Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi") respectfully

request leave of Court to file under seal Exhibit B (Rec. Doc. 12308-2) to their Opposition to

Plaintiff's Motion for Reconsideration (Rec. Doc. 12195).

Sanofi respectfully submits that this Court previously entered a Protective Order ("Pretrial

Order No. 50" or "PTO 50"), which governs:

> [u]nredacted information designated as "CONFIDENTIAL - SUBJECT TO
> PROTECTIVE ORDER" by the producing party that falls within one or more of
> the following categories: (a) information prohibited from disclosure by law; (b)
> information that reveals trade secrets; (c) research, technical, commercial or
> financial information that the party has maintained as confidential; (d) medical and
> protected health information ("PHI") concerning any individual; (e) personal
> identifying information ("PII"); (f) income tax returns (including attached
> schedules and forms), W-2 forms and 1099 forms; and/or (g) personnel or
> employment records of a person who is not a party to the case.

*See* Pretrial Order No. 50 (Rec. Doc. No. 612-1, ¶ 2).  Exhibit B contains confidential and/or

"protected information," as set forth in PTO 50. For these reasons, Exhibit B must be sealed.

Courts recognize a common law right to access judicial records and proceedings, but "the

right is not absolute."  *Reichert v. Starring,* No. CIV.A. 11-2171, 2011 WL 4404117, at *1 (E.D.

La. Sept. 21, 2011) (quoting *Bahwell v. Stanley–Bostitch, Inc.,* No. CIV.A. 00–0541, 2002 WL

1298777, at \*1 (E.D. La. June 10, 2002)).  In this matter, the entry of PTO 50 mandates that the

exhibit at issue be sealed.  *See* Pretrial Order No. 50 (Rec. Doc. No. 612-1, ¶ 2).  Therefore, under

PTO 50 and the applicable case law, Exhibit B should be filed under seal.


Respectfully submitted,

 /s/ *Douglas J. Moore*

| | |
|---|---|
| Douglas J. Moore (Bar No. 27706) | Harley V. Ratliff |
| **IRWIN FRITCHIE  URQUHART & MOORE LLC** | Jon Strongman |
| 400 Poydras Street, Suite 2700 | Adrienne L. Byard |
| New Orleans, LA  70130 | **SHOOK, HARDY& BACON L.L.P.** |
| Telephone: 504-310-2100 | 2555 Grand Boulevard |
| Facsimile:  504-310-2120 | Kansas City, Missouri 64108 |
| dmoore@irwinllc.com | Telephone: 816-474-6550 |
| | Facsimile:  816-421-5547 |
| | hratliff@shb.com |
| | jstrongman@shb.com |
| | abyard@shb.com |

*Counsel for sanofi-aventis U.S. LLC and*
*Sanofi U.S. Services Inc.*


## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2021, I electronically filed the foregoing with the Clerk

of the Court using the ECF system which sent notification of such filing to all counsel of record.


/s/ *Douglas J. Moore*


2