UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> **This document relates to:** ) <br> Charles Kridner, 16-16945 ) <br> Kathy Dagnon, 19-12623 ) <br> Lorna Garcia, 20-55 ) <br> Alicia Lawson, 20-60 ) <br> Angie Leon, 20-61 ) <br> Mary Caroline Cook, 17-17655 ) <br> Evelyn Disher, 18-5523 ) <br> Geraldine Tabor, 18-5509 ) <br> Sherry Miller, 20-120 ) <br> Karla Schmit, 20-65 ) <br> Mary Willsey, 19-11416 ) <br> Wynnette Keiser, 19-12542 ) <br> Felicia Linnette Warren, 18-11205 ) | MDL No. 16-2740 <br><br> SECTION: "H" (5) |

## ORDER

Before the Court are several unopposed Motions to Amend Complaints (Docs. 11811, 11812, 11813, 11814, 11815, 11816, 11818, 11821, 11836, 11838, and 11839);

**IT IS ORDERED** that the Motions are **GRANTED**. The Clerk's office is instructed to file the amended complaints attached to Plaintiffs' Motions in the member cases.

New Orleans, Louisiana, this 16th day of March, 2021.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE