UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO

Emma Willie, Case No. 2:18-cv-3857.

**DEFENDANTS' MOTION FOR LEAVE
TO EXCEED PAGE LIMIT FOR REPLY MEMORANDUM IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT ON WARNINGS CAUSATION**

Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. ("Sanofi") respectfully move this Court for leave to exceed the 10-page limit set forth in Local Rule 7.7. The standard limit of 10 pages for a Reply, as set forth in Local Rule 7.7, is insufficient under these circumstances to appropriately address the numerous arguments raised in Plaintiff's opposition, including the suggestion that the Court may disregard Plaintiff's treater's testimony and instead consider "objective evidence" of how a "reasonable physician" would have responded to an allegedly adequate warning. Therefore, Defendants request an additional three (3) pages for a total of thirteen (13) pages.

WHEREFORE, Defendants pray that this Court will grant leave to exceed the 10-page limit set forth in Local Rule 7.7.

Respectfully submitted,

*/s/ Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley Ratliff
Jon Strongman
Adrienne L. Byard
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
jstrongman@shb.com
abyard@shb.com

*Counsel for sanofi-aventis U.S., LLC and Sanofi U.S. Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ Douglas J. Moore