UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO

Emma Willie, Case No. 2:18-cv-3857.

# ORDER

Considering the Motion for Leave to Exceed Page Limit for Reply in Support of Motion for Summary Judgment Based on Warnings Causation, filed by Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. ("Sanofi");

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that Defendants may file their Reply Memorandum in excess of the 10-page limit set forth in Local Rule 7.7.

New Orleans, Louisiana this _____ day of _____, 2021.

_____
JUDGE JANE TRICHE MILAZZO