UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: *Lessie Floyd v. Sandoz, Inc.* <u>Civil Action No. 2:17-cv-05785-KDE-MBN</u> | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL B. NORTH |

### EX PARTE CONSENT MOTION FOR SUBSTITUTION OF PROPER PARTY

COMES NOW counsel for Plaintiff, LESSIE FLOYD, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, and moves this Court for an order substituting STACY FAIRLEY on behalf of her deceased mother, LESSIE FLOYD, in the above-captioned cause for the following reasons:

1. On June 14, 2017 Lessie Floyd filed a products liability lawsuit in the above referenced matter.

2. On June 22, 2020, Lessie Floyd passed away.

3. Plaintiff filed a Suggestion of Death on December 22, 2020.  See Doc. Number 11701.

4. Lessie Floyd's product liability action against defendants survived Plaintiff decedent's death and is not extinguished.

5. The decedent's daughter, Stacy Fairley, is a proper party to substitute for plaintiff-decedent Lessie Floyd and wishes to be substituted on behalf of Lessie Floyd in this case.

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution of plaintiff in this action.

DATED:  March 18, 2021.

Respectfully submitted,

BY:   */s/ R. Scott Pietrowski*
R. Scott Pietrowski, Esquire
Mississippi Bar No. 99387
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS   39530
(228) 374-5151 (telephone)
(228) 374-6630 (facsimile)
rsp@rmlawcall.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Motion to Substitute Proper Party has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated:  March 18, 2021.

Respectfully submitted,

BY:   */s/ R. Scott Pietrowski*
R. Scott Pietrowski, Esquire
MS Bar No. 99387
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS   39530
(228) 374-5151 (telephone)
(228) 374-6630 (facsimile)
jrr@rmlawcall.com