MINUTE ENTRY
MILAZZO, J.
MARCH 18, 2021

JS-10: 02:30

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL) ) MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION )
) SECTION: "H" (5)
)
THIS DOCUMENT RELATES TO: )
17-10817 Wanda Jean Stewart )
17-11769 Alice D Hughes

## ORAL ARGUMENT
*U.S. District Judge Jane Triche Milazzo presiding*

COURT REPORTER: TONI TUSA
LAW CLERK: SAMANTHA BOUDREAUX
CASE MANAGER: ERIN MOULEDOUS

APPEARANCES:   PALMER LAMBERT, ANDREW LEMMON & LAUREN DAVIS, ON BEHALF OF PLAINTIFFS
LORI COHEN & CLIFF MERRELL, ON BEHALF OF SANDOZ
MIKE RUTTINGER & JULIE CALLSEN, ON BEHALF OF ACCORD

Court begins at 10:30 a.m.

Counsel are present in Court and via Zoom.

Motions argued by counsel and taken under submission by the Court:

    Sandoz Inc.'s Motion to Exclude or Limit Opinions of Vesna Petronic-Rosic (Doc. 11470)
    Accord's Motion to Exclude Expert Testimony of Vesna Petronic-Rosic (Doc. 11534)

Court recessed at 12:00pm – 1:15 p.m.

Motions argued by counsel and taken under submission by the Court:

    Plaintiff Hughes' and Plaintiff Stewart's Motion for Summary Judgment on Third Party Fault (Doc. 11460)
    Plaintiff Hughes' Motion to Exclude Certain Opinions of Kord Honda and Faith Durden (Doc. 11542)

Court adjourned at 2:15 p.m.

