# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "H"(5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE MILAZZO |
| | : | MAG. JUDGE NORTH |
| **Plaintiff BRENDA NINE** | : | |
| **Civil Action No. 2:18-cv-11918** | : | |

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of Plaintiff, Brenda Nine, on or about January 28, 2020. A motion for substitution of plaintiff will be filed by the appropriate representative of Plaintiff's estate.

Dated: March 19, 2021

Respectfully Submitted,

*/s/ D. Todd Mathews*
D. Todd Mathews
Sara Salger
The Gori Law Firm, P.C.
156 N. Main Street
Edwardsville, IL 62025
Phone: 618-659-9833
todd@gorilaw.com
sara@gorilaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 19, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who  re CM/ECF participants.

Dated: March 19, 2021

                                                     */s/ D. Todd Mathews*