# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2740 |
| | ) | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO | ) | |
| *Gina K. Strange, 2:19-cv-13991* | ) ) ) ) ) | Judge Jane Triche Milazzo  Magistrate Judge North |

## SUGGESTION OF DEATH

Monta' and Eboni Cunningham, children of Gina Strange, suggest upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of Gina Strange, Plaintiff of record in the above-captioned case. Ms. Strange passed away on December 7, 2019, during the pendency of this action. Ms. Strange's surviving children will be filing the appropriate pleadings to appear as substitute Plaintiffs in this matter.

Dated: March 19, 2021

                                                     Respectfully submitted,

                                                     */s/ Samuel M. Wendt*
                                                     Samuel M. Wendt, Esq.
                                                     MO Bar # 53573
                                                   **WENDT LAW FIRM, P.C.**
                                                     4717 Grand Avenue, Suite 130
                                                     Kansas City, Missouri 64112
                                                     Telephone: (816) 531-4415
                                                     Facsimile: (816) 531-2507
                                                     Email: sam@wendtlaw.com

                                                     *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                      */s/ Samuel M. Wendt*
                                                     Samuel M. Wendt, Esq.