UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

           SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**
Stella Lawrence, Case No. 2:17-cv-09467
Shirley Lewis, Case No. 2:17-cv-15755
Anita Monley, Case No. 2:18-cv-03911
Michele Reagan, Case No. 2:18-cv-00638
Wanda Williams, Case No. 2:17-cv-06899

## ORDER

Considering the foregoing Plaintiffs' Unopposed Motion for Leave to File Amended Short Form Complaints (Doc. 11854);

**IT IS ORDERED** that the Motion is **GRANTED**. The Clerk's office is instructed to file the amended complaints attached to Plaintiffs' Motion in the member cases.

New Orleans, Louisiana, this 18th day of March, 2021.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE