UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| **This document relates to:** ) | |
| Tillie Fentress, 17-7085 ) | |
| Lisa Hair, 19-11178 ) | |
| Mary Jackson, 18-10121 ) | |
| Gayle Overton, 19-1979 ) | |
| Catherine Cannon, 18-10080 ) | |
| Elizabeth Sweat, 17-9460 ) | |
| Linda Mishler, 19-10966 ) | |
| June Rittscher, 19-10139 ) | |
| Sharon Bach, 19-12357 ) | |

## ORDER

Before the Court are several unopposed Motions to Amend Complaints (Docs. 11845, 11846, 11847, 11848, 11849, 11850, 11851, 11852, and 11853);

**IT IS ORDERED** that the Motions are **GRANTED**. The Clerk's office is instructed to file the amended complaints attached to Plaintiffs' Motions in the member cases.

New Orleans, Louisiana, this 18th day of March, 2021.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE