UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| **This document relates to:** Betty Ward, 18-11362 Beverly Smith, 17-16766 Billye Howard, 17-3084 Christine Nolan, 18-6721 Shirley Pierini, 17-14736 Joann Hernandez, 17-12631 Chrystal Walker, 17-16516 Karla Hodges, 19-14732 Jasmine Featherstone, 17-16470 Sequitta Frederick, 17-16624 Leslie Powell, 17-16740 Kandi Hollis, 19-12124 Kimberly Ann Bryant, 17-16592 | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

### ORDER

Before the Court are several unopposed Motions to Amend Complaints (Docs. 11867, 11873, 11875, 11878, 11879, 11885, 11890, 11892, 11898, 11903, and 11904);

**IT IS ORDERED** that the Motions are **GRANTED**. The Clerk's office is instructed to file the amended complaints attached to Plaintiffs' Motions in the member cases.

New Orleans, Louisiana, this 19th day of March, 2021.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE