UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**In Re: TAXOTERE (DOCETAXEL)**  **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

**SECTION "H" (5)**

**THIS DOCUMENT RELATES TO**

**Melissa Roach, Case No. 2:17-cv-7918.**

## ORDER

Considering the Motion for Leave to Exceed Page Limit for Reply in Support of Motion for Summary Judgment Based on Warnings Causation, filed by Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. ("Sanofi");

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office shall file the proposed reply into the record.

New Orleans, Louisiana, this 19th day of March, 2021.

_____
JUDGE JANE TRICHE MILAZZO