UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)         MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

       SECTION "H" (5)

THIS DOCUMENT RELATES TO

Cindy Smith, Case No. 2:18-cv-7702.

## ORDER

Considering the Motion for Leave to Exceed Page Limit for Reply in Support of Motion for Summary Judgment Based on Warnings Causation, filed by Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. ("Sanofi");

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office shall file the proposed reply into the record.

New Orleans, Louisiana, this 19th day of March, 2021.

JUDGE JANE TRICHE MILAZZO