UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2740** |
| | **SECTION "H" (5)** |

**THIS DOCUMENT RELATES TO**

**Emma Willie, Case No. 2:18-cv-3857.**

## ORDER

Considering the Motion for Leave to Exceed Page Limit for Reply in Support of Motion for Summary Judgment Based on Warnings Causation, filed by Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. ("Sanofi");

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office shall file the proposed rely into the record.

New Orleans, Louisiana, this 19th day of March, 2021.

_____
JUDGE JANE TRICHE MILAZZO