# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2740 |
| | ) | Section "H" (5) |
| THIS DOCUMENT RELATES TO *Gina K. Strange, 2:19-cv-13991* | ) ) ) ) ) ) | Judge Jane Triche Milazzo  Magistrate Judge North |

## MOTION TO SUBSTITUTE PLAINTIFF

COMES NOW, through undersigned counsel, Party Plaintiffs Monta' and Eboni Cunningham, who respectfully move this Court for an order substituting Party Plaintiffs as Plaintiff for Gina K. Strange, Party Plaintiffs' deceased mother, for the following reasons:

1. The above captioned lawsuit was filed on December 3, 2019, on behalf of Gina Strange.

2. Gina K. Strange passed away on December 7, 2019, during the pendency of this action, as reported to this Court in the previously filed Suggestions of Death. See Doc. Number

3. Party Plaintiffs are the surviving children of Gina K. Strange and are the proper parties to substitute as Plaintiff in this matter pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

WHEREFORE, Party Plaintiffs respectfully request that they be substituted as Plaintiff on behalf of Gina K. Strange, their deceased mother.

Dated: March 22, 2021

1

2

Respectfully submitted,

*/s/ Samuel M. Wendt*
Samuel M. Wendt, Esq.
MO Bar # 53573
**WENDT LAW FIRM, P.C.**
4717 Grand Avenue, Suite 130
Kansas City, Missouri 64112
Telephone: (816) 531-4415
Facsimile: (816) 531-2507
Email: sam@wendtlaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Samuel M. Wendt*
Samuel M. Wendt, Esq.