# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2740 |
| | ) | Section "H" (5) |
| THIS DOCUMENT RELATES TO | ) | |
| *Gina K. Strange, 2:19-cv-13991* | ) ) ) ) | Judge Jane Triche Milazzo

Magistrate Judge North |

## ORDER

Considering the foregoing Motion to Substitute Plaintiff,

IT IS ORDERED that Monta' and Eboni Cunningham, as legal successors of Gina K. Strange, be substituted as Party Plaintiffs on behalf of Gina K. Strange.

New Orleans, Louisiana, this _____ day of _____, 2021.

_____
**JUDGE**

1