**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re: TAXOTERE (DOCETAXEL)**                          **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                                          **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO:**

**Emma Willie, Case No. 2:18-cv-3857**

<u>**ORDER**</u>

Considering the Motion to Substitute Defendants' Statement of Undisputed Facts in Support of their Motion for Summary Judgment, filed by Defendants, sanofi-aventis U.S., LLC and Sanofi US Services, Inc.;

**IT IS HEREBY ORDERED** that said Motion is **GRANTED**, and that the Clerk of Court shall file Defendants' Amended Statement of Facts and substitute the attached **Amended Exhibit H**, a Declaration, in place of the previous Exhibit H.

New Orleans, Louisiana, this 19th day of March, 2021.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE