MINUTE ENTRY
MILAZZO, J.
MARCH 19, 2021

JS-10: 02:20

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |

THIS DOCUMENT RELATES TO:
17-cv-10817 Wanda Jean Stewart
17-cv-11769 Alice D Hughes

## ORAL ARGUMENT
*U.S. District Judge Jane Triche Milazzo presiding*

COURT REPORTER: CATHY PEPPER
LAW CLERK: SAMANTHA BOUDREAUX
CASE MANAGER: ERIN MOULEDOUS

APPEARANCES:   PALMER LAMBERT, DAVID MICELLI, JOHN GOMEZ (by video) & CLAIR BERG, ON BEHALF OF PLAINTIFFS
LORI COHEN, EVAN HOLDEN, & CLIFF MERRELL, ON BEHALF OF SANDOZ
MIKE RUTTINGER (by video) & JULIE CALLSEN, ON BEHALF OF ACCORD

Court begins at 9:00 a.m.

Counsel are present in Court and via Zoom.

Motions argued by counsel and taken under submission by the Court:

    Sandoz Inc.'s Motion for Summary Judgment (Doc. 11473)
    Plaintiff Stewart's Motion to Exclude Testimony of Lawrence Foote and Sreekanth Reddy (Doc. 11538)
    Plaintiff Hughes' Motion to Exclude Certain Testimony of Maurie Markman (Doc. 11567)

Court recessed at 10:45am – 11:00 a.m.

Motions argued by counsel and taken under submission by the Court:

> Defendant Accord's Motion to Exclude Expert Testimony of David Madigan (Doc. 11531)
> Defendant Sandoz Inc.'s Motion to Exclude or Limit Opinions of David Madigan (Doc. 11462)

Court adjourned at 11:35 a.m.

