UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| This document relates to all cases | | |

# PRETRIAL ORDER NO. 116

**IT IS ORDERED** that the next show cause hearing is **SET** for **April 14, 2021, at 2:00 p.m.** The hearing will be preceded by a meeting with lead and liaison counsel at **1:00 p.m.** The call-in information for these events will be disseminated at a later time.

**IT IS FURTHER ORDERED** that a meeting is **SET** for **April 14, 2021, at 10:30 a.m.** to discuss the 2A bellwether trial.

New Orleans, Louisiana, this 22nd day of March, 2021.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE