UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*Wendy Brown v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al.* | Civil Action No.: 2:20-cv-00938 |

### NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI AVENTIS US LLC D/B/A WINTHROP US AND ACCORD HEALTHCARE, INC.

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi Aventis US LLC d/b/a Winthrop US and Accord Healthcare, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

| | |
|---|---|
| DATED March 23, 2021. | Respectfully Submitted,<br><br>/s/ Jerry E. Martin_____<br>Jerry E. Martin (TN Bar No. 20193)<br>Seth M. Hyatt (TN Bar No. 31171)<br>**BARRETT JOHNSTON MARTIN & GARRISON, LLC**<br>Philips Plaza<br>414 Union Street, Suite 900 |

1

Nashville, TN 37219<br>
T: (615) 244-2202<br>
F: (615) 252-3798<br>
jmartin@barrettjohnston.com<br>
shyatt@barrettjohnston.com<br>
<br>
*ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: March 23, 2021                     */s/ Jerry E. Martin*
                                          Jerry E. Martin