UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | : : : : : : : : : : : : | MDL NO. 2740 SECTION "H"(5) JUDGE JANE T. MILAZZO MAG. JUDGE MICHAEL B. NORTH |
| THIS DOCUMENT RELATES TO: | | |
| Harrington v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al. Civil Action No. 2:18-cv-12810 | | |

**PLAINTIFF'S UNOPPOSED FIRST AMENDED MOTION FOR LEAVE TO FILE AND AMEND COMPLAINT**

COMES NOW Plaintiff, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully moves the Court for leave to amend the Complaint filed in this action. Plaintiff's original Complaint was filed in the Eastern District of Louisiana on December 7, 2018 (Sophronia Harrington v. Sanofi-Aventis U.S. LLC, Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al., Case No. 2:18-cv-12810), and Plaintiff served Defendants pursuant to PTO 9.

Plaintiff, in the interim, has learned through further discovery of National Drug Codes that Accord Healthcare, Inc. should be named as a Defendant in Plaintiff's Complaint. See Exhibit A. Thus, Plaintiff's proposed amendment would reflect this change attached hereto as Exhibit B.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with Defense counsel for Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC & Accord Healthcare, Inc., and there is no opposition to this motion.

Dated: March 23, 2021

Respectfully Submitted,

**NIEMEYER GREBEL & KRUSE, LLC**

<u>*/s/ Mark R. Niemeyer*</u>
Mark R. Niemeyer #42437
Michael S. Kruse #57818
211 N. Broadway,
Suite 2950
St. Louis, MO 63102
314-241-1919 phone
314-665-3017 fax
niemeyer@ngklawfirm.com
kruse@ngklawfirm.com

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Unopposed Motion for Leave to File and Amend Complaint has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: March 23, 2021

                                    Respectfully Submitted,

                                    **NIEMEYER GREBEL & KRUSE, LLC**

*/s/ Mark R. Niemeyer*
Mark R. Niemeyer #42437
Michael S. Kruse #57818
211 N. Broadway,
Suite 2950
St. Louis, MO 63102
314-241-1919 phone
314-665-3017 fax
niemeyer@ngklawfirm.com
kruse@ngklawfirm.com

Attorneys for Plaintiff