# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION : | MDL NO. 2740 |
| : | |
| : | SECTION "H"(5) |
| : | |
| THIS DOCUMENT RELATES TO: : | JUDGE JANE T. MILAZZO |
| Harrington v. Sanofi-Aventis U.S. LLC, et al. : | |
| Civil Action No. 2:18-cv-12810 : | MAG. JUDGE MICHAEL B. NORTH |

## ORDER

Upon Plaintiff's Motion for Leave to file an Amended Complaint and for good cause shown, it is hereby Ordered that the Plaintiff may file the Amended Short Form Complaint which was attached as Exhibit B to Plaintiff's Motion.

This the _____ day of _____ , 2021.

_____
Judge Jane Milazzo, U.S. District Judge