**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)**<br>**PRODUCTS LIABILITY**<br>**LITIGATION** | **MDL No. 2740**<br><br>**SECTION "H" (5)**<br>**JUDGE MILAZZO**<br>**MAG. JUDGE NORTH** |
| **This document applies to:**<br>*Hull-Massey v. Sanofi Aventis U.S. LLC; et al* | **Case No.: 2:20-cv-01577** |

**NOTICE OF APPEARANCE**

TO THE HONORABLE JUDGE MILAZZO:

Please take notice that attorney Patrick Luff of Fears Nachawati, PLLC, hereby appears as counsel of record for PLAINTIFF CAROL HULL-MASSEY in the above-captioned matter.

Counsel respectfully requests the undersigned be added to the service list in this case, that the parties take notice of this entry of appearance, and that all notices, pleadings, correspondence, orders, documents, papers, and other materials related to this suit be copied to the undersigned counsel.

Dated: March 25, 2021

Respectfully submitted,

By: */s/ Patrick A. Luff*
Patrick A. Luff
Texas Bar No. 24092728
pluff@fnlawfirm.com
**FEARS NACHAWATI, PLLC**
5473 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712

1

Case 2:16-md-02740-JTM-MBN   Document 12345   Filed 03/25/21   Page 2 of 2

                                                        **ATTORNEYS FOR PLAINTIFF**
                                                        **CAROL HULL-MASSEY**


                              **CERTIFICATE OF SERVICE**

        I hereby certify that a true and correct copy of the foregoing was filed and served on March

25, 2021, via the CM/ECF system, which will send notification of such filing to all attorneys of

record.

                                        */s/ Patrick A. Luff*
                                        PATRICK A. LUFF