UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | Section: N(5) |
| This Document Relates to: *Elizabeth Chaisson-Ricker v. Hospira, Inc., et al.* Civil Case No. 2:20-cv-02675-JTM-MBN | JUDGE JANE TRICHE MILAZZO MAG. JUDGE NORTH |

**DEFENDANT SANDOZ INC.'S SUBSTITUTION OF ATTORNEY FOLLOWING TRANSFER TO THE MDL**

COME NOW, Defendant Sandoz Inc.[1] ("Sandoz"), by undersigned counsel, hereby provides notice of the substitution of Sandoz's counsel following transfer to the MDL, as follows:

Lori G. Cohen, R. Clifton Merrell, and Evan C. Holden of Greenberg Traurig, LLP, lead counsel for Sandoz in the MDL, hereby substitute for Aaron Van Nostrand of Greenberg Traurig, LLP, as counsel for Sandoz in this matter.

Dated: March 26, 2021

                                               */s/ Lori G. Cohen*
                                               Lori G. Cohen
                                               R. Clifton Merrell
                                               Evan C. Holden
                                               **GREENBERG TRAURIG, LLP**
                                               Terminus 200
                                               3333 Piedmont Road NE, Suite 2500
                                               Atlanta, Georgia 30305
                                               Telephone: (678) 553-2385
                                               Facsimile: (678) 553-2212
                                               E-mail: cohenl@gtlaw.com
                                                                    merrellc@gtlaw.com
                                                                    holdene@gtlaw.com

---

[1] Sandoz Inc. is incorrectly named as Sandoz, Inc. on the docket.

1

> Aaron Van Nostrand
> **GREENBERG TRAURIG, LLP**
> 500 Campus Drive, Suite 400
> Florham Park, NJ 07932
> Telephone: (973) 360-7900
> E-mail: vannostranda@gtlaw.com
>
> *Counsel for Defendant Sandoz Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2021, a true and correct copy of the foregoing document was electronically filed with the Court and that counsel of record who are deemed to have consented to electronic service are being served via the Court's CM/ECF system.

> */s/ Lori G. Cohen*
> Lori G. Cohen