**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | ) | **MDL No. 2740** |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | **SECTION "H" (5)** |
| | ) | |
| | ) | **JANE TRICHE MILAZZO** |
| | ) | **U.S. DISTRICT JUDGE** |
| | ) | **MICHAEL B. NORTH** |
| | ) | **MAGISTRATE JUDGE** |

THIS DOCUMENT RELATES TO:
**PAMELA MCNELLEY**
**Civil Action No. Case 2:18-cv-03612**

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OR RECORD,** please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff, Pamela McNelley**,** which occurred on January 17, 2020. A redacted copy of the Certificate of Death is attached hereto as Exhibit "A" and is incorporated herein by reference.

Dated: <u>March 26, 2021</u>                     Respectfully submitted,

**FOX & FARLEY**

By: <u>*/s/ Bruce D. Fox*</u>
Bruce D. Fox
Tennessee Bar No.: 008965
310 N. Main Street
Clinton, Tennessee, 37716
Telephone: (865) 457-6440
Facsimile: (865) 457-6322
Bruce@FoxLawTN.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 202, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ *Bruce D. Fox*
Bruce D. Fox (TN Bar No. 008965)