# **EXHIBIT A**

# STATE OF TENNESSEE
## Office of Vital Records

### TENNESSEE DEPARTMENT OF HEALTH
### CERTIFICATE OF DEATH

STATE FILE NUMBER 2020 003463

| Field | Value |
|---|---|
| 1. Decedent's Legal Name | PAMELA KAY MCNELLEY |
| 2. Sex | FEMALE |
| 3. Date of Death | 01/17/2020 |
| 4. Time of Death (Approx) | 10:07 AM |
| 5a. Age | 55 |
| 6. Date of Birth | (redacted) |
| 7. Birthplace | CROSSVILLE, TN |
| 8a. Place of Death | INPATIENT |
| 8b. Facility Name | CUMBERLAND MEDICAL CENTER |
| 8c. City or Town | CROSSVILLE |
| 8d. County of Death | CUMBERLAND |
| 9. Marital Status | MARRIED |
| 10. Surviving Spouse (name prior to first marriage) | MICHAEL W MCNELLEY |
| 11a. Decedent's Usual Occupation | FACTORY WORKER |
| 11b. Kind of Business/Industry | COLINX |
| 12. Social Security Number | (redacted) |
| 13a. Residence-State or Foreign Country | TENNESSEE |
| 13b. County | CUMBERLAND |
| 13c. City or Town | (redacted) |
| 13d. Street and Number | (redacted) |
| 13e. Inside City Limits? | NO |
| 13f. Zip Code | (redacted) |
| 14. Was Decedent ever in US Armed Forces? | NO |
| 15. Decedent's Education | HIGH SCHOOL GRADUATE OR GED COMPLETED |
| 16. Decedent of Hispanic Origin? | NO, NOT SPANISH/HISPANIC/LATINO |
| 17. Decedent's Race | WHITE |
| 18. Father's Name | JAMES L BARNWELL |
| 19. Mother's Name Prior to First Marriage | PEGGY SUE O'DELL |
| 20a. Informant's Name | MICHAEL W MCNELLEY |
| 20b. Relationship to Decedent | HUSBAND |
| 20c. Mailing Address | (redacted) |
| 21a. Method of Disposition | CREMATION |
| 21b. Place of Disposition | EAST TENNESSEE CREMATION |
| 21c. Location | MARYVILLE, TN |
| 22a. Signature of Funeral Director | /e/ AYLOR EVANS |
| 22b. License Number | 16214 |
| 23a. Name and Address of Funeral Home | EVANS MORTUARY, PO BOX 6 805 NORTH GATEWAY AVE, ROCKWOOD, TN 37854-0006 |
| 23b. License Number | 496 |
| 24. Registrar's Signature | /e/ EDWARD G BISHOP III |
| 25. Date Filed | 01/23/2020 |

26. Certifier
26a. ☒ PHYSICIAN — TO THE BEST OF MY KNOWLEDGE, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.
26b. ☐ MEDICAL EXAMINER — ON THE BASIS OF EXAMINATION, AND/OR INVESTIGATION, IN MY OPINION, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.

| Field | Value |
|---|---|
| 27a. Certifier | /e/ HOWARD ROBERT BROCK |
| 27b. License Number | 036269 |
| 27c. Date Signed | 01/23/2020 |
| 27d. Name and Address | HOWARD ROBERT BROCK 801 SERTOMA DRIVE, DAYTON, TN 37321 |

28. Part I. ENTER THE CHAIN OF EVENTS (DISEASES, INJURIES, OR COMPLICATIONS) THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. ENTER ONLY ONE CAUSE ON A LINE.

a. BREAST CANCER HERS 2
b. METASTATIC BREAST CANCER TO LIVER AND BRAIN
c.
d.

Part II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I

29a. Was an Autopsy Performed? NO
29b. Were Autopsy Findings Available to Complete the Cause of Death?

30. Manner of Death: NATURAL
31. Did Tobacco Use Contribute to Death? NO
32. If Female: NOT PREGNANT WITHIN PAST YEAR

PH-1659 (Rev. 8/2017)
RDA 10112

I hereby certify the above to be a true and correct representation of the record or document on file in this department. This certified copy is valid only when printed on security paper showing the red embossed seal of the Tennessee Department of Health. Alteration or erasure voids this certification. Reproduction of this document is prohibited.

Tennessee Code Annotated 68-3-101 et seq., Vital Records Act of 1977

11726251

Edward G. Bishop III
State Registrar

Lisa Piercey, MD, MBA, FAAP
Commissioner

Date Issued: Jan-28-2020

1 1 7 2 6 2 5 1

## CERTIFICATION OF VITAL RECORD