**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

_____

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |

_____ :

| | | |
|---|---|---|
| | : | SECTION "N"(5) |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| | : | HON. JANE TRICHE MILAZZO |
| | : | |
| BABY FAY HURD | : | |
|     Plaintiff(s), | : | |
| | : | |
| vs. | : | |
| | : | |
| SANOFI S.A., et al., | : | |
|     Defendant(s). | : | |
| | : | |
| Civil Case No.: 2:20-cv-01784 | : | |

------------------------------------------------------------- :

## PLAINTIFF'S MOTION FOR RECONSIDERATION

COMES NOW Plaintiff Baby Fay Hurd, by and through the undersigned counsel, and respectfully moves this Court to reconsider dismissing her case with prejudice for the reasons stated in the attached Memorandum.

This the 26th day of March, 2021.

DAVIS & CRUMP, P.C.


/s/ Trevor B. Rockstad
Trevor B. Rockstad
MS State Bar No.: 103614
2601 14th Street
Gulfport, MS 39501
Phone: 228-863-6000
Facsimile: 228-864-0907
Email: Trevor.rockstad@daviscrump.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Trevor B. Rockstad*

TREVOR B. ROCKSTAD