**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | |
| | : | SECTION "N"(5) |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| | : | HON. JANE TRICHE MILAZZO |
| | : | |
| BABY FAY HURD | : | |
|     Plaintiff(s), | : | |
| | : | |
| vs. | : | |
| | : | |
| SANOFI S.A., et al., | : | |
|     Defendant(s). | : | |
| | : | |
| Civil Case No.: 2:20-cv-01784 | : | |
| ------------------------------------------- | : | |

**ORDER**

Upon Plaintiff's Motion for Reconsideration and for good cause shown, it is hereby Ordered that the Plaintiff's Motion for Reconsideration be granted, the Judgement entered against Plaintiff on March 16, 2021 is set aside, and Plaintiff's case is reinstated.

This the___day of _____, 2021.

_____