# Electronically Stored Information Statement

In compliance with the requirements set forth in PTO 71A by the Court, please answer the following questions to the best of your ability:

1. Claimant Name:    Baby Fay Hurd
2. Describe any employer-owned email accounts, other individual or other locations, and resources where responsive Electronically Stored Information ("ESI") may exist: <u>I do not have any locations or resources where responsive ESI may exist.</u>

3. Describe any unique, non-duplicative ESI within the scope of discovery that was lost or destroyed and whether you used any consumer backup tools (e.g. Carbonite, Backblaze, Crashplan, etc.): <u>No ESI has been lost or destroyed. I do not use any consumer backup tools.</u>

EXHIBIT 1

I, _Baly Faye Hurd_, to the best of my recollection, acknowledge that the answers listed in the above ESI statement are accurate, and that I have taken the steps to preserve and produce all ESI within the scope of discovery, pursuant to PTO 71A.

_Baly Faye Hurd_
Plaintiff's Signature

EXHIBIT 1

As counsel for the above named Plaintiff, Baby Fay Hurd, I attest that I have fully informed Plaintiff of the requirements set forth in PTO 71A.

_____
DAVIS & CRUMP, P.C.
2601 14th Street
Gulfport, MS 39501
800-277-0300