UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "N"(5) |
| | HON. JANE TRICHE MILAZZO |
| <u>BABY FAY HURD</u><br>    Plaintiff(s), | |
| vs. | |
| <u>SANOFI S.A., et al.,</u><br>    Defendant(s). | |
| Civil Case No.: 2:20-cv-01784 | |

**<u>NOTICE OF SUBMISSION OF PLAINTIFF'S MOTION FOR RECONSIDERATION</u>**

PLEASE TAKE NOTICE that Plaintiff's Motion for Reconsideration is hereby set for submission before District Court Judge Milazzo on April 21, 2021 at 9:30 a.m.

This the 26th day of March, 2021.

DAVIS & CRUMP, P.C.

<u>/s/ Trevor B. Rockstad</u>
Trevor B. Rockstad
MS State Bar No.: 103614
2601 14th Street
Gulfport, MS 39501
Phone: 228-863-6000
Facsimile: 228-864-0907
Email: Trevor.rockstad@daviscrump.com

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Trevor B. Rockstad
TREVOR B. ROCKSTAD