# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION "H" (5) |
| ) | |
| ) | JANE TRICHE MILAZZO |
| ) | U.S. DISTRICT JUDGE |
| ) | MICHAEL B. NORTH |
| ) | MAGISTRATE JUDGE |

THIS DOCUMENT RELATES TO:
**PAMELA MCNELLEY**
**Civil Action No. Case 2:18-cv-03612**

## *EX PARTE* MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW COMES, Michael W. McNelley, by and through the undersigned counsel of record, and moves this Court for an Order substituting Michael W. McNelley on behalf of decedent Pamela McNelley**.** This motion is brought pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. At the request of our client Pamela McNelley to act on her behalf, this present action was filed on April 05, 2018**.**

2. All active Defendants have been served with process pursuant to Pretrial Orders No. 9 and No. 40.

3. Plaintiff's counsel was notified on March 9, 2021, by Michael W. McNelley, widower, that Pamela McNelley died on January 17, 2020.

4. Pamela McNelley's, product liability action against defendants survived her death and was not extinguished.

5. Plaintiff's Counsel filed a Notice and Suggestion of Death on or about March 26, 2021 [Doc. 12364 and Doc. 12364-1].

6.     Michael W. McNelley, surviving spouse of plaintiff-decedent, is a proper party to substitute for plaintiff-decedent Pamela McNelley and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, Michael W. McNelley, respectfully requests that he be substituted as Plaintiff in this cause of action.

Dated: March 29, 2021                            Respectfully submitted,

**FOX & FARLEY**

/s/ *Bruce D. Fox*
Bruce D. Fox (TNBPR# 008965)
brucefox@foxandfarleylaw.com
John A. Willis (TNBPR# 18468)
johnwillis@foxandfarleylaw.com
310 N. Main Street
Clinton, Tennessee, 37716
Telephone: (865) 457-6440
Facsimile: (865) 457-6322
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ *Bruce D. Fox*
Bruce D. Fox (TNBPR# 008965)