**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION "H" (5) |
| ) | |
| ) | JANE TRICHE MILAZZO |
| ) | U.S. DISTRICT JUDGE |
| ) | MICHAEL B. NORTH |
| ) | MAGISTRATE JUDGE |

THIS DOCUMENT RELATES TO:
**PAMELA MCNELLEY**
**Civil Action No. Case 2:18-cv-03612**

### ORDER ON *EX PARTE* MOTION TO SUBSTITUTE PARTY PLAINTIFF

THIS MATTER, having come before the Court on Plaintiff's *Ex Parte* Motion to Substitute Party Plaintiff, and this Court deemed fully advised of the premises:

IT IS HEREBY ORDERED that Plaintiff, Michael W. McNelley, as surviving spouse of Pamela McNelley, deceased, is substituted as Plaintiff in this action and the *Ex Parte* Motion to Substitute Party Plaintiff is GRANTED.

Signed, this _____ day of _____, 2021.

_____
Honorable Jane Triche Milazzo, United States District Court Judge