**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
Greer v. Sanofi US Services, Inc., et al.,
Case No. 2:18-cv-11728

## JOINT RECORD DESIGNATIONS

NOW INTO COURT, by and through undersigned counsel, come Plaintiff Juanita Greer and Defendants, sanofi-aventis U.S. LLC and Sanofi US Services Inc., who submit the following record designations pursuant to an Order from the United States Court of Appeals for the Fifth Circuit dated September 3, 2020. The parties designate documents both from the master docket for *In Re: Taxotere (Docetaxel) Products Liability Litigation*, 16-md-02740, and from the individual member case docket, *Greer v. Sanofi US Services, Inc. et al.*, 18-cv-11728. Docket entries designated herein should be included in their entirety, including all exhibits and attachments. The filings made under seal in 16-md-02740 that correspond to 8334-4, 8601-22 through -29, 8650-3, and 8705-1 through -11 should be transmitted to the Court of Appeals in accordance with the District Clerk's usual practices and procedure for preserving confidentiality.

*In re: Taxotere (Docetaxel) Products Liability Litigation, No. 16-MD-02740:*

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|---|---|---|
| 10/13/2016 | 4 | PRETRIAL ORDER #1: Initial Pretrial Conference set for 11/10/2016 10:00 AM before Chief Judge Kurt D. Engelhardt.. Signed by Chief Judge Kurt D. Engelhardt on 10/13/2016. (Attachments: # 1 Attachment A, # 2 Attachment B, # 3 Attachment C)(cml) (Entered: 10/14/2016) |

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|------|-----------|---------------------------|
| 11/17/2016 | 104 | PRETRIAL ORDER #2: Pursuant to Pretrial Order No. 1 (Rec. Doc. 4), issued by this Court on October 13, 2016, the Court has received many applications for Plaintiffs' Liaison Counsel, Defendants' Liaison Counsel, and the Plaintiffs' Steering Committee (PSC). Having reviewed the parties' applications and recommendations, the Court makes the following initial appointments, as stated within document. Signed by Chief Judge Kurt D. Engelhardt on 11/17/2016.(Reference: ALL CASES)(cbs) (Entered: 11/17/2016) |
| 02/10/2017 | 230 | PRETRIAL ORDER #15: This Order reflects the deadlines for Master Complaint and Short Form Complaints, Motions to Dismiss and Master Answers. Signed by Chief Judge Kurt D. Engelhardt on 2/9/2017.(Reference: All Cases)(cml) |
| 07/21/2017 | 669 | CASE MANAGEMENT ORDER #3: TRIAL SCHEDULING ORDER for the First Bellwether Trial. Final Pretrial Conference set for 9/13/2018 09:00 AM before Chief Judge Kurt D. Engelhardt. Jury Trial set for 9/24/2018 08:30 AM before Chief Judge Kurt D. Engelhardt. All discovery must be completed by 7/27/2018. Signed by Chief Judge Kurt D. Engelhardt.(Reference: All Cases)(cml) (Entered: 07/21/2017) |
| 07/21/2017 | 670 | CASE MANAGEMENT ORDER #4: Protocol for Initial Phase of Case Specific Discovery for Cases Identified in CMO #3. Signed by Chief Judge Kurt D. Engelhardt.(Reference: All Cases)(cml) (Entered: 07/21/2017) |
| 07/25/2017 | 689 | AMENDED MASTER LONG FORM COMPLAINT with Jury Demand against All Defendants filed by All Plaintiffs. (Reference: all cases)(tm) (Entered: 07/25/2017) |

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|------|-----------|---------------------------|
| 08/30/2017 | 784 | Minute ORDER for proceedings held before Chief Judge Kurt D. Engelhardt: Motion Hearing held on 8/30/2017. ORDERED that 489 MOTION to Dismiss Plaintiffs' Master Long Form Complaint is DENIED with respect to Count One and Counts Three through Seven of Plaintiffs' Master Long Form Complaint. FURTHER ORDERED that with respect to Counts Two and Eight of the Master Long Form Complaint,, Plaintiffs shall have fourteen (14) days to provide counsel and the Court with supplemental briefing or an amendment as stated herein. ORDERED that 469 MOTION to Remand CERTAIN CASES TO THE SUPERIOR COURTS OF CALIFORNIA 17-CV-1812, 17-CV-1813, 17-CV-1814, 17-CV-3864, 17-CV-3866, 17-CV-3865, 17-CV-3867, 17-CV-2356, 17-CV-5832, 17-CV-5833 filed by Plaintiff is GRANTED IN PART and DENIED IN PART as stated herein. ORDERED that 473 MOTION to Remand 17-CV-3871; 17-CV-3871; 17-CV-3893; 17-CV-3894; 17-CV-3895; 17-CV-3896; 17-CV-3897;17-CV-3901; 17-CV-3904; 17-CV-3905; 17-CV-3906; 17-CV-3908; 17-CV-3909; 17-CV-3909; 17-CV-3911; 17-CV-3917; 17-CV-3932; 17-CV-3933; 17-CV-01891; 17-CV-3935; 17-CV-3938; 17-CV-3939; 17-CV-3941; 17-CV-3949; 17-CV-3953; 17-CV-3954; 17-CV-3962; 17-CV-3965; 17-CV-3968; 17-CV-3977; 17-CV-3979; 2:17-CV-02891; 17-CV-4008; 17-CV-4009; 17-CV-4011; 17-CV-4012; 17-CV-4014; 17-CV-3978; 17-CV-3974; 17-CV-3969; 17-CV-3967; 17-CV-4016; 17-CV-4016; 17-CV-4021; 17-CV-4023; 17-CV-4028; 17-CV-4027; 17-CV-4025; 17-CV-4020; 17-CV-4010; 17-CV-3976; 17-CV-3975; 17-CV-3970; 17-CV-3964; 17-CV-3960; 17-CV-3951; 17-CV-3948; 17-CV-3952; 17-CV-3947; 17-CV-3912 is GRANTED, and the referenced cases shall be remanded to the Superior Court of Delaware. (Court Reporter Cathy Pepper.) (Reference: All Cases)(cml) (Additional attachment(s) added on 8/31/2017: # 1 Attendance Sign In Sheet) (cml). (Entered: 08/31/2017) |

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|------|-----------|---------------------------|
| 09/27/2017 | 877 | PRETRIAL ORDER #61: ORDERED that Count Two and Count Eight of Plaintiffs' First Amended Master Long Form Complaint are DISMISSED. IT IS FURTHER ORDERED that an individual plaintiff shall have fourteen (14) days from the date of this Order to amend her Short Form Complaint to allege analogous state law claims that may be viable on an individual basis. Signed by Chief Judge Kurt D. Engelhardt. (Attachments: # 1 Exhibit A) (Reference: All Cases)(cbs) (Entered: 09/27/2017) |
| 10/16/2017 | 961 | ANSWER to 689 Amended Master Complaint with Jury Demand by Sanofi-Aventis U.S. LLC and Sanofi US Services Inc.(Reference: ALL CASES)(Moore, Douglas) Modified on 10/17/2017 (cml). (Entered: 10/16/2017) |
| 12/06/2017 | 1157 | EXPARTE/CONSENT MOTION for Leave to File Amended Short Form Complaints for Nine Bellwether Plaintiffs by Plaintiff. (Attachments: # 1 Exhibit A: Proposed Amended Short Form Complaints, # 2 Exhibit B: Proposed Order)(Reference: 16-12043, 16-15473, 16-15607, 16-15678, 16-15859, 16-16635, 16-17039, 16-17144, 16-17410)(Lambert, Matthew) (Entered: 12/06/2017) |
| 12/12/2017 | 1319 | ORDER granting 1157 Motion for Leave to File Amended Short Form Complaints for Nine Bellwether Plaintiffs. Signed by Chief Judge Kurt D. Engelhardt on 12/12/2017. (Reference: 16-12043, 16-15473, 16-15607, 16-15678, 16-15859, 16-16635, 16-17039, 16-17144, 16-17410)(cbs) (Entered: 12/15/2017) |

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|---|---|---|
| 06/13/2018 | 3064 | CASE MANAGEMENT ORDER #14 (TRIAL SCHEDULING ORDER): The Court sets initial trials for the following dates: 1) May 13-24, 2019; 2) September 16-27, 2019; 3) January 27-February 7, 2020; 4) May 11-22, 2020; 5) September 14-25, 2020. Final Pretrial Conference will be held the week of May 6, 2019 for the 1st trial date. All other corresponding dates for the second, third, fourth, and fifth trials, not specifically defined, are outlined in Table 1 attached hereto. Signed by Judge Jane Triche Milazzo.(Reference: All Cases)(ecm) |
| 09/24/2018 | 4259 | ORDER AND REASONS: The records and photographs of bellwether Plaintiff Francis, Durden, and Earnest submitted for in camera review shall be produced by the PSC to Sanofi no later than September 28, 2018 unless an objection to this Order and Reasons is lodged on or before that date. To the extent that similar photographs and medical records exist for any other Plaintiffs; deadlines are set herein. The PFS of any Plaintiff who produces additional medical records pursuant to this Order shall be supplemented accordingly. Signed by Magistrate Judge Michael North on 9/24/2018.(Reference: All Cases)(clc) (Entered: 09/24/2018) |
| 09/27/2018 | 4407 | Second AMENDED COMPLAINT with Jury Demand   Second Amended Master Long Form Complaint adding Sagent Pharmaceuticals, Inc. against Defendant filed by Plaintiff. (Attachments: # 1 Summons for Sagent Pharmaceuticals, Inc.)(Reference: ALL CASES)(Lambert, Matthew) (Entered: 09/27/2018) |
| 11/09/2018 | 5035 | CASE MANAGEMENT ORDER #14A (AMENDMENT TO TRIAL SCHEDULING ORDER): The Court hereby amends paragraph 7(c) and paragraph 7(d) of CMO No. 14 [3064], as stated within document. Signed by Judge Jane Triche Milazzo on 11/8/2018.(Reference: ALL CASES)(cbs) |

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|------|-----------|---------------------------|
| 04/17/2019 | 6768 | CASE MANAGEMENT ORDER #14B (AMENDMENT TO CMO 14 AND CMO 14A REGARDING TRIAL I): The Court hereby amends CMO 14 (Rec. Doc. [3064]) and CMO 14A (Rec. Doc. [5035]) regarding the Trial I schedule, as set forth in document. Final Pretrial Conference: August 30, 2019. Trial: September 16, 2019. The dates and deadlines currently in place for Trial II and subsequent trials are hereby vacated, and, accordingly, the parties shall propose amended dates and deadlines for Trials II and subsequent trials within two (2) weeks of the date of this Order. Signed by Judge Jane Triche Milazzo on 4/16/2019.(Reference: All Cases)(ecm) |
| 04/23/2019 | 6789 | CASE MANAGEMENT ORDER #14C (AMENDMENT TO TRIAL POOL SELECTION): The Court amends CMO 14 (Rec. Doc. [3064]), CMO 14A (Rec. Doc. [5035]), and CMO 14B (Rec. Doc. [6768]) as set forth in document. Signed by Judge Jane Triche Milazzo on 4/22/2019.(Reference: All Cases)(ecm) |
| 06/17/2019 | 7416 | CASE MANAGEMENT ORDER #14D (AMENDMENT TO CMO 14 Doc. [3064] AND 14A Doc. [5035] REGARDING TRIALS 2 AND 3): The amended schedule for the second trial is outlined in Table 1 attached hereto, and the amended schedule for the third trial is outlined in Table 2 attached hereto. TRIAL 2 - Hearing set for 1/23/2020 09:00 AM. Pretrial Conference set for 3/10/2020 02:00 PM. Jury Trial set for 3/23/2020. TRIAL 3 - Hearing set for 6/1/2020 09:00 AM. Pretrial Conference set for 7/28/2020 02:00 PM. Jury Trial set for 8/10/2020. Signed by Judge Jane Triche Milazzo.(Reference: All Cases)(ecm) |

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|---|---|---|
| 7/9/2019 | 7571 | ORDER AND REASONS: Defendants' Motions for Summary Judgment Based on the Statute of Limitations Against Deborah Johnson (R. Doc. 5734) & Tanya Francis (R. Doc. 6081) are GRANTED. These cases are DISMISSED WITH PREJUDICE. Defendants' Motion for Summary Judgment, Judgment based on the Statute of Limitations Against Barbara Earnest (R. Doc. 6079) is DENIED. Defendants' Motions for Summary Judgment on Causation Against Jacqueline and Victor Mills (R. Doc. 5732) & Barbara Earnest (R. Doc. 6078) are GRANTED IN PART and DENIED IN PART. Defendants' Motion for Summary Judgment on Causation Against Tanya Francis (R. Doc. 6080) is DISMISSED AS MOOT.  Signed by Judge Jane Triche Milazzo.  (Reference: 16-15607, 16-17144, 16-17410, 17-2689) (ecm) (Entered: 07/09/2019) |
| 10/08/2019 | 8334 | MOTION for Leave to File *Plaintiffs' Third Amended Master Long-Form Complaint and Jury Demand* by Plaintiff. Motion(s) will be submitted on 10/23/2019. (Attachments: # 1 Memorandum in Support, # 2 Proposed Pleading (Exhibit 1), # 3 Notice of Submission)(Reference: ALL CASES)(Lambert, Matthew) (Additional attachment(s) added on 11/6/2019: # 4 Proposed Pleading Exhibit - SEALED) (ecm). (Entered: 10/08/2019) |
|  | Not appearing on docket (see row above) | *Vault Copy of Proposed Pleading Exhibit filed under seal* |
| 10/08/2019 | 8335 | EXPARTE/CONSENT MOTION for Leave to File *Exhibit to Plaintiffs' Motion for Leave to File Plaintiffs' Third Amended Master Long-Form Complaint and Jury Demand Under Seal* by Plaintiff. (Attachments: # 1 Memorandum in Support, # 2 Notice of Manual Attachment, # 3 Proposed Order)(Reference: ALL CASES)(Lambert, Matthew) (Entered: 10/08/2019) |

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|---|---|---|
| 10/18/2019 | 8373 | EXPARTE/CONSENT MOTION to Continue *Submission Date on Plaintiffs' Motion for Leave to File Plaintiffs' Third Amended Master Long-Form Complaint and Jury Demand (Rec. Doc. 8334)* by Defendant. (Attachments: # 1 Proposed Order)(Reference: All Cases)(Moore, Douglas) (Entered: 10/18/2019) |
| 11/06/2019 | 8517 | ORDER granting 8335 Motion for Leave to File the Exhibit to Plaintiffs' Motion for Leave to File Plaintiffs' Third Amended Master-Long Form Complaint and Jury Demand (Rec. Doc. 8334) Under Seal. Signed by Judge Jane Triche Milazzo. (Reference: All Cases)(ecm) (Entered: 11/06/2019) |
| 11/20/2019 | 8601 | RESPONSE/MEMORANDUM in Opposition filed by Defendant re 8334 MOTION for Leave to File *Plaintiffs' Third Amended Master Long-Form Complaint and Jury Demand* . (Attachments: # 1 Exhibit A (filed under seal), # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H (filed under seal), # 9 Exhibit I (filed under seal), # 10 Exhibit J (filed under seal), # 11 Exhibit K (filed under seal), # 12 Exhibit L (filed under seal), # 13 Exhibit M (filed under seal), # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U)(Reference: All Cases)(Moore, Douglas) (Additional attachment(s) added on 2/14/2020: # 22 Exhibit A - SEALED, # 23 Exhibit H - SEALED, # 25 Exhibit I - SEALED, # 26 Exhibit J - SEALED, # 27 Exhibit K - SEALED, # 28 Exhibit L - SEALED, # 29 Exhibit M - SEALED) (ecm). (Entered: 11/20/2019) |
| | Not appearing on docket (see row above) | *Vault copies of Exhibits A, H, I, J, K, L, and M filed under seal* |
| 11/20/2019 | 8602 | EXPARTE/CONSENT MOTION to Seal Document 8601 Response/Memorandum in Opposition to Motion,, Exhibits A, H, I, J, K, L, and M by Defendant. (Attachments: # 1 Proposed Order)(Reference: All Cases)(Moore, Douglas) (Entered: 11/20/2019) |

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|---|---|---|
| 12/03/2019 | 8650 | EXPARTE/CONSENT MOTION for Leave to File *Plaintiffs' Reply in Support of Plaintiffs' Motion for Leave to File Plaintiffs' Third Amended Master Long-Form Complaint* by Plaintiff. (Attachments: # 1 Proposed Order, # 2 Proposed Pleading, # 3 Exhibit Exhibits A - K (Under Seal))(Reference: All Cases)(Lambert, Matthew) (Entered: 12/03/2019) |
|  | Not appearing on docket (see row above) | *Vault copies of Exhibits A through K filed under seal.* |
| 12/04/2019 | 8655 | EXPARTE/CONSENT MOTION for Leave to File *Attachments to Plaintiffs' Reply in Support of Plaintiffs' Motion for Leave to File Plaintiffs' Third Amended Master Long-Form Complaint Under Seal* by Plaintiff. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order, # 3 Notice of Submission)(Reference: ALL CASES)(Lambert, Matthew) (Entered: 12/04/2019) |
| 12/05/2019 | 8659 | Minute Entry for proceedings held before Judge Jane Triche Milazzo: Motion Hearing held on 12/5/2019 re 5730 MOTION for Summary Judgment *against Plaintiff Kelly Gahan*; 8334 MOTION for Leave to File *Plaintiffs' Third Amended Master Long-Form Complaint and Jury Demand*; 8577 MOTION for Leave to File *to File Amended Short Form Complaints for Third Bellwether Trial Plaintiffs*, 8394 MOTION for New Trial . Motions argued and taken under submission by the Court. (Court Reporter Toni Tusa.) (Reference: All Cases)(ecm) (Entered: 12/05/2019) |
| 12/05/2019 | Not appearing on docket (see row above) | Transcript of Oral Argument Proceedings, Dec. 5, 2019 |

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|---|---|---|
| 12/12/2019 | 8702 | ORDER AND REASONS denying 8334 Motion for Leave to File Plaintiffs' Third Amended Master Long-Form Complaint; granting 8602 Motion to Seal Exhibits A, H, I, J, K, L, and M to Defendants' response (Doc. 8601); granting 8650 Motion for Leave to File Reply Memorandum. The Clerk's office is instructed to file Plaintiffs' reply into the record in this matter. Signed by Judge Jane Triche Milazzo on 12/11/2019. (Reference: All Cases)(ecm) (Entered: 12/12/2019) |
| 12/12/2019 | 8704 | ORDER granting 8655 Motion for Leave to File Exhibits A-K to the Plaintiffs' Reply in Support of Plaintiffs' Motion for Leave to File Plaintiffs' Third Amended Master Long-Form Complaint UNDER SEAL. Signed by Judge Jane Triche Milazzo. (Reference: All Cases)(ecm) (Entered: 12/12/2019) |
| 12/12/2019 | 8705 | REPLY to Response to Motion re 8334 MOTION for Leave to File *Plaintiffs' Third Amended Master Long-Form Complaint and Jury Demand*. (Reference: All Cases)(ecm) (Additional attachment(s) added on 12/12/2019: # 1 Exhibit A - SEALED, # 2 Exhibit B - SEALED, # 3 Exhibit C - SEALED, # 4 Exhibit D - SEALED, # 5 Exhibit E - SEALED, # 6 Exhibit F - SEALED, # 7 Exhibit G - SEALED, # 8 Exhibit H - SEALED, # 9 Exhibit I - SEALED, # 10 Exhibit J - SEALED, # 11 Exhibit K - SEALED) (ecm). (Entered: 12/12/2019) |
| | Not appearing on docket (See row above) | *Vault copies of Exhibits A through K filed under seal.* |
| 01/23/2020 | 9110 | ORDER AND REASONS granting 8779 MOTION for Summary Judgment on the Claims of Plaintiff, Cynthia Thibodeaux. Her case is dismissed with prejudice. Signed by Judge Jane Triche Milazzo on 1/22/2020.(Reference: 16-15859)(ecm) (Entered: 01/23/2020) |
| 01/23/2020 | 9115 | ORDER AND REASONS denying 7857 Motion for Reconsideration or, in the Alternative, for Clarification/Amendment of Judgments. Signed by Judge Jane Triche Milazzo. (Reference: 16-15607, 16-17410) (ecm) (Entered: 01/23/2020) |

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|------|-----------|---------------------------|
| 02/18/2020 | 9321 | CASE MANAGEMENT ORDER #23 - The Court selects the following Plaintiffs to proceed with discovery in preparation for the fourth bellwether trial: Sharon Allen, 2:17-cv-5108; Sandra Burks, 2:18-cv-686; Juanita Greer, 2:18-cv-11728; Hattie Grines, 2:16-cv-15319; Minnie Moore, 2:18-cv-12295; Emma Willie, 2:18-cv-3857; Cynthia Brown, 2:18-cv-6428; Angela Durden, 2:18-cv-1544; Mildred Kumar, 2:17-cv-15311; Melissa Roach, 2:17-cv-7918; Cindy Smith, 2:18-cv-7702. Signed by Judge Jane Triche Milazzo.(Reference: All Cases)(ecm) |
| 02/21/2020 | 9367 | CASE MANAGEMENT ORDER #14E (AMENDMENT TO TRIAL SCHEDULES): The Court hereby amends CMO 14 (Rec. Doc. 3064) and its related orders to revise the schedules for the second, third, fourth, and fifth trials. The amended schedules, as agreed to by the parties, are outlined in the attached Exhibit A. All other provisions of CMO 14 and its related orders shall remain in full force and effect. Signed by Judge Jane Triche Milazzo. (Attachments: # (1) EXHIBIT A)(Reference: All Cases)(ecm) |
| 03/19/2020 | 9631 | CASE MANAGEMENT ORDER #14F: Because the Federal and State Governments have declared emergencies in response to the COVID-19 pandemic, the parties have agreed to amend CMO 14E (Doc. [9367]) as set forth within document. Signed by Judge Jane Triche Milazzo.(Reference: All Cases)(ecm) |

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|------|-----------|---------------------------|
| 05/11/2020 | 10338 | PRETRIAL ORDER #105 (SHORT FORM COMPLAINT ALLEGATIONS AND AMENDMENTS - STATUTE OF LIMITATIONS ORDER): Within the terms set forth in this Order, Plaintiffs may amend their complaints to add factual allegations regarding particularized facts individual and specific to each Plaintiff's medical care and treatment and/or that Plaintiff's communications with medical professionals. Nothing in this Order relieves Plaintiffs of the conferral requirements of Federal Rule of Civil Procedure 15 and Pretrial Order No. 37A, or of the obligation to indicate whether Amendments to each Plaintiff's Short Form Complaint are opposed or unopposed. ORDER denying without prejudice defendants' [8934] MOTION to Strike Amendments to the Second Amended Master Complaint through Plaintiffs' Short Form Complaints. Signed by Judge Jane Triche Milazzo on 5/11/2020.(Reference: All Cases)(ecm) |
| 05/21/2020 | 10457 | OBJECTIONS by Plaintiff re [10338] Order,,,, Terminate Motions,,, Plaintiffs' Objections to Pretrial Order No. 105 (Reference: All Cases)(Barrios, Dawn) |
| 06/19/2020 | 10603 | MOTION to Amend/Correct Short Form Complaint by Plaintiff.  Motion(s) will be submitted on 7/8/2020.  (Attachments: #1 Exhibit A – First Amended Complaint, #2 Memorandum in Support, #3 Notice of Submission, #4 Proposed Order) (Reference  2:17-cv-15311)  (Reeves,  James) (Entered: 06/19/2020) |
| 06/29/2020 | 10663 | EXPARTE MOTION for Leave to File Reply Memorandum by Plaintiff.  (Attachments: #1 Exhibit, #2 Proposed Order) (Reference: 2:17-cv-11194) (Ruiz, Jade) Modified to remove submission date on 6/30/2020 (ecm).  (Entered: 06/29/2020) |

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|------|-----------|---------------------------|
| 06/29/2020 | 10668 | MOTION for Leave to File Amended Short Form Complaints of Bellwether Pool Plaintiffs by Plaintiff. Motion(s) will be submitted on 7/22/2020. (Attachments: # (1) Memorandum in Support, # (2) Notice of Submission, # (3) Exhibit A, # (4) Exhibit B, # (5) Exhibit C, # (6) Exhibit D, # (7) Exhibit E, # (8) Exhibit F, # (9) Exhibit G, # (10) Exhibit H, # (11) Exhibit I, # (12) Exhibit J)(Reference: 2:18-cv-06428; 2:18-cv-00686; 2:18-cv-01544; 2:18-cv-11728; 2:16-cv-15319; 2:18-cv-12295; 2:18-cv-08673; 2:17-cv-07918; 2:18-cv-07702; 2:18-cv-03857)(Barrios, Dawn) |
| 06/30/2020 | 10690 | EXPARTE/CONSENT MOTION to Continue Submission Dates for Plaintiffs' Motion for Leave to File Amended Short Form Complaints of Bellwether Pool Plaintiffs and Plaintiff Mildred Kumars Motion for Leave to File Amended Complaint by Defendant. (Attachments: # (1) Proposed Order)(Reference: 2:18-cv-06428; 2:18-cv-00686; 2:18-cv-01544; 2:18-cv-11728; 2:16-cv-15319; 2:18-cv-12295; 2:18-cv-08673; 2:17-cv-07918; 2:18-cv-07702; 2:18-cv-03857; 2:17-cv-15311)(Moore, Douglas) |
| 07/13/2020 | 10779 | ORDER granting [10690] MOTION to Continue Submission Dates . The submission dates for the [10603], [10668] MOTIONS for Leave to File Amended Short Form Complaints are continued to 8/5/2020. Signed by Judge Jane Triche Milazzo.(Reference: 2:18-cv-06428, 2:18-cv-00686, 2:18-cv-01544, 2:18-cv-11728, 2:16-cv-15319, 2:18-cv-12295, 2:18-cv-08673, 2:17-cv-07918, 2:18-cv-07702, 2:18-cv-03857, 2:17-cv-15311)(ecm) |
| 07/17/2020 | 10807 | ORDER AND REASONS granting 9508 Motion for Summary Judgment.  Plaintiff Dora Sanford's case is DISMISSED WITH PREJUDICE.  Signed by Judge Jane Triche Milazzo.  (Reference: 17-9417) (ecm) (Entered: 07/17/2020) |

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|------|-----------|---------------------------|
| 07/17/2020 | 10808 | MOTION for Entry of an Order Requiring Proof of Diagnosis by Defendant.   Motion(s) will be submitted on 8/5/2020.   (Attachments:   #1 Memorandum in Support, #2, Exhibit 1, #3 Exhibit 2, #4 Exhibit 3, #5 Exhibit 4, #6 Exhibit 5, #7 Exhibit 6, #8 Exhibit 7 (filed under seal), #9 Exhibit 8, #10 Exhibit 9, #11 Exhibit 10, #12 Exhibit 11, #13 Exhibit 12, #14 Exhibit 13, #15 Exhibit 14, #16 Exhibit 15, #17 Exhibit 16, #18 Exhibit 17, #19 Exhibit 18, #20 Exhibit 19, #21 Exhibit 20, #22 Exhibit 21, #23 Notice of Submission) (Reference: All Cases) (Moore, Douglas) (Attachment 8 replaced on 7/23/2020) (ecm). (Entered: 07/17/2020) |
| 07/23/2020 | 10833 | ORDER AND REASONS granting 6077 Motion for Summary Judgment based on the Statute of Limitations. Plaintiff's case is DISMISSED WITH PREJUDICE. Signed by Judge Jane Triche Milazzo on 7/22/2020. (Reference: 16-16635)(ecm) (Entered: 07/23/2020) |
| 07/28/2020 | 10861 | RESPONSE/MEMORANDUM in Opposition filed by Defendant re [10603] MOTION to Amend/Correct Short Form Complaint, [10668] MOTION for Leave to File Amended Short Form Complaints of Bellwether Pool Plaintiffs . (Attachments: # (1) Exhibit A, # (2) Exhibit B, # (3) Exhibit C)(Reference:   2:18-cv-06428;   2:18-cv-00686;   2:18-cv-01544;   2:18-cv-11728;   2:16-cv-15319;   2:17-cv-15311;   2:18-cv-12295;   2:18-cv-08673;   2:17-cv-07918;   2:18-cv-07702;   2:18-cv-03857)(Moore, Douglas) |
| 08/07/2020 | 10897 | EXPARTE/CONSENT MOTION for Leave to File Plaintiffs' Reply Memorandum in Support of its Motion for Leave to File Amended Short Form Complaints of Bellwether Pool Plaintiffs for Trial Four by Plaintiff. (Attachments: # (1) Proposed Pleading, # (2) Proposed Order)(Reference: 2:18-cv-06428;   2:18-cv-00686;   2:18-cv-01544;   2:18-cv-11728;   2:16-cv-15319;   2:17-cv-15311;   2:18-cv-12295;   2:18-cv-08673;   2:17-cv-07918;   2:18-cv-07702; 2:18-cv-03857)(Barrios, Dawn) |

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|---|---|---|
| 08/17/2020 | 10963 | ORDER: GRANTING [10897] Motion for Leave to File Plaintiffs' Reply Memorandum in Support of its Motion for Leave to File Amended Short Form Complaints of Bellwether Pool Plaintiffs for Trial Four. Signed by Judge Jane Triche Milazzo on 8/17/2020. (Reference: 2:18-cv-06428; 2:18-cv-00686; 2:18-cv-01544; 2:18-cv-11728; 2:16-cv-15319; 2:17-cv-15311; 2:18-cv-12295; 2:18-cv-08673; 2:17-cv-07918; 2:18-cv-07702; 2:18-cv-03857)(am) |
| 08/17/2020 | 10964 | REPLY to Response to Motion filed by Plaintiff re [10817] MOTION for Leave to File Amended Short Form Complaints of Bellwether Pool Plaintiffs. (Reference: 2:18-cv-06428; 2:18-cv-00686; 2:18-cv-01544; 2:18-cv-11728; 2:16-cv-15319; 2:17-cv-15311; 2:18-cv-12295; 2:18-cv-08673; 2:17-cv-07918; 2:18-cv-07702; 2:18-cv-03857;2:18-cv-06428; 2:18-cv-00686; 2:18-cv-01544; 2:18-cv-11728; 2:16-cv-15319; 2:17-cv-15311; 2:18-cv-12295; 2:18-cv-08673; 2:17-cv-07918; 2:18-cv-07702; 2:18-cv-03857)(am) |
| 08/20/2020 | 10985 | CASE MANAGEMENT ORDER #14G: In light of unforeseeable delays, and as a result of government emergency declarations in response to the COVID-19 pandemic, the parties have agreed to amend the pretrial deadlines and trial dates as set forth in the attached charts. The Court enters this Case Management Order adopting the amended deadlines and trial dates proposed by the parties. Trial #2A - Final Pretrial Conference set for 1/19/2021; Jury Trial set for 2/1/2021 08:30 AM before Judge Jane Triche Milazzo. Trial #3 - Final Pretrial Conference set for 5/11/2021; Jury Trial set for 5/24/2021 08:30 AM before Judge Jane Triche Milazzo. Trial #4 - Final Pretrial Conference set for 8/4/2021; Jury Trial set for 8/16/2021 08:30 AM before Judge Jane Triche Milazzo. Trial #5 - Final Pretrial Conference set for 10/6/2021; Jury Trial set for 10/18/2021 08:30 AM before Judge Jane Triche Milazzo.(Reference: All Cases)(ecm) |

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|------|-----------|---------------------------|
| 08/24/2020 | 11010 | MOTION for Judgment on the Pleadings Based on the Statute of Limitations by Defendant. Motion(s) will be submitted on 9/16/2020. (Attachments: # (1) Memorandum in Support, # (2) Notice of Submission)(Reference:       2:18-cv-11728)(Moore, Douglas) |
| 09/08/2020 | 11057 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiff re [11010] MOTION for Judgment on the Pleadings Based on the Statute of Limitations . (Reference: 18-cv-11728)(Robertson, Alexandra) |
| 09/15/2020 | 11097 | EXPARTE/CONSENT MOTION for Leave to File Reply in Support of their Motion for Judgment on the Pleadings Based on the Statute of Limitations by Defendant. (Attachments: # (1) Proposed Order, # (2) Proposed Pleading, # (3) Exhibit A)(Reference: 2:18-cv-11728)(Moore, Douglas) |
| 09/22/2020 | 11129 | ORDER AND REASONS granting in part and denying in part [10668] Motion for Leave to File Amended Short Form Complaints of Bellwether Pool Plaintiffs. Plaintiffs may amend their short-form complaints consistent with this opinion. Signed by Judge Jane Triche Milazzo on 9/21/20. (Reference: 2:18-cv-06428; 2:18-cv-00686; 2:18-cv-01544; 2:18-cv-11728; 2:16-cv-15319; 2:18-cv-12295; 2:18-cv-08673; 2:17-cv-07918; 2:18-cv-07702; 2:18-cv-03857)(ecm) |
| 09/24/2020 | 11141 | ORDER granting [11097] Motion for Leave to File Reply. Signed by Judge Jane Triche Milazzo on 09/23/2020. (Reference: 2:18-cv-11728)(am) |
| 09/23/2020 | 11142 | REPLY to Response to Response filed by Defendant re [11010] MOTION for Judgment on the Pleadings Based on the Statute of Limitations. (Attachments: # (1) Exhibit A)(Reference: 2:18-cv-11728)(am) |
| 09/29/2020 | 11187 | EXPARTE/CONSENT MOTION for Leave to File Supplemental Pleading in Support of Motion for Judgment on the Pleadings by Defendant. (Attachments: # (1) Proposed Order, # (2) Proposed Pleading)(Reference:       2:18-cv-11728)(Moore, Douglas) |
| 10/13/2020 | 11270 | ORDER granting [11187] Motion for Leave to File Defendants' Supplemental Pleading in Support of their Motion for Judgment on the Pleadings. Signed by Judge Jane Triche Milazzo on 10/9/20. (Reference: 18-11728)(ecm) |

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|---|---|---|
| 10/13/2020 | 11271 | Supplemental Memorandum filed by Defendant, in support of [11010] MOTION for Judgment on the Pleadings Based on the Statute of Limitations. (Reference: 18-11728)(ecm) |
| 10/21/2020 | 11333 | ORDER setting oral argument on defendants' [11010] MOTION for Judgment on the Pleadings Based on the Statute of Limitations on 11/13/2020 09:30 AM before Judge Jane Triche Milazzo. Each party will have seven minutes to argue the Motion. Signed by Judge Jane Triche Milazzo.(Reference: 18-11728)(ecm) |
| 10/23/2020 | 11347 | STIPULATION by Plaintiff Regarding Pretrial Order No. 105 (Reference: All Cases)(Barrios, Dawn) |
| 11/02/2020 | 11372 | EXPARTE/CONSENT MOTION for Leave to File Supplemental Pleading in Opposition to Defendants' Motion for Summary Judgment on the Pleadings Based on the Statute of Limitations by Plaintiff. (Attachments: # (1) Proposed Order, # (2) Proposed Pleading, # (3) Exhibit A)(Reference: 2:18-cv-11728)(Lambert, Matthew) |
| 11/06/2020 | 11392 | CASE MANAGEMENT ORDER #14H (Amended Trial Schedule - Trials 3-5): In light of delays primarily related to the COVID-19 pandemic, the parties have agreed to amend the pretrial deadlines for Trials 3, 4 and 5 as set forth in the attached chart. The Court enters this Case Management Order adopting the amended deadlines proposed by the parties. Signed by Judge Jane Triche Milazzo.(Reference: All Cases)(ecm) |
| 11/10/2020 | 11410 | ORDER: IT IS ORDERED that oral argument on the Motion for Judgment on the Pleadings Based on the Statute of Limitations [11010] is CONTINUED and RESET for 11/17/2020, at 9:30 a.m. IT IS FURTHER ORDERED that oral argument on the Motion for Summary Judgment on the Claims of Plaintiff Brenda Mixon [10978] is SET for 11/17/2020, at 9:30 a.m. Signed by Judge Jane Triche Milazzo on 11/10/2020.(Reference: Juanita Greer, 18-11728 ) Brenda Mixon, 18-6581)(am) |

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|------|-----------|----------------------------|
| 11/11/2020 | 11417 | RESPONSE/MEMORANDUM in Opposition filed by Defendant re 11372 MOTION for Leave to File Supplemental Pleading in Opposition to Defendants' Motion for Summary Judgment on the Pleadings Based on the Statute of Limitations.  (Attachments: #1 Exhibit A) (Reference: 2:18-cv-11728)(Moore, Douglas) (Entered: 11/11/2020) |
| 11/17/2020 | 11449 | ORDER granting [11372] Motion for Leave to File Supplemental Pleading in Opposition to Defendants' Motion for Summary Judgment on the Pleadings Based on the Statute of Limitations. Signed by Judge Jane Triche Milazzo on 11/16/2020. (Reference: 18-cv-11728)(ecm) |
| 11/17/2020 | 11450 | Supplemental Memorandum filed by Plaintiff, in Opposition of [11010] MOTION for Judgment on the Pleadings Based on the Statute of Limitations. (Attachments: # (1) Exhibit A)(Reference: 18-cv-11728)(ecm) |
| 01/14/2021 | 11910 | STIPULATION by Plaintiff Second Stipulation Regarding Pretrial Order No. 105 (Reference: All Cases)(Barrios, Dawn) |
| 01/22/2021 | 12057 | ORDER AND REASONS granting [11010] Motion for Judgment on the Pleadings Based on the Statute of Limitations. Plaintiff's case is DISMISSED WITH PREJUDICE. Signed by Judge Jane Triche Milazzo. (Reference: 18-11728)(ecm) |
| 01/22/2021 | 12060 | JUDGMENT re [12057] Order and Reasons: IT IS ORDERED, ADJUDGED AND DECREED that plaintiff Juanita Greer's case is hereby DISMISSED WITH PREJUDICE. Signed by Judge Jane Triche Milazzo.(Reference: 18-11728)(ecm) |
| 02/18/2021 | 12178 | STATUS REPORT Joint Report No. 21 of Liaison Counsel by Defendant (Attachments: #1 Appendix A, #2 Appendix B) (Reference: All Cases) (Moore, Douglas) (Entered: 02/18/2021) |
| 02/19/2021 | 12188 | NOTICE OF APPEAL by Plaintiff as to [12060] Order, [12057] Order on Motion for Judgment on the Pleadings. (Filing fee $ 505, receipt number ALAEDC-8741642.)   (Reference: 2:18-cv-11728)(Lambert, Matthew) |

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|------|-----------|----------------------------|
| 02/25/2021 | 12229 | BILL OF COSTS Against Plaintiff Juanita Greer by Defendant before Clerk of Court. Any opposition should be filed within 14 days of the filing of this document. (Attachments: # (1) Exhibit A, # (2) Exhibit B)(Reference: 2:18-cv-11728)(Moore, Douglas) |
| 03/11/2021 | 12291 | Response/Reply by Plaintiff to [12229] Bill of Costs (before Clerk), Plaintiff's Response in Opposition to Defendants' Bill of Costs (Attachments: # (1) Declaration, # (2) Exhibit)(Reference: 18-cv-11728)(Robertson, Alexandra) |
| 03/16/2021 | 12306 | ORDER of USCA as to [12188] Notice of Appeal. The parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. Issued by USCA Clerk. (Attachments: # (1) Transmittal Letter)(Reference: 18-cv-11728)(am) |

***Greer v. Sanofi US Services, Inc. et al.*, No. 18-cv-11728:**

| Date | Rec. Doc. | Docket Text ( 2:18-cv-11728) |
|------|-----------|-------------------------------|
| 11/29/2018 | 1 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400 receipt number 053L-7264904) filed by Juanita Greer. (Attachments: # 1 Civil Cover Sheet, # 2 Summons, # 3 Summons) Attorney Alexandra Robertson added to party Juanita Greer (pty:pla).(Robertson, Alexandra) (Attachment 1 replaced on 12/4/2018) (aj). (Attachment 2 replaced on 12/04/2018) (aj). (Attachment 3 replaced on 12/04/2018) (aj). (Entered: 11/29/2018) |
| 11/29/2018 | 2 | Initial Case Assignment to Judge Jane Triche Milazzo and Magistrate Judge Michael North. (gk) (Entered: 11/29/2018) |
| 12/04/2018 | 3 | Summons Issued as to Sanofi US Services Inc., Sanofi-Aventis U.S. LLC. (aj) (Entered: 12/04/2018) |
| 12/07/2018 | 4 | PRETRIAL ORDERS. Signed by Judge Jane Triche Milazzo.(ADI) (Entered: 12/07/2018) |

| 01/22/2021 | 5 | JUDGMENT: IT IS ORDERED, ADJUDGED AND DECREED that plaintiff Juanita Greer's case is hereby DISMISSED WITH PREJUDICE. Signed by Judge Jane Triche Milazzo. (Filed in 16-md-2740 at Rec. Doc. 12060).(ecm) (Entered: 01/22/2021) |
|---|---|---|

Dated: March 30, 2021

Respectfully submitted,

/s/ Alexandra W. Robertson
Alexandra W. Robertson (Bar #395619)
Timothy J. Becker
JOHNSON BECKER, PLLC
444 Cedar Street, Suite 1800
St. Paul, Minnesota 55101
(612) 436-1800 (telephone)
(612) 436-1801 (facsimile)
arobertson@johnsonbecker.com
tbecker@johnsonbecker.com

*Attorneys for Plaintiff*


## FOR THE PLAINTIFFS' STEERING COMMITTEE

*/s/ Christopher L. Coffin*
Christopher L. Coffin (#27902)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1100 Poydras Street, Suite 2225
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

*Plaintiffs' Co-Lead Counsel*

*/s/M. Palmer Lambert*
M. Palmer Lambert (#33228)
GAINSBURGH     BENJAMIN     DAVID
MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304

*/s/ Karen B. Menzies*
Karen Barth Menzies (CA Bar #180234)
GIBBS LAW GROUP LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Telephone: 510-350-9700
Facsimile: 510-350-9701
kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*

*/s/Dawn M. Barrios*
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313

Fax: 504-528-9973
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews
Andrews Thornton Higgins Razmara, LLP
2 Corporate Park, Suite 110
Irvine, CA 92606
Phone: (800) 664-1734
aa@andrewsthornton.com


Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com


J. Kyle Bachus
Bachus & Schanker, LLC
101 W Colfax Ave, Suite 650
Denver, CO 80202
Phone: (303) 222-2222
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, CA 90045  Phone:
510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2225
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Andre M. Mura
Gibbs Law Group LLP
505 14th Street Suite 1110
Oakland, CA 94612
Phone: (510) 350-9717
Fax: (510) 350-9701
amm@classlawgroup.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944

Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

John Gomez
The Gomez Law Firm, PLLC
655 West Broadway, Suite 1700
San Diego, CA 92101
Phone: (619) 237.3490
Fax: 619.237.3496.
john@thegomezfirm.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, FL 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904 15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@amalaw.com

Fax: (713) 621-9638
rand_nolen@fleming-law.com

Jessica Perez Reynolds
Pendley, Baudin & Coffin
P.O. Drawer 71
24110 Eden Street
Plaquemine, LA 70765
Phone: (225) 687-6396
Fax: (225) 687-6398
jperez@pbclawfirm.com

Darin L. Schanker
Bachus Schanker
101 W Colfax Ave, Suite 650
Denver, CO 80202
Phone: (303) 222-2222
Fax: (303) 893-9900
dls@coloradolaw.net

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Zachary Wool
Barrios Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
zwool@bkc-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

_/s/ M. Palmer Lambert_
M. PALMER LAMBERT