UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H"

THIS DOCUMENT RELATES TO
Greer, Case No. 18-cv-11728

### JOINT MOTION TO MAINTAIN PREVIOUSLY SEALED JOINT RECORD DESIGNATIONS UNDER SEAL

For the reasons set forth in the accompanying Memorandum in Support, Plaintiff Juanita Greer and Defendants sanofi-aventis U.S. LLC and Sanofi US Services, Inc. respectfully request that the Court maintain under seal upon transmittal to the U.S. Court of Appeals for the Fifth Circuit all documents that the Parties have designated for the Record on Appeal (Rec. Doc. 12369) that have previously been filed in the District Court under seal.

Date: March 30, 2021　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Alexandra W. Robertson
　　　　　　　　　　　　　　　　　　　　　　Alexandra W. Robertson (Bar #395619)
　　　　　　　　　　　　　　　　　　　　　　Timothy J. Becker
　　　　　　　　　　　　　　　　　　　　　　JOHNSON BECKER, PLLC
　　　　　　　　　　　　　　　　　　　　　　444 Cedar Street, Suite 1800
　　　　　　　　　　　　　　　　　　　　　　St. Paul, Minnesota 55101
　　　　　　　　　　　　　　　　　　　　　　(612) 436-1800 (telephone)
　　　　　　　　　　　　　　　　　　　　　　(612) 436-1801 (facsimile)
　　　　　　　　　　　　　　　　　　　　　　arobertson@johnsonbecker.com
　　　　　　　　　　　　　　　　　　　　　　tbecker@johnsonbecker.com

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

　　　　　　　　　　　　　　　　　　　　　　/s/ Douglas J. Moore
　　　　　　　　　　　　　　　　　　　　　　Douglas J. Moore (Bar No. 27706)
　　　　　　　　　　　　　　　　　　　　　　**IRWIN FRITCHIE URQUHART & MOORE LLC**
　　　　　　　　　　　　　　　　　　　　　　400 Poydras Street, Suite 2700

New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley Ratliff
Adrienne L. Byard
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com

***Counsel for Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.***

## FOR THE PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| */s/ Christopher L. Coffin* | */s/ Karen B. Menzies* |
| Christopher L. Coffin (#27902) | Karen Barth Menzies (CA Bar #180234) |
| PENDLEY, BAUDIN & COFFIN, L.L.P. | GIBBS LAW GROUP LLP |
| 1100 Poydras Street, Suite 2225 | 6701 Center Drive West, Suite 1400 |
| New Orleans, Louisiana 70163 | Los Angeles, California 90045 |
| Phone: (504) 355-0086 | Telephone: 510-350-9700 |
| Fax: (504) 355-0089 | Facsimile: 510-350-9701 |
| ccoffin@pbclawfirm.com | kbm@classlawgroup.com |
| *Plaintiffs' Co-Lead Counsel* | *Plaintiffs' Co-Lead Counsel* |
| */s/M. Palmer Lambert* | */s/Dawn M. Barrios* |
| M. Palmer Lambert (#33228) | Dawn M. Barrios (#2821) |
| GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC | BARRIOS, KINGSDORF & CASTEIX, LLP |
| 2800 Energy Centre, 1100 Poydras Street | 701 Poydras Street, Suite 3650 |
| New Orleans, LA 70163-2800 | New Orleans, LA 70139 |
| Phone: 504-522-2304 | Phone: 504-524-3300 |
| Fax: 504-528-9973 | Fax: 504-524-3313 |
| plambert@gainsben.com | barrios@bkc-law.com |
| *Plaintiffs' Co-Liaison Counsel* | *Plaintiffs' Co-Liaison Counsel* |

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 30, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

                                            */s/ M. Palmer Lambert*
                                            M. PALMER LAMBERT