**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                           **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                                     **SECTION "H"**

**THIS DOCUMENT RELATES TO**
**Greer, Case No. 18-cv-11728**

**MEMORANDUM IN SUPPORT OF JOINT MOTION TO MAINTAIN**
**PREVIOUSLY SEALED JOINT RECORD DESIGNATIONS UNDER SEAL**

   Plaintiff Juanita Greer and Defendants sanofi-aventis U.S. LLC and Sanofi US Services

Inc. (collectively "the Parties"), respectfully request that the Court maintain under seal upon

transmittal to the U.S. Court of Appeals for the Fifth Circuit all documents that the Parties have

designated for the Record on Appeal that have previously been filed in the District Court under

seal along with any sealed exhibits.  The documents that were filed under seal or contained sealed

exhibits are:

   1.    8334-4

   2.    8601-22 through -29

   3.    8650-3

   4.    8705-1 through -11

   This Court previously entered a Protective Order ("Pretrial Order No. 50" or "PTO 50"),

which governs:

   unredacted information designated as "CONFIDENTIAL - SUBJECT TO
   PROTECTIVE ORDER" by the producing party that falls within one or more of
   the following categories: (a) information prohibited from disclosure by law; (b)
   information that reveals trade secrets; (c) research, technical, commercial or
   financial information that the party has maintained as confidential; (d) medical and
   protected health information ("PHI") concerning any individual; (e) personal

identifying information ("PII"); (f) income tax returns (including attached
schedules and forms), W-2 forms and 1099 forms; and/or (g) personnel or
employment records of a person who is not a party to the case.

*See* Pretrial Order No. 50 (Rec. Doc. No. 612-1, ¶ 2).  In their Joint Record Designations, filed

March 30, 2021, the Parties designated certain documents for the Record on Appeal that have been

designated as confidential and/or "protected information," as set forth in PTO 50.  This includes

documents that contain PHI and PII of the Plaintiffs and non-parties and confidential documents

maintained by the Defendants.  For these reasons, the Parties respectfully request that these

documents be transmitted to the U.S. Court of Appeals for the Fifth Circuit under seal.

Courts recognize a common law right to access judicial records and proceedings, but "the

right is not absolute."  *Reichert v. Starring*, No. CIV.A. 11-2171, 2011 WL 4404117, at *1 (E.D.

La. Sept. 21, 2011) (quoting *Bahwell v. Stanley–Bostitch, Inc.*, No. CIV.A. 00–0541, 2002 WL

1298777, at *1 (E.D. La. June 10, 2002)).  In this matter, the entry of PTO 50 mandates that the

pleadings at issue be sealed.  *See* Pretrial Order No. 50 (Rec. Doc. No. 612-1, ¶ 2).  The confidential

nature of these documents remains even though some appeals are pending.  Therefore, under PTO

50 and the applicable case law, the Parties respectfully request that the documents identified above

remain under seal upon transmittal to the to the U.S. Court of Appeals for the Fifth Circuit.

Date: March 30, 2021                    Respectfully submitted,

                                        */s/ Alexandra W. Robertson*
                                        Alexandra W. Robertson (Bar #395619)
                                        Timothy J. Becker
                                        JOHNSON BECKER, PLLC
                                        444 Cedar Street, Suite 1800
                                        St. Paul, Minnesota 55101
                                        (612) 436-1800 (telephone)
                                        (612) 436-1801 (facsimile)
                                        arobertson@johnsonbecker.com
                                        tbecker@johnsonbecker.com

                                        *Attorneys for Plaintiff*

*/s/ Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley Ratliff
Adrienne L. Byard
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com

*Counsel for Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.*

**FOR THE PLAINTIFFS' STEERING COMMITTEE**

*/s/ Christopher L. Coffin*
Christopher L. Coffin (#27902)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1100 Poydras Street, Suite 2225
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

*Plaintiffs' Co-Lead Counsel*

*/s/M. Palmer Lambert*
M. Palmer Lambert (#33228)
GAINSBURGH BENJAMIN DAVID
MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304
Fax: 504-528-9973
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

*/s/ Karen B. Menzies*
Karen Barth Menzies (CA Bar #180234)
GIBBS LAW GROUP LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Telephone: 510-350-9700
Facsimile: 510-350-9701
kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*

*/s/Dawn M. Barrios*
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 30, 2021, I electronically filed the foregoing with the Clerk

of the Court using the ECF system which sent notification of such filing to all counsel of record.

*/s/ M. Palmer Lambert*
M. PALMER LAMBERT