UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" |

THIS DOCUMENT RELATES TO
Greer, Case No. 18-cv-11728

## ORDER

Considering the foregoing Joint Motion to Maintain Previously Sealed Joint Record Designations Under Seal filed by Plaintiff Juanita Greer and Defendants Sanofi-Aventis U.S. LLC and Sanofi US Services, Inc.;

IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall transmit to the U.S. Court of Appeals for the Fifth Circuit the following sealed documents, including any sealed exhibits, UNDER SEAL:

1. 8334-4
2. 8601-22 through -29
3. 8650-3
4. 8705-1 through -11

New Orleans, Louisiana, this ___ day of April, 2021.

_____
UNITED STATES DISTRICT JUDGE