**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re: TAXOTERE (DOCETAXEL)**                              **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

**SECTION "H" (5)**

**THIS DOCUMENT RELATES TO**
**Loretta Anderson, Case No. 2:20-cv-03087**

## PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE SUBMISSION DATE FOR DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

NOW INTO COURT, through undersigned counsel, comes Plaintiff who respectfully moves to continue the submission date regarding Defendants' Motion for Judgment on the Pleadings of Plaintiff, Loretta Anderson.

Defendants' Motion for Judgment on the Pleadings of Plaintiff, Loretta Anderson, was initially set for submission on April 7, 2021. Plaintiff hereby requests that the submission date be continued to May 5, 2021, which is unopposed by Defendants.

WHEREFORE, Plaintiff respectfully requests that this Court grant her Motion to Continue Submission Date for Defendants' Motion for Judgment on the Pleadings and enter the attached Order continuing the submission date to May 5, 2021.

Dated: March 30, 2021

Respectfully Submitted,

**/s/Samuel M. Wendt**
Samuel M. Wendt, MO Bar# 53573
4717 Grand Avenue, Ste 130
Kansas City, MO 64112
Phone: (816) 531-4415
Fax: (816) 531-2507
Email: sam@wendtlaw.com
ATTORNEY FOR PLAINTIFF

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2021, I electronically filed the foregoing with the

Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to

all counsel of record who are CM/ECF participants.

/s/Samuel. M. Wendt
Samuel M. Wendt