UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

         SECTION "H" (5)

THIS DOCUMENT RELATES TO
Loretta Anderson, Case No. 2:20-cv-03087

## ORDER

Considering Plaintiff's Motion to Continue Submission Date for Defendants' Motion for Judgment on the Pleadings of Plaintiff, Loretta Anderson;

IT IS ORDERED that said motion is GRANTED and that the submission date for Defendants' Motion for Judgment on the Pleadings of Plaintiff, Loretta Anderson, is continued to May 5, 2021.

New Orleans, Louisiana, this ___ day of _____, 2021.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES