| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 1 | Allen | Cynthia | 2:17-cv-06967 | 7/21/2017 | No PTO 71A | sanofi |
| 2 | Ambrose | Sherry | 2:18-cv-11308 | 11/20/2018 | No Authorizations | sanofi |
| 3 | Andrews | Phyllis | 2:20-cv-02678 | 5/27/2020 | PFS Not Substantially Complete; No CMO 12A | sanofi |
| 4 | Armond | Helen | 2:18-cv-07009 | 7/26/2018 | No PTO 71A | sanofi |
| 5 | Bailey | Ethel | 2:17-cv-13256 | 11/24/2017 | No PTO 71A | sanofi |
| 6 | Barbeauld | Michelle | 2:17-cv-13268 | 11/24/2017 | No PTO 71A | sanofi |
| 7 | Blackwood | Jennifer | 2:20-cv-02902 | 10/23/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 |
| 8 | Blades | Carla | 2:20-cv-02674 | 5/27/2020 | PFS Not Substantially Complete | Both sanofi and 505 |
| 9 | Blenman | Denise | 2:20-cv-03105 | 11/16/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 |
| 10 | Boyd | Caroline | 2:17-cv-12184 | 11/10/2017 | No PTO 71A | sanofi |
| 11 | Bradley | Alice | 2:17-cv-14884 | 12/5/2017 | Authorizations (Deficient); No PTO 71A | sanofi |
| 12 | Bramblett | Patricia | 2:20-cv-02677 | 5/27/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | sanofi |
| 13 | Brown | Beverly | 2:19-cv-11980 | 8/1/2019 | No HIPAA Authorization; PTO 71A (Deficient) | sanofi |
| 14 | Brown | Carrie | 2:17-cv-08337 | 8/27/2017 | Authorizations (Psychiatric Records Authorization is distorted) | sanofi |
| 15 | Brown | Tammy | 2:17-cv-05427 | 5/31/2017 | PFS Not Substantially Complete | sanofi |
| 16 | Bryant | Curtice | 2:20-cv-02108 | 7/24/2020 | PFS Not Substantially Complete; Authorizations (Deficient); No CMO 12A; No PTO 71A | 505 |
| 17 | Bryant | Cynthia | 2:20-cv-02669 | 5/5/2020 | PFS Not Substantially Complete; Authorizations (Deficient); No CMO 12A | sanofi |
| 18 | Cabrera | Ailene | 2:20-cv-02676 | 5/27/2020 | Authorizations (Deficient); No CMO 12A | sanofi |
| 19 | Cagas | Juliet | 2:17-cv-15364 | 12/7/2017 | Authorizations (Deficient) | sanofi |
| 20 | Chaisson-Ricker | Elizabeth | 2:20-cv-02675 | 5/27/2020 | Authorizations (Deficient); No CMO 12A | sanofi |
| 21 | Chioda | Marlene | 2:17-cv-12690 | 11/17/2017 | PFS Not Substantially Complete | sanofi |
| 22 | Christensen | Gloria | 2:20-cv-02889 | 10/22/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 |
| 23 | Cooper | Romanica | 2:20-cv-02672 | 5/5/2020 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A (Documents appear to be signed by Counsel, not Plaintiff) | Both sanofi and 505 |
| 24 | Cora | Carmella | 2:20-cv-02663 | 5/5/2020 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A (Documents appear to be signed by Counsel, not Plaintiff) | Both sanofi and 505 |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 25 | Dixon | Brenda | 2:17-cv-13707 | 11/29/2017 | No PTO 71A | sanofi |
| 26 | Elder | Tara | 2:17-cv-15569 | 12/7/2017 | No CMO 12A | sanofi |
| 27 | Featherstone | Jasmine | 2:17-cv-16470 | 12/10/2017 | Authorizations (Deficient) | sanofi |
| 28 | Fields | Janice | 2:17-cv-15279 | 12/6/2017 | No PTO 71A | sanofi |
| 29 | Filer | Mary | 2:17-cv-10975 | 10/21/2017 | No PTO 71A | sanofi |
| 30 | Freeman | Yvonne | 2:17-cv-14308 | 12/4/2017 | Authorizations (Deficient); No PTO 71A | sanofi |
| 31 | Fridia | Audrey | 2:18-cv-02601 | N/A | Severed from multiple plaintiff complaint of Ramona Gibson (CA) no SFC filed | 505 |
| 32 | Garner | Yvonne | 2:17-cv-14133 | 12/2/2017 | No PTO 71A | sanofi |
| 33 | Gbargaye | Angelia | 2:17-cv-14338 | 12/4/2017 | Authorizations (Deficient); No PTO 71A | sanofi |
| 34 | Gillespie | Lynn | 2:17-cv-06255 | 6/28/2017 | No Authorizations | sanofi |
| 35 | Gissendanner | Erica | 2:19-cv-14025 | 12/4/2019 | No CMO 12A | sanofi |
| 36 | Glover | Tena | 2:20-cv-02662 | 5/5/2020 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A (Documents appear to be signed by Counsel, not Plaintiff) | Both sanofi and 505 |
| 37 | Gough | Sandra | 2:20-cv-02667 | 5/5/2020 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A (Documents appear to be signed by Counsel, not Plaintiff) | Both sanofi and 505 |
| 38 | Gregory | Georgie | 2:17-cv-13379 | 11/27/2017 | Authorizations (Deficient); No PTO 71A | sanofi |
| 39 | Guille | Diane | 2:20-cv-02898 | 10/23/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Both sanofi and 505 |
| 40 | Hall | Rhoda | 2:17-cv-15340 | 12/7/2017 | No Authorizations | sanofi |
| 41 | Hathaway | Vina | 2:17-cv-10653 | 10/15/2017 | Authorizations (Deficient) | sanofi |
| 42 | Hawkins | Lina | 2:16-cv-16790 | 12/1/2016 | No PTO 71A | sanofi |
| 43 | Henry | Claudette | 2:16-cv-16730 | 10/31/2016 | Authorizations (Deficient) | sanofi |
| 44 | Ingram | Linda | 2:17-cv-05417 | 5/31/2017 | Authorizations (Deficient) | sanofi |
| 45 | Isoke | Sheila | 2:17-cv-12091 | 11/8/2017 | No PTO 71A | sanofi |
| 46 | James | Janice | 2:19-cv-10595 | 5/21/2019 | No PTO 71A | sanofi |
| 47 | Jefferson | Danielle | 2:18-cv-01459 | 2/12/2018 | Authorizations (Deficient); No PTO 71A | sanofi |
| 48 | Johnson | Jonnie | 2:16-cv-17166 | 12/12/2016 | PFS Not Substantially Complete | sanofi |
| 49 | Jones | Lavoria | 2:18-cv-00608 | 1/19/2018 | No PTO 71A | sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 50 | Jones | Lena | 2:20-cv-00675 | 2/27/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | sanofi |
| 51 | Jones | Shirley | 2:16-cv-17103 | 12/12/2016 | Authorizations (Deficient) | sanofi |
| 52 | Korneeva Vladimirsky | Irina | 2:17-cv-14120 | 12/2/2017 | No PTO 71A | sanofi |
| 53 | Lantz | Michele | 2:17-cv-11422 | 10/28/2017 | No PTO 71A | sanofi |
| 54 | Lefler | Karin | 2:17-cv-14539 | 12/5/2017 | Authorizations (Deficient) | sanofi |
| 55 | Lemarr | Sandra | 2:17-cv-03739 | 4/21/2017 | No PTO 71A | sanofi |
| 56 | Lepselter | Dorene | 2:19-cv-02844 | 3/22/2019 | No PTO 71A | sanofi |
| 57 | Lopes | Leigh | 2:17-cv-14143 | 12/2/2017 | PFS Not Substantially Complete | sanofi |
| 58 | Materre Haynes | Darlene | 2:16-cv-15395 | 10/8/2016 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 59 | Morton | Michelle | 2:19-cv-14264 | 12/8/2019 | Shell PFS; Authorizations (Deficient); No PTO 71A | sanofi |
| 60 | Nase | Angela | 2:17-cv-10596 | 10/12/2017 | No PTO 71A | sanofi |
| 61 | Nitto | Laura | 2:17-cv-14782 | 12/5/2017 | No CMO 12A | sanofi |
| 62 | Nolan | Marva | 2:17-cv-14485 | 12/4/2017 | Authorizations (Deficient) | sanofi |
| 63 | Novak | Janine | 2:18-cv-03275 | 3/27/2018 | No Authorizations (Psychiatric or Insurance) | sanofi |
| 64 | Oakeson | Judy | 2:19-cv-02503 | 3/19/2019 | No PTO 71A | sanofi |
| 65 | Oliver | Jean | 2:17-cv-11428 | 10/28/2017 | No PTO 71A | sanofi |
| 66 | Parker | Pamela | 2:17-cv-16647 | 12/11/2017 | Shell PFS | sanofi |
| 67 | Payton | Towanda | 2:20-cv-02673 | 5/5/2020 | PFS Not Substantially Complete - Before Photos (Deficient - don't show scalp); No Authorizations; No CMO 12A; No PTO 71A (Documents appear to be signed by Counsel, not Plaintiff) | Both sanofi and 505 |
| 68 | Peterkin | Lorrain Hampton | 2:18-cv-01333 | 2/8/2018 | Shell PFS | sanofi |
| 69 | Petronella | Janet | 2:17-cv-17996 | 12/30/2017 | No PTO 71A | sanofi |
| 70 | Pichler | Margaret | 2:17-cv-17457 | 12/18/2017 | No PTO 71A | sanofi |
| 71 | Pratt | Ruby | 2:17-cv-09790 | 9/28/2017 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | sanofi |
| 72 | Quave | Betty | 2:18-cv-03633 | 4/5/2018 | No PTO 71A | sanofi |
| 73 | Reed | Audrey | 2:17-cv-04946 | 5/15/2017 | PFS Not Substantially Complete; Authorizations (Deficient); No PTO 71A | sanofi |
| 74 | Reilly | Coralia | 2:19-cv-14339 | 12/9/2019 | No Authorizations; No CMO 12A | sanofi |
| 75 | Rice | Anita | 2:17-cv-14035 | 12/1/2017 | PFS Not Substantially Complete | sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|------|-------|----------------|----------------------|---------------------------|----------------|
| 76 | Robinson | Morris | 2:16-cv-16243 | 10/25/2016 | No Authorizations (HIPAA) | sanofi |
| 77 | Rodriguez | Lisa | 2:20-cv-02958 | 11/2/2020 | No CMO 12A | sanofi |
| 78 | Rogers | Rosetta | 2:18-cv-01598 | 2/15/2018 | Shell PFS; Authorizations (Deficient) | sanofi |
| 79 | Romero Salas | Madeleine | 2:17-cv-14292 | 12/4/2017 | No PTO 71A | sanofi |
| 80 | Rooney | Donna | 2:20-CV-02664 | 5/5/2020 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | 505 |
| 81 | Salazar | Chriselda | 2:18-cv-02338 | 3/4/2018 | Shell PFS | sanofi |
| 82 | Scott | Ellen | 2:16-cv-15472 | 10/12/2016 | PFS Not Substantially Complete | sanofi |
| 83 | Sheard | Lisa | 2:17-cv-10657 | 10/16/2017 | Authorizations (Deficient) | sanofi |
| 84 | Smith | Mary | 2:17-cv-12958 | 11/21/2017 | No PTO 71A | sanofi |
| 85 | Smith | Rebecca | 2:18-cv-10081 | 10/29/2018 | No CMO 12A | sanofi |
| 86 | Smith Adams | Sheila | 2:20-cv-02116 | 7/24/2020 | PFS Not Substantially Complete | Both sanofi and 505 |
| 87 | Southerland | Brenda | 2:18-cv-03300 | 3/28/2018 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 88 | Spencer | Celia | 2:20-cv-00045 | 1/6/2020 | No Authorizations (Psychiatric); No CMO 12A | sanofi |
| 89 | Spencer David | Danielle | 2:17-cv-14447 | 12/4/2017 | No PTO 71A | sanofi |
| 90 | Staples | Alice | 2:20-cv-00072 | 1/8/2020 | No CMO 12A | sanofi |
| 91 | Stiver | Angela | 2:17-cv-16000 | 12/8/2017 | Authorizations (Deficient); No PTO 71A | sanofi |
| 92 | Streng | Thelma | 2:17-cv-14893 | 12/5/2017 | No PTO 71A | sanofi |
| 93 | Stringer | Joann | 2:17-cv-04630 | 5/3/2017 | No PTO 71A | sanofi |
| 94 | Sullivan | Charistian | 2:20-cv-02670 | 5/5/2020 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | 505 |
| 95 | Tabron | Virginia | 2:17-cv-01729 | 2/28/2017 | PFS Not Substantially Complete | sanofi |
| 96 | Thomas | Bobbie Jo | 2:20-cv-02626 | 9/28/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, or PTO 71A) | 505 |
| 97 | Tolbert | Rosie | 2:18-cv-04463 | 4/30/2018 | No CMO 12A | sanofi |
| 98 | Trammell | Melissa | 2:17-cv-14864 | 12/5/2017 | Authorizations (Deficient) | sanofi |
| 99 | Turner | Anita | 2:17-cv-14688 | 12/5/2017 | No PTO 71A | sanofi |
| 100 | Vasile | Danielle | 2:17-cv-16222 | 12/9/2017 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, or PTO 71A) | sanofi |
| 101 | Vick | Susan | 2:20-cv-02666 | 5/5/2020 | No CMO 12A | Both sanofi and 505 |
| 102 | Wadsworth | Priscilla | 2:18-cv-01527 | 2/13/2018 | Authorizations (Deficient - Expired); No PTO 71A | sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|------|-------|----------------|---------------------|---------------------------|----------------|
| 103 | Wallace | Vicky | 2:19-cv-11456 | 7/1/2019 | No CMO 12A | sanofi |
| 104 | Wanzor | Tracy | 2:19-cv-09089 | 4/5/2019 | No CMO 12A | sanofi |
| 105 | Warrem | Patricia | 2:17-cv-15645 | 12/7/2017 | No CMO 12A | sanofi |
| 106 | Wartberg | Carolyn | 2:16-cv-16932 | 12/7/2016 | No PTO 71A | sanofi |
| 107 | West | Robin | 2:19-cv-14084 | 12/5/2019 | Authorizations (Deficient) | sanofi |
| 108 | Williams | Doris | 2:16-cv-17044 | 12/9/2016 | Authorizations (Deficient) | sanofi |
| 109 | Williams | Ruby | 2:18-cv-03313 | N/A | Severed from multiple plaintiff complaint of Savannah Pugh (IL) no SFC filed | 505 |
| 110 | Wingate | Cheryl | 2:18-cv-10321 | 11/1/2018 | No CMO 12A | sanofi |
| 111 | Woehr | Rose | 2:18-cv-13309 | 12/11/2018 | Authorizations (Deficient - Expired) | sanofi |
| 112 | Worobec | Angela | 2:19-cv-13578 | 11/12/2019 | PFS Not Substantially Complete | sanofi |
| 113 | Wright | Sheena | 2:18-cv-13183 | 12/10/2018 | No CMO 12A | sanofi |
| 114 | Yates | Wallaceteen | 2:18-cv-12961 | 12/9/2018 | No PTO 71A | sanofi |