| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|------|-------|----------------|---------------------|---------------------------|----------------|
| 1 | Isaac | Sharon | 2:18-cv-11581 | 11/26/2018 | PFS Not Substantially Complete | sanofi |
| 2 | Kalsky | Theresa | 2:19-cv-12400 | 8/30/2019 | PFS Not Substantially Complete | Both sanofi and 505 |
| 3 | King | Bennie | 2:18-cv-03193 | 3/26/2018 | Authorizations (Insurance authorization not witnessed); No PTO 71A | sanofi |
| 4 | Lowe | Anita | 2:17-cv-14580 | 12/5/2017 | Authorizations (Insurance authorization not witnessed; No disability or workers' compensation authorizations) | sanofi |
| 5 | Mack | Brenda | 2:19-cv-00370 | 1/17/2019 | PFS Not Substantially Complete | sanofi |
| 6 | McClendon | Shelvia | 2:17-cv-15741 | 12/8/2017 | PFS Not Substantially Complete | sanofi |
| 7 | Peterson | Angela | 2:18-cv-09257 | 10/5/2018 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 |