## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)                    MDL No. 2740
PRODUCTS LIABILITY LITIGATION

                                                SECTION: "N" (5)

**THIS DOCUMENT RELATES TO:**

**PATTI JORDAN**
**Case No.: 17-07653**

### MOTION FOR SUBSTITUTION OF A PARTY
### PURSUANT TO RULE 25(A)(1) AND SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, Counsel moves this Court for an order substituting as Plaintiff, Jeffrey H. Jordan, Executor of the Estate of Patti Jordan, in place of Plaintiff, Patti Jordan.  As grounds for the same, Plaintiff states as follows:

1. The Complaint in the above styled manner was filed December 4, 2018.

2. The Plaintiff, Patti Jordan, died on December 18, 2017.  (See Death Certificate- Exhibit A).

3. Jeffrey H. Jordan was appointed as Executor of the Estate of Patti Jordan on March 28, 2018. (See Letters of Administration- Exhibit B).

4. Under Rule 25 Federal Rules of Civil Procedure, the substitution of the above mentioned party is proper.

**WHEREFORE, ALL PREMISES CONSIDERED,** the plaintiff respectfully requests this Court to enter an Order substituting Jeffrey H. Jordan, Executor of the Estate for Patti Jordan, for the Plaintiff, Patti Jordan.

Respectfully Submitted,

*/s/ J. Christopher Elliott*
J. Christopher Elliott (BAR NO. 41063)
BACHUS & SCHANKER, LLC
101 West Colfax Ste. 650
Denver, CO 80202
(303)899-9800
F: (303)893-9900
celliott@coloradolaw.net

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on March 31, 2021 I electronically filed this document with the clerk of the court using the CM/ECF system, which will send a notification of filing to CM/ECF participants registered to receive service in this MDL.

*/s/ J. Christopher Elliott*