# STATE OF TENNESSEE
## Office of Vital Records

### TENNESSEE DEPARTMENT OF HEALTH
### CERTIFICATE OF DEATH



**STATE FILE NUMBER:** 2017 118930

**DECEDENT** (TYPE/PRINT IN PERMANENT BLACK INK)

| 1. DECEDENT'S LEGAL NAME | 2. SEX | 3. DATE OF DEATH |
|---|---|---|
| PATTI JORDAN | FEMALE | 12/18/2017 |

| 4. TIME OF DEATH (Approx.) | 5a. AGE | 5b. UNDER 1 YEAR (Months/Days) | 5c. UNDER 1 DAY (Hours/Minutes) | 6. DATE OF BIRTH | 7. BIRTHPLACE |
|---|---|---|---|---|---|
| 02:13 AM | 57 | | | 11/22/1960 | MADISON, TENNESSEE |

| 8a. PLACE OF DEATH | |
|---|---|
| INPATIENT | |

| 8b. FACILITY NAME | 8c. CITY OR TOWN | 8d. COUNTY OF DEATH |
|---|---|---|
| VANDERBILT UNIVERSITY MEDICAL CENTER | NASHVILLE | DAVIDSON |

| 9. MARITAL STATUS | 10. SURVIVING SPOUSE (name prior to first marriage) | 11a. DECEDENT'S USUAL OCCUPATION | 11b. KIND OF BUSINESS/INDUSTRY |
|---|---|---|---|
| MARRIED | JEFF JORDAN | TEACHER'S AIDE | EDUCATION |

| 12. SOCIAL SECURITY NUMBER | 13a. RESIDENCE-STATE OR FOREIGN COUNTRY | 13b. COUNTY | 13c. CITY OR TOWN |
|---|---|---|---|
| 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 | TENNESSEE | MONTGOMERY | PALMYRA |

| 13d. STREET AND NUMBER | 13e. INSIDE CITY LIMITS? | 13f. ZIP CODE | 14. WAS DECEDENT EVER IN US ARMED FORCES? |
|---|---|---|---|
| 4403 TARSUS ROAD | NO | 37142 | NO |

| 15. DECEDENT'S EDUCATION | 16. DECEDENT OF HISPANIC ORIGIN? | 17. DECEDENT'S RACE |
|---|---|---|
| BACHELOR'S DEGREE | NO, NOT SPANISH/HISPANIC/LATINO | WHITE |

**PARENTS**

| 18. FATHER'S NAME | 19. MOTHER'S NAME PRIOR TO FIRST MARRIAGE |
|---|---|
| RAGER BERGER | ELIZABETH WILKINSON |

| 20a. INFORMANT'S NAME | 20b. RELATIONSHIP TO DECEDENT | 20c. MAILING ADDRESS |
|---|---|---|
| JEFF JORDAN | SPOUSE | 4403 TARSUS ROAD, PALMYRA, TENNESSEE 37142 |

**DISPOSITION**

| 21a. METHOD OF DISPOSITION | 21b. PLACE OF DISPOSITION | 21c. LOCATION |
|---|---|---|
| CREMATION | NEAL-TARPLEY-PARCHMAN CREMATORY | CLARKSVILLE, TENNESSEE |

| 22a. SIGNATURE OF FUNERAL DIRECTOR | 22b. LICENSE NUMBER | 22c. SIGNATURE OF EMBALMER | 22d. LICENSE NUMBER |
|---|---|---|---|
| /s/ JAMES CHEATHAM | 4147 | | |

| 23a. NAME AND ADDRESS OF FUNERAL HOME | 23b. LICENSE NUMBER |
|---|---|
| NEAL-TARPLEY-PARCHMAN FUNERAL HOME, 1510 MADISON ST, CLARKSVILLE, TENNESSEE 37040-3846 | 73 |

**REGISTRAR**

| 24. REGISTRAR'S SIGNATURE | 25. DATE FILED |
|---|---|
| /s/ LORI FERRANTI | 12/27/2017 |

**CERTIFIER**

26. CERTIFIER
- 26a. ☐ PHYSICIAN – TO THE BEST OF MY KNOWLEDGE, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.
- 26b. ☒ MEDICAL EXAMINER – ON THE BASIS OF EXAMINATION, AND/OR INVESTIGATION, IN MY OPINION, DEATH OCCURRED AT THE DATE, TIME AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.

| 27a. CERTIFIER | 27b. LICENSE NUMBER | 27c. DATE SIGNED |
|---|---|---|
| /s/ EMILY DENNISON, M.D. | 53219 | 12/19/2017 |

| 27d. NAME AND ADDRESS |
|---|
| EMILY DENNISON, M.D. 850 R.S. GASS BLVD, NASHVILLE, TENNESSEE 37216 |

**MEDICAL CERTIFICATION**

28. PART I. ENTER THE CHAIN OF EVENTS (DISEASES, INJURIES, OR COMPLICATIONS) THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. ENTER ONLY ONE CAUSE ON A LINE.

| | | APPROXIMATE INTERVAL ONSET TO DEATH |
|---|---|---|
| IMMEDIATE CAUSE | a. PENDING | |
| DUE TO (OR A CONSEQUENCE OF) | b. | |
| DUE TO (OR A CONSEQUENCE OF) | c. | |
| DUE TO (OR A CONSEQUENCE OF) | d. | |

PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I

| 29a. WAS AN AUTOPSY PERFORMED? | |
|---|---|
| 29b. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | |

| 30. MANNER OF DEATH | 31. DID TOBACCO USE CONTRIBUTE TO DEATH? | 32. IF FEMALE |
|---|---|---|
| PENDING INVESTIGATION | | |

| 33. IF TRANSPORTATION INJURY, SPECIFY | 34a. DATE OF INJURY | 34b. TIME OF INJURY | 34c. INJURY AT WORK? | 34d. PLACE OF INJURY |
|---|---|---|---|---|
| | | | | |

| 34e. DESCRIBE HOW INJURY OCCURRED | 34f. LOCATION OF INJURY |
|---|---|

PH-1659 (Rev. 6/2017) RDA 10112

---

**09630972**

I hereby certify the above to be a true and correct representation of the record or document on file in this department. This certified copy is valid only when printed on security paper showing the red embossed seal of the Tennessee Department of Health. Alteration or erasure voids this certification. Reproduction of this document is prohibited.

Tennessee Code Annotated 68-3-101 et seq., Vital Records Act of 1977.

/s/ Lori B. Ferranti
Lori B. Ferranti, PhD, MSN, MBA, RN
State Registrar/Asst. Commissioner

/s/ John J. Dreyzehner
John J. Dreyzehner, MD, MPH, FACOEM
COMMISSIONER

09630972

Date Issued: DEC 28 2017

## CERTIFICATION OF VITAL RECORD

## TENNESSEE DEPARTMENT OF HEALTH
## DELAYED REPORT OF DIAGNOSIS - DEATH



STATE FILE NUMBER 2017 118930

TYPE/PRINT IN PERMANENT BLACK INK

1. DECEDENT'S LEGAL NAME: PATTI JORDAN
2. SEX: FEMALE
3. DATE OF DEATH: 12/18/2017

5a. AGE: 57
5b. UNDER 1 YEAR (Months / Days)
5c. UNDER 1 DAY (Hours / Minutes)
6. DATE OF BIRTH: 11/22/1960

A DELAYED REPORT OF DIAGNOSIS MAY BE FILED IF THE CAUSE OF DEATH CANNOT BE DETERMINED WITHIN 48 HOURS.

8b. FACILITY NAME: VANDERBILT UNIVERSITY MEDICAL CENTER
8c. CITY OR TOWN: NASHVILLE
8d. COUNTY OF DEATH: DAVIDSON

24. REGISTRAR'S SIGNATURE: /e/ EDWARD G. BISHOP III
25. DATE FILED: 01/11/2018

26. CERTIFIER (Check only one):
26a. ☐ PHYSICIAN - To the best of my knowledge, death occurred at the date, time, and place, and due to the cause(s) and manner stated.
26b. ☒ MEDICAL EXAMINER - On the basis of examination, and/or investigation, in my opinion, death occurred at the date, time, and place, and due to the cause(s) and manner stated.

27a. SIGNATURE OF CERTIFIER: /e/ EMILY DENNISON, M.D.
27b. LICENSE NUMBER: 53219
27c. DATE SIGNED: 01/11/2018
27d. NAME AND ADDRESS: EMILY DENNISON, M.D. 850 R.S. GASS BLVD, NASHVILLE, TENNESSEE 37216

28. PART I. Enter the chain of events (diseases, injuries, or complications) that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. Enter only one cause on a line.

| | | Approximate interval: Onset to death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | a. BLUNT HEAD TRAUMA | |
| Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | b. Due to (or as a consequence of) | |
| | c. Due to (or as a consequence of) | |
| | d. Due to (or as a consequence of) | |

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

29a. WAS AN AUTOPSY PERFORMED? ☐ Yes ☒ No
29b. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? ☐ Yes ☐ No

30. MANNER OF DEATH:
☐ Natural ☐ Homicide
☒ Accident ☐ Could not be determined
☐ Suicide

31. DID TOBACCO USE CONTRIBUTE TO DEATH?
☐ Yes ☐ Probably
☒ No ☐ Unknown

32. IF FEMALE:
☒ Not pregnant within past year
☐ Pregnant at time of death
☐ Not pregnant, but pregnant within 42 days of death
☐ Not pregnant, but pregnant 43 days to 1 year before death
☐ Unknown if pregnant within the past year

33. IF TRANSPORTATION INJURY, SPECIFY:
☐ Driver/Operator
☐ Passenger
☐ Pedestrian
☐ Other (Specify)

34a. DATE OF INJURY: 12/17/2017
34b. TIME OF INJURY: UNKNOWN
34c. INJURY AT WORK? ☐ Yes ☒ No
34d. PLACE OF INJURY: RESIDENCE
34e. DESCRIBE HOW INJURY OCCURRED: DECEDENT SUFFERED UNWITNESSED FALL.
34f. LOCATION OF INJURY: 4403 TARSUS ROAD, PALMYRA, TN

PH-1665 (REV. 8/2017)  RDA 10112

09789006

I hereby certify the above to be a true and correct representation of the record or document on file in this department. This certified copy is valid only when printed on security paper showing the red embossed seal of the Tennessee Department of Health. Alteration or erasure voids this certification. Reproduction of this document is prohibited.

Tennessee Code Annotated 68-3-101 et seq., Vital Records Act of 1977.

Edward G. Bishop III
State Registrar

John J. Dreyzehner, MD, MPH, FACOEM
COMMISSIONER

09789006
Date Issued: JAN 22 2018

CERTIFICATION OF VITAL RECORD