# STATE OF TENNESSEE
# COUNTY OF MONTGOMERY

### SMALL ESTATE AFFIDAVIT

I, Michael W. Dale, Clerk and Master of the Chancery Court of Montgomery County, Tennessee, hereby certify that the foregoing is a true and correct copy of the Affidavit/Petition of said court filed by JEFFREY H. JORDAN, Affiant as a Small Estate Affidavit, on the 26th day of February 2018.

The cause of

PATTI B. JORDAN, Deceased

as the same appears in the record of said court in my office and recorded in Case Number MC CH CV PB 18-0000065.

IN WITNESS HEREOF, I have signed and affixed the seal of court on this the

9th day of March, 2018.



Michael W. Dale, Clerk and Master

By: _____
Deputy Clerk

| | |
|---|---|
| IN RE: ESTATE OF<br>PATTI B. JORDAN,<br>Deceased. | IN THE CHANCERY COURT FOR<br><br>MONTGOMERY COUNTY, TENNESSEE<br><br>PROBATE DIVISION<br><br>DOCKET NO.: PB 18-65 |

A TRUE COPY ATTEST
FILED 2-26 /2018
MICHAEL W. DALE, C&M

## SMALL ESTATE AFFIDAVIT FOR ASSET DISTRIBUTION

I, the undersigned Affiant, do hereby certify and declare the following is true and correct to the best of my information, knowledge, and belief:

1. My full legal name is JEFFREY H. JORDAN.

2. My address is 4403 Tarsus Road, Palmyra, Tennessee 37142.

3. My authority to file this Small Estate Affidavit is I am the husband of the decedent.

4. The decedent's full legal name is PATTI B. JORDAN.

5. The decedent died on the 18th day of December, 2017.

6. The decedent died in Davidson County, Tennessee.

7. At the time of her death, the decedent was fifty-seven (57) years of age.

8. At the time of her death, the decedent resided at 4403 Tarsus Road, Palmyra, Montgomery County, Tennessee.

9. The decedent did not leave a Last Will and Testament.

### DEBTS OF THE ESTATE

The decedent did not have any unpaid debts at the time of her death.

### ASSETS OF THE ESTATE

The decedent owned the following items of personal property. I have included those items owned jointly, but not those items owned jointly with a right of survivorship or owned as tenancies by the entirety. I have included any life insurance policies payable to the deceased or his estate.

The assets listed above are under the control of said entities.

## HEIRS AT LAW CERTIFICATION

The following are the names and addresses of all the heirs at law of the decedent:

| Name | Address | Age | Relationship to Decedent |
|---|---|---|---|
| Jeffrey H. Jordan | | | Husband |
| Jacob B. Jordan | | | Son |
| Dylan J. Woolsey | | | Daughter |
| Hayden N. Jordan | | | Son |
| Salera S. Jordan | | | Daughter |
| Satchel K. Jordan | | | Son |

STATE OF TENNESSEE            )
COUNTY OF MONTGOMERY   )

    I affirm that everything contained in the foregoing Affidavit is true and correct to the best of my knowledge and I understand that I may be subject to the penalty of perjury for a false or misleading Affidavit. I am willing to collect and preserve all assets, pay all creditors, and distribute as provided by the laws of descent and distribution pursuant to T.C.A. § 30-4-101 *et seq.*

_____
JEFFREY H. JORDAN

SWORN TO AND SUBSCRIBED before me on this the 23 day of February, 2018.

_____
NOTARY PUBLIC

My commission expires: 4/15/20

Bond No. 92-CU-Y780-2

**State Farm**

BOND OF EXECUTOR, ADMINISTRATOR OR GUARDIAN
STATE FARM FIRE AND CASUALTY COMPANY
BLOOMINGTON, ILLINOIS

STATE OF TENNESSEE } ss.   COUNTY COURT

COUNTY OF **MONTGOMERY**

FILED 9 March 2018
MICHAEL W. DALE, CLERK & MASTER
BY _____
DEPUTY CLERK
_____ A.M. 4:12 P.M.

IN THE MATTER OF THE
☒ Estate
☐ Guardianship

OF **PATTI B JORDAN**

☒ Deceased
☐ Incompetent
☐ Minor

Bond of

☒ Executor
☐ Administrator
☐ Guardian
☐ _____

A TRUE COPY ATTEST
FILED 3-9 20 18
MICHAEL W. DALE, C&M

KNOW ALL PERSONS BY THESE PRESENTS:

That we, **JEFFREY H JORDAN** _____ ,
as Principal, and State Farm Fire and Casualty Company, a corporation of Illinois, as surety, are held firmly bound unto the State of Tennessee, in the penal sum of

**REDACTED**

for the payment of which we jointly and severally bind ourselves, our heirs, executors, administrators, successors, and assigns.

THE CONDITION OF THE ABOVE OBLIGATION IS SUCH, that if the above bound principal shall faithfully discharge the duties of his, her, their trust as **EXECUTOR** _____ , of the estate of

**PATTI B JORDAN** _____ according to law, then the above obligation is to be void, else to remain in full force.

Dated, signed and sealed with our seals this **27TH** day of **FEBRUARY**, **2018**.

_____ Principal
STATE FARM FIRE AND CASUALTY COMPANY
By: _____
Attorney-in-fact

Approved this _____ day of _____

Attest: _____

STATE OF TENNESSEE

I swear that I will faithfully discharge the duties of my trust as _____ (EXECUTOR, ADMINISTRATOR, GUARDIAN, ETC.)

of the person and estate of **PATTI B JORDAN** _____ according to law, so help me God.

_____ Principal

Subscribed and sworn to before me, the 9 day of March, 2018

FB-9285 09-22-2008     Page 1 of 2     1005778 127132.2 08-04-2014