**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re:  TAXOTERE (DOCETAXEL)**                    **MDL No. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                                                    **SECTION: "N" (5)**

**THIS DOCUMENT RELATES TO:**

*PATTI JORDAN*
**Case No.: 17-07653**

### [PROPOSED] ORDER GRANTING SUBSITUTION

This came before the Court on Plaintiff Patti Jordan's Motion for Substitution of Plaintiff.

Based on the files, records, and proceedings herein.

IT IS HEREBY ORDERED THAT Plaintiff's Motion for Substitution of Plaintiff is

GRANTED, and Jeffrey H. Jordan, on Behalf of the Estate of Patti Jordan is substituted as Plaintiff

in the above referenced action.

So ordered this ___ day of _____, 2021.


                                        _____
                                        District Judge