**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                                   **MDL NO. 2740**
PRODUCTS LIABILITY LITIGATION

                                                               **SECTION "H" (5)**

THIS DOCUMENT RELATES TO:
Jaunita Greer, Case No. 2:18-cv-11728

**SANOFI'S MOTION FOR LEAVE**
**TO FILE RESPONSE TO PLAINTIFF'S OPPOSITION**
**TO BILL OF COSTS AGAINST PLAINTIFF JUANITA GREER**

**NOW INTO COURT**, through undersigned counsel, come Defendants sanofi-aventis

U.S., LLC and Sanofi US Services, Inc. ("Sanofi"), who respectfully move this Court for leave to

file a Response to Plaintiff's Opposition to their Bill of Costs Against Plaintiff Juanita Greer.

WHEREFORE, Sanofi respectfully requests that this Court grant leave to file its Response

to Plaintiff's Opposition to its Bill of Costs Against Plaintiff Juanita Greer.

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA  70130
Telephone: 504-310-2100
Facsimile:  504-310-2120
dmoore@irwinllc.com

Harley Ratliff
Adrienne L. Byard
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-47p4-6550
Facsimile:  816-421-5547
hratliff@shb.com
abyard@shb.com

***Counsel for sanofi-aventis U.S., LLC and Sanofi***
***US Services, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2021, I electronically filed the foregoing with the Clerk of

the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*