UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br> JUDGE TRICHE MILAZZO <br> MAG. JUDGE NORTH |
| <u>DEBORAH M. MARTS,</u> <br><br> Plaintiff(s), <br><br> vs. <br><br> <u>SANOFI US SERVICES, INC. f/k/a</u> <u>SANOFI-AVENTIS US, INC., AND</u> <u>SANOFI-AVENTIS US, LLC</u> <br><br> Defendant(s). | Civil Action No.: <u>17-cv-11378</u> |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Alexandra W. Robertson, of the firm Johnson Becker PLLC, hereby enters her appearance in the above-captioned matter as counsel for plaintiff, DEBORAH M. MARTS, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

Respectfully Submitted,

Dated: April 1, 2021

**JOHNSON BECKER, PLLC**

<u>/s/ Alexandra W. Robertson</u>
Alexandra W. Robertson, Esq. MN Bar #395619
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, Minnesota 55101
(612) 436-1800 (telephone)
arobertson@johnsonbecker.com

**Attorney for Plaintiff**

1