**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "N" (5) |

THIS DOCUMENT RELATES TO:

Deborah M. Marts
Case No.: 17-cv-11378

**SUGGESTION OF DEATH**

     In accordance with Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff Deborah Marts files this Suggestion of Death upon the Record in the above referenced case. Plaintiff Deborah Marts died on or about May 22, 2020, during the pendency of this civil action. A Motion to Substitute Parties for Plaintiff will be filed within ninety (90) days of this filing, as required by Federal Rules of Civil Procedure 25(a)(1).

Respectfully Submitted,

Dated: April 1, 2021                    **JOHNSON BECKER, PLLC**

                                              /s/ Alexandra W. Robertson
                                              Alexandra W. Robertson, Esq. MN Bar #395619
                                              Timothy J. Becker, Esq. MN Bar #256663
                                              Johnson Becker, PLLC
                                              444 Cedar Street, Suite 1800
                                              St. Paul, Minnesota 55101
                                              (612) 436-1800 (telephone)
                                              arobertson@johnsonbecker.com
                                              tbecker@johnsonbecker.com

                                              **Attorneys for Plaintiff**

## **CERTIFICATE OF SERVICE**

I certify that on March 30, 2021, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

<u>/s/ Alexandra Robertson</u>
Alexandra Robertson
