# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)         MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO**

Tracy Wanzor
2:19-cv-09089

## STATEMENT OF PLAINTIFF'S COUNSEL

    I represent Tracy Wanzor whose case is on a Notice of Non-Compliance to be heard by the Court on April 14, 2021. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

    The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: April 1, 2021                                By: /s/ David W. Hodges
                                                                   David W. Hodges
                                                                   dhodges@hftrialfirm.com
                                                                   HODGES & FOTY, L.L.P.
                                                                   4409 Montrose Blvd., Suite 200
                                                                   Houston, Texas 77006
                                                                   Telephone: (713) 523-0001
                                                                   Facsimile: (713) 523-1116