# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5) |

THIS DOCUMENT RELATES TO:

Deborah M. Marts
Case No.: 17-cv-11378

---

# ORDER

---

Upon Plaintiff's Motion to Substitute Charles A. Marts on behalf of Deborah M. Marts and for good cause as shown, it is hereby Ordered that Plaintiff may file an Amended Complaint as attached to the Motion.

The _____ day of _____, 2021

_____

The Hon. Jane Triche Milazzo