# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| Sonia Ruiz, | : : | JUDGE MILAZZO |
| Plaintiff, | : : | |
| vs. | : : | |
| | : | Civil Action No.  2:19-cv-13806 |
| Sanofi US Services Inc., f/k/a Sanofi-Aventis, et al., | : : : | |
| Defendant(s). | : : | |

## NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT HOSPIRA, INC. & HOSPIRA WORLDWIDE, LLC

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira LLC & Hospira Worldwide LLC, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated:  April 1, 2021                                          Respectfully submitted,

**TorHoerman Law LLC**

/s/  Steven D. Davis_____
210 S. Main Street
Edwardsville, IL 62025
Telephone:  (618) 656-4400
Facsimile:  (618) 656-4401
sdavis@thlawyer.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Steven D. Davis