UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiff Name: Pamela Johnson-Perry<br>Case No.: 2:17-cv-14386<br>_____ | | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff, Pamela Johnson-Perry, hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action 2:17-cv-14386, only.  The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal.  This Stipulation shall not affect the lawsuit filed by Bachus & Schanker, which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing case number 2:17-cv-15461.  All parties shall bear their own costs.


Dated: April 2, 2021                             Respectfully submitted,

                                                 */s/ Daniel P, Markoff*
                                                 Daniel P. Markoff
                                                 Atkins and Markoff
                                                 9211 Lake Hefner Parkway
                                                 Oklahoma City, OK 73129
                                                 405-607-8757

Dmarkoff@amalaw.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2021, I electronically filed the foregoing with the Clerk using the CM/ECF system, which will send a notification of electronic filing to all counsel of record who are CM/ECF participants.

Dated: April 2, 2021                                  */s/Daniel P. Markoff*