# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2740** <br><br> *This document relates to:* <br> Clare Guilbault, Case No. 2:16-cv-17061 |

## HOSPIRA'S MOTION FOR SUMMARY JUDGMENT
## BASED ON THE STATUTE OF LIMITATIONS

Defendants Hospira, Inc. and Hospira Worldwide, LLC (collectively "Hospira") hereby move this Court for summary judgment on the claims of Plaintiff Clare Guilbault. Ms. Guilbault's claims are barred by Louisiana's one-year statute of limitations. *See* La. Civ. Code Ann. art. 3492.

For the reasons explained in the attached Memorandum in Support, Hospira requests that the Court grant Hospira's Motion for Summary Judgment and dismiss Ms. Guilbault's claims against Hospira with prejudice.

Date: April 2, 2021

Respectfully submitted,

*/s/ Heidi K. Hubbard*
Heidi K. Hubbard
Richmond T. Moore
Neelum J. Wadhwani
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901
Phone: (202) 434-5000
Fax: (202) 434-5029
hhubbard@wc.com
rmoore@wc.com
nwadhwani@wc.com

John F. Olinde (Bar No.1515)
Peter J. Rotolo (Bar No. 21848)

**CHAFFE MCCALL LLP**
1100 Poydras Street
New Orleans, LA 70163
Phone: (504) 858-7000
Fax: (504) 585-7075
olinde@chaffe.com

*Counsel for Defendants Hospira, Inc., and Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 2, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

      /s/ *Heidi K. Hubbard*