UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2740<br><br>*This document relates to:*<br>Clare Guilbault, Case No. 2:16-cv-17061 |

### HOSPIRA'S STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT <u>BASED ON THE STATUTE OF LIMITATIONS</u>

Defendants Hospira, Inc. and Hospira Worldwide LLC (collectively, "Hospira") hereby submit this Statement of Undisputed Material Facts in Support of Hospira's Motion for Summary Judgment Based on the Statute of Limitations, pursuant to Local Rule 56.1:

### I.      Background

1.      Plaintiff Clare Guilbault is a 69-year-old woman.  Ex. 1 (PFS) at 2.

2.      Ms. Guilbault has lived in Metairie, Louisiana for over 40 years.  Ex. 2 (Guilbault Dep.) at 47:8-15.

### II.      Ms. Guilbault's Cancer Diagnosis and Treatment

3.      In July 2013, Ms. Guilbault had a mammogram, which showed abnormal results. Ex. 2 (Guilbault Dep.) at 118:6-24.

4.      Following a second mammogram and further testing, Ms. Guilbault was diagnosed with cancer in her left breast.  Ex. 2 (Guilbault Dep.) at 118:17-133:14.

5. Ms. Guilbault's biopsy results at the time of her diagnosis indicated she had infiltrating ductal carcinoma that was ER strongly positive, PR strongly positive, and HER-2 negative. Ex. 3 (Theodossiou Dep.) at 50:1-3.

6. Ms. Guilbault also had a biopsy of a palpable axillary lymph node that was positive. *Id.*; *see* Ex. 4 (Ochsner Med. Rec., Theodossiou Dep. Ex. 1) at -00203.

7. On September 9, 2013, Ms. Guilbault had an MRI that indicated that the primary tumor in her left breast measured 2.2 by 1.9 by 1.8 centimeters. She also had a satellite lesion in the breast that measured 1.1 by 1.0 by 0.9 centimeters. Ex. 3 (Theodossiou Dep.) at 56:3-57:5; Ex. 5 (Hoffman Med. Rec., Theodossiou Ex. 2)

8. At the time of Ms. Guilbault's cancer diagnosis, an MRI showed a lesion on the T12 vertebra of her spine. Ex. 4 (Ochsner Med. Rec., Theodossiou Dep. Ex. 1) at -00203, 205.

9. The lesion suggested possible metastasis to the spine, which would have indicated stage IV cancer. *Id.*

10. Due to the location of the suspicious lesion on the T12 vertebra, it could not be safely biopsied to confirm the stage of Ms. Guilbault's cancer. Ex. 3 (Theodossiou Dep.) at 66:5-68:12; Ex. 6 (Ochsner Med. Rec., Theodossiou Dep. Ex. 7) at -00337.

11. Because the stage of Ms. Guilbault's cancer could not be confirmed, Dr. Theodossiou treated her "for a presumptive stage 3, which is curable." Ex. 3 (Theodossiou Dep.) at 66:5-68:12.

12. Dr. Theodossiou recommended "neoadjuvant chemotherapy, followed by resection" of her primary tumor, as well as "radiation to T12 area and hormonal therapy with aromatase inhibitors." Ex. 6 (Ochsner Med. Rec., Theodossiou Dep. Ex. 7) at -00337.

13. Dr. Theodossiou explained "[t]he pros and cons of such an approach" to Ms. Guilbault "in detail," and "[h]er multiple questions were answered to her satisfaction." *Id.*

14. Ms. Guilbault trusted her physicians' medical judgment when it came to her treatment and generally followed their advice. Ex. 2 (Guilbault Dep.) at 97:6-17.

15. Ms. Guilbault does not have any complaint about how Dr. Theodossiou counseled her with regard to her chemotherapy treatment. Ex. 2 (Guilbault Dep.) at 181:20-24.

16. On September 25, 2013, Dr. Theodossiou prescribed chemotherapy to Ms. Guilbault, to begin on September 27, 2013, with a course of Adriamycin (doxorubicin) and Cytoxan (cyclophosphamide), followed by Docetaxel. Ex. 6 (Ochsner Med Rec., Theodossiou Dep. Ex. 7) at -00337; Ex. 7 (Ochsner Med. Rec., Theodossiou Dep. Ex. 8) at -00338.

17. That same day, Ms. Guilbault agreed to Dr. Theodossiou's recommended regimen and signed an informed consent form. Ex. 2 (Guilbault Dep. 173:12-185:24); Ex. 8 (Ochsner Med. Rec., Guilbault Dep. Ex. 18) at -00338.

18. The consent form included a list of "[p]ossible side effects" including "[h]air loss." Ex. 8 (Ochsner Med. Rec., Guilbault Dep. Ex. 18) at -00338.

19. Ms. Guilbault signed a second copy of the same consent form on September 27, 2013, at her first chemotherapy administration appointment. Ex. 9 (Ochsner Med Rec., Theodossiou Dep. Ex. 9) at -00421.

20. Ms. Guilbault also received chemotherapy education materials from a nurse when she started treatment. Those materials included information about the risk of hair loss. Ex. 2 (Guilbault Dep.) at 183:16-184:23.

21. Ms. Guilbault testified she was told to expect "[h]air loss, but it will grow back." Ex. 2 (Guilbault Dep.) at 164:17-165:3.

22. Neither Dr. Theodossiou nor his nurse ever guaranteed to Ms. Guilbault that her hair would grow back, and Ms. Guilbault did not expect her hair to grow back "exactly the same" as before. Ex. 2 (Guilbault Dep.) at 185:10-24.

23. Ms. Guilbault received four infusions of a combination of Adriamycin with Cytoxan, on September 27, 2013, October 21, 2013, November 11, 2013, and December 2, 2013. Ex. 10 (Ochsner Med Rec.) at -00422-423; *id.* at -00518-528; *id.* at -00608-624; *id.* at -00671-686.

24. Ms. Guilbault received four infusions of Docetaxel on December 26, 2013, January 16, 2014, February 6, 2014, and February 27, 2014. Ex. 10 (Ochsner Med. Rec.) at -00716-725; *id.* at -00754-762; *id.* at -00790-800; *id.* at -00841-849.

25. After Ms. Guilbault completed chemotherapy, Dr. Theodossiou prescribed Ms. Guilbault an aromatase inhibitor, Arimidex, to prevent cancer regrowth. Ex. 3 (Theodossiou Dep.) at 100:3-102:21.

26. As of November 2020, Ms. Guilbault was still taking Arimidex. *Id.*; Ex. 2 (Guilbault Dep.) at 12:24-14:2.

27. On March 27, 2014, Dr. Alan Stolier performed a lumpectomy, left partial mastectomy and complete axillary node dissection on Ms. Guilbault at St. Charles Surgical Hospital. Ex. 11 (St Charles Med. Rec.) at -0029-30.

28. After her surgery, Ms. Guilbault also received radiation treatment. Ex. 2 (Guilbault Dep.) at 202:20-24; Ex. 3 (Theodossiou Dep.) at 105:11-14.

29. Dr. Theodossiou testified in November 2020 that Ms. Guilbault is "disease-free" and has "done very, very well." Ex. 3 (Theodossiou Dep.) at 149:24-150:9.

### III.     Ms. Guilbault's Alleged Hair Loss and Hair Loss Treatments

30. Ms. Guilbault testified she first experienced hair loss on October 11, 2013, during her first round of chemotherapy treatment with Adriamycin and Cytoxan. Ex. 2 (Guilbault Dep.) at. 213:11-23; Ex. 12 (Guilbault Personal Rec., Guilbault Dep. Ex. 2) at -03076.

31. On October 13, 2013, Ms. Guilbault's daughter-in-law, Rachel, cut Ms. Guilbault's hair and styled her wig. Ex. 2 (Guilbault Dep.) at 213:24-215:1; Ex. 12 (Guilbault Personal Rec., Guilbault Dep. Ex. 2) at -03075.

32. Ms. Guilbault testified that shortly thereafter, she lost all the hair on her head. Ex. 2 (Guilbault Dep.) at 214:19-215:1.

33. Ms. Guilbault testified that she started "having some hair growth" in January 2014, during her treatment with Docetaxel. Ex. 2 (Guilbault Dep.) at 215:2-23. She described the hair growth in her planner at the time as "fuzzy on scalp." Ex. 12 (Guilbault Personal Rec., Guilbault Dep. Ex. 2) at -03119. At her deposition, she described her hair growth at the time as "sparse." Ex. 2 (Guilbault Dep.) at 215:2-23.

34. As of the time of her deposition in November 2020, Ms. Guilbault testified that she has not seen "an improvement in regrowth of [her] hair after chemotherapy." Ex. 2 (Guilbault Dep.) at 251:13-19.

35. As of the time of her deposition in November 2020, Ms. Guilbault testified that she has "about ten hairs on each leg," "a few under one armpit," "very few eyebrows," and "very stubby eye lashes." Ex. 2 (Guilbault Dep.) at 251:21-252:1.

36. Ms. Guilbault has worn a wig since 2013. As of the time of her deposition in November 2020, she testified that she "wear[s] a wig all the time." Ex. 2 (Guilbault Dep.) at 248:23-249:2.

37.     In April 2014, Ms. Guilbault asked her oncologist, Dr. Theodossiou, when her hair would return, and she testified that he told her that it would likely start growing back within a month.  Ex. 2 (Guilbault Dep.) at 161:24-164:7, 216:3-15; Ex. 3 (Theodossiou Dep.) at 108:13-109:7.

38.     In December 2014, Ms. Guilbault again saw Dr. Theodossiou for a follow up visit and told him her hair was "not growing back fully as [she] expected." Ex. 2 (Guilbault Dep.) at 161:24-164:7, 218:4-221:22.

39.     According to Ms. Guilbault's notes of the visit, Dr. Theodossiou told her, "Give hair time, take multivitamin." *Id.*; Ex. 12 (Guilbault Personal Rec., Guilbault Dep. Ex. 2) at -03245.

40.     Ms. Guilbault also discussed her hair loss with Julie Miller, a friend of Ms. Guilbault's sister Charlotte.  Ms. Miller had previously had breast cancer and received chemotherapy treatment.  Ex. 2 (Guilbault Dep.) at 90:5-14.

41.     Ms. Guilbault testified that Ms. Miller "experienced temporary hair loss" during chemotherapy, and that after treatment "her hair came in thick and curly." Ex. 2 (Guilbault Dep.) at 92:7-19.  She also testified that she told Ms. Miller her own hair was "thin and an awful mess. And she said I'll ask my lady friends—she belonged to maybe some group on the Northshore where she was treated, and she said we'll see if we have any recommendations.  And one things she told me to take was to use a special shampoo, which I tried, and to take biotin." *Id.*

42.     On January 29, 2015, Ms. Guilbault sent Ms. Miller a text message: "Hi Julie K, it's Clare.  Charlotte gave me your number.  I want to talk to you and hear tout [sic] story when you have time.  I also want to know about the biotin. How much to take? Special shampoo? I am

desperate for a cure for this mess. Any side effects? Call me when you can." Ex. 13 (Guilbault Personal Rec., Guilbault Dep. Ex. 19) at -01111.

43. Ms. Miller responded with a photograph of Nioxin shampoo and a message that said, "Took a picture of the shampoo—bought at Salon where I bought my wig." Ex. 13 (Guilbault Personal Rec., Guilbault Dep. Ex. 19) at -01112.

44. On March 12, 2015, Ms. Guilbault texted Ms. Miller: "Feeling pretty good. Desperately hoping for hair. What I have is pitiful. Just started Nioxin and Nizoral. Taking biotin. Any other suggestions? So glad you are doing okay!" Ex. 13 (Guilbault Personal Rec., Guilbault Dep. Ex. 19) at -01113-1114. Ms. Miller responded: "I will be praying for hair growth for you. I will check with some ladies who have been there and see if anything else." *Id.* at -01114.

45. On April 5, 2015, Ms. Guilbault texted Ms. Miller: "Happy Easter! We had family here and just finished cleaning and put my feet up. Hair is disappointingly slow! And thin. Haven't tried rogaine but ready to. How are you feeling? I will call you soon to catch up." Ex. 13 (Guilbault Personal Rec., Guilbault Dep. Ex. 19) at -01115.

46. On July 15, 2015, Ms. Miller texted Ms. Guilbault: "How are u doing? Is Arimidex getting any better and hair? Julie." Ex. 13 (Guilbault Personal Rec., Guilbault Dep. Ex. 19) at -01117. Ms. Guilbault responded: "Hi! Thanks for checking. I think exercise helps with the joint pain. Walking and yoga. When I don't exercise I feel stiffer and achy. Hair … hmmm … Some is there but sparse and fine. still need wig. Started rogaine a week ago. We shall see. How are you? Still achy?" *Id.* at -01118.

47. Ms. Guilbault testified that in April 2015, she followed up with Dr. Theodossiou and inquired again about her hair regrowth. Ex. 2 (Guilbault Dep.) at 235:1-19.

48. According to Ms. Guilbault, she "said multivitamin is not doing much, do you know any other suggestions, and he said maybe you need to see a dermatologist." Ex. 2 (Guilbault Dep.) at 161:24-164:7.

49. Dr. Theodossiou's record of that visit does not include discussion of hair loss, though he testified it would not be "unusual" for him to make a referral without documenting the discussion. Ex. 3 (Theodossiou Dep.) at 111:2-112:1.

50. In May 2015, Ms. Guilbault saw a dermatologist, Dr. Hooper, at a free skin cancer screening at Touro Imaging. Ex. 2 (Guilbault Dep.) at 103:12-104:18; 235:12-15.

51. Ms. Guilbault testified that "when the doctor came in and when she asked to check my scalp, I had to remove my wig. And I told her that I was suffering permanent hair loss. And she said: Well, have you tried Rogaine? And I said, no. She said: Oh, it absolutely—it will work. Try it. And I did try it, and I did not see any improvement." Ex. 2 (Guilbault Dep.) at 103:12-104:18.

52. Following a break in her deposition, Ms. Guilbault amended her prior testimony about her conversation with Dr. Hooper:

> Q. And you said that during that visit you had to take your wig off?
>
> A. I didn't have to, but yeah. She was going to check my scalp. And I did tell her I had hair loss at that time from chemotherapy, and that's when she asked me if I had tried Rogaine.
>
> Q. Did she ask you any other questions about when you had chemotherapy or things of that nature?
>
> A. No, she did not.
>
> Q. And did you tell her that you had hair loss or permanent hair loss?
>
> A. I said hair loss to her.

Ex. 2 (Guilbault Dep.) at 115:2-14.

53. Ms. Guilbault testified in her deposition that she "used Rogaine unsuccessfully for a long period of time." Ex. 2 (Guilbault Dep.) at 161:24-164:7.

54. On June 25, 2015, Ms. Guilbault saw another dermatologist, Dr. Tia Terezakis, for a "hair loss consultation" concerning "hair regrowth after chemo." Ex. 14 (Terezakis Med. Rec., Guilbault Dep. Ex. 21) at -00012-13.

55. Ms. Guilbault testified that she told Dr. Terezakis's intake staff "that I had had chemotherapy and that this was the state of my hair." Ex. 2 (Guilbault Dep.) at 236:4-17.

56. Ms. Guilbault testified that Dr. Terezakis recommended "a combination of Retin-A and minoxidil." Ex. 2 (Guilbault Dep.) at 161:24-164:7; Ex. 15 (Photographs, Guilbault Dep. Ex. 20).

57. Ms. Guilbault further testified that she "used several bottles of that. And they were expensive, and I saw no significant change. No change at all, really." Ex. 2 (Guilbault Dep.) at 161:24-164:7.

58. On October 2, 2015, Ms. Guilbault saw Dr. Theodossiou again for another follow-up oncology appointment. Ex. 16 (Ochsner Med. Rec., Theodossiou Dep. Ex. 18) at -01544.

59. Dr. Theodossiou's record of his October 2, 2015 visit with Ms. Guilbault notes "She still has mild alopecia on her vertex." Ex. 16 (Ochsner Med. Rec., Theodossiou Dep. Ex. 18) at -01551.

60. Dr. Theodossiou testified at his deposition that he believes he discussed the role of Docetaxel in Ms. Guilbault's lack of hair growth with her then because he believed it was "common knowledge" at that time:

> Q. Sure. And going back to the medical record of -- that we're looking at now, the October [2nd], 2015, medical record where you indicated for the first time that she still has mild alopecia on her vertex, having made that documentation into the

record, would you have had a discussion with her with regard to the possible causes of that alopecia?

A. I do --

MS. REYNOLDS: Objection to form.

THE WITNESS: -- not recall. But by that time -- we're looking at 2015 now -- it was, you know, common knowledge that you do get those based on the Docetaxel, the hair --lack of hair growth. So I suspect that I had the discussion about the role of Docetaxel.

Ex. 3 (Theodossiou Dep.) at 117:21-118:11.

61. Ms. Guilbault testified that she recalled taking her wig off to show Dr. Theodossiou "the status" of her hair regrowth during a follow-up visit, though she could not remember when. Ex. 2 (Guilbault Dep.) at 243:4-13.

62. Ms. Guilbault further testified that she could not recall what Dr. Theodossiou's response was when she removed her wig and put it back on. Ex. 2 (Guilbault Dep.) at 243:14-244:3.

### IV. Ms. Guilbault's Lawsuit

63. Ms. Guilbault's Complaint alleges that she developed permanent alopecia, which she defines as "an absence of or incomplete hair regrowth six months beyond the completion of chemotherapy." Ex. 17 (2d Am. Master Compl. ("AMC") ¶ 181, ECF No. 4407); Ex. 18 (Am. Short Form Compl., ("ASFC") at 1, *Guilbault v. Hospira Worldwide Inc., and Hospira Inc.*, No. 2:16-cv-17061 (E.D. La. May 4, 2017), ECF No. 6.

64. Ms. Guilbault testified that when the treatments she was using, including Rogaine, biotin, and special shampoos, did not work, she "of course" thought "something was wrong with [her] hair regrowth," though she still 'thought it would come back." Ex. 2 (Guilbault Dep.) at 244:25-245:6.

65. Ms. Guilbault testified that her husband saw an attorney advertisement on television in May 2016 for "permanent hair loss related to Taxotere." Ex. 2 (Guilbault Dep.) at 117:3-17, 245:7-19.

66. Ms. Guilbault called the number on the ad, which put her in touch with Allen Berger and Associates. Ex. 2 (Guilbault Dep.) at 246:1-10.

67. Ms. Guilbault then hired her current counsel at the recommendation of her personal lawyer. Ex. 2 (Guilbault Dep.) at 246:11-16.

68. Ms. Guilbault initially filed suit against Sanofi, the maker of brand-name Taxotere, on December 9, 2016. Ex. 19 (Complaint and Jury Demand) at 1, *Guilbault v. Sanofi S.A., Aventis Pharma S.A., and Sanofi-Aventis U.S. LLC*, No. 2:16-cv-17061 (E.D. La. Dec. 9, 2016), ECF No. 1.

69. Ms. Guilbault named Hospira as a defendant in her amended short-form complaint, dated May 4, 2017. Ex. 18 (ASFC) at 1, *Guilbault v. Hospira Worldwide Inc., and Hospira Inc.*, No. 2:16-cv-17061 (E.D. La. May 4, 2017), ECF No. 6.

Date: April 2, 2021

Respectfully submitted,

*/s/ Heidi K. Hubbard*
Heidi K. Hubbard
Richmond T. Moore
Neelum J. Wadhwani
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901
Phone: (202) 434-5000
Fax: (202) 434-5029
hhubbard@wc.com
rmoore@wc.com
nwadhwani@wc.com

11

John F. Olinde (Bar No.1515)
Peter J. Rotolo (Bar No. 21848)
**CHAFFE MCCALL LLP**
1100 Poydras Street
New Orleans, LA 70163
Phone: (504) 858-7000
Fax: (504) 585-7075
olinde@chaffe.com

*Counsel for Defendants Hospira, Inc., and Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc.*

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 2, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

                 /s/ *Heidi K. Hubbard*