# Exhibit 2

1

2               UNITED STATES DISTRICT COURT

3               EASTERN DISTRICT OF LOUISIANA

4    * * * * * * * * * * * * * * * * * * * * * * * *

5    IN RE: TAXOTERE (DOCETAXEL)  MDL NO. 2740
     PRODUCTS LIABILITY

6    LITIGATION                  SECTION "N" (5)
                                 JUDGE MILAZZO

7

     This Document Relates to:

8

9    Clare Guilbault vs. Hospira  MAG. JUDGE NORTH
     Inc., et al.,

10   No. 2:16-cv-17061

     * * * * * * * * * * * * * * * * * * * * * * * *

11

12                   Deposition of
                     CLARE GUILBAULT

13

                     taken on November 4, 2020

14                   commencing at 9:16 a.m.

15                   via Zoom videoconference

                     with witness appearing in

16

                     New Orleans, Louisiana

17

18

19

20

21

22

23

24

25

1  truth and nothing but the truth?
2      A.   I do.
3      Q.   I'm going to ask lots of questions
4  today.  Some of them may be personal.  I'm not
5  trying to pry.  I'm just trying to get information
6  about your lawsuit, so please don't take anything I
7  say personally.  I want to be respectful.  But
8  there's just some information that we have to ask
9  for.
10     A.   I see.
11     Q.   Have you ever testified in a court?
12     A.   Not to my knowledge.
13     Q.   In a court proceeding, have you ever
14  been a witness at a trial or a hearing or anything
15  of that nature in a courtroom?
16     A.   No.
17     Q.   Is there any reason today, health or
18  otherwise, that you cannot fully understand my
19  questions today?
20     A.   No, there's no reason.
21     Q.   Is there any reason, health or
22  otherwise, that you can't give truthful and honest
23  answers today?
24     A.   No, there isn't.
25     Q.   Are you currently taking any medications

1  that would impair your ability to understand my
2  questions?
3      A.   No.
4      Q.   Are you on any medications today?
5      A.   Yes.
6      Q.   And have you taken any medications in
7  the last 24 hours?
8      A.   Yes.
9      Q.   And do those medications that you've
10  taken in the last 24 hours have any effect on your
11  mental ability to testify today?
12     A.   No, not to my knowledge.
13     Q.   Do any of those medications impact your
14  memory?
15     A.   Not to my knowledge, no.
16     Q.   Do any of those medications affect your
17  physical ability to testify today?
18     A.   No.
19     Q.   Can you tell me what medications you've
20  taken in the last 24 hours?
21     A.   I've taken blood pressure medicines,
22  Valsartan, Coreg; Claritin; potassium; vitamins; and
23  a tiny little piece of a Xanax to sleep last night.
24     Q.   The medications that you've just listed
25  that you've taken in the last 24 hours, are those

1  medications that you take every day?
2      A.   Yes.
3      Q.   Are there any other medications that you
4  take on a regular basis that you did not just
5  identify?
6      A.   At night, yeah.  At nighttime, I take a
7  statin.
8      Q.   And I believe I saw in your medical
9  records, is that Lipitor that you take?
10     A.   Yes.
11     Q.   Other than the medications that you have
12  listed for us that you've taken in the last 24 hours
13  and Lipitor, are there any other medications that
14  you take on a regular basis?
15     A.   Well, I fill my little pill box so it's
16  not like I'm reaching for the bottle every day.  So
17  I do think that I've provided -- let me think.  What
18  else is in the nighttime?
19          I take another Coreg at night.  I take
20  calcium; that's not a prescription.  The statin,
21  Chlorthalidone, which is for blood pressure also.
22  That's in the morning.  That's what I can recall
23  right now.
24     Q.   Are you still taking Arimidex?
25     A.   Yes.  Thank you for that.  Yes.  I do

1  take that in the morning.
2      Q.   Did you take that this morning?
3      A.   Yes.
4      Q.   And let me just say this:  This is not a
5  quiz.  Just to the best of your recollection in
6  memory.  I'm not trying to badger you or, you know,
7  say you should remember something that you don't.
8  If you don't remember, I don't remember is a
9  perfectly fine answer if that's the truthful and
10  honest answer.
11          Okay?
12     A.   Yes.
13     Q.   The blood pressure medicines that you
14  take, who was the doctor that prescribed those?
15     A.   Dr. Nichole Polin.
16     Q.   And who was the doctor that prescribed
17  the Xanax?
18     A.   It was the oncologist's office so it was
19  probably Dr. Theodossiou, but his name doesn't
20  appear on the bottle because I think somebody else
21  called it in, maybe.
22     Q.   And who prescribed your Lipitor or your
23  statin?
24     A.   Dr. Polin, I believe.
25     Q.   And is it Dr. Theodossiou that

4 (Pages 10 - 13)

Page 14

1  prescribed your Arimidex?
2     A.   Yes.
3     Q.   I know you mentioned that you take
4  potassium and vitamins and Claritin.  Are there any
5  other non-prescription, over-the-counter medications
6  that you take on a regular basis?
7     A.   I said a vitamin, which is really an eye
8  vitamin.  An occasional Zyrtec.  I use an occasional
9  Flonase.  I can't think of anything else right now.
10    Q.   Looking at some of the medication lists
11 that were in your medical records, do you still take
12 any medications for joint pain or joint aches?
13    A.   No, not really.  I occasionally take,
14 but it's more for muscles after working in the yard
15 or something like that.
16    Q.   And what would that be?
17    A.   Aleve.
18    Q.   How long have you been on the blood
19 pressure medications?
20    A.   I don't know the year, but it's been
21 numerous years.
22    Q.   And how long have you been on the statin
23 or the Lipitor?
24    A.   Again, I don't recall the year that it
25 started, but it could be -- Dr. Polin -- so I did

Page 15

1  not start seeing Dr. Polin until 2014.  So probably
2  sometime after -- during or after 2014.
3     Q.   Were you taking other high blood
4  pressure medications before that time?
5     A.   Before the statin?
6     Q.   I'm sorry, yes.
7     A.   Yes.
8     Q.   Were you taking other statin medications
9  before the Lipitor -- that was a very bad question,
10 I'm sorry.
11    A.   Sorry.
12    Q.   Was that the first time you took a
13 statin or had a statin prescribed to you was by
14 Dr. Polin?
15    A.   I took a medicine called Tribenzor
16 earlier, and I don't know if that was a statin
17 because it contained medicines, and I haven't taken
18 it in a while so I don't recall if it's a statin or
19 not.
20    Q.   Now, you indicated earlier that your
21 blood pressure medication that you're currently
22 taking was prescribed by Dr. Polin?
23    A.   Correct.
24    Q.   Were you on other blood pressure
25 mentions before Dr. Polin prescribed your current

Page 16

1  blood pressure medications?
2     A.   Yes.
3     Q.   How long before that had you been on
4  high blood pressure medication?
5     A.   I do not know the year.  That was -- I
6  don't know the year.
7     Q.   Had it been sometime before you saw
8  Dr. Polin?
9          MR. COFFIN:  Object to form.
10    A.   I'm not sure what sometime means.
11    Q.   Who was your doctor that would have
12 treated your high blood pressure before Dr. Polin?
13    A.   Dr. Collins.
14    Q.   And what type of doctor is Dr. Collins?
15    A.   I believe he's an internist.
16    Q.   And where is Dr. Collins's office
17 located?
18    A.   East Jefferson Hospital.
19    Q.   And do you still see Dr. Collins?
20    A.   No, I do not.
21    Q.   And when was the last time you saw
22 Dr. Collins?
23    A.   I don't know the year.
24    Q.   Was it before your breast cancer
25 diagnosis?

Page 17

1     A.   Yes.
2     Q.   Do any of your current medications that
3  you are taking cause any side effects?
4          MR. COFFIN:  Object to form.
5     A.   Do any of my current medications cause
6  side effects?
7     Q.   Cause you any side effects.
8     A.   No, not to my knowledge.
9     Q.   What pharmacy do you currently use to
10 obtain your medications?
11    A.   CVS.
12    Q.   Other than the -- I think you called it
13 the eye vitamin that you take, do you take any other
14 vitamins or supplements that are over-the-counter?
15    A.   Calcium and Vitamin D.
16    Q.   And what is the reason that you take
17 calcium?
18    A.   To strengthen my bones.
19    Q.   And what is the reason that you take
20 Vitamin D?
21    A.   To strengthen the bones.
22    Q.   And I believe you said that this morning
23 you took Claritin and sometimes you take another
24 Flonase, I think it was?
25    A.   Correct.

5 (Pages 14 - 17)

1    Q.   Would you ever go back and use like
2  liquid paper or something and delete something on
3  your calendar?
4    A.   No.
5    Q.   Did you delete or add anything to the
6  calendars and planners that we've marked prior to
7  turning them over to your counsel?
8    A.   No.
9    Q.   Did you change anything in your planners
10 or calendars that we marked --
11   A.   No.
12   Q.   -- before giving them to your lawyers?
13   A.   No.
14   Q.   Other than the written calendars that
15 we've identified and that you've identified, did you
16 keep any other calendars on your phone or computer?
17   A.   I don't use my phone calendar very
18 often.  There are some things on there, but it's not
19 my first line to rely on.
20   Q.   Would the calendars that you've produced
21 have been your first line calendar?
22   A.   Yes.
23   Q.   And are these calendars/planners how you
24 kept up with your doctors' appointments?
25   A.   Yes.

1    Q.   Have you ever had a blog online?
2    A.   A blog?
3    Q.   A blog.
4    A.   No, sir.
5    Q.   Have you ever posted on anyone else's
6  blog?
7    A.   No.
8    Q.   Can you tell me what your current
9  address is?
10   A.   310 West William David Parkway,
11 Metairie, Louisiana.
12   Q.   And do you own that home?
13   A.   Yes.
14   Q.   And how long have you resided there?
15   A.   Over 40 years.
16   Q.   And who resides there with you?
17   A.   My husband, Glenn.
18   Q.   And I believe I saw in your planners and
19 some of the information you provided -- do you have
20 a second home in Bay St. Louis?
21   A.   Yes.  That's owned by my son.
22   Q.   And which son owns that?
23   A.   Travis.
24   Q.   So you don't have an ownership interest
25 in that home?  Sorry, verbal.

1    A.   Pardon?
2    Q.   Verbal response.  Do you have an
3  ownership interest in that home?
4    A.   I do not.
5    Q.   In Bay St. Louis?
6    A.   It's in his name.
7    Q.   And do you use that home on occasion?
8    A.   Yes.
9    Q.   And what is your education history?
10 What is the highest level of education you received?
11   A.   I have a college degree.
12   Q.   And can you tell us what schools you've
13 attended, starting with --
14   A.   Starting with elementary?
15   Q.   You can start with high school.
16   A.   High school.
17        Mount Carmel Academy in New Orleans and
18 Loyola University in New Orleans.
19   Q.   And what degree did you earn from
20 Loyola?
21   A.   I earned a B.S. in education.
22   Q.   Do you have any other degrees other than
23 the your B.S. in education?
24   A.   No.
25   Q.   Have you taken any courses or seminars

1  on medical issues?
2    A.   No.
3    Q.   Have you taken any courses or seminars
4  on legal issues?
5    A.   No.
6    Q.   Do you have any certifications that deal
7  with your profession?
8    A.   I have a teaching certificate, yes.
9    Q.   And what was the date you received your
10 teacher certification?
11   A.   Probably the mid '70s, 1974,
12 approximately.
13   Q.   And is there a particular field or
14 specialty in education that you're certified in?
15   A.   Secondary education.
16   Q.   Do you hold any other professional
17 license or certifications?
18   A.   No.
19   Q.   Do you belong to any professional
20 organizations with regard to your profession?
21   A.   Not -- no, I don't think so now.
22   Q.   In the past, have you?
23   A.   Yes.
24   Q.   And what were those organizations?
25   A.   NCEA.

13 (Pages 46 - 49)

Page 86

1  knowledge.
2      Q.   Has any member of your family had breast
3  cancer?
4      A.   Yes.
5      Q.   And I think you may have identified
6  those in -- go back to Exhibit 8, on Page 4.
7      A.   Tab 8?
8      Q.   I'm sorry, Page 8 of Tab 2, where we
9  just were.
10      A.   Okay.
11      Q.   Go to Page 8.  We were on Page 5.  If
12  you can go to Page 8.
13      A.   Okay.
14      Q.   Up at the top -- I'm sorry, Page 4.  I'm
15  getting tabs and page numbers mixed up.  I
16  apologize.
17      A.   Yes.
18      Q.   And that was a response to Interrogatory
19  Number 3 which asked you to identify each of your
20  family members who had been diagnosed with cancer
21  and provide some information?
22      A.   Correct.
23      Q.   And you responded with this table on the
24  top of Page 4?
25      A.   Yes.

Page 87

1      Q.   And you talked about Jenny Kennedy being
2  your niece, having Stage IV breast cancer?
3      A.   Yes.
4      Q.   And then Dorothy Juneau, your first
5  cousin, who had breast cancer?
6      A.   Yes.
7      Q.   And then Julie Bacon, your first cousin,
8  who had breast cancer?
9      A.   Yes.
10      Q.   Is there any other person that you are
11  aware of that would fit into this table that you
12  provided?  Anybody else?
13      A.   Not that I'm aware of.
14      Q.   Has Ms. Kennedy -- has she completed her
15  treatment, or is she still --
16      A.   No, she's ongoing.
17      Q.   I think you indicated in the table that
18  Ms. Kennedy didn't have chemotherapy; correct?
19      A.   Correct.
20      Q.   But Ms. Juneau and Ms. Bacon did?
21      A.   Yes.
22      Q.   And did they experience hair loss during
23  chemotherapy?
24           MR. COFFIN:  Object to the form.
25      A.   What type of hair loss?

Page 88

1      Q.   Any hair loss.
2      A.   They experienced temporary hair loss,
3  not permanent.
4      Q.   And their hair completely grew back?
5           MR. COFFIN:  Object to the form.
6      A.   Yes.
7      Q.   Do you have a family history of
8  diabetes?
9           MR. COFFIN:  Object to the form.
10      A.   There are people in my family, I
11  believe, who have some diabetes, yes.
12      Q.   Did any of your -- did your parents have
13  diabetes?
14      A.   My father, yes.
15      Q.   Do you know if your grandparents had
16  diabetes?
17      A.   My grandmother on my mother's side.
18      Q.   And I believe we discussed that there
19  have been some cardiovascular heart issues in your
20  family?
21      A.   Yes.
22      Q.   And that was your grandfather's?
23      A.   Yes.
24      Q.   And you said your father as well?
25      A.   Yes.

Page 89

1      Q.   What about any of your siblings, have
2  they had any cardiovascular issues?
3      A.   Yes.
4      Q.   Which ones?
5      A.   Jimmy.
6      Q.   And what type of cardiovascular issue
7  has Jimmy had?
8      A.   I know that the he has a pacemaker now.
9  I believe he also suffers from atrial fibrillation.
10      Q.   Other than Jimmy, do any of your other
11  siblings have any cardiovascular issues?
12      A.   Russel, the one who passed away, had
13  bypass surgery over ten years ago.
14      Q.   Do you have any friends who have been
15  diagnosed with breast cancer?
16           MR. COFFIN:  Object to the form.
17      A.   Do I have any friends -- well, yeah, a
18  few.  Not close friends.
19      Q.   Is Patsy Sears one of the friends who
20  was diagnosed with breast cancer?
21      A.   Yes.
22      Q.   And how is -- how do you know Patsy?
23      A.   Patsy used to cut my hair when I had
24  hair.
25      Q.   And Patsy's here in New Orleans?

23 (Pages 86 - 89)

1    A.   Yes, Metairie.
2    Q.   Do you see Patsy still on a social
3  basis?
4    A.   I'm -- sadly, no.
5    Q.   I saw some communications with a Julie
6  Miller?
7    A.   Yes.
8    Q.   Did Julie have breast cancer as well?
9    A.   Yes.
10   Q.   And how do you know Julie?
11   A.   Julie is my sister Charlotte's friend.
12   Q.   Do you know if Julie received
13 chemotherapy treatment?
14   A.   She did.
15   Q.   Do you know if Patsy received
16 chemotherapy treatment?
17   A.   Yes.
18   Q.   Do you know what medications they
19 received?
20   A.   I do not know specifically.
21   Q.   Do you know if either Julie or Patsy
22 experienced hair loss during the chemotherapy?
23   A.   Yes, they both did.  They both
24 experienced temporary loss, and they both have hair
25 now.

1    Q.   Did either Julie or Patsy attend any of
2  your chemotherapy sessions with you?
3    A.   No.
4    Q.   Did you talk to Julie about your hair
5  loss?
6    A.   I did.
7    Q.   Did you talk to Patsy about your hair
8  loss?
9    A.   Yes.
10   Q.   Would that have been discussions in
11 person, by phone, or how would you have communicated
12 with them?
13   A.   With Patsy, in person; and with Julie,
14 perhaps once in person.  Yes, we did meet once, and
15 we talked.  But the text messages are probably --
16   Q.   And what did you -- I'm sorry, go ahead.
17   A.   That's okay.
18   Q.   And what did you discuss with Patsy with
19 regard to your treatment and hair loss?
20   A.   Well, I went to Patsy -- and I don't
21 know the year, the date -- but I had this thin,
22 horrible -- I called it horrible mess on my head and
23 I asked her to trim it.  I said maybe that will make
24 me feel better.  And she did.  And Patsy is a
25 loving, friendly person, and her hair grew back and

1  she -- and I -- I don't know if we discussed it
2  growing back or not, but she did trim my hair.  And
3  we discussed the fact that it was not growing back.
4    Q.   Do you know how long it took Patsy's
5  hair to grow back after her treatment?
6    A.   I do not.
7    Q.   And what did you talk to Julie about
8  with regard to your treatment and your hair loss?
9    A.   I talked to Julie.  Her hair came in
10 thick and curly, and we laughed about that.  And I
11 asked -- she asked me how my hair was coming in, and
12 I told her it was a -- it was thin and an awful
13 mess.  And she said I'll ask my lady friends -- she
14 belonged to maybe some group on the Northshore where
15 she was treated, and she said we'll see if we have
16 any recommendations.
17        And one thing she told me to take was to
18 use a special shampoo, which I tried, and to take
19 biotin.
20   Q.   Anything else that she recommended?
21   A.   Anything else that she recommended for
22 the hair?  Those are the two things I remember.  The
23 shampoo was Nioxin or something like that, and she
24 told me where to get it.
25   Q.   These women in her group that she spoke

1  to, were these women who were having issues with
2  their hair regrowing?
3    A.   I don't know.
4    Q.   Have you discussed your hair loss with
5  members of your family?
6    A.   My husband.  Briefly with my children,
7  but it's just not something I want to discuss with
8  them.  We really don't discuss it anymore, you know,
9  with my children.  They know that I have hair loss,
10 permanent hair loss.  They know I wear a wig.
11   Q.   And what do you talk about with your
12 husband with regard to your hair loss?
13   A.   About the hair loss?
14   Q.   Yeah.
15   A.   We really don't talk much about it.  You
16 said have I ever.  So, yes, I have ever discussed
17 it, but we don't talk about it anymore.  It's -- we
18 don't.
19        I'm sorry he has to look at me like that
20 sometimes.
21   Q.   Do you have any family members who are
22 in the medical profession other than Beau's wife who
23 is a speech pathologist or therapist?
24   A.   My husband's nephew is a physician.
25   Q.   And what is his name?

Page 94

1    A.   Robert Paul Guilbault III, I believe.
2    Q.   And what type of physician is he?
3    A.   Family practice or intern.
4    Q.   Where does he practice?
5    A.   In Mandeville.
6    Q.   Does he have his own practice, or is he
7  with a group?
8    A.   He's not with a large group.  He's a
9  small group.  So he does have a partner.  That's all
10  I know.
11    Q.   Are any of your closer friends in the
12  medical profession?
13    A.   No.
14    Q.   Do you have any family members in the
15  legal profession?
16    A.   Family members, no.
17    Q.   Do you have any close friends who are in
18  the legal profession?
19    A.   Yes.
20    Q.   Who is that?
21    A.   Who is that?  Kirk Forshag, but I
22  believe he's retired.  George Hebbler.
23    Q.   Have you ever spoken to either of
24  them --
25    A.   One more.  Kevin Heigle.  H-e-i-g-l-e.

Page 95

1    Q.   Have you ever spoken to any of those
2  three about your lawsuit?
3    A.   I have spoken with George Hebbler.  He's
4  our attorney, so we have -- when I signed the
5  contract with PBC, I asked him to look over it just
6  to see that it was what was to be expected.
7    Q.   And he is not representing you in this
8  lawsuit; correct?
9    A.   No, he is not.
10    Q.   With regard to your cancer treatment, it
11  is my understanding your three main doctors were
12  Dr. Stolier, who is your surgeon; correct?
13    A.   Yes.
14    Q.   Dr. Theodossiou, who was your
15  oncologist; correct?
16    A.   Yes.
17    Q.   And then Dr. Elnaggar, who is your
18  radiation --
19    A.   Yes.  I said Elnaggar.
20    Q.   Elnaggar?
21    A.   I don't know if that's right.  I think
22  it is.
23    Q.   I was a little uncertain so I was
24  careful with the pronunciation.
25        Do you have any issues with the medical

Page 96

1  care you received from Dr. Stolier?
2        MR. COFFIN:  Object to the form.
3    A.   I'm not sure what you mean by "issues."
4    Q.   Do you have any concerns about the
5  medical care that Dr. Stolier provided you?
6    A.   I have concerns about my situation and
7  my cancer.  I don't have --
8    Q.   Do you have any complaints about the
9  treatment that he provided you?
10    A.   No, I do not.
11    Q.   Do you have any complaints about the
12  medical care and treatment that Dr. Theodossiou
13  provided you?
14    A.   I thought that's who we were talking
15  about.
16    Q.   I did Stolier first.
17    A.   Stolier, okay, no.  I have no complaints
18  on Dr. Stolier.  I have no complaints on
19  Dr. Theodossiou.
20    Q.   And what about any complaints with
21  regard to the treatment and care you received from
22  Dr. Elnaggar?
23    A.   Dr. Elnaggar, no, I have no complaints.
24    Q.   You're not alleging that they did
25  anything wrong in your treatment of cancer?

Page 97

1    A.   I don't really know how to answer that
2  because I don't know how I would have proceeded
3  otherwise.  You know, we trust the professionals.
4  Our knowledge is -- my knowledge is limited.  I
5  tried to educate myself as much as possible.
6    Q.   It's fair to say that you trusted those
7  three physicians' medical judgment when it came to
8  your treatment?
9    A.   Yes.
10    Q.   Is it fair to say that you generally
11  followed their advice in the treatment of your
12  breast cancer?
13    A.   I would read up on it.  You saw my
14  700-page bible-book.  I would read and educate
15  myself, and I always felt that if I had a difference
16  of opinion, you know, if something came up, it would
17  be my choice.
18    Q.   Did you raise a difference of opinion in
19  any of the recommendations that -- let's start with
20  Dr. Stolier -- made with regard to your breast
21  cancer treatment?
22    A.   No.
23    Q.   Did you --
24    A.   Dr. Stolier gave me choices, though, and
25  recommendations, and I selected from that.

25 (Pages 94 - 97)

Page 98

1    Q.   Did you have any difference of opinion
2  with regard to the treatment options that
3  Dr. Theodossiou gave?
4    A.   I had some questions in the very
5  beginning. It's kind of a long story, but there was
6  something that showed up on one of the tests that
7  could have been possibly Stage IV cancer.  So there
8  was a lot of concern because he -- he made
9  recommendations or suggestions -- you know, we
10  talked a lot about that.
11    Q.   We're going to get into much detail
12  about that a little later.
13        Did you have a difference of opinion
14  with regard to the radiation treatment that you
15  received?
16    A.   I did not.
17    Q.   Did you ask Dr. Stolier for any
18  additional options other than those that he provided
19  to you in the treatment of your breast cancer?
20    A.   For other additional options?  No, I
21  asked him what the options were.
22    Q.   What about with Dr. Theodossiou?  Did
23  you ask him for additional options with regard to
24  the treatment of breast cancer?
25    A.   You're asking me to recall that this

Page 99

1  was -- there was a very long conversation.  And so I
2  certainly may have asked him, but specifically, I
3  can't answer that right now.
4    Q.   Did Dr. Theodossiou provide you with
5  options with regard to your breast cancer treatment?
6    A.   He -- again, I'm not sure how to answer
7  that.  I went to a specialist and assumed that his
8  level of knowledge was way above mine.  So, I mean,
9  he didn't specifically say:  You can do this or you
10  can do that.
11    Q.   And the only reason I asked that
12  question is because you said Dr. Stolier had given
13  you options with regard to your breast cancer
14  surgery.
15    A.   Right.
16    Q.   So I'm just asking if Dr. Theodossiou
17  gave you options.
18    A.   Well, when Dr. Stolier gave me
19  recommendations, it was based on let's get the tests
20  and the findings.  You may be able to do this
21  surgery, or you may be able to do that surgery.  So
22  I sort of look at those differently.
23        And with Dr. Theodossiou, I assumed
24  there was a standard of care, a standard procedure,
25  that I would follow.  But there were choices and

Page 100

1  options, as I said, based on the results of the
2  tests and that sort of thing.
3    Q.   And Dr. Stolier's options were going to
4  depend upon what the results of the tests showed;
5  correct?
6    A.   Right.
7    Q.   The size of the tumor and other things
8  of that nature?
9    A.   Right.
10        MR. COFFIN:  Object to the form.
11  BY MR. ROTOLO:
12    Q.   And like I said, we're going to get into
13  that very soon.
14        I think we've already covered some of
15  this, so I kind of want to move through some of this
16  a little quickly so we're not retreading old ground.
17        Let's talk about the period before you
18  got diagnosed with cancer, with your breast cancer.
19    A.   Yes.
20    Q.   In 2017.
21        How would you describe your health
22  before your diagnosis?
23    A.   I would have described it as being good,
24  very good.
25    Q.   I know we talked about that you had

Page 101

1  hypertension.  Before your cancer diagnosis, did you
2  suffer from any other health conditions other than
3  hypertension?
4    A.   Not to my knowledge.  Not that I can
5  recall.
6    Q.   When you were a child, did you
7  experience any sort of serious illness or injury?
8    A.   I don't think so.  No, I didn't.
9    Q.   What about in your early years, like in
10  your 20s or 30s?  Did you experience any sort of
11  serious illness or injury?
12    A.   No, I did not.
13    Q.   And what about in your 40s and 50s?  Did
14  you experience any sort of serious health issues or
15  injuries?
16    A.   No.
17    Q.   Did you have any mental health issues
18  while you were growing up?
19    A.   No, I did not.
20    Q.   What about as a young adult in your 20s
21  and 30s?
22    A.   No.
23    Q.   Have you experienced any depression or
24  anxiety as you were growing up and in your early
25  years?

26 (Pages 98 - 101)

Page 102

1    A.   No.
2    Q.   And what about in your 20s and 30s?
3    A.   No.
4    Q.   Same with your 40s and 50s?
5    A.   Correct.
6    Q.   Have you ever sought any sort of
7  emotional or psychological/psychiatric counseling
8  before your breast cancer diagnosis?
9    A.   No.
10   Q.   Have you ever taken any medications for
11 anxiety or depression before 2013?
12   A.   No.
13   Q.   Have you ever suffered from any sort of
14 skin conditions prior to your cancer diagnosis?
15   A.   No.
16   Q.   We've just covered this now.  I noticed
17 that there were some visits to dermatologists for
18 various moles and things.
19   A.   Yes.
20   Q.   Is that something that happened after
21 your diagnosis, or did you have issues with moles
22 and other skin issues before your diagnosis?
23   A.   I had some removed before the diagnosis.
24   Q.   Before -- and would that have been by a
25 dermatologist?

Page 103

1    A.   Yes.
2    Q.   Do you know who the dermatologist you
3  saw to have those moles removed before your cancer
4  diagnosis?
5    A.   I was probably 30 years old.
6  Dr. Koppel, maybe.
7    Q.   And I've seen some records for some
8  moles or checks since your cancer diagnosis?
9    A.   Correct, sure.
10   Q.   And that was Dr. Koppel as well?
11   A.   Yes, but I believe it's his son.
12   Q.   Have you seen any other dermatologists
13 for your moles or skin condition?
14   A.   Well, I did -- I don't remember the year
15 or the date, but my husband and I both went for a --
16 what they call a cancer -- skin cancer screening.
17 And that was Dr. Hooper.  I did not know her.  You
18 don't know who you're going to get.  You just sign
19 up, and they assign you to someone to do a head to
20 toe check.
21   Q.   Was that like a public health fair or
22 something of that nature?
23   A.   It wasn't a big thing.  It was at -- it
24 took place at Touro Imaging on Napoleon and
25 Claiborne, I believe.

Page 104

1    Q.   Was that a free check?
2    A.   Yes.
3        And at that time when she checked --
4  when the doctor came in and when she asked to check
5  my scalp, I had to remove my wig.  And I told her
6  that I was suffering permanent hair loss.  And she
7  said:  Well, have you tried Rogaine?
8        And I said, no.  She said:  Oh, it
9  absolutely -- it will work.  Try it.
10       And I did try it, and I did not see any
11 changes, any improvement.
12   Q.   Did you receive any records from
13 Dr. Hooper from that check?
14   A.   There's one yellow piece of paper that,
15 by some miracle, I found, which is the only way I
16 knew the date and her name because I never went back
17 to her again.
18       That paper should have been provided to
19 you.
20   Q.   I'll tell you that I have not seen that,
21 but we can deal with that later.
22       Other than Dr. Koppel, son and father,
23 other than Dr. Hooper, have you seen any other
24 dermatologist either before or after your cancer?
25   A.   I saw Dr. Terezakis after.

Page 105

1    Q.   We'll talk about Dr. Terezakis in a
2  little while.
3        How many times have you been pregnant?
4    A.   Four.
5    Q.   And you had --
6    A.   One miscarriage.
7    Q.   -- one miscarriage.
8        When was that miscarriage?
9    A.   1979, maybe.
10   Q.   Before getting pregnant, were you ever
11 taking any sort of hormonal contraceptives?
12   A.   Yes.
13   Q.   Do you know which one you were taking?
14   A.   I do not.
15   Q.   Who would have prescribed that to you?
16 Would that have been Dr. Hoffman?
17   A.   Dr. Andonie and Dr. Mehta.
18   Q.   And how long were you taking hormonal
19 contraceptives?
20   A.   Well, I actually didn't take the
21 contraceptives for very long.  A few years.  We
22 tried another method, which is how I ended up with
23 three children.  Just kidding.  I love my children.
24   Q.   Who you're not complaining about.
25   A.   No.

27 (Pages 102 - 105)

Page 114

1    Q.   And the woman in the blue dress?
2    A.   Is my son Beau's wife, Lili.
3    Q.   And then finally the last page of
4  Exhibit 9 should be 2247.
5    A.   Yes.
6    Q.   Is that Travis?
7    A.   That is Travis and his child.
8    Q.   I noticed that Travis is -- is Travis
9  starting to have a receding hairline?
10       MR. COFFIN:  Object to the form.
11   A.   We always pointed out that he had a
12 widow's peak.  I think he was almost -- I mean, he's
13 always had the point here.
14   Q.   Got you.
15       One other cleanup item.
16       You talked about a yellow sheet of paper
17 from your visit to the health fair, whatever, was it
18 Touro --
19   A.   Yes.
20   Q.   -- where you had the mole check?
21   A.   Yes.
22   Q.   What was on that sheet of paper?
23   A.   The doctor's name, and I suppose the
24 date, and then there was a drawing of a body, and
25 she indicated areas that I might want to follow-up

Page 115

1  with, have someone check it.
2    Q.   And you said that during that visit you
3  had to take your wig off?
4    A.   I didn't have to, but yeah.  She was
5  going to check my scalp.  And I did tell her I had
6  hair loss at that time from chemotherapy, and that's
7  when she asked me if I had tried Rogaine.
8    Q.   Did she ask you any other questions
9  about when you had chemotherapy or things of that
10 nature?
11   A.   No, she did not.
12   Q.   And did you tell her that you had hair
13 loss or permanent hair loss?
14   A.   I said hair loss to her.
15   Q.   And do you remember what date that was?
16   A.   It was -- no.  I'd have to look at the
17 paper or what I provided.
18   Q.   You said you had looked at the paper to
19 know what the date was.  Was the date on that
20 paper -- would that be the paper here on the amended
21 complaint that you looked at, that was noted in?
22 in?
23   A.   I don't know.
24   Q.   Okay.  I looked at your amended
25 complaint at the break, the amended complaint that

Page 116

1  you said you had looked at before this deposition.
2  And it indicated that that was in May of 2015.
3    A.   Okay.
4    Q.   Is that where you would have gotten the
5  date, would have been from that sheet of paper --
6    A.   Yes.
7    Q.   -- that you talked about?
8    A.   Yes.  But at that time I did not know I
9  had permanent hair loss.  I did not know until I saw
10 it on TV that that was a possibility.
11   Q.   And do you still have that sheet of
12 paper?
13   A.   I could look for it.  It could possibly
14 be in here.  As I said, my medical things are just
15 sort of -- so I remember looking for that because I
16 was specifically asked to provide, and I did my
17 utmost best searching through papers, and this
18 turned up.  I think it was folded inside of
19 something.
20   Q.   And I'm not accusing you of not turning
21 it over.  I'm just saying we haven't seen it.
22   A.   Okay.
23   Q.   So if you could look for it and if you
24 can find it, give it to Mr. Kaufman or Jessica and
25 they can determine whether it's responsive to what

Page 117

1  we've asked for.  I would appreciate it.
2    A.   Okay.
3    Q.   You mentioned something about an ad that
4  you saw on TV or something you saw on TV.
5    A.   Yes.
6    Q.   What were you -- what was that about?
7  What were you just referencing?
8    A.   My husband saw an ad for hair loss
9  related -- permanent hair loss related to Taxotere.
10 Up until that time -- he showed it to me.
11       Up until that time, I held out hope.  I
12 expected that my hair would fully return.  And it
13 was -- that was the moment, I guess, when we put the
14 dots together and I had an a-ha moment.  Oh, my God,
15 look, this is from Taxotere.
16   Q.   Do you remember when you saw the ad?
17   A.   I want to say sometime in May of 2016.
18   Q.   We're going to talk about that in detail
19 as we go forward.  Let's go back to where I was
20 going to go next, now that I've cleaned up things I
21 forgot.
22       MR. ROTOLO:  And, Chris, just let me
23       know when your food is here.
24       MR. COFFIN:  I'll say another
25       20 minutes.

30 (Pages 114 - 117)

Page 118

1       MR. ROTOLO:  Okay.  That's fine.
2   BY MR. ROTOLO:
3       Q.   I want to talk now about your cancer
4   diagnosis, your breast cancer diagnosis.
5       A.   Sure.
6       Q.   How was your cancer first detected?
7       A.   Through a mammogram.
8       Q.   Do you remember when that was?
9       A.   It was August of 2013, but I'll go back
10  a little bit.  I had -- well, that was probably the
11  follow-up.  I can't remember the original date of my
12  mammogram, but I was called back and I was actually
13  out of town and didn't see the letter asking me to
14  come back and that's -- yeah, so -- I may have had a
15  mammogram the end of July, is what I'm saying, and
16  then I had a follow-up in August.
17      Q.   And that was my next question.  I note
18  from your records -- and we can look at them if you
19  want them.  I'm happy to do it.  I'm just trying
20  to -- since you're giving me the dates that I think
21  are correct from your medical records.
22           You had an abnormal mammogram and then
23  they called you back to have another mammogram?
24      A.   Correct.
25      Q.   And I did note there was a time lapse

Page 119

1   between your mammogram and then your follow-up
2   mammogram, and you said you were out of town?
3       A.   Yes.
4       Q.   And where were you?  Were you on
5   vacation?
6       A.   We were visiting my husband's brother in
7   Hawaii, yes.  I was on vacation.
8       Q.   And then you had a follow-up mammogram?
9       A.   Yes.
10      Q.   And do you remember what you were told
11  after the follow-up mammogram?
12      A.   I was told that there was something
13  suspicious and I needed to have a biopsy.
14      Q.   And who did you have that discussion
15  with?  What physician?
16      A.   I don't know her name.  She was a
17  radiologist I had never met before or since.  At
18  Diagnostic Imaging.
19      Q.   And how old were you at the time that
20  you were first diagnosed?
21      A.   Well, let's see.  60, what -- I don't
22  know.  I can't do the math under pressure.
23      Q.   I was asking you because I didn't want
24  to do the math.
25      A.   Seven years ago, so I was 61.

Page 120

1       Q.   When you had your second mammogram,
2   that -- you indicated they told you you needed a
3   biopsy at that point?
4       A.   Yes.
5       Q.   Did you ask the doctor anything about
6   the process of the biopsy and what it meant?
7       A.   Did I ask the radiologist?
8       Q.   Is that the only person you spoke with
9   about the results of your mammograms, was the
10  radiologist?
11      A.   When she came into the room, I have to
12  tell you, I was floored.  You feel like a ton of
13  bricks just fell on you.  And I said:  What do I do?
14  Who do I call?  Where do --
15           You know, and she said -- they had also
16  done ultrasounds there.  So I called -- probably
17  called Dr. Hoffman when I got home.
18      Q.   And do you remember what Dr. Hoffman
19  told you?
20      A.   He -- I remember him giving me the names
21  of some surgeons that I could contact.
22      Q.   After your second mammogram and
23  ultrasound, do you recall how large they indicated
24  the tumor was?
25      A.   I don't know that they told me right

Page 121

1   away.
2       Q.   Did they tell you whether your cancer
3   had spread to the lymph nodes?
4       A.   They didn't tell me that.  You mean like
5   in the -- the radiologist immediately?
6       Q.   Yes.  From the -- I'm sorry, go ahead.
7       A.   I don't recall that she did, but I know
8   that they did ultrasounds in that area.
9       Q.   Have you ever had any genetic testing
10  related to your breast cancer?
11      A.   No.
12      Q.   Have you ever been diagnosed as having
13  gene or gene mutations that carry the increased risk
14  of breast cancer?
15      A.   No, not to my knowledge.
16      Q.   When you had your second mammogram and
17  ultrasound when you said the female radiologist came
18  in and discussed it, was anybody with you at that
19  point?
20      A.   I think the tech might have been in
21  there.  I don't know if that's the right word to
22  use.
23      Q.   Was your husband or any relative with
24  you?
25      A.   No.  No.

31 (Pages 118 - 121)

1    Q.   And I believe you kind of discussed
2  this, but when you were told that you may have
3  breast cancer, what was your reaction at that point?
4    A.   You really feel numb, and you feel like
5  it's unreal and that you have a lot of information
6  you need to -- you're entering a whole new world.
7  Numbness is probably the first thing you feel.
8    Q.   And then after the second mammogram and
9  ultrasound, did you have a biopsy?
10   A.   I did.
11   Q.   And where did you have your biopsy at?
12   A.   At Touro Imaging.  Dr. Wells performed
13 it.  That was probably the very end of August, right
14 before Labor Day because I had to wait over Labor
15 Day for the results.
16   Q.   That was my next question.  When did you
17 get the results of the biopsy?
18   A.   Probably the Tuesday after.
19   Q.   And what were you told about the results
20 of the biopsy?
21   A.   I was told by Dr. Rupley that it is
22 malignant.  I don't know if there's something else.
23   Q.   I'm just asking what you remember him
24 telling you.
25   A.   That it was malignant.

1    Q.   Was that a telephone call, or were you
2  in the office?
3    A.   No, my husband and I both went in.
4    Q.   And who was Dr. Rupley?
5    A.   He's a radiologist.  I had -- I thought
6  he was going to do the biopsy, but he wasn't there
7  on Friday.  And I think instead of making me wait,
8  they said Dr. Wells can do it.  So, of course,
9  please.  They were very, very considerate there.
10   Q.   And then so you had your biopsy on a
11 Friday?
12   A.   I believe it was a Friday.
13   Q.   And then you said you went back to talk
14 to Dr. Rupley; correct?
15   A.   Yes.
16   Q.   Do you remember when you went back to
17 talk to Dr. Rupley?
18   A.   I believe it was Tuesday.
19   Q.   You think it was the Labor Day weekend
20 that you waited?
21   A.   Yes.
22   Q.   Did you get referred to Dr. Wells and
23 Dr. Rupley with regard to the biopsy?
24   A.   Yes.  Probably a personal referral, not
25 from Dr. Hoffman.

1    Q.   Do you know how you learned of them?
2  Who told you about them?
3    A.   I have a friend whose son is a
4  radiologist, and I believe he's the one who
5  recommended that we go see Dr. Rupley.
6    Q.   Let me ask you to turn to Tab 10 in your
7  binder, which we'll mark as Exhibit 10.
8         (Exhibit Number 10 was marked for
9         identification.)
10        MR. ROTOLO:  That one actually worked.
11 BY MR. ROTOLO:
12   Q.   You produced these materials, which
13 looks like internet research on Dr. Rupley?
14   A.   Yes.
15   Q.   Would this have been research that you
16 conducted before you saw him?
17   A.   No.  I think it was after.  I think.
18 It's 9 --
19   Q.   9/4?
20   A.   And Labor Day -- I don't know.  I
21 don't -- I don't think I did it before.  I think it
22 was after.
23   Q.   Let me have you flip back to Tab 9,
24 which we'll mark as Exhibit 11.
25        (Exhibit Number 11 was marked for

1         identification.)
2  BY MR. ROTOLO:
3    Q.   And this is the report of your biopsy
4  from Touro.  And let me ask you to flip, if you
5  would, to the Bates-numbered page at 0047.
6    A.   Okay.
7    Q.   If you look at the first little
8  paragraph under there, start of report, Addendum
9  9/3/13, Correlative Summary?
10   A.   Okay.
11   Q.   If you look at the last sentence in that
12 paragraph, it says:  Findings were discussed with
13 patient and her husband at the time of this visit.
14 Surgical appointment scheduled with Dr. Robert
15 Norman is pending at this time with preoperative
16 breast MRI scheduled for 9:00 a.m., Monday,
17 September 29.
18        Did Dr. Rupley make an appointment with
19 you with Dr. Norman?
20   A.   I don't recall.
21   Q.   Do you know how you got to see
22 Dr. Stolier?  Did somebody recommend Dr. Stolier to
23 you?
24   A.   Dr. Hoffman.  In fact, Dr. Norman was
25 one of the names that Dr. Hoffman gave me.  So I may

32 (Pages 122 - 125)

Page 126

1  have made an appointment on my own with Dr. Norman,
2  and then canceled it and made the appointment with
3  Dr. Stolier.
4      Q.   And what would have been the next step
5  after Dr. Rupley had this discussion with you?
6  Would it have been to go see Dr. Stolier?
7           MR. COFFIN:  Object to the form.
8  BY MR. ROTOLO:
9      Q.   Did you see any other physician or
10  doctor between Dr. Rupley and Dr. Stolier?
11      A.   Not that I can recall.
12      Q.   Did you have more than one discussion
13  with Dr. Rupley or was it just this one time?
14      A.   I may have had another one before
15  surgery because they put a wire in, and I had to go
16  there in the morning -- the morning of surgery.
17           You're taxing this old brain, things
18  that I had blocked out.  Just kidding.
19           So I may have seen Rupley again.
20      Q.   When you saw Rupley, on what is
21  indicated on the record of September 3rd, did he
22  prescribe any medications for you at that time?
23      A.   He did.  He gave me Valium for the first
24  time in my life.
25      Q.   And can you tell me why he prescribed

Page 127

1  Valium?
2      A.   Because I was anxious about the results.
3      Q.   And did you use the Valium after he
4  prescribed it to you?
5      A.   I did.
6      Q.   Did it help with the anxiety?
7      A.   It helped over the weekend, yes.
8      Q.   And if you turn to Tab 11, which I'm
9  going to mark as Exhibit 12.
10           (Exhibit Number 12 was marked for
11           identification.)
12  BY MR. ROTOLO:
13      Q.   This appears to be internet research on
14  St. Charles Surgical Hospital Center for Restorative
15  Breast Surgery.
16      A.   Yes.
17      Q.   Would this have been research that you
18  conducted?
19      A.   Yes.
20      Q.   And why were you conducting research on
21  St. Charles Surgical Hospital?
22      A.   At this time, I was anticipating having
23  a mastectomy.  I think that was part of the plan.  I
24  did consult -- I will -- well, go ahead and you ask
25  your questions.

Page 128

1      Q.   If you remember something, that's fine.
2      A.   Well, I went to Dr. Stolier, and I know
3  he's at that hospital.
4      Q.   Were you ever scheduled to see
5  Dr. Trahan?
6      A.   I did.
7      Q.   You saw Dr. Trahan?
8      A.   I did.
9      Q.   And is Dr. Trahan at St. Charles
10  Surgical facility?
11      A.   I don't remember the exact date.
12      Q.   Did you see Dr. Trahan -- I didn't mean
13  to interrupt you, I'm sorry.
14      A.   It's all a fuzz.
15      Q.   That's why we're looking at some
16  records, to see if we can jar your memory.
17           Do you remember if you saw Dr. Trahan
18  before or after you saw Dr. Stolier?
19      A.   I don't remember.
20      Q.   Let's look at Tab 12, which I'll mark as
21  Exhibit 13.
22           (Exhibit Number 13 was marked for
23           identification.)
24  BY MR. ROTOLO:
25      Q.   I'll represent to you that this is a

Page 129

1  record from, if you look at the bottom, St. Charles
2  Surgical Hospital, pages number Bates 8 and 9,
3  called a Basic Screening Medical History Form.
4      A.   Yes.
5      Q.   And you see that this has your name on
6  it.
7           Did you fill this form out?
8      A.   That does not look like my handwriting.
9      Q.   This is information you would have
10  provided?
11      A.   Yes.
12      Q.   And if you look under the personal
13  information, at the bottom, it says referred by
14  Dr. Guilbault, MD, friend of Dr. Trahan.
15      A.   Okay.
16      Q.   Do you remember your brother-in-law --
17      A.   My nephew.
18      Q.   I'm sorry, your nephew, referring you to
19  a particular physician?
20      A.   Now I do remember, that you say it, yes.
21      Q.   And how -- he referred you to Dr. Trahan
22  or Dr. Stolier?
23      A.   Dr. Trahan.
24      Q.   And then Dr. Trahan referred you to
25  Dr. Stolier?

33 (Pages 126 - 129)

1    A.   No.  I think after consulting several
2  doctors -- well, after consulting Dr. Hoffman and
3  one or two friends who had gone to Dr. Stolier, I
4  decided that I would make an appointment with
5  Dr. Stolier.
6    Q.   Did you have any symptoms before your
7  breast cancer diagnosis?
8         MR. COFFIN:  Object to the form.
9  BY MR. ROTOLO:
10   Q.   Did you feel a mass in your breast?
11   A.   No, I did not.
12   Q.   Then did you see -- you saw Dr. Stolier
13 about surgery?
14   A.   Yes.
15   Q.   And what did Dr. Stolier recommend for
16 your surgical treatment?
17   A.   I don't remember the entire
18 conversation, but he recommended that I do
19 chemotherapy first with the hope of reducing the
20 size of the tumor so that I could possibly do
21 lumpectomy versus this procedure, which was very
22 scary looking.
23   Q.   Did Dr. Stolier -- did he have any
24 discussions with you about the chemotherapy
25 medications that he felt were best for you?

1    A.   No.
2    Q.   He just -- did he just indicate that he
3  thought you should have chemotherapy before surgery
4  to shrink the tumor?
5    A.   Yes.
6    Q.   Did he order any other imaging or scans?
7         MR. COFFIN:  Object to the form.
8    A.   I don't recall.
9    Q.   Did you have any other imaging or scans
10 after you saw Dr. Stolier?
11   A.   Yes.
12   Q.   Do you remember what imaging and scans
13 you had?
14   A.   I recall a bone scan, a PET scan.  There
15 may have been more, but that's what I recall.
16   Q.   Did you have an MRI?
17   A.   Yes.  Yes, thank you.  A breast MRI.
18   Q.   And do you remember what the MRI -- did
19 you get a report from your doctor as to what the
20 MRI --
21   A.   I think the verbal report was that the
22 right breast was clear, was not involved with
23 cancer.
24   Q.   And did they find any additional issues
25 with the left breast that you remember?

1    A.   Not that I'm aware of.  I'm sorry, not
2  that I'm aware of.
3    Q.   Do you remember if Dr. Rupley did the
4  MRI?
5    A.   It was there in that facility, but I
6  don't know that he was present.  I mean, that would
7  be an MRI specialist or operators.
8    Q.   Do you remember after the MRI if they
9  told you how large the tumor was?
10   A.   Someone told me, but I heard different
11 numbers along the way so I didn't pay a lot of -- I
12 don't know.
13   Q.   Do you remember what numbers you heard?
14   A.   Two centimeters.
15   Q.   And then you mentioned something about a
16 PET scan that you had?
17   A.   I had that at East Jefferson, I believe.
18   Q.   And did you have that after you saw
19 Dr. Stolier?
20   A.   I don't recall when it was.  I don't
21 remember who set up all of those tests.
22   Q.   And do you remember what you were told
23 the PET scan showed?
24   A.   That may have been the test that
25 revealed a spot on my spine.  A spot that they

1  couldn't identify.
2    Q.   And did they tell you what the spot on
3  your spine -- whether it was cancer or not?
4    A.   They did not.
5    Q.   When did you first learn, if you did,
6  that the spot on your spine potentially was cancer?
7         MR. COFFIN:  Object to the form.
8    A.   When did I first learn that it was
9  potentially cancer?  I believe Dr. Stolier phoned me
10 and said that there was -- I think it was him, but,
11 again, it's foggy.  I had phone calls in the car,
12 phone calls at work, and would try to jot down who
13 said what when, but I believe when he called me, he
14 said that there was a spot.
15   Q.   And after you had the PET scan and you
16 were told of the spot on your spine by Dr. Stolier,
17 did Dr. Stolier refer you to another physician?
18   A.   To another physician?  He made some
19 recommendations, different doctors at different
20 places, and said basically that was my choice.
21       And then an acquaintance that I don't
22 really know, but a mutual -- we have a mutual
23 friend, this acquaintance and I spoke and she
24 suggested, just go up to Ochsner and see -- and I
25 was pleased with the surroundings.  You know, I had

34 (Pages 130 - 133)

Page 134

1  to decide where I was going to do the chemotherapy.
2        So I chose Ochsner, and then I guess
3  Dr. Stolier -- I don't know, but I presume
4  Dr. Stolier made a phone call or contacted them.
5        Q.   That was my next question.  How did you
6  come to see Dr. Theodossiou?  Did somebody recommend
7  him specifically?
8        A.   No, the word Dr. Stolier used was
9  Dr. Cole.  He said, oh, you can see -- Cole is at
10  Ochsner.  And I assume doctor -- I didn't know, but
11  when I got there or got the appointment, it was with
12  Dr. Theodossiou.
13       Q.   You said you'd ask around and did some
14  looking at where you wanted to have your
15  chemotherapy at.
16       What other places did you consider?
17       A.   I considered East Jefferson.
18       Q.   And why did you decide not to go to East
19  Jefferson?
20       A.   I just -- I didn't actually go look at
21  it.  I looked at Ochsner and it was calming and
22  peaceful and I thought that would be a good place to
23  go.
24       Q.   So if I'm hearing you right, you didn't
25  specifically choose Dr. Theodossiou, but that was

Page 135

1  who your appointment ended up being with?
2        A.   Correct.
3        MR. ROTOLO:  Chris, this is a good
4        time if your sandwiches are here, it's a
5        good time to break.
6        MR. COFFIN:  Good with me.
7        THE VIDEOGRAPHER:  The time is
8        12:40 p.m.  We're going off the record.
9        (A 45-minute break was taken from
10       12:40 until 1:25 p.m.)
11       THE VIDEOGRAPHER:  Okay.  It is
12       1:25 p.m., and we are back on the record.
13  BY MR. ROTOLO:
14       Q.   Ms. Guilbault, before we broke for
15  lunch, we were talking about your cancer treatment,
16  and that's where we're going to pick up.
17       Do you remember when you first saw
18  Dr. Theodossiou?
19       A.   Do I remember when I first saw him?  Are
20  you asking me about the date?
21       Q.   Yes, I'm sorry.
22       A.   Oh, no, I don't recall the exact date.
23       Q.   And was it after you had your MRI and
24  PET scan?
25       A.   I don't know.

Page 136

1        Q.   Let me ask you to go to Tab 15 in your
2  binder, which is going to be Exhibit Number 14
3        (Exhibit Number 14 was marked for
4        identification.)
5  BY MR. ROTOLO:
6        Q.   And do you see that this is a -- up at
7  the top, it's a medical record from Ochsner
8  hematology/oncology?
9        A.   Okay.
10       Q.   And it's dated, if you see the encounter
11  date on the right-hand side of September 17th of
12  2013?
13       A.   Yes.
14       MR. COFFIN:  I'm sorry, did you say
15       Tab 14?
16       MR. ROTOLO:  Tab 15, which is
17       Exhibit 14.
18       MR. COFFIN:  Got it.
19  BY MR. ROTOLO:
20       Q.   And you see where it says:  Encounter
21  information, initial consult?  Right at the middle
22  of the page at the top, right under the --
23       A.   Oh, solid line?
24       Q.   Yes.
25       A.   Yes.

Page 137

1        Q.   And if you could turn in this medical
2  record to what at the bottom is Bates-numbered
3  Page 203.
4        Are you there?
5        A.   Yes.
6        Q.   And do you see at the bottom where it
7  says referring physician Allen Stolier, MD?
8        A.   Wait, where it says what?
9        Q.   At the bottom, referring physician.
10       A.   Oh, okay, yes.
11       Q.   And it says reason for his referral,
12  recent diagnosis of breast cancer.
13       A.   Okay.
14       Q.   And then it goes through your history,
15  and I think a lot of this we've talked about.  Let's
16  just go through it very quickly to make sure we've
17  covered everything.
18       At the time you were 61 years old who
19  had an abnormal mammogram.  Subsequent to the
20  mammogram, she also felt a mass in the inferior
21  portion of the left breast.
22       Do you remember potentially feeling the
23  mass in your breast?
24       A.   Yes.  After the mammogram, yes.
25       Q.   It says a biopsy was performed at Touro,

35 (Pages 134 - 137)

Page 158

```
 1      A.   Correct.
 2      Q.   And that's because it wasn't curable at
 3  that point; correct?
 4      A.   Right.
 5      Q.   And then if you go continue on, it says:
 6  However, due to the location of the suspicious
 7  lesion anteriorly on the body of T12, it is not safe
 8  to obtain biopsy to confirm the stage.
 9           In view of the above, I think that a
10  reasonable approach would be for her to proceed with
11  neoadjuvant chemotherapy followed by resection.
12  Upon completion of her resection, we can offer
13  radiation to the T12 and hormonal therapy with
14  aromatase inhibitors.
15           Do you remember the discussion with
16  Dr. Theodossiou where he decided to give you
17  chemotherapy as reflected in this?
18      A.   Yes.
19           MR. COFFIN:  Object to the form.
20  BY MR. ROTOLO:
21      Q.   And can you tell me what you understand
22  that he explained to you about the rationale that he
23  was choosing?
24           MR. COFFIN:  Object to the form.
25      A.   My understanding of what?
```

Page 159

```
 1      Q.   Do you understand why he decided to give
 2  you chemotherapy?
 3           MR. COFFIN:  Object to the form.
 4      A.   I don't know what was happening in his
 5  head, and I don't recall him saying anything
 6  specific other than that this would be a good plan.
 7      Q.   What was your understanding of why you
 8  were receiving chemotherapy?
 9      A.   In general?  I'm sorry.
10      Q.   Yes.
11      A.   What was my understanding of why I was
12  receiving chemotherapy?
13      Q.   Right.
14      A.   To treat the cancer.
15      Q.   At this visit on September 25th of 2013,
16  did Dr. Theodossiou indicate to you what
17  chemotherapy medications you were going to be
18  receiving?
19      A.   I don't recall.
20      Q.   At this visit on September 25th of 2015,
21  did Dr. Theodossiou explain to you the risks and
22  benefits of chemotherapy?
23      A.   Not in detail.
24      Q.   On the visit on September 25th of 2013
25  with Dr. Theodossiou, did Dr. Theodossiou go over
```

Page 160

```
 1  the potential side effects of chemotherapy?
 2      A.   I don't recall that.
 3      Q.   Do you remember ever having a discussion
 4  with Dr. Theodossiou about the risks and benefits of
 5  chemotherapy?
 6      A.   Chemotherapy in general?  No.
 7      Q.   Do you remember ever having a discussion
 8  with Dr. Theodossiou about the risks and benefits of
 9  the specific medications -- of chemotherapy
10  medications you were going to be receiving?
11      A.   I do remember that the first round of
12  medicine, I was to expect nausea and temporary hair
13  loss.  And at the time when that -- the nausea -- it
14  all came true.
15           And when I was ready to start the second
16  round of medicine, which he referred to as Taxotere,
17  I asked what are the side effects that I can expect?
18  And he said:  Edema.  And that is the only side
19  effect that I -- that he mentioned to me.
20           And I had absolutely no idea that there
21  would be permanent hair loss.
22      Q.   Did you experience edema from --
23      A.   Oh, yes, I did, and many, many other
24  side effects.
25      Q.   Do you remember --
```

Page 161

```
 1      A.   Painful edema.
 2      Q.   I'm sorry, go ahead.
 3      A.   It was painful.  Painful.
 4      Q.   With regard to your first round of
 5  chemotherapy treatment, did you have a discussion
 6  with him as to the risks and benefits of those
 7  medications?
 8      A.   You know, I'm a little uncertain how to
 9  answer those because sometimes we would talk -- I
10  would talk to the nurse and she would just say:  How
11  are you doing?
12           I can't remember exact words in
13  conversations.  I think everybody knows that chemo
14  can cause certain side effects, and you're prepared
15  for those.
16           So I don't recall specifically saying,
17  hey, am I going to be nauseated?
18           Everyone's different.  Everyone reacts
19  differently.
20      Q.   Did you have a discussion with any of
21  the chemotherapy nurses about the risks and benefits
22  of the chemotherapy medications you would be taking?
23      A.   Yes.
24      Q.   And do you remember which nurses you had
25  those discussions with?
```

41 (Pages 158 - 161)

Page 162

1    A.   Suzanne.  I think her name was Murray.
2  And she would tell me for instance when I started
3  the Taxotere, she said that sometimes people get an
4  immediate, like an allergic reaction and that I
5  should notify her immediately if that happens
6  because they would take some action, I suppose.
7        And I think she told me to take a
8  Claritin the day before or something like that, or
9  the morning of.
10       And then I know we had numerous
11 discussions that involved when your hair grows back.
12 Everyone, every single person I talked to, said --
13 my doctor even said at one point, you'll feel better
14 when your hair grows back.
15       I asked him several times when I could
16 expect it to grow back, and I think the first time
17 he said, oh, give it another month.  This was after
18 I finish chemo.
19       Then sometime later I asked him again.
20 My hair's not growing back fully as I expected.
21 What can I expect?  And he said try a multivitamin.
22       And then when I approached him again and
23 said multivitamin is not doing much, do you know any
24 other suggestions, and he said maybe you need to see
25 a dermatologist, which I then did.

Page 163

1        We have a history of consulting,
2  actually, three dermatologists and explaining that I
3  had hair loss and I wanted to do anything I could to
4  bring it back.  I talked to my friend, biotin,
5  special shampoos.
6        I used Dr. Terezakis' -- I used Rogaine
7  unsuccessfully for a long period of time.  I tried
8  Dr. Terezakis' -- I don't know what to call it.
9  She -- I don't know if it was patented, but she had
10 a combination of Retin-A and minoxidil, which is a
11 Rogaine component, probably stronger than you can
12 buy over the counter.  So I used several bottles of
13 that.  And they were expensive, and I saw no
14 significant change.  No change at all, really.
15       So I had exhausted all -- I thought all
16 options.  And I also asked Dr. Koppel at one point
17 when I went in for something else, and he right
18 away -- he didn't respond to anything about -- he
19 just said, oh, here, try -- you should call this
20 doctor.  She specializes in that.
21       And I put that little piece of paper in
22 my purse and probably threw it out.  And I had
23 already -- I didn't pursue that one because I didn't
24 expect that there would be any more help available.
25       And I just thought that I was going to

Page 164

1  remain like this, which I did, but I had no idea
2  that it was permanent.  You know, I thought that I
3  could just -- I don't know.  I thought that some of
4  these people would be able to help me.
5        And I did continue to pursue it as much
6  as possible with the hope that at some point it
7  would grow back.
8     Q.   And we're going to walk through each one
9  of those very specifically, very individually, a
10 little while later.  My focus was on before you
11 started chemotherapy.
12       Did you have a discussion with the
13 chemotherapy nurses about the risks and benefits of
14 chemotherapy and the particular medications you were
15 taking before you started chemotherapy?
16    A.   No.
17    Q.   Did you have a discussion with
18 Dr. Theodossiou or any of the chemotherapy nurses
19 about the risk of hair loss before you started
20 chemotherapy?
21    A.   We discussed hair loss.  I don't know
22 that it was in a risk/benefit-type conversation.  It
23 was:  This is what happens.  So it's what to expect
24 is what I was told.  Hair loss, but it will grow
25 back.

Page 165

1        So as far as weighing the risks and
2  benefits, I don't remember discussing it in that
3  way.
4     Q.   If you could get the binder with your
5  planners in it.
6     A.   The binder with my planners in it?
7     Q.   The one -- yes.
8     A.   Can I interrupt you for a second?
9     Q.   Sure.
10    A.   My husband's expecting to hear -- he's
11 set for 3:30.  So someone -- can we give him a
12 better time frame or do you want him to just come
13 for 3:30?
14    Q.   Oh, I don't want him to sit here and
15 wait.  We did it 3:30 just not knowing how long this
16 would take.
17    A.   It's 3:00?
18    Q.   No, it's 2:00.
19         MR. ROTOLO:  Can we go off the record
20    a minute?
21         THE VIDEOGRAPHER:  2:04 p.m.  We're
22    going off the record.
23         (A 3-minute break was taken from 2:04
24    until 2:07 p.m.)
25         THE VIDEOGRAPHER:  It is 2:07 p.m.  We

42 (Pages 162 - 165)

Page 166

1     are back on the record.
2  BY MR. ROTOLO:
3     Q.   Ms. Guilbault, do you have the binder
4  with your planners in it?
5     A.   Yes.
6     Q.   And that was Exhibit 2.  If you go to
7  the planner for 2013-2014.
8     A.   Okay.
9     Q.   It'll be the first tab.  And you find
10  the page at the bottom that is Bates number
11  Page 3066, and I will tell you it will be the
12  calendar portion for September 2013.
13     A.   Okay.  I have it.
14     Q.   Okay.  Page 3066?
15     A.   Yes.
16     Q.   If you will look on the -- can you go to
17  Page 3065 first?  Sorry.
18          Do you remember the visit that we just
19  talked about with Dr. Theodossiou on September 25th
20  of 2013?
21     A.   Okay.
22     Q.   And do you see on your calendar for
23  September 25th of 2013 it says:  Dr. Theodossiou
24  chemo discussions?
25     A.   Yes.

Page 167

1     Q.   And that was the visit that we just
2  talked about?
3     A.   Yes.
4     Q.   And that was where he told you that he
5  was going to proceed with chemotherapy?
6     A.   Yes.
7     Q.   And then if you go to Page 3066, there
8  is a notation down beside there that says:  9/25,
9  Dr. Theodossiou.
10          Do you see that?  On the side of the
11  calendar?
12     A.   Oh, under notes, yes.
13     Q.   It says:  9/25, Dr. Theodossiou, bone
14  scan normal, treat with chemotherapy, give benefit
15  of doubt.  If spot is cancer and we treat with
16  chemo, we have not hurt you.  Chemo surgery,
17  hormone-blocking pill, radiation, including T12.
18          Do you see that?
19     A.   Okay.  Yes, I do.
20     Q.   Would you have written that in after the
21  appointment or how would your general practice be?
22  How long after the appointment would you generally
23  go back in or would you have taken this with you and
24  taken notes?
25     A.   Oh, no, I would have written it in

Page 168

1  after.  It's a little summary.
2     Q.   Did you take notes when you went to see
3  your doctors?
4     A.   No.
5     Q.   So that is what your understanding and
6  summary of the visit you had with Dr. Theodossiou on
7  September 25th?
8     A.   Correct.
9     Q.   Then if you look down at the bottom, it
10  says:  Fever of 100.4, come into the hospital,
11  chills, burning when urinate.
12          Is that -- do you know what you meant by
13  that?
14     A.   That's a warning to watch out for fever
15  and that I should call or go to an emergency room if
16  I had fever.
17     Q.   And that would have been something that
18  Dr. Theodossiou would have told you?
19     A.   Yes.
20     Q.   And then if you can flip over to
21  Page 3067, do you see under the September 2 through
22  8 mark there, you have:  Chemo regimen, Adriamycin,
23  10-minute push, red urine, exclamation point.
24  Cytoxan drip, one hour.  Headache, question mark.
25  Let them know they can slow it down.

Page 169

1          Do you see that?  Did I read that
2  correctly?
3     A.   Yes.
4     Q.   And was that something also that
5  Dr. Theodossiou would have told you on your visit?
6     A.   Either the doctor or the nurse.  I'm not
7  sure who told me that.
8     Q.   And then it says:  People with allergies
9  tend to react to this more.  Take Claritin, nausea
10  drugs times steroids first 30, 40 minutes.
11          Is that a continuation of what you were
12  told by either Dr. Theodossiou or the nurse?
13     A.   Yes.
14     Q.   And it says:  Can take Aleve if you --
15     A.   Yes.
16     Q.   Is that a continuation?
17     A.   Yes.
18     Q.   All right.  And then could you go to the
19  next page, 3068?
20          The writing under Number 6, is that
21  something you would have continued to write from
22  your visit with Dr. Theodossiou, or would you have
23  learned that from some other place, the fever of
24  100.4?
25     A.   The way this calendar was, it gave you a

43 (Pages 166 - 169)

Page 170

1 calendar with little squares. So if I couldn't put
2 things in the little squares, there was another
3 section like this where you would write more in and
4 sometimes I did that.
5       So I may have written this first. I
6 don't know which one I wrote first, but it's the
7 same thing.
8    Q. But all of that relates to the
9 chemotherapy that you were receiving?
10   A. Yes.
11   Q. Okay. Who is Robin Jackson that's
12 written there?
13   A. Robin Jackson was Dr. Theodossiou's
14 nurse, the first nurse. I only met with her a few
15 times. She was either -- at the time, I think she
16 was Dr. Theodossiou's nurse, and then she became
17 what they call a nurse navigator. And she was out
18 of his office. So I only saw her a few times.
19       And I guess this is one of the things we
20 were talking about. We just had a conversation
21 because this is about a trip they went to, to
22 Canada.
23   Q. Did you have a habit of writing down
24 notes about discussions that you had with people
25 that you met so you could remember?

Page 171

1       MR. COFFIN: Object to the form.
2   A. Did I have a habit? I would do it
3 occasionally. It's not an obsessive habit.
4   Q. I didn't -- I wasn't implying that it
5 was.
6       And then at the bottom it says: Robin
7 said during first chemo won't need bone therapy, not
8 convinced it's bone cancer.
9   A. Yes.
10  Q. And do you remember them telling you
11 that during your first chemotherapy?
12  A. Yes. Yes.
13  Q. Was it Robin who told you that?
14  A. Yes.
15  Q. Did Dr. Theodossiou ever tell you that?
16  A. I'm sure he did. I would think he did,
17 yes. She came, I believe, to find me during the
18 chemo and see how I was doing. And the bone therapy
19 was a different medicine that we had discussed, I
20 believe, related to either strengthening the bones
21 or --
22  Q. I noticed on 3067 of your calendar where
23 you talk about the Adriamycin and Cytoxan, you don't
24 have Taxotere or docetaxel listed there. Do you
25 know if you knew at that point that you were going

Page 172

1 to be taking that medication?
2   A. Probably.
3   Q. Did Dr. Theodossiou give you any handout
4 materials on chemotherapy or the chemotherapy
5 materials -- chemotherapy medications you were going
6 to be taking?
7   A. Probably the nurse handed me, and I'm
8 sure that I turned that in, some -- a little booklet
9 with general guidelines on regimens.
10  Q. Did you do any independent research on
11 the -- at the time, before you started taking
12 chemotherapy, did you do any independent research on
13 the medications that you were going to be taking?
14  A. I don't recall when I -- exactly when I
15 did it.
16  Q. Did you do research on the medications
17 that you were going to be taking?
18  A. Yes.
19  Q. You just don't remember when you did
20 that?
21  A. Right.
22  Q. Do you remember if you were specifically
23 looking for any information on the chemotherapy
24 medications you were going to be taking?
25  A. Probably looking for side effects and

Page 173

1 how to deal with them.
2   Q. And do you remember what your research
3 determined? Did you find any information --
4       MR. COFFIN: Object to the form.
5 BY MR. ROTOLO:
6   Q. -- such as what you just said you were
7 looking for?
8   A. I didn't find anything different. Let's
9 see.
10      Just things like the doctor can provide
11 nausea medicine.
12  Q. Let me ask you to turn to Tab 22 in the
13 big book, I'm sorry. I keep going back and forth.
14 And we'll mark that as Exhibit 18.
15      (Exhibit Number 18 was marked for
16       identification.)
17  A. 22?
18  Q. 22, yes, ma'am.
19      Do you remember signing an informed
20 consent before you began your chemotherapy?
21  A. Yes.
22  Q. And is the document that is Exhibit 18
23 the informed consent that you signed with regard to
24 your chemotherapy treatment?
25  A. That is my signature, and I assume it

44 (Pages 170 - 173)

Page 174

1  is. I don't know if I was given a copy of this.
2      Q.   You see it's dated 9/25/13?
3      A.   Yes.
4      Q.   And that was the date you saw
5  Dr. Theodossiou?
6      A.   Yes.
7      Q.   And it says:  Diagnosis breast cancer,
8  medication Adriamycin?
9      A.   Yes.
10      Q.   Cytoxan, Taxotere?
11      A.   Yes.
12      Q.   And then you see the list of side
13  effects that are listed underneath?
14      A.   Yes.
15      Q.   And that is your signature?
16      A.   Yes.
17      Q.   Do you know whose signature the witness
18  signature is at the bottom?
19      A.   I do not.  Physician --
20      Q.   Oh, there's a -- you don't recognize
21  that signature?
22      A.   No.
23      Q.   Do you remember going over this form
24  with Dr. Theodossiou or the nurse?
25      A.   I don't remember going over it.

Page 175

1      Q.   Do you remember reading it?
2      A.   Probably not -- yes.  I do now, yes.
3      Q.   And it listed the number of side effects
4  in the boxes underneath, at the top?
5      A.   Yes.
6      Q.   You see that it lists anemia, fatigue,
7  constipation, diarrhea, loss of appetite, mouth
8  sores.  That's the first ones.
9          Did you experience any of those during
10  your chemotherapy treatment?
11      A.   Yes.
12      Q.   Which ones did you experience?
13      A.   Anemia, fatigue, loss of appetite.
14      Q.   Did you experience mouth sores at any
15  time?
16      A.   I don't think I did until later.
17      Q.   What about nausea or vomiting?
18      A.   Yes, nausea.  I did not vomit.
19      Q.   Weight gain or loss?
20      A.   Maybe lost a few pounds just from not
21  eating.
22      Q.   And then liver damage I assume is no?
23      A.   Not that I'm aware of.
24      Q.   And then it says hair loss?
25      A.   Yes, it says hair loss.

Page 176

1      Q.   And then at the top of the next one, it
2  says skin and nail darkening?
3      A.   Yes.
4      Q.   And you had that reaction; correct?
5      A.   Yes.
6      Q.   Did you have any numbness or tingling
7  that is in the second column?
8      A.   Yes.
9      Q.   And where did you have numbness or
10  tingling?
11      A.   In my fingers.  Fingertips.
12      Q.   And how long did that last?
13      A.   It lasted a while.
14      Q.   Did it last after the chemotherapy
15  stopped, or did it end when you stopped taking
16  chemotherapy?
17      A.   It ended.
18      Q.   And were you aware -- I think you told
19  me that you had a friend that had heart damage from
20  chemotherapy?
21          MR. COFFIN:  Object to the form.
22  BY MR. ROTOLO:
23      Q.   Didn't you tell me about a friend that
24  had a heart transplant?
25      A.   Yes, my cousin.

Page 177

1      Q.   And you said that was as a result of
2  chemotherapy?
3          MR. COFFIN:  Object to the form.
4      A.   That's what I was told.
5      Q.   Do you know what medication it was
6  that --
7      A.   No, I don't.
8      Q.   And do you see where heart damage is
9  listed in the second column here as a side effect?
10      A.   Yes.
11      Q.   Did you experience any in the second
12  column, the low platelet count or the low white
13  blood cell count during your treatment?
14          MR. COFFIN:  Object to the form.
15      A.   I believe at one time I had low white
16  blood cell count.
17      Q.   Was there a time when one of your
18  chemotherapy infusions --
19      A.   Yes.
20      Q.   -- was put off to allow your white blood
21  cell count to go back up?
22      A.   Yes.
23      Q.   You see in the third column it says
24  forgetfulness?
25      A.   Yes.

45 (Pages 174 - 177)

Page 178

1    Q.   I noticed in some of the notations in
2  some of your planners, you wrote "chemo brain" a
3  couple of times.  Where did you -- why did you write
4  that term and where did you hear about that term?
5    A.   I don't know where I heard about it.  In
6  my mind, it was just a fogginess.
7    Q.   And did that last after you finished
8  your chemo?
9    A.   Somewhat.
10   Q.   If you could flip to the next page, it
11 appears to be the same consent form, just signed on
12 a different date of 9/27/13.
13   A.   Okay.
14   Q.   Do you know why you signed two consent
15 forms?
16   A.   I do not.
17   Q.   If you look on the second page, which is
18 Bates 421, it's the same chemotherapy form in the
19 middle where you initialed, it says:  A physician
20 provider has provided and reviewed with me written
21 information on the drugs I will receive.  I've had
22 the chance to ask any questions about the above
23 drugs and am satisfied with the information
24 provided.
25        Do you see where you initialed that?

Page 179

1    A.   No, I don't.
2    Q.   On the second form with the Bates number
3  421.
4    A.   I signed the signature.  I don't see the
5  initials.
6    Q.   You don't see the initials in this
7  little blank, right in the middle of the page?
8    A.   Oh, okay.  Yes, okay.
9    Q.   Are those your initials?
10   A.   Yes.
11   Q.   And were you satisfied at the time you
12 began chemotherapy that Dr. Theodossiou and his
13 nurses had explained to you chemotherapy and that
14 you had a chance to ask all the questions that you
15 wanted to ask?
16   A.   Yes.
17   Q.   And then the next paragraph says:  My
18 doctor and nurses have explained the treatment plan
19 in detail.  My doctor has also discussed with me
20 other methods of treating this disease and the risks
21 and benefits of treatment.  There is no guarantee
22 that this treatment will give me the same results
23 other patients have received.  If I change my mind
24 and decide to stop treatment at any time, my doctor
25 will continue to provide for my care in the future.

Page 180

1        Did you agree with that statement when
2  you signed the consent form?
3    A.   Where is that?
4    Q.   It's under -- it's the paragraph under
5  the paragraph that you initialed.
6    A.   Oh, I'm sorry.  I turned the page.
7    Q.   The consent forms are exactly the same,
8  so -- other than the date.
9        Do you see the paragraph that you
10 initialed?
11   A.   No, I must have gone ahead.
12   Q.   I'm sorry, it's Tab 22.
13   A.   Let's go back to the page.  What page?
14   Q.   It's Tab 22.
15   A.   22?
16   Q.   Yes.
17   A.   How did I get -- 21, 22.  Okay.  All
18 right, thanks.  Here I am.  The second one?
19   Q.   Yeah, look at the second one.  Under the
20 paragraph that you initialed.
21   A.   Okay.
22   Q.   I read that paragraph to you.
23   A.   Yes.
24   Q.   You can read it to yourself.
25   A.   I've had the chance to ask any

Page 181

1  questions.
2    Q.   Right.  Did you agree with that
3  paragraph when you signed this form?
4    A.   Yes.
5    Q.   Did you feel like Dr. Theodossiou had
6  taken time and explained to you all your options in
7  regard to your treatment of chemotherapy?
8        MR. COFFIN:  Object to the form.
9    A.   I don't know that he explained all the
10 options.
11   Q.   Did he answer your questions that you
12 asked --
13   A.   Yes.
14   Q.   -- to your satisfaction?
15   A.   Yes.  The limited questions that I was
16 able to ask because this is not my area, yes.
17   Q.   Did you feel rushed in making a decision
18 about whether to undertake chemotherapy?
19   A.   No.
20   Q.   Do you have any complaint about how
21 Dr. Theodossiou counseled you with regard to your
22 chemotherapy treatment?
23   A.   No.  He's the doctor.  He's the
24 professional.  You have to rely at some point.
25   Q.   And even with the multitude of side

46 (Pages 178 - 181)

Page 182

1 effects that were in the consent form that were
2 possible, you decided to continue on with treatment
3 by chemotherapy; correct?
4    A.   Yes.
5    Q.   And you were willing to accept these
6 side effects in the consent form in an effort to
7 beat your cancer?
8    A.   Yes.
9    Q.   What did you interpret the risk of hair
10 loss in the consent form to mean?
11    A.   That I would lose my hair and it would
12 grow back fully, as it did with every other person
13 that I knew.
14    Q.   Did you think it was possible that your
15 hair would not grow back?
16    A.   Not until I put the dots together on
17 that TV commercial.
18    Q.   Did you think it was possible that your
19 hair would not grow back in the same texture that it
20 was before?
21    A.   Yes.
22    Q.   Did you think it was possible that the
23 hair would grow back a different color than it was
24 before?
25    A.   I had heard that.

Page 183

1    Q.   Did you think it was possible that the
2 hair would grow back to a different thickness than
3 it was before?
4    A.   No.  I did not -- I was not aware that
5 that could happen.
6    Q.   And nothing in the consent form
7 indicates that hair loss would be temporary, does
8 it?
9       MR. COFFIN:  Object to the form.
10    A.   No it doesn't.  But neither does it say
11 permanent.
12    Q.   Did you attend a chemotherapy class at
13 Ochsner before you began your treatment?
14    A.   I don't believe I did.  I don't recall
15 that I did.
16    Q.   The documents that you said the nurse
17 may have given you when you started your treatment,
18 do you remember if they listed any side effects of
19 chemotherapy in them?
20    A.   I'm sure that it did.  They were very
21 general in a sense.
22    Q.   Do you remember if they talked about
23 heart damage?
24    A.   About what?
25    Q.   Heart damage.

Page 184

1    A.   Heart damage?  I don't remember right
2 now, no.
3    Q.   Do you remember if they talked about
4 neuropathy or tingling in your hands or feet?
5    A.   I think so, yeah.
6    Q.   Do you remember if they talked about low
7 blood cell counts?
8    A.   Yes.
9    Q.   Do you remember if they talked about
10 fatigue?
11    A.   Yes.
12    Q.   Do you remember if they talked about
13 hair loss?
14    A.   Yes.
15    Q.   What do you remember they said about
16 hair loss?
17    A.   Hair loss.  I probably was not expecting
18 to lose every single hair on my body.  I don't know
19 why.  I suppose I just thought it was going to be
20 the head hair.  But I still have -- my eyebrows have
21 not grown back.  My eyelashes are very, very small,
22 short, stubby.  I have very little body hair
23 anywhere.
24    Q.   Did you ever ask Dr. Theodossiou if
25 there was a chemotherapy treatment that would not

Page 185

1 cause hair loss at all?
2    A.   No.
3    Q.   Before you started chemotherapy, did you
4 ask Dr. Theodossiou or his nurse when your hair
5 would grow back?
6    A.   I don't think I asked them when.
7    Q.   Did you ask them if it would grow back
8 before you started chemotherapy?
9    A.   I didn't specifically ask them.
10    Q.   Did Dr. Theodossiou or his nurse
11 guarantee to you that your hair would grow back?
12    A.   No.  However, they did say when it grows
13 back, when it grows back.  This is what I heard over
14 and over from nurses and the doctor, when it grows
15 back.  I think a reasonable person could assume that
16 it's going -- that means it's going to grow back.
17    Q.   Did you have an expectation that your
18 hair would fully regrow and be exactly the same as
19 it was before?
20    A.   I don't know that the expectation is
21 that it would be exactly the same.  A friend, hers
22 came in very curly and she said once it started to
23 grow and she cut it, it was exactly like it was
24 before.  So it's possible I thought that.
25    Q.   Do you remember when you had your first

47 (Pages 182 - 185)

Page 186

1 chemotherapy treatment?
2    A.   Yes.
3    Q.   What date was that?
4    A.   Oh, was it the -- I don't know, it was
5 the end of September, I believe.
6    Q.   Do you have your planner open to what we
7 were just looking at, on Page 3065, which is the
8 September calendar?
9    A.   Okay.
10    Q.   Look at September 27th of 2013.
11    A.   Wait a minute.  What's going on here?
12 September.
13    Q.   I'm sorry, 3066.  Sorry, the calendars
14 are split into two pages.
15    A.   Okay.
16        27th, okay.
17    Q.   And is that the same date that you had
18 your port installed?
19    A.   Yes.
20    Q.   So you had your port installed and your
21 first chemotherapy on the same day?
22    A.   Yes.
23    Q.   Do you remember doctor -- one of the
24 chemotherapy nurses, Emily Scott?
25    A.   Yes.

Page 187

1    Q.   And what do you remember about
2 Ms. Scott?
3    A.   She was young.  She was kind.  She liked
4 the Saints.  I believe that's the only time I saw
5 her.
6    Q.   And she was on your first chemotherapy
7 session?
8    A.   Yes.
9    Q.   How many chemotherapy treatments did you
10 have?
11    A.   I believe it was 8.
12    Q.   And do you understand that you have four
13 treatments of Adriamycin and Cytoxan first?
14    A.   Yes.
15    Q.   And that you had four treatments of
16 docetaxel?
17    A.   Yes.
18    Q.   Can you tell me your experience with
19 your chemotherapy sessions?  Did you go to the same
20 place every time?
21        MR. COFFIN:  Object to the form.
22 BY MR. ROTOLO:
23    Q.   Did you have your chemotherapy infusions
24 all at the same place?
25    A.   All at Ochsner, yes.

Page 188

1    Q.   And that was at the Ochsner Cancer
2 Pavilion?
3    A.   Yes.
4    Q.   And who would go with you for your
5 chemotherapy infusions?
6    A.   My husband went to every one, and from
7 time to time people came to visit.
8    Q.   And did they allow two people to be with
9 you?
10    A.   Oh, I think I had four people one time.
11 I think we cut up a little bit.  Almost got kicked
12 out of chemo.  They brought powdered donuts.  We
13 were a mess.  Yeah.
14    Q.   What about Suzanne Murray?  Was she one
15 of your chemotherapy nurses?
16    A.   Yes.
17    Q.   And what do you remember about Suzanne
18 Murray?
19    A.   She was funny.  She was kind.
20    Q.   Did you have discussions with her about
21 any risks or side effects of chemotherapy?
22    A.   Side effects, yes.
23    Q.   And what side effects did you discuss
24 with her?
25    A.   Fatigue, nausea.  She may have -- that's

Page 189

1 mainly what I remember.  At one point I remember
2 discussing the hair growth because there was another
3 patient nearby whose hair was growing in, and, boy,
4 it was growing in, and I was looking forward to that
5 and that didn't happen to me.
6    Q.   Did you have two of your initial cycles
7 of Adriamycin and Cytoxan that had to be put off
8 because of your low blood cell count?
9    A.   I know there was one.  I didn't remember
10 two, but it's possible, likely.
11    Q.   I think you mentioned in your -- I think
12 it was your answers to interrogatories that there
13 was another chemotherapy nurse named Amanda?
14    A.   We just talk -- Amanda was the first
15 one.  I thought we just talked about her.
16    Q.   That was Emily Scott.
17    A.   Oh.  Emily.
18    Q.   Do you remember an Amanda?
19    A.   No, I don't think so.
20    Q.   Do you remember Emily Scott and Suzanne
21 Murray?
22    A.   Right.
23    Q.   Do you remember any other chemotherapy
24 nurses that you may have had an interaction with
25 while receiving your treatment?

48 (Pages 186 - 189)

Page 198

1    Q.   Do you know when you had your surgery?
2    A.   March, maybe the 27th, 2014.
3    Q.   And was there -- to your understanding,
4  was there any residual tumor or cancer left in your
5  left breast?
6    A.   I was told he had clean margins.
7    Q.   Do you know if there was any tumor left?
8    A.   I don't believe so.
9         Do you mean after surgery?
10   Q.   Yes.
11        Well, I mean, did he find any residual
12  tumor left in your breast?
13   A.   Oh, I don't know about that.  I don't
14  know what he did find.  But my assumption was it was
15  removed.  I believe there was some, yes.
16   Q.   Did you question Dr. Theodossiou as to
17  why you needed the biopsy to get the T12 lesion?
18   A.   No.  I believe he explained it.
19   Q.   And what was his explanation?
20   A.   That it was a suspicious spot, and if it
21  were cancer, it would alter the treatment plan.
22   Q.   Do you have a recollection that he told
23  you if it was cancerous then you would need surgery?
24        MR. COFFIN:  Object to the form.
25   A.   No, he didn't say I wouldn't need

Page 199

1  surgery.  I don't recall that, that he said that.
2    Q.   Can we look at your planners again, that
3  notebook, and can you go to the planner for 2014,
4  which is going to be Exhibit 2, Tab Number 1.
5         And I'm going to be looking at March,
6  and I'm going to refer you to Bates number
7  Page 3132.
8         MR. COFFIN:  Which tab did you say,
9       please?
10        MR. ROTOLO:  1, on Page Number 3132.
11        MR. COFFIN:  Thank you.
12  BY MR. ROTOLO:
13   Q.   I'll tell you it's going to be a green
14  handwritten piece of paper with a multicolor card on
15  it.
16   A.   Okay.
17   Q.   Are you there?
18   A.   Yes.
19   Q.   And you see at the top it says:
20  Dr. Theo, Friday, 3/7/14?
21   A.   Yes.
22   Q.   Is this your handwriting?
23   A.   Yes.
24   Q.   And would these be notes that you took
25  after a visit with Dr. Theodossiou on March 27th of

Page 200

1  2014?
2    A.   I'm sorry, I was reading.  Repeat the
3  last question, please.
4    Q.   Would these be your handwritten notes of
5  a visit you had with Dr. Theodossiou on March 7th of
6  2014?
7    A.   That's what it looks like, yes.
8    Q.   And then it says, if I'm reading your
9  handwriting correctly, it says:  Same lesion T12
10  better defined can safely get it, T12.
11        Am I reading that right?
12   A.   Yes.
13   Q.   So that was your understanding from your
14  visit with Dr. Theodossiou, that they could do the
15  biopsy on that T12?
16   A.   Yes.
17   Q.   And then it says:  Another on L1.
18        What was your understanding -- did they
19  find another lesion on L1?
20        MR. COFFIN:  Objection to form.
21   A.   Another -- very non-specific, so I don't
22  remember discussing that one in detail at all.
23   Q.   There's a line, and it says:  Why do
24  this, question mark.
25        Do you see that?

Page 201

1    A.   Yes.
2    Q.   And it says:  If cancer, no -- I can't
3  read your writing -- surgery.
4    A.   I believe that's referring to mastectomy
5  surgery.  So mastectomy surgery -- and I'll be
6  honest with you, I questioned that in my mind
7  because I wanted to be more aggressive.  And had
8  that come about, I would have had more conversations
9  with him to explore opportunities, alternatives.
10   Q.   You mean alternatives to have surgery to
11  remove the tumor?
12   A.   Yes.
13   Q.   Because you wanted to have the
14  aggressive treatment to try to cure the cancer?  Is
15  that what you said?
16   A.   That's not what I said.  I said I would
17  have explored other options.
18   Q.   But you said you wanted to be more
19  aggressive to not have --
20   A.   Did I say aggressive?  I'm sorry, okay.
21   Q.   Let me turn you to page -- Page 3149 of
22  that same exhibit.
23        And it's under a "Note" area of
24  March 31st to April 6th.
25        Do you see that at the top?

51 (Pages 198 - 201)

Page 202

1    A.   Yes.
2    Q.   And then on the 2nd, there's a notation.
3  It says:  Dr. Stolier called.  Some good news, some
4  not so good.  One, clear margins.  There was 1.5
5  centimeters left.  Two, 7 of 17 lymph nodes
6  cancerous.  We didn't eliminate it.  Will have
7  radiation but no more surgery needed.
8        Do you see that?  Did I read that
9  correctly?
10    A.   Yes.
11    Q.   And is that your recollection of what
12  Dr. Stolier told you?
13    A.   Yes.
14    Q.   There was a 1.5 centimeter of tumor left
15  in 7 out of 17 lymph nodes was your understanding?
16    A.   Yes.
17    Q.   And you haven't had any additional
18  surgery, correct, Ms. Guilbault?
19    A.   Correct.
20    Q.   Did you also have radiation treatment?
21    A.   Yes.
22    Q.   And do you know how many sessions of
23  radiation treatment you received?
24    A.   Thirty or 35.
25    Q.   I noticed in the records that we

Page 203

1  received from St. Charles Hospital from your
2  insurance, was there some dispute over the insurance
3  coverage on your surgery?
4        MR. COFFIN:  Object -- sorry, are you
5        done with the question?
6  BY MR. ROTOLO:
7    Q.   Let me rephrase.
8        Did your insurance cover your surgery at
9  the St. Charles Hospital?
10    A.   To my knowledge, it did.
11    Q.   After you completed your chemotherapy
12  regimen, did you begin treatment on hormone therapy?
13    A.   After I completed --
14    Q.   The chemotherapy regimen?
15    A.   Yes.
16    Q.   And what medication did Dr. Theodossiou
17  prescribe for you?
18    A.   Anastrozole.
19    Q.   And do you know what date you started
20  taking anastrozole?
21    A.   I do not.
22    Q.   Did you have a discussion with
23  Dr. Theodossiou about the risk and benefits of your
24  hormone therapy medication?
25    A.   Yes.

Page 204

1    Q.   And what was that discussion?  What do
2  you remember?
3    A.   I remember discussing bone density.
4  That's the major thing that I recall.
5    Q.   Did you have any side effects from
6  taking the hormone therapy?
7    A.   Oh, I did.  I had joint pain.
8    Q.   And how long did Dr. Theodossiou
9  indicate to you that you were going to be on hormone
10  therapy?
11    A.   Five years.
12    Q.   Did you and Dr. Theodossiou have any
13  discussion about extending your hormone therapy to
14  ten years?
15    A.   Yes, it has been extended.
16    Q.   And did Dr. Theodossiou -- what is your
17  understanding of why your hormone therapy was
18  extended to ten years?
19    A.   Because it's providing some protection,
20  because the tumor was estrogen positive.
21    Q.   The joint pain that you said you
22  experienced with the hormone therapy medication, do
23  you still experience that?
24    A.   Very, very little.
25    Q.   And was the joint pain something you

Page 205

1  were willing to accept to get the added benefit of
2  the hormone therapy to reduce the risk of recurrence
3  of cancer?
4        MR. COFFIN:  Object to the form.
5    A.   The bone -- the aches were minor and
6  relieved with exercise, with movement.  So --
7    Q.   And you were willing to accept that for
8  the benefit of helping prevent the recurrence?
9    A.   It was a minor risk, yes.
10    Q.   Did you do any research on the hormone
11  therapy medication that you were to receive?
12    A.   Probably.
13    Q.   Did you ask Dr. Theodossiou if the
14  hormone medication that you would receive caused
15  hair loss or hair thinning?
16    A.   I did not.
17    Q.   Did any of the research material that
18  you looked at discuss hair thinning or hair loss
19  from the use of hormone therapy medication?
20    A.   Not that I recall.
21    Q.   How long did it take you to recover from
22  your lumpectomy?
23    A.   From what?
24    Q.   From your lumpectomy.
25    A.   I had to stay home because of the

52 (Pages 202 - 205)

Page 210

1 everyone that has a cancer diagnosis like you had
2 has the same result that you had?
3     A.   I have no way of comparing that and
4 knowing that.
5     Q.   Have you known anyone who has died of
6 breast cancer?
7          MR. COFFIN:  Object to the form.
8     A.   Yes.
9     Q.   Do you consider yourself to be a breast
10 cancer survivor?
11    A.   Yes.
12    Q.   Do you credit the treatment that you
13 received for your cancer as helping to make you a
14 breast cancer survivor?
15    A.   Yes.
16    Q.   And do you credit your surgery with
17 helping you be a breast cancer survivor?
18    A.   Yes.
19    Q.   And do you credit your chemotherapy with
20 helping you be a breast cancer survivor?
21    A.   Yes.
22    Q.   And do you credit your radiation therapy
23 for being a breast cancer survivor?
24    A.   Yes.
25    Q.   And do you credit your estrogen -- I

Page 211

1 mean, your hormone therapy for you being a breast
2 cancer survivor?
3     A.   Yes.
4     Q.   So you credit all of the treatment that
5 you received for helping you be here today; correct?
6     A.   Yes.
7     Q.   Let's talk about your hair loss as we
8 move quickly.
9          At some point after you started chemo,
10 did your hair start falling out?
11    A.   Yes.
12    Q.   Can you explain to us how that occurred?
13    A.   Between the first and second treatments,
14 because I had asked the nurse when to expect it, and
15 that's what she told me.  Most everyone has lost it
16 by the second treatment.
17         So it came out slowly at first, and I
18 cut it a little bit shorter.  I got a wig and cut it
19 a little shorter.  And then there was a traumatic
20 evening in the shower when it all just washed down
21 the drain.
22         Which I was willing to put up with
23 because I assumed it was coming back.
24    Q.   Can we go back to your planners on
25 Exhibit 2, which is going to be Tab 1.

Page 212

1     A.   I'm sorry, say that again.
2     Q.   Yeah, Tab 1, which we've marked as
3 Exhibit 2.  It's going to be your 2013 planner.
4 We're going to look at Page 3065, which is the
5 calendar for September of 2013.
6          Are you on Page 3065?
7     A.   Yes.
8     Q.   We discussed earlier that you saw
9 Dr. Theodossiou on September 25 to discuss your
10 chemotherapy treatment?
11    A.   Yes.
12    Q.   If you look at the day before that, you
13 have a notation that you went to the wig shop in
14 between.
15         Do you see that notation?
16    A.   Yes.
17    Q.   So did you go to the wig shop before you
18 had the discussion with Dr. Theodossiou about
19 chemotherapy?
20    A.   Well, I don't -- was September 25th the
21 first -- no, I went to him on the 17th.
22    Q.   Right.
23         We looked at that record.
24    A.   I had the MRI.  And then I was between
25 appointments, and I remember running over there.

Page 213

1 Yes, so I did buy it.
2     Q.   And where did -- what wig shop did you
3 go to?
4     A.   That one was from Jolee La Belle.
5     Q.   And how did you know to go to --
6     A.   I had asked April, the chemo nurse,
7 where to go since I had no idea.
8     Q.   Let's go to Page 3076, and that's going
9 to be the calendar for October of 2013.
10    A.   Okay.
11    Q.   If you can look on Page 3076 at October
12 the 11th, there's a notation on that thing that says
13 hair started, dot, dot, dot.
14         Would that be a reference to the day
15 your hair started falling out?
16    A.   Yes.
17    Q.   And at that point that was after your --
18 your second treatment, you said, with Adriamycin and
19 Cytoxan?
20    A.   I think it was after the first one.
21 Because the second one it looks like was on the 8th.
22 Well, it would have been the 18th, but it was
23 postponed.
24    Q.   Okay.  If you can go to the page before,
25 3075, which is the first half of that calendar, and

54 (Pages 210 - 213)

1  look at the date October 13th on the calendar.  It
2  says:  Rachel cut hair and styled wig.
3      A.   Okay.
4      Q.   Or styled wig.
5          Who is Rachel?
6      A.   My daughter-in-law.
7      Q.   She's the one that's the hairstylist?
8      A.   Yes.
9      Q.   And when you reference cut hair, what do
10  you mean by that?
11      A.   She cut it short, to about an inch.
12      Q.   And when you purchased -- when you went
13  to the wig store on September the 24th, did you buy
14  one wig?
15      A.   I think I bought two.
16      Q.   And those are the wigs that would be
17  referred to here that Rachel styled?
18      A.   Yes.
19      Q.   When you said Rachel cut your hair to
20  about an inch, did there come a point that you lost
21  all the hair on your head?
22      A.   Yes.
23      Q.   And when did that occur?
24      A.   Shortly after where it says hair
25  started.  I don't know exactly when, but it must

1  have been very soon after.
2      Q.   If you would turn to -- I'm sorry, can
3  we turn to Page 3119 in the same planner, which is
4  going to be the note section at the end of January
5  of 2014?
6      A.   Yes.
7      Q.   And in January you were on your
8  docetaxel regimen; correct?
9      A.   Yes.
10      Q.   Can you look at the entry on
11  January 29th.  It says:  No school, feels soft,
12  fuzzy on scalp, exclamation point, hair growing out,
13  question mark, question mark.
14          Do you see that?
15      A.   Yes.
16      Q.   Did you start having some hair growth at
17  that time?
18      A.   I did.
19      Q.   Can you tell me the hair growth that you
20  had at that time?
21      A.   Very, very thin.  Very soft.  Scarce.
22  It was not like other people's hair that I had seen
23  growing out.  Sparse is a good word.
24      Q.   And you finished your chemotherapy
25  regimen, you said, at the end of February 2014;

1  correct?
2      A.   Yes.
3      Q.   In your amended complaint, which I think
4  you said you had reviewed prior to this deposition
5  today, you indicated in that amended complaint that
6  in April of 2014 you asked your oncologist when your
7  hair would return, and you were instructed that it
8  would start growing out likely within a month.  Do
9  you remember that?
10      A.   I think his words were more like give it
11  another month.
12      Q.   And so that discussion in April of 2014
13  would have been approximately two months after you
14  ended your chemotherapy treatment; correct?
15      A.   Correct.  Maybe a little bit less.
16      Q.   Let me ask you to go -- on your
17  planners, go to Page 3 -- yes, I'm sorry, 3200,
18  which is going to be in July of 2014.
19          Can you tell me in July 2014 what your
20  hair regrowth was?
21          MR. COFFIN:  Object to the form.
22  BY MR. ROTOLO:
23      Q.   Or how long your hair was in 2014 --
24  July 2014?
25      A.   There was almost no growth on the top.

1  Very, very little.  There were patches of no hair.
2  There was some fine hair here and a little hair at
3  the bottom in the back.
4      Q.   Notation on July the 11th of 2014, it
5  says:  Color hair.
6      A.   Yes.
7      Q.   Did you color your hair at that time?
8      A.   I do because it shows.  And it was --
9  it's turning gray, and I wanted it to match the wig.
10  It also says down there:  Fingernails still peeling.
11      Q.   So you were still having some --
12      A.   Yes.
13      Q.   -- some other issues --
14      A.   Yes.
15      Q.   -- with your nails?
16      A.   Yes.
17      Q.   When did you anticipate that your hair
18  would grow back?
19      A.   I didn't have a date for it.  I was
20  always hopeful, which is why I pursued various
21  concoctions, various doctors.  I had no idea.  And
22  my doctor had no idea that this would be permanent.
23  You know, we had discussions.  He would have told
24  me.  I had no idea it was permanent.  I was hopeful.
25  I just kept trying different things.  And since he

Page 218

1  wasn't notified about it, and I wasn't notified by
2  him, here I am with no hair.  Well, very little
3  hair.
4      Q.   In your amended complaint, you talk
5  about having a discussion with Dr. Theodossiou in
6  December of 2014 about your hair.
7          Do you remember that discussion?
8          MR. COFFIN:  Object to the form.
9      A.   I don't remember the -- I can't put a
10  date with what was said on a date six years ago.
11      Q.   Well, you did in your amended complaint.
12      A.   Well, because I probably --
13          MR. COFFIN:  Object to the form.
14      A.   Thank you.
15      Q.   How did you come up with the date that's
16  in your amended complaint of December of 2015 on a
17  discussion with Dr. Theodossiou about your --
18      A.   Probably the notes in my planner.
19          (Reporter clarification.)
20  BY MR. ROTOLO:
21      Q.   How did you come up with the date that
22  your amended complaint of the discussion that you
23  had with Dr. Theodossiou in December of 2015?
24      A.   It was probably taken from the notes in
25  my planner.

Page 219

1      Q.   Let's look at your planner, Page 3246.
2  And that's going to be in December of 2014.  I think
3  that's still going to be Tab 1, which is Exhibit 2?
4      A.   I'm sorry, the page number again?
5      Q.   3246?
6      A.   Okay.
7      Q.   Are these notes of yours that are
8  labeled 12/1/14, Dr. Theo?
9      A.   Yes.
10      Q.   And would this be the notes from a visit
11  you had with Dr. Theodossiou on December 1st of
12  2014?
13      A.   Yes.
14      Q.   And the first indication you have is
15  joint pain?
16      A.   Yes.
17      Q.   Do you know what that is referencing to?
18      A.   The side effects from chemotherapy.
19      Q.   So you were still having joint pain from
20  your chemotherapy in December of 2014?
21      A.   I may have had some from the
22  anastrozole.
23      Q.   The second notation you have is wrist
24  tendonitis?
25      A.   Yes.

Page 220

1      Q.   And can you tell me what that was?
2      A.   Just what it sounds like, this tendon
3  was inflamed.
4      Q.   And do you know what the cause of that
5  was?
6      A.   I don't.
7      Q.   Did he indicate what the cause of that
8  was?
9      A.   I'm not sure I discussed all these
10  things with him.  These were things I wrote down,
11  and sometimes I don't say everything on my list.
12      Q.   Next one is left shoulder?
13      A.   Yes, I would not have discussed that
14  with him.  I may have said -- but I don't know that
15  those are related.
16      Q.   And the next one is physical therapy,
17  breast edema?
18      A.   Yes.
19      Q.   Would that be something you would have
20  discussed with him?
21      A.   Yes, probably.
22      Q.   And then it says:  Hair stopped coming
23  out?
24      A.   Stopped growing and started coming out.
25      Q.   And then there's a little squiggly line:

Page 221

1  Give it some time, take multivitamin.
2      A.   Yes.
3      Q.   Would that be what Dr. Theodossiou told
4  you --
5      A.   Yes.
6      Q.   -- that you remember?
7          There's also a notation at the bottom,
8  and I think this page was cut off.  At the bottom it
9  says:  Give hair time, take multivitamin.
10      A.   Wait.  Where are we?
11      Q.   Same page, left side.
12      A.   This is probably -- this is my husband's
13  handwriting, I believe.  Mine at the top, and then
14  his handwriting:  Lesion hasn't changed so will
15  repeat scan, give hair time.
16          So it's a repeat of what's written
17  above.
18      Q.   So in December of 2014 you were asking
19  Dr. Theodossiou about the condition of your hair;
20  correct?
21      A.   Yes.  And he did not tell me it was not
22  coming back.  He did not tell me it was permanent.
23      Q.   In December of 2014, did you expect your
24  hair would have been -- would have grown back more
25  than it had?

56 (Pages 218 - 221)

Page 222

1        MR. COFFIN:  Object to the form.
2    A.   I didn't know what to expect.
3    Q.   Did you --
4    A.   I hoped --
5    Q.   By asking the doctor, did you think
6  something was not right about your hair growing
7  back?
8    A.   I suppose.  That's why I asked him.
9        THE VIDEOGRAPHER:  Sorry to interrupt
10       again, but Ms. Guilbault, you keep
11       veering over to your right if you want
12       to -- thank you.
13       That's perfect.  Thanks.
14       MR. ROTOLO:  Part of that's my fault
15       for making her look at notebooks.
16  BY MR. ROTOLO:
17   Q.   Can you look in your planner, but this
18  time we're going to go to tab -- Tab 2, Exhibit
19  Number 3, which is your 2015 planner.  And I'm going
20  to ask you to look at Page 3302.
21   A.   Okay.
22   Q.   Do you see at the bottom on the 28th it
23  says started Biotene?
24   A.   Yes.
25   Q.   Can you tell me what your understanding

Page 223

1  of what Biotene is?
2    A.   My understanding is that it's to promote
3  healthy hair, skin, and nails.
4    Q.   And did you start taking Biotene
5  sometime the week of January 28th, 2015, according
6  to your planner?
7    A.   If this is January, let's see.  Yes.
8    Q.   And how did you learn about Biotene?
9    A.   From my friend that we text message.
10   Q.   And let's look at that if you don't
11  mind.  If you could go to your other binder -- keep
12  that one open because we're going to be continuing
13  on with this, but if you could go to the other
14  binder, and we're going to go to Tab 66, and I'm
15  going to mark as Exhibit 19 the text messages that
16  are going to begin on Page 1111 of Tab 66.
17       (Exhibit Number 19 was marked for
18       identification.)
19   A.   Okay.  1111.  Okay.
20   Q.   And are these text messages between you
21  and Julie Miller?
22   A.   Yes.
23   Q.   And I think we talked about Ms. Miller
24  earlier.  Is this the same Julie Miller that we
25  talked about earlier?

Page 224

1    A.   Yes.
2    Q.   And this text message is dated
3  January 29th of 2015?
4    A.   Yes.
5    Q.   And is the first part here -- is that
6  your text message to her?
7    A.   Yes.
8    Q.   It says:  Hi, Julie K, it's Clare.
9    A.   Yes.
10   Q.   Charlotte gave me your number.  I want
11  to talk to you and hear --
12   A.   It should be your.
13   Q.   -- your story when you have time.  I
14  also want to know about Biotene, how much to take.
15  Special shampoo, question mark.  I am desperate for
16  a cure for this mess.  Any side effects?  Call me
17  when you can.
18       Was that referring to your hair?
19   A.   Yes.
20   Q.   And how did you -- why was Julie a
21  person that Charlotte would have told you to speak
22  with?
23   A.   Julie is a good friend of my sister's
24  and she was -- she had breast cancer.
25   Q.   And then the next page, which is 1112.

Page 225

1  And is this Julie's response to you?
2    A.   Yes.
3    Q.   She says:  I'm going to call you in just
4  a few minutes, waiting on phone call but should come
5  soon.  Took a picture of the shampoo.  Bought at
6  salon where I bought my wig.
7        And then there's a picture below that?
8    A.   Yes.
9    Q.   Did Julie just have -- was she just
10  undergoing chemotherapy as well?
11   A.   I think she was a little ahead of me.
12   Q.   Do you know if she was having issues
13  with her hair regrowing?
14   A.   I can't remember exactly where she was
15  here, but, no, her hair grew out perfectly.
16   Q.   Do you know why she would know about
17  Biotene and the special shampoos?
18   A.   As I said I think she belonged to some
19  cancer survivors group.
20   Q.   And you don't belong to any group like
21  that; correct?  No?
22   A.   No, sorry.
23   Q.   And then the picture is of something
24  called Nioxin?
25   A.   Right.

57 (Pages 222 - 225)

Page 234

1    MR. COFFIN:  Object to the form.
2    A.  Can you repeat the question, please?
3    Q.  Sure.
4        It says you haven't tried Rogaine but
5  ready to.
6    A.  Yes.
7    Q.  Did Julie Miller provide you any
8  information about Rogaine that you can remember?
9    A.  No, she did not.
10   Q.  In April of 2015, were you satisfied
11 with your hair regrowth?
12   A.  No.
13   Q.  Did you -- in April of 2015, did you
14 relate your hair regrowth to anything other than
15 your chemotherapy treatment?
16   A.  I didn't know what was causing it.
17   Q.  What did you think could be causing it,
18 other than chemotherapy?
19       MR. COFFIN:  Object to the form.
20   A.  I don't know.  I had no knowledge
21 that -- of anyone else's hair not growing back.  So
22 I was puzzled.
23   Q.  You lost your hair during chemotherapy;
24 correct?
25   A.  Yes.

Page 235

1    Q.  On your amended complaint, you indicated
2  that in April of 2015, you followed up with
3  Dr. Theodossiou and inquired again about your hair
4  regrowth and he suggested that you consult a
5  dermatologist.
6        Do you remember that conversation with
7  Dr. Theodossiou?
8    A.  Yes.
9    Q.  Did he recommend a specific
10 dermatologist for you to see?
11   A.  No.
12   Q.  And in May of 2015, and we talked about
13 this before, that's when you went to the skin
14 screening with Dr. Hooper; correct?
15   A.  Correct.
16   Q.  Did Dr. Hooper recommend a specific
17 dermatologist for you to see when you showed her
18 your hair?
19   A.  No.
20   Q.  How did you go about going to see
21 Dr. Terezakis?
22   A.  My daughter-in-law, who's the
23 cosmetologist, knows that she is a dermatologist and
24 heard that she had some sort of treatment and
25 suggested I consult her.

Page 236

1    Q.  And you made an appointment on your own
2  to go see Dr. Terezakis?
3    A.  I did.
4    Q.  And do you remember when you saw
5  Dr. Terezakis?
6    A.  I don't remember the exact date.
7    Q.  And what do you remember telling
8  Dr. Terezakis about your hair?
9    A.  The first person to come in was not the
10 doctor.  It's the take-in people.  And I told them
11 that I had had chemotherapy and that this was the
12 state of my hair.
13   Q.  And then you saw Dr. Terezakis?
14   A.  Yes.
15   Q.  And what did Dr. Terezakis -- did she
16 perform an exam on your head?
17   A.  She did.
18   Q.  And what did Terezakis -- what do you
19 remember Terezakis telling you with regard to your
20 hair?
21   A.  That it's not from chemotherapy.
22   Q.  What did she say it was from?
23   A.  I don't recall that she did.
24   Q.  And what -- did she provide any
25 treatments?

Page 237

1    A.  She did.
2    Q.  And what -- is it the special medication
3  that you talked about earlier, or shampoo or --
4    A.  It's a liquid that you apply to your
5  scalp.
6    Q.  Were you having any -- during this time,
7  were you having any irritation or itching of your
8  scalp?
9    A.  I don't recall that I was.
10   Q.  Did she advise you to continue taking
11 the Biotene?
12   A.  I don't know that we discussed that.
13   Q.  Let me have you look at page -- I'm
14 sorry, in the big notebook, Tab 68, and we're going
15 to mark it as Exhibit 20.
16       (Exhibit Number 20 was marked for
17       identification.)
18 BY MR. ROTOLO:
19   Q.  Would that be the medication that you
20 received from Dr. Terezakis?
21   A.  Yes.
22   Q.  And same with the picture on the next
23 page?
24   A.  Yes.
25   Q.  Let's turn to Tab 67, which I'll mark as

60 (Pages 234 - 237)

1    Q.   June 25th of 2015.
2    A.   Okay, yes.
3    Q.   And she's texted -- am I correct that
4  she's the one texting you first here:  How are you
5  doing?  Is Arimidex getting any better?  And hair,
6  question mark, Julie?
7    A.   Yes.
8    Q.   So she was asking you about your side
9  effects of Arimidex?
10   A.   Yes.
11   Q.   And then you respond:  Hi, thanks for
12  checking.  I think exercise helps with the joint
13  pain.  Walking and yoga.  When I don't exercise,
14  feel stiffer and icky.  Hair, hmm, some is there but
15  sparse and fine.  Still need wig.  Started Rogaine,
16  a week -- started a week ago.  We shall see.  How
17  are you?  Still achy?
18   A.   Correct.
19   Q.   So you had start -- you started Rogaine
20  sometime in July of 2015?
21   A.   Yes.  I have it noted in there.  It's
22  not in my head, but if that's what you say.
23   Q.   Well, it's what you tell her.  You said
24  on --
25   A.   Okay.

1    Q.   On this text message, you said:  Started
2  Rogaine a week ago.
3    A.   Okay.
4    Q.   When you went to see Dr. Theodossiou,
5  would you normally be wearing your wig?
6    A.   Yes.
7    Q.   Were there any occasions when you went
8  to see Dr. Theodossiou where you were not wearing
9  your wig?
10   A.   I took it off once to show him the
11  status.
12   Q.   And do you remember when that was?
13   A.   I do not.
14   Q.   And what -- do you remember what he --
15  what he remarked to you, if anything?
16   A.   No, I don't.
17   Q.   Do you remember what -- did you ask him
18  specific questions when you took off your wig?
19   A.   I don't recall.
20   Q.   Did you take off your wig for him to
21  look at because you thought something wasn't right
22  with your hair?
23   A.   He asked me about my hair regrowth, and
24  I said:  Would you like to see it?  So I just took
25  it off briefly and put it back on.

1    Q.   And you don't remember what his response
2  was?  No?
3    A.   No, I'm sorry.
4    Q.   After you saw Dr. Terezakis and started
5  using Rogaine in July of 2015 and your use of
6  Biotene and the shampoos, did your hair make any
7  progress in regrowing?
8    A.   I do not believe that it did.
9    Q.   Did your hair regrowth get any worse
10  between that time and today?
11   A.   Yes, I believe it did.
12   Q.   And how did it get worse between then
13  and now?
14   A.   I believe it just stopped growing in
15  some areas.
16   Q.   Has it gotten any thinner in any areas
17  since the picture that we have from Dr. Terezakis
18  and today?
19   A.   Yes.  There was another picture that I
20  came across in here, and that's more accurate of
21  what my hair is now.
22   Q.   So you believe your hair has gotten
23  thinner between Dr. Terezakis' photos and currently?
24   A.   Possibly.
25   Q.   When the treatments that you were using,

1  the Rogaine, the Biotene, the shampoos didn't work,
2  did you think something was wrong with your hair
3  regrowth?
4    A.   Of course, yes.  But I still thought I
5  could make a comeback.  I thought it would come
6  back.
7    Q.   And you said at some point you saw an
8  attorney advertisement; correct?
9    A.   Yes.
10   Q.   Was it you that saw the advertisement,
11  or your husband?
12   A.   My husband.
13   Q.   And do you know when he saw that
14  advertisement?
15   A.   I don't know the exact date, but I
16  believe it was some time in 2016.  Sometime in May.
17   Q.   And did he see the advertisement on TV
18  or on the computer?
19   A.   On TV.
20   Q.   Did he write down any information from
21  the ad on TV?
22   A.   He took a picture of it, of the ad.
23   Q.   Does he still have the picture of that
24  ad?
25   A.   Yes.

62 (Pages 242 - 245)

Page 246

```
1      Q.   And did you call the number on the ad?
2      A.   I did.
3      Q.   And is that how you came to hire your
4   counsel?
5      A.   I believe the number on there was Allen
6   Berger and Associates.  I made initial contact with
7   them.
8      Q.   And did Allen Berger represent you at
9   any point?
10      A.   No.
11      Q.   Did Allen Berger refer you to your
12   current counsel?
13      A.   No.
14      Q.   And how did you come to your current
15   counsel?
16      A.   My personal lawyer recommended.
17      Q.   Let's turn to Tab 69, which I'm going to
18   mark as Exhibit 22.
19          (Exhibit Number 22 was marked for
20          identification.)
21   BY MR. ROTOLO:
22      Q.   These are photographs of yourself?
23      A.   Yes.
24      Q.   And are these photographs that you took
25   for purposes of this litigation?
```

Page 247

```
1      A.   Yes.
2      Q.   And who took these photographs of you?
3      A.   My husband.
4      Q.   And do you know when these photographs
5   were taken?
6      A.   I do not by looking at them.  I know I
7   took some in January, but, no, I don't know the
8   date.
9      Q.   January of 2020?
10      A.   I think I took some before then.  They
11   were digital so I knew the dates would be on there.
12   I can't recall the exact date.
13      Q.   If you look at the 5th picture in.  I'm
14   sorry, I should have page numbered these.  I didn't
15   realize they weren't.  And I'm referencing this
16   picture.
17      A.   Yes.
18      Q.   How long has your -- the front of your
19   hair been like what is represented in the
20   photograph?
21      A.   Since the very beginning of it growing
22   back after chemotherapy.  It has never progressed
23   beyond that.
24      Q.   Would it be a correct statement that the
25   hair is thicker on the back and the sides than it is
```

Page 248

```
1   on the top of your head?
2          MR. COFFIN:  Object to the form.
3      A.   I don't look at it that often.  I would
4   say there's a little bit more on the bottom, but
5   it's thin all over.
6      Q.   If you look at the next photograph on
7   the next page -- and I'm referencing this photograph
8   right here.  It's the one after the one we were
9   looking at a while ago.
10      A.   The top of the head?
11      Q.   Yes.
12      A.   Okay.
13      Q.   Is your hair wet in that photograph?
14      A.   It may have been.  I'm not sure.
15      Q.   Comparing these photographs with the
16   photographs that we looked at that Dr. Terezakis had
17   taken in June of 2015, do you believe that your hair
18   condition has gotten worse between those two sets of
19   photographs?
20      A.   If you look at the photographs, it does
21   look worse, but I do not believe that it has gotten
22   worse.  It has just stopped growing in spots.
23      Q.   Do you wear a wig all the time?
24      A.   Yes.
25      Q.   And how many wigs have you purchased?
```

Page 249

```
1      A.   I buy at least two or three a year.  So
2   from '13 to now, so over 20.
3      Q.   Do you have all the receipts for the
4   wigs that you have purchased?
5      A.   Not every single one.  I know that I
6   provided the ones that I had, and I sent the
7   pictures of the boxes.  Don't ask me why I keep
8   them.  But I sent the boxes to give you an idea that
9   I had purchased all of those.
10      Q.   Let's look at Tab 72, which I'm going to
11   mark as Exhibit 23.
12          (Exhibit Number 23 was marked for
13          identification.)
14   BY MR. ROTOLO:
15      Q.   Are these photographs of the wigs that
16   you have purchased?
17      A.   Yes.
18      Q.   And do you still have all of the wigs
19   that you have purchased?
20      A.   I do not have all of them.
21      Q.   Did you purchase about the same amount
22   of wigs every year since 2013?
23      A.   About, yeah.
24      Q.   If you go to Tab B of 72 --
25      A.   Can I explain what these things are?
```

63 (Pages 246 - 249)

Page 250

1    Q.   Sure.
2    A.   These are Number 1, Number 2, and
3  Number 3.  When I work in the yard, I use Number 3.
4  When I'm in the house, I use Number 2.  When I go
5  out, I use Number 1.
6         And then they rotate because they dry
7  out and become brittle and sometimes you damage them
8  over the stove or the oven, and those would get
9  thrown away.
10        So I do not have all of them.
11   Q.   And if you look at the B Tab, which I'm
12 going to mark as 23, are some receipts for wigs;
13 correct?
14   A.   Yes.
15   Q.   And is this the receipt for all the wigs
16 you have purchased?
17   A.   No, it is not.  I could not locate all
18 of them.
19   Q.   Because I know most of these receipts
20 look like they're in 2018, 2019.
21        Did you purchase wigs before that time?
22   A.   I began purchasing wigs in 2013 and
23 purchased every year to the present and for the rest
24 of my life.
25   Q.   And, on average, how much do you spend

Page 251

1  on a wig?
2    A.   About $140.
3    Q.   And do you buy them at the same places,
4  just like Wig World?
5    A.   Now I do, yes.  Yes.
6    Q.   Do you ever wear scarves instead of
7  wigs?
8    A.   Only -- only if maybe I'm working out in
9  the yard and I don't expect to see anybody.
10   Q.   And you said you had also lost your body
11 hair?
12   A.   Yes.
13   Q.   When was the last time you saw an
14 improvement in regrowth of your hair after
15 chemotherapy?
16   A.   I don't know.  I don't think there has
17 been.
18   Q.   At what point in time did your hair on
19 your scalp get to the condition that it is today?
20   A.   I can't pinpoint that.  I don't know.
21   Q.   Has any portion of your body hair grown
22 back?
23   A.   I have about ten hairs on each leg.  I
24 have a few under one armpit.  I have very little --
25 I have very few eyebrows.  Very stubby eyelashes

Page 252

1  that will not hold mascara.
2    Q.   Is it your belief that you have
3  permanent hair loss?
4    A.   It is now, yes.
5    Q.   And what is that based on?
6    A.   What is that based on?  The commercial
7  that I saw.  And then when I read about what the
8  case was about and realized that my doctor did not
9  know.  So, therefore, he did not tell me about the
10 possible risk.  And had there been another choice, I
11 would have chosen another choice.
12   Q.   If he had offered you another choice
13 that wasn't as effective as the choice that you had
14 but had a --
15        MR. COFFIN:  Objection -- excuse me,
16        go ahead and finish your question.
17 BY MR. ROTOLO:
18   Q.   But had a lesser risk of hair loss,
19 would you have taken it?
20        MR. COFFIN:  Object to the form.
21   A.   I can't answer that right now.
22   Q.   If you knew you lost your hair because
23 of chemotherapy, didn't you suspect that it wasn't
24 coming back because of the chemotherapy?
25   A.   I was hopeful that it would come back.

Page 253

1  I tried and I tried and I tried.
2    Q.   But you attributed it to chemotherapy;
3  correct?
4    A.   Originally, yes.
5    Q.   Has any doctor ever told you that you
6  were suffering from permanent hair loss?
7    A.   No.
8    Q.   Have you seen any other doctor about
9  your hair loss other than Dr. Terezakis?
10   A.   I think I mentioned Dr. Koppel, but I
11 didn't go for the hair.  You know, when you go to a
12 doctor you have to address that -- if they want to
13 look at your scalp, you have to address that there's
14 a wig and my hair didn't grow back.  So I approached
15 it with Dr. Koppel and Dr. Terezakis.  I went
16 specifically to her for the hair loss.
17   Q.   And was the visit with Dr. Koppel, did
18 that occur after you filed this lawsuit?
19   A.   I've been in several times so I don't
20 know exactly when we discussed that.
21   Q.   Did Dr. Koppel -- what was his
22 recommendation when you talked to him about hair
23 loss?
24   A.   He seemed to not -- that not -- I
25 believed what he was saying is:  This is not my

64 (Pages 250 - 253)

Page 286

```
1
2        REPORTER'S CERTIFICATE
3     This certification is valid only for a
      transcript accompanied by my original signature and
4     original required seal on this page
         I, EVANGELINE A. LANGSTON, Certified Court
5     Reporter in and for the State of Louisiana, as the
      officer before whom this testimony was administered,
6     do hereby certify that Clare Guilbault, after having
      been duly sworn by me upon authority of R S
7     37:2554, did testify as hereinbefore set forth in
      the foregoing 285 pages;
8
         That this testimony was reported by me in the
9     stenotype reporting method; was prepared and
      transcribed by me or under my personal direction and
10    supervision, and is a true and correct transcript to
      the best of my ability and understanding;
11       That the foregoing transcript has been
      prepared in compliance with transcript format
12    guidelines required by statute or by the Rules of
      the Louisiana Certified Shorthand Reporter Board;
13    and that I am informed about the complete
      arrangement, financial or otherwise, with the person
14    or entity making arrangement for deposition
      services; that I have acted in compliance with the
15    prohibition on contractual relationships, as defined
      by the Louisiana Code of Civil Procedure Article
16    1434 and in rules and advisory opinions of the
      board;
17       That I have no actual knowledge of any
      prohibited employment or contractual relationship,
18    direct or indirect, between a court reporting firm
      and any party litigant in this matter, nor is there
19    any such relationship between myself and a party
      litigant in this matter;
20       That I am not of counsel, not related to
      counsel or the parties herein, nor am I otherwise
21    interested in the outcome of this matter
22
23
24       _____
         EVANGELINE A. LANGSTON, FCRR
25       CCR #27019, RPR #31609
```

Page 287

1 CHRISTOPHER COFFIN, ESQ.

2 coffin@pbclawfirm.com

3     November 17, 2020

4 RE: Guilbault v. Hospira Worldwide, Inc.,Et Al.

5   11/4/2020, Clare Guilbault (#4325379)

6   The above-referenced transcript is available for

7 review.

8   Within the applicable timeframe, the witness should

9 read the testimony to verify its accuracy. If there are

10 any changes, the witness should note those with the

11 reason, on the attached Errata Sheet.

12   The witness should sign the Acknowledgment of

13 Deponent and Errata and return to the deposing attorney.

14 Copies should be sent to all counsel, and to Veritext at

15 cs-ny@veritext.com.

16

17   Return completed errata within 30 days from

18 receipt of testimony.

19   If the witness fails to do so within the time

20 allotted, the transcript may be used as if signed.

21

22     Yours,

23     Veritext Legal Solutions

24

25

Page 288

1 Guilbault v. Hospira Worldwide, Inc.,Et Al.

2 Clare Guilbault (#4325379)

3      E R R A T A  S H E E T

4 PAGE_____ LINE_____ CHANGE_____

5 _____

6 REASON_____

7 PAGE_____ LINE_____ CHANGE_____

8 _____

9 REASON_____

10 PAGE_____ LINE_____ CHANGE_____

11 _____

12 REASON_____

13 PAGE_____ LINE_____ CHANGE_____

14 _____

15 REASON_____

16 PAGE_____ LINE_____ CHANGE_____

17 _____

18 REASON_____

19 PAGE_____ LINE_____ CHANGE_____

20 _____

21 REASON_____

22

23 _____  _____

24 Clare Guilbault          Date

25

Page 289

1 Guilbault v. Hospira Worldwide, Inc.,Et Al.

2 Clare Guilbault (#4325379)

3      ACKNOWLEDGMENT OF DEPONENT

4   I, Clare Guilbault, do hereby declare that I

5 have read the foregoing transcript, I have made any

6 corrections, additions, or changes I deemed necessary as

7 noted above to be appended hereto, and that the same is

8 a true, correct and complete transcript of the testimony

9 given by me.

10

11 _____  _____

12 Clare Guilbault          Date

13 *If notary is required

14     SUBSCRIBED AND SWORN TO BEFORE ME THIS

15 _____ DAY OF _____, 20___.

16

17

18     _____

19     NOTARY PUBLIC

20

21

22

23

24

25

73 (Pages 286 - 289)