# Exhibit 4

NOMC TANSEY BREAST SURGERY CENTER
OCHSNER, SOUTH SHORE REGION LA
Ambulatory Encounter

Guilbault, Clare L
MRN: ███  DOB: ███ 1952, Sex: F
Enc. Date 9/17/2013

## Encounter Information - Appointment

### Appointment Status
Canceled (Other)

### Diagnoses
None.

### Non-Hospital Problems as of 9/17/2013
Reviewed: 9/17/2013 by Chris Theodossiou, MD

| Problem | Codes | Noted - Resolved |
|---|---|---|
| Malignant neoplasm of other specified sites of female breast | ICD-10-CM: C50.919 ICD-9-CM: 174.8 | 9/17/2013 - Present |
| Secondary and unspecified malignant neoplasm of lymph nodes, site unspecified (196.9) | ICD-10-CM: C77.9 ICD-9-CM: 196.9, 199.1 | 9/17/2013 - Present |

### Allergies as of 9/17/2013
No Known Allergies

### Immunizations Administered as of 9/17/2013
Never Reviewed
No immunizations on file.

### Medical History

| Diagnosis | Date | Comment | Source |
|---|---|---|---|
| Breast cancer | | | Provider |
| Hypertension | | | Provider |

### Surgical History

| Procedure | Laterality | Date | Comment | Source |
|---|---|---|---|---|
| BREAST BIOPSY | | | | Provider |
| TONSILLECTOMY | | | | Provider |

### Family and Education as of 9/17/2013

**Marital Status**
Married

## Social Documentation

### Social Documentation as of 9/17/2013
None

### Tobacco Use as of 9/17/2013
Never Smoker.

### Alcohol Use as of 9/17/2013
Yes.
Comments: wine socially

### Drug Use as of 9/17/2013
No.

### Family History as of 9/17/2013
No family history on file.

Generated on 4/24/20 12:25 PM

**EXHIBIT 1**

Page 17

NOMC TANSEY BREAST SURGERY CENTER  
OCHSNER, SOUTH SHORE REGION LA  
Ambulatory Encounter

Guilbault, Clare L  
MRN: [redacted]  DOB: [redacted] 952, Sex: F  
Enc. Date 9/17/2013

## Encounter Information - Appointment (continued)

### Family Status as of 9/17/2013

| Relation | Status |
|---|---|
| Mother | Deceased |
| Father | Deceased |
| Sister | Alive |
| Brother | Alive |
| Sister | Alive |
| Sister | Alive |
| Brother | Alive |
| Brother | Alive |
| Brother | Alive |
| Brother | Deceased |

### Employment History as of 9/17/2013

No employment history on file.

### Obstetric History as of 9/17/2013

No data available

### Anticoagulation Episode Summary

Current INR goal:  
TTR: —  
Next INR check:  
INR from last check:  
Most recent INR: 1.0 (5/9/2014)  
Weekly max warfarin dose:  
Target end date:  
INR check location:  
Preferred lab:  
Send INR reminders to:  
Comments:

Indications  
Breast cancer [C50.919]  
Malignant neoplasm of left breast [C50.912]

### History

Not marked as reviewed during this visit.

## Medications

### Outpatient Medications at Start of Encounter as of 9/17/2013

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| loratadine (CLARITIN) 10 mg tablet  Sig - Route: Take 10 mg by mouth once daily. - Oral  Class: Historical Med | | | | |
| diazepam (VALIUM) 5 MG tablet (Discontinued)  Sig - Route: Take 5 mg by mouth every 6 (six) hours as needed. - Oral  Class: Historical Med  Reason for Discontinue: Patient no longer taking | | | | 8/22/2014 |
| OLMESARTAN MED/AMLODIPINE/HCTZ (TRIBENZOR ORAL) (Discontinued)  Sig - Route: Take by mouth. - Oral  Class: Historical Med  Reason for Discontinue: Duplicate Order | | | | 9/20/2013 |
| potassium chloride (KLOR-CON) 20 mEq Pack (Discontinued)  Sig - Route: Take 20 mEq by mouth once daily. - Oral | | | | 3/21/2014 |

NOMC TANSEY BREAST SURGERY CENTER  
OCHSNER, SOUTH SHORE REGION LA  
Ambulatory Encounter

Guilbault, Clare L  
MRN: ▮▮▮▮  DOB: ▮▮1952, Sex: F  
Enc. Date 9/17/2013

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 9/17/2013 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|

Class: Historical Med  
Reason for Discontinue: Reorder

vitamin D 1000 units Tab (Discontinued)                                                                                        3/17/2016  
Sig - Route: Take 800 mg by mouth once daily. - Oral  
Class: Historical Med  
Reason for Discontinue: Patient no longer taking

vitamin E 100 UNIT capsule (Discontinued)                                                                                      8/25/2016  
Sig - Route: Take 100 Units by mouth once daily. - Oral  
Class: Historical Med  
Reason for Discontinue: Patient no longer taking

## Result Notes and Comments

### Encounter Messages

No messages in this encounter

### Follow-up Information

None

### Follow Up Call

No data filed

NOMC HEMATOLOGY ONCOLOGY
OCHSNER, SOUTH SHORE REGION LA
Ambulatory Encounter

Guilbault, Clare L
MRN: [redacted]   DOB: [redacted] 952, Sex: F
Acct #: [redacted]
Enc. Date 9/17/2013

## Encounter Information - Initial consult

### Reason for Visit

Breast Cancer          consultation

### Diagnoses

| | Codes | Comments |
|---|---|---|
| Malignant neoplasm of other specified sites of female breast - Primary | ICD-10-CM: C50.919<br>ICD-9-CM: 174.8 | |
| Secondary and unspecified malignant neoplasm of lymph nodes, site unspecified(196.9) | ICD-10-CM: C77.9<br>ICD-9-CM: 196.9, 199.1 | |

### Non-Hospital Problems as of 9/17/2013      Reviewed: 9/17/2013 by Chris Theodossiou, MD

| | Codes | Noted - Resolved |
|---|---|---|
| Malignant neoplasm of other specified sites of female breast | ICD-10-CM: C50.919<br>ICD-9-CM: 174.8 | 9/17/2013 - Present |
| Secondary and unspecified malignant neoplasm of lymph nodes, site unspecified(196.9) | ICD-10-CM: C77.9<br>ICD-9-CM: 196.9, 199.1 | 9/17/2013 - Present |

### Allergies as of 9/17/2013

No Known Allergies

### Immunizations Administered as of 9/17/2013                Never Reviewed

No Immunizations on file.

### Encounter Vitals Flowsheet Audit Trail (all recorded)

| Flow Time | Flow Value | User | File Time | Action |
|---|---|---|---|---|
| **BP** | | | | |
| 09/17/13 1306 | (!) 158/83 | RJ | 09/17/13 1307 | Current |
| **Pulse** | | | | |
| 09/17/13 1306 | 102 | RJ | 09/17/13 1307 | Current |
| **Temp** | | | | |
| 09/17/13 1306 | 97.8 °F (36.6 °C) | RJ | 09/17/13 1307 | Current |
| **Temp src** | | | | |
| 09/17/13 1306 | Oral | RJ | 09/17/13 1307 | Current |
| **Weight** | | | | |
| 09/17/13 1306 | 61.7 kg (136 lb) | RJ | 09/17/13 1307 | Current |
| **Height** | | | | |
| 09/17/13 1306 | 5' (1.524 m) | RJ | 09/17/13 1307 | Current |
| **Pain Score** | | | | |
| 09/17/13 1306 | Zero left breast biopsy site | RJ | 09/17/13 1307 | Current |

User Key              (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Effective Dates | Name | Provider Type | Discipline |
|---|---|---|---|---|
| RJ | 06/12/12 - | Robin L Jackson, RN | Registered Nurse | Nurse |

### Medical History

| Diagnosis | Date | Comment | Source |
|---|---|---|---|
| Breast cancer | | | Provider |
| Hypertension | | | Provider |

### Surgical History

Generated on 4/24/20 12:25 PM                                    Page 20

NOMC HEMATOLOGY ONCOLOGY
OCHSNER, SOUTH SHORE REGION LA
Ambulatory Encounter

Guilbault, Clare L
MRN: ■   DOB: ■ 1952, Sex: F
Acct #: ■
Enc. Date 9/17/2013

## Encounter Information - Initial consult (continued)

### Surgical History (continued)

| Procedure | Laterality | Date | Comment | Source |
|---|---|---|---|---|
| BREAST BIOPSY | | | | Provider |
| TONSILLECTOMY | | | | Provider |

### Family and Education as of 9/17/2013

**Marital Status**
Married

## Social Documentation

### Social Documentation as of 9/17/2013
None

### Tobacco Use as of 9/17/2013
Never Smoker.

### Alcohol Use as of 9/17/2013
Yes.
Comments: wine socially

### Drug Use as of 9/17/2013
No.

### Family History as of 9/17/2013
No family history on file.

### Family Status as of 9/17/2013

| Relation | Status |
|---|---|
| Mother | Deceased |
| Father | Deceased |
| Sister | Alive |
| Brother | Alive |
| Sister | Alive |
| Sister | Alive |
| Brother | Alive |
| Brother | Alive |
| Brother | Alive |
| Brother | Deceased |

### Employment History as of 9/17/2013
No employment history on file.

### Obstetric History as of 9/17/2013
No data available

### Anticoagulation Episode Summary

Current INR goal:
TTR: —
Next INR check:
INR from last check:
Most recent INR:   1.0 (5/9/2014)

Indications
Breast cancer [C50.919]
Malignant neoplasm of left breast [C50.912]

NOMC HEMATOLOGY ONCOLOGY
OCHSNER, SOUTH SHORE REGION LA
Ambulatory Encounter

Guilbault, Clare L
MRN: [redacted]   DOB: [redacted] 1952, Sex: F
Acct #: [redacted]
Enc. Date 9/17/2013

## Encounter Information - Initial consult (continued)

### Anticoagulation Episode Summary (continued)

Weekly max warfarin dose:
Target end date:
INR check location:
Preferred lab:
Send INR reminders to:
Comments:

### History

| Reviewed By | Date/Time | Sections Reviewed |
|---|---|---|
| Chris Theodossiou, MD | 9/17/2013 2:17 PM | Tobacco, Alcohol, Drug Use, Sexual Activity |
| Robin L Jackson, RN | 9/17/2013 1:11 PM | Medical, Surgical, Tobacco, Alcohol, Drug Use, Sexual Activity, Family |
| Robin L Jackson, RN | 9/17/2013 1:10 PM | Medical, Surgical |

## Medications

### Outpatient Medications at Start of Encounter as of 9/17/2013

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| loratadine (CLARITIN) 10 mg tablet (Taking) Sig - Route: Take 10 mg by mouth once daily. - Oral Class: Historical Med | | | | |
| diazepam (VALIUM) 5 MG tablet (Taking) Sig - Route: Take 5 mg by mouth every 6 (six) hours as needed. - Oral Class: Historical Med | | | | 8/22/2014 |
| OLMESARTAN MED/AMLODIPINE/HCTZ (TRIBENZOR ORAL) (Taking) Sig - Route: Take by mouth. - Oral Class: Historical Med | | | | 9/20/2013 |
| potassium chloride (KLOR-CON) 20 mEq Pack (Taking) Sig - Route: Take 20 mEq by mouth once daily. - Oral Class: Historical Med | | | | 3/21/2014 |
| vitamin D 1000 units Tab (Taking) Sig - Route: Take 800 mg by mouth once daily. - Oral Class: Historical Med | | | | 3/17/2016 |
| vitamin E 100 UNIT capsule (Taking) Sig - Route: Take 100 Units by mouth once daily. - Oral Class: Historical Med | | | | 8/25/2016 |

### Medications the Patient Reported Taking

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| loratadine (CLARITIN) 10 mg tablet (Taking) Sig: Take 10 mg by mouth once daily. Class: Historical Med Route: Oral | | | | |
| diazepam (VALIUM) 5 MG tablet (Taking/Discontinued) Sig: Take 5 mg by mouth every 6 (six) hours as needed. Class: Historical Med Route: Oral Reason for Discontinue: Patient no longer taking | | | | 8/22/2014 |
| OLMESARTAN MED/AMLODIPINE/HCTZ (TRIBENZOR ORAL) (Taking/Discontinued) | | | | 9/20/2013 |

NOMC HEMATOLOGY ONCOLOGY
OCHSNER, SOUTH SHORE REGION LA
Ambulatory Encounter

Guilbault, Clare L
MRN: ▇▇▇   DOB: ▇▇ 1952, Sex: F
Acct #: ▇▇▇
Enc. Date 9/17/2013

## Medications (continued)

**Medications the Patient Reported Taking (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|

Sig: Take by mouth.
Class: Historical Med
Route: Oral
Reason for Discontinue: Duplicate Order

**potassium chloride (KLOR-CON) 20 mEq Pack** — 3/21/2014
(Taking/Discontinued)
Sig: Take 20 mEq by mouth once daily.
Class: Historical Med
Route: Oral
Reason for Discontinue: Reorder

**vitamin D 1000 units Tab (Taking/Discontinued)** — 3/17/2016
Sig: Take 800 mg by mouth once daily.
Class: Historical Med
Route: Oral
Reason for Discontinue: Patient no longer taking

**vitamin E 100 UNIT capsule** — 8/25/2016
(Taking/Discontinued)
Sig: Take 100 Units by mouth once daily.
Class: Historical Med
Route: Oral
Reason for Discontinue: Patient no longer taking

NOMC HEMATOLOGY ONCOLOGY  
OCHSNER, SOUTH SHORE REGION LA  
Ambulatory Encounter

Guilbault, Clare L  
MRN: ▮  DOB: ▮ 1952, Sex: F  
Acct #: ▮  
Enc. Date 9/17/2013

## Lab and Imaging Orders

### NM Bone Scan Whole Body

Electronically signed by: Chris Theodossiou, MD on 09/17/13 1426      Status: Completed  
Ordering user: Chris Theodossiou, MD 09/17/13 1426     Authorized by: Chris Theodossiou, MD  
Ordering mode: Standard  
Frequency: 09/17/13 -  
Diagnoses  
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]  
Secondary and unspecified malignant neoplasm of lymph nodes, site unspecified [196.9, 199.1 (ICD-9-CM)]

Questionnaire

| Question | Answer |
|---|---|
| Reason for Exam: | metastatic cancer |

NOMC HEMATOLOGY ONCOLOGY  
OCHSNER, SOUTH SHORE REGION LA  
Ambulatory Encounter

Guilbault, Clare L  
MRN: ███   DOB: ███ 1952, Sex: F  
Acct #: ███  
Enc. Date 9/17/2013

## Other Orders

### OLMESARTAN MED/AMLODIPINE/HCTZ (TRIBENZOR ORAL)

| | |
|---|---|
| Electronically signed by: Robin L Jackson, RN on 09/17/13 1309 | Status: Discontinued |
| Ordering user: Robin L Jackson, RN 09/17/13 1309 | Authorized by: Historical Provider, MD |
| Ordering mode: Standard | |
| Frequency: - 09/20/13 | Discontinued by: Brandy Harris, MA 09/20/13 1046 [Duplicate Order] |

### potassium chloride (KLOR-CON) 20 mEq Pack

| | |
|---|---|
| Electronically signed by: Robin L Jackson, RN on 09/17/13 1309 | Status: Discontinued |
| Ordering user: Robin L Jackson, RN 09/17/13 1309 | Authorized by: Historical Provider, MD |
| Ordering mode: Standard | |
| Frequency: Daily - 03/21/14 | Discontinued by: Nichole M. Polin, MD 03/21/14 1025 [Reorder] |

### vitamin D 1000 units Tab

| | |
|---|---|
| Electronically signed by: Robin L Jackson, RN on 09/17/13 1309 | Status: Discontinued |
| Ordering user: Robin L Jackson, RN 09/17/13 1309 | Authorized by: Historical Provider, MD |
| Ordering mode: Standard | |
| Frequency: Daily - 03/17/16 | Discontinued by: Dominique S. Carr, MA 03/17/16 0831 [Patient no longer taking] |

### loratadine (CLARITIN) 10 mg tablet

| | |
|---|---|
| Electronically signed by: Robin L Jackson, RN on 09/17/13 1309 | Status: Active |
| Ordering user: Robin L Jackson, RN 09/17/13 1309 | Authorized by: Historical Provider, MD |
| Ordering mode: Standard | |
| Frequency: Daily - Until Discontinued | |

### vitamin E 100 UNIT capsule

| | |
|---|---|
| Electronically signed by: Robin L Jackson, RN on 09/17/13 1309 | Status: Discontinued |
| Ordering user: Robin L Jackson, RN 09/17/13 1309 | Authorized by: Historical Provider, MD |
| Ordering mode: Standard | |
| Frequency: Daily - 08/25/16 | Discontinued by: Dominique S. Carr, MA 08/25/16 0826 [Patient no longer taking] |

### diazepam (VALIUM) 5 MG tablet

| | |
|---|---|
| Electronically signed by: Robin L Jackson, RN on 09/17/13 1309 | Status: Discontinued |
| Ordering user: Robin L Jackson, RN 09/17/13 1309 | Authorized by: Historical Provider, MD |
| Ordering mode: Standard | |
| Frequency: Q6H PRN - 08/22/14 | Discontinued by: Cindy S. Repass, RN 08/22/14 0849 [Patient no longer taking] |

## Result Notes and Comments

| Result | NM Bone Scan, Whole Body (Order 68073937) |
|---|---|
| Result | diazepam (VALIUM) 5 MG tablet (Order 68073936) |
| Result | loratadine (CLARITIN) 10 mg tablet (Order 68073934) |

NOMC HEMATOLOGY ONCOLOGY
OCHSNER, SOUTH SHORE REGION LA
Ambulatory Encounter

Guilbault, Clare L
MRN: ▮▮▮   DOB: ▮▮▮ 1952, Sex: F
Acct #: ▮▮▮
Enc. Date 9/17/2013

## Result Notes and Comments (continued)

| | |
|---|---|
| Result | vitamin E 100 UNIT capsule (Order 68073935) |
| Result | vitamin D 1000 units Tab (Order 68073933) |
| Result | OLMESARTAN MED/AMLODIPINE/HCTZ (TRIBENZOR ORAL) (Order 68073931) |
| Result | potassium chloride (KLOR-CON) 20 mEq Pack (Order 68073932) |

**Encounter Messages**

No messages in this encounter

## Progress Notes

**Progress Notes by Chris Theodossiou, MD at 9/17/2013 2:18 PM**

Author: Chris Theodossiou, MD        Service: —                                          Author Type: Physician
Filed: 9/18/2013 7:33 AM              Encounter Date: 9/17/2013                          Creation Time: 9/17/2013 2:18 PM
Status: Signed                        Editor: Chris Theodossiou, MD (Physician)
Related Notes: Original Note by Chris Theodossiou, MD (Physician) filed at 9/17/2013 2:26 PM

### Subjective:

**Patient ID:** Clare Guilbault is a 61 y.o. female.

**Chief Complaint:** Breast Cancer

**HPI**
REFERRING PHYSICIAN: Alan Stolier, M.D.

REASON FOR REFERRAL: Recent diagnosis of breast cancer.

HISTORY OF PRESENT ILLNESS: Ms. Guilbault is a 61-year-old Caucasian female who recently had an abnormal mammogram. Subsequent to the mammogram, she also felt a mass in the inferior portion of the left breast. A biopsy was performed at Touro and showed an infiltrating ductal carcinoma that was ER strongly positive, PR strongly positive and HER-2 negative. A biopsy of a palpable axillary lymph node was also performed and also showed metastatic carcinoma. A PET scan was subsequently ordered that showed evidence of a hypermetabolic mass in the inferior lateral portion of the left breast and also multiple hypermetabolic left axillary lymph nodes. In addition, there was a small area of the body of T12 that showed increased uptake with an SUV of 6.6. No significant abnormality was identified on the CT on the T12 vertebral body, however, this was felt to be "*highly suspicious for bony metastatic disease*". The patient is referred for evaluation.

NOMC HEMATOLOGY ONCOLOGY
OCHSNER, SOUTH SHORE REGION LA
Ambulatory Encounter

Guilbault, Clare L
MRN: [redacted]  DOB: [redacted] 952, Sex: F
Acct #: [redacted]
Enc. Date 9/17/2013

## Progress Notes (continued)

**Progress Notes by Chris Theodossiou, MD at 9/17/2013 2:18 PM (continued)**

PAST MEDICAL HISTORY: As above. She is status post tonsillectomy at age 7.

Menarche was at 12, first live birth at 25 and menopause was in her late 40s. She has been on estrogen replacement therapy up until last week.

SOCIAL HISTORY: She does not smoke and does not drink alcohol more than socially. She works as a school administrator. She is married and lives in Metairie.

FAMILY HISTORY: Negative for cancer.

Review of Systems Overall she feels well. She is upset and anxious with the recent developments but has no physical complaints. She denies any depression, easy bruising, fevers, chills, night sweats, weight loss, nausea, vomiting, diarrhea, constipation, diplopia, blurred vision, headache, chest pain, palpitations, shortness of breath, breast pain, abdominal pain, extremity pain, or difficulty ambulating. The remainder of the ten-point ROS, including general, skin, lymph, H/N, cardiorespiratory, GI, GU, Neuro, Endocrine, and psychiatric is negative.

## Objective

Physical Exam She is alert, oriented to time, place, person, pleasant, well nourished, in no acute physical distress. She is accompanied by her husband.
VITAL SIGNS: Reviewed
HEENT: Normal. Dentition is good. There are no nasal, oral, lip, gingival, auricular, lid, or conjunctival lesions. Mucosae are moist and pink, and there is no thrush. Pupils are equal, reactive to light and accommodation. Extraocular muscle movements are intact.
NECK: Supple without JVD, adenopathy, or thyromegaly.
LUNGS: Clear to auscultation without wheezing, rales, or rhonchi.
CARDIOVASCULAR: Reveals an S1, S2, no murmurs, no rubs, no gallops.
ABDOMEN: Soft, nontender, without organomegaly. Bowel sounds are present.
EXTREMITIES: No cyanosis, clubbing, or edema.
BREASTS: There is an ill defined mass at the 4 o'clock position in the left breast. There are no masses in the right breast. There is palpable left axillary adenopathy.
There are no masses in either breast.
LYMPHATIC: There is no cervical, right axillary, or supraclavicular adenopathy.
SKIN: Warm and moist, without petechiae, rashes, induration, or ecchymoses.
NEUROLOGIC: DTRs are 0-1+ bilaterally, symmetrical, motor function is 5/5, and cranial nerves are within normal limits.

## Assessment:

1. Malignant neoplasm of other specified sites of female breast
2. Secondary and unspecified malignant neoplasm of lymph nodes, site unspecified

NOMC HEMATOLOGY ONCOLOGY
OCHSNER, SOUTH SHORE REGION LA
Ambulatory Encounter

Guilbault, Clare L
MRN: ▮▮▮▮  DOB: ▮▮ 1952, Sex: F
Acct #: ▮▮▮▮
Enc. Date 9/17/2013

## Progress Notes (continued)

**Progress Notes by Chris Theodossiou, MD at 9/17/2013 2:18 PM (continued)**

**Plan:**

PLAN: I had an hour long discussion with Mrs. Guilbault and her husband. I also had the opportunity to review her PET scan with Dr. Dennis Kay. There are no identifiable abnormalities on T12 on the CT portion of the PET scan; however, there is a lesion with extremely high SUV in the anterior portion of T12. I have explained to Mr. and Mrs. Guilbault the significance of these findings. I recommended that she proceed with a CT-guided biopsy if it is felt that one is technically feasible. I will ask Dr. Milburn to review her scans and I will call her upon hearing from him in order to schedule a biopsy. I have explained to her that if she does have bone metastases, this will not be curable stage; however, she would be treated initially with hormonal treatments and denosumab. The rationale for the above approach were explained to her. At her request, I also discussed the life expectancy associated with stage IV breast cancer with bone only metastases. I will reevaluate her next week after her biopsy if it is felt that a biopsy is feasible. Her case was discussed with the referring physician, Dr. Alan Stolier.

Electronically signed by Chris Theodossiou, MD on 9/18/2013 7:33 AM

**Progress Notes filed by Historical Provider, MD at 9/24/2013 6:32 AM**

| Author: Historical Provider, MD | Service: — | Author Type: Physician |
|---|---|---|
| Filed: 9/24/2013 6:32 AM | Encounter Date: 9/17/2013 | Creation Time: 9/24/2013 6:32 AM |
| Status: Signed | Editor: Interface, Transcription Incoming | |

Scan on 9/23/2013 1:36 PM: THEODOSSIOU, CHRIS (below)

NOMC HEMATOLOGY ONCOLOGY
OCHSNER, SOUTH SHORE REGION LA
Ambulatory Encounter

Guilbault, Clare L
MRN: ▉▉▉▉   DOB: ▉▉1952, Sex: F
Acct #: ▉▉▉▉
Enc. Date 9/17/2013

## Follow-up and Disposition History (continued)

Dispositions:   Return in about 7 days (around 9/24/2013).

## Follow-up Information

None

NOMC HEMATOLOGY ONCOLOGY  
OCHSNER, SOUTH SHORE REGION LA  
Ambulatory Encounter

Guilbault, Clare L  
MRN: [redacted]   DOB: [redacted] 952, Sex: F  
Acct #: [redacted]  
Enc. Date 9/17/2013

## Flowsheets (all recorded) (continued)

### Anthropometrics - Tue September 17, 2013 (continued)

| Row Name | 1306 |
|---|---|
| **Anthropometrics** | |
| Height | 5' (1.524 m) -RJ |
| Weight | 61.7 kg (136 lb) -RJ |
| Weight Change | 0 -RJ |
| BMI (Calculated) | 26.6 -RJ |

### Custom Formula Data - Tue September 17, 2013

| Row Name | 1306 |
|---|---|
| **OTHER** | |
| BSA (Calculated - sq m) | 1.62 sq meters -RJ |
| BMI (Calculated) | 26.6 -RJ |
| IBW/kg (Calculated) Male | 50 kg -RJ |
| Low Range Vt 6cc/kg MALE | 300 mL -RJ |
| Adult Moderate Range Vt 8cc/kg MA | 400 mL -RJ |
| Adult High Range Vt 10cc/kg MALE | 500 mL -RJ |
| IBW/kg (Calculated) Female | 45.5 kg -RJ |
| Low Range Vt 6cc/kg FEMALE | 273 mL -RJ |
| Adult Moderate Range vt 8cc/kg FEMALE | 364 mL -RJ |
| Adult High Range Vt 10cc/kg FEMALE | 455 mL -RJ |
| Weight in (lb) to have BMI = 25 | 127.7 -RJ |
| Percent Weight Change Since Birth | 0 -RJ |
| IBW/kg (Calculated) | 45.5 -RJ |
| Low Range Vt 6cc/kg | 273 mL -RJ |
| Adult Moderate Range Vt 8cc/kg | 364 mL -RJ |
| Adult High Range Vt 10cc/kg | 455 mL -RJ |
| **Body Mass Index (BMI)** | |
| BMI (kg/m2) | 26.62 -RJ |
| **Relevant Labs and Vitals** | |
| Temp (in Celsius) | 36.6 -RJ |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| RJ | Robin L Jackson, RN | 06/12/12 - | Registered Nurse | Nurse |

NOMH CT SCAN  
1516 Jefferson Hwy  
New Orleans LA 70121-2429  
Ambulatory Encounter

Guilbault, Clare L  
MRN: ▓▓▓▓   DOB: ▓▓▓▓ 1952, Sex: F  
Enc. Date 9/17/2013

## Encounter Information - Ancillary Orders

### Diagnoses
None.

### Non-Hospital Problems as of 9/17/2013
Reviewed: 9/17/2013 by Chris Theodossiou, MD

| | Codes | Noted - Resolved |
|---|---|---|
| Malignant neoplasm of other specified sites of female breast | ICD-10-CM: C50.919<br>ICD-9-CM: 174.8 | 9/17/2013 - Present |
| Secondary and unspecified malignant neoplasm of lymph nodes, site unspecified(196.9) | ICD-10-CM: C77.9<br>ICD-9-CM: 196.9, 199.1 | 9/17/2013 - Present |

### Allergies as of 9/17/2013
No Known Allergies

### Immunizations Administered as of 9/17/2013
Never Reviewed

No immunizations on file.

### Medical History

| Diagnosis | Date | Comment | Source |
|---|---|---|---|
| Breast cancer | | | Provider |
| Hypertension | | | Provider |

### Surgical History

| Procedure | Laterality | Date | Comment | Source |
|---|---|---|---|---|
| BREAST BIOPSY | | | | Provider |
| TONSILLECTOMY | | | | Provider |

### Family and Education as of 9/17/2013

**Marital Status**  
Married

## Social Documentation

### Social Documentation as of 9/17/2013
None

### Tobacco Use as of 9/17/2013
Never Smoker.

### Alcohol Use as of 9/17/2013
Yes.  
Comments: wine socially

### Drug Use as of 9/17/2013
No.

### Family History as of 9/17/2013
No family history on file.

### Family Status as of 9/17/2013

NOMH CT SCAN
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: ▓▓▓▓   DOB: ▓▓▓▓ 1952, Sex: F
Enc. Date 9/17/2013

## Encounter Information - Ancillary Orders (continued)

### Family Status as of 9/17/2013 (continued)

| Relation | Status |
|---|---|
| Mother | Deceased |
| Father | Deceased |
| Sister | Alive |
| Brother | Alive |
| Sister | Alive |
| Sister | Alive |
| Brother | Alive |
| Brother | Alive |
| Brother | Alive |
| Brother | Deceased |

### Employment History as of 9/17/2013

No employment history on file.

### Obstetric History as of 9/17/2013

No data available

### Anticoagulation Episode Summary

Current INR goal:
TTR: —
Next INR check:
INR from last check:
Most recent INR: 1.0 (5/9/2014)
Weekly max warfarin dose:
Target end date:
INR check location:
Preferred lab:
Send INR reminders to:
Comments:

Indications
Breast cancer [C50.919]
Malignant neoplasm of left breast [C50.912]

### History

Not marked as reviewed during this visit.

## Medications

### Outpatient Medications at Start of Encounter as of 9/17/2013

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| loratadine (CLARITIN) 10 mg tablet<br>Sig - Route: Take 10 mg by mouth once daily. - Oral<br>Class: Historical Med | | | | |
| diazepam (VALIUM) 5 MG tablet (Discontinued)<br>Sig - Route: Take 5 mg by mouth every 6 (six) hours as needed. - Oral<br>Class: Historical Med<br>Reason for Discontinue: Patient no longer taking | | | | 8/22/2014 |
| OLMESARTAN MED/AMLODIPINE/HCTZ<br>(TRIBENZOR ORAL) (Discontinued)<br>Sig - Route: Take by mouth. - Oral<br>Class: Historical Med<br>Reason for Discontinue: Duplicate Order | | | | 9/20/2013 |
| potassium chloride (KLOR-CON) 20 mEq Pack<br>(Discontinued) | | | | 3/21/2014 |

GuilbaultC-OchsnerMR-    00211

NOMH CT SCAN
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: [redacted]   DOB: [redacted] 1952, Sex: F
Enc. Date 9/17/2013

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 9/17/2013 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|

Sig - Route: Take 20 mEq by mouth once daily. - Oral
Class: Historical Med
Reason for Discontinue: Reorder

**vitamin D 1000 units Tab** — 3/17/2016
Sig - Route: Take 800 mg by mouth once daily. - Oral
Class: Historical Med

**vitamin E 100 UNIT capsule** — 8/25/2016
Sig - Route: Take 100 Units by mouth once daily. - Oral
Class: Historical Med

NOMH CT SCAN
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: [redacted]   DOB: [redacted] 1952, Sex: F
Enc. Date 9/17/2013

## Lab and Imaging Orders

**NOMH NM Interpretation Of Outside Films**

Status: Active

Ordering user: Marion Smith 09/17/13 1557
Authorized by: Chris Theodossiou, MD
Frequency: 09/17/13 -

Ordering provider: Paper Order
Ordering mode: Transcribed from signed paper order

## Result Notes and Comments

**Result** — NOMH NM Interpretation Of Outside Films (Order 68073938)

### Encounter Messages
No messages in this encounter

### Follow-up Information
None

### Follow Up Call
No data filed