# Exhibit 5

# TOURO INFIRMARY
1401 FOUCHER ST. New Orleans La 70115 (504) 897-8330

# TOURO IMAGING CENTER
2929 NAPOLEON AVE. New Orleans La 70115 (504) 897-8600

| | |
|---|---|
| NAME: GUILBAULT, CLARE | Adm# 013332360102 |
| MR#:000001549336 | DATE OF BIRTH: ███ 1952 |
| LOCATION: -O | DATE OF EXAM: 09/09/2013 |
| PHYSICIAN: EUGENE HOFFMAN | SEX:F    AGE:61Y |

Confidentiality Notice: This report is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please inform us of the error via reply mail and destroy all copies (both electronic and printed) of the original message.

***Final Report***

PROC: IMR 9017 - MRI BREAST BILAT COMP W/CAD - Sep 9 2013

START OF REPORT: MRI OF THE BREASTS WITH AND WITHOUT CONTRAST: 77059

REASON FOR EXAMINATION: Biopsy proven "infiltrating ductal carcinoma, well and focally moderately differentiated" presenting as an ill-defined palpable finding in the lateral aspect of the left mid breast with fine-needle aspiration of an abnormal low-lying left-sided axillary node reported cytologically as "positive for malignancy, carcinoma suggestive of adenocarcinoma."

MRI examination of the breasts was performed at 3.0 Tesla prior to and following the intravenous administration of 0.1 mmol/kg (13 cc) of gadolinium DTPA. Pre-contrast axial T1-weighted, T2-weighted and STIR sequences were obtained followed by four sequential post-contrast axial T1-weighted fat-suppressed dynamic sequences at 1 minute 29 second intervals. Post-contrast axial T1-weighted fat-suppressed subtracted, 3D MIP and T1-weighted fat-suppressed coronal and sagittal multiplanar reconstructions were also generated. CADstream software was utilized for processing post-contrast kinetic data. Comparison is made with the patient's prior mammographic and sonographic examinations, the most recent of which are dated July 17, 2013 and August 28, 2013 respectively.

Following contrast administration the biopsy-proven spiculated malignancy in the 3-4:00 position of the posterior left breast enhances in a heterogeneous manner. It measures approximately 2.2(TR) x 1.9(AP) x 1.8(CC) cm. 1.2 cm anterior and superior to this finding there is a smaller, somewhat more lobulated circumscribed appearing "satellite" lesion which exhibits heterogeneous enhancement measuring 1.1(TR) x 1.0(AP) x 0.9(CC) cm. This corresponds sonographically to a morphologically dissimilar 1.1 cm hypoechoic circumscribed structure. No intervening enhancement is observed. Elsewhere, no other focal "satellite" abnormalities are defined. No reticular or ductal enhancement is evident. Anteriormost margin of enhancement is situated 7.3 cm posterior to the base of the nipple. Superficially enhancement of both lesions in the 3:00 and 4:00 positions extend within 1.5 cm of the dermis. Posteriorly, the posterior margin of enhancement is situated 3.0 cm anterior to the anterior pectoral margin. Multiple abnormal appearing left-sided axillary nodes are also noted the largest of which measures 2.3 cm in maximal dimension. Elsewhere, within the left and right breast are several similar nodular circumscribed lesions exhibiting similar subthreshold and low level type I (slow to moderate initial rate of rise with progressive/persistent delayed) enhancement characteristics. In the left 4:00 (axial image 45/192) and left 8:00 (axial image 37/192) periareolar margins of the anterior left breast two similar 0.6 cm lesions of subthreshold enhancement and similar morphologic character are noted. Several smaller randomly scattered findings of similar appearance are also noted on the left. Few are also noted on the right with the largest measuring approximately 0.9 cm in maximal dimension in the 11:00 position (axial image 64/192) at the junction of the anterior and mid right breast. This has the appearance of 3 or more contiguous lesions versus a 0.9 cm abnormality with nonenhancing septations suspect for an adenomatous process. These are mammographically and sonographically occult findings. A small normal appearing intramammary lymph node is of incidental note in the 8-9:00 position of the right mid breast which is also seen sonographically. Visualized right-sided axillary nodes are normal in appearance and

Transcribed by/Date:         on Sep 10 2013 10:18A
Approved Electronically by / Date: RUPLEY M.D., DANIEL Sep 10 2013 10:18A

Distribution:        EUGENE HOFFMAN

EXHIBIT 2

# TOURO INFIRMARY

1401 FOUCHER ST, New Orleans La 70115 (504) 897-8380

# TOURO IMAGING CENTER

2929 NAPOLEON AVE, New Orleans La 70115 (504) 897-8600

**NAME:** GUILBAULT, CLARE

**Adm#** 013332360102

**MR#:** 000001549336

**DATE OF BIRTH:** ▮1952

**LOCATION:** -O

**DATE OF EXAM:** 09/09/2013

**PHYSICIAN:** EUGENE HOFFMAN

**SEX:** F   **AGE:** 61Y

---

size. No nodal structures are identified within the internal mammary chain on either side.

IMPRESSION: BIOPSY PROVEN INFILTRATING DUCTAL CARCINOMA MEASURING APPROXIMATELY 2.2 CM IN MAXIMAL DIMENSION IN THE 3-4:00 POSITION OF THE POSTERIOR LEFT BREAST WITH CYTOLOGICALLY PROVEN LEFT-SIDED AXILLARY NODAL METASTASES. A POSSIBLE "SATELLITE" LESION IS SITUATED 1.2 CM ANTERIOR/SUPERIOR TO THE DOMINANT BIOPSY-PROVEN MALIGNANCY. THIS IS MORPHOLOGICALLY DISSIMILAR TO THE BIOPSY-PROVEN MALIGNANCY HAVING A MORE LOBULATED CIRCUMSCRIBED APPEARANCE ON BOTH MR AND ULTRASOUND WITH NO APPRECIABLE INTERVENING ENHANCEMENT BETWEEN IT AND THE CLOSELY APPROXIMATED BIOPSY PROVEN MALIGNANCY. NO OTHER FINDINGS ARE IDENTIFIED TO INDICATE ADDITIONAL SATELLITE LESIONS OR ASSOCIATED EIC IN THE CONTEXT OF A "SMALL COMPONENT OF DUCTAL CARCINOMA IN SITU" REPORTED PATHOLOGICALLY. THIS "SATELLITE" LESION EXHIBITS HETEROGENEOUS ENHANCEMENT THOUGH IS OTHERWISE MORPHOLOGICALLY SIMILAR TO SMALL SCATTERED BENIGN-APPEARING MR FINDINGS OF MORE UNIFORM SUBTHRESHOLD AND LOW LEVEL BENIGN ENHANCEMENT SEEN ELSEWHERE IN BOTH BREASTS. FINDINGS RAISE THE POSSIBILITY OF AN UNDERLYING PATTERN OF MULTIPLE FIBROADENOMAS WHICH REQUIRE FURTHER EVALUATION AND/OR OBSERVATION. SHORT INTERVAL/SIX-MONTH POST TREATMENT FOLLOW UP MRI WOULD SEEM APPROPRIATE UNLESS OTHERWISE INDICATED FOR SURGICAL/MEDICAL MANAGEMENT.

ACR BI-RADS/FDA CODES: 6/M - BIOPSY PROVEN MALIGNANCY

CC: Dr. Robert Normand
    Dr. Alan Stolier

Electronically Signed By: Rupley MD, Daniel
Signature Date/Time: 09/10/2013 10:31:02

Transcribed by / Date:          on Sep 10 2013 10:18A
Approved Electronically by / Date: RUPLEY M.D., DANIEL Sep 10 2013 10:18A

**Distribution:**          EUGENE HOFFMAN