# Exhibit 6

NOMC HEMATOLOGY ONCOLOGY  
OCHSNER, SOUTH SHORE REGION LA  
Ambulatory Encounter

Guilbault, Clare L  
MRN: [redacted]  DOB: [redacted] 1952, Sex: F  
Acct #: [redacted]  
Enc. Date 9/25/2013

## Encounter Information - Office Visit

### Reason for Visit

- Breast Cancer
- Results
- Chemotherapy

### Diagnoses

| | Codes | Comments |
|---|---|---|
| Encounter for antineoplastic chemotherapy - Primary | ICD-10-CM: Z51.11 ICD-9-CM: V58.11 | |
| Malignant neoplasm of other specified sites of female breast | ICD-10-CM: C50.919 ICD-9-CM: 174.8 | |
| Secondary and unspecified malignant neoplasm of lymph nodes, site unspecified(196.9) | ICD-10-CM: C77.9 ICD-9-CM: 196.9, 199.1 | |

### Non-Hospital Problems as of 9/25/2013

Reviewed: 9/25/2013 by Chris Theodossiou, MD

| | Codes | Noted - Resolved |
|---|---|---|
| Malignant neoplasm of other specified sites of female breast | ICD-10-CM: C50.919 ICD-9-CM: 174.8 | 9/17/2013 - Present |
| Secondary and unspecified malignant neoplasm of lymph nodes, site unspecified(196.9) | ICD-10-CM: C77.9 ICD-9-CM: 196.9, 199.1 | 9/17/2013 - Present |
| Hypertension | ICD-10-CM: I10 ICD-9-CM: 401.9 | 9/20/2013 - Present |
| Breast cancer | ICD-10-CM: C50.919 ICD-9-CM: 174.9 | 9/23/2013 - Present |

### Allergies as of 9/25/2013

No Known Allergies

### Immunizations Administered as of 9/25/2013    Never Reviewed

No immunizations on file.

### Encounter Vitals Flowsheet Audit Trail (all recorded)

| Flow Time | Flow Value | User | File Time | Action |
|---|---|---|---|---|
| **BP** | | | | |
| 09/25/13 0824 | (!) 150/70 | AW | 09/25/13 0824 | Current |
| **Pulse** | | | | |
| 09/25/13 0824 | 89 | AW | 09/25/13 0824 | Current |
| **Resp** | | | | |
| 09/25/13 0824 | 18 | AW | 09/25/13 0824 | Current |
| **Temp** | | | | |
| 09/25/13 0824 | 97.9 °F (36.6 °C) | AW | 09/25/13 0824 | Current |
| **Temp src** | | | | |
| 09/25/13 0824 | Oral | AW | 09/25/13 0824 | Current |
| **Weight** | | | | |
| 09/25/13 0824 | 62.1 kg (136 lb 12.8 oz) | AW | 09/25/13 0824 | Current |
| **Height** | | | | |
| 09/25/13 0824 | 5' (1.524 m) | AW | 09/25/13 0824 | Current |
| **Pain Score** | | | | |
| 09/25/13 0824 | Zero | AW | 09/25/13 0824 | Current |
| **Pain Edu?** | | | | |

NOMC HEMATOLOGY ONCOLOGY  
OCHSNER, SOUTH SHORE REGION LA  
Ambulatory Encounter

Guilbault, Clare L  
MRN: ▮▮▮  DOB: ▮▮▮ 1952, Sex: F  
Acct #: ▮▮▮  
Enc. Date 9/25/2013

## Encounter Information - Office Visit (continued)

### Encounter Vitals Flowsheet Audit Trail (all recorded) (continued)

| Flow Time | Flow Value | User | File Time | Action |
|---|---|---|---|---|
| 09/25/13 0824 | Y | AW | 09/25/13 0824 | Current |

User Key   (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Effective Dates | Name | Provider Type | Discipline |
|---|---|---|---|---|
| AW | 08/12/13 - 03/09/14 | April Wendt, RN | Registered Nurse | Nurse |

### Medical History

| Diagnosis | Date | Comment | Source |
|---|---|---|---|
| Breast cancer | | | Provider |
| Hypertension | | | Provider |

### Surgical History

| Procedure | Laterality | Date | Comment | Source |
|---|---|---|---|---|
| BREAST BIOPSY | | | | Provider |
| TONSILLECTOMY | | | | Provider |

### Family and Education as of 9/25/2013

**Marital Status**  
Married

## Social Documentation

### Social Documentation as of 9/25/2013
None

### Tobacco Use as of 9/25/2013
Never Smoker.

### Alcohol Use as of 9/25/2013
Yes.  
Comments: wine socially

### Drug Use as of 9/25/2013
No.

### Family History as of 9/25/2013

| Problem | Relation | Age of Onset | Comments |
|---|---|---|---|
| Arrhythmia | Brother | | |
| Heart attack | Paternal Grandfather | | |
| Heart disease | Brother | | |
| Heart disease | Father | | |
| Heart disease | Maternal Grandfather | | |
| Heart disease | Paternal Grandfather | | |

### Family Status as of 9/25/2013

| Relation | Status |
|---|---|
| Father | Deceased |
| Paternal Grandfather | Deceased |
| Mother | Deceased |
| Sister | Alive |

GuilbaultC-OchsnerMR-   00330

NOMC HEMATOLOGY ONCOLOGY  
OCHSNER, SOUTH SHORE REGION LA  
Ambulatory Encounter

Guilbault, Clare L  
MRN: ██████   DOB: ██ 1952, Sex: F  
Acct #: ██████  
Enc. Date 9/25/2013

## Encounter Information - Office Visit (continued)

### Family Status as of 9/25/2013 (continued)

| Relation | Status |
|---|---|
| Brother | Alive |
| Sister | Alive |
| Sister | Alive |
| Brother | Alive |
| Brother | Alive |
| Brother | Alive |
| Brother | Deceased |
| Maternal Grandfather | Deceased |

### Employment History as of 9/25/2013

No employment history on file.

### Obstetric History as of 9/25/2013

No data available

### Anticoagulation Episode Summary

Current INR goal:  
TTR: —  
Next INR check:  
INR from last check:  
Most recent INR: 1.0 (5/9/2014)  
Weekly max warfarin dose:  
Target end date:  
INR check location:  
Preferred lab:  
Send INR reminders to:  
Comments:

Indications  
Breast cancer [C50.919]  
Malignant neoplasm of left breast [C50.912]

### History

| Reviewed By | Date/Time | Sections Reviewed |
|---|---|---|
| Chris Theodossiou, MD | 9/25/2013 9:02 AM | Tobacco, Alcohol, Drug Use, Sexual Activity |
| April E Wendt, RN | 9/25/2013 8:26 AM | Medical, Surgical, Tobacco, Alcohol, Drug Use, Sexual Activity, Family |
| April E Wendt, RN | 9/25/2013 8:24 AM | Tobacco |

## Medications

### Outpatient Medications at Start of Encounter as of 9/25/2013

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| glucosamine-chondroitin 500-400 mg tablet (Taking)<br>Sig - Route: Take 1 tablet by mouth once daily. - Oral<br>Class: Historical Med | | | | |
| loratadine (CLARITIN) 10 mg tablet (Taking)<br>Sig - Route: Take 10 mg by mouth once daily. - Oral<br>Class: Historical Med | | | | |
| carvedilol (COREG) 3.125 MG tablet (Taking)<br>Sig - Route: Take 1 tablet (3.125 mg total) by mouth 2 (two) times daily with meals. - Oral | 60 tablet | 11 | 9/20/2013 | 9/4/2014 |
| diazepam (VALIUM) 5 MG tablet (Taking)<br>Sig - Route: Take 5 mg by mouth every 6 (six) hours as needed. - Oral<br>Class: Historical Med | | | | 8/22/2014 |

NOMC HEMATOLOGY ONCOLOGY  
OCHSNER, SOUTH SHORE REGION LA  
Ambulatory Encounter

Guilbault, Clare L  
MRN: ███    DOB: ███ 1952, Sex: F  
Acct #: ███  
Enc. Date 9/25/2013

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 9/25/2013 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| losartan-hydrochlorothiazide 100-25 mg (HYZAAR) 100-25 mg per tablet (Taking) Sig - Route: Take 1 tablet by mouth once daily. - Oral | 30 tablet | 11 | 9/20/2013 | 9/4/2014 |
| potassium chloride (KLOR-CON) 20 mEq Pack (Taking) Sig - Route: Take 20 mEq by mouth once daily. - Oral Class: Historical Med | | | | 3/21/2014 |
| vitamin D 1000 units Tab (Taking) Sig - Route: Take 800 mg by mouth once daily. - Oral Class: Historical Med | | | | 3/17/2016 |
| vitamin E 100 UNIT capsule (Taking) Sig - Route: Take 100 Units by mouth once daily. - Oral Class: Historical Med | | | | 8/25/2016 |

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| glucosamine-chondroitin 500-400 mg tablet (Taking) Sig: Take 1 tablet by mouth once daily. Class: Historical Med Route: Oral | | | | |
| loratadine (CLARITIN) 10 mg tablet (Taking) Sig: Take 10 mg by mouth once daily. Class: Historical Med Route: Oral | | | | |
| carvedilol (COREG) 3.125 MG tablet (Taking/Discontinued) Sig: Take 1 tablet (3.125 mg total) by mouth 2 (two) times daily with meals. Route: Oral Reason for Discontinue: Reorder | 60 tablet | 11 | 9/20/2013 | 9/4/2014 |
| diazepam (VALIUM) 5 MG tablet (Taking/Discontinued) Sig: Take 5 mg by mouth every 6 (six) hours as needed. Class: Historical Med Route: Oral Reason for Discontinue: Patient no longer taking | | | | 8/22/2014 |
| losartan-hydrochlorothiazide 100-25 mg (HYZAAR) 100-25 mg per tablet (Taking/Discontinued) Sig: Take 1 tablet by mouth once daily. Route: Oral Reason for Discontinue: Reorder | 30 tablet | 11 | 9/20/2013 | 9/4/2014 |
| potassium chloride (KLOR-CON) 20 mEq Pack (Taking/Discontinued) Sig: Take 20 mEq by mouth once daily. Class: Historical Med Route: Oral Reason for Discontinue: Reorder | | | | 3/21/2014 |
| vitamin D 1000 units Tab (Taking/Discontinued) Sig: Take 800 mg by mouth once daily. Class: Historical Med Route: Oral Reason for Discontinue: Patient no longer taking | | | | 3/17/2016 |
| vitamin E 100 UNIT capsule (Taking/Discontinued) Sig: Take 100 Units by mouth once daily. | | | | 8/25/2016 |

NOMC HEMATOLOGY ONCOLOGY  
OCHSNER, SOUTH SHORE REGION LA  
Ambulatory Encounter

Guilbault, Clare L  
MRN: ███████  DOB: ██ 1952, Sex: F  
Acct #: ███████  
Enc. Date 9/25/2013

## Medications (continued)

**Medications the Patient Reported Taking (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|

Class: Historical Med  
Route: Oral  
Reason for Discontinue: Patient no longer taking

**Ordered Medications**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| ondansetron (ZOFRAN-ODT) 4 MG TbDL | 20 tablet | 0 | 9/25/2013 | 10/2/2013 |

Sig - Route: Take 1 tablet (4 mg total) by mouth 4 (four) times daily as needed. - Oral  
Class: Print

NOMC HEMATOLOGY ONCOLOGY
OCHSNER, SOUTH SHORE REGION LA
Ambulatory Encounter

Guilbault, Clare L
MRN: ▮▮▮    DOB: ▮▮ 1952, Sex: F
Acct #: ▮▮▮
Enc. Date 9/25/2013

## Lab and Imaging Orders

### CBC auto differential

| | |
|---|---|
| Electronically signed by: Chris Theodossiou, MD on 09/25/13 0901 | Status: Completed |
| Ordering user: Chris Theodossiou, MD 09/25/13 0901      Authorized by: Chris Theodossiou, MD | |
| Ordering mode: Standard | |
| Frequency: 09/25/13 - | |
| Diagnoses | |
| Encounter for antineoplastic chemotherapy [V58.11 (ICD-9-CM)] | |

### Comprehensive metabolic panel

| | |
|---|---|
| Electronically signed by: Chris Theodossiou, MD on 09/25/13 0901 | Status: Completed |
| Ordering user: Chris Theodossiou, MD 09/25/13 0901      Authorized by: Chris Theodossiou, MD | |
| Ordering mode: Standard | |
| Frequency: 09/25/13 - | |
| Diagnoses | |
| Encounter for antineoplastic chemotherapy [V58.11 (ICD-9-CM)] | |

NOMC HEMATOLOGY ONCOLOGY  
OCHSNER, SOUTH SHORE REGION LA  
Ambulatory Encounter

Guilbault, Clare L  
MRN: ▮▮▮  DOB: ▮▮▮ 1952, Sex: F  
Acct #: ▮▮▮  
Enc. Date 9/25/2013

## Other Orders

### glucosamine-chondroitin 500-400 mg tablet

Electronically signed by: April Wendt, RN on 09/25/13 0826  
Ordering user: April Wendt, RN 09/25/13 0826  
Ordering mode: Standard  
Frequency: Daily - Until Discontinued  
Authorized by: Historical Provider, MD  
Status: Active

### ondansetron (ZOFRAN-ODT) 4 MG TbDL

Electronically signed by: Chris Theodossiou, MD on 09/25/13 0836  
Ordering user: Chris Theodossiou, MD 09/25/13 0836  
Ordering mode: Standard  
Frequency: QID PRN 09/25/13 - 7 days  
Diagnoses  
Encounter for antineoplastic chemotherapy [V58.11 (ICD-9-CM)]  
Authorized by: Chris Theodossiou, MD  
Status: Expired

## Result Notes and Comments

Result — CBC auto differential (Order 68436389)

Result — Comprehensive metabolic panel (Order 68436390)

Result — ondansetron (ZOFRAN-ODT) 4 MG TbDL (Order 68436388)

Result — glucosamine-chondroitin 500-400 mg tablet (Order 68436387)

### Encounter Messages

No messages in this encounter

## Progress Notes

Progress Notes by Chris Theodossiou, MD at 9/25/2013 9:04 AM

Author: Chris Theodossiou, MD  
Filed: 9/27/2013 7:51 AM  
Status: Signed  
Service: —  
Encounter Date: 9/25/2013  
Editor: Chris Theodossiou, MD (Physician)  
Author Type: Physician  
Creation Time: 9/25/2013 9:04 AM

### Subjective:

**Patient ID:** Clare Guilbault is a 61 y.o. female.

**Chief Complaint:** Breast Cancer, Results and Chemotherapy

**HPI**  
Ms. Guilbault returns today for follow up to discuss the results of her recent studies; her bone scan was normal, while the MRI of T12 showed an area that was felt to be highly suspicious for metastatic disease. The two

```
NOMC HEMATOLOGY ONCOLOGY          Guilbault, Clare L
OCHSNER, SOUTH SHORE REGION LA    MRN:          DOB:    1952, Sex: F
Ambulatory Encounter              Acct #:
                                  Enc. Date 9/25/2013
```

## Progress Notes (continued)

**Progress Notes by Chris Theodossiou, MD at 9/25/2013 9:04 AM (continued)**

interventional radiologists who reviewed the case (Drs Rudman and Milburn) both felt that the lesion was not amenable to a biopsy due to its location adjacent to the aorta.

Briefly, she is a 61-year-old Caucasian female who recently had an abnormal mammogram. Subsequent to the mammogram, she also felt a mass in the inferior portion of the left breast. A biopsy was performed at Touro and showed an infiltrating ductal carcinoma that was ER strongly positive, PR strongly positive and HER-2 negative. A biopsy of a palpable axillary lymph node was also performed and also showed metastatic carcinoma.

A PET scan was subsequently ordered that showed evidence of a hypermetabolic mass in the inferior lateral portion of the left breast and also multiple hypermetabolic left axillary lymph nodes. In addition, there was a small area of the body of T12 that showed increased uptake with an SUV of 6.6. No significant abnormality was identified on the CT on the T12 vertebral body, however, this was felt to be "*highly suspicious for bony metastatic disease*". The patient was referred for evaluation.

Review of Systems Overall she feels well. She has no physical complaints. She denies any depression, easy bruising, fevers, chills, night sweats, weight loss, nausea, vomiting, diarrhea, constipation, diplopia, blurred vision, headache, chest pain, palpitations, shortness of breath, breast pain, abdominal pain, extremity pain, or difficulty ambulating. The remainder of the ten-point ROS, including general, skin, lymph, H/N, cardiorespiratory, GI, GU, Neuro, Endocrine, and psychiatric is negative.

## Objective:

Physical Exam She is alert, oriented to time, place, person, pleasant, well
nourished, in no acute physical distress. She is accompanied by her husband.
VITAL SIGNS: Reviewed
HEENT: Normal. Dentition is good. There are no nasal, oral, lip, gingival, auricular, lid,
or conjunctival lesions. Mucosae are moist and pink, and there is no
thrush. Pupils are equal, reactive to light and accommodation.
Extraocular muscle movements are intact.
NECK: Supple without JVD, adenopathy, or thyromegaly.
LUNGS: Clear to auscultation without wheezing, rales, or rhonchi.
CARDIOVASCULAR: Reveals an S1, S2, no murmurs, no rubs, no gallops.
ABDOMEN: Soft, nontender, without organomegaly. Bowel sounds are
present.
EXTREMITIES: No cyanosis, clubbing, or edema.
BREASTS: There is an ill defined mass at the 4 o'clock position in the left breast. There are no masses
in the right breast. There is palpable left axillary adenopathy.
There are no masses in either breast.
LYMPHATIC: There is no cervical, right axillary, or supraclavicular adenopathy.
SKIN: Warm and moist, without petechiae, rashes, induration, or ecchymoses.
NEUROLOGIC: DTRs are 0-1+ bilaterally, symmetrical, motor function is 5/5,
and cranial nerves are within normal limits.

## Assessment:

1. Encounter for antineoplastic chemotherapy
2. Malignant neoplasm of other specified sites of female breast
3. Secondary and unspecified malignant neoplasm of lymph nodes, site unspecified

GuilbaultC-OchsnerMR-   00336

| | |
|---|---|
| NOMC HEMATOLOGY ONCOLOGY<br>OCHSNER, SOUTH SHORE REGION LA<br>Ambulatory Encounter | Guilbault, Clare L<br>MRN: ▮  DOB: ▮ 1952, Sex: F<br>Acct #: ▮<br>Enc. Date 9/25/2013 |

## Progress Notes (continued)

Progress Notes by Chris Theodossiou, MD at 9/25/2013 9:04 AM (continued)

### Plan:

PLAN: I had a long discussion with Ms. Guilbault and her husband. I have also discussed her case with the referring physician, Dr. Alan Stolier. It is possible that she may have stage IV disease with a solitary bone metastasis.
However, due to the location of the suspicious lesion anteriorly on the body of T12, , it is not safe to obtain a biopsy to confirm the stage. In view of the above, I think that a reasonable approach would be for her to proceed with neoadjuvant chemotherapy followed by resection. Upon completion of her resection, we can offer radiation to the T12 area and hormonal therapy with aromatase inhibitors. The pros and cons of such an approach were explained to her in detail. Her multiple questions were answered to her satisfaction. Of note, her case was discussed at Tumor Board and those were the exact recommendations

Neutropenic precautions have been given; consent form was signed. The patient will undergo a Port-A-Cath placement on 09/27/2013, and will receive the first cycle of AC at that time.

Electronically signed by Chris Theodossiou, MD on 9/27/2013 7:51 AM

### Follow-up and Disposition History

**09/25/2013 0911 - Chris Theodossiou, MD**
Dispositions:        Return in about 3 weeks (around 10/18/2013).

### Follow-up Information

None

NOMC HEMATOLOGY ONCOLOGY  
OCHSNER, SOUTH SHORE REGION LA  
Ambulatory Encounter  

Guilbault, Clare L  
MRN: [redacted], DOB: [redacted] 1952, Sex: F  
Acct #: [redacted]  
Enc. Date 9/25/2013  

## Flowsheets (all recorded) (continued)

### Anthropometrics - Wed September 25, 2013 (continued)

| Row Name | 0824 |
|---|---|
| Height | 5' (1.524 m) -AW |
| Weight | 62.1 kg (136 lb 12.8 oz) -AW |
| Weight Change | 0 -AW |
| BMI (Calculated) | 26.8 -AW |

### Custom Formula Data - Wed September 25, 2013

| Row Name | 0824 |
|---|---|
| **OTHER** | |
| Percent Weight Change Since Birth | 0 -AW |
| BSA (Calculated - sq m) | 1.62 sq meters -AW |
| BMI (Calculated) | 26.8 -AW |
| IBW/kg (Calculated) Male | 50 kg -AW |
| Low Range Vt 6cc/kg MALE | 300 mL -AW |
| Adult Moderate Range Vt 8cc/kg MA | 400 mL -AW |
| Adult High Range Vt 10cc/kg MALE | 500 mL -AW |
| IBW/kg (Calculated) Female | 45.5 kg -AW |
| Low Range Vt 6cc/kg FEMALE | 273 mL -AW |
| Adult Moderate Range vt 8cc/kg FEMALE | 364 mL -AW |
| Adult High Range Vt 10cc/kg FEMALE | 455 mL -AW |
| Weight in (lb) to have BMI = 25 | 127.7 -AW |
| IBW/kg (Calculated) | 45.5 -AW |
| Low Range Vt 6cc/kg | 273 mL -AW |
| Adult Moderate Range Vt 8cc/kg | 364 mL -AW |
| Adult High Range Vt 10cc/kg | 455 mL -AW |
| **Relevant Labs and Vitals** | |
| Temp (in Celsius) | 36.6 -AW |
| **Body Mass Index (BMI)** | |
| BMI (kg/m2) | 26.77 -AW |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| AW | April Wendt, RN | 08/12/13 - 03/09/14 | Registered Nurse | Nurse |