# Exhibit 9

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: DOB: 1952, Sex: F
Acct #:
Enc. Date 9/27/2013

## Encounter-Level Documents - 09/27/2013:

Consent Form - Scan on 9/27/2013 by Jamie L Blakeman: chemo consent (below)

**Ochsner Health System**

**Consent for Administration Of Chemotherapy**

Date 9/27/13

Name: Guilbault, Clare
MRN:
HAR:
Gender: Female
DOB: 062 (61 y o)
CSN 23105485

Diagnosis: Breast Ca

Medications: Adriamycin Cytoxan Taxotere

Possible side effects may include any of the following or a combination of the following:

| | | |
|---|---|---|
| Allergic-like reactions | Skin and nail darkening | Risk of infection |
| Anemia | Skin ulceration at injection site | Menopausal symptoms |
| Fatigue | Skin rash | Menstrual irregularities |
| Constipation | Light sensitivity | Sterility |
| Diarrhea | Numbness or tingling | Dizziness |
| Loss of appetite | Hearing loss | Forgetfulness |
| Mouth sores | Heart damage | Secondary malignancy |
| Nausea or vomiting | Kidney damage | Muscle aching or weakness |
| Weight gain or loss | Low platelet count causing bleeding | |
| Liver damage | Low white blood cell count | |
| Hair loss | | |

Unexpected side effects that may occur in addition to those noted above include:

Chemotherapy can be harmful to an unborn child. It is important to tell the doctor if you think you may be pregnant. It is important for both men and women who are being treated with chemotherapy and who are sexually active and fertile and who have a fertile partner to use a reliable form of birth control (birth control pill, a reliable barrier method, or hormonal implant as recommended by your physician). In rare instances, cancer treatment can cause life-threatening complications and death.

CG (Patient initials) A physician/provider has provided and reviewed with me written information on the drugs I will receive. I HAVE HAD THE CHANCE TO ASK ANY QUESTIONS ABOUT THE ABOVE DRUGS AND AM SATISFIED WITH THE INFORMATION PROVIDED.

My doctor and nurse have explained my treatment plan in detail. My doctor has also discussed with me other methods of treating this disease and the risks and benefits of treatment. There is no guarantee that this treatment will give me the same results that other patients have received. If I change my mind and decide to stop treatment at any time, my doctor will continue to provide for my care in the future.

I have read the above information and understand the possible risks and benefits of the recommended treatment plan. I agree to accept the treatment and authorize Dr. _____ and his/her designated nurse to carry out the treatment plan.

Patient Signature: Clare Guilbault   Date: 9/27/13

I have explained the expected response, side effects, and possibility of risks of the listed drugs to the above named patient.

Physician/Provider Signature/Print Name / Date / Time
_____ RN 9/27/13
Witness Signature

Form No. 034  (Rev. 9/18/2013)  Copy Center/Ochweb

## Follow Up Call

No data filed

## Flowsheets (all recorded)

Abuse Risk - Fri September 27, 2013

| Row Name | 1200 |
|---|---|

Generated on 4/24/20 12:26 PM

**EXHIBIT 9**

Page 244