# Exhibit 10

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: ████    DOB: ████ 1952, Sex: F
Acct #: ████
Enc. Date 9/27/2013

## Flowsheets (all recorded) (continued)

### Abuse Risk - Fri September 27, 2013 (continued)

| Row Name | 1200 |
|---|---|
| **Abuse Screen** | |
| Do you feel that you are treated well by your partner/spouse/family member? | Yes -ES |

### CARE PLAN MINI-FLOWSHEET DATA - Fri September 27, 2013

| Row Name | 1617 |
|---|---|
| **(RETIRED) Coping/Psychosocial Response Interventions** | |
| Plan Of Care Reviewed With | patient;spouse -ES |
| **(RETIRED) Chemotherapy Effects** | |
| (RETIRED) Problems Assessed (Chemotherapy Effects) | all -ES |
| (RETIRED) Problems Present (Chemotherapy Effects) | none -ES |

### Depression Risk - Fri September 27, 2013

| Row Name | 1200 |
|---|---|
| **Depression Screen (past 2 weeks)** | |
| Have you felt down, depressed, or hopeless? | No -ES |
| Have you felt little interest or pleasure in doing things? | No -ES |

### Fall Risk - Fri September 27, 2013

| Row Name | 1200 |
|---|---|
| **Fall Risk Identifiers** | |
| Noticeable difficulty walking | No -ES |
| Noticeable difficulty rising out of chair | No -ES |
| Patient using ambulatory aid | No -ES |
| Leg prothesis | No -ES |
| Reason for Visit implies risk | No -ES |
| Active or recent complaints of diarrhea, vomiting, or weakness | No -ES |
| High risk medications given during visit (Nitroglycerin, sedatives, blood, chemotherapy) | Yes -ES |
| **Fall Risk Screening** | |
| Is the patient at risk for fall? | No -ES |

### IV Assessment - Fri September 27, 2013

| Row Name | 1500 | 1200 |
|---|---|---|
| **IV Site Check per Policy Vosicant Admin** | | |
| Blood return check per policy with vesicant administration? | — | Yes -ES |
| IV site check every 30 minutes (excluding vesicants/irritants)? | — | Yes -ES |

Generated on 4/24/20 12:26 PM

GuilbaultC-OchsnerMR-   00422

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: ███ DOB: ███ 1952, Sex: F
Acct #: ███
Enc. Date 9/27/2013

## Flowsheets (all recorded) (continued)

### IV Assessment - Fri September 27, 2013 (continued)

| Row Name | 1500 | 1200 |
|---|---|---|
| Port A Cath Single Lumen 09/27/13 Right upper arm | | |
| Properties | | Placement Date: 09/27/13 ·KS Placement Time: 0839 ·KS Orientation: Right ·KS Location: upper arm  ·KS Inserted by: MD  ·KS |
| Accessed by: | — | — port placed prior to appt -ES |
| Dressing Type | — | Gauze;Transparent -ES |
| Dressing Status | — | Clean;Dry;Intact -ES |
| Line Status | — | Blood return noted;Infusing -ES |
| Flush Performed | — | Yes -ES |
| Daily Line Review | — | Performed -ES |
| Type of Needle | — | Huber -ES |
| Gauge | — | 20 -ES |
| Needle Length | — | 3/4 in -ES |
| Needle Status | Removed -ES | In place on arrival -ES |
| Needle Insertion Date | — | 09/27/13 -ES |
| Needle Removal Time | 1500 -ES | — |
| Deaccessed By | EScottRN -ES | — |

### Nutrition Risk - Fri September 27, 2013

| Row Name | 1200 |
|---|---|
| Nutrition Risk Screen | |
| Nutrition Risk | No indicators present -ES |

### Oncology Patient Assessment - Fri September 27, 2013

| Row Name | 1500 | 1200 |
|---|---|---|
| Patient Assessment | | |
| Chemo Consent Form Signed? | — | Yes signed 0/25/13  -ES |
| Labs Reviewed? | — | Yes -ES |
| No Complaints | — | Assessment performed, no complaints reported -ES |
| Discharge Mode | | |
| Notify Provider For: | Dyspnea;Fever greater than 100.4;Vomiting;Bleeding;Mouth Sores;Diarrhea -ES | — |
| Patient Discharged | Ambulates with independent gait;Accompanied by family members -ES | — |
| Tolerated Treatment? | Yes -ES | — |
| Follow-up Appt Slip | Placed in Mail -ES | — |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| KS | Kristen M Schiro, RN | 06/12/12 - 09/10/18 | Registered Nurse | Nurse |
| ES | Emily Scott, RN | 08/12/13 - 09/11/19 | Registered Nurse | Nurse |

GuilbaultC-OchsnerMR-      00423

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: ▇▇▇  DOB: ▇▇ 1952, Sex: F
Acct #: ▇▇▇
Enc. Date 10/21/2013

## Encounter Information - Infusion

### Reason for Visit

Chemotherapy

### Diagnoses

| | Codes | Comments |
|---|---|---|
| Breast cancer   – Primary | ICD-10-CM: C50.919 ICD-9-CM: 174.8 | |
| Malignant neoplasm of other specified sites of female breast | ICD-10-CM: C50.919 ICD-9-CM: 174.8 | |

### Non-Hospital Problems as of 10/21/2013

Reviewed: 10/21/2013 by Chris Theodossiou, MD

| | Codes | Noted - Resolved |
|---|---|---|
| Malignant neoplasm of other specified sites of female breast | ICD-10-CM: C50.919 ICD-9-CM: 174.8 | 9/17/2013 - Present |
| Secondary and unspecified malignant neoplasm of lymph nodes, site unspecified(196.9) | ICD-10-CM: C77.9 ICD-9-CM: 196.9 | 9/17/2013 - Present |
| Hypertension | ICD-10-CM: I10 ICD-9-CM: 401.9 | 9/20/2013 - Present |
| Breast cancer | ICD-10-CM: C50.919 ICD-9-CM: 174.9 | 9/23/2013 - Present |
| Encounter for antineoplastic chemotherapy | ICD-10-CM: Z51.11 ICD-9-CM: V58.11 | 10/18/2013 - Present |
| Leukopenia | ICD-10-CM: D72.819 ICD-9-CM: 288.50 | 10/18/2013 - Present |
| Breast cancer | ICD-10-CM: C50.919 ICD-9-CM: 174.9 | 10/18/2013 - Present |

### Allergies as of 10/21/2013

No Known Allergies

### Immunizations Administered as of 10/21/2013

Never Reviewed

No immunizations on file.

### Encounter Vitals Flowsheet Audit Trail (all recorded)

| Flow Time | Flow Value | User | File Time | Action |
|---|---|---|---|---|
| **BP** | | | | |
| 10/21/13 1345 | (I) 148/74 | SM | 10/21/13 1352 | Current |
| **Pulse** | | | | |
| 10/21/13 1345 | 86 | SM | 10/21/13 1352 | Current |
| **Resp** | | | | |
| 10/21/13 1345 | 20 | SM | 10/21/13 1352 | Current |
| **Temp** | | | | |
| 10/21/13 1345 | 97.8 °F (36.6 °C) | SM | 10/21/13 1352 | Current |
| **Pain Score** | | | | |
| 10/21/13 1345 | Zero | SM | 10/21/13 1352 | Current |

User Key                                    (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Effective Dates | Name | Provider Type | Discipline |
|---|---|---|---|---|
| SM | 06/12/12 - | Suzanne T Murray, RN | Registered Nurse | Nurse |

### Medical History

GuilbaultC-OchsnerMR-      00518

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: ███████ DOB: ██ 1952, Sex: F
Acct #: ████████
Enc. Date 10/21/2013

## Encounter Information - Infusion (continued)

### Medical History (continued)

| Diagnosis | Date | Comment | Source |
|---|---|---|---|
| Breast cancer | | | Provider |
| Hypertension | | | Provider |

### Surgical History

| Procedure | Laterality | Date | Comment | Source |
|---|---|---|---|---|
| BREAST BIOPSY | | | | Provider |
| TONSILLECTOMY | | | | Provider |

### Family and Education as of 10/21/2013

| Marital Status |
|---|
| Married |

## Social Documentation

### Social Documentation as of 10/21/2013

None

### Tobacco Use as of 10/21/2013

Never Smoker.

### Alcohol Use as of 10/21/2013

Yes.
Comments: wine socially

### Drug Use as of 10/21/2013

No.

### Family History as of 10/21/2013

| Problem | Relation | Age of Onset | Comments |
|---|---|---|---|
| Arrhythmia | Brother | | |
| Heart attack | Paternal Grandfather | | |
| Heart disease | Brother | | |
| Heart disease | Father | | |
| Heart disease | Maternal Grandfather | | |
| Heart disease | Paternal Grandfather | | |

### Family Status as of 10/21/2013

| Relation | Status |
|---|---|
| Father | Deceased |
| Paternal Grandfather | Deceased |
| Mother | Deceased |
| Sister | Alive |
| Brother | Alive |
| Sister | Alive |
| Sister | Alive |
| Brother | Alive |
| Brother | Alive |
| Brother | Alive |
| Brother | Deceased |
| Maternal Grandfather | Deceased |

Generated on 4/24/20 12:26 PM

GuilbaultC-OchsnerMR-   00519

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: ▓▓▓ DOB: ▓ 1952, Sex: F
Acct #: ▓▓▓
Enc. Date 10/21/2013

## Encounter Information - Infusion (continued)

### Family Status as of 10/21/2013 (continued)

### Employment History as of 10/21/2013

No employment history on file.

### Obstetric History as of 10/21/2013

No data available

### Anticoagulation Episode Summary

Current INR goal:
TTR:                         —
Next INR check:
INR from last check:
Most recent INR:    1.0 (5/9/2014)
Weekly max warfarin
dose:
Target end date:
INR check location:
Preferred lab:
Send INR reminders
to:
Comments:

**Indications**

Breast cancer [C50.919]
Malignant neoplasm of left breast [C50.912]

### History

Not marked as reviewed during this visit.

## Medications

### Outpatient Medications at Start of Encounter as of 10/21/2013

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **glucosamine-chondroitin 500-400 mg tablet**<br>Sig - Route: Take 1 tablet by mouth once daily. - Oral<br>Class: Historical Med | | | | |
| **loratadine (CLARITIN) 10 mg tablet**<br>Sig - Route: Take 10 mg by mouth once daily. - Oral<br>Class: Historical Med | | | | |
| **meloxicam (MOBIC) 7.5 MG tablet**<br>Sig - Route: Take 7.5 mg by mouth daily as needed.  - Oral<br>Class: Historical Med | | | 8/18/2013 | |
|     Laura Baquíe V, RN 2/20/2018 3:24 PM<br>    PRN | | | | |
| **carvedilol (COREG) 3.125 MG tablet**<br>Sig - Route: Take 1 tablet (3.125 mg total) by mouth 2 (two) times daily with meals. - Oral | 60 tablet | 11 | 9/20/2013 | 9/4/2014 |
| **diazepam (VALIUM) 5 MG tablet**<br>Sig - Route: Take 5 mg by mouth every 6 (six) hours as needed. - Oral<br>Class: Historical Med | | | | 8/22/2014 |
| **estradiol-norethindrone acet 0.5-0.1 mg per tablet**<br>Class: Historical Med | | | 8/18/2013 | 11/11/2013 |
| **fish oil-omega-3 fatty acids 300-1,000 mg capsule**<br>Sig - Route: Take 2 g by mouth once daily. - Oral<br>Class: Historical Med | | | | 3/17/2016 |

GuilbaultC-OchsnerMR-   00520

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: ████████DOB: ███1952, Sex: F
Acct #: ████████
Enc. Date 10/21/2013

## Medications (continued)

### Outpatient Medications at Start of Encounter as of 10/21/2013 (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| hydrocodone-acetaminophen (VICODIN) 5-500 mg per tablet<br>Class: Historical Med | | | 9/30/2013 | 3/21/2014 |
| losartan-hydrochlorothiazide 100-25 mg (HYZAAR) 100-25 mg per tablet<br>Sig - Route: Take 1 tablet by mouth once daily. - Oral | 30 tablet | 11 | 9/20/2013 | 9/4/2014 |
| ondansetron (ZOFRAN-ODT) 4 MG TbDL (Discontinued)<br>Class: Historical Med<br>Reason for Discontinue: Reorder | | | 9/25/2013 | 10/21/2013 |
| potassium chloride (KLOR-CON) 20 mEq Pack<br>Sig - Route: Take 20 mEq by mouth once daily. - Oral<br>Class: Historical Med | | | | 3/21/2014 |
| TRIBENZOR 40-5-25 mg Tab<br>Class: Historical Med | | | 9/2/2013 | 11/11/2013 |
| vitamin D 1000 units Tab<br>Sig - Route: Take 800 mg by mouth once daily. - Oral<br>Class: Historical Med | | | | 3/17/2016 |
| vitamin E 100 UNIT capsule<br>Sig - Route: Take 100 Units by mouth once daily. - Oral<br>Class: Historical Med | | | | 8/25/2016 |

### Ordered Facility-Administered Medications

| | Dose | Freq | Start | End |
|---|---|---|---|---|
| palonosetron 0.25mg/dexamethasone 10mg IVPB<br>Route: Intravenous | | Clinic/HOD 1 time | 10/21/2013 | 10/21/2013 |
| fosaprepitant 150 mg in sodium chloride 0.9% 150 mL IVPB<br>Route: Intravenous | 150 mg | Clinic/HOD 1 time | 10/21/2013 | 10/21/2013 |
| DOXOrubicin chemo injection 98 mg<br>Route: Intravenous | 60 mg/m2 × 1.62 m2 (Treatment Plan Recorded) | Clinic/HOD 1 time | 10/21/2013 | 10/21/2013 |
| cyclophosphamide (CYTOXAN) 600 mg/m2 = 970 mg in sodium chloride 0.9% 250 mL chemo infusion<br>Route: Intravenous | 600 mg/m2 × 1.62 m2 (Treatment Plan Recorded) | Clinic/HOD 1 time | 10/21/2013 | 10/21/2013 |
| sodium chloride 0.9% flush 10 mL (Discontinued)<br>Route: Intravenous<br>Reason for Discontinue: Patient Discharge | 10 mL | As needed (PRN) | 10/21/2013 | 10/21/2013 |
| heparin, porcine (PF) 100 unit/mL injection flush 500 Units (Discontinued)<br>Route: Intravenous<br>Reason for Discontinue: Patient Discharge | 500 Units | As needed (PRN) | 10/21/2013 | 10/21/2013 |

### All Meds and Administrations

GuilbaultC-OchsnerMR-      00521

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: ███████ DOB: ███ 1952, Sex: F
Acct #: ███████
Enc. Date 10/21/2013

## Medications (continued)

**All Meds and Administrations (continued)**

### cyclophosphamide (CYTOXAN) 600 mg/m2 = 970 mg in sodium chloride 0.9% 250 mL chemo infusion [71788170]

| | |
|---|---|
| Ordering Provider: Chris Theodossiou, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 10/21/13 1402 | Starts/Ends: 10/21/13 1500 - 10/21/13 1617 |
| Dose (Remaining/Total): 600 mg/m2 (Treatment Plan Recorded) (0/1) | Route: Intravenous |
| Frequency: Clinic/HOD 1 time | Rate/Duration: 250 mL/hr / 60 Minutes |

Admin Instructions: Cyclophosphamide is an irritant; follow chemotherapy guidelines accordingly.

| Line | Med Link Info | Comment |
|---|---|---|
| Port A Cath Single Lumen 09/27/13 Right upper arm | 10/21/13 1517 by Suzanne T Murray, RN | — |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/21/13 1617 | Stopped | 0 mg<br>0 mL/hr<br>60 Minutes | Intravenous | Performed by: Suzanne T Murray, RN |
| 10/21/13 1517 | New Bag | 970 mg<br>250 mL/hr<br>60 Minutes | Intravenous | Performed by: Suzanne T Murray, RN<br>Dual Signoff by: Colleen Lambert, RN |

### DOXOrubicin chemo injection 98 mg [71788169]

| | |
|---|---|
| Ordering Provider: Chris Theodossiou, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 10/21/13 1402 | Starts/Ends: 10/21/13 1445 - 10/21/13 1516 |
| Dose (Remaining/Total): 60 mg/m2 (Treatment Plan Recorded) (0/1) | Route: Intravenous |
| Frequency: Clinic/HOD 1 time | Rate/Duration: — / — |

Admin Instructions: Administer over 3-5 minutes. Doxorubicin is a vesicant; follow chemotherapy guidelines accordingly.

| Line | Med Link Info | Comment |
|---|---|---|
| Port A Cath Single Lumen 09/27/13 Right upper arm | 10/21/13 1511 by Suzanne T Murray, RN | — |
| Port A Cath Single Lumen 09/27/13 Right upper arm | 10/21/13 1516 by Suzanne T Murray, RN | — |

| Timestamps | Action | Dose / Rate | Route | Other Information |
|---|---|---|---|---|
| 10/21/13 1516 | Stopped | 0 mg<br>0 mL/hr | Intravenous | Performed by: Suzanne T Murray, RN |
| 10/21/13 1511 | New Bag | 98 mg<br>— | Intravenous | Performed by: Suzanne T Murray, RN<br>Dual Signoff by: Colleen Lambert, RN |

GuilbaultC-OchsnerMR-   00522

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: ███████ DOB: ███ 1952, Sex: F
Acct #: ███████
Enc. Date 10/21/2013

## Medications (continued)

### All Meds and Administrations (continued)

#### fosaprepitant 150 mg in sodium chloride 0.9% 150 mL IVPB [71788166]

Ordering Provider: Chris Theodossiou, MD
Ordered On: 10/21/13 1402
Dose (Remaining/Total): 150 mg (0/1)
Frequency: Clinic/HOD 1 time

Status: Completed (Past End Date/Time)
Starts/Ends: 10/21/13 1415 - 10/21/13 1505
Route: Intravenous
Rate/Duration: 450 mL/hr / 20 Minutes

| Line | Med Link Info | Comment |
|---|---|---|
| Port A Cath Single Lumen 09/27/13 Right upper arm | 10/21/13 1445 by Suzanne T Murray, RN | — |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/21/13 1505 | Stopped | 0 mg 0 mL/hr 20 Minutes | Intravenous | Performed by: Suzanne T Murray, RN |
| 10/21/13 1445 | New Bag | 150 mg 450 mL/hr 20 Minutes | Intravenous | Performed by: Suzanne T Murray, RN |

#### heparin, porcine (PF) 100 unit/mL injection flush 500 Units [71788172]

Ordering Provider: Chris Theodossiou, MD

Ordered On: 10/21/13 1402
Dose (Remaining/Total): 500 Units (—/—)
Frequency: As needed (PRN)

Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Starts/Ends: 10/21/13 1402 - 10/21/13 1916
Route: Intravenous
Rate/Duration: — / —

| Line | Med Link Info | Comment |
|---|---|---|
| Port A Cath Single Lumen 09/27/13 Right upper arm | 10/21/13 1635 by Suzanne T Murray, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/21/13 1635 | Given | 500 Units | Intravenous | Performed by: Suzanne T Murray, RN |

GuilbaultC-OchsnerMR-    00523

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: ███  DOB: ███ 1952, Sex: F
Acct #: ███
Enc. Date 10/21/2013

## Medications (continued)

### All Meds and Administrations (continued)

**palonosetron 0.25mg/dexamethasone 10mg IVPB [71788165]**

| | | |
|---|---|---|
| Ordering Provider: Chris Theodossiou, MD | Status: Completed (Past End Date/Time) | |
| Ordered On: 10/21/13 1402 | Starts/Ends: 10/21/13 1415 - 10/21/13 1441 | |
| Dose (Remaining/Total): — (0/1) | Route: Intravenous | |
| Frequency: Clinic/HOD 1 time | Rate/Duration: 150 mL/hr / 20 Minutes | |

| Line | Med Link Info | Comment |
|---|---|---|
| Port A Cath Single Lumen 09/27/13<br>Right upper arm | 10/21/13 1421 by Suzanne T Murray,<br>RN | — |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/21/13 1441 | Stopped | 0 mg<br>0 mL/hr<br>20 Minutes | Intravenous | Performed by: Suzanne T Murray,<br>RN |
| 10/21/13 1421 | New Bag | —<br>150 mL/hr<br>20 Minutes | Intravenous | Performed by: Suzanne T Murray,<br>RN |

**sodium chloride 0.9% flush 10 mL [71788171]**

| | | |
|---|---|---|
| Ordering Provider: Chris Theodossiou, MD | Status: Discontinued (Past End Date/Time), Reason: Patient<br>Discharge | |
| Ordered On: 10/21/13 1402 | Starts/Ends: 10/21/13 1402 - 10/21/13 1916 | |
| Dose (Remaining/Total): 10 mL (—/—) | Route: Intravenous | |
| Frequency: As needed (PRN) | Rate/Duration: — / — | |

| Line | Med Link Info | Comment |
|---|---|---|
| Port A Cath Single Lumen 09/27/13<br>Right upper arm | 10/21/13 1635 by Suzanne T Murray,<br>RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/21/13 1635 | Given | 10 mL | Intravenous | Performed by: Suzanne T Murray,<br>RN |

GuilbaultC-OchsnerMR-     00524

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: [redacted] DOB: [redacted] 1952, Sex: F
Acct #: [redacted]
Enc. Date 10/21/2013

## Other Orders

### Treatment conditions

Electronically signed by: **Chris Theodossiou, MD** on 10/21/13 1308        Status: **Completed**
Ordering user: **Chris Theodossiou, MD** 10/21/13 1308        Ordering provider: **Chris Theodossiou, MD**
Authorized by: **Chris Theodossiou, MD**        Ordering mode: **Standard**
From treatment plan: OP AC (Q3W)        Frequency: Once 10/21/13 1403 - **1** occurrence
Diagnoses
Breast cancer [174.9 (ICD-9-CM)]
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]
Order comments: Hold if ANC is less than or equal to 1500 or Platelets are less than or equal to 100,000 and notify MD

#### Treatment conditions

Electronically signed by: **Chris Theodossiou, MD** on 10/21/13 1308        Status: **Completed**
Ordering user: **Chris Theodossiou, MD** 10/21/13 1308        Ordering provider: **Chris Theodossiou, MD**
Authorized by: **Chris Theodossiou, MD**        Ordering mode: **Standard**
From treatment plan: OP AC (Q3W)
Order comments: Hold if ANC is less than or equal to 1500 or Platelets are less than or equal to 100,000 and notify MD

### ECHO/MUGA SCAN/CARDIAC CATH.

Electronically signed by: **Chris Theodossiou, MD** on 10/21/13 1308        Status: **Completed**
Ordering user: **Chris Theodossiou, MD** 10/21/13 1308        Ordering provider: **Chris Theodossiou, MD**
Authorized by: **Chris Theodossiou, MD**        Ordering mode: **Standard**
From treatment plan: OP AC (Q3W)        Frequency: Once 10/21/13 1403 - **1** occurrence
Diagnoses
Breast cancer [174.9 (ICD-9-CM)]
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]
Order comments: A baseline MUGA Scan or ECHO must be obtained prior to initiation of chemotherapy. Notify MD if LVEF < 50%.

#### ECHO/MUGA SCAN/CARDIAC CATH.

Electronically signed by: **Chris Theodossiou, MD** on 10/21/13 1308        Status: **Completed**
Ordering user: **Chris Theodossiou, MD** 10/21/13 1308        Ordering provider: **Chris Theodossiou, MD**
Authorized by: **Chris Theodossiou, MD**        Ordering mode: **Standard**
From treatment plan: OP AC (Q3W)
Order comments: A baseline MUGA Scan or ECHO must be obtained prior to initiation of chemotherapy. Notify MD if LVEF < 50%.

### palonosetron 0.25mg/dexamethasone 10mg IVPB

Electronically signed by: **Chris Theodossiou, MD** on 10/21/13 1308        Status: **Completed**
Ordering user: **Chris Theodossiou, MD** 10/21/13 1308        Ordering provider: **Chris Theodossiou, MD**
Authorized by: **Chris Theodossiou, MD**        Ordering mode: **Standard**
From treatment plan: OP AC (Q3W)        Frequency: 1 time in Clinic/HOD 10/21/13 1415 - **1** occurrence
Diagnoses
Breast cancer [174.9 (ICD-9-CM)]
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]

### fosaprepitant 150 mg in sodium chloride 0.9% 150 mL IVPB

Electronically signed by: **Chris Theodossiou, MD** on 10/21/13 1308        Status: **Completed**
Ordering user: **Chris Theodossiou, MD** 10/21/13 1308        Ordering provider: **Chris Theodossiou, MD**
Authorized by: **Chris Theodossiou, MD**        Ordering mode: **Standard**
From treatment plan: OP AC (Q3W)        Frequency: 1 time in Clinic/HOD 10/21/13 1415 - **1** occurrence
Diagnoses
Breast cancer [174.9 (ICD-9-CM)]
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]

#### Mixture Ingredients

| Medication | Ordered Dose | Calculated Dose |
|---|---|---|
| fosaprepitant | 150 mg | 150 mg |
| sodium chloride 0.9% | 150 mLs | 150 mLs |

GuilbaultC-OchsnerMR-   00525

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: DOB: 1952, Sex: F
Acct #:
Enc. Date 10/21/2013

## Other Orders (continued)

**fosaprepitant 150 mg in sodium chloride 0.9% 150 mL IVPB (continued)**

### CAUTION-VESICANT WARNING

Electronically signed by: **Chris Theodossiou, MD on 10/21/13 1308**                          Status: **Completed**
Ordering user: Chris Theodossiou, MD 10/21/13 1308          Ordering provider: Chris Theodossiou, MD
Authorized by: Chris Theodossiou, MD                                    Ordering mode: Standard
From treatment plan: OP AC (Q3W)                                       Frequency: Once 10/21/13 1403 - 1 occurrence
Diagnoses
Breast cancer [174.9 (ICD-9-CM)]
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]
Order comments: One or more of the following protocol agents is a vesicant; Follow chemotherapy guidelines accordingly.

#### CAUTION-VESICANT WARNING

Electronically signed by: **Chris Theodossiou, MD on 10/21/13 1308**                          Status: **Completed**
Ordering user: Chris Theodossiou, MD 10/21/13 1308          Ordering provider: Chris Theodossiou, MD
Authorized by: Chris Theodossiou, MD                                    Ordering mode: Standard
From treatment plan: OP AC (Q3W)
Order comments: One or more of the following protocol agents is a vesicant; Follow chemotherapy guidelines accordingly.

### CAUTION-IRRITANT WARNING

Electronically signed by: **Chris Theodossiou, MD on 10/21/13 1308**                          Status: **Completed**
Ordering user: Chris Theodossiou, MD 10/21/13 1308          Ordering provider: Chris Theodossiou, MD
Authorized by: Chris Theodossiou, MD                                    Ordering mode: Standard
From treatment plan: OP AC (Q3W)                                       Frequency: Once 10/21/13 1403 - 1 occurrence
Diagnoses
Breast cancer [174.9 (ICD-9-CM)]
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]
Order comments: One or more of the following protocol agents is an irritant; Follow chemotherapy guidelines accordingly.

#### CAUTION-IRRITANT WARNING

Electronically signed by: **Chris Theodossiou, MD on 10/21/13 1308**                          Status: **Completed**
Ordering user: Chris Theodossiou, MD 10/21/13 1308          Ordering provider: Chris Theodossiou, MD
Authorized by: Chris Theodossiou, MD                                    Ordering mode: Standard
From treatment plan: OP AC (Q3W)
Order comments: One or more of the following protocol agents is an irritant; Follow chemotherapy guidelines accordingly.

### DOXOrubicin chemo injection 98 mg

Electronically signed by: **Chris Theodossiou, MD on 10/21/13 1308**                          Status: **Completed**
Ordering user: Chris Theodossiou, MD 10/21/13 1308          Ordering provider: Chris Theodossiou, MD
Authorized by: Chris Theodossiou, MD                                    Ordering mode: Standard
From treatment plan: OP AC (Q3W)                                       Frequency: 1 time in Clinic/HOD 10/21/13 1445 - 1 occurrence
Diagnoses
Breast cancer [174.9 (ICD-9-CM)]
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]

### cyclophosphamide (CYTOXAN) 600 mg/m2 = 970 mg in sodium chloride 0.9% 250 mL chemo infusion

Electronically signed by: **Chris Theodossiou, MD on 10/21/13 1308**                          Status: **Completed**
Ordering user: Chris Theodossiou, MD 10/21/13 1308          Ordering provider: Chris Theodossiou, MD
Authorized by: Chris Theodossiou, MD                                    Ordering mode: Standard
From treatment plan: OP AC (Q3W)                                       Frequency: 1 time in Clinic/HOD 10/21/13 1500 - 1 occurrence
Diagnoses
Breast cancer [174.9 (ICD-9-CM)]
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]

#### Mixture Ingredients

| Medication | Ordered Dose | Calculated Dose |
|---|---|---|
| cyclophosphamide (CYTOXAN) | 600 mg/m2 | 970 mg |

GuilbaultC-OchsnerMR-          00526

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: ▮▮▮ DOB: ▮ 1952, Sex: F
Acct #: ▮▮▮
Enc. Date 10/21/2013

## Other Orders (continued)

cyclophosphamide (CYTOXAN) 600 mg/m2 = 970 mg in sodium chloride 0.9% 250 mL chemo infusion (continued)

| | | |
|---|---|---|
| sodium chloride 0.9% | 250 mLs | 250 mLs |

**sodium chloride 0.9% flush 10 mL**

Electronically signed by: **Chris Theodossiou, MD** on 10/21/13 1308          Status: **Discontinued**
Ordering user: **Chris Theodossiou, MD** 10/21/13 1308      Ordering provider: **Chris Theodossiou, MD**
Authorized by: **Chris Theodossiou, MD**        Ordering mode: **Standard**
PRN reasons: Line Care
PRN Comment: Flush lines as needed.
From treatment plan: OP AC (Q3W)        Frequency: PRN 10/21/13 1402 - 10/21/13 1916
Discontinued by: Discharge Provider, Automatic 10/21/13 1916 [Patient Discharge]
Diagnoses
Breast cancer [174.9 (ICD-9-CM)]
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]

**heparin, porcine (PF) 100 unit/mL injection flush 500 Units**

Electronically signed by: **Chris Theodossiou, MD** on 10/21/13 1308          Status: **Discontinued**
Ordering user: **Chris Theodossiou, MD** 10/21/13 1308      Ordering provider: **Chris Theodossiou, MD**
Authorized by: **Chris Theodossiou, MD**        Ordering mode: **Standard**
PRN Comment: Flush lines as needed.
From treatment plan: OP AC (Q3W)        Frequency: PRN 10/21/13 1402 - 10/21/13 1916
Discontinued by: Discharge Provider, Automatic 10/21/13 1916 [Patient Discharge]
Diagnoses
Breast cancer [174.9 (ICD-9-CM)]
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]

## Result Notes and Comments

| Result | Treatment conditions (Order 71788173) |
|---|---|
| Result | ECHO/MUGA SCAN/CARDIAC CATH. (Order 71788174) |
| Result | CAUTION-VESICANT WARNING (Order 71788175) |
| Result | CAUTION-IRRITANT WARNING (Order 71788176) |
| Result | Treatment conditions (Order 71788163) |
| Result | ECHO/MUGA SCAN/CARDIAC CATH. (Order 71788164) |
| Result | palonosetron 0.25mg/dexamethasone 10mg IVPB (Order 71788165) |

GuilbaultC-OchsnerMR-      00527

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN:          DOB:     1952, Sex: F
Acct #:
Enc. Date 10/21/2013

## Result Notes and Comments (continued)

| Result | fosaprepitant 150 mg in sodium chloride 0.9% 150 mL IVPB (Order 71788166) |
|---|---|
| Result | CAUTION-VESICANT WARNING (Order 71788167) |
| Result | CAUTION-IRRITANT WARNING (Order 71788168) |
| Result | DOXOrubicin chemo injection 98 mg (Order 71788169) |
| Result | cyclophosphamide (CYTOXAN) 600 mg/m2 = 970 mg in sodium chloride 0.9% 250 mL chemo infusion (Order 71788170) |
| Result | sodium chloride 0.9% flush 10 mL (Order 71788171) |
| Result | heparin, porcine (PF) 100 unit/mL injection flush 500 Units (Order 71788172) |

## Encounter Messages

### Appointment Reminder

| From | To | Sent and Delivered |
|---|---|---|
| Myochsner, System Message | Clare L Guilbault | 10/21/2013 12:01 AM |

Last Read in Patient Portal
11/25/2013  8:47 AM by Clare L Guilbault
Appointment Information

Department:
NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans, LA 70121-2429
Benson Cancer Center
504-842-3910
Provider:       Chemo 9 Nomh
Date:             10/21/13
Time:             3:00 PM

Please click epichttp://appointments[here] to view more details about your appointment.

## All Other Notes

### Plan of Care by Suzanne T Murray, RN at 10/21/2013  5:13 PM

| Author: Suzanne T Murray, RN | Service: — | Author Type: Registered Nurse |
|---|---|---|
| Filed: 10/21/2013  5:13 PM | Encounter Date: 10/21/2013 | Status: Signed |
| Editor: Suzanne T Murray, RN (Registered Nurse) | | |

GuilbaultC-OchsnerMR-     00528

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: ▮▮▮▮ DOB: ▮▮ 1952, Sex: F
Acct #: ▮▮▮▮
Enc. Date 11/11/2013

## Encounter Information - Infusion

### Reason for Visit

Chemotherapy

### Diagnoses

| | Codes | Comments |
|---|---|---|
| Breast cancer  – Primary | ICD-10-CM: C50.919 ICD-9-CM: 174.9 | |
| Malignant neoplasm of other specified sites of female breast | ICD-10-CM: C50.919 ICD-9-CM: 174.8 | |
| Encounter for antineoplastic chemotherapy | ICD-10-CM: Z51.11 ICD-9-CM: V58.11 | |

### Non-Hospital Problems as of 11/11/2013

Reviewed: 11/11/2013 by Chris  Theodossiou, MD

| | Codes | Noted - Resolved |
|---|---|---|
| Malignant neoplasm of other specified sites of female breast | ICD-10-CM: C50.919 ICD-9-CM: 174.8 | 9/17/2013 - Present |
| Secondary and unspecified malignant neoplasm of lymph nodes, site unspecified(196.9) | ICD-10-CM: C77.9 ICD-9-CM: 196.9 | 9/17/2013 - Present |
| Hypertension | ICD-10-CM: I10 ICD-9-CM: 401.9 | 9/20/2013 - Present |
| Breast cancer | ICD-10-CM: C50.919 ICD-9-CM: 174.9 | 9/23/2013 - Present |
| Encounter for antineoplastic chemotherapy | ICD-10-CM: Z51.11 ICD-9-CM: V58.11 | 10/18/2013 - Present |
| Leukopenia | ICD-10-CM: D72.819 ICD-9-CM: 288.50 | 10/18/2013 - Present |
| Breast cancer | ICD-10-CM: C50.919 ICD-9-CM: 174.9 | 10/18/2013 - Present |

### Allergies as of 11/11/2013

No Known Allergies

### Immunizations Administered as of 11/11/2013

Never Reviewed

No immunizations on file.

### Medical History

| Diagnosis | Date | Comment | Source |
|---|---|---|---|
| Breast cancer | | | Provider |
| Hypertension | | | Provider |

### Surgical History

| Procedure | Laterality | Date | Comment | Source |
|---|---|---|---|---|
| BREAST BIOPSY | | | | Provider |
| TONSILLECTOMY | | | | Provider |

### Family and Education as of 11/11/2013

| Marital Status | | | | |
|---|---|---|---|---|
| Married | | | | |

## Social Documentation

GuilbaultC-OchsnerMR-   00608

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN:       DOB:    1952, Sex: F
Acct #:
Enc. Date 11/11/2013

## Encounter Information - Infusion (continued)

### Social Documentation as of 11/11/2013

None

### Tobacco Use as of 11/11/2013

Never Smoker.

### Alcohol Use as of 11/11/2013

Yes.
Comments: wine socially

### Drug Use as of 11/11/2013

No.

### Family History as of 11/11/2013

| Problem | Relation | Age of Onset | Comments |
|---|---|---|---|
| Arrhythmia | Brother | | |
| Heart attack | Paternal Grandfather | | |
| Heart disease | Brother | | |
| Heart disease | Father | | |
| Heart disease | Maternal Grandfather | | |
| Heart disease | Paternal Grandfather | | |

### Family Status as of 11/11/2013

| Relation | Status |
|---|---|
| Father | Deceased |
| Paternal Grandfather | Deceased |
| Mother | Deceased |
| Sister | Alive |
| Brother | Alive |
| Sister | Alive |
| Sister | Alive |
| Brother | Alive |
| Brother | Alive |
| Brother | Alive |
| Brother | Deceased |
| Maternal Grandfather | Deceased |

### Employment History as of 11/11/2013

No employment history on file.

### Obstetric History as of 11/11/2013

No data available

### Anticoagulation Episode Summary

Current INR goal:
TTR:    —
Next INR check:
INR from last check:
Most recent INR:    1.0 (5/9/2014)
Weekly max warfarin
dose:
Target end date:
INR check location:

**Indications**

Breast cancer [C50.919]
Malignant neoplasm of left breast [C50.912]

---

GuilbaultC-OchsnerMR-    00609

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: DOB: 1952, Sex: F
Acct #:
Enc. Date 11/11/2013

## Encounter Information - Infusion (continued)

### Anticoagulation Episode Summary (continued)

Preferred lab:
Send INR reminders
to:
Comments:

## History

| Reviewed By | Date/Time | Sections Reviewed |
|---|---|---|
| Albertina Cordova Burgos, RN | 11/11/2013 12:25 PM | Medical, Surgical, Tobacco, Alcohol, Drug Use, Sexual Activity, Family |
| Albertina Cordova Burgos, RN | 11/11/2013 10:57 AM | Medical, Surgical, Tobacco, Alcohol, Drug Use, Sexual Activity, Family |

## Medications

### Outpatient Medications at Start of Encounter as of 11/11/2013

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| glucosamine-chondroitin 500-400 mg tablet (Taking) Sig - Route: Take 1 tablet by mouth once daily. - Oral Class: Historical Med | | | | |
| loratadine (CLARITIN) 10 mg tablet (Taking) Sig - Route: Take 10 mg by mouth once daily. - Oral Class: Historical Med | | | | |
| meloxicam (MOBIC) 7.5 MG tablet (Taking) Sig - Route: Take 7.5 mg by mouth daily as needed.  - Oral Class: Historical Med | | | 8/18/2013 | |
|    Laura Baquie V, RN 2/20/2018 3:24 PM    PRN | | | | |
| carvedilol (COREG) 3.125 MG tablet (Taking) Sig - Route: Take 1 tablet (3.125 mg total) by mouth 2 (two) times daily with meals. - Oral | 60 tablet | 11 | 9/20/2013 | 9/4/2014 |
| fish oil-omega-3 fatty acids 300-1,000 mg capsule (Taking) Sig - Route: Take 2 g by mouth once daily. - Oral Class: Historical Med | | | | 3/17/2016 |
| losartan-hydrochlorothiazide 100-25 mg (HYZAAR) 100-25 mg per tablet (Taking) Sig - Route: Take 1 tablet by mouth once daily. - Oral | 30 tablet | 11 | 9/20/2013 | 9/4/2014 |
| ondansetron (ZOFRAN-ODT) 4 MG TbDL (Taking) Sig - Route: Take 1 tablet (4 mg total) by mouth every 6 (six) hours as needed. - Oral | 30 tablet | 1 | 10/21/2013 | 11/29/2013 |
| potassium chloride (KLOR-CON) 20 mEq Pack (Taking) Sig - Route: Take 20 mEq by mouth once daily.  - Oral Class: Historical Med | | | | 3/21/2014 |
| prochlorperazine (COMPAZINE) 10 MG tablet (Taking) Class: Historical Med | | | 10/21/2013 | 3/21/2014 |
| vitamin D 1000 units Tab (Taking) Sig - Route: Take 800 mg by mouth once daily. - Oral Class: Historical Med | | | | 3/17/2016 |
| vitamin E 100 UNIT capsule (Taking) Sig - Route: Take 100 Units by mouth once daily. - Oral Class: Historical Med | | | | 8/25/2016 |
| diazepam (VALIUM) 5 MG tablet | | | | 8/22/2014 |

GuilbaultC-OchsnerMR-   00610

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: ████ DOB: ██ 1952, Sex: F
Acct #: ████
Enc. Date 11/11/2013

## Medications (continued)

### Outpatient Medications at Start of Encounter as of 11/11/2013 (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig - Route: Take 5 mg by mouth every 6 (six) hours as needed. – Oral | | | | |
| Class: Historical Med | | | | |
| estradiol-norethindrone acet 0.5-0.1 mg per tablet | | | 8/18/2013 | 11/11/2013 |
| Class: Historical Med | | | | |
| hydrocodone-acetaminophen (VICODIN) 5-500 mg per tablet | | | 9/30/2013 | 3/21/2014 |
| Class: Historical Med | | | | |
| TRIBENZOR 40-5-25 mg Tab | | | 9/2/2013 | 11/11/2013 |
| Class: Historical Med | | | | |

### Medications the Patient Reported Taking

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| glucosamine-chondroitin 500-400 mg tablet (Taking) | | | | |
| Sig: Take 1 tablet by mouth once daily. | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |
| loratadine (CLARITIN) 10 mg tablet (Taking) | | | | |
| Sig: Take 10 mg by mouth once daily. | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |
| meloxicam (MOBIC) 7.5 MG tablet (Taking) | | | 8/18/2013 | |
| Sig: Take 7.5 mg by mouth daily as needed. | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |
| carvedilol (COREG) 3.125 MG tablet (Taking/Discontinued) | 60 tablet | 11 | 9/20/2013 | 9/4/2014 |
| Sig: Take 1 tablet (3.125 mg total) by mouth 2 (two) times daily with meals. | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: Reorder | | | | |
| fish oil-omega-3 fatty acids 300-1,000 mg capsule (Taking/Discontinued) | | | | 3/17/2016 |
| Sig: Take 2 g by mouth once daily. | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: Patient no longer taking | | | | |
| losartan-hydrochlorothiazide 100-25 mg (HYZAAR) 100-25 mg per tablet (Taking/Discontinued) | 30 tablet | 11 | 9/20/2013 | 9/4/2014 |
| Sig: Take 1 tablet by mouth once daily. | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: Reorder | | | | |
| ondansetron (ZOFRAN-ODT) 4 MG TbDL (Taking/Discontinued) | 30 tablet | 1 | 10/21/2013 | 11/29/2013 |
| Sig: Take 1 tablet (4 mg total) by mouth every 6 (six) hours as needed. | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: Reorder | | | | |
| potassium chloride (KLOR-CON) 20 mEq Pack (Taking/Discontinued) | | | | 3/21/2014 |
| Sig: Take 20 mEq by mouth once daily. | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: Reorder | | | | |
| prochlorperazine (COMPAZINE) 10 MG tablet (Taking/Discontinued) | | | 10/21/2013 | 3/21/2014 |

Generated on 4/24/20 12:26 PM

GuilbaultC-OchsnerMR-

00611

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: ▮▮▮ DOB: ▮ 1952, Sex: F
Acct #: ▮▮▮
Enc. Date 11/11/2013

## Medications (continued)

### Medications the Patient Reported Taking (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Class: Historical Med | | | | |
| Reason for Discontinue: Patient no longer taking | | | | |
| vitamin D 1000 units Tab (Taking/Discontinued) | | | | 3/17/2016 |
| Sig: Take 800 mg by mouth once daily. | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: Patient no longer taking | | | | |
| vitamin E 100 UNIT capsule (Taking/Discontinued) | | | | 8/25/2016 |
| Sig: Take 100 Units by mouth once daily. | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: Patient no longer taking | | | | |

### Ordered Facility-Administered Medications

| | Dose | Freq | Start | End |
|---|---|---|---|---|
| palonosetron 0.25mg/dexamethasone 10mg IVPB | | Clinic/HOD 1 time | 11/11/2013 | 11/11/2013 |
| Route: Intravenous | | | | |
| fosaprepitant 150 mg in sodium chloride 0.9% 150 mL IVPB | 150 mg | Clinic/HOD 1 time | 11/11/2013 | 11/11/2013 |
| Route: Intravenous | | | | |
| DOXOrubicin chemo injection 98 mg | 60 mg/m2 × 1.62 m2 (Treatment Plan Recorded) | Clinic/HOD 1 time | 11/11/2013 | 11/11/2013 |
| Route: Intravenous | | | | |
| cyclophosphamide (CYTOXAN) 600 mg/m2 = 970 mg in sodium chloride 0.9% 250 mL chemo infusion | 600 mg/m2 × 1.62 m2 (Treatment Plan Recorded) | Clinic/HOD 1 time | 11/11/2013 | 11/11/2013 |
| Route: Intravenous | | | | |
| sodium chloride 0.9% flush 10 mL (Discontinued) | 10 mL | As needed (PRN) | 11/11/2013 | 11/11/2013 |
| Route: Intravenous | | | | |
| Reason for Discontinue: Patient Discharge | | | | |
| heparin, porcine (PF) 100 unit/mL injection flush 500 Units (Discontinued) | 500 Units | As needed (PRN) | 11/11/2013 | 11/11/2013 |
| Route: Intravenous | | | | |
| Reason for Discontinue: Patient Discharge | | | | |
| sodium chloride 0.9% 250 mL flush bag | | Clinic/HOD 1 time | 11/11/2013 | 11/11/2013 |
| Route: Intravenous | | | | |

### All Meds and Administrations

GuilbaultC-OchsnerMR-    00612

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: ▮▮▮ DOB: ▮ 1952, Sex: F
Acct #: ▮▮▮
Enc. Date 11/11/2013

## Medications (continued)

**All Meds and Administrations (continued)**

### cyclophosphamide (CYTOXAN) 600 mg/m2 = 970 mg in sodium chloride 0.9% 250 mL chemo infusion [74112032]

Ordering Provider: Chris Theodossiou, MD
Ordered On: 11/11/13 0958
Dose (Remaining/Total): 600 mg/m2 (Treatment Plan Recorded) (0/1)
Frequency: Clinic/HOD 1 time

Status: Completed (Past End Date/Time)
Starts/Ends: 11/11/13 1045 - 11/11/13 1310
Route: Intravenous

Rate/Duration: 250 mL/hr / 60 Minutes

Admin Instructions: Cyclophosphamide is an irritant; follow chemotherapy guidelines accordingly.

| Line | Med Link Info | Comment |
|---|---|---|
| Port A Cath Single Lumen 09/27/13 Right upper arm | 11/11/13 1210 by Albertina Burgos, RN | — |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 11/11/13 1310 | Stopped | 0 mg<br>0 mL/hr<br>60 Minutes | Intravenous | Performed by: Albertina Burgos, RN |
| 11/11/13 1210 | New Bag | 970 mg<br>250 mL/hr<br>60 Minutes | Intravenous | Performed by: Albertina Burgos, RN<br>Dual Signoff by: Leila C Saizan, RN |

### DOXOrubicin chemo injection 98 mg [74112031]

Ordering Provider: Chris Theodossiou, MD
Ordered On: 11/11/13 0958
Dose (Remaining/Total): 60 mg/m2 (Treatment Plan Recorded) (0/1)
Frequency: Clinic/HOD 1 time

Status: Completed (Past End Date/Time)
Starts/Ends: 11/11/13 1030 - 11/11/13 1208
Route: Intravenous

Rate/Duration: — / —

Admin Instructions: Administer over 3-5 minutes. Doxorubicin is a vesicant; follow chemotherapy guidelines accordingly.

| Line | Med Link Info | Comment |
|---|---|---|
| Port A Cath Single Lumen 09/27/13 Right upper arm | 11/11/13 1158 by Albertina Burgos, RN | — |
| Port A Cath Single Lumen 09/27/13 Right upper arm | 11/11/13 1208 by Albertina Burgos, RN | — |

| Timestamps | Action | Dose / Rate | Route | Other Information |
|---|---|---|---|---|
| 11/11/13 1208 | Stopped | 0 mg<br>0 mL/hr | Intravenous | Performed by: Albertina Burgos, RN |
| 11/11/13 1158 | New Bag | 98 mg<br>— | Intravenous | Performed by: Albertina Burgos, RN<br>Dual Signoff by: Leila C Saizan, RN |

GuilbaultC-OchsnerMR-      00613

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: ██████ DOB: ██ 1952, Sex: F
Acct #: ██████
Enc. Date 11/11/2013

## Medications (continued)

**All Meds and Administrations (continued)**

### fosaprepitant 150 mg in sodium chloride 0.9% 150 mL IVPB [74112028]

Ordering Provider: Chris Theodossiou, MD
Ordered On: 11/11/13 0958
Dose (Remaining/Total): 150 mg (0/1)
Frequency: Clinic/HOD 1 time

Status: Completed (Past End Date/Time)
Starts/Ends: 11/11/13 1000 - 11/11/13 1145
Route: Intravenous
Rate/Duration: 450 mL/hr / 20 Minutes

| Line | Med Link Info | Comment |
|---|---|---|
| Port A Cath Single Lumen 09/27/13 Right upper arm | 11/11/13 1119 by Albertina Burgos, RN | — |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 11/11/13 1145 | Stopped | 0 mg 0 mL/hr 20 Minutes | Intravenous | Performed by: Albertina Burgos, RN |
| 11/11/13 1119 | New Bag | 150 mg 450 mL/hr 20 Minutes | Intravenous | Performed by: Albertina Burgos, RN |

### heparin, porcine (PF) 100 unit/mL injection flush 500 Units [74112034]

Ordering Provider: Chris Theodossiou, MD

Ordered On: 11/11/13 0958
Dose (Remaining/Total): 500 Units (—/—)
Frequency: As needed (PRN)

Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Starts/Ends: 11/11/13 0958 - 11/11/13 1930
Route: Intravenous
Rate/Duration: — / —

| Line | Med Link Info | Comment |
|---|---|---|
| Port A Cath Single Lumen 09/27/13 Right upper arm | 11/11/13 1325 by Albertina Burgos, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 11/11/13 1325 | Given | 500 Units | Intravenous | Performed by: Albertina Burgos, RN |

GuilbaultC-OchsnerMR-     00614

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: ▮▮▮ DOB: ▮ 1952, Sex: F
Acct #: ▮▮▮
Enc. Date 11/11/2013

## Medications (continued)

### All Meds and Administrations (continued)

#### palonosetron 0.25mg/dexamethasone 10mg IVPB [74112027]

| Ordering Provider: Chris Theodossiou, MD | Status: Completed (Past End Date/Time) |
|---|---|
| Ordered On: 11/11/13 0958 | Starts/Ends: 11/11/13 1000 - 11/11/13 1118 |
| Dose (Remaining/Total): — (0/1) | Route: Intravenous |
| Frequency: Clinic/HOD 1 time | Rate/Duration: 150 mL/hr / 20 Minutes |

| Line | Med Link Info | Comment |
|---|---|---|
| Port A Cath Single Lumen 09/27/13 Right upper arm | 11/11/13 1100 by Albertina Burgos, RN | — |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 11/11/13 1118 | Stopped | 0 mg<br>0 mL/hr<br>20 Minutes | Intravenous | Performed by: Albertina Burgos, RN |
| 11/11/13 1100 | New Bag | —<br>150 mL/hr<br>20 Minutes | Intravenous | Performed by: Albertina Burgos, RN |

#### sodium chloride 0.9% 250 mL flush bag [74118655]

| Ordering Provider: Chris Theodossiou, MD | Status: Completed (Past End Date/Time) |
|---|---|
| Ordered On: 11/11/13 1100 | Starts/Ends: 11/11/13 1000 - 11/11/13 1321 |
| Dose (Remaining/Total): — (0/1) | Route: Intravenous |
| Frequency: Clinic/HOD 1 time | Rate/Duration: 25 mL/hr / — |
| Admin Instructions: flush bag | |

| Line | Med Link Info | Comment |
|---|---|---|
| Port A Cath Single Lumen 09/27/13 Right upper arm | 11/11/13 1059 by Albertina Burgos, RN | — |
| Port A Cath Single Lumen 09/27/13 Right upper arm | 11/11/13 1321 by Albertina Burgos, RN | — |

| Timestamps | Action | Rate | Route | Other Information |
|---|---|---|---|---|
| 11/11/13 1321 | Stopped | 0 mL/hr | Intravenous | Performed by: Albertina Burgos, RN |
| 11/11/13 1059 | New Bag | 25 mL/hr | Intravenous | Performed by: Albertina Burgos, RN |

GuilbaultC-OchsnerMR-      00615

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: ▮▮▮  DOB: ▮ 1952, Sex: F
Acct #: ▮▮▮
Enc. Date 11/11/2013

## Medications (continued)

**All Meds and Administrations (continued)**

**sodium chloride 0.9% flush 10 mL [74112033]**

| Ordering Provider: Chris Theodossiou, MD | Status: Discontinued (Past End Date/Time), Reason: Patient Discharge |
|---|---|
| Ordered On: 11/11/13 0958 | Starts/Ends: 11/11/13 0958 - 11/11/13 1930 |
| Dose (Remaining/Total): 10 mL (—/—) | Route: Intravenous |
| Frequency: As needed (PRN) | Rate/Duration: — / — |

| Line | Med Link Info | Comment |
|---|---|---|
| Port A Cath Single Lumen 09/27/13 Right upper arm | 11/11/13 1325 by Albertina Burgos, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 11/11/13 1325 | Given | 10 mL | Intravenous | Performed by: Albertina Burgos, RN |

---

GuilbaultC-OchsnerMR-          00616

| NOMH CHEMOTHERAPY INFUSION | Guilbault, Clare L |
|---|---|
| 1516 Jefferson Hwy | MRN: ▮ DOB: ▮ 1952, Sex: F |
| New Orleans LA 70121-2429 | Acct #: ▮ |
| Ambulatory Encounter | Enc. Date 11/11/2013 |

## Other Orders

### Treatment conditions

Electronically signed by: **Chris Theodossiou, MD** on **11/11/13 0934**                                    Status: **Completed**
Ordering user: **Chris Theodossiou, MD 11/11/13 0934**          Ordering provider: **Chris Theodossiou, MD**
Authorized by: **Chris Theodossiou, MD**                                    Ordering mode: **Standard**
From treatment plan: **OP AC (Q3W)**                                    Frequency: **Once 11/11/13 0959 - 1 occurrence**
Diagnoses
Breast cancer [174.9 (ICD-9-CM)]
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]
Order comments: Hold if ANC is less than or equal to 1500 or Platelets are less than or equal to 100,000 and notify MD

#### Treatment conditions

Electronically signed by: **Chris Theodossiou, MD** on **11/11/13 0934**                                    Status: **Completed**
Ordering user: **Chris Theodossiou, MD 11/11/13 0934**          Ordering provider: **Chris Theodossiou, MD**
Authorized by: **Chris Theodossiou, MD**                                    Ordering mode: **Standard**
From treatment plan: **OP AC (Q3W)**
Order comments: Hold if ANC is less than or equal to 1500 or Platelets are less than or equal to 100,000 and notify MD

### ECHO/MUGA SCAN/CARDIAC CATH.

Electronically signed by: **Chris Theodossiou, MD** on **11/11/13 0934**                                    Status: **Completed**
Ordering user: **Chris Theodossiou, MD 11/11/13 0934**          Ordering provider: **Chris Theodossiou, MD**
Authorized by: **Chris Theodossiou, MD**                                    Ordering mode: **Standard**
From treatment plan: **OP AC (Q3W)**                                    Frequency: **Once 11/11/13 0959 - 1 occurrence**
Diagnoses
Breast cancer [174.9 (ICD-9-CM)]
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]
Order comments: A baseline MUGA Scan or ECHO must be obtained prior to initiation of chemotherapy. Notify MD if LVEF < 50%.

#### ECHO/MUGA SCAN/CARDIAC CATH.

Electronically signed by: **Chris Theodossiou, MD** on **11/11/13 0934**                                    Status: **Completed**
Ordering user: **Chris Theodossiou, MD 11/11/13 0934**          Ordering provider: **Chris Theodossiou, MD**
Authorized by: **Chris Theodossiou, MD**                                    Ordering mode: **Standard**
From treatment plan: **OP AC (Q3W)**
Order comments: A baseline MUGA Scan or ECHO must be obtained prior to initiation of chemotherapy. Notify MD if LVEF < 50%.

### palonosetron 0.25mg/dexamethasone 10mg IVPB

Electronically signed by: **Chris Theodossiou, MD** on **11/11/13 0934**                                    Status: **Completed**
Ordering user: **Chris Theodossiou, MD 11/11/13 0934**          Ordering provider: **Chris Theodossiou, MD**
Authorized by: **Chris Theodossiou, MD**                                    Ordering mode: **Standard**
From treatment plan: **OP AC (Q3W)**                                    Frequency: **1 time in Clinic/HOD 11/11/13 1000 - 1 occurrence**
Diagnoses
Breast cancer [174.9 (ICD-9-CM)]
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]

### fosaprepitant 150 mg in sodium chloride 0.9% 150 mL IVPB

Electronically signed by: **Chris Theodossiou, MD** on **11/11/13 0934**                                    Status: **Completed**
Ordering user: **Chris Theodossiou, MD 11/11/13 0934**          Ordering provider: **Chris Theodossiou, MD**
Authorized by: **Chris Theodossiou, MD**                                    Ordering mode: **Standard**
From treatment plan: **OP AC (Q3W)**                                    Frequency: **1 time in Clinic/HOD 11/11/13 1000 - 1 occurrence**
Diagnoses
Breast cancer [174.9 (ICD-9-CM)]
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]

#### Mixture Ingredients

| Medication | Ordered Dose | Calculated Dose |
|---|---|---|
| fosaprepitant | 150 mg | 150 mg |
| sodium chloride 0.9% | 150 mLs | 150 mLs |

GuilbaultC-OchsnerMR-     00617

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: ███   DOB: ███ 1952, Sex: F
Acct #: ███
Enc. Date 11/11/2013

## Other Orders (continued)

**fosaprepitant 150 mg in sodium chloride 0.9% 150 mL IVPB (continued)**

### CAUTION-VESICANT WARNING

Electronically signed by: **Chris Theodossiou, MD on 11/11/13 0934**                    Status: **Completed**
Ordering user: **Chris Theodossiou, MD** 11/11/13 0934       Ordering provider: **Chris Theodossiou, MD**
Authorized by: **Chris Theodossiou, MD**                          Ordering mode: **Standard**
From treatment plan: OP AC (Q3W)                              Frequency: Once 11/11/13 0959 - 1 occurrence
Diagnoses
Breast cancer [174.9 (ICD-9-CM)]
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]
Order comments: One or more of the following protocol agents is a vesicant; Follow chemotherapy guidelines accordingly.

   **CAUTION-VESICANT WARNING**

   Electronically signed by: **Chris Theodossiou, MD on 11/11/13 0934**                    Status: **Completed**
   Ordering user: **Chris Theodossiou, MD** 11/11/13 0934       Ordering provider: **Chris Theodossiou, MD**
   Authorized by: **Chris Theodossiou, MD**                          Ordering mode: **Standard**
   From treatment plan: OP AC (Q3W)
   Order comments: One or more of the following protocol agents is a vesicant; Follow chemotherapy guidelines accordingly.

### CAUTION-IRRITANT WARNING

Electronically signed by: **Chris Theodossiou, MD on 11/11/13 0934**                    Status: **Completed**
Ordering user: **Chris Theodossiou, MD** 11/11/13 0934       Ordering provider: **Chris Theodossiou, MD**
Authorized by: **Chris Theodossiou, MD**                          Ordering mode: **Standard**
From treatment plan: OP AC (Q3W)                              Frequency: Once 11/11/13 0959 - 1 occurrence
Diagnoses
Breast cancer [174.9 (ICD-9-CM)]
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]
Order comments: One or more of the following protocol agents is an irritant; Follow chemotherapy guidelines accordingly.

   **CAUTION-IRRITANT WARNING**

   Electronically signed by: **Chris Theodossiou, MD on 11/11/13 0934**                    Status: **Completed**
   Ordering user: **Chris Theodossiou, MD** 11/11/13 0934       Ordering provider: **Chris Theodossiou, MD**
   Authorized by: **Chris Theodossiou, MD**                          Ordering mode: **Standard**
   From treatment plan: OP AC (Q3W)
   Order comments: One or more of the following protocol agents is an irritant; Follow chemotherapy guidelines accordingly.

### DOXOrubicin chemo injection 98 mg

Electronically signed by: **Chris Theodossiou, MD on 11/11/13 0934**                    Status: **Completed**
Ordering user: **Chris Theodossiou, MD** 11/11/13 0934       Ordering provider: **Chris Theodossiou, MD**
Authorized by: **Chris Theodossiou, MD**                          Ordering mode: **Standard**
From treatment plan: OP AC (Q3W)                              Frequency: 1 time in Clinic/HOD 11/11/13 1030 - 1 occurrence
Diagnoses
Breast cancer [174.9 (ICD-9-CM)]
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]

### cyclophosphamide (CYTOXAN) 600 mg/m2 = 970 mg in sodium chloride 0.9% 250 mL chemo infusion

Electronically signed by: **Chris Theodossiou, MD on 11/11/13 0934**                    Status: **Completed**
Ordering user: **Chris Theodossiou, MD** 11/11/13 0934       Ordering provider: **Chris Theodossiou, MD**
Authorized by: **Chris Theodossiou, MD**                          Ordering mode: **Standard**
From treatment plan: OP AC (Q3W)                              Frequency: 1 time in Clinic/HOD 11/11/13 1045 - 1 occurrence
Diagnoses
Breast cancer [174.9 (ICD-9-CM)]
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]

   **Mixture Ingredients**

| Medication | Ordered Dose | Calculated Dose |
|---|---|---|
| cyclophosphamide (CYTOXAN) | 600 mg/m2 | 970 mg |

GuilbaultC-OchsnerMR-         00618

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: ███ DOB: ███ 1952, Sex: F
Acct #: ███
Enc. Date 11/11/2013

## Other Orders (continued)

**cyclophosphamide (CYTOXAN) 600 mg/m2 = 970 mg in sodium chloride 0.9% 250 mL chemo infusion (continued)**

| | | |
|---|---|---|
| sodium chloride 0.9% | 250 mLs | 250 mLs |

**sodium chloride 0.9% flush 10 mL**

Electronically signed by: **Chris Theodossiou, MD on 11/11/13 0934**                              Status: **Discontinued**
Ordering user: **Chris Theodossiou, MD 11/11/13 0934**      Ordering provider: **Chris Theodossiou, MD**
Authorized by: **Chris Theodossiou, MD**                             Ordering mode: **Standard**
PRN reasons: Line Care
PRN Comment: Flush lines as needed.
From treatment plan: OP AC (Q3W)                                       Frequency: PRN 11/11/13 0958 - 11/11/13 1930
Discontinued by: Discharge Provider, Automatic 11/11/13 1930 [Patient Discharge]
Diagnoses
Breast cancer [174.9 (ICD-9-CM)]
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]

**heparin, porcine (PF) 100 unit/mL injection flush 500 Units**

Electronically signed by: **Chris Theodossiou, MD on 11/11/13 0934**                              Status: **Discontinued**
Ordering user: **Chris Theodossiou, MD 11/11/13 0934**      Ordering provider: **Chris Theodossiou, MD**
Authorized by: **Chris Theodossiou, MD**                             Ordering mode: **Standard**
PRN Comment: Flush lines as needed.
From treatment plan: OP AC (Q3W)                                       Frequency: PRN 11/11/13 0958 - 11/11/13 1930
Discontinued by: Discharge Provider, Automatic 11/11/13 1930 [Patient Discharge]
Diagnoses
Breast cancer [174.9 (ICD-9-CM)]
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]

**sodium chloride 0.9% 250 mL flush bag**

Electronically signed by: **Chris Theodossiou, MD on 11/11/13 1320**                              Status: **Completed**
Mode: Ordering in Telephone with readback mode               Communicated by: Albertina Burgos, RN
Ordering user: **Albertina Burgos, RN 11/11/13 1059**        Ordering provider: **Chris Theodossiou, MD**
Authorized by: **Chris Theodossiou, MD**                             Ordering mode: Telephone with readback
From treatment plan: OP AC (Q3W)                                       Frequency: 1 time in Clinic/HOD 11/11/13 1000 - 1 occurrence
Diagnoses
Breast cancer [174.9 (ICD-9-CM)]
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]

   Mixture Ingredients

| Medication | Ordered Dose | Calculated Dose |
|---|---|---|
| sodium chloride 0.9% | 250 mLs | 250 mLs |

## Result Notes and Comments

| Result | sodium chloride 0.9% 250 mL flush bag (Order 74118655) |
|---|---|

| Result | Treatment conditions (Order 74118651) |
|---|---|

| Result | ECHO/MUGA SCAN/CARDIAC CATH. (Order 74118652) |
|---|---|

GuilbaultC-OchsnerMR-      00619

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: ███████ DOB: ██ 1952, Sex: F
Acct #: ███████
Enc. Date 11/11/2013

## Result Notes and Comments (continued)

| Result | CAUTION-VESICANT WARNING (Order 74118653) |
| Result | CAUTION-IRRITANT WARNING (Order 74118654) |
| Result | CAUTION-VESICANT WARNING (Order 74112029) |
| Result | CAUTION-IRRITANT WARNING (Order 74112030) |
| Result | DOXOrubicin chemo injection 98 mg (Order 74112031) |
| Result | cyclophosphamide (CYTOXAN) 600 mg/m2 = 970 mg in sodium chloride 0.9% 250 mL chemo Infusion (Order 74112032) |
| Result | sodium chloride 0.9% flush 10 mL (Order 74112033) |
| Result | heparin, porcine (PF) 100 unit/mL injection flush 500 Units (Order 74112034) |
| Result | Treatment conditions (Order 74112025) |
| Result | ECHO/MUGA SCAN/CARDIAC CATH. (Order 74112026) |
| Result | palonosetron 0.25mg/dexamethasone 10mg IVPB (Order 74112027) |
| Result | fosaprepitant 150 mg in sodium chloride 0.9% 150 mL IVPB (Order 74112028) |

## Encounter Messages

### Appointment Reminder

| From | To | Sent and Delivered |
|---|---|---|
| Myochsner, System Message | Clare L Guilbault | 11/4/2013 12:03 AM |

Last Read in Patient Portal
11/8/2013  1:02 PM by Clare L Guilbault
Appointment Information

Department:
NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans, LA 70121-2429

Generated on 4/24/20 12:26 PM

GuilbaultC-OchsnerMR-    00620

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: ■■■■  DOB: ■■ 1952, Sex: F
Acct #: ■■■■
Enc. Date 11/11/2013

**Encounter Messages (continued)**

Benson Cancer Center
504-842-3910
Provider:      Chemo 5 Nomh
Date:             11/11/13
Time:             10:00 AM

Please click epichttp://appointments[here] to view more details about your appointment.

## All Other Notes

**Plan of Care by Albertina Burgos, RN at 11/11/2013  1:35 PM**

| | | |
|---|---|---|
| Author:  Albertina Burgos, RN | Service: — | Author Type:  Registered Nurse |
| Filed:  11/11/2013  1:35 PM | Encounter Date:  11/11/2013 | Status:  Signed |
| Editor:  Albertina Burgos, RN (Registered Nurse) | | |

**Problem: General Plan of Care**
**Goal:** Plan of Care Review
The patient and/or their representative will communicate an understanding of their plan of care.
**Outcome:** Adequate for Discharge
Pt. Tolerated treatment well. Discharged without complaints or signs of adverse effects. Pt. aware of
Neulasta injection appointment for tomorrow.

Electronically signed by Albertina Burgos, RN at 11/11/2013  1:35 PM

**Follow-up Information**

None

**Follow Up Call**

No data filed

## Flowsheets (all recorded)

**Abuse Risk - Mon November 11, 2013**

| Row Name | 1100 |
|---|---|
| Abuse Screen | |
| Do you feel that you are treated well by your partner/spouse/family member? | Yes  -AB |

**CARE PLAN MINI-FLOWSHEET DATA - Mon November 11, 2013**

| Row Name | 1335 | 1100 |
|---|---|---|
| (RETIRED) Chemotherapy Effects | | |
| (RETIRED) Problems Assessed (Chemotherapy Effects) | — | all  -AB |

Generated on 4/24/20 12:26 PM

GuilbaultC-OchsnerMR-   00621

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: ████ DOB: ███ 1952, Sex: F
Acct #: ████
Enc. Date 11/11/2013

## Flowsheets (all recorded) (continued)

### CARE PLAN MINI-FLOWSHEET DATA - Mon November 11, 2013 (continued)

| Row Name | 1335 | 1100 |
|---|---|---|
| (RETIRED) Problems Present (Chemotherapy Effects) | — | none -AB |
| (RETIRED) Coping/Psychosocial Response Interventions | | |
| Plan Of Care Reviewed With | patient -AB | — |

### Depression Risk - Mon November 11, 2013

| Row Name | 1100 |
|---|---|
| Depression Screen (past 2 weeks) | |
| Have you felt down, depressed, or hopeless? | No -AB |
| Have you felt little interest or pleasure in doing things? | No -AB |

### Fall Risk - Mon November 11, 2013

| Row Name | 1100 |
|---|---|
| Fall Risk Identifiers | |
| Noticeable difficulty walking | No -AB |
| Noticeable difficulty rising out of chair | No -AB |
| Patient using ambulatory aid | No -AB |
| Leg prothesis | No -AB |
| Reason for Visit implies risk | No -AB |
| Active or recent complaints of diarrhea, vomiting, or weakness | No -AB |
| High risk medications given during visit (Nitroglycerin, sedatives, blood, chemotherapy) | Yes -AB |
| Fall Risk Screening | |
| Is the patient at risk for fall? | No -AB |

### IV Assessment - Mon November 11, 2013

| Row Name | 1058 |
|---|---|
| Port A Cath Single Lumen 09/27/13 Right upper arm | |
| Properties | Placement Date: 09/27/13 -KS Placement Time: 0839 -KS Orientation: Right -KS Location: upper arm -KS Inserted by: MD -KS |
| Accessed by: | ACBurgos -AB |
| Dressing Type | Transparent -AB |
| Dressing Status | Clean;Dry;Intact -AB |
| Line Status | Blood return noted -AB |
| Flush Performed | Yes -AB |
| Daily Line Review | Performed -AB |
| Type of Needle | Huber -AB |
| Gauge | 20 -AB |
| Needle Length | 3/4 in -AB |
| Needle Status | Removed -AB |
| Needle Insertion Date | 11/11/13 -AB |
| Needle Insertion Time | 1055 -AB |
| Needle Removal Date | 11/11/13 -AB |

GuilbaultC-OchsnerMR-     00622

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: ███  DOB: ███ 1952, Sex: F
Acct #: ███
Enc. Date 11/11/2013

## Flowsheets (all recorded) (continued)

### IV Assessment - Mon November 11, 2013 (continued)

| Row Name | 1058 |
| --- | --- |
| Needle Removal Time | 1325 -AB |
| Deaccessed By | ACBurgos -AB |

### Nutrition Risk - Mon November 11, 2013

| Row Name | 1100 |
| --- | --- |
| Nutrition Risk Screen | |
| Nutrition Risk | No indicators present -AB |

### Oncology Patient Assessment - Mon November 11, 2013

| Row Name | 1326 | 1100 |
| --- | --- | --- |
| Patient Assessment | | |
| Chemo Consent Form Signed? | — | Yes A/C , Taxotere 9/25/13 -AB |
| Labs Reviewed? | — | Yes -AB |
| Nausea | — | Yes well controlled with Compazine and Zofran -AB |
| No Complaints | — | Assessment performed, no complaints reported -AB |
| Discharge Mode | | |
| Notify Provider For: | Dyspnea;Fever greater than 100.4;Vomiting;Bleeding;Mouth Sores;Diarrhea;Other -AB | — |
| Patient Discharged | Ambulates with independent gait;Accompanied by family -AB | — |
| Tolerated Treatment? | Yes -AB | — |
| Return to Clinic (RTC) | 11/12/13 -AB | — |
| Follow-up Appt Slip | Given to Patient verbally -AB | — |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
| --- | --- | --- | --- | --- |
| AB | Albertina Burgos, RN | 07/02/12 - 05/01/17 | Registered Nurse | Nurse |
| KS | Kristen M Schiro, RN | 06/12/12 - 09/10/18 | Registered Nurse | Nurse |

## Plan of Care Notes

### Plan of Care by Albertina Burgos, RN at 11/11/2013 1:35 PM

| Author: Albertina Burgos, RN | Service: — | Author Type: Registered Nurse |
| --- | --- | --- |
| Filed: 11/11/2013 1:35 PM | Encounter Date: 11/11/2013 | Status: Signed |
| Editor: Albertina Burgos, RN (Registered Nurse) | | |

**Problem: General Plan of Care**
**Goal:** Plan of Care Review

GuilbaultC-OchsnerMR-      00623

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN:        DOB:    1952, Sex: F
Acct #:
Enc. Date 11/11/2013

## Plan of Care Notes (continued)

**Plan of Care by Albertina Burgos, RN at 11/11/2013  1:35 PM (continued)**

The patient and/or their representative will communicate an understanding of their plan of care.
**Outcome:** Adequate for Discharge
Pt. Tolerated treatment well. Discharged without complaints or signs of adverse effects. Pt. aware of
Neulasta injection appointment for tomorrow.

Electronically signed by Albertina Burgos, RN on 11/11/2013  1:35 PM

GuilbaultC-OchsnerMR-    00624

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: [redacted]   DOB: [redacted] 1952, Sex: F
Acct #: [redacted]
Enc. Date 12/2/2013

## Encounter Information - Infusion

### Reason for Visit

Chemotherapy

### Diagnoses

| | Codes | Comments |
|---|---|---|
| Malignant neoplasm of other specified sites of female breast   –   Primary | ICD-10-CM: C50.919<br>ICD-9-CM: 174.8 | |
| Breast cancer | ICD-10-CM: C50.919<br>ICD-9-CM: 174.9 | |

### Non-Hospital Problems as of 12/2/2013

Reviewed: **12/2/2013** by Chris Theodossiou, MD

| | Codes | Noted - Resolved |
|---|---|---|
| Malignant neoplasm of other specified sites of female breast | ICD-10-CM: C50.919<br>ICD-9-CM: 174.8 | 9/17/2013 - Present |
| Secondary and unspecified malignant neoplasm of lymph nodes, site unspecified(196.9) | ICD-10-CM: C77.9<br>ICD-9-CM: 196.9 | 9/17/2013 - Present |
| Hypertension | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | 9/20/2013 - Present |
| Breast cancer | ICD-10-CM: C50.919<br>ICD-9-CM: 174.9 | 9/23/2013 - Present |
| Encounter for antineoplastic chemotherapy | ICD-10-CM: Z51.11<br>ICD-9-CM: V58.11 | 10/18/2013 - Present |
| Leukopenia | ICD-10-CM: D72.819<br>ICD-9-CM: 288.50 | 10/18/2013 - Present |
| Breast cancer | ICD-10-CM: C50.919<br>ICD-9-CM: 174.9 | 10/18/2013 - Present |

### Allergies as of 12/2/2013

No Known Allergies

### Immunizations Administered as of 12/2/2013

Never Reviewed

No immunizations on file.

### Encounter Vitals Flowsheet Audit Trail (all recorded)

| Flow Time | Flow Value | User | File Time | Action |
|---|---|---|---|---|
| **BP** | | | | |
| 12/02/13 0929 | (I) 167/75 | SM | 12/02/13 0930 | Current |
| **Pulse** | | | | |
| 12/02/13 0929 | 71 | SM | 12/02/13 0930 | Current |
| **Resp** | | | | |
| 12/02/13 0929 | 20 | SM | 12/02/13 0930 | Current |
| **Temp** | | | | |
| 12/02/13 0929 | 98 °F (36.7 °C) | SM | 12/02/13 0930 | Current |
| **Pain Score** | | | | |
| 12/02/13 0929 | Zero | SM | 12/02/13 0930 | Current |

User Key
(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Effective Dates | Name | Provider Type | Discipline |
|---|---|---|---|---|
| SM | 06/12/12 - | Suzanne T Murray, RN | Registered Nurse | Nurse |

### Medical History

GuilbaultC-OchsnerMR-   00671

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: ██████ DOB: ██ 1952, Sex: F
Acct #: ██████
Enc. Date 12/2/2013

## Encounter Information - Infusion (continued)

### Medical History (continued)

| Diagnosis | Date | Comment | Source |
|-----------|------|---------|--------|
| Breast cancer | | | Provider |
| Hypertension | | | Provider |

### Surgical History

| Procedure | Laterality | Date | Comment | Source |
|-----------|-----------|------|---------|--------|
| BREAST BIOPSY | | | | Provider |
| TONSILLECTOMY | | | | Provider |

### Family and Education as of 12/2/2013

| Marital Status |
|----------------|
| Married |

## Social Documentation

### Social Documentation as of 12/2/2013

None

### Tobacco Use as of 12/2/2013

Never Smoker.

### Alcohol Use as of 12/2/2013

Yes.
Comments:  wine socially

### Drug Use as of 12/2/2013

No.

### Family History as of 12/2/2013

| Problem | Relation | Age of Onset | Comments |
|---------|----------|--------------|----------|
| Arrhythmia | Brother | | |
| Heart attack | Paternal Grandfather | | |
| Heart disease | Brother | | |
| Heart disease | Father | | |
| Heart disease | Maternal Grandfather | | |
| Heart disease | Paternal Grandfather | | |

### Family Status as of 12/2/2013

| Relation | Status |
|----------|--------|
| Father | Deceased |
| Paternal Grandfather | Deceased |
| Mother | Deceased |
| Sister | Alive |
| Brother | Alive |
| Sister | Alive |
| Sister | Alive |
| Brother | Alive |
| Brother | Alive |
| Brother | Alive |
| Brother | Deceased |
| Maternal Grandfather | Deceased |

Generated on 4/24/20 12:26 PM

GuilbaultC-OchsnerMR-    00672

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: ███ DOB: ███ 1952, Sex: F
Acct #: ███
Enc. Date 12/2/2013

## Encounter Information - Infusion (continued)

### Family Status as of 12/2/2013 (continued)

### Employment History as of 12/2/2013

No employment history on file.

### Obstetric History as of 12/2/2013

No data available

### Anticoagulation Episode Summary

| | |
|---|---|
| Current INR goal: | |
| TTR: | — |
| Next INR check: | |
| INR from last check: | |
| Most recent INR: | 1.0 (5/9/2014) |
| Weekly max warfarin dose: | |
| Target end date: | |
| INR check location: | |
| Preferred lab: | |
| Send INR reminders to: | |
| Comments: | |

**Indications**

Breast cancer [C50.919]
Malignant neoplasm of left breast [C50.912]

### History

| Reviewed By | Date/Time | Sections Reviewed |
|---|---|---|
| Suzanne T Murray, RN | 12/2/2013 9:30 AM | None |

## Medications

### Outpatient Medications at Start of Encounter as of 12/2/2013

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **glucosamine-chondroitin 500-400 mg tablet** Sig - Route: Take 1 tablet by mouth once daily. - Oral Class: Historical Med | | | | |
| **loratadine (CLARITIN) 10 mg tablet** Sig - Route: Take 10 mg by mouth once daily. - Oral Class: Historical Med | | | | |
| **meloxicam (MOBIC) 7.5 MG tablet** Sig - Route: Take 7.5 mg by mouth daily as needed. - Oral Class: Historical Med | | | 8/18/2013 | |
| Laura Baquie V, RN 2/20/2018 3:24 PM PRN | | | | |
| **carvedilol (COREG) 3.125 MG tablet** Sig - Route: Take 1 tablet (3.125 mg total) by mouth 2 (two) times daily with meals, - Oral | 60 tablet | 11 | 9/20/2013 | 9/4/2014 |
| **dexamethasone (DECADRON) 4 MG Tab** Sig: Two pilsl twice a day the day prior to chemotherapy and two pills the morning after chemothearpy Class: Print | 24 tablet | 0 | 12/2/2013 | 4/24/2014 |
| **diazepam (VALIUM) 5 MG tablet** Sig - Route: Take 5 mg by mouth every 6 (six) hours as needed. - Oral Class: Historical Med | | | 8/22/2014 | |
| **fish oil-omega-3 fatty acids 300-1,000 mg capsule** Sig - Route: Take 2 g by mouth once daily. - Oral Class: Historical Med | | | 3/17/2016 | |

GuilbaultC-OchsnerMR-     00673

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: ████ DOB: █ 1952, Sex: F
Acct #: ████
Enc. Date 12/2/2013

## Medications (continued)

Outpatient Medications at Start of Encounter as of 12/2/2013 (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| hydrocodone-acetaminophen (VICODIN) 5-500 mg per tablet | | | 9/30/2013 | 3/21/2014 |
|   Class: Historical Med | | | | |
| losartan-hydrochlorothiazide 100-25 mg (HYZAAR) 100-25 mg per tablet | 30 tablet | 11 | 9/20/2013 | 9/4/2014 |
|   Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| ondansetron (ZOFRAN-ODT) 4 MG TbDL | 30 tablet | 1 | 11/29/2013 | 3/21/2014 |
|   Sig: DISSOLVE 1 TABLET ON TONGUE EVERY 6 HOURS AS NEEDED | | | | |
| potassium chloride (KLOR-CON) 20 mEq Pack | | | | 3/21/2014 |
|   Sig - Route: Take 20 mEq by mouth once daily. - Oral | | | | |
|   Class: Historical Med | | | | |
| prochlorperazine (COMPAZINE) 10 MG tablet | | | 10/21/2013 | 3/21/2014 |
|   Class: Historical Med | | | | |
| vitamin D 1000 units Tab | | | | 3/17/2016 |
|   Sig - Route: Take 800 mg by mouth once daily. - Oral | | | | |
|   Class: Historical Med | | | | |
| vitamin E 100 UNIT capsule | | | | 8/25/2016 |
|   Sig - Route: Take 100 Units by mouth once daily. - Oral | | | | |
|   Class: Historical Med | | | | |

### Ordered Facility-Administered Medications

| | Dose | Freq | Start | End |
|---|---|---|---|---|
| sodium chloride 0.9% 250 mL flush bag | | Clinic/HOD 1 time | 12/2/2013 | 12/2/2013 |
|   Route: Intravenous | | | | |
| palonosetron 0.25mg/dexamethasone 10mg IVPB | | Clinic/HOD 1 time | 12/2/2013 | 12/2/2013 |
|   Route: Intravenous | | | | |
| fosaprepitant 150 mg in sodium chloride 0.9% 150 mL IVPB | 150 mg | Clinic/HOD 1 time | 12/2/2013 | 12/2/2013 |
|   Route: Intravenous | | | | |
| DOXOrubicin chemo injection 98 mg | 60 mg/m2 × 1.62 m2 (Treatment Plan Recorded) | Clinic/HOD 1 time | 12/2/2013 | 12/2/2013 |
|   Route: Intravenous | | | | |
| cyclophosphamide (CYTOXAN) 600 mg/m2 = 970 mg in sodium chloride 0.9% 250 mL chemo infusion | 600 mg/m2 × 1.62 m2 (Treatment Plan Recorded) | Clinic/HOD 1 time | 12/2/2013 | 12/2/2013 |
|   Route: Intravenous | | | | |
| sodium chloride 0.9% flush 10 mL (Discontinued) | 10 mL | As needed (PRN) | 12/2/2013 | 12/2/2013 |
|   Route: Intravenous | | | | |
|   Reason for Discontinue: Patient Discharge | | | | |
| heparin, porcine (PF) 100 unit/mL injection flush 500 Units (Discontinued) | 500 Units | As needed (PRN) | 12/2/2013 | 12/2/2013 |
|   Route: Intravenous | | | | |
|   Reason for Discontinue: Patient Discharge | | | | |

### All Meds and Administrations

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: ▮▮▮▮▮ DOB: ▮▮ 1952, Sex: F
Acct #: ▮▮▮▮▮
Enc. Date 12/2/2013

## Medications (continued)

**All Meds and Administrations (continued)**

### cyclophosphamide (CYTOXAN) 600 mg/m2 = 970 mg in sodium chloride 0.9% 250 mL chemo infusion [76406721]

| | |
|---|---|
| Ordering Provider: Chris Theodossiou, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 12/02/13 0942 | Starts/Ends: 12/02/13 1030 - 12/02/13 1214 |
| Dose (Remaining/Total): 600 mg/m2 (Treatment Plan Recorded) (0/1) | Route: Intravenous |
| Frequency: Clinic/HOD 1 time | Rate/Duration: 250 mL/hr / 60 Minutes |

Admin Instructions: Cyclophosphamide is an irritant; follow chemotherapy guidelines accordingly.

| Line | Med Link Info | Comment |
|---|---|---|
| Port A Cath Single Lumen 09/27/13 Right upper arm | 12/02/13 1114 by Suzanne T Murray, RN | — |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 12/02/13 1214 | Stopped | 0 mg<br>0 mL/hr<br>60 Minutes | Intravenous | Performed by: Suzanne T Murray, RN |
| 12/02/13 1114 | New Bag | 970 mg<br>250 mL/hr<br>60 Minutes | Intravenous | Performed by: Suzanne T Murray, RN<br>Dual Signoff by: Gail H Abadie, RN |

### DOXOrubicin chemo injection 98 mg [76406720]

| | |
|---|---|
| Ordering Provider: Chris Theodossiou, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 12/02/13 0942 | Starts/Ends: 12/02/13 1015 - 12/02/13 1112 |
| Dose (Remaining/Total): 60 mg/m2 (Treatment Plan Recorded) (0/1) | Route: Intravenous |
| Frequency: Clinic/HOD 1 time | Rate/Duration: — / — |

Admin Instructions: Administer over 3-5 minutes. Doxorubicin is a vesicant; follow chemotherapy guidelines accordingly.

| Line | Med Link Info | Comment |
|---|---|---|
| Port A Cath Single Lumen 09/27/13 Right upper arm | 12/02/13 1103 by Suzanne T Murray, RN | — |

| Timestamps | Action | Dose / Rate | Route | Other Information |
|---|---|---|---|---|
| 12/02/13 1112 | Stopped | 0 mg<br>0 mL/hr | Intravenous | Performed by: Suzanne T Murray, RN |
| 12/02/13 1103 | New Bag | 98 mg<br>— | Intravenous | Performed by: Suzanne T Murray, RN<br>Dual Signoff by: Lisa Schmidt, RN |

GuilbaultC-OchsnerMR-    00675

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN:      DOB:    1952, Sex: F
Acct #:
Enc. Date 12/2/2013

## Medications (continued)

**All Meds and Administrations (continued)**

### fosaprepitant 150 mg in sodium chloride 0.9% 150 mL IVPB [76406717]

| | |
|---|---|
| Ordering Provider: Chris Theodossiou, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 12/02/13 0942 | Starts/Ends: 12/02/13 0945 - 12/02/13 1059 |
| Dose (Remaining/Total): 150 mg (0/1) | Route: Intravenous |
| Frequency: Clinic/HOD 1 time | Rate/Duration: 450 mL/hr / 20 Minutes |

| Line | Med Link Info | Comment |
|---|---|---|
| Port A Cath Single Lumen 09/27/13 Right upper arm | 12/02/13 1059 by Suzanne T Murray, RN | — |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 12/02/13 1059 | Stopped | 0 mg 0 mL/hr 20 Minutes | Intravenous | Performed by: Suzanne T Murray, RN |
| 12/02/13 1039 | New Bag | 150 mg 450 mL/hr 20 Minutes | Intravenous | Performed by: Lisa Schmidt, RN |

### heparin, porcine (PF) 100 unit/mL injection flush 500 Units [76406723]

| | |
|---|---|
| Ordering Provider: Chris Theodossiou, MD | Status: Discontinued (Past End Date/Time), Reason: Patient Discharge |
| Ordered On: 12/02/13 0942 | Starts/Ends: 12/02/13 0942 - 12/02/13 1819 |
| Dose (Remaining/Total): 500 Units (—/—) | Route: Intravenous |
| Frequency: As needed (PRN) | Rate/Duration: — / — |

| Line | Med Link Info | Comment |
|---|---|---|
| Port A Cath Single Lumen 09/27/13 Right upper arm | 12/02/13 1223 by Suzanne T Murray, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 12/02/13 1223 | Given | 500 Units | Intravenous | Performed by: Suzanne T Murray, RN |

GuilbaultC-OchsnerMR-    00676

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: ▮▮▮ DOB: ▮ 1952, Sex: F
Acct #: ▮▮▮
Enc. Date 12/2/2013

## Medications (continued)

### All Meds and Administrations (continued)

#### palonosetron 0.25mg/dexamethasone 10mg IVPB [76406716]

Ordering Provider: Chris Theodossiou, MD
Ordered On: 12/02/13 0942
Dose (Remaining/Total): — (0/1)
Frequency: Clinic/HOD 1 time

Status: Completed (Past End Date/Time)
Starts/Ends: 12/02/13 0945 - 12/02/13 1039
Route: Intravenous
Rate/Duration: 150 mL/hr / 20 Minutes

| Line | Med Link Info | Comment |
|---|---|---|
| Port A Cath Single Lumen 09/27/13 Right upper arm | 12/02/13 1014 by Suzanne T Murray, RN | — |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 12/02/13 1039 | Stopped | 0 mg 0 mL/hr 20 Minutes | Intravenous | Performed by: Lisa Schmidt, RN |
| 12/02/13 1014 | New Bag | — 150 mL/hr 20 Minutes | Intravenous | Performed by: Suzanne T Murray, RN |

#### sodium chloride 0.9% 250 mL flush bag [76406713]

Ordering Provider: Chris Theodossiou, MD
Ordered On: 12/02/13 0942
Dose (Remaining/Total): — (0/1)
Frequency: Clinic/HOD 1 time
Admin Instructions: flush bag

Status: Completed (Past End Date/Time)
Starts/Ends: 12/02/13 0945 - 12/02/13 1223
Route: Intravenous
Rate/Duration: 25 mL/hr / —

| Line | Med Link Info | Comment |
|---|---|---|
| Port A Cath Single Lumen 09/27/13 Right upper arm | 12/02/13 1010 by Suzanne T Murray, RN | — |

| Timestamps | Action | Rate | Route | Other Information |
|---|---|---|---|---|
| 12/02/13 1223 | Stopped | 0 mL/hr | Intravenous | Performed by: Suzanne T Murray, RN |
| 12/02/13 1010 | New Bag | 25 mL/hr | Intravenous | Performed by: Suzanne T Murray, RN |

#### sodium chloride 0.9% flush 10 mL [76406722]

Ordering Provider: Chris Theodossiou, MD
Ordered On: 12/02/13 0942
Dose (Remaining/Total): 10 mL (—/—)
Frequency: As needed (PRN)

Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Starts/Ends: 12/02/13 0942 - 12/02/13 1819
Route: Intravenous
Rate/Duration: — / —

| Line | Med Link Info | Comment |
|---|---|---|
| Port A Cath Single Lumen 09/27/13 Right upper arm | 12/02/13 1223 by Suzanne T Murray, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 12/02/13 1223 | Given | 10 mL | Intravenous | Performed by: Suzanne T Murray, RN |

GuilbaultC-OchsnerMR-    00677

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: ████  DOB: ██ 1952, Sex: F
Acct #: ████
Enc. Date 12/2/2013

## Medications (continued)

**All Meds and Administrations (continued)**

GuilbaultC-OchsnerMR-    00678

| NOMH CHEMOTHERAPY INFUSION | Guilbault, Clare L |
|---|---|
| 1516 Jefferson Hwy | MRN: ▮▮▮ DOB: ▮▮ 1952, Sex: F |
| New Orleans LA 70121-2429 | Acct #: ▮▮▮ |
| Ambulatory Encounter | Enc. Date 12/2/2013 |

## Other Orders

### sodium chloride 0.9% 250 mL flush bag

Electronically signed by: **Chris Theodossiou, MD on 12/02/13 0857**   Status: **Completed**
Ordering user: **Chris Theodossiou, MD 12/02/13 0857**   Ordering provider: **Chris Theodossiou, MD**
Authorized by: **Chris Theodossiou, MD**   Ordering mode: **Standard**
From treatment plan: **OP AC (Q3W)**   Frequency: **1 time in Clinic/HOD 12/02/13 0945 - 1 occurrence**
Diagnoses
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]
Breast cancer [174.9 (ICD-9-CM)]

#### Mixture Ingredients

| Medication | Ordered Dose | Calculated Dose |
|---|---|---|
| sodium chloride 0.9% | 250 mLs | 250 mLs |

### Treatment conditions

Electronically signed by: **Chris Theodossiou, MD on 12/02/13 0857**   Status: **Completed**
Ordering user: **Chris Theodossiou, MD 12/02/13 0857**   Ordering provider: **Chris Theodossiou, MD**
Authorized by: **Chris Theodossiou, MD**   Ordering mode: **Standard**
From treatment plan: **OP AC (Q3W)**   Frequency: **Once 12/02/13 0943 - 1 occurrence**
Diagnoses
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]
Breast cancer [174.9 (ICD-9-CM)]
Order comments: Hold if ANC is less than or equal to 1500 or Platelets are less than or equal to 100,000 and notify MD

#### Treatment conditions

Electronically signed by: **Chris Theodossiou, MD on 12/02/13 0857**   Status: **Completed**
Ordering user: **Chris Theodossiou, MD 12/02/13 0857**   Ordering provider: **Chris Theodossiou, MD**
Authorized by: **Chris Theodossiou, MD**   Ordering mode: **Standard**
From treatment plan: **OP AC (Q3W)**
Order comments: Hold if ANC is less than or equal to 1500 or Platelets are less than or equal to 100,000 and notify MD

### ECHO/MUGA SCAN/CARDIAC CATH.

Electronically signed by: **Chris Theodossiou, MD on 12/02/13 0857**   Status: **Completed**
Ordering user: **Chris Theodossiou, MD 12/02/13 0857**   Ordering provider: **Chris Theodossiou, MD**
Authorized by: **Chris Theodossiou, MD**   Ordering mode: **Standard**
From treatment plan: **OP AC (Q3W)**   Frequency: **Once 12/02/13 0943 - 1 occurrence**
Diagnoses
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]
Breast cancer [174.9 (ICD-9-CM)]
Order comments: A baseline MUGA Scan or ECHO must be obtained prior to initiation of chemotherapy. Notify MD if LVEF < 50%.

#### ECHO/MUGA SCAN/CARDIAC CATH.

Electronically signed by: **Chris Theodossiou, MD on 12/02/13 0857**   Status: **Completed**
Ordering user: **Chris Theodossiou, MD 12/02/13 0857**   Ordering provider: **Chris Theodossiou, MD**
Authorized by: **Chris Theodossiou, MD**   Ordering mode: **Standard**
From treatment plan: **OP AC (Q3W)**
Order comments: A baseline MUGA Scan or ECHO must be obtained prior to initiation of chemotherapy. Notify MD if LVEF < 50%.

### palonosetron 0.25mg/dexamethasone 10mg IVPB

Electronically signed by: **Chris Theodossiou, MD on 12/02/13 0857**   Status: **Completed**
Ordering user: **Chris Theodossiou, MD 12/02/13 0857**   Ordering provider: **Chris Theodossiou, MD**
Authorized by: **Chris Theodossiou, MD**   Ordering mode: **Standard**
From treatment plan: **OP AC (Q3W)**   Frequency: **1 time in Clinic/HOD 12/02/13 0945 - 1 occurrence**
Diagnoses
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]
Breast cancer [174.9 (ICD-9-CM)]

GuilbaultC-OchsnerMR-   00679

| NOMH CHEMOTHERAPY INFUSION | Guilbault, Clare L |
|---|---|
| 1516 Jefferson Hwy | MRN: ■■■ DOB: ■■■ 1952, Sex: F |
| New Orleans LA 70121-2429 | Acct #: ■■■ |
| Ambulatory Encounter | Enc. Date 12/2/2013 |

## Other Orders (continued)

### fosaprepitant 150 mg in sodium chloride 0.9% 150 mL IVPB

| | |
|---|---|
| Electronically signed by: Chris Theodossiou, MD on 12/02/13 0857 | Status: Completed |
| Ordering user: Chris Theodossiou, MD 12/02/13 0857 | Ordering provider: Chris Theodossiou, MD |
| Authorized by: Chris Theodossiou, MD | Ordering mode: Standard |
| From treatment plan: OP AC (Q3W) | Frequency: 1 time in Clinic/HOD 12/02/13 0945 - 1 occurrence |

Diagnoses
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]
Breast cancer [174.9 (ICD-9-CM)]

#### Mixture Ingredients

| Medication | Ordered Dose | Calculated Dose |
|---|---|---|
| fosaprepitant | 150 mg | 150 mg |
| sodium chloride 0.9% | 150 mLs | 150 mLs |

### CAUTION-VESICANT WARNING

| | |
|---|---|
| Electronically signed by: Chris Theodossiou, MD on 12/02/13 0857 | Status: Completed |
| Ordering user: Chris Theodossiou, MD 12/02/13 0857 | Ordering provider: Chris Theodossiou, MD |
| Authorized by: Chris Theodossiou, MD | Ordering mode: Standard |
| From treatment plan: OP AC (Q3W) | Frequency: Once 12/02/13 0943 - 1 occurrence |

Diagnoses
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]
Breast cancer [174.9 (ICD-9-CM)]
Order comments: One or more of the following protocol agents is a vesicant; Follow chemotherapy guidelines accordingly.

#### CAUTION-VESICANT WARNING

| | |
|---|---|
| Electronically signed by: Chris Theodossiou, MD on 12/02/13 0857 | Status: Completed |
| Ordering user: Chris Theodossiou, MD 12/02/13 0857 | Ordering provider: Chris Theodossiou, MD |
| Authorized by: Chris Theodossiou, MD | Ordering mode: Standard |
| From treatment plan: OP AC (Q3W) | |

Order comments: One or more of the following protocol agents is a vesicant; Follow chemotherapy guidelines accordingly.

### CAUTION-IRRITANT WARNING

| | |
|---|---|
| Electronically signed by: Chris Theodossiou, MD on 12/02/13 0857 | Status: Completed |
| Ordering user: Chris Theodossiou, MD 12/02/13 0857 | Ordering provider: Chris Theodossiou, MD |
| Authorized by: Chris Theodossiou, MD | Ordering mode: Standard |
| From treatment plan: OP AC (Q3W) | Frequency: Once 12/02/13 0943 - 1 occurrence |

Diagnoses
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]
Breast cancer [174.9 (ICD-9-CM)]
Order comments: One or more of the following protocol agents is an irritant; Follow chemotherapy guidelines accordingly.

#### CAUTION-IRRITANT WARNING

| | |
|---|---|
| Electronically signed by: Chris Theodossiou, MD on 12/02/13 0857 | Status: Completed |
| Ordering user: Chris Theodossiou, MD 12/02/13 0857 | Ordering provider: Chris Theodossiou, MD |
| Authorized by: Chris Theodossiou, MD | Ordering mode: Standard |
| From treatment plan: OP AC (Q3W) | |

Order comments: One or more of the following protocol agents is an irritant; Follow chemotherapy guidelines accordingly.

### DOXOrubicin chemo Injection 98 mg

| | |
|---|---|
| Electronically signed by: Chris Theodossiou, MD on 12/02/13 0857 | Status: Completed |
| Ordering user: Chris Theodossiou, MD 12/02/13 0857 | Ordering provider: Chris Theodossiou, MD |
| Authorized by: Chris Theodossiou, MD | Ordering mode: Standard |
| From treatment plan: OP AC (Q3W) | Frequency: 1 time in Clinic/HOD 12/02/13 1015 - 1 occurrence |

Diagnoses
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]
Breast cancer [174.9 (ICD-9-CM)]

GuilbaultC-OchsnerMR-        00680

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: ███ DOB: ███ 1952, Sex: F
Acct #: ███
Enc. Date 12/2/2013

## Other Orders (continued)

### cyclophosphamide (CYTOXAN) 600 mg/m2 = 970 mg in sodium chloride 0.9% 250 mL chemo infusion

Electronically signed by: **Chris Theodossiou, MD on 12/02/13 0857**          Status: **Completed**
Ordering user: **Chris Theodossiou, MD 12/02/13 0857**          Ordering provider: **Chris Theodossiou, MD**
Authorized by: **Chris Theodossiou, MD**          Ordering mode: **Standard**
From treatment plan: **OP AC (Q3W)**          Frequency: **1 time in Clinic/HOD 12/02/13 1030 – 1 occurrence**
Diagnoses
Malignant neoplasm of other specified sites of female breast **[174.8 (ICD-9-CM)]**
Breast cancer **[174.9 (ICD-9-CM)]**

Mixture Ingredients

| Medication | Ordered Dose | Calculated Dose |
|---|---|---|
| cyclophosphamide (CYTOXAN) | 600 mg/m2 | 970 mg |
| sodium chloride 0.9% | 250 mLs | 250 mLs |

### sodium chloride 0.9% flush 10 mL

Electronically signed by: **Chris Theodossiou, MD on 12/02/13 0857**          Status: **Discontinued**
Ordering user: **Chris Theodossiou, MD 12/02/13 0857**          Ordering provider: **Chris Theodossiou, MD**
Authorized by: **Chris Theodossiou, MD**          Ordering mode: **Standard**
PRN reasons: Line Care
PRN Comment: Flush lines as needed.
From treatment plan: **OP AC (Q3W)**          Frequency: **PRN 12/02/13 0942 - 12/02/13 1819**
Discontinued by: Discharge Provider, Automatic 12/02/13 1819 [Patient Discharge]
Diagnoses
Malignant neoplasm of other specified sites of female breast **[174.8 (ICD-9-CM)]**
Breast cancer **[174.9 (ICD-9-CM)]**

### heparin, porcine (PF) 100 unit/mL injection flush 500 Units

Electronically signed by: **Chris Theodossiou, MD on 12/02/13 0857**          Status: **Discontinued**
Ordering user: **Chris Theodossiou, MD 12/02/13 0857**          Ordering provider: **Chris Theodossiou, MD**
Authorized by: **Chris Theodossiou, MD**          Ordering mode: **Standard**
PRN Comment: Flush lines as needed.
From treatment plan: **OP AC (Q3W)**          Frequency: **PRN 12/02/13 0942 - 12/02/13 1819**
Discontinued by: Discharge Provider, Automatic 12/02/13 1819 [Patient Discharge]
Diagnoses
Malignant neoplasm of other specified sites of female breast **[174.8 (ICD-9-CM)]**
Breast cancer **[174.9 (ICD-9-CM)]**

## Result Notes and Comments

**Result**          Treatment conditions (Order 76406724)

**Result**          ECHO/MUGA SCAN/CARDIAC CATH. (Order 76406725)

**Result**          CAUTION-VESICANT WARNING (Order 76406726)

**Result**          CAUTION-IRRITANT WARNING (Order 76406727)

GuilbaultC-OchsnerMR-     00681

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: ▮▮▮▮  DOB: ▮▮ 1952, Sex: F
Acct #: ▮▮▮▮
Enc. Date 12/2/2013

## Result Notes and Comments (continued)

| Result | fosaprepitant 150 mg in sodium chloride 0.9% 150 mL IVPB (Order 76406717) |
|---|---|
| Result | CAUTION-VESICANT.WARNING (Order 76406718) |
| Result | CAUTION-IRRITANT.WARNING (Order 76406719) |
| Result | DOXOrubicin chemo injection 98 mg (Order 76406720) |
| Result | cyclophosphamide (CYTOXAN) 600 mg/m2 = 970 mg in sodium chloride 0.9% 250 mL chemo infusion (Order 76406721) |
| Result | sodium chloride 0.9% flush 10 mL (Order 76406722) |
| Result | heparin, porcine (PF) 100 unit/mL injection flush 500 Units (Order 76406723) |
| Result | sodium chloride 0.9% 250 mL flush bag (Order 76406713) |
| Result | Treatment conditions (Order 76406714) |
| Result | ECHO/MUGA SCAN/CARDIAC CATH. (Order 76406715) |
| Result | palonosetron 0.25mg/dexamethasone 10mg IVPB (Order 76406716) |

## Encounter Messages

### Appointment Reminder

| From | To | Sent and Delivered |
|---|---|---|
| Myochsner, System Message | Clare L Guilbault | 11/25/2013 12:02 AM |

Last Read in Patient Portal
11/25/2013  8:46 AM by Clare L Guilbault
Appointment Information

Department:
NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans, LA 70121-2429
Benson Cancer Center
504-842-3910
Provider:     Chemo 6 Nomh
Date:         12/02/13
Time:         9:00 AM

GuilbaultC-OchsnerMR-      00682

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: ▆▆▆ DOB: ▆ 1952, Sex: F
Acct #: ▆▆▆
Enc. Date 12/2/2013

**Encounter Messages (continued)**

Please click epichttp://appointments[here] to view more details about your appointment.

## All Other Notes

### Plan of Care by Suzanne T Murray, RN at 12/2/2013 4:16 PM

Author: Suzanne T Murray, RN          Service: —                          Author Type: Registered Nurse
Filed: 12/2/2013 4:16 PM              Encounter Date: 12/2/2013            Status: Signed
Editor: Suzanne T Murray, RN (Registered Nurse)

**Problem: General Plan of Care**
**Goal:** Plan of Care Review
The patient and/or their representative will communicate an understanding of their plan of care.
**Outcome:** Adequate for Discharge
Pt tolerated chemo well.  To RTC tomorrow for Neulasta injection.

Electronically signed by Suzanne T Murray, RN at 12/2/2013 4:16 PM

### Follow-up Information

None

### Follow Up Call

No data filed

## Flowsheets (all recorded)

### Abuse Risk - Mon December 02, 2013

| Row Name | 0900 |
| --- | --- |
| **Abuse Screen** | |
| Do you feel that you are treated well by your partner/spouse/family member? | Yes -SM |

### CARE PLAN MINI-FLOWSHEET DATA - Mon December 02, 2013

| Row Name | 1230 | 1100 |
| --- | --- | --- |
| **(RETIRED) Cardiac Interventions** | | |
| Energy Conservation | — | activity scheduled to allow adequate rest periods;rest periods utilized to minimize fatigue;sleep/rest enhancement;unneces sary task steps eliminated -SM |
| **(RETIRED) Coping/Psychosocial Response Interventions** | | |
| Plan Of Care Reviewed With | patient -SM | — |

Generated on 4/24/20 12:26 PM                                                                    Page 506

GuilbaultC-OchsnerMR-    00683

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: ▮▮▮▮   DOB: ▮▮ 1952, Sex: F
Acct #: ▮▮▮▮
Enc. Date 12/2/2013

## Flowsheets (all recorded) (continued)

### Depression Risk - Mon December 02, 2013

| Row Name | 0900 |
| --- | --- |
| **Depression Screen (past 2 weeks)** | |
| Have you felt down, depressed, or hopeless? | No -SM |
| Have you felt little interest or pleasure in doing things? | No -SM |

### Fall Risk - Mon December 02, 2013

| Row Name | 0900 |
| --- | --- |
| **Fall Risk Identifiers** | |
| Noticeable difficulty walking | No -SM |
| Noticeable difficulty rising out of chair | No -SM |
| Patient using ambulatory aid | No -SM |
| Leg prothesis | No -SM |
| Reason for Visit implies risk | No -SM |
| Active or recent complaints of diarrhea, vomiting, or weakness | No -SM |
| High risk medications given during visit (Nitroglycerin, sodatives, blood, chemotherapy) | Yes -SM |
| **Fall Risk Screening** | |
| Is the patient at risk for fall? | No -SM |

### IV Assessment - Mon December 02, 2013

| Row Name | 0900 |
| --- | --- |
| **IV Site Check per Policy Vesicant Admin** | |
| Blood return check per policy with vesicant administration? | Yes -SM |
| IV site check every 30 minutes (excluding vesicants/irritants)? | Yes -SM |
| **Port A Cath Single Lumen 09/27/13 Right upper arm** | |
| Properties | Placement Date: 09/27/13 -KS Placement Time: 0839 -KS Orientation: Right -KS Location: upper arm -KS Inserted by: MD -KS |
| Accessed by: | S. Murray -SM |
| Dressing Type | Transparent -SM |
| Dressing Status | Clean;Dry;Intact -SM |
| Dressing Intervention | Dressing changed -SM |
| Line Status | Blood return noted -SM |
| Flush Performed | Yes -SM |
| Daily Line Review | Performed -SM |
| Type of Needle | Huber -SM |
| Gauge | 20 -SM |
| Needle Length | 1 in -SM |
| Needle Status | Removed -SM |
| Needle Insertion Date | 12/02/13 -SM |
| Needle Insertion Time | 0942 -SM |
| Needle Removal Date | 12/02/13 -SM |
| Needle Removal Time | 1223 -SM |

Generated on 4/24/20 12:26 PM

GuilbaultC-OchsnerMR-   00684

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: ███████ DOB: ███ 1952, Sex: F
Acct #: ███████
Enc. Date 12/2/2013

## Flowsheets (all recorded) (continued)

### IV Assessment - Mon December 02, 2013 (continued)

| Row Name | 0900 |
|---|---|
| Deaccessed By | S. Murray -SM |

### Nutrition Risk - Mon December 02, 2013

| Row Name | 0900 |
|---|---|
| **Nutrition Risk Screen** | |
| Nutrition Risk | No indicators present -SM |

### Onc Complex Vitals Nav - Mon December 02, 2013

| Row Name | 0929 |
|---|---|
| **Measurements** | |
| BP | (!) 167/75 -SM |
| Pulse | 71 -SM |
| Resp | 20 -SM |
| Temp | 98 °F (36.7 °C) -SM |
| Patient Position | Sitting -SM |
| **Pain Assessment** | |
| Pain Score | Zero -SM |

### Oncology Patient Assessment - Mon December 02, 2013

| Row Name | 1200 | 0929 | 0900 |
|---|---|---|---|
| **Patient Assessment** | | | |
| Chemo Consent Form Signed? | — | — | Yes consent for A/C and Taxotere signed on 9/25/13 -SM |
| Labs Reviewed? | — | — | Yes. -SM |
| Mouth Sores | — | — | No -SM |
| Nausea | — | — | No -SM |
| Vomiting | — | — | No -SM |
| Constipation | — | — | No -SM |
| Diarrhea | — | — | No -SM |
| Numbness | — | — | No -SM |
| Tingling | — | — | No -SM |
| Edema | — | — | No -SM |
| Depression | — | — | No -SM |
| Bleeding | — | — | No -SM |
| Bruising | — | — | No -SM |
| SOB | — | — | No -SM |
| Itching | — | — | No -SM |
| Rash | — | — | No -SM |
| Fever | — | — | No -SM |
| Chills | — | — | No -SM |
| Weak | — | — | No -SM |
| Tired | — | — | Yes -SM |
| **Discharge Mode** | | | |
| Notify Provider For: | Dyspnea;Fever greater than 100.4;Vomiting;Bleeding;Mouth Sores;Diarrhea -SM | — | — |
| Patient Discharged | Ambulates with | — | — |

GuilbaultC-OchsnerMR-        00685

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: ■■■  DOB: ■ 1952, Sex: F
Acct #: ■■■
Enc. Date 12/2/2013

## Flowsheets (all recorded) (continued)

### Oncology Patient Assessment - Mon December 02, 2013 (continued)

| Row Name | 1200 | 0929 | 0900 |
|---|---|---|---|
| | independent gait;Accompanied by husband -SM | | |
| Tolerated Treatment? | Yes -SM | — | — |
| Return to Clinic (RTC) | 12/03/13 -SM | — | — |
| BP | — | (l) 167/75 -SM | — |
| Pulse | — | 71 -SM | — |

### Toxicity Assessment - Mon December 02, 2013

| Row Name | 0900 |
|---|---|
| General Disorders and Administration Site Conditions | |
| Adverse Event | Yes -SM |
| Fatigue | Grade 1 -SM |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| SM | Suzanne T Murray, RN | 06/12/12 - | Registered Nurse | Nurse |
| KS | Kristen M Schiro, RN | 06/12/12 - 09/10/18 | Registered Nurse | Nurse |

## Plan of Care Notes

### Plan of Care by Suzanne T Murray, RN at 12/2/2013 4:16 PM

Author:  Suzanne T Murray, RN
Filed:  12/2/2013 4:16 PM
Editor:  Suzanne T Murray, RN (Registered Nurse)

Service: —
Encounter Date:  12/2/2013

Author Type:  Registered Nurse
Status:  Signed

**Problem: General Plan of Care**
**Goal:** Plan of Care Review
The patient and/or their representative will communicate an understanding of their plan of care.
**Outcome:** Adequate for Discharge
Pt tolerated chemo well.  To RTC tomorrow for Neulasta injection.

Electronically signed by Suzanne T Murray, RN on 12/2/2013 4:16 PM

GuilbaultC-OchsnerMR-       00686

| NOMH CHEMOTHERAPY INFUSION | Guilbault, Clare L |
|---|---|
| 1516 Jefferson Hwy | MRN: ▮▮▮▮  DOB: ▮▮ 1952, Sex: F |
| New Orleans LA 70121-2429 | Acct #: ▮▮▮▮ |
| Ambulatory Encounter | Enc. Date 12/26/2013 |

## Encounter Information - Infusion

### Reason for Visit

Chemotherapy

### Diagnoses

| | Codes | Comments |
|---|---|---|
| Breast cancer  – Primary | ICD-10-CM: C50.919<br>ICD-9-CM: 174.9 | |
| Malignant neoplasm of other specified sites of female breast | ICD-10-CM: C50.919<br>ICD-9-CM: 174.8 | |

### Non-Hospital Problems as of 12/26/2013

Reviewed: 12/26/2013 by Chris Theodossiou, MD

| | Codes | Noted - Resolved |
|---|---|---|
| Malignant neoplasm of other specified sites of female breast | ICD-10-CM: C50.919<br>ICD-9-CM: 174.8 | 9/17/2013 - Present |
| Secondary and unspecified malignant neoplasm of lymph nodes, site unspecified(196.9) | ICD-10-CM: C77.9<br>ICD-9-CM: 196.9 | 9/17/2013 - Present |
| Hypertension | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | 9/20/2013 - Present |
| Breast cancer | ICD-10-CM: C50.919<br>ICD-9-CM: 174.9 | 9/23/2013 - Present |
| Encounter for antineoplastic chemotherapy | ICD-10-CM: Z51.11<br>ICD-9-CM: V58.11 | 10/18/2013 - Present |
| Leukopenia | ICD-10-CM: D72.819<br>ICD-9-CM: 288.50 | 10/18/2013 - Present |
| Breast cancer | ICD-10-CM: C50.919<br>ICD-9-CM: 174.9 | 10/18/2013 - Present |

### Allergies as of 12/26/2013

No Known Allergies

### Immunizations Administered as of 12/26/2013

Never Reviewed

No immunizations on file.

### Encounter Vitals Flowsheet Audit Trail (all recorded)

| Flow Time | Flow Value | User | File Time | Action |
|---|---|---|---|---|
| **BP** | | | | |
| 12/26/13 1115 | (I) 165/74 Taxotere Increased to 250cc/hr | SM | 12/26/13 1146 | Current |
| 12/26/13 1100 | (I) 143/67 Taxotere started at 100/hr x 15 minutes | SM | 12/26/13 1146 | Current |
| 12/26/13 0904 | (I) 161/75 | SM | 12/26/13 0905 | Current |
| **Pulse** | | | | |
| 12/26/13 1115 | 70 | SM | 12/26/13 1146 | Current |
| 12/26/13 1100 | 64 | SM | 12/26/13 1146 | Current |
| 12/26/13 0904 | 72 | SM | 12/26/13 0905 | Current |
| **Resp** | | | | |
| 12/26/13 1115 | 20 | SM | 12/26/13 1146 | Current |
| 12/26/13 1100 | 20 | SM | 12/26/13 1146 | Current |
| 12/26/13 0904 | 20 | SM | 12/26/13 0905 | Current |
| **Temp** | | | | |
| 12/26/13 0904 | 98.3 °F (36.8 °C) | SM | 12/26/13 0905 | Current |
| **Pain Score** | | | | |
| 12/26/13 0904 | Zero | SM | 12/26/13 0905 | Current |

GuilbaultC-OchsnerMR-    00716

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: ████ DOB: ███ 1952, Sex: F
Acct #: ████
Enc. Date 12/26/2013

## Encounter Information - Infusion (continued)

### Encounter Vitals Flowsheet Audit Trail (all recorded) (continued)

User Key | | | (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Effective Dates | Name | Provider Type | Discipline |
|---|---|---|---|---|
| SM | 06/12/12 - | Suzanne T Murray, RN | Registered Nurse | Nurse |

### Medical History

| Diagnosis | Date | Comment | Source |
|---|---|---|---|
| Breast cancer | | | Provider |
| Hypertension | | | Provider |

### Surgical History

| Procedure | Laterality | Date | Comment | Source |
|---|---|---|---|---|
| BREAST BIOPSY | | | | Provider |
| TONSILLECTOMY | | | | Provider |

### Family and Education as of 12/26/2013

| Marital Status |
|---|
| Married |

## Social Documentation

### Social Documentation as of 12/26/2013

None

### Tobacco Use as of 12/26/2013

Never Smoker.

### Alcohol Use as of 12/26/2013

Yes.
Comments: wine socially

### Drug Use as of 12/26/2013

No.

### Family History as of 12/26/2013

| Problem | Relation | Age of Onset | Comments |
|---|---|---|---|
| Arrhythmia | Brother | | |
| Heart attack | Paternal Grandfather | | |
| Heart disease | Brother | | |
| Heart disease | Father | | |
| Heart disease | Maternal Grandfather | | |
| Heart disease | Paternal Grandfather | | |

### Family Status as of 12/26/2013

| Relation | Status |
|---|---|
| Father | Deceased |
| Paternal Grandfather | Deceased |
| Mother | Deceased |
| Sister | Alive |
| Brother | Alive |
| Sister | Alive |
| Sister | Alive |

Generated on 4/24/20 12:26 PM

GuilbaultC-OchsnerMR-    00717

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: ■■■■ DOB: ■ 1952, Sex: F
Acct #: ■■■■
Enc. Date 12/26/2013

## Encounter Information - Infusion (continued)

### Family Status as of 12/26/2013 (continued)

| Relation | Status |
|----------|--------|
| Brother | Alive |
| Brother | Alive |
| Brother | Alive |
| Brother | Deceased |
| Maternal Grandfather | Deceased |

### Employment History as of 12/26/2013

No employment history on file.

### Obstetric History as of 12/26/2013

No data available

### Anticoagulation Episode Summary

Current INR goal:
TTR: —
Next INR check:
INR from last check:
Most recent INR: 1.0 (5/9/2014)
Weekly max warfarin dose:
Target end date:
INR check location:
Preferred lab:
Send INR reminders to:
Comments:

**Indications**
Breast cancer [C50.919]
Malignant neoplasm of left breast [C50.912]

### History

| Reviewed By | Date/Time | Sections Reviewed |
|-------------|-----------|-------------------|
| Suzanne T Murray, RN | 12/26/2013 9:05 AM | None |

## Medications

### Outpatient Medications at Start of Encounter as of 12/26/2013

| | Disp | Refills | Start | End |
|---|------|---------|-------|-----|
| **glucosamine-chondroltin 500-400 mg tablet**<br>Sig - Route: Take 1 tablet by mouth once daily. - Oral<br>Class: Historical Med | | | | |
| **loratadine (CLARITIN) 10 mg tablet**<br>Sig - Route: Take 10 mg by mouth once daily. - Oral<br>Class: Historical Med | | | | |
| **meloxicam (MOBIC) 7.5 MG tablet**<br>Sig - Route: Take 7.5 mg by mouth daily as needed. - Oral<br>Class: Historical Med | | | 8/18/2013 | |
| Laura Baquio V, RN 2/20/2018 3:24 PM<br>PRN | | | | |
| **carvedilol (COREG) 3.125 MG tablet**<br>Sig - Route: Take 1 tablet (3.125 mg total) by mouth 2 (two) times daily with meals. - Oral | 60 tablet | 11 | 9/20/2013 | 9/4/2014 |
| **dexamethasone (DECADRON) 4 MG Tab**<br>Sig: Two pilsl twice a day the day prior to chemotherapy and two pills the morning after chemothearpy<br>Class: Print | 24 tablet | 0 | 12/2/2013 | 4/24/2014 |
| **diazepam (VALIUM) 5 MG tablet** | | | | 8/22/2014 |

Generated on 4/24/20 12:26 PM

GuilbaultC-OchsnerMR-    00718

| NOMH CHEMOTHERAPY INFUSION | Guilbault, Clare L |
|---|---|
| 1516 Jefferson Hwy | MRN:      DOB:   1952, Sex: F |
| New Orleans LA 70121-2429 | Acct #: |
| Ambulatory Encounter | Enc. Date 12/26/2013 |

## Medications (continued)

Outpatient Medications at Start of Encounter as of 12/26/2013 (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig - Route: Take 5 mg by mouth every 6 (six) hours as needed. – Oral Class: Historical Med | | | | |
| fish oil-omega-3 fatty acids 300-1,000 mg capsule Sig - Route: Take 2 g by mouth once daily. - Oral Class: Historical Mod | | | | 3/17/2016 |
| hydrocodone-acetaminophen (VICODIN) 5-500 mg per tablet Class: Historical Med | | | 9/30/2013 | 3/21/2014 |
| losartan-hydrochlorothiazide 100-25 mg (HYZAAR) 100-25 mg per tablet Sig - Route: Take 1 tablet by mouth once daily. - Oral | 30 tablet | 11 | 9/20/2013 | 9/4/2014 |
| ondansetron (ZOFRAN-ODT) 4 MG TbDL Sig: DISSOLVE 1 TABLET ON TONGUE EVERY 6 HOURS AS NEEDED | 30 tablet | 1 | 11/29/2013 | 3/21/2014 |
| potassium chloride (KLOR-CON) 20 mEq Pack Sig - Route: Take 20 mEq by mouth once daily. - Oral Class: Historical Med | | | | 3/21/2014 |
| prochlorperazine (COMPAZINE) 10 MG tablet Class: Historical Med | | | 10/21/2013 | 3/21/2014 |
| vitamin D 1000 units Tab Sig - Route: Take 800 mg by mouth once daily. - Oral Class: Historical Med | | | | 3/17/2016 |
| vitamin E 100 UNIT capsule Sig - Route: Take 100 Units by mouth once daily. - Oral Class: Historical Med | | | | 8/25/2016 |

### Ordered Facility-Administered Medications

| | Dose | Freq | Start | End |
|---|---|---|---|---|
| ondansetron (ZOFRAN) 8 mg, dexamethasone (DECADRON) 10 mg in sodium chloride 0.9% 50 mL IVPB Route: Intravenous | | Clinic/HOD 1 time | 12/26/2013 | 12/26/2013 |
| sodium chloride 0.9% 250 mL flush bag Route: Intravenous | | Clinic/HOD 1 time | 12/26/2013 | 12/26/2013 |
| docetaxel 100 mg/m2 = 160 mg in sodium chloride 0.9% 250 mL chemo infusion Route: Intravenous | 100 mg/m2 × 1.6 m2 (Treatment Plan Recorded) | Clinic/HOD 1 time | 12/26/2013 | 12/26/2013 |
| sodium chloride 0.9% flush 10 mL (Discontinued) Route: Intravenous Reason for Discontinue: Patient Discharge | 10 mL | As needed (PRN) | 12/26/2013 | 12/26/2013 |
| heparin, porcine (PF) 100 unit/mL injection flush 500 Units (Discontinued) Route: Intravenous Reason for Discontinue: Patient Discharge | 500 Units | As needed (PRN) | 12/26/2013 | 12/26/2013 |

### All Meds and Administrations

GuilbaultC-OchsnerMR-   00719

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: ▮▮▮▮ DOB: ▮▮▮ 1952, Sex: F
Acct #: ▮▮▮▮
Enc. Date 12/26/2013

## Medications (continued)

### All Meds and Administrations (continued)

#### docetaxel 100 mg/m2 = 160 mg in sodium chloride 0.9% 250 mL chemo infusion [77647349]

Ordering Provider: Chris Theodossiou, MD
Ordered On: 12/26/13 0916
Dose (Remaining/Total): 100 mg/m2 (Treatment Plan Recorded) (0/1)
Frequency: Clinic/HOD 1 time
Admin Instructions: Check vitals at the beginning, after 15 minutes, and at the end of treatment. Docetaxel is a vesicant; follow chemotherapy guidelines accordingly.

Status: Completed (Past End Date/Time)
Starts/Ends: 12/26/13 1000 - 12/26/13 1100
Route: Intravenous

Rate/Duration: 250 mL/hr / 60 Minutes
May be a vesicant. administer with low sorb tubing

| Line | Med Link Info | Comment |
|---|---|---|
| Port A Cath Single Lumen 09/27/13 Right upper arm | 12/26/13 1000 by Suzanne T Murray, RN | — |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 12/26/13 1100 | Stopped | 0 mg 0 mL/hr 60 Minutes | Intravenous | Performed by: Suzanne T Murray, RN |
| 12/26/13 1000 | New Bag | 160 mg 250 mL/hr 60 Minutes | Intravenous | Performed by: Suzanne T Murray, RN Dual Signoff by: Colleen Lambert, RN |

#### heparin, porcine (PF) 100 unit/mL injection flush 500 Units [77647351]

Ordering Provider: Chris Theodossiou, MD
Ordered On: 12/26/13 0916
Dose (Remaining/Total): 500 Units (—/—)
Frequency: As needed (PRN)

Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Starts/Ends: 12/26/13 0916 - 12/26/13 1353
Route: Intravenous
Rate/Duration: — / —

| Line | Med Link Info | Comment |
|---|---|---|
| Port A Cath Single Lumen 09/27/13 Right upper arm | 12/26/13 1120 by Suzanne T Murray, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 12/26/13 1120 | Given | 500 Units | Intravenous | Performed by: Suzanne T Murray, RN |

GuilbaultC-OchsnerMR-          00720

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: ████ DOB: ███ 1952, Sex: F
Acct #: ████
Enc. Date 12/26/2013

## Medications (continued)

**All Meds and Administrations (continued)**

### ondansetron (ZOFRAN) 8 mg, dexamethasone (DECADRON) 10 mg in sodium chloride 0.9% 50 mL IVPB [77647343]

| | |
|---|---|
| Ordering Provider: Chris Theodossiou, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 12/26/13 0916 | Starts/Ends: 12/26/13 0930 - 12/26/13 0951 |
| Dose (Remaining/Total): — (0/1) | Route: Intravenous |
| Frequency: Clinic/HOD 1 time | Rate/Duration: 150 mL/hr / 20 Minutes |

| Line | Med Link Info | Comment |
|---|---|---|
| Port A Cath Single Lumen 09/27/13 Right upper arm | 12/26/13 0931 by Suzanne T Murray, RN | — |

| Timestamps | Action | Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 12/26/13 0951 | Stopped | 0 mL/hr 20 Minutes | Intravenous | Performed by: Suzanne T Murray, RN |
| 12/26/13 0931 | New Bag | 150 mL/hr 20 Minutes | Intravenous | Performed by: Suzanne T Murray, RN |

### sodium chloride 0.9% 250 mL flush bag [77647346]

| | |
|---|---|
| Ordering Provider: Chris Theodossiou, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 12/26/13 0916 | Starts/Ends: 12/26/13 0930 - 12/26/13 1120 |
| Dose (Remaining/Total): — (0/1) | Route: Intravenous |
| Frequency: Clinic/HOD 1 time | Rate/Duration: 25 mL/hr / — |
| Admin Instructions: flush bag | |

| Line | Med Link Info | Comment |
|---|---|---|
| Port A Cath Single Lumen 09/27/13 Right upper arm | 12/26/13 0920 by Suzanne T Murray, RN | — |

| Timestamps | Action | Rate | Route | Other Information |
|---|---|---|---|---|
| 12/26/13 1120 | Stopped | 0 mL/hr | Intravenous | Performed by: Suzanne T Murray, RN |
| 12/26/13 0920 | New Bag | 25 mL/hr | Intravenous | Performed by: Suzanne T Murray, RN |

### sodium chloride 0.9% flush 10 mL [77647350]

| | |
|---|---|
| Ordering Provider: Chris Theodossiou, MD | Status: Discontinued (Past End Date/Time), Reason: Patient Discharge |
| Ordered On: 12/26/13 0916 | Starts/Ends: 12/26/13 0916 - 12/26/13 1353 |
| Dose (Remaining/Total): 10 mL (—/—) | Route: Intravenous |
| Frequency: As needed (PRN) | Rate/Duration: — / — |

| Line | Med Link Info | Comment |
|---|---|---|
| Port A Cath Single Lumen 09/27/13 Right upper arm | 12/26/13 1120 by Suzanne T Murray, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 12/26/13 1120 | Given | 10 mL | Intravenous | Performed by: Suzanne T Murray, RN |

GuilbaultC-OchsnerMR-      00721

| NOMH CHEMOTHERAPY INFUSION | Guilbault, Clare L |
|---|---|
| 1516 Jefferson Hwy | MRN:     DOB:    1952, Sex: F |
| New Orleans LA 70121-2429 | Acct #: |
| Ambulatory Encounter | Enc. Date 12/26/2013 |

## Other Orders

**ondansetron (ZOFRAN) 8 mg, dexamethasone (DECADRON) 10 mg in sodium chloride 0.9% 50 mL IVPB**

| Electronically signed by: **Chris Theodossiou, MD on 12/26/13 0840** | | **Status: Completed** |
|---|---|---|
| Ordering user: **Chris Theodossiou, MD 12/26/13 0840** | Ordering provider: **Chris Theodossiou, MD** | |
| Authorized by: **Chris Theodossiou, MD** | Ordering mode: **Standard** | |
| From treatment plan: **OP BREAST DOCETAXEL Q3W** | Frequency: **1 time in Clinic/HOD 12/26/13 0930 – 1 occurrence** | |

Diagnoses
Breast cancer [174.9 (ICD-9-CM)]
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]

### Mixture Ingredients

| Medication | Ordered Dose | Calculated Dose |
|---|---|---|
| ondansetron (ZOFRAN) | 8 mg | 8 mg |
| dexamethasone (DECADRON) | 10 mg | 10 mg |
| sodium chloride 0.9% | 50 mLs | 50 mLs |

### Treatment conditions

| Electronically signed by: **Chris Theodossiou, MD on 12/26/13 0840** | | **Status: Completed** |
|---|---|---|
| Ordering user: **Chris Theodossiou, MD 12/26/13 0840** | Ordering provider: **Chris Theodossiou, MD** | |
| Authorized by: **Chris Theodossiou, MD** | Ordering mode: **Standard** | |
| From treatment plan: **OP BREAST DOCETAXEL Q3W** | Frequency: **Once 12/26/13 0917 - 1 occurrence** | |

Diagnoses
Breast cancer [174.9 (ICD-9-CM)]
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]
Order comments: Hold if ANC is less than or equal to 1500 or Platelets are less than or equal to 100,000 and notify MD

#### Treatment conditions

| Electronically signed by: **Chris Theodossiou, MD on 12/26/13 0840** | | **Status: Completed** |
|---|---|---|
| Ordering user: **Chris Theodossiou, MD 12/26/13 0840** | Ordering provider: **Chris Theodossiou, MD** | |
| Authorized by: **Chris Theodossiou, MD** | Ordering mode: **Standard** | |
| From treatment plan: **OP BREAST DOCETAXEL Q3W** | | |

Order comments: Hold if ANC is less than or equal to 1500 or Platelets are less than or equal to 100,000 and notify MD

### CHECK MEDICATION COMPLIANCE

| Electronically signed by: **Chris Theodossiou, MD on 12/26/13 0840** | | **Status: Completed** |
|---|---|---|
| Ordering user: **Chris Theodossiou, MD 12/26/13 0840** | Ordering provider: **Chris Theodossiou, MD** | |
| Authorized by: **Chris Theodossiou, MD** | Ordering mode: **Standard** | |
| From treatment plan: **OP BREAST DOCETAXEL Q3W** | Frequency: **Once 12/26/13 0917 - 1 occurrence** | |

Diagnoses
Breast cancer [174.9 (ICD-9-CM)]
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]
Order comments: Verify that patient has taken take-home medications prior to start of treatment; Notify MD if compliance was not met.

#### CHECK MEDICATION COMPLIANCE

| Electronically signed by: **Chris Theodossiou, MD on 12/26/13 0840** | | **Status: Completed** |
|---|---|---|
| Ordering user: **Chris Theodossiou, MD 12/26/13 0840** | Ordering provider: **Chris Theodossiou, MD** | |
| Authorized by: **Chris Theodossiou, MD** | Ordering mode: **Standard** | |
| From treatment plan: **OP BREAST DOCETAXEL Q3W** | | |

Order comments: Verify that patient has taken take-home medications prior to start of treatment; Notify MD if compliance was not met.

### sodium chloride 0.9% 250 mL flush bag

| Electronically signed by: **Chris Theodossiou, MD on 12/26/13 0840** | | **Status: Completed** |
|---|---|---|
| Ordering user: **Chris Theodossiou, MD 12/26/13 0840** | Ordering provider: **Chris Theodossiou, MD** | |
| Authorized by: **Chris Theodossiou, MD** | Ordering mode: **Standard** | |
| From treatment plan: **OP BREAST DOCETAXEL Q3W** | Frequency: **1 time in Clinic/HOD 12/26/13 0930 – 1 occurrence** | |

GuilbaultC-OchsnerMR-    00722

| NOMH CHEMOTHERAPY INFUSION | Guilbault, Clare L |
|---|---|
| 1516 Jefferson Hwy | MRN: ▮▮▮ DOB: ▮ 1952, Sex: F |
| New Orleans LA 70121-2429 | Acct #: ▮▮▮ |
| Ambulatory Encounter | Enc. Date 12/26/2013 |

## Other Orders (continued)

### sodium chloride 0.9% 250 mL flush bag (continued)

Diagnoses
Breast cancer [174.9 (ICD-9-CM)]
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]

**Mixture Ingredients**

| Medication | Ordered Dose | Calculated Dose |
|---|---|---|
| sodium chloride 0.9% | 250 mLs | 250 mLs |

### CAUTION-IRRITANT WARNING

Electronically signed by: **Chris Theodossiou, MD on 12/26/13 0840**                               Status: **Completed**
Ordering user: Chris Theodossiou, MD 12/26/13 0840        Ordering provider: Chris Theodossiou, MD
Authorized by: Chris Theodossiou, MD        Ordering mode: Standard
From treatment plan: OP BREAST DOCETAXEL Q3W        Frequency: Once 12/26/13 0917 - 1 occurrence
Diagnoses
Breast cancer [174.9 (ICD-9-CM)]
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]
Order comments:  One or more of the chemotherapy agents is an irritant; follow chemotherapy guidelines accordingly.

**CAUTION-IRRITANT WARNING**

Electronically signed by: **Chris Theodossiou, MD on 12/26/13 0840**                               Status: **Completed**
Ordering user: Chris Theodossiou, MD 12/26/13 0840        Ordering provider: Chris Theodossiou, MD
Authorized by: Chris Theodossiou, MD        Ordering mode: Standard
From treatment plan: OP BREAST DOCETAXEL Q3W
Order comments:  One or more of the chemotherapy agents is an irritant; follow chemotherapy guidelines accordingly.

### MONITOR VITAL SIGNS

Electronically signed by: **Chris Theodossiou, MD on 12/26/13 0840**                               Status: **Completed**
Ordering user: Chris Theodossiou, MD 12/26/13 0840        Ordering provider: Chris Theodossiou, MD
Authorized by: Chris Theodossiou, MD        Ordering mode: Standard
From treatment plan: OP BREAST DOCETAXEL Q3W        Frequency: Once 12/26/13 0917 - 1 occurrence
Diagnoses
Breast cancer [174.9 (ICD-9-CM)]
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]
Order comments:  The following protocol requires active monitoring of the patient's vital signs.

**MONITOR VITAL SIGNS**

Electronically signed by: **Chris Theodossiou, MD on 12/26/13 0840**                               Status: **Completed**
Ordering user: Chris Theodossiou, MD 12/26/13 0840        Ordering provider: Chris Theodossiou, MD
Authorized by: Chris Theodossiou, MD        Ordering mode: Standard
From treatment plan: OP BREAST DOCETAXEL Q3W
Order comments:  The following protocol requires active monitoring of the patient's vital signs.

### docetaxel 100 mg/m2 = 160 mg in sodium chloride 0.9% 250 mL chemo infusion

Electronically signed by: **Chris Theodossiou, MD on 12/26/13 0840**                               Status: **Completed**
Ordering user: Chris Theodossiou, MD 12/26/13 0840        Ordering provider: Chris Theodossiou, MD
Authorized by: Chris Theodossiou, MD        Ordering mode: Standard
From treatment plan: OP BREAST DOCETAXEL Q3W        Frequency: 1 time in Clinic/HOD 12/26/13 1000 - 1 occurrence
Diagnoses
Breast cancer [174.9 (ICD-9-CM)]
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]

**Mixture Ingredients**

| Medication | Ordered Dose | Calculated Dose |
|---|---|---|
| DOCEtaxel (TAXOTERE) | 100 mg/m2 | 160 mg |
| sodium chloride 0.9% | 234 mLs | 234 mLs |

GuilbaultC-OchsnerMR-          00723

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: ████  DOB: ████ 1952, Sex: F
Acct #: ████
Enc. Date 12/26/2013

## Other Orders (continued)

**docetaxel 100 mg/m2 = 160 mg in sodium chloride 0.9% 250 mL chemo infusion (continued)**

**sodium chloride 0.9% flush 10 mL**

| | |
|---|---|
| Electronically signed by: **Chris Theodossiou, MD on 12/26/13 0840** | Status: **Discontinued** |

Ordering user: Chris Theodossiou, MD 12/26/13 0840          Ordering provider: Chris Theodossiou, MD
Authorized by: Chris Theodossiou, MD                        Ordering mode: Standard
PRN reasons: Line Care
PRN Comment: Flush lines as needed.
From treatment plan: OP BREAST DOCETAXEL Q3W          Frequency: PRN 12/26/13 0916 - 12/26/13 1353
Discontinued by: Discharge Provider, Automatic 12/26/13 1353 [Patient Discharge]
Diagnoses
Breast cancer [174.9 (ICD-9-CM)]
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]

**heparin, porcine (PF) 100 unit/mL injection flush 500 Units**

| | |
|---|---|
| Electronically signed by: **Chris Theodossiou, MD on 12/26/13 0840** | Status: **Discontinued** |

Ordering user: Chris Theodossiou, MD 12/26/13 0840          Ordering provider: Chris Theodossiou, MD
Authorized by: Chris Theodossiou, MD                        Ordering mode: Standard
PRN Comment: Flush lines as needed.
From treatment plan: OP BREAST DOCETAXEL Q3W          Frequency: PRN 12/26/13 0916 - 12/26/13 1353
Discontinued by: Discharge Provider, Automatic 12/26/13 1353 [Patient Discharge]
Diagnoses
Breast cancer [174.9 (ICD-9-CM)]
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]

## Result Notes and Comments

| Result | Treatment conditions (Order 77647352) |
|---|---|
| Result | CHECK MEDICATION COMPLIANCE (Order 77647353) |
| Result | CAUTION-IRRITANT WARNING (Order 77647354) |
| Result | MONITOR VITAL SIGNS (Order 77647355) |
| Result | CAUTION-IRRITANT WARNING (Order 77647347) |
| Result | MONITOR VITAL SIGNS (Order 77647348) |
| Result | docetaxel 100 mg/m2 = 160 mg in sodium chloride 0.9% 250 mL chemo infusion (Order 77647349) |

GuilbaultC-OchsnerMR-       00724

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: [redacted] DOB: [redacted] 1952, Sex: F
Acct #: [redacted]
Enc. Date 12/26/2013

## Result Notes and Comments (continued)

| Result | sodium chloride 0.9% flush 10 mL (Order 77647350) |
| --- | --- |
| Result | heparin, porcine (PF) 100 unit/mL injection flush 500 Units (Order 77647351) |
| Result | ondansetron (ZOFRAN) 8 mg, dexamethasone (DECADRON) 10 mg in sodium chloride 0.9% 50 mL IVPB (Order 77647343) |
| Result | Treatment conditions (Order 77647344) |
| Result | CHECK MEDICATION COMPLIANCE (Order 77647345) |
| Result | sodium chloride 0.9% 250 mL flush bag (Order 77647346) |

### Encounter Messages

#### Appointment Reminder

| From | To | Sent and Delivered |
| --- | --- | --- |
| Myochsner, System Message | Clare L Guilbault | 12/19/2013 12:03 AM |

Last Read in Patient Portal
12/26/2013 11:24 AM by Clare L Guilbault
Appointment Information

Department:
NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans, LA 70121-2429
Benson Cancer Center
504-842-3910
Provider:     Chemo 6 Nomh
Date:         12/26/13
Time:         9:00 AM

Please click epichttp://appointments[here] to view more details about your appointment.

## All Other Notes

#### Plan of Care by Suzanne T Murray, RN at 12/26/2013 11:49 AM

| Author: Suzanne T Murray, RN | Service: — | Author Type: Registered Nurse |
| --- | --- | --- |
| Filed: 12/26/2013 11:49 AM | Encounter Date: 12/26/2013 | Status: Signed |
| Editor: Suzanne T Murray, RN (Registered Nurse) | | |

**Problem: General Plan of Care**
**Goal:** Plan of Care Review
The patient and/or their representative will communicate an understanding of their plan of care.

GuilbaultC-OchsnerMR-     00725

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: ▮▮▮▮ DOB: ▮▮ 1952, Sex: F
Acct #: ▮▮▮▮
Enc. Date 1/16/2014

## Encounter Information - Infusion

### Reason for Visit

Chemotherapy

### Diagnoses

| | Codes | Comments |
|---|---|---|
| Breast cancer   – Primary | ICD-10-CM: C50.919 ICD-9-CM: 174.9 | |
| Malignant neoplasm of other specified sites of female breast | ICD-10-CM: C50.919 ICD-9-CM: 174.8 | |

### Non-Hospital Problems as of 1/16/2014

Reviewed: 1/16/2014 by Chris  Theodossiou, MD

| | Codes | Noted - Resolved |
|---|---|---|
| Malignant neoplasm of other specified sites of female breast | ICD-10-CM: C50.919 ICD-9-CM: 174.8 | 9/17/2013 - Present |
| Secondary and unspecified malignant neoplasm of lymph nodes, site unspecified(196.9) | ICD-10-CM: C77.9 ICD-9-CM: 196.9 | 9/17/2013 - Present |
| Hypertension | ICD-10-CM: I10 ICD-9-CM: 401.9 | 9/20/2013 - Present |
| Breast cancer | ICD-10-CM: C50.919 ICD-9-CM: 174.9 | 9/23/2013 - Present |
| Encounter for antineoplastic chemotherapy | ICD-10-CM: Z51.11 ICD-9-CM: V58.11 | 10/18/2013 - Present |
| Leukopenia | ICD-10-CM: D72.819 ICD-9-CM: 288.50 | 10/18/2013 - Present |
| Breast cancer | ICD-10-CM: C50.919 ICD-9-CM: 174.9 | 10/18/2013 - Present |
| Antineoplastic chemotherapy induced anemia(285.3) | ICD-10-CM: D64.81, T45.1X5A ICD-9-CM: 285.3 | 1/16/2014 - Present |

### Allergies as of 1/16/2014

No Known Allergies

### Immunizations Administered as of 1/16/2014

Never Reviewed

No immunizations on file.

### Encounter Vitals Flowsheet Audit Trail (all recorded)

| Flow Time | Flow Value | User | File Time | Action |
|---|---|---|---|---|
| **BP** | | | | |
| 01/16/14 0859 | (!) 148/68 | DB | 01/16/14 0900 | Current |
| **Pulse** | | | | |
| 01/16/14 0859 | 72 | DB | 01/16/14 0900 | Current |
| **Resp** | | | | |
| 01/16/14 0859 | 20 | DB | 01/16/14 0900 | Current |
| **Temp** | | | | |
| 01/16/14 0859 | 98.2 °F (36.8 °C) | DB | 01/16/14 0900 | Current |
| **Pain Score** | | | | |
| 01/16/14 0859 | Zero | DB | 01/16/14 0900 | Current |

User Key
(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Effective Dates | Name | Provider Type | Discipline |
|---|---|---|---|---|
| DB | 11/26/13 - | Denise Batiste, RN | Registered Nurse | Nurse |

GuilbaultC-OchsnerMR-    00754

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: ███████ DOB: ███ 1952, Sex: F
Acct #: ████████
Enc. Date 1/16/2014

## Encounter Information - Infusion (continued)

### Medical History

| Diagnosis | Date | Comment | Source |
|---|---|---|---|
| Breast cancer | | | Provider |
| Hypertension | | | Provider |

### Surgical History

| Procedure | Laterality | Date | Comment | Source |
|---|---|---|---|---|
| BREAST BIOPSY | | | | Provider |
| TONSILLECTOMY | | | | Provider |

### Family and Education as of 1/16/2014

| Marital Status |
|---|
| Married |

## Social Documentation

### Social Documentation as of 1/16/2014

None

### Tobacco Use as of 1/16/2014

Never Smoker.

### Alcohol Use as of 1/16/2014

Yes.
Comments: wine socially

### Drug Use as of 1/16/2014

No.

### Sexual Activity as of 1/16/2014

Sexually active; Partners: Male.

### Family History as of 1/16/2014

| Problem | Relation | Age of Onset | Comments |
|---|---|---|---|
| Arrhythmia | Brother | | |
| Heart attack | Paternal Grandfather | | |
| Heart disease | Brother | | |
| Heart disease | Father | | |
| Heart disease | Maternal Grandfather | | |
| Heart disease | Paternal Grandfather | | |

### Family Status as of 1/16/2014

| Relation | Status |
|---|---|
| Father | Deceased |
| Paternal Grandfather | Deceased |
| Mother | Deceased |
| Sister | Alive |
| Brother | Alive |
| Sister | Alive |
| Sister | Alive |
| Brother | Alive |
| Brother | Alive |

Generated on 4/24/20 12:26 PM

GuilbaultC-OchsnerMR-    00755

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: ███████ DOB: ████ 1952, Sex: F
Acct #: ███████
Enc. Date 1/16/2014

## Encounter Information - Infusion (continued)

### Family Status as of 1/16/2014 (continued)

| Relation | Status |
| --- | --- |
| Brother | Alive |
| Brother | Deceased |
| Maternal Grandfather | Deceased |

### Employment History as of 1/16/2014

No employment history on file.

### Obstetric History as of 1/16/2014

No data available

### Anticoagulation Episode Summary

Current INR goal:
TTR: —
Next INR check:
INR from last check:
Most recent INR:     1.0 (5/9/2014)
Weekly max warfarin dose:
Target end date:
INR check location:
Preferred lab:
Send INR reminders to:
Comments:

**Indications**

Breast cancer [C50.919]
Malignant neoplasm of left breast [C50.912]

### History

| Reviewed By | Date/Time | Sections Reviewed |
| --- | --- | --- |
| Denise Batiste, RN | 1/16/2014  9:00 AM | Medical, Surgical, Tobacco, Alcohol, Drug Use, Sexual Activity, Family |

## Medications

### Outpatient Medications at Start of Encounter as of 1/16/2014

| | Disp | Refills | Start | End |
| --- | --- | --- | --- | --- |
| glucosamine-chondroitin 500-400 mg tablet<br>Sig - Route: Take 1 tablet by mouth once daily. - Oral<br>Class: Historical Med | | | | |
| loratadine (CLARITIN) 10 mg tablet<br>Sig - Route: Take 10 mg by mouth once daily. - Oral<br>Class: Historical Med | | | | |
| meloxicam (MOBIC) 7.5 MG tablet<br>Sig - Route: Take 7.5 mg by mouth daily as needed.  - Oral<br>Class: Historical Med | | | 8/18/2013 | |
| Laura Baquie V, RN 2/20/2018  3:24 PM<br>PRN | | | | |
| carvedilol (COREG) 3.125 MG tablet<br>Sig - Route: Take 1 tablet (3.125 mg total) by mouth 2 (two) times daily with meals. - Oral | 60 tablet | 11 | 9/20/2013 | 9/4/2014 |
| dexamethasone (DECADRON) 4 MG Tab<br>Sig: Two pils! twice a day the day prior to chemotherapy and two pills the morning after chemothearpy<br>Class: Print | 24 tablet | 0 | 12/2/2013 | 4/24/2014 |
| diazepam (VALIUM) 5 MG tablet<br>Sig - Route: Take 5 mg by mouth every 6 (six) hours as needed. - Oral | | | 8/22/2014 | |

Generated on 4/24/20 12:26 PM

GuilbaultC-OchsnerMR-     00756

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: ███████ DOB: ███ 1952, Sex: F
Acct #: ███████
Enc. Date 1/16/2014

## Medications (continued)

Outpatient Medications at Start of Encounter as of 1/16/2014 (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Class: Historical Med | | | | |
| fish oil-omega-3 fatty acids 300-1,000 mg capsule | | | | 3/17/2016 |
| Sig - Route: Take 2 g by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
| hydrocodone-acetaminophen (VICODIN) 5-500 mg per tablet | | | 9/30/2013 | 3/21/2014 |
| Class: Historical Med | | | | |
| losartan-hydrochlorothiazide 100-25 mg (HYZAAR) 100-25 mg per tablet | 30 tablet | 11 | 9/20/2013 | 9/4/2014 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| ondansetron (ZOFRAN-ODT) 4 MG TbDL | 30 tablet | 1 | 11/29/2013 | 3/21/2014 |
| Sig: DISSOLVE 1 TABLET ON TONGUE EVERY 6 HOURS AS NEEDED | | | | |
| potassium chloride (KLOR-CON) 20 mEq Pack | | | | 3/21/2014 |
| Sig - Route: Take 20 mEq by mouth once daily.  - Oral | | | | |
| Class: Historical Med | | | | |
| prochlorperazine (COMPAZINE) 10 MG tablet | | | 10/21/2013 | 3/21/2014 |
| Class: Historical Med | | | | |
| vitamin D 1000 units Tab | | | | 3/17/2016 |
| Sig - Route: Take 800 mg by mouth once daily.  - Oral | | | | |
| Class: Historical Med | | | | |
| vitamin E 100 UNIT capsule | | | | 8/25/2016 |
| Sig - Route: Take 100 Units by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |

Ordered Facility-Administered Medications

| | Dose | Freq | Start | End |
|---|---|---|---|---|
| ondansetron (ZOFRAN) 8 mg, dexamethasone (DECADRON) 10 mg in sodium chloride 0.9% 50 mL IVPB | | Clinic/HOD 1 time | 1/16/2014 | 1/16/2014 |
| Route: Intravenous | | | | |
| sodium chloride 0.9% 250 mL flush bag | | Clinic/HOD 1 time | 1/16/2014 | 1/16/2014 |
| Route: Intravenous | | | | |
| docetaxel 100 mg/m2 ¤ 160 mg in sodium chloride 0.9% 250 mL chemo infusion | 100 mg/m2 × 1.6 m2 (Treatment Plan Recorded) | Clinic/HOD 1 time | 1/16/2014 | 1/16/2014 |
| Route: Intravenous | | | | |
| sodium chloride 0.9% flush 10 mL (Discontinued) | 10 mL | As needed (PRN) | 1/16/2014 | 1/16/2014 |
| Route: Intravenous | | | | |
| Reason for Discontinue: Patient Discharge | | | | |
| heparin, porcine (PF) 100 unit/mL injection flush 500 Units (Discontinued) | 500 Units | As needed (PRN) | 1/16/2014 | 1/16/2014 |
| Route: Intravenous | | | | |
| Reason for Discontinue: Patient Discharge | | | | |

All Meds and Administrations

GuilbaultC-OchsnerMR-      00757

| NOMH CHEMOTHERAPY INFUSION | Guilbault, Clare L |
|---|---|
| 1516 Jefferson Hwy | MRN: ▮▮▮ DOB: ▮ 1952, Sex: F |
| New Orleans LA 70121-2429 | Acct #: ▮▮▮ |
| Ambulatory Encounter | Enc. Date 1/16/2014 |

## Medications (continued)

### All Meds and Administrations (continued)

#### docetaxel 100 mg/m2 = 160 mg in sodium chloride 0.9% 250 mL chemo infusion [77647367]

| | |
|---|---|
| Ordering Provider: Chris Theodossiou, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 01/16/14 0904 | Starts/Ends: 01/16/14 0945 - 01/16/14 1100 |
| Dose (Remaining/Total): 100 mg/m2 (Treatment Plan Recorded) (0/1) | Route: Intravenous |
| Frequency: Clinic/HOD 1 time | Rate/Duration: 250 mL/hr / 60 Minutes |
| Admin Instructions: Check vitals at the beginning, after 15 minutes, and at the end of treatment. Docetaxel is a vesicant; follow chemotherapy guidelines accordingly. | May be a vesicant. administer with low sorb tubing |

| Line | Med Link Info | Comment |
|---|---|---|
| Port A Cath Single Lumen 09/27/13 Right upper arm | 01/16/14 1000 by Suzanne T Murray, RN | — |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 01/16/14 1100 | Stopped | 0 mg 0 mL/hr 60 Minutes | Intravenous | Performed by: Denise Batiste, RN |
| 01/16/14 1000 | New Bag | 160 mg 250 mL/hr 60 Minutes | Intravenous | Performed by: Suzanne T Murray, RN Dual Signoff by: Erica Schmidt |

#### heparin, porcine (PF) 100 unit/mL injection flush 500 Units [77647369]

| | |
|---|---|
| Ordering Provider: Chris Theodossiou, MD | Status: Discontinued (Past End Date/Time), Reason: Patient Discharge |
| Ordered On: 01/16/14 0904 | Starts/Ends: 01/16/14 0904 - 01/16/14 1632 |
| Dose (Remaining/Total): 500 Units (—/—) | Route: Intravenous |
| Frequency: As needed (PRN) | Rate/Duration: — / — |

| Line | Med Link Info | Comment |
|---|---|---|
| Port A Cath Single Lumen 09/27/13 Right upper arm | 01/16/14 1109 by Suzanne T Murray, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 01/16/14 1109 | Given | 500 Units | Intravenous | Performed by: Suzanne T Murray, RN |

GuilbaultC-OchsnerMR-   00758

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: ___ DOB: ___ 1952, Sex: F
Acct #: ___
Enc. Date 1/16/2014

## Medications (continued)

**All Meds and Administrations (continued)**

### ondansetron (ZOFRAN) 8 mg, dexamethasone (DECADRON) 10 mg in sodium chloride 0.9% 50 mL IVPB [77647361]

Ordering Provider: Chris Theodossiou, MD
Ordered On: 01/16/14 0904
Dose (Remaining/Total): — (0/1)
Frequency: Clinic/HOD 1 time

Status: Completed (Past End Date/Time)
Starts/Ends: 01/16/14 0915 - 01/16/14 0950
Route: Intravenous
Rate/Duration: 150 mL/hr / 20 Minutes

| Line | Med Link Info | Comment |
|------|---------------|---------|
| Port A Cath Single Lumen 09/27/13 Right upper arm | 01/16/14 0930 by Suzanne T Murray, RN | — |

| Timestamps | Action | Rate / Duration | Route | Other Information |
|------------|--------|-----------------|-------|-------------------|
| 01/16/14 0950 | Stopped | 0 mL/hr 20 Minutes | Intravenous | Performed by: Suzanne T Murray, RN |
| 01/16/14 0930 | New Bag | 150 mL/hr 20 Minutes | Intravenous | Performed by: Suzanne T Murray, RN |

### sodium chloride 0.9% 250 mL flush bag [77647364]

Ordering Provider: Chris Theodossiou, MD
Ordered On: 01/16/14 0904
Dose (Remaining/Total): — (0/1)
Frequency: Clinic/HOD 1 time
Admin Instructions: flush bag

Status: Completed (Past End Date/Time)
Starts/Ends: 01/16/14 0915 - 01/16/14 1115
Route: Intravenous
Rate/Duration: 25 mL/hr / —

| Line | Med Link Info | Comment |
|------|---------------|---------|
| Port A Cath Single Lumen 09/27/13 Right upper arm | 01/16/14 0930 by Suzanne T Murray, RN | — |

| Timestamps | Action | Rate | Route | Other Information |
|------------|--------|------|-------|-------------------|
| 01/16/14 1115 | Stopped | 0 mL/hr | Intravenous | Performed by: Denise Batiste, RN |
| 01/16/14 0930 | New Bag | 25 mL/hr | Intravenous | Performed by: Suzanne T Murray, RN |

### sodium chloride 0.9% flush 10 mL [77647368]

Ordering Provider: Chris Theodossiou, MD

Ordered On: 01/16/14 0904
Dose (Remaining/Total): 10 mL (—/—)
Frequency: As needed (PRN)

Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Starts/Ends: 01/16/14 0904 - 01/16/14 1632
Route: Intravenous
Rate/Duration: — / —

| Line | Med Link Info | Comment |
|------|---------------|---------|
| Port A Cath Single Lumen 09/27/13 Right upper arm | 01/16/14 1109 by Suzanne T Murray, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|------------|--------|------|-------|-------------------|
| 01/16/14 1109 | Given | 10 mL | Intravenous | Performed by: Suzanne T Murray, RN |

GuilbaultC-OchsnerMR-          00759

| NOMH CHEMOTHERAPY INFUSION | Guilbault, Clare L |
|---|---|
| 1516 Jefferson Hwy | MRN: ███ DOB: ███ 1952, Sex: F |
| New Orleans LA 70121-2429 | Acct #: ███ |
| Ambulatory Encounter | Enc. Date 1/16/2014 |

## Other Orders

### ondansetron (ZOFRAN) 8 mg, dexamethasone (DECADRON) 10 mg in sodium chloride 0.9% 50 mL IVPB

Electronically signed by: **Chris Theodossiou, MD on 01/16/14 0840**　　　　　　　　　　　　　　Status: **Completed**
Ordering user: **Chris Theodossiou, MD 01/16/14 0840**　　　Ordering provider: **Chris Theodossiou, MD**
Authorized by: **Chris Theodossiou, MD**　　　Ordering mode: **Standard**
From treatment plan: OP BREAST DOCETAXEL Q3W　　　Frequency: **1 time in Clinic/HOD 01/16/14 0915 - 1 occurrence**
Diagnoses
Breast cancer [174.9 (ICD-9-CM)]
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]

#### Mixture Ingredients

| Medication | Ordered Dose | Calculated Dose |
|---|---|---|
| ondansetron (ZOFRAN) | 8 mg | 8 mg |
| dexamethasone (DECADRON) | 10 mg | 10 mg |
| sodium chloride 0.9% | 50 mLs | 50 mLs |

### Treatment conditions

Electronically signed by: **Chris Theodossiou, MD on 01/16/14 0840**　　　　　　　　　　　　　　Status: **Completed**
Ordering user: **Chris Theodossiou, MD 01/16/14 0840**　　　Ordering provider: **Chris Theodossiou, MD**
Authorized by: **Chris Theodossiou, MD**　　　Ordering mode: **Standard**
From treatment plan: OP BREAST DOCETAXEL Q3W　　　Frequency: **Once 01/16/14 0905 - 1 occurrence**
Diagnoses
Breast cancer [174.9 (ICD-9-CM)]
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]
Order comments: Hold if ANC is less than or equal to 1500 or Platelets are less than or equal to 100,000 and notify MD

#### Treatment conditions

Electronically signed by: **Chris Theodossiou, MD on 01/16/14 0840**　　　　　　　　　　　　　　Status: **Completed**
Ordering user: **Chris Theodossiou, MD 01/16/14 0840**　　　Ordering provider: **Chris Theodossiou, MD**
Authorized by: **Chris Theodossiou, MD**　　　Ordering mode: **Standard**
From treatment plan: OP BREAST DOCETAXEL Q3W
Order comments: Hold if ANC is less than or equal to 1500 or Platelets are less than or equal to 100,000 and notify MD

### CHECK MEDICATION COMPLIANCE

Electronically signed by: **Chris Theodossiou, MD on 01/16/14 0840**　　　　　　　　　　　　　　Status: **Completed**
Ordering user: **Chris Theodossiou, MD 01/16/14 0840**　　　Ordering provider: **Chris Theodossiou, MD**
Authorized by: **Chris Theodossiou, MD**　　　Ordering mode: **Standard**
From treatment plan: OP BREAST DOCETAXEL Q3W　　　Frequency: **Once 01/16/14 0905 - 1 occurrence**
Diagnoses
Breast cancer [174.9 (ICD-9-CM)]
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]
Order comments: Verify that patient has taken take-home medications prior to start of treatment; Notify MD if compliance was not met.

#### CHECK MEDICATION COMPLIANCE

Electronically signed by: **Chris Theodossiou, MD on 01/16/14 0840**　　　　　　　　　　　　　　Status: **Completed**
Ordering user: **Chris Theodossiou, MD 01/16/14 0840**　　　Ordering provider: **Chris Theodossiou, MD**
Authorized by: **Chris Theodossiou, MD**　　　Ordering mode: **Standard**
From treatment plan: OP BREAST DOCETAXEL Q3W
Order comments: Verify that patient has taken take-home medications prior to start of treatment; Notify MD if compliance was not met.

### sodium chloride 0.9% 250 mL flush bag

Electronically signed by: **Chris Theodossiou, MD on 01/16/14 0840**　　　　　　　　　　　　　　Status: **Completed**
Ordering user: **Chris Theodossiou, MD 01/16/14 0840**　　　Ordering provider: **Chris Theodossiou, MD**
Authorized by: **Chris Theodossiou, MD**　　　Ordering mode: **Standard**
From treatment plan: OP BREAST DOCETAXEL Q3W　　　Frequency: **1 time in Clinic/HOD 01/16/14 0915 - 1 occurrence**

GuilbaultC-OchsnerMR-　00760

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN:          DOB:    1952, Sex: F
Acct #:
Enc. Date 1/16/2014

## Other Orders (continued)

### sodium chloride 0.9% 250 mL flush bag (continued)

Diagnoses
Breast cancer [174.9 (ICD-9-CM)]
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]

**Mixture Ingredients**

| Medication | Ordered Dose | Calculated Dose |
|---|---|---|
| sodium chloride 0.9% | 250 mLs | 250 mLs |

### CAUTION-IRRITANT WARNING

Electronically signed by: **Chris Theodossiou, MD on 01/16/14 0840**                         Status: **Completed**
Ordering user: Chris Theodossiou, MD 01/16/14 0840        Ordering provider: Chris Theodossiou, MD
Authorized by: Chris Theodossiou, MD              Ordering mode: Standard
From treatment plan: OP BREAST DOCETAXEL Q3W        Frequency: Once 01/16/14 0905 - 1 occurrence
Diagnoses
Breast cancer [174.9 (ICD-9-CM)]
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]
Order comments: One or more of the chemotherapy agents is an irritant; follow chemotherapy guidelines accordingly.

**CAUTION-IRRITANT WARNING**

Electronically signed by: **Chris Theodossiou, MD on 01/16/14 0840**                    Status: **Completed**
Ordering user: Chris Theodossiou, MD 01/16/14 0840      Ordering provider: Chris Theodossiou, MD
Authorized by: Chris Theodossiou, MD            Ordering mode: Standard
From treatment plan: OP BREAST DOCETAXEL Q3W
Order comments: One or more of the chemotherapy agents is an irritant; follow chemotherapy guidelines accordingly.

### MONITOR VITAL SIGNS

Electronically signed by: **Chris Theodossiou, MD on 01/16/14 0840**                         Status: **Completed**
Ordering user: Chris Theodossiou, MD 01/16/14 0840        Ordering provider: Chris Theodossiou, MD
Authorized by: Chris Theodossiou, MD              Ordering mode: Standard
From treatment plan: OP BREAST DOCETAXEL Q3W        Frequency: Once 01/16/14 0905 - 1 occurrence
Diagnoses
Breast cancer [174.9 (ICD-9-CM)]
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]
Order comments: The following protocol requires active monitoring of the patient's vital signs.

**MONITOR VITAL SIGNS**

Electronically signed by: **Chris Theodossiou, MD on 01/16/14 0840**                    Status: **Completed**
Ordering user: Chris Theodossiou, MD 01/16/14 0840      Ordering provider: Chris Theodossiou, MD
Authorized by: Chris Theodossiou, MD            Ordering mode: Standard
From treatment plan: OP BREAST DOCETAXEL Q3W
Order comments: The following protocol requires active monitoring of the patient's vital signs.

### docetaxel 100 mg/m2 = 160 mg in sodium chloride 0.9% 250 mL chemo infusion

Electronically signed by: **Chris Theodossiou, MD on 01/16/14 0840**                         Status: **Completed**
Ordering user: Chris Theodossiou, MD 01/16/14 0840        Ordering provider: Chris Theodossiou, MD
Authorized by: Chris Theodossiou, MD              Ordering mode: Standard
From treatment plan: OP BREAST DOCETAXEL Q3W        Frequency: 1 time in Clinic/HOD 01/16/14 0945 - 1 occurrence
Diagnoses
Breast cancer [174.9 (ICD-9-CM)]
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]

**Mixture Ingredients**

| Medication | Ordered Dose | Calculated Dose |
|---|---|---|
| DOCEtaxel (TAXOTERE) | 100 mg/m2 | 160 mg |
| sodium chloride 0.9% | 250 mLs | 250 mLs |

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: ████ DOB: ████ 1952, Sex: F
Acct #: ████
Enc. Date 1/16/2014

## Other Orders (continued)

**docetaxel 100 mg/m2 = 160 mg in sodium chloride 0.9% 250 mL chemo infusion (continued)**

### sodium chloride 0.9% flush 10 mL

Electronically signed by: **Chris Theodossiou, MD on 01/16/14 0840**                    Status: **Discontinued**
Ordering user: **Chris Theodossiou, MD 01/16/14 0840**        Ordering provider: **Chris Theodossiou, MD**
Authorized by: **Chris Theodossiou, MD**                       Ordering mode: **Standard**
PRN reasons: Line Care
PRN Comment: Flush lines as needed.
From treatment plan: OP BREAST DOCETAXEL Q3W        Frequency: PRN 01/16/14 0904 - 01/16/14 1632
Discontinued by: Discharge Provider, Automatic 01/16/14 1632 [Patient Discharge]
Diagnoses
Breast cancer [174.9 (ICD-9-CM)]
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]

### heparin, porcine (PF) 100 unit/mL injection flush 500 Units

Electronically signed by: **Chris Theodossiou, MD on 01/16/14 0840**                    Status: **Discontinued**
Ordering user: **Chris Theodossiou, MD 01/16/14 0840**        Ordering provider: **Chris Theodossiou, MD**
Authorized by: **Chris Theodossiou, MD**                       Ordering mode: **Standard**
PRN Comment: Flush lines as needed.
From treatment plan: OP BREAST DOCETAXEL Q3W        Frequency: PRN 01/16/14 0904 - 01/16/14 1632
Discontinued by: Discharge Provider, Automatic 01/16/14 1632 [Patient Discharge]
Diagnoses
Breast cancer [174.9 (ICD-9-CM)]
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]

## Result Notes and Comments

| Result | Treatment conditions (Order 81449637) |

| Result | CHECK MEDICATION COMPLIANCE (Order 81449638) |

| Result | CAUTION-IRRITANT WARNING (Order 81449639) |

| Result | MONITOR VITAL SIGNS (Order 81449640) |

| Result | sodium chloride 0.9% flush 10 mL (Order 77647368) |

| Result | heparin, porcine (PF) 100 unit/mL injection flush 500 Units (Order 77647369) |

| Result | ondansetron (ZOFRAN) 8 mg, dexamethasone (DECADRON) 10 mg in sodium chloride 0.9% 50 mL IVPB (Order 77647361) |

GuilbaultC-OchsnerMR-        00762

NOMC HEMATOLOGY ONCOLOGY
OCHSNER, SOUTH SHORE REGION LA
Ambulatory Encounter

Guilbault, Clare L
MRN: ███████ DOB: ██ 1952, Sex: F
Acct #: ████████
Enc. Date 2/6/2014

## Flowsheets (all recorded) (continued)

### Custom Formula Data - Thu February 06, 2014

| Row Name | 0814 |
|---|---|
| **OTHER** | |
| IBW/kg (Calculated) Male | 50 kg -AW |
| Low Range Vt 6cc/kg MALE | 300 mL -AW |
| Adult Moderate Range Vt 8cc/kg MA | 400 mL -AW |
| Adult High Range Vt 10cc/kg MALE | 500 mL -AW |
| IBW/kg (Calculated) Female | 45.5 kg -AW |
| Low Range Vt 6cc/kg FEMALE | 273 mL -AW |
| Adult Moderate Range vt 8cc/kg FEMALE | 364 mL -AW |
| Adult High Range Vt 10cc/kg FEMALE | 455 mL -AW |
| Weight in (lb) to have BMI = 25 | 127.7 -AW |
| IBW/kg (Calculated) | 45.5 -AW |
| Low Range Vt 6cc/kg | 273 mL -AW |
| Adult Moderate Range Vt 8cc/kg | 364 mL -AW |
| Adult High Range Vt 10cc/kg | 455 mL -AW |
| BSA (Calculated - sq m) | 1.61 sq meters -AW |
| BMI (Calculated) | 26.5 -AW |
| Percent Weight Change Since Birth | 0 -AW |
| **Body Mass Index (BMI)** | |
| BMI (kg/m2) | 26.48 -AW |
| **Relevant Labs and Vitals** | |
| Temp (in Celsius) | 36.4 -AW |

**User Key**                                          (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| AW | April Wendt, RN | 08/12/13 – 03/09/14 | Registered Nurse | Nurse |

GuilbaultC-OchsnerMR-          00790

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: ███████ DOB: ███ 1952, Sex: F
Acct #: ███████
Enc. Date 2/6/2014

## Encounter Information - Infusion

### Reason for Visit

Chemotherapy

### Diagnoses

| | Codes | Comments |
|---|---|---|
| Breast cancer   – Primary | ICD-10-CM: C50.919 ICD-9-CM: 174.9 | |
| Malignant neoplasm of other specified sites of female breast | ICD-10-CM: C50.919 ICD-9-CM: 174.8 | |

### Non-Hospital Problems as of 2/6/2014

Reviewed: 2/6/2014 by Chris Theodossiou, MD

| | Codes | Noted - Resolved |
|---|---|---|
| Malignant neoplasm of other specified sites of female breast | ICD-10-CM: C50.919 ICD-9-CM: 174.8 | 9/17/2013 - Present |
| Secondary and unspecified malignant neoplasm of lymph nodes, site unspecified(196.9) | ICD-10-CM: C77.9 ICD-9-CM: 196.9 | 9/17/2013 - Present |
| Hypertension | ICD-10-CM: I10 ICD-9-CM: 401.9 | 9/20/2013 - Present |
| Breast cancer | ICD-10-CM: C50.919 ICD-9-CM: 174.9 | 9/23/2013 - Present |
| Encounter for antineoplastic chemotherapy | ICD-10-CM: Z51.11 ICD-9-CM: V58.11 | 10/18/2013 - Present |
| Leukopenia | ICD-10-CM: D72.819 ICD-9-CM: 288.50 | 10/18/2013 - Present |
| Breast cancer | ICD-10-CM: C50.919 ICD-9-CM: 174.9 | 10/18/2013 - Present |
| Antineoplastic chemotherapy induced anemia(285.3) | ICD-10-CM: D64.81, T45.1X5A ICD-9-CM: 285.3 | 1/16/2014 - Present |

### Allergies as of 2/6/2014

No Known Allergies

### Immunizations Administered as of 2/6/2014

Never Reviewed

No immunizations on file.

### Encounter Vitals Flowsheet Audit Trail (all recorded)

| Flow Time | Flow Value | User | File Time | Action |
|---|---|---|---|---|
| **BP** | | | | |
| 02/06/14 0953 | (!) 152/70 | SM | 02/06/14 0959 | Current |
| **Pulse** | | | | |
| 02/06/14 0953 | 72 | SM | 02/06/14 0959 | Current |
| **Resp** | | | | |
| 02/06/14 0953 | 20 | SM | 02/06/14 0959 | Current |
| **Temp** | | | | |
| 02/06/14 0953 | 98.5 °F (36.9 °C) | SM | 02/06/14 0959 | Current |
| **Pain Score** | | | | |
| 02/06/14 0953 | Zero | SM | 02/06/14 0959 | Current |

User Key                                    (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Effective Dates | Name | Provider Type | Discipline |
|---|---|---|---|---|
| SM | 06/12/12 - | Suzanne T Murray, RN | Registered Nurse | Nurse |

GuilbaultC-OchsnerMR-   00791

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: ███  DOB: █ 1952, Sex: F
Acct #: ███
Enc. Date 2/6/2014

## Encounter Information - Infusion (continued)

### Medical History

| Diagnosis | Date | Comment | Source |
|---|---|---|---|
| Breast cancer | | | Provider |
| Hypertension | | | Provider |

### Surgical History

| Procedure | Laterality | Date | Comment | Source |
|---|---|---|---|---|
| BREAST BIOPSY | | | | Provider |
| TONSILLECTOMY | | | | Provider |

### Family and Education as of 2/6/2014

| Marital Status |
|---|
| Married |

## Social Documentation

### Social Documentation as of 2/6/2014

None

### Tobacco Use as of 2/6/2014

Never Smoker.

### Alcohol Use as of 2/6/2014

Yes.
Comments:  wine socially

### Drug Use as of 2/6/2014

No.

### Sexual Activity as of 2/6/2014

Sexually active; Partners: Male.

### Family History as of 2/6/2014

| Problem | Relation | Age of Onset | Comments |
|---|---|---|---|
| Arrhythmia | Brother | | |
| Heart attack | Paternal Grandfather | | |
| Heart disease | Brother | | |
| Heart disease | Father | | |
| Heart disease | Maternal Grandfather | | |
| Heart disease | Paternal Grandfather | | |

### Family Status as of 2/6/2014

| Relation | Status |
|---|---|
| Father | Deceased |
| Paternal Grandfather | Deceased |
| Mother | Deceased |
| Sister | Alive |
| Brother | Alive |
| Sister | Alive |
| Sister | Alive |
| Brother | Alive |
| Brother | Alive |

Generated on 4/24/20 12:26 PM

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: ███   DOB: ███ 1952, Sex: F
Acct #: ███
Enc. Date 2/6/2014

## Encounter Information - Infusion (continued)

### Family Status as of 2/6/2014 (continued)

| Relation | Status |
|---|---|
| Brother | Alive |
| Brother | Deceased |
| Maternal Grandfather | Deceased |

### Employment History as of 2/6/2014

No employment history on file.

### Obstetric History as of 2/6/2014

No data available

### Anticoagulation Episode Summary

Current INR goal:
TTR:                            —
Next INR check:
INR from last check:
Most recent INR:        1.0 (5/9/2014)
Weekly max warfarin
dose:
Target end date:
INR check location:
Preferred lab:
Send INR reminders
to:
Comments:

**Indications**

Breast cancer [C50.919]
Malignant neoplasm of left breast [C50.912]

### History

| Reviewed By | Date/Time | Sections Reviewed |
|---|---|---|
| Suzanne T Murray, RN | 2/6/2014  9:59 AM | None |

## Medications

### Outpatient Medications at Start of Encounter as of 2/6/2014

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| glucosamine-chondroitin 500-400 mg tablet<br>Sig - Route: Take 1 tablet by mouth once daily. - Oral<br>Class: Historical Med | | | | |
| loratadine (CLARITIN) 10 mg tablet<br>Sig - Route: Take 10 mg by mouth once daily. - Oral<br>Class: Historical Med | | | | |
| meloxicam (MOBIC) 7.5 MG tablet<br>Sig - Route: Take 7.5 mg by mouth daily as needed.  - Oral<br>Class: Historical Med | | | 8/18/2013 | |
|     Laura Baquie V, RN 2/20/2018 3:24 PM<br>    PRN | | | | |
| carvedilol (COREG) 3.125 MG tablet<br>Sig - Route: Take 1 tablet (3.125 mg total) by mouth 2 (two) times daily with meals. - Oral | 60 tablet | 11 | 9/20/2013 | 9/4/2014 |
| dexamethasone (DECADRON) 4 MG Tab<br>Sig: Two pils! twice a day the day prior to chemotherapy and two pills the morning after chemothearpy<br>Class: Print | 24 tablet | 0 | 12/2/2013 | 4/24/2014 |
| diazepam (VALIUM) 5 MG tablet<br>Sig - Route: Take 5 mg by mouth every 6 (six) hours as needed. - Oral<br>Class: Historical Med | | | 8/22/2013 | |

GuilbaultC-OchsnerMR-   00793

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: ███████ DOB: ██ 1952, Sex: F
Acct #: ███████
Enc. Date 2/6/2014

## Medications (continued)

### Outpatient Medications at Start of Encounter as of 2/6/2014 (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| fish oil-omega-3 fatty acids 300-1,000 mg capsule<br>Sig - Route: Take 2 g by mouth once daily. - Oral<br>Class: Historical Med | | | | 3/17/2016 |
| hydrocodone-acetaminophen (VICODIN) 5-500 mg per tablet<br>Class: Historical Med | | | 9/30/2013 | 3/21/2014 |
| losartan-hydrochlorothiazide 100-25 mg (HYZAAR) 100-25 mg per tablet<br>Sig - Route: Take 1 tablet by mouth once daily. - Oral | 30 tablet | 11 | 9/20/2013 | 9/4/2014 |
| ondansetron (ZOFRAN) 4 MG tablet<br>Class: Historical Med | | | 11/29/2013 | 3/21/2014 |
| ondansetron (ZOFRAN-ODT) 4 MG TbDL<br>Sig: DISSOLVE 1 TABLET ON TONGUE EVERY 6 HOURS AS NEEDED | 30 tablet | 1 | 11/29/2013 | 3/21/2014 |
| potassium chloride (KLOR-CON) 20 mEq Pack<br>Sig - Route: Take 20 mEq by mouth once daily. - Oral<br>Class: Historical Med | | | | 3/21/2014 |
| prochlorperazine (COMPAZINE) 10 MG tablet<br>Class: Historical Med | | | 10/21/2013 | 3/21/2014 |
| vitamin D 1000 units Tab<br>Sig - Route: Take 800 mg by mouth once daily. - Oral<br>Class: Historical Med | | | | 3/17/2016 |
| vitamin E 100 UNIT capsule<br>Sig - Route: Take 100 Units by mouth once daily. - Oral<br>Class: Historical Med | | | | 8/25/2016 |

### Ordered Facility-Administered Medications

| | Dose | Freq | Start | End |
|---|---|---|---|---|
| ondansetron (ZOFRAN) 8 mg, dexamethasone (DECADRON) 10 mg in sodium chloride 0.9% 50 mL IVPB<br>Route: Intravenous | | Clinic/HOD<br>1 time | 2/6/2014 | 2/6/2014 |
| sodium chloride 0.9% 250 mL flush bag<br>Route: Intravenous | | Clinic/HOD<br>1 time | 2/6/2014 | 2/6/2014 |
| docetaxel 100 mg/m2 = 160 mg in sodium chloride 0.9% 250 mL chemo infusion<br>Route: Intravenous | 100 mg/m2 × 1.6 m2 (Treatment Plan Recorded) | Clinic/HOD<br>1 time | 2/6/2014 | 2/6/2014 |
| sodium chloride 0.9% flush 10 mL (Discontinued)<br>Route: Intravenous<br>Reason for Discontinue: Patient Discharge | 10 mL | As needed (PRN) | 2/6/2014 | 2/6/2014 |
| heparin, porcine (PF) 100 unit/mL injection flush 500 Units (Discontinued)<br>Route: Intravenous<br>Reason for Discontinue: Patient Discharge | 500 Units | As needed (PRN) | 2/6/2014 | 2/6/2014 |

### All Meds and Administrations

---

GuilbaultC-OchsnerMR-   00794

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: ____ DOB: ____ 1952, Sex: F
Acct #: ____
Enc. Date 2/6/2014

## Medications (continued)

### All Meds and Administrations (continued)

docetaxel 100 mg/m2 = 160 mg in sodium chloride 0.9% 250 mL chemo infusion [83782561]

| Ordering Provider: Chris Theodossiou, MD | Status: Completed (Past End Date/Time) |
|---|---|
| Ordered On: 02/06/14 0921 | Starts/Ends: 02/06/14 1000 - 02/06/14 1128 |
| Dose (Remaining/Total): 100 mg/m2 (Treatment Plan Recorded) (0/1) | Route: Intravenous |
| Frequency: Clinic/HOD 1 time | Rate/Duration: 250 mL/hr / 60 Minutes |
| Admin Instructions:  Check vitals at the beginning, after 15 minutes, and at the end of treatment. Docetaxel is a vesicant; follow chemotherapy guidelines accordingly. | May be a vesicant. administer with low sorb tubing |

| Line | Med Link Info | Comment |
|---|---|---|
| Port A Cath Single Lumen 09/27/13 Right upper arm | 02/06/14 1028 by Suzanne T Murray, RN | — |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 02/06/14 1128 | Stopped | 0 mg 0 mL/hr 60 Minutes | Intravenous | Performed by:  Suzanne T Murray, RN |
| 02/06/14 1028 | New Bag | 160 mg 250 mL/hr 60 Minutes | Intravenous | Performed by:  Suzanne T Murray, RN Dual Signoff by:  Gail H Abadie, RN |

heparin, porcine (PF) 100 unit/mL injection flush 500 Units [83782563]

| Ordering Provider: Chris Theodossiou, MD | Status:  Discontinued (Past End Date/Time), Reason: Patient Discharge |
|---|---|
| Ordered On: 02/06/14 0921 | Starts/Ends: 02/06/14 0921 - 02/06/14 1634 |
| Dose (Remaining/Total):  500 Units (—/—) | Route: Intravenous |
| Frequency:  As needed (PRN) | Rate/Duration: — / — |

| Line | Med Link Info | Comment |
|---|---|---|
| Port A Cath Single Lumen 09/27/13 Right upper arm | 02/06/14 1142 by Suzanne T Murray, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 02/06/14 1142 | Given | 500 Units | Intravenous | Performed by:  Suzanne T Murray, RN |

GuilbaultC-OchsnerMR-   00795

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: █████ DOB: █ 1952, Sex: F
Acct #: █████
Enc. Date 2/6/2014

## Medications (continued)

**All Meds and Administrations (continued)**

### ondansetron (ZOFRAN) 8 mg, dexamethasone (DECADRON) 10 mg in sodium chloride 0.9% 50 mL IVPB [83782555]

Ordering Provider: Chris Theodossiou, MD
Ordered On: 02/06/14 0921
Dose (Remaining/Total): — (0/1)
Frequency: Clinic/HOD 1 time

Status: Completed (Past End Date/Time)
Starts/Ends: 02/06/14 0930 - 02/06/14 1002
Route: Intravenous
Rate/Duration: 150 mL/hr / 20 Minutes

| Line | Med Link Info | Comment |
|---|---|---|
| Port A Cath Single Lumen 09/27/13 Right upper arm | 02/06/14 0942 by Suzanne T Murray, RN | — |

| Timestamps | Action | Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 02/06/14 1002 | Stopped | 0 mL/hr 20 Minutes | Intravenous | Performed by: Suzanne T Murray, RN |
| 02/06/14 0942 | New Bag | 150 mL/hr 20 Minutes | Intravenous | Performed by: Suzanne T Murray, RN |

### sodium chloride 0.9% 250 mL flush bag [83782558]

Ordering Provider: Chris Theodossiou, MD
Ordered On: 02/06/14 0921
Dose (Remaining/Total): — (0/1)
Frequency: Clinic/HOD 1 time
Admin Instructions: flush bag

Status: Completed (Past End Date/Time)
Starts/Ends: 02/06/14 0930 - 02/06/14 1142
Route: Intravenous
Rate/Duration: 25 mL/hr / —

| Line | Med Link Info | Comment |
|---|---|---|
| Port A Cath Single Lumen 09/27/13 Right upper arm | 02/06/14 0933 by Suzanne T Murray, RN | — |

| Timestamps | Action | Rate | Route | Other Information |
|---|---|---|---|---|
| 02/06/14 1142 | Stopped | 0 mL/hr | Intravenous | Performed by: Suzanne T Murray, RN |
| 02/06/14 0933 | New Bag | 25 mL/hr | Intravenous | Performed by: Suzanne T Murray, RN |

### sodium chloride 0.9% flush 10 mL [83782562]

Ordering Provider: Chris Theodossiou, MD
Ordered On: 02/06/14 0921
Dose (Remaining/Total): 10 mL (—/—)
Frequency: As needed (PRN)

Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Starts/Ends: 02/06/14 0921 - 02/06/14 1634
Route: Intravenous
Rate/Duration: — / —

| Line | Med Link Info | Comment |
|---|---|---|
| Port A Cath Single Lumen 09/27/13 Right upper arm | 02/06/14 1142 by Suzanne T Murray, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 02/06/14 1142 | Given | 10 mL | Intravenous | Performed by: Suzanne T Murray, RN |

GuilbaultC-OchsnerMR-   00796

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: ████ DOB: ████ 1952, Sex: F
Acct #: ████
Enc. Date 2/6/2014

## Other Orders

### ondansetron (ZOFRAN) 8 mg, dexamethasone (DECADRON) 10 mg in sodium chloride 0.9% 50 mL IVPB

Electronically signed by: **Chris Theodossiou, MD on 02/06/14 0909**　　　　　　Status: **Completed**
Ordering user: **Chris Theodossiou, MD** 02/06/14 0909　　Ordering provider: **Chris Theodossiou, MD**
Authorized by: **Chris Theodossiou, MD**　　Ordering mode: **Standard**
From treatment plan: **OP BREAST DOCETAXEL Q3W**　　Frequency: **1 time in Clinic/HOD 02/06/14 0930 – 1 occurrence**
Diagnoses
Breast cancer [174.9 (ICD-9-CM)]
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]

#### Mixture Ingredients

| Medication | Ordered Dose | Calculated Dose |
|---|---|---|
| ondansetron (ZOFRAN) | 8 mg | 8 mg |
| dexamethasone (DECADRON) | 10 mg | 10 mg |
| sodium chloride 0.9% | 50 mLs | 50 mLs |

### Treatment conditions

Electronically signed by: **Chris Theodossiou, MD on 02/06/14 0909**　　　　　　Status: **Completed**
Ordering user: **Chris Theodossiou, MD** 02/06/14 0909　　Ordering provider: **Chris Theodossiou, MD**
Authorized by: **Chris Theodossiou, MD**　　Ordering mode: **Standard**
From treatment plan: **OP BREAST DOCETAXEL Q3W**　　Frequency: **Once 02/06/14 0922 - 1 occurrence**
Diagnoses
Breast cancer [174.9 (ICD-9-CM)]
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]
Order comments: Hold if ANC is less than or equal to 1500 or Platelets are less than or equal to 100,000 and notify MD

#### Treatment conditions

Electronically signed by: **Chris Theodossiou, MD on 02/06/14 0909**　　　　　　Status: **Completed**
Ordering user: **Chris Theodossiou, MD** 02/06/14 0909　　Ordering provider: **Chris Theodossiou, MD**
Authorized by: **Chris Theodossiou, MD**　　Ordering mode: **Standard**
From treatment plan: **OP BREAST DOCETAXEL Q3W**
Order comments: Hold if ANC is less than or equal to 1500 or Platelets are less than or equal to 100,000 and notify MD

### CHECK MEDICATION COMPLIANCE

Electronically signed by: **Chris Theodossiou, MD on 02/06/14 0909**　　　　　　Status: **Completed**
Ordering user: **Chris Theodossiou, MD** 02/06/14 0909　　Ordering provider: **Chris Theodossiou, MD**
Authorized by: **Chris Theodossiou, MD**　　Ordering mode: **Standard**
From treatment plan: **OP BREAST DOCETAXEL Q3W**　　Frequency: **Once 02/06/14 0922 - 1 occurrence**
Diagnoses
Breast cancer [174.9 (ICD-9-CM)]
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]
Order comments: Verify that patient has taken take-home medications prior to start of treatment; Notify MD if compliance was not met.

#### CHECK MEDICATION COMPLIANCE

Electronically signed by: **Chris Theodossiou, MD on 02/06/14 0909**　　　　　　Status: **Completed**
Ordering user: **Chris Theodossiou, MD** 02/06/14 0909　　Ordering provider: **Chris Theodossiou, MD**
Authorized by: **Chris Theodossiou, MD**　　Ordering mode: **Standard**
From treatment plan: **OP BREAST DOCETAXEL Q3W**
Order comments: Verify that patient has taken take-home medications prior to start of treatment; Notify MD if compliance was not met.

### sodium chloride 0.9% 250 mL flush bag

Electronically signed by: **Chris Theodossiou, MD on 02/06/14 0909**　　　　　　Status: **Completed**
Ordering user: **Chris Theodossiou, MD** 02/06/14 0909　　Ordering provider: **Chris Theodossiou, MD**
Authorized by: **Chris Theodossiou, MD**　　Ordering mode: **Standard**
From treatment plan: **OP BREAST DOCETAXEL Q3W**　　Frequency: **1 time in Clinic/HOD 02/06/14 0930 – 1 occurrence**

GuilbaultC-OchsnerMR-　　00797

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: ███████ DOB: ███ 1952, Sex: F
Acct #: ███████
Enc. Date 2/6/2014

## Other Orders (continued)

### sodium chloride 0.9% 250 mL flush bag (continued)

Diagnoses
Breast cancer [174.9 (ICD-9-CM)]
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]

#### Mixture Ingredients

| Medication | Ordered Dose | Calculated Dose |
|---|---|---|
| sodium chloride 0.9% | 250 mLs | 250 mLs |

#### CAUTION-IRRITANT WARNING

Electronically signed by: **Chris Theodossiou, MD on 02/06/14 0909**                                        Status: **Completed**
Ordering user:  Chris Theodossiou, MD 02/06/14 0909          Ordering provider: Chris Theodossiou, MD
Authorized by:  Chris Theodossiou, MD                                    Ordering mode: Standard
From treatment plan:  OP BREAST DOCETAXEL Q3W              Frequency: Once 02/06/14 0922 - 1 occurrence
Diagnoses
Breast cancer [174.9 (ICD-9-CM)]
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]
Order comments:  One or more of the chemotherapy agents is an irritant; follow chemotherapy guidelines accordingly.

##### CAUTION-IRRITANT WARNING

Electronically signed by: **Chris Theodossiou, MD on 02/06/14 0909**                                        Status: **Completed**
Ordering user:  Chris Theodossiou, MD 02/06/14 0909          Ordering provider: Chris Theodossiou, MD
Authorized by:  Chris Theodossiou, MD                                    Ordering mode: Standard
From treatment plan:  OP BREAST DOCETAXEL Q3W
Order comments:  One or more of the chemotherapy agents is an irritant; follow chemotherapy guidelines accordingly.

### MONITOR VITAL SIGNS

Electronically signed by: **Chris Theodossiou, MD on 02/06/14 0909**                                        Status: **Completed**
Ordering user:  Chris Theodossiou, MD 02/06/14 0909          Ordering provider: Chris Theodossiou, MD
Authorized by:  Chris Theodossiou, MD                                    Ordering mode: Standard
From treatment plan:  OP BREAST DOCETAXEL Q3W              Frequency: Once 02/06/14 0922 - 1 occurrence
Diagnoses
Breast cancer [174.9 (ICD-9-CM)]
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]
Order comments:  The following protocol requires active monitoring of the patient's vital signs.

#### MONITOR VITAL SIGNS

Electronically signed by: **Chris Theodossiou, MD on 02/06/14 0909**                                        Status: **Completed**
Ordering user:  Chris Theodossiou, MD 02/06/14 0909          Ordering provider: Chris Theodossiou, MD
Authorized by:  Chris Theodossiou, MD                                    Ordering mode: Standard
From treatment plan:  OP BREAST DOCETAXEL Q3W
Order comments:  The following protocol requires active monitoring of the patient's vital signs.

### docetaxel 100 mg/m2 = 160 mg in sodium chloride 0.9% 250 mL chemo infusion

Electronically signed by: **Chris Theodossiou, MD on 02/06/14 0909**                                        Status: **Completed**
Ordering user:  Chris Theodossiou, MD 02/06/14 0909          Ordering provider: Chris Theodossiou, MD
Authorized by:  Chris Theodossiou, MD                                    Ordering mode: Standard
From treatment plan:  OP BREAST DOCETAXEL Q3W              Frequency: 1 time in Clinic/HOD 02/06/14 1000 - 1 occurrence
Diagnoses
Breast cancer [174.9 (ICD-9-CM)]
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]

#### Mixture Ingredients

| Medication | Ordered Dose | Calculated Dose |
|---|---|---|
| DOCEtaxel (TAXOTERE) | 100 mg/m2 | 160 mg |
| sodium chloride 0.9% | 234 mLs | 234 mLs |

GuilbaultC-OchsnerMR-      00798

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: ▮▮▮▮ DOB: ▮ 1952, Sex: F
Acct #: ▮▮▮▮
Enc. Date 2/6/2014

## Other Orders (continued)

**docetaxel 100 mg/m2 = 160 mg in sodium chloride 0.9% 250 mL chemo infusion (continued)**

**sodium chloride 0.9% flush 10 mL**

| | |
|---|---|
| Electronically signed by: **Chris Theodossiou, MD on 02/06/14 0909** | Status: **Discontinued** |

Ordering user: Chris Theodossiou, MD 02/06/14 0909          Ordering provider: Chris Theodossiou, MD
Authorized by: Chris Theodossiou, MD                        Ordering mode: Standard
PRN reasons: Line Care
PRN Comment: Flush lines as needed.
From treatment plan: OP BREAST DOCETAXEL Q3W          Frequency: PRN 02/06/14 0921 – 02/06/14 1634
Discontinued by: Discharge Provider, Automatic 02/06/14 1634 [Patient Discharge]
Diagnoses
Breast cancer [174.9 (ICD-9-CM)]
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]

**heparin, porcine (PF) 100 unit/mL injection flush 500 Units**

| | |
|---|---|
| Electronically signed by: **Chris Theodossiou, MD on 02/06/14 0909** | Status: **Discontinued** |

Ordering user: Chris Theodossiou, MD 02/06/14 0909          Ordering provider: Chris Theodossiou, MD
Authorized by: Chris Theodossiou, MD                        Ordering mode: Standard
PRN Comment: Flush lines as needed.
From treatment plan: OP BREAST DOCETAXEL Q3W          Frequency: PRN 02/06/14 0921 – 02/06/14 1634
Discontinued by: Discharge Provider, Automatic 02/06/14 1634 [Patient Discharge]
Diagnoses
Breast cancer [174.9 (ICD-9-CM)]
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]

## Result Notes and Comments

| Result | Treatment conditions (Order 83782564) |
|---|---|
| Result | CHECK MEDICATION COMPLIANCE (Order 83782565) |
| Result | CAUTION-IRRITANT WARNING (Order 83782588) |
| Result | MONITOR VITAL SIGNS (Order 83782589) |
| Result | ondansetron (ZOFRAN) 8 mg, dexamethasone (DECADRON) 10 mg in sodium chloride 0.9% 50 mL IVPB (Order 83782555) |
| Result | Treatment conditions (Order 83782556) |
| Result | CHECK MEDICATION COMPLIANCE (Order 83782557) |

GuilbaultC-OchsnerMR-          00799

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: ▮▮▮▮ DOB: ▮▮▮ 1952, Sex: F
Acct #: ▮▮▮▮▮▮▮
Enc. Date 2/6/2014

## Result Notes and Comments (continued)

**Result** — sodium chloride 0.9% 250 mL flush bag (Order 83782558)

**Result** — CAUTION-IRRITANT,WARNING (Order 83782559)

**Result** — MONITOR VITAL SIGNS (Order 83782560)

**Result** — docetaxel 100 mg/m2 = 160 mg in sodium chloride 0.9% 250 mL chemo infusion (Order 83782561)

**Result** — sodium chloride 0.9% flush 10 mL (Order 83782562)

**Result** — heparin, porcine (PF) 100 unit/mL injection flush 500 Units (Order 83782563)

### Encounter Messages

#### Appointment Reminder

| From | To | Sent and Delivered |
|---|---|---|
| Myochsner, System Message | Clare L Guilbault | 1/30/2014 12:05 AM |

Last Read in Patient Portal
1/30/2014  8:31 AM by Clare L Guilbault
Appointment Information

Department:
NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans, LA 70121-2429
Benson Cancer Center
504-842-3910
Provider:      Chemo 6 Nomh
Date:            2/06/14
Time:            9:30 AM

Please click epichttp://appointments[here] to view more details about your appointment.

## All Other Notes

### Plan of Care by Suzanne T Murray, RN at 2/6/2014  2:33 PM

| Author: Suzanne T Murray, RN | Service: — | Author Type:  Registered Nurse |
|---|---|---|
| Filed:  2/6/2014  2:33 PM | Encounter Date:  2/6/2014 | Status:  Signed |
| Editor:  Suzanne T Murray, RN (Registered Nurse) | | |

**Problem: General Plan of Care**
**Goal:** Plan of Care Review
The patient and/or their representative will communicate an understanding of their plan of care.

GuilbaultC-OchsnerMR-      00800

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: ▉▉▉ DOB: ▉▉ 1952, Sex: F
Acct #: ▉▉▉▉
Enc. Date 2/27/2014

## Encounter Information - Infusion

### Reason for Visit

Chemotherapy

### Diagnoses

| | | Codes | Comments |
|---|---|---|---|
| Malignant neoplasm of other specified sites of female breast | – Primary | ICD-10-CM: C50.919<br>ICD-9-CM: 174.8 | |
| Breast cancer | | ICD-10-CM: C50.919<br>ICD-9-CM: 174.9 | |

### Non-Hospital Problems as of 2/27/2014

Reviewed: 2/27/2014 by Marc R Matrana, MD

| | Codes | Noted - Resolved |
|---|---|---|
| Malignant neoplasm of other specified sites of female breast | ICD-10-CM: C50.919<br>ICD-9-CM: 174.8 | 9/17/2013 - Present |
| Secondary and unspecified malignant neoplasm of lymph nodes, site unspecified(196.9) | ICD-10-CM: C77.9<br>ICD-9-CM: 196.9 | 9/17/2013 - Present |
| Hypertension | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | 9/20/2013 - Present |
| Breast cancer | ICD-10-CM: C50.919<br>ICD-9-CM: 174.9 | 9/23/2013 - Present |
| Encounter for antineoplastic chemotherapy | ICD-10-CM: Z51.11<br>ICD-9-CM: V58.11 | 10/18/2013 - Present |
| Leukopenia | ICD-10-CM: D72.819<br>ICD-9-CM: 288.50 | 10/18/2013 - Present |
| Breast cancer | ICD-10-CM: C50.919<br>ICD-9-CM: 174.9 | 10/18/2013 - Present |
| Antineoplastic chemotherapy induced anemia(285.3) | ICD-10-CM: D64.81,<br>T45.1X5A<br>ICD-9-CM: 285.3 | 1/16/2014 - Present |

### Allergies as of 2/27/2014

No Known Allergies

### Immunizations Administered as of 2/27/2014

Never Reviewed

No immunizations on file.

### Encounter Vitals Flowsheet Audit Trail (all recorded)

| Flow Time | Flow Value | User | File Time | Action |
|---|---|---|---|---|
| **BP** | | | | |
| 02/27/14 0904 | 135/64 | SM | 02/27/14 0906 | Current |
| **Pulse** | | | | |
| 02/27/14 0904 | 82 | SM | 02/27/14 0906 | Current |
| **Resp** | | | | |
| 02/27/14 0904 | 20 | SM | 02/27/14 0906 | Current |
| **Temp** | | | | |
| 02/27/14 0904 | 98.1 °F (36.7 °C) | SM | 02/27/14 0906 | Current |
| **Pain Score** | | | | |
| 02/27/14 0904 | Zero | SM | 02/27/14 0906 | Current |

User Key  (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Effective Dates | Name | Provider Type | Discipline |
|---|---|---|---|---|
| SM | 06/12/12 - | Suzanne T Murray, RN | Registered Nurse | Nurse |

GuilbaultC-OchsnerMR-   00841

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: ███████ DOB: ███ 1952, Sex: F
Acct #: ███████
Enc. Date 2/27/2014

## Encounter Information - Infusion (continued)

### Medical History

| Diagnosis | Date | Comment | Source |
|---|---|---|---|
| Breast cancer | | | Provider |
| Hypertension | | | Provider |

### Surgical History

| Procedure | Laterality | Date | Comment | Source |
|---|---|---|---|---|
| BREAST BIOPSY | | | | Provider |
| TONSILLECTOMY | | | | Provider |

### Family and Education as of 2/27/2014

| Marital Status |
|---|
| Married |

## Social Documentation

### Social Documentation as of 2/27/2014

None

### Tobacco Use as of 2/27/2014

Never Smoker.

### Alcohol Use as of 2/27/2014

Yes.
Comments: wine socially

### Drug Use as of 2/27/2014

No.

### Sexual Activity as of 2/27/2014

Sexually active; Partners: Male.

### Family History as of 2/27/2014

| Problem | Relation | Age of Onset | Comments |
|---|---|---|---|
| Arrhythmia | Brother | | |
| Heart attack | Paternal Grandfather | | |
| Heart disease | Brother | | |
| Heart disease | Father | | |
| Heart disease | Maternal Grandfather | | |
| Heart disease | Paternal Grandfather | | |

### Family Status as of 2/27/2014

| Relation | Status |
|---|---|
| Father | Deceased |
| Paternal Grandfather | Deceased |
| Mother | Deceased |
| Sister | Alive |
| Brother | Alive |
| Sister | Alive |
| Sister | Alive |
| Brother | Alive |
| Brother | Alive |

GuilbaultC-OchsnerMR-    00842

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: ■■■ DOB: ■ 1952, Sex: F
Acct #: ■■■
Enc. Date 2/27/2014

## Encounter Information - Infusion (continued)

### Family Status as of 2/27/2014 (continued)

| Relation | Status |
|---|---|
| Brother | Alive |
| Brother | Deceased |
| Maternal Grandfather | Deceased |

### Employment History as of 2/27/2014

No employment history on file.

### Obstetric History as of 2/27/2014

No data available

### Anticoagulation Episode Summary

Current INR goal:
TTR: —
Next INR check:
INR from last check:
Most recent INR:  1.0 (5/9/2014)
Weekly max warfarin
dose:
Target end date:
INR check location:
Preferred lab:
Send INR reminders
to:
Comments:

**Indications**
Breast cancer [C50.919]
Malignant neoplasm of left breast [C50.912]

### History

| Reviewed By | Date/Time | Sections Reviewed |
|---|---|---|
| Suzanne T Murray, RN | 2/27/2014 9:06 AM | None |

## Medications

### Outpatient Medications at Start of Encounter as of 2/27/2014

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **glucosamine-chondroitin 500-400 mg tablet**<br>Sig - Route: Take 1 tablet by mouth once daily. - Oral<br>Class: Historical Med | | | | |
| **loratadine (CLARITIN) 10 mg tablet**<br>Sig - Route: Take 10 mg by mouth once daily. - Oral<br>Class: Historical Med | | | | |
| **meloxicam (MOBIC) 7.5 MG tablet**<br>Sig - Route: Take 7.5 mg by mouth daily as needed.  - Oral<br>Class: Historical Med | | | 8/18/2013 | |
|    Laura Baquie V, RN 2/20/2018 3:24 PM<br>   PRN | | | | |
| **carvedilol (COREG) 3.125 MG tablet**<br>Sig - Route: Take 1 tablet (3.125 mg total) by mouth 2 (two) times daily with meals. - Oral | 60 tablet | 11 | 9/20/2013 | 9/4/2014 |
| **dexamethasone (DECADRON) 4 MG Tab**<br>Sig: Two pilsl twice a day the day prior to chemotherapy and two pills the morning after chemothearpy<br>Class: Print | 24 tablet | 0 | 12/2/2013 | 4/24/2014 |
| **diazepam (VALIUM) 5 MG tablet**<br>Sig - Route: Take 5 mg by mouth every 6 (six) hours as needed. - Oral<br>Class: Historical Med | | | | 8/22/2014 |

Generated on 4/24/20 12:26 PM

GuilbaultC-OchsnerMR-
00843

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: ████████ DOB: ████ 1952, Sex: F
Acct #: ████████
Enc. Date 2/27/2014

## Medications (continued)

### Outpatient Medications at Start of Encounter as of 2/27/2014 (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| fish oil-omega-3 fatty acids 300-1,000 mg capsule<br>Sig - Route: Take 2 g by mouth once daily. - Oral<br>Class: Historical Med | | | | 3/17/2016 |
| hydrocodone-acetaminophen (VICODIN) 5-500 mg per tablet<br>Class: Historical Med | | | 9/30/2013 | 3/21/2014 |
| losartan-hydrochlorothiazide 100-25 mg (HYZAAR) 100-25 mg per tablet<br>Sig - Route: Take 1 tablet by mouth once daily. - Oral | 30 tablet | 11 | 9/20/2013 | 9/4/2014 |
| neomycin-polymyxin-dexamethasone (DEXACINE) 3.5-10,000-0.1 mg-unit/g-% Oint<br>Class: Historical Med | | | 2/13/2014 | 3/21/2014 |
| ondansetron (ZOFRAN) 4 MG tablet<br>Class: Historical Med | | | 11/29/2013 | 3/21/2014 |
| ondansetron (ZOFRAN-ODT) 4 MG TbDL<br>Sig: DISSOLVE 1 TABLET ON TONGUE EVERY 6 HOURS AS NEEDED | 30 tablet | 1 | 11/29/2013 | 3/21/2014 |
| potassium chloride (KLOR-CON) 20 mEq Pack<br>Sig - Route: Take 20 mEq by mouth once daily. - Oral<br>Class: Historical Med | | | | 3/21/2014 |
| prochlorperazine (COMPAZINE) 10 MG tablet<br>Class: Historical Med | | | 10/21/2013 | 3/21/2014 |
| vitamin D 1000 units Tab<br>Sig - Route: Take 800 mg by mouth once daily. - Oral<br>Class: Historical Med | | | | 3/17/2016 |
| vitamin E 100 UNIT capsule<br>Sig - Route: Take 100 Units by mouth once daily. - Oral<br>Class: Historical Med | | | | 8/25/2016 |

### Ordered Facility-Administered Medications

| | Dose | Freq | Start | End |
|---|---|---|---|---|
| ondansetron (ZOFRAN) 8 mg, dexamethasone (DECADRON) 10 mg in sodium chloride 0.9% 50 mL IVPB<br>Route: Intravenous | | Clinic/HOD<br>1 time | 2/27/2014 | 2/27/2014 |
| sodium chloride 0.9% 250 mL flush bag<br><br>Route: Intravenous | | Clinic/HOD<br>1 time | 2/27/2014 | 2/27/2014 |
| docetaxel 100 mg/m2 = 160 mg in sodium chloride 0.9% 250 mL chemo infusion<br><br>Route: Intravenous | 100 mg/m2<br>× 1.6 m2<br>(Treatment<br>Plan<br>Recorded) | Clinic/HOD<br>1 time | 2/27/2014 | 2/27/2014 |
| sodium chloride 0.9% flush 10 mL (Discontinued)<br><br>Route: Intravenous<br>Reason for Discontinue: Patient Discharge | 10 mL | As needed<br>(PRN) | 2/27/2014 | 2/27/2014 |
| heparin, porcine (PF) 100 unit/mL injection flush 500 Units (Discontinued)<br>Route: Intravenous<br>Reason for Discontinue: Patient Discharge | 500 Units | As needed<br>(PRN) | 2/27/2014 | 2/27/2014 |

### All Meds and Administrations

GuilbaultC-OchsnerMR-    00844

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: [redacted] DOB: [redacted] 1952, Sex: F
Acct #: [redacted]
Enc. Date 2/27/2014

## Medications (continued)

All Meds and Administrations (continued)

docetaxel 100 mg/m2 = 160 mg in sodium chloride 0.9% 250 mL chemo infusion [86258196]

Ordering Provider: Marc R Matrana, MD
Ordered On: 02/27/14 0844
Dose (Remaining/Total): 100 mg/m2 (Treatment Plan
Recorded) (0/1)
Frequency: Clinic/HOD 1 time
Admin Instructions: Check vitals at the beginning, after 15
minutes, and at the end of treatment. Docetaxel is a vesicant;
follow chemotherapy guidelines accordingly.

Status: Completed (Past End Date/Time)
Starts/Ends: 02/27/14 0915 - 02/27/14 1058
Route: Intravenous

Rate/Duration: 250 mL/hr / 60 Minutes
May be a vesicant. administer with low sorb tubing

| Line | Med Link Info | Comment |
|---|---|---|
| Port A Cath Single Lumen 09/27/13 Right upper arm | 02/27/14 0958 by Suzanne T Murray, RN | — |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 02/27/14 1058 | Stopped | 0 mg<br>0 mL/hr<br>60 Minutes | Intravenous | Performed by: Suzanne T Murray, RN |
| 02/27/14 0958 | New Bag | 160 mg<br>250 mL/hr<br>60 Minutes | Intravenous | Performed by: Suzanne T Murray, RN<br>Dual Signoff by: Colleen Lambert, RN |

heparin, porcine (PF) 100 unit/mL injection flush 500 Units [86258198]

Ordering Provider: Marc R Matrana, MD
Ordered On: 02/27/14 0844
Dose (Remaining/Total): 500 Units (—/—)
Frequency: As needed (PRN)

Status: Discontinued (Past End Date/Time), Reason: Patient
Discharge
Starts/Ends: 02/27/14 0844 - 02/27/14 1814
Route: Intravenous
Rate/Duration: — / —

| Line | Med Link Info | Comment |
|---|---|---|
| Port A Cath Single Lumen 09/27/13 Right upper arm | 02/27/14 1108 by Suzanne T Murray, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 02/27/14 1108 | Given | 500 Units | Intravenous | Performed by: Suzanne T Murray, RN |

GuilbaultC-OchsnerMR-   00845

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: ▆▆▆▆ DOB: ▆▆ 1952, Sex: F
Acct #: ▆▆▆▆
Enc. Date 2/27/2014

## Medications (continued)

**All Meds and Administrations (continued)**

---

### ondansetron (ZOFRAN) 8 mg, dexamethasone (DECADRON) 10 mg in sodium chloride 0.9% 50 mL IVPB [83782595]

Ordering Provider: Marc R Matrana, MD
Ordered On: 02/27/14 0844
Dose (Remaining/Total): — (0/1)
Frequency: Clinic/HOD 1 time

Status: Completed (Past End Date/Time)
Starts/Ends: 02/27/14 0845 - 02/27/14 0938
Route: Intravenous
Rate/Duration: 150 mL/hr / 20 Minutes

| Line | Med Link Info | Comment |
|---|---|---|
| Port A Cath Single Lumen 09/27/13 Right upper arm | 02/27/14 0918 by Suzanne T Murray, RN | — |

| Timestamps | Action | Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 02/27/14 0938 | Stopped | 0 mL/hr 20 Minutes | Intravenous | Performed by: Suzanne T Murray, RN |
| 02/27/14 0918 | New Bag | 150 mL/hr 20 Minutes | Intravenous | Performed by: Suzanne T Murray, RN |

---

### sodium chloride 0.9% 250 mL flush bag [83782598]

Ordering Provider: Marc R Matrana, MD
Ordered On: 02/27/14 0844
Dose (Remaining/Total): — (0/1)
Frequency: Clinic/HOD 1 time
Admin Instructions: flush bag

Status: Completed (Past End Date/Time)
Starts/Ends: 02/27/14 0845 - 02/27/14 1108
Route: Intravenous
Rate/Duration: 25 mL/hr / —

| Line | Med Link Info | Comment |
|---|---|---|
| Port A Cath Single Lumen 09/27/13 Right upper arm | 02/27/14 0918 by Suzanne T Murray, RN | — |

| Timestamps | Action | Rate | Route | Other Information |
|---|---|---|---|---|
| 02/27/14 1108 | Stopped | 0 mL/hr | Intravenous | Performed by: Suzanne T Murray, RN |
| 02/27/14 0918 | New Bag | 25 mL/hr | Intravenous | Performed by: Suzanne T Murray, RN |

---

### sodium chloride 0.9% flush 10 mL [86258197]

Ordering Provider: Marc R Matrana, MD

Ordered On: 02/27/14 0844
Dose (Remaining/Total): 10 mL (—/—)
Frequency: As needed (PRN)

Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Starts/Ends: 02/27/14 0844 - 02/27/14 1814
Route: Intravenous
Rate/Duration: — / —

| Line | Med Link Info | Comment |
|---|---|---|
| Port A Cath Single Lumen 09/27/13 Right upper arm | 02/27/14 1108 by Suzanne T Murray, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 02/27/14 1108 | Given | 10 mL | Intravenous | Performed by: Suzanne T Murray, RN |

---

GuilbaultC-OchsnerMR-    00846

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN: ███ DOB: ███ 1952, Sex: F
Acct #: ███
Enc. Date 2/27/2014

## Other Orders

### ondansetron (ZOFRAN) 8 mg, dexamethasone (DECADRON) 10 mg in sodium chloride 0.9% 50 mL IVPB

Electronically signed by: **Marc R Matrana, MD on 02/27/14 0834**
Ordering user: Marc R Matrana, MD 02/27/14 0834
Authorized by: Marc R Matrana, MD
From treatment plan: OP BREAST DOCETAXEL Q3W

Ordering provider: Marc R Matrana, MD
Ordering mode: Standard
Frequency: 1 time in Clinic/HOD 02/27/14 0845 - 1 occurrence

**Status: Completed**

Diagnoses
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]
Breast cancer [174.9 (ICD-9-CM)]

#### Mixture Ingredients

| Medication | Ordered Dose | Calculated Dose |
|---|---|---|
| ondansetron (ZOFRAN) | 8 mg | 8 mg |
| dexamethasone (DECADRON) | 10 mg | 10 mg |
| sodium chloride 0.9% | 50 mLs | 50 mLs |

### Treatment conditions

Electronically signed by: **Marc R Matrana, MD on 02/27/14 0834**
Ordering user: Marc R Matrana, MD 02/27/14 0834
Authorized by: Marc R Matrana, MD
From treatment plan: OP BREAST DOCETAXEL Q3W

Ordering provider: Marc R Matrana, MD
Ordering mode: Standard
Frequency: Once 02/27/14 0845 - 1 occurrence

**Status: Completed**

Diagnoses
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]
Breast cancer [174.9 (ICD-9-CM)]
Order comments: Hold if ANC is less than or equal to 1500 or Platelets are less than or equal to 100,000 and notify MD

#### Treatment conditions

Electronically signed by: **Marc R Matrana, MD on 02/27/14 0834**
Ordering user: Marc R Matrana, MD 02/27/14 0834
Authorized by: Marc R Matrana, MD
From treatment plan: OP BREAST DOCETAXEL Q3W
Order comments: Hold if ANC is less than or equal to 1500 or Platelets are less than or equal to 100,000 and notify MD

Ordering provider: Marc R Matrana, MD
Ordering mode: Standard

**Status: Completed**

### CHECK MEDICATION COMPLIANCE

Electronically signed by: **Marc R Matrana, MD on 02/27/14 0834**
Ordering user: Marc R Matrana, MD 02/27/14 0834
Authorized by: Marc R Matrana, MD
From treatment plan: OP BREAST DOCETAXEL Q3W

Ordering provider: Marc R Matrana, MD
Ordering mode: Standard
Frequency: Once 02/27/14 0845 - 1 occurrence

**Status: Completed**

Diagnoses
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]
Breast cancer [174.9 (ICD-9-CM)]
Order comments: Verify that patient has taken take-home medications prior to start of treatment; Notify MD if compliance was not met.

#### CHECK MEDICATION COMPLIANCE

Electronically signed by: **Marc R Matrana, MD on 02/27/14 0834**
Ordering user: Marc R Matrana, MD 02/27/14 0834
Authorized by: Marc R Matrana, MD
From treatment plan: OP BREAST DOCETAXEL Q3W
Order comments: Verify that patient has taken take-home medications prior to start of treatment; Notify MD if compliance was not met.

Ordering provider: Marc R Matrana, MD
Ordering mode: Standard

**Status: Completed**

### sodium chloride 0.9% 250 mL flush bag

Electronically signed by: **Marc R Matrana, MD on 02/27/14 0834**
Ordering user: Marc R Matrana, MD 02/27/14 0834
Authorized by: Marc R Matrana, MD
From treatment plan: OP BREAST DOCETAXEL Q3W

Ordering provider: Marc R Matrana, MD
Ordering mode: Standard
Frequency: 1 time in Clinic/HOD 02/27/14 0845 - 1 occurrence

**Status: Completed**

GuilbaultC-OchsnerMR-    00847

| NOMH CHEMOTHERAPY INFUSION | Guilbault, Clare L |
|---|---|
| 1516 Jefferson Hwy | MRN: ☐ DOB: ☐ 1952, Sex: F |
| New Orleans LA 70121-2429 | Acct #: ☐ |
| Ambulatory Encounter | Enc. Date 2/27/2014 |

## Other Orders (continued)

### sodium chloride 0.9% 250 mL flush bag (continued)

Diagnoses
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]
Breast cancer [174.9 (ICD-9-CM)]

Mixture Ingredients

| Medication | Ordered Dose | Calculated Dose |
|---|---|---|
| sodium chloride 0.9% | 250 mLs | 250 mLs |

### CAUTION-IRRITANT WARNING

Electronically signed by: Marc R Matrana, MD on 02/27/14 0834     Status: **Completed**
Ordering user: Marc R Matrana, MD 02/27/14 0834     Ordering provider: Marc R Matrana, MD
Authorized by: Marc R Matrana, MD     Ordering mode: Standard
From treatment plan: OP BREAST DOCETAXEL Q3W     Frequency: Once 02/27/14 0845 - 1 occurrence
Diagnoses
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]
Breast cancer [174.9 (ICD-9-CM)]
Order comments: One or more of the chemotherapy agents is an irritant; follow chemotherapy guidelines accordingly.

#### CAUTION-IRRITANT WARNING

Electronically signed by: Marc R Matrana, MD on 02/27/14 0834     Status: **Completed**
Ordering user: Marc R Matrana, MD 02/27/14 0834     Ordering provider: Marc R Matrana, MD
Authorized by: Marc R Matrana, MD     Ordering mode: Standard
From treatment plan: OP BREAST DOCETAXEL Q3W
Order comments: One or more of the chemotherapy agents is an irritant; follow chemotherapy guidelines accordingly.

### MONITOR VITAL SIGNS

Electronically signed by: Marc R Matrana, MD on 02/27/14 0834     Status: **Completed**
Ordering user: Marc R Matrana, MD 02/27/14 0834     Ordering provider: Marc R Matrana, MD
Authorized by: Marc R Matrana, MD     Ordering mode: Standard
From treatment plan: OP BREAST DOCETAXEL Q3W     Frequency: Once 02/27/14 0845 - 1 occurrence
Diagnoses
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]
Breast cancer [174.9 (ICD-9-CM)]
Order comments: The following protocol requires active monitoring of the patient's vital signs.

#### MONITOR VITAL SIGNS

Electronically signed by: Marc R Matrana, MD on 02/27/14 0834     Status: **Completed**
Ordering user: Marc R Matrana, MD 02/27/14 0834     Ordering provider: Marc R Matrana, MD
Authorized by: Marc R Matrana, MD     Ordering mode: Standard
From treatment plan: OP BREAST DOCETAXEL Q3W
Order comments: The following protocol requires active monitoring of the patient's vital signs.

### docetaxel 100 mg/m2 = 160 mg in sodium chloride 0.9% 250 mL chemo infusion

Electronically signed by: Marc R Matrana, MD on 02/27/14 0834     Status: **Completed**
Ordering user: Marc R Matrana, MD 02/27/14 0834     Ordering provider: Marc R Matrana, MD
Authorized by: Marc R Matrana, MD     Ordering mode: Standard
From treatment plan: OP BREAST DOCETAXEL Q3W     Frequency: 1 time in Clinic/HOD 02/27/14 0915 - 1 occurrence
Diagnoses
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]
Breast cancer [174.9 (ICD-9-CM)]

Mixture Ingredients

| Medication | Ordered Dose | Calculated Dose |
|---|---|---|
| DOCEtaxel (TAXOTERE) | 100 mg/m2 | 160 mg |
| sodium chloride 0.9% | 234 mLs | 234 mLs |

GuilbaultC-OchsnerMR-     00848

NOMH CHEMOTHERAPY INFUSION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

Guilbault, Clare L
MRN:          DOB:      1952, Sex: F
Acct #:
Enc. Date 2/27/2014

## Other Orders (continued)

**docetaxel 100 mg/m2 = 160 mg in sodium chloride 0.9% 250 mL chemo infusion (continued)**

**sodium chloride 0.9% flush 10 mL**

Electronically signed by: **Marc R Matrana, MD on 02/27/14 0834**                    Status: **Discontinued**
Ordering user: Marc R Matrana, MD 02/27/14 0834          Ordering provider: Marc R Matrana, MD
Authorized by: Marc R Matrana, MD                                Ordering mode: Standard
PRN reasons: Line Care
PRN Comment: Flush lines as needed.
From treatment plan: OP BREAST DOCETAXEL Q3W          Frequency: PRN 02/27/14 0844 - 02/27/14 1814
Discontinued by: Discharge Provider, Automatic 02/27/14 1814 [Patient Discharge]
Diagnoses
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]
Breast cancer [174.9 (ICD-9-CM)]

**heparin, porcine (PF) 100 unit/mL injection flush 500 Units**

Electronically signed by: **Marc R Matrana, MD on 02/27/14 0834**                    Status: **Discontinued**
Ordering user: Marc R Matrana, MD 02/27/14 0834          Ordering provider: Marc R Matrana, MD
Authorized by: Marc R Matrana, MD                                Ordering mode: Standard
PRN Comment: Flush lines as needed.
From treatment plan: OP BREAST DOCETAXEL Q3W          Frequency: PRN 02/27/14 0844 - 02/27/14 1814
Discontinued by: Discharge Provider, Automatic 02/27/14 1814 [Patient Discharge]
Diagnoses
Malignant neoplasm of other specified sites of female breast [174.8 (ICD-9-CM)]
Breast cancer [174.9 (ICD-9-CM)]

## Result Notes and Comments

**Result**                                    CHECK MEDICATION COMPLIANCE (Order 86258200)

**Result**                                    CAUTION-IRRITANT WARNING (Order 86258201)

**Result**                                    MONITOR VITAL SIGNS (Order 86258202)

**Result**                                    Treatment conditions (Order 86258199)

**Result**                                    CHECK MEDICATION COMPLIANCE (Order 83782597)

**Result**                                    sodium chloride 0.9% 250 mL flush bag (Order 83782598)

**Result**                                    CAUTION-IRRITANT WARNING (Order 86258194)

**Result**                                    MONITOR VITAL SIGNS (Order 86258195)

GuilbaultC-OchsnerMR-    00849