# Exhibit 12

# 2013-2014 Monthly/Weekly Planner

July 2013 – December 2014

- Tabbed Monthly Calendars
- Weekly Calendars
- Yearly Reference Calendars
- Note Pages
- Contact Pages
- Password Records Pages

**PlanAhead.**

© PlanAhead, LLC Distributed by PlanAhead, Santa Monica, CA 90403
www.planaheadnow.com

**EXHIBIT**

2



**See it Bigger**™
READ • WRITE • EASIER

As CEO of PlanAhead, the best part of my job is helping to make the lives of our customers easier. Along with millions of people, I now need reading glasses to read print comfortably.

I don't like searching for my reading glasses every time I check my schedule or contacts. And what's currently been available in LARGE PRINT is often oversized, missing important features and without style. I realized that I could make a difference!

Introducing our new See it Bigger™ line of home and office products. The same sizes and formats, but with easy-to-read print, larger writing areas, and most importantly, BIG STYLE.

Even better, these products don't "advertise to the world" that we need LARGE PRINT; we simply don't need reading glasses to read or write down that appointment or reminder.

I'm proud to offer our new See it Bigger™ collection. Read. Write. Easier.

*Jon Berger, CEO PlanAhead®*

# Personal Information

**Name** Close

Address

City _____ State _____ Zip

Phone _____ Cell

Email

**Company Name**

Address

City _____ State _____ Zip

Phone _____ Cell

# Emergency (ICE)

Notify & Relationship _Husband_ _Glenn_

Phone 504- _____ Cell

Address

City _____ State _____ Zip

Email

**Notify & Relationship**

Phone _____ Cell

Address

City _____ State _____ Zip

Email

© PlanAhead, LLC

## Important Contacts

### Medical

**Allergies**

**Blood Group**

**Special Notes**

**Doctor** Stolier                                 Phone ████████

Address 1717 St. Chas

City Stephanie.Poillion          State          Zip

Email stephanie@breastcenter.com

**Doctor**                                          Phone

Address

City                                    State          Zip

Email

**Doctor**                                          Phone

Address

City                                    State          Zip

Email

**Dentist**                                         Phone

Address

City                                    State          Zip

Email

**Hospital**                                        Phone

Address

City                                    State          Zip

# Important Contacts

## Financial

**Bank**
Contact

Phone
Email

Address

**Bank**
Contact

Phone
Email

Address

**Credit Card**
Last 4 Digits

Lost Card Phone
Billing Info Phone

Address

**Credit Card**
Last 4 Digits

Lost Card Phone
Billing Info Phone

Address

**Credit Card**
Last 4 Digits

Lost Card Phone
Billing Info Phone

Address

**Accountant**
Contact

Phone
Email

Address

**Lawyer**
Contact

Phone
Email

Address

© PaceHead, LLC

GuilbaultC-PPR-    03030

# Important Contacts

## Insurance

**Auto**
- Agent
- Policy #
- Phone
- Email
- Address

**Homeowners**
- Agent
- Policy #
- Phone
- Email
- Address

**Life**
- Agent
- Policy #
- Phone
- Email
- Address

**Mortgage**
- Agent
- Policy #
- Phone
- Email
- Address

**Disability**
- Agent
- Policy #
- Phone
- Email
- Address

**Other**

# Important Contacts

## Household

| | |
|---|---|
| **Electricity** | Email |
| Phone | Cell |
| Address | |
| **Gas** | Email |
| Phone | Cell |
| Address | |
| **Water** | Email |
| Phone | Cell |
| Address | |
| **Cable** | Email |
| Phone | Cell |
| Address | |
| **Trash** | Email |
| Phone | Cell |
| Address | |
| **Alarm** | Email |
| Phone | Cell |
| Address | |
| **Heating & A.C.** | Email |
| Phone | Cell |
| Address | |

© PurAtext, LLC

GuilbaultC-PPR-     03032

# 2013

## January 2013

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 |   |   |

## February 2013

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 |   |   |

## March 2013

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 |   |   |   |   |   |   |

## April 2013

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 |   |   |   |   |

## May 2013

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 |   |

## June 2013

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   |   | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 |   |   |   |   |   |   |

GuilbaultC-PPR-   03033

## 2013

### July 2013

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

### August 2013

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

### September 2013

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | | | | | |

### October 2013

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

### November 2013

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

### December 2013

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

© PlanAhead, LLC

GuilbaultC-PPR-    03034

## 2014

### January 2014

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 |   |

### February 2014

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   |   | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 |   |

### March 2014

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   |   | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 |   |   |   |   |   |

### April 2014

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 |   |   |   |

### May 2014

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

### June 2014

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 |   |   |   |   |   |

## 2014

### July 2014

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|  |  | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 |  |  |

### August 2014

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|  |  |  |  |  | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 |  |  |  |  |  |  |

### September 2014

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|  | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 |  |  |  |  |

### October 2014

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|  |  |  | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 |  |

### November 2014

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 |  |  |  |  |  |  |

### December 2014

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|  | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 |  |  |  |

© FranklinCovey, LLC

GuilbaultC-PPR-    03036

## 2015

### January 2015

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

### February 2015

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |

### March 2015

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 |   |   |   |   |

### April 2015

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 |   |   |

### May 2015

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 |   |   |   |   |   |   |

### June 2015

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 |   |   |   |   |

GuilbaultC-PPR-   03037

**2015**

## July 2015

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 |   |

## August 2015

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   |   | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 |   |   |   |   |   |

## September 2015

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 |   |   |   |

## October 2015

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

## November 2015

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 |   |   |   |   |   |

## December 2015

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 |   |   |

© PlanAhead, LLC

GuilbaultC-PPR-   03038

## Holidays

| Holiday | 2013 | 2014 |
|---|---|---|
| New Year's Day | Tue/Jan 1 | Wed/Jan 1 |
| Martin Luther King, Jr. Day (US) | Mon/Jan 21 | Mon/Jan 20 |
| Lincoln's Birthday (US) | Tue/Feb 12 | Wed/Feb 12 |
| Ash Wednesday | Wed/Feb 13 | Wed/Mar 5 |
| Valentine's Day | Thu/Feb 14 | Fri/Feb 14 |
| Presidents' Day (US) | Mon/Feb 18 | Mon/Feb 17 |
| Washington's Birthday (US) | Fri/Feb 22 | Sat/Feb 22 |
| Daylight Saving Time Begins | Sun/Mar 10 | Sun/Mar 9 |
| St. Patrick's Day | Sun/Mar 17 | Mon/Mar 17 |
| Eastern Orthodox Lent Begins | Mon/Mar 18 | Mon/Mar 3 |
| Palm Sunday | Sun/Mar 24 | Sun/Apr 13 |
| Passover Begins Sundown | Mon/Mar 25 | Mon/Apr 14 |
| Passover | Tue/Mar 26 | Tue/Apr 15 |
| Good Friday | Fri/Mar 29 | Fri/Apr 18 |
| Easter Sunday | Sun/Mar 31 | Sun/Apr 20 |
| Easter Monday (Can) | Mon/Apr 1 | Mon/Apr 21 |
| Earth Day | Mon/Apr 22 | Tue/Apr 22 |
| Eastern Orthodox Easter | Sun/May 5 | Sun/Apr 20 |
| Battle of Puebla (Mex) | Sun/May 5 | Mon/May 5 |
| Mother's Day (US & Can) | Sun/May 12 | Sun/May 11 |
| Armed Forces Day (US) | Sat/May 18 | Sat/May 17 |
| Victoria Day (Can) | Mon/May 20 | Mon/May 19 |
| Memorial Day (US) | Mon/May 27 | Mon/May 26 |
| Flag Day (US) | Fri/Jun 14 | Sat/Jun 14 |
| Father's Day (US & Can) | Sun/Jun 16 | Sun/Jun 15 |
| St. Jean Baptiste Day (Québec) | Mon/Jun 24 | Tue/Jun 24 |
| Canada Day (Can) | Mon/Jul 1 | Tue/Jul 1 |

GuilbaultC-PPR-      03039

## Holidays

| Holiday | 2013 | 2014 |
|---|---|---|
| Independence Day (US) | Thu/Jul 4 | Fri/Jul 4 |
| Civic Holiday (Can) | Mon/Aug 5 | Mon/Aug 4 |
| Labor Day (US & Can) | Mon/Sep 2 | Mon/Sep 1 |
| Rosh Hashanah Begins Sundown | Wed/Sep 4 | Wed/Sep 24 |
| Rosh Hashanah | Thu/Sep 5 | Thu/Sep 25 |
| Yom Kippur Begins Sundown | Fri/Sep 13 | Fri/Oct 3 |
| Yom Kippur | Sat/Sep 14 | Sat/Oct 4 |
| Independence Day (Mex) | Mon/Sep 16 | Tue/Sep 16 |
| Columbus Day (US) | Mon/Oct 14 | Mon/Oct 13 |
| Thanksgiving Day (Can) | Mon/Oct 14 | Mon/Oct 13 |
| United Nations Day | Thu/Oct 24 | Fri/Oct 24 |
| Halloween | Thu/Oct 31 | Fri/Oct 31 |
| Daylight Saving Time Ends | Sun/Nov 3 | Sun/Nov 2 |
| Election Day (US) | Tue/Nov 5 | Tue/Nov 4 |
| Veterans Day (US) | Mon/Nov 11 | Tue/Nov 11 |
| Remembrance Day (Can) | Mon/Nov 11 | Tue/Nov 11 |
| Revolution Anniversary (Mex) | Wed/Nov 20 | Thu/Nov 20 |
| Hanukkah Begins Sundown | Wed/Nov 27 | Tue/Dec 16 |
| Hanukkah | Thu/Nov 28 | Wed/Dec 17 |
| Thanksgiving Day (US) | Thu/Nov 28 | Thu/Nov 27 |
| Virgin of Guadalupe (Mex) | Thu/Dec 12 | Fri/Dec 12 |
| Christmas Day | Wed/Dec 25 | Thu/Dec 25 |
| Boxing Day (Can) | Thu/Dec 26 | Fri/Dec 26 |
| Kwanzaa Begins | Thu/Dec 26 | Fri/Dec 26 |

(US) United States Holiday
(Can) Canada Holiday
(Mex) Mexico Holiday

© PlanAhead, LLC

## Events

January

February

March

April

May

June

GuilbaultC-PPR-     03041



# July

| Sunday | Monday | Tuesday | Wednesday |
|---|---|---|---|
|  | 1 | 2 | 3 |
| 7 | 8 Canada Day (Can) | 9 | 10 |
| 14 | 15 | 16 | 17 |
| 21 | 22 | 23 | 24 |
| 28 | 29 | 30 | 31 |

GuilbaultC-PPR-   03043

**2013**

| Notes | Saturday | Friday | Thursday |
|-------|----------|--------|----------|
|       | 6        | 5      | 4        |
|       | 13       | 12     | Independence Day (US) 11 |
|       | 20       | 19     | 18       |
|       | 27       | 26     | 25       |

© PlanAhead, LLC

GuilbaultC-PPR-    03044

## July 1 – 7

**1 Monday**
Canada Day (Can)

**2 Tuesday**

**3 Wednesday**

**4 Thursday**
Independence Day (US)

GuilbaultC-PPR-   03045



GuilbaultC-PPR-   03046

## July 8 – 14

**8** Monday

**9** Tuesday

**10** Wednesday

**11** Thursday

GuilbaultC-PPR-   03047



2013

12
Friday

13
Saturday

14
Sunday

Notes

© PlanAhead, LLC

GuilbaultC-PPR-    03048



July 15 – 21

15 Monday

16 Tuesday

17 Wednesday

18 Thursday

GuilbaultC-PPR-     03049



GuilbaultC-PPR-    03050

July 22 – 28

**22** Monday

**23** Tuesday

**24** Wednesday

**25** Thursday

GuilbaultC-PPR-    03051



## August

| Sunday | Monday | Tuesday | Wednesday |
|--------|--------|---------|-----------|
| 4 | 5 | 6 | 7 |
| 11 | 12 Civic Holiday (Can) | 13 | 14 |
| 18 | 19 | 20 | 21 |
| 25 | 26 I allen up manne from r ultra sound at Diag. Imaging. must field Biopsy | 27 | 28 from ultra sound + biopsy call Kelly Gaïle, Pam + Peggy Mason |

GuilbaultC-PPR-   03053

| Thursday | Friday | Saturday | Notes |
|---|---|---|---|
| 1 | 2 | 3 | 2013 |
| 8 | 9 | 10 | |
| 15 | 16 | 17 | |
| 22 | 23 | 24 | |
| 29 | 30 | 31 | |

*To Bay St Louis*

© Plasmead, LLC

GuilbaultC-PPR-    03054

## July 29 – August 4

**29**
Monday

**30**
Tuesday

**31**
Wednesday

**1**
Thursday

GuilbaultC-PPR-    03055



2013

**2** Friday

**3** Saturday

**4** Sunday

Notes

© PlanAhead, LLC

## August 5 – 11

Civic Holiday (Can)

**5** Monday

**6** Tuesday

**7** Wednesday

**8** Thursday

GuilbaultC-PPR-      03057



2013

9 Friday

10 Saturday

11 Sunday

Notes

© PlanAhead, LLC

**August 12 – 18**

12
Monday

13
Tuesday

14
Wednesday

15
Thursday

GuilbaultC-PPR-    03059



2013

16 Friday

17 Saturday

18 Sunday

Notes

© PlanAhead, LLC

GuilbaultC-PPR-    03060

**August 19 – 25**

**19** Monday

**20** Tuesday

**21** Wednesday

**22** Thursday

GuilbaultC-PPR-      03061



## August 26 – September

**26** Monday

**27** Tuesday

**28** Wednesday

**29** Thursday

GuilbaultC-PPR-     03063



2013

Sep

30 Friday

31 Saturday

1 Sunday

Notes

© PlanAhead, LLC

GuilbaultC-PPR-    03064

# September

| Sunday | Monday | Tuesday | Wednesday |
|---|---|---|---|
| 1<br>BOY ST.<br>Louis | 2 Labor<br>Day | 3 4 PM<br>Nbr Rupley<br>Ict for Valium<br>as needed | 4 4PM<br>Nbr Rupley |
| 8 | 9 MRI of<br>Breast's<br>@ Townefoma's<br>8:30-9:00 a.m<br>JL Tocce funeral<br>2:00 Stology Brohen | 10 | 11 Stobie<br>Pollick<br>MRI OK<br>no oAkland<br>(Profillxis) |
| 15 Glenn<br>Gravel<br>Rock Path<br>to pool filter | 16<br><br>Independence<br>Day (Mex) | 17<br>11:45 Session<br>Hendossian | 18<br>Pheleural<br>Meno<br>Ralph's |
| 22 →<br>ToysRUS off<br>5:30 +<br>Lauren<br>Justin | 23 7:30<br>am<br>DR KI @<br>Cessner<br>work after<br>Fri Blues week<br>Phin 7 mem Hosp | 24 5:30<br>Hendossian<br>WORKED TILL<br>10:30 BONE<br>SCAN<br>wig shop<br>in between | 25 Dr.<br>Hendossian<br>Chemo<br>Discussion<br>work<br>AFTER |
| 29<br>Return to<br>work<br>meeting<br>place | 30<br>Return to<br>work<br>2 hr mtg!<br>sends you<br>info | Return 9/24<br>w/ Lauren<br>@ Foster + Sarah<br>45 Crown<br>nof! | |

**2013**

| Thursday | Friday | Saturday | Notes |
|---|---|---|---|
| **5** Rosalie<br>Corezi<br>Gave 6 day<br>Vicait Colug | **6** | **7** | 9/25 3rd chemo<br>—recession<br>Bone Scan<br>Xcranial<br>Duetal<br>chemotherapy |
| **12** Rosh Hashanah | **13** PET<br>SCAN<br>at E-1: 830<br>Available to<br>Diu NOT go to<br>Meet<br>Yom Kippur Timo<br>Begins Sundown) | **14** Bay St. hime therapy<br>600 Snining by desert<br>@ Foishags<br>LSU Game | initial<br>chemotherapy |
| **19** | **20** Meet<br>Robin ?<br>Blood work<br>EKG + Echo<br>Dr Reina<br>changed Tabernae<br>to CoREG +<br>Losartan Hydro<br>this Chesugda | **21** Yom Kippur | chemo<br>Surgery<br>Hormonal<br>Bleeding Pill<br>Radiation |
| **26** WEEK<br>ALL<br>DAY<br>Gave Nickel<br>WITodi-p—<br>Chemo Tpxcine<br>Obs.7:14 for<br>54T; Port | **27** 1st chemo<br>(BB, IHC, cc)<br>STOP in<br>DrThriscoffee<br>backand chemo | **28**<br>been visit<br>coordination | Fever of<br>100.4 —<br>come into<br>hospice dr.<br>chills,<br>burning when<br>urinate |

# September 2 – 8

## 2 Monday — Labor Day (US & Can)

Chemo sequence

Adriomycin—10min. push-Red urine.
Cytoxan—drip 1 hour.
Headache? Let them know sthey can
slow it down

## 3 Tuesday

People w/allergies tend to react
to this more.  Take Claritin

Nausea drugs & steroids first 30-40 min.

## 4 Wednesday — Rosh Hashanah Begins Sundown

Can TAKE ALEVE if need.

## 5 Thursday — Rosh Hashanah

GuilbaultC-PPR-    03067

03068

**2013**

**6 Friday** Fever 100.4 or above - Call or go to ER (Chills, burning urination)

**7 Saturday** Robin Jackery: 25842-2611
BenH (LA - Gauvier + Lake Louise)
(later Lake Mervon?)
daughter-in-law Louise in Abita
Section 340 Saints

**8 Sunday** Robin said (during 1st Chemo)
Won't need the bone therapy
Not convinced its bone cancer

**Notes**

© PlanAhead, LLC

## September 9 – 15

**9** Monday

**10** Tuesday

**11** Wednesday

**12** Thursday

GuilbaultC-PPR-     03069

## 2013

**13** Friday

Yom Kippur Begins Sundown

**14** Saturday

Yom Kippur

**15** Sunday

Notes

© PlanAhead, LLC

GuilbaultC-PPR-     03070

## September 16 – 22

**16** Monday
Independence Day (Mex)

**17** Tuesday

**18** Wednesday

**19** Thursday

GuilbaultC-PPR-   03071



2013

**20** Friday

**21** Saturday

**22** Sunday

Notes

© PlanAhead, LLC

GuilbaultC-PPR-    03072

## September 23 – 29

**23** Monday

**24** Tuesday

**25** Wednesday

**26** Thursday

GuilbaultC-PPR-    03073



## October

| Sunday | Monday | Tuesday | Wednesday |
|---|---|---|---|
| | | 1 | 2 Rest time from thing like a bicycle |
| 6 *(water)* *after shower* *Julie M.* *Carol Grace* *Crafted things* | 7 Rhea's stuffed peppers  WALKED | 8 Santa bought dress shoes | 9 Lauren (VO5) 6D |
| 13 Rachel *leather* + *slipper bag*  *Energy Made*  *Voy 5mg*  WALK | 14 Cafe's B-day  WALK  Leila milton  Columbus Day (US)  Thanksgiving Day (Can) | 15 Quiet *zucchini* 4:00 6pm  *Spreezeflex Franken Couple* | 16 WALK  Chicken Sue's + Salad |
| 20 Laura + Baldy/Llena  Rhea's house  Boo in town | 21 *Enliven* *looked like 10:30* *COMPAZINE* *nurse Suzanne* *wonderful!* *finished* *Rauly Lynn, Carol at 4:30* | 22 Linda H  Lasagne  Hair parts  Felt good | 23 Not as good  Tarsely Gravesy  Took Pills  Came home at 2  Tried to rest  Veg Soup, bread |
| 27 | 28 | 29 | 30 |

**2013**

| Thursday | Friday | Saturday | Notes |
|---|---|---|---|
| **3** Tacos anta package dinner! Sheri took Yon b. Wedding 7:30 am | **4** 2.052 Frozen Pizza | **5** Kitchen 6 to 7:00 7 gym Canning 650 ym Veg't Soup | |
| **10** Open House Mom make Chicken pasta | **11** Laura's Party Zoo to you + Sleepover Hair starting... | **12** Walk 30 min Mom worked no weekend | 10-11:12 Client a few cabinets 4 Please |
| **17** Can't Movie GRAVITY | **18** chemo No chemo White cell Count 750 Neupogen Inj Lisa F Came | **19** 9:00 am Neupogen injection want to Ang slows | TAKE CLARITIN |
| **24** | **25** Dinner in BSL w/Heights at Rickey's for dinner Fish good | **26** Laura's Steaks for dinner | East Jefferson Lab Good FELL BETTER "Snickers" Kim Campbell 19th Lisa F EUCALYPTUS HAND LOTION Sandwiches Seed Sweets |
| **31** To Beaus 5:30 Halloween | Nov. 1 Nch Holiday Grocery/Cost STUFF Apples Pork chop Dinner | | 10-5 Pkg from Bialett J "Belize" T Shirt Candy, mail pckgb |

© PlanAhead, LLC

United Nations Day

## September 30 – October 6

**30** Monday

**1** Tuesday

**2** Wednesday

**3** Thursday

GuilbaultC-PPR-    03077



GuilbaultC-PPR-    03078

## October 7 – 13

**7**
Monday

**8**
Tuesday

Dr Picaud - Pressure was good.
Blood work is normal. Thyroid-Normal
Triglycerides 139. Cholestrual 200. Told me
take 1 fish oil day (1gm) a weak.
Waking early - anxiety - Jake valium
before going to bed. (it worked!)

**9**
Wednesday

**10**
Thursday



2013

11 Friday

12 Saturday

13 Sunday

Notes

© ParkWest, LLC

GuilbaultC-PPR-     03080

# October 14 – 20

Columbus Day (US)

Thanksgiving Day (Can)

## 14
Monday

## 15
Tuesday

## 16
Wednesday

## 17
Thursday



GuilbaultC-PPR-    03082

## October 21 – 27

**21 Monday**
Chemo-meme-drugonl
Zyma + Plane
11:45 Blood ? 12:30 Dr. Shee 1:00 Chemo ?

**22 Tuesday**
Oct 22- felt good. No nausea
I worked 8:15-1:30

**23 Wednesday**
Thursday
Went - worked 8:30-3:30 - At Lowes pt
from Middle peeple + 6:30 pd
Came home from work 2:30- Tired & still
felt driving behind in feeling icky -
Had my scripts which tried. Helped -

**24 Thursday**
United Nations Day

2013

**25** Friday    10:00 am slightly queecy - take a walk 750-3:00

**26** Saturday

**27** Sunday

Notes

© PlanAhead, LLC

# November

| Sunday | Monday | Tuesday | Wednesday |
|---|---|---|---|
| **3** open gall fire wash 1-3 home 3:30 <br><br> Daylight Saving Time Ends | **4** Holiday Cleaned Porch + Railing Made Multiv. Casserole | **5** 12:00am Zofran Rebecca's appt Follows Election Day (US) | **6** 7:30a.m. Queasy! Sweaty Spell half past took Zofran - first time was 15-20 min |
| **10** Sister vs Dallas Chathudll | **11** Stroller Medley? Chemo 10:00 am Veterans Day (US) Remembrance Day (Can) | **12** work 8-11:30 Shot-Neulasta (out) bracelets Came vu Town Open to output 6 pm Took Zofran | **13** Chemo rang Neulasta (see 12:30 before) |
| **17** Rest + clean 3 PM Unzel off Guildlegh | **18** | **19** 4:50 Zofran | **20** SAPS Visiting committee mtg Lunch Hotwood also sweaty |
| **24** | **25** work goes thru week — | **26** work Vietnam Jr Jl | **27** Revolution Anniversary (Mex) Hanukkah Begins Sundown |

| Thursday | Friday | Saturday | Notes |
|---|---|---|---|
| Oct-31<br>Halloween | **1** Soccer pict<br>Soccer 10:30<br>Lunguescitm??<br>make Prayer<br>corner<br>Grocery<br>Stuffed<br>Peppers | **2** Justin's<br>PARTY<br>Dinner w/Pat<br>+César Le Foret<br>woccp<br>+ Mayra<br>Irvin Mayfields<br>Jazz - Glenn David Andrews | Larry + Nancy<br>to Noc-wise<br>for November |
| **7** | **8** 7:20<br>Blood work<br>Dctnee 8:15-8:30<br><br>Neurogen shot | **9** Charlotte<br>7 pm<br>Neurogen<br>4:00 am | |
| **14** Home<br>TIME 11:30<br>CVP Steroids<br>HEIDI's<br>NOT Monday<br>Tiara + braids<br><br>Website TV<br>Donate baby<br>Used clothes | **15** Taxis+<br>iv rituple<br>Steroid 10 Am<br>Zofran Time??<br>Atc gumbo, rice<br>Sweet-potato | **16** | To BSL |
| **21** Sacs<br>VISIT | **22** | **23** 2:00<br>LSU Game<br>@ Pershing's<br><br>Glenn Crew<br>gueni | |
| **28** Dinner<br>Jim<br>around 5 pm | **29** | **30** @ Loris Dinner<br>10 + BBoy | |
| Thanksgiving<br>Day (US)<br>Hanukkah | BSL → | | |

GuilbaultC-PPR-   03086

## October 28 – November 3

**28** Monday

*Good week*

**29** Tuesday

**30** Wednesday

**31** Thursday — Halloween

GuilbaultC-PPR-     03087

**2013**

**1 Friday** Grocery Errands
Smoke stuffed peppers
~ pool

**2 Saturday** 6PM dinner w/ Pat, Oster, Weed, Megan
Justin Soccer 10:30
Church @ Church 3, 4
~ pool

**3 Sunday** A.M. CLASS!   4PM   Daylight Saving Time Ends
Sun evening, tired, nose tender
mouth. 29

**Notes**

© Plantronict, LLC

GuilbaultC-PPR-   03088

680£0

# November 4 – 10

**4** Monday

Do walk in heat Health first
Cleaned porch (cooked) (Nappies up)
Trouble sleeping (3 Benadryl)
Faint hot-flashy
Chicken breasts for dinner
Hungry - poor sleep

**5** Tuesday · Election Day (US)

Zofran 10 a.m. Bout of Nausea
Hot flashes helped

**6** Wednesday

**7** Thursday

## 2013

**8 Friday**

Zantac tract far liner
Blood work 7:20 / bl skin 8:30
Mammogram sheet - 9:30? wash arrival 10:00

**9 Saturday**

Mammogram sheet - 9:00 am
Roza's. Roejoes Thurland? (Roanoke
Charlotte 6 PM - Sheriff to bad. Steaks & Potatoes
Jim hence? 2 SD lost to Alabama ?

**10 Sunday**

10:30 Dinner? Where Racism? Boria
Ximena at Blad Oreos - Jim Kelley (Randy
Kling blew out the Dings on the street
7:30 Senats gone. Bout Dallas Langtons buck
Radical goggs

**Notes**

© PlanAhead, LLC

03091

## November 11 – 17

|  | Veterans Day (US) |
|---|---|
|  | Remembrance Day (Can) |

**11 Monday**

3:45 blood work
4:45 Dr. Jace
10:30 ? Nurse starting Emesis or Camille
Stopped for Rachel's to/Charlotte. Rice, cornbread.
Took a little extra Rachel's got bigger

**12 Tuesday**

Neulasta Shot – 12:30
Charlotte dropped me at work 8:15 ? -11:30
Sickly - bad h/a
Lacy afternoon - Charlotte to airport for 6 pm
6:30 Tracie took BWT nauseous, pretty - slept in chair
ate Girl Scout pizza. Compazine again 11:30
Slept pretty well

**13 Wednesday**

Zofran 7:30 + 11:30
Oatmeal, tea + coffee
Beg 10:30 Wes felt achy - took Compazine
by 1:00 was tired! Slept all afternoon. Up 2 hours
Back in bed a little achy

**14 Thursday**

Called about - ate most oatmeal + toast 3 days
Rachel at Lucy's soup + green beans. Kept Rachel
Kept on top chin + sleep well but achy + sleepy
nauseous during evening. Strain 12:30pm + 10:30 pm

**2013**

**15** "cooked all day. Ate ½ c quiche &
Friday baked sweet pots. ½ peanut butter sand.
2 little cookies + pecan. Took temprazine at 10.
in addition to doxvenlaxine. Slept 2 hours at a time.
Hot & Cold flashes.

**16** Grocery, laundry, Ethel cards.
Saturday Oatmeal, Soup, Porkchops (dehydration after)
Took metoclopt'g the same.   Junk laundry.
                              Slept a few hours,
Jemis' 4-5pm.                 naps.
Hot flashes

**17** BART + Rachel - Cver dizzy @ 3PM
Sunday Dinner at Leslie + Ronnie's. Saints vs San Fran.
                                     win, 23-20.
Hot flashes.

**Notes**

© Planahead, LLC

GuilbaultC-PPR-   03092

## November 18 – 24

**18**
**Monday** Severe flashes. Took one Zofran.
Baked Potato, Baked Potato & peanut butter Sand.
Slapper falls asleep, too overwrought. Dep 1½ hrs.

(Hiccups preventative of swallowing water)

**19**
**Tuesday** Oatmeal, ½ peanut butter, Sweet potato,
(queasy-indigestion)  9:30 Zofran
Soup for dinner. (Took 2nd Zantac)
Rested after school.  Soup for dinner
Welcome sleep Leaked pretty well

**20**  Revolution Anniversary (Mex)
**Wednesday** Zantac pre scrupulously Ne epal
Soup/rice + Chili /theam atop Cincinnati feel
Rendell Crampful to R&D & hurt-les therapy
+ School DELISH

Regina Luce – Prayer Shawl from Matthew's Grammaw
gift           Dr. Delman due Dec at 3:45

**21**
**Thursday** Juice 1½ hr. Red Root 1½ hr
Wants gland on TV/ athlete
Iris at Quick-n (Robert) + meat potato

**2013**

**22** Friday (a Little Cold)
1st normal. Less digestive issues

**23** Saturday also took Zantac
Very Gas X Kind of Day!

**24** Sunday (Gas-X day!)
Walmart! Christmas for Kids

Valium - Slept thru til 6am!

Notes

© PlanAhead, LLC

GuilbaultC-PPR-      03094

# November 25 – December 1

**25**
Monday

9:00 Zofran, Repto Bismol, Zantac, Gas x
Breaded chicken breast.
Went to grocery.

**26**
Tuesday

All good,
Lunch sandwich, yet crackers.

**27**
Wednesday   Hanukkah Begins Sundown

Medic optic illusion
Memo stopped by Spencer's medical

**28**
Thursday   Thanksgiving Day (US)
Hanukkah

GuilbaultC-PPR-   03095



GuilbaultC-PPR-   03096

# December

| Sunday | Monday | Tuesday | Wednesday |
|---|---|---|---|
| 1 Exercise 12:01am SNP (Grim day) lean 4 TJ's Company | 2 Angela? Gym 4 dinner? (K)m0 Saint @ Seattle 7:40 pm | 3 7:45 2:cram 1:00 pm WORKED 9:20-1:00 TREE DELIVERED | 4 2:cram 10+3 WORKED ALL DAY 3:30 |
| 8 SAINTS — CAROLINA 7:30 pm Home Game 3:30 — St Bernie Christmas Party Lights + Garland | 9 8:3:30 | 10 8:3:45 | 11 WORKED 8:12:40 11pm Temp Reached 102.4 WENT TO E.R. 11-5:00 a.m pm |
| 15 12:00 3:3 Shopping Delivers | 16 2 valum cough is better still congested in head! | 17 2 valum Louie's Piano Recital 6-7:30 pm | 18 1 valum |
| 22 12:00 @ Panthers (worried) | 23 X | 24 cough + congestion in chest Better aromatherapy | 25 Take STEROID Pills on a FULL STOMACH Christmas Day |
| 29 5 valum Run a few errands Just a little better Read + watched Saints Game Soak in hot tub | 30 Run a few errands Just a little better Today (No energy tho) To Groceries | 31 a little better Today (No energy tho) | |

## 2013

| Thursday | Friday | Saturday | Notes |
|---|---|---|---|
| **5** BOOKED 3-4:07 <br> NIKKI's R. Bday | **6** WORK 8-1:30 <br> Dough Staffor? | **7** Glenn pick up gifts <br> Toys R us <br> will up presents | |
| Clothilde + Jenny went to London | | | |
| **12** 2 classes <br> 10:30 Mass <br> Stud dinner 12 <br> Home Take <br> Levaquin <br> 7 days <br> Virgin of <br> Guadalupe (Mex) | **13** EXAMS <br> at St Joseph <br> Parish Hm <br> 10:15 <br> No work <br> REST | **14** MdA <br> PARTY <br> 6:30-10:30 <br> Grocery | |
| | | Retreat of Immaculee | |
| **19** Rec Day | **20** Rec Day | **21** Immaculee <br> Christmas <br> 6:30 at <br> our House | |
| **26** ChemO <br> the French Club B <br> 4pm Queiny <br> compaz nie + Zofran <br> Boxing Day (Can) <br> Kwanzaa Begins | **27** Dinner <br> at Roberts <br> Chinese food | **28** Rain <br> 1300 St Louis <br> Slight cough <br> act evening! <br> Aches + pains! <br> Had a dinner <br> with Sara night | Taste Change |

© PlanAhead, LLC

## December 2 – 8

**2** Monday

**3** Tuesday

**4** Wednesday

**5** Thursday

GuilbaultC-PPR-    03099



GuilbaultC-PPR-    03100

## December 9 – 15

**9**
Monday

**10**
Tuesday

**11**
Wednesday

**12**
Thursday

Virgin of Guadalupe (Mex)

GuilbaultC-PPR-   03101



## December 16 – 22

**16** Monday

**17** Tuesday

**18** Wednesday

**19** Thursday

GuilbaultC-PPR-     03103



2013

20
Friday

21
Saturday

22
Sunday

Notes

© ParkHeld, LLC

# December 23 – 29

**23** Monday
*Charlotte B'day*

**24** Tuesday

**25** Wednesday
Christmas Day

**26** Thursday
*Chemo - Taxotere*
Boxing Day (Can)
Kwanzaa Begins

GuilbaultC-PPR-    03105

**2013**

**27** Friday

dinner at Richard's

**28** Saturday

to Mississippi 1 Pm
services in Tante,
dog arrived at night

**29** Sunday

Bene Col线 ! Longday, Really
lastof Saints.

Notes

© PaceNood, LLC

GuilbaultC-PPR-    03106

# January

| Sunday 29 | 30 Monday | 31 Tuesday | Wednesday |
|---|---|---|---|
| Bronc aches much pink — Relax v watched TV - Sweats spasms | a little less achy | aches almost gone... | 1 The taste Thursday! |
| 5 | 6 MCH Classes Resume COLD! Weather | 7 Dr Shelian 1:45 Lumpectomy! + Lymph Nodes | 8 New Year's Day |
| 12 on throspilan, lucky/weight less-Sadness? Champagne? | 13 Charlotte Jessica intestinal pain one night Col. Scrapttin around 4pm to protect all blooden | SCA kit, ankle, jaw pain! 14 Jud's ckaulity Charlotte Vivat Irania hemorrhoids BcE bleeding | 15 WORK ALL DAY |
| 19 | 20 MCH Holiday Martin Luther King, Jr. Day (US) | 21 | 22 |
| 26 Kids for dinner Grillcakes | 27 | 28 No school-COLD Linda H- Veg Soup + Egyptian Magic skin BALM | 29 |

B Eliz Dias
SUZANNE MURRAY

DR. Theo

Jan. 16    Sleep · Ambien?

Rash - face + neck - Benadryl /
TASTE BUDS -
Drippy nose - blood
Watery eyes
Fingertips tender
Constipation
DRY SKIN

Lumpectomy or Mastectomy

Michael Prell
Milroe - left off Harris's
Block + 1½ + on yr left

ONCOLOGIST

Zachariah @ Touro

Dr. Scroggins @ Ochsner
(Radiation)

3/6/14

DR. Theo

This Plan - H'ield yr Back
Refer to Stoler
Set up MRI of T12 Area in St. 6 wks
Came Back to see him After MRI → 2 days
- Hydrogen B cream creams for dry skin

There is a 25% chance Stoler won't find any cancer
27.4%)    after this treatment surgery / chemo

Refer you to Ksappen Oncologist for Breast & T12

See A Dermatologist for Skin / moles

Whether or not to Radiate

@ + for finished
○ + going forward yet / MRI
= Med Market

GuilbaultC-PPR-    03109

**2014**

| Thursday | Friday | Saturday | Notes |
|---|---|---|---|
| 2 | 3 Return to NOLA 4-5 pm Cleaned house in BSL, Changed sheets. Felt good EXCEPT TASTE | 4 Took a zofran ant adivan not sleeping whole days | Jan. 4, 5 (WILD CARD) Jan 11+12 Divisional Round Jan 19th AFC-NFC championships Feb 2- SuperBowl |
| 9 | 10 Dinner @ Annunciation | 11 | Paul Koppens (Sashim Somewhere?) Kurt K died recently when? |
| 16 Chemo | 17 Belle's B-day Cats at Vikor End brown pipe | 18 Beg St Louis | |
| 23 Charlotte B DAY | 24 | 25 | Patsy: Soup book brownie Camille Natural ∫ Melatonin a Hot + Blue whiteguitar Resteri Passion Flower TCA ⓒ mead-west, LLC |
| 30 | 31 | | |

# December 30 – January

**30**
**Monday**

A little less achy.
Picked up Hospice House Ceremonie
for Bart & Rachel
Cloudy & cool.

**31**
**Tuesday**

Tongue & palate full numb-ish
Taste almost gone.
To Saraha'p. for dinner. w/ Noelle, Keefe, Phil
home after midnight. No aches.

**1**                                                    New Year's Day
**Wednesday**   Taste almost gone ....

Everything, tastes weird, even water.

Rhea-Flu - Stomach Releteg: Vomit & dire - 3 days
                                                          achy

**2**
**Thursday**

Worked on recipe book.
Perogies for dinner - start of
              Cramtosts !

**2013/2014**

**3**

Gums tender, hurts to brush.

Friday  Oatmeal + chic. milk for dinner bleaf toast. Return to NOLA 5 pm

Feet pretty spotl- Chemo-OBSk loose, Change Shoes,pack,unpacked...

**4**

Soft Aron Christmas tree +

Saturday  decorations.

Tips of fingers sore - UNDER FINGERNAILS

STARTED w/ thumb, moved to index fingers

SAINTS BEAT PHIL EAGLES

**5**

Put away Christmas Stuff. Chemo

Sunday  Unwell Plants all DAY! Jamp dropped

down afternoon/evening.

Juice back a little better

**Notes**  Patsy-Las Vegas-Good movie, funny

© PlanAhead, LLC

## January 6 – 12

**6 Monday**

Work all day - being dog this week!

Joan's looks improving! - not perfect
Grilled Chicken Breasts

**7 Tuesday**

1:45 - DR. STOLIER - Tumor 1cm.
Was 2.2 cm. Believes he can do
Lumpectomy. AND LYMPH NODES
3-4 weeks after last chemo

Made a pot of meatballs

**8 Wednesday**

Leftover stuffed bell peppers

**9 Thursday**

Chicken pasta

GuilbaultC-PPR-   03113

**2014**

**10** Friday
dinner @ Annunciation

**11** Saturday
snowing, Saints vs Seattle :')

**12** Sunday
took down outside Ch. lights
grilled stew - in chicken for dinner

Notes

© PenMead, LLC

GuilbaultC-PPR-    03114

## January 13 – 19

**13 Monday**
Jones G. - Maggie Argentina attorney

**14 Tuesday**
Chef's Charity - St. Michael's
Charlotte Charlynt Coop  11-2:30
Charlotte had to cancel - Abdominal Pain/ER...
no protein reacts to work.
Visit Iowa house - Aime at La Petite
Shrimp + grits / Roasie Rabbit  Brewery

**15 Wednesday**
Tom Breux - 2nd Hip replacement 1/14 Tuesday
Trans all day

**16 Thursday**
Chemo
Patsy - chemical phlebitis, vision prob.

GuilbaultC-PPR-   03115

**2014**

**17 Friday**
to B S L around 5 PM
Broken water pipe . Dinner West End.

**18 Saturday**
Wal-Mart - Builadus, Socck.
Little Image speaker most end.
Brick. Want to Relearing.
Glenn - garden lights

**19 Sunday**
A little more Iired + a little
more achy. But not too bad.

Perspiration + taste affected

**Notes**

## January 20 – 26

Martin Luther King, Jr. Day (US)

**20** Monday

*Taste still affected*

**21** Tuesday

*Taste*

**22** Wednesday

*Taste*

*Taste . Mouth sore*

**23** Thursday

GuilbaultC-PPR-    03117

**2014**

**24**
Friday

Fingertip tender, sore
Rash starting on face + neck
etc pages. Taste improved a tiny bit.

**25**
Saturday

Fingertip more tender -
Rash on neck -- Blodry nose

**26**
Sunday

Kids for dinner 4 pm. Bullets

Notes

© PlanAhead, LLC

# January 27 – February

**27**
**Monday**
Writing eyes are a bother
+ running nose, some bleeding in
throat - restd for over 2 hrs. need
cooked pork chops.

**28**
**Tuesday**
Ice Day - No schol
Fingertips a little more sore.
DRY SKIN (Face), wrinkles near eyes
Linda H. - Veg. Soup Egyptian Magic Skin Balm

**29**
**Wednesday**
No school
Feel dept fungs on scalp!
Hair growing but ??

**30**
**Thursday**

GuilbaultC-PPR-     03119



GuilbaultC-PPR-      03120

# February

| Sunday | Monday | Tuesday | Wednesday |
|---|---|---|---|
| 2 *Superbowl* *house* *sandwiches + soup* *asst. + 30* | 3 *Pelicans Game* *w/Caitlin 6:15* | 4 *Charlotte 4pm* *Nancy Kinan + 6-6:30* | 5 *dinner @ arthur's* *Sanford family* |
| 9 *tired* *(chicken breasts + pasta)* *Anna Paul brought soup* | 10 | 11 | 12 |
| 16 *Roast for dinner* *tastes pretty good.* | 17 */—/ *leftovers* *beef brisket* | 18 *left eye tearing, seemed harder in a.m.* | Lincoln's Birthday (US) 19 *dinner w/roger Paul* *eyes tearing today—eyes in mouth? [?] night* |
| *Visit Grams* 23 | Presidents' Day (US) 24 | 25 | 26 *Disney Girls Day [?] new [?]* |

# 2014

| Thursday | Friday | Saturday | Notes |
|---|---|---|---|
| | | **1** | |
| **6** Chemo Cait + Clare Paettn + Jordan's | **7** Shot - 10:00 am Barquets Chau to airport 11:30 (No WORK) | **8** ET Dam's Actual Party 8:00 - ??. TIRED RESTED Glenn + Vo Barq St Louis | NO TASTE BUDS. |
| **13** TIRED!!! RESTED~ SLEPT 2-5. Jordan - stay Ethan Zafira | **(14)** Sick all day of Massage Peggy Roses + Mum's + acct + cards Valentine's Day! | **15** Sick bucket Quite messy to empty bucket to comode room + toilet! Heated blanket 2 hrs chucky. STEAK DINNER ~ DELISH! | STILL NO TASTE most of the week |
| **20** | **21** | **22** Washington's Birthday (US) | |
| **27** Chemo 7:30 Blood wrk LAST ONE | **28** | | |

© PlanAhead, LLC

## February 3 – 9

**3** Monday

**4** Tuesday

**5** Wednesday

**6** Thursday

After Chemo ate w/Charlie — faster +
Cell's racing body. Yet humming heat of
day. Sick. Compassion (h sleep as well as he
(and stp possible nausea)
Tried to rest - restless, no sleep (Steroids?)



GuilbaultC-PPR-   03124

03125

Case 2:16-md-02740-JTM-MBN   Document 12386-14   Filed 04/02/21   Page 101 of 255

# February 10 – 16

**10 Monday**
Strip from Robert's.
taste feels very weak...

**11 Tuesday**
Anna Pratt's Strip - very
weak. Taste buds still not working - some
food, taste awful

**12 Wednesday** — Lincoln's Birthday (US)
Ran Triangle —
Helped Ellen on drug test - felt good.
Do taste up ?.

**13 Thursday**
Sol - Left at 1:30. Slept 2-5
Lexie lunch. 9:30 for left eye.
established skin exp. Hearing
Skype farming - antibiotic cream

**014**

nday (US)

© ParkHeat, LLC

**2014**

**14** Valentine's Day
Friday — Get tickets Prep.
home tacts - not a lot

**15**
Saturday — Get gas. Wash ice yard ! Dog.
warm day. Stocks for dinner. Deliveries

**16**
Sunday — Roast, raspcar. Very enjoyable !
Yesh valentine gifts to Emma a.

Notes

© ParkHeat, LLC

# February 24 – March 2

Day (US)

**24**
Monday

**25**
Tuesday

**26**
Wednesday

**27**
Thursday  *LAST CHEMO*

*[handwritten notes]*

GuilbaultC-PPR-   03127



GuilbaultC-PPR-   03128

# March

| Sunday | Monday | Tuesday | Wednesday |
|---|---|---|---|
| | | | NYX Parade to TRAVIS! Brae wat do do Drew special |
| 2 TIRED!! NO TASTE NO BUDS a little achy | 3 | 4 regards y dad COLD + RAINY | 5 |
| 9 Grandma Bidellew's 6pm Hot bath Raked leaves | Eastern Orthodox Lent Begins 10 4:30 Dr-Yaco cancel | To Dr Steffio nurses 11 Vit from Dr. Steffio 8:30 for Swelling | Ash Wednesday home 7pm 12 Energy |
| Daylight Saving Time Begins Vol Swelling in legs achy while Les leaves | 16 17 | 18 9:00 Dr-Yaco + P Hospital about for hair Bring Rx doses Canceled 3/14 | 19 8:30 Dr. Yaco |
| 23 30 | St. Patrick's Day 24 X-Ray 6:00 Dr Cluster P 10:15- Consort- Bari 31 Dr Yaco Swelling | Jay E 25 Jay E | 26 Getting grade 2 horse till 3rd 3 others? |

GuilbaultC-PPR-   03129

3/11/14

FATIGUE
Redness on Face
Fingernails

Leg swelling —

Biopsy Procedure &
follow up appt.

anemia —
+ Tavatere

If gets worse we will do some tests
If it is cancer — no surgery — won't
effect life expectancy appt Wed w/
weight & Local    Glenn
                  Carl Theo        N Q n

© MD Anderson Cancer Center Children's Art Project

April normal! last one is the hardest.

Dr. Theo – Fri. 3/7/14

Same lesion T12

better defined

Can safely get it
                    ↑
                  T-12

Another on L1

L 1        very non specific

Why? – Cancer – no maslee
don't                    surgery

If not –

Hope it's negative

A different Radiologist
not here every day – doesn't do those
procedures every day
        James Melbourne
                        Non

© MD Anderson Center Children's Art Project

GuilbaultC-PPR-    03133

Monday
Tuesday - lates *
will email Stalier

no aspirin
motrin
aleve

Tylanol
Cell - call him if need anything,
He will email Stalier

$N^o n$

© MD Anderson Cancer Center Children's Art Project

GuilbaultC-PPR-     03135

T-12   april
Fri. 3/7/14

Biopsy

Thus- 13th

arrive for 10 am   9:30-

2 md floor main hosp.

Check in @ Radiology

no eat/drink after

midnight

Take meds w/ little water

he will call about an appt.

Cancel Monday w/Heo

Q
NOn

© MD Anderson Cancer Center Children's Art Project

GuilbaultC-PPR-    03137

## 2014

| Thursday | Friday | Saturday | Notes |
|---|---|---|---|
| 3633-Chemo | | 1 Grocery | DR. POLIN 842-435 Bloodwork? Echo Jeanette |
| 6 9:00 MRI Radiology Geismar NAP! | 7 | 8 Emmi's PARTY at the Zoo. Walked rest of the Zoo. 45 min NAP! R xs for Joan a | Legs fine on stairs. Slight swelling of ankles + above knees on Saturday. Legs (L flex) burning + I bend |
| 13 Biopsy Appt 9:30 mm Radiology Biop BIOPSY | 14 3:15 Echo for Dr. Pain | 15 | |
| 20 9:00 AM DR STOLIER IN CHARGE 1:00 Pre-OP | 21 9:30 Valdin 3rd floor | 22 | Sally 1 week Left? call Pre-OP md meet Zoo a mnth blood work 529.6600 Set up Pre-op appt |
| 27 Surgery 8:00 Robotomy.? | 28 | 29 | |
| Suzanna/Murray | | | |

## March 3 – 9

**3** Monday

Eastern Orthodox Lent Begins

**4** Tuesday

**5** Wednesday

Ash Wednesday

**6** Thursday

GuilbaultC-PPR-     03139

**2014**

**7** Friday

**8** Saturday    Zoo - walked 2 hours Legs feel tight
(a little swollen?)

**9** Sunday    Swoop up for arms    Daylight Saving Time Begins
Zoo - walked 3 hours legs felt
tight - a little swelling -
Aerial @ balatara - lt + hamr + leg area
hugely swollen - ankle to hip + elevated order -
much + much better next day
Traveling at work - feet puffy at week

Notes

© Planahead, LLC

## March 10 – 16

**10**
Monday

**11**
Tuesday

**12**
Wednesday

1:30- Go to Lab first for bloodwork ^(Johann D)

Sign for Surgery Center DOSC

Only blood pressure pill - ride home Station

[842-3451 Connie - around 4 for Trancess... ] ^(tomorrow)

200⁰⁰ Co pay for biopsy

**13**
Thursday



## March 17 – 23

### 17 Monday
St. Patrick's Day

Dr. Police - began to find
out if swelling to groin
for vetere on conditions
there. Restart Blomtton
on Monday

### 18 Tuesday

### 19 Wednesday
Melanie of St Chas Surg Center
Dr. knows in-network   Deductible
200° Copay. BlueCross and Blue has come forward to them
Pouch Anesthesia - in network
Cardiology, Radiology + Pathology - in network
Preop Tests are Covered

### 20 Thursday
Kim Karcher-Blue Cross - Let me know
they are out of network (Stalin + Hosp.)
She will approve procedure - suggests getting in
writing - no balance billing. BC pays 70%

2014

**21** Greene Poelker Dav - Si bop (8am)
One-op @ 100-Hospital (Ashley Priest)

Friday Drainage of Bordeaux Chestnut - nerve from lobryonte
Thoracic Physio Checkout - he won't Typ-one than early?
Ext-morning to N.4 for followup? Bison work - EKG
1930 Dr. Palm (Strain was 32 accol 18, normal 19)
6190 good
DR Bernatelli - BNP-Brain natriuretic peptide, a protein
Reaction by heart when blood muscle. High when heart is damaged
≤0.01 <125 per map these lines

**WORK**-124-RQ-H30-600 marker
**22** Let's fret swollen. Hillcliro fordepart.
Saturday Bull'oshing. Slow to ASL Saturday.
Rest-all day. Sat. Let's feet very brittle swollen,
Rev-patc! looked when, still off them. Did a little laundry,
still not strong (lup) new any flexible.

**23** AM: Swelling in fingers. Call DR Stollp
3/21/14 - Stephane at Dr. Stollor's
Sunday Wear garden gloves, nothing pressure on
needle sticks

After surgery nerve was in pain, forgetful
like a dull endo then over 3years watching
fingers can lose motion

Can drain is but skin working of walk

fingers separall to started
thighs-compression/sleeve
Notes (Gen Dallas Taitor pain this may no longer
be recommended)

## March 24 – 30

**24 Monday**

Bkfst - Re-do @ Sy (Chos S.H.
Chemo Blood work Palm
Pam Hlachila - Avicenta Cream & Bronze receipts
Beau brought TWA

**25 Tuesday**

DrcA - 8-12    Kroeery Rest.
Beau to Dr Bristol Ernie

**26 Wednesday**

See him to day for Withdrawal
3°CC Ppl. He is put @ market
tape, pour it -

Wenne ty Church
no eat or drink after midnight

**27 Thursday**

8:30 a.m Be there ft 7
at Hospital Drin Sed to see
them below
Come in day lines for extra string
that
Paul + Lynn Shrimp paste + vinegar fresh
dill Great - no pain

**2014**

**Apr**

**28 Friday**  C + A section

Dernier output - 20/30/30 = 80 cc's

**29 Saturday**  Loi La Mettler gars kitchen Karen
Kepa (nap) 1½ ? — fair + leg swelling
62 cc's

**30 Sunday**  Crawford Marion - Robert's
Nap 1½ — fair + leg swelling
30/40 = 70 cc

**Notes**

Case 2:16-md-02740-JTM-MBN   Document 12386-14   Filed 04/02/21   Page 123 of 255

**2014**

| Thursday | Friday | Saturday | Notes |
|---|---|---|---|
| 3 | 4 | 5 | |
| 10 — feet swollen l (t leg) | 11 — tender arm — ache tighter — | 12 MGA Dept Chairdinner at BBQ Bros | |
| *doing stretching exercises* | *feet swollen* | | |
| 17 Bay St Cards Grocery | 18 | 19 | |
| Shallots 24 9:00 Radiologist — late dinner — yoga— | BBC Shrimp Good Friday 25 | travelled 26 Serena's Tv Comp. 9:30 Breakfast in Bed Home at 5 pm Grocery Ankle Swelling decreasing | |
| Bought Compression Stockings | | | |

© PenMead, LLC

# March 31 – April 6

**31** Monday

30/35 = 65 cars

**1** Tuesday

20·30=500c

**2** Wednesday

DR. Stoler Called - Some good news, some not so good
1) blow marrow (throws 12 on left)
2) 7 of 17 lymph nodes cancerous we didn't
eliminate it that have radiation, future
more surgery needed.
15·25-40cc

**3** Thursday

15·30-45 cc

**2014**

**4 Friday**
Lunch w/Anne Rust Broken Egg Cafe.
Dinner at steak + egg - Greg + Rob, Nolex

friends.

14 + 20 = 34

**5 Saturday**
Chas + Jerry, Brandon, Gary + Charlyn
Gull steaks for dinner.

Legs hard + Swollen.

13 + 18 = 31

**6 Sunday**
St. Louis Hair - 12 1:30
Blair's - Crawford Nail 1:30-3:30
But feet up rest of day!

14 33 = 34

**Notes**

© PlanAhead, LLC

03151

# April 7 – 13

**7 Monday**

Walked 2xp feel a little better –
& feel less swelling

C's

13 - 19 = 32 cu's

**8 Tuesday**

Drain removed. Start stretching
exercise, Work

@ Macy's    Linda Campbell's to meet
see Tracy / Diane's surgeon

**9 Wednesday**

**10 Thursday**

**2014**

**11**
Friday

**12**
Saturday 6:30-10:30. Beth Ann 'o-Dept. Chairpuson dinner. Legs + ankles swollen

**13**
Sunday

Palm Sunday

Notes

© PlanAhead, LLC

## April 14 – 20

**14 Monday**    Passover Begins Sundown

**15 Tuesday**    Passover

**16 Wednesday**    Dr. Theo Start Arimidex

Dr. Stalier - obtained fluid - come back next week -

Dr. Theo- ordered bone density
Return 4-6 weeks after starting Arimidex
then every 3 mos. while on then do bone density
Mammogram in 4-6 mos - then yearly

**17 Thursday**
7:30 Possible MRI of Tg in 6 mos.
Breast



2014

**18** Friday
Good Friday

**19** Saturday

**20** Sunday
Easter Sunday
Eastern Orthodox Easter

Notes

© FlexHead, LLC

## April 21 – 27

**21 Monday** — Easter Monday (Can)

**22 Tuesday** — Earth Day

**23 Wednesday**

**24 Thursday**
4:00 Dr. Schnaggers Radiation Oncologist
Theresa - Cindy
Rad. to begin 6 wks after surgery - May 12 ??
Simulation - then - CAT Scan, tattoos, bookmark mold
may give me arm/shoulders first 3 weeks, then they
will contact to re-order T/2 + L1 (very small)
Repeat DXR1 in 3-4 months
Skin tissues or breasts after radiation, lumps/scars/soreness
Should not affect lung function - heart muscle letters or mg

close window


MedicineNet.com
We Bring Doctors' Knowledge to You

**Source:** http://www.medicinenet.com/script/main/art.asp?articlekey=44368

The display and use of drug information on this site is subject to express terms of use.By continuing to view the drug information, you agree to abide by such terms of use.

## anastrozole - oral, Arimidex

## GENERIC NAME: ANASTROZOLE - ORAL (an-AS-TROE-zole)

## BRAND NAME(S): Arimidex

## Medication Uses | How To Use | Side Effects | Precautions | Drug Interactions | Overdose | Notes | Missed Dose | Storage

**USES:** This medication is used to treat breast cancer in women who have gone through "the change of life" (menopause). Anastrozole works by lowering estrogen hormone levels to help shrink tumors and slow their growth.

**HOW TO USE:** Take this medication by mouth with or without food, usually once a day, or as directed by your doctor.Use this medication regularly in order to get the most benefit from it. Remember to use it at the same time each day.Do not increase your dose or take this medication more often without your doctor's approval. Your condition will not improve any faster and the risk of serious side effects may be increased.Since this drug can be absorbed through the skin, women who are pregnant or who may become pregnant should not handle or break the tablets of this medication.

**SIDE EFFECTS:** Constipation, diarrhea, nausea, vomiting, upset stomach, loss of appetite, body aches and pains, breast swelling/tenderness/pain, headache, dry mouth, scratchy throat, increased cough, dizziness, trouble sleeping, tiredness/weakness, flushing and sweating (hot flashes/hot flushes), vaginal bleeding, hair thinning, and weight change can occur. Changes in diet such as eating several small meals may help lessen the chance of nausea and vomiting. If any of these effects persist or worsen, notify your doctor or pharmacist promptly.Remember that your doctor has prescribed this medication because he or she has judged that the benefit to you is greater than the risk of side effects. Many people using this medication do not have serious side effects.Tell your doctor immediately if any of these unlikely but serious side effects occur: mental/mood changes (e.g., depression), excessive thirst, numbness/tingling/swelling of the hands or feet, persistent cough, unusual vaginal discharge/burning/itching/odor, unusually stiff muscles, muscle pain, pain/redness/swelling of the arms or legs, vision changes, bone pain, bone fracture, signs of infection (e.g., fever, chills, persistent sore throat).Seek immediate medical attention if any of these rare but very serious side effects occur: chest pain, jaw/left arm pain, trouble breathing, confusion, fainting, slurred speech, weakness on one side of the body.A very serious allergic reaction to this drug is unlikely, but seek immediate medical attention if it occurs. Symptoms of a serious allergic reaction may include: rash, itching/swelling (especially of the face/tongue/throat), severe dizziness, trouble breathing.This is not a complete list of possible side effects. If you notice other effects not listed above, contact your doctor or pharmacist.In the US -Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.In Canada - Call your doctor for medical advice about side effects. You may report side effects to Health Canada at 1-866-234-2345.

**PRECAUTIONS:** Before taking anastrozole, tell your doctor or pharmacist if you are allergic to it; or if you have any other allergies. This product may contain inactive ingredients, which can cause allergic reactions or other problems. Talk to your pharmacist for more details.Before using this medication, tell your doctor or pharmacist your medical history, especially of: liver disease, high blood pressure, heart disease (such as ischemic heart disease, history of chest pain), brittle bone disease (osteoporosis), blood clots.This drug may make you dizzy. Do not drive, use machinery, or do any activity that requires alertness until you are sure you

GuilbaultC-PPR-     03156

GuilbaultC-PPR-    03157

can perform such activities safely. Limit alcoholic beverages.Anastrozole is used mainly in women after menopause. If you have not gone through menopause and your doctor has prescribed this for you, this medication must not be used during pregnancy. It may cause harm to an unborn baby or miscarriage. If you become pregnant or think you may be pregnant, tell your doctor immediately. Women of childbearing age should use reliable form(s) of contraception (such as latex condoms) during treatment. Products containing estrogen (such as birth control pills) should not be used. Consult your doctor for more details.It is not known whether this drug passes into breast milk. Because of the potential risk to the infant, breast-feeding while using this drug is not recommended. Consult your doctor before breast-feeding.

**DRUG INTERACTIONS:** Your healthcare professionals (e.g., doctor or pharmacist) may already be aware of any possible drug interactions and may be monitoring you for it. Do not start, stop, or change the dosage of any medicine before checking with them first.This drug should not be used with the following medications because very serious interactions may occur: estrogens, tamoxifen.If you are currently using any of these medications listed above, tell your doctor or pharmacist before starting anastrozole.Before using this medication, tell your doctor or pharmacist of all prescription and nonprescription/herbal products you may use.This document does not contain all possible interactions. Therefore, before using this product, tell your doctor or pharmacist of all the products you use. Keep a list of all your medications with you, and share the list with your doctor and pharmacist.

**OVERDOSE:** If overdose is suspected, contact a poison control center or emergency room immediately. US residents can call their local poison control center at 1-800-222-1222. Canada residents can call a provincial poison control center.

**NOTES:** Do not share this medication with others.Laboratory and/or medical tests (e.g., cholesterol levels, liver function tests, bone density tests) should be performed to monitor your progress or check for side effects. Consult your doctor for more details.This medication may increase your risk of osteoporosis. Lifestyle changes that help promote healthy bones include increasing weight-bearing exercise, eating well-balanced meals containing adequate calcium and vitamin D, stopping smoking, and limiting alcohol. Consult your doctor to see if you need to take calcium/vitamin D supplements and/or a bisphosphonate medications (such as risedronate). Discuss lifestyle changes that might benefit you.

**MISSED DOSE:** If you miss a dose, use it as soon as you remember. If it is near the time of the next dose, skip the missed dose and resume your usual dosing schedule. Do not double the dose to catch up.

**STORAGE:** Store the US product at room temperature between 68-77 degrees F (20-25 degrees C) away from light and moisture.Store the Canadian product at room temperature 59-86 degrees F (15-30 degrees C) away from light and moisture.Do not store in the bathroom. Keep all medicines away from children and pets.Do not flush medications down the toilet or pour them into a drain unless instructed to do so. Properly discard this product when it is expired or no longer needed. Consult your pharmacist or local waste disposal company for more details about how to safely discard your product.

Information last revised March 2013. Copyright(c) 2013 First Databank, Inc.

Report Problems to the Food and Drug Administration

You are encouraged to report negative side effects of prescription drugs to the FDA. Visit the FDA MedWatch website or call 1-800-FDA-1088.

Selected from data included with permission and copyrighted by First DataBank, Inc. This copyrighted material has been downloaded from a licensed data provider and is not for distribution, except as may be authorized by the applicable terms of use.

CONDITIONS OF USE: The information in this database is intended to supplement, not substitute for, the expertise and judgment of healthcare professionals. The information is not intended to cover all possible uses, directions, precautions, drug interactions or adverse effects, nor should it be construed to indicate that use of a particular drug is safe, appropriate or effective for you or anyone else. A healthcare professional should be consulted before taking any drug, changing any diet or commencing or discontinuing any course of treatment.

GuilbaultC-PPR-     03158

(2) Femara-Susan no Mel,

GuilbaultC-PPR-    03159

Name: Clare Guilbault | DOB: 7/8/1952 | MRN: 2997746 | PCP: Elise J Nicaud, MD

# Upcoming Appointments

| Date / Time | Description | Department |
|---|---|---|
| Thursday September 04, 2014 1:00 PM | Established Patient Visit with Nichole M Polin, MD | Ochsner Medical Center 1514 JEFFERSON HWY NEW ORLEANS LA 70121-2429 |
| Wednesday September 10, 2014 11:00 AM | Mammo Diag with Nomh Mammo3 Dx | Ochsner Medical Center 1319 JEFFERSON HWY NEW ORLEANS LA 70121-2429 |
| Tuesday November 18, 2014 9:00 AM | Mammo Tomo Diag with Nomh Mammo3 Dx | Ochsner Medical Center 1319 JEFFERSON HWY NEW ORLEANS LA 70121-2429 |

MyChart® licensed from Epic Systems Corporation, © 1999 - 2013.

GuilbaultC-PPR-      03160

GuilbaultC-PPR-    03161

4/16/14
Dr. Stolier

mickyCity
Hershey Bars
Jelly Beans

Tightness

Any Restriction on when to start Radiation

Removed fluid   60 cc

= 1 week may need more
fluid removed

↳ Call Stephanie & set up appt.
for next week.



GuilbaultC-PPR-    03163



GuilbaultC-PPR-    03164



GuilbaultC-PPR-    03165

163/80

986

Dr. Reswell ordered
↑ Paroreval Post Radiation Scan in May
↑ Radiation Post end of Radiation
↳ Bone

Stage 3. - 7 lymphnodes

SHORT Removal

Legs - elevate

Hair Bauern = next month

grade 1 Tumor in Breast
7 positive lymph nodes (stage 3)

Treat with
Hormone Blocking Pill ( Estrogen positive Comes
usually after Radiation       Became
but he will do simultaneously / Start now
② Astrozel Rx for Harmone pill      required you
1 pill day
5 to possibly 10 years
On Oct 2015 decide if 10yrs Betteshers
2-30% ↑         longer
Side effects
30% 1 Hot flashes
30% Achy Joints (small joints)
wrists joints ankles fingers
1% - Thrombosis, clotting in legs, etc
Tendency for osteoporosis

Order Bone Density Scan in next months
↓



GuilbaultC-PPR-    03167

Radiation M-F x 6 weeks
↳ 2 minutes
In + out in 20 minutes.

. See Dr. Theo 4 to 6 weeks after start
pill.
Then every 3 mos - while on pill

No need for bloodwork, scans or
X Rays
Rx— Any new pain
Amygram — y in 4 to 6 months + then yearly

Poss. plain MRI of T 12 lesion in 6 months.

Aleve, Tylenol, Motrin, Aspirin

End of May - Bone Density Scan + See
Dr. Theo



GuilbaultC-PPR-    03169



**2014**

**25**
Friday

Pizza.

**26**
Saturday

Lauren's First Communion 9:30-10:45
Craiefish after.

**27**
Sunday

Weided front garden. Glenn weeded
+ moved a few azealeas + more....

**Notes**

GuilbaultC-PPR-    03170

# May

| Sunday | Monday | Tuesday | Wednesday |
|---|---|---|---|
| | APRIL 28 Senior DAY | | APRIL 30 Justin-Kinder Play 8:30 Radiation 1:00 Simulation |
| 4 | 5 Senior exams Battle of Puebla (Mex) | 6 Caitlin accepted to school for Nurse Practitioner | 7 |
| 11 5 PM KIDS OVER to Boys + Jambalaya Mother's Day (US & Can) | 12 Start Radiation 2:30 | 13 Lift. Breast a little Swollen | 14 12:30 met w/ SCH + Counselors |
| 18. anniversary 5:00 Galatoire's | 19 mca EXAMS mca Graduation Victoria Day (Can) | 20 EXAMS Tired | 21 EXAMS Felt good |
| 25 13. Dentist test Cochrane 11:20 Dentist 1:15 | 26 Start Calcium + Vit D Breast still swollen Memorial Day (US) | 27 Throat sore when I swallow | 28 |

03172

# Clare Guilbault

Daily Requirement
Elemental
Calcium
1000 mg

800 u   Vit D

= 3 mos. VISIT → ...

Then MRI of T-12 for

the next VISIT in another

3 mos

Gate cel.

GuilbaultC-PPR-    03173

**2014**

| Thursday | Friday | Saturday | Notes |
|---|---|---|---|
| **1** P.M. Assembly MCA-may-day Pass colors | **2** Cathy Mondly Retirement Party | **3** Jojo sleep | Gardens Alteroughs me-li Alterevrio |
| **8** | **9** 7:00 port removed 11:15 Baptist Radiation Mtg. TB By SL Run (Vonnie) Tonight | **10** | Kay.net as ther. water & store are saucer. |
| **15** Bonc Dentistry Thu-O DR THEO 9:45 Grousley · MCA GRANDMA'S S St Domic 5:30 | **16** Justin Kind- Graduation 10:00 | **17** | Becca Year Kch-Back 17.18th |
| **22** EVANS | **23** EXAM 9-10 Parade's Creen 10:30-1:00 | **24** | |
| **29** Good turn, opera Olympia man | **30** Lauren Tumbling Beau B day | **31** | Start Calcium 1000 mg & Vot D 800 mg |

Armed Forces Day (US)

JoSL BSL



April 28 – May 4

28 Monday

29 Tuesday

30 Wednesday

1 Thursday

GuilbaultC-PPR-    03175

**2014**

**2** Friday

**3** Saturday

**4**

Sunday · 89 need cinaker pond dead    4 skm.
Cardiac accepted    3 wave Practice in School- 18 mos.
starts August

Julie Reid - Hercepten

Joelyn May - neuropathy pain hands, feet. Hard,
Notes · Take as not everyday - too much still help w/it
Next week - last dose - Iknd Rivinia surgery
during process - none of it

Steroid Bradly steroid brain tumor - none of it
29 speed. Radiation

© PennMont, LLC

## May 5 – 11

Battle of Puebla (Mex)

**5** Monday

**6** Tuesday

**7** Wednesday

**8** Thursday

GuilbaultC-PPR-   03177



2014

9 Friday

10 Saturday

11 Sunday

Mother's Day (US & Can)

Notes

© Plenhead, LLC

## May 12 – 18

**12** Monday

**13** Tuesday

**14** Wednesday

**15** Thursday

GuilbaultC-PPR-     03179



2014

**16** Friday

**17** Saturday — Armed Forces Day (US)

**18** Sunday

Notes

© PlanAhead, LLC

GuilbaultC-PPR-    03180

## May 19 – 25

Victoria Day (Can)

### 19
Monday

### 20
Tuesday

### 21
Wednesday

### 22
Thursday



2014

23 Friday

24 Saturday

25 Sunday

Notes

© PlanAhead, LLC

## May 26 – June 1

Memorial Day (US)

**26** Monday

**27** Tuesday

**28** Wednesday

**29** Thursday

GuilbaultC-PPR-    03183



# June

| Sunday | Monday | Tuesday | Wednesday |
|--------|--------|---------|-----------|
| 1 | 2 | 3 | 4 9-12 Computer (MMC) Ellis |
| 8 | 9 10:30 Richie Diet Select Hire | 10 | 11 Laura Canary w/Medical Dev Libby Quoty |
| | DRIVE WAY completed Planting OK! | 3:30 - MEA Parents + BHS | |
| 15 | 16 12:30 Phys Therapy | 17 | 18 |
| 22 (Father's Day) (US & Can) | 23 | 24 | 25 Final RADIATION Mondo w/ Willin + Jenny |
| 29 Brunch Jill Life w/her then slept | 30 Late D+C (camp/Mimi) | St. Jean Baptiste Day (Québec) En route Space center | 2 |

**2014**

| Thursday | Friday | Saturday | Notes |
|---|---|---|---|
| **5** 9-12 Composite → Teak Knife Tommy Moto BD | **6** | **7** | June 3rd lost to fingernail on rt hand lost thumb nail lost- month? Just gm- lost part of fingernail on rt thumb again. |
| **12** TMJ A Right-regrowth 1 Mile Goals | **13** | **14** | |
| **19** Radiation Boost Starts-5days | **20** | **21** Flag Day (US) | |
| **(26)** GBC Gram's March fundraiser | **27** Canceled 4:30 Dr. Plan → BSL Mops + gutter lawn + gravel Traponi's | **28** Beau + Lili + kids Redfish Beau cricket | |
| **3** | 4 Crucia's + raccid Beaus left 9 pm. | 5 Beau + family left Traponi's w/ Beau + Roedel | |

## June 2 – 8

**2 Monday**

**3 Tuesday**
Yoga

**4 Wednesday**
Walked to RR Tracks

**5 Thursday**
Yoga Rest. Dinner @ Steak [?]
Hips Achy 5 am

GuilbaultC-PPR-      03187



2014

**6** Friday

**7** Saturday — yoga

**8** Sunday — walk

Notes

© Pinehead, LLC

**June 9 – 15**

9
Monday

10
Tuesday

11
Wednesday

12
Thursday

GuilbaultC-PPR-    03189

**2014**

**13** Friday

**14** Saturday
Flag Day (US)

**15** Sunday
Father's Day (US & Can)

Notes

© PopAhead, LLC

GuilbaultC-PPR-      03190

## June 16 – 22

**16** Monday

**17** Tuesday

**18** Wednesday

**19** Thursday

GuilbaultC-PPR-      03191



## June 23 – 29

### 23
Monday

### 24
Tuesday

St. Jean Baptiste Day (Québec)

### 25
Wednesday

### 26
Thursday

GuilbaultC-PPR-     03193



# July

| Sunday | Monday | Tuesday | Wednesday |
|---|---|---|---|
| | | 1 | 2 |
| | *Lauren + Justin* | Canada Day (Can) | |
| 6 | 7 | 8 | 9 |
| 13 | 14 | 15 | 16 |
| 20 | 21 | 22 | 23 |
| 27 | 28 *Brunch, Psa kitchen* | 29 *Glam to NOLA* | 30 *Travel Bus bar breau* |

GuilbaultC-PPR-    03195

## 2014

| Thursday | Friday | Saturday | Notes |
|---|---|---|---|
| **3**<br>Virtual<br>dam meet<br>(company)<br>3PM-TIRED!<br>No energy | **4** Crecie's<br>+ eee<br>our kids<br>Ribs, Beans<br>Pot Salad!<br>Bread<br>Independence<br>Day (US) | **5** | Woke up<br>backache<br>fingers,<br>shoulders<br>elbows<br>+ knees... |
| **10** | **11** | **12** | it goes<br>away<br>(from<br>Clomid?) |
| **17** | **18** | **19** Brats | MILD Hot Flashes<br>+ Pin Prick<br>feeling on<br>skin when<br>I get warm |
| **24** | **25** Madelyn<br>+ Bay<br>Big Harbor<br>float<br>Sweet Crude<br>Playa Gitar | **26** Madelyn<br>+ Bay<br>left + 3 PM | Left shoulder<br>+ neck + stiffness<br>hurting 3 x?<br>achier |
| **31**<br>Virtual<br>dam meet<br>(company)<br>3PM-TIRED!<br>No energy | **Aug 1 –**<br>Lili<br>B-day<br>Salbad!<br>Gardening<br>Clubhouse | | Fingers 9/5<br>stiffening<br>knuckle?<br>Toes RINGS<br>off<br>Night of 9/5<br>(Thur) severe<br>upar 2 AM<br>Shoulder<br>aching<br>Took Aleve<br>+ A spirin |

Purpose    Skump | Formulin

Aug SPIBBUT things<br>Looker LM...<br>Nor pissn...

## June 30 – July 6

**30** Monday

**1** Tuesday
Canada Day (Can)

**2** Wednesday

**3** Thursday

GuilbaultC-PPR-    03197

**2014**

Independence Day (US)

**4** Friday

**5** Saturday

Painted green panels for shed bottom.

**6** Sunday

Notes

© PureWest, LLC

GuilbaultC-PPR-    03198

## July 7 – 13

**7**
Monday

**8**
Tuesday

**9**
Wednesday

**10**
Thursday

to BSL -12:00 stopped at Kohl's
dinner Jay 4pm. Rented Puzzle, yoga
Cathy.

**2014**

**11 Friday** — Still a little achy in A.M....

**12 Saturday** — Painted white panels for shed bath
Mean - cut weeds in ditches
Cut weeds in gutters. Beautiful!

**13 Sunday** — Painted greenbench
Steven sprayful weed killer in ditches

**Notes** — Keep in/organate sheets - still feeling
off on some.....

© Planthead, LLC

GuilbaultC-PPR-    03200

## July 14 – 20

**14 Monday**

Clean to W.O.

**15 Tuesday**

Rain on + off. Washed clothes.
Yoga. Puzzle. (lazy at night rain
morning)

Sinus congestion/sinus headache/body aches?

**16 Wednesday**

BSL
Clean house!

**17 Thursday**

shopping.

**2014**

**18 Friday**
Tree fall! Pine tree dropped on half cord tree un had was pretty down

**19 Saturday**
Came Duke Pic? - lunch. Went Jega Pier Sun 11:30am starts for dinner Red fish

**20 Sunday**
10:30 mass cancelled and a little
Gotta drink!

**Notes**

© PlanAhead, LLC

## July 21 – 27

**21 Monday**
7:45 p Swee Class + Nailed off
hair rinse put chrom trim - nine pool thuht up
close eyes, starirs, attencil wash. Exte hip sauna
rectfrech... 10um left - 5:30

**22 Tuesday**

**23 Wednesday**
Clean out grass + trimmed vines
a little less humid + not quite
brutally hot. Sat outside at my favorite
time of day + it was lovely!

**24 Thursday**
Grocery

**2014**

Aug

**25**
Friday

Hay- (Harlequin- went to Maunsby- Rain for fuel 1/2 hr Maureen McKim called We went to miss Ellen at the earth. I saw 1 ton Horse. Watched TV clips. 10:00- went to Bay Harbor Fest. Band "Sweet Crude" was great.

**26**
Saturday

Lay tryped. They fell asleep. Clean did electrour f tuning in shed.

**27**
Sunday

Hot! Blew out my screen bathroom panels. "Spray + grow" - these sprayed plants.

Notes

© PortAdvent, LLC

## August

| Sunday | Monday | Tuesday | Wednesday |
|---|---|---|---|
| 3 | 4 | 5 MCA Retreat @t House Clea left DR. To NEHL Exercises Transfers stayed a little stiff + curvy today | 6 shoulder pain |
| 10 tapp. | 11 LAP TOPS 8, 10, 4, 6 | 12 Book Day 1:45-3:30 | 13 8** neuros gs LAP TOPS 8-10 |
| 17 shoulder (L) 221 Richard | 18 funeral De Vlieg | 19 tel Helen 5:30 8:00 8:30 | 20 |
| 24 | 25 | 26 Dr Jhee 2 PM | 27 shoulder pain Arlene |
| 31 | | | |

# 2014

| Thursday | Friday | Saturday | Notes |
|---|---|---|---|
| | 1 Lili B day | 2 | |
| 7 Laptops 8-10 11-1 x-4-6 | 8 | 9 | |
| 14 Full Day Assembly | 15 9:10 School Mass | 16 ... | |
| 21 8:35 Sylum Luncheon 12-3 ctr Sett Speaker ... cliff? Prin-Roberts cliff? | 22 9:10 Kilbagor Faculty Social 6pm | 23 8pm ... Cost Market croaks HOT chocolate game 7 pm | see dr Ellenoughn in comes |
| 28 6-8 Back to Sched Night sleepover for Schrader | 29 Mass 10:30 Dismissal Now! 200 Mississippi Frances Emma 12:5 pm Chicken Bundt | 30 Sunny in AM Kris about eq Not our day sleepover Frances Emma @ LSU Game | |

© PaperMask, LLC

July 28 – August 3

**28** Monday

**29** Tuesday

**30** Wednesday

**31** Thursday

GuilbaultC-PPR-      03207



GuilbaultC-PPR-    03208

## August 4 – 10

Civic Holiday (Can)

**4** Monday

**5** Tuesday

**6** Wednesday

**7** Thursday

GuilbaultC-PPR-      03209



2014

8 Friday

9 Saturday

10 Sunday

Notes

© PlanAhead, LLC

## August 11 – 17

**11** Monday

**12** Tuesday

**13** Wednesday

**14** Thursday

GuilbaultC-PPR-    03211



**2014**

**15** Friday

**16** Saturday

**17** Sunday

Notes

GuilbaultC-PPR-    03212

## August 18 – 24

**18**
Monday

**19**
Tuesday

**20**
Wednesday

**21**
Thursday

GuilbaultC-PPR-    03213

2014

**22**
**Friday**

At Elanger's in a.m./p.m.
Breast swollen - MRI/CT found

Shoulder pain - Rotator Cuff
surgery - may do it - oh as possible for outcome
do seem to get good therapy

Mammogram - 3/4/2015 @ DeChase
Need further testing w/ Dr. Fbesse

**23**
**Saturday**

call her if no word on mammogram
Send memo to Dr. Stelin

B.S.L - Cut Grass-HOT DAY
Saints Game

**24**
**Sunday**

Cut + moved weed in backyard

**Notes**

# August 25 – 31

## 25 Monday

## 26 Tuesday

Dr Theo – Anxiety/taste/skin/
hormonal/thero-toll rd.! Pressure/high
Xanax Rd. Today is one year from Biopsy.
He wants mammogram sooner. Sept 10 appt.
MRI of T12 in November before I see him

## 27 Wednesday

## 28 Thursday

**2014**

| Thursday | Friday | Saturday | Notes |
|---|---|---|---|
| 4 8⁰⁰ 5⁰⁰ Twilight Retreat 3:30-6:30 Massage 4:5 11:00- EKG Dr. Pain | 5 | 6 Soccer Michigue BSL after - Dinner @ Foeshinos LSU Game | Earl Mylie early store blood draw CBL - |
| 11 Freshman Massage Day | 12 | 13 Detention Chad's - Brian wine + Brie | save Rach lunch + thank them form this week |
| Started Leptor- Date?? ↓  18 | 19 Easter Strathoof Business Fac. 12-3:30 Ring Dance | 20 9, 10-11's Danies | |
| 25 9th Spink | 26 8th Spink | 27 Detention | |
| Rosh Hashanah | | | |

© PlanAhead, LLC

# September 1 – 7

**1** Monday — Labor Day (US & Can)

**2** Tuesday

**3** Wednesday

**4** Thursday



GuilbaultC-PPR-    03218

## September 8 – 14

**8** Monday

**9** Tuesday

**10** Wednesday

**11** Thursday  Total Cholesterol 256, was 224
HDL-80, Start Lipitor
Get blood test end of Oct.

GuilbaultC-PPR-    03219



## September 15 – 21

**15** Monday

**16** Tuesday

Independence Day (Mex)

**17** Wednesday

**18** Thursday

GuilbaultC-PPR-   03221



**2014**

**19** Friday

**20** Saturday

**21** Sunday

Notes

© PlanAhead, LLC

GuilbaultC-PPR-      03222

## September 22 – 28

**22** Monday

**23** Tuesday

**24** Wednesday
Rosh Hashanah Begins Sundown

**25** Thursday
Rosh Hashanah

GuilbaultC-PPR-   03223

2014

**26** Friday

**27** Saturday

**28** Sunday

Notes

© Planahead, LLC

## October

| Sunday | Monday | Tuesday | Wednesday |
|--------|--------|---------|-----------|
| *SUN. NGHT @ DALLAS 7:30* | Sept 29 *2-4pm* | 30 *kids to Dinner mcg READS NOW-UNWGEM* | 1 *MNS 9,10 BiG Sis/Litl* Picnic *Brought lunch for right items to Korei* |
| 5 *Tampa Bay @ N.O. WIN cooked but jeffrey* | 6 *STUD. CONV LABWETIAG Achy* *Yoga-r-go mtr week* | 7 | 8 |
| 12 *Bye* | 13 Columbus Day (US) Thanksgiving Day (Can) | 14 *Report card conferences* | 15 *TESTING DAY PROF.LEARNING 12:30-3:30* |
| 19 | 20 | 21 | 22 *CATH Senior Conf* |
| 26 | 27 | 28 *Running* | 29 *3:00 DR. STOLIER* |

## 2014

| Thursday | Friday | Saturday | Notes |
|---|---|---|---|
| 2 | 3 8 OUT LATE.  *MOVIE THE DROP* | 4 HABITAT DETENTION  E merils  L IN on H  B DAY  Your Garden Yom Kippur | Mickey + Jen  cut +, cut out  Uvula  Sore throat  + Whatever  Tendon?  See helps |
| 9 OPEN HOUSE 3-7 | 10 Mickey/Gigi BACH PARTY  NOLA- NO SCHOOL  Yom Kippur Begins Sundown | 11 | WRIST WENT  helps too |
| 16 | 17 RIVER STAGE @ HARD ROCK | 18 DETENTION  Bought-20#  Shrimp  Reed + Jen | Achy, throbbing  + numbness  joints, knees  ankle, heels  wrist, arm +  lower leg  Breast  Swollen  + underarm |
| Cath School Board Conf.  23 | 24 Michael George  B DAY | 25 DETENTION arm + Hrn  PARTY FOR  Michael George  + Jen | Muscles under  breast +  shoulder  Tight  Anything I  Should or  Should not-  be doing?? |
| Nov 1 Mich/Jen  30 TICKETS | 31 PICNIC  United Nations Day | DETENTION  Nov 15  Party for  Michael/Jen | Cuticle |
| | Halloween | | |

## September 29 – October 5

**29** Monday

**30** Tuesday

**1** Wednesday

**2** Thursday

GuilbaultC-PPR-    03227

**2014**

**3** Yom Kippur Begins Sundown

Friday *Theresa*

**4** Yom Kippur

Saturday *Pinned speecen announ an*
*3rd/picked speecen annun an*
*Yoga, walk Nita weating*
*Emeret's dinde. Al bizak.*

**5**

Sunday *Steffen tail peppers dinner favorite gras.*

Notes

© PlanAhead, LLC



October 6 – 12

**6** Monday

**7** Tuesday

**8** Wednesday

**9** Thursday

*HGA the house*

GuilbaultC-PPR-      03229

**2014**

**10**
Friday

No school
Bought new microwave
grocery.
Laurie's Party

**11**
Saturday

Made meatballs (≈65)

**12**
Sunday

West tom had brought meals

Notes

© Planahead, LLC

GuilbaultC-PPR-    03230

## October 13 – 19

**13**
Monday · Columbus Day (US) · Thanksgiving Day (Can)

Skip Burrus Surgery
East Jefferson Cancer Center
remove stents

**14**
Tuesday

**15**
Wednesday

**16**
Thursday

GuilbaultC-PPR-     03231

**2014**

**17**
Friday

Bingo @ Hard Rock

**18**
Saturday

Walmart
Shrimp - 20# Peel & fresh
Sweet potatoes.
Steam casserole ties Rotondelle

**19**
Sunday

Home after Saints game.
Steam - fed alarm - was Squirrel ate it

Notes

© PlanAhead, LLC

03233

## October 20 – 26

**20** Monday

Grid - ready to pick
Party City - Sea pepper dinner

**21** Tuesday

Write septy/see much ender regist
coming the on my book.
Shine - hair dist yoga + watch / make fire letter
Burger Saint.  Screw new microwave
Toys R Us Gaston

**22** Wednesday

**23** Thursday

**2014**

United Nations Day

**24** Friday

**25** Saturday

**26** Sunday

Notes

© Plan-Ahead, LLC

GuilbaultC-PPR-     03234

## October 27 – November 2

**27 Monday**

Tired. Slept Inner after work

**28 Tuesday**

a little tired but yoga + walk felt better

**29 Wednesday**

3:00 Dr. Stelzer – Referred me to Jen Miller @Bandry Physther. See him again in April 2015

**30 Thursday**

GuilbaultC-PPR-    03235



2014

Halloween

Daylight Saving Time Ends

31
Friday

1
Saturday

2
Sunday

Notes

# November

| Sunday | Monday | Tuesday | Wednesday |
|---|---|---|---|
| 2 Daylight Saving Time Ends | 3 | 4 8:00 Physical Therapy Beauty ACL consult + exam Election Day (US) | 5 |
| 9 | 10 Steve Hermosa tennis Faculty 4-5:30 | 11 3:30-6:10 (exec) Phys Therapy 8-9 Veterans Day (US) Remembrance Day (Can) | 12 1/2 day for Shut Prof Development for Faculty |
| 16 | 17 + Lauren Justin | 18 9:00 Microneedlepen Don't cancel it 11:30-Teets Cancer Awareness hip | 19 5:30 Festival |
| 23 | 24 | 25 | 26 |
| 30 | MCA Holiday-Teeter SALE S | | |

## 2014

| Thursday | Friday | Saturday | Notes |
|---|---|---|---|
| | | 1 *Party + Jam* | |
| 6 *Phys. Ther. massage for swelling + for cording* | 7 | 8 DETENTION · DETENTION | |
| 13 *Phys. Therapy 8-9* | 14 | 15 DETENTION | |
| 20 *Sw. Buick* | 21 *MASS 9:10* | 22 *DANIEL QUALIFANCE 2:00p Confirmation Thank-you Cheese Cream fanchy* | |
| Revolution Anniversary (Mex) 27 | 28 *MRI 10:30* | 29 | |
| Thanksgiving Day (US) | | | |

© PaperMead, LLC

GuilbaultC-PPR-     03238

## November 3 – 9

**3**
Monday

**4**
Tuesday

Election Day (US)

Phys. Therapy exam & consultation

**5**
Wednesday

**6**
Thursday

Phys. Therapy - Breast fluid but mostly swelling massag

GuilbaultC-PPR-    03239

**2014**

**7** Friday  *Sam's*

**8** Saturday  *Gowhap, Hebbers, Ann Heigle*
*for LSU game- steaks*

**9** Sunday  *Watched Saints game-Laundry, dishes*
*Hhus worked.*
*Rhea's for tomato - Jacque + Karri somewhere in town*

**Notes**

© Penhurst, LLC

GuilbaultC-PPR-   03240

## November 10 – 16

**10**
**Monday**  Annuity today-due to appearance stems? Text.
went to CVS took 2 Xanay!

**11**
**Tuesday**  Phys therapy
Lymphatic drainage  Veterans Day (US)
Massage — neck  Remembrance Day (Can)
thigh, arms, back ...
felt better today

**12**
**Wednesday**

**13**
**Thursday**  Phys therapy drainage/massage/(tried a
undercarm bleeding



## November 17 – 23

**17**
Monday  *Pack my tr[...] - St Hermered*
*Kreyptra mug'n - Billaes Sele Carnier*

**18**
Tuesday

**19**
Wednesday

**20**
Thursday                    Revolution Anniversary (Mex)

GuilbaultC-PPR-    03243



**2014**

**21**
Friday

**22**
Saturday

Engagement Party - Gene - Craig Kinkay
- Katie Sharon

**23**
Sunday

Notes

© PlanAhead, LLC

## November 24 – 30

**24**
Monday

**25**
Tuesday

**26**
Wednesday

**27**
Thursday

Thanksgiving Day (US)

# Clare Guilbault

12/1/14
Rx. ther.

- Joint pain
- Wrist tendinitis
- Left shoulder
• Physical therapy - breast edema

Hair stopped growing - 
(6 mmy ago)
} gave it some time - took Mult/Vitamins

Mammogram - Repeat in ~ then annually
Something on left side. Donna read it
mammography  o - le

- Scan looked good - given cream
T-12 Bone wasn't changed
4 will repeat scan in one yr
- gave her time - took multivitamin

Repeat in 6 mos

③ surgeieus biopsy
⑤ highly suspicious
⑥ - cancerous
④ more multi that, multi biopsy
Repeat in 6 mos to
...

GuilbaultC-PPR-   03246

GuilbaultC-PPR-    03247



2014

**28** Friday

**29** Saturday

**30** Sunday

Notes

© Pocketed, LLC

# December

| Sunday | Monday | Tuesday | Wednesday |
|---|---|---|---|
| | 1 DR. THEO 2:00 | 2 ART SHOU 6 8 | 3 |
| 7 | 8 MASS | 9 | 10 |
| 14 Justin & Doris Christmas Program Merry Birthday Jesus Kid's 7:30PM Cures | 15 EXAMS | 16 EXAMS | 17 EXam mass Solarium/Music Program St D |
| 21 | 22 | 23 | 24 Hanukkah |
| 28 | 29 | 30 | 31 |

Hanukkah Begins Sundown (under 23)

GuilbaultC-PPR-    03249

**2014**

| Thursday | Friday | Saturday | Notes |
|---|---|---|---|
| 4 *courver 6 pm* | 5 | 6 *HABITAT DETENTION* | |
| 11 *STUD- 11:30 FACULTY 3:30* | 12 *EXAMS* | 13 *DECEATION MAA CHRIST PARTY* | |
| 18 *REC DAY* | Virgin of Guadalupe (Mex) 19 *REC DAY* | 20 *LEONARD FAMILY* | |
| 25 Christmas Day | 26 | 27 | *Jan 5th ✓ Class resume* |
| | Boxing Day (Can) Kwanzaa Begins | | © PenAhead, LLC |

# December 1 – 7

**1 Monday**

Dr. [illegible] seems looked great. No [illegible]
[illegible] have been there 20-30 years.
[illegible]
Hair Growth has slowed. Slow [illegible] Vitamin [illegible]
[illegible]

**2 Tuesday**

**3 Wednesday**

**4 Thursday**

[illegible] Ochsner [illegible] breast cancer
[illegible] [illegible] to be money [illegible] 3-5 years
[illegible]
[illegible]

GuilbaultC-PPR-    03251



**2014**

**5** Friday

**6** Saturday

**7** Sunday

Notes

© PlanAhead, LLC

GuilbaultC-PPR-      03252

## December 8 – 14

**8** Monday

**9** Tuesday

**10** Wednesday

**11** Thursday

GuilbaultC-PPR-    03253

**2014**

Virgin of Guadalupe (Mex)

**12**
Friday

**13**
Saturday

**14**
Sunday

Kids: Vicente from Cabes
Meatballs + Spaghetti
to 7 pm  St Don (Shadows Program)

Notes

© Plan Ahead, LLC

GuilbaultC-PPR-    03254

# December 15 – 21

**15** Monday

**16** Tuesday
Hanukkah Begins Sundown

**17** Wednesday
*Illinois Sharon Frey - St Dr.*  Hanukkah

**18** Thursday



2014

19
Friday

20
Saturday

21
Sunday

Notes

© PlanAhead, LLC

03257

**Notes**

MyCohasco / clapsca / Lawren05
mt carmel

* — good info - booklet form

NCCN - National / Comprehensive Cancer Network

9,500 Sus-slow book - premenause meds

Aprepitant, diganathasone,
serotonen inhibitors

Brenda Rainau Brown  504-615-5180

3/18/14  Dr Sue
hormone therapy
starting Cox - 5 yrs / staying on 10 yrs
hot flashes, themlaces to ma case...
Radiation end of Apr, Sie teen med Aprel
Dr. she wants copy of pathology report from Surgery

Amanda Erbau Arthur - MCH grad '99

When Brezno therapy comes per Little Austin?
Benefreal, are besclos? Qnkly his name!
well if by in MD connay?

03258

Dorothy Michelle Juneau
2006 Chemo, Lumpectomy
Radiation

MARINOL - marijuana - helped her sleep)
so she could avoid nausea. Bowel self
to act - felt better, some deep. Stayed at
fed. took lower framework. Diarrhea a
few days. No lymph nodes, Not hormonal
related. Aggressive, found by mammogram
Lydia + Irene live in condo her parents.
Quietly took Lexapro for a few years
bleof cancer- finally slowly weaned off.

Cut back. Went to quit. Went straight to ER
Had had some muscle tiredness in legs + ability
suspect anything. Planning to go to Spain?
Cut back 3 chemo drugs- Photorubal (??) + 2 others....
No Relent effrafreaction → pain chemo - 100 % Quartley
to scary's I felt. sure has spread / host checked
Sensitive skin, itch. Allerax / Chemo- Wk since

Patsy Sears -

Patsy said her daughter was expecting like mine.

*[remaining handwritten text illegible]*

GuilbaultC-PPR-    03259

F...:              patricialou52@cox.net
**Sent:**          Wednesday, October 16, 2013 4:26 PM
**To:**            Clare Guilbault
**Subject:**       Re: How are you?

Hi Clare,

Your diagnosis is exactally like mine was. Thank God Thelma and Louise are here for the cool months. I had bandana's to match all my outfits as well. You can pretend you are back in the 70's and tie the knots on the side and wear hoops. Check out the Look Good Feel Better class through E.J. Hospital. They teach you all kind of tricks and give you very nice make up which is donated by the finest companies.

Who is your Dr. I had Dr. Janet Burroff for chemo and Dr.Paul Monseur for radiation. Also I highly recommend Dr. Rhett Sassard for surgery. You will be fine, look at me.

If work gets to be too tiresome, take a leave if you can. Like my eye doctor told me, this entitles you to eat dessert first or do anything you wish. Bring on the comfort food. Mine was mac and cheese, and I mean the good kind that my sister made.

Our monthy chats are not no hold, I'll make it a point to spend time with you whether it be driving you to treatment, helping with chores, etc. I will never forget the time you picked me up a few items from Dorignac's when I wasn't up to par and you have to let others help too.

Wow, what a new meaning to breast cancer month. We got to get some pink and fight like a girl.

I'm having a nice and relaxing time here in Oregon, kinda want to stay. Oh, well, I will be keeping in touch and until I return, do not hesitate to ask Rick for anything. Hold your head up. God is smileing on you. Love, Patsy

GuilbaultC-PPR-    03260

03261

Jason 1, 2014 - Patsy

She had surgery first    2005?

on one lymph node

Chemo + radiation

Doctor said - once radiated, it

wasn't close that on that area now

50% is deficiency!

Be positive - Book: The Secret

Jennifer sgm. - France

No health ins. since being retired

A cup of Comfrey - see lower left one

Julie Larose Bacon 2005 - 1 cm., small, no lymph node
Lumpectomy + sentinal node. Smoked + overweight
adriomycin every 2 weeks. Wasn't feeling good
They tell her don't worry. Chestpains, short of breath
Ended up w/ cardiomyopathy, pacemaker, heart transpla
at Ochsner. She retired from the State, Recreation
Therapist for a drug + alcohol rehab. Had cancer pati to

Christie + HagOser - does phrenectomies on nerve
Hugh Ulcers - Ibuprofen + Tylenol. Homeopathic
Liver Cleanse ....
Christie - dental problems, eye problems
40 hyperbaric treatments - altered our life
9 teeth extracted - weak + tired, couldn't drive
HARCH - LSU wound care
Broken ankle last year? Stayed at Danielle'

# Notes

Ann H. Mothers against Cancer - Kingwood TX
yr. old daughter died of leukemia. Started Foundation
raised 250K this yr? 10 million over all? 40 M.D.
Anderson + Child. Hosp of TX.

by Magabgag - 2 yr old grandson - bone
cancer in his hip - live on Ranch an hour out
Lubbock

Notifica fighting cancer again - melanoma? +
her illnesses   diabetic, tired yrf....
talked about foods for cancer diet
? have   squamous cell mah's surgery on
s arm
Paul + Lynn helping w/ Paul + Joanna's Kids
in Cabo
whon 4-5 days, Rome - Venice, Istanbul, Sicily
+ Debbie, Jeff + Kay
- Disney world
ul's Jet. Reunion. July - Aug - 3 weeks in Hawaii
- Shelley's family
Isy - Colorado
or Day - Mah Jong group!

# Notes



# Notes

# Notes



# Contacts

**Name** DR. Theo's NURSE - Robin Jackson - 256-426-2611

**Address** DR. THEO Cell - 985-789-8691
DR. THEODOSSIOU office - 504-842-3910
Nurse - APRIL

Home                    Cell

Office                   Fax

Email

---

**Name**

**Address**

Home                    Cell

Office                   Fax

Email

---

**Name**

**Address**

Home                    Cell

Office                   Fax

Email

GuilbaultC-PPR-    03267

# Contacts

## Name

Address

| Home | Cell |
|------|------|
| Office | Fax |
| Email | |

## Name

Address

| Home | Cell |
|------|------|
| Office | Fax |
| Email | |

## Name

Address

| Home | Cell |
|------|------|
| Office | Fax |
| Email | |

GuilbaultC-PPR-    03268

# Contacts



**Name**

Address

Home                                Cell

Office                              Fax

Email

**Name**

Address

Home                                Cell

Office                              Fax

Email

**Name**

Address

Home                                Cell

Office                              Fax

Email

GuilbaultC-PPR-        03269

# Contacts

**Name**

Address

Home                                          Cell

Office                                        Fax

Email

---

**Name**

Address

Home                                          Cell

Office                                        Fax

Email

---

**Name**

Address

Home                                          Cell

Office                                        Fax

Email

GuilbaultC-PPR-        03270

# ontacts

ne

lress

| ne | Cell |
|---|---|
| ce | Fax |
| ail | |

ne

lress

| ne | Cell |
|---|---|
| ce | Fax |
| ail | |

ne

lress

| ne | Cell |
|---|---|
| c⌒ | Fax |
| ail | |

# Contacts

**Name**

Address

Home                              Cell

Office                            Fax

Email

---

**Name**

Address

Home                              Cell

Office                            Fax

Email

---

**Name**

Address

Home                              Cell

Office                            Fax

Email

# Contacts



**Name**

Address

Home                        Cell

Office                      Fax

Email

---

**Name**

Address

Home                        Cell

Office                      Fax

Email

---

**Name**

Address

Home                        Cell

Office                      Fax

Email

GuilbaultC-PPR-    03273

# Contacts

**Name**

Address

| Home | Cell |
|------|------|
| Office | Fax |
| Email | |

---

**Name**

Address

| Home | Cell |
|------|------|
| Office | Fax |
| Email | |

---

**Name**

Address

| Home | Cell |
|------|------|
| Office | Fax |
| Email | |

GuilbaultC-PPR-    03274

# Passwords

Website

Login

Password

Notes

---

Website

Login

Password

Notes

---

Website

Login

Password

Notes

---

Website

Login

Password

Notes

# Passwords

## Website

Login

Password

Notes

## Website

Login

Password

Notes

## Website

Login

Password

Notes

## Website

Login

Password

Notes

# Passwords

**Website** Books - The Voodoo Breast
**Login** * Pink Lemonade

**Password**

**Notes** Betsy Bird
ERIN Biro + CJ.          333 GIROD ST. #203 70/30

**Website** Beau - new company - Cetera

**Login** Andrea + Brad Frischertz - 2 kids Ford - Justin's age

**Password** Mark + Emily Frischertz - Nicholas - yr. older than Lauren
Mia - Justin's age

**Notes**

Colleen Scheyd _____ , 3 boys - one Justin's age
married Prof. football player, Bridget Rotucheaux sister
**Website** Building house on Canal Blvd.

**Login**

**Password**

**Notes**

---

**Website**

**Login**

**Password**

**Notes**

GuilbaultC-PPR-    03278

