# Exhibit 13

Back

## Conversation with Debbie Tarleton Braquet

Participants: Debbie Tarleton Braquet

**Debbie Tarleton Braquet**                                                Monday, January 9, 2017 at 9:54pm CST

Hello, can you put a ♥ on your wall, without comment, only a heart, then send this message to your female contacts. After putting one ♥ on the wall of the person who sent you this message. If anyone asks why you have so many hearts on your wall do not answer. It is for women only to remember its the week of breast cancer prevention! ♥ Check your boobies!! Hold your finger down on the message and hit forward.

EXHIBIT
tabbies
19

GuilbaultC-PPR-   00001

### Conversation with Julie Bacon

**Participants:** Julie Bacon

| Julie Bacon | Sunday, December 15, 2013 at 10:57pm CST |

Clare, I am so sorry that you have to go through this. The Adriamycin was the chemo that damaged my heart. Make sure that they check your heart. My doctor neglected to check it after the chemo and I told him that I was having trouble breathing. I ended up in the emergency room with congestive heart failure. My number is 985-218-9086

| Clare Guilbault | Sunday, December 15, 2013 at 9:46pm CST |

Julie, I am halfway through chemo. Finished adriomicin and start taxotere dec 26. Will have surgery and radiation after that. Not fun but I am making it. My number is 504-874-1648. I would like to hear about your experience. Message me your phone number. Merry Christmas to all your family!

GuilbaultC-PPR-     00002

Back

## Conversation with Rhea Lemarié Gonczi

Participants: Rhea Lemarié Gonczi

**Rhea Lemarié Gonczi** — Saturday, November 11, 2017 at 10:29pm CST

Lili I told Lauren I saw a Christmas tree that made me think she could do this. Not sure if this was the one, lol but this is cute. Please show it to her.

**Rhea Lemarié Gonczi** — Monday, January 9, 2017 at 9:18pm CST

Hello, can you put a ♥ on your wall, without comment, only a heart, then send this message to your female contacts. After putting one ♥ on the wall of the person who sent you this message. If anyone asks why you have so many hearts on your wall do not answer. It is for women only to remember its the week of breast cancer prevention! ♥ Check your boobies!! Hold your finger down on the message and hit forward.

**Rhea Lemarié Gonczi** — Tuesday, January 3, 2017 at 7:42am CST

**Rhea Lemarié Gonczi** — Sunday, September 18, 2016 at 10:19pm CDT

HEY! YES! Mimi and Papa are here!! We do need to post pics.

**Rhea Lemarié Gonczi** — Sunday, September 18, 2016 at 10:19pm CDT

So have the Tommy Noto's arrived??? Clare and I have been stalking FB and Instagram?

**Rhea Lemarié Gonczi** — Saturday, February 20, 2016 at 9:47am CST

**Rhea Lemarié Gonczi** — Monday, October 21, 2013 at 8:50pm CDT

Thought you would like this....

GuilbaultC-PPR-   00003

## Conversation with Robin Larose Hickey

**Participants: Robin Larose Hickey**

---

**Clare Guilbault**                                                                        Friday, May 15, 2015 at 9:29am CDT

Thanks Robin. We are in Lafayette for funeral today. So sad but Larry is so strong. I finished chemo a year ago. Then had lumpectomy and radiation. It was a long scary year. I have some side effects from medicine I will be taking for several years but it is manageable. I talked to your sister Julie a few times. She is a great model for me and so positive. Thanks for your message.
Clare

---

**Robin Larose Hickey**                                                              Thursday, May 14, 2015 at 5:43am CDT

Dear Clare, I just realized I didn't reply to your note! I did send an email off to my sibs, but forgot to reply to you. I am so sorry to hear about Nancy. I am not sure we ever met, but she was so kind to a friend of mine who evacuated there during Katrina. She had breast cancer & was scheduled for a partial mastectomy on that Tuesday! Nancy helped her find medical care in Lafayette & was just really kind & caring. You have been on my mind so often & I keep meaning to write to see how you are doing? Where are you in your treatment? Finished chemo?? How are you feeling??? Time just goes by so fast these days! Please give my love to the family &, when you get a chance, just let me know how you are doing? ❤

---

**Clare Guilbault**                                                                        Tuesday, May 12, 2015 at 9:42pm CDT

Robin, I so want to catch up with you, but tonight want to let you know that Larry's wife nancy passed away today. She was diagnosed with pulmonary fibrosis about 4 years ago. (Same thing my mother had). She gradually lost lung function. Was in serious condition this past month and lost her battle today. If you want to call me anytime it's 504-874-1648. I am doing well. Thanks for thoughts and prayers. Please let your family know about Nancy.

---

**Robin Larose Hickey**                                                                Friday, March 6, 2015 at 6:06am CST

Cuz, I saw your comment on my post about Julie & it made me think, for the thousandth time!, about you. I have meant to write & ask how you are doing??? Are you finished with chemo? I will continue to keep you in my prayers. ☐

---

**Clare Guilbault**                                                                      Sunday, March 30, 2014 at 10:47am CDT

Surgery went well. Lumpectomy and lymph nodes removed. Not in pain at all. Waiting to hear pathology next week to assure clear margins. Then start radiation. Thanks to al for prayers. I feel blessed.

---

**Robin Larose Hickey**                                                              Sunday, March 30, 2014 at 7:36am CDT

Been thinking of you, Clare. How did the surgery go? I did send your note to the family so our prayers are coming your way too <3

---

**Clare Guilbault**                                                                  Wednesday, March 26, 2014 at 12:06pm CDT

Glad chemo is done. The last one kicked my butt! Overall not as bad as anticipated. Managed to work most days and to have some fun also. Surgery tomorrow, lumpectomy and lymph node removal. Tumor has shrunk considerably, nearly completely. Tell Julie they are still monitoring my heart function although I was told it can show up years later if at all. Will keep you posted! Thanks for checking on me cuz! Love hearing from you. And you can share my story with your family and our friends. No way to keep it a secret and support and prayers have helped so much!

---

**Robin Larose Hickey**                                                                Monday, March 17, 2014 at 6:50am CDT

It was so good to see a picture of you having some fun! How is your treatment going? How are you feeling?? Sending love & prayers <3

---

**Robin Larose Hickey**                                                          Monday, December 16, 2013 at 5:45pm CST

nts of LOVE!

---

**Robin Larose Hickey**                                                          Monday, December 16, 2013 at 5:45pm CST

I have been sending good gris-gris your way! How are you doing? Arlene Tebbe messaged me to ask what was up with you. I hope you don't mind, but I told her. I wasn't sure if you were letting people know? Lots of live for a Merry Christmas & HEALTHY New Year, sweet cuz!



**Julie K Miller**

iMessage
Jan 29, 2015, 3:29 PM

> Hi Julie K, it's Clare. Charlotte gave me your number. I want to talk to you and hear tout story when you have time. I also want to know about the biotin. How much to take? Special shampoo? I am desperate for a cure for this mess. Any side effects? Call me when you can 😊



Julie K Miller

Am going to call you in just a few minutes- waiting on a phone call that should come soon. Took a picture of the shampoo-bought at Salon where I bought my wig.





Mar 12, 2015, 2:52 PM

Been thinking about you. Hope the surgery went well and you are feeling ok! Clare

Girl, I have been thinking about you too!! Surgery went really well and pathology all negative- praise God. Very minimal pain. How are you doing?



**Julie K Miller**

you doing?

> Feeling pretty good. Desperately hoping for hair. What I have is pitiful. Just started Nioxin and Nizoral. Taking biotin. Any other suggestions? So glad you are doing okay!

I will be praying for hair growth for you. I will check with some ladies who have been there and see if anything else



Rogaine.

Apr 5, 2015, 7:07 PM



Happy Easter! We had family here and just finished cleaning and put my feet up. Hair is disappointingly slow! And thin. Haven't tried rogaine but ready to. How are you feeling? I will call you soon to catch up.

I am good, just the Arimidex side effects

  iMessage 

      

Verizon   10:52 AM   66%

Julie K Miller

I am good, just the Arimidex side effects can be frustrating. Am praying for your hair

And I pray for you and your side effects. Lets get together and commiserate one day!!!

Sounds good 😊

Jul 14, 2015, 1:03 PM

How are u doing? Is

iMessage



Julie K Miller >

Jul 14, 2015, 1:03 PM

How are u doing? Is Arimidex getting any better and hair? Julie



Hi, thanks for checking. I think exercise helps with the joint pain. Walking and yoga. When I don't exercise I feel stiffer and achy. Hair... hmmm... Some is there but sparse and fine, still need wig. Started rogaine a week



GuilbaultC-PPR-   01117

•ıll Verizon 🤝   10:53 AM   65% 🔋

Julie K Miller >

Arimidex getting any better and hair? Julie

> Hi! thanks for checking I think exercise helps with the joint pain. Walking and yoga. When I don't exercise I feel stiffer and achy. Hair... hmmm... Some is there but sparse and fine. still need wig. Started rogaine a week ago. We shall see. How are you? Still achy?

iMessage

Sent: patricialou52@cox.net
Wednesday, October 16, 2013 4:26 PM
To: Clare Guilbault
Subject: Re: How are you?

Hi Clare,
Your diagnosis is exactally like mine was. Thank God Thelma and Louise are here for the cool months. I had bandana's to match all my outfits as well. You can pretend you are back in the 70's and tie the knots on the side and wear hoops. Check out the Look Good Feel Better class through E.J. Hospital. They teach you all kind of tricks and give you very nice make up which is donated by the finest companies.

Who is your Dr. I had Dr. Janet Burroff for chemo and Dr.Paul Monseur for radiation. Also I highly recommend Dr. Rhett Sassard for surgery. You will be fine, look at me.

If work gets to be too tiresome, take a leave if you can. Like my eye doctor told me, this entitles you to eat dessert first or do anything you wish. Bring on the comfort food. Mine was mac and cheese, and I mean the good kind that my sister made.

Our monthy chats are not no hold, I'll make it a point to spend time with you whether it be driving you to treatment, helping with chores, etc. I will never forget the time you picked me up a few items from Dorignac's when I wasn't up to par and you have to let others help too.

Wow, what a new meaning to breast cancer month. We got to get some pink and fight like a girl.

I'm having a nice and relaxing time here in Oregon, kinda want to stay. Oh, well, I will be keeping in touch and until I return, do not hesitate to ask Rick for anything. Hold your head up. God is smileing on you. Love, Patsy