# Exhibit 14

## ALLERGIC

Patricia R. Hickham, M.D.

Please complete this form entirely. Please print and sign and date form.   Account # ███

Patient's Name: **CLARE   L.   GUILBAULT**   Date: **6 / 25 /2015**
                 First    Middle    Last

Current Address: **310 West Williams David Pky   METAIRIE   LA   70005**
                 # & Street / P O Box              City         State    Zip Code

Permanent Address: _____
(if different from above) # & Street / P O Box   City   State   Zip Code

Home Phone # ███   Work # ███   Cell # ███
Date of Birth: ███   SS# ███   Sex: Male / **Female**
E-Mail Address: **cguilbault@mcacubs.org**   ***Required for all Accutane patient
Address of School OR Employer: _____
Occupation: **School Administr...**   Place of Employment: **MT. CARMEL**   Position: **Dean of Students**
Marital Status: **married**   Name of Spouse / Partner: **Glenn Guilbault**   Cell # **(504) 439-1259**
Spouse's Employment: **Self, CPA**   Position: **CPA**   Work # ( )

Referring Physician: **N/A**   How did you hear about our practice? **Word of Mouth**
**Rachel Walters Guilbault, Peggy (Babin) Indest...**
If patient is a Minor or Student: Please give any information that is not listed above (Required):

Mother's Name: _____   Home # ( )   Cell # ( )
Address: _____   Work # ( )
(if different from above) # & Street / P O Box   City   State   Zip Code
Occupation: _____   Place of Employment: _____   Position: _____
Father's Name: _____   Home # ( )   Cell # ( )
Address: _____   Work # ( )
(if different from above) # & Street / P O Box   City   State   Zip Code
Occupation: _____   Place of Employment: _____   Position: _____

Emergency Contact (other than above) (Required):

Name: **Beau Guilbault**   Relationship: **SON**   Home # ( )
Address: **1901 TAFT PKWY**   Cell # ███   Work # ( )
(if different) # & Street City State Zip
**METAIRIE LA 70001**

Insurance Information: Please provide your insurance card and driver's license or photo ID.

Primary Insurance: **Blue Cross Bl Shield of LA**   Secondary: _____   
Name of Insured / Cardholder: **CLARE GUILBAULT**   SS# _____   DOB: ███
Specialist COPAY DUE at time of service $ _____

IS THIS VISIT RELATED TO AN ACCIDENT OR LEGAL PROCEEDING?   Yes ___   No **X**
IS THIS VISIT RELATED TO WORKMAN'S COMPENSATION?   Yes ___   No **X**

X **Clare L. Guilbault**   Date **6 /25/2015**   (Staff Initial ___)
  Signature

**EXHIBIT 21**

GuilbaultC-TerezakisDrNiaK-   00011

LOV: N/P

taking Biotin
Iron/count
ferrous

Pt Brought
all previous
B/W

Still needs
to v Thyroid

(S) Cordran Lotion
prn
Irritation

Last angioplasty Also

Rec Latisse
Photos shown

Retinol info
given
Will start @
F/up

— Photos
Taken

Plan to ✓
Moles
F/up

Hair loss Consultation
Pt went through chemo
lost her hair starting to
grow back Also Areas AGA

— Photos shown / taken
— Nizoral Shampoo 1%
  3x/week
— MTM daily or Rogaine
  BID

PROCEDURES: (circle fix +/- risks)
___ Informed Consent given risks disc. exp (that not
limited to) bleeding, infection, scar, recurrence, blistering,
pain, breath/eye irritation, numbness, atrophy/scar, to
alternate to other treatments/no surgery/pt elected
to proceed.
___ Wound care instruction w/ HOG
___ Pt understood procedure/will w/o complications
Anesthetic ___ lido w/ epi   lido w/o epi
Biopsy / Shave Bx / Punch/
MARTIN NICOLETTI PROPATH EJGH QUEST LABS
___ Surgery-Op Note

DISCUSSION: — Wants to bring
✓ IO & R w/ Rx & f/u   hair
✓ HOG
___ STFPD
___ Skin exc; risks disc.     Realities
___ ABCDE'S HOG          — my lines
___ Atopic Precautions
___ ID contigies, recur, ↑ & Histories, shave price
___ Pregnancy & Breastfeeding known disc exp side effects
of meds on hormones avoid pregnancy/OAC x6 mos. Mods
Myreg MD eh. CK w/ OB 3/2 sex tely meds in preg.
___ Accutane of in depth disc w/ manual incl. bx, teratic, allerg/drug, psych size, duration, GI, exp, t, triglycerides, dry
sense DC/alt. Bx to toxicity PW A lad by, CRC,
LFT's, and CC/day: test not used, blood+, tell Joint &
muscle aches, sun, skin test when avoid Cycline AAEKSTW
Vit N prot (m, gen) eds, EXOH, avoid Bx 1 yr., GI sx,
Bleeding 7 days Rx, and others. ___ Consent signed
___ Cosmetic procedure disc. & pt informed no coverage
by insurance. ___ pain waiver signed ___ medicare waiver signed

___ Med Records ___ release ___ review
___ Consent Guardian/conf >50% extensive pt
time/consent, care/Dx/tx/recov/prognosis/risk/benefit txs
Justone risk/F/U cost measure/Risk Reduction/F/U/safety net.

| NP | 0-10' | 02-20' | 12-40' | 04-60' | 05-60' |
|----|-------|--------|--------|--------|--------|
| EP | 11-5' | 12-10' | 13-40' | 14-25' | 15-40' |
| CON | 41-15' | 42-30' | 43-60' | 44-60' | 45-60' |

                        Sept/oct
FOLLOW UP:
✓ RTO ___ #yr/w/m/wks ___ prn A ___ yr
___ If sx persist ___ recurrence
___ schedule surgery
___ call office for ___ problems ___ labs results in ___ d
___ path results if pts not received by 3 wks.

DATE: JUN 25 2015        DR. SIGNATURE: NT

DATE: JUN 25 2015

CC: (new, acute, c, flared, long hx)
Duration: how long
Severity: mild, mod, sev
Quality: itch, burn, pain
Modifiers: ↑ / ↓ w/ meds, circumstances, heat, foods
Context: day, night, home, wk, spring, summer, fall, winter
Assoc. S/SX: fever, malaise

#1 skin exam 2 spots

#2 Hair regrowth after chemo — per note ø cosmetic

age:_____ minor pt w/_____

F/U high risk pt w/ + Hx skin ca for evidence recurrence & new lesions ___ BCC ___ SCC ___ MM
attn:

— daughter in law Rachel Walters Guilbault — hair dresser

✓ MedHxRev ___ new medical complaints/problems w/i 6 mos N Y Recent Illness/Hospitalizations:
poss of Pregnancy N Y ___ mos ___ wk Breastfeeding N Y

PMSHHx:
Medical History: ___ no changes
Family History: ___ no changes  *FHx Skin Cancer: NO YES  BCC  SCC  MM  AK
Social History: ___ no changes  Sexually Active NO YES    Tanning Bed: NO YES  freq ___
Drug Use  NO YES  explain ___
ROS: ___ NO changes

N Y *Other skin problems    N Y DRY EYES         N Y NAUSEA/VOMITING     N Y MUSCLE ACHES
N Y RASHES/DRY SKIN        N Y Glaucoma          N Y ABDOMINAL PAIN      N Y *HEADACHE/Migraine
N Y Chg/bleeding mole      N Y Oral Ulcers       N Y Diarrhea            N Y *ANGER
N Y SUNBURN/BLISTERS       N Y NOSEBLEEDS        N Y Burning on Urination N Y DEPRESSION/ANXIETY
N Y *Fever/Chills          N Y Sinus/*Allergies  N Y Menses reg/irr.     N Y SUICIDAL THOUGHTS
N Y *Itchy/Red Eyes        N Y *Leg Swelling     N Y OCP/CONTRACEPT      N Y *Swollen neck/Thyroid
N Y BLURRY VISION          N Y *Shortness of Breath  N Y *JOINT PAIN/Arthritis  N Y *Swollen/Tender glands

Rx  NONE/ List:

PHYSICAL EXAM:
-CONST (V/T): Wt ___ Lbs Ht ___ ft ___ in
  HR/RR ___ R:WNL ___ T ___ F
  B/P ___ Supine B/P ___
-CONST: General/All development WNL
-Psych: Mood: WNL depressed angry
-Neuro: MS: WNL a&ox ___ /confused
-Lymph: Nodes: WNL cervical supraclav submental
  parotid occipital axillary epitroch
  femoral inguinal popliteal
  adult:
-Extrem: Nails: WNL acrylics pitting onycholysis
  subungual debris
  Digits: WNL acral cysts
-Eyes: Lids: WNL erythema scale swelling papules ___
  Conjunc: WNL injected edema mass
  Hemorrhage exopthalmos
-ENT: Lips: WNL blisters crusting
  Gums: WNL intra white lacy reticulation pigmentation
-ENT: OP: WNL pus ulcers mass red/inflamed
-Neck: Thyroid: WNL enlarged mass
-GI: Anus: WNL hemorrhoids hypigmentation
  Liver: WNL enlarged tender
  Spleen: WNL enlarged tender
-Cv: Veins: WNL varicose reticular telangiectasia
  EVS: WNL pitting/nonpitting edema
  Temp: WNL RUE/LUE warm cold
  Pulses: R WNL ___ + LWNL ___

SKIN: (WNL or findings noted)
___ Scalp/Hair
___ Head/Face
___ Neck
___ Chest/Breast/Axillae
___ Abdomen
___ Back
___ RUE
___ LUE
___ RLE
___ LLE
___ Buttocks/Genitals
___ Apocrine/Eccrine: WNL

Print This Page | Close This Window

Name: Clara L Guilbault | DOB: ███ 1952 | MRN: ███ | PCP: Ellee J Nicaud, MD

# Medications

---

**potassium chloride 10 MEQ Tbsr**
Commonly known as: KLOR-CON
Instructions: Take 2 tablets (20 meq total) by mouth once daily.
Prescribed by Nichole M Polin, MD on 5/5/2015
Prescribed quantity: 120 tablets

*Request a renewal*

---

**carvedilol 6.25 MG tablet**
Commonly known as: COREG
Instructions: Take 1 tablet (6.25 mg total) by mouth 2 (two) times daily with meals.
Prescribed by Nichole M Polin, MD on 3/12/2015
Prescribed quantity: 180 tablets

*Request a renewal*

---

**alprazolam 0.5 MG tablet**
Commonly known as: XANAX
Instructions: Take 1 tablet by mouth twice a day as needed for insomnia/anxiety
Prescribed by Chris Theodossiou, MD on 3/9/2015
Prescribed quantity: 60 tablets

*Request a renewal*

---

**atorvastatin 20 MG tablet**
Commonly known as: LIPITOR
Instructions: Take 1 tablet (20 mg total) by mouth once daily.
Prescribed by Nichole M Polin, MD on 1/7/2015
Prescribed quantity: 30 tablets

*Request a renewal*

---

★ **anastrozole 1 mg Tab**
Commonly known as: ARIMIDEX
Instructions: Take 1 tablet by mouth every day
Prescribed by Chris Theodossiou, MD on 10/10/2014
Prescribed quantity: 90 tablets

*Request a renewal*

---

*Multivitamin*
*Biotin 5,000*

**calcium carbonate 500 mg calcium (1,250 mg) tablet**
Commonly known as: OS-CAL
Instructions: Take by mouth once daily.
Prescribed by Historical Provider, MD on 9/4/2014

**losartan-hydrochlorothiazide 100-25 mg 100-25 mg per tablet**
Commonly known as: HYZAAR
Instructions: Take 1 tablet by mouth once daily.
Prescribed by Nichole M Polin, MD on 9/4/2014
Prescribed quantity: 90 tablets

Request a renewal

**meloxicam 7.5 MG tablet**
Commonly known as: MOBIC
Instructions: Take 7.5 mg by mouth daily as needed.
Prescribed by Historical Provider, MD on 10/18/2013

**fish oil-omega-3 fatty acids 300-1,000 mg capsule**
Instructions: Take 2 g by mouth once daily.
Prescribed by Historical Provider, MD on 10/18/2013

**glucosamine-chondroitin 500-400 mg tablet**
Instructions: Take 1 tablet by mouth once daily.
Prescribed by Historical Provider, MD on 9/25/2013

**vitamin D 1000 units Tab**
Instructions: Take 800 mg by mouth once daily.
Prescribed by Historical Provider, MD on 9/17/2013

**loratadine 10 mg tablet**
Commonly known as: CLARITIN
Instructions: Take 10 mg by mouth once daily.
Prescribed by Historical Provider, MD on 9/17/2013

**vitamin E 100 UNIT capsule**
Instructions: Take 100 units by mouth once daily.
Prescribed by Historical Provider, MD on 9/17/2013

Nia K. Terezakis, M.D.    Patricia R. Hickham, M.D.    Laura C. Williams, M.D.

Patient Name: CLARE L. GUILBAULT    Date: 6/25/15

Reason for Doctor's Visit: 1) HAIR REGROWTH after Chemotherapy 2) SKIN Check - Moles etc

Name of physician usually responsible for patient's medical care: Dr. Elise Picaud, East Jefferson, Dr. Nicole Polin - Ochsner

Please complete NO (N) or YES (Y) for each of the following regarding the patient for the last 3 months:

**SKIN:**
N (Y) Changing/Bleeding moles
(N) Y Itching/Rashy/Dry Skin
**ENT:**
(N) Y Oral Ulcers
**GENITOURINARY:**
(N) Y Burning on Urination
**GENERAL HEALTH:**
(N) Y Fever/Chills/Fatigue
**PULMONARY:**
(N) Y Shortness of Breath

**CARDIOVASCULAR:**
(N) Y Varicose Veins
(N) Y Leg Swelling
**NEUROLOGY & PSYCHOLOGY:**
(N) Y Seizures
(N) Y Headaches/Migraines
N (Y) Depression/Anxiety
**HEMATOLOGY:**
(N) Y Swollen Glands/Nodes
(N) Y Easy Bruising

**EYES:**
(N) Y Itchy/Red/Dry Eyes
**MUSCULOSKELETAL:**
N (Y) Joint pain/Arthritis/Muscle Aches
**GASTROINTESTINAL:**
N Y Nausea/Vomiting/Diarrhea
N Y Jaundice/Yellowing Skin
**ENDOCRINOLOGY:**
N Y Swollen Neck/Thyroid

**PERSONAL MEDICAL HISTORY:**
List known Medication Allergies: (NONE KNOWN)

List all of Patient's Medications:
ATTACHED

Complete each of the following regarding the patient's skin. Is there a history of:
N  Y  Atypical/Abnormal Moles                (N) Y  Multiple Sunburns
N (Y) Precancers/Actinic Keratosis (AK'S)     (N) Y  Tanning Bed Use: How Often?_____
(N) Y Skin Cancer: IF YES which type(s)?       (N) Y  Keloids
       Basal Cell   Squamous Cell   Melanoma   Other:_____
       Site/Year_____

Circle or List patient's past and current MEDICAL CONDITIONS:
(High Blood Pressure)  Diabetes   Cancer (type): Breast
Immune Deficiency   HIV   Hepatitis B / C   Other:_____

FAMILY HISTORY: Circle or list any known family history of the following:
Abnormal Moles   Skin Cancer  (Precancers (AK'S))  Basal Cell   Squamous Cell  (Melanoma)  Other:_____

SOCIAL HISTORY:   Occupation:_____
Alcohol Use:  No (Yes)  7  drinks/day (week) month
Tobacco Use:  (No) Yes  _____ packs/day x _____ years

form was filled out by: Clare Guilbault    Relation:_____

Print This Page | Close This Window

Name: Clare L Guilbault | DOB: ▉▉▉ 1952 | MRN: ▉▉▉ | PCP: Elise J Nicaud, MD

# LIPID PANEL - Details

ⓘ About This Test

**Comments from the Doctor's Office**     1/7/15

Lipids look great.

## Component Results

| Component | Standard Range | Your Value |
|---|---|---|
| Cholesterol | 120-199 mg/dL | 170 |

The National Cholesterol Education Program (NCEP) has set the following guidelines (reference ranges) for Cholesterol:
Optimal.....................<200 mg/dL
Borderline High............200-239 mg/dL
High.......................> or = 240 mg/dL

| | | |
|---|---|---|
| Triglycerides | 30-150 mg/dL | 103 |

The National Cholesterol Education Program (NCEP) has set the following guidelines (reference values) for triglycerides:
Normal.....................<150 mg/dL
Borderline High............150-199 mg/dL
High.......................200-499 mg/dL

| | | |
|---|---|---|
| HDL | 40-75 mg/dL | 64 |

The National Cholesterol Education Program (NCEP) has set the following guidelines (reference values) for HDL Cholesterol:
Low........................<40 mg/dL
Optimal....................>60 mg/dL

| | | |
|---|---|---|
| LDL Cholesterol | 63.0-159.0 mg/dL | 85.4 |

The National Cholesterol Education Program (NCEP) has set the following guidelines (reference values) for LDL Cholesterol:
Optimal....................<130 mg/dL
Borderline High............130-159 mg/dL
High.......................160-189 mg/dL
Very High..................>190 mg/dL

| Component | Standard Range | Your Value |
|---|---|---|
| HDL/Chol Ratio | 20.0-50.0 % | 37.6 |
| Total Cholesterol/HDL Ratio | 2.0-5.0 | 2.7 |
| Non-HDL Cholesterol | | 106 |

Risk category and Non-HDL cholesterol goals:
Coronary heart disease (CHD) or equivalent (10-year risk of CHD >20%):
Non-HDL cholesterol goal <130 mg/dL
Two or more CHD risk factors and 10-year risk of CHD <= 20%:
Non-HDL cholesterol goal <160 mg/dL
0 to 1 CHD risk factor:
Non-HDL cholesterol goal <190 mg/dL

## General Information

Collected: 01/07/2015 7:45 AM
Resulted: 01/07/2015 1:58 PM
Ordered By: Nichole M Polin, MD
Result Status: Final result

MyChart® licensed from Epic Systems Corporation, © 1999 - 2013.

https://my.ochsner.org/prd/inside.asp?mode=labdetail&orderid=2&printmode... 6/1/2015

GuilbaultC-TerezakisDrNiaK- 00028

Print This Page | Close This Window
Name: Clare L Guilbault | DOB: 1952 | MRN: | PCP: Elise J Nicaud, MD

# COMPREHENSIVE METABOLIC PANEL - Details

(i) About This Test

**Narrative** 9/10/1?

Labs now

## Component Results

| Component | Standard Range | Your Value |
|---|---|---|
| Sodium | 136-145 mmol/L | 142 |
| Potassium | 3.5-5.1 mmol/L | 4.1 |
| Chloride | 95-110 mmol/L | 105 |
| $CO_2$ | 23-29 mmol/L | 30 |
| Glucose | 70-110 mg/dL | 108 |
| BUN, Bld | 8-23 mg/dL | 17 |
| Creatinine | 0.5-1.4 mg/dL | 0.7 |
| Calcium | 8.7-10.5 mg/dL | 9.9 |
| Total Protein | 6.0-8.4 g/dL | 7.0 |
| Albumin | 3.5-5.2 g/dL | 3.8 |
| Total Bilirubin | 0.1-1.0 mg/dL | 0.7 |

For infants and newborns, interpretation of results should be based on gestational age, weight and in agreement with clinical observations.
Premature infant recommended reference ranges:
Up to 24 hours............<8.0 mg/dL
Up to 48 hours............<12.0 mg/dL
3-5 days..................<15.0 mg/dL
6-29 days.................<15.0 mg/dL

https://my.ochsner.org/prd/inside.asp?mode=labdetail&orderid=5&printmode... 6/1/2015

GuilbaultC-TerezakisDrNiaK- 00029

| Component | Standard Range | Your Value |
|---|---|---|
| Alkaline Phosphatase | 55-135 U/L | 53 |
| AST | 10-40 U/L | 18 |
| ALT | 10-44 U/L | 14 |
| Anion Gap | 8-16 mmol/L | 7 |
| eGFR if African American | >60 mL/min/1.73 m^2 | >60.0 |
| eGFR if non African American | >60 mL/min/1.73 m^2 | >60.0 |

Calculation used to obtain the estimated glomerular filtration rate (eGFR) is the CKD-EPI equation. Since race is unknown in our information system, the eGFR values for African-American and Non-African-American patients are given for each creatinine result.

## General Information

Collected: 09/10/2014 9:40 AM
Resulted: 09/10/2014 1:03 PM
Ordered By: Nichole M Polin, MD
Result Status: Final result

This test result has been released by an automatic process.

MyChart® licensed from Epic Systems Corporation, © 1999 - 2013.

https://my.ochsner.org/prd/inside.asp?mode=labdetail&orderid=5&printmode.., 6/1/2015

GuilbaultC-TerezakisDrNiaK- 00030

*Arimidex*

Print This Page | Close This Window
Name: Clara L Guilbault | DOB: ███ 1952 | MRN: ███ | PCP: Elise J Nicaud, MD

# CBC W/ AUTO DIFFERENTIAL - Details

ⓘ About This Test

**Narrative** 9/10/15

Labs now

## Component Results

| Component | Standard Range | Your Value |
|---|---|---|
| WBC | 3.90-12.70 K/uL | 3.65 |
| RBC | 4.00-5.40 M/uL | 4.05 |
| Hemoglobin | 12.0-16.0 g/dL | 13.3 |
| Hematocrit | 37.0-48.5 % | 39.7 |
| MCV | 82-98 fL | 98 |
| MCH | 27.0-31.0 pg | 32.8 |
| MCHC | 32.0-36.0 % | 33.5 |
| RDW | 11.5-14.5 % | 13.2 |
| Platelets | 150-350 K/uL | 186 |
| MPV | 9.2-12.9 fL | 10.0 |
| Gran # | 1.8-7.7 K/uL | 2.3 |
| Lymph # | 1.0-4.8 K/uL | 1.0 |
| Mono # | 0.3-1.0 K/uL | 0.3 |
| Eos # | 0.0-0.5 K/uL | 0.1 |
| Baso # | 0.00-0.20 K/uL | 0.01 |
| Gran% | 38.0-73.0 % | 62.2 |
| Lymph% | 18.0-48.0 % | 27.1 |
| Mono% | 4.0-15.0 % | 8.8 |

 
| Component | Standard Range | Your Value |
|---|---|---|
| Eosinophil% | 0.0-8.0 % | 1.6 |
| Basophil% | 0.0-1.9 % | 0.3 |
| Differential Method |  | Automated |

## General Information

Collected: 09/10/2014 9:40 AM
Resulted: 09/10/2014 10:11 AM
Ordered By: Nichole M Polin, MD
Result Status: Final result
This test result has been released by an automatic process.

MyChart® licensed from Epic Systems Corporation, © 1999 - 2013.

## Nia K. Terezakis, MD

Patricia R. Hickham, MD • Elizabeth B. Greieshaber, MD

3800 Houma Blvd., Suite 310  
Metairie, LA 70006

2647 St. Elizabeth Blvd., Suite 221  
Gonzales, LA 70737

Patient: Clare Guilbault  
Account #: ▮▮▮▮▮

Date: 6/20/16  
Cosmetic Waiver: ✓

### Cosmetic / Noncovered Services

- ✗ Cosmetic Consultation
- ✗ Hair Loss Consultation — $35
- ___ Botox Cosmetic
- ___ Juvaderm Ultra
- ___ Juvaderm Ultra Plus
- ___ Voluma
- ___ Perlane
- ___ Restylane
- ___ Sclerotherapy
- ___ Rejuvenize Peel
- ___ Salicylic & Glycolic Peel
- ___ Cool Sculpting
- ___ Removal Benign Lesions
- ___ Electrodessication
- ___ Laser Hair Removal
- ___ Pelleve Laser
- ___ IPL Laser
- ___ Cosmetic Earlobe Repair
- ___ Application Fee
- ___ Other _____

Total: 350.00

✓ Dr. Terezakis: _____  
___ Dr. Hickham: _____  
___ Dr. Grieshaber: _____

Paid: (Credit) Cash Check# ___  
Amount: 350.00  
Balance Due: 0  
Staff: [signature]



GuilbaultC-TerezakisDrNiaK-    00037





GuilbaultC-TerezakisDrNiaK- 00038





GuilbaultC-TerezakisDrNiaK-    00039




GuilbaultC-TerezakisDrNiaK-   00048



GuilbaultC-TerezakisDrNiaK-    00049

