# Exhibit 16

NOMC HEMATOLOGY ONCOLOGY
OCHSNER, SOUTH SHORE REGION LA
Ambulatory Encounter

Guilbault, Clare L
MRN:      DOB:  /1952, Sex: F
Acct #:
Enc. Date 10/2/2015

## Encounter Information - Office Visit

**Reason for Visit**

   Breast Cancer

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| Breast cancer, unspecified laterality   - Primary | ICD-10-CM: C50.919 ICD-9-CM: 174.9 | |
| Use of aromatase inhibitors | ICD-10-CM: Z79.811 ICD-9-CM: V07.52 | |

**Non-Hospital Problems as of 10/2/2015**         Reviewed: 10/2/2015 by Chris Theodossiou, MD

| | Codes | Noted - Resolved |
|---|---|---|
| Malignant neoplasm of other specified sites of female breast | ICD-10-CM: C50.919 ICD-9-CM: 174.8 | 9/17/2013 - Present |
| Secondary and unspecified malignant neoplasm of lymph nodes, site unspecified | ICD-10-CM: C77.9 ICD-9-CM: 196.9 | 9/17/2013 - Present |
| Hypertension | ICD-10-CM: I10 ICD-9-CM: 401.9 | 9/20/2013 - Present |
| Breast cancer | ICD-10-CM: C50.919 ICD-9-CM: 174.9 | 9/23/2013 - Present |
| Encounter for antineoplastic chemotherapy | ICD-10-CM: Z51.11 ICD-9-CM: V58.11 | 10/18/2013 - Present |
| Leukopenia | ICD-10-CM: D72.819 ICD-9-CM: 288.50 | 10/18/2013 - Present |
| Breast cancer | ICD-10-CM: C50.919 ICD-9-CM: 174.9 | 10/18/2013 - Present |
| Antineoplastic chemotherapy induced anemia(285.3) | ICD-10-CM: D64.81, T45.1X5A ICD-9-CM: 285.3 | 1/16/2014 - Present |
| Bone lesion | ICD-10-CM: M89.9 ICD-9-CM: 733.90 | 3/13/2014 - Present |
| Lymphedema of arm | ICD-10-CM: I89.0 ICD-9-CM: 457.1 | 6/16/2014 - Present |
| Use of aromatase inhibitors | ICD-10-CM: Z79.811 ICD-9-CM: V07.52 | 8/26/2014 - Present |
| Hyperlipidemia | ICD-10-CM: E78.5 ICD-9-CM: 272.4 | 3/12/2015 - Present |

**Allergies as of 10/2/2015**

   No Known Allergies

**Immunizations Administered as of 10/2/2015**            Never Reviewed

   No immunizations on file.

**Encounter Vitals Flowsheet Audit Trail (all recorded)**

| Flow Time | Flow Value | User | File Time | Action |
|---|---|---|---|---|
| **BP** | | | | |
| 10/02/15 1419 | (I) 177/84 | JR | 10/02/15 1420 | Current |
| **Pulse** | | | | |
| 10/02/15 1419 | 73 | JR | 10/02/15 1420 | Current |
| **Temp** | | | | |
| 10/02/15 1419 | 98.2 °F (36.8 °C) | JR | 10/02/15 1422 | Current |

**EXHIBIT**

**18**

GuilbaultC-OchsnerMR-   01544

NOMC HEMATOLOGY ONCOLOGY
OCHSNER, SOUTH SHORE REGION LA
Ambulatory Encounter

Guilbault, Clare L
MRN: ▮    DOB: ▮1952, Sex: F
Acct #: ▮
Enc. Date 10/2/2015

## Encounter Information - Office Visit (continued)

### Family History as of 10/2/2015 (continued)

| Problem | Relation | Age of Onset | Comments |
|---|---|---|---|
| Arrhythmia | Brother | | |
| Breast cancer | Cousin | | |
| Breast cancer | Cousin | | |
| Heart attack | Paternal Grandfather | | |
| Heart disease | Brother | | |
| Heart disease | Father | | |
| Heart disease | Maternal Grandfather | | |
| Heart disease | Paternal Grandfather | | |

### Family Status as of 10/2/2015

| Relation | Status |
|---|---|
| Father | Deceased |
| Paternal Grandfather | Deceased |
| Brother | Alive |
| Brother | Alive |
| Maternal Grandfather | Deceased |
| Mother | Deceased |
| Sister | Alive |
| Sister | Alive |
| Sister | Alive |
| Brother | Alive |
| Brother | Alive |
| Brother | Deceased |

### Employment History as of 10/2/2015

No employment history on file.

### Obstetric History as of 10/2/2015

No data available

### Anticoagulation Episode Summary

Current INR goal:
TTR:                        ---
Next INR check:
INR from last check:
Most recent INR:           1.0 (5/9/2014)
Weekly max warfarin
dose:
Target end date:
INR check location:
Preferred lab:
Send INR reminders
to:
Comments:

**Indications**

Breast cancer [C50.919]
Malignant neoplasm of left breast [C50.912]

### History

Not marked as reviewed during this visit.

## Medications

### Outpatient Medications at Start of Encounter as of 10/2/2015

---

GuilbaultC-OchsnerMR-    01546

NOMC HEMATOLOGY ONCOLOGY
OCHSNER, SOUTH SHORE REGION LA
Ambulatory Encounter

Guilbault, Clare L
MRN: ____   DOB: ___/1952, Sex: F
Acct #: ____
Enc. Date 10/2/2015

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 10/2/2015 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| calcium carbonate (OS-CAL) 500 mg calcium (1,250 mg) tablet (Taking) Sig - Route: Take by mouth once daily. - Oral Class: Historical Med | | | | |
| glucosamine-chondroitin 500-400 mg tablet (Taking) Sig - Route: Take 1 tablet by mouth once daily. - Oral Class: Historical Med | | | | |
| loratadine (CLARITIN) 10 mg tablet (Taking) Sig - Route: Take 10 mg by mouth once daily. - Oral Class: Historical Med | | | | |
| meloxicam (MOBIC) 7.5 MG tablet (Taking) Sig - Route: Take 7.5 mg by mouth daily as needed. - Oral Class: Historical Med | | | 8/18/2013 | |
|    Laura Baquie V, RN 2/20/2018 3:24 PM    PRN | | | | |
| alprazolam (XANAX) 0.5 MG tablet (Taking) Sig: TAKE 1 TABLET BY MOUTH TWICE A DAY AS NEEDED FOR INSOMNIA/ANXIETY Class: Print | 60 tablet | 1 | 3/9/2015 | 11/18/2015 |
| anastrozole (ARIMIDEX) 1 mg Tab (Taking) Sig: TAKE 1 TABLET BY MOUTH EVERY DAY | 90 tablet | 1 | 10/10/2014 | 10/12/2015 |
| atorvastatin (LIPITOR) 20 mg tablet (Taking) Sig - Route: Take 1 tablet (20 mg total) by mouth once daily. - Oral | 30 tablet | 11 | 1/7/2015 | 12/29/2015 |
| carvedilol (COREG) 6.25 MG tablet (Taking) Sig - Route: Take 1 tablet (6.25 mg total) by mouth 2 (two) times daily with meals. - Oral | 180 tablet | 3 | 3/12/2015 | 3/15/2015 |
| fish oil-omega-3 fatty acids 300-1,000 mg capsule (Taking) Sig - Route: Take 2 g by mouth once daily. - Oral Class: Historical Med | | | | 3/17/2016 |
| losartan-hydrochlorothiazide 100-25 mg (HYZAAR) 100-25 mg per tablet (Taking) Sig - Route: Take 1 tablet by mouth once daily. - Oral | 90 tablet | 3 | 9/16/2015 | 8/25/2016 |
| potassium chloride (KLOR-CON) 10 MEQ TbSR (Taking) Sig - Route: Take 2 tablets (20 mEq total) by mouth once daily. - Oral | 120 tablet | 3 | 5/5/2015 | 10/14/2015 |
| potassium chloride SA (K-DUR,KLOR-CON) 10 MEQ tablet (Taking) Class: Historical Med | | 3 | 6/2/2015 | 10/15/2015 |
|    Jessica Rentfrow, RN 6/25/2015 3:25 PM    Received from: External Pharmacy | | | | |
| vitamin D 1000 units Tab (Taking) Sig - Route: Take 800 mg by mouth once daily. - Oral Class: Historical Med | | | | 3/17/2016 |
| vitamin E 100 UNIT capsule (Taking) Sig - Route: Take 100 Units by mouth once daily. - Oral Class: Historical Med | | | | 8/25/2016 |

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| calcium carbonate (OS-CAL) 500 mg calcium (1,250 mg) tablet (Taking) Sig: Take by mouth once daily. Class: Historical Med | | | | |

GuilbaultC-OchsnerMR-   01547

NOMC HEMATOLOGY ONCOLOGY
OCHSNER, SOUTH SHORE REGION LA
Ambulatory Encounter

Guilbault, Clare L
MRN: ████    DOB: ██/1952, Sex: F
Acct #: █
Enc. Date 10/2/2015

## Medications (continued)

### Medications the Patient Reported Taking (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Route: Oral | | | | |
| glucosamine-chondroitin 500-400 mg tablet (Taking) Sig: Take 1 tablet by mouth once daily. Class: Historical Med Route: Oral | | | | |
| loratadine (CLARITIN) 10 mg tablet (Taking) Sig: Take 10 mg by mouth once daily. Class: Historical Med Route: Oral | | | | |
| meloxicam (MOBIC) 7.5 MG tablet (Taking) Sig: Take 7.5 mg by mouth daily as needed. Class: Historical Med Route: Oral | | | 8/18/2013 | |
| alprazolam (XANAX) 0.5 MG tablet (Taking/Discontinued) Sig: TAKE 1 TABLET BY MOUTH TWICE A DAY AS NEEDED FOR INSOMNIA/ANXIETY Class: Print Reason for Discontinue: Reorder | 60 tablet | 1 | 3/9/2015 | 11/18/2015 |
| anastrozole (ARIMIDEX) 1 mg Tab (Taking/Discontinued) Sig: TAKE 1 TABLET BY MOUTH EVERY DAY Reason for Discontinue: Reorder | 90 tablet | 1 | 10/10/2014 | 10/12/2015 |
| atorvastatin (LIPITOR) 20 MG tablet (Taking/Discontinued) Sig: Take 1 tablet (20 mg total) by mouth once daily. Route: Oral Reason for Discontinue: Reorder | 30 tablet | 11 | 1/7/2015 | 12/29/2015 |
| carvedilol (COREG) 6.25 MG tablet (Taking/Discontinued) Sig: Take 1 tablet (6.25 mg total) by mouth 2 (two) times daily with meals. Route: Oral Reason for Discontinue: Reorder | 180 tablet | 3 | 3/12/2015 | 3/15/2016 |
| fish oil-omega-3 fatty acids 300-1,000 mg capsule (Taking/Discontinued) Sig: Take 2 g by mouth once daily. Class: Historical Med Route: Oral Reason for Discontinue: Patient no longer taking | | | | 3/17/2016 |
| losartan-hydrochlorothiazide 100-25 mg (HYZAAR) 100-25 mg per tablet (Taking/Discontinued) Sig: Take 1 tablet by mouth once daily. Route: Oral | 90 tablet | 3 | 9/16/2015 | 8/25/2016 |
| potassium chloride (KLOR-CON) 10 MEQ TbSR (Taking/Discontinued) Sig: Take 2 tablets (20 mEq total) by mouth once daily. Route: Oral Reason for Discontinue: Reorder | 120 tablet | 3 | 5/5/2015 | 10/14/2015 |
| potassium chloride SA (K-DUR, KLOR-CON) 10 MEQ tablet (Taking/Discontinued) Class: Historical Med | | 3 | 6/2/2015 | 10/15/2015 |
| vitamin D 1000 units Tab (Taking/Discontinued) Sig: Take 800 mg by mouth once daily. Class: Historical Med Route: Oral | | | | 3/17/2016 |

GuilbaultC-OchsnerMR-   01548

NOMC HEMATOLOGY ONCOLOGY
OCHSNER, SOUTH SHORE REGION LA
Ambulatory Encounter

Guilbault, Clare L
MRN: ▌           DOB: ▌1952, Sex: F
Acct #: ▌
Enc. Date 10/2/2015

### Medications (continued)

**Medications the Patient Reported Taking (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Reason for Discontinue; Patient no longer taking | | | | |
| vitamin E 100 UNIT capsule | | | | 8/25/2016 |

(Taking/Discontinued)
Sig: Take 100 Units by mouth once daily.
Class: Historical Med
Route: Oral
Reason for Discontinue: Patient no longer taking

### Result Notes and Comments

**Encounter Messages**

**Appointment Reminder**

| From | To | Sent and Delivered |
|---|---|---|
| Myochsner, System Message | Clare L Guilbault | 9/25/2015  6:03 AM |

Last Read in Patient Portal
9/30/2015  2:25 PM by Clare L Guilbault

Appointment Information

Provider:Chris  Theodosslou, MD
Date:10/02/15
Time:2:30 PM

Department:
Benson - Hematology Oncology
1514 Jefferson Hwy
New Orleans, LA 70121-2429
Benson Cancer Center
504-842-3910
<a href="http://www.ochsner.org/locations/the_gayle_and_tom_benson_cancer_center/"target="_blank">Location Information</a>
<a href="https://maps.google.com/maps?daddr=1514+Jefferson+Hwy.,+New+Orleans,+LA+70121" target="_blank">Directions</a>

Appointment Instructions:
Please arrive 15 minutes prior to your appointment. Bring all previous medical records and films along with the list of current medications and insurance card.

Need to change your appointment?
To change your appointment online, first cancel your appointment and then schedule a new one. Or call us to change your appointment at 1-866-OCHSNER (624-7637).

Need to cancel your appointment?
If you are using the MyOchsner App, please visit the homepage to access your appointment and click "Cancel". For all other users, please click Epichttp://apptcancelpage[here] to cancel your appointment.

GuilbaultC-OchsnerMR-          01549

NOMC HEMATOLOGY ONCOLOGY
OCHSNER, SOUTH SHORE REGION LA
Ambulatory Encounter

Guilbault, Clare L
MRN:         DOB:   1952, Sex: F
Accl #:
Enc. Date 10/2/2015

**Encounter Messages (continued)**

**Appointment Scheduled**

| From | To | Sent and Delivered |
|---|---|---|
| Myochsner, System Message | Clare L Guilbault | 8/18/2015  2:48 PM |

Last Read in Patient Portal
9/30/2015  2:24 PM by Clare L Guilbault
Appointment Information:
   Visit Type: Established Patient Visit
      Dept: Benson – Hematology Onco*Provider: Chris  Theodossiou
      Date: 10/2/2015     Time: 2:30 PM

  Appt Status: Scheduled

  Appt Instructions: Please arrive 15 minutes prior to your appointment. Bring
        all previous medical records and films along with the
        list of current medications and insurance card.

        Benson – Hematology Oncology
           1514 JEFFERSON HWY
        NEW ORLEANS, LA  70121-2429
           504-842-3910

## Progress Notes

Progress Notes by Chris Theodossiou, MD at 10/2/2015  2:12 PM

| Author: Chris Theodossiou, MD | Service: — | Author Type: Physician |
|---|---|---|
| Filed: 10/2/2015  2:48 PM | Encounter Date: 10/2/2015 | Creation Time: 10/2/2015  2:12 PM |
| Status: Signed | Editor: Chris Theodossiou, MD (Physician) | |

### Subjective

**Patient ID:** Clare L Guilbault is a 63 y.o. female.

**Chief Complaint:** Breast Cancer

HPI
Ms. Guilbault returns today for follow up. She is currently on anastrazole. She had seven positive lymph nodes
at the time of her lumpectomy plus AND. The residual tumor was a grade I carcinoma, 1.2 cm in diameter..
Briefly, she is a 63-year-old Caucasian female who was treated with neoadjuvant chemotherapy followed by a
lumpectomy and AND for an infiltrating ductal carcinoma that was ER strongly positive, PR strongly positive,
and HER-2 negative. She received post lumpectomy XRT, and as of February 2014 she has been on adjuvant
anastrazole.
An MRI of the T spine in late November 2014 had shown no changes of the T12 lesion.
A mammogram last June was read as BIRADS II, and a one year follow up was recommended.

Review of Systems  today she is feeling OK. She states that her joint stiffness has improved. She also
mentions that every once in a while she experiences a minor pain in her back, *"one out of then"*.  She denies
any depression, easy bruising, fevers, chills, night sweats, weight loss, nausea, vomiting, diarrhea,
constipation, diplopia, blurred vision, headache, chest pain, palpitations, shortness of breath, abdominal pain,
or difficulty ambulating.

### Objective

GuilbaultC-OchsnerMR-   01550

NOMC HEMATOLOGY ONCOLOGY
OCHSNER, SOUTH SHORE REGION LA
Ambulatory Encounter

Guilbault, Clare L
MRN: [redacted]  DOB: [redacted] 1952, Sex: F
Acct #: [redacted]
Enc. Date 10/2/2015

## Progress Notes (continued)

**Progress Notes by Chris Theodossiou, MD at 10/2/2015  2:12 PM (continued)**

Physical Exam  She is alert, oriented to time, place, person, pleasant, well
nourished, in no acute physical distress.
VITAL SIGNS: Reviewed
HEENT: She still has mild alopecia on her vertex.  Dentition is good. There are no nasal, oral, lip, gingival, auricular, lid,
or conjunctival lesions. Mucosae are moist and pink, and there is no
thrush. Pupils are equal, reactive to light and accommodation.
Extraocular muscle movements are intact.
NECK: Supple without JVD, adenopathy, or thyromegaly.
LUNGS: Clear to auscultation without wheezing, rales, or rhonchi.
CARDIOVASCULAR: Reveals an S1, S2, no murmurs, no rubs, no gallops.
ABDOMEN: Soft, nontender, without organomegaly. Bowel sounds are
present.
EXTREMITIES: No cyanosis, clubbing, or edema.
BREASTS: There are no masses in either breast. The left breast remains slightly swollen post radiation with peau d' orange changes in the inferior portion.
LYMPHATIC: There is no cervical, axillary, or supraclavicular adenopathy.
SKIN: Warm and moist, without petechiae, rashes, induration, or ecchymoses. There is mild erythema within the XRT field.
NEUROLOGIC: DTRs are 0-1+ bilaterally, symmetrical, motor function is 5/5,
and cranial nerves are within normal limits.

## Assessment:

1.   Breast cancer, unspecified laterality
2.   Use of aromatase inhibitors

## Plan:

Mrs. Guibault will remain on anastrazole through February 2019, and see me again in 3 months.  Her mammogram will be repeated 9 months from now.
Her questions were answered to her satisfaction.

Electronically signed by Chris Theodossiou, MD on 10/2/2015  2:48 PM

**Follow-up and Disposition History**

10/02/2015 1448 - Chris Theodossiou, MD
Dispositions:                    Return in about 3 months (around 1/2/2016).

**Follow-up Information**

None

**Follow Up Call**

No data filed

GuilbaultC-OchsnerMR-   01551

NOMC HEMATOLOGY ONCOLOGY
OCHSNER, SOUTH SHORE REGION LA
Ambulatory Encounter

Guilbault, Clare L
MRN:      DOB:   1952, Sex: F
Acct #:
Enc. Date 10/2/2015

## Flowsheets (all recorded)

### Anthropometrics - Fri October 02, 2015

| Row Name | 1419 |
|---|---|
| **Anthropometrics** | |
| Height | 5' (1,524 m) ᴶR |
| Weight | 64.9 kg (143 lb) JR |
| Weight Change | 0 ᴶR |
| BMI (Calculated) | 28 ᴶR |

### Custom Formula Data - Fri October 02, 2015

| Row Name | 1419 |
|---|---|
| **OTHER** | |
| TPA Recommendation | 58.4 mg ᴶR |
| Bolus Dose | 5.8 mg ᴶR |
| Infusion Dose | 52.5 mg ᴶR |
| BMI (Calculated) | 28 ᴶR |
| Predicted Distance | 335.99 ᴶR |
| BSA (Calculated - sq m) | 1.66 sq meters ᴶR |
| IBW/kg (Calculated) Male | 50 kg ᴶR |
| Low Range Vt 6cc/kg MALE | 300 mL ᴶR |
| Adult Moderate Range Vt 8cc/kg MA | 400 mL ᴶR |
| Adult High Range Vt 10cc/kg MALE | 500 mL ᴶR |
| IBW/kg (Calculated) Female | 45.5 kg ᴶR |
| Low Range Vt 6cc/kg FEMALE | 273 mL ᴶR |
| Adult Moderate Range vt 8cc/kg FEMALE | 364 mL ᴶR |
| Adult High Range Vt 10cc/kg FEMALE | 455 mL ᴶR |
| Weight in (lb) to have BMI = 25 | 127.7 ᴶR |
| IBW/kg (Calculated) | 45.5 ᴶR |
| Low Range Vt 6cc/kg | 273 mL ᴶR |
| Adult Moderate Range Vt 8cc/kg | 364 mL ᴶR |
| Adult High Range Vt 10cc/kg | 455 mL ᴶR |
| **Body Mass Index (BMI)** | |
| BMI (kg/m2) | 27.99 ᴶR |
| **(RETIRED) Anthropometrics** | |
| (RETIRED) Ideal Body Weight (IBW), Female | 46.26 ᴶR |
| **Ideal Body Weight (IBW)** | |
| Ideal Body Weight (IBW) (kg) | 48.54 ᴶR |
| % Ideal Body Weight | 68.57 ᴶR |
| **General History** | |
| BMI (Calculated) | 28 ᴶR |
| **Relevant Labs and Vitals** | |
| Temp (in Celsius) | 36.8 ᴶR |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| JR | Jessica Rentfrow, RN | 05/26/15 - | Registered Nurse | Nurse |

Generated on 4/24/20 12:27 PM

GuilbaultC-OchsnerMR-    01552