UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2740<br><br>*This document relates to:*<br>Clare Guilbault, Case No. 2:16-cv-17061 |

### HOSPIRA'S REQUEST FOR ORAL ARGUMENT ON MOTION FOR SUMMARY JUDGMENT BASED ON THE STATUTE OF LIMITATIONS

Pursuant to Local Rule 78.1, Defendants Hospira Inc., and Hospira Worldwide, LLC (collectively, "Hospira") respectfully request that the Court conduct oral argument on Hospira's Motion for Summary Judgment Based on the Statute of Limitations, filed herewith. According to the trial schedule, the Court is to hear arguments on initial motions during the week of May 10, 2021 (Doc. 12283). Hospira submits that oral argument will clarify the issues, enable Hospira to address any questions the Court may have, and assist the Court in resolving this important matter.

Date: April 2, 2021

Respectfully submitted,

*/s/ Heidi K. Hubbard*
Heidi K. Hubbard
Richmond T. Moore
Neelum J. Wadhwani
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901
Phone: (202) 434-5000
Fax: (202) 434-5029
hhubbard@wc.com
rmoore@wc.com
nwadhwani@wc.com

John F. Olinde (Bar No.1515)

        Peter J. Rotolo (Bar No. 21848)
        **CHAFFE MCCALL LLP**
        1100 Poydras Street
        New Orleans, LA 70163
        Phone: (504) 858-7000
        Fax: (504) 585-7075
        olinde@chaffe.com

*Counsel for Defendants Hospira, Inc., and Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 2, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

                                      /s/ *Heidi K. Hubbard*