UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2740**<br><br>*This document relates to:*<br>Audrey Plaisance, Case No. 2:18-cv-08068 |

## HOSPIRA'S MOTION FOR SUMMARY JUDGMENT ON CLAIMS UNDER ILLINOIS LAW

Defendants Hospira, Inc. and Hospira Worldwide, LLC (collectively "Hospira") hereby move this Court for summary judgment on the Illinois law claims asserted by Plaintiff Audrey Plaisance. Ms. Plaisance's Illinois law claims are barred because Louisiana law applies, and the Louisiana Products Liability Act ("LPLA") does not allow the Illinois law claims asserted in her complaint. *See* La. Stat. Ann. § 9:2800.52.

For the reasons explained in the attached Memorandum in Support, Hospira requests that the Court grant Hospira's Motion for Summary Judgment on Claims Under Illinois Law and dismiss with prejudice Ms. Plaisance's claims of Strict Liability – Failure to Warn, Negligence, Negligent Misrepresentation, Fraudulent Concealment, Fraud and Deceit, and Punitive Damages, which are pleaded under Illinois law and not recognized by the LPLA.

| | |
|---|---|
| Date: April 2, 2021 | Respectfully submitted,<br><br>*/s/ Heidi K. Hubbard*<br>Heidi K. Hubbard<br>Richmond T. Moore<br>Neelum J. Wadhwani<br>Williams & Connolly LLP<br>725 Twelfth Street, N.W.<br>Washington, DC 20005 |

Telephone: 202-434-5000
Facsimile: 202-434-5029
hhubbard@wc.com
rmoore@wc.com
nwadhwani@wc.com


/s/ *John F. Olinde*
John F. Olinde (Bar No.1515)
Peter J. Rotolo (Bar No. 21848)
CHAFFE McCALL LLP
1100 Poydras Street
New Orleans, LA 70163
Telephone: (504) 858-7000
Facsimile: (504) 585-7075
olinde@chaffe.com
rotolo@chafe.com

*Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 2, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

                                                       /s/ *Heidi K. Hubbard*