UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2740<br><br>*This document relates to:*<br>Audrey Plaisance, Case No. 2:18-cv-08068 |

### HOSPIRA'S STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON CLAIMS UNDER ILLINOIS LAW

Defendants Hospira, Inc. and Hospira Worldwide LLC (collectively, "Hospira") hereby submit this Statement of Undisputed Material Facts in Support of Hospira's Motion for Summary Judgement on Claims Under Illinois Law, pursuant to Local Rule 56.1:

1. Plaintiff Audrey Plaisance is a Louisiana resident. Ex. 1 (PFS[1]) at 2; Ex. 2 (ASFC[2]) at ¶ 4.

2. Ms. Plaisance was prescribed and administered her Docetaxel treatment in Louisiana. Ex. 1 (PFS) at 12-13; Ex. 2 (ASFC) at ¶ 11.

3. Ms. Plaisance alleged injury occurred in Louisiana. Ex. 2 (ASFC) at ¶ 5.

4. Ms. Plaisance's complaint pleads the following causes of action: Count I – Strict Products Liability – Failure to Warn; Count III – Negligence; Count IV – Negligent Misrepresentation; Count V – Fraudulent Misrepresentation; Count VI – Fraudulent Concealment; Count VII – Fraud and Deceit. Ex. 2 (ASFC) at ¶ 13.

---

[1] "PFS" refers to Plaintiff Audrey Plaisance's Third Amended Plaintiff Fact Sheet, which is attached as Exhibit 1.

[2] "ASFC" refers to Plaintiff Audrey Plaisance's First Amended Short Form Complaint, which is attached as Exhibit 2.

5. Ms. Plaisance's complaint purports to bring a claim for Punitive Damages Pursuant to Illinois Law.  Ex. 2 (ASFC) at ¶ 13.

Date: April 2, 2021

Respectfully submitted,

*/s/ Heidi K. Hubbard*
Heidi K. Hubbard
Richmond T. Moore
Neelum J. Wadhwani
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: 202-434-5000
Facsimile: 202-434-5029
hhubbard@wc.com
rmoore@wc.com
nwadhwani@wc.com

*/s/ John F. Olinde*
John F. Olinde (Bar No.1515)
Peter J. Rotolo (Bar No. 21848)
CHAFFE McCALL LLP
1100 Poydras Street
New Orleans, LA 70163
Telephone: (504) 858-7000
Facsimile: (504) 585-7075
olinde@chaffe.com
rotolo@chafe.com

*Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc.*

## CERTIFICATE OF SERVICE

  I hereby certify that on April 2, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

                  */s/ Heidi K. Hubbard*