UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | § § § § § | MDL No. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| This document applies to:<br>*Urita Breen v. Sanofi US Services Inc., et al* | § § § | Case No. 2:20-cv-02989 |

## NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT ACCORD HEALTHCARE, INC.

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Accord Healthcare, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated: April 5, 2021

                                            Respectfully submitted,

                                            By: */s/ Patrick A. Luff*
                                            Patrick A. Luff
                                            Texas Bar No. 24092728
                                            pluff@fnlawfirm.com
                                            **FEARS NACHAWATI, PLLC**
                                            5473 Blair Road
                                            Dallas, Texas 75231
                                            Tel. (214) 890-0711
                                            Fax (214) 890-0712

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed and served on April 5, 2021, via the CM/ECF system, which will send notification of such filing to all attorneys of record.

/s/ *Patrick A. Luff*
PATRICK A. LUFF