UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
*Emma R. Willie v. Sanofi-Aventis US, LLC, et al.*
Case No. 2:18-cv-03857

# ORDER

Considering the foregoing Motion to Substitute Plaintiff's Response to Defendants' Statement of Undisputed Facts in Support of Their Motion for Summary Judgment Under the Doctrine of Judicial Estoppel;

**IT IS ORDERED** that said Motion is **GRANTED** and that the Clerk of Court shall substitute Plaintiff's Amended Response to Defendants' Statement of Undisputed Facts in Support of their Motion for Summary Judgment Under the Doctrine of Judicial Estoppel attached to the Motion.

New Orleans, Louisiana, this 5th day of April, 2021.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE