# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Lessie Floyd v. Sandoz, Inc.* Civil Action No. 2:17-cv-05785-KDE-MBN | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL B. NORTH |

## ORDER

Before the Court is Plaintiff counsel's Motion for Substitution of Proper Party (Doc. 12318);

**IT IS ORDERED** that the Motion is **GRANTED** and that Stacy Fairley, on behalf of her deceased mother, Lessie Floyd, may be substituted as the proper party plaintiff in this action.

New Orleans, Louisiana, this 5th day of April, 2021.

_____
HONORABLE JANE T. MILAZZO
United States District Judge