UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Kahn v. Sanofi-Aventis US, LLC*, No. 16-17039 | |

## ORDER

Before the Court is a Motion for Leave to File Reply (Doc. 12342);

**IT IS ORDERED** that said Motion is **GRANTED** and that the Clerk of Court shall file Plaintiff's Reply Memorandum in Support of Plaintiff's Motion to Reconsider Order Regarding Dr. Madigan's Meta-Analysis of Observational Studies into the record of this matter.

New Orleans, Louisiana, this 5th day of April, 2021.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE