UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO *Kahn v. Sanofi-Aventis US, LLC*, No. 16-17039 | |

**PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF
PLAINTIFF'S MOTION TO RECONSIDER ORDER REGARDING
DR. MADIGAN'S META-ANALYSIS OF OBSERVATIONAL STUDIES**

MAY IT PLEASE THE COURT:

Plaintiff has met the requisite standard for granting reconsideration under Fed. R. Civ. P. 59(e) – to correct a manifest error of fact or law. *See Foster v. Principal Life Ins. Co.*, 303 F. Supp. 3d 471, 479 (E.D. La. 2018). Alternatively, under Fed. R. Civ. P. 54(b), the trial court has broad authority to revisit an interlocutory order. *Austin v. Kroger Texas, L.P.*, 864 F.3d 326, 336 (5th Cir. 2017).

In its opposition, Sanofi challenges the reliability of Dr. Madigan's random-effects meta-analysis of observational studies by highlighting expressions used by the PSC in its briefs: "substantial heterogeneity" and "relatively high heterogeneity." But Sanofi misinterprets such expressions. More importantly, Dr. Madigan's interpretation and literature on such terms are more pertinent to the Court's inquiry. As stated in Plaintiff's memorandum in support, the Cochrane Handbook for Systematic Reviews of Interventions provides a rough guide to interpretation of the $I^2$ statistic in the context of meta-analyses of randomized trials is as follows:

- 0% to 40%: might not be important;
- 30% to 60%: may represent moderate heterogeneity*;
- 50% to 90%: may represent **substantial heterogeneity**\*;

- 75% to 100%: considerable heterogeneity*.[1]

Dr. Madigan calculated that the $I^2$ statistic for his random-effects meta-analysis was 62.9% and then testified that such heterogeneity was "below the threshold of a concern."[2] Because Dr. Madigan did not testify that the calculated $I^2$ statistic represented high heterogeneity, his opinions do not conflict with his published works. Dr. Madigan properly quantified, addressed, and limited the effects of inconsistencies between the observational studies used in his random-effects meta-analysis.

Finally, the recent decision to exclude Dr. Madigan's testimony in *In re Incretin-Based Therapies Products Liability Litigation* is unrelated to Plaintiff's motion for reconsideration here. The excluded testimony in that case did not involve the reliability of meta-analysis nor heterogeneity. As such, Sanofi's attempts to discredit Dr. Madigan's opinions by referring to the court's ruling in that case fall flat.

For these reasons, and the reasons set forth in Plaintiff's memorandum in support, Plaintiff's motion for reconsideration of subpart II.c. of the Court's Order and Reasons on Defendants' Motion to Exclude Expert Testimony of Dr. Madigan (Doc. 12098) should be granted.

Dated: March 24, 2021                                   Respectfully submitted,

/s/ Christopher L. Coffin                              /s/ Karen B. Menzies
Christopher L. Coffin (#27902)                         Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.                       GIBBS LAW GROUP LLP
1100 Poydras Street, Suite 2225                        6701 Center Drive West, Suite 1400
New Orleans, Louisiana 70163                           Los Angeles, California 90045
Phone: (504) 355-0086                                  Telephone: 510-350-9700
Fax: (504) 355-0089                                    Facsimile: 510-350-9701

---

[1] Higgins JPT, Thomas J, Chandler J, Cumpston M, Li T, Page MJ, Welch VA (editors). Cochrane Handbook for Systematic Reviews of Interventions version 6.0 (updated July 2019) ("Cochrane Handbook") at Section 10.10.2 (Available from www.training.cochrane.org/handbook).
[2] Ex. A to Plaintiff's Motion, Deposition of Dr. Madigan, Ph.D., November 14, 2019 at 274:6-8. Dr. Madigan further testified that the statistical heterogeneity among the studies was not statistically significant. *Id.* at 274:9-16.

ccoffin@pbclawfirm.com

*Plaintiffs' Co-Lead Counsel*

/s/M. Palmer Lambert
M. Palmer Lambert (#33228)
GAINSBURGH BENJAMIN DAVID
MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304
Fax: 504-528-9973
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*

/s/Dawn M. Barrios
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews
Andrews Thornton Higgins Razmara, LLP
2 Corporate Park, Suite 110
Irvine, CA 92606
Phone: (800) 664-1734
aa@andrewsthornton.com

J. Kyle Bachus
Bachus & Schanker, LLC
101 W Colfax Ave, Suite 650
Denver, CO 80202
Phone: (303) 222-2222
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2225

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, CA 90045 Phone:
510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Andre M. Mura
Gibbs Law Group LLP
505 14th Street Suite 1110

New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

John Gomez
The Gomez Law Firm, PLLC
655 West Broadway, Suite 1700
San Diego, CA 92101
Phone: (619) 237.3490
Fax: 619.237.3496.
john@thegomezfirm.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, FL 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904 15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@amalaw.com

Oakland, CA 94612
Phone: (510) 350-9717
Fax: (510) 350-9701
amm@classlawgroup.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Jessica Perez Reynolds
Pendley, Baudin & Coffin
P.O. Drawer 71
24110 Eden Street
Plaquemine, LA 70765
Phone: (225) 687-6396
Fax: (225) 687-6398
jperez@pbclawfirm.com

Darin L. Schanker
Bachus Schanker
101 W Colfax Ave, Suite 650
Denver, CO 80202
Phone: (303) 222-2222
Fax: (303) 893-9900
dls@coloradolaw.net

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Zachary Wool
Barrios Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
zwool@bkc-law.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 24, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                */s/ M. Palmer Lambert*
                                                M. PALMER LAMBERT