# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2740 |
| | ) | Section "H" (5) |
| THIS DOCUMENT RELATES TO | ) | |
| *Gina K. Strange, 2:19-cv-13991* | ) ) | Judge Jane Triche Milazzo |
| | ) ) ) | Magistrate Judge North |

## ORDER

Considering the foregoing Motion to Substitute Plaintiff (Doc. 12334);

**IT IS ORDERED** that the Motion is **GRANTED** and that Monta' and Eboni Cunningham, as legal successors of Gina K. Strange, be substituted as Party Plaintiffs on behalf of Gina K. Strange.

New Orleans, Louisiana, this 5th day of April, 2021.

_____
**JUDGE**