UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)         MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                    SECTION "H" (5)

THIS DOCUMENT RELATES TO
Loretta Anderson, Case No. 2:20-cv-03087

## ORDER

Before the Court is an unopposed Motion to Continue Submission Date (Doc. 12371);

**IT IS ORDERED** that the Motion is **GRANTED** and that the submission date for Defendants' Motion for Judgment on the Pleadings of Plaintiff, Loretta Anderson, is continued to May 5, 2021.

New Orleans, Louisiana, this 6th day of April, 2021.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES