UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL)<br>PRODUCTS LIABILITY LITIGATION | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| **This document relates to:**<br>Melissa Spires, 17-14228<br>Pamela Meyers, 19-12907<br>Jackie Ellison, 17-8774<br>Angela Boling, 17-10358<br>Bonnie Phillips, 19-662<br>Virginia Hudson, 17-10325<br>Jacqueline Roberson, 16-17987<br>Faith Ann Spinella, 17-172<br>Janet Wilkey, 17-10034<br>Angela Moore, 16-17423<br>Margaret Lorraine Douidy, 19-10776<br>Gloria Addair, 19-12557<br>Ozie Boggs, 18-11167<br>Mary Salinas, 17-11893 | |

## ORDER

Before the Court are several unopposed Motions to Amend Complaints (Docs. 11907, 11914, 11915, 11919, 11920, 11921, 11922, 11923, 11924, 11925, 11926, 11927, 11928, and 11929);

**IT IS ORDERED** that the Motions are **GRANTED**. The Clerk's office is instructed to file the amended complaints attached to Plaintiffs' Motions in the member cases.

New Orleans, Louisiana, this 6th day of April, 2021.

*[signature]*

**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**