UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: **Brenda Southerland**
Case No.: **2:18-CV-03300**

## DECLARATION

I, Sarah Shoemake Doles, have attempted to reach my client, Brenda Southerland on the following dates: 02/19/2021, 02/23/2021, 02/24/2021, 03/01/2021, 3/24/2021, 3/25/2021, 3/26/2021, and 4/01/2021, by (check all that apply)  X telephone,  X e-mail,  X text message, X social media,  X U.S. Mail,  and X Certified Mail, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

*/s/ Sarah Shoemake Doles*
Sarah Shoemake Doles
Carey Danis & Lowe
8235 Forsyth Boulevard
Suite 1100
St. Louis, MO 63105
314-725-7700
sdoles@careydanis.com

Dated this 6th day of April, 2021.

        Respectfully submitted,

        */s/ Sarah Shoemake Doles*
        Jeffrey J. Lowe, #35114MO
        Sarah Shoemake Doles, #45747MO
        Alyson M. Petrick, #68323MO
        **CAREY DANIS & LOWE**
        8235 Forsyth Blvd, Suite 1100
        Saint Louis, MO 63105
        Telephone: (314) 725-7700
        Fax: (314) 721-0905
        jlowe@careydanis.com
        sdoles@careydanis.com
        apetrick@careydanis.com

        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2021, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

        */s/ Sarah Shoemake Doles*