UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Bonnie Brown V. Sanofi-Aventis U.S. LLC, et al.,* Civil Action No.: 2:18-cv-12929 | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE JANE TRICHE MILAZZO<br><br>MAG. JUDGE MICHAEL B. NORTH |

**PLAINTIFF'S MOTION TO VACATE NOTICE OF VOLUNTARY DISMISSAL WITH RESPECT TO HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC. AND HOSPIRA, INC.**

Plaintiff, Bonnie Brown, by and through the undersigned Counsel of Record pursuant to Rule 41 of the *Federal Rules of Civil Procedure,* hereby files this Motion to Vacate the Notice of Partial Dismissal, Document No. 5988, with respect to Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc. Plaintiff is seeking relief from the dismissal of claims with respect to all Hospira Defendants, pursuant to Federal Rule of Civil Procedure 60(b)(6), as there is newly discovered information by the treating medical facility.

At the time the Voluntary Dismissal of Prejudice was filed on January 24, 2019, Plaintiff's treating medical facility had provided information pertaining to the National Drug Code for the Taxotere/Docetaxel chemotherapy received by Plaintiff, which has now been discovered as erroneous. This erroneous Product Identification was uploaded in Centrality as Document No. 315453 on February 21, 2019. The Director of Pharmacy for Plaintiff's treating facility, Baptist Golden Triangle, has now provided corrected information identifying Hospira, Inc. as the manufacturer of the Taxotere/Docetaxel given to Plaintiff. On April 6, 2021, this was uploaded in Centrality as Document No. 516895.

Plaintiff seeks to vacate the notice of voluntary dismissal with respect to Hospira

Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc and reinstate Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc as the correct Defendants in this action.

Upon vacating the dismissal of the Hospira Defendants, Plaintiff will subsequently file a Notice of Voluntary Dismissal with Prejudice as to the Sanofi entities.

Dated this 6th day of April, 2021      Respectfully submitted,

**PULASKI KHERKHER, PLLC**

*/s/ Leslie LaMacchia*
Leslie LaMacchia
Adam Pulaski
2925 Richmond, Suite 1725
Houston, TX 77098
Tel: (713) 664-4555
Fax: (713) 664-7543
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: April 6, 2021      */s/ Leslie LaMacchia*