# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| **THIS DOCUMENT RELATES TO:**<br><br>*BONNIE BROWN v. SANOFI-AVENTIS U.S. LLC, et al.* | **PLAINTIFF'S MOTION TO VACATE NOTICE OF VOLUNTARY DISMISSAL WITH RESPECT TO HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC. AND HOSPIRA, INC.**<br><br>**Civil Action No.: 2:18-cv-12929** |

## ORDER

IT IS SO ORDERED that Plaintiff's Motion to Vacate Voluntary Dismissal with respect to Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc. is hereby GRANTED, and that Plaintiff's claims against Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc. are hereby Reinstated.

Signed this _____ day of _____ 2021.

_____
Honorable Jane T. Milazzo
U.S. District Judge