# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| **This document relates to:** ) | |
| Phyllis Andrews, 20-2678 ) | |
| Susan Bidwell, 20-2671 ) | |
| Carla Blades, 20-2674 ) | |
| Cynthia Bryant, 20-2669 ) | |
| Ailene Cabrera, 20-2676 ) | |
| Elizabeth Chaisson-Ricker, 20-2675 ) | |
| Romanica Cooper, 20-2672 ) | |
| Carmella Cora, 20-2663 ) | |
| Tena Glover, 20-2662 ) | |
| Sandra Gough, 20-2667 ) | |
| Donna Pack Jordan, 20-2668 ) | |
| Towanda Payton, 20-2673 ) | |
| Donna Rooney, 20-2664 ) | |
| Christian Sullivan, 19-13543 ) | |
| Susan Vick, 20-2666 ) | |

## ORDER

Before the Court are several Motions to Substitute Counsel (Docs. 12348, 12349, 12350, 12351, 12352, 12353, 12354, 12355, 12357, 12358, 12359, 12360, 12361, 12362, and 12363);

**IT IS ORDERED** that the Motions are **GRANTED**, and attorneys Lori G. Cohen, Clifton Merrell, and Evan C. Holden shall be substituted as counsel of record for Sandoz Inc., in place of Aaron Van Nostrand, in the above-captioned cases.

New Orleans, Louisiana, this 6th day of April, 2021.

**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**