**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re: TAXOTERE (DOCETAXEL)**                    **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                                    **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO:**

**Sherry Ambrose**

**Case No. 2:18-cv-11308**

<u>**STATEMENT OF PLAINTIFF'S COUNSEL**</u>

         Our Firm represents Sherry Ambrose whose case is on a Notice of Non-Compliance to be heard by the Court on April 14, 2021. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

         The deficiency is not cured and there is no defense to the request for a dismissal.


Dated: April 7, 2021                         ___/s/ Ryan J Browne_____
                                             Ryan J Browne
                                             **REYES | BROWNE | REILLEY**
                                             8222 Douglas Avenue, Suite 400
                                             Dallas, Texas 75225
                                             (214) 526-7900
                                             ryan@reyeslaw.com

                                             **ATTORNEYS FOR PLAINTIFF**