# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)
PRODUCT LIABILITY LITIGATION

MDL NO. 2740

SECTION "H" (5)

JUDGE MILAZZO
MAG. JUDGE NORTH

**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS EXCEPT Sanofi-Aventis U.S. LLC, Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., and Accord Healthcare, Inc.**

THIS DOCUMENT RELATES TO:

*Georgia Sims v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S., Inc., et al*

Civil Action No: 2:18-cv-12069

---

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Accord Healthcare, Inc.; Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.; and Sanofi-Aventis U.S. LLC, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of the Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 8th day of April, 2021

/s/Rhett A. McSweeney

David M. Langevin (#329563)
Rhett A. McSweeney (#269542)
McSweeney/Langevin LLC
2116 Second Avenue South
Minneapolis, MN 55404
Phone: (612) 542-4646
Fax: (612) 454-2678
Dave@westrikeback.com
ram@westrikeback.com
Counsel for Plaintiff

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 8, 2021, I electronically filed the foregoing with the

Clerk of the Court by using the CM/ECF system, which will send a notice of electronic

filing to all counsel of record who are CM/ECF participants.

Dated: <u>April 8, 2021</u>            <u>/s/ Rhett A. McSweeney</u>