UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Diane Guille
**Case No.:** 2:20-cv-02898

## DECLARATION

I, Patrick A. Luff (Attorney's Name), have attempted to reach my client, Diane Guille on the following dates: January 26, 2021, Feb. 11, 2021, Feb.23, 2021, Feb. 24, 2021, March 2, 2021, April 1, 2021

by (check all that apply) ☐ telephone, ☒ e-mail, ☒ text message, ☐ social media, ☐ U.S. Mail, ☐ Certified Mail, ☐ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Respectfully submitted,

By: /s/ Patrick A. Luff
Patrick A. Luff
Texas Bar No. 24092728
pluff@fnlawfirm.com
**FEARS NACHAWATI, PLLC**
5473 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712