UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** __Mary Smith__
**Case No.:** __2:17-cv-12958__

## DECLARATION

I, Patrick A. Luff (Attorney's Name), have attempted to reach my client, Mary Smith on the following dates: 1/28/2021, 02/03/2021, 02/09/2021, 02/24/2021, 02/26/2021, 03/04/2021

by (check all that apply) ☒ telephone, ☒ e-mail, ☒ text message, ☐ social media, ☐ U.S. Mail, ☐ Certified Mail, ☐ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Respectfully submitted,

By: /s/ Patrick A. Luff
Patrick A. Luff
Texas Bar No. 24092728
pluff@fnlawfirm.com
**FEARS NACHAWATI, PLLC**
5473 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712