# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE EXCEPT TO Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira Inc. |
| THIS DOCUMENT RELATES TO:<br><br>Civil Action No.: 2:19-cv-12881<br>Plaintiff DEBRA BIANCO | | |

_____

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Defendants Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira Inc. each party to bear its own costs.  Plaintiff seeks this partial dismissal pursuant to paragraph 9 of the Case Management Order No. 12 (Rec. Doc. 1506).  Plaintiff's claims against the remaining defendants are not dismissed or otherwise affected, by this Notice of Partial Dismissal with Prejudice.  If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 8th day of April, 2021

Counsel for Debra Bianco

/s/ *D. Todd Mathews*

Todd Mathews
Sara Salger
The Gori Law Firm, P.C.
156 N. Main ST.
Edwardsville, IL 62025
618-659-9833
todd@gorilaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 8th, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: April 8th, 2021

/s/ *D. Todd Mathews*