UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

           SECTION "H" (5)

**THIS DOCUMENT RELATES TO**
*Emma R. Willie v. Sanofi-Aventis US, LLC, et al.*
Case No. 2:18-cv-03857

### NOTICE OF CHAPTER 13 TRUSTEE'S INTEREST IN UNLIQUIDATED TORT CLAIM OF DEBTOR, EMMA R. WILLIE, IN RE-OPENED CHAPTER 13 PROCEEDINGS

The Honorable Jason D. Woodward, United States Bankruptcy Judge for the Northern District of Mississippi, reopened the Chapter 13 bankruptcy of Debtors, Albert Willie, Jr. and Emma R. Willie, Case No. 13-14910, finding good cause and determining that a trustee is necessary to protect the interest of creditors and debtors or to ensure efficient administration of the reopened case. R. Doc. 12282-3, B. Rec. Doc. 76.

Undersigned counsel for Plaintiff and the Chapter 13 bankruptcy trustee, Locke D. Barkley, provide this Notice of Interest in Unliquidated Tort Claim of Debtor, Emma B Willie, in Re-opened Chapter 13 Proceeding and state the following:

1. Plaintiff and her husband, Albert Willie, voluntarily filed for Chapter 13 bankruptcy on November 21, 2013, in the United States Bankruptcy Court in the Northern District of Mississippi (the "Bankruptcy Court"), bearing Case No. 13-14910. Locke D. Barkley is the Standing Chapter 13 Trustee for Plaintiff's bankruptcy proceeding (the "Trustee"). R. Doc. 12282-5.

2. Plaintiff moved to reopen her Chapter 13 bankruptcy to disclose the underlying unliquidated tort claim Ms. Willie filed in the Taxotere MDL for personal injury on April 23, 2020. R. Doc. 12282-5. Ms. Willie's claim is still pending.

4

3. On April 24, 2020, the Bankruptcy Court granted the motion reopening the case and directed the U.S. Trustee to appoint a trustee "to protect the interests of creditors and debtor(s) or to ensure efficient administration of the reopened case." R. Doc. 12282-3.

4. On April 28, 2020, the U.S. Trustee filed a Notice of appointment of trustee and the Trustee was re-appointed to the case. R. Doc. 12282-5.

5. On May 27, 2020, the Bankruptcy Court approved the Application for Employment of Nathan Buttars, Esq. for Lowe Law Group to represent Ms. Emma Willie in connection with the underlying personal injury lawsuit. R. Doc. 12282-4.

6. Since the unliquidated tort claim is an asset of the estate, the Trustee is interested in the personal injury proceedings, and should the claim be liquidated, the Trustee will accept the recovery, deposit the funds into the bankruptcy proceedings, and will administer the distribution to the creditors as directed by law.

Dated: April 8, 2021                                        Respectfully submitted,

*/s/ Nathan Buttars*                                        */s/ Melanie Vardaman*
Nathan Buttars                                              Melanie T. Vardaman
T. Aaron Stringer                                           Counsel for Locke D. Barkley
LOWE LAW GROUP                                              Chapter 13 Trustee
6028 S. Ridgeline Dr., Ste. 200                             6360 I-55 North, Suite 140
Ogden, UT 84405                                             Jackson, MS 39211
Telephone: (385) 298-0175                                   Telephone: (601) 355-6661
Facsimile: (801) 656-0997                                   Facsimile: (601) 355-8736
nate@lowelawgroup.com                                       mvardaman@barkley13.com
aaron@lowelawgroup.com

*Counsel for Plaintiff*                                     *Trustee for Plaintiff's Chapter 13 Bankruptcy*

4

## CERTIFICATE OF SERVICE

  I hereby certify that on April 8, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                */s/ Nathan Buttars*
                NATHAN BUTTARS