UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)              MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Ellen Scott**
**Case No.:  2:16-cv-15472**

## STATEMENT OF PLAINTIFF'S COUNSEL

I and the Morris Bart Firm represent Ellen Scott, whose case is on a Notice of Non-Compliance to be heard by the Court on April 14, 2021. I reviewed the deficiency and the Notice of Non-Compliance, and the client was promptly advised that unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: April 8, 2021

Respectfully submitted,
*/s/ Richard L. Root*
Richard L. Root LA# 19988
Betsy Barnes, LA # 19473
Morris Bart, LLC
601 Poydras St., 24th Fl.
New Orleans, LA 70130
Phone: (504) 525-8000
Fax: (504) 599-3392
bbarnes@morrisbart.com
rroot@morrisbart.com