UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 2740<br><br>SECTION "H" (5)<br><br>JANE TRICHE MILAZZO<br>U.S. DISTRICT JUDGE<br>MICHAEL B. NORTH<br>MAGISTRATE JUDGE |

THIS DOCUMENT RELATES TO:
**PAMELA MCNELLEY**
**Civil Action No. Case 2:18-cv-03612**

## ORDER

Before the Court is Plaintiff's Motion to Substitute Party Plaintiff (Doc. 12368);

**IT IS ORDERED** that the Motion is **GRANTED** and that Plaintiff, Michael W. McNelley, as surviving spouse of Pamela McNelley, deceased, is substituted as Plaintiff in this action.

New Orleans, Louisiana, this 9th day of April, 2021.

_____
Honorable Jane Triche Milazzo, United States District Court Judge