UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)                    MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "H" (5)

THIS DOCUMENT RELATES TO:

*PATTI JORDAN*
Case No.: 17-07653

## ORDER

Before the Court is Plaintiff Patti Jordan's Motion for Substitution of Plaintiff. (Doc. 12373);

IT IS ORDERED that the Motion is GRANTED, and Jeffrey H. Jordan, on Behalf of the Estate of Patti Jordan is substituted as Plaintiff in the above referenced action.

New Orleans, Louisiana, this 9th day of April, 2021.

District Judge