UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| **This document relates to:** ) Frenecia Hollis, 17-14080 ) Elizabeth Dudley, 18-12127 ) Tianna Hite, 17-14078 ) Patricia Ann Godfrey, 17-7809 ) Mary B. Downs, 18-3930 ) Stacey Hayes, 19-14698 ) Harvey Alpert, 19-13977 ) Adela Anguiano, 17-14976 ) Brenda Arnett, 17-17837 ) April Attanasio, 17-14982 ) Susan Baritot, 19-13978 ) Felecia Barrett-Cook, 17-9781 ) Martha Jackson-Mitchell, 18-5810 ) Gean Brown, 18-12930 ) Susan Buckley, 18-12933 ) Carole Chakford, 19-13821 ) Marsha Cheney, 19-13823 ) Patricia Lyons, 16-16890 ) Carleen Killeen, 17-4854 ) | |

## ORDER

Before the Court are several unopposed Motions to Amend Complaints (Docs. 11937, 11939, 11940, 11942, 11944, 11947, 11948, 11949, 11950, 11951, 11953, 11955, 11956, 11957, 11958, 11959, 11960, 11961, and 11963);

**IT IS ORDERED** that the Motions are **GRANTED**. The Clerk's office is instructed to file the amended complaints attached to Plaintiffs' Motions in the member cases.

New Orleans, Louisiana, this 8th day of April, 2021.

_____
HON. JANE T. MILAZZO
**UNITED STATES DISTRICT JUDGE**