UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL)<br>PRODUCTS LIABILITY LITIGATION | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| **This document relates to:**<br>Joan Cox, 19-13824<br>Aloma Doucet, 18-12959<br>Angelique Earley, 18-12965<br>Dawn Frye, 20-3146<br>Jacquelyn George, 17-14767<br>Tiffany Johnson, 18-13077<br>Bette Kraiterman, 19-13858<br>Wanda Lee, 19-13866<br>Thomas Morse, 18-13155<br>Saundra Phillips, 17-15611<br>Diana Pratt, 19-13896<br>Lillian Raynes, 19-13899<br>Teresa Rizzo, 17-15711<br>Latonja Robinson-Williams, 17-16035<br>Darcy Smith, 17-16056<br>Rebecca Tillman, 18-13251<br>Jacqueline Watson, 17-15791<br>Linda Windham, 18-13279<br>Kristina Kuvin, 17-10918<br>Ada Rodriguez, 19-14469 | |

## ORDER

Before the Court are several unopposed Motions to Amend Complaints (Docs. 11964, 11965, 11966, 11969, 11970, 11971, 11972, 11973, 11974, 11975, 11976, 11977, 11978, 11979, 11980, 11981, 11982, 11983, 11984, and 11985);

**IT IS ORDERED** that the Motions are **GRANTED**. The Clerk's office is instructed to file the amended complaints attached to Plaintiffs' Motions in the member cases.

New Orleans, Louisiana, this 9th day of April, 2021.

HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE