UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| **This document relates to:** ) | |
| Emma Willie, 18-3857 ) | |

## ORDER

**IT IS ORDERED** that in lieu of the originally scheduled lead and liaison meeting, oral argument on the following Motions is **SET** for **April 14, 2021**, at **1:00 p.m.**:

- Motion for Summary Judgment Under the Doctrine of Judicial Estoppel as to the Claims of Plaintiff Emma Willie (Doc. 12201); and

- Motion for Summary Judgment on Warnings Causation as to the Claims of Plaintiff Emma Willie (Doc. 12202).

Each party will have seven minutes to argue each Motion.

New Orleans, Louisiana, this 9th day of April, 2021.

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE