UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Alice Bradley
Case No.: 2:17-cv-14884

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Alice Bradley whose case is on a Notice of Non-Compliance to be heard by the Court on April 14, 2021. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: 12th day of April, 2021

/s/Trevor B. Rockstad
Trevor B. Rockstad
Davis & Crump, P.C.
2601 14th Street
Gulfport, MS 39501
228-863-6000
trevor.rockstad@daviscrump.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 12, 2021 a copy of the above and forgoing has been filed electronically with the Clerk of Court by using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                       /s/ Trevor B. Rockstad
                                                       Trevor B. Rockstad