MINUTE ENTRY
MILAZZO, J.
April 12, 2021

JS-10:00:30

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| This document relates to all cases | | |

## MINUTE ENTRY

On April 12, 2021, the Court held a telephone status conference with the following attorneys: Douglas Moore, John Olinde, Jon Strongman, Hildy Sastre, Palmer Lambert, Dawn Barrios, Chris Coffin, Karen Menzies, Darin Schanker, David Miceli, John Gomez, Lori Cohen, and Julie Callsen. The parties updated the Court on the status of the case.

_____
[signature: J. Milazzo]