UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
*Cases Listed on Exhibit A*

# ORDER

Considering the foregoing Plaintiffs' Ex Parte/Consent Motion for Leave to File Amended Short Form Complaints (Doc. 12024);

**IT IS ORDERED** that the Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk's office shall file the Amended Short Form Complaints in each of the member cases.

New Orleans, Louisiana, this 12th day of April, 2021.

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

# Exhibit A

| Client | MDL Docket No. |
|---|---|
| Atencio, Phyliss | 2:19-cv-345 |
| Butts, Marie | 2:19-cv-9118 |
| Chambliss-Morgan, Bettie | 2:19-cv-1506 |
| Clayton, Candace | 2:18-cv-10211 |
| Cooter, Brenda | 2:18-cv-10314 |
| Duarte, Patty | 2:19-cv-57 |
| Echelbarger, Violet | 2:18-cv-14009 |
| Favorite, Dorothy | 2:19-cv-60 |
| Haynes, Carol | 2:18-cv-13901 |
| Johnson, Bertha | 2:18-cv-14330 |
| Joyner, Kathryn | 2:18-cv-11872 |
| Krueger, Karen | 2:18-cv-8377 |
| LeGrand, Suzanne | 2:18-cv-8185 |
| Lewis, Joyce | 2:18-cv-8887 |
| Long, Teresa | 2:19-cv-9592 |
| Nelson, Delores | 2:19-cv-50 |
| Perkins, Lisa | 2:19-cv-10012 |
| Ramos, Ramona | 2:19-cv-9805 |
| Reevers, Mae | 2:19-cv-12268 |
| Smith, Sundye | 2:18-cv-8882 |
| Steele, Betty | 2:19-cv-10019 |
| Wade, Gloria | 2:19-cv-9117 |
| Washington, Lashunn | 2:18-cv-4411 |
| Weich, Diann | 2:18-cv-10500 |
| Yanez, Margo | 2:19-cv-347 |