# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 16-2740  SECTION: "H" (5) |
| **This document relates to:** Cases listed on Exhibit A | | |

## ORDER

Before the Court are several unopposed Motions to Amend Complaints (Docs. 11986, 11987, 11989, 11994, 11995, 11996, 11997, 11998, 12008, 12009, 12010, 12011, 12013, 12014, 12020, 12021, 12022, and 12023);

**IT IS ORDERED** that the Motions are **GRANTED**. The Clerk's office is instructed to file the amended complaints attached to Plaintiffs' Motions in the member cases.

New Orleans, Louisiana, this 12th day of April, 2021.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE

**Exhibit A**

Cassandra Williams, 18-2651
Rita R. Hollinshed, 18-12151
Sandra Burris, 17-3715
Natividad Rosado, 19-12722
Dana Black, 19-1173
Debra Ann Miller, 19-11613
Irene Ortiz, 19-9544
Sandra Rosh, 19-13331
Mary Copeland, 16-17095
Zelda Chatman, 16-16980
Doris Bethea, 17-10796
Dorothy Malone, 16-17101
Nadirah Saleem, 16-17105
Danah Anderson, 16-15493
Valesta Collins, 16-15281
Gale Davis, 17-11784
Susan Flickinger, 17-11783
Kathlyn Folks, 16-17579
Caroline Gunner, 17-11785
Susan Kochman, 17-14051
Galemarie Kuchtyak, 16-16235
Yaeko Luckhurst, 17-14070
Bertha Renee Schmitz, 16-15502
Sharon Steinhaus, 17-11781
Priscilla Wright, 17-11786
Katherine A. Beck, 17-13469
Tracey D. Belcher, 17-13703
Caroline Boyd, 17-12184
Adrienne L. Kout, 17-13386
Isabell Long, 16-16781
Ylonda Lonzo, 16-16793
Marilyn Lyons, 17-13826
Latrice Clemons, 17-13939
Marshell Coleman, 17-13454
Martha Davis, 17-13843
Latasha Ingram, 17-13949
Renita Johnson, 16-15296
Donna King, 17-13044
Deborah Knoles, 17-13800