**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                                    **MDL NO. 2740**
PRODUCTS LIABILITY LITIGATION

                                                               **SECTION "H" (5)**

THIS DOCUMENT RELATES TO

Plaintiff Name: REBECCA SMITH
Case No.: 2:18-cv-10081

<u>**STATEMENT OF PLAINTIFF'S COUNSEL**</u>

        I represent Rebecca Smith whose case is on a Notice of Non-Compliance to be heard by
the Court on April 14, 2021. I reviewed the deficiency and the Notice of Non-Compliance, and
promptly advised my client unless the deficiency is cured, the case could be dismissed with
prejudice.

        The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: 12th Day of April, 2021                    **_/s/ Andrew F. Kirkendall_**
                                                  Andrew F. Kirkendall
                                                  Texas Bar No. 24050882
                                                  akirkendall@kirkendalldwyer.com
                                                  Alexander Dwyer
                                                  Texas Bar No. 24054271
                                                  adwyer@kirkendalldwyer.com

                                                  Kirkendall Dwyer, LLP
                                                  4343 Sigma Rd., STE 200
                                                  Dallas, TX 75244
                                                  Tel: (214) 271-4027, Ext: 7042
                                                  Fax: (214) 253-0629

                                                  Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2021 a copy of the above and forgoing has been filed electronically with the Clerk of Court by using the CM/ECF system which will send notification of such filing to all attorneys of record.


/s/ Andrew F. Kirkendall
Andrew F. Kirkendall