# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS EXCEPT SANDOZ INC.** |
| THIS DOCUMENT RELATES TO:<br><br>BRENDA RAKESTRAW | Civil Action No.: 2:17-cv-17317 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sandoz Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 13th day of April, 2021

        Respectfully submitted,


        /s/ *David L. Friend*
        David L. Friend, Esq.
        Attorney ID No. 00796583
        HISSEY, MULDERIG & FRIEND, PLLC
        One Arboretum Plaza
        9442 Capital of Texas Highway N.
        Suite 400
        Austin, TX 78759
        (512) 320-9100
        (512) 320-9101 (fax)
        dfriend@hmf-law.com

        ATTORNEYS FOR PLAINTIFF

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on April 13, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

      DATED: <u>April 13, 2021</u>           <u>/s/ David L. Friend</u>