UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Danielle Spencer-David
**Case No.:** 2:17-cv-14447

**DECLARATION**

　　I, Jennifer S. Domer, have attempted to reach my client, Danielle Spencer-David on the following dates: 02/01/2021, 02/02/2021, 02/08/2021, 02/17/2021, 02/19/2021, 02/23/2021, 03/15/2021, 03/31/2021, 04/01/2021 by (check all that apply) __X__ telephone, __X__ e-mail, __X__ text message, ____ social media, __X__ U.S. Mail, __X__ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

　　I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Jennifer S. Domer
Jennifer S. Domer
Cutter Law, P.C.
401 Watt Ave.
Sacramento, CA 9586
(916) 290-9400
jdomer@cutterlaw.com