# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| MARGARET CARTER-GRAY, | : : | JUDGE MILAZZO |
| Plaintiff, | : : | MAG. JUDGE NORTH |
| v. | : : | |
| | : | Civil Action No. 2:17-cv-05942 |
| SANDOZ, INC., | : : | |
| Defendant. | : : : | |

## ORDER GRANTING LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiff's Motion for Leave to File Amended Short Form Complaint adding Accord Healthcare, Inc. as Defendant in the above captioned matter.

IT IS FURTHER ORDERED that Defendant Sandoz Inc. be dismissed with prejudice.

SO ORDERED this _____ day of _____, 2021.

_____
JUDGE, UNITED STATES DISTRICT COURT