UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| THIS DOCUMENT RELATES TO:<br>**Angela Peterson v. Hospira Worldwide, LLC f/k/a Hospira, et al.** | Civil Action No.: 2:18-cv-9257 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff, Angela Peterson, hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action 2:18-cv-9257, only. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal. This stipulation shall not affect the lawsuit filed by David Todd Mathews, The Gori Law Firm, which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing Case No. 2:18-cv-12440. All parties shall bear their own costs.

Dated this 13th day of April, 2021

Respectfully Submitted,
**NIEMEYER GREBEL & KRUSE, LLC**

*/s/ Mark R. Niemeyer*
Mark R. Niemeyer #42437
Michael S. Kruse #57818
211 N. Broadway, Suite 2950
St. Louis, MO 63102
314-241-1919 phone
314-665-3017 fax
niemeyer@ngklawfirm.com
kruse@ngklawfirm.com
Attorneys for Plaintiff

**WILLIAMS & CONNOLLY LLP**

*/s/ Heidi K. Hubbard*
Heidi K. Hubbard
Richmond T. Moore
Neelum J. Wadhwani
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901
Phone: (202) 434-5000
Fax: (202) 434-5029
hhubbard@wc.com
rmoore@wc.com
nwadhwani@wc.com

and

**CHAFFE MCCALL LLP**
John F. Olinde (Bar No.1515)
Peter J. Rotolo (Bar No. 21848)
1100 Poydras Street
New Orleans, LA 70163
Phone: (504) 858-7000
Fax: (504) 585-7075
olinde@chaffe.com
Counsel for Defendants Hospira, Inc. and Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc.

CERTIFICATE OF SERVICE

      I hereby certify that on April 13, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

      DATED: April 13, 2021                    /s/*Mark R. Niemeyer*