UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2740**<br><br>*This document relates to:*<br>Audrey Plaisance, Case No. 2:18-cv-08068 |

**HOSPIRA'S REQUEST FOR ORAL ARGUMENT ON
MOTION FOR SUMMARY JUDGMENT ON
CLAIMS UNDER ILLINOIS LAW**

Pursuant to Local Rule 78.1, Defendants Hospira Inc., and Hospira Worldwide, LLC (collectively, "Hospira") respectfully request that the Court conduct oral argument on Hospira's Motion for Summary Judgment on Claims Under Illinois Law, filed herewith. According to the trial schedule, the Court is to hear arguments on initial motions during the week of May 10, 2021 (Doc. 12283). Hospira submits that oral argument will clarify the issues, enable Hospira to address any questions the Court may have, and assist the Court in resolving this important matter.

Date: April 2, 2021

Respectfully submitted,

*/s/ Heidi K. Hubbard*
Heidi K. Hubbard
Richmond T. Moore
Neelum J. Wadhwani
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: 202-434-5000
Facsimile: 202-434-5029
hhubbard@wc.com
rmoore@wc.com
nwadhwani@wc.com

/s/ *John F. Olinde*
John F. Olinde (Bar No.1515)
Peter J. Rotolo (Bar No. 21848)
CHAFFE McCALL LLP
1100 Poydras Street
New Orleans, LA 70163
Telephone: (504) 858-7000
Facsimile: (504) 585-7075
olinde@chaffe.com
rotolo@chafe.com

*Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc.*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on April 2, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

                                                            /s/ *Heidi K. Hubbard*