# EXHIBIT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| *BABY FAY HURD v. SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC, SANOFI-AVENTIS U.S. LLC* | |

**SHORT FORM COMPLAINT (Effective as of May 13, 2020)[1]**

Plaintiff(s) incorporate by reference the Second Amended Master Long Form Complaint and Jury Demand filed in the above referenced case on September 27, 2018 (Doc. 4407). Pursuant to Pretrial Order No. 15, this [Original/Amended] Short Form Complaint adopts allegations and encompasses claims as set forth in the Second Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1. Plaintiff:

    Bay Fay Hurd

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

    Not applicable

3. Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    Not applicable

4. Current State of Residence: Texas

5. State in which Plaintiff(s) allege(s) injury: Texas

---

[1] This version of the Short Form Complaint supersedes all prior versions of the form pursuant to Pretrial Order No. 73A. This Court-approved version of the Short Form Complaint is available on the Court's Taxotere webpage and through MDL Centrality.

1

6. Defendants (check all Defendants against whom a Complaint is made):

   a. Taxotere Brand Name Defendants

   ✓ A. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

   ✓ B. Sanofi-Aventis U.S. LLC

   b. Other Brand Name Drug Sponsors, Manufacturers, Distributors

   ☐ A. Sandoz Inc.

   ☐ B. Accord Healthcare, Inc.

   ☐ C. McKesson Corporation d/b/a McKesson Packaging

   ☐ D. Sanofi Worldwide, LLC f/k/a Sanofi Worldwide, Inc.

   ☐ E. Sanofi, Inc.

   ☐ F. Sun Pharma Global FZE

   ☐ G. Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

   ☐ H. Pfizer Inc.

   ☐ I. Actavis LLC f/k/a Actavis Inc.

   ☐ J. Actavis Pharma, Inc.

   ☐ K. Sagent Pharmaceuticals, Inc.

   ☐ L. Other:

7. Basis for Jurisdiction:

   ✓ Diversity of Citizenship
   ☐ Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

2

8. Venue:

   District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

   United States District Court District of New Jersey

9. Brand Product(s) used by Plaintiff (check applicable):

   ✓ A. Taxotere
   ☐ B. Docefrez
   ☐ C. Docetaxel Injection
   ☐ D. Docetaxel Injection Concentrate
   ☐ E. Unknown
   ☐ F. Other:

10. First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

    March 1, 2011-June 20, 2011

11. State in which Product(s) identified in question 9 was/were administered:

    Texas

3

12. Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> I experienced hair loss on my head and body after being administered Taxotere and my hair has not grown back.

13. Counts in Master Complaint brought by Plaintiff(s):
    - ✓ Count I – Strict Products Liability – Failure to Warn
    - ✓ Count III – Negligence
    - ✓ Count IV – Negligent Misrepresentation
    - ✓ Count V – Fraudulent Misrepresentation
    - ✓ Count VI – Fraudulent Concealment
    - ✓ Count VII – Fraud and Deceit

    - ✓ Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) include additional theories of recovery, for example, applicable state law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

> Sanofi did not timely provide the medical community or patients, including Plaintiff, adequate information about the relationship between Taxotere and permanent hair loss. As such, Plaintiff was unaware of the connection between her use of docetaxel and her injury of permanent hair loss until she saw an attorney's advertisement, from which she learned of the litigation of other claims against the manufacturers of Taxotere alleging permanent hair loss. Her prescribing physician advised her that her hair loss would be temporary, though no indication was given as to exactly how long the regrowth would take. She asked healthcare professionals about her hair regrowth following treatment, and was again advised that the hair loss would be temporary. At no point was she told

4

> that Taxotere had caused her to suffer permanent hair loss. This advice was given by her physicians as a direct result of the information provided to them by Sanofi.
>
> Finally, Plaintiff had no way to know that Sanofi had concealed or failed to disclose, either intentionally or negligently, the risk of permanent hair loss from her and her physicians. As a result, she could not have known of essential elements of her causes of action.
>
> Plaintiff further alleges breach of warranty in violation of N.J.S.A. §§ 12A:2-313 through 12A:2-315 violation of N.J.S.A § 56:8-1 *et seq*.

14. Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

>                             By:   /s/Trevor B. Rockstad
>                                   MS103614
>                                   Davis & Crump, P.C.
>                                   2601 14th Street
>                                   Gulfport, MS 39501
>                                   (228) 863-6000
>                                   Trevor.Rockstad@daviscrump.com

5