# EXHIBIT B

| | |
|---|---|
| **From:** | Taylor Hardenstein <taylor.hardenstein@daviscrump.com> |
| **Sent:** | Monday, December 21, 2020 4:47 PM |
| **To:** | Docetaxel Non Compliance; noproductid@tuckerellis.com; insognan@gtlaw.com; higginsa@gtlaw.com; ishraki@gtlaw.com; DocetaxelProductID@dechert.com; noproductid@mofo.com; docenoprodid@hinshawlaw.com; cmo12@ulmer.com |
| **Cc:** | Trevor Rockstad; Sara Billiot; barrios@bkc-law.com; kate@bkc-law.com; taxotere@bkc-law.com; insognan@gtlaw.com; ishraki@gtlaw.com; higginsa@gtlaw.com |
| **Subject:** | Taxotere - Defendants Notice of Non-Compliance Subject to 11/20/20 List of Plaintiffs - Davis & Crump, P.C. |
| **Attachments:** | 2020.11.20 505(b)(2) Notice of Non-Compliance_Davis & Crump.XLSX; 2020.11.20 Sanofi Notice of Non-Compliance_Davis & Crump.xlsx |

**EXTERNAL**

Good Afternoon Counsel:

In accordance with PTO22A, we have submitted documents and information to Centrality for the plaintiff listed below. We continue to search for additional information and pictures relating to our clients, and will promptly notify you in accordance with PTO22A when we have uploaded any additional information we may find. We have noted these continuing efforts on the attached spreadsheets.

Thanks,


**TAYLOR S. HARDENSTEIN**
**Licensed in Alabama, Colorado,**
**Mississippi, Montana, & Washington**



**ATTORNEYS AT LAW**
**2601 Fourteenth Street**
**Gulfport, Mississippi 39501**
**228.863.6000 • Fax:**
**228.864.0907**
**Toll Free: 1.800.277.0300 •**
***www.daviscrump.com***

Attorneys licensed in Alabama, California, Illinois, Louisiana, Massachusetts, Mississippi, Missouri, New York, Pennsylvania, Texas, and Washington DC.

This is a transmission from the law office of Davis & Crump, P.C. and is intended only for the person or entity to which it is addressed. It may contain information which is privileged, confidential and exempt from disclosure under applicable law. Any disclosure, copying, distribution or use of these contents, or taking any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you have received this transmission in error,

please contact the sender and delete the material from your computer.

| # | Last | First | MDL Docket No. | Date Complaint Filed | Plaintiff's Counsel | Plaintiff ID | Non-Compliance Categories | Defendant List | D&C Response |
|---|---|---|---|---|---|---|---|---|---|
| 90 | Ames | Annie | 2:18-cv-11769 | 11/29/2018 | Davis & Crump, P. C. | 13000 | No Insurance, Disability or Workers' Compensation Authorizations | sanofi | Properly executed Insurance, Disability, and WC authorizations uploaded 12/16/20 |
| 91 | Consonary | Jacqueline | 2:18-cv-00525 | 1/16/2018 | Davis & Crump, P. C. | 8981 | No After/Current photos | sanofi | Dated After/Current Photos Uploaded |
| 92 | Dixon | Martha | 2:20-cv-02219 | 8/10/2020 | Davis & Crump, P. C. | N/A | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | sanofi | PFS and accompanying documents uploaded 12/14/20 |
| 93 | Hurd | Baby | 2:20-cv-01784 | 6/22/2020 | Davis & Crump, P. C. | 15336 | Psychiatric records authorization was expired by the time it was produced to MDL Centrality; No PTO 71A | sanofi | Plaintiff is gathering all applicable documents and will supplement once received |
| 94 | Johnson | Shirley | 2:17-cv-15284 | 12/6/2017 | Davis & Crump, P. C. | 7423 | Not Substantially Complete - No After/Current Photos | sanofi | Eight dated after photos uploaded 12/10/20 |
| 95 | McGregor | Patricia | 2:20-cv-01478 | 5/19/2020 | Davis & Crump, P. C. | 15377 | Not Substantially Complete - No After/Current Photos; Insurance authorization is not witnessed | sanofi | Dated and Witnessed Insurance Authorization uploaded 12/14/20; Dated after/current photos uploaded 12/10/20 |
| 96 | O'Brien | Teresa | 2:18-cv-05478 | 5/31/2018 | Davis & Crump, P. C. | 11099 | No PTO 71A | sanofi | PTO71A uplaoded 11/30/20 |
| 97 | Rehling | Orley | 2:19-cv-13834 | 11/25/2019 | Davis & Crump, P. C. | 14884 | Not Substantially Complete - No Before Photos (photos are black and white copies); No After Photos (photos are black and white copies); Authorizations are not dated; No PTO 71A | sanofi | All previously submitted photos reuploaded on 12/10/20 (including 2 before photos dated 2 months prior to the start of chemotherapy); PTO71A uploaded 12/2/20; WC, Psych, HIPAA, Ins., Employment, and Disability Authos |
| 98 | Stevens | Sandra | 2:17-cv-15383 | 12/7/2017 | Davis & Crump, P. C. | 8075 | Insurance authorization - Not witnessed and Plaintiff has failed to leave addressee lines of authorization blank and improperly inserted plaintiff's information in the addressee/to line | sanofi | Updated Insurance Autho uploaded 12/2/20 |
| 99 | Stout | Sue | 2:17-cv-14878 | 12/5/2017 | Davis & Crump, P. C. | 8076 | Not Substantially Complete - No After/Current Photos | sanofi | Dated After/Current Photos Uploaded |
| 100 | Willis | Brenda | 2:19-cv-11284 | 6/19/2019 | Davis & Crump, P. C. | 14140 | No PTO 71A | sanofi | PTO71A uploaded 12/14/20 |
| 101 | Wynn | Dana | 2:19-cv-13825 | 11/25/2019 | Davis & Crump, P. C. | 14896 | Not Substantially Complete - No After/Current Photos; No Psychiatric records authorization; Insurance authorization is not witnessed; No PTO | sanofi | Plaintiff is gathering all applicable documents and will supplement once received |