# EXHIBIT C

| From: | Taylor Hardenstein <taylor.hardenstein@daviscrump.com> |
|---|---|
| Sent: | Thursday, February 18, 2021 5:26 PM |
| To: | Docetaxel Non Compliance; noproductid@tuckerellis.com; insognan@gtlaw.com; higginsa@gtlaw.com; ishraki@gtlaw.com; DocetaxelProductID@dechert.com; noproductid@mofo.com; docenoprodid@hinshawlaw.com; cmo12@ulmer.com |
| Cc: | Trevor Rockstad; Sara Billiot; barrios@bkc-law.com; kate@bkc-law.com; taxotere@bkc-law.com; insognan@gtlaw.com; ishraki@gtlaw.com; higginsa@gtlaw.com |
| Subject: | RE: Taxotere - Defendants Notice of Non-Compliance Subject to 2/9/21 List of Plaintiffs - Davis & Crump, P.C. |

**EXTERNAL**

Goof Afternoon Counsel:

In accordance with PTO22A, we have submitted documents and information to Centrality for the plaintiff listed below. We continue to search for additional information and pictures relating to our clients, and will promptly notify you in accordance with PTO22A when we have uploaded any additional information we may find. We are awaiting receipt of Plaintiff's ESI statement in the mail and will upload when received. The info is listed below:

| 44 | Hurd | Baby | 2:20-cv-01784 | 6/22/2020 | Davis & Crump, P.C. | Authorizations (Psychiatric records authorization was expired by the time it was produced to defendants); No PTO 71A | | sanofi | Updated Psych Autho uploaded 2/18/21 |
|---|---|---|---|---|---|---|---|---|---|

Thanks,

**TAYLOR S. HARDENSTEIN**
**Licensed in Alabama, Colorado,**
**Mississippi, Montana, & Washington**



**ATTORNEYS AT LAW**
**2601 Fourteenth Street**
**Gulfport, Mississippi 39501**
**228.863.6000 • Fax: 228.864.0907**
**Toll Free: 1.800.277.0300 •**
**www.daviscrump.com**

Attorneys licensed in Alabama, California, Illinois, Louisiana, Massachusetts, Mississippi, Missouri, New York, Pennsylvania, Texas, and Washington DC.

This is a transmission from the law office of Davis & Crump, P.C. and is intended only for the person or entity to which it is addressed. It may contain information which is privileged, confidential and exempt from disclosure under applicable law. Any disclosure, copying, distribution or use of these contents,