# EXHIBIT D

| | |
|---|---|
| **From:** | Kelly Brilleaux <kbrilleaux@irwinllc.com> |
| **Sent:** | Thursday, February 18, 2021 6:07 PM |
| **To:** | Samantha_Schott@laed.uscourts.gov |
| **Cc:** | Douglas Moore; Olinde; barrios; p lambert; Claire Berg; julie callsen; Brenda Sweet; Nicholas Insogna |
| **Subject:** | Taxotere MDL: February 19, 2021 Show Cause Call Docket Lists |
| **Attachments:** | Taxotere - Stipulation of Dismissal List re Feb 19, 2021 Conference (Court).pdf; Taxotere - Statement of No Defense List re Feb 19, 2021 Conference (Court).pdf; Taxotere - Declaration of No Contact List re Feb 19, 2021 Conference ( Court).pdf; Taxotere - Non Compliance Hearing List re Feb 19, 2021 Conference (Court).pdf |

**EXTERNAL**

Hi, Sam,

Attached please find four lists of cases that will be used in tomorrow's show cause call docket hearing. The four lists are:
- the list of **4** cases with filed Stipulations of Dismissal with Prejudice since the February 5, 2021 Notice of Non-Compliance was filed;
- the list of **9** cases with filed Declarations of Attempts to Reach Plaintiff;
- the list of **26** cases with filed Statements of Plaintiff's Counsel of No Defense to Dismissal; and
- the list of **36** cases on the Call Docket. The list will have a blank last column so the Judge can note her ruling, per her request.

Please let me know if you have questions or need anything further. Thank you!



**KELLY BRILLEAUX**
**PARTNER**

Irwin Fritchie Urquhart & Moore LLC
400 Poydras Street, Suite 2700
New Orleans, LA  70130
Tel: (504) 310-2233
Fax: (504) 310-2101
www.irwinllc.com



This communication is from a law firm and may be privileged and confidential. If you are not the intended recipient, please notify the sender by reply e-mail and destroy all copies of this communication.

February 19, 2021
Non Compliance Hearing List

| # | Plaintiff's Counsel | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List | Ruling |
|---|---|---|---|---|---|---|---|---|
| 1 | Excolo Law PLLC | Coley | Marcia | 2:20-cv-00404 | 2/5/2020 | PFS Not Substantially Complete - No Before Photos; No After Photos; No CMO 12A; No PTO 71A | Both sanofi and 505 | |
| 2 | Fears Nachawati PLLC | Harris | Leslye | 2:18-cv-08868 | 9/24/2018 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 | |
| 3 | FrancoLaw, PLLC | Lawyer | Regina | 2:20-cv-01445 | 5/13/2020 | No PTO 71A | sanofi | |
| 4 | Humphrey, Farrington & McClain | Delsemme | Janet | 2:18-cv-14250 | 12/3/2018 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | sanofi | |
| 5 | Law Offices of A. Craig Eiland | McClendon | Shelvia | 2:17-cv-15741 | 12/8/2017 | PFS Not Substantially Complete | sanofi | |
| 6 | Lenze Lawyers, PLC | Jones | Shelly | 2:19-cv-01164 | 8/22/2018 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 | |
| 7 | Morris Bart, LLC | Freeman | Dorothy | 2:17-cv-00955 | 2/2/2017 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 | |
| 8 | Niemeyer, Grebel & Kruse LLC | Peterson | Angela | 2:18-cv-09257 | 10/5/2018 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 | |
| 9 | Reich & Binstock | Hodges | Virginia | 2:18-cv-05142 | 5/22/2018 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 | |

February 19, 2021
Non Compliance Hearing List

| # | Plaintiff's Counsel | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List | Ruling |
|---|---|---|---|---|---|---|---|---|
| 10 | Reyes\|Browne\|Reilley | Isaac | Sharon | 2:18-cv-11581 | 11/26/2018 | PFS Not Substantially Complete | sanofi | |
| 11 | Seithel Law, LLC | Shinn | Susan | 2:19-cv-02846 | 3/22/2019 | Authorizations (HIPAA authorization is not dated; HIPAA Authorization - Plaintiff improperly inserted the names of only a few healthcare providers in addressee lines); No Insurance authorization | sanofi | |
| 12 | The Gallagher Law Firm PLLC | Fuller | Toni | 2:20-cv-01628 | 06/05/2020 | PFS Not Substantially Complete | 505 | |
| 13 | The Goss Law Firm | Meade | Lenora | 2:17-cv-14702 | 12/5/2017 | Authorizations (HIPAA and Insurance authorizations are not dated) | sanofi | |
| 14 | The Murray Law Firm | Spain | Marianne | 2:18-cv-13899 | 12/17/2018 | Psychiatric records authorization is not dated | sanofi | |
| 15 | TorHoerman Law LLC | Callaway | Carol | 2:20-cv-00557 | 2/17/2020 | Authorization (Insurance - Plaintiff improperly inserted her own personal information in the addressee line) | sanofi | |
| 16 | Zoll & Kranz | Tabron | Virginia | 2:17-cv-01729 | 02/28/2017 | PFS Not Substantially Complete | 505 | |
| 17 | Cutter Law PC | Jones | Mary | 2:18-cv-13222 | 12/10/2018 | PFS Not Substantially Complete | sanofi | |
| 18 | Cutter Law PC | Newman | Pamela | 2:19-cv-13811 | 11/25/2019 | Authorization (HIPAA authorization was expired when produced to Defendants) | sanofi | |

| # | Plaintiff's Counsel | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List | Ruling |
|---|---|---|---|---|---|---|---|---|
| 19 | Dallas W Hartman PC | Rider | Rita | 2:20-cv-01084 | 4/1/2020 | PFS Not Substantially Complete; Authorizations (HIPAA, Psychiatric and insurance records authorizations are not dated); No CMO 12A; No PTO 71A | sanofi | |
| 20 | Dallas W Hartman PC | Shepherd | Laura | 2:20-cv-01085 | 4/1/2020 | No CMO 12A; No PTO 71A | sanofi | |
| 21 | Davis & Crump, P. C. | Hurd | Baby | 2:20-cv-01784 | 6/22/2020 | Authorizations (Psychiatric records authorization was expired by the time it was produced to defendants); No PTO 71A | sanofi | |
| 22 | Davis & Crump, P. C. | Wynn | Dana | 2:19-cv-13825 | 11/25/2019 | PFS Not Substantially Complete; Authorizations (No Psychiatric records authorization; Insurance authorization is not witnessed); No PTO 71A | sanofi | |
| 23 | Davis & Crump, P. C. | Evitts | Eleanor | 2:18-cv-11799 | 11/29/2018 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 | |
| 24 | Allen & Nolte, PLLC | Cherry | Pearl | 2:18-cv-12770 | 12/7/2018 | PFS Not Substantially Complete (No Before photos from within 5 years of treatment) | sanofi | |
| 25 | Allen & Nolte, PLLC | Crosland-Daniels | Georgia | 2:19-cv-00778 | 2/1/2019 | No PTO 71A | sanofi | |
| 26 | Allen & Nolte, PLLC | Shaffer | Lois | 2:17-cv-12634 | 11/17/2017 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 | |
| 27 | Allen & Nolte, PLLC | Sewell | Bertie | 2:18-cv-14262 | 12/28/2018 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 | |

| # | Plaintiff's Counsel | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List | Ruling |
|---|---|---|---|---|---|---|---|---|
| 28 | Marc J. Bern & Partners LLP | Driggins | Evelyn | 2:19-cv-13229 | 10/23/2019 | No CMO 12A | Both sanofi and 505 | |
| 29 | Marc J. Bern & Partners LLP | Kalsky | Theresa | 2:19-cv-12400 | 8/30/2019 | PFS Not Substantially Complete (No Proof of Use) | 505 | |
| 30 | Marc J. Bern & Partners LLP | Weldon | Sheryl | 2:18-cv-13145 | 12/10/2018 | Authorization (Insurance - Plaintiff improperly inserted her own personal information in the addressee line) | sanofi | |
| 31 | Marc J. Bern & Partners LLP; Cordisco Corr, LLC | Doyle | Cathy | 2:18-cv-00803 | 1/26/2018 | PFS Not Substantially Complete (Before Photos are not dated) | sanofi | |
| 32 | Bachus & Schanker, LLC | Burns | Bonnie | 2:17-cv-15769 | 12/8/2017 | No Authorizations | sanofi | |
| 33 | Bachus & Schanker, LLC | Burris | Kimberly | 2:18-cv-08762 | 9/19/2018 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | sanofi | |
| 34 | Bachus & Schanker, LLC | Henderson | Joe May | 2:18-cv-00641 | 1/22/2018 | Authorizations (Not signed by Plaintiff) | sanofi | |
| 35 | Bachus & Schanker, LLC | Nesbitt | Romelia | 2:18-cv-05419 | 5/29/2018 | PFS Not Substantially Complete | sanofi | |
| 36 | Bachus & Schanker, LLC | Smith | Shirley | 2:18-cv-12253 | 12/4/2018 | No PTO 71A | sanofi | |