# EXHIBIT E

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
*********************************************************************
IN RE:  TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION
                                        Docket No. 16-MD-2740
                                        Section "H"
                                        New Orleans, Louisiana
                                        Friday, February 19, 2021

[THIS DOCUMENT RELATES TO:
ALL CASES]
*********************************************************************

                    TRANSCRIPT OF MOTION TO SHOW CAUSE
              HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
                       UNITED STATES DISTRICT JUDGE


APPEARANCES:

FOR THE PLAINTIFFS:             BARRIOS KINGSDORF & CASTEIX
                                BY:  DAWN M. BARRIOS, ESQ.
                                701 Poydras St., Suite 3650
                                New Orleans, LA 70139

                                GAINSBURG BENJAMIN DAVID
                                MEUNIER & WARSHAUER
                                BY:  CLAIRE E. BERG, ESQ.
                                1100 Poydras St., Suite 2800
                                New Orleans, LA 70163

                                EXCOLO LAW
                                BY:  ARI KRESCH, ESQ.
                                26700 Lahser Road
                                Southfield, MI 48033

                                FEARS NACHAWATI
                                BY:  PATRICK LUFF, ESQ.
                                5473 Blair Rd.
                                Dallas, TX 75231

                                HUMPHREY, FARRINGTON & McCLAIN
                                BY:  KEVIN D. STANLEY, ESQ.
                                221 West Lexington Ave.
                                Independence, MO 64050
```

```
                                                            Page 31
 1              THE COURT:  I am going to grant seven days to confirm
 2   compliance.  Thank you.
 3              MS. PALECEK:  I believe those are my only cases, your
 4   Honor, may I be excused?
 5              THE COURT:  Yes, ma'am.
 6              MS. PALECEK:  Thank you so much.  You all have a great
 7   day.
 8              THE COURT:  Thank you.  All right.  We have Baby Hurd and
 9   this is Taylor Hardenstein.
10              MR. HARDENSTEIN:  Good afternoon, your Honor.  Can y'all
11   hear me okay?
12              THE COURT:  Yes, sir.
13              MR. HARDENSTEIN:  Perfect.  Taylor Hardenstein for Baby
14   Fay Hurd.  I believe the deficiencies were no dated psychiatric
15   record and then no PTO 71 social media statement.  We uploaded a
16   signed and newly unexpired psych record yesterday and let
17   defendants know via e-mail.
18              And as for the social media statement, we believe, based
19   on our conversations with Ms. Hurd, that it had gotten lost in the
20   mail, so we went ahead and Fed-Exed her a new one and would just
21   request 14 days to get that back, returned and uploaded correctly.
22              THE COURT:  The Court's going to grant 15 days to do
23   that, to get in compliance.  Thank you.
24              MR. HARDENSTEIN:  Thank you, your Honor.
25              MS. BRILLEAUX:  Your Honor, I believe the next three have
```