# EXHIBIT F

| | |
|---|---|
| **From:** | Hatten, Madison M. (SHB) |
| **Sent:** | Tuesday, March 9, 2021 10:32 AM |
| **To:** | Dawn Barrios; p lambert; Kate Robinson; C Berg |
| **Cc:** | insognan@gtlaw.com; Olinde; Eickbush, Rebecca (SHB) |
| **Subject:** | Taxotere - Letter to Judge Milazzo |
| **Attachments:** | 2021.03.09 - Letter to Milazzo re- case that failed to cure following Feb 19, 2021 hearing (15 Days).pdf |

Dawn and Palmer,

Please find attached a letter I plan to send to Judge Milazzo around 3 pm today.

Best,
Madison

**Madison Hatten (SHB)**
*Partner*
Shook, Hardy & Bacon L.L.P.

816.559.4093 | mhatten@shb.com





March 9, 2021

VIA ELECTRONIC MAIL

Honorable Jane Triche Milazzo
United States District Court
Eastern District of Louisiana
U.S. Courthouse
500 Poydras Street, Room C206
New Orleans, LA 70130

Madison Hatten

2555 Grand Blvd.
Kansas City, Missouri 64108
**t** 816.474.6550
**f** 816.421.5547
mhatten@shb.com

Re: Taxotere (Docetaxel) Products Liability Litigation, MDL No. 2740

**Defendants' Notification of Plaintiffs Who Failed to Cure Within 15 Days as Ordered at the February 19, 2021 Show Cause Hearing**

Dear Judge Milazzo:

On February 19, 2021, the Court held a Show Cause hearing to consider dismissal of cases identified by defendants pursuant to PTO 22.[1] In addition to dismissing cases outright, the Court, in certain instances, permitted plaintiffs limited additional time to comply with their Court-mandated obligations.

This letter is to notify the Court that the following plaintiffs failed to cure the identified deficiency within the 15-day time period ordered at the February 19, 2021 Show Cause hearing, and, as such, defendants believe such cases to be appropriate for immediate dismissal:

- **Baby Fay Hurd** (2:20-cv-01784; Davis & Crump (sanofi)); Ms. Hurd's case was heard at the February 19, 2021 Show Cause hearing for failure to provide a PTO 71A Statement. During the hearing, and at the request of plaintiff's counsel, the Court granted plaintiff an extension of fifteen

---

[1] Prior to the February 19, 2021 Show Cause hearing, plaintiffs were identified as deficient by defendants in Notices of Non-Compliance served on Plaintiffs' Liaison Counsel on November 20, 2020 (**Exhibit A** (sanofi) and **Exhibit B** (505)), and plaintiffs were again identified on Defendants' February 5, 2021 14-Day Notice of Non-Compliance (Doc. 12123).



(15) days to cure the deficiency.[2]  As of the date of this letter, no PTO 71A Statement has been submitted.[3]

- **Shelly Jones** (2:19-cv-01164; Lenze Lawyers, PLC; Finson Law Firm (505)); Ms. Jones' case was heard at the February 19, 2021 Show Cause hearing for failure to submit a Plaintiff Fact Sheet.  During the hearing, and at the request of plaintiff's counsel, the Court granted plaintiff an extension of fifteen (15) days to submit a Plaintiff Fact Sheet.[4]  As of the date of this letter, no Plaintiff Fact Sheet has been submitted.[5]

Despite each plaintiff's Court-mandated obligations and the additional time granted at the Court's Show Cause hearing, the plaintiffs identified herein have continued to fail to cure the identified deficiencies.  As such, defendants request dismissals with prejudice.[6]

---

[2] "MR. HARDENSTEIN:  And as for the social media statement, we believe, based on our conversations with Ms. Hurd, that it had gotten lost in the mail, so we went ahead and Fed-Exed her a new one and would just request 14 days to get that back, returned and uploaded correctly.
THE COURT:  The Court's going to grant 15 days to do that, to get in compliance.  Thank you.
MR. HARDENSTEIN:  Thank you, your Honor."

February 19, 2021 Hearing Transcript 31:18-24.

[3] Attached hereto as **Exhibit C** is a screenshot of Ms. Hurd's MDL Centrality submissions.  No PTO 71A submission has been uploaded as of the date of this letter.

[4] "MR. FINSON:  Oh, good.  Thank you.  We do have a defense to this and let me explain really quickly.  This was a case that was filed in California, remanded, and eventually ended up thankfully in the MDL.  And what happened was the cocounsel firm and I had a misunderstanding as to who was to do this.  This morning we realized it was our responsibility and for that I take full responsibility.  And we have already started working on that and we have documents, we will have it within seven days, if your Honor will allow us that time.
THE COURT:  Okay.  The Court's going to grant 15 days."

February 19, 2021 Hearing Transcript 16:20-17:5.

[5] *See* **Exhibit D** (correspondence with Jake Woody of Brown Greer on March 8, 2021, confirming that no Plaintiff Fact Sheet has been submitted by Plaintiff Shelly Jones).

[6] This letter sets forth only the cases that defendants believe are appropriate for immediate dismissal, without requiring any further review or explanation



                Respectfully,              March 9, 2021
                                                                                                      Page 3

*/s/   Madison   Hatten*
Madison Hatten


*/s/   Nicholas   Insogna*
Nicholas Insogna


cc:  Palmer Lambert
Dawn Barrios
John Olinde
Douglas J. Moore

---

from the parties. The fact that a case addressed at the hearing is not identified herein is not a concession or agreement by defendants that such cases have cured all outstanding deficiencies.