UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)           )        MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION         )
                                      )        SECTION: "H" (5)
                                      )
This document relates to:             )
Certain cases                         )

## ORDER

Before the Court are three Motions to Seal (Docs. 12277, 12278, and 12309);

**IT IS ORDERED** that the Motions are **DENIED**, subject to being re-urged

with more particularity as to which portions of the documents should be sealed.


New Orleans, Louisiana, this 13th day of April, 2021.


_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE