## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**IN RE: TAXOTERE (DOCETAXEL)**                MDL NO. 2740
**PRODUCTS LIABILITY LITIGATION**

                                        SECTION "H" (5)

THIS DOCUMENT RELATES TO:
***The cases listed in the attached Exhibit A***

---

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

---

NOW INTO COURT, through undersigned counsel, come plaintiffs listed in the attached Exhibit A, who respectfully request that Alexandra W. Robertson and Timothy J. Becker of the law firm Johnson Becker, PLLC, 444 Cedar Street, Suite 1800, St. Paul, MN 55101, be substituted as counsel of record in place of the attorneys with the law firm Simmons Hanly Conroy, One Alton Street, Alton, IL 62002.

Respectfully Submitted,

Dated: April 13, 2021                      **JOHNSON BECKER, PLLC**

                                       /s/ Alexandra W. Robertson
                                       Alexandra W. Robertson, Esq. MN Bar #395619
                                       Timothy J. Becker, Esq. MN Bar #256663
                                       Johnson Becker, PLLC
                                        444 Cedar Street, Suite 1800
                                        St. Paul, Minnesota 55101
                                        (612) 436-1800 (telephone)
                                        arobertson@johnsonbecker.com
                                        tbecker@johnsonbecker.com

                                        **Attorneys for Plaintiff**

## **CERTIFICATE OF SERVICE**

I certify that on April 13, 2021, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ Alexandra Robertson
Alexandra Robertson

# EXHIBIT A

| Plaintiff Last Name | Plaintiff First Name | Individual Docket Number |
|---|---|---|
| Adaway | Linda | 17-cv-09452 |
| Alperton | Eleanor | 17-cv-03359 |
| Aronowitz | Brenda | 17-cv-05640 |
| Brown | Diana | 16-cv-17153 |
| Caraway | Laci | 18-cv-03904 |
| Carrier | Micheline | 18-cv-00625 |
| Chase | Barbara | 18-cv-07860 |
| Chattos | Heather | 17-cv-03365 |
| DeDomenico | Paula | 18-cv-00628 |
| Destefano | Terri | 17-cv-06919 |
| Eaton | Patricia | 18-cv-00629 |
| English-Pagan | Emma | 17-cv-06910 |
| Factor | Patricia | 17-cv-03369 |
| Falk | Barbara | 18-cv-07864 |
| Fassl | Diana | 17-cv-02360 |
| Foreman | Katheryn | 17-cv-05645 |
| Frazier | Mellanie | 17-cv-13690 |
| Frederick-Sorak | Brenda | 17-cv-15716 |
| Gattoni | Judy | 17-cv-02345 |
| Gordon | Karen | 18-cv-03908 |
| Grabowski Sica | Jennifer | 18-cv-07865 |
| Harper | Vickie | 17-cv-15720 |
| Hawkins | Sandra | 17-cv-03380 |
| Hershey | Jolie | 17-cv-01170 |
| Hill | Sherry | 18-cv-03909 |
| Houdaille-Janson | Laurence | 19-cv-01643 |
| Hovey | Susan | 17-cv-05647 |
| Hurley | Ann | 18-cv-03910 |
| Ingram | Suzanne | 17-cv-06904 |
| Ison | Shoranana | 17-cv-06922 |
| Jarman | Rosemary | 17-cv-06897 |
| Jiang | Diane | 17-cv-08576 |
| Jones | Cheryl | 17-cv-01174 |
| Jordan | Katrina | 17-cv-02340 |
| Kisty | Bonnie | 17-cv-09464 |
| Kobilis | Shaunna | 18-cv-00624 |
| Lawrence | Stella | 17-cv-09467 |
| Lee | Debra | 17-cv-03394 |
| Lewis | Shirley | 17-cv-15755 |
| Long | Terrie | 17-cv-01166 |
| Madden | Debbie | 17-cv-09473 |
| Martyn | Susan | 17-cv-06902 |
| Mazon | Yolanda | 17-cv-05650 |
| Mendoza | Janet | 17-cv-03397 |

| Mikell | Connie | 17-cv-09482 |
|--------|--------|-------------|
| Mims | Kathryn | 17-cv-15812 |
| Morris | Helen | 17-cv-02342 |
| Musico | Deborah | 17-cv-09485 |
| Narby | Mary Jo | 18-cv-00636 |
| Nard | Leslie | 17-cv-15822 |
| Oliveri | Kimberly | 17-cv-01176 |
| Pacheco | Marsha | 18-cv-14085 |
| Parker | Mary | 17-cv-09488 |
| Peets | Elizabeth | 17-cv-01204 |
| Porter | Phyllis | 17-cv-05665 |
| Powell | Willie | 17-cv-11392 |
| Proctor | Judith | 17-cv-05666 |
| Reagan | Michelle | 18-cv-00638 |
| Richmond | Addie | 18-cv-00639 |
| Rosburg | Teresa | 17-cv-09491 |
| Roussel | Scharmel | 18-cv-13678 |
| Salvato | Carmela | 17-cv-01212 |
| Scharnell | Cheryl | 18-cv-03912 |
| Scheffler | Marsha | 17-cv-11397 |
| Schwesig | Monika | 17-cv-01175 |
| Sharp | Yvonne | 17-cv-02344 |
| Sharrard | Monieca | 18-cv-03915 |
| Simms | Zina | 17-cv-11368 |
| Smith | Nancy | 17-cv-11387 |
| Steinbock | Marcia | 17-cv-11399 |
| Stukes | Debbie | 18-cv-07878 |
| Taylor | Patricia | 17-cv-03408 |
| Thomas | Bonnie | 18-cv-07879 |
| Trippe | Deborah | 18-cv-00640 |
| Wendler | Sharren | 18-cv-07881 |
| Williams | Wanda | 17-cv-06899 |
| Wood | Joy | 17-cv-05137 |
| Wright | Yolanda | 16-cv-17159 |
| Zurfluh | Janet | 17-cv-11405 |