# EXHIBIT A

| Plaintiff Last Name | Plaintiff First Name | Individual Docket Number |
|---|---|---|
| Adaway | Linda | 17-cv-09452 |
| Alperton | Eleanor | 17-cv-03359 |
| Aronowitz | Brenda | 17-cv-05640 |
| Brown | Diana | 16-cv-17153 |
| Caraway | Laci | 18-cv-03904 |
| Carrier | Micheline | 18-cv-00625 |
| Chase | Barbara | 18-cv-07860 |
| Chattos | Heather | 17-cv-03365 |
| DeDomenico | Paula | 18-cv-00628 |
| Destefano | Terri | 17-cv-06919 |
| Eaton | Patricia | 18-cv-00629 |
| English-Pagan | Emma | 17-cv-06910 |
| Factor | Patricia | 17-cv-03369 |
| Falk | Barbara | 18-cv-07864 |
| Fassl | Diana | 17-cv-02360 |
| Foreman | Katheryn | 17-cv-05645 |
| Frazier | Mellanie | 17-cv-13690 |
| Frederick-Sorak | Brenda | 17-cv-15716 |
| Gattoni | Judy | 17-cv-02345 |
| Gordon | Karen | 18-cv-03908 |
| Grabowski Sica | Jennifer | 18-cv-07865 |
| Harper | Vickie | 17-cv-15720 |
| Hawkins | Sandra | 17-cv-03380 |
| Hershey | Jolie | 17-cv-01170 |
| Hill | Sherry | 18-cv-03909 |
| Houdaille-Janson | Laurence | 19-cv-01643 |
| Hovey | Susan | 17-cv-05647 |
| Hurley | Ann | 18-cv-03910 |
| Ingram | Suzanne | 17-cv-06904 |
| Ison | Shoranana | 17-cv-06922 |
| Jarman | Rosemary | 17-cv-06897 |
| Jiang | Diane | 17-cv-08576 |
| Jones | Cheryl | 17-cv-01174 |
| Jordan | Katrina | 17-cv-02340 |
| Kisty | Bonnie | 17-cv-09464 |
| Kobilis | Shaunna | 18-cv-00624 |
| Lawrence | Stella | 17-cv-09467 |
| Lee | Debra | 17-cv-03394 |
| Lewis | Shirley | 17-cv-15755 |
| Long | Terrie | 17-cv-01166 |
| Madden | Debbie | 17-cv-09473 |
| Martyn | Susan | 17-cv-06902 |
| Mazon | Yolanda | 17-cv-05650 |
| Mendoza | Janet | 17-cv-03397 |

| Mikell | Connie | 17-cv-09482 |
|---|---|---|
| Mims | Kathryn | 17-cv-15812 |
| Morris | Helen | 17-cv-02342 |
| Musico | Deborah | 17-cv-09485 |
| Narby | Mary Jo | 18-cv-00636 |
| Nard | Leslie | 17-cv-15822 |
| Oliveri | Kimberly | 17-cv-01176 |
| Pacheco | Marsha | 18-cv-14085 |
| Parker | Mary | 17-cv-09488 |
| Peets | Elizabeth | 17-cv-01204 |
| Porter | Phyllis | 17-cv-05665 |
| Powell | Willie | 17-cv-11392 |
| Proctor | Judith | 17-cv-05666 |
| Reagan | Michelle | 18-cv-00638 |
| Richmond | Addie | 18-cv-00639 |
| Rosburg | Teresa | 17-cv-09491 |
| Roussel | Scharmel | 18-cv-13678 |
| Salvato | Carmela | 17-cv-01212 |
| Scharnell | Cheryl | 18-cv-03912 |
| Scheffler | Marsha | 17-cv-11397 |
| Schwesig | Monika | 17-cv-01175 |
| Sharp | Yvonne | 17-cv-02344 |
| Sharrard | Monieca | 18-cv-03915 |
| Simms | Zina | 17-cv-11368 |
| Smith | Nancy | 17-cv-11387 |
| Steinbock | Marcia | 17-cv-11399 |
| Stukes | Debbie | 18-cv-07878 |
| Taylor | Patricia | 17-cv-03408 |
| Thomas | Bonnie | 18-cv-07879 |
| Trippe | Deborah | 18-cv-00640 |
| Wendler | Sharren | 18-cv-07881 |
| Williams | Wanda | 17-cv-06899 |
| Wood | Joy | 17-cv-05137 |
| Wright | Yolanda | 16-cv-17159 |
| Zurfluh | Janet | 17-cv-11405 |