UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 | |
| PRODUCTS LIABILITY LITIGATION ) | | |
| ) | SECTION: "H" (5) | |
| ) | | |
| **This document relates to:** ) | | |
| Susie Harris, 19-14700 ) | | |
| Mary Vance, 18-6913 ) | | |
| ) | | |

# ORDER

Before the Court are Motions to Amend (Docs. 11858 & 11874). Plaintiffs seek to amend their complaints pursuant to Pretrial Order 105 ("PTO 105"), and Defendants oppose the Motions;

**IT IS ORDERED** that the Motions are **DISMISSED AS MOOT**, in light of Pretrial Order 114, which establishes a Call Docket process for PTO 105 amendments that are contested.

New Orleans, Louisiana, this 13th day of April, 2021.

**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**