UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | | |
| ) | | SECTION: "H" (5) |
| ) | | |
| **This document relates to:** ) | | |
| Lariquia A. McCord, 17-13913 ) | | |
| Crystal D. Middleton, 17-13600 ) | | |
| Beverly A. Murphy, 17-13471 ) | | |
| Deanna C. Potter, 17-13759 ) | | |
| Lucille V. Rock, 17-13414 ) | | |
| Michelle R. Roy, 17-13916 ) | | |
| Adele Shaw, 17-13733 ) | | |
| Frayna G. Scrinopski, 17-13437 ) | | |
| Brenda G. Dixon, 17-13707 ) | | |
| Delores Edwards-Woodard, 17-16799 ) | | |
| Venissa Garner, 16-16803 ) | | |
| Iris D. Gilchrist, 17-13778 ) | | |
| Lenora Hartso, 16-17984 ) | | |
| Jana M. Holmes, 17-13498 ) | | |
| Carolyn A. Huddleston, 17-13906 ) | | |
| Lina Hawkins, 16-16790 ) | | |
| Jane J. Simon, 17-13841 ) | | |
| Queen E. Smith, 17-13417 ) | | |
| Zelma D. Somerville, 17-13846 ) | | |
| Natalie J. Washington, 17-13807 ) | | |

## ORDER

Before the Court are several unopposed Motions to Amend Complaints (Docs. 12025, 12026, 12027, 12028, and 12029);

**IT IS ORDERED** that the Motions are **GRANTED**. The Clerk's office is instructed to file the amended complaints attached to Plaintiffs' Motions in the member cases.

New Orleans, Louisiana, this 13th day of April, 2021.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE