UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| **This document relates to:** ) | |
| Evangella Tatum, 18-13240 ) | |
| Ladina Vonner, 16-15582 ) | |
| Roshea Johnson, 18-13075 ) | |
| Vonni Hall, 20-2005 ) | |
| Susan P. Hubbard, 17-317 ) | |
| Judith S. Proctor, 17-5666 ) | |
| Pamela Price, 20-2428 ) | |
| Barbara Anderson, 20-1382 ) | |
| Sophronia Harrington, 18-12810 ) | |
| Rebecca Cain, 17-8649 ) | |

### ORDER

Before the Court are several unopposed Motions to Amend Complaints (Docs. 12105, 12117, 12122, 12206, 12224, 12225, 12248, 12292, 12320, and 12374);

**IT IS ORDERED** that the Motions are **GRANTED**. The Clerk's office is instructed to file the amended complaints attached to Plaintiffs' Motions in the member cases;

**IT IS FURTHER ORDERED** that Plaintiff Sophronia Harrington's Motion to Amend (Doc. 12340) is **DISMISSED AS MOOT**, as it appears to be a duplicate Motion (Doc. 12320).

New Orleans, Louisiana, this 13th day of April, 2021.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE