UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> **This document relates to:** ) <br> Donna Dean, 19-14798 ) | MDL No. 16-2740 <br><br> SECTION: "H" (5) |

## ORDER

Before the Court is a Motion for Summary Judgment (Doc. 11686);

**IT IS ORDERED** that the Motion is **DISMISSED AS MOOT**, in light of the subsequently filed Stipulation of Dismissal in Plaintiff's case.

New Orleans, Louisiana, this 14th day of April, 2021.

_____
**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**