MINUTE ENTRY
MILAZZO, J.
April 14, 2021

JS-10:01:00

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: ALL CASES | | |

### MINUTE ENTRY

On April 14, 2021, the Court held a status conference with lead and liaison counsel, as well as trial counsel for the second bellwether trial. The following attorneys appeared in person: Hildy Sastre, Jon Strongman, Doug Moore, Harley Ratliff, Darin Schanker, David Miceli, Chris Coffin, Julie Callsen, Lori Cohen, John Olinde, Dawn Barrios, and Palmer Lambert. Other participants appeared by video: Julie Park, Adrienne Byard, and Karen Menzies. The parties updated the Court on the status of the case.


_____