UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to all cases | ) | |

CASE MANAGEMENT ORDER NO. 32

**IT IS ORDERED** that the second bellwether trial set for August 16, 2021 - August 27, 2021 is **CONTINUED** to **August 23, 2021 - September 3, 2021**.

New Orleans, Louisiana, this 14th day of April, 2021.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE