MINUTE ENTRY
MILAZZO, J.
APRIL 14, 2021

```
JS-10: 01:00
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: 18-3857 Emma Willie | | |

## ORAL ARGUMENT
*U.S. District Judge Jane Triche Milazzo presiding*

COURT REPORTER: JODI SIMCOX
LAW CLERK: SAMANTHA BOUDREAUX
CASE MANAGER: ERIN MOULEDOUS

APPEARANCES:   DARIN SCHANKER & ANDRE MURA (by video), ON
BEHALF OF PLAINTIFFS
DOUG MOORE AND HARLEY RATLIFF, ON BEHALF
OF DEFENSE

Court begins at 1:00 p.m.
Counsel make appearances on the record.

Motions argued by counsel and taken under submission by the Court:

    Motion for Summary Judgment on Warnings Causation as to the Claims of Plaintiff Emma Willie (Doc. 12202)
    Motion for Summary Judgment Under the Doctrine of Judicial Estoppel as to the Claims of Plaintiff Emma Willie (Doc. 12201)

Matter adjourned at 2:00 p.m.

