UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: Juanita Greer, Case No. 2:18-cv-11728 | |

## ORDER

Considering the Motion for Leave to File Response to Plaintiff's Opposition to Bill of Costs Against Plaintiff Juanita Greer, filed by Defendants, sanofi-aventis U.S., LLC and Sanofi US Services, Inc.;

**IT IS ORDERED** that the Motion is **GRANTED**, and that Defendants' proposed Response to Plaintiff's Opposition to their Bill of Costs Against Plaintiff Juanita Greer is hereby entered into the Court's docket.

New Orleans, Louisiana, this 14th day of April, 2021.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE