IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| MARGARET CARTER-GRAY, | : : | SECTION "H" (5) JUDGE MILAZZO |
| Plaintiff, | : : | MAG. JUDGE NORTH |
| v. | : : | |
| SANDOZ, INC., | : : | Civil Action No. 2:17-cv-05942 |
| Defendant. | : : : | |

## ORDER

Before the Court is an unopposed Motion to Amend (Doc. 12445);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 14th day of April, 2021.

_____
JUDGE, UNITED STATES DISTRICT COURT