UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5) |

THIS DOCUMENT RELATES TO:

Deborah M. Marts
Case No.: 17-cv-11378

## ORDER

Before the Court is Plaintiff's Motion to Substitute (Doc. 12382);

**IT IS ORDERED** that the Motion is **GRANTED** and that Charles A. Marts is substituted on behalf of Deborah M. Marts in the above-referenced action.

New Orleans, Louisiana, this 14th day of April, 2021.

The Hon. Jane Triche Milazzo