UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2740** |
| | Section "H" (5) |
| **DEBRA BIANCO,** | **Judge Milazzo** |
| **Plaintiff,** | **Mag. Judge North** |
| v. | |
| HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC., HOSPIRA INC. | |
| **Defendants** | **Civil Action No. 2:19-cv-12881** |

## ORDER

Before the Court is an unopposed Motion to Amend (Doc. 12422);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 14th day of April, 2021.

_____
United States District Judge