MINUTE ENTRY
MILAZZO, J.
April 14, 2021

JS-10:01:25

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740  SECTION: "H" (5) |
| This document relates to all cases | ) | |

## MINUTE ENTRY

On April 14, 2021, the Court held a show cause hearing. Certain participants appeared in person: Dawn Barrios, Claire Berg, Kelly Brilleaux, and Julie Callsen. Nick Insogna appeared by video. Other participants appeared by telephone.

Court Reporter:   Jodi Simcox

Law Clerk:   Samantha Schott Boudreaux

**IT IS ORDERED** that the cases listed in the attached Exhibit A, titled "Stipulation of Dismissal List," are **DISMISSED WITH PREJUDICE** based on stipulations filed by counsel;

**IT IS FURTHER ORDERED** that the cases listed in the attached Exhibit B, titled "Declaration of No Contact List," are **DISMISSED WITH PREJUDICE**; and

**IT IS FURTHER ORDERED** that the cases listed in the attached Exhibit C, titled "Statement of No Defense List," are **DISMISSED WITH PREJUDICE**.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE