April 14, 2021  
Stipulation of Dismissal List

**EXHIBIT A**

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed | Docket |
|---|---|---|---|---|---|---|---|---|
| 1 | Robinson | Morris | 2:16-cv-16243 | No Authorizations (HIPAA) | sanofi | Morris Bart, LLC | 4/8/2021 | 12418 |
| 2 | Freeman (Williams) | Sherri (Ruby) | 2:21-cv-00399 (2:18-cv-03313 - *Multi-Pltf Case*) | Severed from multiple plaintiff complaint of Savannah Pugh (IL) no SFC filed | 505 | Napoli Shkolnik | 4/12/2021 | 12437 |
| 3 | Peterson | Angela | 2:18-cv-09257 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 | Niemeyer, Grebel & Kruse | 4/13/2021 | 12446 |