April 14, 2021
Declaration of No Contact List

**EXHIBIT B**

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed | Docket |
|---|---|---|---|---|---|---|---|---|
| 1 | Blackwood | Jennifer | 2:20-cv-02902 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 | Fears \| Nachawati | 4/8/2021 | 12409 |
| 2 | Blenman | Denise | 2:20-cv-03105 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 | Fears \| Nachawati | 4/8/2021 | 12410 |
| 3 | Christensen | Gloria | 2:20-cv-02889 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 | Fears \| Nachawati | 4/8/2021 | 12411 |
| 4 | Guille | Diane | 2:20-cv-02898 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Both sanofi and 505 | Fears \| Nachawati | 4/8/2021 | 12412 |
| 5 | Smith | Mary | 2:17-cv-12958 | No PTO 71A | sanofi | Fears \| Nachawati | 4/8/2021 | 12413 |
| 6 | Southerland | Brenda | 2:18-cv-03300 | PFS Not Substantially Complete; No PTO 71A | sanofi | Carey Danis & Lowe | 4/6/2021 | 12398 |