April 14, 2021
Statement of No Defense List

**EXHIBIT C**

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed | Docket |
|---|---|---|---|---|---|---|---|---|
| 1 | Ambrose | Sherry | 2:18-cv-11308 | No Authorizations | sanofi | Reyes\|Browne\|Reilley | 4/7/2021 | 12407 |
| 2 | Bradley | Alice | 2:17-cv-14884 | Authorizations (Deficient); No PTO 71A | sanofi | Davis & Crump, P. C. | 4/12/2021 | 12430 |
| 3 | Fridia | Audrey | 2:18-cv-02601 | Severed from multiple plaintiff complaint of Ramona Gibson (CA) no SFC filed | 505 | Napoli Shkolnik | 2/19/2021 | 12183 |
| 4 | Gregory | Georgie | 2:17-cv-13379 | Authorizations (Deficient); No PTO 71A | sanofi | Davis & Crump, P. C. | 4/12/2021 | 12431 |
| 5 | King | Bennie | 2:18-cv-03193 | Authorizations (Insurance authorization not witnessed); No PTO 71A | sanofi | Davis & Crump, P. C. | 4/12/2021 | 12432 |
| 6 | Scott | Ellen | 2:16-cv-15472 | PFS Not Substantially Complete | sanofi | Morris Bart, LLC | 4/8/2021 | 12421 |
| 7 | Smith | Rebecca | 2:18-cv-10081 | No CMO 12A | sanofi | Kirkendall Dwyer LLP | 4/12/2021 | 12442 |
| 8 | Vasile | Danielle | 2:17-cv-16222 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, or PTO 71A) | sanofi | Bachus & Schanker, LLC | 4/6/2021 | 12399 |
| 9 | Wanzor | Tracy | 2:19-cv-09089 | No CMO 12A | sanofi | Hodges & Foty, LLP | 4/1/2021 | 12381 |
| 10 | Worobec | Angela | 2:19-cv-13578 | PFS Not Substantially Complete | sanofi | Johnson Law Group | 2/4/2021 | 12121 |