UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| This document relates to all cases | | |

## PRETRIAL ORDER NO. 117

**IT IS ORDERED** that the next general status conference is **SET** for **May 26, 2021, at 11:30 a.m.** in Judge Milazzo's courtroom (C224). The hearing will be preceded by a meeting with lead and liaison counsel at **10:30 a.m.**

**IT IS FURTHER ORDERED** that the next show cause hearing is **SET** for **May 26, 2021, at 1:00 p.m.** in Judge Milazzo's courtroom. The call-in information for these events will be disseminated at a later time.

**IT IS FURTHER ORDERED** that a hearing with only the Finson Law Firm is **SET** for **May 25, 2021,** at **10 a.m.** to discuss matters that arose during the April 14, 2021 show cause hearing.

New Orleans, Louisiana, this 14th day of April, 2021.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**