UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| This document relates to all cases ) | |

## AMENDED CASE MANAGEMENT ORDER NO. 32

**IT IS ORDERED** that the second bellwether trial, which was originally set for June 21, 2021 - July 2, 2021, is now set for **August 23, 2021 - September 3, 2021**.

New Orleans, Louisiana, this 15th day of April, 2021.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE