UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETXAEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "N" (5) |
| | : | |
| THIS DOCUMENT RELATES TO: 2:20-cv-02674 *Carla Blades v. Sanofi U.S. Services, Inc., et al.* | : : : : | JUDGE MILAZZO |

**ORDER**

Considering the foregoing Joint Motion to Withdraw and Substitute Counsel:

IT IS ORDERED, ADJUDGED AND DECREED that Karen Beyea-Schroeder with the law offices of Burnett Law Firm be allowed to withdraw as Plaintiff's counsel, and further, that Lowell Finson of the law firm of Finson Law Firm be allowed to substitute/remain as counsel of record for Plaintiff.

Signed this ___ day of _____, 2021.

_____
JUDGE JANE TRICHE MILAZZO