UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETXAEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL NO. 2740 <br><br> SECTION "N" (5) <br><br> JUDGE MILAZZO |
| THIS DOCUMENT RELATES TO: 2:20-cv-02662 *Tena Glover v. Sanofi U.S. Services, Inc., et al.* | | |

## JOINT MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

COMES NOW, Plaintiff, by and through her undersigned attorneys, and respectfully files this Joint Motion to Withdraw and Substitute Counsel pursuant to Local Rule 83.2.11 and would show unto this Court the following:

Karen Beyea-Schroeder, with the law offices of Burnett Law Firm, represented the Plaintiff as local counsel while this matter was pending in New Jersey state court and prior to the removal of the action by Defendants. Karen Beyea-Schroeder has not had any contact with the client nor has she participated in any discovery in this matter as she was merely local counsel while the case was in New Jersey. Now that the matter is removed and pending before Your Honor, Plaintiff wishes to substitute Lowell Finson as her counsel of record to proceed with her claim.

By agreement, the below-signed attorney of Burnett Law Firm wish to withdraw, and substitute/leave Attorney Lowell Finson as counsel, as follows:

Lowell Finson
California State Bar No. 227586
Finson Law Firm
12777 W. Jefferson Blvd
Building D, Third Floor
Playa Vista, CA  90066
Tel:424-289-2627
Fax:310-425-3278
Email:lowell@finsonlawfirm.com

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays the Court will allow the withdrawal and substitution of counsel, as set forth herein.

Respectfully submitted and representation accepted by:

/s/ *Lowell Finson*
Lowell Finson
California State Bar No. 227586
Finson Law Firm
12777 W. Jefferson Blvd
Building D, Third Floor
Playa Vista, CA 90066
Tel:424-289-2627
Fax:310-425-3278
Email:lowell@finsonlawfirm.com

Agreed to by:

*/s/Karen Beyea-Schroeder*
Karen Beyea-Schroeder, Esq.
NJ ID No. 023131997
BURNETT LAW FIRM
3737 Buffalo Speedway, Ste. 1850
Houston, Texas 77098
Telephone: (832) 413-4410
Facsimile: (832) 900-2120
Karen.Schroeder@rburnettlaw.com

**CERTIFICATE OF SERVICE**

      I certify that on the 16th day of April, 2021, a true and correct copy of the above and foregoing document was served electronically using the CM/ECF system which will send notification of such filing to all attorneys in this matter who are registered users of the CM/ECF system.

      /s/ *Karen H. Beyea-Schroeder*