## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2740** |
| | **SECTION "H" (5)** |
| | **JUDGE JANE TRICHE MILAZZO** |
| | **MAG. JUDGE MICHAEL B. NORTH** |
| **THIS DOCUMENT RELATES TO:** Cases identified in "Exhibit A" | |

## MOTION TO WITHDRAW MISTY A. FARRIS AS COUNSEL

Pursuant to Local Rules 83.2.11, Attorneys Misty A. Farris and Darren McDowell hereby move for leave to withdraw Misty A. Farris as counsel of record in all cases listed on the attached **Exhibit A**. In support of this Motion, Ms. Farris and Mr. McDowell state as follows:

1. Attorney Darren McDowell of Fears Nachawati, PLLC is already listed as counsel of record for reach of the cases listed on **Exhibit A**.

2. Attorney Misty A. Farris will no longer be representing the Plaintiffs listed on **Exhibit A**. She does not need notice of filings in these cases and requests to be removed from all service lists, including the CM/ECF system.

3. Attorney Darren McDowell of Fears Nachawati, PLLC will continue to represent the Plaintiffs in each of the cases listed on **Exhibit A**. Plaintiffs consent to the filing of this Motion. Therefore, Plaintiffs will not be prejudiced by this withdrawal.

For the foregoing reasons, Attorneys Darren McDowell and Misty A. Farris hereby respectfully request that the Court grant leave to withdraw Misty. A Farris as counsel of record and to remove her from all service list as counsel for the Plaintiffs in each of the cases listed on **Exhibit A**.

Dated: April 16, 2021

                                              Respectfully submitted,

                                              */s/ Misty A. Farris*
                                              Misty A. Farris (TX Bar No. 00796532)
                                              **FEARS NACHAWATI, PLLC**
                                              5473 Blair Rd
                                              Dallas, TX 75231
                                              Tel. (214) 890-711
                                              Fax (214) 890-0712
                                              mfarris@fnlawfirm.com

                                              */s/ Darren McDowell*
                                              Darren McDowell (TX Bar No. 24025520)
                                              **FEARS NACHAWATI, PLLC**
                                              5473 Blair Rd
                                              Dallas, TX 75231
                                              Tel. (214) 890-711
                                              Fax (214) 890-0712
                                              dmcdowell@fnlawfirm.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on April 16, 2021, the above document was electronically filed with the Clerk of the Court by using the CM/ECF system, which sent notification of such filing to all counsel of record.

                                              */s/ Misty A. Farris*
                                              Misty A. Farris