UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL B. NORTH |
| THIS DOCUMENT RELATES TO: Cases identified in "Exhibit A" | |

## ORDER

The Court, after considering the Motion to Withdraw Misty A. Farris as Counsel, as well as any responses thereto, finds the motion meritorious.

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Withdraw Misty A. Farris as Counsel is hereby GRANTED. Attorney Misty A. Farris is hereby withdrawn as counsel of record for the cases listed on *Exhibit A*. Attorney Darren McDowell shall remain counsel of record for the cases listed on *Exhibit A*.

New Orleans, Louisiana, this _____ day of _____, 2021.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE

# Exhibit A

| PLAINTIFF | CASE CAPTION | CIVIL ACTION NO. |
|---|---|---|
| Lula Gibbs | Gibbs v. Sanofi S.A. et al | 2:17-cv-17249 |
| Judi Cochran | Cochran v. Sanofi S.A. et al | 2:17-cv-17309 |
| Judy Carlson | Carlson v. Sanofi S.A. | 2:17-cv-17950 |
| Patricia Hames | Hames v. Sanofi S.A. et al | 2:17-cv-17970 |
| Marlene Hildebrandt | Hildebrandt v. Sanofi US Services Inc. et al | 2:18-cv-04521 |
| Beverly Copeland | Copeland v. Sanofi US Services Inc. et al | 2:18-cv-06486 |
| Brenda Mixon | Mixon v. Sanofi US Services Inc. et al | 2:18-cv-06581 |
| Judith Anthony | Anthony v. Sanofi US Services Inc. et al | 2:18-cv-09334 |
| Gayle Cain | Cain v. Hospira Worldwide, LLC et al | 2:18-cv-09341 |
| Connie Hale | Hale v. Sanofi US Services Inc. et al | 2:19-cv-08556 |
| Robin Chieves | Chieves v. Sandoz, Inc. | 2:19-cv-11372 |
| Jo Hillyard | Hillyard v. Sanofi US Services Inc. et al | 2:19-cv-12291 |
| Leslie Bordus | Bordus v. Sanofi US Services Inc. et al | 2:19-cv-13736 |
| Sandra Greenwood | Greenwood v. Sanofi US Services Inc. et al | 2:19-cv-14656 |
| Annmarie Hutchison | Hutchison v. Sanofi US Services Inc. et al | 2:19-cv-14678 |