IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION : | * * * * * * * * | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE TRICHE MILAZZO |
| This Document Relates to:<br>Michelle Peacock v. Hospira, Inc., et al | * * | CIVIL ACTION NO. 2:20-cv-2826 |

_____

## SUGGESTION OF DEATH

In accordance with Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff Michelle Peacock files this Suggestion of Death upon the record in the above referenced case. A Motion to Substitute Parties for Plaintiff will be filed within 90 days of this filing.

This the 16th day of April, 2020.

                                                      **RODEN LAW**

                                                      /s/ Tyler McCormick Love
                                                      Tyler M. Love
                                                      GA Bar 940419
                                                      333 Commercial Drive
                                                      Savannah, GA 31406
                                                      P: 912.303.5850
                                                      F: 912.303.5851
                                                      Tlove@rodenlaw.com
                                                      *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 16, 2020 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

      **RODEN LAW**

      <u>/s/ Tyler McCormick Love</u>
      Tyler M. Love
      GA Bar 940419
      333 Commercial Drive
      Savannah, GA 31406
      P: 912.303.5850
      F: 912.303.5851
      Tlove@rodenlaw.com
      *Attorney for Plaintiff*