# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Lauren Brown v. Sanofi US Services, Inc., et al. | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI US SERVICES INC. f/k/a SANOFI AVENTIS U.S. INC., SANOFI-AVENTIS U.S. LLC, HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE INC. and HOSPIRA, INC.**<br><br>Civil Action No.:  2:17-cv-17352 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Hospira Worldwide, LLC f/k/a Hospira Worldwide Inc. and Hospira Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 16th day of April, 2021

/s/ Randi Kassan
Randi Kassan
NY Bar No. 4375754
SANDERS PHILLIPS GROSSMAN, LLC
100 Garden City Plaza, Ste. 500
Garden City, NY 11530
Telephone: (516) 741-5600
Facsimile: (516) 741-0128
Email:  Rkassan@thesandersfirm.com

CERTIFICATE OF SERVICE

      I hereby certify that on April 16, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: April 16, 2021

                          /s/ Randi Kassan
                          Randi Kassan
                          NY Bar No. 4375754
                          SANDERS PHILLIPS GROSSMAN, LLC
                          100 Garden City Plaza, Ste. 500
                          Garden City, NY 11530
                          Telephone: (516) 741-5600
                          Facsimile: (516) 741-0128
                          Email:  Rkassan@thesandersfirm.com