# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5) |

THIS DOCUMENT RELATES TO:
*The cases listed in the attached Exhibit A*

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, come plaintiffs listed in the attached Exhibit A, who respectfully request that Alexandra W. Robertson and Timothy J. Becker of the law firm Johnson Becker, PLLC, 444 Cedar Street, Suite 1800, St. Paul, MN 55101, be substituted as counsel of record in place of the attorneys with the law firm Simmons Hanly Conroy, One Alton Street, Alton, IL 62002.

Respectfully Submitted,

Dated: April 16, 2021

| **SIMMONS HANLY CONROY** | **JOHNSON BECKER, PLLC** |
|---|---|
| /s/ John J. Foley<br>John J. Foley, Esq., IL Bar # 6288152<br>One Court Street<br>Alton, IL 62002<br>(618) 259-2222 (telephone)<br>jfoley@simmonsfirm.com | /s/ Alexandra W. Robertson<br>Alexandra Robertson, Esq. MN Bar #395619<br>Timothy J. Becker, Esq. MN Bar #256663<br>444 Cedar Street, Suite 1800<br>St. Paul, Minnesota 55101<br>(612) 436-1800 (telephone)<br>arobertson@johnsonbecker.com<br>tbecker@johnsonbecker.com |
| **Attorney for Plaintiff** | **Attorneys for Plaintiff** |

## **CERTIFICATE OF SERVICE**

I certify that on April 16, 2021, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ Alexandra Robertson
Alexandra Robertson

# EXHIBIT A

| Plaintiff Last Name | Plaintiff First Name | Individual Docket Number |
|---|---|---|
| Adaway | Linda | 17-cv-09452 |
| Alperton | Eleanor | 17-cv-03359 |
| Aronowitz | Brenda | 17-cv-05640 |
| Brown | Diana | 16-cv-17153 |
| Caraway | Laci | 18-cv-03904 |
| Carrier | Micheline | 18-cv-00625 |
| Chase | Barbara | 18-cv-07860 |
| Chattos | Heather | 17-cv-03365 |
| DeDomenico | Paula | 18-cv-00628 |
| Destefano | Terri | 17-cv-06919 |
| Eaton | Patricia | 18-cv-00629 |
| English-Pagan | Emma | 17-cv-06910 |
| Factor | Patricia | 17-cv-03369 |
| Falk | Barbara | 18-cv-07864 |
| Fassl | Diana | 17-cv-02360 |
| Foreman | Katheryn | 17-cv-05645 |
| Frazier | Mellanie | 17-cv-13690 |
| Frederick-Sorak | Brenda | 17-cv-15716 |
| Gattoni | Judy | 17-cv-02345 |
| Gordon | Karen | 18-cv-03908 |
| Grabowski Sica | Jennifer | 18-cv-07865 |
| Harper | Vickie | 17-cv-15720 |
| Hawkins | Sandra | 17-cv-03380 |
| Hershey | Jolie | 17-cv-01170 |
| Hill | Sherry | 18-cv-03909 |
| Houdaille-Janson | Laurence | 19-cv-01643 |
| Hovey | Susan | 17-cv-05647 |
| Hurley | Ann | 18-cv-03910 |
| Ingram | Suzanne | 17-cv-06904 |
| Ison | Shoranana | 17-cv-06922 |
| Jarman | Rosemary | 17-cv-06897 |
| Jiang | Diane | 17-cv-08576 |
| Jones | Cheryl | 17-cv-01174 |
| Jordan | Katrina | 17-cv-02340 |
| Kisty | Bonnie | 17-cv-09464 |
| Kobilis | Shaunna | 18-cv-00624 |
| Lawrence | Stella | 17-cv-09467 |
| Lee | Debra | 17-cv-03394 |
| Lewis | Shirley | 17-cv-15755 |
| Long | Terrie | 17-cv-01166 |
| Madden | Debbie | 17-cv-09473 |
| Martyn | Susan | 17-cv-06902 |
| Mazon | Yolanda | 17-cv-05650 |
| Mendoza | Janet | 17-cv-03397 |

| | | |
|---|---|---|
| Mikell | Connie | 17-cv-09482 |
| Mims | Kathryn | 17-cv-15812 |
| Morris | Helen | 17-cv-02342 |
| Musico | Deborah | 17-cv-09485 |
| Narby | Mary Jo | 18-cv-00636 |
| Nard | Leslie | 17-cv-15822 |
| Oliveri | Kimberly | 17-cv-01176 |
| Pacheco | Marsha | 18-cv-14085 |
| Parker | Mary | 17-cv-09488 |
| Peets | Elizabeth | 17-cv-01204 |
| Porter | Phyllis | 17-cv-05665 |
| Powell | Willie | 17-cv-11392 |
| Proctor | Judith | 17-cv-05666 |
| Reagan | Michelle | 18-cv-00638 |
| Richmond | Addie | 18-cv-00639 |
| Rosburg | Teresa | 17-cv-09491 |
| Roussel | Scharmel | 18-cv-13678 |
| Salvato | Carmela | 17-cv-01212 |
| Scharnell | Cheryl | 18-cv-03912 |
| Scheffler | Marsha | 17-cv-11397 |
| Schwesig | Monika | 17-cv-01175 |
| Sharp | Yvonne | 17-cv-02344 |
| Sharrard | Monieca | 18-cv-03915 |
| Simms | Zina | 17-cv-11368 |
| Smith | Nancy | 17-cv-11387 |
| Steinbock | Marcia | 17-cv-11399 |
| Stukes | Debbie | 18-cv-07878 |
| Taylor | Patricia | 17-cv-03408 |
| Thomas | Bonnie | 18-cv-07879 |
| Trippe | Deborah | 18-cv-00640 |
| Wendler | Sharren | 18-cv-07881 |
| Williams | Wanda | 17-cv-06899 |
| Wood | Joy | 17-cv-05137 |
| Wright | Yolanda | 16-cv-17159 |
| Zurfluh | Janet | 17-cv-11405 |