UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>MARTHA DELGADO vs. SAGENT PHARMACEUTICALS, INC., ACTAVIS LLC F/K/A ACTAVIS INC. and ACTAVIS PHARMA, INC. | Civil Action No. 2:19-CV-14734 |

**SECOND MOTION FOR LEAVE TO FILE**
**UNOPPOSED AMENDED SHORT FORM COMPLAINT**

Plaintiff Martha Delgado, by and through counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully moves the Court for leave to amend the Complaint filed in this action. Plaintiff's Original Short Form Complaint was filed on December 23, 2019 in the Eastern District of Louisiana. Defendant, Sagent Pharmaceuticals, Inc. was served pursuant to PTO 83. Plaintiff filed her Amended Complaint on May 5, 2020.

Plaintiff has acquired records that Plaintiff believes establishes that Plaintiff was potentially infused with docetaxel manufactured by Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, and/or Accord Healthcare, Inc. Consequently, Plaintiff now seeks leave to amend to her complaint to add Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, and Accord Healthcare, Inc. as Defendants to this lawsuit. Thus, Plaintiff's proposed amendment, attached hereto as Exhibit A, reflects this change.

Pursuant to PTO 37A and Local Rule 7.6, Plaintiff has conferred with defense counsel. Defense counsel have agreed, in the interest of judicial economy, Defendants will not oppose this motion, provided that Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, and Accord Healthcare, Inc. are permitted to reserve their right to assert all defenses, including defenses based on statute of limitations and jurisdiction, at another stage in this lawsuit.

WHEREFORE, Plaintiff hereby respectfully requests this Court to grant leave to file Plaintiff's Second Amended Short Form Complaint.

                                        MARTINEZ & MCGUIRE, PLLC

        By:    */s/ Clint E. McGuire*
                 Clint E. McGuire
                 Federal ID #25560
                 State Bar No. 24013139
                 clint@mmtriallawyers.com
                 17227 Mercury Drive, Suite B
                 Houston, Texas 77058
                 Telephone:    (281) 286-9100
                 Facsimile:    (281) 286-9105
                 ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of April 2021, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operating of MDL Centrality which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

                                        */s/ Clint E. McGuire*
                                        Clint E. McGuire