UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>MARTHA DELGADO vs. SAGENT PHARMACEUTICALS, INC., ACTAVIS LLC F/K/A ACTAVIS INC. and ACTAVIS PHARMA, INC. | Civil Action No. 2:19-CV-14734 |

**ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR LEAVE TO FILE SECOND AMENDED SHORT FORM COMPLAINT**

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, herby GRANTS Plaintiff's Second Motion for Leave to File Second Amended Short Form Complaint. It is therefore ORDERED that Plaintiff is given leave to file her Second Amended Short Form Complaint and Plaintiff's Amended Short Form Complaint is entered into the record.

New Orleans, Louisiana, on this ___ day of _____, 2021.

_____
HON. JANE TRICHE MILAZZO UNITED STATES DISTRICT JUDGE