## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2740 |
| | ) |
| | ) |
| **This Document Relates to:** | ) SECTION "H" (5) |
| | ) |
| *Harvey Alpert, on behalf of Rhea Alpert, and* | ) HON. JUDGE JANE TRICHE MILAZZO |
| *the Estate of Rhea Alpert v. Sanofi-Aventis* | ) |
| *U.S. LLC, et al.;* | ) |
| *Case No. 2:19-cv-13977* | ) MAG. JUDGE MICHAEL NORTH |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, Leslie LaMacchia for the Plaintiff and moves this Honorable Court for

an order substituting Gayle Alpert Kiel on behalf of her deceased father, Harvey Alpert, for the

following reasons:

1. On December 2, 2019, Harvey Alpert filed a Complaint, on behalf of his deceased wife, Rhea Alpert, in the above referenced matter.

2. On June 25, 2020, Harvey Alpert passed away.

3. Plaintiff's daughter, Gayle Alpert Kiel, notified Plaintiff's counsel of her father's passing and her interest in continuing this lawsuit on his behalf.

4. Harvey Alpert and Gayle Alpert Kiel are named as Personal Representatives and Trustees under Rhea Alpert's Will dated December 5, 2014.

5. The decedent's daughter, Gayle Alpert Kiel, is the Proper Party Plaintiff and wishes to be substituted on behalf of Harvey Alpert in this case.

6. Notice of Harvey Alpert's death was submitted to this Honorable Court on January 18, 2021 (See Exhibit A).

Wherefore, movant prays for said substitution.

Dated: April 19, 2021

Respectfully submitted,

*/s/ Leslie LaMacchia*
Leslie LaMacchia, Esq.
Adam Pulaski, Esq.
PULASKI KHERKHER, PLLC
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555 Phone
(713) 664-7543 Fax
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com

*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of April 2021, a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

*/s/ Leslie LaMacchia*
Leslie LaMacchia, Esq.

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | ) | MDL No. 2740 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | |
| **This Document Relates to:** | ) | SECTION "H" (5) |
| | ) | |
| *Harvey Alpert, on behalf of Rhea Alpert, and* | ) | HON. JUDGE JANE TRICHE MILAZZO |
| *the Estate of Rhea Alpert v. Sanofi-Aventis* | ) | |
| *U.S. LLC, et al.;* | ) | |
| *Case No. 2:19-cv-13977* | ) | MAG. JUDGE MICHAEL NORTH |

_____

**NOTICE AND SUGGESTION OF DEATH**

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Harvey Alpert.

Dated: January 18, 2021                    Respectfully submitted,

                                           */s/ Leslie LaMacchia*_____

                                           Leslie LaMacchia, Esq.
                                           Adam Pulaski, Esq.
                                           PULASKI KHERKHER, PLLC
                                           2925 Richmond Avenue, Suite 1725
                                           Houston, TX 77098
                                           (713) 664-4555 Phone
                                           (713) 664-7543 Fax
                                           llamacchia@pulaskilawfirm.com
                                           adam@pulaskilawfirm.com

                                           *Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.


Dated: January 18, 2021                    Respectfully submitted,

                                           */s/ Leslie LaMacchia*

                                           Leslie LaMacchia, Esq.
                                           Adam Pulaski, Esq.
                                           PULASKI KHERKHER, PLLC
                                           2925 Richmond Avenue, Suite 1725
                                           Houston, TX 77098
                                           (713) 664-4555 Phone
                                           (713) 664-7543 Fax
                                           llamacchia@pulaskilawfirm.com
                                           adam@pulaskilawfirm.com

                                           *Attorneys for the Plaintiff*