# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2740 ) ) |
| **This Document Relates to:** | ) SECTION "H" (5) ) |
| *Harvey Alpert, on behalf of Rhea Alpert, and the Estate of Rhea Alpert v. Sanofi-Aventis U.S. LLC, et al.;* *Case No. 2:19-cv-13977* | ) HON. JUDGE JANE TRICHE MILAZZO ) ) ) MAG. JUDGE MICHAEL NORTH |

## ORDER

Considering the foregoing Motion to Substitute:

IT IS ORDERED that the Plaintiff's Motion to Substitute Party is hereby GRANTED, and that Gayle Alpert Kiel, on behalf of Rhea Alpert, and the Estate of Rhea Alpert, be substituted as the proper party plaintiff, herein.

Signed New Orleans, Louisiana this ____ day of _____, 2021.

_____
Hon. Jane Triche Milazzo
United States District Judge