## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | ) | MDL No. 2740 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | |
| **This Document Relates to:** | ) | SECTION "H" (5) |
| | ) | |
| *Harvey Alpert, on behalf of Rhea Alpert, and* | ) | HON. JUDGE JANE TRICHE MILAZZO |
| *the Estate of Rhea Alpert v. Sanofi-Aventis* | ) | |
| *U.S. LLC, et al.;* | ) | |
| *Case No. 2:19-cv-13977* | ) | MAG. JUDGE MICHAEL NORTH |

---

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the undersigned counsel has filed Plaintiff's Motion to Substitute Party before the Honorable Jane Triche Milazzo.

Dated: April 19, 2021

Respectfully submitted,

*/s/ Leslie LaMacchia*
Leslie LaMacchia, Esq.
Adam Pulaski, Esq.
PULASKI KHERKHER, PLLC
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555 Phone
(713) 664-7543 Fax
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com

*Attorneys for the Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 19th day of April 2021, a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.


*/s/ Leslie LaMacchia*
Leslie LaMacchia, Esq.

2