UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL 2740 |
| | SEC. "H"(5) |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO |

Emma Willie, No. 18-3857

## JUDGMENT

Considering the briefing submitted by counsel, arguments presented at the April 14, 2021 oral argument, and for reasons issued April 19, 2021 (Doc. 12491);

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff Emma Willie's case is hereby DISMISSED WITH PREJUDICE.

Signed in New Orleans, LA this 16th day of April, 2021.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE