**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Lauren Eisiliones v. Sanofi U.S. Services Inc., et al.*; Case No. 2:19-cv-13771 | : : : : | **NOTICE OF SUGGESTION OF DEATH** |

**NOTICE OF SUGGESTION OF DEATH**

Defendant Accord Healthcare Inc., by and through its attorneys and pursuant to Fed. R. Civ. P 25(a)(1), hereby suggests upon the record the death of Plaintiff Lauren Eisiliones. Upon information and belief, Ms. Eisiliones died on or around December 11, 2019.

    Respectfully submitted,

    /s/ *Brenda A. Sweet*
    Julie A. Callsen (0062287)
    Brenda A. Sweet (0085909)
    TUCKER ELLIS LLP
    950 Main Avenue, Suite 1100
    Cleveland, OH  44113-7213
    Telephone:     216.592.5000
    Facsimile:       216.592.5009
    julie.callsen@tuckerellis.com
    brenda.sweet@tuckerellis.com

    *Attorneys for Defendant*
    *Accord Healthcare, Inc.*

5115281.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED:  April 19, 2021                     */s/ Brenda A. Sweet*
                                                            *One of the Attorneys for Defendant Accord Healthcare, Inc.*

5115281.1