UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL 2740** |
| | **SEC. "H"(5)** |
| **THIS DOCUMENT RELATES TO:**<br>Wanda Stewart, No. 17-10817 | **JUDGE MILAZZO** |

## JUDGMENT

Considering the briefing submitted by counsel, arguments presented at the March 19, 2021 oral argument, and for reasons issued April 19, 2021 (Doc. 12494);

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff Wanda Stewart's case is hereby DISMISSED WITH PREJUDICE.

Signed in New Orleans, LA this 19th day of April, 2021.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE