IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2740  SECTION: "N" 5  COMPLAINT & JURY DEMAND |
| This Document Relates To: *Rosie Tolbert* | * * * | CIVIL ACTION NO. 2:18-cv-04463 |

**PLAINTTIF'S MEMORANDUM IN SUPPORT MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

Plaintiff, Rosie Tolbert by and through her attorneys, respectfully seek leave of Court to file an Amended Short Form Complaint in this matter pursuant to Federal Rules of Civil Procedure 12(a)(2) for the reasons set forth below:

The original suit was filed in this matter based upon the belief by Plaintiff, Rosie Tolbert that was provided Taxotere/Docetaxel chemotherapy which caused her to permanently lose her hair. Her original suit was filed on April 30, 2018.

Subsequent to the filing of her original lawsuit, Plaintiff wishes to dismiss all Sanofi defendants with prejudice, and that Hospira Inc. and Hospira Worldwide, LLC a/k/a Hospira Worldwide, Inc. should be named as the only Defendants in Plaintiff's case as manufacturer of the chemotherapy drug which allegedly caused her permanent hair loss.

Plaintiff, therefore, desires to amend the Complaint to include an allegation against Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.; Hospira, Inc. and add that she only recently became aware of these allegations.

Respectfully submitted,

**BRENT COON & ASSOCIATES**

/s/ Eric W. Newell
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
Brent@bcoonlaw.com
Eric W. Newell
Texas Bar No. 24046521
Eric_newell@bcoonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been sent to counsel of record for all parties via CM/ECF system this 20th day of April, 2021.

/s/Eric W. Newell
Eric W. Newell