UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**
 Rosalind Williams v. Accord Healthcare, Inc. et. al.
 EDLA No. 2:17-cv-16750

 Leetricia Gross v. Hospira Worldwide LLC, f/k/a
 Hospira Worldwide Inc, Hospira Inc., Pfizer Inc., and Sandoz
 EDLA No. 2:17-cv-14053

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINTS

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Rosalind Williams, and Leetricia Gross, who respectfully request leave to file the attached proposed First Amended Short Form Complaints (Exhibits A-B).

Pursuant to Local Rule 7.6, Plaintiffs' Counsel has conferred with Counsel for Defendants and there is no opposition to this motion.

WHEREFORE, Plaintiffs' pray that they be granted leave to file the attached proposed Amended Short Form Complaints.

Dated: April 21, 2021　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Tara King*
　　　　　　　　　　　　　　　　　　　　　Tara King MO#69171
　　　　　　　　　　　　　　　　　　　　　SWMW Law, LLC
　　　　　　　　　　　　　　　　　　　　　701 Market Street
　　　　　　　　　　　　　　　　　　　　　St. Louis, MO 63101
　　　　　　　　　　　　　　　　　　　　　Phone: (314) 480-5180
　　　　　　　　　　　　　　　　　　　　　Fax: (314) 932-1566
　　　　　　　　　　　　　　　　　　　　　Tara.King@swmwlaw.com

　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                              */s/ Tara King*
                                              Tara King