## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**In Re: TAXOTERE (DOCETAXEL)**                                    **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                                                    **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO:**
*Rosalind Williams v. Accord Healthcare, Inc. et. al.*
*EDLA No. 2:17-cv-16750*

*Leetricia Gross v. Hospira Worldwide LLC, f/k/a*
*Hospira Worldwide Inc, Hospira Inc., Pfizer Inc., and Sandoz*
*EDLA No. 2:17-cv-14053*

### <u>ORDER</u>

Considering the foregoing Plaintiffs' Unopposed Motion for Leave to File First Amended

Short Form Complaints,

IT IS ORDERED that the Motion is GRANTED**;**

IT IS FURTHER ORDERED that the Clerk of Court shall file the First Amended Short

Form Complaint in each Plaintiff's member case.

New Orleans, Louisiana, this_____day of_____, 2021.


_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE