UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO |
| *All cases where Sanofi-Aventis U.S. LLC is named as a defendant* | : : : : | |

## NOTICE OF APPEARANCE

Please enter the appearance of Jenn Hatcher of the law firm Shook, Hardy & Bacon L.L.P. as counsel for Defendant Sanofi-Aventis U.S. LLC., in the above-captioned matters.

Dated:  April 22, 2021

Respectfully Submitted,

SHOOK, HARDY & BACON L.L.P.

*/s/ Jenn Hatcher*
Jenn Hatcher
Shook, Hardy & Bacon LLP
2555 Grand Blvd.
Kansas City, MO 64108
Tel:  (816) 474-6550
Fax:  (816) 421-5547
Email: jhatcher@shb.com

*Attorney for Defendant Sanofi-Aventis U.S. LLC*

**CERTIFICATION OF SERVICE**

      I hereby certify that on April 22, 2021, a copy of the foregoing NOTICE OF APPEARANCE was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      */s/ Jenn Hatcher*
      Jenn Hatcher
      Shook, Hardy & Bacon LLP
      2555 Grand Blvd.
      Kansas City, MO 64108
      Tel: (816) 474-6550
      Fax: (816) 421-5547
      Email: jhatcher@shb.com