UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> **This document relates to:** ) <br> Martha Delgado, 19-14734 ) <br> Rosie Tolbert, 18-4463 ) <br> Rosalind Williams, 17-16750 ) <br> Leetricia Gross, 17-14053 ) | MDL No. 16-2740 <br><br> SECTION: "H" (5) |

### ORDER

Before the Court are three unopposed Motions to Amend Complaints (Docs. 12489, 12498, and 12501);

**IT IS ORDERED** that the Motions are **GRANTED**. The Clerk's office is instructed to file the amended complaints attached to Plaintiffs' Motions in the member cases.

New Orleans, Louisiana, this 22nd day of April, 2021.

HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE