UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| **This document relates to:** Phyllis Andrews, 20-2678 Susan Bidwell, 20-2761 Carla Blades, 20-2674 Patricia Bramblett, 20-2677 Cynthia Bryant, 20-2669 Ailene Cabrera, 20-2676 Elizabeth Chaisson-Ricker, 20-2675 Romanica Cooper, 20-2672 Carmella Cora, 20-2663 Tena Glover, 20-2662 Sandra Gough, 20-2667 Towanda Payton, 20-2673 Susan Vick, 20-2666 Donna Rooney, 20-2670 | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

## ORDER

Before the Court are several Motions to Substitute Counsel (Docs. 12471, 12472, 12473, 12474, 12475, 12476, 12477, 12478, 12479, 12480, 12481, 12482, 12483, and 12485);

**IT IS ORDERED** that the Motions are **GRANTED**, and Lowell Finson is substituted as counsel of record in the above-referenced cases.

New Orleans, Louisiana, this 22nd day of April, 2021.

HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE