UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2740 |
| **This Document Relates to:** | ) ) | SECTION "H" (5) |
| *Harvey Alpert, on behalf of Rhea Alpert, and the Estate of Rhea Alpert v. Sanofi-Aventis U.S. LLC, et al.;* Case No. 2:19-cv-13977 | ) ) ) ) ) | HON. JUDGE JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |

## ORDER

Considering the foregoing Motion to Substitute Party (Doc. 12490);

**IT IS ORDERED** that the Motion is **GRANTED** and that Gayle Alpert Kiel, on behalf of Rhea Alpert, and the Estate of Rhea Alpert, be substituted as the proper party plaintiff, herein.

New Orleans, Louisiana, this 22nd day of April, 2021.

_____
Hon. Jane Triche Milazzo
United States District Judge