UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL B. NORTH |
| THIS DOCUMENT RELATES TO:<br>Cases identified in Exhibit A | |

## ORDER

Before the Court is a Motion to Withdraw Misty A. Farris as Counsel (Doc. 12484);

**IT IS ORDERED** that the Motion is **GRANTED**, and attorney Misty A. Farris is hereby withdrawn as counsel of record for the cases listed in Exhibit A. Attorney Darren McDowell shall remain counsel of record for the cases listed in Exhibit A.

New Orleans, Louisiana, this 22nd day of April, 2021.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE

**EXHIBIT A**

| PLAINTIFF | CASE CAPTION | CIVIL ACTION NO. |
|---|---|---|
| Lula Gibbs | Gibbs v. Sanofi S.A. et al | 2:17-cv-17249 |
| Judi Cochran | Cochran v. Sanofi S.A. et al | 2:17-cv-17309 |
| Judy Carlson | Carlson v. Sanofi S.A. | 2:17-cv-17950 |
| Patricia Hames | Hames v. Sanofi S.A. et al | 2:17-cv-17970 |
| Marlene Hildebrandt | Hildebrandt v. Sanofi US Services Inc. et al | 2:18-cv-04521 |
| Beverly Copeland | Copeland v. Sanofi US Services Inc. et al | 2:18-cv-06486 |
| Brenda Mixon | Mixon v. Sanofi US Services Inc. et al | 2:18-cv-06581 |
| Judith Anthony | Anthony v. Sanofi US Services Inc. et al | 2:18-cv-09334 |
| Gayle Cain | Cain v. Hospira Worldwide, LLC et al | 2:18-cv-09341 |
| Connie Hale | Hale v. Sanofi US Services Inc. et al | 2:19-cv-08556 |
| Robin Chieves | Chieves v. Sandoz, Inc. | 2:19-cv-11372 |
| Jo Hillyard | Hillyard v. Sanofi US Services Inc. et al | 2:19-cv-12291 |
| Leslie Bordus | Bordus v. Sanofi US Services Inc. et al | 2:19-cv-13736 |
| Sandra Greenwood | Greenwood v. Sanofi US Services Inc. et al | 2:19-cv-14656 |
| Annmarie Hutchison | Hutchison v. Sanofi US Services Inc. et al | 2:19-cv-14678 |