# EXHIBIT 1

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

* * * * * * * * * * * * * * * * * * * * * *

IN RE: TAXOTERE (DOCETAXEL)     MDL NO. 2740

PRODUCT LIABILITY LITIGATION

This Document Relates to:

Clare Guilbault vs. Hospira, et al.,

No. 2:16-cv-17061

* * * * * * * * * * * * * * * * * * * * * *

VIDEOTAPED DEPOSITION

OF

CHRIS THEODOSSIOU, M.D.,

Taken on Wednesday, November 11, 2020

Commencing at 1:25 p.m.

Via Zoom

Page 66

1 which we'll mark as Exhibit 6.
2     (Whereupon Exhibit No. 6 was marked for
3     identification.)
4 BY MR. ROTOLO:
5     Q. And, specifically, at Bates Number page 280.
6         Would that be the MRI report that you had
7 ordered for her, that it looks like it occurred on
8 September 23rd of 2013?
9     A. Yes, sir.
10    Q. What was the finding of the MRI that you had
11 ordered?
12    A. I'll read it.  "Enhancing lesion within the
13 anterior column of the T12 vertebral body which
14 corresponds to the area of increased FDG uptake on
15 recent PET scan, highly concerning for metastatic
16 disease in this patient with a reported history of
17 breast cancer."
18    Q. And so what was the significance of the MRI
19 finding?
20    A. We look for bone destruction.  If you see
21 bone destruction, you know that this is cancer, and
22 sometimes you can forgo the biopsy.  This, again,
23 looks highly suspicious for metastatic disease.
24    Q. Doctor, if you could turn to Tab 21, which
25 we'll mark as Exhibit 7.

Page 67

1     (Whereupon Exhibit No. 7 was marked for
2     identification.)
3 BY MR. ROTOLO:
4     Q. At the top of that Tab 21, Exhibit 7, it
5 says, "Encounter information:  Office visit,
6 Ms. Guilbault," dated September 25th of 2013.
7         Do you see that?
8     A. Yeah, I see that.
9     Q. If you move forward to your progress note,
10 which begins on the bottom of page 335.
11    A. Yeah.  I wonder.  Was there a biopsy?  I
12 mean the only --
13    Q. Doctor --
14    A. The only reason not to do a biopsy would be
15 if the radiologist felt that it wasn't amenable to a
16 biopsy.
17    Q. Doctor, we'll get there, but I will -- if we
18 can move ahead to page 337.
19    A. Yes, sir.
20    Q. Your plan.  It says, "I had a long
21 discussion with Ms. Guilbault and her husband.  I've
22 discussed her case with Dr. Stolier.  It's possible
23 that she may have stage 4 disease with a solitary
24 bone metastasis.  However, due to the location of
25 the suspicious lesion anteriorly on the bottom

Page 68

1 of" -- "body of T12, it is not safe to obtain a
2 biopsy to confirm the stage."
3         Do you have a recollection that the T12
4 lesion could not be biopsied before treatment?
5     A. I have to go by my notes.  I mean that's
6 probably the discussion that took place with the --
7 in direction of radiologist.  Again, when we have a
8 lesion that's not amenable to a biopsy, you always
9 give the patient the benefit of the doubt.  And
10 instead of, you know, saying that we're not going to
11 try to cure you, we will treat her for a presumptive
12 stage 3, which is curable.
13    Q. Given the -- what you looked at on the MRI
14 of the breast and the staging, would Ms. Guilbault's
15 cancer be considered invasive carcinoma?
16    A. It is invasive, based on the biopsy.
17    Q. Based on this information that you had at
18 this time, would Ms. Guilbault's cancer be
19 considered early stage breast cancer?
20        MS. REYNOLDS:  Object to form.
21        THE WITNESS:  It wasn't early stage.  I
22     mean, she -- you know, she was at least a
23     stage 2, maybe a stage 3, or a stage 4.  But
24     she wasn't an early stage.  The reason I'm
25     saying she's at least a stage 2 is that

Page 69

1     there has been a lymph node biopsy that
2     showed cancer.  So she's not a stage 1,
3     period.
4 BY MR. ROTOLO:
5     Q. And you continue on in your note, "I think
6 that a reasonable approach would be for her to
7 proceed with neoadjuvant chemotherapy, followed by
8 resection.  Upon completion of her resection, we can
9 offer radiation to T12 area and hormonal therapy
10 with aromatase inhibitors."
11        So that was the plan going forward?
12    A. That was the plan going forward, due to the
13 fact that the lesion was not amenable to a biopsy.
14    Q. So, Doctor, when that occurs, you are
15 treating her hoping that the bony metastasis is not
16 cancer?
17    A. Correct.
18    Q. But if it is cancer, you haven't done any
19 harm to Ms. Guilbault?
20    A. You haven't done any harm.  But, you know,
21 if I flip the argument:  If she turns out to be a
22 stage 3 and you treat her as a stage 4, you did do
23 her harm.
24    Q. Correct.  So you would do what you can to
25 give her the best chance should it turn out to be

18 (Pages 66 - 69)

|  | Page 98 |
|---|---|
| 1 | Q. Would you go over those written -- that |
| 2 | written information with the patient? |
| 3 | A. No. It wasn't -- this was something the |
| 4 | nurse would do or the navigator would do, not the |
| 5 | physician. I would have this -- the discussion at |
| 6 | some point. Usually when they sign the consent |
| 7 | form, I would have the chemotherapy discussion. I |
| 8 | would tell them the specific side effects from |
| 9 | specific drugs. But then they would probably have a |
| 10 | more-detailed discussion with the chemo nurse or the |
| 11 | navigator. |
| 12 | Q. And Ms. Guilbault successfully completed all |
| 13 | of her eight infusions of chemotherapy? |
| 14 | A. She did. |
| 15 | Q. I notice from the medical records that two |
| 16 | of the AC cycles were delayed due to low A and C. |
| 17 | A. Okay. |
| 18 | Q. Is that a side effect of the AC regimen? |
| 19 | A. It's a side effect of the Adriamycin and |
| 20 | Cyclophosphamide, yes. They do lower the white |
| 21 | cells, and sometimes it takes longer to recover. |
| 22 | Q. And I think you had indicated that you told |
| 23 | Ms. Guilbault that she would lose her hair -- I |
| 24 | think you said -- what? -- three weeks after her |
| 25 | first -- |

|  | Page 99 |
|---|---|
| 1 | A. Typically, with Adriamycin, I tell them |
| 2 | around the third to the fourth week, you will lose |
| 3 | your hair. By the time you come back for your |
| 4 | second -- for your third round of chemotherapy, |
| 5 | which is six weeks, there is not going to be any |
| 6 | hair left. |
| 7 | Q. Do you typically tell them how long their |
| 8 | hair will take to grow back? |
| 9 | A. I tell them that it will start to grow about |
| 10 | three months from the last round of chemotherapy. |
| 11 | Q. Ms. Guilbault testified at her deposition, |
| 12 | and it's also contained in her calendars, that she |
| 13 | had initial hair regrowth during the time she was |
| 14 | getting infused with Docetaxel. Is that uncommon? |
| 15 | A. It's not -- |
| 16 | MS. REYNOLDS: Object to -- |
| 17 | (Simultaneous crosstalk.) |
| 18 | THE WITNESS: -- really -- |
| 19 | MS. REYNOLDS: -- form. |
| 20 | THE WITNESS: -- hair. We call it fuzz. |
| 21 | You know, it's baby hair that grows, but |
| 22 | this is not the permanent hair that |
| 23 | ultimately grows back. I don't recall the |
| 24 | specifics in her case, but having been |
| 25 | through this with many patients, I tell them |

|  | Page 100 |
|---|---|
| 1 | that this is not the permanent hair. |
| 2 | BY MR. ROTOLO: |
| 3 | Q. Why did you recommend that Ms. Guilbault |
| 4 | take an aromatase inhibitor after chemotherapy? |
| 5 | A. She had an estrogen-driven cancer, based on |
| 6 | the positive estrogen receptors. So that's the |
| 7 | standard of care. |
| 8 | Q. And you chose to prescribe Arimidex? |
| 9 | A. Yes, sir. I could have given her Letrozole, |
| 10 | but we're all creatures of habit. So I prescribed |
| 11 | Anastrozole rather than Letrozole. They're |
| 12 | equivalent. |
| 13 | Q. Have you -- you prescribed Arimidex because |
| 14 | you had experience with that medication? |
| 15 | A. I have experience with both, and -- but I |
| 16 | have chosen to give the Arimidex in the adjuvant |
| 17 | setting rather than the Letrozole. |
| 18 | Q. How do those medications work? |
| 19 | A. First of all, they only work in |
| 20 | postmenopausal patients. You've got to be |
| 21 | absolutely certain that the ovaries are not |
| 22 | producing estrogen. So the way they work, there are |
| 23 | two little glands called the adrenal glands that sit |
| 24 | under your kidneys. |
| 25 | So the adrenal glands make male hormones. |

|  | Page 101 |
|---|---|
| 1 | The male hormones will circulate. They'll go to the |
| 2 | fatty cell, that will be converted to female |
| 3 | hormones by an enzyme called the aromatase. So the |
| 4 | aromatase inhibitors basically block the conversion |
| 5 | of the adrenaline derived androgens to estrogens. |
| 6 | Q. And when you prescribe medication such as |
| 7 | Arimidex, do you discuss with the patient the risk |
| 8 | and benefits of that medication? |
| 9 | A. Yes, sir. |
| 10 | Q. And what would you have told Ms. Guilbault |
| 11 | about the risk and benefits of taking Arimidex? |
| 12 | A. So, typically, there are five side effects |
| 13 | where you see statistically significant differences |
| 14 | from placebos. Those are the hot flashes, so I tell |
| 15 | them there's a 30-percent chance of hot flashes. |
| 16 | There's a 30-percent chance of achy joints and |
| 17 | muscle aches and pains. There is a 1-percent risk |
| 18 | of thrombosis. There's a tendency to develop |
| 19 | osteoporosis, and there is sexual dysfunction from |
| 20 | vaginal dryness. Those are the side effects I |
| 21 | typically discuss. |
| 22 | Q. And Ms. Guilbault understood those risks and |
| 23 | accepted them? |
| 24 | A. I don't recall the discussion, but this is |
| 25 | the discussion that I'm having multiple times every |

26 (Pages 98 - 101)

|     | Page 134 |     | Page 136 |
| --- | --- | --- | --- |
| 1 | A. -- we don't use that in the preoperative | 1 | We automatically go to Taxol. |
| 2 | setting, it would have been malpractice to offer | 2 | BY MS. REYNOLDS: |
| 3 | that as the number one regimen. | 3 | Q. Okay. And I have to confess, my |
| 4 | Q. So in terms of Ms. Guilbault's situation | 4 | understanding of the NCCN certainly is rudimentary |
| 5 | when she was under your care, that would not have | 5 | in comparison to yours, but my basic understanding |
| 6 | been a regimen that you would have suggested to her | 6 | is that the treatment options are different, in |
| 7 | if she would have asked for a -- | 7 | part, based on the HER2 status; is that correct? |
| 8 | A. No. There is no data using that regimen in | 8 | A. Correct. But for the HER2 positive |
| 9 | the preoperative setting, and it is clearly inferior | 9 | patients, the standard of care is still a |
| 10 | compared to, you know, the current standard of care | 10 | Taxotere-based regimen. |
| 11 | in the preoperative setting. I wouldn't have used | 11 | Q. But, in this case, Ms. Guilbault's case, she |
| 12 | that. | 12 | was HER2 negative? |
| 13 | Q. In terms of the other alternatives that you | 13 | A. Correct. Correct. |
| 14 | may have offered her, I know you said that you would | 14 | I was just trying to make the point that |
| 15 | have offered Taxol, along with an anthracycline and | 15 | despite what we know, we still use it in the |
| 16 | Cyclophosphamide. | 16 | preoperative setting in the right -- under the right |
| 17 | Are there any other regimens that you would | 17 | circumstances. |
| 18 | have been willing to consider if she would have | 18 | Q. Sure. And that would be based on each |
| 19 | sought a different regimen at that time? | 19 | individual patient's -- |
| 20 | A. Let me -- let me phrase it this way: | 20 | A. Correct. |
| 21 | Whatever decisions were made were made in the | 21 | (Simultaneous crosstalk.) |
| 22 | context of the patient's age and the goals of the | 22 | BY MS. REYNOLDS: |
| 23 | treatment. Here I had a relatively young patient, | 23 | Q. -- chemo responsiveness or hormone status; |
| 24 | and we were trying to treat a curable illness. So I | 24 | correct? |
| 25 | wouldn't want to compromise the efficacy. | 25 | A. If I were -- if I were seeing Ms. Guilbault |

|     | Page 135 |     | Page 137 |
| --- | --- | --- | --- |
| 1 | Q. But you would have still been willing to | 1 | for the first time now, knowing what I know, I would |
| 2 | offer her Taxol at that time; correct? | 2 | have offered four cycles of AC and then Taxol, |
| 3 | A. Yes. But I don't think I'm compromising the | 3 | rather than Taxotere. |
| 4 | efficacy by switching from Taxotere to Taxol. There | 4 | Q. Is it fair to say that when you treated |
| 5 | is -- | 5 | Ms. Guilbault back in 2013, you did not know then |
| 6 | Q. This -- | 6 | what you know now about the risk of permanent |
| 7 | A. There is data in the postoperative setting | 7 | alopecia associated with Taxotere? |
| 8 | that they're equivalent. Now, I'm extrapolating | 8 | MR. ROTOLO: Objection to form. |
| 9 | from the postoperative chemotherapy setting to the | 9 | THE WITNESS: It's fair to say that. |
| 10 | preoperative chemo setting, but I have no reason to | 10 | BY MS. REYNOLDS: |
| 11 | suspect that it's inferior. | 11 | Q. You can answer. Go ahead. |
| 12 | Q. If you would have known then what you know | 12 | A. I said, yes, it is fair to say that. |
| 13 | now, about the risk of Taxotere causing permanent | 13 | Q. Thank you. |
| 14 | alopecia, would you have still recommended Taxotere | 14 | And I believe, just to make sure that it's |
| 15 | as a treatment to Ms. Guilbault? | 15 | consistent, that you had stated earlier that if you |
| 16 | A. No. I'm -- | 16 | had been aware of that risk at the time, that is |
| 17 | MR. ROTOLO: Objection to form. | 17 | information that you would have given to |
| 18 | THE WITNESS: -- telling you we switched, | 18 | Ms. Guilbault; correct? |
| 19 | and we no longer use Taxotere in this | 19 | A. Correct. |
| 20 | setting. | 20 | MR. ROTOLO: Object to form. |
| 21 | Now, there are different patients where | 21 | BY MS. REYNOLDS: |
| 22 | we still use Taxotere in the preop setting, | 22 | Q. Do you believe as an oncologist that it's |
| 23 | but those are primarily the HER2 positive | 23 | important to warn patients of potentially permanent |
| 24 | patients. For a HER2 negative patient, who | 24 | side effects? |
| 25 | needs preop chemo, we don't use Taxotere. | 25 | A. We always do if we're aware of the side |