# EXHIBIT 2

Page 1

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
* * * * * * * * * * * * * * * * * * * * * * * *
IN RE: TAXOTERE (DOCETAXEL)    MDL NO. 2740
PRODUCTS LIABILITY
LITIGATION                     SECTION "N" (5)
                               JUDGE MILAZZO

This Document Relates to:

Clare Guilbault vs. Hospira    MAG. JUDGE NORTH
Inc., et al.,
No. 2:16-cv-17061
* * * * * * * * * * * * * * * * * * * * * * * *


              Deposition of
              CLARE GUILBAULT


          taken on November 4, 2020
          commencing at 9:16 a.m.
          via Zoom videoconference
          with witness appearing in

           New Orleans, Louisiana
```

Page 94

1  A.  Robert Paul Guilbault III, I believe.
2  Q.  And what type of physician is he?
3  A.  Family practice or intern.
4  Q.  Where does he practice?
5  A.  In Mandeville.
6  Q.  Does he have his own practice, or is he
7  with a group?
8  A.  He's not with a large group.  He's a
9  small group.  So he does have a partner.  That's all
10 I know.
11 Q.  Are any of your closer friends in the
12 medical profession?
13 A.  No.
14 Q.  Do you have any family members in the
15 legal profession?
16 A.  Family members, no.
17 Q.  Do you have any close friends who are in
18 the legal profession?
19 A.  Yes.
20 Q.  Who is that?
21 A.  Who is that?  Kirk Forshag, but I
22 believe he's retired.  George Hebbler.
23 Q.  Have you ever spoken to either of
24 them --
25 A.  One more.  Kevin Heigle.  H-e-i-g-l-e.

Page 95

1  Q.  Have you ever spoken to any of those
2  three about your lawsuit?
3  A.  I have spoken with George Hebbler.  He's
4  our attorney, so we have -- when I signed the
5  contract with PBC, I asked him to look over it just
6  to see that it was what was to be expected.
7  Q.  And he is not representing you in this
8  lawsuit; correct?
9  A.  No, he is not.
10 Q.  With regard to your cancer treatment, it
11 is my understanding your three main doctors were
12 Dr. Stolier, who is your surgeon; correct?
13 A.  Yes.
14 Q.  Dr. Theodossiou, who was your
15 oncologist; correct?
16 A.  Yes.
17 Q.  And then Dr. Elnaggar, who is your
18 radiation --
19 A.  Yes.  I said Elnaggar.
20 Q.  Elnaggar?
21 A.  I don't know if that's right.  I think
22 it is.
23 Q.  I was a little uncertain so I was
24 careful with the pronunciation.
25     Do you have any issues with the medical

Page 96

1  care you received from Dr. Stolier?
2       MR. COFFIN:  Object to the form.
3  A.  I'm not sure what you mean by "issues."
4  Q.  Do you have any concerns about the
5  medical care that Dr. Stolier provided you?
6  A.  I have concerns about my situation and
7  my cancer.  I don't have --
8  Q.  Do you have any complaints about the
9  treatment that he provided you?
10 A.  No, I do not.
11 Q.  Do you have any complaints about the
12 medical care and treatment that Dr. Theodossiou
13 provided you?
14 A.  I thought that's who we were talking
15 about.
16 Q.  I did Stolier first.
17 A.  Stolier, okay, no.  I have no complaints
18 on Dr. Stolier.  I have no complaints on
19 Dr. Theodossiou.
20 Q.  And what about any complaints with
21 regard to the treatment and care you received from
22 Dr. Elnaggar?
23 A.  Dr. Elnaggar, no, I have no complaints.
24 Q.  You're not alleging that they did
25 anything wrong in your treatment of cancer?

Page 97

1  A.  I don't really know how to answer that
2  because I don't know how I would have proceeded
3  otherwise.  You know, we trust the professionals.
4  Our knowledge is -- my knowledge is limited.  I
5  tried to educate myself as much as possible.
6  Q.  It's fair to say that you trusted those
7  three physicians' medical judgment when it came to
8  your treatment?
9  A.  Yes.
10 Q.  Is it fair to say that you generally
11 followed their advice in the treatment of your
12 breast cancer?
13 A.  I would read up on it.  You saw my
14 700-page bible-book.  I would read and educate
15 myself, and I always felt that if I had a difference
16 of opinion, you know, if something came up, it would
17 be my choice.
18 Q.  Did you raise a difference of opinion in
19 any of the recommendations that -- let's start with
20 Dr. Stolier -- made with regard to your breast
21 cancer treatment?
22 A.  No.
23 Q.  Did you --
24 A.  Dr. Stolier gave me choices, though, and
25 recommendations, and I selected from that.

Page 98

1  Q.  Did you have any difference of opinion
2  with regard to the treatment options that
3  Dr. Theodossiou gave?
4  A.  I had some questions in the very
5  beginning. It's kind of a long story, but there was
6  something that showed up on one of the tests that
7  could have been possibly Stage IV cancer. So there
8  was a lot of concern because he -- he made
9  recommendations or suggestions -- you know, we
10 talked a lot about that.
11 Q.  We're going to get into much detail
12 about that a little later.
13    Did you have a difference of opinion
14 with regard to the radiation treatment that you
15 received?
16 A.  I did not.
17 Q.  Did you ask Dr. Stolier for any
18 additional options other than those that he provided
19 to you in the treatment of your breast cancer?
20 A.  For other additional options? No, I
21 asked him what the options were.
22 Q.  What about with Dr. Theodossiou? Did
23 you ask him for additional options with regard to
24 the treatment of breast cancer?
25 A.  You're asking me to recall that this

Page 99

1  was -- there was a very long conversation. And so I
2  certainly may have asked him, but specifically, I
3  can't answer that right now.
4  Q.  Did Dr. Theodossiou provide you with
5  options with regard to your breast cancer treatment?
6  A.  He -- again, I'm not sure how to answer
7  that. I went to a specialist and assumed that his
8  level of knowledge was way above mine. So, I mean,
9  he didn't specifically say: You can do this or you
10 can do that.
11 Q.  And the only reason I asked that
12 question is because you said Dr. Stolier had given
13 you options with regard to your breast cancer
14 surgery.
15 A.  Right.
16 Q.  So I'm just asking if Dr. Theodossiou
17 gave you options.
18 A.  Well, when Dr. Stolier gave me
19 recommendations, it was based on let's get the tests
20 and the findings. You may be able to do this
21 surgery, or you may be able to do that surgery. So
22 I sort of look at those differently.
23    And with Dr. Theodossiou, I assumed
24 there was a standard of care, a standard procedure,
25 that I would follow. But there were choices and

Page 100

1  options, as I said, based on the results of the
2  tests and that sort of thing.
3  Q.  And Dr. Stolier's options were going to
4  depend upon what the results of the tests showed;
5  correct?
6  A.  Right.
7  Q.  The size of the tumor and other things
8  of that nature?
9  A.  Right.
10    MR. COFFIN: Object to the form.
11 BY MR. ROTOLO:
12 Q.  And like I said, we're going to get into
13 that very soon.
14    I think we've already covered some of
15 this, so I kind of want to move through some of this
16 a little quickly so we're not retreading old ground.
17    Let's talk about the period before you
18 got diagnosed with cancer, with your breast cancer.
19 A.  Yes.
20 Q.  In 2017.
21    How would you describe your health
22 before your diagnosis?
23 A.  I would have described it as being good,
24 very good.
25 Q.  I know we talked about that you had

Page 101

1  hypertension. Before your cancer diagnosis, did you
2  suffer from any other health conditions other than
3  hypertension?
4  A.  Not to my knowledge. Not that I can
5  recall.
6  Q.  When you were a child, did you
7  experience any sort of serious illness or injury?
8  A.  I don't think so. No, I didn't.
9  Q.  What about in your early years, like in
10 your 20s or 30s? Did you experience any sort of
11 serious illness or injury?
12 A.  No, I did not.
13 Q.  And what about in your 40s and 50s? Did
14 you experience any sort of serious health issues or
15 injuries?
16 A.  No.
17 Q.  Did you have any mental health issues
18 while you were growing up?
19 A.  No, I did not.
20 Q.  What about as a young adult in your 20s
21 and 30s?
22 A.  No.
23 Q.  Have you experienced any depression or
24 anxiety as you were growing up and in your early
25 years?

26 (Pages 98 - 101)

Page 110

1  A.  Walk, stationary cycle, yoga.
2  Q.  Are you on any particular diet or
3  special diet?
4  A.  No.
5      MR. ROTOLO:  Chris, it's getting close
6      to noon.  I don't know when you want to
7      break for lunch.
8      (Off-record discussion.)
9      THE VIDEOGRAPHER:  It is 11:52 a.m.,
10     we're going off the record.
11     (A 13-minute break was taken from
12     11:52 a.m. until 12:05 p.m.)
13     THE VIDEOGRAPHER:  It is 12:05 p.m.
14     We are back on the record.
15 BY MR. ROTOLO:
16 Q.  Ms. Guilbault, before we broke, we were
17 about to change topics, but I need to go clean up
18 two things that I forgot to do.
19     One, in your big binder, if you could
20 pull up Tab 6, which we're going to mark as
21 Exhibit 9.
22     (Exhibit Number 9 was marked for
23     identification.)
24 BY MR. ROTOLO:
25 Q.  And these are photographs of your

Page 111

1 children, and I just want to make sure I know who is
2 who.
3      The first picture is Bates-labeled 583
4 in Exhibit 9.  Which one of your children is that in
5 the middle?
6  A.  Wait, which page are we on?
7  Q.  I'm sorry, 583, but it's the first page
8 of what's in the binder as Tab 6.
9  A.  Tab 6, the first page?
10 Q.  Yes.  Is it labeled 583?  No?
11 A.  No.
12 Q.  Okay.  Is it labeled --
13 A.  Unless I'm in the wrong --
14 Q.  What page number does it have?
15 A.  148.
16 Q.  Sorry, somebody put something in mine
17 that shouldn't have been there.
18 A.  Okay.
19 Q.  148 at the bottom, is that your
20 children?
21 A.  Yes.
22 Q.  And can you identify, just so I know
23 who's --
24 A.  Travis, Glenn, Jr. -- we call him
25 Beau -- and Bart.

Page 112

1  Q.  And is that your husband on the end, in
2 yellow?
3  A.  Yes.  Yes, it is.
4  Q.  And then if you go the other -- the next
5 page is just a blow-up.
6      Do you have Page 1148?
7  A.  The blow-up?
8  Q.  I'm sorry, yes, the blow-up is the next
9 page.
10     And then do you have a picture behind
11 that?
12 A.  Yes.
13 Q.  Is that --
14 A.  That's Travis.
15 Q.  1148, is that Travis?
16 A.  Yes.
17 Q.  The next page is 1934 of Exhibit 9.  Is
18 that one of your sons?
19 A.  The next page I have is 583.
20     MR. COFFIN:  For what it's worth,
21     mine's the same as Clare's.
22     MR. ROTOLO:  Okay.
23 BY MR. ROTOLO:
24 Q.  Anyway, the picture you're looking at,
25 is that a picture of your son?

Page 113

1  A.  Yes.
2  Q.  And that is Page 583; correct?
3  A.  Yes.  That is Travis.
4  Q.  Okay.  They have my 583 out of place.
5  A.  Yes.
6  Q.  And what is the next picture that you
7 have in Exhibit 9?
8  A.  1934.
9  Q.  Okay.  And is that one of your sons?
10 A.  Yes.  That is Bart and his wife, Rachel.
11 Q.  And is the next page you have 1973?
12 A.  Yes.
13 Q.  And is that you and Travis?
14 A.  That is me and Travis.
15 Q.  And is that one of your grandchildren?
16 A.  Yes, that is his child.
17 Q.  And the next page is 1649?
18 A.  I guess.
19 Q.  And which son is that?
20 A.  That is Bart and his wife, Rachel.
21 Q.  Next page should be 266.
22 A.  Yes.
23 Q.  And is that your sons and your husband
24 and yourself?
25 A.  Yes.

29 (Pages 110 - 113)

Page 114

1  Q.  And the woman in the blue dress?
2  A.  Is my son Beau's wife, Lili.
3  Q.  And then finally the last page of
4  Exhibit 9 should be 2247.
5  A.  Yes.
6  Q.  Is that Travis?
7  A.  That is Travis and his child.
8  Q.  I noticed that Travis is -- is Travis
9  starting to have a receding hairline?
10      MR. COFFIN:  Object to the form.
11  A.  We always pointed out that he had a
12  widow's peak.  I think he was almost -- I mean, he's
13  always had the point here.
14  Q.  Got you.
15      One other cleanup item.
16      You talked about a yellow sheet of paper
17  from your visit to the health fair, whatever, was it
18  Touro --
19  A.  Yes.
20  Q.  -- where you had the mole check?
21  A.  Yes.
22  Q.  What was on that sheet of paper?
23  A.  The doctor's name, and I suppose the
24  date, and then there was a drawing of a body, and
25  she indicated areas that I might want to follow-up

Page 115

1  with, have someone check it.
2  Q.  And you said that during that visit you
3  had to take your wig off?
4  A.  I didn't have to, but yeah.  She was
5  going to check my scalp.  And I did tell her I had
6  hair loss at that time from chemotherapy, and that's
7  when she asked me if I had tried Rogaine.
8  Q.  Did she ask you any other questions
9  about when you had chemotherapy or things of that
10 nature?
11  A.  No, she did not.
12  Q.  And did you tell her that you had hair
13 loss or permanent hair loss?
14  A.  I said hair loss to her.
15  Q.  And do you remember what date that was?
16  A.  It was -- no.  I'd have to look at the
17 paper or what I provided.
18  Q.  You said you had looked at the paper to
19 know what the date was.  Was the date on that
20 paper -- would that be the paper here on the amended
21 complaint that you looked at, that that was noted
22 in?
23  A.  I don't know.
24  Q.  Okay.  I looked at your amended
25 complaint at the break, the amended complaint that

Page 116

1  you said you had looked at before this deposition.
2  And it indicated that that was in May of 2015.
3  A.  Okay.
4  Q.  Is that where you would have gotten the
5  date, would have been from that sheet of paper --
6  A.  Yes.
7  Q.  -- that you talked about?
8  A.  Yes.  But at that time I did not know I
9  had permanent hair loss.  I did not know until I saw
10 it on TV that that was a possibility.
11  Q.  And do you still have that sheet of
12 paper?
13  A.  I could look for it.  It could possibly
14 be in here.  As I said, my medical things are just
15 sort of -- so I remember looking for that because I
16 was specifically asked to provide, and I did my
17 utmost best searching through papers, and this
18 turned up.  I think it was folded inside of
19 something.
20  Q.  And I'm not accusing you of not turning
21 it over.  I'm just saying we haven't seen it.
22  A.  Okay.
23  Q.  So if you could look for it and if you
24 can find it, give it to Mr. Kaufman or Jessica and
25 they can determine whether it's responsive to what

Page 117

1  we've asked for.  I would appreciate it.
2  A.  Okay.
3  Q.  You mentioned something about an ad that
4  you saw on TV or something you saw on TV.
5  A.  Yes.
6  Q.  What were you -- what was that about?
7  What were you just referencing?
8  A.  My husband saw an ad for hair loss
9  related -- permanent hair loss related to Taxotere.
10 Up until that time -- he showed it to me.
11     Up until that time, I held out hope.  I
12 expected that my hair would fully return.  And it
13 was -- that was the moment, I guess, when we put the
14 dots together and I had an a-ha moment.  Oh, my God,
15 look, this is from Taxotere.
16  Q.  Do you remember when you saw the ad?
17  A.  I want to say sometime in May of 2016.
18  Q.  We're going to talk about that in detail
19 as we go forward.  Let's go back to where I was
20 going to go next, now that I've cleaned up things I
21 forgot.
22     MR. ROTOLO:  And, Chris, just let me
23     know when your food is here.
24     MR. COFFIN:  I'll say another
25     20 minutes.

Page 158

1  A. Correct.
2  Q. And that's because it wasn't curable at
3  that point; correct?
4  A. Right.
5  Q. And then if you go continue on, it says:
6  However, due to the location of the suspicious
7  lesion anteriorly on the body of T12, it is not safe
8  to obtain biopsy to confirm the stage.
9      In view of the above, I think that a
10 reasonable approach would be for her to proceed with
11 neoadjuvant chemotherapy followed by resection.
12 Upon completion of her resection, we can offer
13 radiation to the T12 and hormonal therapy with
14 aromatase inhibitors.
15     Do you remember the discussion with
16 Dr. Theodossiou where he decided to give you
17 chemotherapy as reflected in this?
18 A. Yes.
19     MR. COFFIN: Object to the form.
20 BY MR. ROTOLO:
21 Q. And can you tell me what you understand
22 that he explained to you about the rationale that he
23 was choosing?
24     MR. COFFIN: Object to the form.
25 A. My understanding of what?

Page 159

1  Q. Do you understand why he decided to give
2  you chemotherapy?
3      MR. COFFIN: Object to the form.
4  A. I don't know what was happening in his
5  head, and I don't recall him saying anything
6  specific other than that this would be a good plan.
7  Q. What was your understanding of why you
8  were receiving chemotherapy?
9  A. In general? I'm sorry.
10 Q. Yes.
11 A. What was my understanding of why I was
12 receiving chemotherapy?
13 Q. Right.
14 A. To treat the cancer.
15 Q. At this visit on September 25th of 2013,
16 did Dr. Theodossiou indicate to you what
17 chemotherapy medications you were going to be
18 receiving?
19 A. I don't recall.
20 Q. At this visit on September 25th of 2015,
21 did Dr. Theodossiou explain to you the risks and
22 benefits of chemotherapy?
23 A. Not in detail.
24 Q. On the visit on September 25th of 2013
25 with Dr. Theodossiou, did Dr. Theodossiou go over

Page 160

1  the potential side effects of chemotherapy?
2  A. I don't recall that.
3  Q. Do you remember ever having a discussion
4  with Dr. Theodossiou about the risks and benefits of
5  chemotherapy?
6  A. Chemotherapy in general? No.
7  Q. Do you remember ever having a discussion
8  with Dr. Theodossiou about the risks and benefits of
9  the specific medications -- of chemotherapy
10 medications you were going to be receiving?
11 A. I do remember that the first round of
12 medicine, I was to expect nausea and temporary hair
13 loss. And at the time when that -- the nausea -- it
14 all came true.
15     And when I was ready to start the second
16 round of medicine, which he referred to as Taxotere,
17 I asked what are the side effects that I can expect?
18 And he said: Edema. And that is the only side
19 effect that I -- that he mentioned to me.
20     And I had absolutely no idea that there
21 would be permanent hair loss.
22 Q. Did you experience edema from --
23 A. Oh, yes, I did, and many, many other
24 side effects.
25 Q. Do you remember --

Page 161

1  A. Painful edema.
2  Q. I'm sorry, go ahead.
3  A. It was painful. Painful.
4  Q. With regard to your first round of
5  chemotherapy treatment, did you have a discussion
6  with him as to the risks and benefits of those
7  medications?
8  A. You know, I'm a little uncertain how to
9  answer those because sometimes we would talk -- I
10 would talk to the nurse and she would just say: How
11 are you doing?
12     I can't remember exact words in
13 conversations. I think everybody knows that chemo
14 can cause certain side effects, and you're prepared
15 for those.
16     So I don't recall specifically saying,
17 hey, am I going to be nauseated?
18     Everyone's different. Everyone reacts
19 differently.
20 Q. Did you have a discussion with any of
21 the chemotherapy nurses about the risks and benefits
22 of the chemotherapy medications you would be taking?
23 A. Yes.
24 Q. And do you remember which nurses you had
25 those discussions with?

|   | Page 162 |
|---|---|
| 1 | A.  Suzanne.  I think her name was Murray. |
| 2 | And she would tell me for instance when I started |
| 3 | the Taxotere, she said that sometimes people get an |
| 4 | immediate, like an allergic reaction and that I |
| 5 | should notify her immediately if that happens |
| 6 | because they would take some action, I suppose. |
| 7 |     And I think she told me to take a |
| 8 | Claritin the day before or something like that, or |
| 9 | the morning of. |
| 10 |     And then I know we had numerous |
| 11 | discussions that involved when your hair grows back. |
| 12 | Everyone, every single person I talked to, said -- |
| 13 | my doctor even said at one point, you'll feel better |
| 14 | when your hair grows back. |
| 15 |     I asked him several times when I could |
| 16 | expect it to grow back, and I think the first time |
| 17 | he said, oh, give it another month.  This was after |
| 18 | I finish chemo. |
| 19 |     Then sometime later I asked him again. |
| 20 | My hair's not growing back fully as I expected. |
| 21 | What can I expect?  And he said try a multivitamin. |
| 22 |     And then when I approached him again and |
| 23 | said multivitamin is not doing much, do you know any |
| 24 | other suggestions, and he said maybe you need to see |
| 25 | a dermatologist, which I then did. |

|   | Page 163 |
|---|---|
| 1 |     We have a history of consulting, |
| 2 | actually, three dermatologists and explaining that I |
| 3 | had hair loss and I wanted to do anything I could to |
| 4 | bring it back.  I talked to my friend, biotin, |
| 5 | special shampoos. |
| 6 |     I used Dr. Terezakis' -- I used Rogaine |
| 7 | unsuccessfully for a long period of time.  I tried |
| 8 | Dr. Terezakis' -- I don't know what to call it. |
| 9 | She -- I don't know if it was patented, but she had |
| 10 | a combination of Retin-A and minoxidil, which is a |
| 11 | Rogaine component, probably stronger than you can |
| 12 | buy over the counter.  So I used several bottles of |
| 13 | that.  And they were expensive, and I saw no |
| 14 | significant change.  No change at all, really. |
| 15 |     So I had exhausted all -- I thought all |
| 16 | options.  And I also asked Dr. Koppel at one point |
| 17 | when I went in for something else, and he right |
| 18 | away -- he didn't respond to anything about -- he |
| 19 | just said, oh, here, try -- you should call this |
| 20 | doctor.  She specializes in that. |
| 21 |     And I put that little piece of paper in |
| 22 | my purse and probably threw it out.  And I had |
| 23 | already -- I didn't pursue that one because I didn't |
| 24 | expect that there would be any more help available. |
| 25 |     And I just thought that I was going to |

|   | Page 164 |
|---|---|
| 1 | remain like this, which I did, but I had no idea |
| 2 | that it was permanent.  You know, I thought that I |
| 3 | could just -- I don't know.  I thought that some of |
| 4 | these people would be able to help me. |
| 5 |     And I did continue to pursue it as much |
| 6 | as possible with the hope that at some point it |
| 7 | would grow back. |
| 8 | Q.  And we're going to walk through each one |
| 9 | of those very specifically, very individually, a |
| 10 | little while later.  My focus was on before you |
| 11 | started chemotherapy. |
| 12 |     Did you have a discussion with the |
| 13 | chemotherapy nurses about the risks and benefits of |
| 14 | chemotherapy and the particular medications you were |
| 15 | taking before you started chemotherapy? |
| 16 | A.  No. |
| 17 | Q.  Did you have a discussion with |
| 18 | Dr. Theodossiou or any of the chemotherapy nurses |
| 19 | about the risk of hair loss before you started |
| 20 | chemotherapy? |
| 21 | A.  We discussed hair loss.  I don't know |
| 22 | that it was in a risk/benefit-type conversation.  It |
| 23 | was:  This is what happens.  So it's what to expect |
| 24 | is what I was told.  Hair loss, but it will grow |
| 25 | back. |

|   | Page 165 |
|---|---|
| 1 |     So as far as weighing the risks and |
| 2 | benefits, I don't remember discussing it in that |
| 3 | way. |
| 4 | Q.  If you could get the binder with your |
| 5 | planners in it. |
| 6 | A.  The binder with my planners in it? |
| 7 | Q.  The one -- yes. |
| 8 | A.  Can I interrupt you for a second? |
| 9 | Q.  Sure. |
| 10 | A.  My husband's expecting to hear -- he's |
| 11 | set for 3:30.  So someone -- can we give him a |
| 12 | better time frame or do you want him to just come |
| 13 | for 3:30? |
| 14 | Q.  Oh, I don't want him to sit here and |
| 15 | wait.  We did it 3:30 just not knowing how long this |
| 16 | would take. |
| 17 | A.  It's 3:00? |
| 18 | Q.  No, it's 2:00. |
| 19 |     MR. ROTOLO:  Can we go off the record |
| 20 |     a minute? |
| 21 |     THE VIDEOGRAPHER:  2:04 p.m.  We're |
| 22 |     going off the record. |
| 23 |     (A 3-minute break was taken from 2:04 |
| 24 |     until 2:07 p.m.) |
| 25 |     THE VIDEOGRAPHER:  It is 2:07 p.m.  We |

Page 182

1  effects that were in the consent form that were
2  possible, you decided to continue on with treatment
3  by chemotherapy; correct?
4      A.   Yes.
5      Q.   And you were willing to accept these
6  side effects in the consent form in an effort to
7  beat your cancer?
8      A.   Yes.
9      Q.   What did you interpret the risk of hair
10 loss in the consent form to mean?
11     A.   That I would lose my hair and it would
12 grow back fully, as it did with every other person
13 that I knew.
14     Q.   Did you think it was possible that your
15 hair would not grow back?
16     A.   Not until I put the dots together on
17 that TV commercial.
18     Q.   Did you think it was possible that your
19 hair would not grow back in the same texture that it
20 was before?
21     A.   Yes.
22     Q.   Did you think it was possible that the
23 hair would grow back a different color than it was
24 before?
25     A.   I had heard that.

Page 183

1      Q.   Did you think it was possible that the
2  hair would grow back to a different thickness than
3  it was before?
4      A.   No.  I did not -- I was not aware that
5  that could happen.
6      Q.   And nothing in the consent form
7  indicates that hair loss would be temporary, does
8  it?
9           MR. COFFIN:  Object to the form.
10     A.   No it doesn't.  But neither does it say
11 permanent.
12     Q.   Did you attend a chemotherapy class at
13 Ochsner before you began your treatment?
14     A.   I don't believe I did.  I don't recall
15 that I did.
16     Q.   The documents that you said the nurse
17 may have given you when you started your treatment,
18 do you remember if they listed any side effects of
19 chemotherapy in them?
20     A.   I'm sure that it did.  They were very
21 general in a sense.
22     Q.   Do you remember if they talked about
23 heart damage?
24     A.   About what?
25     Q.   Heart damage.

Page 184

1      A.   Heart damage?  I don't remember right
2  now, no.
3      Q.   Do you remember if they talked about
4  neuropathy or tingling in your hands or feet?
5      A.   I think so, yeah.
6      Q.   Do you remember if they talked about low
7  blood cell counts?
8      A.   Yes.
9      Q.   Do you remember if they talked about
10 fatigue?
11     A.   Yes.
12     Q.   Do you remember if they talked about
13 hair loss?
14     A.   Yes.
15     Q.   What do you remember they said about
16 hair loss?
17     A.   Hair loss.  I probably was not expecting
18 to lose every single hair on my body.  I don't know
19 why.  I suppose I just thought it was going to be
20 the head hair.  But I still have -- my eyebrows have
21 not grown back.  My eyelashes are very, very small,
22 short, stubby.  I have very little body hair
23 anywhere.
24     Q.   Did you ever ask Dr. Theodossiou if
25 there was a chemotherapy treatment that would not

Page 185

1  cause hair loss at all?
2      A.   No.
3      Q.   Before you started chemotherapy, did you
4  ask Dr. Theodossiou or his nurse when your hair
5  would grow back?
6      A.   I don't think I asked them when.
7      Q.   Did you ask them if it would grow back
8  before you started chemotherapy?
9      A.   I didn't specifically ask them.
10     Q.   Did Dr. Theodossiou or his nurse
11 guarantee to you that your hair would grow back?
12     A.   No.  However, they did say when it grows
13 back, when it grows back.  This is what I heard over
14 and over from nurses and the doctor, when it grows
15 back.  I think a reasonable person could assume that
16 it's going -- that means it's going to grow back.
17     Q.   Did you have an expectation that your
18 hair would fully regrow and be exactly the same as
19 it was before?
20     A.   I don't know that the expectation is
21 that it would be exactly the same.  A friend, hers
22 came in very curly and she said once it started to
23 grow and she cut it, it was exactly like it was
24 before.  So it's possible I thought that.
25     Q.   Do you remember when you had your first

Page 214

1  look at the date October 13th on the calendar.  It
2  says:  Rachel cut hair and styled wig.
3     A.   Okay.
4     Q.   Or styled wig.
5          Who is Rachel?
6     A.   My daughter-in-law.
7     Q.   She's the one that's the hairstylist?
8     A.   Yes.
9     Q.   And when you reference cut hair, what do
10 you mean by that?
11    A.   She cut it short, to about an inch.
12    Q.   And when you purchased -- when you went
13 to the wig store on September the 24th, did you buy
14 one wig?
15    A.   I think I bought two.
16    Q.   And those are the wigs that would be
17 referred to here that Rachel styled?
18    A.   Yes.
19    Q.   When you said Rachel cut your hair to
20 about an inch, did there come a point that you lost
21 all the hair on your head?
22    A.   Yes.
23    Q.   And when did that occur?
24    A.   Shortly after where it says hair
25 started.  I don't know exactly when, but it must

Page 215

1  have been very soon after.
2     Q.   If you would turn to -- I'm sorry, can
3  we turn to Page 3119 in the same planner, which is
4  going to be the note section at the end of January
5  of 2014?
6     A.   Yes.
7     Q.   And in January you were on your
8  docetaxel regimen; correct?
9     A.   Yes.
10    Q.   Can you look at the entry on
11 January 29th.  It says:  No school, feels soft,
12 fuzzy on scalp, exclamation point, hair growing out,
13 question mark, question mark.
14         Do you see that?
15    A.   Yes.
16    Q.   Did you start having some hair growth at
17 that time?
18    A.   I did.
19    Q.   Can you tell me the hair growth that you
20 had at that time?
21    A.   Very, very thin.  Very soft.  Scarce.
22 It was not like other people's hair that I had seen
23 growing out.  Sparse is a good word.
24    Q.   And you finished your chemotherapy
25 regimen, you said, at the end of February 2014;

Page 216

1  correct?
2     A.   Yes.
3     Q.   In your amended complaint, which I think
4  you said you had reviewed prior to this deposition
5  today, you indicated in that amended complaint that
6  in April of 2014 you asked your oncologist when your
7  hair would return, and you were instructed that it
8  would start growing out likely within a month.  Do
9  you remember that?
10    A.   I think his words were more like give it
11 another month.
12    Q.   And so that discussion in April of 2014
13 would have been approximately two months after you
14 ended your chemotherapy treatment; correct?
15    A.   Correct.  Maybe a little bit less.
16    Q.   Let me ask you to go -- on your
17 planners, go to Page 3 -- yes, I'm sorry, 3200,
18 which is going to be in July of 2014.
19         Can you tell me in July 2014 what your
20 hair regrowth was?
21         MR. COFFIN:  Object to the form.
22 BY MR. ROTOLO:
23    Q.   Or how long your hair was in 2014 --
24 July 2014?
25    A.   There was almost no growth on the top.

Page 217

1  Very, very little.  There were patches of no hair.
2  There was some fine hair here and a little hair at
3  the bottom in the back.
4     Q.   Notation on July the 11th of 2014, it
5  says:  Color hair.
6     A.   Yes.
7     Q.   Did you color your hair at that time?
8     A.   I do because it shows.  And it was --
9  it's turning gray, and I wanted it to match the wig.
10 It also says down there:  Fingernails still peeling.
11    Q.   So you were still having some --
12    A.   Yes.
13    Q.   -- some other issues --
14    A.   Yes.
15    Q.   -- with your nails?
16    A.   Yes.
17    Q.   When did you anticipate that your hair
18 would grow back?
19    A.   I didn't have a date for it.  I was
20 always hopeful, which is why I pursued various
21 concoctions, various doctors.  I had no idea.  And
22 my doctor had no idea that this would be permanent.
23 You know, we had discussions.  He would have told
24 me.  I had no idea it was permanent.  I was hopeful.
25 I just kept trying different things.  And since he

55 (Pages 214 - 217)

Page 218

1  wasn't notified about it, and I wasn't notified by
2  him, here I am with no hair.  Well, very little
3  hair.
4     Q.   In your amended complaint, you talk
5  about having a discussion with Dr. Theodossiou in
6  December of 2014 about your hair.
7          Do you remember that discussion?
8          MR. COFFIN:  Object to the form.
9     A.   I don't remember the -- I can't put a
10 date with what was said on a date six years ago.
11    Q.   Well, you did in your amended complaint.
12    A.   Well, because I probably --
13         MR. COFFIN:  Object to the form.
14    A.   Thank you.
15    Q.   How did you come up with the date that's
16 in your amended complaint of December of 2015 on a
17 discussion with Dr. Theodossiou about your --
18    A.   Probably the notes in my planner.
19         (Reporter clarification.)
20 BY MR. ROTOLO:
21    Q.   How did you come up with the date in
22 your amended complaint of the discussion that you
23 had with Dr. Theodossiou in December of 2015?
24    A.   It was probably taken from the notes in
25 my planner.

Page 219

1     Q.   Let's look at your planner, Page 3246.
2  And that's going to be in December of 2014.  I think
3  that's still going to be Tab 1, which is Exhibit 2?
4     A.   I'm sorry, the page number again?
5     Q.   3246?
6     A.   Okay.
7     Q.   Are these notes of yours that are
8  labeled 12/1/14, Dr. Theo?
9     A.   Yes.
10    Q.   And would this be the notes from a visit
11 you had with Dr. Theodossiou on December 1st of
12 2014?
13    A.   Yes.
14    Q.   And the first indication you have is
15 joint pain?
16    A.   Yes.
17    Q.   Do you know what that is referencing to?
18    A.   The side effects from chemotherapy.
19    Q.   So you were still having joint pain from
20 your chemotherapy in December of 2014?
21    A.   I may have had some from the
22 anastrozole.
23    Q.   The second notation you have is wrist
24 tendonitis?
25    A.   Yes.

Page 220

1     Q.   And can you tell me what that was?
2     A.   Just what it sounds like, this tendon
3  was inflamed.
4     Q.   And do you know what the cause of that
5  was?
6     A.   I don't.
7     Q.   Did he indicate what the cause of that
8  was?
9     A.   I'm not sure I discussed all these
10 things with him.  These were things I wrote down,
11 and sometimes I don't say everything on my list.
12    Q.   Next one is left shoulder?
13    A.   Yes, I would not have discussed that
14 with him.  I may have said -- but I don't know that
15 those are related.
16    Q.   And the next one is physical therapy,
17 breast edema?
18    A.   Yes.
19    Q.   Would that be something you would have
20 discussed with him?
21    A.   Yes, probably.
22    Q.   And then it says:  Hair stopped coming
23 out?
24    A.   Stopped growing and started coming out.
25    Q.   And then there's a little squiggly line:

Page 221

1  Give it some time, take multivitamin.
2     A.   Yes.
3     Q.   Would that be what Dr. Theodossiou told
4  you --
5     A.   Yes.
6     Q.   -- that you remember?
7          There's also a notation at the bottom,
8  and I think this page was cut off.  At the bottom it
9  says:  Give hair time, take multivitamin.
10    A.   Wait.  Where are we?
11    Q.   Same page, left side.
12    A.   This is probably -- this is my husband's
13 handwriting, I believe.  Mine at the top, and then
14 his handwriting:  Lesion hasn't changed so will
15 repeat scan, give hair time.
16         So it's a repeat of what's written
17 above.
18    Q.   So in December of 2014 you were asking
19 Dr. Theodossiou about the condition of your hair;
20 correct?
21    A.   Yes.  And he did not tell me it was not
22 coming back.  He did not tell me it was permanent.
23    Q.   In December of 2014, did you expect your
24 hair would have been -- would have grown back more
25 than it had?

56 (Pages 218 - 221)

Page 222

1  MR. COFFIN: Object to the form.
2  A. I didn't know what to expect.
3  Q. Did you --
4  A. I hoped --
5  Q. By asking the doctor, did you think
6  something was not right about your hair growing
7  back?
8  A. I suppose. That's why I asked him.
9  THE VIDEOGRAPHER: Sorry to interrupt
10  again, but Ms. Guilbault, you keep
11  veering over to your right if you want
12  to -- thank you.
13  That's perfect. Thanks.
14  MR. ROTOLO: Part of that's my fault
15  for making her look at notebooks.
16  BY MR. ROTOLO:
17  Q. Can you look in your planner, but this
18  time we're going to go to tab -- Tab 2, Exhibit
19  Number 3, which is your 2015 planner. And I'm going
20  to ask you to look at Page 3302.
21  A. Okay.
22  Q. Do you see at the bottom on the 28th it
23  says started Biotene?
24  A. Yes.
25  Q. Can you tell me what your understanding

Page 223

1  of what Biotene is?
2  A. My understanding is that it's to promote
3  healthy hair, skin, and nails.
4  Q. And did you start taking Biotene
5  sometime the week of January 28th, 2015, according
6  to your planner?
7  A. If this is January, let's see. Yes.
8  Q. And how did you learn about Biotene?
9  A. From my friend that we text message.
10  Q. And let's look at that if you don't
11  mind. If you could go to your other binder -- keep
12  that one open because we're going to be continuing
13  on with this, but if you could go to the other
14  binder, and we're going to go to Tab 66, and I'm
15  going to mark as Exhibit 19 the text messages that
16  are going to begin on Page 1111 of Tab 66.
17  (Exhibit Number 19 was marked for
18  identification.)
19  A. Okay. 1111. Okay.
20  Q. And are these text messages between you
21  and Julie Miller?
22  A. Yes.
23  Q. And I think we talked about Ms. Miller
24  earlier. Is this the same Julie Miller that we
25  talked about earlier?

Page 224

1  A. Yes.
2  Q. And this text message is dated
3  January 29th of 2015?
4  A. Yes.
5  Q. And is the first part here -- is that
6  your text message to her?
7  A. Yes.
8  Q. It says: Hi, Julie K, it's Clare.
9  A. Yes.
10  Q. Charlotte gave me your number. I want
11  to talk to you and hear --
12  A. It should be your.
13  Q. -- your story when you have time. I
14  also want to know about Biotene, how much to take.
15  Special shampoo, question mark. I am desperate for
16  a cure for this mess. Any side effects? Call me
17  when you can.
18  Was that referring to your hair?
19  A. Yes.
20  Q. And how did you -- why was Julie a
21  person that Charlotte would have told you to speak
22  with?
23  A. Julie is a good friend of my sister's
24  and she was -- she had breast cancer.
25  Q. And then the next page, which is 1112.

Page 225

1  And is this Julie's response to you?
2  A. Yes.
3  Q. She says: I'm going to call you in just
4  a few minutes, waiting on phone call but should come
5  soon. Took a picture of the shampoo. Bought at
6  salon where I bought my wig.
7  And then there's a picture below that?
8  A. Yes.
9  Q. Did Julie just have -- was she just
10  undergoing chemotherapy as well?
11  A. I think she was a little ahead of me.
12  Q. Do you know if she was having issues
13  with her hair regrowing?
14  A. I can't remember exactly where she was
15  here, but, no, her hair grew out perfectly.
16  Q. Do you know why she would know about
17  Biotene and the special shampoos?
18  A. As I said I think she belonged to some
19  cancer survivors group.
20  Q. And you don't belong to any group like
21  that; correct? No?
22  A. No, sorry.
23  Q. And then the picture is of something
24  called Nioxin?
25  A. Right.

Page 234

1  MR. COFFIN: Object to the form.
2  A. Can you repeat the question, please?
3  Q. Sure.
4     It says you haven't tried Rogaine but
5  ready to.
6  A. Yes.
7  Q. Did Julie Miller provide you any
8  information about Rogaine that you can remember?
9  A. No, she did not.
10 Q. In April of 2015, were you satisfied
11 with your hair regrowth?
12 A. No.
13 Q. Did you -- in April of 2015, did you
14 relate your hair regrowth to anything other than
15 your chemotherapy treatment?
16 A. I didn't know what was causing it.
17 Q. What did you think could be causing it,
18 other than chemotherapy?
19    MR. COFFIN: Object to the form.
20 A. I don't know. I had no knowledge
21 that -- of anyone else's hair not growing back. So
22 I was puzzled.
23 Q. You lost your hair during chemotherapy;
24 correct?
25 A. Yes.

Page 235

1  Q. On your amended complaint, you indicated
2  that in April of 2015, you followed up with
3  Dr. Theodossiou and inquired again about your hair
4  regrowth and he suggested that you consult a
5  dermatologist.
6     Do you remember that conversation with
7  Dr. Theodossiou?
8  A. Yes.
9  Q. Did he recommend a specific
10 dermatologist for you to see?
11 A. No.
12 Q. And in May of 2015, and we talked about
13 this before, that's when you went to the skin
14 screening with Dr. Hooper; correct?
15 A. Correct.
16 Q. Did Dr. Hooper recommend a specific
17 dermatologist for you to see when you showed her
18 your hair?
19 A. No.
20 Q. How did you go about going to see
21 Dr. Terezakis?
22 A. My daughter-in-law, who's the
23 cosmetologist, knows that she is a dermatologist and
24 heard that she had some sort of treatment and
25 suggested I consult her.

Page 236

1  Q. And you made an appointment on your own
2  to go see Dr. Terezakis?
3  A. I did.
4  Q. And do you remember when you saw
5  Dr. Terezakis?
6  A. I don't remember the exact date.
7  Q. And what do you remember telling
8  Dr. Terezakis about your hair?
9  A. The first person to come in was not the
10 doctor. It's the take-in people. And I told them
11 that I had had chemotherapy and that this was the
12 state of my hair.
13 Q. And then you saw Dr. Terezakis?
14 A. Yes.
15 Q. And what did Dr. Terezakis -- did she
16 perform an exam on your head?
17 A. She did.
18 Q. And what did Terezakis -- what do you
19 remember Terezakis telling you with regard to your
20 hair?
21 A. That it's not from chemotherapy.
22 Q. What did she say it was from?
23 A. I don't recall that she did.
24 Q. And what -- did she provide any
25 treatments?

Page 237

1  A. She did.
2  Q. And what -- is it the special medication
3  that you talked about earlier, or shampoo or --
4  A. It's a liquid that you apply to your
5  scalp.
6  Q. Were you having any -- during this time,
7  were you having any irritation or itching of your
8  scalp?
9  A. I don't recall that I was.
10 Q. Did she advise you to continue taking
11 the Biotene?
12 A. I don't know that we discussed that.
13 Q. Let me have you look at page -- I'm
14 sorry, in the big notebook, Tab 68, and we're going
15 to mark it as Exhibit 20.
16    (Exhibit Number 20 was marked for
17     identification.)
18 BY MR. ROTOLO:
19 Q. Would that be the medication that you
20 received from Dr. Terezakis?
21 A. Yes.
22 Q. And same with the picture on the next
23 page?
24 A. Yes.
25 Q. Let's turn to Tab 67, which I'll mark as

Page 242

1  Q.  June 25th of 2015.
2  A.  Okay, yes.
3  Q.  And she's texted -- am I correct that
4  she's the one texting you first here:  How are you
5  doing?  Is Arimidex getting any better?  And hair,
6  question mark, Julie?
7  A.  Yes.
8  Q.  So she was asking you about your side
9  effects of Arimidex?
10  A.  Yes.
11  Q.  And then you respond:  Hi, thanks for
12  checking.  I think exercise helps with the joint
13  pain.  Walking and yoga.  When I don't exercise,
14  feel stiffer and icky.  Hair, hmm, some is there but
15  sparse and fine.  Still need wig.  Started Rogaine,
16  a week -- started a week ago.  We shall see.  How
17  are you?  Still achy?
18  A.  Correct.
19  Q.  So you had start -- you started Rogaine
20  sometime in July of 2015?
21  A.  Yes.  I have it noted in there.  It's
22  not in my head, but if that's what you say.
23  Q.  Well, it's what you tell her.  You said
24  on --
25  A.  Okay.

Page 243

1  Q.  On this text message, you said:  Started
2  Rogaine a week ago.
3  A.  Okay.
4  Q.  When you went to see Dr. Theodossiou,
5  would you normally be wearing your wig?
6  A.  Yes.
7  Q.  Were there any occasions when you went
8  to see Dr. Theodossiou where you were not wearing
9  your wig?
10  A.  I took it off once to show him the
11  status.
12  Q.  And do you remember when that was?
13  A.  I do not.
14  Q.  And what -- do you remember what he --
15  what he remarked to you, if anything?
16  A.  No, I don't.
17  Q.  Do you remember what -- did you ask him
18  specific questions when you took off your wig?
19  A.  I don't recall.
20  Q.  Did you take off your wig for him to
21  look at because you thought something wasn't right
22  with your hair?
23  A.  He asked me about my hair regrowth, and
24  I said:  Would you like to see it?  So I just took
25  it off briefly and put it back on.

Page 244

1  Q.  And you don't remember what his response
2  was?  No?
3  A.  No, I'm sorry.
4  Q.  After you saw Dr. Terezakis and started
5  using Rogaine in July of 2015 and your use of
6  Biotene and the shampoos, did your hair make any
7  progress in regrowing?
8  A.  I do not believe that it did.
9  Q.  Did your hair regrowth get any worse
10  between that time and today?
11  A.  Yes, I believe it did.
12  Q.  And how did it get worse between then
13  and now?
14  A.  I believe it just stopped growing in
15  some areas.
16  Q.  Has it gotten any thinner in any areas
17  since the picture that we have from Dr. Terezakis
18  and today?
19  A.  Yes.  There was another picture that I
20  came across in here, and that's more accurate of
21  what my hair is now.
22  Q.  So you believe your hair has gotten
23  thinner between Dr. Terezakis' photos and currently?
24  A.  Possibly.
25  Q.  When the treatments that you were using,

Page 245

1  the Rogaine, the Biotene, the shampoos didn't work,
2  did you think something was wrong with your hair
3  regrowth?
4  A.  Of course, yes.  But I still thought I
5  could make a comeback.  I thought it would come
6  back.
7  Q.  And you said at some point you saw an
8  attorney advertisement; correct?
9  A.  Yes.
10  Q.  Was it you that saw the advertisement,
11  or your husband?
12  A.  My husband.
13  Q.  And do you know when he saw that
14  advertisement?
15  A.  I don't know the exact date, but I
16  believe it was some time in 2016.  Sometime in May.
17  Q.  And did he see the advertisement on TV
18  or on the computer?
19  A.  On TV.
20  Q.  Did he write down any information from
21  the ad on TV?
22  A.  He took a picture of it, of the ad.
23  Q.  Does he still have the picture of that
24  ad?
25  A.  Yes.

Page 282

1  Q. You said -- you mentioned things you
2  couldn't participate in or were hesitant to, and you
3  mentioned Mardi Gras for one, or being in crowds,
4  two.
5      Are there other activities that you're
6  hesitant to participate in?
7  A. Swimming. Many activities with the
8  grandchildren that make me hesitant to participate.
9  It's always in the back of my mind that I'm wearing
10 a wig and something could happen. Little children
11 pull on your hair and pull the wig.
12 Q. On Page 19, it talks about out-of-pocket
13 expenses as a result of the injury you allege. And
14 you say yes, and then you list the wigs. And I
15 think we've talked about that before.
16     Is there any other out-of-pocket
17 expenses that you have with regard to your injury
18 that you allege here that you're seeking to recover
19 in this lawsuit?
20 A. Obviously the wigs have increased. The
21 number of the wigs, that was at the present time.
22 Times four. Because as I said I think I bought over
23 20 wigs.
24     Dr. Terezakis' medication, I had to pay
25 for. Her visit, I had to pay $350 for. I called

Page 283

1  and was told that it would be the regular co-pay of
2  $35, and when I got there, she said -- or someone
3  said, oh, no, it's $350. And I paid it.
4  Q. Is that because it was considered a
5  cosmetic visit?
6  A. I believe that's the way they considered
7  it.
8  Q. Ms. Guilbault, as we've spent most of
9  the day together, have you understood the questions
10 that I've asked you today?
11 A. Yes. Yes, sir.
12 Q. And have I allowed you to fully respond
13 to my questions?
14 A. Yes.
15 Q. And is there anything you want to add to
16 your responses today that you may have left out?
17 A. I just want to add that I'm
18 disappointed. I'm obviously emotional and upset
19 that this information was not provided to women,
20 myself and others, so that we could make an informed
21 decision about our healthcare.
22 Q. Is there any information that you
23 testified to that you needed to correct?
24 A. I may have inadvertently said something
25 different from what was written purely because I

Page 284

1  can't remember the volume of things that I wrote.
2      So if there are, it was not intentional.
3  Q. And I hope you find that I've been
4  courteous to you today.
5  A. Yes, you have.
6  Q. And thank you so much for your time.
7  That's all I have.
8  EXAMINATION
9  BY MR. COFFIN:
10 Q. Ms. Guilbault, I just want to clear
11 something up.
12     You recall that Mr. Rotolo asked you
13 about whether or not you had seen the ad that your
14 husband saw about Taxotere, docetaxel, and permanent
15 hair loss.
16 A. Yes.
17 Q. Did you actually see that ad after your
18 husband saw it?
19 A. Oh, I did, many times after.
20 Q. And what, if anything, did that ad
21 inform you about?
22 A. That was the a-ha moment when I realized
23 that my hair loss would be permanent and that it was
24 brought on by a drug that I took without being
25 warned of the possibilities of permanent hair loss.

Page 285

1  Q. Okay. That's all I have. Thank you.
2      MR. ROTOLO: We can go off the record.
3      THE VIDEOGRAPHER: Okay. We are off
4  the record at 5:26, and this concludes
5  today's testimony given by Clare
6  Guilbault.
7      The total number of media units was
8  seven and will be retained by Veritext
9  Legal Solutions.
10     (Deposition adjourned at 5:26 p.m.)

72 (Pages 282 - 285)