# EXHIBIT 3

```
                                              Page 1
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3     * * * * * * * * * * * * * * * * * * * * * * *
 4     IN RE: TAXOTERE (DOCETAXEL)   MDL NO. 2740
       PRODUCTS LIABILITY
 5     LITIGATION                   SECTION "N" (5)
                                    JUDGE MILAZZO
 6
       This Document Relates to:
 7                                  MAG. JUDGE NORTH
       Clare Guilbault vs. Hospira
 8     Inc., et al.,
       No. 2:16-cv-17061
 9
       * * * * * * * * * * * * * * * * * * * * * * *
10
11
                    Deposition of
12                 DR. NIA TEREZAKIS
13             taken on November 13, 2020
                commencing at 1:01 p.m.
14
                  via Zoom videoconference
15                with witness appearing in
16                 New Orleans, Louisiana
17
18
19
20
21
22
23
24
25
```

1 thing.  You can get it in 5 percent and in 3
2 percent.  And the 3 percent is the little pink
3 boxes, and it's for women.  And the reason for that
4 is because sometimes using the minoxidil will make
5 the facial hair darker and the company didn't want
6 to have to deal with women saying you're making me
7 grow a beard.
8        But minoxidil doesn't work as well if
9 you're not doing it twice a day.  The instructions
10 say twice a day.  Men will do most things once a
11 day.  It's hard to get them to do it twice a day.
12 And this is why, you know, talking to people,
13 showing them photographs makes such a big difference
14 as far as compliance is concerned.
15    Q.   And then next on the medical record, on
16 Page 16, it says Nizoral shampoo three times a week.
17    A.   So Nizoral shampoo, ketoconazole is the
18 active ingredient, and it has an effect on hair
19 loss.  A minor one, but, you know, why not use
20 something that might help a little bit.
21    Q.   And then below that --
22    A.   And I gave her a printout of the study
23 that showed how the Nizoral shampoo works.
24    Q.   And then under that it's something
25 daily, R Rogaine?

1    A.   Oh, N plus.
2    Q.   Right.
3    A.   What is the page number?
4    Q.   I'm sorry, it's Page 16 on the medical
5 records I handed you.
6    A.   Yeah, daily R Rogaine.
7        So I give people a choice.  I don't want
8 them to use something because I mention it at my
9 office.  So they have a choice.  They can get either
10 the Rogaine -- the N-plus RA.  That's another bitter
11 pill.  I did all the research to make it possible.
12 It's combining minoxidil with a retinol.  You get
13 more hair growth faster.
14    Q.   Then the next thing was -- I think it's
15 Cordran lotion for scalp.
16    A.   Cordran lotion is if they get irritated.
17 It's a strong cortisone.  Hydrocortisone is not a
18 strong one.  You can get that one over-the-counter.
19 But Cordran Lotion is a strong cortisone, and if
20 they get irritated, it would relieve the symptoms.
21    Q.   And what would cause the irritation?
22    A.   The drops themselves.
23    Q.   There's a note off to the side of that:
24 Patient brought all previous -- I think it's blood
25 work -- still needs to check thyroid.

1    Q.   Do you look at blood work or have blood
2 work run?
3    A.   No, I do look at blood work, and all of
4 her blood work were smack in the middle, totally
5 normal.  But sometimes they have an underlying
6 thyroid condition, and I just like the baseline to
7 know that it was normal in 2015.
8    Q.   Then off to the side of the figure of
9 the head, it says:  Taking biotin.
10    A.   Well, because there's some evidence that
11 biotin makes the hair stronger and the nails
12 stronger.
13    Q.   And then below that I think it's
14 Arimidex hormone.  And on her medical records that
15 she brought with her, she was taking Arimidex after
16 her breast cancer.
17    A.   Right.
18    Q.   Is that a factor that you consider?
19    A.   No.  Since I had to take it myself,
20 it -- and you're only supposed to take it for three
21 or four years, and I misunderstood and took it much
22 longer.  Now the evidence is you should take it
23 longer.
24        But to help keep the cancer from coming
25 back.

1    Q.   Does the label per Arimidex -- does it
2 say that it can cause hair thinning?
3        MS. PEREZ REYNOLDS:  Object to the
4 form.
5    A.   That it can cause what?
6    Q.   Hair thinning.
7        MS. PEREZ REYNOLDS:  Same objection.
8    A.   I think if you get the PDR, which is the
9 physician drug reference, which is three or four
10 inches thick, and close your eyes and point to any
11 drug in the book, they all say hair loss.  It's very
12 difficult -- I've done some drug studies.  And when
13 patients would come in for follow-up -- maybe I was
14 doing something for toenail fungus and they said,
15 oh, by the way, I've got a fever blister today, I
16 have to write that down, knowing that that toenail
17 cream didn't have anything to do with a fever
18 blister.  But I have to write down anything you tell
19 me.  If you say I have a fever blister, I have a
20 headache, I have to write it down in the event it
21 may be caused by the cream.
22    Q.   On Page 16, there's some writing that
23 goes down on the side of the two complete figures.
24 I don't know -- the two complete body figures.
25        Can you tell me what those are referring

9 (Pages 30 - 33)

Page 38

1    Q.    And, Doctor, just --
2    A.    I know it's -- we all have -- so --
3    Q.    And, Doctor, just for the record, we
4  talked about this earlier.
5         Ms. Guilbault did not come back to see
6  you?
7    A.    No.  She didn't follow-up and --
8    Q.    Doctor, what was your diagnosis with
9  regard to Ms. Guilbault's hair loss?
10    A.    Androgenetic alopecia.  And I think the
11  chemotherapy uncovered it because she probably
12  wasn't aware of it before, then she lost all of her
13  hair.  And then when she regrew, it uncovered the
14  androgenetic alopecia.
15         There was no scarring.  You know, if it
16  were permanent, you wouldn't be able to see a pore
17  or a follicle.  You wouldn't see vellus hair.
18    Q.    Doctor, when looking at Ms. -- did you
19  look at any pictures or did Ms. Guilbault show you
20  any pictures of her hair before her chemotherapy?
21    A.    No.
22    Q.    Would that be in any way significant to
23  you?
24    A.    It would except that when I see the --
25  you know, you photograph the driver's license when

Page 39

1  they come in, and it looked like she had on a wig.
2    Q.    Doctor, I want to show you two
3  photographs of Ms. Guilbault before her chemotherapy
4  treatment.
5         Do those show you anything significant
6  regarding her hair loss?
7    A.    This one does.
8    Q.    What is it?
9    A.    It shows some early thinning in the
10  frontal area and a widened part.
11    Q.    Okay.  And what alopecia, if any, does
12  that show or does that indicate?
13    A.    It shows early androgenetic alopecia.
14    Q.    And we'll mark those two photographs as
15  Exhibit 6.
16         (Exhibit Number 6 was marked for
17         identification.)
18    A.    And you can see the hair in the back is
19  thicker hair whereas the hair in the front is
20  thinner, even on this photograph.
21         MR. ROTOLO:  Just for the record, I
22         will note Exhibit 6 is Bates number
23         Guilbault Photos 82089 and 1437.
24  BY MR. ROTOLO:
25    Q.    When Ms. Guilbault came to see you, the

Page 40

1  records indicate she had completed her chemotherapy
2  about a year or -- a year and a couple of months
3  before she came to see you.
4         When looking at photographs after she
5  came to see you of her hair, would that be of
6  assistance in you determining what her condition
7  was?
8    A.    I mean, I determined what her condition
9  was.  It was definitely androgenetic alopecia
10  unrelated to her chemotherapy.  I mean, it's a
11  pattern, and you've got miniaturized hair and thick
12  hairs, all different diameters.
13    Q.    Doctor, I'm going to mark as Exhibit 7
14  some photographs that are Bates-numbered Guilbault
15  Photos 87 through 104.
16         (Exhibit Number 7 was marked for
17         identification.)
18  BY MR. ROTOLO:
19    Q.    And I will represent to you that these
20  were taken in January of this year and provided to
21  us as photographs in this litigation.
22    A.    This is androgenetic alopecia, classic.
23  There's no scarring there, and you can see the
24  follicles.  And again she's thicker in the fringe
25  area.

Page 41

1         She used the drops, you can tell.  This
2  is -- again, you can clearly see pores on both of
3  these.
4    Q.    Doctor, having looked at those
5  photographs of Ms. Guilbault that were represented
6  to be from January of this year, and from when you
7  saw her in 2015, does it appear that her hair
8  thinning has gotten worse?
9    A.    Yes.
10         MS. PEREZ REYNOLDS:  Object to form.
11    A.    Yes.
12    Q.    And does that assist in confirming your
13  diagnosis of androgenetic alopecia?
14    A.    It does.  Reinforces my diagnosis.
15         And this, again, is not
16  chemotherapy-induced now at this point.
17    Q.    Doctor, when you saw Ms. Guilbault in
18  March of 2015, did you tell her that her hair loss
19  was the result of her chemotherapy?
20    A.    No.  No.  Nope.  It was something our
21  Hair Research Society in which you could probably
22  Google and give you the names of some people around
23  the country, but as I say, most doctors don't want
24  to deal with hair loss because it's such a volatile
25  issue.

11 (Pages 38 - 41)