UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL 2740 |
| | SEC. "H"(5) |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO |

Brenda Mixon, No. 18-6581

## JUDGMENT

Considering the briefing submitted by counsel, arguments presented at the November 17, 2020 oral argument, and for reasons issued April 7, 2021 (Doc. 12405)

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff Brenda Mixon's case is hereby DISMISSED WITH PREJUDICE.

Signed in New Orleans, LA this 23rd day of April, 2021.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE