UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO:

Cindy Smith, Case No. 2:18-cv-7702.

### DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT ON WARNINGS CAUSATION

Sanofi hereby notifies the Court of the Fifth Circuit's recent decision in *In Re: Taxotere (Docetaxel) Products Liability Litigation (Phillips)*, No. 20-30405 (April 19, 2021) (attached as **Exhibit A**), which addresses the application of the learned-intermediary doctrine, *see id*. at 4 n.2, 5–10.

Respectfully submitted,

| | |
|---|---|
| */s/ Douglas J. Moore* | Harley V. Ratliff |
| Douglas J. Moore (Bar No. 27706) | Jon Strongman |
| **IRWIN FRITCHIE URQUHART & MOORE LLC** | Adrienne L. Byard |
| 400 Poydras Street, Suite 2700 | **SHOOK, HARDY & BACON L.L.P.** |
| New Orleans, LA  70130 | 2555 Grand Boulevard |
| Telephone: 504-310-2100 | Kansas City, Missouri 64108 |
| Facsimile:  504-310-2120 | Telephone: 816-474-6550 |
| dmoore@irwinllc.com | Facsimile:  816-421-5547 |
| | hratliff@shb.com |
| | jstrongman@shb.com |
| | abyard@shb.com |
| | |
| | *Counsel for Sanofi Defendants*<br>*Sanofi US Services Inc. and*<br>*sanofi-aventis U.S. LLC* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*