**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                                         MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                                    SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**

**Cindy Smith, Case No. 2:18-cv-07702.**

<u>**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF**</u>
<u>**THEIR MOTION FOR SUMMARY JUDGMENT BASED ON STATUTE OF**</u>
<u>**LIMITATIONS**</u>

    Sanofi hereby notifies the Court of the Fifth Circuit's recent decision in *In Re: Taxotere (Docetaxel) Products Liability Litigation (Thibodeaux)*, No. 20-30104 (April 21, 2021) (attached as **Exhibit A**), which addresses the application of the statute of limitations, *see id.* at 6–17.

Respectfully submitted,

  /s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)                    Harley V. Ratliff
**IRWIN FRITCHIE URQUHART & MOORE LLC**              Jon Strongman
400 Poydras Street, Suite 2700                       Adrienne L. Byard
New Orleans, LA 70130                                **SHOOK, HARDY & BACON L.L.P.**
Telephone: 504-310-2100                              2555 Grand Boulevard
Facsimile: 504-310-2120                              Kansas City, Missouri 64108
dmoore@irwinllc.com                                  Telephone: 816-474-6550
                                                     Facsimile: 816-421-5547
                                                     hratliff@shb.com
                                                     jstrongman@shb.com
                                                     abyard@shb.com

                                                     *Counsel for sanofi-aventis U.S. LLC and*
                                                     *Sanofi U.S. Services Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 23, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

<u>/s/ *Douglas J. Moore*</u>