# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE : TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2740 |
| | SECTION "H"(5) |
| This document relates to: ELLEN LOUQUE and DALE LOUQUE 2:16-cv-17332 | |

## ORDER

Before the Court is a Motion to Amend (Doc. 11918);

**IT IS ORDERED** that the Motion is **GRANTE**D, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 23rd day of April, 2021.

_____
Honorable Jane Triche Milazzo
UNITED STATES DISTRICT COURT