UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) |
| | MDL No. 16-2740 |
| | SECTION: "H" (5) |
| This document relates to: Alice Hughes, 17-11769 | |

# ORDER

Before the Court is a Motion for Summary Judgment on Prescription Grounds (Doc. 11535);

**IT IS ORDERED** that the Motion is **GRANTED**, with written reasons to follow. Plaintiff Alice Hughes' case is **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that the following Motions are **DISMISSED AS MOOT**:

- Motion for Summary Judgment on Preemption Grounds (Doc. 11226);
- Motion to Strike Supplemental Expert Report of David Ross (Doc. 11436);
- Motion for Partial Summary Judgment on Third Party Fault (Doc. 11460);
- Motion to Exclude Report and Opinions of Expert Mukal Agrawal (Doc. 11504);
- Motion to Exclude Expert Testimony of Linda Bosserman (Doc. 11529);
- Motion to Exclude Expert Testimony of Ellen Feigal (Doc. 11530);
- Motion to Exclude Expert Testimony of David Madigan (Doc. 11531);
- Motion to Exclude Expert Testimony of Laura Plunkett (Doc. 11532);
- Motion to Exclude Expert Testimony of David Ross (Doc. 11533);
- Motion to Exclude Expert Testimony of Vesna Petronic-Rosic (Doc. 11534);
- Motion to Exclude Certain Opinions of Kord Honda and Faith Durden (Doc. 11542);

- Motion to Exclude Certain Testimony of Dr. Maurie Markman (Doc. 11567); and

- Motion to Strike Plaintiff's Reply Brief in Support of Motion to Exclude Testimony of Dr. Mukul Agrawal (Doc. 11733).

New Orleans, Louisiana, this 26th day of April, 2021.

_____
**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**