UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Cynthia Allen
**Case No.:** 2:17-cv-06967

## STATEMENT OF PLAINTIFF'S COUNSEL

　　I represent Cynthia Allen, whose case was on a Notice of Non-Compliance heard by the Court on April 14, 2021. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

　　The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: April 27, 2021　　　　　　　　　　　　　/s/ Evan P. Fontenot
　　　　　　　　　　　　　　　　　　　　　　　Evan P. Fontenot, La. Bar No. 37685
　　　　　　　　　　　　　　　　　　　　　　　Pendley, Baudin & Coffin, LLP
　　　　　　　　　　　　　　　　　　　　　　　24110 Eden Street
　　　　　　　　　　　　　　　　　　　　　　　Plaquemine, LA 70764
　　　　　　　　　　　　　　　　　　　　　　　(225) 687-6396
　　　　　　　　　　　　　　　　　　　　　　　efontenot@pbclawfirm.com