UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL NO. 2740<br><br>SECTION ""N" (5)<br><br>HON. JUDGE JANE TRICHE MILAZZO<br><br>MAG. JUDGE MICHAEL NORTH |
| THIS DOCUMENT RELATES TO: Dugger v. Sanofi S.A., et al., Civil Action No. 2:17-cv-13339 | | |

## MOTION FOR SUBSTITUTION OF PROPER PARTY

COMES NOW counsel for plaintiff, RHONDA DUGGER, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting NATHANIEL DUGGER on behalf of his deceased wife, Rhonda Dugger, in the above-captioned cause for the following reasons:

1. On November 25, 2017, Rhonda Dugger filed a products liability lawsuit in the above-referenced matter.

2. On February 28, 2020, Rhonda Dugger passed away.

3. Plaintiff filed a Suggestion of Death on March 11, 2021. *See* Doc. No. 12290.

4. Rhonda Dugger's product liability action against defendants survived Plaintiff decedent's death and is not extinguished.

5. The decedent's husband, Nathaniel Dugger, has been issued Letters of Administration and is a proper party to substitute for plaintiff-decedent Rhonda Dugger, and wishes to be substituted on behalf of Rhonda Dugger in this case.

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution of plaintiff in this action.

Dated: April 26 2021

Respectfully Submitted,

**NIEMEYER GREBEL & KRUSE LLC**

*/s/ Mark R. Niemeyer*
Mark R. Niemeyer #42437
Michael S. Kruse #57818
211 N. Broadway,
Suite 2950
St. Louis, MO  63102
314-241-1919 phone
314-665-3017 fax
niemeyer@ngklawfirm.com
kruse@ngklawfirm.com

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Motion for Substitution of Party has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: April 26, 2021

Respectfully Submitted,

**NIEMEYER GREBEL & KRUSE, LLC**

/s/  Mark R. Niemeyer
Mark R. Niemeyer #42437
Michael S. Kruse #57818
10 S. Broadway,
Suite 1125
St. Louis, MO  63102
314-241-1919 phone
314-665-3017 fax
niemeyer@ngklawfirm.com
kruse@ngklawfirm.com

Attorneys for Plaintiff