# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** : | **MDL NO. 2740** |
| **PRODUCTS LIABIILTY LITIGATION** : | |
| : | **SECTION "N"(5)** |
| : | |
| **THIS DOCUMENT RELATES TO:** : | **JUDGE JANE TRICHE MILAZZO** |
| Rhonda Dugger v. Sanofi-Aventis U.S. : | |
| LLC, et al, : | **MAG. JUDGE MICHAEL B. NORTH** |
| Civil Action No. 2:17-cv-13339 : | |

## ORDER ON MOTION FOR SUBSTITUTION OF PARTY
## PURSUANT TO RULE 25(A)(1)

THIS MATTER, having come before the Court on Plaintiff's counsel's Motion for Substitution of Party Pursuant to Rule 25(a)(1), and this Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that **NATHANIEL DUGGER,** on behalf of his deceased wife, Rhonda Dugger, may be substituted for Rhonda Dugger as the proper party plaintiff in this action. New Orleans, Louisiana this _____ day of _____, 2021.

_____
**HONORABLE JANE T. MILAZZO**
United States District Court Judge