# GEORGIA DEATH CERTIFICATE

State File Number: **2020GA000016866**

| Field | Value |
|---|---|
| 1a. DECEDENT'S LEGAL FULL NAME (First, Middle, Last) | RHONDA VANESSA DUGGER |
| 1b. IF FEMALE, ENTER LAST NAME AT BIRTH | WILSON |
| 2a. SEX | FEMALE |
| 2a. DATE OF DEATH (Mo., Day, Year) | ACTUAL DATE OF DEATH 02/28/2020 |
| 3. SOCIAL SECURITY NUMBER | |
| 4a. AGE (Years) | 63 |
| 4b. UNDER 1 YEAR (Mos.) | |
| 4c. UNDER 1 DAY (Hours, Mins.) | |
| 5. DATE OF BIRTH (Mo., Day, Year) | |
| 6. BIRTHPLACE | GEORGIA |
| 7a. RESIDENCE - STATE | GEORGIA |
| 7b. COUNTY | BIBB |
| 7c. CITY, TOWN | MACON |
| 7d. STREET AND NUMBER | 1261 COURTLAND AVENUE |
| 7e. ZIP CODE | 31204 |
| 7f. INSIDE CITY LIMITS? | YES |
| 8a. USUAL OCCUPATION | FINANCE |
| 8b. KIND OF INDUSTRY OR BUSINESS | RETAIL STORE |
| 8. ARMED FORCES? | NO |
| 9. MARITAL STATUS | MARRIED |
| 10. SPOUSE NAME | NATHANIEL DUGGER |
| 11. FATHER'S FULL NAME | ROBERT WILSON SR |
| 12. MOTHER'S MAIDEN NAME | ROBBIE LEE JONES |
| 13a. INFORMANT'S NAME | NATHANIEL DUGGER |
| 13b. RELATIONSHIP TO DECEDENT | SPOUSE |
| 13c. MAILING ADDRESS | 1261 COURTLAND AVENUE MACON GEORGIA 31204 |
| 14. DECEDENT'S EDUCATION | 12TH GRADE COMPLETED BUT DID NOT GRADUATE |
| 15. ORIGIN OF DECEDENT | NOT SPANISH/HISPANIC/LATINO |
| 16. DECEDENT'S RACE | BLACK OR AFRICAN-AMERICAN |
| 17a. IF DEATH OCCURRED IN HOSPITAL | EMERGENCY ROOM/OUTPATIENT |
| 17b. IF DEATH OCCURRED OTHER THAN HOSPITAL | |
| 18. HOSPITAL OR OTHER INSTITUTION NAME | MEDICAL CENTER NAVICENT HEALTH |
| 19. CITY, TOWN or LOCATION OF DEATH | MACON |
| 20. COUNTY OF DEATH | BIBB |
| 21. METHOD OF DISPOSITION | CREMATION |
| 22. PLACE OF DISPOSITION | BENTLEY'S CREMATORY 526 US 341 HIGHWAY N ROBERTA GEORGIA 31078 |
| 23. DISPOSITION DATE | 03/11/2020 |
| 24a. EMBALMER'S NAME | |
| 24b. EMBALMER LICENSE NO. | |
| 25. FUNERAL HOME NAME | BENTLEY AND SONS FUNERAL HOME MACON |
| 25a. FUNERAL HOME ADDRESS | 2714 MONTPELIER AVENUE MACON GEORGIA 31204 |
| 26a. SIGNATURE OF FUNERAL DIRECTOR | JANICE BENTLEY |
| 26b. FUN. DIR. LICENSE NO | 3249 |
| 27. DATE PRONOUNCED DEAD | 02/28/2020 |
| 28. HOUR PRONOUNCED DEAD | 12:05 AM |
| 29a. PRONOUNCER'S NAME | ROBERT COX |
| 29b. LICENSE NUMBER | 038718 |
| 29c. DATE SIGNED | 02/28/2020 |
| 30. TIME OF DEATH | 12:05 AM |
| 31. WAS CASE REFERRED TO MEDICAL EXAMINER | YES |
| 32. Part I. IMMEDIATE CAUSE (A) | CARDIAC ARREST |
| (B) Due to, or as a consequence of | RESPIRATORY FAILURE |
| Approximate interval between onset and death | UNKNOWN / UNKNOWN |
| 33. WAS AUTOPSY PERFORMED? | NO |
| 34. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | |
| 35. TOBACCO USE CONTRIBUTED TO DEATH | NO |
| 36. IF FEMALE (range 10-54) PREGNANT | NOT PREGNANT WITHIN THE PAST YEAR |
| 37. ACCIDENT, SUICIDE, HOMICIDE, UNDETERMINED | NATURAL |
| 38. DATE OF INJURY | |
| 39. TIME OF INJURY | |
| 40. PLACE OF INJURY | |
| 41. INJURY AT WORK? | |
| 42. LOCATION OF INJURY | |
| 43. DESCRIBE HOW INJURY OCCURRED | |
| 44. IF TRANSPORTATION INJURY | |
| 45. To the best of my knowledge death occurred at the time, date and place and due to the cause(s) stated. Medical Certifier | /S/ LEON JONES CORONER |
| 45a. DATE SIGNED | 03/23/2020 |
| 45b. HOUR OF DEATH | 12:05 AM |
| 46. On the basis of examination and/or investigation, in my opinion death occurred at the time, date and place and due to the cause(s) stated. Medical Examiner/Coroner | /S/ LEON JONES CORONER |
| 46a. DATE SIGNED | 03/23/2020 |
| 46b. HOUR OF DEATH | 12:05 AM |
| 47. NAME, ADDRESS, AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | LEON JONES 111 THIRD STREET MACON GEORGIA 31201 |
| 48. REGISTRAR (Signature) | /S/ CHRISTOPHER JP HARRISON |
| 49. DATE FILED - REGISTRAR | 03/23/2020 |

Form 3903 (Rev. 04/2012), GEORGIA DEPARTMENT OF PUBLIC HEALTH