# IN THE PROBATE COURT OF BIBB COUNTY
## STATE OF GEORGIA

IN RE: ESTATE OF )
)
**RHONDA VANESSA DUGGER,** )    DOCKET NO. <u>20PV44799</u>
**DECEASED** )

### LETTERS OF ADMINISTRATION
*(Bond Waived and/or Certain Powers Granted at Time of Appointment)*

At a regular term of Probate Court, this Court granted an order allowing **Nathaniel Dugger** to qualify as Administrator(s) of the above-named Decedent, who was domiciled in this County at the time of his or her death or was domiciled in another state but owned property in this County at the time of his or her death, and that upon so doing, Letters of Administration be issued to such Personal Representative(s).

THEREFORE, the said Administrator(s), having taken the oath of office and complied with all necessary prerequisites of the law, is/are legally authorized to discharge all the duties and exercise all powers of Personal Representative(s), according to Georgia law. In addition this Court:

*[Initial all which apply]*

SSH (a)    ***POWERS GRANTED:*** Grants to the Administrator(s) all of the powers contained in O.C.G.A. § 53-12-261.

SSH (b)    ***REPORTS WAIVED:*** Grants to the Administrator(s) the specific power to serve without making and filing inventory, and without filing any annual or other returns or reports to any court; but the fiduciary(ies) shall furnish to the heirs, at least annually, a statement of receipts and disbursements.

SSH (c)    ***BOND WAIVED:*** Waives the specific requirement to post bond.

IN TESTIMONY WHEREOF, I have hereunto affixed my signature as Judge of the Probate Court of said County and the seal of this office this day of ___**SEP 0 3 2020**___.

_____
Sarah S. Harris          Probate Judge

NOTE: The following must be signed if the judge
does not sign the original of this document:

Issued by:

_____ (Seal)
Clerk/Deputy Clerk Probate Court

| CERTIFIED COPY OF LETTERS |
|---|
| This will certify that this is a true and correct copy of the Letters originally issued by and on file in the Probate Court of Bibb County, Georgia and will further certify that same remain, on this date, of full force and effect. In witness whereof, I have hereunto set my official signature and the SEAL of this Court, this _____ day of **SEP 0 3 2020** , _____. |
| (SEAL) |
| (Dep.)CLERK, Probate Court |

GPCSF 3                                                 Eff. July 2017