**Micaela R. Staley**

| | |
|---|---|
| **From:** | Erin Mouledous <Erin_Mouledous@laed.uscourts.gov> |
| **Sent:** | Tuesday, April 21, 2020 11:08 AM |
| **To:** | Micaela R. Staley |
| **Subject:** | RE: Taxotere MDL - Loretta Anderson - Substitution of Counsel |
| **Attachments:** | Doc. 6133 re 18-2599.pdf |

Ms. Anderson's case was closed via a Stipulation of Dismissal filed February 8, 2019 at Rec. Doc. 6133. I have attached it hereto. It appears this was done before you substituted in as counsel.

I will also direct you to the Order of Severance filed July 30, 2018 which ordered 18-2599, along with other multi-plaintiff cases, to be severed. It also points to PTO 65 which allows 45 days from the order of severance to refile an individual complaint.

| 07/30/2018 | 3567 | ORDER OF SEVERANCE granting 2443 Motion to Sever. The individual plaintiffs' claims in the captioned member cases are hereby severed from their original complaints. The individual plaintiffs (and any plaintiff with a derivative claim) shall follow the procedures set forth in Pretrial Order No. 65 (Rec. Doc. 959) for filing individual Short Form Complaints, and shall file any Short Form Complaint within 45 days from this Order of Severance. Signed by Judge Jane Triche Milazzo. (Reference: 18-2598, 18-2599, 18-2600, 18-2601)(ecm) (Entered: 07/30/2018) |
|---|---|---|

I would suggest reaching out to plaintiff liaison counsel on how to proceed.

You were added to Ms. Anderson though as counsel of record in 18-2599.

Hope I answered your question a bit.

*Erin Mouledous*
Case Manager
to the Honorable Judge Jane Triche Milazzo
Section "H" and Taxotere MDL
U.S. District Court, EDLA
(504) 589-7695

**From:** Micaela R. Staley <micaela@wendtlaw.com>
**Sent:** Tuesday, April 21, 2020 10:52 AM
**To:** Erin Mouledous <Erin_Mouledous@laed.uscourts.gov>
**Subject:** Taxotere MDL - Loretta Anderson - Substitution of Counsel

Good Morning Erin,

We had a case (Loretta Anderson) that was filed in the MDL by Napoli Shkolnik PLLC with several other cases on the same complaint (case no. 2:18-cv-02599). Our client requested a substitution of counsel which was filed on April 25, 2019. See the attached motion. The order was granted on 4/29/19 - see attached.

When I go to search for her case in the MDL it shows that it is terminated? We have been operating under the 2:18-cv-02599 case number but it appears that isn't correct. Can you help me figure this out?

We just got confirmation of manufacturer today which made me look into this and come across this issue.

Thank you for your help.

**Micaela R. Staley**
Paralegal



4717 Grand Avenue, Suite 130
Kansas City, Missouri 64112
Local (816) 531-4415
Facsimile (816) 531-2507
Toll Free (866) 539-4415
www.wendtlaw.com

NOTICE: This email may contain confidential or privileged information. If you believe you have received it in error, please notify the sender immediately and delete this message without copying or disclosing it.