UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2740 <br><br> SECTION: "N" (5) <br><br> JUDGE JANE TRICHE MILAZZO <br><br> MAG. JUDGE MICHAEL B. NORTH |
| THIS DOCUMENT RELATES TO: <br><br> Bonnie Brown v. Sanofi-Aventis US LLC, et al., <br> Civil Action No. 2:18-cv-12929 | | |

### PLAINTIFF'S MOTION TO WITHDRAW HER MOTION TO VACATE NOTICE OF VOLUNTARY DISMISSAL AS TO HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC., AND HOSPIRA, INC.

Plaintiff, Bonnie Brown, by and through the undersigned Counsel of Record respectfully moves the Court for leave to withdraw Plaintiff's Motion to Vacate Notice of Voluntary Dismissal as to Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc., [Doc. 12400], that was filed on April 6, 2021.

Following the submission of Plaintiff's Motion to Vacate Notice of Voluntary Dismissal as to Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc., the parties reached an agreement to resolve this matter without intervention of this Court.

Dated: April 27, 2021

Respectfully submitted,

*/s/ Leslie LaMacchia*
Leslie LaMacchia
Adam Pulaski
**PULASKI KHERKHER, PLLC**
2925 Richmond, Suite 1725
Houston, TX 77098
Tel: (713) 664-4555
Fax: (713) 664-7543
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2021 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Respectfully submitted,

**PULASKI KHERKHER, PLLC**
*/s/ Leslie LaMacchia*
Leslie LaMacchia
Adam Pulaski
2925 Richmond, Suite 1725
Houston, TX 77098
Tel: (713) 664-4555
Fax: (713) 664-7543
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com
*Attorneys for Plaintiff*