**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | : : : | **MDL No. 2740** |
| **THIS DOCUMENT RELATES TO:** | : : | **SECTION: "N" (5)** |
| **Bonnie Brown v. Sanofi-Aventis US LLC, et al.,** **Civil Action No. 2:18-cv-12929** | : : : | **JUDGE JANE TRICHE MILAZZO** **MAG. JUDGE MICHAEL B. NORTH** |

**ORDER**

Before the Court is Plaintiff's Motion to Withdraw Plaintiff's Motion to Vacate

Notice of Voluntary Dismissal as to Hospira Worldwide, LLC f/k/a Hospira Worldwide,

Inc. and Hospira, Inc., **IT IS ORDERED** that the Motion is **GRANTED**, and that

Plaintiff's Motion to Vacate Notice of Voluntary Dismissal as to Hospira Worldwide, LLC

f/k/a Hospira Worldwide, Inc. and Hospira, Inc., is hereby withdrawn.

Signed this _____ day of _____ 2021.

_____
Honorable Jane T. Milazzo
U.S. District Judge