UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　MDL 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　SEC. "H"(5)

THIS DOCUMENT RELATES TO:　　　　　　　JUDGE MILAZZO

Alice Hughes, 17-11769

## JUDGMENT

Considering the briefing submitted by counsel and for reasons issued April 28, 2021 (Doc. 12532);

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff Alice Hughes' case is hereby DISMISSED WITH PREJUDICE.

Signed in New Orleans, LA this 29th day of April, 2021.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE