UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "H"(5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE JANE TRICHE MILAZZO |
| Rhonda Dugger v. Sanofi-Aventis U.S. LLC, et al, | : | |
| | : | MAG. JUDGE MICHAEL B. NORTH |
| Civil Action No. 2:17-cv-13339 | : | |

## ORDER

Before the Court is Plaintiff's Motion to Substitute Party (Doc. 12523);

**IT IS ORDERED** that the Motion is **GRANTED** and that Nathaniel Dugger, on behalf of his deceased wife, Rhonda Dugger, may be substituted for Rhonda Dugger as the proper party plaintiff in this action.

New Orleans, Louisiana, this 29th day of April, 2021.

_____
**HONORABLE JANE T. MILAZZO**
United States District Court Judge