UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

**THIS DOCUMENT RELATES TO:**

**Elizabeth Kahn, Case No. 2:16-cv-17039.**

## DEFENDANTS' MOTION FOR RECONSIDERATION

Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi") hereby move this Court for reconsideration of its Order and Reasons Granting in Part and Denying in Part Defendants' Motion for Summary Judgment on Warnings Causation (Rec. Doc. 9888). For the reasons more fully set forth in the attached Memorandum in Support, the Court should grant Sanofi's Motion in full because under the Fifth Circuit's decision in *Phillips*, Ms. Kahn cannot establish warnings causation. *See June Phillips v. Sanofi US Services, Inc. In re Taxotere (Docetaxel) Prods. Liab. Litig.*, No. 20-30405, 2021 WL 1526429 (5th Cir. Apr. 19, 2021).

Respectfully submitted,

| | |
|---|---|
| /s/ *Douglas J. Moore* | Harley V. Ratliff |
| Douglas J. Moore (Bar No. 27706) | Jon Strongman |
| **IRWIN FRITCHIE URQUHART &** | Adrienne L. Byard |
| **MOORE LLC** | **SHOOK, HARDY& BACON L.L.P.** |
| 400 Poydras Street, Suite 2700 | 2555 Grand Boulevard |
| New Orleans, LA 70130 | Kansas City, Missouri 64108 |
| Telephone: 504-310-2100 | Telephone: 816-474-6550 |
| Facsimile: 504-310-2120 | Facsimile: 816-421-5547 |
| dmoore@irwinllc.com | hratliff@shb.com |
| | jstrongman@shb.com |
| | abyard@shb.com |

*Counsel for sanofi-aventis U.S. LLC and Sanofi US Services Inc.*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 30, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

      */s/ Douglas J. Moore*