# EXHIBIT Q

Page 1

1              UNITED STATES DISTRICT COURT
2                EASTERN DISTRICT OF LOUISIANA
3
4
5    **********************
                                    *
6    ELIZABETH KAHN,                *   CASE NO.
            Plaintiffs              *   2:16-CV-17039
7                                   *
                                    *
8    VERSUS                         *
                                    *
9                                   *
     SANOFI S.A., ET AL             *
10            Defendants            *
                                    *
11   **********************
12
13
14
15
16
17
18      Job No. NJ2756392
19
20              Deposition of ELIZABETH SARA
21   KAHN, taken on Thursday, December 7, 2017,
22   commencing at 8:34 a.m., at the law offices
23   of Pendley, Baudin & Coffin, 1515 Poydras
24   Street, Suite 1400, New Orleans, Louisiana
25   70112.

218

1  effects, and it explains the time frame of
2  when you start chemotherapy and when you
3  would probably start losing your hair.
4      Q.  And in fact, you had procured some
5  head coverings -- scarves or hats, even
6  before you started chemotherapy, correct?
7      A.  Yes.
8      Q.  Did you borrow them from your sister?
9      A.  Some.
10     Q.  Okay.  So you expected that you would
11 have hair loss starting in chemotherapy.
12 When did you expect your hair would grow
13 back?
14     A.  Well, chemotherapy had to be
15 finished, and then I didn't know how soon it
16 would grow back.
17     Q.  Did you think it would grow back
18 within days of stopping chemotherapy?
19     A.  I have no clue.  And I don't remember
20 talking with my doctor specifically about
21 when it would start growing back at -- when I
22 finished.
23     Q.  Did you expect that your hair would
24 fully regrow and be the same as it was before
25 chemotherapy?

219

1      A.  I thought I would have a full head of
2  hair when it grew back.
3      Q.  Did you think it would be the same as
4  it was before chemotherapy?
5      A.  I thought eventually, it would be the
6  same.
7      Q.  How long did you think it would take
8  for your hair -- the hair on your head, to
9  fully regrow and be the same as it was before
10 chemo?
11         MR. COFFIN:
12             Object to the form.
13         THE WITNESS:
14             I didn't know how long it was
15 going to be.  I just knew that once I
16 finished chemotherapy, it should start
17 growing back, but I had no clue how quick it
18 would grow.
19 EXAMINATION BY MS. BIERI:
20     Q.  Did you think it would be fully
21 regrown by three months?
22         MR. COFFIN:
23             Object to the form.
24         THE WITNESS:
25             I didn't know.

220

1  EXAMINATION BY MS. BIERI:
2      Q.  Did you think it would be fully
3  regrown by six months?
4          MR. COFFIN:
5              Object to the form.
6          THE WITNESS:
7              I never experienced baldness
8  before, so I really had no clue.
9  EXAMINATION BY MS. BIERI:
10     Q.  Did you think it would be fully
11 regrown by a year?
12         MR. COFFIN:
13             Object to the form.
14         THE WITNESS:
15             I didn't know.
16 EXAMINATION BY MS. BIERI:
17     Q.  Did you think it would be fully
18 regrown by two years?
19         MR. COFFIN:
20             Object to the form.
21         THE WITNESS:
22             I was always hopeful that all my
23 hair would grow back.
24 EXAMINATION BY MS. BIERI:
25     Q.  I'm talking about your expectation

221

1  going into chemotherapy.  Are you telling me
2  that you didn't expect your hair to be fully
3  regrown by two years after the end of your
4  chemotherapy?
5      A.  Possibly, but I just -- I didn't
6  think about it then.  I didn't think about it
7  growing back until after I lost it and start
8  growing it again.  There's too many other
9  things coming at you with your doctors'
10 appointments and to think about what's going
11 to happen afterwards.  You have to deal with
12 the present.  I wasn't worried about the
13 future at that time.  I wasn't thinking about
14 that.
15     Q.  Did you have an expectation that your
16 hair would be fully regrown three years after
17 you stopped chemotherapy?
18         MR. COFFIN:
19             Object to the form.
20         THE WITNESS:
21             You know, I just -- I had no
22 clue.
23 EXAMINATION BY MS. BIERI:
24     Q.  You thought it would take -- I'm
25 sorry.  Did you want to finish that?

56 (Pages 218 to 221)