UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2740**<br><br>*This document relates to:*<br>Audrey Plaisance, Case No. 2:18-cv-08068 |

### HOSPIRA'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT ON CLAIMS UNDER ILLINOIS LAW

Defendants Hospira, Inc. and Hospira Worldwide, LLC (collectively "Hospira") respectfully request leave to file the attached Reply in Support of Hospira's Motion for Summary Judgment on Claims Under Illinois Law (Doc. 12387). This Reply will further assist the Court in evaluating Hospira's Motion by providing additional law and responding to the issues raised in Plaintiff's Opposition.

In Case Management Order 14(I) (Doc. 12283), the Court entered its amended trial schedule permitting Hospira to file this Reply.

WHEREFORE, Hospira respectfully requests that this Court grant leave to file the attached Reply in Support of Hospira's Motion for Summary Judgment on Claims Under Illinois Law.

Date: April 30, 2021

Respectfully submitted,

*/s/ Heidi K. Hubbard*
Heidi K. Hubbard
Richmond T. Moore
Neelum J. Wadhwani
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: 202-434-5000
Facsimile: 202-434-5029
hhubbard@wc.com
rmoore@wc.com
nwadhwani@wc.com

2

        John F. Olinde (Bar No.1515)
        Peter J. Rotolo (Bar No. 21848)
        **CHAFFE McCALL LLP**
        1100 Poydras Street
        New Orleans, LA 70163
        Telephone: (504) 858-7000
        Facsimile: (504) 585-7075
        olinde@chaffe.com
        rotolo@chafe.com

        *Counsel for Defendants Hospira, Inc.,*
        *Hospira Worldwide, LLC, formerly doing*
        *business as Hospira Worldwide, Inc.*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on April 30, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

                                             /s/ *Heidi K. Hubbard*