# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2740**<br><br>*This document relates to:*<br>Audrey Plaisance, Case No. 2:18-cv-08068 |

## [PROPOSED] ORDER

Considering the Motion for Leave to File Hospira's Reply in Support of its Motion for Summary Judgment on Claims Under Illinois Law (*See* Doc. 12387), filed by Defendants Hospira, Inc. and Hospira Worldwide, LLC (collectively "Hospira"):

**IT IS HEREBY ORDERED** that Hospira's Motion is **GRANTED**, and that Hospira's Reply in Support of its Motion for Summary Judgment on Claims Under Illinois Law is hereby entered into the Court's docket.

New Orleans, Louisiana, on this ____ day of ____, 2021.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE