# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2740**<br><br>*This document relates to:*<br>Clare Guilbault, Case No. 2:16-cv-1706 |

## HOSPIRA'S MOTION FOR SUMMARY JUDGMENT BASED ON THE LEARNED INTERMEDIARY DOCTRINE

Defendants Hospira, Inc. and Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc. (collectively "Hospira") hereby move this Court for summary judgment on all claims of Plaintiff Clare Guilbault. Ms. Guilbault claims that Hospira failed to warn her treating physician of the risk of permanent hair loss from docetaxel and that this failure to warn caused her to develop permanent hair loss. For the reasons explained in the attached Memorandum in Support, Plaintiff is unable to establish causation, an essential element of her claim. Accordingly, this Court enter summary judgment in Hospira's favor.

Date: April 30, 2021

Respectfully submitted,

*/s/ Heidi K. Hubbard*
Heidi K. Hubbard
Richmond T. Moore
Neelum J. Wadhwani
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901
Phone: (202) 434-5000
Fax: (202) 434-5029
hhubbard@wc.com
rmoore@wc.com
nwadhwani@wc.com

2

John F. Olinde (Bar No.1515)
Peter J. Rotolo (Bar No. 21848)
**CHAFFE MCCALL LLP**
1100 Poydras Street
New Orleans, LA 70163
Phone: (504) 858-7000
Fax: (504) 585-7075
olinde@chaffe.com

*Counsel for Defendants Hospira, Inc., and Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc.*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on April 30, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

                                  /s/ *Heidi K. Hubbard*