## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2740**<br><br>*This document relates to:*<br>Clare Guilbault, Case No. 2:16-cv-1706 |

### HOSPIRA'S STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BASED ON THE LEARNED INTERMEDIARY DOCTRINE

Defendants Hospira, Inc. and Hospira Worldwide LLC (collectively, "Hospira") hereby submit this Statement of Undisputed Material Facts in Support of Hospira's Motion for Summary Judgment Based on the Learned Intermediary Doctrine, pursuant to Local Rule 56.1:

**I.      Ms. Guilbault's Cancer Diagnosis and Treatment**

1.      In July 2013, Plaintiff Claire Guilbault had a mammogram, which showed abnormal results.  Ex. 1, Deposition of Claire Guilbault (November 4, 2020) ("Guilbault Dep.") at 118:6-24.

2.      Following a second mammogram and further testing, Ms. Guilbault was diagnosed with stage III or IV breast cancer in her left breast, with positive lymph nodes and possible thoracic spine metastasis.  Ex. 1 (Guilbault Dep.) at 118:17-122:25, 131:21-133:14; Ex. 2, Deposition of Chris Theodossiou (November 11, 2020) ("Theodossiou Dep.") at 55:19-20, 61:1-10, 65:21-68:12.

3.      On September 25, 2013, Dr. Theodossiou prescribed chemotherapy to Ms. Guilbault, to begin on September 27, 2013, with a course of Adriamycin (doxorubicin) and Cytoxan (cyclophosphamide), followed by docetaxel.  Ex. 2 (Theodossiou Dep.) at 16:14-19; Ex. 3 (Ochsner Med Rec., Theodossiou Dep. Ex. 7) at -00337; Ex. 4 (Ochsner Med. Rec., Theodossiou Dep. Ex. 8) at -00338.

4.      Ms. Guilbault received four infusions of a combination of Adriamycin with Cytoxan, on September 27, 2013, October 21, 2013, November 11, 2013, and December 2, 2013. Ex. 4 (Ochsner Med Rec.) at -00422-423; *id.* at -00518-528; *id.* at -00608-624; *id.* at -00671-686.

5.      Ms. Guilbault received four infusions of docetaxel on December 26, 2013, January 16, 2014, February 6, 2014, and February 27, 2014.  Ex. 5 (Ochsner Med. Rec.) at -00716-725; *id.* at -00754-762; *id.* at -00790-800; *id.* at -00841-849.

6.      On March 27, 2014, Dr. Alan Stolier performed a lumpectomy, left partial mastectomy and complete axillary node dissection on Ms. Guilbault at St. Charles Surgical Hospital.  Ex. 6 (St Charles Med. Rec.) at -0029-30.

7.      After her surgery, Ms. Guilbault also received radiation treatment.  Ex. 1 (Guilbault Dep.) at 202:20-24; Ex. 2 (Theodossiou Dep.) at 105:11-14.

8.      Dr. Theodossiou testified in November 2020 that Ms. Guilbault is "disease-free" and has "done very, very well."  Ex. 2 (Theodossiou Dep.) at 149:24-150:9.

II.      **Dr. Theodossiou Did Not Read the Hospira Label.**

9.      The FDA approved Hospira's version of docetaxel in March 2011 under Section 505(b)(2) of the Federal Food, Drug, and Cosmetic Act, which permits follow-on medications to gain FDA approval through an abbreviated pathway based on the safety and efficacy data of the branded or reference drug.  Ex. 7 (FDA Approval Letter).   Hospira's docetaxel was based on Taxotere, the branded docetaxel product developed by Sanofi US Services Inc. and Sanofi-Aventis U.S. LLC., and approved by the FDA in 1996.  Ex. 7 (FDA Approval Letter); 2d Am. Master Compl. ("AMC") ¶¶ 121-24, ECF No. 4407.

10.      When Dr. Theodossiou prescribes docetaxel, he does not prescribe a particular manufacturer's version of docetaxel and does not know which manufacturer's product will be administered to the patient.  Ex. 2 (Theodossiou Dep.) at 87:6-12.  Accordingly, when Dr.

2

Theodossiou prescribed docetaxel to Ms. Guilbault, he did not prescribe a specific company's product and did not know which manufacturer's docetaxel Ms. Guilbault received during her treatment.  Ex. 2 (Theodossiou Dep.) at 86:24-87:5, 87:21-25.

11.    Dr. Theodossiou likely read the labeling for Taxotere, the branded docetaxel product, before prescribing docetaxel to Ms. Guilbault:

> Q. . . . But when you first started practicing medicine and Docetaxel became an option, did you review the prescribing information for Docetaxel before you prescribed it the first time?
>
> A. I'm sure I did.
>
> …
>
> Q. And you're aware that Taxotere is the brand name for Docetaxel; correct?
>
> A. Correct.
>
> Q. And at the time you prescribed Docetaxel to Ms. Guilbault in September of 2013, would you have reviewed at some point before then the labeling for Taxotere, the branded product?
>
> A. I probably had at some point.

Ex. 2 (Theodossiou Dep.) at 85:20-24; 86:6-13.

12.    Dr. Theodossiou does not recall reading the Hospira label before prescribing docetaxel to Guilbault or whether he relied upon any information in the Hospira label before prescribing docetaxel to Ms. Guilbault:

> Q. Did you review the Hospira Docetaxel label before prescribing Docetaxel for Ms. Guilbault?
>
> A. I don't recall.
>
> MS. REYNOLDS: Objection to form.
>
> THE WITNESS: I can't answer that question.
>
> BY MR. ROTOLO:

Q. So you don't recall whether you relied upon any information in the Hospira label before prescribing Docetaxel to Ms. Guilbault?

A. No, sir, I do not recall.

Ex. 2 (Theodossiou Dep.) at 86:14-23.

13.     After treating Plaintiff, Dr. Theodossiou stopped prescribing Taxotere/docetaxel because a small number of his own patients experienced lack of hair regrowth after taking docetaxel.  Ex. 2 (Theodossiou Dep.) 17:6-8; *id.* at 19:13-22.

14.     Hospira updated its label in 2017 to include the following statement: "Cases of permanent alopecia have been reported."  Ex. 8 (Docetaxel Injection) at HOS00100000039.

15.     Dr. Theodossiou has not read the current Hospira label:

Q.  Doctor, are you familiar with what the *current* Docetaxel label states with regard to alopecia?

A.  I haven't read it.

Q.  Doctor, is the current language -- the current FDA-approved language in the Hospira Docetaxel label refers only to cases of permanent hair loss have been reported.  Do you know if that's what it says?

MS. REYNOLDS: Object to form.

THE WITNESS: *I haven't read the specific, you know, package insert from Hospira.*

Ex. 2 (Theodossiou Dep.) at 125:6-17 (emphasis added).

## III.    Ms. Guilbault's Lawsuit

16.     Plaintiff is asserting a single failure to warn claim under the Louisiana Product Liability Act.  Ex. 9 (Am. Short Form Compl., ("ASFC") at 1, *Guilbault v. Hospira Worldwide Inc., and Hospira Inc.*, No. 2:16-cv-17061 (E.D. La. May 4, 2017), ECF No. 6; AMC ¶¶ 221-31; Order and Reasons, ECF No. 11825, at 4-5 (explaining that Guilbault's "Failure to Warn claim arises exclusively under the LPLA," and she has dropped her other strict liability claim from her Short-Form Complaint).

17.     She alleges that Hospira did not adequately warn of the risk of permanent alopecia, and she developed permanent alopecia because of this failure to warn.  AMC ¶¶ 221-31; Ex. 9 (ASFC), at 1.

Date: April 30, 2021                          Respectfully submitted,

                                              */s/ Heidi K. Hubbard*
                                              Heidi K. Hubbard
                                              Richmond T. Moore
                                              Neelum J. Wadhwani
                                              **WILLIAMS & CONNOLLY LLP**
                                              725 Twelfth Street, N.W.
                                              Washington, D.C. 20005-5901
                                              Phone: (202) 434-5000
                                              Fax: (202) 434-5029
                                              hhubbard@wc.com
                                              rmoore@wc.com
                                              nwadhwani@wc.com

                                              John F. Olinde (Bar No.1515)
                                              Peter J. Rotolo (Bar No. 21848)
                                              **CHAFFE MCCALL LLP**
                                              1100 Poydras Street
                                              New Orleans, LA 70163
                                              Phone: (504) 858-7000
                                              Fax: (504) 585-7075
                                              olinde@chaffe.com

                                              *Counsel for Defendants Hospira, Inc., and Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Heidi K. Hubbard*