# Exhibit 6



# ST. CHARLES SURGICAL HOSPITAL

1717 ST. CHARLES AVENUE
NEW ORLEANS, LA 70130

## OPERATIVE REPORT

**PATIENT NAME:** Guilbault, Clare
**PATIENT ACCOUNT #:** 3095
**SURGEON:** Alan Stolier, M.D.
**DATE OF OPERATION:** 03/27/14

**PREOPERATIVE DIAGNOSIS:** Carcinoma of the left breast.

**POSTOPERATIVE DIAGNOSIS:** Carcinoma of the left breast.

**OPERATIONS PERFORMED:**
1. Lumpectomy.
2. Left partial mastectomy.
3. Complete axillary node dissection.

**ASSISTANT:** Hui Chen, CRNFA.

**DESCRIPTION OF PROCEDURE:** With the patient in the supine position under general anesthesia, the breasts were prepped with Hibiclens and draped in a sterile fashion. A radial incision was made adjacent to two Kopans hook wires. Skin flaps were elevated for approximately 3 cm to 3.5 cm in all directions. Partial mastectomy was carried out by dissecting down to the breast tissue to the pectoralis fascia. The entire specimen around the Kopans hook wire was removed. Specimen x-ray confirmed the presence of the lesion. The lesion appeared to come close to the inferior margin and therefore new inferior margin was taken and also sent for permanent section. The breast was then closed in three layers with Vicryl and skin with subcuticular Monocryl. Attention was turned to the axilla, where a transverse axillary incision was made. Flaps were again elevated. The pectoralis major and minor muscles were identified, mobilized and retracted medially. The axillary vein was identified. Tributaries of the vein were clamped, divided and ligated with silk. Hemoclips were also used for hemostasis throughout the procedure. The contents of the axilla beneath the axillary vein from the medial edge of the pectoralis minor to latissimus dorsi were then removed. The long thoracic and thoracodorsal nerves were clearly identified and preserved throughout the procedure. The contents of the axilla were sent for permanent section. The axilla was then closed in two layers with Vicryl and the skin with subcuticular Monocryl.

RE: Guilbault, Clare
OPERATIVE REPORT
PAGE 2 OF 2

Sterile dressing was applied and the patient was taken to the Recovery in good condition.

_____
Alan Stolier, M.D.
AS/SN/sndovmt017/FST-16368992
D: 03/27/2014 12:40 p
T: 03/28/14 02:09 A