# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2740<br><br>*This document relates to:*<br>Clare Guilbault, Case No. 2:16-cv-1706 |

### HOSPIRA'S REQUEST FOR ORAL ARGUMENT ON MOTION FOR SUMMARY JUDGMENT BASED ON THE LEARNED INTERMEDIARY DOCTRINE

Pursuant to Local Rule 78.1, Defendants Hospira Inc., and Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc. (collectively, "Hospira") respectfully request that the Court conduct oral argument on Hospira's Motion for Summary Judgment Based on the Learned Intermediary Doctrine, filed herewith. Hospira submits that oral argument will clarify the issues, enable Hospira to address any questions the Court may have, and assist the Court in resolving this important matter. Hospira's request oral argument at the same time as Hospira's two other pending motions for summary judgment: (1) Hospira's Motion for Summary Judgment Based on the Statute of Limitations (*Guilbault*) (No. 12386); and (2) Hospira's Motion for Summary Judgment on Claims Under Illinois Law (*Plaisance*) (No. 12387). The parties are working with the Court to select a date for these arguments.

Dated: April 30, 2021

Respectfully submitted,

*/s/ Heidi K. Hubbard*
Heidi K. Hubbard
Richmond T. Moore
Neelum J. Wadhwani
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901
Phone: (202) 434-5000

Fax: (202) 434-5029
hhubbard@wc.com
rmoore@wc.com
nwadhwani@wc.com

John F. Olinde (Bar No.1515)
Peter J. Rotolo (Bar No. 21848)
**CHAFFE MCCALL LLP**
1100 Poydras Street
New Orleans, LA 70163
Phone: (504) 858-7000
Fax: (504) 585-7075
olinde@chaffe.com

*Counsel for Defendants Hospira, Inc., and Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 30, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

      /s/ *Heidi K. Hubbard*