# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| Virginia Willis                                        , <br><br>        Plaintiff(s),<br><br>vs.<br><br><br>Accord Healthcare, Inc., et al                  ,<br><br>        Defendant(s).<br>------------------------------------------------------------ | : : : : : : : : : : : : : | <br><br><br>Civil Action No.: 2:18-cv-13315 |

## ORDER

Upon Plaintiff's Motion for Leave to file an Amended Complaint and for good cause shown, it is hereby Ordered that the Plaintiff may file the Amended Short Form Complaint which was attached as Exhibit A to Plaintiff's Motion.

This the _____ day of _____ , 2021.

_____
Judge Jane Milazzo, U.S. District Judge