# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| **THIS DOCUMENT RELATES TO:**<br><br>Annette Cockrum v. HOSPIRA WORLWIDE, et al. | Civil Action No.: 2:17-cv-15104 |

## ORDER

Before the Court is Plaintiff's Motion to Vacate Voluntary Dismissal (Doc. 11258). The Court has been advised that the Motion is unopposed. Accordingly;

**IT IS ORDERED** that the Motion is **GRANTED** and that Plaintiff's claims against SANOFI-AVENTIS U.S. LLC, d/b/a WINTHROP U.S. are hereby reinstated.

New Orleans, Louisiana, this 4th day of May, 2021.

_____
Honorable Jane T. Milazzo
U.S. District Judge