UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

**THIS DOCUMENT RELATES TO:**
Cynthia Brown, Case No. 2:18-cv-06428
Sandra Burks, Case No. 2:18-cv-00686
Angela Durden, Case No. 2:18-cv-01544
Juanita Greer, Case No. 2:18-cv-11728
Hattie Grines, Case No. 2:16-cv-15319
Alice Hughes, Case No. 2:17-cv-11769
Elizabeth Kahn, Case No. 2:16-cv-17039
Mildred Kumar, Case No. 2:17-cv-15311
Minnie Moore, Case No. 2:18-cv-12295
Shirlon Pigott, Case No. 2:18-cv-08673
Melissa Roach, Case No. 2:17-cv-07918
Cindy Smith, Case No. 2:18-cv-07702
Wanda Stewart, Case No. 2:17-cv-10817
Emma Willie, Case No. 2:18-cv-03857

## ORDER

Before the Court is an *Ex Parte* Motion for Leave to File Amended Short Form Complaints of Bellwether Pool Plaintiffs (Doc. 11600). To the extent the Motion relates to Plaintiffs Juanita Greer, Alice Hughes, Wanda Stewart, and Emma Willie, the Motion is **DENIED AS MOOT**, as these cases have been dismissed;

Insofar as the Motion concerns other Plaintiffs, the Court has been advised that the Motion is unopposed. Accordingly;

**IT IS ORDERED** that the Motion is **GRANTED** and that the Clerk's office shall file the Amended Short Form Complaints attached to the Motion in each Plaintiff's member case.

New Orleans, Louisiana, this 4th day of May, 2021.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE