UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: ALL CASES | |

### MOTION DIRECTING THE PARTIES TO ESTABLISH A SHOW CAUSE PROCEDURE WHY SEALED PLEADINGS AND EXHIBITS SHOULD NOT BE UNSEALED

NOW INTO COURT, come Plaintiffs, through the Plaintiffs' Steering Committee ("PSC"), who, for the reasons set forth in the attached memorandum, respectfully moves the Court for an Order requiring the parties to establish a show cause procedure directed to any party objecting to the unsealing of any pleading or exhibits in the above referenced matter to show cause why any previously sealed pleading or exhibit should remain sealed in light of the Fifth Circuit's views articulated in *Binh Hoa Le v. Exeter Finance Corp.*, 990 F.3d 410 (5th Cir. 2021).

WHEREFORE, Plaintiffs pray that the Court order the parties to meet and confer prior to June 1, 2021 to establish a show cause procedure directing any party who wishes to maintain a particular pleading, exhibits and/or portions of a pleading or exhibits under seal to demonstrate with particularity why the Fifth Circuit's *Le* factors support maintaining any previously sealed documents in this MDL under protective seal.

Dated: May 4, 2021                                        Respectfully submitted,

*/s/ Christopher L. Coffin*                               */s/ Karen B. Menzies*
Christopher L. Coffin (#27902)                            Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.                          GIBBS LAW GROUP LLP
1100 Poydras Street, Suite 2225                           6701 Center Drive West, Suite 1400
New Orleans, Louisiana 70163                              Los Angeles, California 90045
Phone: (504) 355-0086                                     Telephone: 510-350-9700
Fax: (504) 355-0089                                       Facsimile: 510-350-9701
ccoffin@pbclawfirm.com                                    kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*                             *Plaintiffs' Co-Lead Counsel*

*/s/M. Palmer Lambert*                                    */s/Dawn M. Barrios*
M. Palmer Lambert (#33228)                                Dawn M. Barrios (#2821)
GAINSBURGH BENJAMIN DAVID                                 BARRIOS, KINGSDORF & CASTEIX, LLP
MEUNIER & WARSHAUER, LLC                                  701 Poydras Street, Suite 3650
2800 Energy Centre, 1100 Poydras Street                   New Orleans, LA 70139
New Orleans, LA 70163-2800                                Phone: 504-524-3300
Phone: 504-522-2304                                       Fax: 504-524-3313
Fax: 504-528-9973                                         barrios@bkc-law.com
plambert@gainsben.com

                                                          *Plaintiffs' Co-Liaison Counsel*
*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews                                              Abby E. McClellan
Andrews Thornton Higgins Razmara, LLP                     Stueve Siegel Hanson LLP
2 Corporate Park, Suite 110                               460 Nichols Road, Suite 200
Irvine, CA 92606                                          Kansas City, MO 64112
Phone: (800) 664-1734                                     Phone: (816) 714-7100
aa@andrewsthornton.com                                    Fax: (816) 714-7101
                                                          mcclellan@stuevesiegel.com


J. Kyle Bachus                                            Karen Barth Menzies
Bachus & Schanker, LLC                                    Gibbs Law Group LLP
101 W Colfax Ave, Suite 650                               6701 Center Drive West, Suite 1400
Denver, CO 80202                                          Los Angeles, CA 90045 Phone:
Phone: (303) 222-2222                                     510-350-9700
Fax: (303) 893-9900                                       Fax: 510-350-9701
kyle.bachus@coloradolaw.net                               kbm@classlawgroup.com

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2225
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

John Gomez
The Gomez Law Firm, PLLC
655 West Broadway, Suite 1700
San Diego, CA 92101
Phone: (619) 237.3490
Fax: 619.237.3496.
john@thegomezfirm.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, FL 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Andre M. Mura
Gibbs Law Group LLP
505 14th Street Suite 1110
Oakland, CA 94612
Phone: (510) 350-9717
Fax: (510) 350-9701
amm@classlawgroup.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Jessica Perez Reynolds
Pendley, Baudin & Coffin
P.O. Drawer 71
24110 Eden Street
Plaquemine, LA 70765
Phone: (225) 687-6396
Fax: (225) 687-6398
jperez@pbclawfirm.com

Darin L. Schanker
Bachus Schanker
101 W Colfax Ave, Suite 650
Denver, CO 80202
Phone: (303) 222-2222
Fax: (303) 893-9900
dls@coloradolaw.net

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904 15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@amalaw.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Zachary Wool
Barrios Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
zwool@bkc-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                              */s/ Dawn M. Barrios*
                                              DAWN M. BARRIOS