UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: ALL CASES | |

**[PROPOSED] ORDER**

Considering Plaintiffs' Motion Directing the Parties to Establish a Show Cause Procedure Why Sealed Pleadings and Exhibits Should Not Be Unsealed,

IT IS ORDERED that the motion is granted;

IT IS FURTHER ORDERED that the parties through Liaison Counsel, must meet and confer prior to June 1, 2021 to establish a show cause procedure directing any party who wishes to maintain a particular document under seal, in whole or in part, to demonstrate with particularity why the factors articulated in *Binh Hoa Le v. Exeter Finance Corp.*, 990 F.3d 410 (5th Cir. 2021), support maintaining any document under seal.

NEW ORLEANS, LOUISIANA this ___ day of _____, 2021.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE