**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: | |
| TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br> SECTION "H" (5) |
| This document Relates to Plaintiff(s) | JUDGE JANE TRICHE MILAZZO <br> MAG. JUDGE MICHAEL B. NORTH |
| Ulle Pope <br> Case Number: 2:18-cv-00794 | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT**

Pursuant to the Federal Rules of Civil Procedure 15(a)(2), the Plaintiff Ulle Pope hereby moves for leave to file a First Amended Short Form Complaint. Plaintiff originally named Sanofi S.A., et al. in her Short Form Complaint, as Plaintiff did not know the identity of the Defendant that manufactured the Taxotere administered to her. Plaintiff subsequently received the appropriate product identification from her infusion facility and appropriately dismissed the unrelated Defendants pursuant to this Court's Case Management Order No. 12A. Plaintiff now moves for leave to file a First Amended Short Form Complaint, which lists only the appropriate Defendant, Sanofi-Aventis U.S. LLC and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc.

Due to the foregoing reasons, Plaintiff respectfully moves for leave to file the attached Amended Short Form Complaint.

Dated: May 5, 2021  

Respectfully submitted,

/s/ Jeffrey C. Bogert
Jeffrey C. Bogert
jbogert@mcdonaldworley.com
State Bar No. 132778
McDonald S. Worley

don@mcdonaldworley.com
State Bar No. 24003208
1770 St. James Place, Suite 100
Houston, TX 77056
Phone: (713) 523-5500
Fax (713) 523-5501

*Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 5, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated:  May 5, 2021                                           Respectfully submitted,

                                                                           */s/ Jeffrey C. Bogert*
                                                                            Jeffrey C. Bogert
                                                                            jbogert@mcdonaldworley.com
                                                                            State Bar No. 132778
                                                                            McDonald S. Worley
                                                                            don@mcdonaldworley.com
                                                                            State Bar No. 24003208
                                                                            1770 St. James Place, Suite 100
                                                                            Houston, TX 77056
                                                                            Phone: (713) 523-5500
                                                                            Fax (713) 523-5501

                                                                            *Attorneys for the Plaintiff*