**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

**MDL NO. 16-2740**

**IN RE: TAXOTERE (DOCETAXEL)**
**PRODUCTS LIABILITY LITIGATION**

*This document relates to:*
Clare Guilbault, Case No. 2:16-cv-17061

**[PROPOSED] ORDER**

Considering the Motion for Leave to File Hospira's Reply in Support of its Motion for Summary Judgment Based on the Statute of Limitations (*See* ECF No. 12386), filed by Defendants Hospira, Inc. and Hospira Worldwide, LLC (collectively "Hospira");

**IT IS HEREBY ORDERED** that Hospira's Motion is **GRANTED**, and that Hospira's Reply in Support of its Motion for Summary Judgment Based on the Statute of Limitations is hereby entered into the Court's docket.

New Orleans, Louisiana, on this ___ day of May, 2021.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE