# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| **This document relates to:** ) | |
| Hattie Grines, 16-15319 ) | |

## AMENDED ORDER

This order hereby amends an order issued on May 4, 2021 (Doc. 12544), granting a Motion for Leave to File Amended Short Form Complaints of Bellwether Pool Plaintiffs (Doc. 11600);

**IT IS ORDERED** that the Motion is **DENIED AS MOOT** to the extent the Motion relates to Plaintiff Hattie Grines. Plaintiff Grines' case has previously been dismissed pursuant to a stipulation by the parties (Doc. 11619).

New Orleans, Louisiana, this 6th day of May, 2021.

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE