# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE JANE TRICHE MILAZZO |
| Bonnie Brown v. Sanofi-Aventis US LLC, et al., Civil Action No. 2:18-cv-12929 | MAG. JUDGE MICHAEL B. NORTH |

## ORDER

Before the Court is Plaintiff's Motion to Withdraw Plaintiff's Motion to Vacate Notice of Voluntary Dismissal as to Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc. (Doc. 12528);

**IT IS ORDERED** that the Motion is **GRANTED**, and that Plaintiff's Motion to Vacate Notice of Voluntary Dismissal as to Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc. (Doc. 12400) is hereby withdrawn.

New Orleans, Louisiana, this 7th day of May, 2021.

Honorable Jane T. Milazzo
U.S. District Judge