UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2740<br><br>*This document relates to:*<br>Audrey Plaisance, Case No. 2:18-cv-08068 |

## ORDER

Before the Court is a Motion for Leave to File Hospira's Reply in Support of its Motion for Summary Judgment on Claims Under Illinois Law (Doc. 12537);

**IT IS ORDERED** that Hospira's Motion is **GRANTED**, and that Hospira's Reply in Support of its Motion for Summary Judgment on Claims Under Illinois Law is hereby entered into the Court's docket.

New Orleans, Louisiana, this 7th day of May, 2021.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE