# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Diana Simmons<br>Plaintiff,<br><br>vs.<br><br><br>SANOFI US SERVICES INC., ET AL. | MDL NO. 2740<br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ACTAVIS LLC F/K/A ACTAVIS INC., AND ACTAVIS PHARMA, INC.**<br><br>Civil Action No.: 2:17-cv-09634 |

Pursuant to CMO 12A and Fed.R.Civ.P. 41, Plaintiff dismisses with prejudice Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc., each party to bear its own costs. Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 7th day of May, 2021

/s/ *Panagiotis V. Albanis*
Panagiotis "Pete" V. Albanis (FL Bar No. 77354)
Morgan & Morgan – Complex Litigation Group
12800 University Drive, Suite 600
Fort Myers, FL 33907
Phone: 239-433-6880
Fax: 239-433-6836
palbanis@forthepeople.com

***Counsel for Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: <u>May 7, 2021</u>                                         <u>/s/ *Panagiotis V. Albanis*</u>