UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| **This document relates to:** All cases | ) ) ) | |

## ORDER

**IT IS ORDERED** that the show cause hearing currently set for May 26, 2021, is **RESET** for **May 25, 2021, at 9:00 a.m.**;

**IT IS FURTHER ORDERED** that oral argument is **SET** for **May 26, 2021, at 9:00 a.m.** on Sanofi's Motion for Reconsideration on Warnings Causation (Doc. 12536) and Sanofi's Motion for Reconsideration on Statute of Limitations (Doc. 12542). Each party will have seven minutes to argue each Motion;

**IT IS FURTHER ORDERED** that oral argument is **SET** for **May 26, 2021, at 1:00 p.m.** on the following Motions:

- Hospira's Motion for Summary Judgment Based on the Statute of Limitations (Doc. 12386);

- Hospira's Motion for Summary Judgment on Claims Under Illinois Law (Doc. 12387);

- Hospira's Motion for Summary Judgment Based on the Learned Intermediary Doctrine (Doc. 12538); and

- Plaintiffs' Motion Directing the Parties to Establish a Show Cause Procedure Why Sealed Pleadings and Exhibits Should Not Be Unsealed (Doc. 12545).

Each party will have seven minutes to argue each Motion.

New Orleans, Louisiana, this 7th day of May, 2021.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**