# EXHIBIT B

Page 1

1           UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA
2               CASE NO. 2:16-cv-17039
3
4   ELIZABETH KAHN,                  ) VIDEOCONFERENCE
                                     ) VIDEOTAPED
5                                    ) DEPOSITION OF:
              Plaintiff,             )
6                                    )
       v.                            ) LAURA M.
7                                    ) PLUNKETT,
                                     ) Ph.D., DABT
8                                    )
    SANOFI S.A., SANOFI-AVENTIS      )
9   U.S. L.L.C., SANOFI US SERVICE,  )
    INC., and AVENTIS-PHARMA S.A.,   )
10                                   )
              Defendants.            )
11  _____  )
12
13          TRANSCRIPT of the stenographic notes of
14  the proceedings in the above-entitled matter, as
15  taken by and before ELLEN J. GODINO, CCR, RPR, CRCR,
16  held via Zoom videoconference from multiple
17  locations, with the witness located at 13923 Carriage
18  Walk Lane, Houston, Texas, on Monday, April 27, 2020,
19  commencing at 2:59 p.m.
20
21
22
23
24
25

|  |  |
|---|---|
| Page 30<br>1  author to reach that conclusion generally, unless<br>2  they also, in that paper, are describing the weight<br>3  of the evidence; and I don't recall there being such<br>4  a paper that I have cited to.  That doesn't mean it<br>5  doesn't exist, and I would assume the general<br>6  causation experts in this case would go there.<br>7      Q.    Thank you, Dr. Plunkett.<br>8           And likewise, Dr. Plunkett, my<br>9  understanding is, based on prior testimony, that you<br>10 are not giving a -- what is known as a regulatory or<br>11 a labeling opinion as it relates to Taxotere.  Is<br>12 that correct?<br>13     A.    In this case, that's my understanding,<br>14 that that was the reason for some of the redactions<br>15 in the report.<br>16     Q.    All right.  So Dr. Plunkett, we're<br>17 going to enter an exhibit here shortly.<br>18           MR. MICELI:  All right.  Harley,<br>19 just -- just so we can be certain.  If you're going<br>20 to use documents that include journal articles, I'd<br>21 like to use the Exhibit Share so that Dr. Plunkett<br>22 can have the control of the document and review what<br>23 she wants, rather than sharing a screen.  That's the<br>24 way we were trained to -- that we were going to<br>25 conduct these depositions.  I want to make sure she | Page 32<br>1      A.    Yes, and I did see it in my -- I do<br>2  have my Exhibit Share open.  But not right now.  I<br>3  can go to it if I need to.<br>4      Q.    Okay.  Well, and I just have it up a<br>5  little bit for reference, to ask you a few more<br>6  questions about this, which is -- so just to make<br>7  sure; you're not going to give an opinion -- or<br>8  strike that.<br>9           You have -- you do not intend to<br>10 testify at trial about whether the Taxotere label<br>11 was adequate or inadequate.  Is that correct?<br>12     A.    That is correct.<br>13     Q.    And you do not intend to testify at<br>14 trial about what was in the Taxotere label or was<br>15 not in the Taxotere label, as it relates to<br>16 permanent alopecia.  Is that correct?<br>17     A.    I don't believe I will.  I may have<br>18 mentioned that in my report, but I -- it's my<br>19 understanding that there's someone else talking<br>20 specifically about the label, so I did not plan to<br>21 do that.<br>22     Q.    Okay.  And you do not intend to provide<br>23 testimony about where a warning related to permanent<br>24 alopecia should appear in the label.  Is that<br>25 correct? |
| Page 31<br>1  has that opportunity.<br>2           MS. PETERSON: Dave, this is Torrey.<br>3  And you guys have that opportunity to look at it.<br>4  We just found, at least in the Madigan deposition,<br>5  it was a lot easier to share a screen so we're all<br>6  looking at the same thing.  But she can close out of<br>7  the Zoom, and she can open it up on Exhibit Share.<br>8  Everything is uploaded.<br>9           MR. MICELI:  In the Marked Exhibits<br>10 folder?<br>11          MS. PETERSON:  Yes.  It should all be<br>12 there.  This is Exhibit Number 3.<br>13          MR. MICELI:  Okay.  Let me try to<br>14 repopulate.  We did it differently in Bosserman and<br>15 Feigal.  Okay.  I see that 1, 2 and 3 there -- are<br>16 there now.<br>17          Just let me know if you add them, too,<br>18 Torrey, so I can download them.<br>19          MS. PETERSON:  Okay.<br>20          (Exhibit Plunkett-3, Taxotere Label<br>21 Information, Bates SANOFI-000393 through 449, was<br>22 received and marked for identification.)<br>23 BY MR. RATLIFF:<br>24     Q.    Okay.  Dr. Plunkett, are you able to<br>25 see Exhibit Number 3? | Page 33<br>1      A.    That is correct.  I have not formed<br>2  that opinion in this particular case.  That's<br>3  correct.<br>4      Q.    Okay.  And you're not going to give<br>5  testimony as to whether certain analyses or<br>6  threshold levels would warrant a stronger warning<br>7  about hair loss in the Taxotere label.  Is that<br>8  correct?<br>9      A.    That is correct.  It's my -- I am<br>10 not -- it's my understanding that Dr. Kessler will<br>11 be doing all of the labeling opinions in this case.<br>12          (Court reporter clarification.)<br>13     A.    All labeling opinions in this case.<br>14     Q.    Understood.  And so Dr. Plunkett,<br>15 you're not going to be giving a general labeling<br>16 regulatory opinion; nor will you be giving a<br>17 Taxotere-specific regulatory labeling opinion.  Is<br>18 that correct?<br>19     A.    That is correct.  That's my<br>20 understanding.<br>21     Q.    Okay.  And just, there are two parts of<br>22 this, the front page of that label that I'd like<br>23 you -- well, famous last words.  Three parts.  One,<br>24 if you look down toward the bottom right-hand<br>25 corner, where it says "Revised"? |