# EXHIBIT E

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE:  TAXOTERE (DOCETAXEL)       *
PRODUCTS LIABILITY LITIGATION      *       Docket No.: 16-MD-2740
                                   *       Section "H(5)"
                                   *       New Orleans, Louisiana
*Relates to:  Barbara Earnest*      *       September 18, 2019
*Case No.: 16-CV-17144*             *
* * * * * * * * * * * * * * * * *


DAY 3 – AFTERNOON SESSION
TRANSCRIPT OF JURY TRIAL BEFORE
THE HONORABLE JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE


<u>APPEARANCES</u>:


For the Plaintiffs:        Barrios Kingsdorf & Casteix, LLP
                           BY:  DAWN M. BARRIOS, ESQ.
                           701 Poydras Street
                           Suite 3650
                           New Orleans, Louisiana 70139



For the Plaintiffs:        Gainsburgh Benjamin David Meunier
                             & Warshauer, LLC
                           BY:  M. PALMER LAMBERT, ESQ.
                           1100 Poydras Street
                           Suite 2800
                           New Orleans, Louisiana 70163



For the Plaintiffs:        Pendley Baudin & Coffin, LLP
                           BY:  CHRISTOPHER L. COFFIN, ESQ.
                           1100 Poydras Street
                           Suite 2505
                           New Orleans, Louisiana 70163


OFFICIAL TRANSCRIPT

## Page 17

682

DAVID MADIGAN - CROSS

1:03PM 1  here that says, "Describe event or problem."

1:03PM 2  A.  That's not the box we're talking about.  Sorry.  Beg your

1:03PM 3  pardon.

1:03PM 4  Q.  So Step 1, we're going to talk about alopecia as a

1:03PM 5  high-level term first.  Okay?

1:03PM 6  A.  Is it okay if I come down?

1:03PM 7  Q.  Absolutely.  Come on down.

1:03PM 8        THE COURT:  Do we have this in a mechanism that puts

1:03PM 9  it on a computer instead or no?

1:03PM10        MR. STRONGMAN:  Well, I'm going to write on it.

1:04PM11        THE COURT:  Okay.  Thank you.

1:04PM12        MR. STRONGMAN:  But I could give you a paper copy.

1:04PM13  BY MR. STRONGMAN:

1:04PM14  Q.  All right.  So, Doctor, let's move down the form.  How

1:04PM15  about that.

1:04PM16  A.  Sure.

1:04PM17  Q.  Let's do that first.

1:04PM18        So what we've got here is the "Outcome" box right up

1:04PM19  here; right?

1:04PM20  A.  Yes, so this, yeah, collection of boxes.

1:04PM21  Q.  And there's a whole collection of options; isn't that

1:04PM22  right?

1:04PM23  A.  Sure.

1:04PM24  Q.  Right.  And there's "death," "life-threatening."

1:04PM25        And then over here and a box, "Disability or

OFFICIAL TRANSCRIPT

## Page 18

683

DAVID MADIGAN - CROSS

1:04PM 1  permanent damage."  Correct?

1:04PM 2  A.  Yes.

1:04PM 3  Q.  And when the person fills out this form -- and, by the

1:04PM 4  way, this form could be filled out by any number of different

1:04PM 5  types of people; correct?

1:04PM 6  A.  Correct.

1:04PM 7  Q.  It could be filled out by a doctor; it could be filled out

1:04PM 8  by a patient --

1:04PM 9  A.  Sure.

1:04PM10  Q.  Right.  And there's no limitation on the number of boxes

1:04PM11  that could be checked?

1:04PM12  A.  That's correct.

1:04PM13  Q.  Okay.  And then over here, we have a box for "Product."

1:04PM14  A.  Yes.

1:04PM15  Q.  And there's -- the top two box -- the two top lines

1:04PM16  are for the name of a product.

1:05PM17        And then down here, there's a place where you could

1:05PM18  put concomitant medications as well; is that correct?

1:05PM19  A.  Yes.

1:05PM20  Q.  So this one is sort of the primary product identified; is

1:05PM21  that fair?

1:05PM22  A.  Sure.

1:05PM23  Q.  And when you did your search of this database, what you

1:05PM24  looked for as a Taxotere showing up either in the concomitant box

1:05PM25  or up here in this section; is that correct?

OFFICIAL TRANSCRIPT

## Page 19

684

DAVID MADIGAN - CROSS

1:05PM 1  A.  Right.  I've done it both ways.  The results are very

1:05PM 2  similar, whether you just restrict it to here or you include

1:05PM 3  both drugs here and here.

1:05PM 4  Q.  Very good.  And then you were also looking for reports

1:05PM 5  that obviously had the term "alopecia" in them; correct?

1:05PM 6  A.  They were coded to the higher-level term "alopecias."

1:05PM 7  Q.  And the higher-level term for permanent "alopecias" is --

1:05PM 8  comes from what's called like a medical -- it's called MedDRA?

1:05PM 9  A.  Yes.

1:05PM10  Q.  What does MedDRA stand for?

1:06PM11        MR. RATLIFF:  Medical Dictionary for Regulatory

1:06PM12  Affairs, I think.

1:06PM13  BY MR. STRONGMAN:

1:06PM14  Q.  Okay.  And MedDRA is a dictionary, and it has all of these

1:06PM15  terms in it; correct?

1:06PM16  A.  Sure.

1:06PM17  Q.  And then you have a high-level term, and then under it are

1:06PM18  a bunch of -- are they called preferred terms?  Is it the next

1:06PM19  level down?

1:06PM20  A.  Yes.

1:06PM21  Q.  So "alopecia" is the broadest term --

1:06PM22  A.  No.

1:06PM23  Q.  -- in that category of alopecia; correct?

1:06PM24  A.  I'm probably agreeing with you.  It's organized

1:06PM25  hierarchically.  So there are preferred terms, which there are

OFFICIAL TRANSCRIPT

## Page 20

685

DAVID MADIGAN - CROSS

1:06PM 1  tens of thousands of them.  And they're grouped into

1:06PM 2  higher-level terms.  And, in turn, those higher-level terms are

1:06PM 3  grouped into higher-level group terms.  And they're grouped

1:06PM 4  into a system.  So it's organized in a tree.

1:06PM 5        So I'm basically agreeing with you.  So I'm at one

1:06PM 6  level up -- I was following Sanofi.  That's why I did it this

1:06PM 7  way.  I'm one level up in the tree.  So there's a higher-level

1:06PM 8  term called "alopecias," and under there are about a dozen --

1:06PM 9  so preferred terms for different kinds of alopecia.

1:07PM10  Q.  And when a report like this is made, there can be several

1:07PM11  higher-level terms identified in one report; correct?

1:07PM12  A.  There can be, yes.  Sometimes yes; sometimes no.

1:07PM13  Q.  Right.  So I could report on this form that the patient

1:07PM14  had alopecia that the patient had liver problems, that the

1:07PM15  patient had neuropathy.

1:07PM16        I could report all of those on the same form;

1:07PM17  correct?

1:07PM18  A.  That can happen.

1:07PM19  Q.  I can report that the patient passed away; correct?

1:07PM20  A.  Yeah, you could.

1:07PM21  Q.  Okay.  And this outcome box up here, the disability or

1:07PM22  permanent damage, is not inherently tied to any specific

1:07PM23  high-level term; correct?

1:07PM24  A.  Correct.

1:07PM25  Q.  And so let's walk through just a couple of examples.  Is

OFFICIAL TRANSCRIPT

## Page 21

686

DAVID MADIGAN - CROSS

1:07PM 1  that okay?

1:07PM 2  A.  Sure.

1:07PM 3  Q.  Don't want to use the permanent marker on a dry-erase

1:08PM 4  board.

1:08PM 5       Okay.  So we've got Taxotere up there as the product;

1:08PM 6  fair enough?

1:08PM 7  A.  Yes.

1:08PM 8  Q.  Okay.  We've got "alopecia" here as a high-level term;

1:08PM 9  fair enough?

1:08PM 10  A.  Yes.

1:08PM 11  Q.  Okay.  And we've got a "disability or permanent damage"

1:08PM 12  box checked; correct?

1:08PM 13  A.  Sure.

1:08PM 14  Q.  Now, we could also have an event in there, something like

1:08PM 15  organ failure?

1:08PM 16  A.  That could happen.

1:08PM 17  Q.  Okay.  And if you read the narrative, you could actually

1:08PM 18  see that it could say -- it could say, "Alopecia on treatment,

1:09PM 19  organ failure ongoing."  Correct?

1:09PM 20  A.  That could happen.

1:09PM 21  Q.  And so what we know is that, if you actually look, if

1:09PM 22  you're having alopecia while you're on the treatment and you're

1:09PM 23  having ongoing organ failure that could result in permanent

1:09PM 24  damage, that's still going to generate a positive number in

1:09PM 25  your search; correct?

OFFICIAL TRANSCRIPT

## Page 22

687

DAVID MADIGAN - CROSS

1:09PM 1  A.  That could happen.  It'll happen in the foreground and the

1:09PM 2  background, as I'm looking at a ratio.  So it could happen on

1:09PM 3  the drug; it could happen on the comparator.

1:09PM 4  Q.  Right.  And so your analysis, your methodology, didn't do

1:09PM 5  anything to eliminate this circumstance from happening;

1:09PM 6  correct?

1:09PM 7  A.  So there's no -- with the kind of analysis I'm doing, I

1:09PM 8  said there were limitations.  There is one of the limitations.

1:09PM 9  So, you know, I mentioned earlier today that it's routine, for

1:09PM 10  example, to look at things like cardiovascular death.  Same

1:09PM 11  issue arises.  So you can't be certain that the death is due to

1:10PM 12  a cardiovascular event.

1:10PM 13       Now, I will say that, in more than half of the

1:10PM 14  reports that enter into my set --

1:10PM 15  Q.  Doctor, could you focus on my question.

1:10PM 16  A.  Sorry.

1:10PM 17  Q.  I know.  We're getting along, but it's still a little bit

1:10PM 18  of a cross.  So just focus on my question.

1:10PM 19       So another example, so we have the "disability or

1:10PM 20  permanent damage" box checked.  Okay?

1:10PM 21  A.  Sure.

1:10PM 22  Q.  Over here -- over here, we have the suspect drug primary

1:10PM 23  as Arimidex.  Okay.

1:10PM 24       Are you with me so far?

1:10PM 25  A.  Uh-huh.

OFFICIAL TRANSCRIPT

## Page 23

688

DAVID MADIGAN - CROSS

1:10PM 1  Q.  And then down here, we have concomitant medications,

1:10PM 2  Taxotere.

1:10PM 3  A.  I see that.

1:10PM 4  Q.  And your search would pick up this because Taxotere is in

1:10PM 5  this box; true?

1:10PM 6  A.  Like I said, I've done it both ways.

1:10PM 7  Q.  Yeah.  And what we know is that -- so if we had a report

1:11PM 8  that reported alopecia on hormone therapy, disability box

1:11PM 9  checked, this would generate a positive result in your

1:11PM 10  analysis; correct?

1:11PM 11  A.  You're right.  That could happen.

1:11PM 12  Q.  And your methodology didn't do -- and just so we know

1:11PM 13  Arimidex is a hormone therapy?

1:11PM 14  A.  I don't know.

1:11PM 15  Q.  You don't know?

1:11PM 16       Taxotere is not a hormone therapy; correct?

1:11PM 17  A.  That's what I understand.

1:11PM 18  Q.  And, in fact, if we went and actually pulled it -- and

1:11PM 19  what if it said alopecia on hormone therapy -- "alopecia

1:11PM 20  resolved after treatment of Taxotere" -- let's just say it said

1:11PM 21  that.

1:11PM 22  A.  You're right.  That could happen.

1:11PM 23  Q.  And your search terms would still -- your methodology

1:12PM 24  would still generate a positive result; correct?

1:12PM 25  A.  Sure.  For about half of them, alopecia is the only event.

OFFICIAL TRANSCRIPT

## Page 24

689

DAVID MADIGAN - CROSS

1:12PM 1  We can be certain in the other.  In others, you're right,

1:12PM 2  there's uncertainty.

1:12PM 3  Q.  And these are the inherent weaknesses in this type of

1:12PM 4  analysis; correct?

1:12PM 5  A.  It's a limitation.

1:12PM 6  Q.  Yeah.  And the fact of the matter is you didn't pull any

1:12PM 7  of these individual reports and look at them; correct?

1:12PM 8  A.  So my analysis involves every report in the database.  So

1:12PM 9  there's four numbers that go into the analysis.

1:12PM 10       So you'd have to pull 13 million reports and look at

1:12PM 11  narrative on every one of them.  It's conceivable.  That's not

1:12PM 12  what a statistician does.  So I'm doing a statistical analysis

1:12PM 13  of these data with the limitations that it has.

1:12PM 14  Q.  I understand, Doctor, that you are a man of statistics.

1:12PM 15  Fair enough?

1:12PM 16  A.  I'm a statistician.

1:12PM 17  Q.  You're a well-qualified statistician, but you're not a man

1:12PM 18  of medicine; correct?

1:13PM 19  A.  Yes, I'm not a medical doctor.

1:13PM 20  Q.  Okay.  And what we know, though, is that, when you did

1:13PM 21  your analysis -- so you showed the jury, with Mr. Miceli, a

1:13PM 22  chart; right?  And it had a line on it -- it had a bunch of

1:13PM 23  lines on it.

1:13PM 24  A.  FAERS.

1:13PM 25  Q.  It was the FAERS database chart.

OFFICIAL TRANSCRIPT