# EXHIBIT G

**Exhibit 0006**


**RHÔNE-POULENC**

Rhône-Poulenc Rorer Pharmaceuticals Inc.

500 Arcola Road
PO Box 1200
Collegeville, PA 19426-0107
Tel 610-454-8000

February 11, 1999

cc: Regulatory Files

Food and Drug Administration
Central Document Room
Park Building, Room 214
12420 Parklawn Drive
Rockville, MD 20852

**15-Day Alert Second Follow-Up Report**
NDA #20-449
Taxotere® (docetaxel)
for Injection Concentrate

Dear Sir or Madam:

Pursuant to 21 CFR 314.80, enclosed is a 15-Day Alert Second Follow-Up Report (Manufacturer's Report No. FR90-11740) of an adverse event that was initially submitted on December 23, 1998. The first 15-Day Alert Follow-Up Report was submitted on January 7, 1999.

Rhône-Poulenc Rorer denies that submission of this report constitutes an admission that the drug caused or contributed to the adverse event.

Sincerely yours,

*Kathryn A. Roberts*

Kathryn A. Roberts
Associate Director
Worldwide Regulatory Affairs

KAR/maf
Encl.


EXHIBIT 17

Confidential                                    Sanofi_00675779

# MEDWATCH
### THE FDA MEDICAL PRODUCTS REPORTING PROGRAM

RHÔNE-POULENC RORER

Form Approved by FDA: 05/22/95
Mfr report # FR90-11740
UF/Dist report #

Page 1 of 2

FDA Use Only

## A. Patient information
1. Patient Identifier: Redacted - PII In Confidence
2. Age at time of event: 47 YEAR(S) or Date of Birth: Redacted - PII
3. Sex: ✓ female / male
4. Weight: ___ lbs or ___ kgs

## B. Adverse event or product problem
1. ✓ Adverse event and/or ☐ Product problem (e.g. defects/malfunctions)
2. Outcomes attributed to adverse event (check all that apply)
   - ☐ death
   - ☐ life-threatening
   - ☐ hospitalization - initial or prolonged
   - ✓ disability
   - ☐ congenital anomaly
   - ☐ required intervention to prevent permanent impairment/damage
   - ☐ other:
3. Date of event (mo/day/yr):
4. Date of this report (mo/day/yr): FEB-11-1999
5. Describe event or problem

STUDY RP56976_V_301; PATIENT NUMBER 00004; DR. MARJAMAGI; ESTONIA.

REPORT 1 :
----------

THIS 47 YEAR-OLD FEMALE PATIENT WITH BREAST CANCER, RECEIVED TREATMENT WITH DOCETAXEL FROM AUGUST 28 TO DECEMBER 17, 1998.
THE PATIENT EXPERIENCED DECREASED SHARPNESS OF VISION AFTER INFUSION (DATE UNKNOWN).
NOW THE PATIENT CAN SEE CONTOURS.

INVESTIGATOR CONSIDERS EVENT AS POSSIBLY RELATED TO STUDY DRUG.

REPORT 1, FOLLOW-UP 1 (DECEMBER 28, 1998):
------------------------------------------

ON NOVEMBER 05, 1998 THE PATIENT RECEIVED HER (cont'd pg 2)

6. Relevant tests/laboratory data, including dates

7. Other relevant history, including preexisting medical conditions (e.g., allergies, race, pregnancy, smoking and alcohol use, hepatic/renal dysfunction, etc.)

## C. Suspect medication(s)
1. Name (give labeled strength & mfr/labeler, if known)
   #1 TAXOTERE\RHONE POULENC RORER
   #2
2. Dose, frequency & route used
   #1 160 MG\IV
   #2
3. Therapy dates (if unknown, give duration) from/to (or best estimate)
   #1 NOV-05-98 TO NOV-05-98
   #2
4. Diagnosis for use (indication)
   #1 BREAST CANCER
   #2
5. Event abated after use stopped or dose reduced
   #1 ☐ yes ✓ no ☐ doesn't apply
   #2 ☐ yes ☐ no ☐ doesn't apply
6. Lot # (if known)
   #1
   #2
7. Exp. date (if known)
   #1
   #2
8. Event reappeared after reintroduction
   #1 ☐ yes ☐ no ☐ doesn't apply
   #2 ☐ yes ☐ no ☐ doesn't apply
9. NDC # - for product problems only (if known)

10. Concomitant medical products and therapy dates (exclude treatment of event)
    DEXAMETHASONE

## G. All manufacturers
1. Contact office - name/address (& mfring site for devices)
   Rhône-Poulenc Rorer
   500 Arcola Road
   P.O. Box 1200
   Collegeville, PA 19426-0107
2. Phone number: (610) 454-8143
3. Report source (check all that apply)
   - ✓ foreign
   - ✓ study
   - ☐ literature
   - ☐ consumer
   - ☐ health professional
   - ☐ user facility
   - ☐ company representative
   - ☐ distributor
   - ☐ other:
4. Date received by manufacturer (mo/day/yr): DEC-17-98 · FEB-8-99
5. (A) NDA # 20-449  IND #  PLA #
   pre-1938 ☐ yes
   OTC product ☐ yes
6. If IND, protocol # RP56976-V-301
7. Type of report (check all that apply)
   - ☐ 5-day ✓ 15-day
   - ☐ 10-day ☐ periodic
   - ☐ initial ✓ follow-up # 2
8. Adverse event term(s): BLURRED VISION
9. Mfr. report number: FR90-11740

## E. Initial reporter
1. Name, address & phone #
   MARJAMAGI
   VALLIKRAAVI 7
   TARTU
   ESTONIA
2. Health professional? ☐ yes ☐ no
3. Occupation:
4. Initial reporter also sent report to FDA: ☐ yes ☐ no ✓ unk

FDA Facsimile Form 3500A

Submission of a report does not constitute an admission that medical personnel, user facility, distributor, manufacturer or product caused or contributed to the event.

Manufacturer report number: FR90-11740    Manufacturer name: Rhône–Poulenc Rorer    Page 2 of 2
500 Arcola Road
P.O. Box 1200
Collegeville, PA 19426-0107



| B. 5. Describe event or problem |
|---|

FOURTH COURSE OF DOCETAXEL (FULL DOSAGE :100 MG/M2; 160MG). BY DAY 6 OF COURSE 4 (NOVEMBER 10), SHE EXPERIENCED A DECREASE IN THE SHARPNESS OF VISION. THE EVENT IMPROVED BY THE END OF THE CYCLE. ON NOVEMBER 26, 1998 SHE RECEIVED HER FIFTH COURSE AGAIN AT FULL DOSAGE. THE SHARPNESS OF VISION AGAIN WORSENED BY DAY 5-6, BUT IMPROVED BY THE END OF THE CYCLE.
FOR CYCLE 6, HER DOSAGE WAS DECREASED (75 MG/M2; 120 MG). HER VISION WAS BETTER AFTER CYCLE 6.

THE PATIENT ALSO EXPERIENCED MILD PARESTHESIS, ALOPECIA, BONE PAIN AND NEUROLOGICAL PAIN.
THE PATIENT WAS IN COMPLETE RESPONSE FOR THE CANCER 2 WEEKS AGO.


REPORT 1 FOLLOW-UP 2 ( FEBRUARY 08,1999):


ON JANUARY 20: PATIENT SAW THE OCCULIST:
VISUS: 1.25 OD
FUNDUS: NORMAL
PATIENT USES THE SAME GLASSES AS BEFORE THE TREATMENT. THE EVENT RESOLVED.


THE EVENT WAS CONSIDERED AS PROBABLY RELATED TO STUDY DRUG.

**rPr RHÔNE-POULENC RORER**

RHÔNE-POULENC RORER RESEARCH AND DEVELOPMENT
500 ARCOLA ROAD
P.O. BOX 1200
COLLEGEVILLE, PA 19426-0107
TEL 610-454-8000

February 4, 1998

Food and Drug Administration   cc: Regulatory Files
Central Document Room
Park Building, Room 214
12420 Parklawn Drive
Rockville, MD 20852

**15-Day Alert Third Follow-Up Report**
**NDA #20-449**
**Taxotere® (docetaxel)**
**for Injection Concentrate**

Dear Sir or Madam:

Pursuant to 21 CFR 314.80, enclosed is a 15-Day Alert Third Follow-Up Report (Manufacturer's Control No. FR90-09442) of an adverse event that was initially submitted on December 8, 1997. The first 15-Day Alert Follow-Up Report was submitted on December 16, 1997. The second 15-Day Alert Follow-Up Report was submitted on December 30, 1997.

Rhône-Poulenc Rorer denies that submission of this report constitutes an admission that the drug caused or contributed to the adverse event.

Sincerely yours,

Kathryn A. Roberts
Senior Manager
Worldwide Regulatory Affairs

KAR/lg
Encl.


EXHIBIT 18

720 446.1

# MEDWATCH
### THE FDA MEDICAL PRODUCTS REPORTING PROGRAM

Rhône-Poulenc Rorer

Form Approved by FDA: 08/28/95
Mfr report # FR90-09442
UF/Dist report #

Page 1 of 2

FDA Use Only

## A. Patient information

1. Patient Identifier: Redacted - PII — In Confidence
2. Age at time of event: 68 YEAR(S) or Date of Birth: Redacted - PII
3. Sex: male
4. Weight: lbs or kgs

## B. Adverse event or product problem

1. ☑ Adverse event and/or ☐ Product problem (e.g. defects/malfunctions)
2. Outcomes attributed to adverse event (check all that apply):
   - ☐ death
   - ☐ life-threatening
   - ☐ hospitalization – initial or prolonged
   - ☑ disability
   - ☐ congenital anomaly
   - ☐ required intervention to prevent permanent impairment/damage
   - ☐ other:
3. Date of event:
4. Date of this report: FEB-2-1998

5. Describe event or problem:

   STUDY RP56976_V_308; PATIENT NUMBER 20085; DR. GILLIGAN; UNITED KINGDOM.

   REPORT 1:

   THIS 68 YEAR-OLD MAN WITH NON SMALL CELL LUNG CANCER, RECEIVED HIS THIRD COURSE OF DOCETAXEL ON SEPTEMBER 16, 1997.
   HE EXPERIENCED BLURRING OF VISION AND HEARING LOSS NOTED BETWEEN SEPTEMBER 16, 1997 AND OCTOBER 03, 1997.
   HE REFERRED TO OPHTALMOLOGISTS WHO SAW HIM ON OCTOBER 17, 1997 (DAY 32, CYCLE 3), WHEN IT WAS NOTED THAT HE WAS COMPLETELY BLIND IN THE LEFT EYE.
   THIS WAS THOUGHT TO BE DUE TO AN ISCHAEMIC VASCULAR EVENT.
   NO SPECIFIC TREATMENT WAS GIVEN.

   INVESTIGATOR CONSIDERS EVENT AS POSSIBLY RELATED
   (cont'd pg 2)

6. Relevant tests/laboratory data, including dates

7. Other relevant history, including preexisting medical conditions (e.g., allergies, race, pregnancy, smoking and alcohol use, hepatic/renal dysfunction, etc.)

## C. Suspect medication(s)

1. Name (give labeled strength & mfr/labeler, if known)
   #1 TAXOTERE/RHONE POULENC RORER
   #2

2. Dose, frequency & route used
   #1 100 MG/M2 Q3W IV
   #2

3. Therapy dates (if unknown, give duration)
   #1 SEP-16-97 TO SEP-16-97
   #2

4. Diagnosis for use (indication)
   #1 NON SMALL CELL LUNG CANCER
   #2

5. Event abated after use stopped or dose reduced
   #1 ☐ yes ☐ no ☑ doesn't apply
   #2 ☐ yes ☐ no ☐ doesn't apply

6. Lot # (if known)
   #1
   #2

7. Exp. date (if known)
   #1
   #2

8. Event reappeared after reintroduction
   #1 ☐ yes ☐ no ☑ doesn't apply
   #2 ☐ yes ☐ no ☐ doesn't apply

9. NDC # - for product problems only (if known)

10. Concomitant medical products and therapy dates (exclude treatment of event)
    MST
    CODAKTHRANEL
    ZOTON

## G. All manufacturers

1. Contact office - name/address (& mfg site for devices)
   Rhône-Poulenc Rorer
   500 Arcola Road
   P.O. Box 1200
   Collegeville, PA 19426-0107

2. Phone number: (610) 454-8143

3. Report sources (check all that apply)
   ☑ foreign
   ☑ study
   ☐ literature
   ☐ consumer
   ☐ health professional
   ☐ user facility
   ☐ company representative
   ☐ distributor
   ☐ other

4. Date received by manufacturer: JAN-29-98
5. (A)NDA # 20-449   IND #   PLA #
6. If IND, protocol # RP56976-v-308
7. Type of report (check all that apply):
   ☐ 5-day  ☑ 15-day
   ☐ 10-day ☐ periodic
   ☐ initial ☑ follow-up # 3
   ☐ pre-1938 ☐ yes
   ☐ OTC product ☐ yes

8. Adverse event term(s): BLINDNESS

9. Mfr. report number: FR90-09442

## E. Initial reporter

1. Name, address & phone #
   GILLIGAN
   CAMBRIDGE
   UNITED KINGDOM

2. Health professional? ☐ yes ☐ no
3. Occupation:
4. Initial reporter also sent report to FDA ☐ yes ☑ no ☐ unk

FDA — Submission of a report does not constitute an admission that medical personnel, user facility, distributor, manufacturer or product caused or contributed to the event.
Facsimile form 3500A

720 446.2

Manufacturer report number: PR90-09442   Manufacturer: Rhône-Poulenc Rorer   Page 2 of 2

**RHÔNE-POULENC RORER**

500 Arcola Road
P.O. Box 1200
Collegeville, PA 19426-0107

B. 5. Describe event or problem

TO STUDY DRUG.

REPORT 1, FOLLOW-UP 1: (DECEMBER 1997)

THE PATIENT DID NOT APPEAR TO HAVE ANY RELEVANT MEDICAL HISTORY OR RISK FACTORS OF CARDIOVASCULAR ACCIDENT.
A BRAIN SCAN PERFORMED ON SEPTEMBER 26, 1997, WAS NEGATIVE FOR METASTASES.
THE OPHTHALMOLOGIST, AFTER SEEING THE PATIENT ON OCTOBER 17, 1997, CONCLUDED THAT "OVER THE LAST MONTH HE HAD BECOME COMPLETELY BLIND IN HIS LEFT EYE WITH NO PERCEPTION OF LIGHT AND A COMPLETELY AFFERENT PAPILLARY EFFECT. IT WAS MOST LIKELY THAT HE HAD A VASCULAR EVENT AFFECTING THE LEFT OPTIC NERVE DISTAL TO THE CHIASM AND HE WILL NEVER RECOVER SIGHT IN THIS EYE".
ON OCTOBER 24, 1997, HIS VISION IN HIS RIGHT EYE REMAINED BLURRED BUT STABLE.
THE PATIENT ALSO APPEARS TO HAVE GREATLY REDUCED HEARING NOW.

REPORT 1 FOLLOW-UP 2 ( DECEMBER 19,1997):

ON DECEMBER 05,1997, EXAMINATION SHOWED THAT PATIENT HAS NOW LOST SIGHT IN BOTH EYES.

REPORT 1, FOLLOW-UP 3 (JANUARY 29, 1998) :

CHRONOLOGY OF EVENTS FOR THIS PATIENT :
THIS 68 YEAR OLD MAN, WITH NON SMALL CELL LUNG CANCER, RECEIVED HIS FIRST COURSE OF DOCETAXEL ON AUGUST 1, 1997.
ON DAY 7 OF CYCLE 1, HE WAS HOSPITALIZED WITH EPIGASTRIC PAIN DUE TO A CHRONIC DUODENAL ULCER WITH MILD GASTRITIS. HE WAS DISCHARGED ON AUGUST 13, AND STARTED ON LANSOPRAZOLE (ZOTON).
ON AUGUST 26, 1997 HE RECEIVED HIS SECOND COURSE OF DOCETAXEL. POST INFUSION HE EXPERIENCED VOMITING, ALOPECIA, FATIGUE, PAIN, COUGH, POOR APPETITE AND WEIGHT LOSS.
CYCLE 3 WAS ADMINISTERED ON SEPTEMBER 16, 1997. THE PATIENT COMPLAINED OF REDUCED HEARING, BLURRED VISION AND LOSS OF APPETITE SINCE MID-SEPTEMBER.
ON OCTOBER 17, HE WAS SEEN BY AN OPTHAMOLOGIST AND WAS FOUND TO BE COMPLETELY BLIND IN THE LEFT EYE. THE OPTHAMOLOGIST THOUGHT THE BLINDNESS COULD BE DUE TO A VASCULAR EVENT AFFECTING THE OPTIC NERVE.
ON DECEMBER 3, HE WAS SEEN AT THE PALLIATIVE CLINIC AND WAS FOUND TO BE BLIND IN BOTH EYES.
THE PATIENT DIED ON JANUARY 11, 1998 OF PROGRESSIVE DISEASE.

THE INVESTIGATOR CONSIDERS THE BLINDNESS AS POSSIBLY RELATED TO DOCETAXEL.

SEE ALSO:
REPORT: PR90 08808
EPIGASTRIC PAIN, GASTRITIS AND CHRONIC DUODENAL ULCER AS NOT RELATED TO DOCETAXEL.

720 446.3
Confidential                                                                 Sanofi_00547581

# MEDWATCH
THE FDA MEDICAL PRODUCTS REPORTING PROGRAM

RHÔNE-POULENC RORER

Form Approved by FDA: 05/22/95
Mfr report # JP01-01616
UF/Dist report #

Page 1 of 2

FDA Use Only

## A. Patient information
1. Patient Identifier: Redacted - PII   In Confidence
2. Age at time of event: 54 YEAR(S) or Date of Birth: Redacted - PII
3. Sex: ☑ female ☐ male
4. Weight: ___ lbs or ___ kgs

## B. Adverse event or product problem
1. ☑ Adverse event and/or ☐ Product problem (e.g. defects/malfunctions)
2. Outcomes attributed to adverse event (check all that apply):
   ☐ death (mo/day/yr)
   ☐ life-threatening
   ☐ hospitalization – initial or prolonged
   ☑ disability
   ☐ congenital anomaly
   ☐ required intervention to prevent permanent impairment/damage
   ☐ other:
3. Date of event (mo/day/yr):
4. Date of this report (mo/day/yr): FEB-1-1999
5. Describe event or problem

SPONTANEOUS CASE REPORTED FROM JAPAN.

REPORT 1:

THIS 54 YEAR-OLD FEMALE PATIENT WITH NON SMALL CELL LUNG CANCER, RECEIVED HER FIRST COURSE OF DOCETAXEL ON DECEMBER 07, 1998.

ON DECEMBER 14, 1998, SHE EXPERIENCED HEARING DECREASED IN THE LEFT EAR, VERTIGO, LIVER DYSFUNCTION, FEVER, ALOPECIA, AND LEUCOPENIA. ON JANUARY 06, 1999, SHE DEVELOPED SENSORINEURAL DEAFNESS IN THE LEFT EAR IN THE AUDIOMETRY. ON JANUARY 08, 1998, IN CT OF HEAD, SMALL AMOUNT OF EFFUSION IN THE LEFT AURIS MEDIA WAS OBSERVED.

THE PHYSICIAN CONSIDERED ALL THESE EVENTS AS POSSIBLY RELATED TO DOCETAXEL ADMINISTRATION.

REPORT 1, FOLLOW-UP 1:
(cont'd pg 2)

6. Relevant tests/laboratory data, including dates

7. Other relevant history, including preexisting medical conditions (e.g., allergies, race, pregnancy, smoking and alcohol use, hepatic/renal dysfunction, etc.)
LIVER DYSFUNCTION

## C. Suspect medication(s)
1. Name (give labeled strength & mfr/labeler, if known)
   #1 TAXOTERE\RPR JAPAN YAKUHIN K.K
   #2
2. Dose, frequency & route used
   #1 80 MG\IV
   #2
3. Therapy dates (If unknown, give duration) from/to (or best estimate)
   #1 DEC-07-98 TO DEC-07-98
   #2
4. Diagnosis for use (indication)
   #1 NON SMALL CELL LUNG CANCER
   #2
5. Event abated after use stopped or dose reduced
   #1 ☐ yes ☐ no ☑ doesn't apply
   #2 ☐ yes ☐ no ☑ doesn't apply
6. Lot # (If known)
   #1
   #2
7. Exp. date (If known)
   #1
   #2
8. Event reappeared after reintroduction
   #1 ☐ yes ☐ no ☑ doesn't apply
   #2 ☐ yes ☐ no ☑ doesn't apply
9. NDC # - for product problems only (If known)

10. Concomitant medical products and therapy dates (exclude treatment of event)
PAMIDRONATE DISODIUM DEC-07-98 TO DEC-07-98
MEDROXYPROGESTERONE ACETATE NOV-30-98 TO DEC-18-98
ASPIRIN-DIALUMINATE NOV-30-98 TO DEC-18-98
TIORONIN OCT-23-98 TO
(cont'd pg 2)

## G. All manufacturers
1. Contact office - name/address (& mfring site for devices)
Rhône-Poulenc Rorer
500 Arcola Road
P.O. Box 1200
Collegeville, PA 19426-0107

2. Phone number (610) 454-8143
3. Report source (check all that apply)
   ☑ foreign
   ☐ study
   ☐ literature
   ☐ consumer
   ☑ health professional
   ☐ user facility
   ☐ company representative
   ☐ distributor
   ☐ other:

4. Date received by manufacturer (mo/day/yr): JTS 2/1/99  JAN-19-99  JAN-28-99
5. (A)NDA # 20-449
   IND #
6. If IND, protocol #
   PLA #
   pre-1938 ☐ yes
   OTC product ☐ yes

7. Type of report (check all that apply)
   ☐ 5-day ☑ 15-day
   ☐ 10-day ☐ periodic JTS 2/1/99
   ☑ initial ☑ follow-up #1

8. Adverse event term(s)
HEARING DECREASED
VERTIGO
LIVER DYSFUNCTION
FEVER
LEUCOPENIA

9. Mfr. report number
JP01-01616

## E. Initial reporter
1. Name, address & phone #
Redacted - PII

2. Health professional? ☑ yes ☐ no
3. Occupation: PHYSICIAN
4. Initial reporter also sent report to FDA ☐ yes ☐ no ☐ unk

FDA Facsimile Form 3500A
Submission of a report does not constitute an admission that medical personnel, user facility, distributor, manufacturer or product caused or contributed to the event.

EXHIBIT 19

Manufacturer report number: JP01-01616    Manufacturer name: Rhône-Poulenc Rorer    Page 2 of 2



500 Arcola Road
P.O. Box 1200
Collegeville, PA 19426-0107

**B. 5. Describe event or problem**

ON DECEMBER 08, 1998, THE PATIENT EXPERIENCED FEVER (38.3°C) AND LIVER DYSFUNCTION.

ON DECEMBER 09, 1998, LEUCOPENIA OCCURRED AND RESOLVED ON DECEMBER 15, WITH ADMINISTRATION OF PIPERACILLIN SODIUM AND ANTIPYRETIC.

ON DECEMBER 14, THE PATIENT COMPLAINED OF HEARING LOSS AND VERTIGO.
SHE RECEIVED IV BICARBONATE BUT EVENTS CONTINUED.

ON DECEMBER 21, 1998, AN AUDIOGRAM WAS PERFORMED BUT NOTHING WAS OBSERVED.

ON JANUARY 06, 1999, SENSORINEURAL DEAFNESS IN THE LEFT EAR WAS OBSERVED ON THE AUDIOGRAM.
AFTER TREATMENTS, VERTIGO RESOLVED, HEARING LOSS WAS STILL ONGOING.

HEPATIC FUNCTION RETURNED TO THE SAME STATUS THAN PRIOR ADMINISTRATION OF DOCETAXEL.

ACCORDING TO THE PHYSICIAN, THE CAUSALITY BETWEEN SENSORINEURAL DEAFNESS AND DOCETAXEL CANNOT BE DENIED:
1) ADMINISTRATION DATE OF DOCETAXEL AND ONSET DATE OF VERTIGO AND HEARING LOSS WERE CLOSE.
2) THERE WERE NO CONCOMITANT DRUGS WHICH HAVE HAD THE DESCRIPTION OF CAUSING HEARING LOSS AS A SIDE EFFECT.
3) ON HEAD CT SCAN ON JANUARY 06, 1999, NO BRAIN METASTASIS WAS OBSERVED ALTHOUGH SMALL AMOUNT OF EFFUSION IN THE LEFT AURIS MEDIA WAS OBSERVED.

THE PHYSICIAN CONSIDERED THE EVENTS (HEARING LOSS AND VERTIGO) AS POSSIBLY RELATED TO DOCETAXEL AND THE EVENTS (LIVER DYSFUNCTION, FEVER AND LEUCOPENIA) AS PROBABLY RELATED TO DOCETAXEL.

**C. 10. Concomitant medical products and therapy dates (Exclude treatment of event)**

REBAMIPIDE OCT-23-98 TO
MORPHINE SULFATE NOV-23-98 TO
MAGNESIUM OXIDE NOV-29-98 TO

Case 2:16-md-02740-JTM-MBN   Document 12576-8   Filed 05/11/21   Page 9 of 20

Confidential                                                                 Sanofi_00675885

**Exhibit 0009**

Individual Safety Report

\*4195797-2-00-01\*

THE FDA MEDICAL PRODUCTS REPORTING PROGRAM

ntis Pharmaceuticals, Inc.
Mfr report #: 200221684US

Page 1 of 5

Approved by FDA on 3/22/94
FDA Use Only

### A. Patient information

1. Patient identifier: (b) (6) in confidence
2. Age at time of event: 48 yrs   or   Date of birth: (b) (6)
3. Sex: ☒ female  ☐ male
4. Weight: ___ lbs  or  59.54 kgs

### B. Adverse event or product problem

1. ☒ Adverse event and/or  ☐ Product problem (e.g., defects/malfunctions)
2. Outcomes attributed to adverse event (check all that apply):
   - ☒ death ??/??/2002
   - ☒ life-threatening
   - ☒ hospitalization - initial or prolonged
   - ☒ disability
   - ☐ congenital anomaly
   - ☐ required intervention to prevent permanent impairment/damage
   - ☒ other: *
3. Date of event: 11/07/2002
4. Date of this report: 05/27/2003
5. Describe event or problem

| Event (Nature of Event) | Dx Origin |
|---|---|
| (Dx) WORSENING RADIATION PNEUMONITIS | Reporter |
| (Sx) SHORTNESS OF BREATH | |
| (Sx) CRACKLES IN LUNG | |
| (Sx) NON PRODUCTIVE COUGH | |
| (Dx) FATAL LUNG CANCER (Aggravation reaction) | Reporter |
| (Dx) TEMPOROMANDIBULAR JOINT DISCOMFORT | Reporter |
| (Dx) INCREASED PLATELETS (743) | Reporter |
| (Dx) WHITE BLOOD CELL COUNT (2.9) | Reporter |
| (Dx) INCREASED WHITE BLOOD CELL COUNT (16.7) | Reporter |
| (Dx) ALOPECIA | Reporter |
| (Dx) WEIGHT LOSS | Reporter |
| (Dx) TACHYCARDIA (PULSE 129) | * |

6. Relevant tests/laboratory data, including dates

7. Other relevant history, including preexisting medical conditions (e.g., allergies, race, pregnancy, smoking and alcohol use, hepatic/renal dysfunction, etc.)

ALLERGY TO CODEINE, nicotine use, alcohol use, radiation therapy, allergy RADIATION PNEUMONITIS, MALIGNANT PLEURAL EFFUSION (b) (6) SMOKED 1 PACK PER DAY FOR 30 YEARS, 1-3 ALCOHOL BEVERAGES PER DAY UNTIL CHEMOTHERAPY INITIATED, DIETING *

### C. Suspect medication(s)

1. Name (give labeled strength & mfr/labeler, if known)
   - #1 DOCETAXEL (TAXOTERE) Solution for injection
   - #2 DOCETAXEL (TAXOTERE)
2. Dose, frequency & route used
   - #1 70 MG/M**2 Q3W
   - #2 70 MG/M**2 Q3W
3. Therapy dates (if unknown, give duration) from/to (or best estimates)
   - #1 *
   - #2 *
4. Diagnosis for use (indication)
   - #1 NON OAT CELL LUNG CANCER
   - #2 NON OAT CELL LUNG CANCER
5. Event abated after use stopped or dose reduced
   - #1 ☐ yes ☐ no ☒ doesn't apply
   - #2 ☐ yes ☐ no ☒ doesn't apply
6. Lot # (if known): #1 UNK  #2 UNK
7. Exp. date (if known): #1 ___ #2 ___
8. Event reappeared after reintroduction
   - #1 ☐ yes ☐ no ☒ doesn't apply
   - #2 ☐ yes ☐ no ☒ doesn't apply
9. NDC # - for product problems only (if known) #1 ___ #2 ___
10. Concomitant medical products and therapy dates (exclude treatment of event)

DEXAMETHASONE (DECADRON)
DEXAMETHASONE (DECADRON)
MEGESTROL ACETATE (MEGACE)

### G. All manufacturers

1. Contact office - name/address (& mfring site for devices)
   Aventis Pharmaceuticals, Inc.
   300 Somerset Corporate Blvd.
   Bridgewater, NJ
   08807-2854
2. Phone number: (908) 243-6000
3. Report source (check all that apply)
   - ☐ foreign
   - ☐ study
   - ☐ literature
   - ☐ consumer
   - ☒ health professional
   - ☐ user facility
   - ☐ company representative
   - ☐ distributor
   - ☐ other:
4. Date received by manufacturer: 02/10/2003
5. (A)NDA # 20-449  IND # ___  PLA # ___  pre-1938 ☐ yes  OTC product ☐ yes
7. Type of report (check all that apply)
   - ☐ 5-day  ☐ 15-day
   - ☐ 10-day  ☒ periodic
   - ☒ initial  ☐ follow-up #___
8. Adverse event term(s)
   RADIATION PNEUMONITIS, DYSPNOEA NOS, CREPITATIONS NOS, COUGH, NON-SMALL CELL LUNG CANCER NOS, TEMPOROMANDIBULAR JOINT DISORDER NOS, PLATELET COUNT INCREASED, *
9. Mfr. report number: 200221684US

### E. Initial reporter

1. Name, address & phone #
   (b) (6)
   UNITED STATES (b) (6)
2. Health professional? ☒ yes ☐ no
3. Occupation: ___
4. Initial reporter also sent report to FDA ☐ yes ☐ no ☒ unk

JUL 11 2003

FDA — Sample Facsimile of FDA Form 3500A

Submission of a report does not constitute an admission that medical personnel, user facility, distributor, manufacturer or product caused or contributed to the event.
* item completed on continuation pages.

EXHIBIT 20

Individual Safety Report

*4195797-2-00-02*

entis Pharmaceuticals, Inc.

Approved by FDA on 3/22/94

Domain Facsimile
Mfr report # 200221684US
DF/Dist report #

THE FDA MEDICAL PRODUCTS REPORTING PROGRAM

Page 2 of 5

FDA Use Only

### A. Patient information

1. Patient identifier: (b)(6) in confidence
2. Age at time of event: ___ or Date of birth: ___
3. Sex: ☐ female ☐ male
4. Weight: ___ lbs or ___ kgs

### B. Adverse event or product problem

1. ☐ Adverse event and/or ☐ Product problem (e.g., defects/malfunctions)
2. Outcomes attributed to adverse event (check all that apply)
   - ☐ death ___
   - ☐ life-threatening
   - ☐ hospitalization - initial or prolonged
   - ☐ disability
   - ☐ congenital anomaly
   - ☐ required intervention to prevent permanent impairment/damage
   - ☐ other:
3. Date of event:
4. Date of this report:
5. Describe event or problem

6. Relevant tests/laboratory data, including dates

7. Other relevant history, including preexisting medical conditions (e.g., allergies, race, pregnancy, smoking and alcohol use, hepatic/renal dysfunction, etc.)

### C. Suspect medication(s)

1. Name (give labeled strength & mfr/labeler, if known)
   - #3 DOCETAXEL (TAXOTERE) Solution for injection
   - #4 DOCETAXEL (TAXOTERE) Solution for injection
2. Dose, frequency & route used
   - #3 35 MG/M**2 QW
   - #4 35 MG/M**2 QW
3. Therapy dates (if unknown, give duration)
   - #3 *
   - #4 *
4. Diagnosis for use (indication)
   - #3 NON OAT CELL LUNG CANCER
   - #4 NON OAT CELL LUNG CANCER
5. Event abated after use stopped or dose reduced
   - #3 ☐ yes ☐ no ☒ doesn't apply
   - #4 ☐ yes ☐ no ☒ doesn't apply
6. Lot # (if known)
   - #3 UNK
   - #4 UNK
7. Exp. date (if known)
   - #3
   - #4
8. Event reappeared after reintroduction
   - #3 ☐ yes ☐ no ☒ doesn't apply
   - #4 ☐ yes ☐ no ☒ doesn't apply
9. NDC # - for product problems only (if known)
   - #3 ___ #4 ___
10. Concomitant medical products and therapy dates (exclude treatment of event)

### G. All manufacturers

1. Contact office - name/address (& mfring site for devices)
2. Phone number
3. Report source (check all that apply)
   - ☐ foreign
   - ☐ study
   - ☐ literature
   - ☐ consumer
   - ☐ health professional
   - ☐ user facility
   - ☐ company representative
   - ☐ distributor
   - ☐ other:
4. Date received by manufacturer (mo/day/y)
5. (A)NDA # ___ IND # ___ PLA # ___ pre-1938 ☐ yes   OTC product ☐ yes
6. If IND, protocol #
7. Type of report (check all that apply)
   - ☐ 5-day ☐ 15-day
   - ☐ 10-day ☐ periodic
   - ☐ Initial ☐ follow-up #___
8. Adverse event term(s)
9. Mfr. report number

### E. Initial reporter

1. Name, address & phone #

JUL 11 2003

2. Health professional? ☐ yes ☐ no
3. Occupation
4. Initial reporter also sent report to FDA ☐ yes ☐ no ☐ unk

**FDA**
Domain Facsimile of FDA Form 3500A

Submission of a report does not constitute an admission that medical personnel, user facility, distributor, manufacturer or product caused or contributed to the event.
* Item completed on continuation pages.

## THE FDA MEDICAL PRODUCTS REPORTING PROGRAM

...ntis Pharmaceuticals, Inc.

Mfr report #: 200221684US

Page 3 of 5

Approved by FDA on 3/22/94

FDA Use Only

### A. Patient information
1. Patient Identifier: (b) (6) in confidence
2. Age at time of event: — or Date of birth: —
3. Sex: ☐ female ☐ male
4. Weight: — lbs or — kgs

### B. Adverse event or product problem
1. ☐ Adverse event and/or ☐ Product problem (e.g., defects/malfunctions)
2. Outcomes attributed to adverse event (check all that apply):
   - ☐ death
   - ☐ life-threatening
   - ☐ hospitalization - initial or prolonged
   - ☐ disability
   - ☐ congenital anomaly
   - ☐ required intervention to prevent permanent impairment/damage
   - ☐ other:
3. Date of event:
4. Date of this report:
5. Describe event or problem
6. Relevant tests/laboratory data, including dates
7. Other relevant history, including preexisting medical conditions (e.g., allergies, race, pregnancy, smoking and alcohol use, hepatic/renal dysfunction, etc.)

### C. Suspect medication(s)
1. Name (give labeled strength & mfr/labeler, if known)
   - #5 DOCETAXEL (TAXOTERE) Solution for injection
   - #6 RADIATIONS THERAPY NOS
2. Dose, frequency & route used
   - #5 35 MG/M**2 QW
   - #6
3. Therapy dates (if unknown, give duration)
   - #5 *
   - #6 Unknown to 09/24/2002
4. Diagnosis for use (indication)
   - #5 NON OAT CELL LUNG CANCER
   - #6 NON OAT CELL LUNG CANCER
5. Event abated after use stopped or dose reduced
   - #5 ☐ yes ☐ no ☒ doesn't apply
   - #6 ☐ yes ☐ no ☐ doesn't apply
6. Lot # (if known): #5 — #6 —
7. Exp. date (if known): #5 — #6 —
8. Event reappeared after reintroduction
   - #5 ☐ yes ☐ no ☒ doesn't apply
   - #6 ☐ yes ☐ no ☐ doesn't apply
9. NDC # - for product problems only (if known): #5 — #6 —
10. Concomitant medical products and therapy dates (exclude treatment of event)

### G. All manufacturers
1. Contact office - name/address (& mfring site for devices)
2. Phone number
3. Report source (check all that apply)
   - ☐ foreign
   - ☐ study
   - ☐ literature
   - ☐ consumer
   - ☐ health professional
   - ☐ user facility
   - ☐ company representative
   - ☐ distributor
   - ☐ other:
4. Date received by manufacturer
5. (A)NDA # — IND # — PLA # — pre-1938 ☐ yes
6. If IND, protocol #
7. Type of report (check all that apply)
   - ☐ 5-day ☐ 15-day
   - ☐ 10-day ☐ periodic
   - ☐ initial ☐ follow-up #
   
   OTC product ☐ yes
8. Adverse event term(s)
9. Mfr. report number

### E. Initial reporter
1. Name, address & phone #
2. Health professional? ☐ yes ☐ no
3. Occupation
4. Initial reporter also sent report to FDA ☐ yes ☐ no ☐ unk

JUL 11 2003

**FDA**
Domain Facsimile of FDA Form 3500A

Submission of a report does not constitute an admission that medical personnel, user facility, distributor, manufacturer or product caused or contributed to the event.
Item completed on continuation pages.



Aventis Pharmaceuticals, Inc.

MED WATCH (b) (6)

G.9. Mfr. report number
200221684US

Page 4 of 5

B.2. Other outcome
medically important

B.5. Describe event or problem
[continuation:]
(Dx) RIGHT ANTERIOR CHEST WALL    Reporter
     SLIGHTLY TENDER

Narrative: Initial report: This spontaneous postmarketing case, received from a physician, involves a female of unknown age who received Taxotere (docetaxel) therapy on 07-Oct-2002 and 30-Oct-2002, dose and indication were not provided. Previously the patient was receiving radiation therapy which was completed on 24-Sep-2002. The patient developed radiation pneumonitis which appears to have worsened with docetaxel. Treatment measures and outcome of the event are unknown. Medical history and concomitant medication were not provided.

Reporter's assessment of causal relationship: Not provided.

Addendum for follow up received 10-Feb-2003:
(b)(6) is a 48 year old WASP female who was receiving Taxotere (docetaxel) 70mg/m2 every 21 days for non-oat cell lung cancer. She received therapy on 09-Oct-2002 and 30-Oct-2002. It is noted that on 07-Nov-2002 her white count was 2.9, hemoglobin was 12 and platelets were 551. She presented on (b)(6) with a four day history of shortness of breath. She denied palpitations or bleeding, leg swelling, or symptoms of infection. She stated she may have pulled a muscle in her right side, lower ribcage anteriorly while working with hay. On examination her respiratory effort was normal without intercostal retraction or use of accessory muscles. There was no dullness to percussion in the lung bases and auscultation of the lung fields revealed bilateral air entry with no adventitious sounds. Her right anterior chest wall was slightly tender. She also was experiencing tachycardia (pulse of 129). A pulmonary CT was set up to rule out a pulmonary embolism and she was given Lovenox (enoxaparin). On 15-Nov-2002 her shortness of breath was noted to be probably radiation pneumonitis and she was started on Bactrim (sulfoxazole/trimethoprim), prednisone and digoxin. She stated she was feeling better. She also reported some right temporomandibular joint discomfort which she had in the past. This was treated with Vicodin (hydrocodone/acetaminophen) and Vioxx (rofecoxib). On 15-Nov-02, her platelets were 743 and mean corpuscular volume was 102.9. She was seen on 20-Nov-2002 and the patient states she was feeling better and was having less dyspnea on exertion but still had tachycardia with physical activity. She also stated rofecoxib was helping her temporomandibular joint discomfort. Alopecia was noted and the patient was wearing a wig. Her pulse had decreased to 110 and weight loss was noted. A CT scan noted post-radiation pneumonitis with no obvious metastases. Her prednisone dose was decreased and docetaxel therapy was held. She was also noted to have increased white blood cell count and increased platelets probably due to steroids. On 27-Nov-2002 she was seen and stated her breathing continued to improve, though when she pushes herself she feels her breathing is worse. She occasionally feels crackles in her lung and has an occasional nonproductive cough. Her pulse continued to be high at 102. Docetaxel therapy was resumed at 35mg/m2 weekly on this date. The Decadron (dexamethasone) dose given with docetaxel was decreased from 8mg to 4mg. She also continued to have weight loss (due to a diet) and Megace (megestrol) was discontinued. Labs provided were normal except the following:

|       | 20-Nov-2002 | 27-Nov-2002 | 04-Dec-2002 | 11-Dec-2002 | 14-Dec-2002 |
|-------|-------------|-------------|-------------|-------------|-------------|
| WBC   | 16.3        | 16.7        | 11.6        | 10.2        | 13.8        |
| RDW   | 19.6        | 19.1        | 19.5        | 20.5        | 20.0        |
| PLT   | 631         | 470         | 424         | 419         | 397         |
| MPV   | 5.7         | 5.7         | 5.7         | 6.3         | 6.9         |
| LY#   | 0.6         | 0.5         | 0.9         | 0.9         | 0.5         |
| MO#   | 0           | 0           | 0           | 0.2         | 0.1         |
| GR#   | 0           | 0           | 0           | 9.0         | 13.3        |
| Neuto | 98          | 96          | 88          | 87          | 93          |
| Lymph | 2           | 2           | 7           | 2           | 2           |

She received docetaxel on 04-Dec-2002 and 11-Dec-2002. It is noted that the patient died due to lung cancer. Medical history is significant for malignant pleural effusion, smoker, alcohol use, and allergy to codeine.

JUL 11 2003



Individual Safety Report

ventis Pharmaceuticals, Inc.

*4195797-2-00-05*

| MED WATCH | A.1. Patient Identifier (b) (6) | G.9. Mfr. report number 200221684US | Page 5 of 5 |
|---|---|---|---|

**B.5. Describe event or problem**

[continuation:] Reporter's assessment of causal relationship: Possible to radiation pneumonitis.

| Event | Serious | Dechal | Rechal | Rpt.Causality | Alternative Explanation |
|---|---|---|---|---|---|
| (Dx) WORSENING RADIATION PNEUMONITIS | YES | NA | NA | Possible | possibly associated with concomitant drug(s) |
| (Sx) SHORTNESS OF BREATH | | | | | |
| (Sx) CRACKLES IN LUNG | | | | | |
| (Sx) NON PRODUCTIVE COUGH | | | | | |
| (Dx) FATAL LUNG CANCER | YES | NA | NA | | underlying/concomitant illness |
| (Dx) TEMPOROMANDIBULAR JOINT DISCOMFORT | NO | NA | NA | | underlying/concomitant illness |
| (Dx) INCREASED PLATELETS (743) | NO | NA | NA | Unlikely | possibly associated with concomitant drug(s) |
| (Dx) WHITE BLOOD CELL COUNT (2.9) | NO | NA | NA | | possibly associated with concomitant drug(s) |
| (Dx) INCREASED WHITE BLOOD CELL COUNT (16.7) | NO | NA | NA | Unrelated | possibly associated with concomitant drug(s) |
| (Dx) ALOPECIA | NO | NA | NA | | |
| (Dx) WEIGHT LOSS | NO | NA | NA | | other known or suspected cause |
| (Dx) TACHYCARDIA (PULSE 129) | NO | NA | NA | | |
| (Dx) RIGHT ANTERIOR CHEST WALL SLIGHTLY TENDER | NO | NA | NA | | other known or suspected cause |

**B.7. Other relevant history, including preexisting medical conditions** (e.g., allergies, race, pregnancy, smoking and alcohol use, hepatic/renal dysfunction, etc.)

[continuation:] Race: WHITE

**C.3. Therapy dates (if unknown, give duration) (mo/day/yr) (Suspect #1)**
10/09/2002 to 10/09/2002 Duration: 1 day

**C.3. Therapy dates (if unknown, give duration) (mo/day/yr) (Suspect #2)**
10/30/2002 to 10/30/2002 Duration: 1 day

**C.3. Therapy dates (if unknown, give duration) (mo/day/yr) (Suspect #3)**
11/27/2002 to 11/27/2002 Duration: 1 day

**C.3. Therapy dates (if unknown, give duration) (mo/day/yr) (Suspect #4)**
12/04/2002 to 12/04/2002 Duration: 1 day

**C.3. Therapy dates (if unknown, give duration) (mo/day/yr) (Suspect #5)**
12/11/2002 to 12/11/2002 Duration: 1 day

JUL 11 2003

**G.8. Adverse event term(s)**

[continuation:] LEUKOPENIA NOS, WHITE BLOOD CELL COUNT INCREASED, ALOPECIA, WEIGHT DECREASED, TACHYCARDIA NOS, TENDERNESS NOS

**Exhibit 0010**

# Individual Safety Report

**MEDWATCH**
THE FDA MEDICAL PRODUCTS REPORTING PROGRAM

4194784-8-00-01

Aventis Pharmaceuticals, Inc.

Mfr report #: 200222311US

Page 1 of 4

Approved by FDA on 3/22/94
FDA Use Only

## A. Patient information
1. Patient identifier: (b) (6) in confidence
2. Age at time of event: 55 yrs / Date of birth: UNK
3. Sex: ☒ female ☐ male
4. Weight: ___ lbs / ___ kgs

## B. Adverse event or product problem
1. ☒ Adverse event and/or ☐ Product problem (e.g., defects/malfunctions)
2. Outcomes attributed to adverse event (check all that apply):
   ☐ death
   ☐ life-threatening
   ☐ hospitalization - initial or prolonged
   ☒ disability
   ☐ congenital anomaly
   ☐ required intervention to prevent permanent impairment/damage
   ☐ other:
3. Date of event: 06/21/2002
4. Date of this report: 05/27/2003
5. Describe event or problem:

   | Event (Nature of Event) | Dx Origin |
   |---|---|
   | (Dx) HYPERLACRIMATION | Reporter |
   | (Sx) PERIORBITAL EDEMA | |
   | (Sx) BILATERAL PAPILLEDEMA | |
   | (Dx) FLUID RETENTION | Reporter |
   | (Sx) SHORT OF BREATH ON EXERTION | |
   | (Sx) COUGH | |
   | (Sx) 2-3+ PITTING EDEMA IN LOWER EXTREMITIES | |
   | (Sx) SWELLING OF THE FINGERS | |
   | (Dx) ELEVATED SPINAL FLUID PRESSURE | Reporter |
   | (Dx) DEGENERATIVE JOINT DISEASE | Reporter |
   | (Dx) OSTEOARTHRITIS | Reporter |
   | (Dx) PAIN AND ACHES | Reporter |
   | (Sx) FEELING OF DISCOMFORT | |
   | (Dx) ITCHING | Reporter |
   | (Dx) HAIR PROBLEMS (HAIR LOSS) | Reporter * |

6. Relevant tests/laboratory data, including dates:

7. Other relevant history, including preexisting medical conditions (e.g., allergies, race, pregnancy, smoking and alcohol use, hepatic/renal dysfunction, etc.):

   HYSTERECTOMY 1982, AGE 33, OVARIES LEFT INTACT, SMOKER IN THE PAST, QUIT 1975, NO KNOWN DRUG ALLERGY, LUMPECTOMY, AXILLARY NODE DISSECTION, nicotine use HYPERLIPIDEMIA, ANXIETY, DEPRESSION ADJUVANT BREAST CANCER *

## C. Suspect medication(s)
1. Name (give labeled strength & mfr/labeler, if known):
   #1 DOCETAXEL (TAXOTERE)
   #2 DOCETAXEL (TAXOTERE)
2. Dose, frequency & route used:
   #1 67 MG QW IV
   #2 67 MG QW IV
3. Therapy dates (if unknown, give duration):
   #1 *
   #2 *
4. Diagnosis for use (indication):
   #1 ADJUVANT BREAST CANCER
   #2 ADJUVANT BREAST CANCER
5. Event abated after use stopped or dose reduced:
   #1 ☐ yes ☐ no ☒ doesn't apply
   #2 ☐ yes ☐ no ☒ doesn't apply
6. Lot # (if known): #1 UNK  #2 UNK
7. Exp. date (if known): #1  #2
8. Event reappeared after reintroduction:
   #1 ☐ yes ☐ no ☒ doesn't apply
   #2 ☐ yes ☐ no ☒ doesn't apply
9. NDC # - for product problems only (if known): #1  #2

10. Concomitant medical products and therapy dates (exclude treatment of event):
   DOXORUBICIN (ADRIAMYCIN)
   CYCLOPHOSPHAMIDE
   TAXOL 07/19/2002 to Unknown
   LEVOFLOXACIN (LEVAQUIN) *

## G. All manufacturers
1. Contact office - name/address (& mfring site for devices):
   Aventis Pharmaceuticals, Inc.
   300 Somerset Corporate Blvd.
   Bridgewater, NJ
   08807-2854
2. Phone number: (908) 243-6000
3. Report source (check all that apply):
   ☐ foreign
   ☐ study
   ☐ literature
   ☐ consumer
   ☒ health professional
   ☐ user facility
   ☐ company representative
   ☐ distributor
   ☐ other:
4. Date received by manufacturer: 02/04/2003
5. (A)NDA # 20-449
   IND #
   PLA #
   pre-1938 ☐ yes
   OTC product ☐ yes
6. If IND, protocol #
7. Type of report (check all that apply):
   ☐ 5-day ☐ 15-day
   ☐ 10-day ☒ periodic
   ☒ Initial ☐ follow-up #
8. Adverse event term(s):
   LACRIMATION INCREASED, PERIORBITAL OEDEMA, PAPILLOEDEMA, FLUID RETENTION, DYSPNOEA EXERTIONAL, COUGH, PITTING OEDEMA, PERIPHERAL SWELLING, *
9. Mfr. report number: 200222311US

## E. Initial reporter
1. Name, address & phone #: (b) (6)
   UNITED STATES (b) (6)
   JUL 11 2003
2. Health professional? ☒ yes ☐ no
3. Occupation:
4. Initial reporter also sent report to FDA ☐ yes ☐ no ☒ unk

FDA — Submission of a report does not constitute an admission that medical personnel, user facility, distributor, manufacturer or product caused or contributed to the event.
* Item completed on continuation pages.
FDA Form 3500A

EXHIBIT 21

**Individual Safety Report**

4194784-8-00-02

MED WATCH

A.1. Patient Identifier: (b) (6)

Aventis Pharmaceuticals, Inc.

G.9. Mfr. report number: 200222311US

Page 2 of 4

B.5. Describe event or problem
[continuation:]

| | | |
|---|---|---|
| (Dx) | SEVERE NAIL CHANGES | Reporter |
| (Sx) | LOOSE NAILS ABOUT TO FALL OFF | |
| (Sx) | COLOR CHANGES OF NAILS | |
| (Dx) | MOUTH IS DRY | Reporter |
| (Dx) | TONGUE APPEARS TO BE BURNING | Reporter |
| (Dx) | DIARRHEA | Reporter |
| (Dx) | SKIN TOXICITY | Reporter |
| (Sx) | ERYTHEMATOUS IN HANDS/FEET | |
| (Dx) | FATIGUE | Reporter |
| (Dx) | STENOSIS OF LACRIMAL DUCTS | Reporter |
| (Sx) | SCARRING OF LACRIMAL DUCTS | |
| (Sx) | CONJUNCTIVAL CONGESTION | |
| (Dx) | NAUSEA | |
| (Dx) | VOMITING | |

Narrative: Case has been truncated
Initial report 12-Dec-02: This is an initial spontaneous postmarketing report received from a physician via a sales representative regarding a 55 y/o female patient who received adriamycin and cyclophosphamide followed by therapy with Taxotere (docetaxel) 35 mg/m2 weekly for adjuvant breast cancer begining on 24-May-02. Concomitant medication and relevant medical history were not provided. According to the reporter, the pt. developed hyperlacrimation on 21-Jun-02 while receiving weekly docetaxel therapy. Docetaxel therapy was discontinued 22-Aug-02 but the patient's condition did not improve. The patient had to have a dacrorhinoplasty and had a permanent glass stints implanted. The pt. had surgery on (b) (6)   The pt. reported it has now changed her quality of life. No additional information was provided.
Reporter's assessment of causal relationship: Not provided
Addendum for follow up received 04-Feb-03: Medical records were provided from physician. Patient JLB initiated therapy with Taxotere (docetaxel) 67 mg weekly on 24-May-02 for a total of 12 weeks after completing four cycles of Adriamycin and Cytoxan. Additional concomitant medications included Taxol which the pt. started on 19-Jul-02 due to adverse events on Taxotere. The pt. was scheduled to receive weekly doses of 80 mg/m2 of Taxol for a total of six weeks. It is unknown whether she completed the Taxol therapy. The pt. had Taxotere held on 14-Jun-02 and resumed on 21-Jun-02 to complete all 12 cycles on 22-Aug-02. Relevant medical history includes hyperlipidemia, anxiety, depression, lumpectomy, axillary node dissection, hysterectomy in 1982 at the age of 33 (ovaries were left intact), and a past smoker (quit in 1975). She has no known drug allergies. According to medical records, she was seen on 24-May-02 after having been recently diagnosed for carcinoma of the left breast with node-negative and hormone receptor-negative disease and was initiated on Taxotere. The impression from the visit was breast cancer involving the lower and outer quadrant of the left breast, showing the following characteristics: pathology: poorly differentiated infiltrating ductal carcinoma, ER status negative, PR status negative, HER-2/neu: negative by FISH, Ki67: 60%; nodal status: three sentinel nodes were removed and all were negative for metastatic disease by histopathology and immunostaining. Relevant findings from 21-Jun-02 visit included developing severe diarrhea which was treated with IV fluids and Imodium (loperamide HCl). Taxotere was held on 14-Jun-02. The pt. was doing better at this office visit (21-Jun). The pt. had problems with hyperlacrimation and noted swelling of her fingers. Physical exam and CBC were normal. An office visit from 15-Jul-02 revealed excessive toxicity to Taxotere which included excessive tearing of the eyes, nausea, vomiting, and severe fatigue and aches and pains. Physical exam was relevant for conjuctival congestion and excessive tearing. The physician discussed switching to Taxol for 6 weeks. It is unknown whether the patient received the full six weeks of Taxol. An office visit from 22-Aug-02 revealed toxicity from Taxotere therapy in the form of hyperlacrimation, skin toxicity in the form of an erythematous rash in the hands and feet and nail changes including nail color changes. Treatment for hyperlacrimation included prednisolone eye drops. Additional adverse events from office visit 17-Sep-02 included coughing, short of breath on exertion and swelling up with fluid and appeared edematous. The patient also complained of nail changes stating her nails were very loose and almost about to fall off. Her major complaint however was hyperlacrimation. She also reported her mouth is dry and tongue appears to be burning. It was also noted that the patient completed a course of Levaquin (levofloxacin) and then *

JUL 11 2003

Individual Safety Report



4194784-8-00-03

Aventis Pharmaceuticals, Inc.

MED WATCH

| A.1. Patient Identifier | G.9. Mfr. report number | |
|---|---|---|
| (b) (6) | 200222311US | Page 3 of 4 |

B.5. Describe event or problem

[continuation:] Zithromax (azithromycin) recently (NOS). Physical exam was significant for periorbital edema, redness, and conjuctival congestion with obvious tearing. She was also noted to have 2-3+ pitting edema in both lower extremities. The patient was given a prescription for Lasix (furosemide) 40 mg daily along with potassium supplements for her fluid retention. Significant findings from office visit 26-Sep-02 included improvement of fluid retention with Lasix and potassium supplements. According to the visit from 14-Oct-02, the patient was seen regarding her hyperlacrimation. The patient's ophthamologist stated she had bilateral papilledema and scarring of her lacrimal duct with complete obstruction. It was also noted the patient did not get any hair back for a long time. Her nails at this point were coming in normal. The impression was bilateral papilledema with an uncertain etilogy. The physician noted it could be benign normal pressure hydrocephalus versus problems associated with scarring of the meninges causing blockage of spinal fluid as she was also experiencing elevated spinal fluid pressure. Relevant findings from office visit 21-Oct-02 included scarred nasolacrimal ducts and elevated spinal fluid pressure. There were no abnormal cells noted on the spinal fluid cytology. Cultures were negative. Spinal fluid cytology was negative; there were rare mononuclear cells. She had a bone scan done which revealed diffusely increased activity about the mid-to-lower thoracic and lumbar spine which most likey represented degenerative joint disease and osteoarthritis. A CT scan of her brain failed to reveal any evidence of metastatic disease to the brain, and the ventricles were not enlarged. An office visit from 14-Nov-02 patient had undergone dacrorhinoplasty for her hyperlacrimation; event resolved. She also experienced pain and itching and feeling of discomfort from the surgery. The patient completed 12 cycles of Taxotere therapy.
Reporter's assessment for causal assessment for hyperlacrimation: Related

| Event | Serious | Dechal | Rechal | Rpt.Causality | Alternative Explanation |
|---|---|---|---|---|---|
| (Dx) HYPERLACRIMATION | YES | NA | NA | Possible | |
| (Sx) PERIORBITAL EDEMA | | | | | |
| (Sx) BILATERAL PAPILLEDEMA | | | | | |
| (Dx) FLUID RETENTION | NO | NA | NA | | |
| (Sx) SHORT OF BREATH ON EXERTION | | | | | |
| (Sx) COUGH | | | | | |
| (Sx) 2-3+ PITTING EDEMA IN LOWER EXTREMITIES | | | | | |
| (Sx) SWELLING OF THE FINGERS | | | | | |
| (Dx) ELEVATED SPINAL FLUID PRESSURE | NO | NA | NA | | |
| (Dx) DEGENERATIVE JOINT DISEASE | NO | NA | NA | | |
| (Dx) OSTEOARTHRITIS | NO | NA | NA | | |
| (Dx) PAIN AND ACHES | NO | NA | NA | | |
| (Sx) FEELING OF DISCOMFORT | | | | | |
| (Dx) ITCHING | NO | NA | NA | | |
| (Dx) HAIR PROBLEMS (HAIR LOSS) | NO | UNK | UNK | | |
| (Dx) SEVERE NAIL CHANGES | NO | UNK | UNK | | |
| (Sx) LOOSE NAILS ABOUT TO FALL OFF | | | | | |
| (Sx) COLOR CHANGES OF NAILS | | | | | |
| (Dx) MOUTH IS DRY | NO | NA | NA | | |
| (Dx) TONGUE APPEARS TO BE BURNING | NO | NA | NA | | |
| (Dx) DIARRHEA | NO | NA | NA | | |
| (Dx) SKIN TOXICITY | NO | NA | NA | | |
| (Sx) ERYTHEMATOUS IN HANDS/FEET | | | | | |
| (Dx) FATIGUE | NO | NA | NA | | |

JUL 11 2003

**Individual Safety Report**

4194784-8-00-04

MED WATCH  (b) (6)

Aventis Pharmaceuticals, Inc.

G.9. Mfr. report number
200222311US

Page 4 of 4

**B.5. Describe event or problem**

[continuation:] (Dx) STENOSIS OF LACRIMAL DUCTS    YES    NA    NA    Possible

(Sx) SCARRING OF LACRIMAL DUCTS
(Sx) CONJUNCTIVAL CONGESTION
(Dx) NAUSEA                                        NO     NA    NA
(Dx) VOMITING                                      NO     NA    NA

**B.7. Other relevant history, including preexisting medical conditions** (e.g., allergies, race, pregnancy, smoking and alcohol use, hepatic/renal dysfunction, etc.)

[continuation:] ADJUVANT BREAST CANCER

**C.3. Therapy dates** (if unknown, give duration) (mo/day/yr) (Suspect #1)

05/24/2002 to 06/14/2002 Duration: 3 weeks 1 day

**C.3. Therapy dates** (if unknown, give duration) (mo/day/yr) (Suspect #2)

06/21/2002 to 08/22/2002 Duration: 9 weeks

**C.10. Concomitant medical products and therapy dates** (exclude treatment of event)

[continuation:] AZITHROMYCIN (ZITHROMAX)

**G.8. Adverse event term(s)**

[continuation:] CSF ABNORMAL NOS, OSTEOARTHRITIS NOS, OSTEOARTHRITIS NOS, PAIN NOS, DISCOMFORT NOS, PRURITUS, ALOPECIA, NAIL DISORDER NOS, NAIL DISORDER NOS, NAIL DISCOLOURATION, DRY MOUTH, GLOSSODYNIA, DIARRHOEA NOS, TOXIC SKIN ERUPTION, RASH ERYTHEMATOUS, FATIGUE, DACRYOSTENOSIS ACQUIRED, SCAR, CONJUNCTIVAL HYPERAEMIA, NAUSEA, VOMITING NOS

JUL 11 2003

# MEDWATCH
THE FDA MEDICAL PRODUCTS REPORTING PROGRAM

Aventis Pharmaceuticals, Inc.

Approved by FDA on 3/22/94

Domain Facsimile
Mfr report # 200417602US
UF/Dist report #

Page 1 of 2

FDA Use Only

## A. Patient information
1. Patient identifier: Redacted - PII, in confidence
2. Age at time of event: 50 yrs, or Date of birth: Redacted - PII
3. Sex: ☒ female ☐ male
4. Weight: ___ lbs or ___ kgs

## B. Adverse event or product problem
1. ☒ Adverse event and/or ☐ Product problem (e.g., defects/malfunctions)
2. Outcomes attributed to adverse event (check all that apply)
   - ☐ death ___ (mo/day/yr)
   - ☐ life-threatening
   - ☒ hospitalization - initial or prolonged
   - ☒ disability
   - ☐ congenital anomaly
   - ☐ required intervention to prevent permanent impairment/damage
   - ☒ other: *
3. Date of event: 01/??/2004
4. Date of this report: 10/12/2004
5. Describe event or problem

```
Event (Nature of Event)                Dx Origin
(Dx) FLUID BUILDUP                      Reporter
(Dx) DISORDER IN EYES                   Reporter
(Sx) EYES TEAR ALL THE TIME
(Sx) EYES RED AND STICKY
(Sx) IMPAIRS HER VISION
     (BECAUSE OF SO MUCH
     TEARING)
(Sx) SPOTS ON MACULA
(Dx) SEVERE FATIGUE                     Reporter
```

Narrative: Initial report: This spontaneous postmarketing case, received from a consumer, involves a 50 year old female who initiated therapy with weekly Taxotere (docetaxel) in Jan-2004 for breast cancer. She received 6 cycles and received her last dose on 06-Feb-2004. Since the beginning *

6. Relevant tests/laboratory data, including dates

7. Other relevant history, including preexisting medical conditions (e.g., allergies, race, pregnancy, smoking and alcohol use, hepatic/renal dysfunction, etc.)

ALLERGY TO SULFA, allergy
BREAST CANCER, INTERSTITIAL CYSTITIS, MITRAL VALVE PROLAPSE

## C. Suspect medication(s)
1. Name (give labeled strength & mfr/labeler, if known)
   #1 DOCETAXEL (TAXOTERE) Solution for injection
   #2
2. Dose, frequency & route used
   #1 QW
   #2
3. Therapy dates (if unknown, give duration) from/to (or best estimate)
   #1 *
   #2
4. Diagnosis for use (indication)
   #1 BREAST CANCER
   #2
5. Event abated after use stopped or dose reduced
   #1 ☐ yes ☐ no ☒ doesn't apply
   #2 ☐ yes ☐ no ☐ doesn't apply
6. Lot # (if known)
   #1 UNK
   #2
7. Exp. date (if known)
   #1
   #2
8. Event reappeared after reintroduction
   #1 ☐ yes ☐ no ☒ doesn't apply
   #2 ☐ yes ☐ no ☐ doesn't apply
9. NDC # - for product problems only (if known)
10. Concomitant medical products and therapy dates (exclude treatment of event)
    OTHER MEDICATIONS NOS

## G. All manufacturers
1. Contact office - name/address (& mfring site for devices)
   Aventis Pharmaceuticals, Inc.
   300 Somerset Corporate Blvd.
   Bridgewater, NJ
   08807-2854
2. Phone number: (908) 243-6000
3. Report source (check all that apply)
   ☐ foreign
   ☐ study
   ☐ literature
   ☒ consumer
   ☐ health professional
   ☐ user facility
   ☐ company representative
   ☐ distributor
   ☐ other:
4. Date received by manufacturer: 10/05/2004
5. (A)NDA # 20-449
   IND #
   PLA #
   pre-1938 ☐ yes
   OTC product ☐ yes
6. If IND, protocol #
7. Type of report (check all that apply)
   ☐ 5-day ☒ 15-day
   ☐ 10-day ☐ periodic
   ☒ Initial ☐ follow-up #
8. Adverse event term(s)
   FLUID RETENTION, VISUAL DISTURBANCE, LACRIMATION INCREASED, EYE REDNESS, VISUAL ACUITY REDUCED, MACULAR OPACITY, FATIGUE
9. Mfr. report number
   200417602US

## E. Initial reporter
1. Name, address & phone #
   Redacted - PII
2. Health professional? ☐ yes ☒ no
3. Occupation
4. Initial reporter also sent report to FDA ☐ yes ☐ no ☒ unk

FDA
Domain Facsimile of FDA Form 3500A

Submission of a report does not constitute an admission that medical personnel, user facility, distributor, manufacturer or product caused or contributed to the event.
* Item completed on continuation pages.

Confidential    Exhibit 0021    EXHIBIT 22    Sanofi_00243374

Aventis Pharmaceuticals, Inc.

| MED WATCH | A.1. Patient Identifier<br>Redacted - PII | G.9. Mfr. report number<br>200417602US | Page 2 of 2 |
|---|---|---|---|

**B.2. Other outcome**

medically important

**B.5. Describe event or problem**

[continuation:] of therapy she has experienced fluid buildup so severe she could not walk. Emergency surgery was performed due to the fluid accumulation in her heart and lungs. She was hospitalized in the intensive care unit for 8 days due to this event and was treated with spironolactone and Lasix (furosemide). The event is ongoing and she has a chest x-ray every 3 months. She also experienced visual disorders: her eyes were tearing all the time, were red and sticky. She states her vision was impaired due to so much tearing. She was seen by an ophthalmologist who stated she had spots on her macula. She was treated with Tobradex and vitamins and the event is ongoing. She also experienced severe fatigue due to which she has not been able to work. This event is ongoing. She is also experiencing hair loss, nail changes and feeling cold all the time. Medical history is significant for breast cancer, interstitial cystitis, and mitral valve prolapse. The patient received concomitant medications but none were specified.

This case has not been substantiated by a health care professional.

Reporter assessment of the causal relationship between the adverse event and suspect drug:
[_] Possible [_] Unlikely [_] Unrelated
[_] Insufficient Data
If unlikely/unrelated, provide alternative explanation:
[_] Illness [_] Concomitant Drug [_] Other

**C.3. Therapy dates** (if unknown, give duration) (mo/day/yr) (Suspect #1)
01/??/2004 to 02/06/2004 Duration: 6 weeks

Confidential

Sanofi_00243375