# EXHIBIT A

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 1 | Atkinson | Mary | 2:18-cv-00902 | 01/30/2018 | No CMO 12A | 505 |
| 2 | Barbosa | Yelena | 2:20-cv-00297 | 01/28/2020 | No CMO 12A | 505 |
| 3 | Basquez | Herlinda | 2:18-cv-08087 | 8/23/2018 | No PTO 71A | Sanofi |
| 4 | Beachem | Teresa | 2:18-cv-12352 | 12/4/2018 | PFS Not Substantially Complete; No CMO 12A | Both Sanofi and 505 |
| 5 | Berres | Ivy | 2:19-cv-12962 | 10/4/2019 | Authorizations (Insurance authorization is not witnessed) | Sanofi |
| 6 | Birdsall | Bridget | 2:19-cv-14407 | 12/10/2019 | No CMO 12A | 505 |
| 7 | Brooks | Gaetana | 2:19-cv-10007 | 5/1/2019 | No PTO 71A | Sanofi |
| 8 | Bryant | Curtice | 2:20-cv-02108 | 7/24/2020 | PFS Not Substantially Complete | Sanofi |
| 9 | Caba | Ysmenia | 2:20-cv-03207 | 11/24/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Both Sanofi and 505 |
| 10 | Carrington | Randa | 2:19-cv-13430 | 11/05/2019 | PFS Not Substantially Complete; Authorizations (No Employment, Workers Comp, or Disability Authorizations); No CMO 12A | 505 |
| 11 | Castille | Orelia | 2:18-cv-03431 | 03/30/2018 | No CMO 12A | 505 |
| 12 | Chavez | Dorothy | 2:18-cv-12958 | 12/9/2018 | No PTO 71A | Sanofi |
| 13 | Cheatwood | Zula | 2:18-cv-05537 | 6/1/2018 | PFS Not Substantially Complete; Authorizations (No Employment, Workers Comp, or Disability Authorizations); No CMO 12A; No PTO 71A | Both Sanofi and 505 |
| 14 | Clark-Gilbert | Cassandra | 2:18-cv-13384 | 12/11/2018 | PFS Not Substantially Complete | 505 |
| 15 | Clelland | Deborah | 2:18-cv-01952 | 02/23/2018 | No CMO 12A | 505 |
| 16 | Clements | Carole | 2:16-cv-17029 | 12/9/2016 | Authorizations (HIPAA authorization is not dated) | Sanofi |
| 17 | Cook | Linda | 2:20-cv-03063 | 11/11/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Sanofi |
| 18 | Coombs | Kimberly | 2:18-cv-11814 | 11/29/2018 | No PTO 71A | Sanofi |
| 19 | Crawford | Carol | 2:18-cv-07057 | 7/27/2018 | PFS Not Substantially Complete; No PTO 71A | Sanofi |
| 20 | Davis | Sara | 2:20-cv-03248 | 12/1/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Both Sanofi and 505 |
| 21 | Denby | Brenda | 2:18-cv-07609 | 08/11/2018 | No CMO 12A | 505 |
| 22 | Doss | Maxine | 2:20-cv-03276 | 12/2/2020 | PFS Not Substantially Complete; Authorizations (No Psychiatric records authorization); No PTO 71A | Sanofi |
| 23 | Dunbar | Jami | 2:18-cv-13026 | 12/10/2018 | No CMO 12A | Both Sanofi and 505 |
| 24 | Epes | Cynthia L. | 2:19-cv-01767 | 02/26/2019 | No CMO 12A | 505 |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 25 | Ford | Marilyn | 2:17-cv-03105 | 4/10/2017 | PFS Not Substantially Complete | Sanofi |
| 26 | Fortsch | Karen | 2:18-cv-12989 | 12/10/2018 | No CMO 12A | Both Sanofi and 505 |
| 27 | Freeman | Cheryl | 2:18-cv-05554 | 6/1/2018 | No CMO 12A; No PTO 71A | Sanofi |
| 28 | Garrett | Iris | 2:18-cv-06129 | 6/21/2018 | Proof of Injury (Plaintiff had scalp biopsy but failed to provide preservation letter required by PFS) | Sanofi |
| 29 | Gifford | Anjanette | 2:20-cv-03239 | 11/30/2020 | No PTO 71A | Both Sanofi and 505 |
| 30 | Gissendanner | Erica | 2:19-cv-14025 | 12/04/2019 | No CMO 12A | 505 |
| 31 | Goode | Maureen | 2:20-cv-00388 | 02/04/2020 | No CMO 12A | 505 |
| 32 | Grance | Imogene | 2:19-cv-02287 | 3/12/2019 | PFS Not Substantially Complete | Sanofi |
| 33 | Gumbs | Tina | 2:18-cv-09024 | 9/27/2018 | No PTO 71A | Sanofi |
| 34 | Gunn | Victoria | 2:20-cv-00321 | 01/29/2020 | No CMO 12A | 505 |
| 35 | Hall | Verna | 2:20-cv-03201 | 11/30/2020 | Shell PFS; PFS Not Substantially Complete; Authorizations (No HIPAA Authorization; No Disability Authorization; Insurance and workers compensation authorizations - Plaintiff improperly inserted her own information on addressee lines); No PTO 71A | Both Sanofi and 505 |
| 36 | Hansen | Carolyn | 2:18-cv-13038 | 12/10/2018 | No PTO 71A | Sanofi |
| 37 | Harbin | Michelle | 2:18-cv-12355 | 12/4/2018 | No CMO 12A | Both Sanofi and 505 |
| 38 | Harris | Janice | 2:19-cv-14322 | 12/09/2019 | No CMO 12A | 505 |
| 39 | Hegenbart | Donna | 2:18-cv-09084 | 10/01/2018 | PFS Not Substantially Complete; Authorizations (No Health Insurance, Disability, Workers Compensation authorizations); No CMO 12A | 505 |
| 40 | Henderson | Cindra | 2:19-cv-01220 | 2/8/2019 | No PTO 71A | Sanofi |
| 41 | Henderson | Gwendolyn | 2:18-cv-10918 | 11/13/2018 | Proof of Injury (Plaintiff had scalp biopsy but failed to provide preservation letter required by PFS) | Sanofi |
| 42 | Hoey | Vaness | 2:19-cv-12250 | 8/21/2019 | PFS Not Substantially Complete; No CMO 12A | 505 |
| 43 | Hollett | Joanne | 2:20-cv-00310 | 01/29/2020 | No CMO 12A | 505 |
| 44 | Howell | Teresa (Elvira) | 2:20-cv-03333 | 12/7/2020 | PFS Not Substantially Complete; No Authorizations | Both Sanofi and 505 |
| 45 | Hughes | Roberta | 2:19-cv-12496 | 9/9/2019 | Shell PFS | Sanofi |
| 46 | Humphery | Diann | 2:20-cv-03369 | 12/11/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Both Sanofi and 505 |
| 47 | Humphrey | Deborah | 2:19-cv-02489 | 03/19/2019 | No CMO 12A | 505 |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 48 | Johnson | Robin | 2:19-cv-14563 | 12/11/2019 | No CMO 12A | 505 |
| 49 | Johnson | Vicki | 2:20-cv-03277 | 12/2/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Sanofi |
| 50 | Jones | Joan S. | 2:18-cv-04465 | 04/30/2018 | PFS Not Substantially Complete; Authorizations (No Worker's compensation and Employment authorizations); No CMO 12A | 505 |
| 51 | Jones | Mary | 2:18-cv-09680 | 10/18/2018 | Authorizations (HIPAA authorization is not properly-executed); No PTO 71A | Sanofi |
| 52 | Jones | Valerie | 2:19-cv-10778 | 05/28/2019 | PFS Not Substantially Complete; Authorizations (No Workers comp, Disability and Health Insurance authorizations); No PTO 71A; No CMO 12A | 505 |
| 53 | Kalsky | Theresa | 2:19-cv-12400 | 08/30/2019 | PFS Not Substantially Complete; Authorization (No Worker's comp and disability authorizations); No CMO 12A | 505 |
| 54 | Kelley | Shannon | 2:18-cv-11289 | 11/20/2018 | Authorizations (Insurance authorization - Plaintiff improperly inserted her own information in addressee lines); No PTO 71A | Sanofi |
| 55 | King | Tundra | 2:19-cv-13876 | 11/26/2019 | Authorizations (Disability authorization - Plaintiff inserted her own name in addressee line) | Both Sanofi and 505 |
| 56 | Knight | Michele | 2:19-cv-12394 | 8/30/2019 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | 505 |
| 57 | Kwon | Jung Yon | 2:18-cv-06358 | 06/29/2018 | No CMO 12A | 505 |
| 58 | Lance | Gwen | 2:19-cv-11413 | 06/28/2019 | No CMO 12A | 505 |
| 59 | Lee | Felicia | 2:17-cv-06826 | 7/17/2017 | Authorizations (Insurance, disability and workers compensation authorizations are not witnessed) | Sanofi |
| 60 | Lewis | Sandra | 2:20-cv-00319 | 01/29/2020 | No CMO 12A | 505 |
| 61 | Lopez | Anna | 2:18-cv-08593 | 9/13/2018 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | 505 |
| 62 | Lopez | Melinda | 2:19-cv-14102 | 12/5/2019 | No PTO 71A | Sanofi |
| 63 | Lupo | Arlene | 2:19-cv-13265 | 10/24/2019 | Authorizations (No Employment authorization) | 505 |
| 64 | Martz | Deborah | 2:20-cv-03077 | 11/12/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, or PTO 71A) | Sanofi |
| 65 | McCarty | Benita | 2:19-cv-06144 | 4/1/2019 | Authorizations (Insurance authorization is not witnessed) | Sanofi |
| 66 | McClendon | Jackie | 2:19-cv-14256 | 12/8/2019 | Shell PFS; PFS Not Substantially Complete; No PTO 71A | Sanofi |
| 67 | Menard | Sarah | 2:18-cv-07985 | 8/21/2018 | PFS Not Substantially Complete; No Authorizations; No PTO 71A; No CMO 12A | 505 |
| 68 | Metcalf-Underwood | Caroline | 2:20-cv-03236 | 11/30/2020 | Shell PFS; PFS Not Substantially Complete; No Authorizations; No PTO 71A | Both Sanofi and 505 |
| 69 | Meyers | Deborah | 2:19-cv-11402 | 06/28/2019 | No CMO 12A | 505 |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 70 | Miles | Marilyn | 2:19-cv-03429 | 03/26/2019 | No CMO 12A | 505 |
| 71 | Miner | Mary | 2:19-cv-13168 | 10/17/2019 | No PTO 71A | Sanofi |
| 72 | Mitchell | Gloria | 2:20-cv-00302 | 01/28/2020 | No CMO 12A | 505 |
| 73 | Moon-Miller | Antoinette | 2:20-cv-03326 | 12/4/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 |
| 74 | Moreno | Deborah | 2:18-cv-06270 | 6/26/2018 | Authorizations (Insurance authorization is not witnessed) | Sanofi |
| 75 | Morgan | Gloria | 2:20-cv-00295 | 01/28/2020 | No CMO 12A; No PTO 71A | 505 |
| 76 | Mullins | Tina | 2:19-cv-14126 | 12/6/2019 | Authorizations (No HIPAA authorization); No PTO 71A | Sanofi |
| 77 | Nelson | Delores | 2:19-cv-00050 | 1/4/2019 | PFS Not Substantially Complete; No PTO 71A | Sanofi |
| 78 | Niezgoda | Ramona | 2:18-cv-13371 | 12/11/2018 | Authorizations (No Disability, Employment and Workers Compensation authorizations); No CMO 12A; No PTO 71A | Both Sanofi and 505 |
| 79 | Oaks | Connie | 2:19-cv-02296 | 3/12/2019 | No PTO 71A | Sanofi |
| 80 | Olin | Valerie | 2:18-cv-14300 | 12/28/2018 | No CMO 12A | 505 |
| 81 | Olsson | Betty | 2:18-cv-12360 | 12/4/2018 | No CMO 12A | Both Sanofi and 505 |
| 82 | Partee | Vicki | 2:19-cv-14259 | 12/08/2019 | No CMO 12A; No PTO 71A | 505 |
| 83 | Persaud | Jeany | 2:18-cv-07973 | 08/21/2018 | PFS Not Substantially Complete; No Authorizations; No PTO 71A; No CMO 12A | 505 |
| 84 | Peters | Barbara | 2:20-cv-00181 | 1/16/2020 | Authorizations (No Insurance authorization) | Sanofi |
| 85 | Peterson | Claudia | 2:18-cv-12282 | 12/4/2018 | No PTO 71A | Sanofi |
| 86 | Petty | Elena | 2:19-cv-12920 | 10/02/2019 | No CMO 12A | 505 |
| 87 | Pierre-Canel | Marie | 2:18-cv-02818 | 3/15/2018 | PFS Not Substantially Complete | Sanofi |
| 88 | Pirtle | Laverne | 2:19-cv-11979 | 8/1/2019 | No PTO 71A | Sanofi |
| 89 | Powell | Meredith | 2:18-cv-01521 | 2/14/2018 | Authorizations (Insurance authorization is not dated or witnessed and Plaintiff inserted her own personal information in the addressee line) | Sanofi |
| 90 | Purrell-Barry | Marcia | 2:19-cv-14177 | 12/6/2019 | No PTO 71A | Sanofi |
| 91 | Raimer | Jane | 2:18-cv-03459 | 4/1/2018 | No PTO 71A | Sanofi |
| 92 | Rathgeber | Cindy | 2:18-cv-11917 | 11/30/2018 | No CMO 12A | 505 |
| 93 | Reeves | Deborah | 2:18-cv-13203 | 12/10/2018 | No PTO 71A | Sanofi |
| 94 | Reilly | Coralia | 2:19-cv-14339 | 12/09/2019 | No CMO 12A | 505 |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|------|-------|----------------|---------------------|---------------------------|----------------|
| 95 | Rivers | Rose | 2:17-cv-16735 | 12/11/2017 | Authorizations (HIPAA authorization is not dated appropriately) | Sanofi |
| 96 | Ross | Janet | 2:18-cv-03443 | 03/30/2018 | Authorizations (No Workers Compensation, Employment and Disability Authorizations); No PTO 71A; No CMO 12A | 505 |
| 97 | Roth | Dusty | 2:18-cv-08078 | 8/23/2018 | Authorizations (Not dated; Insurance authorization is not witnessed); No PTO 71A | Sanofi |
| 98 | Rutherford | Marion | 2:18-cv-06000 | 6/15/2018 | No CMO 12A | Both Sanofi and 505 |
| 99 | Savage | Opal | 2:18-cv-13017 | 12/10/2018 | Authorizations (No Disability, Workers Compensastion or Employment authorizations); No CMO 12A | 505 |
| 100 | Schwichtenberg | Margaret | 2:20-cv-03443 | 12/22/2020 | No PTO 71A | Sanofi |
| 101 | Simmons | Teresa | 2:18-cv-10309 | 11/1/2018 | No PTO 71A | Sanofi |
| 102 | Smith | Barbara | 2:20-cv-03279 | 12/2/2020 | PFS Not Substantially Complete; Authorizations (No Psychiatric Records Authorization); No PTO 71A | Sanofi |
| 103 | Smith | Roanna | 2:18-cv-13220 | 12/10/2018 | No PTO 71A (Counsel failed to sign) | Sanofi |
| 104 | Smith | Shirley | 2:19-cv-01228 | 2/8/2019 | No PTO 71A | Sanofi |
| 105 | Smith | Verniece | 2:18-cv-13890 | 12/17/2018 | No PTO 71A | Sanofi |
| 106 | Snyder | Diana | 2:19-cv-12337 | 8/28/2019 | Proof of Injury (Plaintiff had scalp biopsy but failed to provide preservation letter required by PFS) | Sanofi |
| 107 | St. Louis | Betty | 2:19-cv-12364 | 8/29/2019 | Shell PFS | Sanofi |
| 108 | Strong | Tammy | 2:18-cv-13532 | 12/11/2018 | No PTO 71A | Sanofi |
| 109 | Sydnor | Deborah | 2:19-cv-14321 | 12/9/2019 | Proof of Injury (Plaintiff had scalp biopsy but failed to provide preservation letter required by PFS) | Sanofi |
| 110 | Taylor | Shana | 2:19-cv-13301 | 10/28/2019 | No CMO 12A | 505 |
| 111 | Thomason | Cindy | 2:17-cv-10773 | 4/4/2017 | No PTO 71A | 505 |
| 112 | Todd | Dianna | 2:18-cv-05976 | 6/15/2018 | No PTO 71A | Sanofi |
| 113 | Townes | Ann | 2:19-cv-02478 | 03/19/2019 | No CMO 12A | 505 |
| 114 | Vanpelt | Patricia | 2:19-cv-14263 | 12/8/2019 | No PTO 71A | Sanofi |
| 115 | Vargas | Jeannie | 2:19-cv-13480 | 11/7/2019 | Authorizations (No Psychiatric records or insurance authorizations - submitted authorization for different Plaintiff); No PTO 71A | Sanofi |
| 116 | Waterman-Jackson | Lenore | 2:18-cv-09589 | 10/16/2018 | Authorizations (HIPAA authorization expired when submitted to Centrality) | Sanofi |
| 117 | Watts | June | 2:19-cv-14033 | 12/4/2019 | No CMO 12A | Both Sanofi and 505 |
| 118 | Webster | Bonita | 2:19-cv-10147 | 05/07/2019 | No CMO 12A | 505 |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 119 | Wgeishoski | Margaret | 2:18-cv-01528 | 2/13/2018 | Authorizations (HIPAA authorization is not signed, No Psychiatric records authorization; Insurance authorization is not signed, dated or witnessed) | Sanofi |
| 120 | Williams | Nina | 2:18-cv-08950 | 9/26/2018 | No PTO 71A | Sanofi |
| 121 | Wilson | Maureen | 2:18-cv-02940 | 3/19/2018 | PFS Not Substantially Complete | Sanofi |
| 122 | Wilson | Mevilyn | 2:18-cv-01529 | 2/13/2018 | Authorizations (HIPAA authorization is not dated; Insurance authorization - Plaintiff inserted her own personal information in the addressee line) | Sanofi |
| 123 | Winston Allen | Kathryn | 2:18-cv-09295 | 10/5/2018 | No PTO 71A | Sanofi |
| 124 | Yantzer | Carmen | 2:20-cv-03240 | 11/30/2020 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | Sanofi |
| 125 | Young Belizaire | Gloria | 2:18-cv-01530 | 2/13/2018 | Authorizations (Psychiatric records authorization is not signed or dated; Insurance authorization is not signed, dated or witnessed) | Sanofi |
| 126 | Zubee | Eleanor | 2:18-cv-00815 | 01/26/2018 | Authorizations (No Disability or Health Insurance Authorizations); No CMO 12A | 505 |