# EXHIBIT B

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|------|-------|----------------|----------------------|---------------------------|----------------|
| 1 | Allen | Cynthia | 2:17-cv-06967 | 7/21/2017 | No PTO 71A | Both Sanofi and 505 |
| 2 | Barbeauld | Michelle | 2:17-cv-13268 | 11/24/2017 | No PTO 71A | Both Sanofi and 505 |
| 3 | Boyd | Caroline | 2:17-cv-12184 | 11/10/2017 | No PTO 71A | Both Sanofi and 505 |
| 4 | Brown | Tammy | 2:17-cv-05427 | 5/31/2017 | PFS Not Substantially Complete (No Before Photos - doesn't show scalp; No After/Current Photos) | Both Sanofi and 505 |
| 5 | Chioda | Marlene | 2:17-cv-12690 | 11/17/2017 | PFS Not Substantially Complete (No Proof of Use) | Both Sanofi and 505 |
| 6 | Hawkins | Lina | 2:16-cv-16790 | 12/1/2016 | No PTO 71A | Both Sanofi and 505 |
| 7 | Kalsky | Theresa | 2:19-cv-12400 | 8/30/2019 | PFS Not Substantially Complete (No Proof of Use) | Both Sanofi and 505 |
| 8 | Reilly | Coralia | 2:19-cv-14339 | 12/9/2019 | No CMO 12A | Sanofi |
| 9 | Spencer | Celia | 2:20-cv-00045 | 1/6/2020 | No Authorizations (Psychiatric) | Sanofi |
| 10 | Stringer | Joann | 2:17-cv-04630 | 5/3/2017 | No PTO 71A (Signed by Husband, but No Substitution on File) | Sanofi |