UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO:

Shana Taylor

Case No. 2:19-cv-13301

## STATEMENT OF PLAINTIFF'S COUNSEL

　　Our Firm represents Shana Taylor whose case is on a Notice of Non-Compliance to be heard by the Court at an upcoming hearing (no date set yet). I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

　　The deficiency is not cured and there is no defense to the request for a dismissal.


Dated: May 11, 2021　　　　　　　　　　　　　　/s/ Ryan J Browne
　　　　　　　　　　　　　　　　　　　　　　　Ryan J Browne
　　　　　　　　　　　　　　　　　　　　　　　**REYES | BROWNE | REILLEY**
　　　　　　　　　　　　　　　　　　　　　　　8222 Douglas Avenue, Suite 400
　　　　　　　　　　　　　　　　　　　　　　　Dallas, Texas 75225
　　　　　　　　　　　　　　　　　　　　　　　(214) 526-7900
　　　　　　　　　　　　　　　　　　　　　　　ryan@reyeslaw.com

　　　　　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR PLAINTIFF**