PREVIOUSLY DESIGNATED AS CONFIDENTIAL

# EXHIBIT 5

**EXCERPTS OF THE DEPOSITION OF DAVID MADIGAN, PhD
DECEMBER 7, 2018**

# EXHIBIT 5

1           UNITED STATES DISTRICT COURT
2           EASTERN DISTRICT OF LOUISIANA
3
4                                    MDL NO.: 2740
                                     SECTION: H
5
6    IN RE: TAXOTERE (DOCETAXEL)
     PRODUCTS LIABILITY LITIGATION
7
8    This Document Relates To:
     Antoinette Durden, Case No. 2:16-cv-16635;
9    Tanya Francis, Case No. 2:16-cv-17410;
     Barbara Earnest, Case No. 2:16-cv-17144.
10   _____/
11
12                     December 7, 2018
                       8:13 a.m.
13
14
15        VIDEOTAPED DEPOSITION of DAVID MADIGAN, PHD,
16   held at the offices of Napoli Shkolnik PLLC, located
17   at 360 Lexington Avenue, New York, New York 10017,
18   before Anthony Giarro, a Registered Professional
19   Reporter, a Certified Realtime Reporter and a Notary
20   Public of the State of New York.
21
22
23
24
25   Job No. NJ3151484

|  | Page 106 |
|---|---|
| 1 | Q    Can there be others? |
| 2 | A    I'm not sure. I think maybe |
| 3 | years and years ago, I think -- you know, |
| 4 | certainly the last decade, I believe |
| 5 | they're the only two forms in use. |
| 6 | Q    When somebody fills out an |
| 7 | adverse event report, they can include |
| 8 | multiple adverse events on the same form; |
| 9 | right? |
| 10 | A    The actual form, the raw |
| 11 | form has a narrative. |
| 12 | Q    And the narrative can |
| 13 | include multiple adverse events? |
| 14 | A    Sure. I mean the coder can |
| 15 | attach multiple preferred terms to |
| 16 | that -- to a given narrative. |
| 17 | Q    To make it more simple, if |
| 18 | I've taken a drug and I experienced loss |
| 19 | of consciousness and -- |
| 20 | A    Fever. |
| 21 | Q    Fever, sure, thank you. |
| 22 | -- I can submit an adverse |
| 23 | event report, identifying the drug I took |
| 24 | and saying after taking the drug, I |
| 25 | experienced loss of consciousness and |

|  | Page 107 |
|---|---|
| 1 | fever? |
| 2 | A    Sure. |
| 3 | Q    There's no requirement when |
| 4 | someone fills out a form that they |
| 5 | indicate an outcome at all, is there? |
| 6 | MR. MICELI: Object to the |
| 7 | form. |
| 8 | A    I mean there's no |
| 9 | requirement -- requirements, period. It |
| 10 | is a form. People fill it out as they |
| 11 | see fit. |
| 12 | Q    A reporter can submit an |
| 13 | adverse event report and not check any of |
| 14 | the outcome boxes; right? |
| 15 | A    Yes. |
| 16 | Q    Including the disability or |
| 17 | permanent damage box? |
| 18 | A    That's right. |
| 19 | Q    There isn't -- if we're |
| 20 | talking about disability or permanent |
| 21 | damage, there isn't -- when the reporter |
| 22 | submits the report, they don't identify |
| 23 | the outcome to specific adverse events; |
| 24 | right? |
| 25 | MR. MICELI: Object to the |

|  | Page 108 |
|---|---|
| 1 | form. |
| 2 | A    That's right. It's one -- |
| 3 | the outcome is a box on the form, one |
| 4 | box. |
| 5 | Q    It's one box for the entire |
| 6 | form? |
| 7 | MR. MICELI: Object to the |
| 8 | form. |
| 9 | A    That's right. |
| 10 | Q    Does the methodology you've |
| 11 | used for your FAERS analysis in this case |
| 12 | assume that for every report that |
| 13 | contains a higher-level term of alopecias |
| 14 | and the checked box of disability and |
| 15 | permanent damage that the checked box |
| 16 | refers to the alopecias? |
| 17 | MR. MICELI: Object to the |
| 18 | form. |
| 19 | A    No. It doesn't assume that. |
| 20 | The definition of the endpoint in my |
| 21 | analysis is higher-level term of |
| 22 | alopecias, and that box is checked we've |
| 23 | been talking about. It is what it is. |
| 24 | Q    We got your higher-level |
| 25 | term alopecias, plus the box of |

|  | Page 109 |
|---|---|
| 1 | disability and permanent damage so far; |
| 2 | right? |
| 3 | A    Okay. |
| 4 | Q    Did you include a date on |
| 5 | your restriction analysis? |
| 6 | A    No. |
| 7 | Q    How far back does it go? |
| 8 | A    It actually goes back to the |
| 9 | beginning of the database which is -- I |
| 10 | think it might start in 1990, actually. |
| 11 | It goes back further than that. But the |
| 12 | results I provide, the raw results in |
| 13 | Appendix 4 begin with the first quarter |
| 14 | of 2000. |
| 15 | Q    We're going to come back to |
| 16 | that. Let's mark it now since we're |
| 17 | talking about it. |
| 18 | (The above-referred-to |
| 19 | document was marked as Exhibit 14 for |
| 20 | identification, as of this date.) |
| 21 | Q    This is Appendix 4 from your |
| 22 | report? |
| 23 | A    Yes. |
| 24 | Q    And as you said, your first |
| 25 | page of Appendix 4 begins in the year |

Page 110

1  2000; right?
2  A     Yes.
3  Q     And first quarter 2000, and
4  you identify events, and there are three
5  here.  You didn't limit the dates that
6  you searched; right?  You searched all
7  the way back?  You analyzed -- I'm sorry
8  -- the FAERS database without date
9  restriction?
10 A     That's right.
11 Q     Your Appendix 4 has three
12 cases in the first quarter of 2000?
13 A     Through the first quarter of
14 2000.
15 Q     When did those three cases
16 occur?  Were they in the first quarter of
17 2000?
18 A     I think so.  But I can't
19 swear to that.  I'd have to doublecheck.
20 Q     How would you check?
21 A     I'd look -- run my program.
22 I believe that's why I didn't print --
23 you know, I didn't include in the
24 spreadsheet anything before that time.  I
25 believe that's the case.  I'm not

Page 111

1  100 percent sure.
2  Q     You mentioned a couple of
3  times the program you ran of this
4  analysis.  What program is that?
5  A     CHIPT5F.PL.
6  Q     Is that referenced in your
7  report?
8  A     You have it.  I don't think
9  I referenced programs in my report.
10 Q     Is that a standard -- is
11 that a commercially available program or
12 is that a customized one?
13 A     It's customized.  I wrote
14 it.
15 Q     Can an adverse event report
16 contain multiple higher-level terms?
17 A     Sure.
18 Q     Did you specify whether --
19 say for the taxotere analysis, did you
20 specify whether docetaxel or taxotere is
21 the primary suspect or appeared anywhere?
22       MR. MICELI:  Object to the
23    form.
24 A     I did not do that.  It
25 appears anywhere in the list of drugs.

Page 112

1  Q     Is that the proper
2  terminology, the primary suspect or
3  concomitant; am I using that correctly?
4  A     Yes.
5  Q     Yes.  As long as docetaxel
6  or taxotere was listed for the taxotere
7  analysis, your search would find that?
8  A     That's right.
9  Q     And include it in your
10 results, if you had the criteria?
11 A     Sure.
12 Q     That wasn't a great
13 question.
14 A     Okay.  I don't think I
15 disagree.
16 Q     Did you limit your search to
17 instances of alopecia in women?
18 A     No.
19 Q     Why not?
20 A     I understand men can have
21 breast cancer.  I don't know.  I wasn't
22 asked to do that.  I didn't -- I didn't
23 do that.
24 Q     Did you limit your search to
25 breast cancer?

Page 113

1  A     No.
2  Q     And by that, breast cancer
3  patients or breast cancer chemotherapy
4  treatments.  Did you limit it either way?
5  A     I didn't limit it.  It's
6  taxotere and the endpoint we talked
7  about.
8  Q     Do you know if your
9  results -- let's start using numbers.
10       You came up with 31 reports
11 for taxotere; correct?
12 A     My analysis finds 31
13 reports, yeah, on taxotere meeting the
14 requirements of the criteria of the
15 endpoint.
16 Q     Are all of the 31 cases that
17 you identified women?
18 A     I don't know.
19 Q     Are all the 31 cases
20 involving breast cancer?
21 A     I don't know.
22 Q     Is that something you could
23 have looked at but decided not to?
24 A     It's not something I
25 considered.  Sex is recorded.  As a

29 (Pages 110 - 113)

Page 114

1  matter of fact, my analysis is stratified
2  by age, sex and year of report. So that,
3  I could have done. But it's not
4  something I said, you know, should I do
5  that. No, I won't do it. I never
6  considered doing that. The breast
7  cancer, maybe, maybe not. So there's an
8  indication field in the MedWatch form.
9  But it's quite incomplete. So it's
10 tricky.
11     Q    Do the 31 reports include
12 patients outside the U.S.?
13     A    Could do. I don't know.
14 They can do.
15     Q    You mentioned the program,
16 this customized program that you wrote:
17 CHIPT5F.PL?
18     A    PL.
19     Q    You couldn't have picked a
20 better, easier --
21     A    No. It's beautiful.
22     Q    Does it stand for something?
23     A    No.
24     Q    That's a program that you
25 wrote that reaches out and analyzes data

Page 115

1  from FAERS?
2     A    That's correct.
3     Q    How do you access the FAERS
4  data?
5     A    So I have extracted the
6  FAERS data out of the DrugLogic QSCAN
7  system. And that's proprietary to
8  DrugLogic, yeah. Let me just leave it at
9  that. That's the data I analyzed.
10    Q    Was that data as of a
11 particular date?
12    A    End of 2017.
13    Q    From inception through end
14 of 2017?
15    A    That's right. I think it's
16 1969, if my memory serves me right.
17    Q    Which certainly predates
18 taxotere?
19    A    Indeed.
20    Q    You said you never
21 considered limiting your analysis to
22 women; right?
23    A    That's right.
24    Q    You agree in a case like
25 this, that would be something that would

Page 116

1  be important to know --
2        MR. MICELI: Object to the
3  form.
4     Q    -- whether the effect was
5  the same on women versus men?
6     A    I really have no opinion. I
7  was asked to address certain questions.
8  I addressed it. This is the only
9  analysis I did.
10    Q    Nobody helped you perform
11 the actual analysis; right?
12    A    Correct, no. I did it
13 myself.
14        MR. MICHELMAN: We took a
15 couple of short breaks earlier for
16 the technical issues. Do you want to
17 keep going?
18        MR. MICELI: I was going to
19 suggest in about five minutes, we
20 take a break only because we ordered
21 lunch for you. And I think it's
22 going to be here around noon. So I
23 wanted to set it up to where we're
24 finishing the next session around
25 noon. So if you want to go five more

Page 117

1  minutes or so and take a ten-minute
2  break and come back.
3        MR. MICHELMAN: Is that okay
4  with you, Doctor?
5        THE WITNESS: I'm good.
6     Q    You ran your analysis using
7  your customized program?
8     A    Right.
9     Q    And it generated results;
10 right?
11    A    It did.
12    Q    How did you see those
13 results? What did they look like?
14    A    They looked like exactly
15 what you're looking at.
16    Q    Exhibit 14?
17    A    Exhibit 14.
18    Q    Is your customized software
19 capable of identifying manufacturer
20 control numbers within reports in the
21 FAERS system?
22    A    Capable of -- sure.
23    Q    Is your customized software
24 capable of identifying FAERS case ID
25 numbers in the database?

Page 118

1  A  Yes. Maybe I should
2  clarify. So the version of the FAERS
3  database that I have extracted from
4  DrugLogic, there's a roll for every
5  report in the FAERS database, six million
6  or whatever the number is. And there's a
7  bunch of columns in each one of those.
8  One of those is the manufacturer control
9  numbers, if it's there. And the other is
10 the case ID. But I don't look at them.
11  Q  Why not?
12  A  Why would I? I'm doing a
13 statistical analysis here.
14  Q  Your analysis tells you
15 there are 31 reports set out as you had
16 them in Exhibit 14; right?
17  A  Yes.
18  Q  For taxotere?
19  A  Right.
20  Q  What's contained in any
21 individual one of those reports other
22 than your required criteria, you have no
23 idea?
24  A  Sitting here this minute, I
25 have no idea. I can find out.

Page 119

1  Q  How would you find out?
2  A  I'd go back and change my
3  program and have it print out. If you
4  want manufacturer's control number, the
5  other fields, it's there. I can get it.
6  I don't have it. And I didn't generate
7  it.
8  Q  You could get the line item
9  reports?
10  A  I could, absolutely.
11  Q  And you said you could get
12 the manufacturer control numbers and the
13 FAERS IDs?
14  A  I can.
15  Q  And that would allow you to
16 look at the substance of the underlying
17 reports; right?
18  A  How so? I don't understand.
19 I'm not supposed to ask questions. I
20 don't understand.
21  Q  That's all right.
22     Do you know any way using a
23 manufacturer ID number you could obtain
24 the actual adverse event report for that
25 number?

Page 120

1  A  Sure. You could do a FOIA
2  request and get the report. I'm a
3  statistician. This is way outside my
4  bailiwick.
5  Q  If you had wanted to see
6  what was in these 31 reports, you know
7  how you could have done that; right?
8  A  Careful here. I mean I have
9  the information I need to do my analysis.
10 I have many, many fields from FAERS -- in
11 the FAERS database that I have. I use a
12 subset of those fields to do my analysis.
13 They are completely adequate for what I
14 am doing in this context.
15     If I wanted to access the
16 narrative, which I don't, particularly, I
17 would have to issue a FOIA request to get
18 those. It's the antitheses of what I'm
19 doing because here, this is a
20 disproportionality analysis. If I was to
21 do something with narratives, I'd have to
22 get the narratives for all the reports,
23 not on taxotere, and all the reports that
24 don't hit on my endpoint.
25     So I need every -- if I was

Page 121

1  to do something with narratives, which is
2  not what I'm doing here, I need -- I
3  wouldn't just need the 31. I can't do
4  anything with the 31. I'd need the whole
5  six million. And even then, I don't
6  exactly know what I'd do other than what
7  I'm doing here, Appendix 4.
8  Q  Thank you for that.
9  A  Okay.
10    MR. MICHELMAN: Could you
11 read back the question?
12    (The requested portion was
13 read back by the court reporter.)
14  A  Yeah. And I suppose --
15    MR. MICELI: Do you want him
16 to answer it again? He clicked back
17 through a number of pages.
18    MR. MICHELMAN: Actually, I
19 do want him to answer that question.
20    MR. MICELI: Then I'll
21 object because I think he did answer
22 it.
23  A  So I believe I have just
24 about -- what I'm stumbling over is just
25 the way you kind of phrased the question.

31 (Pages 118 - 121)

Page 122

1  I believe I have everything from the
2  FAERS report, except the narrative. And
3  then the rest of my answer stands.
4      Q    If you wanted to see the
5  narratives, you know how one could go
6  about getting them?
7      A    An individual narrative,
8  yes. All six million, I don't know.
9      Q    Certainly for the 31 reports
10 that you identified?
11     A    Right.
12     Q    You said that's not
13 something you want to do. Why not?
14          MR. MICELI: Object to the
15   form.
16     A    In this particular analysis,
17 you know, I'm using, you know, expert
18 coded MedDRA terms to define my endpoint.
19 So, you know, what I would do if I had
20 the narratives, I would have to map them
21 to some sort of standardized term. It's
22 what I did in the next analysis that
23 we're going to talk about of the internal
24 database.
25          But in the context of

Page 123

1  MedDRA, there's no reason -- I beg your
2  pardon, not MedDRA -- FAERS, there's
3  absolutely no reason for me to go to the
4  narratives.
5      Q    Before we break for lunch,
6  let me just go through a couple of quick
7  things following up on that.
8           Doctor, because you don't
9  have the narratives, you can't provide
10 any information about potential
11 confounders for any of the 31 taxotere
12 reports?
13          MR. MICELI: Object to the
14   form.
15     A    Yes, I can.
16     Q    How so?
17     A    All drugs. So that's what
18 the logistic regression specifically
19 focuses on. There's about 25,000 drugs,
20 unique drugs, something of that order, in
21 FAERS. And my analysis, my logistic
22 regression analysis adjusts for all of
23 those potential confounders. Let me just
24 leave it at that. The other analysis
25 controlled for age, sex and year of

Page 124

1  report.
2      Q    As it relates to any
3  specific individual among the 31, you
4  can't provide information about potential
5  confounders for that individual; right?
6  You've got 31 reports you identified;
7  right?
8      A    Right.
9      Q    You've done nothing to
10 identify whether any of those 31 have
11 potential confounders?
12     A    So confounding is not an
13 individual level concept; right?
14 Confounding is a causal concept that
15 refers to, you know, whether the estimate
16 of a causal effect is confounded. It
17 doesn't really operate at the unit level.
18     Q    Let me try a better
19 question.
20     A    Okay.
21     Q    You can't tell us what
22 specific drug regimens any of the 31
23 patients took?
24     A    I can see what drugs are
25 listed on the MedDRA form.

Page 125

1      Q    But do you have that here?
2      A    It's in the database. And I
3  adjust for it. And the logistic
4  regression specifically looks for that.
5      Q    But you didn't print out
6  that information?
7      A    You want me to print the
8  whole FAERS database?
9      Q    No. I'm talking about among
10 the 31, can you tell us, say Report
11 No. 4, what specific chemotherapy drugs
12 that patient took?
13          MR. MICELI: Object to the
14   form. Go ahead.
15     A    Sitting here this minute,
16 no. But if you want me to go and extract
17 that information, I can. And my programs
18 touch that and use that information, the
19 logistic regression. But I'm not --
20 that's not germane to my analysis.
21     Q    Not anything you've
22 considered in forming your opinions in
23 this case?
24          MR. MICELI: Object to the
25   form.

| Page 126 | Page 128 |
|---|---|
| 1   A   Yes, it is.  It is<br>2  considered in the logistic regression.<br>3   Q   For the 31 reports, can you<br>4  tell us for any of them individually<br>5  whether the person had docetaxel<br>6  monotherapy or combination therapy?<br>7   A   No.  I can get that therapy.<br>8  It's not part of -- it's not something<br>9  I've explicitly recorded.  It is part of<br>10 my analysis.  But it's not something I've<br>11 explicitly recorded.  But I'm showing you<br>12 the results of the analysis.<br>13   Q   Is it something you looked<br>14 at and relied upon as part of your<br>15 analysis?<br>16   A   In one particular analysis,<br>17 yes.<br>18   Q   You mean logistic<br>19 regression?<br>20   A   Yes.<br>21   Q   But that's not specific to<br>22 an individual report?<br>23       MR. MICELI:  Object to the<br>24  form.<br>25   A   Sure.  It's an analysis of | 1  sitting here this minute.<br>2   Q   Can you tell us whether any<br>3  of the 31 were diagnosed with androgenic<br>4  alopecia?<br>5   A   I can't this minute, sitting<br>6  here.  I have no idea if there's a MedDRA<br>7  for that or not.<br>8   Q   Can you tell us whether any<br>9  of the 31 reports involve patients who<br>10 got alopecia before they started<br>11 docetaxel?<br>12   A   No.  I cannot be certain of<br>13 that.<br>14   Q   You agree that if a patient<br>15 got alopecia weeks before they took<br>16 taxotere, that's something that would be<br>17 important for you to know?<br>18       MR. MICELI:  Object to the<br>19  form.<br>20   A   It's one of the limitations<br>21 of the spontaneous report analysis.<br>22 Actually, I think we touched on it<br>23 earlier this morning.  It's a limitation.<br>24 It's a concern about analysis like this.<br>25 Could that happen?  Yes, that could |
| **Page 127** | **Page 129** |
| 1  raw data.<br>2   Q   For any of the 31 reports,<br>3  can you tell us how -- what dose of<br>4  docetaxel?<br>5   A   That's not something I've --<br>6  I've considered.  There's also a field in<br>7  FAERS for the dose, again, sparsely<br>8  populated.<br>9   Q   As you sit here today, you<br>10 can't give us that information for any of<br>11 the 31?<br>12       MR. MICELI:  Object to the<br>13  form.<br>14   A   No, I cannot.<br>15   Q   As you sit here today for<br>16 any of the 31, can you tell us how long<br>17 they received docetaxel?<br>18   A   No, I cannot.<br>19   Q   As you sit here today, can<br>20 you tell us when any of the 31 developed<br>21 alopecia, relative to taking docetaxel?<br>22   A   Not specifically, I can't.<br>23   Q   How about generally?<br>24   A   No.  In terms of quantifying<br>25 these times, no, I cannot do that, | 1  happen.<br>2   Q   But one way to know if it<br>3  would happen would be to look at the<br>4  narrative; right?<br>5       MR. MICELI:  Object to the<br>6  form.<br>7   A   Possibly.  It might or might<br>8  not reveal that information.  Actually,<br>9  just to clarify, you'd have to look at<br>10 the narratives for every report in FAERS.<br>11 In this type of disproportionality<br>12 analysis, you can't just look at the 31.<br>13 You'd have to literally look at every<br>14 report.<br>15   Q   Well, if I just wanted to<br>16 know whether the 31 that you've<br>17 identified as -- let me back that up.<br>18       The 31 here are the ones<br>19 that lead to your conclusion that there<br>20 was a signal; correct?<br>21       MR. MICELI:  Object to the<br>22  form.<br>23   A   No.  It's not these 31.  The<br>24 disproportionality analysis at its core<br>25 considers four numbers. |

Page 130

1  Q    One of them is 31?
2  A    One of them is 31. But then
3  there's all the other ones.
4  Q    We're going to get there.
5  A    No --
6       MR. MICELI: Objection. You
7  have to let him answer the question,
8  please.
9  A    You're suggesting that I
10 could have pulled -- correct me if I'm
11 wrong. You're suggesting I could have
12 pulled the 31 narratives. And based for
13 the 31 that are -- there's taxotere
14 listed as a drug. And they hit on the
15 endpoint as we've been describing. And I
16 could have gotten the narratives for
17 those. And maybe -- I don't know.
18 Actually, we might get some insight into
19 temporal questions that you're
20 requesting. So that's true. I don't
21 disagree with that.
22      But if you're to do a
23 disproportionality analysis, you can't
24 just do that for taxotere. You've got to
25 do that for the background as well. So

Page 131

1  you have to look at -- for this to be
2  meaningful and non-biased, you would have
3  to do that for every report in the
4  database.
5  Q    Clearly not something you've
6  done?
7  A    No.
8       MR. MICHELMAN: Let's take a
9  break.
10      THE VIDEOGRAPHER: Thank
11 you. The time now is 11:01. We're
12 going off the record.
13      (A short recess was taken.)
14      THE VIDEOGRAPHER: The time
15 now is approximately 11:15. We're
16 back on the record. This is the
17 beginning of Media 3.
18 Q    Doctor, in Exhibit 14,
19 Appendix 4, there's the column where
20 you're tracking the number of reports;
21 right?
22 A    Yup.
23 Q    And it's cumulative, year
24 over year, quarter over quarter?
25 A    Yes.

Page 132

1  Q    And all the way up through
2  2011, there are a total of how many
3  reports?
4  A    Through the end of 2011,
5  there are 11 reports with the drug
6  docetaxel.
7  Q    So 11 reports over at least
8  11 years; right?
9  A    Yes.
10 Q    In 2012, you've identified
11 six reports in that year alone; right?
12 A    Yes.
13 Q    If you were looking for
14 reasons why there'd be an increase like
15 that in 2012, one of those reasons would
16 be stimulated reporting; correct?
17      MR. MICELI: Object to the
18 form.
19 A    That's certainly not what I
20 would look to first. First of all, it's
21 not particularly remarkable. It could
22 depend -- I don't know about the usage of
23 the drug, whether that was going up,
24 going down. And it could also be to do
25 with latency. So there are -- it is what

Page 133

1  it is. There's nothing remarkable about
2  the fact there were six reports in one
3  year.
4  Q    Even if there was an average
5  of one a year before then?
6  A    Yeah. There's a randomness
7  to the flow of reports into the agency,
8  to the timing of the reports and so on.
9  So I don't find that remarkable at all.
10 Q    Did you look into what, if
11 anything, might have stimulated
12 artificially increased reports in 2012?
13      MR. MICELI: Object to the
14 form.
15 A    My analysis doesn't go
16 there. My analysis has nothing to do
17 with the timing of the reports coming
18 into the FDA. It's simply, had you
19 analyzed the FAERS database in a
20 particular moment in time, here's what
21 you would have seen.
22 Q    Just to close this out, in
23 2016, you've identified five reports in
24 that year -- right? -- for taxotere?
25 A    So it seems.

|  |  |
|---|---|
| Page 134<br>1   Q    If I asked the same<br>2   questions --<br>3        MR. MICHELMAN: Go ahead and<br>4   ask.<br>5        MR. MICELI: You said in<br>6   2016?<br>7        MR. MICHELMAN: Yes.<br>8        MR. MICELI: Okay. Thank<br>9   you.<br>10  Q    Do you find five reports in<br>11  2016 to be remarkable?<br>12  A    No, not one bit.<br>13  Q    And, once again, you didn't<br>14  look into what, if anything, might have<br>15  accounted for an increase in reports in<br>16  2016?<br>17  A    There's nothing that would<br>18  prompt me to look at that. If it was a<br>19  jump of 5,000, we might have a different<br>20  conversation. But nothing here strikes<br>21  me as in any way unusual.<br>22  Q    If there were 5,000, what<br>23  would you think happen?<br>24  A    I have no idea. I've never<br>25  seen that. Excuse me. That would catch | Page 136<br>1   produced. What I mentioned earlier,<br>2   materials not obtained off of his<br>3   reference list but what Adrienne<br>4   requested, and we provided. That's<br>5   when you went over the last ones, the<br>6   R program, I think. It's a document<br>7   that has the code on it.<br>8   Q    Is it?<br>9   A    That's actually a fragment<br>10  from the program, from one of the<br>11  programs. But you have all of them. You<br>12  have the entire programs.<br>13       (The above-referred-to<br>14  document was marked as Exhibit 15 for<br>15  identification, as of this date.)<br>16  Q    I've marked as Exhibit 15<br>17  your Appendix 5 from your report.<br>18  A    I'm just reacting to your<br>19  use of the term customized. I don't want<br>20  people to think who are reading this,<br>21  customized means secret in some way.<br>22  Q    That is what I'm trying to<br>23  understand.<br>24       Do we have your customized<br>25  program such that we could run your |
| Page 135<br>1   one's eye. What looks to me here looks<br>2   like a normal accumulation of reports to<br>3   FAERS.<br>4   Q    You mentioned earlier that<br>5   you excluded attorney reports for your<br>6   analysis?<br>7   A    Yes.<br>8   Q    How did you do that?<br>9   A    So there's a field in MedDRA<br>10  which is the -- it's called the reporter,<br>11  basically. And there are health care<br>12  professionals, is the dominant category.<br>13  But one of the categories is lawyer.<br>14  Q    And how do you exclude that<br>15  in your analysis?<br>16  A    There's a line of code in<br>17  the program that does that.<br>18  Q    This is in your custom<br>19  software?<br>20  A    Yes, which you have. If you<br>21  had it in front of us here, I can show<br>22  you.<br>23  Q    I have what?<br>24  A    The code, the program.<br>25       MR. MICELI: Part of what we | Page 137<br>1   actual search and try and duplicate your<br>2   results?<br>3   A    My actual analysis, yes,<br>4   absolutely. That's the intention. Did<br>5   you want to ask me a question about<br>6   Exhibit 15?<br>7   Q    Thank you.<br>8        You mentioned on<br>9   Exhibit 15 -- let's just make sure we're<br>10  clear here. This is actually Appendix 5<br>11  and 6 from your report. The top part is<br>12  the PERL from the Tosti definition. That<br>13  comes in later in your report; right?<br>14  A    That's right.<br>15  Q    And we have Exhibit 9 that<br>16  we've marked.<br>17       And how does Exhibit 9<br>18  relate to Exhibit 15?<br>19  A    So Exhibit 5 --<br>20  Q    Appendix 5.<br>21  A    Sorry. Beg your pardon.<br>22  Appendix 5 is a fragment, if you will,<br>23  from the program Tosti F.PL which is<br>24  listed in Exhibit 9.<br>25  Q    Okay. |

35 (Pages 134 - 137)