**PREVIOUSLY DESIGNATED AS CONFIDENTIAL**

# EXHIBIT 9

**EXCERPTS AND EXHIBITS OF THE
DEPOSITION OF DAVID ROSS, MD
MARCH 4, 2021**

# EXHIBIT 9

Page 1

1                UNITED STATES DISTRICT COURT
2                EASTERN DISTRICT OF LOUISIANA
3       *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
4     ELIZABETH KAHN,                      CASE NO.
          Plaintiff,                 2:16-cv-15397
5     v.
      SANOFI S.A.,
6     SANOFI-AVENTIS U.S.,
      L.L.C., SANOFI US
7     SERVICE, INC.,
          Defendants.
8
9
10      *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
11
                        VIDEOTAPED
12                   EXPERT DEPOSITION
                          OF
13                   DAVID ROSS, M.D.
14           taken on Thursday, March 4, 2021
15             Commencing at 9:11 a.m.
16                        at
17                       Zoom
                  Baltimore, Maryland
18
19
20
21
22
23
24
25

Page 82

1  chemotherapy, correct?
2     A.   Yes.
3     Q.   Okay.
4          I want to look at a couple of documents
5  with you.  What I want to do, doctor, is apply the
6  methodology that you used when you were at the FDA
7  to look at a couple of specific events to make sure
8  that I understand what you would be doing.  Does
9  that make sense?
10         MR. MICELI:  Object to the form.
11 BY MR. STRONGMAN:
12    Q.   All right, doctor, I have uploaded what
13 has been marked as Deposition Exhibit No. 6 and let
14 me know when you can view that exhibit.
15         (Whereupon Exhibit No. 6 was marked
16         for Identification.)
17         (Witness peruses document.)
18    A.   Good.  Because I want to try and stay
19 within the videographer's -- I'm just trying to --
20 here we are.  I just want to -- okay.
21    Q.   Do you have Exhibit No. 6 up?
22    A.   I do.
23    Q.   What Exhibit No. 6 is, is a follow-up
24 adverse event report, correct?
25         (Witness peruses document.)

Page 83

1     A.   I believe so, yes.
2     Q.   And there is a cover letter on Exhibit
3  No. 6 with the date of February 11th, 1999; is that
4  correct?
5     A.   Yes.
6     Q.   And this is a cover letter from Rhone
7  Blanc to the FDA, correct?
8     A.   Yes.
9     Q.   And it is submitting a follow-up report
10 with a manufacturer's report number FR90-11740.
11 Do you see that?
12         (Witness peruses document.)
13    A.   Yes.
14    Q.   And if you could look at the actual
15 MedWatch Report and let me know when I'm there.
16    A.   I'm there.
17    Q.   Okay.
18         And this MedWatch Report is involving a
19 47-year old female patient with breast cancer,
20 correct?
21         (Witness peruses document.)
22    A.   Correct.
23    Q.   And it indicates that this patient
24 received docetaxel treatment from August 28th to
25 December 17th, 1998, correct?

Page 84

1     A.   Yes -- actually, Mr. Strongman, I'm
2  sorry.  I'm just looking at box No. 3 and I want to
3  make sure that I'm answering this correctly.  This
4  says November 5th, '98 to November 5th of '98.  So
5  your narrative may be different than that, but I
6  just wanted to make sure that I'm....
7     Q.   Okay.
8          You can see -- and do you see the
9  narrative in box No. 5?
10    A.   I do.
11    Q.   And it states:  "This 47-year old female
12 patient with breast cancer received treatment with
13 docetaxel from August 28th to December 17th, 1998. "
14         Did I read that correctly?
15         (Witness peruses document.)
16    A.   Yes.
17    Q.   Then when you look down under that date,
18 it says:  "The patient experienced decreased
19 sharpness of vision after infusion.  Date unknown.
20 Now the patient can see contours.  Investigator
21 considers event as possibly related to study drug."
22         Do you see that?
23         (Witness peruses document.)
24    A.   Sorry, I'm just trying to find the
25 possibly related.  Okay.  Yes, I do see that.

Page 85

1  Report No. 1.
2     Q.   And then there is a follow-up report No.
3  1 with a date of December 28th, 1998.
4          Do you see that?
5          (Witness peruses document.)
6     A.   Yes.
7     Q.   And you would agree with me that
8  December 28th, 1998 is 11 days after December 17th,
9  1998, correct?
10         (Witness peruses document.)
11    A.   I'm sorry, give me the dates again.  I'm
12 sorry.
13    Q.   You would agree with me --
14    A.   Yes.
15    Q.   -- that December 28th, 1998, is 11 days
16 after December 17th, 1998, correct?
17    A.   Correct.
18    Q.   And in this follow-up report of
19 December 28th, 1998, there is a paragraph that says:
20 "The patient also experienced mild paraesthesia,
21 alopecia, bone pain and neurological pain.  The
22 patient was in complete response for the cancer two
23 weeks ago."
24         Did I read that correctly?
25         (Witness peruses document.)

22 (Pages 82 - 85)

1    A.   Yes.
2    Q.   And so you would agree, doctor, that
3   this report of a patient experiencing alopecia
4   11 days after completing docetaxel treatment would
5   not be unexpected, correct?
6        (Witness peruses document.)
7    A.   I'm sorry, I am just looking at the Med
8   Alert Report. Well, first off, you may need to help
9   me out here. I'm actually looking in box B, adverse
10  event or product problem. And it doesn't list the
11  adverse event being reported here. So I mean the
12  narrative -- you know, I don't know if this was
13  reported as -- you know, as decreased vision and
14  alopecia, whatever. But leaving that aside, let's
15  assume what alopecia, was. Uhmm, this is 11 days
16  later. That does not mean that we know what
17  happened three months or six months or nine months
18  later. So I don't think I can draw any conclusions
19  about this.
20       The other thing though, and this is the
21  most important point, this is not the methodology
22  that would be used in terms of going through
23  individual reports. And certainly looking at a
24  single report. If you look at the typical labeling
25  reviews, it's very unusual -- I shouldn't say "very

1   unusual", but the norm is not to like go through
2   each report one by one. It's to describe the
3   population in terms of various aspects like
4   demographics, duration of exposure, latency of the
5   adverse event and duration. So aggregate.
6        Doing things one at a time, does not
7   help you with this. It doesn't -- it can on
8   occasions. I certainly have labeling supplements
9   that work based on a few case reports. But this is
10  -- just to be clear, this is not the methodology to
11  like, painstakingly go through an individual report.
12   Q.   Okay.
13       And doctor, my question was just: The
14  fact that a patient reports alopecia 11 days after
15  completing treatment with docetaxel is nothing
16  unexpected based on that information alone, correct?
17   A.   You've just carved that out. I don't
18  have any other, you know, information. It does not
19  -- by itself that is not unexpected. By itself.
20   Q.   Right, understood.
21       I will be uploading Exhibit No. 7 here
22  momentarily, doctor. And if you could let me know.
23       MR. MICELI:  Jon, just for the limited
24       nature of my screen space because I'm out
25       of town and operating only on a laptop,

1        when you're concluding with exhibits, is
2        it your intent that you will be coming
3        back to this particular report?
4        MR. STRONGMAN:  Not necessarily, no.
5        MR. MICELI:  I just want to know what
6        I can delete to save some space. Thank
7        you.
8        (Whereupon Exhibit No. 7 was marked
9        for Identification.)
10  BY MR. STRONGMAN:
11   Q.   Doctor, do you have Exhibit No. 7 in
12  front of you?
13       (Witness peruses document.)
14   A.   I do.
15   Q.   And Exhibit No. 7 is another follow-up
16  adverse event report, correct?
17   A.   Let me just -- yes.
18   Q.   This has a cover letter dated
19  February 4th, 1998, correct?
20   A.   Correct.
21   Q.   And this is a follow-up report involving
22  the adverse event with a main contractual control
23  number of FR90-09442, correct?
24       (Witness peruses document.)
25   A.   Correct.

1    Q.   Okay.
2        And if you can flip over and look at the
3   MedWatch form and let me know when you're there.
4        (Witness peruses document.)
5    A.   Okay.
6    Q.   And this involves a report of a 68-year
7   old man with non-small cell lung cancer; is that
8   correct?
9    A.   That's what it says, yes.
10   Q.   And it indicates that this patient
11  received his third course of docetaxel on
12  December 16th, 1997, and experienced blurring of
13  vision and hearing loss.
14       Do you see that?
15       (Witness peruses document.)
16   A.   Yes.
17   Q.   And then there's a Follow-Up No. 1,
18  Follow-Up No. 2 and a Follow-Up No. 3. Do you see
19  that?
20       (Witness peruses document.)
21   A.   Yes.
22   Q.   And it states under Follow-Up No. 3
23  that: "On August 26th, 1997, he received his second
24  course of docetaxel, post-infusion he experienced
25  vomiting, alopecia, fatigue, pain, cough, poor

23 (Pages 86 - 89)

1  appetite and weight loss."
2      Did I read that correctly?
3      (Witness peruses document.)
4  A.  Yes.
5  Q.  And then it indicates that the next
6  cycle, 3, was administered on September 16th, 1997,
7  correct?
8      (Witness peruses document.)
9  A.  Yes.
10  Q.  And then it indicates that the patient
11  died on January 11th, 1998 of progressive disease,
12  correct?
13      (Witness peruses document.)
14  A.  Yes.
15  Q.  And based on the information provided in
16  this adverse event report, Exhibit No. 7, alone, the
17  patients's report of alopecia during his second
18  course of docetaxel would not be unexpected,
19  correct?
20      MR. MICELI:  Object to the form.
21      (Witness peruses document.)
22  A.  Uhmm, I guess if you want to look at
23  this by -- in terms of this individual report, so
24  that's what you want, just no other information, so
25  I guess I'd reach three conclusions just based on

1  this report.  One, Taxotere is not effective in the
2  treatment of non-small cell lung CA.  This patient
3  died of progressive disease.
4      Two, it causes permanent or nonresolving
5  maybe I should say, visual disturbances, unlike the
6  first patient.  With regard to alopecia, I don't
7  think you can draw any conclusions one way or the
8  other.  Because of the limited data.
9  Q.  Based on the limited data provided in
10  the adverse event report marked as Exhibit No. 7,
11  you cannot conclude that the alopecia reported was
12  unexpected, correct?
13  A.  Again, I can't characterize it one way
14  or the other.  Again, I gave conclusions that you
15  could draw if you just take this by itself.
16  Q.  Fair enough.
17      And doctor, I'm going to upload another
18  exhibit, Exhibit No. 8 and let me know when that
19  shows up.
20      (Whereupon Exhibit No. 8 was marked
21      for Identification.)
22      (Witness peruses document.)
23  A.  Okay.
24  Q.  And doctor, do you have Exhibit No. 8 in
25  front of you?

1  A.  I do.
2  Q.  And this is an adverse event report with
3  a manufacturer report No. JP01-01616, correct?
4      (Witness peruses document.)
5  A.  Correct.
6  Q.  This is a report involving a 54-year old
7  female patient with non-small cell lung cancer who
8  received her first course of docetaxel on
9  December 7th, 1998.
10      Do you see that?
11      (Witness peruses document.)
12  A.  Yes.
13  Q.  And the narrative indicates that on
14  December 14th, 1998 she experienced hearing
15  decreased in the left ear, vertigo, liver
16  dysfunction, fever, alopecia and leukopenia."
17      Did I read that correctly?
18      (Witness peruses document.)
19  A.  Yes.
20  Q.  And doctor, based solely on the
21  information contained in Deposition Exhibit No. 8,
22  you would agree that the patient reporting alopecia
23  seven days after her first course of docetaxel would
24  not be unexpected, correct?
25      MR. MICELI:  Objection to form.

1  A.  So with the understanding, and I explain
2  this in Paragraph No. 71 of my report, that this
3  tallying up of individual events does not represent
4  Pharmacovigilance.  I can't draw a conclusion one
5  way or the other if this is all that I look at.
6  Q.  My computer is slow here for a second,
7  just give me a little latitude there.  All right.
8      I have introduced what I've marked as
9  Deposition Exhibit No. 9.  Let me know when that
10  shows up.
11      (Whereupon Exhibit No. 9 was marked
12      for Identification.)
13      (Witness peruses document.)
14  A.  I'm sorry, I have 8 here.  Hang on and
15  let me refresh.
16  Q.  Do you see Exhibit No. 9 yet, doctor?
17  A.  I do.
18  Q.  And do you have Exhibit No. 9 pulled up?
19  A.  I do.
20  Q.  Okay.
21      And this is an adverse event report form
22  with a manufacturer report No. 2002-21684 U.S.,
23  correct?
24      (Witness peruses document.)
25  A.  Yes.

Page 94

1    Q.   And this, if you looked down in the box,
2  indicates that this is an initial report, correct?
3    A.   Yes.
4    Q.   And when you look at box No. 5 alopecia
5  is one of the events listed amongst many others.
6        Do you see that?
7        (Witness peruses document.)
8    A.   Yes.
9    Q.   And then if you would turn forward and
10  let me know when you're there to the narrative
11  portion of the report, you can --
12    A.   So this is just box No. 7, is that it?
13    Q.   I think it's a continuation of box B5,
14  if I'm not mistaken, that I'm pointing you to.
15    A.   Okay.  So I'm on the -- it's Page 4 of
16  6; is that what it is?
17    Q.   Correct.
18    A.   Okay.
19    Q.   Are you with me?
20        (Witness peruses document.)
21    A.   Yes.
22    Q.   Okay.
23        And the narrative indicates that this
24  spontaneous post-marketing case received from a
25  physician involved a female of unknown age who

Page 95

1  received Taxotere/docetaxel therapy on, I believe,
2  the 2nd of October, 2002 and the 30th of October,
3  2002.
4        Do you see that?
5        (Witness peruses document.)
6    A.   I do.
7    Q.   And then, if you look down at the bottom
8  of the narrative, it indicates that she also
9  received docetaxel on the 4th of December, 2002 and
10  the 11th of December, 2002.
11        Do you see that?
12    A.   Yes.
13    Q.   Okay.
14        And it indicates that the patient died
15  due to lung cancer, correct?
16    A.   Yes.
17    Q.   And when you look back at Page No. 16,
18  Exhibit No. 9, there is a box for outcomes for
19  deaths.
20        Do you see that?
21        (Witness peruses document.)
22    A.   Yes.
23    Q.   And while the specific date is unknown,
24  it indicates that the patient died in 2002, correct?
25    A.   Correct.

Page 96

1    Q.   And when you look at the narrative back
2  on Page No. 4 -- let me know when you get there.
3        (Witness peruses document.)
4    A.   I'm there.
5    Q.   Okay.
6        And in the narrative on Page No. 4 it
7  indicates that the patient was seen on the 20th of
8  November, 2002, and the patient states that she was
9  feeling better and was having less dyspnea on
10  exertion, but still had tachycardia with physical
11  activity.  She also stated Rofecoxib -- I can't say
12  that.  How would you pronounce that, doctor?
13    A.   Well, I'm not sure I'm going to do a
14  whole lot better, but Rofecoxib.  See?  The drug has
15  not been around in a while.
16        MR. MICELI:  It's Vioxx.
17        THE WITNESS:  That's -- I was going to
18        say that, but you beat me to it.
19        Rofecoxib, yes okay.
20  BY MR. STRONGMAN:
21    Q.   And it's R-o-f-e-c-o-x-i-b, correct,
22  doctor?
23    A.   Yes, and that's one major advantage I
24  will say, of brand names.
25    Q.   And it indicates that that medication

Page 97

1  was helping her temporomandibular joint discomfort,
2  correct?
3    A.   Yes.
4    Q.   And it indicates on that 20th of
5  November 2002 visit, alopecia was noted and the
6  patient was wearing a wig, correct?
7        (Witness peruses document.)
8    A.   Correct.
9    Q.   And again, the fact that a patient is
10  reporting alopecia in the middle of her Taxotere
11  therapy, based on that information alone, that would
12  not be an unexpected adverse event, correct?
13    A.   Okay.  I'd agree with that.
14    Q.   Okay.
15        I think I only have one more, doctor.
16        MR. MICELI:  I hate to interrupt you.
17        You said you have one more.  I'm assuming
18        one more AER report.  I have a call that
19        I have to make at 12:15 Central Time.
20        Just I wanted you to keep that in mind.
21        One of my -- well, it's something for a
22        family member.
23        MR. STRONGMAN:  Okay.  I will be -- I
24        will turn -- I will give you that break
25        at 12:15.

25 (Pages 94 - 97)

1        MR. MICELI:  Thank you, sir.
2        THE WITNESS:  I'll try to answer in
3     something under 1,000 words.
4  BY MR. STRONGMAN:
5     Q.   You're doing good, doctor, I appreciate
6  it.
7     A.   Okay.
8     Q.   Doctor, I've marked as Deposition
9  Exhibit No. 10, one more adverse event report.  Let
10 me know when you have that in front of you.
11       (Whereupon Exhibit No. 10 was marked
12       for Identification.)
13       (Witness peruses document.)
14    A.   I'm there.
15    Q.   And what we marked as Deposition Exhibit
16 No. 10 is another initial report; is that correct?
17    A.   Yes.
18    Q.   And the manufacturer number for this
19 initial report is 2002-22311 U.S., correct?
20    A.   Yes.
21    Q.   And under box No. 5 under the event hair
22 problems or hair loss is noted; is that correct?
23       (Witness peruses document.)
24    A.   Yes.
25    Q.   And then I want to look at the

1  narrative, if you can, on the next page with me,
2  doctor.
3        (Witness peruses document.)
4     A.   Okay.  I'm there.
5     Q.   And this indicates that this was a
6  patient who received adriamycin and Cyclophosphamide
7  followed by therapy with Taxotere for adjuvant
8  breast cancer beginning on the 24th of May, 2002; is
9  that correct?
10       (Witness peruses document.)
11    A.   Yes.
12    Q.   And it goes on to say that, according to
13 the reporter:  "The patient developed
14 hyperlacrimation on the 21st of June, 2002 while
15 receiving weekly docetaxel therapy.  Docetaxel
16 therapy was discontinued the 22nd of August, 2002,
17 but the patient's condition did not improve."
18       Did I read that correctly?
19       (Witness peruses document.)
20    A.   Yes.
21    Q.   And then it goes on.  If you look at the
22 addendum, it goes on to say that:  "Additional
23 concomitant medications included Taxol, which the
24 patient started on the 19th of July, 2002."
25       Is that correct?

1        (Witness peruses document.)
2     A.   Yes.
3     Q.   And then it goes to say that:  "It's
4  unknown whether she completed all of the Taxol
5  therapy."
6        Correct?
7     A.   Correct.
8     Q.   But the patient had Taxotere held on the
9  14th of June, 2002 and resumed on the 21st of June,
10 2002 to complete all 12 cycles on the 22nd of
11 August, 2002, correct?
12       (Witness peruses document.)
13    A.   Yes.
14    Q.   Okay.
15       And if you look at the next page, the
16 patient was seen at a visit on the 14th of October,
17 2002.
18       Do you see that?
19       (Witness peruses document.)
20    A.   Is this Page No. 3 of 4?  I'm sorry.
21    Q.   Correct.
22    A.   Okay.
23    Q.   Did you see there is a sentence that
24 starts "according to the visit from 14th, October,
25 2002"?

1        (Witness peruses document.)
2     A.   Yes.
3     Q.   And it says that:  "The patient was seen
4  regarding her hyperlacrimation.  The patient's
5  opthamologist stated she had bilateral Papilledema
6  and scarring of her lateral ducts with complete
7  obstruction.  And it was also noted that the patient
8  did not grow any hair back for a long time."
9        Did I read that correctly?
10       (Witness peruses document.)
11    A.   You did.
12    Q.   And you would agree with me that the
13 14th of October of 2002 is less than two months
14 after August 22nd, 2002, correct?
15    A.   Yes.
16    Q.   And the fact that the patient's hair was
17 still growing back less than two months after
18 completing chemotherapy with Taxotere would not be
19 an unexpected adverse event, correct?
20       MR. MICELI:  Objection to the form.
21    A.   I would agree that it would not be
22 unexpected for it not to have grown back two months
23 after the last dose of Taxotere.  Is that it?
24    Q.   Yes, that's correct, based on the
25 information in this report alone.

26 (Pages 98 - 101)

1    A.   Correct.
2    Q.   Taxotere is one of the drugs listed,
3  correct?
4    A.   Correct.
5    Q.   And the manufacturer number is
6  JP01-01616, correct?
7    A.   Correct.
8    Q.   Is that correct?
9    A.   Yes.  That's what I read here, yes.
10   Q.   And the manufacturer report number
11  JP01-01616 is the adverse event that we went over
12  and marked as Exhibit No. 8 earlier, correct?
13         MR. MICELI:  Object to the form.
14   A.   So same kind of caveat as before.
15  Subject to confirmation, same thing for the previous
16  two, I'll accept that for right now.
17   Q.   All right, doctor, if you could now pull
18  up Exhibit No. 19.
19         (Whereupon Exhibit No. 19 was marked
20         for Identification.)
21         (Witness peruses document.)
22   A.   Okay.
23   Q.   Let me know when it's up.
24         (Witness peruses document.)
25   A.   I'm pulling it up.  It's up.

1    Q.   This is an initial report, do you see
2  that, it has an "I" there?
3    A.   Yes.
4    Q.   And it's 2003, Quarter No. 3, correct?
5         (Witness peruses document.)
6    A.   That's what it says here, yes.
7    Q.   And it's coded as an adverse reaction,
8  one of them being alopecia, correct?
9    A.   Yes.
10   Q.   And disability is coded as one of the
11  outcomes, correct?
12   A.   Correct.
13   Q.   And Taxotere is identified as one of the
14  drugs, correct?
15         (Witness peruses document.)
16   A.   Sorry.  Just a minute.  Yes.
17   Q.   And if you look, the manufacturer number
18  is 200221684 U.S., correct?
19   A.   Yes.
20   Q.   And manufacturer report No. 200221684
21  U.S. is the adverse event report that we went over
22  and that I marked as Exhibit No. 9 earlier, correct?
23         MR. MICELI:  Object to the form.
24   A.   So again, subject to confirmation, I'll
25  accept that for now.

1    Q.   All right.
2         I've introduced Exhibit No. 20 and if
3  you can look at that when it's up.
4         (Whereupon Exhibit No. 20 was marked
5         for Identification.)
6         (Witness peruses document.)
7    A.   All right, it's up.
8    Q.   What we marked as Exhibit No. 20 has an
9  "I" for initial follow-up, correct?
10         (Witness peruses document.)
11   A.   So in the row that's labeled initial
12  follow-up, there's an "I".
13   Q.   Okay.
14         And it's 2003, Quarter No. 3, correct?
15   A.   The file name, that's what it says.
16   Q.   And alopecia is one of the reactions
17  coded, correct?
18   A.   Excuse me.  Yes.
19   Q.   And disability is coded as an outcome,
20  correct?
21   A.   Yes.
22   Q.   And going on to page No. 2, Taxotere is
23  identified as one of the drugs, correct?
24   A.   Correct.
25   Q.   And the manufacturer number for Exhibit

1  No. 20 is 20222311 U.S., correct?
2         (Witness peruses document.)
3    A.   That is the number listed.
4    Q.   And manufacture report No. 20022311 U.S.
5  is the adverse event report that I marked as Exhibit
6  No. 10 and that we discussed earlier, correct?
7         MR. MICELI:  Objection to the form.
8    A.   So again subject to confirmation, I'll
9  accept that for now.
10   Q.   All right, doctor, I've marked as
11  Exhibit No. 21 another adverse event.  Let me know
12  when that's up.
13         (Whereupon Exhibit No. 21 was marked
14         for Identification.)
15         (Witness peruses document.)
16   A.   Okay.
17   Q.   And do you see it?
18   A.   Yes.
19   Q.   In my haste to get Dave his files this
20  morning, I forgot to pull this one up.
21         So what I marked as Exhibit No. 21 is
22  another MedWatch form, correct?
23         (Witness peruses document.)
24   A.   Yes.
25   Q.   And Exhibit No. 21 has a manufacturer

50 (Pages 194 - 197)

1 report number of 20041760 U.S., correct?
2      A.   Yes.
3      Q.   And this indicates that this was: "A
4 spontaneous post-marketing case received from a
5 consumer, involved a 50-year old female who
6 initiated therapy with weekly Taxotere in
7 January 2004 for breast cancer.  She received six
8 cycles and received her last dose on the six of
9 February, 2004."
10          Do you see that?
11          (Witness peruses document.)
12     A.   Yes.
13     Q.   And this is identified as an initial
14 report, correct?
15     A.   Correct.
16     Q.   And the narrative goes on to identify
17 various experiences that the patient has had since
18 the beginning of therapy, correct?
19          (Witness peruses document.)
20     A.   I forgot to increase the size here.
21 Yes.
22     Q.   And if you go down on the narrative, she
23 is also experiencing -- do you see that sentence,
24 towards the bottom of that paragraph?
25          (Witness peruses document.)

1      A.   The one that says she is also
2 experiencing hair loss, nail changes and feeling
3 cold all the time?
4      Q.   Yes.
5          In Deposition Exhibit No. 21 in the
6 narrative it states: "She is also experiencing hair
7 loss, nail changes and feeling cold all the time."
8          Did I read that correctly?
9          (Witness peruses document.)
10     A.   You did.
11     Q.   And then it goes on to say that: "This
12 case has not been substantiated by a healthcare
13 professional."
14          Correct?
15          (Witness peruses document.)
16     A.   That's what it says.
17     Q.   And based on the information provided in
18 Exhibit No. 21 alone, you cannot conclude that the
19 report of alopecia is an unexpected adverse event,
20 correct?
21     A.   So again, repeating what I said before,
22 this is not the methodology that's used to make
23 decisions about labeling in addition to section No.
24 6.  So again, I just -- that applies to every other
25 case that we've discussed.  This is not the

1 methodology that I used to reach my conclusions or
2 what I have used at generally -- generally when at
3 the FDA.  Because just from this alone, this
4 one case with reference to nothing else, it's not
5 the appropriate tool.  It's not the methodology that
6 I'd use.
7      Q.   And right, that's because based on the
8 information provided in Exhibit No. 21 alone, there
9 is nothing indicating that a patient experiencing
10 hair loss after chemotherapy is an unexpected
11 adverse event, correct?
12          MR. MICELI:  Object to the form.
13     A.   So again, I'm just going to give the
14 context -- let me actually give the big context
15 caveat, which is absence of evidence is not evidence
16 of absence.  The fact that you can't conclude
17 something from this is not any -- is not evidence
18 that this is not an issue.  This simply does not
19 represent demonstration of safety.
20          In addition, as I've said, it's signal
21 identification.  Signal identification does not
22 involve going through each report.  That's -- that
23 is essentially what Sanofi did, rather than what,
24 you know, the FDA would do.  But -- so I take that
25 the question is not relevant.  It's not relevant.

1 It's like saying can I hear someone's sound on the
2 other side of the world with the stethoscope here?
3 It's a mis-sound.  It's not the right methodology.
4 That's all that I can say.
5      Q.   And doctor, I appreciate that you have
6 caveats.  Right?  You have caveats and concerns that
7 you expressed in your answer, correct?
8          MR. MICELI:  Objection to the form.
9      A.   Well, just it's a matter of not wanting
10 to get an answer that sounds like it applies to
11 every situation or all situations or is even
12 relevant here.  So I just want to be clear about
13 that.  You know, it's -- you know, this is just not
14 the appropriate methodology for reaching conclusions
15 about labeling.
16     Q.   And doctor, I appreciate that's your
17 opinion, but I just want you to answer my question.
18 And my question is based on the information provided
19 in Exhibit No. 21.  Alone.  With nothing else.
20 There's nothing here indicating that a patient
21 experienced an unexpected adverse event of alopecia
22 from taking Taxotere, correct?
23          MR. MICELI:  Object to the form.
24     A.   So I'm going to answer your question and
25 I'll be succinct.  It's like saying aside from that

51 (Pages 198 - 201)

**Exhibit**
**0006**

 **RHÔNE-POULENC**

*Rhône-Poulenc Rorer Pharmaceuticals Inc.*

500 Arcola Road
PO Box 1200
Collegeville, PA 19426-0107
Tel 610-454-8000

February 11, 1999

cc: Regulatory Files

Food and Drug Administration
Central Document Room
Park Building, Room 214
12420 Parklawn Drive
Rockville, MD 20852

<u>**15-Day Alert Second Follow-Up Report**</u>
**NDA #20-449**
**Taxotere® (docetaxel)**
**for Injection Concentrate**

Dear Sir or Madam:

Pursuant to 21 CFR 314.80, enclosed is a 15-Day Alert Second Follow-Up Report (Manufacturer's Report No. FR90-11740) of an adverse event that was initially submitted on December 23, 1998. The first 15-Day Alert Follow-Up Report was submitted on January 7, 1999.

Rhône-Poulenc Rorer denies that submission of this report constitutes an admission that the drug caused or contributed to the adverse event.

Sincerely yours,

*Kathryn A Roberts*

Kathryn A. Roberts
Associate Director
Worldwide Regulatory Affairs

KAR/maf
Encl.


EXHIBIT
17

**℞ RHÔNE-POULENC RORER**

| Form Approved by FDA: 05/22/95 | |
|---|---|
| Mfr report # | FR90–11740 |
| UF/Dist report # | |

# MEDWATCH
THE FDA MEDICAL PRODUCTS REPORTING PROGRAM

Page __1__ of __2__

FDA Use Only

## A. Patient information

| 1. Patient Identifier | 2. Age at time of event: 47 YEAR(S) or Date of Birth : Redacted - PII | 3. Sex | 4. Weight |
|---|---|---|---|
| Redacted - PII In Confidence | | [✓] female [ ] male | lbs or kgs |

## B. Adverse event or product problem

1. [✓] Adverse event and/or [ ] Product problem (e.g. defects/malfunctions)

2. Outcomes attributed to adverse event (check all that apply)

| [ ] death (mo/day/yr) | [✓] disability |
|---|---|
| | [ ] congenital anomaly |
| [ ] life–threatening | [ ] required intervention to prevent permanent impairment/damage |
| [ ] hospitalization – initial or prolonged | [ ] other: |

| 3. Date of event (mo/day/yr) | 4. Date of this report (mo/day/yr) FEB–11–1999 |
|---|---|

5. Describe event or problem

STUDY RP56976_V_301; PATIENT NUMBER 00004; DR. MARJAMAGI; ESTONIA.


REPORT 1 :
----------

THIS 47 YEAR-OLD FEMALE PATIENT WITH BREAST CANCER, RECEIVED TREATMENT WITH DOCETAXEL FROM AUGUST 28 TO DECEMBER 17, 1998.
THE PATIENT EXPERIENCED DECREASED SHARPNESS OF VISION AFTER INFUSION (DATE UNKNOWN).
NOW THE PATIENT CAN SEE CONTOURS.

INVESTIGATOR CONSIDERS EVENT AS POSSIBLY RELATED TO STUDY DRUG.


REPORT 1, FOLLOW-UP 1 (DECEMBER 28, 1998):
----------

ON NOVEMBER 05, 1998 THE PATIENT RECEIVED HER
(cont'd pg 2)

6. Relevant tests/laboratory data, including dates

7. Other relevant history, including preexisting medical conditions (e.g., allergies, race, pregnancy, smoking and alcohol use, hepatic/renal dysfunction, etc.)

## C. Suspect medication(s)

1. Name (give labeled strength & mfr/labeler, if known)
#1 TAXOTERE/RHONE POULENC RORER

#2

| 2. Dose, frequency & route used #1 160 MGIV | 3. Therapy dates (if unknown, give duration) (from/to (or best estimate)) #1 NOV–05–98 TO NOV–05–98 |
|---|---|
| #2 | #2 |

4. Diagnosis for use (indication)
#1 BREAST CANCER

#2

5. Event abated after use stopped or dose reduced

| #1 | [ ] yes | [✓] no | [ ] doesn't apply |
|---|---|---|---|
| #2 | [ ] yes | [ ] no | [ ] doesn't apply |

| 6. Lot # (if known) | 7. Exp. date (if known) |
|---|---|
| #1 | #1 |
| #2 | #2 |

8. Event reappeared after reintroduction

| #1 | [ ] yes | [ ] no | [ ] doesn't apply |
|---|---|---|---|
| #2 | [ ] yes | [ ] no | [ ] doesn't apply |

9. NDC # – for product problems only (if known)

10. Concomitant medical products and therapy dates (exclude treatment of event)
DEXAMETHASONE

## G. All manufacturers

| 1. Contact office – name/address (& mfring site for devices) | 2. Phone number |
|---|---|
| Rhône–Poulenc Rorer 500 Arcola Road P.O. Box 1200 Collegeville, PA 19426–0107 | (610) 454–8143 |

3. Report source (check all that apply)

[✓] foreign
[✓] study
[ ] literature
[ ] consumer
[ ] health professional
[ ] user facility
[ ] company representative
[ ] distributor
[ ] other:

| 4. Date received by manufacturer (mo/day/yr) DEC-17-98 | 5. |
|---|---|
| RP58976 – V-301 | (A)NDA # 20-449 |
| | IND # |
| 6. If IND, protocol # | PLA # |
| RP58976 – V-301 | pre–1938 [ ] yes |
| 7. Type of report (check all that apply) | OTC product [ ] yes |
| [ ] 5–day [✓] 15–day | 8. Adverse event term(s) BLURRED VISION |
| [ ] 10–day [ ] periodic | |
| [ ] Initial [✓] follow–up # 2 | |
| 9. Mfr. report number FR90–11740 | |

## E. Initial reporter

1. Name, address & phone #
MARJAMAGI
VALUKRAAVI 7
TARTU
ESTONIA

| 2. Health professional? | 3. Occupation | 4. Initial reporter also sent report to FDA |
|---|---|---|
| [ ] yes [ ] no | | [ ] yes [ ] no [✓] unk |

**FDA**
Facsimile Form 3500A

Submission of a report does not constitute an admission that medical personnel, user facility, distributor, manufacturer or product caused or contributed to the event.

Manufacturer report number: FR90-11740     Manufacturer name: Rhône–Poulenc Rorer          Page 2 of 2



500 Arcola Road
P.O. Box 1200
Collegeville, PA 19426–0107

---

B. 5. Describe event or problem

FOURTH COURSE OF DOCETAXEL (FULL DOSAGE :100 MG/M2; 160MG). BY DAY 6 OF COURSE 4 (NOVEMBER 10), SHE
EXPERIENCED A DECREASE IN THE SHARPNESS OF VISION. THE EVENT IMPROVED BY THE END OF THE CYCLE.
ON NOVEMBER 26, 1998 SHE RECEIVED HER FIFTH COURSE AGAIN AT FULL DOSAGE. THE SHARPNESS OF VISION
AGAIN WORSENED BY DAY 5-6, BUT IMPROVED BY THE END OF THE CYCLE.
FOR CYCLE 6, HER DOSAGE WAS DECREASED (75 MG/M2; 120 MG). HER VISION WAS BETTER AFTER CYCLE 6.

THE PATIENT ALSO EXPERIENCED MILD PARESTHESIS, ALOPECIA, BONE PAIN AND NEUROLOGICAL PAIN.
THE PATIENT WAS IN COMPLETE RESPONSE FOR THE CANCER 2 WEEKS AGO.


REPORT 1 FOLLOW-UP 2 ( FEBRUARY 08,1999):
————————————————————————


ON JANUARY 20: PATIENT SAW THE OCCULIST:
VISUS: 1.25 OD
FUNDUS: NORMAL
PATIENT USES THE SAME GLASSES AS BEFORE THE TREATMENT. THE EVENT RESOLVED.


THE EVENT WAS CONSIDERED AS PROBABLY RELATED TO STUDY DRUG.

Exhibit
0007

# ℛℙℛ RHÔNE-POULENC RORER

**RHÔNE-POULENC RORER RESEARCH AND DEVELOPMENT**
500 ARCOLA ROAD
P.O. BOX 1200
COLLEGEVILLE, PA 19426-0107
TEL 610-454-8000

February 4, 1998

Food and Drug Administration        cc: Regulatory Files
Central Document Room
Park Building, Room 214
12420 Parklawn Drive
Rockville, MD 20852

**15-Day Alert Third Follow-Up Report**
**NDA #20-449**
**Taxotere® (docetaxel)**
**for Injection Concentrate**

Dear Sir or Madam:

Pursuant to 21 CFR 314.80, enclosed is a 15-Day Alert Third Follow-Up Report
(Manufacturer's Control No. FR90-09442) of an adverse event that was initially
submitted on December 8, 1997. The first 15-Day Alert Follow-Up Report was
submitted on December 16, 1997. The second 15-Day Alert Follow-Up Report
was submitted on December 30, 1997.

Rhône-Poulenc Rorer denies that submission of this report constitutes an
admission that the drug caused or contributed to the adverse event.

Sincerely yours,

*Kathryn A. Roberts*

Kathryn A. Roberts
Senior Manager
Worldwide Regulatory Affairs

KAR/lg
Encl.



EXHIBIT
18
PENGAD 800-631-6989

720 446.1

Confidential                                    Sanofi_00547579

# MEDWATCH

**THE FDA MEDICAL PRODUCTS REPORTING PROGRAM**

RHÔNE-POULENC RORER

Page 1 of 2

Form Approved by FDA: 06/22/95
Mfr report # FM90-09442
UF/Dist report #

FDA Use Only

## A. Patient information

| 1. Patient Identifier | 2. Age at time of event: 68 YEAR(S) or Date of Birth: Redacted - PII | 3. Sex female ✓ male | 4. Weight lbs or kgs |
|---|---|---|---|
| Redacted - PII In Confidence | | | |

## B. Adverse event or product problem

1. ✓ Adverse event   and/or   Product problem (e.g. defects/malfunctions)

2. Outcomes attributed to adverse event (check all that apply)

- ☐ death (mo/day/yr)
- ☐ life-threatening
- ☐ hospitalization – initial or prolonged
- ✓ disability
- ☐ congenital anomaly
- ☐ required intervention to prevent permanent impairment/damage
- ☐ other:

| 3. Date of event (mo/day/yr) | 4. Date of this report FEB-2-1998 |
|---|---|

5. Describe event or problem

STUDY RP56976_V_308; PATIENT NUMBER 20085; DR.
GILLIGAN; UNITED KINGDOM.

REPORT 1:

THIS 68 YEAR-OLD MAN WITH NON SMALL CELL LUNG
CANCER, RECEIVED HIS THIRD COURSE OF DOCETAXEL
ON SEPTEMBER 16, 1997.
HE EXPERIENCED BLURRING OF VISION AND HEARING
LOSS NOTED BETWEEN SEPTEMBER 16, 1997 AND
OCTOBER 03, 1997.
HE REFERRED TO OPHTALMOLOGISTS WHO SAW HIM ON
OCTOBER 17, 1997 (DAY 32, CYCLE 3), WHEN IT WAS
NOTED THAT HE WAS COMPLETELY BLIND IN THE LEFT
EYE.
THIS WAS THOUGHT TO BE DUE TO AN ISCHAEMIC
VASCULAR EVENT.
NO SPECIFIC TREATMENT WAS GIVEN.

INVESTIGATOR CONSIDERS EVENT AS POSSIBLY RELATED
(cont'd pg 2)

6. Relevant tests/laboratory data, including dates

7. Other relevant history, including preexisting medical conditions (e.g., allergies, race, pregnancy, smoking and alcohol use, hepatic/renal dysfunction, etc.)

## C. Suspect medication(s)

1. Name (give labeled strength & mfr/labeler, if known)
#1 TAXOTERE/RHONE POULENC RORER
#2

| 2. Dose, frequency & route used | 3. Therapy dates (if unknown, give duration) from/to (or best estimate) |
|---|---|
| #1 100 MG/M2/Q3W1/V | #1 SEP-16-97 TO SEP-16-97 |
| #2 | #2 |

4. Diagnosis for use (indication)
#1 NON SMALL CELL LUNG CANCER
#2

| 5. Lot # (if known) | 7. Exp. date (if known) |
|---|---|
| #1 | #1 |
| #2 | #2 |

9. NDC # - for product problems only (if known)

6. Event stopped after use stopped or dose reduced
#1 ☐ yes ☐ no ✓ doesn't apply
#2 ☐ yes ☐ no ☐ doesn't apply

8. Event reappeared after reintroduction
#1 ☐ yes ☐ no ✓ doesn't apply
#2 ☐ yes ☐ no ☐ doesn't apply

10. Concomitant medical products and therapy dates (exclude treatment of event)
MST
CODAKTHRANEL
ZOTON

## G. All manufacturers

| 1. Contact office – name/address (& manrg site for devices) | 2. Phone number |
|---|---|
| Rhône-Poulenc Rorer 500 Arcola Road P.O. Box 1200 Collegeville, PA 19426-0107 | (610) 454-8143 |

3. Report sources (check all that apply)
- ✓ foreign
- ✓ study
- ☐ literature
- ☐ consumer
- ☐ health professional
- ☐ user facility
- ☐ company representative
- ☐ distributor
- ☐ other.

| 4. Date received by manufacturer (mo/day/yr) JAN-29-98 | 5. (A)NDA # 20-449 |
|---|---|

6. If IND, protocol #
RP56976 -v- 308

IND # _____
PLA # _____
pre-1938 ☐ yes
OTC product ☐ yes

7. Type of report (check all that apply)
- ☐ 5-day    ✓ 15-day
- ☐ 10-day   ☐ periodic
- ☐ Initial  ✓ follow-up # 3

8. Adverse event term(s)
BLINDNESS

9. Mfr. report number
FR90-09442

## E. Initial reporter

1. Name, address & phone #
GILLIGAN
CAMBRIDGE
UNITED KINGDOM

| 2. Health professional? ☐ yes ☐ no | 3. Occupation | 4. Initial reporter also sent report to FDA ☐ yes ✓ no ☐ unk |
|---|---|---|

**FDA**
FDA Form 3500A

Submission of a report does not constitute an admission that medical personnel, user facility, distributor, manufacturer or product caused or contributed to the event.

720 446.2

Confidential

Sanofi_00547580

Manufacturer report number: PR90-09442    Manufacturer: Rhone-Poulenc Rorer    Page 2 of 2

**RHÔNE-POULENC RORER**

500 Arcola Road
P.O. Box 1200
Collegeville, PA 19426-0107

B. 5. Describe event or problem

TO STUDY DRUG.

REPORT 1, FOLLOW-UP 1: (DECEMBER 1997)
_____

THE PATIENT DID NOT APPEAR TO HAVE ANY RELEVANT MEDICAL HISTORY OR RISK FACTORS OF CARDIOVASCULAR ACCIDENT.
A BRAIN SCAN PERFORMED ON SEPTEMBER 26, 1997, WAS NEGATIVE FOR METASTASES.
THE OPHTHALMOLOGIST, AFTER SEEING THE PATIENT ON OCTOBER 17, 1997, CONCLUDED THAT "OVER THE LAST MONTH HE HAD BECOME COMPLETELY BLIND IN HIS LEFT EYE WITH NO PERCEPTION OF LIGHT AND A COMPLETELY AFFERENT PAPILLARY EFFECT. IT WAS MOST LIKELY THAT HE HAD A VASCULAR EVENT AFFECTING THE LEFT OPTIC NERVE DISTAL TO THE CHIASM AND HE WILL NEVER RECOVER SIGHT IN THIS EYE". ON OCTOBER 24, 1997, HIS VISION IN HIS RIGHT EYE REMAINED BLURRED BUT STABLE.
THE PATIENT ALSO APPEARS TO HAVE GREATLY REDUCED HEARING NOW.

REPORT 1 FOLLOW-UP 2 ( DECEMBER 19,1997):
_____

ON DECEMBER 05,1997, EXAMINATION SHOWED THAT PATIENT HAS NOW LOST SIGHT IN BOTH EYES.

REPORT 1, FOLLOW-UP 3 (JANUARY 29, 1998) :
_____

CHRONOLOGY OF EVENTS FOR THIS PATIENT ;
THIS 68 YEAR OLD MAN, WITH NON SMALL CELL LUNG CANCER, RECEIVED HIS FIRST COURSE OF DOCETAXEL ON AUGUST 1, 1997.
ON DAY 7 OF CYCLE 1, HE WAS HOSPITALIZED WITH EPIGASTRIC PAIN DUE TO A CHRONIC DUODENAL ULCER WITH MILD GASTRITIS. HE WAS DISCHARGED ON AUGUST 13, AND STARTED ON LANSOPRAZOLE (ZOTON).
ON AUGUST 26, 1997 HE RECEIVED HIS SECOND COURSE OF DOCETAXEL. POST INFUSION HE EXPERIENCED VOMITING, ALOPECIA, FATIGUE, PAIN, COUGH, POOR APPETITE AND WEIGHT LOSS.
CYCLE 3 WAS ADMINISTERED ON SEPTEMBER 16, 1997. THE PATIENT COMPLAINED OF REDUCED HEARING, BLURRED VISION AND LOSS OF APPETITE SINCE MID-SEPTEMBER.
ON OCTOBER 17, HE WAS SEEN BY AN OPTHAMOLOGIST AND WAS FOUND TO BE COMPLETELY BLIND IN THE LEFT EYE. THE OPTHAMOLOGIST THOUGHT THE BLINDNESS COULD BE DUE TO A VASCULAR EVENT AFFECTING THE OPTIC NERVE.
ON DECEMBER 3, HE WAS SEEN AT THE PALLIATIVE CLINIC AND WAS FOUND TO BE BLIND IN BOTH EYES.
THE PATIENT DIED ON JANUARY 11, 1998 OF PROGRESSIVE DISEASE.

THE INVESTIGATOR CONSIDERS THE BLINDNESS AS POSSIBLY RELATED TO DOCETAXEL.

SEE ALSO:
REPORT: PR90 0880R
╵ ┆╵ ╵ ╴ AUGUST ╴, ╵╶╴
EPIGASTRIC PAIN, GASTRITIS AND CHRONIC DUODENAL ULCER AS NOT RELATED TO DOCETAXEL.

720 446.3

Confidential                                                                Sanofi_00547581

**Exhibit 0008**

Form Approved by FDA: 05/22/95

**RHÔNE-POULENC RORER**

Mfr report # JP01-01616

UF/Dist report #

# MED WATCH
THE FDA MEDICAL PRODUCTS REPORTING PROGRAM

Page _1_ of _2_

FDA Use Only

## A. Patient information

| 1. Patient Identifier | 2. Age at time of event: 54 YEAR(S) or Date of Birth : Redacted - PII | 3. Sex ☑ female ☐ male | 4. Weight ☐ lbs or ☐ kgs |
|---|---|---|---|

Redacted - PII
In Confidence

## B. Adverse event or product problem

1. ☑ Adverse event   and/or ☐ Product problem (e.g. defects/malfunctions)
2. Outcomes attributed to adverse event (check all that apply):

- ☐ death (mo/day/yr)
- ☐ life-threatening
- ☐ hospitalization – initial or prolonged
- ☑ disability
- ☐ congenital anomaly
- ☐ required intervention to prevent permanent impairment/damage
- ☐ other:

| 3. Date of event (mo/day/yr) | 4. Date of this report (mo/day/yr) FEB– 1–1999 |
|---|---|

5. Describe event or problem

SPONTANEOUS CASE REPORTED FROM JAPAN.

REPORT 1:

THIS 54 YEAR-OLD FEMALE PATIENT WITH NON SMALL CELL LUNG CANCER, RECEIVED HER FIRST COURSE OF DOCETAXEL ON DECEMBER 07, 1998.

ON DECEMBER 14, 1998, SHE EXPERIENCED HEARING DECREASED IN THE LEFT EAR, VERTIGO, LIVER DYSFUNCTION, FEVER, ALOPECIA, AND LEUCOPENIA. ON JANUARY 06, 1999, SHE DEVELOPED SENSORINEURAL DEAFNESS IN THE LEFT EAR IN THE AUDIOMETRY. ON JANUARY 08, 1998, IN CT OF HEAD, SMALL AMOUNT OF EFFUSION IN THE LEFT AURIS MEDIA WAS OBSERVED.

THE PHYSICIAN CONSIDERED ALL THESE EVENTS AS POSSIBLY RELATED TO DOCETAXEL ADMINISTRATION.

REPORT 1, FOLLOW-UP 1:

(cont'd pg 2)

6. Relevant tests/laboratory data, including dates

7. Other relevant history, including preexisting medical conditions (e.g., allergies, race, pregnancy, smoking and alcohol use, hepatic/renal dysfunction, etc.)

LIVER DYSFUNCTION

## C. Suspect medication(s)

1. Name (give labeled strength & mfr/labeler, if known)
#1 TAXOTERE\RPR JAPAN YAKUHIN K.K

#2

| 2. Dose, frequency & route used #1 80 MG/V | 3. Therapy dates (if unknown, give duration) (or/to best estimate) #1 DEC–07–98 TO DEC–07–98 |
|---|---|
| #2 | #2 |

4. Diagnosis for use (indication)
#1 NON SMALL CELL LUNG CANCER

#2

5. Event abated after use stopped or dose reduced
#1 ☐ yes ☐ no ☑ doesn't apply
#2 ☐ yes ☐ no ☐ doesn't apply

| 6. Lot # (if known) | 7. Exp. date (if known) |
|---|---|
| #1 | #1 |
| #2 | #2 |

8. Event reappeared after reintroduction
#1 ☐ yes ☐ no ☑ doesn't apply
#2 ☐ yes ☐ no ☐ doesn't apply

9. NDC # – for product problems only (if known)

10. Concomitant medical products and therapy dates (exclude treatment of event)
PAMIDRONATE DISODIUM DEC–07–98 TO DEC–07–98
MEDROXYPROGESTERONE ACETATE NOV–30–98 TO DEC–18–98
ASPIRIN–DIALLUMINATE NOV–30–98 TO DEC–18–98
TIORONIN OCT–23–98 TO

(cont'd pg 2)

## G. All manufacturers

1. Contact office – name/address (& mfring site for devices)

Rhône–Poulenc Rorer
500 Arcola Road
P.O. Box 1200
Collegeville, PA 19426–0107

2. Phone number
(610) 454–8143

3. Report source (check all that apply)
- ☑ foreign
- ☐ study
- ☐ literature
- ☐ consumer
- ☑ health professional
- ☐ user facility
- ☐ company representative
- ☐ distributor
- ☐ other:

| 4. Date received by manufacturer (mo/day/yr) JTS 2/1/99 JAN-19-99 JAN-28-99 | 5. (A)NDA # 20–449 IND # PLA # pre–1938 ☐ yes OTC product ☐ yes |
|---|---|

6. If IND, protocol #

7. Type of report (check all that apply)
- ☐ 5-day  ☑ 15-day
- ☐ 10-day  ☐ periodic  JTS N/A
- ☑ initial  ☑ follow-up #1

8. Adverse event term(s)
HEARING DECREASED
VERTIGO
LIVER DYSFUNCTION
FEVER
LEUCOPENIA

9. Mfr. report number
JP01–01616

## E. Initial reporter

1. Name, address & phone #

Redacted - PII

| 2. Health professional? ☑ yes ☐ no | 3. Occupation PHYSICIAN | 4. Initial reporter also sent report to FDA ☐ yes ☐ no ☐ unk |
|---|---|---|

**FDA**
Facsimile Form 3500A

Submission of a report does not constitute an admission that medical personnel, user facility, distributor, manufacturer or product caused or contributed to the event.

EXHIBIT 19
PENGAD 800-631-6989

Manufacturer report number: JP01-01616    Manufacturer name: Rhône–Poulenc Rorer          Page 2 of 2

 **RHÔNE-POULENC RORER**
500 Arcola Road
P.O. Box 1200
Collegeville, PA 19426–0107

---

**B. 5. Describe event or problem**

ON DECEMBER 08, 1998, THE PATIENT EXPERIENCED FEVER (38.3°C) AND LIVER DYSFUNCTION.

ON DECEMBER 09, 1998, LEUCOPENIA OCCURRED AND RESOLVED ON DECEMBER 15, WITH ADMINISTRATION OF PIPERACILLIN SODIUM AND ANTIPYRETIC.

ON DECEMBER 14, THE PATIENT COMPLAINED OF HEARING LOSS AND VERTIGO.
SHE RECEIVED IV BICARBONATE BUT EVENTS CONTINUED.

ON DECEMBER 21, 1998, AN AUDIOGRAM WAS PERFORMED BUT NOTHING WAS OBSERVED.

ON JANUARY 06, 1999, SENSORINEURAL DEAFNESS IN THE LEFT EAR WAS OBSERVED ON THE AUDIOGRAM.
AFTER TREATMENTS, VERTIGO RESOLVED, HEARING LOSS WAS STILL ONGOING.

HEPATIC FUNCTION RETURNED TO THE SAME STATUS THAN PRIOR ADMINISTRATION OF DOCETAXEL.

ACCORDING TO THE PHYSICIAN, THE CAUSALITY BETWEEN SENSORINEURAL DEAFNESS AND DOCETAXEL CANNOT BE DENIED:
1) ADMINISTRATION DATE OF DOCETAXEL AND ONSET DATE OF VERTIGO AND HEARING LOSS WERE CLOSE.
2) THERE WERE NO CONCOMITANT DRUGS WHICH HAVE HAD THE DESCRIPTION OF CAUSING HEARING LOSS AS A SIDE EFFECT.
3) ON HEAD CT SCAN ON JANUARY 06, 1999, NO BRAIN METASTASIS WAS OBSERVED ALTHOUGH SMALL AMOUNT OF EFFUSION IN THE LEFT AURIS MEDIA WAS OBSERVED.

THE PHYSICIAN CONSIDERED THE EVENTS (HEARING LOSS AND VERTIGO) AS POSSIBLY RELATED TO DOCETAXEL AND THE EVENTS (LIVER DYSFUNCTION, FEVER AND LEUCOPENIA) AS PROBABLY RELATED TO DOCETAXEL.

---

**C. 10. Concomitant medical products and therapy dates (Exclude treatment of event)**

REBAMIPIDE OCT-23-98 TO
MORPHINE SULFATE NOV-23-98 TO
MAGNESIUM OXIDE NOV-29-98 TO

---

Confidential                                    Sanofi_00675885

**Exhibit 0009**

Individual Safety Report

ntis Pharmaceuticals, Inc.

Approved by FDA on 3/22/94
Domain Facsimile
Mfr report #  200221684US
LIT/Dist report #
FDA Use Only

*4195797-2-00-01*

THE FDA MEDICAL PRODUCTS REPORTING PROGRAM

Page 1 of 5

## A. Patient information

| 1. Patient identifier | 2. Age at time of event: | 3. Sex | 4. Weight |
|---|---|---|---|
| (b) (6) | 48 yrs | ☒ female | lbs |
| or | | | or |
| in confidence | Date (b) (6) of birth: | ☐ male | 59.54 kgs |

## B. Adverse event or product problem

1. ☒ Adverse event and/or  ☐ Product problem (e.g., defects/malfunctions)

2. Outcomes attributed to adverse event (check all that apply)
- ☒ death  ??/??/2002 (mo/day/yr)
- ☒ life-threatening
- ☒ hospitalization - initial or prolonged
- ☒ disability
- ☐ congenital anomaly
- ☐ required intervention to prevent permanent impairment/damage
- ☒ other: *

| 3. Date of event (mo/day/yr) | 4. Date of this report (mo/day/yr) |
|---|---|
| 11/07/2002 | 05/27/2003 |

5. Describe event or problem

| Event (Nature of Event) | Dx Origin |
|---|---|
| (Dx) WORSENING RADIATION PNEUMONITIS | Reporter |
| (Sx) SHORTNESS OF BREATH | |
| (Sx) CRACKLES IN LUNG | |
| (Sx) NON PRODUCTIVE COUGH | |
| (Dx) FATAL LUNG CANCER (Aggravation reaction) | Reporter |
| (Dx) TEMPOROMANDIBULAR JOINT DISCOMFORT | Reporter |
| (Dx) INCREASED PLATELETS (743) | Reporter |
| (Dx) WHITE BLOOD CELL COUNT (2.9) | Reporter |
| (Dx) INCREASED WHITE BLOOD CELL COUNT (16.7) | Reporter |
| (Dx) ALOPECIA | Reporter |
| (Dx) WEIGHT LOSS | Reporter |
| (Dx) TACHYCARDIA (PULSE 129) | * |

6. Relevant tests/laboratory data, including dates

7. Other relevant history, including preexisting medical conditions (e.g., allergies, race, pregnancy, smoking and alcohol use, hepatic/renal dysfunction, etc.)

ALLERGY TO CODEINE, nicotine use, alcohol use, radiation therapy, allergy
RADIATION PNEUMONITIS, MALIGNANT PLEURAL EFFUSION (b) (6)  SMOKED 1 PACK PER DAY FOR 30 YEARS, 1-3 ALCOHOL BEVERAGES PER DAY UNTIL CHEMOTHERAPY INITIATED, DIETING *

## C. Suspect medication(s)

1. Name (give labeled strength & mfr/labeler, if known)

#1  DOCETAXEL (TAXOTERE) Solution for injection

#2  DOCETAXEL (TAXOTERE)

| 2. Dose, frequency & route used | 3. Therapy dates (if unknown, give duration) from/to (or best estimate) |
|---|---|
| #1  70 MG/M**2 Q3W | #1  * |
| #2  70 MG/M**2 Q3W | #2  * |

4. Diagnosis for use (indication)
#1  NON OAT CELL LUNG CANCER
#2  NON OAT CELL LUNG CANCER

| 6. Lot # (if known) | 7. Exp. date (if known) |
|---|---|
| #1  UNK | #1 |
| #2  UNK | #2 |

5. Event abated after use stopped or dose reduced
#1 ☐ yes ☐ no ☒ doesn't apply
#2 ☐ yes ☐ no ☒ doesn't apply

8. Event reappeared after reintroduction
#1 ☐ yes ☐ no ☒ doesn't apply
#2 ☐ yes ☐ no ☒ doesn't apply

9. NDC # - for product problems only (if known)
#1                    #2

10. Concomitant medical products and therapy dates (exclude treatment of reaction)
DEXAMETHASONE (DECADRON)
DEXAMETHASONE (DECADRON)
MEGESTROL ACETATE (MEGACE)

## G. All manufacturers

| 1. Contact office - name/address & mfring site for devices) | 2. Phone number |
|---|---|
| Aventis Pharmaceuticals, Inc. 300 Somerset Corporate Blvd. Bridgewater, NJ 08807-2854 | (908)243-6000 |

3. Report source (check all that apply)
- ☐ foreign
- ☐ study
- ☐ literature
- ☐ consumer
- ☒ health professional
- ☐ user facility
- ☐ company representative
- ☐ distributor
- ☐ other:

| 4. Date received by manufacturer (mo/day/yr) | 5. (A)NDA # 20-449 |
|---|---|
| 02/10/2003 | IND # |

6. If IND, protocol #
PLA # ____  pre-1938 ☐ yes
OTC product ☐ yes

7. Type of report (check all that apply)
- ☐ 5-day  ☐ 15-day
- ☐ 10-day  ☒ periodic
- ☒ initial  ☐ follow-up #____

8. Adverse event term(s)
RADIATION PNEUMONITIS, DYSPNOEA NOS, CREPITATIONS NOS, COUGH, NON-SMALL CELL LUNG CANCER NOS, TEMPOROMANDIBULAR JOINT DISORDER NOS, PLATELET COUNT INCREASED, *

9. Mfr. report number
200221684US

## E. Initial reporter

1. Name, address & phone #
(b) (6)

UNITED STATES (b) (6)

JUL 11 2003

| 2. Health professional? | 3. Occupation | 4. Initial reporter also sent report to FDA |
|---|---|---|
| ☒ yes  ☐ no | | ☐ yes  ☐ no  ☒ unk |

Submission of a report does not constitute an admission that medical personnel, user facility, distributor, manufacturer or product caused or contributed to the event.
Item completed on continuation pages.

**FDA**
Domain Facsimile of
FDA Form 3500A



PENGAD 800-631-6989  EXHIBIT 20

Case ID: 4047019

**INDIVIDUAL Safety Report**

#4195797-2-00-02#

MED WATCH
THE FDA MEDICAL PRODUCTS REPORTING PROGRAM

entis Pharmaceuticals, Inc.

| Domain Facsimile | Approved by FDA on 2/22/94 |
|---|---|
| Mfr report # 200221664US | |
| UF/Dist report # | |
| | FDA Use Only |

Page 2 of 8

## A. Patient information

| 1. Patient identifier | 2. Age at time of event: | 3. Sex | 4. Weight |
|---|---|---|---|
| (b) (6) | or _____ | ☐ female | _____ lbs |
| in confidence | Date of birth: | ☐ male | or _____ kgs |

## B. Adverse event or product problem

1. ☐ Adverse event and/or    ☐ Product problem (e.g., defects/malfunctions)

2. Outcomes attributed to adverse event (check all that apply)
- ☐ death _____ (mo/day/yr)
- ☐ life-threatening
- ☐ hospitalization - initial or prolonged
- ☐ disability
- ☐ congenital anomaly
- ☐ required intervention to prevent permanent impairment/damage
- ☐ other: _____

| 3. Date of event (mo/day/yr) | 4. Date of this report (mo/day/yr) |
|---|---|

5. Describe event or problem

6. Relevant tests/laboratory data, including dates

7. Other relevant history, including preexisting medical conditions (e.g., allergies, race, pregnancy, smoking and alcohol use, hepatic/renal dysfunction, etc.)

## C. Suspect medication(s)

1. Name (give labeled strength & mfr/labeler, if known)

#3   DOCETAXEL (TAXOTERE) Solution for injection

#4   DOCETAXEL (TAXOTERE) Solution for injection

| 2. Dose, frequency & route used | 3. Therapy dates (if unknown, give duration) (from/to (or best estimate)) |
|---|---|
| #3   35 MG/M**2 QW | #3   * |
| #4   35 MG/M**2 QW | #4   * |

4. Diagnosis for use (indication)

#3   NON OAT CELL LUNG CANCER

#4   NON OAT CELL LUNG CANCER

5. Event abated after use stopped or dose reduced
- #3 ☐ yes ☐ no ☒ doesn't apply
- #4 ☐ yes ☐ no ☒ doesn't apply

| 6. Lot # (if known) | 7. Exp. date (if known) |
|---|---|
| #3   UNK | #3 |
| #4   UNK | #4 |

8. Event reappeared after reintroduction
- #3 ☐ yes ☐ no ☒ doesn't apply
- #4 ☐ yes ☐ no ☒ doesn't apply

| 9. NDC # - for product problems only (if known) | |
|---|---|
| #3 | #4 |

10. Concomitant medical products and therapy dates (exclude treatment of event)

## G. All manufacturers

| 1. Contact office - name/address (& mfring site for devices) | 2. Phone number |
|---|---|

3. Report source (check all that apply)
- ☐ foreign
- ☐ study
- ☐ literature
- ☐ consumer
- ☐ health professional
- ☐ user facility
- ☐ company representative
- ☐ distributor
- ☐ other:

| 4. Date received by manufacturer (mo/day/yr) | 5. (A)NDA # _____ |
|---|---|
| | IND # _____ |
| 6. If IND, protocol # | PLA # _____ |
| | pre-1938 ☐ yes |
| 7. Type of report (check all that apply) | OTC product ☐ yes |

7. Type of report (check all that apply)
- ☐ 5-day    ☐ 15-day
- ☐ 10-day   ☐ periodic
- ☐ initial  ☐ follow-up # _____

8. Adverse event term(s)

9. Mfr. report number

## E. Initial reporter

1. Name, address & phone #

JUL 11 2003

| 2. Health professional? | 3. Occupation | 4. Initial reporter also sent report to FDA |
|---|---|---|
| ☐ yes ☐ no | | ☐ yes ☐ no ☐ unk |

**FDA**
Domain Facsimile of
FDA Form 3500A

Submission of a report does not constitute an admission that medical personnel, user facility, distributor, manufacturer or product caused or contributed to the event.
Item completed on continuation pages.

INDIVIDUAL Safety Report

||||||||| |||||| ||||| |||||||||| |||||
*4195797-2-00-03*

ntis Pharmaceuticals, Inc.

Domain Facsimile
Mfr report #
2002Z1684US
UR/Glad report #

Approved by FDA on 3/22/94
FDA Use Only

THE FDA MEDICAL PRODUCTS REPORTING PROGRAM                     Page 3 of 5

## A. Patient information

| 1. Patient identifier | 2. Age at time of event: | 3. Sex | 4. Weight |
|---|---|---|---|
| (b) (6) | or | ☐ female | lbs |
| in confidence | Date of birth: | ☐ male | or kgs |

## B. Adverse event or product problem

1. ☐ Adverse event and/or   ☐ Product problem (e.g., defects/malfunctions)

2. Outcomes attributed to adverse event (check all that apply)
- ☐ death _____ (mo/day/yr)
- ☐ life-threatening
- ☐ hospitalization - initial or prolonged
- ☐ disability
- ☐ congenital anomaly
- ☐ required intervention to prevent permanent impairment/damage
- ☐ other: _____

| 3. Date of event (mo/day/yr) | 4. Date of this report (mo/day/yr) |
|---|---|

5. Describe event or problem

6. Relevant tests/laboratory data, including dates

7. Other relevant history, including preexisting medical conditions (e.g., allergies, race, pregnancy, smoking and alcohol use, hepatic/renal dysfunction, etc.)

## C. Suspect medication(s)

1. Name (give labeled strength & mfr/labeler, if known)
#5  DOCETAXEL (TAXOTERE) Solution for injection
#6  RADIATIONS THERAPY NOS

| 2. Dose, frequency & route used | 3. Therapy dates (if unknown, give duration) homulis for best estimate) |
|---|---|
| #5  35 MG/M**2 QW | #5 * |
| #6 | #6  Unknown to 09/24/2002 |

| 4. Diagnosis for use (indication) | 5. Event abated after use stopped or dose reduced |
|---|---|
| #5  NON OAT CELL LUNG CANCER | #5 ☐ yes ☐ no ☒ doesn't apply |
| #6  NON OAT CELL LUNG CANCER | #6 ☐ yes ☐ no ☐ doesn't apply |

| 6. Lot # (if known) | 7. Exp. date (if known) | 8. Event reappeared after reintroduction |
|---|---|---|
| #5 | #5 | #5 ☐ yes ☐ no ☒ doesn't apply |
| #6 | #6 | #6 ☐ yes ☐ no ☐ doesn't apply |

9. NDC # - for product problems only (if known)
#5       #6

10. Concomitant medical products and therapy dates (exclude treatment of event)

## G. All manufacturers

| 1. Contact office - name/address (& mfring site for devices) | 2. Phone number |
|---|---|

3. Report source (check all that apply)
- ☐ foreign
- ☐ study
- ☐ literature
- ☐ consumer
- ☐ health professional
- ☐ user facility
- ☐ company representative
- ☐ distributor
- ☐ other:

| 4. Date received by manufacturer (mo/day/yr) | 5. (A)NDA # _____ |
|---|---|
| | IND # _____ |
| 6. If IND, protocol # | PLA # _____ |
| | pre-1938 ☐ yes |

7. Type of report (check all that apply)
- ☐ 5-day  ☐ 15-day
- ☐ 10-day  ☐ periodic
- ☐ initial  ☐ follow-up #_____

OTC product ☐ yes

8. Adverse event term(s)

9. Mfr. report number

## E. Initial reporter

1. Name, address & phone #

JUL 1 1 2003

| 2. Health professional? | 3. Occupation | 4. Initial reporter also sent report to FDA |
|---|---|---|
| ☐ yes  ☐ no | | ☐ yes ☐ no ☐ unk |

**FDA**
Domain Facsimile of
FDA Form 3500A

Submission of a report does not constitute an admission that medical personnel, user facility, distributor, manufacturer or product caused or contributed to the event.
Item completed on continuation pages.



Aventis Pharmaceuticals, Inc.

*4195797-2-00-04*

MED WATCH

(b) (6)

G.S. Mfr. report number
200221684US

Page 4 of 5

B.2. Other outcome

medically important

B.5. Describe event or problem

[continuation:]
(Dx) RIGHT ANTERIOR CHEST WALL    Reporter
     SLIGHTLY TENDER

Narrative: Initial report: This spontaneous postmarketing case, received from a physician, involves a female of unknown age who received Taxotere (docetaxel) therapy on 07-Oct-2002 and 30-Oct-2002, dose and indication were not provided. Previously the patient was receiving radiation therapy which was completed on 24-Sep-2002. The patient developed radiation pneumonitis which appears to have worsened with docetaxel. Treatment measures and outcome of the event are unknown. Medical history and concomitant medication were not provided.

Reporter's assessment of causal relationship: Not provided.

Addendum for follow up received 10-Feb-2003:
(b) (6) is a 48 year old WASP female who was receiving Taxotere (docetaxel) 70mg/m2 every 21 days for non-oat cell lung cancer. She received therapy on 09-Oct-2002 and 30-Oct-2002. It is noted that on 07-Nov-2002 her white count was 2.9, hemoglobin was 12 and platelets were 551. She presented on (b) (6) with a four day history of shortness of breath. She denied palpitations or bleeding, leg swelling, or symptoms of infection. She stated she may have pulled a muscle in her right side, lower ribcage anteriorly while working with hay. On examination her respiratory effort was normal without intercostal retraction or use of accessory muscles. There was no dullness to percussion in the lung bases and auscultation of the lung fields revealed bilateral air entry with no adventitious sounds. Her right anterior chest wall was slightly tender. She also was experiencing tachycardia (pulse of 129). A pulmonary CT was set up to rule out a pulmonary embolism and she was given Lovenox (enoxaparin). On 15-Nov-2002 her shortness of breath was noted to be probably radiation pneumonitis and she was started on Bactrim (sulfoxazole/trimethoprim), prednisone and digoxin. She stated she was feeling better. She also reported some right temporomandibular joint discomfort which she had in the past. This was treated with Vicodin (hydrocodone/acetaminophen) and Vioxx (rofecoxib). On 15-Nov-02, her platelets were 743 and mean corpuscular volume was 102.9. She was seen on 20-Nov-2002 and the patient states she was feeling better and was having less dyspnea on exertion but still had tachycardia with physical activity. She also stated rofecoxib was helping her temporomandibular joint discomfort. Alopecia was noted and the patient was wearing a wig. Her pulse had decreased to 110 and weight loss was noted. A CT scan noted post-radiation pneumonitis with no obvious metastases. Her prednisone dose was decreased and docetaxel therapy was held. She was also noted to have increased white blood cell count and increased platelets probably due to steroids.   On 27-Nov-2002 she was seen and stated her breathing continued to improve, though when she pushes herself she feels her breathing is worse. She occasionally feels crackles in her lung and has an occasional nonproductive cough. Her pulse continued to be high at 102. Docetaxel therapy was resumed at 35mg/m2 weekly on this date. The Decadron (dexamethasone) dose given with docetaxel was decreased from 8mg to 4mg. She also continued to have weight loss (due to a diet) and Megace (megestrol) was discontinued. Labs provided were normal except the following:

|        | 20-Nov-2002 | 27-Nov-2002 | 04-Dec-2002 | 11-Dec-2002 | 14-Dec-2002 |
|--------|-------------|-------------|-------------|-------------|-------------|
| WBC    | 16.3        | 16.7        | 11.6        | 10.2        | 13.8        |
| RDW    | 19.6        | 19.1        | 19.5        | 20.5        | 20.0        |
| PLT    | 631         | 470         | 424         | 439         | 397         |
| MPV    | 5.7         | 5.7         | 5.7         | 6.3         | 6.9         |
| LY#    | 0.6         | 0.5         | 0.9         | 0.9         | 0.5         |
| MO#    | 0           | 0           | 0           | 0.2         | 0.1         |
| GR#    | 0           | 0           | 0           | 9.0         | 13.3        |
| Neuto  | 98          | 96          | 88          | 87          | 93          |
| Lymph  | 2           | 2           | 7           | 2           | 2           |

JUL 11 2003

She received docetaxel on 04-Dec-2002 and 11-Dec-2002. It is noted that the patient died due to lung cancer. Medical history is significant for malignant pleural effusion, smoker, alcohol use, and allergy to codeine.



...entis Pharmaceuticals, Inc.

| MED WATCH | A.1. Patient Identifier (b)(6) | G.9. Mfr. report number 200221684US | |
|---|---|---|---|
| | | | Page 5 of 5 |

B.5. Describe event or problem

[continuation:] Reporter's assessment of causal relationship: Possible to radiation pneumonitis.

| Event | Serious | Dechal | Rechal | Rpt.Causality | Alternative Explanation |
|---|---|---|---|---|---|
| (Dx) WORSENING RADIATION PNEUMONITIS | YES | NA | NA | Possible | possibly associated with concomitant drug(s) |
| (Sx) SHORTNESS OF BREATH | | | | | |
| (Sx) CRACKLES IN LUNG | | | | | |
| (Sx) NON PRODUCTIVE COUGH | | | | | |
| (Dx) FATAL LUNG CANCER | YES | NA | NA | | underlying/concomitant illness |
| (Dx) TEMPOROMANDIBULAR JOINT DISCOMFORT | NO | NA | NA | | underlying/concomitant illness |
| (Dx) INCREASED PLATELETS (743) | NO | NA | NA | Unlikely | possibly associated with concomitant drug(s) |
| (Dx) WHITE BLOOD CELL COUNT (2.9) | NO | NA | NA | | possibly associated with concomitant drug(s) |
| (Dx) INCREASED WHITE BLOOD CELL COUNT (16.7) | NO | NA | NA | Unrelated | possibly associated with concomitant drug(s) |
| (Dx) ALOPECIA | NO | NA | NA | | |
| (Dx) WEIGHT LOSS | NO | NA | NA | | other known or suspected cause |
| (Dx) TACHYCARDIA (PULSE 129) | NO | NA | NA | | |
| (Dx) RIGHT ANTERIOR CHEST WALL SLIGHTLY TENDER | NO | NA | NA | | other known or suspected cause |

B.7. Other relevant history, including preexisting medical conditions (e.g., allergies, race, pregnancy, smoking and alcohol use, hepatic/renal dysfunction, etc.)

[continuation:] Race: WHITE

C.3. Therapy dates (if unknown, give duration) (mo/day/yr) (Suspect #1)

10/09/2002 to 10/09/2002 Duration: 1 day

C.3. Therapy dates (if unknown, give duration) (mo/day/yr) (Suspect #2)

10/30/2002 to 10/30/2002 Duration: 1 day

C.3. Therapy dates (if unknown, give duration) (mo/day/yr) (Suspect #3)

11/27/2002 to 11/27/2002 Duration: 1 day

C.3. Therapy dates (if unknown, give duration) (mo/day/yr) (Suspect #4)

12/04/2002 to 12/04/2002 Duration: 1 day

C.3. Therapy dates (if unknown, give duration) (mo/day/yr) (Suspect #5)

12/11/2002 to 12/11/2002 Duration: 1 day

JUL 11 2003

G.6. Adverse event term(s)

[continuation:] LEUKOPENIA NOS, WHITE BLOOD CELL COUNT INCREASED, ALOPECIA, WEIGHT DECREASED, TACHYCARDIA NOS, TENDERNESS NOS

**Exhibit 0010**

## Individual Safety Report

4194784-8-00-01

**MEDWATCH**
THE FDA MEDICAL PRODUCTS REPORTING PROGRAM

Aventis Pharmaceuticals, Inc.

| Domain Facsimile | |
|---|---|
| Mfr report # | 20022231US |
| Lit/Dist report # | |

Approved by FDA on 3/22/94

Page 1 of 4

FDA Use Only

### A. Patient information

| 1. Patient identifier | 2. Age at time of event: | 3. Sex | 4. Weight |
|---|---|---|---|
| (b) (6) | 55 yrs | ☒ female | ___ lbs |
| in confidence | Date of birth: UNK | ☐ male | or ___ kgs |

### B. Adverse event or product problem

1. ☒ Adverse event and/or    ☐ Product problem (e.g., defects/malfunctions)

2. Outcomes attributed to adverse event (check all that apply)
- ☐ death _(mo/day/yr)_
- ☐ life-threatening
- ☐ hospitalization - initial or prolonged
- ☒ disability
- ☐ congenital anomaly
- ☐ required intervention to prevent permanent impairment/damage
- ☐ other:

| 3. Date of event _(mo/day/yr)_ | 4. Date of this report _(mo/day/yr)_ |
|---|---|
| 06/21/2002 | 05/27/2003 |

5. Describe event or problem

| Event (Nature of Event) | Dx Origin |
|---|---|
| (Dx) HYPERLACRIMATION | Reporter |
| (Sx) PERIORBITAL EDEMA | |
| (Sx) BILATERAL PAPILLEDEMA | |
| (Dx) FLUID RETENTION | Reporter |
| (Sx) SHORT OF BREATH ON EXERTION | |
| (Sx) COUGH | |
| (Sx) 2-3+ PITTING EDEMA IN LOWER EXTREMITIES | |
| (Sx) SWELLING OF THE FINGERS | |
| (Dx) ELEVATED SPINAL FLUID PRESSURE | Reporter |
| (Dx) DEGENERATIVE JOINT DISEASE | Reporter |
| (Dx) OSTEOARTHRITIS | Reporter |
| (Dx) PAIN AND ACHES | Reporter |
| (Sx) FEELING OF DISCOMFORT | |
| (Dx) ITCHING | Reporter |
| (Dx) HAIR PROBLEMS (HAIR LOSS) | Reporter * |

6. Relevant tests/laboratory data, including dates

7. Other relevant history, including preexisting medical conditions (e.g., allergies, race, pregnancy, smoking and alcohol use, hepatic/renal dysfunction, etc.)

HYSTERECTOMY 1982, AGE 33, OVARIES LEFT INTACT, SMOKER IN THE PAST, QUIT 1975, NO KNOWN DRUG ALLERGY, LUMPECTOMY, AXILLARY NODE DISSECTION, nicotine use HYPERLIPIDEMIA, ANXIETY, DEPRESSION ADJUVANT BREAST CANCER *

### C. Suspect medication(s)

1. Name (give labeled strength & mfr/labeler, if known)
- #1 DOCETAXEL (TAXOTERE)
- #2 DOCETAXEL (TAXOTERE)

| 2. Dose, frequency & route used | 3. Therapy dates (if unknown, give duration) _from/to (or best estimate)_ |
|---|---|
| #1 67 MG QW IV | #1 * |
| #2 67 MG QW IV | #2 * |

4. Diagnosis for use (indication)
- #1 ADJUVANT BREAST CANCER
- #2 ADJUVANT BREAST CANCER

| 6. Lot # (if known) | 7. Exp. date (if known) |
|---|---|
| #1 UNK | #1 |
| #2 UNK | #2 |

9. NDC # - for product problems only (if known)
- #1
- #2

5. Event abated after use stopped or dose reduced
- #1 ☐ yes ☐ no ☒ doesn't apply
- #2 ☐ yes ☐ no ☒ doesn't apply

8. Event reappeared after reintroduction
- #1 ☐ yes ☐ no ☒ doesn't apply
- #2 ☐ yes ☐ no ☒ doesn't apply

10. Concomitant medical products and therapy dates (exclude treatment of event)

DOXORUBICIN (ADRIAMYCIN)
CYCLOPHOSPHAMIDE
TAXOL 07/19/2002 to Unknown
LEVOFLOXACIN (LEVAQUIN) *

### G. All manufacturers

1. Contact office - name/address (& mfring site for devices)

Aventis Pharmaceuticals, Inc.
300 Somerset Corporate Blvd.
Bridgewater, NJ
08807-2854

2. Phone number
(908) 243-6000

3. Report source (check all that apply)
- ☐ foreign
- ☐ study
- ☐ literature
- ☐ consumer
- ☒ health professional
- ☐ user facility
- ☐ company representative
- ☐ distributor
- ☐ other:

| 4. Date received by manufacturer _(mo/day/yr)_ | 5. (A)NDA # 20-449 |
|---|---|
| 02/04/2003 | IND # |

6. If IND, protocol #
- PLA #
- pre-1938 ☐ yes
- OTC product ☐ yes

7. Type of report (check all that apply)
- ☐ 5-day   ☐ 15-day
- ☐ 10-day  ☒ periodic
- ☒ initial  ☐ follow-up #____

8. Adverse event term(s)

LACRIMATION INCREASED, PERIORBITAL OEDEMA, PAPILLOEDEMA, FLUID RETENTION, DYSPNOEA EXERTIONAL, COUGH, PITTING OEDEMA, PERIPHERAL SWELLING, *

9. Mfr. report number

20022231US

### E. Initial reporter

1. Name, address & phone #
(b) (6)

UNITED STATES (b) (6)

JUL 11 2003

| 2. Health professional? | 3. Occupation | 4. Initial reporter also sent report to FDA |
|---|---|---|
| ☒ yes ☐ no | | ☐ yes ☐ no ☒ unk |

**FDA**
Domain Facsimile of
FDA Form 3500A

Submission of a report does not constitute an admission that medical personnel, user facility, distributor, manufacturer or product caused or contributed to the event.
Item completed on continuation pages.

EXHIBIT 21
PENGAD 800-631-6989

Individual Safety Report

**MED WATCH**

4194784-8-00-02

Aventis Pharmaceuticals, Inc.

| A.1. Patient Identifier | G.9. Mfr. report number | |
|---|---|---|
| (b) (6) | 200222311US | Page 2 of 4 |

B.5. Describe event or problem

[continuation:]

| | | |
|---|---|---|
| (Dx) | SEVERE NAIL CHANGES | Reporter |
| (Sx) | LOOSE NAILS ABOUT TO FALL OFF | |
| (Sx) | COLOR CHANGES OF NAILS | |
| (Dx) | MOUTH IS DRY | Reporter |
| (Dx) | TONGUE APPEARS TO BE BURNING | Reporter |
| (Dx) | DIARRHEA | Reporter |
| (Dx) | SKIN TOXICITY | Reporter |
| (Sx) | ERYTHEMATOUS IN HANDS/FEET | |
| (Dx) | FATIGUE | Reporter |
| (Dx) | STENOSIS OF LACRIMAL DUCTS | Reporter |
| (Sx) | SCARRING OF LACRIMAL DUCTS | |
| (Sx) | CONJUNCTIVAL CONGESTION | |
| (Dx) | NAUSEA | |
| (Dx) | VOMITING | |

Narrative: Case has been truncated

Initial report 12-Dec-02: This is an initial spontaneous postmarketing report received from a physician via a sales representative regarding a 55 y/o female patient who received adriamycin and cyclophosphamide followed by therapy with Taxotere (docetaxel) 35 mg/m2 weekly for adjuvant breast cancer begining on 24-May-02. Concomitant medication and relevant medical history were not provided. According to the reporter, the pt. developed hyperlacrimation on 21-Jun-02 while receiving weekly docetaxel therapy. Docetaxel therapy was discontinued 22-Aug-02 but the patient's condition did not improve. The patient had to have a dacrorhinoplasty and had a permanent glass stints implanted. The pt. had surgery on (b)(6)              The pt. reported that has now changed her quality of life.  No additional information was provided.

Reporter's assessment of causal relationship: Not provided

Addendum for follow up received 04-Feb-03: Medical records were provided from physician. Patient JLB initiated therapy with Taxotere (docetaxel) 67 mg weekly on 24-May-02 for a total of 12 weeks after completing four cycles of Adriamycin and Cytoxan. Additional concomitant medications included Taxol which the pt. started on 19-Jul-02 due to adverse events on Taxotere. The pt. was scheduled to receive weekly doses of 80 mg/m2 of Taxol for a total of six weeks. It is unknown whether she completed the Taxol therapy. The pt. had Taxotere held on 14-Jun-02 and resumed on 21-Jun-02 to complete all 12 cycles on 22-Aug-02. Relevant medical history includes hyperlipidemia, anxiety, depression, lumpectomy, axillary node dissection, hysterectomy in 1982 at the age of 33 (ovaries were left intact), and a past smoker (quit in 1975). She has no known drug allergies. According to medical records, she was seen on 24-May-02 after having been recently diagnosed for carcinoma of the left breast with node-negative and hormone receptor-negative disease and was initiated on Taxotere. The impression from the visit was breast cancer invloving the lower and outer quadrant of the left breast, showing the following characteristics: pathology: poorly differentiated infiltrating ductal carcinoma, ER status negative, PR status negative, HER-2/neu: negative by FISH, Ki67: 60%; nodal status: three sentinel nodes were removed and all were negative for metastatic disease by histopathology and immunostaining. Relevant findings from 21-Jun-02 visit included developing severe diarrhea which was treated with IV fluids and Imodium (loperamide HCl). Taxotere was held on 14-Jun-02. The pt. was doing better at this office visit (21-Jun). The pt. had problems with hyperlacrimation and noted swelling of her fingers. Physical exam and CBC were normal. An office visit from 15-Jul-02 revealed excessive toxicity to Taxotere which included excessive tearing of the eyes, nausea, vomiting, and severe fatigue and aches and pains. Physical exam was relevant for conjuctival congestion and excessive tearing. The physician discussed switching to Taxol for 6 weeks. It is unknown whether the patient received the full six weeks of Taxol. An office visit from 22-Aug-02 revealed toxicity from Taxotere therapy in the form of hyperlacrimation, skin toxicity in the form of an erythematous rash in the hands and feet and nail changes including nail color changes. Treatment for hyperlacrimation included prednisolone eye drops. Additional adverse events from office visit 17-Sep-02 included coughing, short of breath on exertion and swelling with fluid and appeared edematous. The patient also complained of nail changes stating her nails were very loose and almost about to fall off. Her major complaint however was hyperlacrimation. She also reported her mouth is dry and tongue appears to be burning. It was also noted that the patient completed a course of Levaquin (levofloxacin) and then *

JUL 11 2003



Individual Safety Report

4194784-8-00-03

Aventis Pharmaceuticals, Inc.

MED WATCH

| | A.1. Patient Identifier | G.9. Mfr. report number | |
|---|---|---|---|
| | (D) (6) | 20022311US | Page 3 of 4 |

B.5. Describe event or problem

[continuation:] Zithromax (azithromycin) recently (NOS). Physical exam was significant for periorbital edema, redness, and conjuctival congestion with obvious tearing. She was also noted to have 2-3+ pitting edema in both lower extremities. The patient was given a prescription for Lasix (furosemide) 40 mg daily along with potassium supplements for her fluid retention. Significant findings from office visit 26-Sep-02 included improvement of fluid retention with Lasix and potassium supplements. According to the visit from 14-Oct-02, the patient was seen regarding her hyperlacrimation. The patient's ophthamologist stated she had bilateral papilledema and scarring of her lacrimal duct with complete obstruction. It was also noted the patient did not get any hair back for a long time. Her nails at this point were coming in normal. The impression was bilateral papilledema with an uncertain etilogy. The physician noted it could be benign normal pressure hydrocephalus versus problems associated with scarring of the meninges causing blockage of spinal fluid as she was also experiencing elevated spinal fluid pressure. Relevant findings from office visit 21-Oct-02 included scarred nasolacrimal ducts and elevated spinal fluid pressure. There were no abnormal cells noted on the spinal fluid cytology. Cultures were negative. Spinal fluid cytology was negative; there were rare mononuclear cells. She had a bone scan done which revealed diffusely increased activity about the mid-to-lower thoracic and lumbar spine which most likey represented degenerative joint disease and osteoarthritis. A CT scan of her brain failed to reveal any evidence of metastatic disease to the brain, and the ventricles were not enlarged. An office visit from 14-Nov-02 patient had undergone dacrorhinoplasty for her hyperlacrimation; event resolved. She also experienced pain and itching and feeling of discomfort from the surgery. The patient completed 12 cycles of Taxotere therapy.

Reporter's assessment for causal assessment for hyperlacrimation: Related

| Event | Serious | Dechal | Rechal | Rpt.Causality | Alternative Explanation |
|---|---|---|---|---|---|
| (Dx) HYPERLACRIMATION | YES | NA | NA | Possible | |
| (Sx) PERIORBITAL EDEMA | | | | | |
| (Sx) BILATERAL PAPILLEDEMA | | | | | |
| (Dx) FLUID RETENTION | NO | NA | NA | | |
| (Sx) SHORT OF BREATH ON EXERTION | | | | | |
| (Sx) COUGH | | | | | |
| (Sx) 2-3+ PITTING EDEMA IN LOWER EXTREMITIES | | | | | |
| (Sx) SWELLING OF THE FINGERS | | | | | |
| (Dx) ELEVATED SPINAL FLUID PRESSURE | NO | NA | NA | | |
| (Dx) DEGENERATIVE JOINT DISEASE | NO | NA | NA | | |
| (Dx) OSTEOARTHRITIS | NO | NA | NA | | |
| (Dx) PAIN AND ACHES | NO | NA | NA | | |
| (Sx) FEELING OF DISCOMFORT | | | | | |
| (Dx) ITCHING | NO | NA | NA | | |
| (Dx) HAIR PROBLEMS (HAIR LOSS) | NO | UNK | UNK | | |
| (Dx) SEVERE NAIL CHANGES | NO | UNK | UNK | | |
| (Sx) LOOSE NAILS ABOUT TO FALL OFF | | | | | |
| (Sx) COLOR CHANGES OF NAILS | | | | | |
| (Dx) MOUTH IS DRY | NO | NA | NA | | |
| (Dx) TONGUE APPEARS TO BE BURNING | NO | NA | NA | | |
| (Dx) DIARRHEA | NO | NA | NA | | |
| (Dx) SKIN TOXICITY | NO | NA | NA | | |
| (Sx) ERYTHEMATOUS IN HANDS/FEET | | | | | |
| (Dx) FATIGUE | NO | NA | NA | | |

JUL 11 2003

CaseID: 4057068

Individual Safety Report

4194784-8-00-04

MED WATCH

(b) (6)

Aventis Pharmaceuticals, Inc.

G.9. Mfr. report number

20022231US

Page 4 of 4

B.5. Describe event or problem

[continuation:] (Dx) STENOSIS OF LACRIMAL DUCTS    YES    NA    NA    Possible

(Sx) SCARRING OF LACRIMAL DUCTS
(Sx) CONJUNCTIVAL CONGESTION
(Dx) NAUSEA                         NO    NA    NA
(Dx) VOMITING                       NO    NA    NA

B.7. Other relevant history, including preexisting medical conditions (e.g., allergies, race, pregnancy, smoking and alcohol use, hepatic/renal dysfunction, etc.)

[continuation:] ADJUVANT BREAST CANCER

C.3. Therapy dates (if unknown, give duration) (mo/day/yr) (Suspect #1)

05/24/2002 to 06/14/2002 Duration: 3 weeks 1 day

C.3. Therapy dates (if unknown, give duration) (mo/day/yr) (Suspect #2)

06/21/2002 to 08/22/2002 Duration: 9 weeks

C.10. Concomitant medical products and therapy dates (exclude treatment of event)

[continuation:] AZITHROMYCIN (ZITHROMAX)

G.8. Adverse event term(s)

[continuation:] CSF ABNORMAL NOS, OSTEOARTHRITIS NOS, OSTEOARTHRITIS NOS, PAIN NOS, DISCOMFORT NOS, PRURITUS, ALOPECIA, NAIL DISORDER NOS, NAIL DISORDER NOS, NAIL DISCOLOURATION, DRY MOUTH, GLOSSODYNIA, DIARRHOEA NOS, TOXIC SKIN ERUPTION, RASH ERYTHEMATOUS, FATIGUE, DACRYOSTENOSIS ACQUIRED, SCAR, CONJUNCTIVAL HYPERAEMIA, NAUSEA, VOMITING NOS

JUL 1 1 2003

**Aventis Pharmaceuticals, Inc.**

Approved by FDA on 3/22/94

Domain Facsimile
Mfr report #
200417602US

L/F/Dist report #

# MEDWATCH
THE FDA MEDICAL PRODUCTS REPORTING PROGRAM

Page 1 of 2

FDA Use Only

## A.  Patient information

| 1. Patient identifier | 2. Age at time of event: | 3. Sex | 4. Weight |
|---|---|---|---|
| Redacted - PII | 50 yrs | ☒ female | ___ lbs |
| in confidence | or Date of birth: Redacted - PII | ☐ male | or ___ kgs |

## B.  Adverse event or product problem

1. ☒ Adverse event and/or ☐ Product problem (e.g., defects/malfunctions)

2. Outcomes attributed to adverse event
(check all that apply)

- ☐ death ___(mo/day/yr)
- ☐ life-threatening
- ☒ hospitalization - initial or prolonged
- ☒ disability
- ☐ congenital anomaly
- ☐ required intervention to prevent permanent impairment/damage
- ☒ other: *

| 3. Date of event (mo/day/yr) | 4. Date of this report (mo/day/yr) |
|---|---|
| 01/??/2004 | 10/12/2004 |

5. Describe event or problem

```
    Event (Nature of Event)          Dx Origin
    (Dx) FLUID BUILDUP               Reporter
    (Dx) DISORDER IN EYES            Reporter
    (Sx) EYES TEAR ALL THE TIME
    (Sx) EYES RED AND STICKY
    (Sx) IMPAIRS HER VISION
         (BECAUSE OF SO MUCH
         TEARING)
    (Sx) SPOTS ON MACULA
    (Dx) SEVERE FATIGUE              Reporter

    Narrative: Initial report: This spontaneous
    postmarketing case, received from a
    consumer, involves a 50 year old female who
    initiated therapy with weekly Taxotere
    (docetaxel) in Jan-2004 for breast cancer.
    She received 6 cycles and received her last
    dose on 06-Feb-2004.  Since the beginning *
```

6. Relevant tests/laboratory data, including dates

7. Other relevant history, including preexisting medical conditions (e.g., allergies, race, pregnancy, smoking and alcohol use, hepatic/renal dysfunction, etc.)

```
    ALLERGY TO SULFA, allergy
    BREAST CANCER, INTERSTITIAL CYSTITIS, MITRAL
    VALVE PROLAPSE
```

## C.  Suspect medication(s)

1. Name (give labeled strength & mfr/labeler, if known)

#1  DOCETAXEL (TAXOTERE) Solution for injection

#2

| 2. Dose, frequency & route used | 3. Therapy dates (if unknown, give duration) from/to (or best estimate) |
|---|---|
| #1  QW | #1  * |
| #2 | #2 |

| 4. Diagnosis for use (indication) | 5. Event abated after use stopped or dose reduced |
|---|---|
| #1  BREAST CANCER | #1 ☐ yes ☐ no ☒ doesn't apply |
| #2 | #2 ☐ yes ☐ no doesn't apply |

| 6. Lot # (if known) | 7. Exp. date (if known) | 8. Event reappeared after reintroduction |
|---|---|---|
| #1  UNK | #1 | #1 ☐ yes ☐ no ☒ doesn't apply |
| #2 | #2 | #2 ☐ yes ☐ no doesn't apply |

9. NDC # - for product problems only (if known)

#1 _____ #2 _____

10. Concomitant medical products and therapy dates (exclude treatment of event)

OTHER MEDICATIONS NOS

## G.  All manufacturers

| 1. Contact office - name/address (& mfring site for devices) | 2. Phone number |
|---|---|
| Aventis Pharmaceuticals, Inc. 300 Somerset Corporate Blvd. Bridgewater, NJ 08807-2854 | (908) 243-6000 |

3. Report source (check all that apply)
- ☐ foreign
- ☐ study
- ☐ literature
- ☒ consumer
- ☐ health professional
- ☐ user facility
- ☐ company representative
- ☐ distributor
- ☐ other:

| 4. Date received by manufacturer (mo/day/yr) | 5. (A)NDA # 20-449 |
|---|---|
| 10/05/2004 | IND # _____ |
| 6. If IND, protocol # | PLA # _____ |
| | pre-1938 ☐ yes |
| 7. Type of report (check all that apply) | OTC product ☐ yes |

- ☐ 5-day ☒ 15-day
- ☐ 10-day ☐ periodic
- ☒ Initial ☐ follow-up #_____

8. Adverse event term(s)

FLUID RETENTION, VISUAL DISTURBANCE, LACRIMATION INCREASED, EYE REDNESS, VISUAL ACUITY REDUCED, MACULAR OPACITY, FATIGUE

9. Mfr. report number

200417602US

## E.  Initial reporter

1. Name, address & phone #

**Redacted - PII**

---

**FDA**
Domain Facsimile of
FDA Form 3500A

Submission of a report does not constitute an admission that medical personnel, user facility, distributor, manufacturer or product caused or contributed to the event.
*Item completed on continuation pages.

| 2. Health professional? | 3. Occupation | 4. Initial reporter also sent report to FDA |
|---|---|---|
| ☐ yes ☒ no | | ☐ yes ☐ no ☒ unk |

**EXHIBIT 22**

PENGAD 800-631-6989

Aventis Pharmaceuticals, Inc.

| MED WATCH | A.1. Patient Identifier | G.9. Mfr. report number | |
|---|---|---|---|
| | Redacted - PII | 200417602US | |
| | | | Page 2 of 2 |

**B.2. Other outcome**

medically important

**B.5. Describe event or problem**

[continuation:] of therapy she has experienced fluid buildup so severe she could not walk.  Emergency surgery was performed due to the fluid accumulation in her heart and lungs.  She was hospitalized in the intensive care unit for 8 days due to this event and was treated with spironolactone and Lasix (furosemide).  The event is ongoing and she has a chest x-ray every 3 months.  She also experienced visual disorders: her eyes were tearing all the time, were red and sticky.  She states her vision was impaired due to so much tearing.  She was seen by an ophthalmologist who stated she had spots on her macula.  She was treated with Tobradex and vitamins and the event is ongoing.  She also experienced severe fatigue due to which she has not been able to work.  This event is ongoing.  She is also experiencing hair loss, nail changes and feeling cold all the time.  Medical history is significant for breast cancer, interstitial cystitis, and mitral valve prolapse.  The patient received concomitant medications but none were specified.

This case has not been substantiated by a health care professional.

Reporter  assessment of the causal relationship between the adverse event and suspect drug:
[_] Possible [_] Unlikely [_] Unrelated
[_] Insufficient Data
If unlikely/unrelated, provide alternative explanation:
[_] Illness [_] Concomitant Drug [_] Other

**C.3. Therapy dates** (if unknown, give duration) (mo/day/yr) (Suspect #1)
01/??/2004 to 02/06/2004 Duration: 6 weeks