# EXHIBIT W

# Expert Report of Ellen G. Feigal, M.D.

*MDL - 2740 Taxotere (Docetaxel) Products Liability Litigation*

*Eastern District of Louisiana United States District Court*

# CONTENTS

I.     Qualifications ................................................................................................ 1

II.    Scope of this Report ...................................................................................... 7

III.   Breast Cancer Epidemiology, Diagnosis and Staging: ................................. 7

IV.    Treatment Development: The Drug Development Life-Cycle ............................... 14

    A.     Investigational New Drugs – The Phases of Drug Development ........................... 14

        1.     The IND: Preclinical Studies ........................................................ 14

        2.     The IND: Phase 1, 2 and 3 Studies .............................................. 14

    B.     Approval for New Drugs ................................................................... 15

    C.     Marketed Products: Phase 4 and Postmarketing Safety Surveillance .................. 16

    D.     Hierarchy of Evidence ...................................................................... 16

    E.     Criteria for Assessing Causation ...................................................... 17

    F.     Prescribing Information .................................................................... 18

    G.     Specific Comments about Treatment Development in Breast Cancer .................. 19

        Surgery ........................................................................................... 20

        Radiation Therapy ........................................................................... 21

        Endocrine Therapy .......................................................................... 22

        Chemotherapy ................................................................................. 23

V.     Taxotere and Role as an Option in Early Stage Breast Cancer ................................ 24

VI.    Early Stage Breast Cancer Treatment Options ............................................. 27

VII.   The Role of the Physician and Patient in Choosing Treatment Options ............... 34

A.    Informed Consent, Well-Informed of Complete Information about Risks............34

VIII.   Taxotere and Alopecia................................................................................. 35

A.    Chemotherapy-induced Transient and Reversible Alopecia.................................. 35

B.    Chemotherapy-Induced Permanent, Irreversible Alopecia.................................... 36

C.    Table 2 - Publications on PCIA in the Treatment of Breast Cancer ....................... 41

D.    Brief Narratives of Clinical Studies ...................................................................... 55

IX.    Assessment of Causation using Bradford Hill Criteria ............................................ 66

X.    Conclusions................................................................................................................ 68

I am a physician, clinical researcher and former employee of the National Cancer Institute (NCI), Translational Genomics Research Institute, California Institute for Regenerative Medicine, and industry, where I held senior positions, served on the faculty of major universities including the University of California, San Francisco, and the University of California San Diego.  I am currently a Partner at NDA Partners LLC and am on the Adjunct Faculty at the Sandra Day O'Connor College of Law, Arizona State University where I teach Medical Research Ethics and Law, and FDA Drug Law.  I hold a Medical Degree, a Master of Science degree in molecular biology and biochemistry, a Bachelor of Science degree in Biology, have taught at several universities and have worked in senior positions for two pharmaceutical companies. I currently serve as a consultant on clinical research, product development and regulatory matters.

A copy of my curriculum vitae, including a list of publications that I have authored, is attached as Appendix A.

A list of the materials that I considered in forming my opinions is attached as Appendix B.

I have not provided testimony as an Expert Witness in trials or depositions previous to this litigation. I am being compensated in this case at the rate of $650/hour.

I am not offering regulatory opinions about FDA requirements. I am offering opinions to a reasonable degree of medical and scientific certainty as an expert in the development of oncology drug products, the methods used to detect and evaluate safety and effectiveness, and the causal role of taxotere as it pertains to permanent alopecia.  In forming my opinions set forth in this Report, I have relied on my training and experience as a physician, a hematologist/oncologist and as a clinical researcher, and my knowledge and experience with medical oncology, clinical trials and medical product development.

## I.    Qualifications

I am Board Certified in Internal Medicine and in Medical Oncology, have a Master of Science Degree in Biology in the fields of molecular biology and biochemistry. I graduated from the University of California Irvine with a Bachelor of Science Degree in Biology in 1976, and a Master of Science Degree in Biology (Molecular Biology and Biochemistry) from the same University in 1977.  I graduated from the University of California Davis Medical School in 1981; completed my internship and first year of residency at the University of California, Davis in 1983; and completed my senior year of residency at Stanford in 1984.  I completed my fellowship in hematology/oncology at the University of California, San Francisco in 1987.

Over my career, I have attained leadership positions in academia, industry and nonprofits. The theme of my career, whether in academia, industry, Federal or State government agencies or nonprofits, involves creating innovative programs and collaborations to drive translational research findings to the patients with unmet medical needs.

**Assistant Professor, University of California, San Francisco (UCSF), and University of California San Diego (UCSD)**: 1987-1989; 1989-1991

I started my career as a physician scientist, mentoring interns, residents and medical students, taking care of AIDS patients as the epidemic emerged, in one of the major epicenters, San Francisco, at a time when there were no treatments. My patients spurred my interest to try to understand what caused their disease, particularly the AIDS-associated malignancies, to gain insights that could lead to the development of effective therapies. I began work in the laboratory trying to decipher epidemiological correlates of the disease, writing and receiving State and NIH grant support. I continued these interests of teaching, taking care of patients, and research, when I was recruited to UCSD. The AIDS epidemic also hit San Diego hard, where UCSD was a major referral center. I took charge of the medical management of patients with AIDS and cancer, including developing HIV education and treatment programs for hemophilia patients as well as attending on oncology wards, caring for patients with hematological diseases, and on the general internal medicine wards, and clinics. I was the Principal Investigator of an NIH-RO1 AIDS lymphoma grant for clinical trials in patients with AIDS-associated non-Hodgkin's Lymphoma.

**National Cancer Institute** (NCI): 1992 to 2004

In 1992, I began work at the National Cancer Institute (NCI) on what turned out to be the start of a 12-year period working for a mission-oriented research division in the federal government, shifting my career from an individual patient focus to creating innovative programs and initiatives with a broader national impact. During this time, I also was an attending physician in the AIDS/Oncology clinic at the NCI clinical center.

As a Senior Investigator at NCI, with responsibilities for translational research in lung cancer, head and neck cancer, and radiation therapy, I was NCI's scientific project officer for the cooperative oncology clinical trials groups focusing on those areas. The clinical trials cooperative groups enrolled over 25,000 patients per year, with several thousand per year in early phase clinical trials.  The taxanes were being developed during this time period, and of note, about 80% of FDA approved drugs, including the taxanes, are engaged with the NCI during some part of their development.  I asked for and was given the opportunity to create and develop an AIDS malignancy program at a national level at the NCI. At that time, the majority

of HIV associated malignancies efforts were based at the National Institute of Allergy and Infectious Diseases (NIAID) as part of the AIDS Clinical Trials Group, but I was able to create, develop, and implement AIDS malignancy clinical trials programs within the NCI's Cancer Treatment and Evaluation Program, and transferred the NIAID trials to the NCI as part of a new AIDS malignancy group. As part of the vision for putting together a comprehensive program, I developed new programs which included a multidisciplinary AIDS Malignancy Working Group, a multi-center specimen bank program for AIDS malignancy specimens, an annual National AIDS Malignancy scientific meeting, a new training program for clinical investigators, and served as a liaison to NIH-wide AIDS activities.

After five years, I became the Deputy Director of the Division of Cancer Treatment and Diagnosis (DCTD), the largest division in the NCI with an annual budget of over a billion dollars. I moved the AIDS malignancy programs I had created to be one of my responsibilities in that position, in addition to my leadership role as the Deputy Director for DCTD.

Four years later, I became and served for the next three and one-half years as the Acting Division Director assuming the primary leadership and responsibility for DTCD's programs. My responsibilities included oversight of programs in developmental therapeutics, cancer diagnostics, cancer imaging, clinical trials for evaluation of cancer therapy, radiation biology and biometrics. The position involved extensive interactions with the FDA, academia and industry in product development, and with the Centers for Medicare and Medicaid Services (CMS) on issues involving health insurance coverage and reimbursement. I created, with the intent of accelerating collaborative interactions and development, the first Interagency Council between the NCI, FDA and CMS for the joint evaluation of innovative imaging technologies. In addition, I spearheaded the collaborative work on an initiative to enhance the access of special populations to clinical trials, and provided key support for the collaborative National Lung Cancer Screening Trial and the Digital Mammography Screening Trial, comparing digital to standard film mammography, key trials that provided the evidence supporting their screening value for patients at risk of lung cancer, and of breast cancer.

In these senior positions, I interacted and was responsive to the U.S. Congress, queries from the Presidents of the United States, lawmakers, and was a peer with the leadership of major agencies including FDA and CMS. I regularly made public presentations to External Scientific Advisory Boards, and the President's (of the U.S.) Cancer Panel. I created and led the NCI's AIDS malignancy programs and created and chaired the interagency council for biomedical imaging, composed of senior leaders from the FDA, CMS and NCI.  I also interacted extensively with patient advocacy groups, consumer liaison groups, heads of small and large companies; and conducted media interviews, examples of which include the science reports from the Wall

Street Journal and on live network television including the Today Show with Katie Couric, discussing the need for support for cancer clinical trials.

**Vice-President: Translational Genomics Research Institute** (T-Gen) and the **Critical Path Institute**: April 2004 to 2007

I served as the Vice President of Clinical Sciences and Deputy Scientific Director of the newly created non-profit Translational Genomics Research Institute (TGen) in Phoenix, Arizona. In this capacity I had the opportunity to work on innovative genomics technologies and their applications to patients. I was responsible for forging and developing clinical research partnerships with hospitals and clinics, major universities and research institutes across the state of Arizona in the areas of cancer, neurological and infectious diseases, and diabetes; for catalyzing and developing research collaborations across the state and nationally to enhance translational research; for strengthening clinical research interactions with the Hispanic and native American community, and for providing a robust scientific and career development environment for post-docs and TGen researchers.

My responsibilities, as part of the leadership team included, development of scientific programs, grant and contract operations, and clinical translation of Center discoveries. I assisted in fund-raising and representing the Institute in collaborations with State and University efforts, including the launching of a new medical school adjacent to the Institute.

In collaboration with TGen I spent a sabbatical year as Director, Medical Imaging and Devices, for the newly formed Critical Path Institute an independent, non-profit/tax exempt organization founded in July 2005, in order to collaborate with the Food and Drug Administration's (FDA) Critical Path Programs in the Office of the Commissioner to develop the scientific basis for more rapid and predictable regulatory decisions by FDA. I directed the medical devices and imaging programs, developed and directed the orphan diseases program to accelerate clinical studies and medical product development and opened the Phoenix satellite facility of C-Path. A memorandum of agreement between C-Path and the FDA, identified C-Path as neutral ground to help create novel programs to enable the pharmaceutical, device and biotechnology industry to safely accelerate the development of more effective treatments and diagnostics.

**Adjunct Professor, UCSF School of Pharmacy:** 2006 to 2011 (concurrent with other positions)

I am the founding Director of the American Course on Drug Development and Regulatory Sciences (ACDRS), a program with a two-year curriculum delivered in six one-week sessions both in Washington DC, and San Francisco. I supervised the project officer and chaired the

4

Executive Committee, arranged CME accreditation for the course, and supervised all aspects of the curriculum, the course examination, interactions with approximately 120 faculty and several hundred students, and strategic interactions with the FDA, and the University of Basel, Switzerland. FDA supports the program both as faculty and by sending new FDA employees as students in the course.

**Chief Medical Officer, Insys Therapeutics**: 2007 to 2008

Shortly after the company was founded, I became the first Chief Medical Officer of Insys Therapeutics, a small start-up privately funded pharmaceutical company that had the distinction of being the first pharmaceutical company to locate to Phoenix.  I was responsible for all aspects of the clinical development of the company's products with a directed focus on supportive care oncology (such as, chronic pain, and chemotherapy-induced nausea and vomiting) and neurological diseases. I developed, designed, oversaw, and specified the analysis of two phase 1 trials, and developed, designed and launched a phase 3 trial in North America. In addition, I was responsible for the company's oversight of an investigator-initiated phase 3 trial in the UK in multiple sclerosis. The phase 3 pain management trial completed accrual in 2 years, the analyses demonstrated safety and effectiveness and FDA subsequently approved an NDA for the product.

**Executive Medical Director, Amgen Inc**.: April 2008 to January 2011

At Amgen I served as Executive Medical Director, Global Development at Amgen, a large biopharmaceutical company in the United States with 17,000 employees in California, alone. My primary focus was in clinical development of therapeutics in hematology/oncology. Included among the pathways of development interest were apoptosis agonists, insulin growth factor receptor antagonists, angiogenesis inhibitors, epidermal growth factor inhibitors, and RANK-ligand inhibitors. I was also responsible for formalizing and executing policy on expanded-access programs for patients across all Amgen's therapeutic areas, for the provision of investigational agents to patients in need, outside of formal clinical trials. I chaired the cross-functional team evaluating investigational agents against criteria for expanded access, led the scientific/clinical interface with patient advocacy organizations, provided the clinical guidance for the development of disease state assessment documents for the therapeutic area steering committees, and led the cross-functional teams to the company's first collaborative research and development agreement with the National Cancer Institute in Amgen's 25 year history.

**Senior Vice-President: California Institute for Regenerative Medicine** (CIRM): January 2011 – November 2014

 CIRM is a non-profit $3B funding agency created in 2004 by the California voters through a statewide ballot measure, with a mission to advance stem cell research for the discovery and development of disease modifying treatments and cures for patients with chronic diseases and injuries. As the Senior Vice president, for Research and Development, I played a leading role in successfully advancing CIRM funded translational programs through the preclinical and IND-enabling studies to first-in-human and early phase clinical trials across a broad range of serious medical conditions including diabetes, spinal cord injury, blinding eye diseases, heart failure, cancer, sickle cell disease, beta-thalassemia and HIV/AIDS; recruited experts of the highest caliber across the spectrum of preclinical, manufacturing, disease, stem cell biology, regulatory, clinical and commercialization to create CIRM's first external Clinical Development Advisory Panels to serve as a resource to funded investigators to better position the teams for success; played a key role in fostering and enhancing CIRM's interactions with the FDA to better elucidate the regulatory pathway for stem cell-based therapies; spearheaded the development of programs to engage industry to leverage their regulatory and business expertise, in addition to their dollars, in working with CIRM investigators; identified and engaged with NIH on the research area of induced pluripotent stem cells for disease modeling and drug discovery for neurodegenerative diseases, and developed the initiative to create and implement CIRM's collaboration with NIH in this research program.

I was responsible for the development/research teams including scientific and medical officers, a senior epidemiologist and science officer for compliance, an administrator-program manager, and co-supervising, along with the Vice-Chair of the Independent Citizens' Oversight Committee (ICOC), the Communications Director and his public communications team. My cross-functional responsibilities included work with finance, business development, legal counsel, scientific and review activities, and grants management.

I led the strategic planning for the agency across scientific, medical, economic and community goals with various stakeholders; led the assessment of the development portfolio by bringing in external experts across a broad spectrum of disciplines and worked with and reported to CIRM's governing board on a regular basis. I was a member of various committees including CIRM's Executive Committee of senior leaders and managers; Senior Staff; Senior Scientific Staff, and I directed and oversaw Development team meetings, and chaired the All-Staff monthly meetings.

I served as the Acting President during extended periods when the President was away, handling all of the leadership and management supervisory roles, including the President's role in the Institute of Medicine review of CIRM and at Board meetings that occurred during his absences.

**Partner: NDA Partners LLC** (NDAP): November 2014 – present

I am a Partner in NDAP, a global strategy consulting firm specializing in expert product development and regulatory advice to medical product developers.  NDAP was founded in 2003 by former senior regulatory agency staff, pharmaceutical industry executives, and academic experts who have played a major role in medical product development, drug regulations and program management over the past several decades. The company has focused on improving the development efficiency and speed and commercial success rate of medical products since its founding.

**Adjunct Professor, Sandra Day O'Connor College of Law, Arizona State University (ASU):** Spring 2015 – present

I am an Adjunct Professor in the Sandra Day O'Connor College of Law, Arizona State University where I teach two courses:  1) Research Ethics in Human Subjects Research and the Law; and 2) FDA Drug law.

## II.    Scope of this Report

I have been asked to review permanent alopecia in patients with early stage breast cancer who were treated with Taxotere (docetaxel), specifically: the epidemiology, detection, diagnosis and staging of breast cancer, the treatment options, and how decisions regarding the risks and benefits of treatment options are discussed between physicians and their patients.  I have also been asked to provide my assessment on the causal relationship of Taxotere to permanent chemotherapy-induced alopecia in the adjuvant treatment of patients with breast cancer.

## III.    Breast Cancer Epidemiology, Diagnosis and Staging:[1]

**Cancer:**  Cancer is the Latin word for crab. The ancients used the word to mean a malignancy, possibly related to the crab-like tenacity a malignant tumor shows in grasping the tissues it

---

[1] American Cancer Society, *Cancer Facts & Figures 2018, available at*
https://www.cancer.org/content/dam/cancer-org/research/cancer-facts-and-statistics/annual-cancer-facts-and-figures/2018/cancer-facts-and-figures-2018.pdf (last visited Nov. 6, 2018).

invades. Cancer may also be called a malignancy, a malignant tumor, or a neoplasm (literally, a new growth).  Cancer is not one disease, but a group of more than 100 different and distinctive diseases characterized by the uncontrolled growth and spread of abnormal cells. If the spread is not controlled, it can result in death. Cancer can start almost anywhere in the human body, which is made up of over a trillion cells.  Most cancers are named for the type of cell or organ in which they start, e.g., breast cancer originates in the breast.  Although the reason why the disease develops remains unknown for many cancers, there are many known causes, including lifestyle factors, such as tobacco use, alcohol consumption and obesity, and non-modifiable factors, such as gender, older age, inherited genetic mutations from parents, hormones, and immune conditions. These risk factors may act simultaneously or in sequence to initiate and/or promote cancer growth.

**Breast Cancer:** In the U.S. in 2018, there will be an estimated 266,120 new cases of invasive breast cancer diagnosed in women; 2,550 cases diagnosed in men; and an additional 63,960 cases of in situ breast lesions diagnosed in women.[2]  From 2005 to 2014, the most recent 10 years for which data are available, invasive breast cancer incidence rates were stable in white women and increased slightly (by 0.3% per year) in black women.[3]

**Symptoms and Signs of Breast Cancer:**  Most breast cancer is detected at an early, localized stage through mammography screening. Breast cancer, when detected early, often has no symptoms or signs. When symptoms or signs do occur, the most common sign is a lump or mass in the breast. Other symptoms may include changes to the breast, such as thickening, swelling, tenderness, skin irritation, redness, and nipple abnormalities.

**Risk Factors for Breast Cancer:**  The strongest risk factors for breast cancer are being a woman and advancing age. Several factors that influence risk do so by modifying exposure of breast

---

[2] *Id.*

[3] *Id.* In the U.S. in 2018, there will be an estimated 41,400 cases of breast cancer deaths (40,920 women, 480 men).  The female breast cancer death rate peaked at 33.2 (per 100,000) in 1989, then declined by 39% to 20.3 in 2015. This progress, which is attributed to improvements in early detection (through screening, as well as increased awareness) and treatment, translates to an estimated 322,600 fewer breast cancer deaths than would have been expected if the death rate had remained at its peak. The annual percent decline from 2006 to 2015 was slightly larger for white women (1.8%) than for black women (1.5%).  Adjuvant treatment is treatment given after the primary surgery to decrease the risk of local or distant (metastatic) recurrence.

tissue to reproductive hormones. Some of these risks can potentially be modified, such as being overweight or obese, the use of hormones (e.g., combined estrogen and progestin) to treat postmenopausal symptoms, lack of physical activity, and drinking alcohol.  Additional risk factors affecting exposure of breast tissue to reproductive hormones include high natural levels of sex hormones, recent use of oral contraceptives, an extended menstrual history (menstrual periods that start early and/or end later in life), not having children, and having a first child after age 30. Other factors that increase risk include a family or personal history of breast or ovarian cancer; inherited  genetic mutations in breast cancer susceptibility genes, such as BRCA1 or BRCA2; a history of ductal or lobular carcinoma in situ; high-dose radiation to the chest at a young age (e.g., for treatment of lymphoma), and dense breast tissue (e.g., relative proportion of glandular tissue to fatty tissue measured on a mammogram).  Research suggests that other factors, such as smoking, may be a minor risk, although research is mixed and there is no consensus on smoking as a risk factor.[4,5]

**Early detection:** Mammography is a low-dose x-ray imaging procedure used to screen asymptomatic women to detect breast cancer. It can also be used as a diagnostic tool to detect breast cancer in women with signs or symptoms of breast cancer, and to detect recurrences of breast cancer in those with a previous history.  When used as a screening tool in asymptomatic women, early detection of breast cancer with mammography can allow for less extensive treatment and has been shown to reduce breast cancer mortality. As with any screening tool, there can be false negatives (miss detection when cancer is present) and false positives (appear abnormal in the absence of cancer). About 1 in 10 women who are screened have an abnormal

---

[4] Centers for Disease Control (CDC), *What Are the Risk Factors for Breast Cancer?*, *available at* https://www.cdc.gov/cancer/breast/basic_info/risk_factors.htm (last visited Sept. 2018).

[5] The relationship between active cigarette smoking and risk of breast cancer has been extensively evaluated in both case-control and cohort studies; collectively, the data provide strong evidence against any major overall relationship, as the 2004 Report of the U.S. Surgeon General concluded the data suggest no causal relationship between active smoking and breast cancer. *See* U.S. Dept. of Health and Human Services, *The Health Consequences of Smoking: A Report of the Surgeon General* (2004). The question of passive or secondhand smoke exposure and risk of breast cancer was extensively reviewed in the 2006 report of the Surgeon General. After thorough evaluation of the many epidemiologic studies, the report concluded that the overall evidence is mixed and does not strongly or consistently support a causal relationship between secondhand smoke and breast cancer. *See* U.S. Dept. of Health and Human Services, *The Health Consequences of Involuntary Exposure to Tobacco Smoke: A Report of the Surgeon General* (2006).

mammogram, and only about 5% of these women have cancer. Mammography also detects non-invasive lesions (e.g., ductal carcinoma in situ [DCIS] or lobular carcinoma in situ [LCIS]). Recently updated American Cancer Society screening guidelines for women with average risk of breast cancer, recommend that women 40 to 44 years of age have the option to begin annual mammography; those 45 to 54 should undergo annual mammography; and those 55 years of age and older may continue annual mammography or be screened on a less frequent basis every two years. If overall health is good and life expectancy is at least 10 years, guidelines recommend continued screening. For some women at high risk of breast cancer, annual magnetic resonance imaging (MRI) is recommended in addition to mammography, starting as early as 30 years of age.

Widespread adoption of screening asymptomatic women increases breast cancer detection and changes the characteristics of cancers identified by detecting more breast cancers at earlier stages.  In the U.S., most patients identified have early stages of localized breast cancer detected by a screening mammogram; less commonly, patients present with a palpable mass that is either self-detected or detected by a health care provider.[6]

**Diagnosis and Staging:**

When breast cancer is suspected by screening mammography, patient management starts with a biopsy, which is evaluated under the microscope by the pathologist to determine if the suspicious area is malignant or benign.  If malignant, the tumor is evaluated for its subtype and stage.  Additionally, the subtype and staging evaluation helps determine a treatment plan; facilitate discussion between physicians and with their patients; identify patients for clinical trials and permits standardized data collection that allows for evaluation of the impact of changes in clinical practice.

The normal breast is made of tubes, called ducts, that end in a group of sacs, called lobules. Breast cancer can arise in the cells lining the ducts or lobules.  Cancer cells, if they stay confined to the breast ducts or lobules, and there is no extension through the duct or lobule into surrounding tissue, is considered non-invasive carcinoma-in-situ  Once the cancer cells have grown and extended beyond the ducts or lobules, it is invasive or infiltrating cancer. The 2 main

---

[6] Nancy L. Keating, MD, MPH & Lydia E. Pace, MD, MPH, *Breast Cancer Screening in 2018: Time for Shared Decision Making*, 319(17) JAMA 1814-1815 (2018).

types of breast cancer are invasive ductal and invasive lobular, based on how they look under the microscope, and in some cases, the tumor can have features of both.

Evaluating the tumor for subtype, grade and aggressiveness, and staging informs the treatment plan for the patient. Grading a tumor is part of the microscopic evaluation.[7] Certain features can help predict how likely the cancer is to grow and spread. These features include the arrangement of the cells, whether they form tubules, whether they resemble normal breast cells, and the mitotic activity e.g., how many of the cancer cells are actively dividing. These features are assigned numbers, which are added up to assign the grade. If the numbers add up to 3 to 5, the cancer is grade 1 and well differentiated. Well-differentiated cancers have relatively normal-looking cells, divide slowly, and are arranged in small tubules for ductal cancer and cords for lobular cancer. These cancers tend to grow and spread slowly and have a better prognosis. If the numbers add up to 8 to 9, the cancer is grade 3 and poorly differentiated. Poorly differentiated cancers lack normal features, tend to divide more quickly and spread, and have a worse prognosis. If the numbers add up to 6 to 7, the cancer is grade 2 and moderately differentiated.

Key markers in subtype evaluation of the tumor include the estrogen receptor (ER), progesterone receptor (PR) and HER2/neu status. A positive finding for ER and/or PR, defined if ≥1% of tumor cells exhibit staining, predicts benefit from endocrine therapy.[8] HER2/neu is a receptor for a growth factor called human epidermal growth factor. A positive finding for HER2/neu overexpression, defined if ≥ 30% of tumor cells exhibit strong staining on immunohistochemistry (IHC) or if gene amplification is identified by fluorescent in situ hybridization (FISH), predicts benefit from HER2/neu-directed therapy.[9]

---

[7] National Cancer Institute (NCI), *Tumor Grade*, *available at* https://www.cancer.gov/about-cancer/diagnosis-staging/prognosis/tumor-grade-fact-sheet (last visited Sept. 2018).

[8] M. Elizabeth H. Hammond et al., *American Society of Clinical Oncology/College of American Pathologists Guideline Recommendations for Immunohistochemical Testing of Estrogen and Progesterone Receptors in Breast Cancer*, 28(16) J. CLIN. ONCOL. 2784-95 (2010).

[9] A.C. Wolff et al., *American Society of Clinical Oncology/College of American Pathologists Guideline Recommendations for Human Epidermal Growth Factor Receptor 2 Testing in Breast Cancer*, 131(1) ARCH. PATHOL. LAB. MED. 18-43 (2007).

The demographics of breast cancer by hormone receptor (ER/PR) and HER2 status are provided in Table 1.[10]

| ER/PR | HER2 | Percentage |
|---|---|---|
| Positive | Negative | 68.9% |
| Positive | Positive | 10.2% |
| Negative | Positive | 7.5% |
| Negative | Negative | 13.4% |

Gene profiling, and specific genetic tests on the tumor for the probability of breast cancer recurrence are also used and can guide to help inform treatment decisions, including the Mammaprint and Oncotype DX assays. Oncotype DX assays have been used to predict the probability of benefit from adjuvant chemotherapy in ER-positive node-negative disease and in postmenopausal women with ER-positive, axillary node positive disease.[11] These markers may be used to assist in making more informed treatment decisions regarding whether to use chemotherapy, particularly in low-risk patients with ER positive, HER2/neu-negative disease.[12,13]

Cancer is staged with the American Joint Committee on Cancer (AJCC) staging system TNM, which assesses cancer growth and spread by the extent of the tumor (T), absence or presence of lymph nodes (N), and the absence or presence of distant metastases (M). The T category (T0, Tis, T1, T2, T3, or T4) is based on the size of the tumor and whether it has spread to the skin

[10] Adedayo A. Onitilo, MD et al., *Breast Cancer Subtypes Based on ER/PR and Her2 Expression: Comparison of Clinicopathologic Features and Survival*, 7(1/2) CLINICAL MEDICINE & RESEARCH 4-13 (2009).

[11] Prof. Kathy S. Albain, MD et al., *Prognostic and Predictive Value of the 21-Gene Recurrence Score Assay in Postmenopausal Women with Node-Positive, Oestrogen-Receptor-Positive Breast Cancer on Chemotherapy: A Retrospective Analysis of a Randomized Trial*, 11(1) LANCET ONCOL. 55-65 (2010).

[12] J.A. Sparano & L.J. Solin, *Defining the Clinical Utility of Gene Expression Assays in Breast Cancer: the Intersection of Science and Art in Clinical Decision Making*, 28(10) J. CLIN. ONCOL. 1625-27 (2010).

[13] L. Harris et al., *American Society of Clinical Oncology 2007 Update of Recommendations for the Use of Tumor Markers in Breast Cancer*,25(33) J. CLIN. ONCOL.  5287-312 (2007).

over the breast or to the chest wall under the breast. Higher T numbers mean a larger tumor and/or wider spread to tissues near the breast. The N category (N0, N1, N2, or N3) indicates whether the cancer has spread to lymph nodes near the breast and, if so, how many lymph nodes are affected. Higher numbers after the N indicate more lymph node involvement by cancer. The M category (M0, M1) is usually based on the results of lab and imaging.  Once TNM is determined, a stage of 0, I, II, III or IV is assigned.[14]  Stage 0 is non-invasive (in situ) cancer; stage I is a small tumor in the breast only; stage II is a tumor in the breast over 2cm in size and/or with lymph nodes involved; stage III is a larger tumor (more than 5 cm in size) in the breast or with more than 3 lymph nodes involved with tumor, and stage IV is spread of the tumor to other parts of the body, often in bones, lungs, liver, skin and brain.   Imaging may be indicated if there are signs, symptoms, or laboratory abnormalities suggesting distant metastases.

The stage distribution of breast cancer is approximately 62% localized (tumors less than 5 cm and no lymph node involvement), 31% regional (lymph node involvement), and 6% distant (metastatic).[15]

Advances in molecular diagnostics, and more tailored treatments have led to a recent revision of the American Joint Committee on Cancer (AJCC) staging system for breast cancer that allows for more accurate staging.[16]  The recent revision has incorporated biologic variables, already in use for treatment planning e.g., grade, ER, PR and HER2 status, and multigene panels, into the conventional anatomic extent of disease defined by TNM.

The receptor status e.g., whether ER, PR and HER2 positive or negative and the staging, whether stage 0, I, II, III or IV and their subtypes, and molecular markers, such as Oncotype Dx or MammaPrint, can be used to help assess prognosis and guide discussions of the physician and their patient in making treatment decisions.

---

[14] Clinical stage is based on examining the patient and reviewing the lab/imaging studies after the initial diagnostic biopsy; Pathologic stage is based on tumor and lymph node assessment from the surgical procedure.

[15] Rebecca L. Siegel, MPH, Kimberly D. Miller, MPH & Ahmedin Jemal, DVM, PhD, *Cancer Statistics, 2018*, 68 CA CANCER J. CLIN. 7–30 (2018).

[16] E.A. Mittendorf et al., Incorporating Biology into Breast Cancer Staging:  American Joint Committee on Cancer, Eight Edition, Revisions and Beyond, ASCO Educational Book 2018; G.N. Hortobagyi et al., AJCC Cancer Staging Manual:  Breast (ed 8). New York, NY: Springer International Publishing (2016).

## IV.    Treatment Development: The Drug Development Life-Cycle

### A.  Investigational New Drugs – The Phases of Drug Development

In order for a new drug to be approved and commercially available, every pharmaceutical company has to first submit an Investigational New Drug application (IND)[17] and then based on the IND studies submit a marketing authorization application, a New Drug Application (NDA), or in the case of biological drugs, a Biologic Licensing Application (BLA).  It is within this framework that the safety and effectiveness of new drugs are first studied.

#### 1.  The IND: Preclinical Studies

The IND application provides data on the manufacture of the drug, the preclinical animal studies, *in vitro* studies, and protocols for future studies on human participants.[18] The purpose of the manufacturing information, which characterizes the new drug, and the animal toxicology studies are to help assure that the first clinical trials in humans will be safe. The safety findings in animals, particularly at exaggerated dosing are used to identify the types of adverse experiences which may be observed in clinical trials and later clinical experience.

Determination of the starting dose for the first human studies is also estimated from the preclinical studies. There is an imperfect relationship between the animal dose findings and the safe human dose, so initial human studies start very low and then escalate the dose as safety is established. Preclinical animal species have different drug absorption and metabolism, and drugs may exert their toxicity differently in different species. Although the preclinical toxicity results will be replaced by the more relevant human experience, these studies provide important information on how to design the first-in-human clinical trials that will open the IND.

#### 2.  The IND: Phase 1, 2 and 3 Studies

The new drug then is studied in a number of clinical trials to establish safety and effectiveness in humans. IND sponsors closely monitor patients in the IND clinical studies to detect adverse effects. Some adverse effects are predictable by the pharmacology mechanism of action of the drug, but not all adverse effects can be anticipated, so the drug effects across many different body systems are monitored. The studies will determine the new drug dose, schedule of

---

[17] Requirement for an IND. 21 C.F.R. §312.20.

[18] IND content and format. 21 C.F.R. § 312.23.

administration, safety monitoring, and evidence of effectiveness in the specific patient populations, and conditions where the drug is tested.

Phase 1 trials are small closely monitored studies, often in healthy volunteers, but in cancer drug development, more typically in patients, where the risks of the investigational drug are more appropriately studied where there is potential benefit. In Phase 1 trials the goal is to learn how a drug is absorbed and eliminated from the body and to determine appropriate doses for further testing. Typically, fewer than 100 subjects participate in Phase 1 trials.

To assure the initial doses in humans are safe, the human Phase 1 and 2 studies typically study different doses. Dose selection may aim to identify the minimally effective dose, and for some drugs—cancer drugs in particular—the maximally tolerated dose. Phase 2 trials are used to establish dose, provide proof of concept of efficacy and evaluate the safety and effectiveness of the drug for patients with specific conditions. Phase 2 studies often involve several hundred patients. They are used to learn enough about the drug to plan the larger trials in Phase 3 that will confirm the safety and effectiveness of the drug for one or more indications. Phase 3 trials, depending on the condition, may involve hundreds to several thousand patients.

Evaluation of approved drugs continues after a drug is on the market, which is described below, but at the time of approval the prescribing physician must be able to select patients likely to benefit from the drug, be able to assess safety risks and to be able to make patient-specific and indication-specific drug dosing decisions.

## B.  Approval for New Drugs

With FDA approval of a sponsor's New Drug Application (NDA) a product can be marketed in the United States. The approval is specific to the manufacturer, pharmaceutical formulation(s) of the drug, and for specific intended uses (indications) where effectiveness was demonstrated by adequate and well controlled studies.

The NDA includes detailed data from the preclinical studies, Phase 1, 2 and 3 trials, as well as postmarketing experience in other countries, when it exists.  Generally, the NDA contains the following information: (i) reports of preclinical and clinical studies; (ii) a summary of all safety data; (iii) pharmacological data on the drug's composition; (iv) methods and facilities used in the drug's manufacturing; (v) samples of the product; and (vi) proposed prescribing information.

Once a product is approved, a concise summary of the essential scientific information for the drug is included in Prescribing Information, also referred to as labeling.

15

## C. Marketed Products: Phase 4 and Postmarketing Safety Surveillance

Clinical studies typically continue after product approval.  Phase 4 Postmarketing Commitments are studies that the company agrees to conduct after marketing to provide additional information about specific issues that were identified in the NDA review, but that were not necessary for NDA approval.

Other studies may assess new formulations, or new uses of the drug are often developed which require new Phase 2 and Phase 3 controlled trials and often add substantial and robust information to the safety database.

It is the company's ongoing responsibility to assess safety.  After approval, the number of patients who take the drug expands from the few hundreds or thousands of patients in the clinical trials to tens of thousands or even millions of patients who are prescribed the drug by their physicians.  New sources of information include: new and ongoing trials at the time of approval conducted by the drug manufacturer; clinical trials conducted by independent investigators; case studies of individual patients or a series of patients; studies describing drug interactions; and the spontaneous reporting of adverse events to the company and the FDA.

To conduct postmarketing surveillance, manufacturers have organized systems to detect, assess and follow up on safety issues.  Spontaneous postmarketing adverse event reports identify the following: 1) the adverse event(s); 2) possible suspect drug(s); 3) a specific patient; and 4) the source of the report. These reports on adverse events also have a particular focus on reporting serious and unexpected events.  Increases in severity of an expected adverse event, or a change in the character of the adverse event, can take a non-serious and expected event into the category of serious and unexpected.

An important purpose of spontaneous reporting systems is to detect a previously unknown potential association between an adverse effect and a drug.  If a potential association is identified, it should be further assessed to determine whether it represents a potential safety risk and whether other action should be taken.  Post-marketing surveillance captures the safety of the product as it is used in clinical practice, whether the use is as indicated in the label or not. Safety in the labeling is not restricted to on label use.

## D. Hierarchy of Evidence

For the evidence from any given study of medical therapy, results can be ranked in terms of the: (1) strength of the study design; and, (2) strength of the endpoint assessment. Together, ranking

these two features provides an estimate of the overall strength of the evidence.[19] A formal description of the level of evidence provides a uniform framework for the data, leading to specific recommendations.

The various types of study design are described below in descending order of strength:

1. Prospective, randomized, controlled, clinical trials.

2. Prospective, nonrandomized, controlled, clinical trials.

3. Prospective cohort studies

3. Retrospective case series or other observational study designs based on exposure (i.e., to Taxotere) or on outcome (permanent chemotherapy-induced alopecia).

i. Consecutive cases.

ii. Nonconsecutive cases or other observational study designs (e.g., cohort or case control studies).

## E.  Criteria for Assessing Causation

There are scientifically valid criteria that have been used to assess causation.  In 1965 Bradford Hill concisely described these criteria in evaluating aspects of an association to especially consider before deciding that the most likely interpretation of it is causation.[20]  The nine criteria to consider include the following:

1.      Strength of the association
2.      Consistency of the observed association.
3.      Specificity of the association
4.      Temporality, i.e., the temporal relation of the exposure to the observed event
5.      Biological gradient, i.e., one which can reveal a biological gradient, or dose-response curve
6.      Plausibility, i.e., if the causation we suspect is biologically plausible.

---

[19] The Physician Desk Query editorial board of the National Institutes of Health use a formal ranking system of levels of evidence to help the reader judge the strength of evidence linked to the reported results of a therapeutic strategy.

[20] Hill AB: **The environment and disease: Association or causation?**

*Proceed Roy Soc Medicine – London* 1965, **58:**295-300.

7.      Coherence: should not seriously conflict with the generally known facts of the natural history and biology of the disease

8.      Experiment, i.e., occasionally it is possible to appeal to experimental, or semi-experimental, evidence. For example, because of an observed association some preventive action is taken. Does it in fact prevent?

9.      Analogy, i.e., in some circumstances it would be fair to judge by analogy.

As Bradford Hill noted when he proposed these criteria, none of his nine points to consider can bring indisputable evidence for or against the cause and effect hypothesis and none can be required as a *sine qua non*. As noted in his paper, what the criteria can do, with greater or lesser strength, is to help inform the answer to the fundamental question - is there any other way of explaining the set of facts available, is there any other answer equally, or more, likely than cause and effect?  In addition, Bradford Hill notes in his address that "No formal tests of significance can answer those questions. Such tests can, and should, remind us of the effects that the play of chance can create, and they will instruct us in the likely magnitude of those effects. Beyond that they contribute nothing to the 'proof' of our hypothesis."

## F. Prescribing Information

Prescription drug product information, or labeling, includes the prescribing information, as well as all of the advertising, promotion, and many educational activities. The prescribing information[21] describes in detail the essential information about benefits and risk for the approved indications for use, from the clinical pharmacology, clinical trials, and safety from multiple sources, including controlled studies and postmarketing surveillance. Prescribing Information is an important source of scientific information for healthcare professionals in assessing benefits and risks for their patients.

The prescribing information provides physicians with a clear and concise summary of the information necessary for the safe and effective use of the drug. Prescription drug information is written for the healthcare professionals who prescribe drugs and not to consumers. The prescribing information is a summary of the essential scientific information, providing an

---

[21] Sometimes it is referred to as the "PI", the "package insert", or the physician labeling.

evidence-based assessment of risk and benefit for specific indications, to assist a prescriber making decisions for individual patients.[22]

Postmarketing surveillance will often identify previously unrecognized adverse events or find cases of increased severity of a known adverse event. New safety findings often require changes in the Prescribing Information.  FDA's prescribing information requirements [21 CFR 201(c) (6)] state that safety information must be revised to include a warning about a "clinically significant hazard as soon as there is reasonable evidence of a causal association with a drug; a causal relationship need not have been definitely established."   NDA supplemental applications are required for certain changes to the product's manufacturing, composition, indications for use, and in the safety and effectiveness information provided in the approved prescribing information.[23]

There are two types of prescribing information change applications: those which require FDA's prior approval (Prior Approval Supplements, or PAS); or those which may be implemented immediately,[24] usually new safety information to strengthen a Warning, Precaution or Adverse events while the application review by FDA is still pending (Changes Being Effected supplements, or CBE).

## G.  Specific Comments about Treatment Development in Breast Cancer

Most women diagnosed with breast cancer have early stage, ER/PR positive, HER2/neu negative[25] operable disease, a good prognosis, a variety of treatment options to consider, and have high survival rates.  The overall 5-year survival for Stage 0 is 100%; stage I (local) is 98%; stage II (regional) is 93%, stage III (advanced regional) is 72-85%; and stage IV (distant) is 22-27%.  The overall 5- and 10-year relative survival rates for invasive breast cancer are 90% and 83%, respectively. Most cases (62%) are diagnosed at a localized stage (no spread to lymph nodes, nearby structures, or other locations outside the breast), for which the 5-year survival is

---

[22] Food and Drug Administration, Final rule. 21 CFR Parts 201 and 202 [Docket No. 75N-0066], Labeling and Prescription Drug Advertising; Content and Format for Labeling for Human Prescription Drugs. Federal Register, 1979. 44(124): p. 37434 - 37467.

[23] Supplements and other changes to an approved application. 21 C.F.R. § 314.70, and Procedures for submission of a supplement to an approved application. 21 C.F.R. § 314.71.

[24] In the case of some moderate changes in manufacturing, the changes can be implemented 30 days after submission.

[25] As none of the initial cases in the MDL had HER2 positive disease, this report will not summarize treatment for HER2 positive disease.

99%. This is overall data, regardless of the treatment that was or was not received. Survival rates have improved over time for both white and black women but remain about 10% lower (in absolute terms) for black women.

The general treatment considerations for patients with early breast cancer includes the treatment of local disease with surgery, radiation therapy or both, and consideration of systemic therapy with chemotherapy, endocrine therapy, biologic therapy or combinations. The consideration and selection of these approaches are based on prognostic and predictive factors, and include tumor histology, clinical and pathological attributes of the tumor, lymph node involvement, ER/PR and HER2/neu status, multi-gene testing, staging, concomitant medical conditions, age and menopausal status. The risks and benefits of the treatment options are discussed between the patient and her physician, and patient preference is a major ingredient of the decision process, particularly when there are multiple available options from which to select.

## Surgery

Surgery is an important and essential component for the treatment of patients with early stage breast cancer. For patients with early stages of breast cancer, the treatment usually involves the primary surgical removal of the cancer. Surgical options include lumpectomy (surgical excision to negative margins of the site of cancer), mastectomy (surgical removal of the affected breast) or mastectomy with reconstruction.

The surgical procedure selected depends on tumor characteristics (e.g., size, hormone receptor status, and extent of spread) and patient preference. Several randomized trials have shown that mastectomy is equivalent to breast-conserving treatment in terms of survival for most women with stages I and II breast cancers.

One or more lymph nodes under the arm (axillary) are usually evaluated during surgery to determine whether the tumor has spread beyond the breast. Axillary assessment in clinically node negative disease is usually performed with sentinel node biopsy (SNB). Randomized clinical trials have shown decreased arm and shoulder morbidity (e.g., pain, lymphedema, sensory loss) in patients with breast cancer undergoing SNB compared with patients undergoing standard axillary lymph node dissection. An axillary dissection may be considered in cases of node-positive breast cancer.

Breast reconstruction may be an option for patients, and all patients undergoing breast cancer treatment should be informed about these options as tailored to their individual clinical situation. Patients should be offered the opportunity to discuss their reconstructive options

with a reconstructive plastic surgeon.  Women undergoing mastectomy who elect breast reconstruction have several options, including the type of tissue or implant used to restore breast shape. Reconstruction may be performed at the time of mastectomy (also called immediate reconstruction) or as a second procedure (delayed reconstruction), but often requires more than one surgery.

Treatment provided after the primary surgical resection is called adjuvant therapy.  In selected cases in which treatment is provided before the primary surgery, for example, in patients in whom the tumor size is large, and chemotherapy has the potential to shrink the tumor to obtain a better surgical result and facilitate better breast preservation, it is called neoadjuvant therapy.

## Radiation Therapy

Radiation can be an important component for the treatment of early stage breast cancer.  After breast-conserving surgery, radiation can help lower the chance that the cancer will come back in the breast or nearby lymph nodes.  Radiation can also lower the chance for recurrence after a mastectomy, especially if the cancer was larger than 5 cm, or if cancer is found in the lymph nodes.  If chemotherapy is part of the treatment plan, then radiation is usually given after the chemotherapy has been completed.

Radiation to the breast is recommended for most patients having breast-conserving surgery. For women with early-stage breast cancer (without spread to the skin, chest wall, or distant organs), studies indicate that breast-conserving surgery plus radiation therapy results in long-term outcomes equivalent to, and possibly even better than, mastectomy. Radiation is sometimes recommended after mastectomy in the case of larger tumors or node-involved breast cancers. Radiation therapy, planning and delivery should be individualized and achieve dose homogeneity of the targeted area and spare normal tissues. The radiation treatment fields are determined by the axillary node status.  In patients undergoing lumpectomy with surgical axillary staging, the radiation treatment field recommendations include the following:

Four or more positive axillary nodes ‑ Whole-breast radiation, with or without boost to the tumor bed; radiation to the infraclavicular and supraclavicular areas should also be considered.

One to three positive axillary nodes ‑ Whole-breast radiation, with or without boost to the tumor bed; RT to the infraclavicular and supraclavicular areas should also be considered, as should RT to internal mammary nodes.

Negative axillary nodes ‑ radiation to the whole breast, with or without boost to the tumor bed; in selected patients, partial breast radiation may be considered.

In patients undergoing total mastectomy with surgical axillary staging, with or without reconstruction:

Four or more positive axillary nodes – Radiation to the chest wall plus the infraclavicular and supraclavicular areas and consider radiation to internal mammary nodes.

One to three positive axillary nodes – Consider radiation to the chest wall, with or without infraclavicular and supraclavicular nodes and consider radiation to internal mammary nodes.

Negative axillary nodes and tumor >5 cm or positive margins – Consider radiation to the chest wall, with or without infraclavicular and supraclavicular nodes and consider radiation to internal mammary nodes.

Negative axillary nodes, tumor ≤5 cm, and margins <1 mm – Radiation to the chest wall is recommended

If the tumor is ≤5 cm and the surgical margins are ≥1 mm and there are no axillary nodes, no radiation is needed.

## Endocrine Therapy

The need for adjuvant systemic therapy is based on the individual risk of relapse and predicted sensitivity to a particular treatment (e.g., ER/PR).  The Early Breast Cancer Trialists' Collaborative Group overview analyses of adjuvant chemotherapy and tamoxifen show reductions in the odds of recurrence and death in all age groups for chemotherapy and endocrine therapy. [26,27] Many factors weigh in to the decision to use systemic adjuvant therapy.  These include considering the balance of the risks and benefits, such as the risk for disease recurrence with local therapy alone, the magnitude of benefit from adding adjuvant therapy, the toxicity(ies) of the therapy, and concomitant medical conditions.  The decision is a shared process between the patient and her physician.

---

[26] Early Breast Cancer Trialists' Collaborative Group, *Effects of Chemotherapy and Hormonal Therapy for Early Breast Cancer on Recurrence and 15-Year Survival:  An Overview of the Randomized Trials*, 365 LANCET 1687-1717 (2005).

[27] Early Breast Cancer Trialists' Collaborative Group, *Comparisons Between Different Polychemotherapy Regimens for Early Breast Cancer:  Meta-Analyses of Long-Term Outcome Among 100,000 Women in 123 Randomized Trials*, 379 LANCET 432-44 (2012).

Women with early-stage breast cancers who test positive for hormone receptors benefit from treatment with hormone therapy for 5 or more years. Breast cancer is one of the first cancers for which targeted therapies have been used successfully. The association between estrogen and breast cancer has been known for over 100 years. The first targeted therapies in breast cancer were aimed at the hormone receptors (ER, PR) that are present on many breast cancer cells. Targeted approaches with endocrine therapy remain the mainstay of therapy for ER and/or PR positive cancers. Approaches include tamoxifen, aromatase inhibitors, and ovarian suppression therapy or removal of the ovaries. The treatment option selected depends on the menopausal status of the patient and concerns about the adverse event profile with the treatments e.g., thrombosis with tamoxifen, bone loss with aromatase inhibitors.

Tamoxifen has demonstrated a reduction in the risk of recurrence of breast cancer by about 40% and a reduction in the risk of death by about 30%. It is effective in both premenopausal and postmenopausal women and may be used alone or after chemotherapy.[28]

The aromatase inhibitors have demonstrated a reduction in the risk of recurrence of breast cancer by approximately 20% compared to tamoxifen in postmenopausal women.[29,30,31,32] Adverse events that can occur acutely include arthralgias, hot flushes, and gynecologic symptoms, and a long-term adverse event is osteoporosis.

### Chemotherapy

In selected patients, treatment may also involve chemotherapy (before or after surgery), and as with all other treatment decisions, this involves a discussion between the patient and her physician. Chemotherapy drugs are generally used in combinations, referred to as regimens. In the 1970s and 1980s, chemotherapy, including anthracycline (e.g., doxorubicin) – or cyclophosphamide-based regimens were developed as safe and effective regimens for patients

---

[28] Early Breast Cancer Trialists' Collaborative Group (EBCTG), *Tamoxifen for Early Breast Cancer: An Overview of the Randomized Trials* 351 LANCET 1451-67 (1998).

[29] Dowsett, et al., *Meta-analysis of breast cancer outcomes in adjuvant trials of aromatase inhibitors versus tamoxifen.* J Clin Oncol, 2010. **28**(3): p. 509-18.

[30] Cuzick, et al., *Effect of anastrozole and tamoxifen as adjuvant treatment for early-stage breast cancer: 10-year analysis of the ATAC trial.* Lancet Oncol, 2010. **11**(12): p. 1135-41.

[31] Goss, et al., *Randomized trial of letrozole following tamoxifen as extended adjuvant therapy in receptor-positive breast cancer: updated findings from NCIC CTG MA.17.* J Natl Cancer Inst, 2005. **97**(17): p. 1262-71.

[32] Goss, et al., *Late extended adjuvant treatment with letrozole improves outcome in women with early-stage breast cancer who complete 5 years of tamoxifen.* J Clin Oncol, 2008. **26**(12): p. 1948-55.

with breast cancer.  In the 1990s, two taxanes, Taxol/paclitaxel, and Taxotere/docetaxel, were FDA approved for treatment of breast cancer.  Treatment regimens in breast cancer have continued to evolve over time.

Generally, chemotherapy regimens are initially studied in patients with advanced, inoperable or metastatic disease to achieve shrinkage of the tumor, or stabilization and prolongation of survival.  If found to be safe and effective, the regimens are then studied in earlier stages of the disease, to decrease the recurrence of cancer and improve survival.  Improvements may be incremental, and the benefits of small changes in improvement need to be balanced by the downsides of potential risks and individualized for the patient and their preferences.

## V.    Taxotere and Role as an Option in Early Stage Breast Cancer

Taxotere is a semi synthetic derivative of a precursor extracted from the needles of the European Yew tree, *Taxus baccata*. Taxotere's mechanism of action is as a mitotic inhibitor, preventing cell division.  The microtubules are the architecture of the cancer cell's skeleton. Taxotere stimulates microtubule growth, which clogs the process necessary for cell division.

Taxotere was FDA approved for the adjuvant treatment of breast cancer on August 18, 2004.[33] The original NDA for Taxotere was approved (accelerated approval) in May 1996 for the treatment of patients with locally advanced or metastatic breast cancer who had progressed during or relapsed after anthracycline-based therapy.  Full approval for the initial indication was in 1998.[34]  Supplemental NDA approvals for Taxotere were subsequently granted for the treatment of locally advanced or metastatic non-small cell lung cancer previously treated with platinum-based chemotherapy (1999), for the treatment in combination with cisplatin for patients with locally advanced or metastatic non-small cell lung cancer not previously receiving chemotherapy (2000) for the treatment in combination with Prednisone for patients with androgen independent (hormone refractory) metastatic prostate cancer, and for the treatment in

---

[33] FDA, Taxotere Approval Letter (Aug. 18, 2004), *available at* https://www.accessdata.fda.gov/drugsatfda_docs/nda/2004/20-449s029_Taxotere_approv.PDF (last visited Nov. 19, 2018).

[34] FDA, Taxotere Approval Letter (June 22, 1998), *available at* https://www.accessdata.fda.gov/drugsatfda_docs/appletter/1998/20449_ltr.pdf (last visited Nov. 19, 2018).

combination with fluorouracil and cisplatin for treatment of patients with locally advanced squamous cell cancer of the head and neck.

The 2004 NDA supplement for adjuvant treatment of early stage breast cancer was FDA-approved based on the interim analysis of a single trial, which was a multicenter, open-label randomized trial (TAX 316) in patients with operable, node-positive breast cancer. 1491 patients were randomized to receive Taxotere (T) vs. 5-fluorouracil (F), each in combination with the same regimen of doxorubicin (A) and cyclophosphamide (C).[35] The chemotherapy in each arm was administered every 3 weeks for 6 cycles. After the last cycle of chemotherapy, patients on both arms who were ER and/or PR positive received tamoxifen for up to 5 years. Disease free survival was the primary endpoint; survival, toxicity, and evaluation of pathologic and molecular markers for predicting efficacy were secondary endpoints. The primary endpoint of disease-free survival included local and distant recurrences, contralateral breast cancer and deaths from any cause. Safety was to be evaluated using the NCI-Common Toxicity Criteria. An adverse event is defined in the protocol as "any undesirable event associated with the use of a drug, whether or not considered drug related, and includes any side effect, injury, toxicity, or sensitivity reactions. It also includes any undesirable clinical or laboratory change which does not commonly occur in the patient."[36] All adverse events were to be followed until resolution.

Results from a second interim analysis (median follow-up of 55 months) demonstrated that patients on the Taxotere-containing regimen (TAC) had longer disease-free survival than patients on the control arm (FAC). The overall reduction in the risk of relapse was 25.7% (absolute risk difference 7%). The overall survival was longer on the TAC arm, but not statistically significant when adjusted for the interim analysis. Results from the final analysis, with a median follow-up of 124 months, showed the disease-free survival was 62% for the Taxotere-containing arm vs. 55% for the control (absolute risk difference 7%). 10-year survival was 76% for patients on the Taxotere containing arm vs 69% for the control (absolute risk difference 7%).[37]

In addition to benefits, treatments have risks (side effects)/adverse events (AE). The Office of Human Research Protections defines an adverse event as any unfavorable and unintended sign

---

[35] Miguel Martín et al., *Adjuvant Docetaxel for Node-Positive Breast Cancer*, 352(22) N. Engl. J. Med. 2302 (2005).

[36] 4th Amended TAX 316 Protocol (Mar. 8, 2002), Sanofi_04816552-655 at p. 62 (Sanofi_04816613).

[37] John R. Mackey et al., *Adjuvant Docetaxel, Doxorubicin, and Cyclophosphamide in `Node-Positive Breast Cancer: 10-Year Follow-Up of the Phase 3 Randomised BCIRG 001 Trial*, 14 Lancet Oncol. 72 (2013).

(including an abnormal laboratory finding), symptom, or disease having been absent at baseline, or, if present at baseline, appears to worsen and is temporally associated with medical treatment or procedure, regardless of attribution. The FDA [21 CFR312.32] defines an adverse event as any untoward medical occurrence associated with the use of a drug in humans, whether or not considered drug related. Treatment-emergent AEs are defined as occurring during treatment with the drug.

The frequency of adverse events are defined by incidence and include the following categories: Very common ≥10%, ≥1 in 10; Common (frequent) ≥ 1% and < 10%, ≥1 in 100 and < 1 in 10; Uncommon (infrequent) ≥ 0.1% and < 1%, ≥ 1 in 1000 and < 1 in 100; Rare ≥ 0.01% and < 0.1%, ≥ 1 in 10,000 and < 1 in 1000; and Very Rare < 0.01%; < 1 in 10,000.

In the TAX316 clinical trial, in which 744 patients were exposed to TAC and 736 were exposed to FAC, severe treatment-emergent adverse reactions occurred in 36.3% of the patients on the Taxotere containing arm (TAC) vs. 26.6% on control (FAC); dose reductions due to hematologic toxicity occurred in 1% of cycles in patients on the Taxotere containing arm (TAC) vs. 0.1% on control (FAC); discontinuation of treatment due to adverse reactions was 6.0% (fever in the absence of infection and allergy being the most common reasons) on TAC vs. 1.1% on control (FAC).

Women receiving TAC had an increase in anemia, grade ≥3 neutropenia, stomatitis, amenorrhea, fever in the absence of infection, hypersensitivity reactions, peripheral edema, neurosensory and skin events compared to those receiving FAC. Women on the TAC arm also had more grade 3 and 4 adverse events, dose reductions, and treatment discontinuations. The most common adverse event in both arms was reversible alopecia, occurring in over 97% of the patients.

By 2004, there were a number of effective, non-Taxotere containing chemotherapy regimens, including, but not limited to, the first cancer treating taxane, Taxol, that were safe and effective for early stage, operable node-positive breast cancer. This is in addition to other targeted therapies against ER/PR (hormone receptors) and subsequently HER2/neu. There is similar efficacy with Taxotere and Taxol, with different safety profiles.[38] The estimated 5-year overall survival for a 3-week schedule was 87.3% for Taxotere, and 86.5% for Taxol, and for a weekly schedule, it was 86.2% for Taxotere and 89.7% for Taxol.

---

[38] Joseph A. Sparano et al., *Weekly Paclitaxel in the Adjuvant Treatment of Breast Cancer*, 358 N. ENGL. J. MED. 1663-71 (2008).

26

## VI.    Early Stage Breast Cancer Treatment Options

The patients in the MDL have invasive early stage breast cancer, and the majority of patients have ER and/or PR positive, HER2 negative breast cancer.  All of the initial cases in the MDL have ER/PR positive, HER2 negative breast cancer.  The treatment options relevant to these stages and subtypes of breast cancer will be addressed, and focused on Stage I, IIA, IIB, or IIIA (T3N1M0).

Treatment options depend on the subtype and stage of the breast cancer, and well-informed discussions between a physician and her patient about the risks and benefits of the various options, tailored to the subtype and stage of her breast cancer, and patient preferences.

Section IV.G. summarizes specific issues to consider in the development of treatments for early stage breast cancer, and this section will provide further details about the regimens. The cyclophosphamide and/or anthracycline based regimens continue to play an important role in selected situations given their safety profiles. CMF is a reasonable alternative for patients who have underlying conditions such as cardiac disease where there is a desire to avoid doxorubicin or other anthracyclines.  AC would be a reasonable consideration for patients with underlying conditions such as neuropathy where there is a desire to avoid taxanes. Comparable regimens to consider are as follows:

CMF: Cyclophosphamide 100 mg/m$^2$ PO on days 1-14 + methotrexate 40 mg/m$^2$ IV on days 1 and 8 + 5-fluorouracil 600 mg/m$^2$ IV on days 1 and 8 every 4 wk for 6 cycles[39]

CMF: Cyclophosphamide 600 mg/m$^2$ IV + methotrexate 40 mg/m$^2$ IV + 5-fluorouracil 600 mg/m$^2$ IV on day 1 every 3 wk for 8 cycles

AC: Doxorubicin 60 mg/m$^2$ IV + cyclophosphamide 600 mg/m$^2$ IV on day 1 every 3 wk for 4 cycles [40]

---

[39] Bonadonna, et al., *30 years' follow up of randomised studies of adjuvant CMF in operable breast cancer: cohort study.* BMJ, 2005. **330**(7485): p. 217.

[40] Fisher, et al., *Findings from recent National Surgical Adjuvant Breast and Bowel Project adjuvant studies in stage I breast cancer.* J Natl Cancer Inst Monogr, 2001(30): p. 62-6.[41] Early Breast Cancer Trialists' Collaborative Group, *Effects of Chemotherapy and Hormonal Therapy for Early Breast Cancer Recurrence and 15-Year Survival: An Overview of the Randomized Trials,* 365(9472) LANCET 1687-717 (2005).

Over time, additional regimens have been developed, and reasonable regimens to consider are as follows:

FAC: 5-fluorouracil 500 mg/m$^2$ IV on days 1 and 8 + doxorubicin 50 mg/m2 IV on day 1 + cyclophosphamide 500 mg/m$^2$ IV on day 1 every 3 wk for 6 cycles[41]

Dose-dense AC-T(Taxol/paclitaxel): Doxorubicin 60 mg/m$^2$ IV on day 1 + cyclophosphamide 600 mg/m$^2$ IV on day 1 every 2 wk for 4 cycles, followed by Taxol/paclitaxel 175 mg/m$^2$ IV 3 hour infusion on day 1 every 2 wk for 4 cycles[42]

T(Taxotere/docetaxel)C: Docetaxel 75 mg/m$^2$  IV on day 1 + cyclophosphamide 600 mg/m$^2$ IV on day 1 every 3 wk for 4 cycles[43]

CEF: Cyclophosphamide 75 mg/m$^2$ PO on days 1-14 + epirubicin 60 mg/m 2 on days 1 and 8 + 5-FU+ 500 mg/m$^2$ IV on days 1 and 8 every 4 wk for 6 cycles

AC-T (Taxol/paclitaxel): Doxorubicin 60 mg/m$^2$ IV + cyclophosphamide 600 mg/m$^2$ IV on day 1 every 3 wk for 4 cycles, followed by Taxol/paclitaxel 80 mg/m$^2$ by IV 1 hour infusion weekly for 12 wk[44]

---

[41] Early Breast Cancer Trialists' Collaborative Group, *Effects of Chemotherapy and Hormonal Therapy for Early Breast Cancer Recurrence and 15-Year Survival: An Overview of the Randomized Trials,* 365(9472) LANCET 1687-717 (2005).

[42] Marc L. Citron, et al., *Randomized trial of dose-dense versus conventionally scheduled and sequential versus concurrent combination chemotherapy as postoperative adjuvant treatment of node-positive primary breast cancer: first report of Intergroup Trial C9741/Cancer and Leukemia Group B Trial 9741.* J Clin Oncol, 2003. **21**(8): p. 1431-9.

[43] Steven E. Jones, et al., *Phase III trial comparing doxorubicin plus cyclophosphamide with docetaxel plus cyclophosphamide as adjuvant therapy for operable breast cancer.* Ibid.2006. **24**(34): p. 5381-7.J. CLIN ONCOL. 5381-87 (2006).

[44] Joseph A. Sparano et al., *Weekly Paclitaxel in the Adjuvant Treatment of Breast Cancer*, 358 N. ENGL. J. MED. 1663-71 (2008).

FEC-T (Taxol/paclitaxel): 5-Fluorouracil 600 mg/m$^2$ IV + epirubicin 90 mg/m$^2$ IV + cyclophosphamide 600 mg/m$^2$ IV on day 1 every 3 wk for 4 cycles, followed after 3 wks by paclitaxel 100 mg/m$^2$ IV weekly for 8 cycles[45]

T(Taxotere/docetaxel) AC: Taxotere/docetaxel 75 mg/m$^2$ IV + doxorubicin 500 mg/m$^2$ IV + cyclophosphamide 500 mg/m$^2$ IV on day 1 every 3 wk for 6 cycles[46,47]

FEC-T (Taxotere/docetaxel): 5-Fluorouracil 500 mg/m$^2$ IV + epirubicin 100 mg/m$^2$ IV + cyclophosphamide 500 mg/m$^2$ IV on day 1 every 3 wk for 3 cycles, followed by Taxotere/docetaxel 100 mg/m$^2$ IV every 3 wk for 3 cycles[48]

The National Comprehensive Cancer Network (NCCN) Guidelines have been a critical resource for physicians and patients for over 25 years, providing evidence-based, consensus-driven Clinical Practice Guidelines (NCCN Guidelines) management.[49]  The NCCN Guidelines detail the sequential management decisions and interventions, with recommendations based on the best evidence available, including data based on clinical trials, which are continuously updated and revised to reflect new data and clinical information. The NCCN Guidelines provide guidance to physicians for their clinical decision process, with summary data and clinical information supporting recommendations in the algorithms. The NCCN Guidelines note that the best management for any cancer patient is in a clinical trial, and that participation in clinical trials is especially encouraged.   Critically important, however, is that the Guidelines do not supplant the physician-patient discussion that must take place, which takes into consideration the risks as well as the benefits of the treatment options, tailored to the subtype and stage of the breast cancer, and taking into account patient preferences.

---

[45] Miguel Martin, et al., *Randomized phase 3 trial of fluorouracil, epirubicin, and cyclophosphamide alone or followed by Paclitaxel for early breast cancer.* J Natl Cancer Inst, 2008. **100**(11): p. 805-14.[46] Miguel Martin, et al., *Adjuvant docetaxel for node-positive breast cancer.* N Engl J Med, 2005. **352**(22): p. 2302-13.

[46] Miguel Martin, et al., *Adjuvant docetaxel for node-positive breast cancer.* N Engl J Med, 2005. **352**(22): p. 2302-13.

[47] Sandra M. Swain, et al., *Longer therapy, iatrogenic amenorrhea, and survival in early breast cancer.* Ibid.2010. **362**: p. 2053-65.N. ENGL. J. MED. 2053-65 (2010).

[48] Henri Roche, et al., *Sequential adjuvant epirubicin-based and docetaxel chemotherapy for node-positive breast cancer patients: the FNCLCC PACS 01 Trial.* J Clin Oncol, 2006. **24**(36): p. 5664-71.[49] NCCN Guidelines, *available at* https://www.nccn.org/professionals/default.aspx (last visit October 2018).

[49] NCCN Guidelines, *available at* https://www.nccn.org/professionals/default.aspx (last visit October 2018).

Some of the commonly used chemotherapy regimens recommended by NCCN Guidelines over the years for early stage breast cancer have included the following:

- CMF:  Cytoxan (cyclophosphamide), methotrexate and 5-fluorouracil
- FAC (or CAF): 5-fluorouracil, Adriamycin (doxorubicin), cyclophosphamide
- AC (or CA): Adriamycin (doxorubicin) and Cytoxan (cyclophosphamide)
- AC-Taxol:  AC followed by Taxol (paclitaxel)
- TAC:  Taxotere (docetaxel), Adriamycin (doxorubicin), and Cytoxan (cyclophosphamide)
- FEC:  5-fluorouracil, epirubicin and Cytoxan (cyclophosphamide)
- AT:  Adriamycin (doxorubicin) and Taxotere (docetaxel)
- TC:  Taxotere (docetaxel) and Cytoxan (cyclophosphamide)

In the January 2008 Version 2 NCCN Guidelines [50] for early stage breast cancer, the recommended regimens included:

- FAC/CAF (fluorouracil/doxorubicin/cyclophosphamide) or FEC/CEF (cyclophosphamide/epirubicin/fluorouracil)
- AC (doxorubicin/cyclophosphamide) +/- sequential paclitaxel
- EC (epirubicin/cyclophosphamide)
- TAC (docetaxel/doxorubicin/cyclophosphamide) with filgrastim support
- A➔CMF (doxorubicin followed by cyclophosphamide/methotrexate/fluorouracil)
- E➔CMF (epirubicin followed by cyclophosphamide/methotrexate/fluorouracil)
- CMF (cyclophosphamide/methotrexate/fluorouracil)
- AC x 4 (doxorubicin/cyclophosphamide) + sequential paclitaxel x 4, every 2 weekly regimen with filgrastim support
- A➔T➔C (doxorubicin followed by paclitaxel followed by cyclophosphamide) every 2 weekly regimen with filgrastim support
- FEC➔T (fluorouracil/epirubicin/cyclophosphamide followed by docetaxel)
- TC (docetaxel and cyclophosphamide)

Representative regimens with dosing and frequency of administration are provided in the NCCN Guidelines.  As noted in the Guidelines, the selection, dosing and administration of anti-cancer agents and the management of associated toxicities are complex.  Modifications of drug dose and schedule and initiation of supportive care interventions are often necessary because of expected toxicities, individual patient variability, prior treatment, and/or comorbidity.  The

---

[50] NCCN Guidelines, accessed October 2018

therapeutic options for patients are complex and varied, and the patient and physician have the responsibility to jointly explore and select the most appropriate option from among the available alternatives.  Although the treatment Guidelines are frequently based on results of past and present clinical trials, the Guidelines note that there is not a single clinical situation in which the treatment of breast cancer has been optimized with respect to either maximizing cure or minimizing toxicity and disfigurement.  With that context, patient/physician participation in prospective clinical trials allows patients to not only receive state-of-the-art cancer treatment but also to contribute to improving the treatment of future patients.

As an example of a clinical trial available during the 2008 timeframe, the National Surgical Adjuvant Breast and Bowel Project (NSABP), an NCI-funded clinical trials cooperative group, was sponsoring a clinical trial NSABP B40[51] for women with palpable and operable HER2 negative breast cancer diagnosed by core needle biopsy.  NSABP B40 was a prospective, randomized phase 3 trial evaluating three neoadjuvant docetaxel-based chemotherapy regimens given with or without bevacizumab.  The primary aims were (1) to determine whether the addition of capecitabine or gemcitabine to docetaxel followed by AC would increase the rate of complete response as determined by pathology (pCR) in the breast and (2) to determine whether the addition of bevacizumab to the docetaxel/anthracycline based regimens would increase the rate of pCR relative to the same docetaxel/anthracycline-based regimens without bevacizumab.

In the 2018 Version 3 NCCN Guidelines[52] for early stage breast cancer, the recommended regimens include many of the regimens recommended in earlier versions of the NCCN Guidelines.  It is important to note that the side effect profile, even with effective regimens, plays a substantial role in determining the appropriate regimens to consider, and is a component of the rationale for the importance of the risk-benefit discussion between the patient and her physician.  The 2018 NCCN recommendations on treatment of early stage breast cancer are as follows:

---

[51] http://www.nsabp.pitt.edu/B40_Protocol_Brochure.pdf  Accessed October 2019.

[52] NCCN Guidelines, accessed October 2018, and includes the guidelines for breast cancer dated October 25, 2018.

Dose-dense AC–T (Taxol/paclitaxel every 2 weeks):  Doxorubicin 60 mg/m$^2$ IV day 1 + cyclophosphamide 600 mg/m$^2$ IV day 1 every 14 days for 4 cycles, followed by Taxol/paclitaxel 175 mg/m$^2$ by IV 3-hour infusion day 1 every 14 days for 4 cycles[53]

Dose-dense AC-T (Taxol/paclitaxel weekly):  Doxorubicin 60 mg/m$^2$ IV day 1 + cyclophosphamide 600 mg/m$^2$ IV day every 14 days for 4 cycles, followed by Taxol/paclitaxel 80 mg/m$^2$ by IV 1-hour infusion weekly for 12 weeks

Taxotere(docetaxel) + C:  Taxotere/docetaxel 75 mg/m$^2$ IV day 1 + cyclophosphamide 600 mg/m$^2$ IV day 1 every 21 days for 4 cycles[54]

AC-T (Taxotere/docetaxel every 3 weeks):  Doxorubicin 60 mg/m$^2$ IV on day 1 + cyclophosphamide 600 mg/m$^2$ IV day 1, every 21 days x 4 cycles, followed by Taxotere/docetaxel 100 mg/m$^2$ IV on day 1, every 21 days for 4 cycles[55]

EC: Epirubicin 100 mg/m$^2$ IV day 1 + cyclophosphamide 830 mg/m$^2$ IV day 1, every 21 days for 8 cycles[56]

---

[53] Marc L. Citron, et al., *Randomized trial of dose-dense versus conventionally scheduled and sequential versus concurrent combination chemotherapy as postoperative adjuvant treatment of node-positive primary breast cancer: first report of Intergroup Trial C9741/Cancer and Leukemia Group B Trial 9741.* J Clin Oncol, 2003. **21**(8): p. 1431-9.[54] Steven Jones et al., *Docetaxel with Cyclophosphamide Is Associated with an Overall Survival Benefit Compared with Doxorubicin and Cyclophosphamide: 7 Year Follow-up of U.S. Oncology Research Trial 9735*, 27 J. CLIN. ONCOL. 1177-83 (2009).

[54] Steven Jones et al., *Docetaxel with Cyclophosphamide Is Associated with an Overall Survival Benefit Compared with Doxorubicin and Cyclophosphamide: 7 Year Follow-up of U.S. Oncology Research Trial 9735*, 27 J. CLIN. ONCOL. 1177-83 (2009).

[55] G. von Minckwitz et al., *Doxorubicin with Cyclophosphamide Followed by Docetaxel Every 21 Days Compared with Doxorubicin and Docetaxel Every 14 Days as Preoperative Treatment in Operable Breast Cancer: The GEPARDUO Study of the German Breast Group,* 23(12) J. CLIN. ONCOL. 2676-85 (2005).

[56] M.J. Piccart et al., *Phase III Trial Comparing Two Dose Levels of Epirubicin Combined with Cyclophosphamide with Cyclophosphamide, Methotrexate and Fluorouracil in Node-Positive Breast Cancer*, 19 J. CLIN. ONCOL. 3103-10 (2001).

T (Taxotere/docetaxel) AC: Taxotere/docetaxel 75 mg/m² IV day 1 + doxorubicin 50 mg/m² IV day 1 + cyclophosphamide 500 mg/m² IV day 1 every 21 days for 6 cycles[57]

Dose dense AC:  Doxorubicin 60 mg/m² IV day 1 + cyclophosphamide 600 mg/m² IV day 1 every 14 days for 4 cycles

AC (every 3 weeks):  Doxorubicin 60 mg/m² IV day 1 + cyclophosphamide 600 mg/m² IV day 1 every 21 days for 4 cycles[58]

CMF:  Cyclophosphamide 100 mg/m² po days 1-14 + methotrexate 40 mg/m² IV days 1 and 8 + 5-fluorouracil 600 mg/m² IV days 1 and 8, every 28 days for 6 cycles[59]

AC -T (Taxol/paclitaxel weekly):  Doxorubicin 60 mg/m² IV day 1 + cyclophosphamide 600 mg/m² IV day 1 every 21 days for 4 cycles, followed by Taxol/paclitaxel 80 mg/m² by IV 1-hour infusion weekly for 12 weeks[60]

Patients may have concomitant medical conditions that may require consideration of treatment options that do not have the potential to exacerbate the underlying condition.  For example, patients may have pre-existing cardiac disease or neuropathy, and want to mitigate or avoid the use of specific therapies, such as anthracyclines and taxanes.  For patients with significant concomitant conditions, such as congestive heart failure, chronic obstructive pulmonary disease, cirrhosis, or chronic renal insufficiency, the prognosis for the concomitant condition

---

[57] Miguel Martin, et al., *Adjuvant docetaxel for node-positive breast cancer.* N Engl J Med, 2005. **352**(22): p. 2302-13.

[58] Fisher et al., *Two Months of Doxorubicin-Cyclophosphamide with and Without Interval Reinduction Therapy Compared with 6 Months of Cyclophosphamide, Methotrexate, and Fluorouracil in Positive-Node Breast Cancer Patients with Tamoxifen-Nonresponsive Tumors: Results from the National Surgical Adjuvant Breast and Bowel Project B-15*, 8 J. CLIN. ONCOL. 1483-96 (1990).[59] Goldhirsch et al., *Adding Adjuvant CMF Chemotherapy to Either Radiotherapy or Tamoxifen: Are All CMFs Alike? The International Breast Cancer Study Group (IBCSG)*, 9 ANN. ONCOL. 489-93 (1998).

[59] Goldhirsch et al., *Adding Adjuvant CMF Chemotherapy to Either Radiotherapy or Tamoxifen: Are All CMFs Alike? The International Breast Cancer Study Group (IBCSG)*, 9 ANN. ONCOL. 489-93 (1998).

[60] Joseph A. Sparano et al., *Weekly Paclitaxel in the Adjuvant Treatment of Breast Cancer*, 358 N. ENGL. J. MED. 1663-71 (2008).

should be considered in the context of the cancer.[61] The physician would take these concomitant conditions into account, if they exist, as well as patient preferences, in a discussion of the benefit-risk of treatment options for their patients.

It has been known for years that most patients with early stage breast cancer, especially stages I and II, have a good prognosis, and that many would not benefit from chemotherapy either in delaying breast cancer recurrence or improving survival.  Until the recent development of genetic tests assessing the risk of recurrence, starting in 2005, and trials that have helped guide which patients do or do not benefit, doctors reviewed the risks and benefits of chemotherapy, biologic therapy and hormone therapy options with their patients and made treatment plans together based on patient acceptance of toxicities for a potential small incremental benefit in reducing their individual recurrence risk.

Recently published clinical trial results from TAILORx[62], with 9 years of follow-up, show genetic testing of the tumor in patients with early stage breast cancer who are ER/PR positive, HER2/neu negative, node negative, to determine who benefits from chemotherapy is changing the landscape of therapy tailored to the patient.  Up to 85% of women (those with low to intermediate risk of recurrence shown by genetic testing of their tumors) showed no added benefit of chemotherapy compared to endocrine therapy alone.  The ongoing clinical trial RxPONDER is assessing the role of chemotherapy with genetic testing for risk of recurrence in ER/PR positive, HER2/neu negative, node positive breast cancer, and assessing whether chemotherapy provides any benefit to endocrine therapy alone for those with intermediate risk of recurrence.

## VII.   The Role of the Physician and Patient in Choosing Treatment Options

### A.  Informed Consent, Well–Informed of Complete Information about Risks

Management of breast cancer is based on an informed discussion between the patient and her physician, and the treatment selected is based on the benefits and risks of the intervention,

---

[61] M.E. Charleson et al., *A New Method of Classifying Prognostic Comorbidity in Longitudinal Studies: Development and Validation*, 40(5) J. CHRONIC DIS. 373-83 (1987).

[62] Joseph A. Sparano, MD et al., *Adjuvant Chemotherapy Guided by a 21-Gene Expression Assay in Breast Cancer*, 379 N. ENGL. J. MED. 111-21 (2018).

tailored to the stage and characteristics of the tumor and medical conditions of the patient, taking into account patient preferences.  The ultimate choice regarding treatment belongs to the patient.  A patient with breast cancer needs information from her physician on the effectiveness and safety (e.g., adverse events) of the various treatment options relevant for her breast cancer. In addition, patients may discuss treatment options with friends, family, colleagues, and other health care providers, but ultimately, it's the discussion between a patient and her physician about the benefits and risks of her treatment options.  Some of the most important possible adverse events are those that can potentially be life threatening; cause permanent damage (e.g., irreversible disfiguring or irreversible morbidities), or are otherwise important to patient priorities.

Physicians learn from many sources of information about treatment options, enabling an informed discussion with their patient about her treatment options.  These sources include prescribing information, scientific and medical publications; presentations and publications of clinical trials; professional meetings; their own experience as well as colleagues; NCCN Guidelines; other Guidelines, including ASCO; and company sources such as labeling, promotional material[63], advertising, and sales representatives.

## VIII.    Taxotere and Alopecia

Alopecia is defined as partial or complete absence of hair from any area of the body where it normally grows.

### A.  Chemotherapy–induced Transient and Reversible Alopecia

Chemotherapy-induced transient and reversible alopecia (CIA) is a known, very common adverse event in breast cancer.  CIA is most prominent on the scalp in areas with low total hair densities, in particular the crown and frontal areas of the scalp, where there is also slower hair recovery.  Total scalp alopecia is common, but hair loss can be diffuse or patchy.  Loss of eyebrows and eyelashes may also occur.  Common chemotherapy drugs, at standard doses and schedules in breast cancer known to cause CIA include the anthracyclines (doxorubicin, epirubicin), cyclophosphamide, and taxanes.

In the transient and reversible CIA, most hair loss starts within 2 weeks of the first cycle of chemotherapy, and hair may be completely lost by the end of the second cycle of chemotherapy.

---

[63] Prescribing information labeling, initial Launch advertising, and Direct-to-Consumer material is pre-approved by FDA.

Hair grows back within 3 to 6 months of the end of chemotherapy.  The regrown hair may be different from the patient's hair before chemotherapy, in color, texture, or shape (straight or curly).

The transient/reversible hair loss due to cytotoxic chemotherapy is due to the chemotherapy attacking rapidly dividing cells, including the dividing hair matrix cells.  The hair loss occurs by either of two mechanisms:  1) temporary damage to the hair follicle matrix keratinocytes during the active growth phase (anagen) of the hair cycle and/or 2) thinning of the hair shaft, resulting in breakage during the resting phase (telogen) of the hair cycle.

In the TAX 316 study, alopecia during treatment occurred in 97.8% of patients on Taxotere-containing arm (TAC) vs. 97.1% on control (FAC).[64]  Alopecia remained present 31 days after the last chemotherapy in 92.3% for patients on the Taxotere-containing arm (TAC) vs. 87.6% on control (FAC).[65]

## B.  Chemotherapy–Induced Permanent, Irreversible Alopecia

Permanent, irreversible hair loss due to chemotherapy (PCIA) has been defined as an absence of or incomplete hair regrowth 6 months beyond completion of chemotherapy.[66]   PCIA is thought to be likely a result of the hair follicle being permanently damaged, and the hair density is markedly reduced.  It has been hypothesized that this may be due to irreversible damage of the stem cells/hair matrix cells of the hair bulb, or disturbance of the signaling pathways to the secondary hair germ.[67]  Prior to the experience with Taxotere in breast cancer patients, PCIA was primarily seen in patients receiving high doses of selected chemotherapy agents in the

---

[64] TAX 316 Clinical Study Report (Sept. 9, 2010) at p. 37, Sanofi_02645236.

[65] *Id.* at p. 69, Sanofi_02645268.

[66] Ben Tallon, MBChC et al., *Permanent Chemotherapy-Induced Alopecia: Case Report and Review of the Literature*, 63(2) J. AM. ACAD. DERMATOL. 333-36 (2010).

[67] *See, e.g., id.* and Christos Prevezas et al., *Irreversible and Severe Alopecia Following Docetaxel or Paclitaxel Cytotoxic Therapy for Breast Cancer*, 160 BRIT. J. DERMATOL. 881 (2009).

transplant setting.[68] it was not a recognized adverse event using standard doses of chemotherapy in cancer patients.[69]

In the randomized studies with Taxotere in breast cancer the following adverse events with alopecia were shown:

In TAX 316 (node positive breast cancer) 92.3% of patients on the Taxotere-containing regimen (TAC) and 87.6% of patients on control (FAC), had alopecia at 31 days after the last cycle of chemotherapy.[70]  At the end of the 10-year follow up period, PCIA was seen in 3.9% (n=29) of patients on the Taxotere-containing regimen (TAC) and in 2.2% (n=16) on the control (FAC).[71]

In GEICAM 9805, with the identical treatment regimens as in TAX316, but in node negative breast cancer, 96.6%  on the Taxotere containing regimen  (TAC) and 97.9% on the control arm (FAC) had alopecia during treatment;[72] however, only 9.2% (rather than the 92.3% and 87.6% as noted on TAX 316) of patients were followed for alopecia 31 days after the last cycle of chemotherapy; at 77 months, even with this very low % of follow-up of 84 patients, 3 of the 49 patients on TAC had ongoing PCIA, with 1 of 35 patients on FAC.[73]

It is not a good practice to fail to follow the adverse event of alopecia into the follow-up period in a clinical trial, particularly when duration and severity of the alopecia suggests the need for further investigation.  In clinical trials, collection of adverse event information begins at the initiation of study drug, and the adverse events should be followed to resolution or stabilization.  Follow-up for adverse events that result in drug discontinuation, or for studies in

---

[68] *See, e.g.*, M.E. de Jonge et al., *Relationship Between Irreversible Alopecia and Exposure to Cyclophosphamide, Thiotepa and Carboplatin (CTC) in High-Dose Chemotherapy*, 30 BONE MARROW TRANSPLANTATION 593-97 (2002); Antonella Tosti, MD et al., *Permanent Alopecia After Busulfan Chemotherapy*, 152 BRIT. J. DERMATOL. 1056-58 (2005).

[69] Ben Tallon, MBChC et al., *Permanent Chemotherapy-Induced Alopecia: Case Report and Review of the Literature*, 63(2) J. AM. ACAD. DERMATOL. 333-36 (2010).

[70] TAX 316 Clinical Study Report (Sept. 9, 2010) at p. 69, Sanofi_02645268.

[71] *Id.* at p. 37, Sanofi_02645236.

[72] Miguel Martín, MD, PhD et al., *Adjuvant Docetaxel for High-Risk, Node-Negative Breast Cancer*, 363(23) N. ENGL. J. MED. 2200, 2208 (2010).

[73] GEICAM 9805 Clinical Study Report (Nov. 9, 2009) at 111, Sanofi_01061868.

which the adverse events are present at the end of study treatment is also done. Documentation of the adverse event should include the following:

Date the adverse event began; treatment for the adverse event (e.g., no treatment needed, further testing to diagnose the event, hospitalization, dose reduction, holding of a study intervention); description of the event in enough detail that a CTCAE[74] term and grade can be assigned as part of data management activities; attribution of the adverse event; date the adverse event resolved; if an ongoing adverse event worsens or improves in its severity or its relationship to the study drug changes, documentation should be collected.

In a published survey of patient perspectives on transient reversible chemotherapy-induced alopecia, 47% of female patients consider hair loss the most traumatic aspect of chemotherapy and 8% would decline chemotherapy because of fear of hair loss.[75] The perspectives on permanent, not just transient and reversible, alopecia might be anticipated to be higher.

Multiple abstracts, publications and reports after FDA approval of Taxotere have noted PCIA, starting in 2001 and extending into 2019. Postmarketing surveillance has demonstrated PCIA as a Taxotere adverse event. The cases of PCIA started in 2001 and continue into 2019, and are listed in Table 2, as well as briefly described in the narratives below:

The two company-sponsored randomized clinical trials with Taxotere/docetaxel in early stage breast cancer patients show the increased risk of PCIA. There are no reports from randomized clinical trials with non-Taxotere/docetaxel conventional chemotherapy in early stage breast cancer showing an increased incidence of permanent chemotherapy-induced alopecia.

**The following issues were considered in evaluating the various studies:**

1.  How were the patients selected?

    -   by treatment (or even 'for' treatment in a clinical trial) – these studies look prospectively for outcomes (even when done retrospectively with a chart review of previously treated patients.) Experimental studies are called clinical trials, observational studies are exposure cohort studies: patients treated, not in a study but as part of medical practice, treatment registries

---

[74] U.S. Dept. of Health and Human Services, *Common Terminology Criteria for Adverse Events (CTCAE): Version 5.0* (Nov. 27, 2017).

[75] Ralph M. Trüeb, *Chemotherapy-Induced Alopecia*, 4(4) CURR. OPIN. SUPPORT. PALLIAT. CARE 281-84 (2010).

- by outcome, i.e., permanent, persistent or irreversible chemotherapy induced alopecia – these studies look back at treatments that could have caused the alopecia – these are case studies, not clinical trials, that look back from the outcome to identify risk factors for that outcome.  Although the studies may include interaction with patients, it is not a clinical trial of a treatment.  All outcome studies are observational as outcomes, because unlike treatments, the outcome cannot be experimentally assigned.

2. Was there a control group?

   - Treatment trials can have a randomized control group, or nonrandomized control groups, or no control at all as is done with a consecutive series of treated patients

   - Outcome studies can have a control group (the case-control study design) which can be randomly sampled from control populations

3. Was data collected prospectively or retrospectively?

   - Outcome studies are inherently retrospective with respect to causation even when there is contact with patients and ongoing follow-up from that point.

   - Treatment studies are inherently prospective from the time of treatment, but the information may be gathered retrospectively on historical patients.

4. How did the study control for bias?

   - In selection of patients: randomization in trials, in consecutive series or less commonly sampling in outcome studies

   - Was there direct collection of data from patients or just from medical records. Was there a protocol and case report form (CRF)?  (With pharmacovigilance the information is more limited since only the reporter of the event can be queried by the company)

   - In the classification of outcomes, blinding of the assessment of outcomes to treatment (the double or triple blind RCT, the blinded adjudicator in observational studies); in the completeness of patient selection and follow-up (missing data, missing patients, missing information in CRFs and gaps in medical records)

- Did they control covariates? Did they control for multiplicity (i.e., did they look at many outcomes or was this a study focused on one in particular)?

### C.  Table 2 – Publications[76] on PCIA in the Treatment of Breast Cancer[77]

| Reference | Taxotere/ docetaxel Regimen | Taxol/ paclitaxel Regimen | Taxotere + Taxol Regimen | Taxane (not specified) Regimen | Non-taxane Regimen | Type of Study[78] | Bradford-Hill Criteria |
|---|---|---|---|---|---|---|---|
| TAX 316 | 29 | | | | 16 | 1a. (paper) Randomized controlled clinical trial | -strength of association -consistency |

---

[76] I conducted a comprehensive search using PubMed as well as End Note using the terms permanent, irreversible or persistent alopecia, breast cancer, chemotherapy or chemically-induced, as well as terms for the chemotherapy commonly used in early stage breast cancer – i.e., taxanes (taxotere or docetaxel, taxol or paclitaxel), anthracyclines (doxorubicin, Adriamycin), cyclophosphamide (cytoxan), methotrexate and 5-fluorouracil.  In addition, I specifically searched for the additional chemotherapies also used in the NSABP B40 clinical study, gemcitabine and bevacizumab. See summary at end of Table 2 regarding results of search for persistent, permanent or irreversible alopecia and gemcitabine and bevacizumab.  The paper must have attribution of the chemotherapy used, the numbers of patients on each of the regimens, and whether persistent, permanent or irreversible alopecia is evaluated.

[77] At the end of the 10-year follow up period for TAX 316, PCIA was seen in 3.9% (n=29) of patients on the Taxotere-containing regimen (TAC) and in 2.2% (n=16) on the control (FAC). These numbers are not included in the published studies: Miguel Martín et al., *Adjuvant Docetaxel for Node-Positive Breast Cancer*, 352(22) NEW ENGL. J. MED. 2302 (2005); John R. Mackey et al., *Adjuvant Docetaxel, Doxorubicin, and Cyclophosphamide in Node-Positive Breast Cancer: 10-Year Follow-Up of the Phase 3 Randomised BCIRG 001 Trial*, 14 LANCET ONCOL. 72 (2013). The PCIA numbers are included in the Clinical Study Report. TAX 316 Clinical Study Report (Sept. 9, 2010) at p. 69, Sanofi_02645268.

[77] Only 9.2% (rather than the 92.3% and 87.6% as noted on TAX 316) of patients were followed for alopecia 31 days after the last cycle of chemotherapy in GEICAM 9805; at 77 months, even with this very low % of follow-up of 84 patients, 3 of the 49 patients on TAC had ongoing PCIA, with 1 of 35 patients on FAC.  These numbers were not included in the published study Miguel Martín, MD, PhD et al., *Adjuvant Docetaxel for High-Risk, Node-Negative Breast Cancer*, 363(23) N. Engl. J. Med. 2200, 2208 (2010). The PCIA numbers are included in the Clinical Study Report GEICAM 9805 Clinical Study Report (Nov. 9, 2009) at 111, Sanofi_01061868.

[78] 1. Prospective studies: 1a randomized controlled clinical trials; 1b non-randomized, controlled clinical trials; 1c prospective cohort or case series
2. Retrospective studies: 2a. consecutive series; 2b. case series or individual case reports

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | -specificity<br>-temporality<br>-plausibility<br>-coherence<br>-experiment |
| GEICAM 9805 | 3 | | | | 1 | | 1a. (paper) Randomized controlled clinical trial | -strength of association<br>-consistency<br>-specificity<br>-temporality<br>-plausibility<br>-coherence<br>-experiment |
| Total | 32 | | | | 17 | | | |
| There are no randomized clinical trials of non-Taxotere/docetaxel given in standard doses for early stage breast cancer that show an increased risk for permanent chemotherapy-induced alopecia.   The incidence of PCIA in the Taxotere-based regimen is almost double the incidence of PCIA in the control arm (each arm of this randomized clinical trial contained the identical AC regimen, so that the contribution of Taxotere could be isolated) | | | | | | | | |
| | | | | | | | | |
| Nabholtz (2001)[79] | 4 | | | | | | 1b. (paper) Prospective clinical trial of breast cancer patients treated with taxotere regimen, with alopecia graded | -temporality<br>-plausibility<br>-coherence |

---

[79] J.M. Nabholtz et al., *Phase II Study of Docetaxel, Doxorubicin, and Cyclophosphamide as First-Line Chemotherapy for Metastatic Breast Cancer*, 19(2) J. CLIN. ONCOL. 314-21 (2001).

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | according to standard criteria (NCI CTC) and monitored at regular intervals with median follow of 32 months | |
| Bertrand (2013)[80] | 26 | | | | | 1b. (abstract) Prospective non-randomized clinical trial of scalp cooling during chemotherapy to prevent permanent alopecia in breast cancer patients who received taxotere chemotherapy and evaluated for risk factors in patients who still developed PCIA vs those who did not. | -temporality -plausibility -coherence |

---

[80] M. Bertrand et al., *Permanent Chemotherapy Induced Alopecia in Early Breast Cancer Patients After (Neo)adjuvant Chemotherapy: Long Term Follow Up*, Abstract P3-09-15 at 36th Annual San Antonio Breast Cancer Symposium (2013).

| Kang (2018)[81,82] | 23 | | | | 3 | 1c. (paper) Prospective cohort study in non-randomized, consecutive series of patients with early stage breast cancer expected to receive adjuvant chemotherapy at the outpatient breast cancer clinic in Seoul, Korea.  The objective of the study was to estimate the long-term incidence of PCIA in a cohort of patients with breast cancer whose hair volume and density were measured | -consistency<br>-specificity<br>-plausibility<br>-coherence |
|---|---|---|---|---|---|---|---|

---

[81] Personal communication with author Kang on October 2, 2018:  The 2017 Kang et al. abstract CS11-4 at the World Congress for Hair Research had incorrectly stated the drug as paclitaxel, rather than the drug that was actually administered, Taxotere.  The author requested the abstract to be corrected, but this was not done before publication of the abstract book.  The article, published on the same study by the same author in 2018, correctly provided the attribution to Taxotere.

[82] Danbee Kang et al., *Permanent Chemotherapy-Induced Alopecia in Patients with Breast Cancer: A 3-Year Prospective Cohort Study*, 23 THE ONCOLOGIST 1-7 (2018).

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | prior to chemotherapy and who were followed for 3 years after chemotherapy. | |
| Martin (2018)[83] | 36 | | | | | 2a. (paper) Retrospective evaluation across 3 institutions in Spain of the prevalence of PCIA in breast cancer patients with consecutively treated non-randomized adjuvant treatment with 8 years of follow-up | -specificity<br>-consistency<br>-temporality<br>-plausibility<br>-dose response |
| Kim (2017)[84,85] | | | | 93 | 29 | 2a.(paper) Cross-sectional survey retrospectively identified breast cancer patients who had non- | -consistency<br>-specificity<br>-temporality<br>-plausibility<br>-coherence |

---

[83] Miguel Martín et al., *Persistent Major Alopecia Following Adjuvant Docetaxel for Breast Cancer: Incidence, Characteristics, and Prevention with Scalp Cooling*, 171(3) BREAST CANCER RES. TREAT. 627-34 (2018).

[84] Personal communication with senior author Sohn on October 2, 2018: The authors did not collect nor analyze by type of taxane regimen, so there can be no attribution.

[85] Gun Min Kim et al., *Chemotherapy-Induced Irreversible Alopecia in Early Breast Cancer Patients*, 163 BREAST CANCER RES. TREAT. 527-33 (2017).

| | | | | | | randomly received doxorubicin, cyclophosphamide alone or followed by a taxane as neoadjuvant or adjuvant chemotherapy.  A prospective questionnaire regarding alopecia as well as the measurement of hair density was conducted. | |
|---|---|---|---|---|---|---|---|
| Bourgeois (2010)[86] | 104 | | | | 4 | 2a. (3 abstracts) Retrospective comparative review of breast cancer patients who had been treated (non-randomized)  in 15 institutions across France with adjuvant chemotherapy over a 2 year time frame, with a minimum of at least 6 | -specificity -consistency -temporality -plausibility -coherence |

[86] H. Bourgeois, *Long Term Persistent Alopecia and Suboptimal hair regrowth after adjuvant chemotherapyfor Breast Cancer.* 2009. *Long Term Persistent Alopecia and Suboptimal Hair Regrowth after Adjuvant Chemotherapy for Breast Cancer: Alert for Emerging Side Effect: French ALOPERS Observatory,* 21(8) ANNALS OF ONCOL. Viii83-84 (2010).

| | | | | | | months since completion of adjuvant chemotherapy and an updated median time of follow-up of 3.7 years . Prospectively designed case report forms and questionnaire to assess for permanent alopecia | |
|---|---|---|---|---|---|---|---|
| Sedlacek (2006)[87] | 7 | | | | | 2a. (abstract) Retrospective comparative non-randomized review of prospectively consecutively treated breast cancer patients at the physician's institution with at least 1 year of follow-up post conclusion of adjuvant chemotherapy with either a taxotere, | -consistency<br>-specificity<br>-temporality<br>-plausibility<br>-coherence |

---

[87] S.M. Sedlacek, *Persistent Significant Alopecia (PSA) from Adjuvant Docetaxel After Doxorubicin/Cyclophosphamide (AC) Chemotherapy in Women with Breast Cancer*, 100 BREAST CANCER RES. TREAT. s116 (2006).

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | paclitaxel, or non-taxane regimen | |
| Crown (2017)[88], and Crown (2017)[89] | 40 | 3 | | | 1 | 2a. (abstracts) Retrospective study: A prospectively designed telephone interview survey (approved by the Hospital audit committee) was conducted of early stage breast cancer patients recorded in their database who had completed adjuvant or neo-adjuvant anthracycline and/or taxane-based chemotherapy on clinical trials more than 1 year earlier and assessed as to the number and severity of | -consistency -temporality -plausibility -dose-response -coherence |

---

[88] Crown et al., *Incidence of permanent alopecia following adjuvant chemotherapy in women with early stage breast cancer,* Journal of Clinical Oncology 35, no. 15 supplement e21576, (2017).

[89] Crown et al., *Incidence of Permanent alopecia following adjuvant chemotherapy in women with early stage breast cancer,* poster number 205-P, 2017

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | ongoing alopecia.  The study also evaluated the relationship of docetaxel dose to the number and severity of ongoing alopecia. | |
| Thorp (2015)[90] | 21 | | | | | 2a. (abstract) Retrospective evaluation of early stage breast cancer patients treated with taxotere/docetaxel-regimens and completed their treatment at least 3 years earlier at their regional cancer center using a prospectively designed questionnaire to determine the incidence, site, extent | -temporality -plausibility -coherence |

---

[90] Nicola J. Thorp, *Long Term hair loss in patients with early breast cancer receiving docetaxel chemotherapy. May 1.* 2015. p. Sanofi_002785 to Sanofi_002788. (2015).

| | | | | | | and duration of hair loss. | |
|---|---|---|---|---|---|---|---|
| Freites-Martinez (2019)[91] | 31 (25) if take into account 81% were breast cancer patients | 47 (38) if take into account 81% were breast cancer patients | 2 | | 18 (15) if take into account 81% were breast cancer patients | 2b. (paper) Retrospective, multicenter non-randomized case study and patients were eligible if they received only systemic cytotoxic chemotherapy with a clinical diagnosis of PCIA or received chemotherapy followed by endocrine therapies but the alopecia was associated with endocrine therapy. | -temporality -specificity -plausibility |
| Kluger (2012)[92] | 19 | | 1 | | | 2b. (paper). Retrospective case | -temporality -plausibility |

[91] Azael Freites-Martinez, MD et al., Assessment of Quality of Life and Treatment Outcomes of Patients with Persistent Postchemotherapy Alopecia, JAMA Dermatol, published online March 6, 2019.  Of note, only 81% of the 98 patients were breast cancer patients, and in this category, only 75 of the 98 patients had clinical characteristics of the alopecia noted, only 45 of the 98 had trichoscopy performed, and only 41 of 98 had data on quality of life.  The proportions of patients who had breast cancer, and the type of regimen received in these subsets, was not provided.

[92] Nicolas Kluger et al., *Permanent Scalp Alopecia Related to Breast Cancer Chemotherapy by Sequential Fluorouracil/Epirubicin/Cyclophosphamide (FEC) and Docetaxel: A Prospective Study of 20 Patients*, 23 ANNALS OF ONCOL. 2879 (2012).

| | | | | | | studies of breast cancer patients with pCIA at least 6 months after completion of chemotherapy, with prospectively designed evaluation of physical exam, history, labs and health-related quality of life | -coherence |
|---|---|---|---|---|---|---|---|
| Fonia (2017)[93] | 9 | | 1 | | | 2b. (paper) Retrospective case study of pCIA in breast cancer patients lasting more than 6 months after the end of chemotherapy with taxotere/docetaxel regimens and hormonal treatment.  The follow-up was more than 18 months post- | -consistency -specificity -temporality -plausibility -coherence |

---

[93] Athina Fonia, et al., *Permanent alopecia in patients with breast cancer after taxane chemotherapy and adjuvant hormonal therapy: Clinicopathologic findings in a cohort of 10 patients.* J Am Acad Dermatol, 2017. **76**(5): p. 948-957.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | chemotherapy in all patients. | |
| Miteva (2011)[94] | 6 | | | | | 2b. (paper) Retrospective Case studies of patients with pCIA post-adjuvant chemotherapy completed at least 12 to 24 months prior to referral to a dermatology clinic for permanent alopecia. | -temporality<br>-plausibility<br>-coherence |
| Tallon (2010)[95] | 1 | | | | | 2b. (paper) Retrospective Case report of permanent alopecia in patient with breast cancer to identify risk factors and describe histopathology | -specificity<br>-temporality<br>-plausibility<br>-coherence |

[94] Mariya Miteva, MD et al., *Permanent Alopecia After Systemic Chemotherapy: A Clinicopathological Study of 10 Cases*, 33(4) AM. J. DERMATOPATHOL. 345 (2011).

[95] Ben Tallon, MBChC et al., *Permanent Chemotherapy-Induced Alopecia: Case Report and Review of the Literature*, 63(2) J. AM. ACAD. DERMATOL. 333-36 (2010).

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Werbel (2018)[96] | 1 | | | | | 2b. (paper) Retrospective case report | -temporality<br>-plausibility |
| Masidonski & Mahon (2009)[97,98] | 11 | | | | 2 | 2b. (letter to editor) Retrospective comparative review of non-randomized breast cancer patients treated at their institution over a 10 year span who had permanent alopecia and identify regimen used | -specificity<br>-consistency<br>-temporality<br>-plausibility<br>-coherence |
| Palameras (2011)[99] | 5 | | | | | 2b. (letter to editor) Retrospective case studies of patients attending a hair clinic with cancer and a diagnosis of pCIA | -temporality<br>-plausibility<br>-coherence |

---

[96] Tyler Werbet et al., *Persistent Alopecia in a Breast Cancer Patient following Taxane Chemotherapy and Adjuvant Endocrine Therapy: Case Report and Review of Post-treatment Hair Loss in Oncology Patients with Breast Cancer,* Cureus 10(7): e3056,(2018).

[97] Pat Masidonski and Mahon, *Permanent alopecia in women being treated for breast cancer.* Clin J Oncol Nurs, 2009. **13**(1): p. 13-4.

[98] Personal communication with author Mahon on October 2, 2018: all of the taxane-based regimens were Taxotere.

[99] Ioulios Palamaras, MD et al., *Permanent Chemotherapy-Induced Alopecia: A Review*, 64(3) J. AM. ACAD. DERMATOL. 604 (2011).

| Tosti (2013)[100] | 2 | | | | | 2b.  (letter to the editor) Retrospective case reports of pCIA in patients with breast cancer, not previously reported | -temporality -plausibility -coherence |
| Prevezas (2009)[101] | 1 | 1 | | | | 2b. (letter to editor) Retrospective Case reports | -temporality -plausibility -coherence |
| TOTAL (100%) TOTAL (81% applied to Freites-Martinez numbers) | 347 341 | 51 42 | 4 4 | 93 93 | 54 51 | Strength of association | |

Other than the F-M paper, with methodologic issues described in the narrative section below, there are no published studies showing an increased number of PCIA as compared to Taxotere/docetaxel. There are no cases of PCIA for either gemcitabine or for bevacizumab. Overall, the number of published cases of PCIA in Taxotere/docetaxel-based regimens are 6.4 to 6.7 times higher than in non-Taxane based regimens and are 6.8 to 8.1 times higher than in the Taxol/paclitaxel-based regimens.  In four studies in which comparisons within the study of Taxotere vs. non-Taxotere based regimens could be evaluated (Crown, Kang, Martin, and Sedlacek) the odds ratio of PCIA in the separate studies are 1.37 (Crown), 8.01 (Kang), 3.61 (Martin) and 54.7 (Sedlacek)[102].

---

[100] Antonella Tosti, MD et al., *Docetaxel and Permanent Alopecia*, 68(5) J. AM. ACAD. DERMATOL. e151 (2013).

[101] Christos Prevezas et al., *Irreversible and Severe Alopecia Following Docetaxel or Paclitaxel Cytotoxic Therapy for Breast Cancer*, 160 BRIT. J. DERMATOL. 881 (2009)

[102] Odds Ratio (OR) from the Crown, Martin and Sedlacek studies were calculated by Dr. Madigan.  The OR in the Kang paper was provided in the paper.  A random effects meta-analysis of these 4 studies, conducted by Dr. Madigan, yielded an OR of 4.13, 95% CI (1.44,11.81), p = 0.008.

## D.  Brief Narratives of Clinical Studies

**Nabholtz (2001):**  A phase 2 single arm clinical trial investigated the efficacy and toxicity of Taxotere/docetaxel with doxorubicin and cyclophosphamide (TAC) as first-line chemotherapy for anthracycline-naïve patients with metastatic breast cancer. Of the 54 patients treated, the most common treatment-related chronic non-hematologic toxicity was alopecia, with long-lasting (longer than 2 years) partial alopecia occurring in 4 (7.4%) patients.

**Bertrand (2013):**  A prospective clinical study of scalp cooling investigated 79 patients treated with fluorouracil, epirubicin, cyclophosphamide and docetaxel for early stage breast cancer between July 2005 and December 2007 were included in this study.  All patients received scalp cooling during chemotherapy, and all patients underwent a clinical examination and photographs of the scalp 5 years after the end of chemotherapy.  26 patients (32.9%) had permanent alopecia, which was severe in 3 patients, moderate in 2 patients, and minimal in 21 patients.

**Kang (2018):** A prospective cohort study, from February 2012 to July 2013 was conducted at the Samsung Medical Center in Seoul, Korea, of 61 consecutive patients with early stage breast cancer expected to receive adjuvant chemotherapy at the outpatient breast cancer clinic. The objective of the study was to estimate the long-term incidence of permanent chemotherapy-induced alopecia (PCIA) in a cohort of patients with breast cancer whose hair volume and density were measured prior to chemotherapy and who were followed for 3 years after chemotherapy.

The patients received one of the following regimens: 1) doxorubicin and cyclophosphamide (AC); 2) fluorouracil plus cyclophosphamide and doxorubicin (FAC), or 3) doxorubicin and/or cyclophosphamide plus Taxotere/docetaxel). There were 32 patients who received a Taxotere-based regimen, and 29 who received an AC or FAC regimen.

Patients were assessed prior to chemotherapy on the first day of chemotherapy, after 2 cycles of chemotherapy, at 1, 3, and 6 months after completion of chemotherapy and at 3 years after completion of chemotherapy.  At each visit, hair density and hair shaft diameter were objectively quantified by a phototrichogram using a Folliscope.[103] The study defined PCIA as

---

[103] Danbee Kang et al., *Permanent Chemotherapy-Induced Alopecia in Patients with Breast Cancer: A 3-Year Prospective Cohort Study*, 23 THE ONCOLOGIST 1-7, 2 (2018).

absent or incomplete hair regrowth at ≥6 months after chemotherapy.  Incomplete hair regrowth was defined as hair density or thickness was two standard deviations (SDs) or more below the baseline mean (before chemotherapy).[104]

To isolate the impact of chemotherapy on PCIA, the study excluded patients at baseline who had alopecia, atopic dermatitis, psoriasis, or infectious skin diseases, as well as patients who were taking steroids, antihistamines, antidepressants, or anticonvulsants.[105]

The study results demonstrated that patients receiving Taxotere-based treatment had about eight times higher odds of PCIA 3 years after completion of chemotherapy (OR 8.01; 95% CI, 1.20–53.26, p < .05) adjusting for age, hair density, and thickness at diagnosis.[106] There were 23 cases of PCIA in the Taxotere/docetaxel group and only 3 with the AC regimens.

**Martín (2018):**  492 breast cancer patients with adjuvant treatment for breast cancer were studied for the prevalence of permanent chemotherapy-induced alopecia (PCIA) in 1 institution in Spain between December 2005 and May 2006.  Two other institutions in Spain joined the prevalence study later to confirm the prevalence of grade 2 permanent alopecia.  Grade 2 permanent alopecia was defined as complete alopecia that requires a wig after at least 18 months from the end of chemotherapy.  Taking all 3 institutions together, the overall grade 2 PCIA occurred in 36 (10%) of 358 patients with Taxotere/docetaxel regimens reaching cumulative doses of ≥ 400 mg/m² but not in 59 patients receiving lower cumulative doses (300 mg/m²) of Taxotere/docetaxel (e.g., dose response).  The study also addressed the issue of whether regimens containing doxorubicin and cyclophosphamide (AC) or epirubicin and cyclophosphamide (EC) cause permanent alopecia in the absence of Taxotere/docetaxel. In the 306 patients receiving other chemotherapy regimens (including AC/EC regimens alone or followed by paclitaxel) there were no cases of grade 2 permanent alopecia.  The study also looked at patients receiving endocrine therapy.  There were no patients with grade 2 permanent alopecia who received endocrine therapy without chemotherapy.   The incidence of Taxotere/docetaxel-induced grade 2 permanent alopecia was similar in patients with (22/221, 9.96%) and without endocrine therapy (14/137, 10.2%).  The median follow-up of patients after the end of chemotherapy was 43 months (range 18-60 months).

---

[104] *Id.*

[105] *Id.*

[106] *Id.* at 3.

56

**Kim (2017):**  This study was a cross-sectional survey retrospectively identifying early breast cancer patients who had received doxorubicin, cyclophosphamide alone or followed by a taxane as neoadjuvant or adjuvant chemotherapy and were at least 6 months after cessation of chemotherapy, with follow-up from completion of chemotherapy ranging from 6 months to 5 years.  A questionnaire regarding alopecia as well as the measurement of hair density was conducted.  Among the 265 patients who responded to the questionnaire, 19 (7.2%) reported severe alopecia (>50% of their scalp and lasting at least 6 months after the end of chemotherapy).  Of those reporting severe alopecia, 2.7% had received doxorubicin and cyclophosphamide and 10.5% had also received a taxane.  In the taxane regimens, 33.3% wore wig vs. 10.7% on non-taxane regimen.  Table 1 from the paper notes that 122 of the 265 patients had chemotherapy-induced alopecia, and of this number 29 had not received a taxane-based regimen, and 93 had received a taxane-based regimen.  Multivariate analysis showed only the chemotherapy regimen containing a taxane as an independent risk factor for pCIA (OR 4.75, with 95% CI 2.29 - 9.86, p<.001).  There was no significant difference for endocrine treatment.  Neither the publication, nor direct personal communication with the senior author revealed the attribution by specific taxane.[107]

**Bourgeois (2010):**  A retrospective study, from May 2008 to May 2010, in which 108 cases of persistent alopecia or suboptimal hair regrowth after adjuvant chemotherapy were reported from 15 different institutions in OMIT (a network in France of the Drugs and Emerging Therapeutics Observatory).  Of these 108 cases, 104 (96%) had received Taxotere/docetaxel – based treatment as adjuvant chemotherapy for their breast cancer.  Of the 50 patients who answered a questionnaire, 38% to 45% complained of a moderate to severe alteration of the quality of their family and social lives.  One year earlier (2009), Bourgeois had reported 61 of 63 cases after adjuvant chemotherapy with a Taxotere-containing regimen (fluorouracil + epirubicin + cyclophosphamide followed by Taxotere).  In a presentation for the 37th Annual CTRC-AACR San Antonio Breast Cancer Symposium in 2014, Bourgeois provided an update on ERALOP, a retrospective study using a self-questionnaire targeting patients treated with FEC – Taxotere/docetaxel from 2008 to 2009 to estimate the incidence of persistent significant alopecia at 6 months after the last course of chemotherapy.  829 patients received a questionnaire and 653 (79%) responded.  Six months after the last Taxotere/docetaxel course, persistent significant alopecia grade 2 was 8.6% (71 patients) and grade 1 was 32.6% (271 patients).  At a median follow-up of 3.7 years, persistent significant alopecia grade 2 was 3.5% (29 patients) and grade 1 was 30% (248 patients).

---

[107] See footnotes 84 and 85, above.

**Sedlacek (2006):** A retrospective evaluation of consecutive treatment of 496 women with localized breast cancer.  The patients were treated by Sedlacek from January 1994 through December of 2004 in a retrospective prospective controlled cohort study of consecutive patients. The chemotherapy regimens compared: Group A- 258 patients administered doxorubicin and cyclophosphamide regimens without taxanes (AC, FAC, A/CMF).  Group B- 126 patients administered doxorubicin and cyclophosphamide plus paclitaxel/Taxol (AC/T, AT/T, AC/T dose dense, ATC, AC/Herceptin). Group C- 112 patients administered doxorubicin and cyclophosphamide plus docetaxel/Taxotere (AC/Tax, ATax, ACTax, AC/TaxXeloda, AC/Tax Herceptin, ATax/FAC, FAC/Tax).  Women who underwent high-dose chemotherapy with stem cell rescue were excluded.  Only patients with at least 1 year of follow-up post adjuvant chemotherapy were included.  The average time from the last dose of chemotherapy was 48 months (range 19 to 85 months).  Persistent significant alopecia, defined as <50% hair regrowth at least one year after chemotherapy, developed in 7/112 (6.3%) women with localized breast cancer treated with a Taxotere/docetaxel/doxorubicin/cyclophosphamide containing regimen. All were reported to be wearing wigs.  No persistent significant alopecia occurred in those treated with a Taxol/paclitaxel/doxorubicin/cyclophosphamide -containing regimen, or in those treated with a doxorubicin/cyclophosphamide regimen without a taxane.

**Crown (2017):** Retrospective non-randomized cohort study of 300 patients with early stage breast cancer treated with adjuvant therapy with 3 different treatments.  A telephone interview survey (approved by the Hospital audit committee) was conducted of early stage breast cancer patients recorded in their database (St. Vincent University Hospital, Dublin, Ireland) who had completed adjuvant or neo-adjuvant anthracycline and/or taxane-based chemotherapy on clinical trials more than 1 year earlier and assessed as to the number and severity of ongoing alopecia.  Drug regimens were assessed with the following categories: Docetaxel regimen in 265 patients, anthracycline-non taxane regimen in 12 patients, and anthracycline + paclitaxel regimen in 23 patients.  Alopecia persisting more than 1 year after the completion of chemotherapy was demonstrated in 40 patients in the docetaxel regimen, 1 patient in the anthracycline-non-taxane regimen, and 3 patients in the paclitaxel regimen.  For the 191 patients receiving docetaxel and non-anthracycline regimen, there were 2 levels of cumulative exposure of the docetaxel.  The alopecia was significantly increased e.g., dose response was demonstrated, with the higher cumulative dose of docetaxel i.e., at 300 mg/m2 (97 patients) the incidence was 7%, all grade 1, and at a dose of 450 mg/m2 (94 patients) it was 20% with a higher grade of alopecia (6% grade 2, 14% grade 1).

**Thorp (2015):**  This retrospective study of prospectively evaluated patients (presented at the CTRC-AACR San Antonio Breast Cancer Symposium in 2014), used a questionnaire sent in October 2013 to 189 patients who had received docetaxel-based regimens for early stage breast

cancer in 2010 at their regional cancer center. The aim of the study was to determine the incidence, site, extent and duration of hair loss. Of the 189 questionnaires sent, 134 (71%) were returned.  Of the respondents, 21 (15.8%) noted significant scalp hair loss, 13 (9.8%) gave equivocal responses, 99 (77.4%) had no significant scalp hair loss, and 1 patient did not answer the scalp hair loss question.  16 patients noted use of wigs and hair extensions.  Lack of hair was also noted for a subset in other body areas, such as eyelashes and eyebrows.  Long-term hair loss (up to 3.5 years after the last chemotherapy with a Taxotere/docetaxel regimen) occurs in 10 to 15% of patients, and from responses to the questionnaire questions, had a significant impact on the patients' quality of life.  Univariate and multivariate analyses showed no significant association with other patient or treatment characteristics (e.g., endocrine treatment).

**Freites-Martinez (2019):** Eight-year retrospective, multicenter case study conducted between January 2009 and July 2017 in patients referred to the dermatology service from two comprehensive cancer centers and one tertiary-care hospital.  The institutions included Memorial Sloan Kettering, New York, the Institut Universitair du Cancer, Toulouse, France and the dermatology service at University Federico II, Naples, Italy.  Patients were eligible if they received only systemic cytotoxic chemotherapy with a clinical diagnosis of PCIA or received chemotherapy followed by endocrine therapies, but the alopecia was associated with endocrine therapy.  Standardized photographs of the scalp, trichoscopy to assess hair diameter and hair density, and quality of life evaluations were conducted. Of 385 patients, 193 were excluded, and 192 included, including 98 with persistent alopecia attributed solely to chemotherapy, and 94 with alopecia attributed solely to endocrine therapy. Exclusions included 82 for chemotherapy-induced alopecia, 40 for other potential causes of alopecia (e.g., androgenetic, thyroid-related, telogen effluvium, targeted therapy, immunotherapy, and graft-vs-host disease) 35 for missing data, 19 with previous scalp radiotherapy, and 17 for having a combined attribution of alopecia from cytotoxic chemotherapy and endocrine therapy.  79 (81%) of the 98 patients with PCIA had a diagnosis of breast cancer, and 89 (95%) of the 94 with alopecia attributed to endocrine therapy had a diagnosis of breast cancer.  The most common agent associated with PCIA was taxane-based chemotherapy (80 patients with 47 on paclitaxel, 31 on docetaxel, and 2 with both), and grade 2 alopecia was seen in 29 of 75 patients.  It was not clear from the methods section how the 385 patients were identified, nor the methodology for excluding more than half of the patients.  In addition, the loss to follow-up on the subset of 98 patients with PCIA was not explained.  Of the 98 in the PCIA category, only 75 of the 98 had clinical characteristics of their alopecia noted, only 45 of the 98 had trichoscopy performed, and only 41 of the 98 had data on quality of life; it was not clear how many in the subset of  75 or 45 or 41 patients had a diagnosis of breast cancer, and the specific regimen used.

59

**Kluger (2012):**  This retrospective study analyzed the clinical and histological features of severe permanent alopecia that was diagnosed between 2007 and 2011 in 20 breast cancer patients receiving treatment of fluorouracil + epirubicin + cyclophosphamide followed by Taxotere/docetaxel. One of the 20 had also received Taxol/paclitaxel, in addition to Taxotere/docetaxel.  Permanent alopecia was defined as absent or incomplete hair regrowth at $\geq$ 6 months post-chemotherapy.   Health-related quality of life (QoL) was assessed by a self-administered questionnaire, the Dermatology Life Quality Index (DLQI) and by whether or not the patient permanently wore a medical hair prosthesis (wig).  The DLQI is a validated, rapid and highly sensitive test used in routine clinical practice to evaluate the QoL for various skin diseases, and evaluates 10 items, with higher scores indicating greater impairment of QoL.  The mean DLQI in 18 patients administered the test was 8.66, compared to a mean of 0.5 in a healthy population.  Severe impairment was reported by 7 of the 18 patients (38%, score 11-20).  70% (14/20) wore a hair prosthesis (i.e., a wig) or scarf (1 patient).

**Fonia (2017):** This retrospective study incorporated data from April 2010 through August 2013 and identified 10 breast cancer patients treated with Taxotere/docetaxel-based regimens (1 also received paclitaxel in addition to Taxotere/docetaxel) who developed permanent alopecia lasting more than 6 months after the end of chemotherapy.  The follow-up was more than 18 months post-chemotherapy in all patients.  Of the 10 patients with PCIA, all received docetaxel regimens - 5 had no endocrine therapy, 7 had no anthracycline, and 4 had neither an anthracycline or cyclophosphamide.  One had received 3 cycles of docetaxel and 1 cycle of paclitaxel.  All 10 patients had alopecia of the scalp, and 3/10 also had hair loss of eyebrows and eyelashes and 5/10 had loss of body hair.  All patients had diffuse hair loss on their scalp with residual sparse hair.   After the end of chemotherapy, hair regrowth was partial in 9 of 10 patients, with minimal regrowth in 1 patient.  The patient wore a wig and had slow but complete hair regrowth within 6 months after starting treatment with topical minoxidil.

**Miteva (2011):** Describes a retrospective clinicopathological study of 10 cases of permanent alopecia after systemic chemotherapy, in which 6 cases were breast cancer patients treated with Taxotere/docetaxel.  The histologic findings of permanent alopecia after chemotherapy were those of a nonscarring alopecia.  The cases came from patients who were referred for treatment of hair loss to the Department of Dermatology (9 cases in Bologna, Italy and 1 case in Miami, Florida).  All were evaluated at least 12 to 24 months after the end of chemotherapy.  The severity of hair loss ranged from very severe to severe, and all women patients wore a wig.

**Tallon (2010):**  This case report was of a woman with breast cancer, negative for ER and PR and on no endocrine therapy and no anthracycline, presenting with persisting alopecia 13 months after completion of adjuvant chemotherapy with a Taxotere/docetaxel-containing regimen.  She had no prior history of hair loss and had no pre-existing hair loss.  Two weeks after the start of

her chemotherapy, she began to lose the hair on her scalp, as well as her eyebrows, eyelashes and body hair.  By the completion of her chemotherapy, she was completely bald.  She experienced some regrowth of her hair but required the use of a scalp prosthesis (wig).  Physical examination revealed severe diffuse hair loss, most prominent over the crown.

**Werbel (2018):**  A case study of a 59 yo woman with ER+, PR+ and Her-2+ invasive breast cancer that was treated with surgery, radiation, docetaxel-containing regimen (pertuzumab, docetaxel, carboplatin followed by trastuzumab and currently on neratinib) and adjuvant hormonal therapy (starting with anastrozole and switching to tamoxifen).  She noted hair loss beginning after the first course of systemic chemotherapy, that became more extensive throughout the remainder of her treatment and had not experienced any regrowth of scalp hair at the time she was diagnosed with persistent alopecia 15 months later.  Scalp biopsies were consistent with a non-scarring alopecia.

**Masidonski and Mahon (2009):**  Retrospective evaluation of cases over the past 10 years, 13 women treated for breast cancer at their institution have been identified with permanent alopecia, and 11/13 had been treated with a Taxotere/docetaxel-based regimen with an anthracycline and cyclophosphamide, and the other 2 with an anthracycline and cyclophosphamide.   7 were not on any endocrine therapy, and 6 were ER/PR positive and were on aromatase inhibitors.

**Palamaras (2011):** This was a retrospective review of 8.430 records of patients who had attended a Hair Clinic during the previous 7 years with non-scarring alopecia, to identify cases of chemotherapy-induced permanent alopecia (PCIA).  Seven cases of PCIA were identified (in patients treated for breast cancer, and for germ cell tumors); 2 occurred following treatment with busulphan and 5 were following treatment with Taxotere/docetaxel-regimens, combined with either Cisplatin, an anthracycline, or an anthracycline plus cyclophosphamide). All 7 cases showed short and sparse scalp hair, which developed a few weeks after the start of chemotherapy.  Scalp biopsy revealed a marked reduction in follicular units.

**Tosti (2013):** Reported two new cases of permanent alopecia following a docetaxel-based chemotherapy regimen for patients with breast cancer (an additional 5 cases had already been reported in the Palamaras study, in which Tosti was a co-author, in 2011).

**Prevezas (2009):** This report noted 2 cases reports of severe and irreversible alopecia following chemotherapy with the taxanes, docetaxel or paclitaxel, for the treatment of recurrent breast cancer.  The patient treated with docetaxel was 7 years out from her treatment.  The patient treated with paclitaxel was 3 years out from her treatment.

Below are narratives of published studies provided by Sanofi defense counsel that I reviewed and found lacking in critical details important for interpretation e.g., lacking in identifying the chemotherapy given to breast cancer patients, and/or lacking in identifying the numbers of breast cancer patients receiving a particular chemotherapy regimen, and/or lacking in evaluating the endpoint of interest, persistent, irreversible, or permanent alopecia.

**Berglund (1991)**[108]  Retrospective study, in which a questionnaire was mailed to 448 premenopausal and postmenopausal patients, free from recurrence 2 to 10 years after having received adjuvant therapy with 1976 era regimens of chemotherapy and radiation therapy, to which they had been randomized.  The questionnaire study was done 2-10 years after treatment.  The aim was to investigate differences in aspects of quality of life, and their hypothesis was that chemotherapy would be associated with late consequences in the form of more physical, mental and social problems compared to radiotherapy.

Patients aged below 71 years with positive lymph nodes and/or a tumor exceeding 3 cm were randomized to postoperative radiotherapy to the chest wall and regional nodes (46 Gy/4-5 weeks) or to 12 courses of chemotherapy (CMF: cyclophosphamide, methotrexate and 5-fluorouracil).  In addition, the postmenopausal patients were included in a concurrent randomized comparison of adjuvant tamoxifen (40 mg daily for 2 years) versus no adjuvant endocrine therapy. From 1976 to 1985, a total of 849 patients were included in the trial. There were several changes to the study over the ensuing years, including:  from 1978 onward, the upper age limit was lowered to 65 years, because it was found that older patients could not complete the protocol chemotherapy due to toxicity;  in 1978, the chemotherapy course interval was changed from 6 to 4 weeks, which shortened the total treatment time from 1.5 years to 1 year; in 1985, the chemotherapy regimen was changed from 12 to 6 courses. The reason was that data from other studies indicated that adjuvant CMF for 6 months was as efficient as CMF for 12 months; and due to restricted radiotherapy resources, a 2:l randomization rather than a 1:1 randomization of chemotherapy: radiotherapy was performed from March 1982 to May 1985. The total number of randomized patients was thus higher in the chemotherapy group than in the radiotherapy group (475 vs. 374 patients).

The quality of life study was on the subset of relapse-free survivors: 245 chemotherapy and 203 radiotherapy patients.  Out of the 448 mailed questionnaires, the final number of returned

---

[108] Gunilla Berglund et al., *Late Effects of Adjuvant Chemotherapy and Postoperative Radiotherapy on Quality of Life among Breast Cancer Patients,* Eur J Cancer, Vol. 27, No. 9, pp.1075, 1991

completed questionnaires was 382 (83%), which included 201(82%) in the chemotherapy group and 172 (85%) in the radiotherapy group.  A Swedish questionnaire with criteria addressing physical symptoms (of disease and treatment), psychic well-being, physical and social activities and quality of life, and a confirmed high reliability and validity, was not available.  A questionnaire that had not been previously used was constructed for this study.  There were no questions on irreversible, persistent, or permanent alopecia.  Among the 32 items on the symptom list, alopecia is included, and the language is as follows:  *Symptom list (32 items)*. Score your intensity of: fatigue, decreased stamina, pain, changes in physical appearance, joint problems, problems with the scar, infections, hair loss, sleeping problems, memory problems, concentration problems, nausea, smell aversion, food aversion, worries about health, and anxiousness. Added in 1988 were: weight increase, weight loss, decreased appetite, gastritis, diarrhea, dysphagia, urinary tract problems, cystitis (urinary), decrease in sexual desire, decrease in sexual ability, irritation of mouth and throat, skin irritation, dry skin, headache, dizziness and irritability.  Of note, there was no difference in degree of symptoms or problems related to the question of alopecia between patients on the radiotherapy arm or those on the chemotherapy arm – it was 17%.  So even though persistent, irreversible or permanent alopecia issues were not addressed, even asking a question about hair loss at 2 to 10 years out from their primary treatment did not differ according to whether or not they received chemotherapy or radiotherapy.

Overall, the investigators noted in their paper that they found no support for their hypothesis that chemotherapy with CMF would lead to more severe late consequences than radiotherapy.  My conclusion after reviewing this paper, is that no relevant questions were asked regarding permanent, irreversible or persistent alopecia, and that even given all the faults in the study design, there was no difference noted on alopecia that was detected between the total number of patients who had received radiotherapy to the breast vs. those who had received chemotherapy with CMF.

**Yagata (2015)**[109]:  A retrospective study using a questionnaire was distributed to patients in hospitals throughout Japan between April and October 2013, posing questions regarding the current status of the patients' appearance.  Eligible patients were women with breast cancer without any recurrence who had received adjuvant or neoadjuvant chemotherapy containing an anthracycline and/or taxanes (either paclitaxel or docetaxel), and who were within 5 years from their last chemotherapy treatment.  The physicians at each hospital asked their patients to fill

---

[109] Hiroshi Yagata et al., Abstract P5-15-17:  *National survey of long-term recovery from chemotherapy-induced hair loss in patients with breast cancer*, Cancer Res. AACR journals.org/content/Vol 75/Issue 9_Supplement/P5-15-17, 2015

out the questionnaire and mail it directly to the data center.  The status of scalp hair was analyzed in a cross-sectional manner according to the duration from chemotherapy.  1853 questionnaires were sent, and 1511 patients returned the questionnaires, and in total 1478 questionnaires were analyzed.  The actual questionnaire survey was not provided, but in the abstract they provided responses to some of the questions, which included the following:  13.1% noted hair growth beginning during chemotherapy, and 80.3% after chemotherapy ended, although 6.6% left the question unanswered.  Within 6 months of the start of hair growth, 65% felt a change in hair thickness, 70% felt a change in quality, 40% noted it had become "unruly", 44% a color change, and 80% noted growing more gray hair.

There was no attribution of the numbers of the 1478 patients who had received taxane or non-taxane regimens, and by the questions posed, it appeared that none of the questions asked about the type or severity of hair loss.

**Beseicker (1997)**[110]:  Retrospective study examined side effects of chemotherapy as perceived by 21 early stage breast cancer patients in order to determine which side effects persisted after chemotherapy and whether any new side effects were experienced after therapy ended. They explored the following research questions: (1) What side effects were most significant to patients during chemotherapy? (2) Were these side effects expected? (3) How did patients respond to the side effects they experienced? (4) What feelings were experienced at the end of chemotherapy? (5) What side-effects, if any, persisted or developed after chemotherapy? Patients had received CMF (57%), CAF (24%) and FuVMiC (19%) and interviewed twice, once 1 month after chemotherapy had ended, and the other at 6 months after chemotherapy had ended.  18% (3 patients) noted hair "problems" characterized as different color, different texture or uneven, and none viewed these issues as the most significant side effects.

There was no mention in the article of the type or severity of hair loss, nor clear questions relating to the pertinent issue of permanent hair loss.

**Jung (2013)**[111] Retrospective study of 54 patients, men (25 patients) and women (29 patients), ages ranging from 1 year to over 61 years old, diagnosed from January 1996 to December 2011 with PCIA, all having visited a dermatology clinic in Korea from 6 months to 168 months after the discontinuation of chemotherapy, due to the continuation of alopecia.  The average age for

---

[110] Analee Beisecker, *Side Effects Of Adjuvant Chemotherapy: Perceptions Of Node-Negative Breast Cancer Patients*, Psycho-Oncology, Vol. 6: 85–93 (1997).

[111] Mi Young Jung, MD., et al. *A Clinical Study of Chemotherapy- Induced Permanent Alopecia*, Korean Journal of Dermatology 2013;51 (12):933 -938.

men was 26.2 years and for women 36.1 years, with 20 patients under the age of 20 years, 17 between the ages of 21 and 40 years, 15 between the ages of 41 and 60 years, and 2 older than age 61. There were 9 different types of cancer, as well as autoimmune disease.  12 of the 54 patients had breast cancer.  The age, gender, duration of alopecia, familial history of alopecia, past medical history (including the types of chemotherapy agents), clinical patterns of alopecia and treatment responses were all analyzed. 38 of the patients were treated with combination chemotherapy, 16 were treated with monotherapy alone.  Eight (15%) had been treated with stem cell transplantation, and 10 (18.5%) had been treated with radiation therapy to the scalp.

There was no attribution of the type of chemotherapy given for the indication, no indication of the extent of disease (whether localized or metastasized) and since the chemotherapy given with stem cell transplantation, and radiation to the scalp is already known to cause pCIA, this study was lacking in critical information.

During the time these studies were being published, the European Medicines Agency (EMA) had ongoing iterative discussions with the company regarding PCIA.

I had access to Sanofi's review of their global pharmacovigilance database that they conducted in 2011 and in 2015.[112] Sanofi used different terms and time duration to assess for PCIA in 2011 and in 2015, and interestingly, there is no overlap of case report identifiers in 2011 and in 2015.

In January 2011, Sanofi provided an analysis of irreversible alopecia through December 2010.  Of 1,620 cases retrieved using the high level term alopecias, the search identified 142 reports of irreversible alopecia defined as not recovered 12 or more months after the last dose of Taxotere/docetaxel chemotherapy.  The analysis excluded 1060 cases where the outcome was unknown and 418 reports where the latest outcome was reported less than 12 months after the last dose of chemotherapy.  In that analysis Sanofi concluded that Taxotere/docetaxel alone was not the sole cause of the irreversible alopecia.

In November 2015, Sanofi provided an analysis through October 2015.  Of 2,173 cases retrieved using the high level term alopecias, the search identified 117 reports in which the verbatim term included either "permanent" or "irreversible" or alopecia that lasted more than 2 years.  The analysis excluded 1,320 cases where the outcome was unknown.  The 117 cases of permanent or irreversible alopecia represented 5.3% of the total cases of alopecia.  The data includes cases of

---

[112] Emanuel Palatinsky, MD, Global Safety Officer, "Clinical Overview:  Docetaxel – Persistent Alopecia", Sanofi_04353204; and Nanae Hangai, MD, PhD, Global Safety Officer, "Clinical Overview: Docetaxel and Permanent Alopecia." Sanofi_00829563, respectively.

Taxotere monotherapy-induced persistent alopecia.  70% of the patients with PCIA were on combination chemotherapy regimens with Taxotere, but 30% were not on any other chemotherapy other than Taxotere.  Based on their review of the Sanofi global pharmacovigilance database, worldwide scientific literature, clinical studies, and biologic plausibility, Sanofi noted that

"[T]he cumulative weighted evidence is sufficient to support a causal association between docetaxel and permanent/irreversible alopecia in the patients who received docetaxel."[113]

## IX.   Assessment of Causation using Bradford Hill Criteria

I used the nine criteria described in Section IVE[114] to assess the causal relationship between Taxotere/docetaxel and permanent chemotherapy-induced alopecia in patients receiving chemotherapy for their early stage breast cancer.  The totality of evidence included the company's own randomized clinical trials in early stage breast cancer, 19 published papers from a comprehensive worldwide medical search and review of the topic, and safety reports provided to Sanofi through their global pharmacovigilance database:

1) strength of association from the randomized clinical trials TAX 316 and GEICAM 9805, together show an almost doubling of the odds of PCIA with the Taxotere/docetaxel regimen compared to the control arm; a quadrupling of the odds in studies in which a comparator arm within the study could be evaluated (OR 4.13 from Crown, Kang, Martin and Sedlacek, with individual OR of 1.37, 8.01, 3.61 and 54.7 respectively), with a 6.4 to 8 times increased number of reported cases in the 19 published studies.

2) consistency of results across the randomized clinical trials, published studies, and pharmacovigilance analyses

3) specificity of the outcome of permanent chemotherapy-induced alopecia to the Taxotere/docetaxel.  The randomized clinical trials and the published studies, particularly those in which a comparator arm without Taxotere/docetaxel, show an increased risk that the PCIA is due to the Taxotere/docetaxel and not to the other chemotherapies used in the Taxotere/docetaxel regimens

---

[113] Nanae Hangai, MD, PhD, Global Safety Officer, "Clinical Overview: Docetaxel and Permanent Alopecia." Sanofi_00829563.

[114] See section IV.E

4) temporality of the Taxotere/docetaxel exposure preceding the event of permanent chemotherapy-induced alopecia; All of the studies demonstrate that the Taxotere/docetaxel exposure preceded the outcome event of PCIA

5) gradient, or dose-response, that increased cumulative exposure of Taxotere/docetaxel, i.e., that 400 mg/m2 or 450 mg/m2 leads to a greater incidence and more severe degree of permanent chemotherapy-induced alopecia than 300 mg/m2 or less; Papers supporting this criteria come from the Crown and Martin papers.

6) biologic plausibility for Taxotere/docetaxel causing permanent chemotherapy-induced alopecia, i.e., is already well known and documented to cause alopecia, and substantial biologic plausibility for a proposed mechanism of action for destruction of the hair follicle, and hair stem cells or disruption of any of the multiple communication signals between the stem cells; and,

7) coherence e.g., does not seriously conflict with the generally known facts of the natural history and biology of the disease.

8) experimental – The two randomized clinical trials and retrospective review of prospectively conducted studies in which the treatment is the intervention are examples of using experiments to evaluate the contribution of the treatment intervention to the outcome event of PCIA.  I did not identify an experiment of challenge, de-challenge and rechallenge; however, this type of experiment cannot be used in the scenario of toxic chemotherapy

9)  In terms of the criteria of analogy – I was not able to identify another model in which the totality of evidence, as was seen with Taxotere/docetaxel, was demonstrated to show that conventional chemotherapy causes permanent chemotherapy-induced alopecia.

Therefore, applying these criteria to the approximately 2400 patients in the randomized clinical trials, the several hundreds of patients in the published literature, and over several thousand patients  in the safety database, it is my opinion that there is reasonable evidence that Taxotere/docetaxel causes permanent chemotherapy induced alopecia in early stage breast cancer patients.  There are no randomized clinical trials of non-taxotere containing regimens showing an increased risk of permanent chemotherapy-induced alopecia in early stage breast cancer patients, and the preponderance of evidence in the published literature of peer-reviewed prospective and retrospective clinical studies show a substantial increased risk of Taxotere/docetaxel, with corroborative evidence in the safety database, with all 3 lines of evidence – from randomized clinical trials, published peer-reviewed literature, and the safety

database, all pointing consistently in the same direction of Taxotere/docetaxel causing an increased risk of permanent chemotherapy-induced alopecia, at a level substantially higher than any of the other chemotherapies utilized in the multi-drug regimen.

Based on my independent review of the worldwide scientific literature, randomized clinical trials in which PCIA was an evaluable endpoint, and Sanofi's pharmacovigilance database, the totality of evidence substantiates the causal association of Taxotere/docetaxel and permanent/irreversible alopecia in patients who received Taxotere/docetaxel-based regimens. The evidence is strong that Taxotere/docetaxel has a much higher odds of causing PCIA than any of the other chemotherapies used in the combination regimens for treatment of breast cancer.

# X.  Conclusions

Based upon my education, training and experience, it is my opinion to a reasonable degree of certainty that:

1. Early stage operable breast cancer patients, particularly women with ER/PR positive, HER2 negative disease, have an excellent long-term prognosis; for the vast majority of patients, this is not a fatal condition.

2. If chemotherapy is indicated, there are multiple options available as evidenced by NCCN Guidelines, ASCO Guidelines, and published reviews and papers.

3. Taxotere has been shown by reliable scientific evidence to cause permanent chemotherapy-induced alopecia as part of its adverse event profile. PCIA as an adverse event of Taxotere-containing regimens in the adjuvant treatment of women with early stage operable breast cancer (Stages I, IIA, IIB, IIIA) had been known by Sanofi through analysis of its own sponsored randomized clinical trials, pharmacovigilance database, and evaluation of the world-wide literature. Taxotere is causally associated with PCIA by multiple criteria scientifically used to assess causation, as evidenced in the company-sponsored randomized controlled clinical trials, in the multiple published studies from 2001 to the present, and in postmarketing surveillance starting at least in the early 2000s.

4.  Reliable scientific evidence from randomized clinical trials, published peer-reviewed literature, and the Sanofi safety database consistently demonstrates a significant increased risk of PCIA with Taxotere/docetaxel. The level of risk of PCIA with Taxotere/docetaxel is substantially higher than any other comparator chemotherapy drugs, including those often used in Taxotere regimens.

5.  The company's own analysis of the data, which included their own sponsored randomized clinical trials, published papers, and pharmacovigilance safety reporting, led them to the conclusion that permanent chemotherapy-induced alopecia is causally associated with Taxotere regimens.

6.  Physicians and patients need to be well-informed on the risks and benefits of the chemotherapy options, particularly those that can lead to permanent and disfiguring side effects, including permanent chemotherapy-induced alopecia, so that an informed treatment decision can be made.

7.  Had they been informed by Sanofi of the risk of permanent chemotherapy-induced alopecia, reasonable physicians would have included a discussion of the risk of PCIA in their benefit-risk interaction with patients about treatment options for their early stage breast cancer, to allow for more informed decisions. This information may have changed the treatment options discussed, and the patient's choice.

I reserve the right to supplement this report.

Ellen G. Feigal, M.D.                              October 21, 2019