# EXHIBIT BB





# Ochsner Cancer Patient Education Binder

## Acknowledgment

Navigating Your Experience, the Ochsner oncology patient education binder, was made possible by the generous support of **Lieselotte Tansey**. Ochsner Cancer Institute extends heartfelt thanks and appreciation to Mrs. Tansey and to all the members of our cancer care team for their hard work in making this binder a reality.



Ochsner™
Cancer Services



Ochsner Cancer Patient Education Binder

# *Table of Contents*

Section 1 ——————— Welcome
Section 2 ——————— Our Cancer Care Team
Section 3 ——————— Patient Rights and Responsibilities
Section 4 ——————— Patient Financial Services
Section 5 ——————— Chemotherapy/Radiation Overview
Section 6 ——————— Side Effects
Section 7 ——————— Treatment Plan
Section 8 ——————— Medication Record
Section 9 ——————— Laboratory and Diagnostic Tests
Section 10 ——————— Nutritional Concerns
Section 11 ——————— Support Groups
Section 12 ——————— Advance Directives
Section 13 ——————— Clinical Trials and Cancer Registry
Section 14 ——————— Blood Bank Information
Section 15 ——————— Complementary and Alternative Therapies
Section 16 ——————— Calendar
Section 17 ——————— Journal
Section 18 ——————— Glossary
Section 19 ——————— Resources
Section 20 ——————— References



**Ochsner**™
Cancer Services

## *Side Effects*

- Fever
- Nausea/vomiting
- Shortness of breath
- Swelling of face, fingers, ankles, feet, or lower legs
- Weight gain
- Changes in blood pressure
- Diarrhea

### 6) Hair Loss

Hair loss, or alopecia, is a common side effect of chemotherapy and the treated radiation field. However, not all chemotherapy drugs or radiation cause hair loss. Talk with your doctor to see if your treatment may cause hair loss.

Hair loss usually occurs between 10 and 21 days after treatment. It may happen suddenly and in large amounts or hair may fall out gradually. Hair loss is temporary and hair should grow back after treatment is stopped.

**Self-care Measures:**

- Use a mild shampoo
- Use a soft hair brush
- Use low heat when drying your hair
- Have your hair cut short—a shorter style will make your hair look fuller and thicker
- Use a sunscreen, sun block, hat, or scarf to protect your scalp from the sun
- Avoid perming, dying, or relaxing your hair
- Keep your head covered in the winter to prevent heat loss

## *Side Effects*

**Treatment:**

Although not life-threatening, hair loss can be very upsetting. Many people buy a wig or hairpiece, or use hats or scarves, to cover their head. If you buy a wig because of cancer treatment, it is a tax-deductible expense and may be covered in part by health insurance.

## 7) Nausea and Vomiting

Nausea and vomiting are common side effects of several chemotherapeutic agents and rare with radiation unless the abdominal field is the specified area treated. Both types of cancer treatment can irritate the lining of the stomach and the first section of the small intestine (duodenum), which stimulates certain nerves that lead to the vomiting center of the brain. This results in nausea and vomiting.

Although every patient is different, certain drugs are more emetic (likely to cause vomiting) than others. Radiation to the abdominal area and chemotherapy given during the same treatment regimen may increase your chances of experiencing nausea and vomiting.

Many things can influence the likelihood and severity of nausea and vomiting:

- Prior experience with motion sickness
- Previous bad experiences with nausea and vomiting
- Being young
- Heavy alcohol intake
- Women of menstrual age

There are some things you may do to help control the nausea and vomiting associated with chemotherapy:

8