**PREVIOUSLY DESIGNATED AS CONFIDENTIAL**

# EXHIBIT CC

**EXCERPTS OF THE DEPOSITION OF ANTONELLA TOSTI, M.D.**

**DECEMBER 5, 2018**

```
                                                          Page 301

 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2
 3                              MDL NO.:  2740
 4                              SECTION:  H
 5   IN RE:  TAXOTERE (DOCETAXEL)
     PRODUCTS LIABILITY LITIGATION
 6
 7   This Document Relates To:
 8   Antoinette Durden, Case No. 2:16-cv-16635;
     Tanya Francis, Case No. 2:16-cv-17410;
 9   Barbara Earnest, Case No. 2:16-cv-17144.
     _____/
10
11                      255 Alhambra Circle, Penthouse
                        Coral Gables, Florida 33134
12                      Wednesday, 9:15 a.m. - 4:40 p.m.
                        December 5, 2018
13
14              VIDEOTAPED DEPOSITION OF
15                 ANTONELLA TOSTI, M.D.
16
17                      VOLUME 2
                    Pages 301 through 498
18
19         Taken on behalf of the Defendant before
20   Gina Rodriguez, RPR, CRR, Notary Public in and for
21   the State of Florida at Large, pursuant to Second
22   Amended Notice of Taking Videotaped Deposition filed
23   in the above cause.
24
25   Job No. NJ3133424
```

Page 306

1  lot of patients, African-American patients.
2      Q.   So you based that on your clinical
3  experience?
4      A.   It's based on my clinical experience.
5      Q.   I went back and looked at some of the
6  literature that you have written on persistent
7  chemotherapy-induced alopecia.  You have written that
8  persistent chemotherapy-induced alopecia can be
9  mistaken clinically and pathologically for
10 androgenetic alopecia, right?
11     A.   I wrote that it can be clinically mistaken,
12 and that's because the alopecia is often more
13 prominent on the androgenetic-dependent area, and
14 that an unexperienced pathologist can misdiagnose as
15 androgenetic alopecia.  I didn't write that it
16 resembles; I wrote that it can be misdiagnosed.
17     Q.   One of the reasons why it can be
18 misdiagnosed for androgenetic alopecia is because
19 clinically androgenetic alopecia and persistent
20 chemotherapy-induced alopecia have similar
21 presentations.
22     A.   No, that's not completely true.  The reason
23 it can be misdiagnosed is because
24 chemotherapy-persistent alopecia involves the whole
25 scalp, but it's often more prominent on the

1    androgen-dependent area.  So if you look at the
2    patient quickly, don't really make a full
3    examination, you -- and you don't know about the
4    disease, which is probably many dermatologists don't
5    know, you may make a wrong diagnosis.
6         Q.   So yesterday we talked about how people can
7    lose a significant amount of hair before it can be
8    clinically noticeable.  So I want to talk more about
9    patient reporting and the information they provide to
10   you, okay?
11            So understanding that it can be difficult
12   to clinically assess hair loss until a significant
13   portion of hair is lost, would you agree that at
14   times patient reports of hair loss can also be
15   somewhat inaccurate?
16            MR. SCHANKER:  Objection, form.
17        A.   I don't think so because they come to the
18   doctor complaining that they shed, so they notice
19   that they have a problem.  It's the doctor who
20   doesn't examine the patient properly, doesn't notice
21   the problem.  Or maybe the patient's friends.
22   Because my patient come and say, I'm shedding a lot,
23   but everybody think I'm crazy because I have a lot of
24   hair and they bring back, so that's a different
25   situation.  So patients notice, other people don't