**PREVIOUSLY DESIGNATED AS CONFIDENTIAL**

# EXHIBIT EE

**EXPERT REPORT OF MAMINA TUREGANO, M.D.**

**OCTOBER 9, 2020**

# Mamina Turegano, M.D. Expert Report
# October 9, 2020

## GENERIC OPINIONS

### Introduction/Education/Practice/Qualifications

I am a triple board-certified dermatologist, internist, and dermatopathologist.  I attended undergraduate at Centenary College where I studied neuroscience and piano performance.  I graduated summa cum laude.

After graduating from Centenary College, I attended Louisiana State University School of Medicine in New Orleans and received my medical degree.  After graduation, I completed a five-year double residency program in internal medicine and dermatology at Georgetown University Hospital and MedStar Washington Hospital Center in Washington, D.C.  I was chief resident.

I then worked in private practice dermatology in the metro D.C. area.  Then, I moved to Los Angeles and completed a fellowship in dermatopathology at UCLA.

After completing my fellowship, I returned to New Orleans where I am now in private practice at Sanova Dermatology.  I am licensed to practice medicine in Louisiana.  My practice consists both of general dermatology and dermatopathology.  As part of my practice, I diagnose and treat alopecia.

I am also a volunteer instructor at Tulane University in the department of dermatology.

I have published articles in the Journal of the American Academy of Dermatology, Pediatric Dermatology, Journal of the American Medical Association—Dermatology, and Journal of Cutaneous Pathology.

In addition, I have received multiple awards for my presentations at international dermatopathology meetings, and I have received the American Society of Dermatopathology Mentorship Award.

My professional affiliations include: Vice Chair of the South Regional Group Committee of the Women's Dermatologic Society, American Academy of Dermatology, American Society of Dermatopathology, Society for Dermatology Hospitalists, Institute for Functional Medicine, and Academy of Integrative Health & Medicine.

My curriculum vitae is attached as Exhibit A. It contains a list of my publications from the previous 10 years.

I am compensated at the rate of $1,100 per hour for my work on this lawsuit.  I previously have not testified as an expert at trial or deposition.

**Foundation for Opinions**

I will offer both generic opinions about the various types and causes of alopecia as well as case-specific opinions about Ms. Kahn's medical examination, medical history, alopecia, and risk factors for her alopecia. I may also comment upon the opinions offered by Ms. Kahn's experts.

I base my opinions in this case on the case-specific materials that I have reviewed, the medical literature I have reviewed, my training, my education, and my experience, as well as my own independent medical examination of Ms. Kahn. A list of the case-specific materials and literature I've reviewed is attached as Exhibit B.

GENERIC OPINIONS

**Assessing Alopecia**

Diagnosing the type and cause of alopecia can be challenging, and in some cases, assessing the cause of alopecia can be impossible. In my practice, I employ a wide variety of methods to assess the type and cause of alopecia.

In assessing the type of alopecia a patient is experiencing, it is useful to understand the stages of the hair cycle. The four phases of the hair cycle are: anagen (growth), catagen (involution), telogen (resting), and exogen (shedding). The duration of the various phases are different. The anagen phase is generally the longest phase and lasts, on average, between three to seven years. Determining the proportion of hairs in each cycle can help a practitioner in assessing the type of alopecia.

In addition to understanding the hair cycle, understanding the various structures of the hair follicle as well as the various types of hair can assist a practitioner in diagnosing the type of alopecia. In explaining the hair follicle, I may discuss the hair root, hair root sheath, upper and lower segment, bulge, bulb, papilla, matrix, shaft, sebaceous gland, infundibulum, isthmus, and stem cells. These structures can change overtime and may changes as a result of certain types of alopecia.

There are two types of hair on the human scalp—terminal and vellus hairs. Vellus hairs are small hairs that, at times, cannot be seen without magnification. Terminal hairs are thicker and longer hairs. There are forms of alopecia in which changes to the hair follicle can cause terminal hairs to change into vellus hairs.

Further, when discussing the extent of alopecia, practitioners often use scales to quantify the alopecia. Two scales that are frequently used are the Ludwig and Savin Scales.

In my practice, there are procedures and tests that I use to assess the type of alopecia a patient is experiencing. First, I will take a complete history. The history will generally

include the patient's hair care practices, medication history, health conditions, onset and duration of alopecia, and family history.

I will also conduct a physical examination of the patient. During the physical examination, I will assess the scalp for patterns of hair loss – scarring vs nonscarring, diffuse vs local, small patches vs large patches – as well as signs of inflammation on the skin, such as redness or scaling. I will also use dermatoscopy, which is used to look at the hair follicles under magnification. At times, dermatoscopy can be useful is assessing if the alopecia is a scarring or non-scarring alopecia. Additionally, there can be certain features seen with dermatoscopy that may be useful in assessing the type of alopecia. Even so, a biopsy may be necessary to confirm the presumptive diagnosis.

There are a variety of tests that I use in my practice to assess alopecia. At times, I will conduct blood tests to rule out various potential causes of alopecia, such as thyroid conditions, autoimmune etiologies, alterations in hormones, iron deficiency, and vitamin deficiencies. Reviewing a patient's response to various treatment modalities can sometimes be used for diagnosing a patient's type and cause of alopecia.

## Biopsies

In my practice, when assessing the type of alopecia, I may take a biopsy if the type of alopecia is not obvious on physical exam. Biopsies are the gold standard in determining the type of alopecia.

I usually take one or two 4 mm punch biopsies. The biopsy should be taken with enough depth to include the subcutaneous fat in the biopsy specimen. If the biopsy is not taken with sufficient depth, it can impact a pathologist's ability to make a correct pathological diagnosis.

A practitioner should have a differential diagnosis in mind before performing a biopsy. A differential diagnosis is important because the presumed type of alopecia will impact the location of the biopsy and how many biopsies should be taken.

More specifically, for scarring alopecia, the biopsy should be taken from an area of active hair loss.[1] Likewise, for androgenetic alopecia, the biopsy should be taken from an area near a portion of advanced hair loss in an androgen-dominant area of the scalp as well as from a non-androgen-dominant area on the scalp. Further, a biopsy should be taken for each different suspected alopecia process.

If the biopsy is not taken from the correct location, certain features of certain types of alopecia may not been seen, and a pathologist may not be able to make an accurate pathological diagnosis.

---

[1] David Whiting, Cicatricial Alopecia: CLinico-Pathological Findings and Treatment, Clin. Derm., 2001 Mar.-Apr.; 19(2):211-25.

When taking a biopsy, a clinician should make note of the scalp location where the biopsy was taken. This information should be provided to the pathologist on the requisition form. Additionally, the clinician should provide the pathologist with a sufficient amount of clinical history to assist the pathologist in making a diagnosis. At a minimum, this should include the patient's age and gender, other pertinent clinical information, and the clinician's differential diagnosis. If the pathologist is not given a sufficient amount of clinical history, the pathological diagnosis may be unreliable.

A pathologist will provide their impressions in a pathology report. The report should contain a clinical history section, as well as any differential diagnoses. Additionally, pathology reports will often include other pertinent features, such as: hair counts, the number of hairs in the various hair cycles, patterns of inflammation, and if scarring features are present.

What is considered "normal" findings for biopsy results, such as hair counts, can vary widely over various individuals and races.

While pathology reports can provide helpful information in assessing the form of alopecia, there are many instances when pathology does not provide a definitive diagnosis.

### Types of Alopecia

Alopecia is very common. I frequently treat patients with alopecia in my practice. Some literature estimates that over 40% of women by age 50 will experience some form of alopecia, most commonly androgenetic alopecia.[2]

There are many types of alopecia, many of which have different clinical and pathological presentations. The various types of alopecia can have various causes, and in some cases, the cause may be unknown. In addition, a person can have multiple types of alopecia occurring simultaneously.

Generally speaking, the various forms of alopecia are divided into two broad categories: scarring and non-scarring alopecia.[3] In addition, there are two broad categories of scarring alopecia: primary scarring and secondary scarring. A feature of advanced scarring alopecias is loss of follicular ostia.[4] Even so, loss of follicular ostia can be seen in some forms of non-scarring alopecia.

---

[2] Shannon Famenini et al., Demographics of Women with Female Pattern Hair Loss and the Effectiveness of Spironolactone Therapy, 73(4) J. Am. Acad. Derm. 705 (2015); Lynne J. Goldberg, Postmenopausal Alopecia (Hair Loss), in Essentials of Menopause Management, Lubna Pal and Raja A. Sayegh, Eds. (2017), 197-207.
[3] Jerry Shapiro, Hair Loss in Women, 357(16) N. Engl. J. Med. 1620-21 (2007).
[4] *See* Jerry Shapiro, Hair Loss in Women, 357(16) N. Engl. J. Med. 1620 (2007).

*Androgenetic Alopecia*

Androgenetic alopecia is the most common form of alopecia.[5]  It is a non-scarring form of alopecia.  Even so, it can present as biphasic.  In other words, overtime, follicular drop out can be seen with androgenetic alopecia.

Androgenetic alopecia is a progressive form of alopecia that involves hair miniaturization.  In some instances, a person can lose a significant portion of their hair—up to 50%—before the alopecia is noticeable.

Androgenetic alopecia can have multiple clinical presentations.  Hair loss from androgenetic alopecia is often seen on androgen-dependent areas of the scalp, including the front of the scalp, vertex, parietal, mid-scalp, and temporal.  Even so, androgenetic alopecia can cause diffuse hair loss as well as a decrease in hair growth rate.  Also, the alopecia seen with androgenetic alopecia can be very severe.  In androgenetic alopecia, the duration of the growth phase can decrease with each cycle, which can prevent women from growing long hair.

Age is a risk factor for androgenetic alopecia.  Additionally, being post-menopausal is a risk factor for androgenetic alopecia.  Androgenetic alopecia can be caused by genetics as well as hormones.  Changes in hormone levels can cause the androgenetic alopecia process to occur more rapidly.  Further, the onset of other forms of alopecia, such as telogen and anagen effluvium, may cause underlying androgenetic alopecia to accelerate.  When paired, these factors may cause a rapid onset or progression of androgenetic alopecia.

*Alopecia Areata*

Alopecia areata is a non-scarring form of alopecia that is caused by an autoimmune process. It can be associated with other autoimmune and thyroid conditions.  Generally, alopecia areata presents clinically as a patchy alopecia, although, it can also present as diffuse alopecia.[6]  There are forms of alopecia areata known as alopecia totalis (complete loss of scalp hair) and alopecia universalis (complete loss of body hair) where the hair loss seen is more pronounced.  The hair loss seen with alopecia areata can last for years.

*Telogen Effluvium*

Telogen effluvium is a common form of diffuse non-scarring alopecia.[7]  It occurs when there is an abnormal shift of hairs from the anagen to telogen phase, which causes more hairs than normal to fall out. A stressor triggers the hairs to shift to the telogen phase.

---

[5] *See* Shannon Famenini, Demographics of Women with Female Pattern Hair Loss and the Effectiveness of Spironolactone Therapy, 73(4) J. Am. Acad. Derm. 705 (2015); Jerry Shapiro, Hair Loss in Women, 357(16) N. Engl. J. Med. 1620-21 (2007).

[6] Jerry Shapiro, Hair Loss in Women, 357(16) N. Engl. J. Med. 1620-21 (2007).

[7] Lynne Goldberg, Postmenopausal Alopecia in Essentials of Menopause Management, Lubna Pal and Raja Sayegh, Eds. (2017), 197-207.

There are many potential causes of telogen effluvium, including: medications, stress, nutritional deficiencies, iron deficiencies, vitamin deficiencies, surgery, child birth, and illness.

There are instances where the alopecia seen from telogen effluvium may last a matter of months. But people can also experience chronic telogen effluvium where the alopecia lasts for years or even permanently.[8]

*Anagen Effluvium*

Anagen effluvium is a form of diffuse non-scarring alopecia that can occur after the administration of certain chemotherapy drugs. While anagen effluvium typically resolves, there can be lasting changes seen to hair after the completion of chemotherapy, such as changes in hair color, density, thickness, and texture.[9]

*Traction Alopecia*

Traction alopecia is caused by hair-care practices that result in repetitive pulling of the hair, such as: braiding, extensions, cornrows, tight ponytails, or back brushing.

Generally speaking, traction alopecia has a clear clinical presentation. It is a patchy form of alopecia that usually occurs on the frontal and temporal portions of the scalp and is often paired with a fringe line, which represents small or vellus hairs that have not been subjected to the traction.

Traction alopecia is a biphasic form of alopecia. In other words, it begins as a non-scarring alopecia, which overtime, can turn into a scarring alopecia.

*Central Centrifugal Cicatricial Alopecia (CCCA)*

One form of scarring alopecia is CCCA, which is commonly seen in African American women. While the cause is unknown, some commentators have noted CCCA may be related to hair-care practices and/or genetics. Additionally, there is an association between certain types of fibrotic disease and CCCA.[10]

The clinical presentation of CCCA and androgenetic alopecia can be confused for one another.[11] CCCA often initially presents in the crown region of the scalp, which over time will spread in a circular pattern.

---

[8] Jerry Shapiro, Hair Loss in Women, 357(16) N. Engl. J. Med. 1621-22 (2007).
[9] Analee E. Beisecker, Side Effects of Adjuvant Chemotherapy: Perceptions of Node-Negative Breast Cancer Patients, 6(2) Psycho-Oncology, 85-93 (1997); D. Batchelor, Hair and Cancer Chemotherapy: Consequences and Nursing Care—A Literature Study, 10 Euro. J. Cancer Care 147-163 (2001).
[10] Dina Y., Association of Uterine Leiomyomas with Central Centrifugal Cicatricial Alopecia, JAMA Derm. 2018;154(2):213-214; Aguh C., Fibroproliferative Genes and Preferentially Expressed in Central Centrifugal Cicatricial Alopecia, 79 J. Am. Acad. Derm. 5, 904-912e2, 904.
[11] Angela Kyei et al., Medical and Environmental Risk Factors for the Development of Central Centrifugal Cicatricial Alopecia, 147(8) Arch Derm. 909-913 (2011); A. Tanus et al., Black Women's Hair: the Main

CCCA can present either symptomatically or asymptomatically.[12]   If CCCA presents symptomatically, the patient may experience scalp tenderness, pruritus, scale, inflammation, pain, or a burning sensation on the scalp.

CCCA can be treated to stop the ongoing spread of alopecia.  But the alopecia that a patient has already experienced from CCCA may be permanent.

*Lichen Planopilaris (LPP)*

LPP is an inflammatory condition that causes scarring, patchy, and progressive alopecia. LPP can cause hair loss on the body and areas of the head beyond the scalp.  The etiology of LPP is unknown, but it may be associated with an autoimmune process.

*Frontal Fibrosing Alopecia (FFA)*

FFA is a scarring form of alopecia seen most commonly in postmenopausal women, and has a distinctive clinical presentation.  It occurs along the front and sides of the scalp. FFA can also cause hair loss on other parts of the body, including the eyebrows. The histopathologic findings for FFA and LPP are the same, and so FFA is categorized as a variant of LPP.

The cause of FFA is unknown.

Because FFA is scarring, the treatment for FFA is aimed at preventing additional hair loss.

*Persistent Alopecia After Chemotherapy*

There are multiple publications discussing a form of alopecia after chemotherapy has ended, labeled "Persistent Chemotherapy Induced Alopecia" or pCIA.  Within those publications, there are case reports of ongoing alopecia after patients are given a wide variety of chemotherapy drugs.  There are reports in medical literature of ongoing alopecia after treatment with:

| Agent Name | Sources |
|---|---|
| 5-Fluorouracil | Beisecker, A., et al. Side Effects of Adjuvant Chemotherapy: Perceptions of Node-Negative Breast Cancer Patients, Psychooncology. 1997;6(2):85-93. |

Sclap Dermatoses and Aesthetic Practices in Women of African Ethnicity, 90(4), An. Bras. Derm. 450-67 (2015).

[12] Ross and Shapiro, Update on Primary Cicatricial Alopecia, Journal American Academy of Dermatology (2005); Ogunleye TA, Central Centrifugal Cicatricial Alopecia, Derm. Clin. 2014 Apr.; 32(2):173-81.

|  | Berglund, G., et al. Late Effects of Adjuvant Chemotherapy and Postoperative Radiotherapy on Quality of Life Among Breast Cancer Patients, Eur J Cancer. 1991;27(9):1075-81. |
|  | Freites-Martinez, et al. Assessment of Quality of Life and Treatment Outcomes of Patients with Persistent Postchemotherapy Alopecia, JAMA Dermatol. 2019;155(6):724-728. |
|  | Jäger, E., et al. Combination of 5-fluorouracil, Adriamycin, Ifosfamide and Cisplatin in Metastatic Adult Soft Tissue Sarcoma: Results of a Phase II Study, Onc. 1996;53:58-63. |
|  | Jung, MY, et al. A Clinical Study of Chemotherapy-Induced Permanent Alopecia, Korean J Dermatol. 2013;51(12):933-938. |
| Adriamycin | Crown, J, et al. Incidence of Permanent Alopecia Following Adjuvant Chemotherapy in Women w/ Early Stage Breast Cancer, J Clin Oncol. 2017;35(15):Supp.  Abstract e21576. |
|  | Freites-Martinez 2019 (see 5-Fluorouracil). |
|  | Jäger 1996 (see 5-Fluorouracil). |
|  | Jung 2013 (see 5-Fluorouracil). |
|  | Kim, Gun Min, et al. Chemotherapy-induced Irreversible Alopecia in Early Breast Cancer Patients, Breast Cancer Research and Treatment. 2017;163:527-533. |
|  | Masidonski P, et al. Permanent Alopecia in Women Being Treated for Breast Cancer, Clin J Oncol Nurs. 2009;13(1):13-4. |
| Busulfan | Basilio, Flávia and Machado Alves, et al. Clinical and Histological Study of Permanent Alopecia After Bone Marrow Transplantation, Anais brasileiros de dermatologia. 2015;90:814-821 |
|  | Freites-Martinez 2019 (see 5-Fluorouracil). |
|  | Miteva, M, et al. Permanent Alopecia After Systemic Chemotherapy: A Clinicopathological Study of 10 Cases, Am J Dermopathol. 2011;33(4):345-350. |
|  | Palamaras, I. Letter to Editor, Permanent Chemotherapy-Induced Alopecia: A Review, J Am Acad Dermatol. 2011 Mar;64(3):604-606. |
|  | Tosti, A., et al. Permanent Alopecia after Busulfan Chemotherapy, Br J of Dermatol. 2005;152(5):1056-8. |
|  | Yang, X, et al. Treatment of Permanent Chemotherapy-Induced Alopecia with Low Dose Oral Minoxidil, Australas J Dermatol. 2015;57(4):e130-e132. |
| Carboplatin | Bolis, Giorgio, et al. Paclitaxel 175 or 225 mg per Meters Squared with Carboplatin in Advanced Ovarian Cancer: a Randomized Trial, American Society of Clinical Oncology. 2004;22(4):686-690. |
|  | De Jonge, ME, et al. Relationship Between Irreversible Alopecia and Exposure to Cyclophosphamide, Thiotepa and Carboplatin |

| | |
|---|---|
| | (CTC) in High-Dose Chemotherapy, Bone Marrow Transplant. 2002;30:593-597. |
| | Freites-Martinez 2019 (see 5-Fluorouracil). |
| | Jung 2013 (see 5-Fluorouracil). |
| Cisplatin | Daly, M., et al. A Short and Intensive Single-agent Cisplatin Regimen for Recurrent Carcinoma of the Uterine Cervix, International Journal of Gynecologic Cancer. 1996;6:61-67. |
| | Goksel, Tuncay, et al. A Prospective, Multicentre Clinical Trial Comparing Cisplatin Plus Gemcitabine with Cisplatin Plus Etoposide in Patients with Locally Advanced and Metastatic Non-small Cell Lung Cancer, Respirology. 2005;10:456-463. |
| | Jäger 1996 (see 5-Fluorouracil). |
| | Jung 2013 (see 5-Fluorouracil). |
| | Miteva 2011 (see Busulfan). |
| | Rosati, Gerardo, et al. A Phase II Study of Paclitaxel/Cisplatin Combination in Patients with Metastatic Breast Cancer Refractory to Anthracycline-based Chemotherapy, Tumor J. 2000;86(3):207-210. |
| CMF | Beisecker 1997 (see 5-Fluorouracil). |
| | Berglund 1991(see 5-Fluorouracil). |
| | Freites-Martinez 2019 (see 5-Fluorouracil). |
| | Jung 2013 (see 5-Fluorouracil). |
| Cytoxan | Beisecker 1997 (see 5-Fluorouracil). |
| | Berglund 1991(see 5-Fluorouracil). |
| | De Jonge 2002 (see Carboplatin). |
| | Masidonski 2009 (see Adriamycin) |
| | Jung 2013 (see 5-Fluorouracil). |
| | Palamaras 2011 (see Busulfan). |
| | Tosti 2005 (see Busulfan). |
| | Yang 2015 (see Busulfan). |
| Epirubicin | Feher, O., et al. First-line Gemcitabine Versus Epirubicin in Postmenopausal Women Aged 60 or Older with Metastatic Breast Cancer: A Multicenter, Randomized, Phase III Study, Ann Onc. 2005;16(6):899-908. |
| Etoposide | Choi, Mira, et al. Clinical Characteristics of Chemotherapy-induced Alopecia in Childhood, JAMA. 2014;70(3):499-505. |
| | Goksel 2005 (see Cisplatin) |
| | Miteva 2011 (see Busulfan). |
| | Jung 2013 (see 5-Fluorouracil). |
| Gemcitabine | Albain, KS, et al. Gemcitabine Plus Paclitaxel Versus Paclitaxel Monotherapy in Patients With Metastatic Breast Cancer and Prior Anthracycline Treatment, J Clin Oncol. 2008;26:3950-57. |
| | Unal, Olcun Umit, et al. Two-week Combination Chemotherapy with Gemcitabine, High-dose Folinic Acid and 5-fluorouracil (GEMFUFOL) as First-line Treatment of Metastatic Biliary |

| | Tract Cancers, Asian Pacific Journal of Cancer Prevention. 2013;14:5263-5267. |
|---|---|
| Idarubicin | Jung 2013 (see 5-Fluorouracil). |
| Ifosfamide | Jäger 1996 (see 5-Fluorouracil). |
| | Jung 2013 (see 5-Fluorouracil). |
| Melphalan | Choi 2014 (see Etoposide). |
| | Tosti 2005 (see Busulfan). |
| Taxol | Bolis 2004 (see Carboplatin). |
| | Crown 2017 (see Adriamycin). |
| | Freites-Martinez 2019 (see 5-Fluorouracil). |
| | Prevezas, C., et al. Irreversible and Severe Alopecia Following Docetaxel and Paclitaxel Cytotoxic Therapy for Breast Cancer, Brit J Derm. 2009;160(4):883-885. |
| | Jung 2013 (see 5-Fluorouracil). |
| | Rosati 2000 (see Cisplatin). |
| Thiotepa | Choi 2014 (see Etoposide). |
| | De Jonge 2002 (see Carboplatin). |

There are case reports of pCIA before Taxotere was available.[13]

Chemotherapy regimens used to treat breast cancer in the adjuvant setting contain multiple chemotherapy drugs. In addition, many of the women treated for breast cancer in the adjuvant setting also receive Tamoxifen or an aromatase inhibitor. Further, many women treated for breast cancer are at a stage in their life when they are likely to have alopecia.

Because of the multi-drug regimens used to treat breast cancer and other confounding factors, it is impossible to conclude that if a woman has ongoing alopecia after the completion of chemotherapy that Taxotere caused the persistent alopecia. Instead, the ongoing alopecia could be caused by other drugs in the chemotherapy regimen, endocrine treatment, other medications, age, menopause, another alopecia process, or a variety of

---

[13] Bontenbal, M., et al. "Doxorubicin vs epirubicin, report of a second-line randomized phase II/III study in advanced breast cancer." *British journal of cancer* 77.12 (1998): 2257-2263; Kosmidis, P., et al. "Paclitaxel (175 mg/m2) plus carboplatin (6 AUC) versus paclitaxel (225 mg/m2) plus carboplatin (6 AUC) in advanced non-small-cell lung cancer (NSCLC): a multicenter randomized trial." *Annals of oncology* 11.7 (2000): 799-805; Ganzina, Fabrizio. "4′-epi-doxorubicin, a new analogue of doxorubicin: a preliminary overview of preclinical and clinical data." *Cancer treatment reviews* 10.1 (1983): 1-22; ten Bokkel Huinink, Willem W., et al. "Single-agent gemcitabine: an active and better tolerated alternative to standard cisplatin-based chemotherapy in locally advanced or metastatic non-small cell lung cancer." *Lung Cancer* 26.2 (1999): 85-94; Gregory, R. K., et al. "A randomized trial of six versus twelve courses of chemotherapy in metastatic carcinoma of the breast." *European Journal of Cancer* 33.13 (1997): 2194-2197; Habeshaw, T., et al. "Epirubicin at two dose levels with prednisolone as treatment for advanced breast cancer: the results of a randomized trial." *Journal of clinical oncology* 9.2 (1991): 295-304; D. Northfeld, Pegylated-Liposomal Doxorubicin Versus Doxorubicin, Bleomycin, and Vincristine in the Treatment of AIDS-Related Kaposi's Sarcoma: Results of a Randomized Phase III Clinical Trial, 16 Journal of Clinical Oncology 2445-2451 (1998); G. Berglund, Late Effects of Adjuvant Chemotherapy and Postoperative Radiotherapy on Quality of Life Among Breast Cancer Patients, 27 European Journal of Cancer, 1075-81 (1991).

other factors.

Further, the medical literature does not establish that Taxotere as a monotherapy can cause pCIA. Likewise, there is not an established mechanism of action for why Taxotere would cause pCIA.

Some of the medical literature discusses whether pCIA should be referred to as "persistent" or "permanent" alopecia. I disagree with calling the alopecia "permanent." The hair loss may resolve over time.[14] Additionally, the alopecia may respond to treatment.

The literature discussing pCIA has numerous limitations, including: small sample sizes, basing conclusions upon subjective patient questionnaires, being retrospective, lack of dermatological evaluation, and lack of exclusionary testing.

There are publications within the medical literature that discuss if there are pathological findings associated with pCIA. Taken as a whole, the pathological findings for pCIA are non-scarring and mimic those seen with androgenetic alopecia.[15] As such, there is not a unique pathological presentation for pCIA. Likewise, there are not distinguishing features for pCIA clinically that would allow a clinician to make a definitive diagnosis of pCIA from a clinical examination. Further, to the extent that chemotherapy plays a role in a patient's alopecia, it is impossible to establish that Taxotere is the cause of an individual's alopecia either clinically or pathologically when a patient has taken a multi-drug chemotherapy regimen.

## Endocrine Therapy-Induced Alopecia (ETIA)

Women with hormone-receptor positive breast cancer generally receive Tamoxifen or an aromatase inhibitor for 5-10 years. Tamoxifen and aromatase inhibitors impact hormone levels. As a consequence, both Tamoxifen and aromatase inhibitors can cause alopecia.[16] Consequently, alopecia that a patient may experience after completing chemotherapy could be caused by endocrine therapy.

---

[14] Eugenia Pires, Case of Permanent Chemotherapy-Induced Alopecia with Response to Topical Minoxideil, 75 Revista da Sociedade Portuguesa de Dermatologia e Venereologia 297-299 (2018).

[15] Mariya Miteva, Permanent Alopecia After Systemic Chemotherapy: A Clinicopathological Study of 10 Cases, 33(4) Am. J. Dermopathol. 345-350 (2011); *See also* Xinyi Yan, Treatment of Permanent Chemotherapy-Induced Alopecia with Low Dose Oral Minoxidil, 57(4) Australian J. Derm. E130-32 (2016).

[16] Jim Park, Pattern Alopecia During Hormonal Anticancer Therapy in Patients with Breast Cancer, 26(6) Annals of Dermatology, 743-46 (2014); Lisa Gallicchio, Aromatase Inhibitor Therapy and Hair Loss Among Breast Cancer Survivors, 142(2) Breast Cancer Research and Treatment, 435-443 (2013); Lisa Gallicchio, A Prospective Study of Aromatase Inhibitor Therapy Initiation and Self-Reported Side Effects, 25(9) Support Care Cancer 2697-2705 (2017); Ioulios Palamaras, Letter to Editor: Permanent Chemotherapy-Induced Alopecia: A Review, 2011 J. Am. Acad. Derm. 604-606 (2011); Fabio Puglisi, Letter to the Editor: Tamoxifen-Induced Total Alopecia, 143(12) Annals of Internal Medicine, 1154-55 (2001); Vishal Saggar, Alopecia with Endocrine Therapies in Patients with Cancer, 18 The Oncologist 10, 1126-1134 (2013).

The clinical presentation of ETIA can be very severe alopecia. It can present in a patterned fashion as well as a diffuse presentation. Additionally, ETIA can prevent hair regrowth after the completion of chemotherapy. The alopecia caused by Tamoxifen or Aromatase Inhibitors may continue even after the mediation is stopped.

## Causes of and Risk Factors for Alopecia

There are many risk factors for and causes of alopecia. Age is the most significant risk factor for alopecia.[17] One reason for age-related alopecia is due to changes in duration of the various phases of the hair cycle. Further, hormonal-related changes, which can be due to menopause, can result in alopecia—most commonly androgenetic alopecia.[18]

Genetics can be a risk factor for alopecia. More specifically, having a family history of androgenetic alopecia can predispose a person to developing androgenetic alopecia.

Hair care practices can cause alopecia. These practices can include: perms, rollers, weaves, extension, braiding, tight hairstyles, dyes, bleach, tight ponytails, hot combs, relaxers, straighteners, and dreadlocks.

Medical conditions can cause alopecia, including: weight issues, diabetes, autoimmune conditions, endocrine issues, thyroid diseases, heart disease, hypertension, high cholesterol, metabolic syndrome, and polycystic ovarian syndrome.[19]

Nutritional deficiencies, such as vitamin and iron deficiency can cause alopecia.[20]

Medications can cause alopecia.[21] These can include but are not limited to: antidepressants, blood pressure medicines, beta blockers, cholesterol medications, medications that impacts hormones, such as testosterone gel, birth control pills, and Tamoxifen.

---

[17] I. Ali and F. Wonjnarowska, Physiological Changes in Scalp, Facial, and Body Hair After the Menopause: A Cross-Sectional Population-Based Study of Subjective Changes, 164 Brit. J. Derm. 508-09 (2010).
[18] Lynne J. Goldberg, Postmenopausal Alopecia (Hair Loss), in Essentials of Menopause Management, Lubna Pal and Raja A. Sayegh, Eds. (2017), 197-207; I. Ali and F. Wonjnarowska, Physiological Changes in Scalp, Facial, and Body Hair After the Menopause: A Cross-Sectional Population-Based Study of Subjective Changes, 164 Brit. J. Derm. 508 (2010).
[19] Richard Lin et al., Systemic Causes of Hair Loss, 48 Annals of Medicine 6, 397 (2016); Kevser Uzuncakmak et al., Cutaneous Manifestations of Obesity and the Metabolic Syndrome, 36 Clinics in Dermatology 81-88 (2018); Cheryl Lie, Alopecia and the Metabolic Syndrome, 36 Clinics in Dermatology, 54-51 (2018); Maria Magdalena Roth, Gynecologic and Andrologic Dermatology and the Metabolic Syndrome, 36 Clinics in Dermatology 72-80 (2018); Mahira El Sayed, Association of Metabolic Syndrome with Female Pattern Hair Loss in Women: a Case-Control Study, 55 International Jounral of Dermatology 1131-1137 (2016).
[20] Cheryl Lie et al., Alopecia and the Metabolic Syndrome, 36 Clinics in Dermatology, 54-51 (2018).
[21] Jerry Shapiro, Hair Loss in Women, 357(16) N. Engl. J. Med. 1621-22 (2007); Lynne Goldberg, Postmenopausal Alopecia in Essentials of Menopause Management, Lubna Pal and Raja Sayegh, Eds. (2017).

Many experiences cancer patients have, such as: stress, surgery, trauma, and illness, can cause alopecia.

## Alopecia Treatment

In many instances, alopecia is treatable. Further, treating alopecia in its early stages often leads to the best outcome.

The responses seen from various forms of treatment can be quite pronounced. The form of treatment depends on the type of alopecia the patient is experiencing.

Many treatments for alopecia can take many months before the impact of the treatment may be seen. It is important for patients to give the treatments time to work before concluding their alopecia is not responsive to a certain type of treatment.

Treatments for androgenetic alopecia can, at times, stop the progression of the hair loss as well as recover hair. Androgenetic alopecia can be treated with minoxidil, finasteride, spironolactone, ketoconazole, low level laser therapy, and platelet-rich plasma.

Options for treating CCCA include: steroids, ketoconazole shampoo, finasteride, spironolactone, minoxidil, and antibiotics.

The main treatment for traction alopecia is discontinuing the source of traction. Traction alopecia can also be treated with steroids and minoxidil.

Options for treating LLP and FFA include: steroids, ketoconazole shampoo, hydroxychloroquine, finasteride, spironolactone, minoxidil, and antibiotics.

The medical literature indicates that pCIA can respond to treatment, such as minoxidil.[22] So if a person has not tried to treat their alopecia, it is impossible to conclude that the alopecia is permanent or that it would not respond to treatment.

## Non-Scalp Hair Loss

People can experience alopecia on parts of their body beyond the scalp, including eyebrows, eyelashes, arms, legs, pubic, and axillary. There can be many causes of body hair loss, such as nutritional deficiencies, medications, health conditions, seborrheic dermatitis, grooming, autoimmune diseases, thyroid issues, age, and certain forms of alopecia.[23] Tamoxifen can also cause eyebrow and eyelash loss.

---

[22] Azael Freites-Martinez, Assessment of Quality of Life and Treatment Outcomes of Patients with Persistent Postchemotherapy Alopecia, 155 JAMA Derm. 6:724-728 (2019); Eugenia Pires, Case of Permanent Chemotherapy-Induced Alopecia with Response to Topical Minoxidil, 75(3) Revista SPDV 297-299 (2017); Xinyi Yang, Treatment of Permanent Chemotherapy-Induced Alopecia with Low Dose Oral Minoxidil, 57(4) Australian J. Derm. E130-32 (2016).

[23] I. Ali, Physiological Changes in Scalp, Facial, and Body Hair After the Menopause: A Cross-Sectional Population-Based Study of Subjective Changes, 164 Brit. J. Derm. 508-09 (2010); Nicole Velez, Eyebrow Loss: Clinical Review, 8(6) Am. J. Clin. Derm. 337-346 (2007).

## CASE-SPECIFIC OPINIONS

I have reviewed the case-specific materials listed in Exhibit B, which includes various depositions, discovery responses, Dr. Tosti's report, Dr. Thompson's report, Dr. Smart's pathology report, and Ms. Kahn's medical records. In addition, I examined Ms. Kahn on September 22, 2020. My record and photographs from that visit are attached as Exhibit C.

I will offer opinions about the materials I reviewed and my examination of Ms. Kahn, including Ms. Kahn's medical background, her hair growth and loss over time, her type of alopecia, risk factors for her alopecia, and the causes of her alopecia. Additionally, I may discuss Dr. Tosti's and Dr. Thompson's methodology and opinions.

After examining Ms. Kahn and reviewing the materials listed in Exhibit B, it is my opinion to a reasonable degree of medical probability that Taxotere did not cause Ms. Kahn's alopecia and that she has a progressive form of alopecia, which is consistent with androgenetic alopecia.

### Ms. Kahn's Medical Background and Cancer Treatment

Ms. Kahn is a post-menopausal 62-year old Caucasian. On April 11, 2008, when she was a perimenopausal 50-year old, she was diagnosed with lobular carcinoma in her left breast. [NSABP 14-15; Ochsner Health System 818, 825-26, 848-50.] Her tumor was 3.7 cm and was ER+, PR+, and HER2-. [Ochsner Health System 847-50, 869, 1026-27.]

As part of her treatment process, Ms. Kahn met with a surgical oncologist—Dr. Ralph Corsetti—and a medical oncologist—Dr. Carl Kardinal.

Ms. Kahn and Dr. Corsetti discussed her surgical options and course of treatment. [Elizabeth Kahn Depo. 158:9-159:23.] Ms. Kahn wanted a lumpectomy. To shrink the tumor before surgery, Dr. Corsetti recommended that Ms. Kahn have neoadjuvant chemotherapy. [Ochsner Health System, 848-50.] Ms. Kahn accepted Dr. Corsetti's recommendation.

Ms. Kahn discussed chemotherapy treatment with Dr. Kardinal. Dr. Kardinal suggested that Ms. Kahn participate in the NSABP B-40 clinical trial. [Ochsner Health System 860-61.] They discussed that the NSABP B-40 clinical trial included six different randomized chemotherapy arms.

The potential chemotherapy medications that Ms. Kahn could have received from participating in that trial included: Taxotere, Adriamycin, Cyclophosphamide, Avastin, Gemzar, and Xeloda. When deciding on whether to participate in the clinical trial, Ms. Kahn was aware that she did not know which arm she would be randomly assigned to. [Kahn Dep. 171:10-13].

Ms. Kahn reviewed an informed consent form with her clinical trial nurse. [Ochsner Health System 876.]  Ms. Kahn was warned about the various side effects of the chemotherapy drugs in the trial, including alopecia, as well as potentially unpredictable risks and permanent risks. [Elizabeth Kahn Dep. 187:24-190:23, 203:4-204:7; NSABP 30, 32-39.]

In addition to the consent form, Ms. Kahn and Dr. Kardinal discussed potential side effects, including alopecia.  During his deposition, Dr. Kardinal testified that as part of his consent process he tells patients that their hair will probably grow back after chemotherapy but that he would not guarantee that hair will grow back. [Carl Kardinal Dep. 102:1-8.]  Ms. Kahn participated in the clinical trial.

Ms. Kahn was assigned to Group 2B, and she received Avastin, Taxotere, Xeloda, Adriamycin, and Cyclophosphamide.  Ms. Kahn's tumor responded to chemotherapy and shrank from 3.7 cm to 0.7 cm. [Ochsner Health System 847-50, 869, 1026-27.]

After her tumor shrunk from chemotherapy, Ms. Kahn underwent a lumpectomy. [Ochsner Health System 1124-26.]  Then after her lumpectomy, Ms. Kahn received 25 radiation treatments to her left breast. [Ochsner Health System 1180.]  In addition to other side effects, Ms. Kahn was warned that alopecia is a potential side effect of radiation. [Ochsner Health System 1199-1202.]

Ms. Kahn lost her hair during her chemotherapy treatment.  During Ms. Kahn's chemotherapy treatment, Dr. Zoe Larned became Ms. Kahn's new medical oncologist. During Ms. Kahn's follow up visits, Dr. Larned noted that Ms. Kahn's "[h]air is growing back in." [Ochsner Health System 1213-16, 1228-31, 1253-55, 1267, 1285.]

Likewise, in Ms. Kahn's medical records, Ms. Kahn's clinical trial nurse—Melanie Zazulak (Breaux)—recorded that Ms. Kahn's alopecia had "resolved." [Ochsner Health System 1227.]  During her deposition, Ms. Breaux explained that "alopecia resolved" meant that Ms. Kahn no longer had hair loss. [Melanie Breaux Dep. 64:19-65:2.]  Ms. Breaux also testified that based on her records Ms. Kahn never complained of persistent alopecia to her and that Ms. Breaux did not observe Ms. Kahn with persistent alopecia. [Melanie Breaux Dep. 83:15-84:3.]

In April 2009, a couple months after Ms. Breaux noted that Ms. Kahn's alopecia had resolved, Ms. Kahn started taking Tamoxifen. [Ochsner Health System 1253-54.]  Ms. Kahn was informed about potential side effects from Tamoxifen, including uterine cancer and menopausal symptoms. [Zoe Larned Dep. 64:1-17.]  Alopecia is also a side effect of Tamoxifen.

Approximately a year after Ms. Kahn began taking Tamoxifen, in May of 2010, Ms. Kahn discussed "thinning hair" among other complaints with Dr. Larned. [Ochsner Health System 1362-64, 1385-86, 1406, 1414-16, 1434-35.]  Around this same time period, in 2011, Ms. Kahn complained about menopausal symptoms to Dr. Larned, and

Dr. Larned told her those symptoms could be from Tamoxifen.  [Ochsner Health Systems 1414-16, 1433-35; Zoe Larned Dep. 89:24-92:12.]

The last record from Dr. Larned noting that Ms. Kahn mentioned her hair is from February 2012.  [Zoe Larned Dep. 82:3-8.]  There is no mention of alopecia in Ms. Kahn's medical records from 2012 to June 2016.

Ms. Kahn repeatedly saw a dermatologist—Dr. Ochsner—starting in 2012 for various issues, including bags under her eyes, but there is no documentation in Dr. Ochner's records that Mr. Kahn raised alopecia as a concern during any of her visits.  [Metairie Road Dermatology 10-20, 43-46, 52-54; Dr. Ochsner Dep. 31:3-23, 36:3-17, 40:11-13, 50:5-14, 51:12-25, 54:13-55:3.]  Likewise, Ms. Kahn saw another dermatologist—Dr. Martin Claiborne—but there is no notation in Dr. Martin Claiborne's records that Ms. Kahn discussed alopecia when she saw him.  [Martin Claiborne Dep. 70:8-20, 72:12-15.]

In her deposition, Ms. Kahn stated that she has not sought or received treatment for alopecia.  [Elizabeth Kahn Dep. 318:4-8.]  If Ms. Kahn treated her alopecia, she would likely respond favorably to treatment.

## Ms. Kahn Has Risk Factors for Alopecia

It is my opinion that Ms. Kahn has androgenetic alopecia.  In my practice, I often see women who have alopecia similar to that seen with Ms. Kahn who never had chemotherapy.  Androgenetic alopecia is a common condition.

Additionally, Ms. Kahn has many risk factors for androgenetic alopecia, including the following:

- Age is a significant risk factor for alopecia.  Ms. Kahn is at an age where androgenetic alopecia is frequently seen in women.  Her age likely plays a role in her alopecia.

- Menopause is a risk factor for alopecia. Ms. Kahn went through menopause during her cancer treatment.  [Elizabeth Kahn Dep. 263:11-25.]  Ms. Kahn had pre-existing alopecia before she ever received chemotherapy.  Her androgenetic alopecia process likely accelerated as she went through menopause during her cancer treatment.

- Metabolic syndrome is associated with alopecia.  While there is not a formal diagnosis in Ms. Kahn's records, based on my review of her records, Ms. Kahn meets the criteria for metabolic syndrome.  More specifically, her medical records note she has high cholesterol, high blood pressure, and obesity.  [Ochsner Health System 651-52.]  Ms. Kahn's metabolic syndrome may contribute to her alopecia.

- Various medications can cause alopecia.  Ms. Kahn has taken medications that can cause alopecia, such as Lisinopril and Fluconazole.  [Elizabeth Kahn Dep.

9:11-13.] Those drugs can also accelerate the androgenetic alopecia process. Ms. Kahn's medications may contribute to her alopecia.

- Tamoxifen can cause alopecia, including various forms of progressive alopecia. Ms. Kahn began taking Tamoxifen shortly after her surgery and continued taking it for ten years. Medical records and photographs show that Ms. Kahn experienced progressive hair loss after she began taking Tamoxifen in April 2009. Ms. Kahn's Tamoxifen use likely contributed to her alopecia.

- Ms. Kahn has a history of facial hair, which is also called hirsutism. Hirsutism is associated with high androgen levels and androgenetic alopecia. Hirsutism can also be caused by Tamoxifen. Of note, Ms. Kahn's facial hair existed prior to her breast cancer diagnosis, indicating that she was already in a higher androgen state, which predisposes her to androgenetic alopecia. Ms. Kahn's hirsutism is another factor indicating that her alopecia is androgenetic alopecia, which may be exacerbated by her past Tamoxifen use.

- Testosterone gel can cause alopecia. Ms. Kahn's testosterone gel use may have contributed to her alopecia.

- Vitamin deficiencies can cause alopecia, including vitamin D. Blood tests can help identify certain underlying causes of alopecia, such as vitamin deficiencies, iron deficiencies, and autoimmune conditions. Ms. Kahn has not had a full blood panel ordered by a dermatologist to assess risk factors for alopecia. Even so, Ms. Kahn's medical records show that she has a history of Vitamin D deficiency. [Ochsner Health System 1742, dated 6/2/16; Ochsner Health System 651-52; Elizabeth Kahn Dep. 10:21-11:11.]

- A family history of alopecia is a risk factor for alopecia. Ms. Kahn's family has a history of androgenetic alopecia. She testified that her father, brother, grandfather, paternal grandfather, and her nephew have hair thinning or baldness. [Elizabeth Kahn Dep. 314:24-316:23.] Additionally, Ms. Kahn has a blog. On March 23, 2009, she wrote: "If you know my family, then you know that I come by baldness naturally." [3/23/09 Blog Post.] Dr. Tosti's noted in her clinical examination record that Ms. Kahn's "mother had thin hair at very old age." [Dr. Tosti's Clinical Examination Record, at p. 2.] Ms. Kahn's family history likely contributed to her alopecia.

## Ms. Kahn Had Androgenetic Alopecia Before Undergoing Chemotherapy

I have reviewed the available photographs for Ms. Kahn as well as deposition testimony. Both the photographs and testimony, show that Ms. Kahn had alopecia before she ever received chemotherapy. Additionally, the photographs and testimony show progressive alopecia, which is consistent with a diagnosis of androgenetic alopecia.

17

Ms. Kahn's testimony indicates that she had reduced hair density before her cancer diagnosis.  For instance, she testified that she used a product in her hair before chemotherapy to make her hair look fluffier.  [Elizabeth Kahn Dep. 68:17-70:19.] Likewise, Ms. Kahn's husband Steve Seebol testified that Ms. Kahn's hair was fine before chemotherapy and that she liked to keep her hair short.  [Steve Seebol Dep. 164:2-165:1]

Additionally, Kenneth Smith has been Ms. Kahn's hairdresser for over twenty years. [Kenneth Smith Dep. 54:18-24.]  Mr. Smith provided testimony that indicates Ms. Kahn had alopecia before chemotherapy, that her hair regrew after chemotherapy, and that she has progressive androgenetic alopecia.

Mr. Smith testified that Ms. Kahn has always had fine hair.  [Kenneth Smith Dep. 57:12-58:16.]  Mr. Smith was shown photographs of Ms. Kahn from pre and post-chemotherapy.  Yet, he could not consistently identify which photographs were taken from before chemotherapy or from a year or two after chemotherapy.  [Kenneth Smith Dep. 84:1-86:25.]  Additionally, when comparing chronological photographs, Mr. Smith stated that Ms. Kahn's hair has progressively thinned.  [Kenneth Smith Dep. 107:23-109:4.]  Likewise, he testified that he has observed a loss of hair density since Ms. Kahn had chemotherapy.  [Kenneth Smith Dep. 76:25-78:5.]  And over the last nine years, he has seen Ms. Kahn's hair steadily become thinner.  [Kenneth Smith Dep. 78:7-13.]  Mr. Smith's testimony is consistent with a diagnosis of androgenetic alopecia.

Similarly, Ms. Kahn's father testified that Ms. Kahn's hair did not become obviously thinner until around 2016.  [Charles Kahn Dep. 36:15-24.]  He also testified that Ms. Kahn recently told him that her "hair is getting worse," which is indicative of progressive alopecia.  [Charles Kahn Dep. 49:9-50:20.]

In addition to the testimony discussed above, Ms. Kahn's photographs show that she had androgenetic alopecia before her cancer treatment, her hair regrew after chemotherapy, and that her alopecia then progressively became worse.

This is a photograph from 2005, before Ms. Kahn received chemotherapy, which depicts alopecia in the crown area of Ms. Kahn's scalp and is consistent with a diagnosis of androgenetic alopecia.



Likewise, this photograph, which is from May 2008 shortly before Ms. Kahn began chemotherapy, shows significant alopecia presenting in an androgenetic pattern in the frontal portion of her scalp.



Ms. Kahn's photographs from shortly after she completed chemotherapy demonstrate that her hair regrew to a level consistent with what she had before chemotherapy.  In other words, based on her photographs, she did not have persistent alopecia from chemotherapy.  Ms. Kahn's full hair regrowth can be seen in these photographs of Ms. Kahn from 2009 and 2010:







Ms. Kahn's photographs from after the 2009 to 2010 timeframe demonstrate that she experienced progressive hair loss, as can be seen in these photographs from 2015 and 2016, which is consistent with a diagnosis of Androgenetic Alopecia.  Ms. Kahn continued to take Tamoxifen throughout this time period, which likely also contributed to her progressive hair loss.

 

### Dr. Ochsner/Actinic Keratosis

Ms. Kahn started seeing Dr. Ochsner, a dermatologist, in 2012. [8/14/12 Metairie Road Dermatology.] For Ms. Kahn's first visit, her chief complaint was a mole check. Dr. Ochsner testified that because there was no discussion of hair loss in the record, "it must have not been a recent issue, or at least she never brought it up to me." [Jessica Coller Ochsner Dep. 31:3-10.] If Ms. Kahn raised alopecia as a concern, Dr. Ochsner would have noted it in her record. [Jessica Coller Ochsner 31:11-23.] Dr. Ochsner documents concerns like alopecia in her medical records. [Jessica Coller Ochsner 17:22-18:2.]

Over the course of many years, Ms. Kahn saw Dr. Ochsner seven times. [Jessica Coller Ochsner Dep. 54:13-55:3.] According to Dr. Ochsner's records, Ms. Kahn never raised alopecia as a concern. Instead, during those visits, Ms. Kahn's main concern was actinic keratosis. And Dr. Ochsner removed numerous actinic keratosis lesions from Ms. Kahn's scalp with liquid nitrogen. [Jessica Coller Ochsner Dep. 34:16-35:3.] Treating actinic keratosis can cause alopecia. [Jessica Coller Ochsner Dep. 35:4-18.]

Actinic Keratosis is caused by sun damage. As Dr. Ochsner noted in her deposition, hair provides a protective function from the sun for the scalp, which helps prevent lesions. [Jessica Coller Ochsner Dep. 71:3-7.]

Actinic keratosis lesions take many years of sun damage to develop. In general, over a decade of sun damage must accrue for an individual to be at risk for actinic keratosis lesions.

Consequently, for individuals like Ms. Kahn who develop many actinic keratosis lesions on their scalp, it is a strong indication that the individual has a long history of alopecia. [Jessica Coller Ochsner Dep. 73:8-21.] And Dr. Ochsner believes that Ms. Kahn's

actinic keratosis lesions are due to old sun damage. [Jessica Coller Ochsner Dep. 74:14-76:25.]

I agree with Dr. Ochsner. Ms. Kahn likely had well over a decade of alopecia and sun damage before she developed the actinic keratosis lesions that she had removed in 2012. In other words, based on the timing of Ms. Kahn's actinic keratosis lesions, Ms. Kahn likely had a history of alopecia dating back to the early 2000s. That is consistent with a diagnosis of progressive androgenetic alopecia.

## Ms. Kahn Has Not Treated Her Alopecia

If Ms. Kahn tried to treat her alopecia, she could have significant hair regrowth. It is not possible to conclude that Ms. Kahn's hair loss is permanent or irreversible because she has not tried treatment.

## Ms. Kahn's Pathology

Ms. Kahn underwent a scalp biopsy. I have reviewed Dr. Tosti's photographs showing the location of Ms. Kahn's biopsies, as well as Dr. Thompson's photographs of Ms. Kahn's pathology.

Biopsies should be taken from a location with an active alopecia process to ensure that there is sufficient pathological information to review in assessing the specific alopecia process. Biopsies taken from locations where the alopecia process is end stage or has run its course will provide less information, potentially misleading information, and at times will not provide enough information to accurately assess the type of alopecia. Additionally, when assessing androgenetic alopecia, having a "control" biopsy taken from a non-androgen dependent area of the scalp can provide useful information.

Despite taking two biopsies, Dr. Tosti did not take a "control" biopsy. Because of this, it is impossible to pathologically determine Ms. Kahn's baseline hair count.

Further, I disagree with the location where Dr. Tosti decided to take biopsy B. As noted by Dr. Thompson in his label for photographs of the pathology for biopsy B, biopsy B was taken from an area with "end state alopecia with few follicles." The biopsy should have been taken from a location with an active disease process, and a biopsy should have been taken from a non-androgen-dependent area of the scalp.

Additionally, Dr. Tosti's photograph of biopsy B's location shows that it was taken from an area essentially devoid of hair when other nearby areas, such as four millimeters to the left had significantly more hair:



If the biopsy was taken from a location with more hair and active disease, there would be more material to analyze pathologically. Additionally, the pathology would have shown more hairs than what was shown in biopsy B. Biopsy B appears to have been taken from a location that would pathologically show a low hair count when better locations were available to biopsy.

Even so, I've reviewed both Dr. Thompson's and Dr. Smart's pathology reports. The pathological findings confirm that Ms. Kahn has androgenetic alopecia.

## Ms. Kahn's Examination

I performed a medical examination of Ms. Kahn on September 22, 2020. During the examination, I took a medical history and performed a physical examination. Based on the history provided by Ms. Kahn as well as my physical examination, my diagnosis is that Ms. Kahn has androgenetic alopecia, which is likely worsened by her Tamoxifen use.

During the examination, Ms. Kahn identified various risk factors that would predispose her to developing androgenetic alopecia, including a history of facial hair and hair around her nipples, a family history of alopecia, Tamoxifen use, testosterone use, ACE inhibitor use, being post-menopausal, and meeting the criteria for metabolic syndrome. Ms. Kahn's history of facial hair and meeting the criteria for metabolic syndrome are factors that indicate she has a high androgen state, which can worsen androgenetic alopecia. Ms. Kahn's facial hair can be seen on the photographs taken during Dr. Tosti's examination. Even so, Dr. Tosti made no mention of facial hair in her record.

Additionally, Ms. Kahn has other risk factors that may contribute to her alopecia, including taking medications that can cause alopecia and having a history of Vitamin D deficiency.

Based on my physical examination, Ms. Kahn's hair presents in an androgenetic pattern. She has miniaturized hairs in the androgen-dependent areas of her scalp. Her hair itself is somewhat thin throughout her entire scalp. But Ms. Kahn noted that she had very fine hair even before undergoing chemotherapy. She also confirmed that she stopped wearing her hair covering based on the level of regrowth she was experiencing by March 2009.

Ms. Kahn's legs have sparse hair and are very dry, which can be related to hormonal issues. Ms. Kahn has sparse eyebrows, but her eyelashes were present. Eyebrow and eyelash loss can be seen with age as well as Tamoxifen use in addition to seborrheic dermatitis, which Ms. Kahn has.

I also told Ms. Kahn that she has an actinic keratosis lesion on her scalp that she should have evaluated. She was surprised it was there partly because she had recently seen Dr. Tosti who did not mention it.

I also suggested supplements for better sun protection and inquired about whether she was interested in a referral for one of my peers in hair regrowth in the New Orleans, Louisiana area. She expressed some self-confidence dips with her hair but was very assured that it was not impacting her life to that level and there was acceptance with having thin hair.

During the visit, Ms. Kahn confirmed that she has not received a full hair panel to assess her alopecia from a dermatologist and has not tried to treat her alopecia.

Ms. Kahn also mentioned that her sister has undergone chemotherapy for breast cancer, yet has a full head of hair. To the extent there is the suggestion that the difference in their hair is due to Taxotere, that implication is unfounded. Both Ms. Kahn's statements as well as the photographs show that Ms. Kahn has always had finer hair than her sister. Additionally, Ms. Kahn's sister did not take Tamoxifen.

Ms. Kahn also discussed her extensive family history of cancer, including her mother's breast cancer, her sister's multiple cancers, her brother's cancer, and her father's cancer.

**The Type and Cause of Ms. Kahn's Alopecia**

It is my opinion that Ms. Kahn has androgenetic alopecia. The testimony and photographs both indicate that Ms. Kahn had alopecia before she underwent chemotherapy, her hair regrew after chemotherapy, and she then experienced progressive alopecia. All of that is consistent with androgenetic alopecia.

Further, Ms. Kahn has numerous risk factors for alopecia, all of which likely contributed to her alopecia. For instance, because Mr. Kahn went through menopause during her cancer treatment, her menopausal state likely accelerated her pre-existing androgenetic alopecia. Likewise, Ms. Kahn's Tamoxifen use likely contributed to her alopecia. Ms.

Kahn's other risk factors for alopecia, including medications, vitamin deficiencies, and metabolic syndrome may have also contributed to her alopecia.

Additionally, the timing of Ms. Kahn's actinic keratosis lesions indicate that her history of alopecia dates back well before she ever had chemotherapy.

It is my opinion that Ms. Kahn's chemotherapy did not contribute to her alopecia for multiple reasons. First, Ms. Kahn's alopecia existed before she underwent chemotherapy. Second, Ms. Kahn's hair returned to the same level after chemotherapy as it was before chemotherapy. Third, Ms. Kahn's alopecia progressively became worse after chemotherapy, which is consistent with androgenetic alopecia. Fourth, Ms. Kahn's alopecia was likely aggravated by her Tamoxifen use along with testosterone gel. Fifth, Ms. Kahn has other signs of hyperandrogenism, including facial hair, predisposing her to androgenetic alopecia. Sixth, Ms. Kahn's hair loss occurs on the androgen-dependent areas of her scalp, which is a pattern consistent with androgenetic alopecia but not persistent chemotherapy induced alopecia.

Finally, even if chemotherapy played some role in Ms. Kahn's alopecia, there have been reports of persistent alopecia with Adriamycin and Cyclophosphamide. Consequently, to the extent chemotherapy played any role in Ms. Kahn's alopecia, Adriamycin or Cyclophosphamide cannot be ruled out as the cause.



Dr. Mamina Turegano
October 9, 2020