PREVIOUSLY DESIGNATED AS CONFIDENTIAL

# EXHIBIT GG

## EXHIBIT 5 TO GOYER DEPOSITION

# crisis management & AE reporting

## SANOFI'S "TAXOTERRORIST"

### Situation

- Disgruntled patient used Facebook and YouTube to express anger about Taxotere side effects

### Governance, Policy & Workflow

- Implemented terms & conditions, 24/7 monitoring & moderation

- Adopted Facebook moderation app, established workflows

### Results

- Sanofi properties remained online

- Workflows and guidelines for social media set the standard for today

- Led to the development of our PharmaWall tool



sanofi-aventis VOICES Raise your VOICES in support of Deep Vein Thrombosis (DVT) prevention and awareness by checking out http://www.preventdvt.org

3 people like this.

**Shirley Ledlie** Dont you dare remove my posting about your drug taxotere and all the women you are disfiguring!

**Mellissa Ledlie** When will you inform oncologists that there is a problem with your chemo drug taxotere? Why dont you want women to know they could be left permanently disfigured? Because they will want to choose a different drug not made by you. The net is closing in on you Sanofi. Its no longer your dirty little secret ...

**Ann Adams** This is a photo of my scalp 4 years after finishing your drug Taxotere. Your non disclosure denied my my right as a patient to make a risk assesment and agree to my treatment. I would have chosen a different drug, probly TAXOL which doesnt carry this risk BUT YOU DONT MAKE THAT DRUG DO YOU

**Mellissa Ledlie** I would like to know if any of the women working at Sanofi would use the drug if they knew of the side effects???

Chemo - Hair doesnt always return
by ShirleyLedlie



19