# EXHIBIT A

```
                                                           Page 1

 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4    ELIZABETH KAHN,
 5    Plaintiff,
 6     vs.                          Case No. 2:16-cv-17039
 7    SANOFI S.A., SANOFI-AVENTIS U.S.
      L.L.C., SANOFI US SERVICE, INC., and
 8    AVENTIS-PHARMA S.A.,
 9    Defendants.
10
                    * * * * * * * * * *
11
12    CYNTHIA THIBODEAUX,
13    Plaintiff,
14     vs.                          Case No. 2:16-cv-15859
15    SANOFI S.A., SANOFI-AVENTIS U.S.
      L.L.C., SANOFI US SERVICE, INC., and
16    AVENTIS-PHARMA S.A.
17    Defendants.
18
19           Videotape Deposition of CARL KARDINAL, M.D.,
20    taken on behalf of the defendants, at the residence of
21    Carl Kardinal, M.D., 6008 Dornagh Court, in the city
22    of Columbia, State of Missouri, on the 17th day of
23    January 2018, before Heather L. Shallow, Certified
24    Court Reporter, Registered Professional Reporter,
25    Registered Merit Reporter.         Job No. NJ2783240
```

Page 75

1  referred to in that statement?
2          MR. MICELI:  Object to the form.
3      A.  (Shakes head.)
4      Q.  (By Ms. Bieri)  Are you aware that some
5  studies have found the docetaxel molecule twice as
6  potent at inhibiting mitosis?
7          MR. MICELI:  Object to the form.
8      A.  It may be but that doesn't tell me anything
9  specific about its activity.  It may be more potent in
10 inhibiting mitosis but that doesn't mean it's more
11 effective in treatment.
12     Q.  Necessarily to you?
13     A.  Not necessarily.
14         MR. MICELI:  Object to the form.
15     A.  Maybe but not necessarily.
16     Q.  (By Ms. Bieri)  Do you think that Taxotere
17 is an effective drug that saves lives?
18         MR. MICELI:  Object to the form.
19     A.  Does Taxotere save lives?  Perhaps.  As does
20 paclitaxel perhaps.  If survival after a clinical
21 trial with docetaxel is greater than without a taxane,
22 then the answer to that is yes.  Is it better than
23 Taxol?  The answer is who knows.  Not --
24     Q.  (By Ms. Bieri)  I'm so sorry.  Go ahead.
25     A.  Well, that -- that question would not be

```
 1          A.   It was not common.
 2          Q.   Do you remember telling me that you warned
 3    of common side effects?
 4          A.   Yeah.
 5          Q.   Okay.  So would you have warned of the risk
 6    of persistent hair loss?
 7          A.   Not unless it was in the package insert.  If
 8    it was in the package insert, I would have warned
 9    about it.
10          Q.   Tell me a drug for which the package insert
11    says that there's a risk of permanent or persistent
12    hair loss.
13          A.   Can't do that.  Don't know.
14          Q.   For what drugs did you warn of a risk of
15    permanent or persistent hair loss?
16          A.   I did not warn about permanent or persistent
17    hair loss because, in my experience, hair came back.
18          Q.   So for no chemotherapy drug at any time did
19    you ever warn about the risk of permanent or
20    persistent hair loss?
21               MR. MICELI:  Object to the form.
22          A.   No.
23          Q.   (By Ms. Bieri)  No, you did not?
24          A.   Correct.
25          Q.   And that was based on your experience that
```

Page 88

1  you did not see that?
2       A.   Correct.
3            MR. MICELI:  Object to the form.  Pardon me.
4       Q.   (By Ms. Bieri)  Have you ever seen any
5  literature at all regarding any chemotherapy drug
6  regarding reporting cases of permanent or persistent
7  hair loss?
8            MR. MICELI:  Object to the form.
9       A.   Not during the time I was practicing.
10      Q.   (By Ms. Bieri)  Have you seen something
11 since then?
12      A.   No.  I haven't kept up.
13      Q.   Sure.  Understood.  I just wanted to make
14 sure I understood your testimony.
15      A.   I was pretty up to date at the time I
16 retired, but since that time, I've not been keeping
17 up.
18      Q.   Let me turn and ask you a little bit about
19 NSABP-40.  And to the extent it helps you, in the pile
20 you have, there are some documents related to that.
21      A.   Okay.
22      Q.   To the extent you want to look at those
23 while we're talking.
24      A.   All right.
25      Q.   Do you know when you first assisted a

1  Taxotere.
2       Q.  (By Mr. Miceli)  Do you know the -- the
3  strength or the comparative rates --
4       A.  No.
5       Q.  -- between the two?
6            MS. BIERI:  Object to the form.
7       A.  No, I don't happen to know it offhand.
8       Q.  (By Mr. Miceli)  There was a series of
9  questions that Ms. Bieri went over with you concerning
10 any potential superiority that Taxotere or Taxol has,
11 one over the other, and I wrote down that you can't
12 say one way or the other whether one is superior.  Is
13 that a fair statement?
14           MS. BIERI:  Object to the form.
15      Q.  (By Mr. Miceli)  Is that a fair statement?
16      A.  I think.  They both have activity in breast
17 cancer.  I think they seem fairly equivalent, but I
18 don't know that one is clearly superior.
19      Q.  Okay.  Concerning the word "superiority," do
20 you recall at the beginning of your deposition there
21 was a series of -- of areas that -- that Sanofi's
22 counsel went over with you in which to confirm that
23 you were not an expert in these areas and one of them
24 was cardiology.  Do you remember that?
25      A.  (Nods head.)

Page 139

1      Q.   Okay.  You don't have any reason to know
2  what "superiority" means from an FDA regulatory
3  standpoint?  To the extent it has a particular meaning
4  in that context.
5      A.   I guess not.
6      Q.   Okay.  When you were talking about -- with
7  Ms. Bieri about Arimidex and thinning hair -- do you
8  remember that series of questions?
9      A.   Yes.
10     Q.   Okay.  When -- when Arimidex is removed from
11 the patient using it, does -- does the hair generally
12 grow back?
13          MS. BIERI:  Object to the form.
14     A.   Well, Arimidex is not associated with much
15 hair loss --
16     Q.   (By Mr. Miceli)  Fair.
17     A.   -- to start with, so -- I don't know that
18 I've had a patient with Arimidex who had significant
19 hair loss.
20     Q.   And I want to make sure I understood you
21 correctly earlier when you were discussing with
22 Ms. Bieri what you would warn about with a patient.
23 I've written down here that you would not warn of
24 permanent hair loss unless it were in the label.  Did
25 I get that correct?

1        MS. BIERI:  Object to the form.
2    A.   That -- that's correct.
3    Q.   (By Mr. Miceli)  Okay.  And to flip that
4  around, if the words "permanent hair loss" were
5  associated with the use of Taxotere, would you discuss
6  that with your patient?
7        MS. BIERI:  Object to the form.
8    A.   Yes, and it should be included in the
9  consent form.
10   Q.   (By Mr. Miceli)  Thank you.  Now, you
11  retired in 2012; correct?
12   A.   (Nods head.)
13   Q.   That's "yes" for her?
14   A.   Yes.
15   Q.   Sorry.  I know it's getting late in the day,
16  Doctor.
17   A.   Yes.
18   Q.   Have you -- aside from the meeting that you
19  and I -- or we had with you back in December here --
20   A.   Yes.
21   Q.   -- have you looked over any other product
22  inserts of chemotherapy agents since retiring?
23   A.   No.
24   Q.   Okay.  So for the last five years you
25  haven't reviewed any product inserts?

1          A.   Correct.
2          Q.   And again, I keep -- because I'm going
3    through my notes of what you talked about with
4    Ms. Bieri, I want to make sure that I have this
5    correct.  Did you say earlier that you were not aware
6    of any chemotherapy label that lists permanent
7    alopecia or permanent hair loss as an adverse event?
8          A.   Permanent hair loss?
9          Q.   Correct.
10         A.   You know, the answer is I -- I don't recall
11   reviewing one that ever listed permanent hair loss.
12         Q.   Okay.
13         A.   They may possibly have been there, but...
14         Q.   Okay.  But you're not -- as we sit here
15   today, you don't recall one?
16         A.   I don't recall --
17         Q.   Okay.
18         A.   -- a specific one that says permanent.
19         Q.   And you practiced medicine for 40 some-odd
20   years?
21         A.   Yes.
22         Q.   So based on the fact that, as we sit here,
23   you can't recall the product insert, product label
24   that listed permanent hair loss as a potential side
25   effect, would it be a fair statement to say that if

1   you received a letter from a pharmaceutical company
2   updating you on their label, that they were changing
3   it to include permanent hair loss as a adverse event
4   associated with the use of their drug, would that be
5   news to you?
6          MS. BIERI:  Object to the form.
7       A.  Yeah.
8       Q.  (By Ms. Bieri)  And would that change what
9   you discuss with your patient concerning that drug?
10         MS. BIERI:  Object to the form.
11      A.  It would be something that would have to be
12  included in the discussion.
13      Q.  (By Mr. Miceli)  Okay.
14      A.  I may -- may perhaps still recommend the use
15  of the drug.
16      Q.  But it's something you would discuss with
17  your patient?
18      A.  Yes.
19      Q.  And if, after discussing it with your
20  patient, your patient told you, because of that, they
21  did not wish to take that drug --
22      A.  Correct.
23      Q.  -- and asked you for other options, would
24  you discuss other options with them?
25         MS. BIERI:  Object to the form.

Page 143

1    A.   Correct.
2    Q.   (By Mr. Miceli)  Okay.  And is paclitaxel an
3  adequate alternative to docetaxel?
4         MS. BIERI:  Object to the form.
5    A.   In terms of its efficacy?
6    Q.   (By Mr. Miceli)  Yes.
7    A.   They're very similar.
8    Q.   Okay.  And are there other adjuvant
9  therapies that do not include taxanes that are also
10 within the standard of care for use in patients?
11        MS. BIERI:  Object to the form.
12   A.   Yes.
13   Q.   (By Mr. Miceli)  Okay.
14        MR. MICELI:  Where's your phone?  I need to
15 see that.
16        MS. PEREZ REYNOLDS:  Give me a second.
17        MR. MICELI:  Okay.  All right.  I'll let you
18 find that.
19   Q.   (By Mr. Miceli)  Now, in Exhibit 6 to your
20 deposition -- I believe that was one of the informed
21 consents.  I'm going to do my best to locate it for
22 us, Doctor.  On page 2 there was some discussion -- I
23 think it's in this first paragraph -- I apologize for
24 pointing there -- about what standard care was.  Do
25 you remember that?

1    A.  Well, the talk in this that AC, which was
2  Adriamycin and Cytoxan, is a standard treatment for
3  breast cancer.
4    Q.  With docetaxel; correct?
5    A.  With docetaxel?
6    Q.  If you look at that, three chemo -- "Three
7  of the chemotherapy drugs used in this study are
8  docetaxel followed the combination of doxorubicin and
9  cyclophosphamide --
10   A.  Okay.
11   Q.  -- AC, a standard treatment for breast
12 cancer."  Do you see that?
13   A.  Yeah.  It is the standard treatment.
14   Q.  Okay.  And is the -- is the docetaxel plus
15 doxorubicin plus cyclophosphamide sometimes referred
16 to as TAC?
17   A.  Yeah.
18   Q.  Okay.  Now, are you familiar with the
19 treatment option FAC?
20   A.  Right.
21   Q.  And that's --
22   A.  5FU.
23   Q.  5FU, doxorubicin, and cyclophosphamide?
24   A.  Right.
25   Q.  And is that -- is that a standard of care --

1   or is that a -- is that a treatment option within the
2   applicable standard of care --
3           MS. BIERI: Object to the form.
4       Q.  -- for adjuvant therapy?
5           MR. MICELI: Go ahead. I'm sorry.
6           MS. BIERI: Object to the form.
7       A.  That was an old treatment and it probably
8   doesn't have the potency or efficacy of TAC.
9       Q.  (By Mr. Miceli) Okay.
10      A.  It would not be something I would choose.
11      Q.  How about AC only without docetaxel? Is
12  that within the standard of care?
13          MS. BIERI: Object to the form.
14      A.  I think in selected cases of multi node
15  positive breast cancer, AC by itself is -- is not
16  adequate.
17      Q.  (By Mr. Miceli) Okay. How about
18  doxorubicin, paclitaxel and cyclophosphamide? Is that
19  an adequate standard of care treatment option?
20          MS. BIERI: Object to the form.
21      A.  Paclitaxel, I would think that would be an
22  adequate -- fairly equivalent treatment.
23      Q.  (By Mr. Miceli) So if your patient came to
24  you and said because of -- and assume -- this would
25  assume that you were warned about the hair loss in the

1  label -- so -- strike that question.
2          Assuming that you had been warned about the
3  use -- or the permanent alopecia being associated with
4  the use of docetaxel, Taxotere, and your client -- and
5  you advised your client of that association -- or your
6  patient of that association, and she informed you she
7  did not wish to use that product, would the
8  combination of paclitaxel, cyclophosphamide, and
9  doxorubicin be an adequate treatment option for that
10 person?
11         MS. BIERI:  Object to the form.
12      A.  Well, it should be fairly equivalent.
13      Q.  (By Mr. Miceli)  Okay.  And with neoadjuvant
14 treatment for --
15      A.  Yes.
16      Q.  -- for Ms. Thibodeaux, that ultimately --
17 her treatment ultimately included a surgery to remove
18 her --
19      A.  Tumor.
20      Q.  -- her tumor; correct?
21      A.  Yes.
22      Q.  And do you recall that -- that the removal
23 of the tumor included good, clean margins of the
24 tumor?
25         MS. BIERI:  Object to the form.

Page 175

1            MS. BIERI:  Object to the form.
2        A.  Yeah.  Any patient on potent chemotherapy is
3   feeling kind of crummy.
4        Q.  (By Mr. Miceli)  And is -- is Sanofi's
5   statement in this document that "The fatigue will go
6   away gradually after treatment is completed"
7   consistent with how you advised your patients?
8        A.  Yes.
9        Q.  Okay.  And similarly, we talked about -- I
10  should have asked you this before when we were talking
11  about alopecia, but explaining that alopecia is a
12  common, yet temporary, side effect of some cancer
13  medications, is that consistent with how you advised
14  your patients about hair loss related to Taxotere?
15           MS. BIERI:  Object to the form.  Misstates
16  testimony.
17       A.  Yes.
18       Q.  (By Mr. Miceli)  Okay.  And then if you flip
19  to the page that ends in 488.
20       A.  Okay.
21       Q.  Okay.  And this is the page that's titled
22  "Neuropathy and Myalgia."
23       A.  Correct.
24       Q.  And that is in parentheses underneath "Nerve
25  and Muscle Side Effects"; correct?