**PREVIOUSLY DESIGNATED AS CONFIDENTIAL**

# EXHIBIT D

**EXCERPTS OF THE DEPOSITION OF JOHN A. GLASPY, M.D.**

**MAY 13, 2020**

John A. Glaspy, M.D.

```
 1           UNITED STATES DISTRICT COURT
 2           EASTERN DISTRICT OF LOUISIANA
 3      *******************************
 4      IN RE:  TAXOTERE
 5      (DOCETAXEL) PRODUCTS         MDL No. 2740
 6      LIABILITY LITIGATION         Section: "H"
 7                                   Judge Milazzo
 8      This Document Relates to:    Mag. Judge North
 9      All Cases
10      *******************************
11
12              Remote Videotaped Deposition of
13      JOHN A. GLASPY, M.D., held at the location
14      of the witness in Los Angeles, California,
15      commencing at 9:05 a.m., on the 13th of May,
16      2020, before Maureen O'Connor Pollard,
17      Registered Diplomate Reporter, Realtime
18      Systems Administrator, Certified Shorthand
19      Reporter.
20                        - - -
21
                 GOLKOW LITIGATION SERVICES
22          877.370.3377 ph | 917.591.5672 fax
                     deps@golkow.com
23
24
25
```

Golkow Litigation Services                               Page 1

```
 1    which you include as a reference for this
 2    statement in your report or in your Exhibit
 3    B, Materials Reviewed, correct?
 4         A.    That's correct, because I don't
 5    think it's relevant to the issues in the
 6    case.
 7         Q.    That's not my question, though.
 8               My question is, and you've
 9    already said that you agree with me, you
10    understand that the purpose of doing a report
11    is so that I know what you're going to say,
12    and I have an opportunity to test those
13    opinions by seeing what you rely upon?
14    That's why we do these depositions, right?
15               MR. STRONGMAN:  Objection.
16         Form.
17         A.    That's correct.  I think we've
18    already established that we're not going to
19    get up there and say Taxotere is a better
20    drug than Taxol.
21    BY MR. MICELI:
22         Q.    Right.
23         A.    We're going to -- if we talk
24    about the differences, it's going to be
25    largely related to neuropathy that we've
```

John A. Glaspy, M.D.

1   already covered in my previous deposition.
2   And I do not believe Taxotere is, from an
3   efficacy standpoint, more effective than
4   Taxol.
5        Q.    Okay.
6        A.    Once we figured out how to use
7   Taxol, then the 311 data and this data are no
8   longer helpful in choosing the chemotherapy
9   regimen for a patient.
10       Q.    Excellent.  Okay.  Thank you.
11  You went somewhere before I even got there in
12  my outline, and I appreciate it.
13             The Sparano paper demonstrates
14  equal efficacy of AC plus weekly Taxol versus
15  TAC every three weeks, correct?
16       A.    That's correct.
17       Q.    So we have a clinical study,
18  and a published clinical study, that
19  demonstrates in a clinical setting equal
20  efficacy between Taxotere and Taxol, right?
21       A.    Yes.
22             MR. STRONGMAN:  Objection.
23       Form.
24       A.    I think I've accepted that and
25  put in the report that as long as you give

1               Let me ask you about some
2    things that you will not be offering at
3    trial.  And again, this is just to make sure
4    I have a clear understanding moving forward.
5               You will not offer the opinion
6    that Taxotere and Taxotere only gave Ms. Kahn
7    the best chance to survive early stage breast
8    cancer.  You're not going to offer that
9    opinion, are you?
10        A.    I think all we know is that she
11   got Taxotere, right?  If she had gotten
12   Taxol, it is probable that she would have
13   gotten as much benefit as she got from
14   Taxotere.  It's probable.
15        Q.    Okay.
16        A.    Okay.  I can't say it's
17   certain.
18        Q.    Okay.  We don't have a crystal
19   ball so we don't know if we went back and
20   substituted an other taxane regimen or a
21   non-taxane regimen whether or not she would
22   have had the same outcome, we just can't know
23   that, can we?
24        A.    That's correct.  That's pretty
25   much what I just said.