# EXHIBIT B

CLARE GUILBAULT DEPOSITION EXCERPTS

```
 1
 2              UNITED STATES DISTRICT COURT
 3              EASTERN DISTRICT OF LOUISIANA
 4   * * * * * * * * * * * * * * * * * * * * * * * *
 5   IN RE: TAXOTERE (DOCETAXEL)   MDL NO. 2740
     PRODUCTS LIABILITY
 6   LITIGATION                    SECTION "N" (5)
                                   JUDGE MILAZZO
 7
     This Document Relates to:
 8
 9   Clare Guilbault vs. Hospira   MAG. JUDGE NORTH
     Inc., et al.,
10   No. 2:16-cv-17061
     * * * * * * * * * * * * * * * * * * * * * * * *
11
12                    Deposition of
                     CLARE GUILBAULT
13
                 taken on November 4, 2020
14               commencing at 9:16 a.m.
15               via Zoom videoconference
                 with witness appearing in
16
                  New Orleans, Louisiana
17
18
19
20
21
22
23
24
25
```

Page 66

1  complications from that surgery?
2      A.   No.
3      Q.   And who was your physician with regard
4  to your hysterectomy?
5      A.   I can't remember her name.  I can see
6  her face, lovely person.  Great doctor.
7           God bless you.
8           I honestly cannot remember her name
9  right now.
10     Q.   I know we've talked about a number of
11 medications that you are on and have been on.  Have
12 you thought of any other medications that you
13 currently are taking that we haven't discussed?
14     A.   I haven't thought about that since we
15 talked.
16     Q.   Okay.
17     A.   So nothing else has popped into my head.
18     Q.   Sometimes it does, and that's why I
19 asked.
20          Have you seen a Dr. Hoffman in the past?
21     A.   He was my gynecologist until he retired,
22 and I don't know what year that was.
23          Well, I saw him probably -- he was the
24 doctor who prescribed -- was prescribing my
25 mammograms.  And I called him when I had to be --

Page 67

1  when I had a recall to go back for the mammogram.
2      Q.   Was he also the physician that was
3  prescribing your hormone replacement after
4  menopause?
5      A.   Yes.
6      Q.   Would you agree that all the medications
7  that you take have some potential side effects?
8           MR. COFFIN:  Object to the form.
9      A.   Potential?
10     Q.   Yes.
11     A.   I would say so, yeah.
12     Q.   But you take them anyway; correct?
13     A.   I think what you do is weigh the risks.
14 You balance the risk and the potential benefit.  It
15 depends on how serious the risks are.
16     Q.   And how great the benefits are; right?
17     A.   And how great the benefits are.
18     Q.   And do you also rely on your doctors to
19 help you make that determination?
20     A.   I actually read some of the side
21 effects.  My personal opinion is sometimes doctors
22 don't want to tell you the side effects because then
23 you psychologically experience them.  Not me
24 personally, but I have heard that before.  You know,
25 well, if I put it in your head, you're going to say

Page 68

1  you have it.  Not -- again, not directed to me.  But
2  I do read the side effects.
3      Q.   Do you recall what's the most serious
4  side effect you've experienced from a medication?
5      A.   Yes, it's permanent hair loss.
6      Q.   Besides that, what is the other
7  serious -- most serious side effect you remember
8  from the prescription medication?
9      A.   I don't remember any others.
10     Q.   I forgot to ask you.  Do you take any
11 herbal supplements?
12     A.   I may have at some time.  I don't -- I
13 don't think I'm taking anything like that right now.
14     Q.   Do you remember --
15     A.   Oh, biotin.  I take biotin.  Is that an
16 herbal supplement?  Biotin was recommended to me for
17 hair, skin, and nails.  And I have fingernails that
18 are like iron, but no change in my hair.
19     Q.   Okay.  We'll switch gears just a little
20 bit.
21          Are your parents deceased?
22     A.   Yes.
23     Q.   And what was your father's name?
24     A.   Sidney Louis Lemarie.
25     Q.   And when did your father pass away?

Page 69

1      A.   2009.
2      Q.   And what was his cause of death?
3      A.   Heart condition.
4      Q.   Heart attack or heart failure?
5      A.   He died in his sleep, so we're not
6  really sure.
7      Q.   And what was your mother's name?
8      A.   Belle LaRose Lemarie.
9      Q.   And when did your mother pass away?
10     A.   In 2002.
11     Q.   And what was her cause of death?
12     A.   Pulmonary fibrosis.
13     Q.   I assume your grandparents are deceased?
14     A.   Yes.
15     Q.   Do you know what your grandparents'
16 cause of death was?
17     A.   I believe both of my grandfathers were
18 heart attacks or heart disease.  And my
19 grandmothers, I don't know.  I think -- you know,
20 one lived -- they both lived into their 80s, so I
21 don't remember exactly what happened.
22     Q.   Can you take the big binder?
23     A.   This one?
24          I thought I had some big binders at
25 work.

18 (Pages 66 - 69)

Veritext Legal Solutions
212-279-9424                          www.veritext.com                          212-490-3430

Page 118

1          MR. ROTOLO:  Okay.  That's fine.
2   BY MR. ROTOLO:
3       Q.   I want to talk now about your cancer
4   diagnosis, your breast cancer diagnosis.
5       A.   Sure.
6       Q.   How was your cancer first detected?
7       A.   Through a mammogram.
8       Q.   Do you remember when that was?
9       A.   It was August of 2013, but I'll go back
10  a little bit.  I had -- well, that was probably the
11  follow-up.  I can't remember the original date of my
12  mammogram, but I was called back and I was actually
13  out of town and didn't see the letter asking me to
14  come back and that's -- yeah, so -- I may have had a
15  mammogram the end of July, is what I'm saying, and
16  then I had a follow-up in August.
17      Q.   And that was my next question.  I note
18  from your records -- and we can look at them if you
19  want them.  I'm happy to do it.  I'm just trying
20  to -- since you're giving me the dates that I think
21  are correct from your medical records.
22           You had an abnormal mammogram and then
23  they called you back to have another mammogram?
24      A.   Correct.
25      Q.   And I did note there was a time lapse

Page 119

1   between your mammogram and then your follow-up
2   mammogram, and you said you were out of town?
3       A.   Yes.
4       Q.   And where were you?  Were you on
5   vacation?
6       A.   We were visiting my husband's brother in
7   Hawaii, yes.  I was on vacation.
8       Q.   And then you had a follow-up mammogram?
9       A.   Yes.
10      Q.   And do you remember what you were told
11  after the follow-up mammogram?
12      A.   I was told that there was something
13  suspicious and I needed to have a biopsy.
14      Q.   And who did you have that discussion
15  with?  What physician?
16      A.   I don't know her name.  She was a
17  radiologist I had never met before or since.  At
18  Diagnostic Imaging.
19      Q.   And how old were you at the time that
20  you were first diagnosed?
21      A.   Well, let's see.  60, what -- I don't
22  know.  I can't do the math under pressure.
23      Q.   I was asking you because I didn't want
24  to do the math.
25      A.   Seven years ago, so I was 61.

Page 120

1       Q.   When you had your second mammogram,
2   that -- you indicated they told you you needed a
3   biopsy at that point?
4       A.   Yes.
5       Q.   Did you ask the doctor anything about
6   the process of the biopsy and what it meant?
7       A.   Did I ask the radiologist?
8       Q.   Is that the only person you spoke with
9   about the results of your mammograms, was the
10  radiologist?
11      A.   When she came into the room, I have to
12  tell you, I was floored.  You feel like a ton of
13  bricks just fell on you.  And I said:  What do I do?
14  Who do I call?  Where do --
15           You know, and she said -- they had also
16  done ultrasounds there.  So I called -- probably
17  called Dr. Hoffman when I got home.
18      Q.   And do you remember what Dr. Hoffman
19  told you?
20      A.   He -- I remember him giving me the names
21  of some surgeons that I could contact.
22      Q.   After your second mammogram and
23  ultrasound, do you recall how large they indicated
24  the tumor was?
25      A.   I don't know that they told me right

Page 121

1   away.
2       Q.   Did they tell you whether your cancer
3   had spread to the lymph nodes?
4       A.   They didn't tell me that.  You mean like
5   in the -- the radiologist immediately?
6       Q.   Yes.  From the -- I'm sorry, go ahead.
7       A.   I don't recall that she did, but I know
8   that they did ultrasounds in that area.
9       Q.   Have you ever had any genetic testing
10  related to your breast cancer?
11      A.   No.
12      Q.   Have you ever been diagnosed as having
13  gene or gene mutations that carry the increased risk
14  of breast cancer?
15      A.   No, not to my knowledge.
16      Q.   When you had your second mammogram and
17  ultrasound when you said the female radiologist came
18  in and discussed it, was anybody with you at that
19  point?
20      A.   I think the tech might have been in
21  there.  I don't know if that's the right word to
22  use.
23      Q.   Was your husband or any relative with
24  you?
25      A.   No.  No.

Page 122

1  Q. And I believe you kind of discussed
2  this, but when you were told that you may have
3  breast cancer, what was your reaction at that point?
4  A. You really feel numb, and you feel like
5  it's unreal and that you have a lot of information
6  you need to -- you're entering a whole new world.
7  Numbness is probably the first thing you feel.
8  Q. And then after the second mammogram and
9  ultrasound, did you have a biopsy?
10  A. I did.
11  Q. And where did you have your biopsy at?
12  A. At Touro Imaging. Dr. Wells performed
13  it. That was probably the very end of August, right
14  before Labor Day because I had to wait over Labor
15  Day for the results.
16  Q. That was my next question. When did you
17  get the results of the biopsy?
18  A. Probably the Tuesday after.
19  Q. And what were you told about the results
20  of the biopsy?
21  A. I was told by Dr. Rupley that it is
22  malignant. I don't know if there's something else.
23  Q. I'm just asking what you remember him
24  telling you.
25  A. That it was malignant.

Page 123

1  Q. Was that a telephone call, or were you
2  in the office?
3  A. No, my husband and I both went in.
4  Q. And who was Dr. Rupley?
5  A. He's a radiologist. I had -- I thought
6  he was going to do the biopsy, but he wasn't there
7  on Friday. And I think instead of making me wait,
8  they said Dr. Wells can do it. So, of course,
9  please. They were very, very considerate there.
10  Q. And then so you had your biopsy on a
11  Friday?
12  A. I believe it was a Friday.
13  Q. And then you said you went back to talk
14  to Dr. Rupley; correct?
15  A. Yes.
16  Q. Do you remember when you went back to
17  talk to Dr. Rupley?
18  A. I believe it was Tuesday.
19  Q. You think it was the Labor Day weekend
20  that you waited?
21  A. Yes.
22  Q. Did you get referred to Dr. Wells and
23  Dr. Rupley with regard to the biopsy?
24  A. Yes. Probably a personal referral, not
25  from Dr. Hoffman.

Page 124

1  Q. Do you know how you learned of them?
2  Who told you about them?
3  A. I have a friend whose son is a
4  radiologist, and I believe he's the one who
5  recommended that we go see Dr. Rupley.
6  Q. Let me ask you to turn to Tab 10 in your
7  binder, which we'll mark as Exhibit 10.
8      (Exhibit Number 10 was marked for
9      identification.)
10     MR. ROTOLO: That one actually worked.
11  BY MR. ROTOLO:
12  Q. You produced these materials, which
13  looks like internet research on Dr. Rupley?
14  A. Yes.
15  Q. Would this have been research that you
16  conducted before you saw him?
17  A. No. I think it was after. I think.
18  It's 9 --
19  Q. 9/4?
20  A. And Labor Day -- I don't know. I
21  don't -- I don't think I did it before. I think it
22  was after.
23  Q. Let me have you flip back to Tab 9,
24  which we'll mark as Exhibit 11.
25      (Exhibit Number 11 was marked for

Page 125

1      identification.)
2  BY MR. ROTOLO:
3  Q. And this is the report of your biopsy
4  from Touro. And let me ask you to flip, if you
5  would, to the Bates-numbered page at 0047.
6  A. Okay.
7  Q. If you look at the first little
8  paragraph under there, start of report, Addendum
9  9/3/13, Correlative Summary?
10  A. Okay.
11  Q. If you look at the last sentence in that
12  paragraph, it says: Findings were discussed with
13  patient and her husband at the time of this visit.
14  Surgical appointment scheduled with Dr. Robert
15  Norman is pending at this time with preoperative
16  breast MRI scheduled for 9:00 a.m., Monday,
17  September 29.
18      Did Dr. Rupley make an appointment with
19  you with Dr. Norman?
20  A. I don't recall.
21  Q. Do you know how you got to see
22  Dr. Stolier? Did somebody recommend Dr. Stolier to
23  you?
24  A. Dr. Hoffman. In fact, Dr. Norman was
25  one of the names that Dr. Hoffman gave me. So I may

| | |
|---|---|
| Page 134 | Page 136 |
| 1  to decide where I was going to do the chemotherapy. | 1   Q.   Let me ask you to go to Tab 15 in your |
| 2        So I chose Ochsner, and then I guess | 2   binder, which is going to be Exhibit Number 14. |
| 3   Dr. Stolier -- I don't know, but I presume | 3         (Exhibit Number 14 was marked for |
| 4   Dr. Stolier made a phone call or contacted them. | 4         identification.) |
| 5   Q.   That was my next question.  How did you | 5   BY MR. ROTOLO: |
| 6   come to see Dr. Theodossiou?  Did somebody recommend | 6   Q.   And do you see that this is a -- up at |
| 7   him specifically? | 7   the top, it's a medical record from Ochsner |
| 8   A.   No, the word Dr. Stolier used was | 8   hematology/oncology? |
| 9   Dr. Cole.  He said, oh, you can see -- Cole is at | 9   A.   Okay. |
| 10  Ochsner.  And I assume doctor -- I didn't know, but | 10  Q.   And it's dated, if you see the encounter |
| 11  when I got there or got the appointment, it was with | 11  date on the right-hand side of September 17th of |
| 12  Dr. Theodossiou. | 12  2013? |
| 13  Q.   You said you'd ask around and did some | 13  A.   Yes. |
| 14  looking at where you wanted to have your | 14        MR. COFFIN:  I'm sorry, did you say |
| 15  chemotherapy at. | 15     Tab 14? |
| 16        What other places did you consider? | 16        MR. ROTOLO:  Tab 15, which is |
| 17  A.   I considered East Jefferson. | 17     Exhibit 14. |
| 18  Q.   And why did you decide not to go to East | 18        MR. COFFIN:  Got it. |
| 19  Jefferson? | 19  BY MR. ROTOLO: |
| 20  A.   I just -- I didn't actually go look at | 20  Q.   And you see where it says:  Encounter |
| 21  it.  I looked at Ochsner and it was calming and | 21  information, initial consult?  Right at the middle |
| 22  peaceful and I thought that would be a good place to | 22  of the page at the top, right under the -- |
| 23  go. | 23  A.   Oh, solid line? |
| 24  Q.   So if I'm hearing you right, you didn't | 24  Q.   Yes. |
| 25  specifically choose Dr. Theodossiou, but that was | 25  A.   Yes. |
| Page 135 | Page 137 |
| 1   who your appointment ended up being with? | 1   Q.   And if you could turn in this medical |
| 2   A.   Correct. | 2   record to what at the bottom is Bates-numbered |
| 3        MR. ROTOLO:  Chris, this is a good | 3   Page 203. |
| 4      time if your sandwiches are here, it's a | 4        Are you there? |
| 5      good time to break. | 5   A.   Yes. |
| 6        MR. COFFIN:  Good with me. | 6   Q.   And do you see at the bottom where it |
| 7        THE VIDEOGRAPHER:  The time is | 7   says referring physician Allen Stolier, MD? |
| 8      12:40 p.m.  We're going off the record. | 8   A.   Wait, where it says what? |
| 9        (A 45-minute break was taken from | 9   Q.   At the bottom, referring physician. |
| 10       12:40 until 1:25 p.m.) | 10  A.   Oh, okay, yes. |
| 11       THE VIDEOGRAPHER:  Okay.  It is | 11  Q.   And it says reason for his referral, |
| 12       1:25 p.m., and we are back on the record. | 12  recent diagnosis of breast cancer. |
| 13  BY MR. ROTOLO: | 13  A.   Okay. |
| 14  Q.   Ms. Guilbault, before we broke for | 14  Q.   And then it goes through your history, |
| 15  lunch, we were talking about your cancer treatment, | 15  and I think a lot of this we've talked about.  Let's |
| 16  and that's where we're going to pick up. | 16  just go through it very quickly to make sure we've |
| 17       Do you remember when you first saw | 17  covered everything. |
| 18  Dr. Theodossiou? | 18       At the time you were 61 years old who |
| 19  A.   Do I remember when I first saw him?  Are | 19  had an abnormal mammogram.  Subsequent to the |
| 20  you asking me about the date? | 20  mammogram, she also felt a mass in the inferior |
| 21  Q.   Yes, I'm sorry. | 21  portion of the left breast. |
| 22  A.   Oh, no, I don't recall the exact date. | 22       Do you remember potentially feeling the |
| 23  Q.   And was it after you had your MRI and | 23  mass in your breast? |
| 24  PET scan? | 24  A.   Yes.  After the mammogram, yes. |
| 25  A.   I don't know. | 25  Q.   It says a biopsy was performed at Touro, |

Veritext Legal Solutions
212-279-9424                www.veritext.com                212-490-3430

Page 138

1  like we've talked about; correct?
2  A.  Okay.
3  Q.  And showed an infiltrating ductal
4  carcinoma that was ER strongly positive, PR strongly
5  positive, and HER2-negative.
6      Do you see that?
7  A.  Yes.
8  Q.  Did you -- did anyone explain to you the
9  meaning or significance of the ER, PR, HER2 status?
10 A.  Eventually, at some point.  I know
11 that -- yes.
12 Q.  And what is your understanding of what
13 those indicate?
14 A.  Those are hormones, estrogen receptors
15 and progesterone receptors.
16 Q.  Then it says a biopsy of the palpable
17 axillary lymph node was also performed and showed
18 metastatic carcinoma.
19      So did you understand at this point that
20 the cancer was in your lymph nodes and your breast?
21 A.  Yes.
22 Q.  And then it says:  A PET scan was
23 subsequently ordered that showed evidence of a
24 hypermetabolic mass in the anterior lateral portion
25 of the left breast and also multiple hypermetabolic

Page 139

1  left axillary lymph nodes.
2      So you had the PET scan that we talked
3  about earlier; correct?
4  A.  Yes.
5  Q.  And then it says:  In addition there was
6  a small area of the body of T12 that showed
7  increased uptake with an SUV of 6.6.  No significant
8  abnormality was identified on the CT on the T12
9  vertebral body.  However, this was felt to be highly
10 suspicious for bony metastatic disease.
11     Did you have an understanding when you
12 first saw Dr. Theodossiou that there was a chance
13 that the spot on T12 was cancer?
14 A.  Yes.
15 Q.  Then if you turn to the next page, under
16 the review of symptoms, it says:  Overall she feels
17 well.  She's upset and anxious with the recent
18 developments.
19 A.  Where is that?
20 Q.  You see under --
21 A.  Oh, yes, yes, yes.
22 Q.  Would that be an accurate description of
23 how you felt on your visit with Dr. Theodossiou,
24 that you were upset and anxious?
25 A.  Upset and anxious.

Page 140

1  I don't know about upset.  I would say
2  anxious.  I guess it's upsetting, but it's not -- to
3  me, upset sort of means something else and I wasn't
4  displaying -- I don't know.  I was anxious is what I
5  would say.
6  Q.  Okay.  Then if you can turn the page,
7  you see where this page says:  Plan?
8  A.  I guess.
9  Q.  And it says:  I had an hour long
10 discussion with Ms. Guilbault and her husband.
11 A.  Yes.
12 Q.  Do you remember having a long discussion
13 with Dr. Theodossiou?
14 A.  I did.  I think we talked about that;
15 right?
16 Q.  Right.
17     And then he goes on to say he's looked
18 at your scans.  And he says:  I have explained to
19 Mr. and Ms. Guilbault the significance of these
20 findings.  I recommend that she proceed with a
21 CT-guided biopsy of what is technically feasible.
22     And he's talking of the T12 spot?
23 A.  Yes.
24 Q.  Do you remember having a discussion
25 about the need to have a biopsy of the T12?

Page 141

1  A.  I do.
2  Q.  And do you remember if they could do
3  that or not?
4  A.  They did not at first.
5  Q.  Do you know why they didn't do it at
6  first?
7  A.  He told me it was too close to maybe the
8  aorta and that it was -- there was a high risk and
9  that actually it sounded to me like the doctor was
10 reluctant to perform that, the doctor he first
11 consulted.
12 Q.  Then if you go down to a little further
13 than that, I think the first sentence, it says:  I
14 have explained to her that if she does have bone
15 metastasis, this will not be curable stage.
16 However, she will be treated with hormonal
17 treatments and denosumab.
18 A.  Yes.
19 Q.  And do you remember that discussion that
20 you had with him if that was metastatic cancer on
21 your spine?
22 A.  Yes.
23 Q.  Do you remember what he told you about
24 that if it was cancer?
25 A.  I remember what he told me here, yes.  I

36 (Pages 138 - 141)

Page 158

1  A. Correct.
2  Q. And that's because it wasn't curable at
3  that point; correct?
4  A. Right.
5  Q. And then if you go continue on, it says:
6  However, due to the location of the suspicious
7  lesion anteriorly on the body of T12, it is not safe
8  to obtain biopsy to confirm the stage.
9      In view of the above, I think that a
10 reasonable approach would be for her to proceed with
11 neoadjuvant chemotherapy followed by resection.
12 Upon completion of her resection, we can offer
13 radiation to the T12 and hormonal therapy with
14 aromatase inhibitors.
15     Do you remember the discussion with
16 Dr. Theodossiou where he decided to give you
17 chemotherapy as reflected in this?
18 A. Yes.
19     MR. COFFIN: Object to the form.
20 BY MR. ROTOLO:
21 Q. And can you tell me what you understand
22 that he explained to you about the rationale that he
23 was choosing?
24     MR. COFFIN: Object to the form.
25 A. My understanding of what?

Page 159

1  Q. Do you understand why he decided to give
2  you chemotherapy?
3      MR. COFFIN: Object to the form.
4  A. I don't know what was happening in his
5  head, and I don't recall him saying anything
6  specific other than that this would be a good plan.
7  Q. What was your understanding of why you
8  were receiving chemotherapy?
9  A. In general? I'm sorry.
10 Q. Yes.
11 A. What was my understanding of why I was
12 receiving chemotherapy?
13 Q. Right.
14 A. To treat the cancer.
15 Q. At this visit on September 25th of 2013,
16 did Dr. Theodossiou indicate to you what
17 chemotherapy medications you were going to be
18 receiving?
19 A. I don't recall.
20 Q. At this visit on September 25th of 2015,
21 did Dr. Theodossiou explain to you the risks and
22 benefits of chemotherapy?
23 A. Not in detail.
24 Q. On the visit on September 25th of 2013
25 with Dr. Theodossiou, did Dr. Theodossiou go over

Page 160

1  the potential side effects of chemotherapy?
2  A. I don't recall that.
3  Q. Do you remember ever having a discussion
4  with Dr. Theodossiou about the risks and benefits of
5  chemotherapy?
6  A. Chemotherapy in general? No.
7  Q. Do you remember ever having a discussion
8  with Dr. Theodossiou about the risks and benefits of
9  the specific medications -- of chemotherapy
10 medications you were going to be receiving?
11 A. I do remember that the first round of
12 medicine, I was to expect nausea and temporary hair
13 loss. And at the time when that -- the nausea -- it
14 all came true.
15     And when I was ready to start the second
16 round of medicine, which he referred to as Taxotere,
17 I asked what are the side effects that I can expect?
18 And he said: Edema. And that is the only side
19 effect that I -- that he mentioned to me.
20     And I had absolutely no idea that there
21 would be permanent hair loss.
22 Q. Did you experience edema from --
23 A. Oh, yes, I did, and many, many other
24 side effects.
25 Q. Do you remember --

Page 161

1  A. Painful edema.
2  Q. I'm sorry, go ahead.
3  A. It was painful. Painful.
4  Q. With regard to your first round of
5  chemotherapy treatment, did you have a discussion
6  with him as to the risks and benefits of those
7  medications?
8  A. You know, I'm a little uncertain how to
9  answer those because sometimes we would talk -- I
10 would talk to the nurse and she would just say: How
11 are you doing?
12     I can't remember exact words in
13 conversations. I think everybody knows that chemo
14 can cause certain side effects, and you're prepared
15 for those.
16     So I don't recall specifically saying,
17 hey, am I going to be nauseated?
18     Everyone's different. Everyone reacts
19 differently.
20 Q. Did you have a discussion with any of
21 the chemotherapy nurses about the risks and benefits
22 of the chemotherapy medications you would be taking?
23 A. Yes.
24 Q. And do you remember which nurses you had
25 those discussions with?

| Page 162 | Page 164 |
|---|---|
| 1  A.  Suzanne. I think her name was Murray.<br>2  And she would tell me for instance when I started<br>3  the Taxotere, she said that sometimes people get an<br>4  immediate, like an allergic reaction and that I<br>5  should notify her immediately if that happens<br>6  because they would take some action, I suppose.<br>7       And I think she told me to take a<br>8  Claritin the day before or something like that, or<br>9  the morning of.<br>10      And then I know we had numerous<br>11 discussions that involved when your hair grows back.<br>12 Everyone, every single person I talked to, said --<br>13 my doctor even said at one point, you'll feel better<br>14 when your hair grows back.<br>15      I asked him several times when I could<br>16 expect it to grow back, and I think the first time<br>17 he said, oh, give it another month. This was after<br>18 I finish chemo.<br>19      Then sometime later I asked him again.<br>20 My hair's not growing back fully as I expected.<br>21 What can I expect? And he said try a multivitamin.<br>22      And then when I approached him again and<br>23 said multivitamin is not doing much, do you know any<br>24 other suggestions, and he said maybe you need to see<br>25 a dermatologist, which I then did. | 1  remain like this, which I did, but I had no idea<br>2  that it was permanent. You know, I thought that I<br>3  could just -- I don't know. I thought that some of<br>4  these people would be able to help me.<br>5       And I did continue to pursue it as much<br>6  as possible with the hope that at some point it<br>7  would grow back.<br>8  Q.  And we're going to walk through each one<br>9  of those very specifically, very individually, a<br>10 little while later. My focus was on before you<br>11 started chemotherapy.<br>12      Did you have a discussion with the<br>13 chemotherapy nurses about the risks and benefits of<br>14 chemotherapy and the particular medications you were<br>15 taking before you started chemotherapy?<br>16 A.  No.<br>17 Q.  Did you have a discussion with<br>18 Dr. Theodossiou or any of the chemotherapy nurses<br>19 about the risk of hair loss before you started<br>20 chemotherapy?<br>21 A.  We discussed hair loss. I don't know<br>22 that it was in a risk/benefit-type conversation. It<br>23 was: This is what happens. So it's what to expect<br>24 is what I was told. Hair loss, but it will grow<br>25 back. |

| Page 163 | Page 165 |
|---|---|
| 1       We have a history of consulting,<br>2  actually, three dermatologists and explaining that I<br>3  had hair loss and I wanted to do anything I could to<br>4  bring it back. I talked to my friend, biotin,<br>5  special shampoos.<br>6       I used Dr. Terezakis' -- I used Rogaine<br>7  unsuccessfully for a long period of time. I tried<br>8  Dr. Terezakis' -- I don't know what to call it.<br>9  She -- I don't know if it was patented, but she had<br>10 a combination of Retin-A and minoxidil, which is a<br>11 Rogaine component, probably stronger than you can<br>12 buy over the counter. So I used several bottles of<br>13 that. And they were expensive, and I saw no<br>14 significant change. No change at all, really.<br>15      So I had exhausted all -- I thought all<br>16 options. And I also asked Dr. Koppel at one point<br>17 when I went in for something else, and he right<br>18 away -- he didn't respond to anything about -- he<br>19 just said, oh, here, try -- you should call this<br>20 doctor. She specializes in that.<br>21      And I put that little piece of paper in<br>22 my purse and probably threw it out. And I had<br>23 already -- I didn't pursue that one because I didn't<br>24 expect that there would be any more help available.<br>25      And I just thought that I was going to | 1       So as far as weighing the risks and<br>2  benefits, I don't remember discussing it in that<br>3  way.<br>4  Q.  If you could get the binder with your<br>5  planners in it.<br>6  A.  The binder with my planners in it?<br>7  Q.  The one -- yes.<br>8  A.  Can I interrupt you for a second?<br>9  Q.  Sure.<br>10 A.  My husband's expecting to hear -- he's<br>11 set for 3:30. So someone -- can we give him a<br>12 better time frame or do you want him to just come<br>13 for 3:30?<br>14 Q.  Oh, I don't want him to sit here and<br>15 wait. We did it 3:30 just not knowing how long this<br>16 would take.<br>17 A.  It's 3:00?<br>18 Q.  No, it's 2:00.<br>19      MR. ROTOLO: Can we go off the record<br>20   a minute?<br>21      THE VIDEOGRAPHER: 2:04 p.m. We're<br>22   going off the record.<br>23      (A 3-minute break was taken from 2:04<br>24   until 2:07 p.m.)<br>25      THE VIDEOGRAPHER: It is 2:07 p.m. We |

Page 170

1  calendar with little squares.  So if I couldn't put
2  things in the little squares, there was another
3  section like this where you would write more in and
4  sometimes I did that.
5         So I may have written this first.  I
6  don't know which one I wrote first, but it's the
7  same thing.
8     Q.   But all of that relates to the
9  chemotherapy that you were receiving?
10    A.   Yes.
11    Q.   Okay.  Who is Robin Jackson that's
12  written there?
13    A.   Robin Jackson was Dr. Theodossiou's
14  nurse, the first nurse.  I only met with her a few
15  times.  She was either -- at the time, I think she
16  was Dr. Theodossiou's nurse, and then she became
17  what they call a nurse navigator.  And she was out
18  of his office.  So I only saw her a few times.
19         And I guess this is one of the things we
20  were talking about.  We just had a conversation
21  because this is about a trip they went to, to
22  Canada.
23    Q.   Did you have a habit of writing down
24  notes about discussions that you had with people
25  that you met so you could remember?

Page 171

1         MR. COFFIN:  Object to the form.
2     A.   Did I have a habit?  I would do it
3  occasionally.  It's not an obsessive habit.
4     Q.   I didn't -- I wasn't implying that it
5  was.
6         And then at the bottom it says:  Robin
7  said during first chemo won't need bone therapy, not
8  convinced it's bone cancer.
9     A.   Yes.
10    Q.   And do you remember them telling you
11  that during your first chemotherapy?
12    A.   Yes.  Yes.
13    Q.   Was it Robin who told you that?
14    A.   Yes.
15    Q.   Did Dr. Theodossiou ever tell you that?
16    A.   I'm sure he did.  I would think he did,
17  yes.  She came, I believe, to find me during the
18  chemo and see how I was doing.  And the bone therapy
19  was a different medicine that we had discussed, I
20  believe, related to either strengthening the bones
21  or --
22    Q.   I noticed on 3067 of your calendar where
23  you talk about the Adriamycin and Cytoxan, you don't
24  have Taxotere or docetaxel listed there.  Do you
25  know if you knew at that point that you were going

Page 172

1  to be taking that medication?
2     A.   Probably.
3     Q.   Did Dr. Theodossiou give you any handout
4  materials on chemotherapy or the chemotherapy
5  materials -- chemotherapy medications you were going
6  to be taking?
7     A.   Probably the nurse handed me, and I'm
8  sure that I turned that in, some -- a little booklet
9  with general guidelines on regimens.
10    Q.   Did you do any independent research on
11  the -- at the time, before you started taking
12  chemotherapy, did you do any independent research on
13  the medications that you were going to be taking?
14    A.   I don't recall when I -- exactly when I
15  did it.
16    Q.   Did you do research on the medications
17  that you were going to be taking?
18    A.   Yes.
19    Q.   You just don't remember when you did
20  that?
21    A.   Right.
22    Q.   Do you remember if you were specifically
23  looking for any information on the chemotherapy
24  medications you were going to be taking?
25    A.   Probably looking for side effects and

Page 173

1  how to deal with them.
2     Q.   And do you remember what your research
3  determined?  Did you find any information --
4         MR. COFFIN:  Object to the form.
5  BY MR. ROTOLO:
6     Q.   -- such as what you just said you were
7  looking for?
8     A.   I didn't find anything different.  Let's
9  see.
10        Just things like the doctor can provide
11  nausea medicine.
12    Q.   Let me ask you to turn to Tab 22 in the
13  big book, I'm sorry.  I keep going back and forth.
14  And we'll mark that as Exhibit 18.
15        (Exhibit Number 18 was marked for
16        identification.)
17    A.   22?
18    Q.   22, yes, ma'am.
19        Do you remember signing an informed
20  consent before you began your chemotherapy?
21    A.   Yes.
22    Q.   And is the document that is Exhibit 18
23  the informed consent that you signed with regard to
24  your chemotherapy treatment?
25    A.   That is my signature, and I assume it

44 (Pages 170 - 173)

Page 178
1  Q.  I noticed in some of the notations in
2  some of your planners, you wrote "chemo brain" a
3  couple of times.  Where did you -- why did you write
4  that term and where did you hear about that term?
5  A.  I don't know where I heard about it.  In
6  my mind, it was just a fogginess.
7  Q.  And did that last after you finished
8  your chemo?
9  A.  Somewhat.
10  Q.  If you could flip to the next page, it
11  appears to be the same consent form, just signed on
12  a different date of 9/27/13.
13  A.  Okay.
14  Q.  Do you know why you signed two consent
15  forms?
16  A.  I do not.
17  Q.  If you look on the second page, which is
18  Bates 421, it's the same chemotherapy form in the
19  middle where you initialed, it says:  A physician
20  provider has provided and reviewed with me written
21  information on the drugs I will receive.  I've had
22  the chance to ask any questions about the above
23  drugs and am satisfied with the information
24  provided.
25      Do you see where you initialed that?

Page 179
1  A.  No, I don't.
2  Q.  On the second form with the Bates number
3  421.
4  A.  I signed the signature.  I don't see the
5  initials.
6  Q.  You don't see the initials in this
7  little blank, right in the middle of the page?
8  A.  Oh, okay.  Yes, okay.
9  Q.  Are those your initials?
10  A.  Yes.
11  Q.  And were you satisfied at the time you
12  began chemotherapy that Dr. Theodossiou and his
13  nurses had explained to you chemotherapy and that
14  you had a chance to ask all the questions that you
15  wanted to ask?
16  A.  Yes.
17  Q.  And then the next paragraph says:  My
18  doctor and nurses have explained the treatment plan
19  in detail.  My doctor has also discussed with me
20  other methods of treating this disease and the risks
21  and benefits of treatment.  There is no guarantee
22  that this treatment will give me the same results
23  other patients have received.  If I change my mind
24  and decide to stop treatment at any time, my doctor
25  will continue to provide for my care in the future.

Page 180
1     Did you agree with that statement when
2  you signed the consent form?
3  A.  Where is that?
4  Q.  It's under -- it's the paragraph under
5  the paragraph that you initialed.
6  A.  Oh, I'm sorry.  I turned the page.
7  Q.  The consent forms are exactly the same,
8  so -- other than the date.
9     Do you see the paragraph that you
10  initialed?
11  A.  No, I must have gone ahead.
12  Q.  I'm sorry, it's Tab 22.
13  A.  Let's go back to the page.  What page?
14  Q.  It's Tab 22.
15  A.  22?
16  Q.  Yes.
17  A.  How did I get -- 21, 22.  Okay.  All
18  right, thanks.  Here I am.  The second one?
19  Q.  Yeah, look at the second one.  Under the
20  paragraph that you initialed.
21  A.  Okay.
22  Q.  I read that paragraph to you.
23  A.  Yes.
24  Q.  You can read it to yourself.
25  A.  I've had the chance to ask any

Page 181
1  questions.
2  Q.  Right.  Did you agree with that
3  paragraph when you signed this form?
4  A.  Yes.
5  Q.  Did you feel like Dr. Theodossiou had
6  taken time and explained to you all your options in
7  regard to your treatment of chemotherapy?
8      MR. COFFIN:  Object to the form.
9  A.  I don't know that he explained all the
10  options.
11  Q.  Did he answer your questions that you
12  asked --
13  A.  Yes.
14  Q.  -- to your satisfaction?
15  A.  Yes.  The limited questions that I was
16  able to ask because this is not my area, yes.
17  Q.  Did you feel rushed in making a decision
18  about whether to undertake chemotherapy?
19  A.  No.
20  Q.  Do you have any complaint about how
21  Dr. Theodossiou counseled you with regard to your
22  chemotherapy treatment?
23  A.  No.  He's the doctor.  He's the
24  professional.  You have to rely at some point.
25  Q.  And even with the multitude of side

Page 182

1  effects that were in the consent form that were
2  possible, you decided to continue on with treatment
3  by chemotherapy; correct?
4      A.   Yes.
5      Q.   And you were willing to accept these
6  side effects in the consent form in an effort to
7  beat your cancer?
8      A.   Yes.
9      Q.   What did you interpret the risk of hair
10 loss in the consent form to mean?
11     A.   That I would lose my hair and it would
12 grow back fully, as it did with every other person
13 that I knew.
14     Q.   Did you think it was possible that your
15 hair would not grow back?
16     A.   Not until I put the dots together on
17 that TV commercial.
18     Q.   Did you think it was possible that your
19 hair would not grow back in the same texture that it
20 was before?
21     A.   Yes.
22     Q.   Did you think it was possible that the
23 hair would grow back a different color than it was
24 before?
25     A.   I had heard that.

Page 183

1      Q.   Did you think it was possible that the
2  hair would grow back to a different thickness than
3  it was before?
4      A.   No.  I did not -- I was not aware that
5  that could happen.
6      Q.   And nothing in the consent form
7  indicates that hair loss would be temporary, does
8  it?
9           MR. COFFIN:  Object to the form.
10     A.   No it doesn't.  But neither does it say
11 permanent.
12     Q.   Did you attend a chemotherapy class at
13 Ochsner before you began your treatment?
14     A.   I don't believe I did.  I don't recall
15 that I did.
16     Q.   The documents that you said the nurse
17 may have given you when you started your treatment,
18 do you remember if they listed any side effects of
19 chemotherapy in them?
20     A.   I'm sure that it did.  They were very
21 general in a sense.
22     Q.   Do you remember if they talked about
23 heart damage?
24     A.   About what?
25     Q.   Heart damage.

Page 184

1      A.   Heart damage?  I don't remember right
2  now, no.
3      Q.   Do you remember if they talked about
4  neuropathy or tingling in your hands or feet?
5      A.   I think so, yeah.
6      Q.   Do you remember if they talked about low
7  blood cell counts?
8      A.   Yes.
9      Q.   Do you remember if they talked about
10 fatigue?
11     A.   Yes.
12     Q.   Do you remember if they talked about
13 hair loss?
14     A.   Yes.
15     Q.   What do you remember they said about
16 hair loss?
17     A.   Hair loss.  I probably was not expecting
18 to lose every single hair on my body.  I don't know
19 why.  I suppose I just thought it was going to be
20 the head hair.  But I still have -- my eyebrows have
21 not grown back.  My eyelashes are very, very small,
22 short, stubby.  I have very little body hair
23 anywhere.
24     Q.   Did you ever ask Dr. Theodossiou if
25 there was a chemotherapy treatment that would not

Page 185

1  cause hair loss at all?
2      A.   No.
3      Q.   Before you started chemotherapy, did you
4  ask Dr. Theodossiou or his nurse when your hair
5  would grow back?
6      A.   I don't think I asked them when.
7      Q.   Did you ask them if it would grow back
8  before you started chemotherapy?
9      A.   I didn't specifically ask them.
10     Q.   Did Dr. Theodossiou or his nurse
11 guarantee to you that your hair would grow back?
12     A.   No.  However, they did say when it grows
13 back, when it grows back.  This is what I heard over
14 and over from nurses and the doctor, when it grows
15 back.  I think a reasonable person could assume that
16 it's going -- that means it's going to grow back.
17     Q.   Did you have an expectation that your
18 hair would fully regrow and be exactly the same as
19 it was before?
20     A.   I don't know that the expectation is
21 that it would be exactly the same.  A friend, hers
22 came in very curly and she said once it started to
23 grow and she cut it, it was exactly like it was
24 before.  So it's possible I thought that.
25     Q.   Do you remember when you had your first

47 (Pages 182 - 185)

Page 186

1  chemotherapy treatment?
2    A.  Yes.
3    Q.  What date was that?
4    A.  Oh, was it the -- I don't know, it was
5  the end of September, I believe.
6    Q.  Do you have your planner open to what we
7  were just looking at, on Page 3065, which is the
8  September calendar?
9    A.  Okay.
10   Q.  Look at September 27th of 2013.
11   A.  Wait a minute.  What's going on here?
12 September.
13   Q.  I'm sorry, 3066.  Sorry, the calendars
14 are split into two pages.
15   A.  Okay.
16       27th, okay.
17   Q.  And is that the same date that you had
18 your port installed?
19   A.  Yes.
20   Q.  So you had your port installed and your
21 first chemotherapy on the same day?
22   A.  Yes.
23   Q.  Do you remember doctor -- one of the
24 chemotherapy nurses, Emily Scott?
25   A.  Yes.

Page 187

1    Q.  And what do you remember about
2  Ms. Scott?
3    A.  She was young.  She was kind.  She liked
4  the Saints.  I believe that's the only time I saw
5  her.
6    Q.  And she was on your first chemotherapy
7  session?
8    A.  Yes.
9    Q.  How many chemotherapy treatments did you
10 have?
11   A.  I believe it was 8.
12   Q.  And do you understand that you have four
13 treatments of Adriamycin and Cytoxan first?
14   A.  Yes.
15   Q.  And that you had four treatments of
16 docetaxel?
17   A.  Yes.
18   Q.  Can you tell me your experience with
19 your chemotherapy sessions?  Did you go to the same
20 place every time?
21       MR. COFFIN:  Object to the form.
22 BY MR. ROTOLO:
23   Q.  Did you have your chemotherapy infusions
24 all at the same place?
25   A.  All at Ochsner, yes.

Page 188

1    Q.  And that was at the Ochsner Cancer
2  Pavilion?
3    A.  Yes.
4    Q.  And who would go with you for your
5  chemotherapy infusions?
6    A.  My husband went to every one, and from
7  time to time people came to visit.
8    Q.  And did they allow two people to be with
9  you?
10   A.  Oh, I think I had four people one time.
11 I think we cut up a little bit.  Almost got kicked
12 out of chemo.  They brought powdered donuts.  We
13 were a mess.  Yeah.
14   Q.  What about Suzanne Murray?  Was she one
15 of your chemotherapy nurses?
16   A.  Yes.
17   Q.  And what do you remember about Suzanne
18 Murray?
19   A.  She was funny.  She was kind.
20   Q.  Did you have discussions with her about
21 any risks or side effects of chemotherapy?
22   A.  Side effects, yes.
23   Q.  And what side effects did you discuss
24 with her?
25   A.  Fatigue, nausea.  She may have -- that's

Page 189

1  mainly what I remember.  At one point I remember
2  discussing the hair growth because there was another
3  patient nearby whose hair was growing in, and, boy,
4  it was growing in, and I was looking forward to that
5  and that didn't happen to me.
6    Q.  Did you have two of your initial cycles
7  of Adriamycin and Cytoxan that had to be put off
8  because of your low blood cell count?
9    A.  I know there was one.  I didn't remember
10 two, but it's possible, likely.
11   Q.  I think you mentioned in your -- I think
12 it was your answers to interrogatories that there
13 was another chemotherapy nurse named Amanda?
14   A.  We just talk -- Amanda was the first
15 one.  I thought we just talked about her.
16   Q.  That was Emily Scott.
17   A.  Oh.  Emily.
18   Q.  Do you remember an Amanda?
19   A.  No, I don't think so.
20   Q.  Do you remember Emily Scott and Suzanne
21 Murray?
22   A.  Right.
23   Q.  Do you remember any other chemotherapy
24 nurses that you may have had an interaction with
25 while receiving your treatment?

48 (Pages 186 - 189)

Page 194

1  the cancer?
2  A.  I don't recall him stating that.  It may
3  have been implied.  Obviously if that's what he
4  chose, that's what I thought.
5      So did he actually say those words?  He
6  may have.  I don't -- I can't say that I remember
7  him saying them.
8  Q.  Did Dr. Theodossiou discuss with you
9  that he had presented your case to a cancer board at
10 Ochsner?
11 A.  Yes.
12 Q.  And what did he tell you about that?
13 A.  In my mind -- well, that was related to
14 the T12 spot.  And I think it was decided then,
15 since there's no definitive proof that it was a
16 malignancy, that we would proceed with chemotherapy,
17 surgery, and radiation.
18 Q.  In your mind, when you began
19 chemotherapy treatment, is it true that you did not
20 know whether you had Stage IV metastatic breast
21 cancer or not?
22 A.  Correct.
23 Q.  Did Dr. Theodossiou ever show you the
24 labels for the various chemotherapy medications you
25 were going to be taking?

Page 195

1      MR. COFFIN:  Object to the form.
2  A.  I do not recall seeing them.
3  Q.  Did you research and review the labels
4  of the various chemotherapy medications that you
5  were going to be taking?
6  A.  I did not.
7      (Off-record discussion.)
8      THE VIDEOGRAPHER:  It is 2:44 p.m.
9      We're going off the record.
10     (A 17-minute break was taken from 2:44
11     until 3:01 p.m.)
12     THE VIDEOGRAPHER:  It is 3:01 p.m.
13     We're back on the record.
14 BY MR. ROTOLO:
15 Q.  Ms. Guilbault, when we broke, we were
16 talking about your chemotherapy infusion sessions.
17 And do you remember the last -- what date your last
18 infusion was?
19 A.  I think it was the end of February.
20 Q.  When you completed your eight
21 chemotherapy infusion sessions at the end of
22 February, did you have any -- other than your hair,
23 did you have any other lingering side effects from
24 the chemotherapy treatment?
25 A.  I do recall that I had edema that lasted

Page 196

1  a little while longer.
2  Q.  What about the numbness and tingling in
3  your fingers?
4  A.  I don't recall when that ended.
5  Q.  What about the nails?
6  A.  The nails continued to give me problems.
7  Q.  After you finished your chemotherapy
8  sessions, what was the next step in your treatment
9  that you remember?
10 A.  Surgery.
11 Q.  Before you had surgery, were you able to
12 have a biopsy on the T12 lesion?
13 A.  Yes.
14 Q.  And what were the results as you
15 understand them of that biopsy?
16 A.  Negative.
17 Q.  Did Dr. Theodossiou explain to you
18 that -- what that spot was on T12?
19 A.  No.
20 Q.  Did you have an understanding if the T12
21 spot was ever cancerous?
22 A.  Did I have an understanding that it ever
23 was and no longer is?  No, that didn't occur to me
24 that way.  I don't -- I still don't know what it is.
25 I think they don't know what it is.

Page 197

1  Q.  Do they still monitor it?
2  A.  He monitored it for a long time.
3  Q.  And do you know why -- what was your
4  understanding of why they were continuing to monitor
5  it?
6  A.  To see if there were changes to it.
7  Q.  After you had the biopsy, you said then
8  you had surgery; correct?
9  A.  Yes.
10 Q.  And you discussed earlier about whether
11 to have a mastectomy or a lumpectomy.  Were you able
12 to have a lumpectomy?
13 A.  Yes.
14 Q.  And do you understand the reason you
15 were able to have a lumpectomy as opposed to a
16 mastectomy?
17 A.  I think it was Dr. Stolier who confirmed
18 that he felt that the tumor had been reduced and
19 that he could successfully perform a lumpectomy.
20 Q.  So your chemotherapy regimen had reduced
21 the tumor in your breast enough so you could have a
22 lumpectomy?
23 A.  And this was sometime in January when he
24 said that.  So, yes, after the first four rounds, he
25 confirmed that.

```
                                                        Page 214                                                    Page 216
 1  look at the date October 13th on the calendar.  It     1  correct?
 2  says:  Rachel cut hair and styled wig.                 2     A.  Yes.
 3     A.  Okay.                                           3     Q.  In your amended complaint, which I think
 4     Q.  Or styled wig.                                  4  you said you had reviewed prior to this deposition
 5         Who is Rachel?                                  5  today, you indicated in that amended complaint that
 6     A.  My daughter-in-law.                             6  in April of 2014 you asked your oncologist when your
 7     Q.  She's the one that's the hairstylist?           7  hair would return, and you were instructed that it
 8     A.  Yes.                                            8  would start growing out likely within a month.  Do
 9     Q.  And when you reference cut hair, what do        9  you remember that?
10  you mean by that?                                     10     A.  I think his words were more like give it
11     A.  She cut it short, to about an inch.            11  another month.
12     Q.  And when you purchased -- when you went        12     Q.  And so that discussion in April of 2014
13  to the wig store on September the 24th, did you buy   13  would have been approximately two months after you
14  one wig?                                              14  ended your chemotherapy treatment; correct?
15     A.  I think I bought two.                          15     A.  Correct.  Maybe a little bit less.
16     Q.  And those are the wigs that would be           16     Q.  Let me ask you to go -- on your
17  referred to here that Rachel styled?                  17  planners, go to Page 3 -- yes, I'm sorry, 3200,
18     A.  Yes.                                           18  which is going to be in July of 2014.
19     Q.  When you said Rachel cut your hair to          19         Can you tell me in July 2014 what your
20  about an inch, did there come a point that you lost   20  hair regrowth was?
21  all the hair on your head?                            21         MR. COFFIN:  Object to the form.
22     A.  Yes.                                           22  BY MR. ROTOLO:
23     Q.  And when did that occur?                       23     Q.  Or how long your hair was in 2014 --
24     A.  Shortly after where it says hair               24  July 2014?
25  started.  I don't know exactly when, but it must      25     A.  There was almost no growth on the top.

                                                        Page 215                                                    Page 217
 1  have been very soon after.                             1  Very, very little.  There were patches of no hair.
 2     Q.  If you would turn to -- I'm sorry, can          2  There was some fine hair here and a little hair at
 3  we turn to Page 3119 in the same planner, which is    3  the bottom in the back.
 4  going to be the note section at the end of January    4     Q.  Notation on July the 11th of 2014, it
 5  of 2014?                                               5  says:  Color hair.
 6     A.  Yes.                                            6     A.  Yes.
 7     Q.  And in January you were on your                 7     Q.  Did you color your hair at that time?
 8  docetaxel regimen; correct?                            8     A.  I do because it shows.  And it was --
 9     A.  Yes.                                            9  it's turning gray, and I wanted it to match the wig.
10     Q.  Can you look at the entry on                   10  It also says down there:  Fingernails still peeling.
11  January 29th.  It says:  No school, feels soft,       11     Q.  So you were still having some --
12  fuzzy on scalp, exclamation point, hair growing out,  12     A.  Yes.
13  question mark, question mark.                         13     Q.  -- some other issues --
14         Do you see that?                               14     A.  Yes.
15     A.  Yes.                                           15     Q.  -- with your nails?
16     Q.  Did you start having some hair growth at       16     A.  Yes.
17  that time?                                            17     Q.  When did you anticipate that your hair
18     A.  I did.                                         18  would grow back?
19     Q.  Can you tell me the hair growth that you       19     A.  I didn't have a date for it.  I was
20  had at that time?                                     20  always hopeful, which is why I pursued various
21     A.  Very, very thin.  Very soft.  Scarce.          21  concoctions, various doctors.  I had no idea.  And
22  It was not like other people's hair that I had seen   22  my doctor had no idea that this would be permanent.
23  growing out.  Sparse is a good word.                  23  You know, we had discussions.  He would have told
24     Q.  And you finished your chemotherapy             24  me.  I had no idea it was permanent.  I was hopeful.
25  regimen, you said, at the end of February 2014;      25  I just kept trying different things.  And since he
```

55 (Pages 214 - 217)