UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENTS RELATES TO:**

Loretta Anderson, Case No. 2:20-cv-03087

## ORDER

Considering the Motion for Leave to File Reply Memorandum (Doc. 12546) in Support of Motion for Judgment on the Pleadings, filed by Defendants, sanofi-aventis U.S. LLC and Sanofi US Services, Inc.;

**IT IS ORDERED** that the Motion is **GRANTED**, and that Defendants' proposed Reply Memorandum in Support of Motion for Judgment on the Pleadings is hereby entered into the Court's docket.

New Orleans, Louisiana, this 12th day of May, 2021.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE