UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Cassandra Clark-Gilbert
Case No.: 2:18-13384

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Cassandra Clark-Gilbert whose case is on a Notice of Non-Compliance to be heard by the Court on May 25, 2021. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: May 12, 2021                    BACHUS & SCHANKER, LLC

                                       By: */s/ J.Christopher Elliott*
                                       J. Christopher Elliott, Esq.
                                       Bachus & Schanker, LLC
                                       101 West Colfax Suite 650
                                       Denver, CO 80202
                                       Telephone: (303)893-8900
                                       Facsimile: (303) 893-9900
                                       Email: celliott@coloradolaw.net

                                       *Attorneys for Plaintiff*