UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: (TAXOTERE (DOCETAXEL) | * | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION "H" 5 |
| | * | JUDGE JANE T. MILAZZO |
| | * | MAG. JUDGE NORTH |

*******************************************
**THIS DOCUMENT RELATES TO**

*17-cv-4630 Joann Stringer v. Sanofi S.A., et al*
**********************************************************************

## EXPARTE MOTION TO SUBSTITUTE PLAINTIFF AND SUGGESTION OF DEATH

**COMES NOW**, the Plaintiff under Rule 25 Federal Rules of Civil Procedure and respectfully request this Court to enter an Order substituting as plaintiff, Robert Stringer, Executor of the Estate of Joann Stringer, in place of plaintiff, Joann Stringer.   As grounds for same, the plaintiff states as follows:

1. The Complaint in the above styled manner was filed May 3, 2017, prior to the death of Joann Stringer.

2. The plaintiff, Joann Stringer, died on April 6, 2018. (See Death Certificate - Exhibit A).

3. Robert Stringer was named Executor of Estate of Joann Stringer in her Statutory Will. (See Statutory Will - Exhibit B).

4. Under Rule 25 Federal Rules of Civil Procedure, the substitution of the above mentioned party is proper.

**WHEREFORE, ALL PREMISES CONSIDERED**, the plaintiff respectfully requests this Court to enter an Order substituting Robert Austin Stringer, Executor of the Estate of Joann Stringer, for the plaintiff, Joann Stringer

.

        Respectfully submitted,
        **ALLAN BERGER & ASSOCIATES, P.L.C.**

        S/ANDREW J. GEIGER
        Andrew J. Geiger (LBA NO. 32467)
        Allan Berger
        4173 Canal Street
        New Orleans, Louisiana 70119-5972
        Telephone: (504) 486-9481
        Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 13, 2021, the foregoing pleading has been filed electronically with the Clerk of Court by using the CM/ECF system which will send notification of such filing to all attorneys of records.

        S/Andrew Geiger