UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: (TAXOTERE (DOCETAXEL) | * | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION "H" 5 |
| | * | JUDGE JANE T. MILAZZO |
| | * | MAG. JUDGE NORTH |

*******************************************

**THIS DOCUMENT RELATES TO**

*17-cv-4630 Joann Stringer v. Sanofi S.A., et al*
*********************************************************************

      This came before the Court on Plaintiff Joann Stringer's Motion for Substitution of Plaintiff. Based on the files, records and proceedings herein,

      IT IS HEREBY ORDERED that Plaintiff's Motion for Substitution of Plaintiff is GRANTED, and Robert Austin Stringer on Behalf of the Estate of Joann Stringer is substituted as Plaintiff in the above referenced action.

DATE: _____

 

BY THE COURT

_____
JUDGE U. S. DISTRICT COURT