# STATE OF LOUISIANA
## CERTIFICATION OF VITAL RECORD

### CERTIFICATION OF DEATH

**BIRTH NUMBER:**  
**STATE FILE NUMBER:** 2018-012-00297

**5764223**

## DECEDENT

| Field | Value |
|---|---|
| DECEDENT'S NAME (LAST, FIRST, MIDDLE, SUFFIX) | STRINGER, JO ANN |
| DATE OF BIRTH | 01/16/1938 |
| DATE OF DEATH | 04/09/2018 |
| TIME OF DEATH | 09:00 AM |
| PLACE OF BIRTH (CITY, STATE, COUNTRY) | HUNTLAND, TN UNITED STATES |
| SEX | FEMALE |
| SOCIAL SECURITY NUMBER | |
| AGE | 80 YEARS |
| DECEDENT'S ALIAS NAME(S) | |
| RESIDENCE OF DECEDENT | 517 CROSSGATES BLVD., SLIDELL, LA 70461 UNITED STATES |
| WITHIN CITY LIMITS? | NO |
| PARISH/COUNTY | ST. TAMMANY |

## PERSONAL

| Field | Value |
|---|---|
| EVER IN U.S. ARMED FORCES? | NO |
| OCCUPATION | TEACHER |
| INDUSTRY OF OCCUPATION | EDUCATION |
| MARITAL STATUS | MARRIED |
| NAME OF SURVIVING SPOUSE | STRINGER, ROBERT |
| FATHER/PARENT NAME | ROARK, THOMAS JEFFERSON |
| FATHER/PARENT PLACE OF BIRTH | HARRISON, TN UNITED STATES |
| MOTHER/PARENT NAME | PRICE, MINNIE BELLE |
| MOTHER/PARENT PLACE OF BIRTH | SALE CREEK, TN UNITED STATES |
| INFORMANT'S NAME | STRINGER, ROBERT |
| RELATIONSHIP TO DECEDENT | HUSBAND |
| INFORMANT'S ADDRESS | 517 CROSSGATES BLVD., SLIDELL, LA 70461 UNITED STATES |
| EDUCATION | MASTER'S DEGREE (E.G. MS, MA, MENG, MED, MSW, MBA) |
| OF HISPANIC ORIGIN? | NO, NOT SPANISH/HISPANIC/LATINO |
| RACE | WHITE |

## DEATH INFO

| Field | Value |
|---|---|
| PLACE OF DEATH | DECEDENT'S HOME |
| FACILITY NAME | |
| FACILITY ADDRESS | 517 CROSSGATES BLVD., SLIDELL, LA 70461 UNITED STATES |
| PARISH/COUNTY | ST. TAMMANY |

## DISPOSITION

| Field | Value |
|---|---|
| METHOD OF DISPOSITION | BURIAL |
| PLACE OF DISPOSITION | PINE REST MEMORIAL PARK |
| PLACE OF DISPOSITION (CITY, STATE, COUNTRY) | FOLEY, AL UNITED STATES |
| DATE OF DISPOSITION | 04/11/2018 |

## FUNERAL FACILITY

| Field | Value |
|---|---|
| FUNERAL FACILITY NAME | HONAKER FUNERAL HOME |
| ADDRESS OF FUNERAL FACILITY | 1751 GAUSE BLVD. W., SLIDELL, LA 70460 UNITED STATES |
| NAME OF FUNERAL DIRECTOR | SANFORD, ERIC L |
| LICENSE NUMBER | E2445 |
| CORONER NOTIFIED? | Y |
| SIGNATURE OF FUNERAL DIRECTOR | "e-sign" |
| DATE | 4/17/2018 |

## MEDICAL INFO

| Field | Value |
|---|---|
| MANNER OF DEATH | NATURAL |
| IF FEMALE? | NOT APPLICABLE |
| DID TOBACCO USAGE CONTRIBUTE TO DEATH? | NO |

## CAUSE OF DEATH

PART I. Enter the chain of events — diseases, injuries, or complications — that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| | Cause | APPROXIMATE INTERVAL: Onset to Death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | a. CVA WITH HEMIPLEGIA | 1 YEARS |
| Sequentially list conditions, if any, leading to the cause listed on line a. | b. | |
| Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | c. | |
| | d. | |

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

| Field | Value |
|---|---|
| WAS AN AUTOPSY PERFORMED? | NO |
| FINDINGS USED IN DETERMINING CAUSE? | NOT APPLICABLE |

## INJURY INFORMATION

| PLACE OF INJURY | DATE OF INJURY | TIME OF INJURY | INJURY AT WORK | IF TRANSPORTATION INJURY, SPECIFY |
|---|---|---|---|---|
| | | | | |

| LOCATION OF INJURY | PARISH/COUNTY |
|---|---|
| | |

DESCRIBE HOW INJURY OCCURRED

## CERTIFIER

I CERTIFY THAT I ATTENDED THE DECEDENT FROM 3/2/2018 TO 4/6/2018 AND THAT DEATH OCCURRED ON THE DATE AND HOUR STATED AND DUE TO THE CAUSE(S) AND MANNER STATED.

| Field | Value |
|---|---|
| SIGNATURE OF CERTIFIER | "e-sign" |
| DATE | 4/10/2018 |
| CERTIFIER NAME | RIDDELL, TIMOTHY |
| CERTIFIER TITLE | CERTIFYING PHYSICIAN |
| CERTIFIER ADDRESS | 233 ST. ANN DR. - APT/STE 2, MANDEVILLE, LA 70471 UNITED STATES |
| BURIAL TRANSIT PERMIT | 261856 |
| PARISH OF ISSUE | ORLEANS |
| DATE OF ISSUE | 04/09/2018 |
| DATE FILED WITH REGISTRAR | 4/17/2018 |

## REGISTRAR

SIGNATURE OF REGISTRAR: DEVIN GEORGE "e-sign"

ISSUED BY: Audler, Marie L       Issued On: 4/19/2018 10:30:13 AM



PLAINTIFF'S EXHIBIT  
A  
PENGAD-Bayonne, N.J.

005764223

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF THE STATE OF LOUISIANA, PURSUANT TO LSA - R.S.40:32, ET SEQ.



DEVIN GEORGE  
STATE REGISTRAR

A REPRODUCTION OF THIS DOCUMENT IS VOID AND INVALID. DO NOT ACCEPT

