## STATUTORY WILL

UNITED STATES OF AMERICA
STATE OF LOUISIANA
PARISH OF ST. TAMMANY

BE IT KNOWN that I, GREGORY BRICE INES, a Notary Public, duly commissioned and qualified in and for the Parish of St. Tammany, State of Louisiana, have prepared the following last will and testament of JO ANN ROARK STRINGER, by her direction, she wishing to take advantage of the provisions of Sections 2442 and 2443 of Title 9 of the Louisiana Revised Statutes of 1950 as amended; said will being in the following words, to-wit:

I, JO ANN ROARK STRINGER, being of sound mind, do hereby make this my last will and testament, expressly revoking any other testament that I may have previously made.

In the event that I predecease my husband, ROBERT AUSTIN STRINGER, I give unto my daughter, REBECCA ANN STRINGER, my entire separate estate. In this same event, I also give unto my daughter an undivided one-half interest in and to the remainder of my property which consists of my interest in the community. The other half of my community property, I give in full ownership unto my husband, ROBERT AUSTIN STRINGER.

In this same event, I name, constitute and appoint ROBERT AUSTIN STRINGER as executor of this my last will and testament; said appointment made with full seizen and without bond.

In this same event, I name, constitute and appoint MILDRED R. SNEED as tutor of the estate of my child. If she is unable to serve, I then name, constitute and appoint DR. AND MRS. CHARLES H. BEAL.

In the event that I am the last to die of my marriage to ROBERT AUSTIN STRINGER, I give and bequeath my entire estate, such as it may exist, unto my daughter, REBECCA ANN STRINGER. If she is yet a minor, I name, constitute and appoint MILDRED R. SNEED, or alternatively DR. AND MRS. CHARLES H. BEAL, as tutor of the person and estate of my daughter.

PLAINTIFF'S EXHIBIT B

In this same event, I name, constitute and appoint MILDRED R. SNEED or alternatively DR. AND MRS. CHARLES H. BEAL, as executrix/executor of this my last will and testament; said appointment made with full seizen and without bond.

In Testimony Whereof, the said JO ANN ROARK STRINGER signs with me, Notary, and with the undersigned competent witnesses in the presence of each other on this the 2nd day of October, One Thousand Nine Hundred and Eighty four.

_____
JO ANN ROARK STRINGER

WITNESSES:

_____
GWEN T. BRADY

_____
DENISE G. AUDIBERT

_____
GREGORY BRICE JONES, NOTARY PUBLIC

Signed on each page and declared by the Testatrix above named in our presence to be her last will and testament, and in the presence of the Testatrix and each other we have hereunto subscribed our names on this the 2nd day of October, One Thousand Nine Hundred and Eighty-four.

_____
JO ANN ROARK STRINGER

WITNESSES:

_____
GWEN T. BRADY

_____
DENISE G. AUDIBERT