# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Antoinette M. Moor-Miller V. Sanofi US Services Inc., et al.* Civil Action No.: 2:20-cv-03326 | JUDGE MILAZZO MAG. JUDGE NORTH |

## MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT IN CASE NO. 2:20-cv-03326

Plaintiff Antoinette M. Moor-Miller, by and through counsel, files this Motion to Amend to Correct the Caption, and in support would the Court as follows:

Due to a scrivener's error, Plaintiff's Short Form Complaint was filed on December 04, 2020, with the misnomer Antoinette M. Moore-Miller. Plaintiff's correct name in civil action number 2:20-cv-03326 from Antoinette M. Moor-Miller to Antoinette Moore-Milton.

Pursuant to Local Rule 7.6 and Pretrial Order No. 37A, Plaintiff has conferred with defense counsel and there is no opposition to this motion.

As a result, Plaintiff respectfully requests that this Court grant appropriate relief and order that the clerk amend the plaintiff's name in civil action number 2:20-cv-03326 from Antoinette M. Moor-Miller to Antoinette Moore-Milton.

Dated: May 13, 2021

Respectfully submitted,

By: */s/ Patrick A. Luff*
Patrick A. Luff
Texas Bar No. 24092728
pluff@fnlawfirm.com
**FEARS NACHAWATI, PLLC**
5473 Blair Road

Dallas, Texas 75231  
Tel. (214) 890-0711  
Fax (214) 890-0712  

**ATTORNEYS FOR PLAINTIFF ANTOINETTE MOORE-MILTON**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed and served on May 13, 2021, via the CM/ECF system, which will send notification of such filing to all attorneys of record.

/s/ Patrick A. Luff  
PATRICK A. LUFF