UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | HON. JUDGE JANE T. MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*Mary Alston v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al.*<br><br>Case No. 2:18-cv-12283 | NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS EXCEPT ACCORD HEALTHCARE, INC. |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named Defendants in this matter **except** Accord Healthcare, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining Defendant Accord Healthcare, Inc. is not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 14th day of May, 2021

                                                Respectfully submitted,

                                                 */s/ Ryan J Browne*
                                                Ryan J Browne
                                                Texas State Bar No. 00796262
                                                Spencer P. Browne
                                                Texas State Bar No. 24040589
                                                **REYES | BROWNE | REILLEY**
                                                8200 Douglas Avenue, Suite 400
                                                Dallas, Texas 75225
                                                (214) 526-7900 (Phone)
                                                (214) 526-7910 (Fax)
                                                ryan@reyeslaw.com

spencer@reyeslaw.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2021, I electronically filed this document with the Clerk of the Court using the CM/ECF system in accordance with Federal and Local Rules, which will send notification of such electronic filing to all counsel of record who are CM/ECF participants.

Dated May 14, 2021                    　　　　　　　　　　　　　　　 　 */s/ Ryan J Browne*
                                                                   Ryan J Browne