UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**In Re: TAXOTERE (DOCETAXEL)**      **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

     **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO**

**Plaintiff Name: Ann Townes**
**Case No.: 2:19-cv-02478**

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Ann Townes whose case is on a Notice of Non-Compliance to be heard by the Court on May 25, 2021. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: May 14, 2021      */s/ Jade M. Ruiz*
     Jade M. Ruiz
     Johnson Law Group
     2925 Richmond Avenue
     Suite 1700
     Houston, TX 77098
     713-626-9336
     jader@johnsonlawgroup.com