UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Deborah Humphrey**
**Case No.: 2:19-cv-02489**

## STATEMENT OF PLAINTIFF'S COUNSEL

    I represent Deborah Humphrey whose case is on a Notice of Non-Compliance to be heard by the Court on May 25, 2021. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

    The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: May 14, 2021             */s/ Jade M. Ruiz*
                                           Jade M. Ruiz
                                           Johnson Law Group
                                           2925 Richmond Avenue
                                           Suite 1700
                                           Houston, TX 77098
                                           713-626-9336
                                           jader@johnsonlawgroup.com