UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| This document relates to all cases ) | |
| ) | |

## ORDER

On February 19, 2021, the Court ordered certain plaintiffs to comply with their obligations in this litigation. The Court has been advised that Plaintiff Romelia Nesbitt, 2:18-cv-5419, has failed to do so within the time frame set by the Court.

Accordingly, **IT IS ORDERED** that Plaintiff Nesbitt's case is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 14th day of May, 2021.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE