**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: "H" (5) |
| | ) | |
| This document relates to: | ) | |
| Melissa Roach, 17-7918 | ) | |

## ORDER

Before the Court is a Motion for Summary Judgment Based on the Statute of Limitations as to the Claims of Plaintiff Melissa Roach (Doc. 12198);

**IT IS ORDERED** that the Motion is **GRANTED**, with written reasons to follow. Plaintiff Melissa Roach's case is **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment on Warnings Causation as to the Claims of Plaintiff Melissa Roach (Doc. 12197) is **DISMISSED AS MOOT**.

New Orleans, Louisiana, this 14th day of May, 2021.

**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**