UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Lori Markley v. Sanofi-Aventis US LLC, et al.,<br>Civil Action No. 2:17-cv-15950 | MDL No. 2740<br><br>SECTION: "N" (5)<br><br>JUDGE JANE TRICHE MILAZZO<br><br>MAG. JUDGE MICHAEL B. NORTH |

### PLAINTIFF'S MOTION TO WITHDRAW HER MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

Plaintiff, Lori Markley, by and through the undersigned Counsel of Record respectfully moves the Court to withdraw Plaintiff's First Motion for Leave to File Amended Short Form Complaint [Doc. 12599], that was filed today, May 14, 2021.

Following the submission of Plaintiff's First Motion for Leave to File Amended Short Form Complaint, the parties discovered that Exhibit A to the Motion included specific allegations, which had been previously opposed by the Sanofi Defendants. A corrected Motion for Leave to File Amended Short Form complaint will be filed to replace the one that was inadvertently filed in this matter.

Dated: May 14, 2021

Respectfully submitted,

/s/ Leslie LaMacchia
Leslie LaMacchia
**PULASKI KHERKHER, PLLC**
2925 Richmond, Suite 1725
Houston, TX 77098
Tel: (713) 664-4555
Fax: (713) 664-7543
llamacchia@pulaskilawfirm.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 14, 2021 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

      Respectfully submitted,

**PULASKI KHERKHER, PLLC**
*/s/ Leslie LaMacchia*
Leslie LaMacchia
2925 Richmond, Suite 1725
Houston, TX 77098
Tel: (713) 664-4555
Fax: (713) 664-7543
llamacchia@pulaskilawfirm.com

*Attorneys for Plaintiff*