# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2740 |
| | : | SECTION: "N" (5) |
| THIS DOCUMENT RELATES TO: Lori Markley v. Sanofi-Aventis US LLC, et al., Civil Action No. 2:17-cv-15950 | : : : : | JUDGE JANE TRICHE MILAZZO |
| | | MAG. JUDGE MICHAEL B. NORTH |

## ORDER

Before the Court is Plaintiff's Motion to Withdraw Plaintiff's Motion for Leave to File Amended Short Form Complaint. **IT IS ORDERED** that the Motion is **GRANTED**, and that Plaintiff's First Unopposed Motion for Leave to File Amended Short Form Complaint [Doc. 12599], is hereby withdrawn.

Signed this _____ day of _____ 2021.

_____
Honorable Jane T. Milazzo
U.S. District Judge