**BEFORE THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| *Jackie Leininger et al. vs. Sanofi US Services Inc. et al.* Case No. 2:17-cv-13054 | |

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby

informs this Court of the death of Plaintiff Jackie Leininger on January 6, 2020.

Dated: May 14, 2021                    Respectfully submitted,

                                       GOMEZ TRIAL ATTORNEYS

                                        */s/Lindsay R. Stevens*
                                       John H. Gomez (CA Bar # 171485) T.A.
                                       Lindsay R. Stevens (CA Bar # 256811)
                                       655 West Broadway, Suite 1700
                                       San Diego, California 92101
                                       Telephone: (619) 237-3490
                                       Facsimile: (619) 237-3496
                                       *john@thegomezfirm.com*
                                       *lstevens@thegomezfirm.com*

                                       *Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

<u>*/s/ Lindsay R. Stevens*</u>
Lindsay R. Stevens (CA Bar # 256811)
GOMEZ TRIAL ATTORNEYS
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
lstevens@thegomezfirm.com

1