**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT Sanofi U.S. Services, Inc.; Sanofi-Aventis U.S., LLC** |
| THIS DOCUMENT RELATES TO:<br><br>Peggy L. Dupas vs Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al. | Civil Action Number 2:18-cv-03699 |

  Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi U.S. Services, Inc.; Sanofi-Aventis U.S., LLC, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 15th day of May, 2021.

                /s/Richard L. Root
                Betsy J. Barnes (LA Bar # 19473)
                Richard L. Root (LA Bar #19988)
                Morris Bart, LLC
                601 Poydras Street, 24th Floor
                New Orleans, LA 70130
                Telephone: 504-525-8000
                Facsimile: 504- 599- 3392
                bbarnes@morrisbart.com
                rroot@morrisbart.com

CERTIFICATE OF SERVICE

      I hereby certify that on May, 15th of 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: May, 15th of 2021                          /s/Richard L. Root