UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: (TAXOTERE (DOCETAXEL) | * | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION "H" 5 |
| | * | JUDGE JANE T. MILAZZO |
| | * | MAG. JUDGE NORTH |

******************************************
**THIS DOCUMENT RELATES TO**

17-cv-4630 Joann Stringer v. Sanofi S.A., et al.
**********************************************************************

## ORDER

Before the Court is Plaintiff Joann Stringer's Motion for Substitution of Plaintiff (Doc. 12592);

**IT IS ORDERED** that Plaintiff's Motion for Substitution of Plaintiff is **GRANTED**, and Robert Austin Stringer on Behalf of the Estate of Joann Stringer is substituted as Plaintiff in the above-referenced action.

New Orleans, Louisiana, this 17th day of May, 2021.

_____
JUDGE U.S. DISTRICT COURT