UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "H" (5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : | HON. JANE TRICHE MILAZZO |
| | : | MAG. JUDGE MICHAEL NORTH |
| *Lori Markley v. Sanofi-Aventis U.S. LLC, et al.*, | : | |
| | : | |
| | | Civil Action No.: 2:17-cv-15950 |
| | : | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File an Amended Complaint (Doc. 12599);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 17th day of May, 2021.

_____
Hon. Jane Triche Milazzo