UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

MDL NO. 16-2740

*This document relates to:*
Clare Guilbault, Case No. 2:16-cv-17061

# MOTION FOR LEAVE TO FILE HOSPIRA'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT BASED ON THE LEARNED INTERMEDIARY DOCTRINE

Defendants Hospira, Inc. and Hospira Worldwide, LLC (collectively "Hospira") hereby respectfully request leave to file the attached Reply in Support of Hospira's Motion for Summary Judgment Based on Learned Intermediary Doctrine (*See* ECF No. 12538). This Reply will further assist the Court in evaluating Hospira's Motion by providing additional facts and law and responding to the issues raised in Plaintiff's Opposition.

In Case Management Order 14(I) (ECF No. 12283), the Court entered its amended trial schedule permitting Hospira to file this Reply in connection with its Motion for Summary Judgment. On May 6, 2021, the parties agreed that Hospira would file this Reply by May 18, 2021.

WHEREFORE, Hospira respectfully requests that this Court grant leave to file the attached Reply in Support of Hospira's Motion for Summary Judgment Based on the Learned Intermediary Doctrine.

Dated: May 18, 2021                                  Respectfully submitted,

/s/ Heidi K. Hubbard
Heidi K. Hubbard
Richmond T. Moore
Neelum J. Wadhwani
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901
Phone: (202) 434-5000
Fax: (202) 434-5029
hhubbard@wc.com

John F. Olinde (Bar No. 1515)
Peter J. Rotolo (Bar No. 21848)
**CHAFFE MCCALL LLP**
1100 Poydras Street New Orleans, LA 70163
Phone: (504) 858-7000
Fax: (504) 585-7075
olinde@chaffe.com

*Counsel for Defendants Hospira, Inc., and Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on May 18, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

*/s/ Heidi K. Hubbard*