UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Connie Oaks
**Case No.:** 2:19-cv-2296

# DECLARATION

I, Alexandra W. Robertson, Esq., have attempted to reach my client, Connie Oaks on the following dates:

2/25/2021, 3/26/2021, 3/31/2021, 4/1/2021, 4/7/2021, 4/26/2021, 5/5/2021, 5/17/2021, and 5/18/2021

by (check all that apply) __X__ telephone, __X__ e-mail, ____ text message, __X__ social media, __X__ U.S. Mail, __X__ Certified Mail, __X__, other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/Alexandra W. Robertson
Alexandra W. Robertson, Esq.
JOHNSON BECKER, PLLC
444 Cedar Street, Suite 1800
Saint Paul, MN 55101
612-436-1886
arobertson@johnsonbecker.com

**CERTIFICATE OF SERVICE**

I certify that on May 18, 2021, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/Alexandra W. Robertson
Alexandra W. Robertson