UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
Wanda Stewart, Case No. 2:17-cv-10817

## NOTICE OF APPEAL

Plaintiff, Wanda Stewart, hereby gives notice of her appeal to the United States Court of Appeals for the Fifth Circuit from the Judgment (Doc. 12496, entered April 19, 2021) and all opinions and orders that merge therein of the Honorable Jane Triche Milazzo, District Judge for the Eastern District of Louisiana, dismissing Plaintiff's claims in their entirety. This final judgment dismissed Plaintiff's claims in their entirety, pursuant to the Court's Order and Reasons of April 19, 2021 (Doc. 12494).

Dated: May 18, 2021　　　　　　　　　　　　Respectfully submitted,

*/s/ Andrew J. Geiger, Esq.*　　　　　　　　　*/s/ Brian King*
Andrew J. Geiger, Esq.　　　　　　　　　　　Brian King
Allen Berger, Esq.　　　　　　　　　　　　　Jason F. Giles
Allan Berger & Associates, PLC　　　　　　　2912 Canal Street, 2nd Floor
4173 Canal Street　　　　　　　　　　　　　New Orleans, LA 70119
New Orleans, LA 70119　　　　　　　　　　504-909-5464
Office Phone: (504) 526-2222　　　　　　　　bking@kinginjuryfirm.com
Fax: (504) 483-8130　　　　　　　　　　　　jgiles@kinginjuryfirm.com
ageiger@bergerlawnola.com　　　　　　　　*Attorneys for Plaintiff*
aberger@bergerlawnola.com
*Attorneys for Plaintiff*


## FOR THE PLAINTIFFS' STEERING COMMITTEE

*/s/ Christopher L. Coffin*　　　　　　　　　*/s/ Karen B. Menzies*
Christopher L. Coffin (#27902)　　　　　　　Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.　　　GIBBS LAW GROUP LLP
1100 Poydras Street, Suite 2505　　　　　　　6701 Center Drive West, Suite 1400

<table>
<tr><td>

New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

*Plaintiffs' Co-Lead Counsel*

/s/M. Palmer Lambert
M. Palmer Lambert (#33228)
GAINSBURGH BENJAMIN DAVID
MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304
Fax: 504-528-9973
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

</td><td>

Los Angeles, California 90045
Telephone: 510-350-9700
Facsimile: 510-350-9701
kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*

/s/Dawn M. Barrios
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

</td></tr>
</table>

## PLAINTIFFS' STEERING COMMITTEE

<table>
<tr><td>

Anne Andrews
Andrews & Thornton
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Phone: (800) 664-1734
aa@andrewsthornton.com


J. Kyle Bachus
Bachus & Schanker, LLC
101 W Colfax Ave, Suite 650
Denver, CO 80202
Phone: (303) 222-2222
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net


Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

</td><td>

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com


Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, CA 90045 Phone:
510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com


David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

</td></tr>
</table>

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

John Gomez
The Gomez Law Firm, PLLC
655 West Broadway, Suite 1700
San Diego, CA 92101
Phone: (619) 237.3490
Fax: 619.237.3496.
john@thegomezfirm.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, FL 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904 15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104

Andre M. Mura
Gibbs Law Group LLP
505 14th Street Suite 1110
Oakland, CA 94612
Phone: (510) 350-9717
Fax: (510) 350-9701
amm@classlawgroup.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Jessica Perez Reynolds
Pendley, Baudin & Coffin
P.O. Drawer 71
24110 Eden Street
Plaquemine, LA 70765
Phone: (225) 687-6396
Fax: (225) 687-6398
jperez@pbclawfirm.com

Darin L. Schanker
Bachus Schanker
101 W Colfax Ave, Suite 650
Denver, CO 80202
Phone: (303) 222-2222
Fax: (303) 893-9900
dls@coloradolaw.net

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Zachary Wool
Barrios Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650

| | |
|---|---|
| Oklahoma City, OK 73120 | New Orleans, LA 70139 |
| Phone: (405) 607-8757 | Phone: (504) 524-3300 |
| Fax: (405) 607-8749 | Fax: (504) 524-3313 |
| dmarkoff@atkinsandmarkoff.com | zwool@bkc-law.com |

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ *Andrew J. Geiger*
ANDREW J. GEIGER