UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                                   SECTION "H" (5)

**THIS DOCUMENTS RELATES TO:**

Elizabeth Kahn, Case No. 2:16-cv-17039.

## ORDER

Considering the Motion for Leave to File Reply Memorandum in Support of Motion for Reconsideration on Warnings Causation, filed by Defendants, sanofi-aventis U.S. LLC and Sanofi US Services, Inc.;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that Defendants' proposed Reply Memorandum in Support of Motion for Reconsideration on Warnings Causation is hereby entered into the Court's docket.

                                       _____
                                       HON. JANE TRICHE MILAZZO
                                       UNITED STATES DISTRICT COURT JUDGE