UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name:  Linda Cook
Case No.:  2:20-cv-03063

## DECLARATION

I, Patrick A. Luff (Attorney's Name), have attempted to reach my client, Linda Cook on the following dates: 12/01/2020, 12/17/2020, 01/06/2021, 03/24/2021 and 05/13/2021

by (check all that apply) ☒ telephone, ☐ e-mail, ☒ text message, ☐ social media, ☐ U.S. Mail, ☐ Certified Mail, ☐ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Respectfully submitted,

By: /s/ Patrick A. Luff
Patrick A. Luff
Texas Bar No. 24092728
pluff@fnlawfirm.com
**FEARS NACHAWATI, PLLC**
5473 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712