UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

         SECTION "H" (5)

**THIS DOCUMENT RELATES TO**

**Plaintiff Name:** Tina Gumbs
**Case No.:** 2:18-cv-09024

# DECLARATION

I, Patrick A. Luff (Attorney's Name), have attempted to reach my client, Tina Gumbs on the following dates: 3/30/2021, 04/16/2021, 04/20/2021, 05/13/2021, 05/18/2021

by (check all that apply) ☒ telephone, ☒ e-mail, ☒ text message, ☐ social media, ☐ U.S. Mail, ☐ Certified Mail, ☒ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Respectfully submitted,

By: */s/ Patrick A. Luff*
Patrick A. Luff
Texas Bar No. 24092728
pluff@fnlawfirm.com
**FEARS NACHAWATI, PLLC**
5473 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712