UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| **This document relates to:** ) | |
| Antoinette M. Moor-Miller, 20-3326 ) | |

# ORDER

Before the Court is an Unopposed Motion to Amend (Doc. 12593);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 19th day of May, 2021.

_____
**HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**