UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                        MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENTS RELATES TO:**

Elizabeth Kahn, Case No. 2:16-cv-17039.

## ORDER

Considering the Motion for Leave to File Reply Memorandum in Support of Motion for Reconsideration Based on the Statute of Limitations, filed by Defendants, sanofi-aventis U.S. LLC and Sanofi US Services, Inc.;

**IT IS ORDERED** that the Motion is **GRANTED**, and that Defendants' proposed Reply Memorandum in Support of Motion for Reconsideration Based on the Statute of Limitations is hereby entered into the Court's docket.

New Orleans, Louisiana, this 19th day of May, 2021.

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE