# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>IRASEMA ARVIZU,<br><br>        Plaintiff(s),<br><br>v.<br><br>SANOFI U.S. SERVICES INC., *et. al.*<br><br>        Defendant(s). | MDL NO. 2740<br><br>SECTION "H" (5)<br>**JUDGE JANE TRICHE MILAZZO**<br>**MAG. JUDGE MICHAEL B. NORTH**<br><br><br>Civil Action No. 2:19-cv-02249 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Meghan Hennessy, of the firm MARC J. BERN & PARTNERS LLP, hereby enters her appearance in the above-captioned matter as counsel for the Plaintiff, IRASEMA ARVIZU, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

Dated: May 20, 2021
                                                Respectfully submitted,

                                                /s/ Meghan Hennessy
                                                Meghan Hennessy
                                                MARC J. BERN & PARTNERS LLP
                                                One Grand Central Place
                                                60 East 42nd Street, Suite 950
                                                New York, NY 10165
                                                Tel: (212) 702-5000
                                                Fax: (212) 818-0164
                                                mhennessy@bernllp.com

                                                *Attorneys for Plaintiff(s)*

## CERTIFICATION OF SERVICE

I hereby certify that on May 20, 2021, a copy of the foregoing NOTICE OF APPEARANCE was filed electronically in the above-referenced matter. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Meghan Hennessy
Meghan Hennessy
MARC J. BERN & PARTNERS LLP
One Grand Central Place
60 East 42nd Street, Suite 950
New York, NY 10165
Tel: (212) 702-5000
Fax: (212) 818-0164
mhennessy@bernllp.com