UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: **MICHELLE BARBEAULD**
Case No.: **2:17-cv-13268**

# DECLARATION

I, JOHN COWART, have attempted to reach my client, MICHELLE BARBEAULD on the following dates: April 9, 2021, April 12, 2021, April 13, 2021 April 14, 2021, and April 26, 2021 by (check all that apply) __X__ telephone, __X__ e-mail, ____ text message, ____ social media, ____ U.S. Mail, ____ Certified Mail, __X__ other (Priority Mail), and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_____
JOHN COWART
SHAW COWART, LLP
1609 SHOAL CREEK BLVD., STE. 100, AUSTIN, TEXAS 78701
TEL: 512-499-8900 / FAX: 512-320-8906
JCOWART@SHAWCOWART.COM