UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: KAREN HARE**
**Case No.: 2:17-cv-10977**

## DECLARATION

I, JOHN COWART, have attempted to reach my client, KAREN HARE on the following dates: April 28, 2021 by (check all that apply) __X__ telephone, __X__ e-mail, ____ text message, ____ social media, ____ U.S. Mail, ____ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_____
ETHAN SHAW
SHAW COWART, LLP
1609 SHOAL CREEK BLVD., STE. 100, AUSTIN, TEXAS 78701
TEL: 512-499-8900 / FAX: 512-320-8906
ELSHAW@SHAWCOWART.COM