UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** **LYNDA M. BRUNNER**
**Case No.:** **2:17-cv-14149**

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Lynda M. Brunner whose case is on a Notice of Non-Compliance to be heard by the Court in May 2021. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: May 20, 2021                           /s/ Ethan L. Shaw
                                              ETHAN L. SHAW
                                              Shaw Cowart, L.L.P.
                                              1609 Shoal Creek Blvd., Suite 100
                                              Austin, Texas 78701
                                              T: 512.499.8900 / F: 512.320.8906
                                              elshaw@shawcowart.com