UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO

**Plaintiff Name:** TASHICA DANZY
**Case No.:** 2:17-cv-14484

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Tashica Danzy whose case is on a Notice of Non-Compliance to be heard by the Court in May 2021. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: May 20, 2021

/s/ Ethan L. Shaw
ETHAN L. SHAW
Shaw Cowart, L.L.P.
1609 Shoal Creek Blvd., Suite 100
Austin, Texas 78701
T: 512.499.8900 / F: 512.320.8906
elshaw@shawcowart.com