UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: **DEBORA J. YARUSITES**
Case No.: **2:18-cv-12089**

## STATEMENT OF PLAINTIFF'S COUNSEL

    I represent Debora J. Yarusites whose case is on a Notice of Non-Compliance to be heard by the Court in May 2021. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

    The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: May 20, 2021      /s/ *Ethan L. Shaw*
     ETHAN L. SHAW
     Shaw Cowart, L.L.P.
     1609 Shoal Creek Blvd., Suite 100
     Austin, Texas 78701
     T: 512.499.8900 / F: 512.320.8906
     elshaw@shawcowart.com