UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

        SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Ramona Niezgoda**
**Case No.: 2:18-cv-13371**

## DECLARATION

I, Jennifer Nolte, have attempted to reach my client, Ramona Niezgoda, on the following dates: 04/09/2021, 04/12/2021, 04/13/2021, 04/14/2021, 04/15/2021, 05/12/2021, and 05/19/2021 by (check all that apply) _X_ telephone, _X_ e-mail, ____ text message, _X_ social media, _X_ U.S. Mail, ____ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

        **ALLEN & NOLTE, PLLC**

        /s/ Jennifer Nolte
        John H. "Trey" Allen, III
        trey@allennolte.com
        Jennifer Nolte
        jnolte@allennolte.com
        5445 La Sierra Drive, Suite 350
        Dallas, Texas 75231
        Tel: (214) 521-2300
        Fax: (214) 452-5637
        *Attorneys for Plaintiff*