# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>JANELLE HAMILTON and DAVID HAMILTON,<br><br>　　　　　Plaintiff(s),<br><br>v.<br><br>SANOFI US SERVICES INC., et al.,<br><br>　　　　　Defendant(s). | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL B. NORTH<br><br>Civil Action No. 2:18-cv-02529 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Meghan Hennessy, of the firm MARC J. BERN & PARTNERS LLP, hereby enters her appearance in the above-captioned matter as counsel for the Plaintiffs, JANELLE HAMILTON and DAVID HAMILTON, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

Dated: May 21, 2021　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Meghan Hennessy
　　　　　　　　　　　　　　　　　　　Meghan Hennessy
　　　　　　　　　　　　　　　　　　　MARC J. BERN & PARTNERS LLP
　　　　　　　　　　　　　　　　　　　One Grand Central Place
　　　　　　　　　　　　　　　　　　　60 East 42nd Street, Suite 950
　　　　　　　　　　　　　　　　　　　New York, NY 10165
　　　　　　　　　　　　　　　　　　　Tel: (212) 702-5000
　　　　　　　　　　　　　　　　　　　Fax: (212) 818-0164
　　　　　　　　　　　　　　　　　　　mhennessy@bernllp.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff(s)*

**CERTIFICATION OF SERVICE**

I hereby certify that on May 21, 2021, a copy of the foregoing NOTICE OF APPEARANCE was filed electronically in the above-referenced matter. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                              */s/ Meghan Hennessy*
                                              Meghan Hennessy
                                              MARC J. BERN & PARTNERS LLP
                                              One Grand Central Place
                                              60 East 42nd Street, Suite 950
                                              New York, NY 10165
                                              Tel: (212) 702-5000
                                              Fax: (212) 818-0164
                                              mhennessy@bernllp.com