# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "H" (5)<br>JUDGE JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL B. NORTH |
| RUTHIE L. LEVERSON, | |
| Plaintiff(s), | Civil Action No. 2:17-cv-12199 |
| v. | |
| SANOFI S.A., et al., | |
| Defendant(s). | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Meghan Hennessy, of the firm MARC J. BERN & PARTNERS LLP, hereby enters her appearance in the above-captioned matter as counsel for the Plaintiff, RUTHIE L. LEVERSON, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

Dated: May 21, 2021

Respectfully submitted,

/s/ Meghan Hennessy
Meghan Hennessy
MARC J. BERN & PARTNERS LLP
One Grand Central Place
60 East 42nd Street, Suite 950
New York, NY 10165
Tel: (212) 702-5000
Fax: (212) 818-0164
mhennessy@bernllp.com

*Attorneys for Plaintiff(s)*

**CERTIFICATION OF SERVICE**

I hereby certify that on May 21, 2021, a copy of the foregoing NOTICE OF APPEARANCE was filed electronically in the above-referenced matter. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Meghan Hennessy*
Meghan Hennessy
MARC J. BERN & PARTNERS LLP
One Grand Central Place
60 East 42nd Street, Suite 950
New York, NY 10165
Tel: (212) 702-5000
Fax: (212) 818-0164
mhennessy@bernllp.com