# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) MDL NO. 2740 ) |
| | ) SECTION "H" (5) |
| | ) JUDGE TRICHE MILAZZO |
| DEBRA BENAVENTE, | ) MAG. JUDGE NORTH |
| | ) |
| Plaintiff, | ) NOTICE OF PARTIAL DISMISSAL |
| | ) WITH PREJUDICE AS TO ALL |
| v. | ) EXCEPT SANDOZ, INC. |
| | ) |
| SANOFI U.S. S.A. ET. AL. | ) Civil Action No.: 2:21-cv-64 |
| | ) |
| Defendants. | ) |

## NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sandoz, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Respectfully Submitted,

/s/ Magdalena F. Gonzalez

**Magdalena F. Gonzalez**
Gardi & Haught, Ltd.
939 N. Plum Grove Rd., Suite C
Schaumburg, IL 60173
(847) 944-9400
mgonzalez@gardilaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 21, 2021 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

      DATED: May 21, 2021

                                                 /s/ Magdalena F. Gonzalez