UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO

**Plaintiff Name: Deborah Moreno**
**Case No.: 2:18-cv-06270**

## DECLARATION

I, Trevor B. Rockstad, have attempted to reach my client, Deborah Moreno, on the following dates: March 19, 2021; April 12, 2021; May 14, 2021; May 17, 2021; and May 18, 2021, by X telephone, X e-mail, and X U.S. Mail, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Trevor B. Rockstad
Trevor B. Rockstad
Davis & Crump, P.C.
2601 14th Street
Gulfport, MS 39501
228-863-6000
trevor.rockstad@daviscrump.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: May 21, 2021

/s/ Trevor B. Rockstad