# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2740<br><br>SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO:<br>Lori Markley v. Sanofi-Aventis US LLC, et al.,<br>Civil Action No. 2:17-cv-15950 | : : : : | JUDGE JANE TRICHE MILAZZO<br><br>MAG. JUDGE MICHAEL B. NORTH |

## ORDER

Before the Court is Plaintiff's Motion to Withdraw (Doc. 12612), seeking to withdraw Plaintiff's Motion for Leave to File Amended Short Form Complaint (Doc. 12599);

**IT IS ORDERED** that the Motion to Withdraw is **DENIED AS MOOT**, as the Court has already granted the Motion for Leave to File Amended Short Form Complaint (Doc. 12618).

New Orleans, Louisiana, this 21st day of May, 2021.

_____
Honorable Jane T. Milazzo
U.S. District Judge