# EXHIBIT A

Page 1

1          IN THE UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF MISSISSIPPI
2                    JACKSON DIVISION

3

    MELISSA S. ROACH & BILLY E. ROACH       PLAINTIFFS
4

5   V.                        CASE NO. 2:17-cv-07918

6

    SANOFI US SERVICES, INC. F/K/A
7   SANOFI-AVENTIS U.S., INC. and

    SANOFI-AVENTIS U.S., LLC               DEFENDANTS
8

9

10

11       ***********************************************

12

                  DEPOSITION OF MELISSA ROACH
13

14       ***********************************************

15

16                 APPEARANCES NOTED WITHIN

17

18         DATE:  WEDNESDAY, SEPTEMBER 23, 2020
                     PLACE:  VIA ZOOM
19         WITNESS LOCATED AT 1725 LONGVIEW ROAD
                   STARKVILLE, MISSISSIPPI
20                  TIME:  9:16 a.m.

21

22

23

24                  BETHANY CAMMACK
                Certified Shorthand Reporter
25              Mississippi CSR No. 1526

Page 2

1       APPEARANCES
2
3       BRADLEY S. THOMAS
        LORI SCHULTZ
4       Shook, Hardy & Bacon
        2555 Grand Boulevard
5       Kansas City, Missouri  64108
        bsthomas@shb.com
6       lschulz@shb.com
            Counsel for Defendants
7
8       EVAN FONTENOT
        Pendley, Baudin @ Coffin
9       1515 Poydras Street
        New Orleans, Louisiana  70112
10      efontenot@pbclawfirm.com
            Counsel for Plaintiff
11
12
        VIDEOGRAPHER:  JASON HOPKINS
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1       EXHIBIT INDEX
2
        NO.      DESCRIPTION          PAGE
3
4       Exhibit 1   Notice of Deposition         26
5       Exhibit 2   Short Form Complaint         88
6       Exhibit 3   Proposed Short Form Complaint      89
7       Exhibit 4   Second Amended Master Long Form
                    Complaint and Demand for Jury Trial   91
8
        Exhibit 5   Medical Records            167
9
        Exhibit 6   Medical Records, Dr. Parvin      201
10
        Exhibit 7   Medical Records, Dr. Alnas       227
11
        Exhibit 8   Facebook Post, 6/30/10       281
12
        Exhibit 9   Facebook Post, 8/18/10       281
13
        Exhibit 10   (No Description Given on Record,
14          See Reporter's Note)
15      Exhibit 11   Facebook Post, 7/29/17      285
16      Exhibit 12   (No Description Given on Record,
                     See Reporter's Note)
17
        Exhibit 13   Photographs of Ms. Roach       293
18
19
20      REPORTER'S NOTE:  Exhibits were not produced to
        reporter, so descriptions of exhibits are as
21      reflected in the record.
22
23
24
25

Page 3

1       TABLE OF CONTENTS
2                   PAGE
3
        Title Page.................................... 1
4
        Appearance Page.............................. 2
5
        Table of Contents............................ 3
6
        Exhibit Index................................ 4
7
8       EXAMINATION OF MELISSA ROACH
9           By Mr. Thomas............................... 6
            By Mr. Fontenot............................ 304
10          By Mr. Thomas............................... 305
11
        Reporter's Certificate....................... 308
12
        Correction Sheet............................. 310
13
        Deponent's Certificate....................... 311
14
15
16
17
18
19
20
21
22
23
24
25

Page 5

1           THE VIDEOGRAPHER:  Good morning.
2       We're going on the record at 9:16 a.m. Central Time
3       on September the 23rd, 2020.  The audio and video
4       recording will continue to take place unless all
5       parties agree to go off the record.  This is the
6       video recorded deposition of Melissa Roach taken by
7       counsel for the defendant in the matter of Melissa
8       S. Roach and Billy E. Roach versus Sanofi US
9       Services, Incorporated, F/K/A Sanofi-Aventis,
10      Incorporated, and Sanofi-Aventis US, LLC.  Filed in
11      the United States District Court, Eastern Division
12      of Louisiana, Case No. 217-cv-07918.
13          This deposition is being held via Veritext
14      Virtual.  My name is Jason Hopkins.  I'm the
15      videographer.  Our court reporter is Bethany
16      Cammack.  We are both from the firm Veritext New
17      Jersey.  I'm not related to any party in this
18      action, nor am I financially interested in the
19      outcome.
20          Everyone attending remotely will now state
21      their appearances and affiliations for the record.
22      If there are any objections to the proceedings,
23      please state them at time of your appearance,
24      beginning with the noticing attorney, after which
25      our court reporter may swear in the witness and we

2 (Pages 2 - 5)

Page 58

1    Q.   And you understand that you're here today
2    to testify in a lawsuit that you filed against my
3    client, Sanofi?
4        A.   Yes.
5        Q.   Have you ever spoken or communicated with
6    anyone at Sanofi?
7        A.   No.
8        Q.   What is your understanding of what this
9    lawsuit is about?
10       A.   My understanding is that Sanofi failed to
11   provide adequate and complete information about
12   some of the side effects and after effects of their
13   drugs, specifically in my case, Taxotere,
14   concerning hair loss that is permanent.
15       Q.   Is it your allegation that you have
16   permanent hair loss?
17       A.   Yes.
18       Q.   And that's an injury you're claiming
19   that's due to Sanofi's conduct?
20       A.   Yes.
21       Q.   And do you know the name of the Sanofi
22   product that you believe caused your injury?
23       A.   Yes.  It was Taxotere.
24       Q.   And whose idea was it to file a lawsuit?
25       A.   Mine.

Page 59

1        Q.   When did you decide to sue?
2        A.   Actually, it was the day that I saw the
3    advertisement on my Facebook account for the
4    lawsuit that was being filed.
5        Q.   When did you see that Facebook ad?
6        A.   When or where?
7        Q.   When.
8        A.   When?  It was about May of 2016.
9        Q.   Can you describe the ad for me?
10       A.   Not sure how well I can describe it.  It
11   was just something along the lines of, Have you
12   suffered permanent hair loss, or Did you take
13   Taxotere and have you suffered permanent hair loss.
14   That type thing.
15       Q.   Do you know who put the ad out?
16       A.   I don't recall.
17       Q.   Do you know if the ad included any law
18   firms or names of attorneys?
19       A.   I don't recall for sure.
20       Q.   Do you know if the ad made any guarantees
21   about recovery or settlements in a lawsuit?
22       A.   No.
23       Q.   No, you don't recall, or no, it did not
24   say that?
25       A.   No, it didn't say that.

Page 60

1        Q.   What else do you remember the legal ad
2    said?
3        A.   I don't remember anything specific.
4        Q.   This is something that you saw in your
5    Facebook news feed?  Is that right?
6        A.   Yes.
7        Q.   Did you see the ad more than once?
8        A.   I don't recall.
9        Q.   Did you tell anybody after you saw the ad?
10       A.   My husband.
11       Q.   When did you talk to your husband?
12       A.   Probably within a few hours of having seen
13   that ad.
14       Q.   And what did you say to your husband?
15       A.   I remember telling him that I had run
16   across something that might pertain to my situation
17   and the chemotherapy drug that I had taken, and
18   that it looked like the hair loss that I was
19   experiencing was not temporary; it could be
20   permanent.
21       Q.   Why did you believe that the hair loss
22   that you were experiencing might not be temporary
23   and that it could be permanent?
24       A.   Well, because it had been quite a few
25   years since the treatment and since my hair had

Page 61

1    grown back, that there were still very large
2    patches that were not growing back.  And I was
3    continuing to see a large amount of hair loss.
4        Q.   And so the very large patches that are not
5    growing back, do those still exist today?
6        A.   I'm sorry.  Say that again.
7        Q.   You said you had very large patches -- I
8    assume on your scalp?
9        A.   Yes.
10       Q.   Okay.  And then you said that they weren't
11   growing back.  Are those large patches that you
12   state, do they still exist on your head today?
13       A.   Yes.
14       Q.   And where on your head do they exist?
15       A.   My hairline, my forehead.  My entire
16   hairline has receded, but it's particularly bad on
17   the sides.  I have a large place going down the
18   back of my head where the hair is gone in pretty
19   much a straight line.
20           The hairline at the nape of my neck is
21   receded as well.  It's much higher than it used to
22   be.  Hair at my temples has receded.  My hair is
23   much, much thinner overall.  It's just -- I don't
24   have nearly as much hair as I used to have.
25       Q.   So I believe you testified when you saw

16 (Pages 58 - 61)

Page 62

1 the ad you stated you were continuing to see a very
2 large amount of hair loss. Do you remember that
3 testimony?
4    A. Yes.
5    Q. Can you describe that for me, what you
6 mean by that?
7    A. Well, I've noticed that when I pull my
8 hair back and gather it, you know, whether it's
9 just to hold it or put it in a ponytail, there's
10 less than half the volume of hair that I used to
11 have before treatment. Also, I have to make sure
12 and clean out the drain in my bathtub because it
13 gets clogged very quickly. Large amounts of hair.
14 There's a lot of hair in my hairbrush.
15    Q. Can I just stop you right there?
16    A. Sure.
17    Q. I think you might have misunderstood. I'm
18 talking about at the time that you saw this legal
19 ad in May 2016 --
20    A. Oh.
21    Q. You testified that you were continuing to
22 see a very large amount of hair loss. Do you
23 remember testifying to that?
24    A. Yes.
25    Q. So my question is, what do you mean by

Page 63

1 that you were continuing to see a very large amount
2 of hair loss when you saw the legal ad?
3    A. I remember at that time that I had really
4 wanted to maybe kind of find a different hairstyle
5 so start covering some of that. And it was just
6 becoming apparent that my hair was much, much
7 thinner at that time.
8    Q. And when did it become apparent that your
9 hair was much, much thinner?
10    A. After it probably got to around shoulder
11 length, maybe a little longer. Because I was --
12 you know, when it got that long, I was able to pull
13 it back a little bit, and then it was really
14 obvious how much hair loss I had had.
15    Q. Right. So do you know -- you said when
16 you hair was shoulder length.
17    A. Yes.
18    Q. I'm asking when did you notice that your
19 hair was much, much thinner, as you stated?
20    A. I would say probably around 2011. Because
21 it had been, you know, a little time after
22 treatment, and it started becoming apparent around
23 that time that it just wasn't growing back like it
24 should.
25    Q. Anything else you remember about your hair

Page 64

1 at that time?
2    A. It was a different color than it had been
3 before. The texture now is different. It doesn't
4 even seem like the same hair that I had before.
5 It's much finer. Much finer.
6    Q. Okay. So back in that 2011 timeframe you
7 just testified to, what was different about your
8 hair color at that time?
9    A. It's much darker. It was much darker than
10 previously. And it just -- it was more brown than
11 blond.
12    Q. What is your natural hair color?
13    A. Blond.
14    Q. Is this kind of like a platinum blond, or
15 what kind of blond is your natural hair color?
16    A. Medium blond. Not platinum, but not dark
17 blond either.
18    Q. And then what did you notice about the
19 texture of your hair at this time?
20    A. That it was -- each individual hair was
21 much, much thinner and much finer than it used to
22 be. It just -- it's so fine now that it just
23 floats. It just floats on the breeze. It doesn't
24 even want to lay against my head anymore unless I
25 spray it down. It's just so fine it won't lay

Page 65

1 down.
2    Q. And did you have any other observations
3 about your hair at that time?
4    A. Just that it was continuing to fall out at
5 a much higher rate whenever I would brush it or
6 wash it.
7    Q. So all of the observations you've just
8 described to me about your hair, you made those
9 observations in 2011. Is that correct?
10    A. Yes.
11    Q. And then you also testified that you had
12 to clean out drains due to hair loss, and you'd
13 have hair in your hairbrush. Do you recall that
14 testimony?
15    A. Yes.
16    Q. And what timeframe was this that you first
17 started noticing?
18    A. That was probably around 2011 too.
19    Q. And we'll get into the hair loss claim
20 later today. So returning to the Facebook ad about
21 the Taxotere lawsuits, you had a discussion with
22 your husband after -- I believe you said hours
23 after seeing the ad. Is that right?
24    A. Yes.
25    Q. Okay. And then can you describe that

17 (Pages 62 - 65)

1 for a hundred percent sure.
2    Q.  You would have communicated with somebody
3 at Pendley, Baudin & Coffin before you filed a
4 lawsuit, though, right?
5    A.  Correct.  I'm just not sure if she was the
6 first one.
7    Q.  Are there any other names of people at
8 Pendley, Baudin & Coffin that you regularly had
9 communications with prior to filing a lawsuit?
10    A.  Just Lauren, Evan, and Jessica Perez.
11    Q.  At some point did either of those people
12 or anyone else at Pendley, Baudin & Coffin ask you
13 to send them some documents?
14    A.  Yes.
15    Q.  What documents were you asked to send?
16    A.  Well, I don't know if documents is the
17 correct word.  They were asking for login
18 information, pictures, that type thing.  And maybe
19 certain things that they needed me to review and
20 get back to them about, that sort of thing.
21    Q.  And then do you remember approximately
22 when these documents were requested?
23    A.  Not specifically, no.
24    Q.  Would it have been sometime after June
25 2017 up until the time you filed suit in August

1 2017?
2    A.  Yes.
3    Q.  Did they ask you to send in pictures?
4    A.  Yes.
5    Q.  Okay.  Same question:  Do you know when
6 you were asked to send in pictures?
7    A.  I don't remember specifically.
8    Q.  Would it be the same timeframe I just
9 described to you?
10    A.  Yes.
11    Q.  Prior to your filing your complaint on
12 August 2016, do you know how many times you spoke
13 with any attorney or paralegal or other employee at
14 Pendley, Baudin & Coffin?
15    A.  No.  I don't know a certain number of
16 times.
17    Q.  Were all these conversations either by
18 email or phone?
19    A.  Yes.
20    Q.  You never met with any attorney in person
21 before filing --
22    A.  No.
23    Q.  -- suit?  Is that correct?
24    A.  No.  That's correct.
25    Q.  I'm sorry.  I asked a bad question.  And

1 then after filing suit, have you ever met with any
2 attorney in person at Pendley, Baudin & Coffin?
3    A.  No.
4    Q.  And besides your lawyer and your husband,
5 who else did you discuss the possibility of
6 planning to sue?
7    A.  I think probably my mother.  Maybe my son.
8    Q.  What's your mother's name?
9    A.  Nancy Stroud.
10    Q.  And is that Billy Eric Roach?  Is that the
11 son you're referring to, or is that another son?
12    A.  Yes.  Yes, correct.
13    Q.  Let's start with your mother.  What do you
14 recall about that discussion?
15    A.  I just remember telling her that I
16 found online where, you know, there was a lawsuit
17 against the makers of the Taxotere drug that I had
18 taken regarding some permanent hair loss and, you
19 know, that type side effect.  And that I was
20 thinking about joining in the proceedings myself.
21    Q.  And what was her response to you telling
22 her that?
23    A.  She was a little surprised, I think, that,
24 you know, there was that type of problem with the
25 drug.  And she was kind of sympathetic to how much

1 hair loss I was having.  And that was basically it.
2    Q.  Was she supportive of you filing this
3 lawsuit?
4    A.  Yes.
5    Q.  And then your discussions with your son,
6 Billy Eric Roach, tell me about that.
7    A.  It was pretty similar.  I just told him
8 that I had discovered that one of my chemotherapy
9 drugs I had been taking might have been responsible
10 for the problems with my hairline receding and my
11 hair getting thinner in general, and that I was
12 thinking about looking into joining in the
13 litigation.
14    Q.  And what is the injury that you are
15 alleging in this lawsuit?
16    A.  Physical injury?
17    Q.  Is there a nonphysical injury you're
18 alleging as well?
19    A.  Well, I guess that would be depend on what
20 you would call an injury.  There's been a lot of
21 anxiety about the effects of it.  A lot of
22 depression about the change in the way I look, that
23 sort of thing.  So I don't know if you would call
24 that mental distress or what.  I'm not sure.  So I
25 just wasn't sure if you were asking me about that

Page 82

1 type thing or about a physical. . .
2    Q.   Yeah, no, that's a fair question.  So
3 let's start with the physical injury.  What
4 physical injury are you alleging in this lawsuit?
5    A.   In the loss of a large part of the hair on
6 my -- actually my body.  My eyebrows are mostly
7 gone.  My eyelashes are mostly gone.  My hairline
8 has dramatically receded, gotten much, much
9 thinner.  And it's just been a lot of impact on my
10 emotional wellbeing.
11    Q.   And so then other than your eyebrows,
12 eyelashes, the hair on your head, are there other
13 areas of your body you're alleging hair loss?
14    A.   Yes, actually.  The hair on my legs.  Not
15 that that's a -- you know, most women wouldn't
16 complain that much about that, but I have noticed a
17 big difference.  There's areas on my legs where
18 there's no hair growth at all.  Large patches
19 there.  And the pubic hair is much thinner than it
20 used to be.  Just things like that.
21    Q.   Any other areas?
22    A.   The underarm hair is much less now and
23 much thinner than it used to be.
24    Q.   And then as far as the nonphysical
25 injuries or the mental or emotional injuries, are

Page 83

1 you claiming those in this case as well?
2    A.   Absolutely.
3    Q.   Tell me about your emotional injuries
4 you're claiming.
5    A.   Well, it's very, very difficult when you
6 go through an experience like I went through, with
7 the cancer and the treatment and the aftermath, and
8 then when you expect your hair to come back and
9 people are telling you it's going to be better than
10 ever, it's going to be beautiful, it's going to be
11 this, it's going to be that, and then that doesn't
12 really happen, and your appearance changes
13 dramatically, and that is a big blow to your
14 self-esteem.
15       It's a big blow to what you think about
16 yourself when you look in the mirror.  I don't
17 recognize myself anymore.  If I were to go to a
18 special occasion, I would have to spend hours
19 preparing just to look anything approaching normal.
20 I used to be a fairly attractive woman, and that's
21 not so much anymore.  So I'm not sure how else to
22 answer that.
23    Q.   You testified that people were telling you
24 it's going to be better than ever.  Are you
25 referring to -- what were they referring to that

Page 84

1 it's going to be better than ever?
2    A.   My hair.
3    Q.   So it was your understanding that your
4 hair after chemotherapy would be better than it's
5 ever been?
6    A.   Well, it wasn't necessarily that I
7 believed that.  It was just that I let those people
8 who were saying that give me hope that it was all
9 going to be okay.  That I wasn't going to be bald
10 forever.  It was just a temporary thing.  And so,
11 yes, I guess I kind of pinned my hopes on that.
12    Q.   But did you believe that after
13 chemotherapy you would have better hair than before
14 you went into chemotherapy?
15    A.   I'm not sure if I believed that it would
16 be better than ever.  I just thought it would go
17 back to normal.
18    Q.   And then the people who told you that your
19 hair would come back better than ever, are any of
20 those people health care professionals or have any
21 sort of medical experience or education, training?
22    A.   Not that I can think of.
23    Q.   No doctor ever told you that your hair
24 would come back better after chemotherapy, right?
25    A.   Not that I recall, no.

Page 85

1    Q.   And then what do you contend that -- I'm
2 sorry.  Let me back up.  Is there any other aspect
3 of your emotional damages that we haven't
4 discussed?
5    A.   Ongoing depression, anxiety, insomnia.
6    Q.   And you tie that ongoing depression,
7 anxiety, insomnia, to the fact that you've
8 experienced hair loss?
9    A.   A large part of it, yes, I do.
10    Q.   Okay.  Are there other parts that are not
11 related to your hair loss or your appearance that
12 cause you anxiety, depression, or insomnia?
13    A.   Well, I'm not certain of the answer to
14 that.  I just know that it's troublesome.
15    Q.   Yeah.  So you said there's -- in large
16 part the hair loss that you allege causes these
17 conditions, right?  I'm just trying to figure
18 out what the other part of that is that you think
19 causes you to have depression, anxiety, and
20 insomnia.  Because you've at least identified one
21 area.  I'm just trying to figure out what the other
22 area or areas are.
23    A.   Well, I'm not honestly certain if it's --
24 if the causes could be biological or not.  I just
25 don't know.

22 (Pages 82 - 85)

Page 86

1    Q.   I mean, do you have any like life
2  stressors in your life, any family issues, friend
3  issues, that you're had over the course of, you
4  know, 10, 15 years?
5    A.   I do.  I've had the loss of some family
6  members.
7    Q.   And has -- and we'll get into that, but
8  has that caused you depression, anxiety, insomnia?
9    A.   Somewhat.
10   Q.   And then what specifically do you contend
11 that Sanofi did wrong?
12   A.   Well, we weren't given enough information.
13 I had absolutely no idea that it was possible that
14 that the hair loss I was going to experience after
15 chemotherapy was going to be permanent.  I had no
16 idea.  They should have told people.
17   Q.   Okay.  And so when you say "we" weren't,
18 who is "we"?
19   A.   Patients like me who had to take the
20 Taxotere.
21   Q.   Do you have any information or knowledge
22 on what information that Dr. Wail Alnas was
23 provided regarding Taxotere?
24   A.   Do I have any information on what he was
25 provided?

Page 87

1    Q.   Correct.
2    A.   Not now, no.
3    Q.   Have you ever had information on what he's
4  been provided from Sanofi on Taxotere?
5    A.   I don't think so.
6    Q.   So you have no firsthand knowledge of what
7  information Mr. -- or Dr. Alnas received regarding
8  Taxotere, correct?
9    A.   Not firsthand, no.
10   Q.   Is there anything else that you contend
11 Sanofi did wrong?
12   A.   Not specifically, no.
13   Q.   Is there anything generally that you
14 contend Sanofi did wrong that we haven't already
15 discussed?
16   A.   I'm not aware of anything.
17   Q.   And then have you seen the Short Form
18 Complaint you filed in this case on August 16th,
19 2017?
20   A.   The short form?
21   Q.   Correct.
22   A.   I'm not sure.  Probably, but I'm not sure.
23   Q.   Have you ever heard the term "Short Form
24 Complaint" before?
25   A.   Yes.

Page 88

1    Q.   So I'm going to show you what will be
2  marked as Exhibit 2.
3    (EXHIBIT 2 WAS MARKED FOR THE RECORD.)
4  MR. THOMAS CONTINUED:
5    Q.   And this will be the Short Form Complaint
6  that was filed on August 16th, 2017.  It's now been
7  introduced on Exhibit Share.  Do you have Exhibit 2
8  before you?
9    A.   I do, I do.
10   Q.   And have you seen that document before?
11   A.   Yes.  It looks familiar.
12   Q.   When did you first see it?
13   A.   I don't recall a specific date.
14   Q.   Do you remember if you saw it before
15 you -- before it was filed?
16   A.   I don't remember for sure.
17   Q.   Have you seen the Proposed Amended Short
18 Form Complaint?
19   A.   Proposed Amended Short Form Complaint.
20   Q.   Yes.  So I'll represent to you that there
21 was a Short Form Complaint that was filed on your
22 behalf, and then more recently, this year, your
23 counsel filed a Proposed Amended Short Form
24 Complaint, which wasn't actually filed, but was
25 a proposed filing.

Page 89

1        And the court made a ruling on that
2  yesterday.  I'm just trying to figure out, do you
3  recall ever seeing a document called a Proposed
4  Amended Short Form Complaint?
5    A.   It's possible I just don't remember what
6  it was called.  Most of that legal terminology
7  doesn't mean much to me.
8    Q.   So I'll show you what will be marked as
9  Exhibit 3, which I'll represent is the Proposed
10 Short Form Complaint.
11   A.   Okay.
12   (EXHIBIT 3 WAS MARKED FOR THE RECORD.)
13 MR. THOMAS CONTINUED:
14   Q.   The exhibit has been introduced on Exhibit
15 Share.  Can you please confirm that you've received
16 it?
17   A.   I'm looking for it.  Okay.  Now, what was
18 the title of what we were looking for?
19   Q.   Here, I can just do a screen share.
20 That'll be easier.  One second.
21   A.   Okay.
22   Q.   Are you able to see my screen?
23   A.   Give me one second.
24      MR. THOMAS:  Is everyone --
25      THE WITNESS:  Yeah.

23 (Pages 86 - 89)

Page 90

1          MR. THOMAS:  -- able to see it?
2          THE WITNESS:  I can see it now.
3    MR. THOMAS CONTINUED:
4      Q.  Thank you.  So this is what I've marked as
5    Exhibit 3, Ms. Roach, and this is a Proposed
6    Amended Short Form Complaint.  I'll represent that
7    to be true.  Do you agree with that?
8      A.  Yes.
9      Q.  Have you ever seen this document before it
10   was filed?
11     A.  Doesn't look familiar.
12     Q.  Okay.  Well, sitting here today, you don't
13   recall one way or the other whether you saw this
14   document before it was filed?
15     A.  Not specifically, no.
16     Q.  We can put that document aside.  Have you
17   seen the Second Amended Master Complaint?
18     A.  I don't know.  I don't know what that is.
19     Q.  You've never heard the words Master
20   Complaint or Long Form Complaint?
21     A.  I've heard that, but, I mean, again, the
22   terminology doesn't mean much to me, so I'm not
23   going to retain a lot of that.
24     Q.  I'm going to show you what will be marked
25   as Exhibit 4.

Page 91

1          (EXHIBIT 4 WAS MARKED FOR THE RECORD.)
2          MR. THOMAS:  The exhibit's been
3    introduced to you all.  If there's no objection, I
4    might just do the share screen.  I think that might
5    be beneficial for --
6          MR. FONTENOT:  I think that's a lot
7    better, yes.
8          MR. THOMAS:  Okay.  I'm going to go
9    with your counsel and my advice and do a share
10   screen.  And is everyone able to see Exhibit 4?
11         THE WITNESS:  I see it.
12         MR. FONTENOT:  Confirmed, yeah.
13   MR. THOMAS CONTINUED:
14     Q.  So, Ms. Roach, this is the Second Amended
15   Master Long Form Complaint and Demand for Jury
16   Trial.  It's 68 pages long, so I won't ask you to
17   read it, but -- you're entitled to do that if you
18   want.  We can do that off the record.  But have you
19   ever seen any document like this before?
20     A.  Yeah, it does look familiar.
21     Q.  Okay.  And do you know when you might have
22   seen the document?
23     A.  I don't.
24         MR. THOMAS:  And just so the record's
25   clear, I'm doing a share screen on Zoom, but let

Page 92

1    the record reflect that Ms. Roach and her counsel
2    have the copies of the exhibit on Exhibit Share, so
3    if they need to review, they have that available at
4    their disposal.  We can move on from this exhibit.
5    MR. THOMAS CONTINUED:
6      Q.  Ms. Roach, do you understand that these
7    documents set forth all of your claims in this
8    lawsuit?
9      A.  I'm sorry.  Say that again.
10     Q.  You understand these documents set forth
11   all your claims in this lawsuit?
12     A.  Yes.
13     Q.  You think it's important to be truthful in
14   your complaints?
15     A.  I do.
16     Q.  And you agree with everything that's
17   alleged in these complaints?
18     A.  Well, if I signed them I guess I do.
19     Q.  Is there anything in the complaints that
20   you think should be changed?
21     A.  Not that I'm aware of.
22     Q.  And the documents -- the complaints you
23   signed or that have been filed on your behalf, it
24   would be your practice to read what was in those
25   and make sure they're accurate and truthful before

Page 93

1    they're filed on your behalf, right?
2      A.  To the best of my understanding of it,
3    yeah.
4      Q.  Well, I think we're kind of talking past
5    one another.  It's important that you make sure
6    that the information contained in a legal document,
7    a complaint that's filed on your behalf, is
8    complete and accurate and truthful, right?
9      A.  Sure.
10     Q.  Okay.  And that's what you did on these
11   occasions with these complaints?
12     A.  Yes.  I'm just saying that I don't
13   remember every -- you know, all the details of all
14   that stuff.
15     Q.  And sitting here today, you don't have
16   anything that you think you should change in the
17   complaints, right?
18     A.  No.
19     Q.  There's nothing in the complaints that you
20   disagree with.  Is that correct?
21     A.  That's correct.
22     Q.  Do you have an understanding of the word
23   "alopecia"?
24     A.  I do.
25     Q.  What does the word "alopecia" mean to you?

24 (Pages 90 - 93)

Page 94

1    A.  Balding, loss of hair.
2    Q.  Is alopecia different than hair loss?
3    A.  I'm not sure.  In what way?
4    Q.  I'm just asking, based on your
5  understanding, do you think that alopecia is
6  different than hair loss?
7    A.  I'm not sure about that.
8    Q.  Okay.  Do you have a sense of what you're
9  unsure about or why you can't say whether they're
10  the same or --
11    A.  Well, I don't know if -- I don't know if
12  there is maybe a clinical difference between simple
13  hair loss and alopecia.  I don't know if there's a
14  difference in severity or anything like that, so. . .
15    Q.  Is hair loss a medical condition?
16    A.  Sometimes I guess it can be, sure.
17    Q.  Do you think alopecia is something that a
18  doctor has to diagnose?
19    A.  Maybe.
20    Q.  Has a doctor ever diagnosed you with
21  alopecia?
22    A.  No.
23    Q.  Is hair loss not something that a doctor
24  has to diagnose?
25    A.  I don't understand.

Page 95

1    Q.  I mean, can a woman or a could a person
2  observe for herself or himself that they have hair
3  loss?
4    A.  Yes.
5    Q.  Do you have alopecia?
6    A.  I don't know if that's what you call it.
7    Q.  Do you have hair loss?
8    A.  I do have hair loss.
9    Q.  Do you have permanent hair loss?
10    A.  So far.
11    Q.  And how do you know you have permanent
12  hair loss?
13    A.  Well, because the hair has never grown
14  back where it should.
15    Q.  And how does -- strike that.  How do you
16  define permanent hair loss?
17    A.  Hair that falls out and just never grows
18  back.
19    Q.  Is it your understanding that permanent
20  hair loss is a medical condition?
21    A.  Yes.
22    Q.  And what's that understanding based on?
23    A.  Maybe -- I don't know.  Stuff I've read
24  here and there.  I don't know specifically.
25    Q.  When you say stuff you've read here and

Page 96

1  there, what are you referring to?
2    A.  I don't know.  Articles, whatever.
3    Q.  Are those like -- are any of those
4  articles or whatever medical journals or any sort
5  of medical publication based on science or
6  medicine?
7    A.  Probably not.
8    Q.  What are those articles?  Like what's the
9  source of those articles?
10    A.  I don't know.  I don't know.  It's just
11  stuff that I've read here and there over the years.
12  I didn't write any of it down or anything.
13    Q.  Sure.  I mean, have you ever seen any
14  sources from lawyers about permanent hair loss
15  being a medical condition?
16    A.  Not that I recall.
17    Q.  Is it your understanding that -- well,
18  strike that.  You've never been diagnosed with
19  permanent hair loss, correct?
20    A.  Not officially.
21    Q.  Okay.  What do you mean, not officially?
22    A.  I mean, I've never gone to a doctor and,
23  you know, shown him this, and he's pointed at me
24  and said, "Okay, you have permanent hair loss."
25  That's never -- that's not happened.  So that's

Page 97

1  what I mean by official diagnosis.
2    Q.  Got you.  Okay.  So I appreciate that
3  clarification, and I think I get you now.  So
4  you've never been -- no health care provider has
5  ever diagnosed you with permanent hair loss.
6  That's a true statement, correct?
7    A.  Correct.
8    Q.  And you've never been diagnosed by any
9  healthcare provider with permanent hair loss that's
10  been caused by chemotherapy, correct?
11    A.  Correct.
12    Q.  Have you ever sought a doctor's opinion on
13  whether you have permanent hair loss?
14    A.  No.
15    Q.  Why not?
16    A.  Just my mirror.  Just my mirror.
17    Q.  Just your mirror.  Okay.
18    A.  Uh-huh (affirmative response).
19    Q.  Why haven't you sought a doctor's opinion
20  on whether you have permanent hair loss?
21    A.  Because I don't believe there's anything
22  that can be done about it anyway, so it just seems
23  kind of a waste.
24    Q.  Okay.  But you testified earlier that you
25  thought permanent hair loss is a medical condition.

25 (Pages 94 - 97)

Page 98

1  Do you remember that?
2      A.  Uh-huh (affirmative response).
3      Q.  Is that yes?
4      A.  Yes.
5      Q.  Sorry.  I'm not being rude.  I just have
6  to get a verbal response so it's clear for the
7  court reporter.
8      A.  Yes.  Sorry.  Sometimes I forget that I
9  have to do that.  Sorry.
10     Q.  That's okay.  We all do it.  So with that
11 foundation, is it your understanding that permanent
12 hair loss is something that a medical doctor would
13 have to diagnose, if it's a medical condition?
14         MR. FONTENOT:  Object to form.
15         THE WITNESS:  I'm not sure.  I mean,
16 it just -- it seems a little -- just something that
17 I can look in the mirror and see.  I mean, you
18 know -- I mean, if I needed to go and get a
19 diagnosis, I guess I probably could.  But, I mean,
20 I can just look in the mirror and see that this
21 hair has not grown back.  So that really was pretty
22 much, you know, obvious to me just looking in the
23 mirror.
24 MR. THOMAS CONTINUED:
25     Q.  Do you think that doctors or laypersons

Page 99

1  are better suited to diagnose a medical condition?
2      A.  Doctors.
3      Q.  Okay.  So if -- which you've testified to
4  that permanent hair loss is a medical condition.
5  My question is, why haven't you ever sought a
6  doctor's opinion on whether you have permanent hair
7  loss?
8      A.  Honestly, I'm just kind of sick of going
9  to doctors.  I've been to a lot of them for a lot
10 of reasons, and I'm kind of sick of it.  So this
11 was something that, again, I didn't believe that,
12 you know, they could really do anything about
13 anyway, so with all the other issues I had going
14 on, I just felt like at the time my energy needed
15 to be directed to some of those issues and not
16 this.
17     Q.  Yeah.  And of all the doctors' visits over
18 the years since your chemotherapy, you haven't
19 complained to one health care provider about your
20 hair loss.  Is that correct?
21         MR. FONTENOT:  Object to form.
22         THE WITNESS:  I don't recall
23 specifically that I, you know, ever said that this
24 was going to be, you know, a permanent thing or
25 anything.  I don't remember specifically.

Page 100

1  MR. THOMAS CONTINUED:
2      Q.  Okay.  And generally you don't remember
3  ever discussing with any healthcare provider your
4  hair loss from the time you completed chemotherapy
5  to today.  That's a fair statement?
6      A.  I don't remember it.  Doesn't mean I
7  didn't, but I don't remember it specifically.
8      Q.  And if you had complained to a healthcare
9  provider, you would've expected the healthcare
10 provider would have documented that in the medical
11 record, right?
12     A.  I don't know.  Maybe.
13     Q.  Have you ever seen your medical records?
14     A.  No.
15     Q.  You've never seen any one of your medical
16 records?
17     A.  Not that I recall specifically.
18     Q.  Do you have any generally specific or
19 generally -- strike that.  Do you generally recall
20 ever reviewing any medical records of yours?
21     A.  Are you asking about like doctor's
22 notations or test results or anything like that?
23 Is that what you're asking?
24     Q.  Any information from a healthcare provider
25 that's documented that pertains to your treatment.

Page 101

1      A.  Not that I specifically remember, no.
2      Q.  If you've never been diagnosed by a
3  doctor, why do you say you have permanent hair
4  loss?
5      A.  Well, let's see.  I ended treatment in
6  right about 2010, and it's 2020 now, so if it
7  hasn't come back in the ten years, I'm going to
8  just probably guess that's permanent.
9      Q.  Okay.  So your basis for saying that you
10 have permanent hair loss is based on the duration
11 from your cancer treatment to today.  Is that
12 correct?
13     A.  Correct.
14     Q.  And it's not based on any medical opinion
15 or anything any doctor's ever told you, right?
16     A.  Correct.
17     Q.  And then other than the passage of time
18 since you completed chemotherapy that you say
19 probably makes your hair loss permanent, is there
20 any other thing or any other factor that you
21 believe makes your hair loss permanent?
22     A.  Other than it just not ever growing back,
23 no.
24     Q.  But you don't know if it will grow back in
25 the future, right?

26 (Pages 98 - 101)

Page 102

1    A.  Correct.
2    Q.  You can't say that -- strike that.  So you
3  can't say it's permanent at this point, right?
4        MR. FONTENOT:  Object to form.
5        THE WITNESS:  (No audible response.)
6  MR. THOMAS CONTINUED:
7    Q.  If you don't know it will grow back in the
8  future, which you just agreed to, you can't say
9  that your hair loss is permanent, right?
10        MR. FONTENOT:  Object to form.
11        THE WITNESS:  The first part of what
12  you said was a little fuzzy.
13  MR. THOMAS CONTINUED:
14    Q.  Yeah.  You testified -- and you can
15  correct me if I'm wrong -- but you testified that
16  you don't know whether your hair will grow back in
17  the future.  Correct?
18    A.  I guess.
19    Q.  Well, I mean, I want to get your testimony
20  right.  Is what I said correct?
21    A.  Yes.
22    Q.  And so based on that testimony, you can't
23  say your hair loss is permanent, correct?
24    A.  Yes.
25    Q.  That's something that you're assuming.

Page 103

1  You're assuming that your hair loss is permanent,
2  correct?
3    A.  Yes.
4    Q.  If I can refer you back to -- I believe
5  it's Exhibit 4, which should be the Second Amended
6  Master Complaint.  You all have that in Exhibit
7  Share, but I will go ahead and pull it up for you
8  all.  And I'm going to refer to page 36 of the
9  document, Paragraph 181.  And then I'm going to go
10  ahead and read it.
11        MR. THOMAS:  Is the document in front
12  of everybody?
13        THE WITNESS:  Yes.
14        MR. FONTENOT:  Yes.
15  MR. THOMAS CONTINUED:
16    Q.  Okay.  Ms. Roach, you can see Paragraph
17  181?
18    A.  Yes.
19    Q.  It states, "Unlike the temporary and
20  reversible alopecia that ordinarily results from
21  chemotherapy, Taxotere, Docefrez, Docetaxel
22  Injection and Docetaxel Injection Concentrate cause
23  permanent chemotherapy-induced alopecia, which is
24  defined as an absence or incomplete hair growth six
25  months beyond the completion of chemotherapy.  The

Page 104

1  permanent chemotherapy-induced alopecia caused by
2  Taxotere, Docefrez, Docetaxel Injection and
3  Docetaxel Injection Concentrate is not limited to
4  the scalp and can affect hair follicles throughout
5  the body."  Did I read that correctly?
6    A.  Yes.
7    Q.  And you believe that's a correct
8  statement?
9    A.  Yes.
10    Q.  So six months after completing your
11  Taxotere chemotherapy, which would have been on
12  November 10th, 2009, did you believe that you had
13  permanent alopecia?
14    A.  At that time?  No.
15    Q.  Okay.  Well, the master complaint defines
16  permanent chemotherapy-induced alopecia as an
17  absence of or incomplete hair growth six months
18  beyond the completion of chemotherapy.  I just want
19  to make sure I have your testimony right.  Six
20  months after you completed your Taxotere therapy,
21  in November 2009, did you believe that you had
22  permanent alopecia?
23    A.  Six months afterwards?
24    Q.  I'm just going by what your complaint
25  says.  I'm just asking --

Page 105

1    A.  Yeah, but I'm trying to make sure -- I'm
2  thinking about that timeline there.  And at that
3  time I'm uncertain if I thought it was permanent or
4  not.  So that was -- what was that date?  November
5  of 2009, did you say?
6    Q.  Let me kind of set the timeframe for you.
7  So according to your medical records, you completed
8  Taxotere -- your last Taxotere infusion was on
9  November 10th, 2009.  Six months from that date is
10  approximately May 2010.  Do you have any reason to
11  dispute that?
12    A.  No.
13    Q.  Okay.  So in that May 2010 timeframe, is
14  it your belief that you had permanent alopecia at
15  that time?
16    A.  Did I believe that then, or do I believe
17  that now?
18    Q.  Did you believe it then?
19    A.  Oh, then, I didn't have a clue.  I didn't
20  know.
21    Q.  And you understand the master complaint
22  alleges permanent chemotherapy-induced alopecia as
23  an absence of or incomplete hair growth -- regrowth
24  six months beyond the completion of chemotherapy?
25    A.  Yes.

27 (Pages 102 - 105)

Page 106

1    Q.  So during that timeframe, six months after
2   chemotherapy, is it fair to say your hair had not
3   grown back?
4    A.  Not completely, no.
5    Q.  What areas do you recall -- we're talking
6   -- strike that.  On your head, what areas did you
7   notice had not grown back?
8    A.  The areas above my temples.  I don't know
9   if you're familiar with the term "widow's peak"?
10    Q.  Yep.
11    A.  Where you have the receding hairline on
12   either side, and then in the center of the
13   forehead, it kind of comes to a point?  That's what
14   I was experiencing at that time.  That, and the
15   missing hair going down the back of my head on my
16   scalp.
17    Q.  And that was something you noticed that
18   you would see in the mirror?
19    A.  Yes.
20    Q.  Could you feel it with your hands if you
21   touched your head?
22    A.  Yes.
23    Q.  Is looking in the mirror part of your
24   typical morning routine?
25    A.  Yes.

Page 107

1    Q.  Do you typically look in the mirror at
2   least once a day?
3    A.  Sometimes.
4    Q.  Well, on average, do you usually look at
5   the mirror at least once a day?
6    A.  At least once, yeah.
7    Q.  Okay.  So fair to say that six months
8   after you finished your chemotherapy, whenever that
9   date was, you would have looked in the mirror at
10   some point and noticed that your hair had not fully
11   regrown, correct?
12    A.  Correct.
13    Q.  I think we might have reached a pretty
14   good stopping point for lunch unless y'all want to
15   go for a bit more.  I'll leave it up to Ms. Roach
16   and her counsel.
17    A.  Lunch break is fine with me.
18        MR. FONTENOT:  Okay.
19        MR. THOMAS:  So it's 12:06.  Do we
20   want to shoot for about 1:06?
21        THE WITNESS:  Sounds good.
22        MR. FONTENOT:  Yeah.
23        THE VIDEOGRAPHER:  The time is 12:07
24   p.m.  We're off the record.
25        (OFF THE RECORD.)

Page 108

1        THE VIDEOGRAPHER:  We're back on the
2   record.  The time is 1:09 p.m.
3    MR. THOMAS CONTINUED:
4    Q.  Ms. Roach, I want to cover one topic we
5   had discussed earlier, which were your observations
6   about your hair.  You testified that after
7   chemotherapy your hair was -- came back a different
8   color.  Do you remember that testimony?
9    A.  Yes.
10    Q.  You also testified that your hair after
11   chemotherapy was different in its texture.  Do you
12   recall that?
13    A.  Yes.
14    Q.  Now, are those part of your injury claim
15   in this lawsuit?
16    A.  Yes.
17    Q.  So you're claiming the hair color being
18   different as part of your injury claim?
19    A.  Yes.
20    Q.  And then you're also claiming as part of
21   your injury claim a difference in the texture of
22   your hair after chemotherapy?
23    A.  Yes.
24    Q.  Do you think that those two things are
25   hair loss?

Page 109

1    A.  Hair loss?  No.
2    Q.  And then, Ms. Roach, you were diagnosed
3   with breast cancer in June 2009.  Is that correct?
4    A.  Correct, yes.
5    Q.  You received chemotherapy treatment
6   including Taxotere?
7    A.  Yes.
8    Q.  Your last chemotherapy treatment, you
9   completed that on November 10th, 2009?
10    A.  Yes.
11    Q.  And since your treatment ended on November
12   10th, 2009, you've had no recurrence of cancer.  Is
13   that correct?
14    A.  No, not yet.
15    Q.  But -- that's good to hear that you've had
16   no cancer recurrence.
17    A.  Thank you.
18    Q.  Why did you undergo treatment with
19   Taxotere?
20    A.  It's what my doctor recommended, my
21   oncologist, Dr. Alnas.
22    Q.  And you agreed with Dr. Alnas's
23   recommendation?
24    A.  Yes.
25    Q.  And why did you agree?

28 (Pages 106 - 109)

Page 110

1    A.   Because he explained to me that the type
2  cancer that I had, this particular course of
3  chemotherapy, this combination of drugs, was very
4  effective.  This was a very, very aggressive, very
5  fast-growing type of breast cancer, and at the time
6  he thought that was what was best for me.  And I
7  trusted his opinion, so I went with what he
8  suggested.
9    Q.   Did you do any sort of independent
10  research on your own about the chemotherapy drugs
11  that Dr. Alnas had recommended for you?
12    A.   No.
13    Q.   So is it fair to say that you relied on
14  Dr. Alnas's judgment to select a chemotherapy
15  treatment that was most effective and appropriate
16  for your cancer?
17    A.   Yes.
18    Q.   And we've established that you're cancer
19  free today, and your cancer has not recurred, right?
20    A.   Yes.
21    Q.   Do you agree that you don't know whether
22  you would be cancer free if Taxotere was not
23  included in your chemotherapy regimen?
24    A.   Yes, I don't know that.
25    Q.   And you would agree that you had a high

Page 111

1  probability of being cancer free by being treated
2  with Taxotere as opposed to not receiving
3  chemotherapy at all, right?
4    A.   Yes.  That's fair.
5    Q.   Before you underwent your cancer
6  treatment, including chemotherapy, you didn't know
7  what the outcome of that treatment would be,
8  correct?
9    A.   Correct.
10    Q.   You didn't know if your cancer would fully
11  go away, right?
12    A.   Correct.
13    Q.   You didn't know if you'd have a
14  recurrence, correct?
15    A.   Correct.
16    Q.   And you don't know what the outcome would
17  have been had you not received chemotherapy
18  treatment which included Taxotere, right?
19    A.   Correct.
20    Q.   And having survived breast cancer and the
21  passage of, I guess, over ten years now, and having
22  no remission or recurrence, can you tell me how
23  that makes you feel?
24    A.   Wary.  Very wary.  Grateful that I'm as
25  healthy as I am, but not convinced that this is

Page 112

1  over.
2    Q.   Okay.  Why are you not convinced that -- I
3  assume when you say you're not convinced that this
4  is over, that you're concerned that your cancer
5  might reoccur?  Is that what you're saying?
6    A.   Correct, yes.
7    Q.   And why are you not convinced that this is
8  over?
9    A.   Well, it was a very aggressive type of
10  cancer that came on very, very quickly, within just
11  probably a year of having, you know, a clear
12  mammogram and what have you.  I went very quickly
13  to a Stage 2.
14    So it's just -- it's very frightening to
15  know how fast that happened.  There's no family
16  history of breast cancer, so it was pretty much a
17  random occurrence, and that frightens me, that it
18  might happen again.
19    Q.   Do you still see Dr. Alnas today?
20    A.   I'm overdue for a checkup, but, yeah, he
21  is still my doctor.
22    Q.   When was your last visit with Dr. Alnas?
23    A.   I'm going to estimate about two years ago.
24    Q.   Okay.  So like 2018, somewhere in that
25  timeframe?

Page 113

1    A.   Somewhere thereabouts.  I don't remember
2  for sure, but that's my best estimate.
3    Q.   Yeah.  I think we have medical records
4  which show that you saw him, I think, in June 2019.
5  Does that sound familiar to you?
6    A.   That's possible.  It's possible.  I don't
7  remember for sure.
8    Q.   And has Dr. Alnas been your oncologist
9  since the time that he prescribed you chemotherapy?
10    A.   Yes.
11    Q.   Okay.  So from July 2009 through today's
12  date, have you seen any other oncologists, or has
13  any other oncologist treated you?
14    A.   I'm not certain if the doctor who oversaw
15  my radiation treatment is an oncologist or if he
16  has another specialty or what.  But I did see him
17  during the course of all of the other chemotherapy
18  and treatment too, so. . .
19    Q.   Okay.  So kind of like an oncology
20  radiologist maybe or. . .
21    A.   Yeah.
22    Q.   (Indiscernible.)
23    A.   Yeah, I'm sorry.  He was in that same
24  clinic, and he oversaw my radiation treatment, so,
25  you know, again I'm not sure if he is technically

29 (Pages 110 - 113)



1    effects of that.  I won't ever be able to take. . .
2        Q.  Was that Arimidex that you were
3    prescribed?
4        A.  Yes.
5        Q.  Do you remember --
6        A.  Arimidex and Herceptin.
7        Q.  Do you remember when you started taking
8    that?
9        A.  The Arimidex, I think, started after
10   chemo.  But during chemo they gave me Herceptin to
11   -- at the time it was my understanding that the
12   Herceptin was what was going to shut down the
13   production of the estrogen.
14       Q.  And then were you on Arimidex for about
15   five years?  Does that sound accurate?
16       A.  Yes.
17       Q.  Now, did you also have a hysterectomy and
18   a bilateral salpingo-oophorectomy as well?
19       A.  Yes.
20       Q.  And when was that procedure?
21       A.  Gosh.  I don't recall exactly what year.
22   It would have been after treatment, though.  Give
23   me a second.  Let me think about that.  Maybe --
24       Q.  Sorry.  Go ahead.
25       A.  I could be wildly wrong about this because

1    I went through a lot of medical procedures, and,
2    you know, the timeline sometimes gets scrambled in
3    my head.  I want to say the hysterectomy was around
4    2012?  2013?  And, again, I could be way off about
5    that.
6        Q.  According to your medical record it looks
7    like Dr. Pearson performed that surgery on June
8    5th, 2014.  Does that sound about right?
9        A.  Probably, yeah.
10       Q.  And what was your understanding of that
11   procedure?
12       A.  They did a complete hysterectomy.  They
13   took both ovaries, the uterus, fallopian tubes, the
14   cervix, everything.
15       Q.  And what was your understanding of the
16   impact of that surgery on your hormone levels?
17       A.  Well, at the time I thought that, you
18   know, removing my ovaries would completely prevent
19   me from being able to produce estrogen, which
20   would've been a bonus.  That was another reason why
21   I decided to have that done.
22       But it turned that that wasn't quite true,
23   because Dr. Alnas told me that your adrenal glands
24   can also produce estrogen, so, yeah, there you go.
25       Q.  Have you had any heart problems since

1    taking Taxotere?
2        A.  Not that I'm aware of.
3        Q.  You've never been treated or diagnosed
4    with any cardiovascular issues or heart issues?
5        A.  No.
6        Q.  You never had any other cancers, correct?
7        A.  No.

Veritext Legal Solutions

800-227-8440                                        973-410-4040



(Pages 162 - 165)

1      MR. FONTENOT: Same.
2      THE WITNESS: Correct.
3   MR. THOMAS CONTINUED:
4      Q. Let's shift gears now to your hair care
5   routine before cancer over the years. Can you
6   describe your daily ritual for caring for your hair
7   before chemo?
8      A. Daily ritual, I usually washed my hair and
9   conditioned it about every other day. Other than
10  that, I would pretty much just brush it and go.
11     Q. Did you ever use a blow dryer?
12     A. Occasionally. Not very often.
13     Q. Straightening iron or curling iron or
14  other hot tools?
15     A. On special occasions, but never on a daily
16  basis. I wasn't that fussy about it.
17     Q. Did you ever get a perm?
18     A. Yes.
19     Q. How often would you get a perm before
20  cancer?
21     A. Really sporadically. Once every two or
22  three years maybe. Just when I wanted a change up.
23     Q. Did you ever use a relaxer?
24     A. No.
25     Q. I see your hair is up today. Did you ever

1   wear your hair in tight ponytails or braids?
2      A. Occasionally, yes.
3      Q. What does occasionally mean?
4      A. Probably a couple of times a week maybe.
5      Q. Do you typically wear your hair up?
6      A. Sometimes I wear it up, sometimes I just
7   kind of pull it back in like a -- sort of a loose
8   braid at the back, just to keep it out of my way.
9      Q. And then when you wore the tight ponytail
10  once or twice a week, what age range did you wear
11  that style?
12     A. Gosh. Probably a good part of my life.
13     Q. So I guess from your adult life forward,
14  so 18 years old and onward, were you having a tight
15  ponytail once or twice a week?
16     A. Yes.
17     Q. Have you ever had extensions?
18     A. No.
19     Q. Did you ever wear a wig before chemo?
20     A. No.
21     Q. Prior to 2009 had your hair begun turning
22  gray?
23     A. No.
24     Q. Prior to 2009 had your hair begun
25  thinning?

1      A. Prior to 2009 had it begun thinning? No.
2      Q. Before chemo did you ever think your hair
3   was thinner than you'd like?
4      A. No.
5      Q. Did you ever use any products,
6   medications, or supplements to help make your hair
7   appear fuller?
8      A. I think I probably used mousse, but I
9   didn't use anything that could be taken internally.
10     Q. What about any other sort of medications
11  or supplements that could be applied topically,
12  other than mousse?
13     A. No.
14     Q. And then the same question: After
15  chemotherapy did you ever use products,
16  medications, or supplements to make your hair
17  appear fuller?
18     A. After chemo I did -- I continued to use
19  volumizing shampoo and mousse.
20     Q. So the volumizing shampoo and the mousse,
21  those were products that you used prior to chemo
22  too, correct?
23     A. Well, the volumizing shampoo, no. The
24  mousse, yes. I just used that occasionally.
25     Q. When did you start using the volumizing

1   shampoo?
2      A. After my hair came back after chemo.
3      Q. Can you give me the year?
4      A. Probably 2010.
5      Q. Any other products or supplements that you
6   used after chemotherapy?
7      A. No.
8      Q. I'm going to turn now to your cancer
9   diagnosis. You were 41 years old when you were
10  diagnosed with breast cancer, correct?
11     A. 41, 42. I think I was 42.
12     Q. Can you describe how you found out that
13  you had cancer?
14     A. I did a self breast exam, and I found a
15  lump. And I went to my ob/gyn to have him check it
16  out, and then he sent me to the breast clinic, and
17  Dr. Parvin was the one who diagnosed me.
18     Q. So did -- who was your -- was Dr. Thomas
19  Pearson your primary care physician at the time?
20     A. No. He was my ob/gyn.
21     Q. Right. Okay. Do you know who referred
22  you to Dr. Thomas Parvin?
23     A. Yes. Dr. Pearson did.
24     Q. Do you know when you found a lump on
25  yourself?

47 (Pages 182 - 185)

Page 186

1    A.  It would have been early June 2009.
2    Q.  Where were you when you found the lump?
3    A.  At home.
4    Q.  Did you tell anyone at the time?
5    A.  I told my husband.
6    Q.  And were you suspicious or afraid at that
7  time of what you found?
8    A.  I was very suspicious.  I pretty much knew
9  what it was.
10    Q.  You thought that it was cancerous?
11    A.  Yes.
12    Q.  So did you schedule an appointment with
13  Dr. Pearson and then he referred you to Dr. Parvin?
14    A.  Yes.
15    Q.  And then you said that you were very
16  suspicious that you knew it was cancerous.  Can you
17  tell me how you were feeling at that time, what
18  your emotions were like?
19    A.  Anxious, upset, little bit fearful.
20  Dread.  Just dread.
21    Q.  Did you ever think that you would be
22  diagnosed with cancer?
23    A.  Prior to finding the lump, do you mean?
24    Q.  Right.
25    A.  I never gave it much thought, really,

Page 187

1  before that.
2    Q.  Do you recall any other feelings or
3  emotions that you were experiencing at this time?
4    A.  Maybe a little anger.  Just the "why me"
5  kind of thing.
6    Q.  So then Dr. Parvin performed a biopsy on
7  you on June 17th, 2009.  Is that correct?
8    A.  Yes.
9    Q.  Do you know when you received the results
10  of that biopsy, like how soon after the biopsy you
11  got the results back?
12    A.  I don't remember specifically how long it
13  was, but it wasn't very long.
14    Q.  Did you understand what kind of cancer you
15  were diagnosed with?
16    A.  Yes.
17    Q.  And what was your understanding?
18    A.  That it was what they call HER2 positive
19  breast cancer in Stage 2.
20    Q.  And what did -- strike that.  What did you
21  understand HER2 positive to mean?
22    A.  It meant that it was estrogen receptive.
23  My understanding of that is, that particular type
24  of cancer was feeding off the estrogen in my body.
25    Q.  Did you understand that you had an

Page 188

1  aggressive form of cancer?
2    A.  Yes.
3    Q.  And how did you come to that
4  understanding?
5    A.  Dr. Alnas told me that.
6    Q.  Do you know like what size the tumor was
7  in terms of centimeters or. . .
8    A.  If I remember correctly, I think they told
9  me about two centimeters, maybe a little more.
10    Q.  At this time, once you got the biopsy
11  results, did you learn that your cancer was
12  estrogen-receptive positive or ER positive?
13    A.  I don't think it was then.  I think it was
14  after I saw Dr. Alnas that I found that out.
15    MR. THOMAS:  It might just be my
16  screen, but is Ms. Roach --
17    MR. FONTENOT:  It's mine too, yeah.
18    MR. THOMAS:  -- frozen?
19    THE WITNESS:  Yeah, I lost it.
20    MR. FONTENOT:  It's frozen.
21    THE VIDEOGRAPHER:  We're off the
22  record.  The time is 3:23 p.m.
23       (OFF THE RECORD.)
24    THE VIDEOGRAPHER:  Back on the
25  record.  The time is 3:24 p.m.

Page 189

1  MR. THOMAS CONTINUED:
2    Q.  Ms. Roach, after you received your biopsy
3  results, did you understand that your cancer was
4  progesterone-receptive positive or PR positive?
5    A.  I don't remember hearing the PR part of
6  it.  I just remember that it was HER2 positive.
7    Q.  And you understood your cancer was Stage
8  2.  Is that correct?
9    A.  Yes.
10    Q.  And what does Stage 2 mean to you?
11    A.  Stage 2 meant that it was fairly early in
12  the stages of it.  It had not metastasized yet, so
13  we were still -- we still caught it pretty early.
14    Q.  Did you have an understanding of the
15  prognosis of your cancer at the time?
16    A.  Yes, yes.
17    Q.  What was your understanding?
18    A.  It was pretty good since we had caught it
19  so early.
20    Q.  Did Dr. Parvin discuss with you the
21  chances of survival for your particular type of
22  cancer?
23    A.  I don't think Dr. Parvin did.  I think
24  that probably was Dr. Alnas.
25    Q.  What did Dr. Alnas say in terms of your

48 (Pages 186 - 189)

1  signature, correct?
2     A.  Correct.
3     Q.  And under Risks and Complications --
4     A.  I see.
5     Q.  Now, it lists post-op bleeding with
6  hematoma formation, right?
7     A.  Yes.
8     Q.  It lists infection, correct?
9     A.  Yes.
10    Q.  It lists recurrence of the disease, which
11 may require another surgery, right?
12    A.  Yes.
13    Q.  Damage to the nerves or blood vessels to
14 the arm, correct?
15    A.  Correct.
16    Q.  And the potential for additional breast
17 tissue to be removed, right?
18    A.  Yes, correct.
19    Q.  And the signature on the bottom of the
20 page indicates that you agreed to those risks to
21 the procedure, right?
22    A.  Correct.
23    Q.  You would have read the document before
24 you signed it, correct?
25    A.  I would have scanned it, yeah.  I don't

1  know that I would have read every detail, but yeah.
2     Q.  If you had any questions with anything in
3  the consent form, you would have asked Dr. Parvin
4  about those questions, right?
5     A.  Yes.  If I had seen anything I had
6  questions about, I would have asked him.
7     Q.  And he gave you the opportunity to ask any
8  questions that you had about the risks of surgery,
9  right?
10    A.  Yes.
11    Q.  Did you ask any questions?
12    A.  I don't remember.
13    Q.  Did Dr. Parvin explain what each of these
14 risks meant?
15    A.  I don't remember him going one by one and
16 explaining.  He may have.  There was just so much
17 information to absorb, I don't remember
18 specifically.
19    Q.  And then why did you agree to these risks
20 of surgery?
21    A.  Because I felt like my choices were so
22 limited, that this was the route I needed to take.
23    Q.  And none of the risks say how long they
24 will last, right?
25    A.  Not that I can see, no.

1     Q.  Did you understand some of these risks
2  could be permanent?
3     A.  I understood that probably the ones about
4  recurrence and maybe the damage to the blood
5  vessels.  I didn't, you know, feel like any of that
6  other stuff would've been permanent.
7     Q.  Removal of breast tissue, do you think
8  that would be permanent?
9     A.  Yeah.  But, I mean, that was, you know, if
10 that occurred at some point down the line, you
11 know, after that surgery or whatever.
12    Q.  Yeah.
13    A.  That was my understanding.
14    Q.  Yeah.  My question was whether these risks
15 could be permanent, and my question is --
16    A.  Oh.
17    Q.  -- additional breast tissue being removed
18 as a potential permanent risk.
19    A.  I see.  I see.  Yes, that would have been
20 permanent.
21    Q.  And did you understand that some of these
22 risks could be disfiguring?
23    A.  Yes.
24    Q.  Do you remember the day of surgery at all?
25    A.  June 30th, 2009.  I do remember.

1     Q.  Okay.  Sounds like that date sticks out in
2  your mind.
3     A.  Yes, sir.
4     Q.  I guess just tell me everything you
5  remember about the day of surgery.
6     A.  I remember that my parents and my
7  grandmother and my husband were there.  They had to
8  do a procedure where they injected the radioactive
9  dye underneath my skin ahead of time.  Which I had
10 to prep for that beforehand.
11        They gave me some numbing cream to help --
12 to rub on the area where they were going to inject
13 the dye, just to kind of help numb everything.  I
14 remember it being extremely painful when they did
15 that.  Probably one of the most painful things I've
16 ever had happen to me.
17        And I remember going to preop.  I remember
18 my family, you know, hugging me and telling me they
19 loved me and then being there after the surgery.  I
20 remember Dr. Parvin telling me that they -- the
21 surgery went okay -- went well afterwards.  And
22 that they removed the sentinel lymph nodes.  I
23 don't remember a lot about it after that.  I was on
24 a lot of pain meds.
25    Q.  Do you remember -- sorry, go ahead.

Page 214

1  So I can't read the whole thing unless I go and
2  pull up something else. What was that other. . .
3      Q.  If you want to go off the record so you
4  can read this one-page consent, I'm happy to do
5  that for you.
6      A.  If you don't mind. Give me a minute. I
7  want to be sure I give you a good answer. You
8  know, some of the stuff you're asking me about I'm
9  not really sure about, so maybe I do need to read
10 it over again.
11     Q.  Yeah, I guess, you know, my issue is I
12 don't think my question's been answered, but. . .
13          MR. FONTENOT:  You can repeat the
14 question.
15          THE WITNESS:  You're asking why --
16 you're asking why I believe something? Is that
17 what you're --
18 MR. THOMAS CONTINUED:
19     Q.  My question is, is that nowhere in this
20 informed consent does it say that the risks could
21 be permanent or long term, correct?
22     A.  Not that I can see here, no. Yeah, it
23 doesn't say anything about it being permanent.
24     Q.  Okay. So my next question is, how did you
25 come to the understanding that these risks could be

Page 215

1  permanent?
2          MR. FONTENOT:  Object to form.
3          THE WITNESS:  I don't know. Maybe I
4  was just relying on my own comprehension of it.
5  MR. THOMAS CONTINUED:
6      Q.  Okay. So the -- strike that. We can move
7  on. And so after your surgery, you met with
8  Dr. Alnas, correct?
9      A.  Correct.
10     Q.  And how did you identify Dr. Alnas?
11     A.  Dr. Parvin referred me to him.
12     Q.  Had you heard of Dr. Alnas before being
13 referred to him?
14     A.  No.
15     Q.  Did you know anything about him?
16     A.  No.
17     Q.  Your first appointment with Dr. Alnas was
18 on July 10th, 2009. Is that correct?
19     A.  That sounds right.
20     Q.  And according to your medical records,
21 your last appointment with Dr. Alnas was on June
22 25th, 2019. Does that sound correct?
23     A.  I guess -- yeah, I guess that's correct.
24 I don't remember that date specifically.
25     Q.  And then during this July 10th, 2009 visit

Page 216

1  that was about a week and a half after your
2  surgery, tell me everything you remember about that
3  appointment.
4      A.  About the appointment with Dr. Alnas?
5      Q.  Correct.
6      A.  After the surgery? I don't remember a
7  whole lot about that particular appointment. It
8  was probably just the initial time to discuss the
9  chemotherapy treatment with me.
10     Q.  Do you recall Dr. Alnas discussing
11 chemotherapy options with you?
12     A.  Yes.
13     Q.  During this July 10th visit?
14     A.  Well, I don't remember that specific date
15 being the time, but I absolutely do remember him
16 discussing the chemotherapy options and stuff with
17 me.
18     Q.  Okay. So, I mean, putting aside the
19 specific date, do you recall discussing
20 chemotherapy options the first time you met with
21 Dr. Alnas?
22     A.  Yes, yes.
23     Q.  Tell me about what he told you and -- tell
24 me about that discussion.
25     A.  Well, he pretty much was already set in

Page 217

1  his mind or what he wanted to do. And, you know,
2  he kind of explained it to me. And, you know, I
3  trusted him, and I just agreed with it, so -- you
4  know, I agreed to do the course of chemotherapy
5  that he was recommending.
6      Q.  Anything else you remember from either him
7  discussing the chemotherapy options or anything
8  else from that first encounter?
9      A.  Just that, you know, he was -- he told me
10 that I would take, I think he said, six
11 chemotherapy treatments, if I remember correctly.
12 And then that would be followed up by six weeks of
13 daily radiation treatments. I don't remember much
14 other than that.
15     Q.  Did anyone go with you to this
16 appointment?
17     A.  To the first appointment? It's possible.
18 I don't remember if it was my husband or my dad or
19 who it was. I'm pretty sure somebody went with me.
20 I just don't remember which one.
21     Q.  Do you remember how long that first
22 appointment was?
23     A.  I don't.
24     Q.  Do you recall how you were feeling during
25 the appointment?

55 (Pages 214 - 217)

1     A.   Anxious, afraid, hopeful.  That's -- yeah,
2  anxious, afraid, but hopeful.
3     Q.   Then during this encounter did Dr. Alnas
4  actually recommend a specific chemotherapy regimen
5  for you?
6     A.   Yes.
7     Q.   And what did he recommend?
8     A.   He recommended Taxotere, carboplatin, and
9  Herceptin as my chemotherapy treatments, with a few
10 other drugs thrown in there to kind of help
11 counterbalance the effects of the chemotherapy
12 drugs.  They call it like a pre-chemo cocktail or
13 something like that.  He kind of explained that to
14 me.  He explained some of the possible side effects
15 of the chemotherapy, that type thing.
16    Q.   Did you have any familiarity with any of
17 the drugs in your chemotherapy regimen prior to
18 meeting with Dr. Alnas?
19    A.   No, not at all.
20    Q.   Had you done independent research about
21 these chemotherapy drugs before you had your first
22 Taxotere treatment?
23    A.   Not that I remember, no.
24    Q.   Did you discuss the recommended
25 chemotherapy regimen with anyone else other than

1  Dr. Alnas?
2     A.   Possibly the nurses.  I don't remember
3  talking to anybody else about it.
4     Q.   So during this initial encounter did you
5  speak with anyone at Dr. Alnas's office other than
6  Dr. Alnas?
7     A.   About the chemotherapy course?
8     Q.   Just about anything that relates to your
9  cancer or treatment.
10    A.   Oh.  I don't think so.  Not that I
11 remember.
12    Q.   Do you recall whether any nurses were
13 present during your discussion encounter with
14 Dr. Alnas?
15    A.   I don't remember there being any nurses
16 present.  There could have been.  I just don't
17 remember.
18    Q.   And then did you rely on Dr. Alnas to
19 identify the appropriate chemotherapy treatment for
20 your cancer?
21    A.   Yes, I did.
22    Q.   Did Dr. Alnas just recommend one
23 chemotherapy regimen or multiple?
24    A.   Well, again, it was just -- it was that
25 regimen that was comprised of the three different

1  drugs.
2     Q.   Did y'all discuss any other chemotherapy
3  regimen that was different from the one you
4  ultimately underwent?
5     A.   Not that I remember, no.
6     Q.   Did you ask any questions about the
7  chemotherapy drugs that Dr. Alnas had recommended
8  for you?
9     A.   I did.  I do remember asking him if they
10 were prone to cause a lot of nausea and vomiting.
11 I was a little afraid of that because I've had
12 stomach issues all my life, and I was concerned
13 about that being a real problem.  I remember asking
14 about that.
15         I do remember asking him if I was taking
16 one of the drugs -- or any of the drugs I was
17 taking were the type that would cause your hair to
18 fall out, and he said yes.  He said that, you know,
19 I was going to lose my hair, so that I should
20 expect that to happen.
21    Q.   When you say drugs, you're talking about
22 the Taxotere and carboplatin and Herceptin?
23    A.   Correct, yes.
24    Q.   And so I want to ask you, did Dr. Alnas
25 tell you that this chemotherapy regimen, the drugs

1  in this chemotherapy regimen, would cause hair loss?
2     A.   Yes.
3     Q.   So did he specify which drug would cause
4  hair loss?
5     A.   If he did, I don't remember.
6     Q.   Okay.  So to your recollection, he just
7  said, "These drugs and this chemotherapy regimen
8  I'm recommending cause hair loss"?
9     A.   Yes.
10    Q.   So aside from asking whether the
11 chemotherapy regimen drugs caused nausea, vomiting,
12 or hair loss, do you recall anything else you asked
13 Dr. Alnas about your chemotherapy regimen?
14    A.   No.
15    Q.   Did you ask about any of the side effects?
16    A.   Again, probably just about the nausea and
17 the vomiting and, you know, my hair falling out.  I
18 don't remember asking any specific questions about
19 other side effects that might happen.
20    Q.   And then in terms of the nausea and
21 vomiting, what was Dr. Alnas's response?
22    A.   He said that I might have some.  He said
23 some people are more sensitive to it than others.
24 But he said that he could give me medications that
25 would help alleviate that.

56 (Pages 218 - 221)

1    Q.   And then regarding the hair loss, what did
2  Dr. Alnas tell you specifically?
3    A.   He just said that I would lose my hair and
4  that it would grow back after I finished the chemo.
5    Q.   Were those his exact words?
6    A.   Probably not.
7    Q.   Do you know when that conversation took
8  place?
9    A.   It probably would have been around, if not
10  that first visit, then definitely by the second.
11    Q.   Did you understand the -- I'm going to
12  call it the TCH regimen, if that's okay.  Will you
13  understand what I'm saying?
14    A.   Yeah, sure.
15    Q.   Did you understand the TCH to be a common
16  regimen?
17    A.   Well, he said that it was the most
18  effective regimen for the type of cancer that I
19  had.  I don't remember whether he said that that
20  was like a common thing or not.  I don't remember.
21    Q.   Okay.  Did you understand that Dr. Alnas
22  had prescribed TCH prior to having you as a
23  patient?
24    A.   Yes.
25    Q.   And did it matter to you that Dr. Alnas

1  had used TCH previously with his cancer patients?
2    A.   Yes.
3    Q.   And did you assume your doctor's
4  recommendation was based on his own experience as
5  well as his medical science?
6    A.   Yes.
7    Q.   Did you intend to follow your doctor's
8  recommendation regardless of the details of why he
9  recommended it?
10    A.   I mean, pretty much, yeah.  I was too
11  afraid and too worried to really do anything else.
12  I didn't know what to do other than what he told me
13  to do.
14    Q.   Did you intend to follow Dr. Alnas's
15  recommendation regardless of the potential side
16  effects?
17    A.   Yes.
18        MR. FONTENOT:  Object to form.
19  MR. THOMAS CONTINUED:
20    Q.   Do you recall any of the potential side
21  effects of any of the chemotherapy drugs that you
22  underwent?
23    A.   Again, just the hair loss and the nausea
24  and vomiting.  They said that there was a potential
25  for sore mouth.  The inside of my mouth might

1  become sore.  Let's see, what else was it?  Sore
2  throat was a possibility.
3        I think he said maybe some swelling or
4  potential problems with my heart, so they did a
5  scan before, and then either during or after the
6  chemotherapy, just to check to make sure there was
7  no damage to my heart.  That's really all I can
8  think of offhand.
9    Q.   You don't recall Dr. Alnas discussing the
10  risks of any particular chemotherapy drug contained
11  in the chemotherapy regimen.  Is that correct?
12    A.   I don't recall it, no.
13    Q.   So the risks that you recall Dr. Alnas
14  explaining to you that you just described, those
15  were attributed to the chemotherapy regimen drugs
16  generally, right?
17    A.   Yes.
18    Q.   Do you recall anything else from that
19  initial consult with Dr. Alnas?
20    A.   No.  Not with my interaction with him, no.
21    Q.   I mean, do you recall any interaction with
22  any nurse of his during that initial consult?
23    A.   Just that, you know, they were nice, very
24  supportive.  They let me see -- or have me see a --
25  I think it was a social worker or a counselor or

1  something.  They gave me some information about
2  support groups and support programs that they had,
3  that type stuff.  But I don't -- you know, I don't
4  remember anything else about all that.
5    Q.   So the interactions that you recall with
6  the nurses and the social worker, did this all
7  occur the same day, the initial encounter with
8  Dr. Alnas, or later?
9    A.   Yes, I think it was that same day.
10    Q.   Do you remember the nurses' names that you
11  met with that day?
12    A.   I don't.  I don't.
13    Q.   Do you remember any specific discussions
14  you had with the nurses that day?
15    A.   I remember one of them telling me, you
16  know, that they had had another nurse -- a nurse
17  there who had gone through the same thing I had.
18  And they kind of pointed her out to me and said,
19  "See, you know, it's going to be okay.  She can do
20  it and you can do it too."  You know, just in
21  general being very supportive and very comforting
22  to me.
23    Q.   I mean, when you say that -- I think you
24  said she went through the same thing that you did.
25  I mean, are you referring to breast cancer?

57 (Pages 222 - 225)

Page 242

1    Q.  -- too?
2    A.  Yes.
3    Q.  Did you understand that some of these
4  risks could be long lasting?
5    A.  Yes.
6    Q.  So if there was a risk that included
7  damage to the heart, that would be a long-lasting
8  effect, right?
9    A.  Yes.
10    Q.  Did you understand that numbness in the
11  hands or feet could be long lasting?
12    A.  I don't remember if I even thought about
13  that part of it much.  That seemed like kind of a
14  minor thing, and I felt like at the time I kind of
15  had to focus on the bigger issues, the bigger risks.
16    Q.  Okay.  If you had known that numbness in
17  your hands and feet from chemotherapy could be
18  permanent, would that changed your decision to
19  receive chemotherapy?
20    A.  Probably not, no.
21    Q.  Do you know whether the informed consent
22  indicated whether or not the risks could be long
23  lasting or temporary?
24    A.  I don't remember for sure.
25    Q.  Did you understand that hair loss from

Page 243

1  your chemotherapy could be long lasting?
2        MR. FONTENOT:  Object to form.
3        THE WITNESS:  No.
4  MR. THOMAS CONTINUED:
5    Q.  Did you understand that after chemotherapy
6  hair didn't always regrow exactly the way it was
7  before chemotherapy?
8    A.  I knew that sometimes it came back like a
9  different color or curly or straight or something,
10  but that was probably about as far as I thought
11  about it.  I don't remember ever imagining that it
12  might been a long-term or a permanent thing.
13    Q.  So before you took chemotherapy you
14  understood there was a risk that your hair would be
15  different after chemotherapy, and I think you just
16  described texture of the hair, right?
17    A.  Yes.
18    Q.  Now, earlier we talked about that changes
19  in the texture of your hair after the chemotherapy
20  are part of your injury claim, right?
21    A.  Yes.
22    Q.  Okay.  But it's your testimony that you
23  were aware before you even took chemotherapy that
24  that was a risk of chemotherapy.
25    A.  I don't know, maybe I just didn't realize

Page 244

1  that it was going to be that dramatic.  I'm not
2  sure how to answer that.  Maybe -- I don't know.
3  Maybe I just didn't really think about it too much.
4  Maybe I just didn't let myself think about it too
5  much at the time.
6    Q.  Yeah, I'm just trying to confirm your
7  testimony.  You stated that changes in the texture
8  of your hair after chemotherapy are part of your
9  injury claim in this lawsuit.  Now, you also just
10  testified that you were aware that there could be
11  changes to your hair and the texture of your hair
12  after chemotherapy.  Did you just testify to that?
13    A.  Okay.  Yeah, I guess I did.  I'm sorry.
14  Maybe I didn't understand.
15    Q.  No, that's okay.  So you understood -- or
16  strike that.  Did you understand that after
17  chemotherapy hair could grow back a different
18  color?
19    A.  A different color?  I don't know.  I guess
20  maybe I did.  Maybe I did.  I don't know.
21    Q.  And then you testified earlier that part
22  of your injury claim was that your hair came back a
23  different color after chemotherapy.  Do you recall
24  that testimony?
25    A.  Yes.

Page 245

1    Q.  Now, were you aware of that risk before
2  you took chemotherapy, that your hair could come
3  back a different color?
4    A.  Maybe.  I don't know.
5    Q.  And then did you understand that after
6  chemotherapy hair could sometimes come back thinner
7  than it was before chemotherapy?
8    A.  I don't remember thinking about that.  I
9  don't know.
10    Q.  What does hair texture mean to you?
11    A.  Hair texture is whether or not the hair is
12  fine or coarse or curly or straight.
13    Q.  Does it mean your hair may be thinner?
14    A.  I don't think about that in terms of
15  texture.
16    Q.  Okay.  Is finer the same as thinner?
17    A.  No, not -- I'm sorry.  Maybe I should have
18  clarified that.  The thickness of the hair shaft
19  itself is what I mean when I say that.  You know,
20  because some hair is really, really fine and thin,
21  each individual hair.  Some of it is thicker and
22  stiffer and coarser.  That's what I mean by the
23  texture of it.  I don't mean by the body -- or
24  amount of hair on the scalp.
25    Q.  Okay.  I mean, what does hair being

62 (Pages 242 - 245)

1  thinner mean to you?
2      A.  Being -- hair being thinner, to me, means
3  less hair on the scalp.
4      Q.  So less hair follicles?  Is that what
5  you're saying?
6      A.  Right, correct.
7      Q.  Okay.  And then finer hair is what?
8      A.  Is when each individual strand of hair is
9  smaller and thinner and, you know, just doesn't
10  have as much body, I think is the word I'm looking
11  for.
12      Q.  Okay.  So you understand or you think that
13  if a person's hair is fine, that doesn't mean that
14  they have hair loss?
15          MR. FONTENOT:  Object to form.
16          THE WITNESS:  Correct.
17  MR. THOMAS CONTINUED:
18      Q.  So if you had -- if you noticed that your
19  hair was fine after chemotherapy, according to you,
20  you wouldn't have hair loss, right?
21          MR. FONTENOT:  Object to form.
22          THE WITNESS:  Well, I mean, I could
23  have both, you know.  It could be both finer and
24  thinner.  I mean, that was kind of my
25  understanding.

1  MR. THOMAS CONTINUED:
2      Q.  Okay.  Well, I think we just established
3  that if the person -- if it's fine hair, that's not
4  hair loss.  You remember that testimony?
5          MR. FONTENOT:  Object to form.
6          THE WITNESS:  Yeah.
7  MR. THOMAS CONTINUED:
8      Q.  Okay.  So if your hair is fine, as you put
9  it, after chemotherapy, then under your definition,
10  that's not hair loss.
11          MR. FONTENOT:  Object to form.
12          THE WITNESS:  The fine part, no, is
13  not hair loss, no.  That's the texture.  That's not
14  the amount of hair on the scalp.
15  MR. THOMAS CONTINUED:
16      Q.  Okay.  Did you expect that after
17  chemotherapy your hair would fully regrow and be
18  exactly the same as it was before chemotherapy?
19      A.  I wasn't necessarily expecting it to be
20  anywhere near the same.  I just thought it was
21  going to fully regrow.
22      Q.  Okay.  Why did you think that?
23      A.  I mean, I just thought that that's what
24  was going to happen, you know.  That it was going
25  to be a temporary thing, and that once the chemo

1  was over and all of those drugs had kind of gone
2  out of my system, then whatever was in these drugs
3  that was, you know, making my hair fall out and
4  preventing it from growing would go away, and then
5  my hair would just come back as, you know, thick as
6  it had been before.
7      Q.  So what's the basis for that
8  understanding?
9      A.  Maybe that was just an assumption on my
10  part.  Maybe that -- you know, I was just kind of
11  hanging on to that as being a positive in the whole
12  situation.  I don't know.  Maybe it was a little
13  misplaced faith.
14      Q.  Did anyone tell you that the hair loss
15  would be a, quote, temporary thing?
16      A.  I'm not sure about in so many words.  I
17  just, you know, remember people telling me, Oh,
18  it'll grow back.  It'll grow back.  You know, it'll
19  be better, whatever.  It'll be prettier, or it'll
20  be this or it'll be that.
21      Q.  And I thought we went over that earlier
22  today, but none of those people were doctors or
23  medical professionals, right?
24          MR. FONTENOT:  Object to form.
25          THE WITNESS:  Not that I recall.

1  There might have a been a nurse or something that
2  said that to me.  But I don't remember for sure.
3  MR. THOMAS CONTINUED:
4      Q.  I mean, do you recall today sitting here
5  whether any medical professional ever told you that
6  your hair would fully regrow and be exactly the
7  same as it was before chemotherapy?
8      A.  No.  I don't remember anybody telling me
9  it was going to be exactly the same.
10      Q.  Okay.  Did any medical professional ever
11  tell you that your hair would fully regrow after
12  chemotherapy?
13          MR. FONTENOT:  Object to form.
14          THE WITNESS:  Not in those exact
15  words, no.
16  MR. THOMAS CONTINUED:
17      Q.  Okay.  How about in any more general words
18  or words to that effect?  Did any medical
19  professional tell you that your hair would regrow
20  after chemotherapy?
21          MR. FONTENOT:  Object to form.
22          THE WITNESS:  Yes.
23  MR. THOMAS CONTINUED:
24      Q.  Okay.  Who told you that?
25      A.  Dr. Alnas.  You know, he told me that it

63 (Pages 246 - 249)

Page 250

1  would come back. The nurses in the chemo bay told
2  me it would come back. Various other people who
3  were not medical professionals told me that too.
4  So it was just -- you know, I was kind of getting
5  this reassurance from multiple sources, so I just
6  decided to accept that and not worry about it.
7     Q. So when did you have that conversation
8  with Dr. Alnas? Was this before or after
9  chemotherapy?
10    A. Probably before, but I don't remember that
11  for sure.
12    Q. I mean, it seems like you remember the
13  conversation you had with him and the words he told
14  you or allegedly told you. You can't -- sitting
15  here today, you don't know what year that was, or
16  can you give me a best estimate?
17    A. The best estimate of when he told me that
18  my hair would grow back?
19    Q. Right.
20    A. Yeah. That was probably very early in the
21  treatment, so that would have been probably July,
22  August of 2009.
23    Q. Would it have been after you started
24  chemotherapy?
25    A. I don't remember if it was immediately

Page 251

1  before or immediately after. I don't remember.
2     Q. And what did Dr. Alnas specifically tell
3  you?
4     A. I don't remember his exact words. Just
5  that, you know, something along the lines of, you
6  know, "It'll be fine. It'll grow back, and, you
7  know, you go back to normal."
8     Q. Did you recall anything else from that
9  conversation you had with him?
10    A. Not specifically, no.
11    Q. Did you have any other conversations with
12  Dr. Alnas after that conversation as it relates to
13  hair regrowth?
14    A. I may have, but I don't recall for sure.
15    Q. Do you know if you had one more or more
16  than one?
17    A. I don't.
18    Q. And then you mentioned that you had
19  discussions with some nurses in the bay area? Is
20  that what you said? Or bay nurses?
21    A. The chemo bay, yeah. That's what they
22  call that area where they, you know, have stations
23  set up to give patients chemotherapy treatments.
24    Q. Okay. And then you had some discussions
25  with some nurses about hair regrowth?

Page 252

1     A. I'm pretty sure I did. I don't remember a
2  whole lot of specifics about that either. I just,
3  you know, remember them being really accommodating,
4  very sweet, very encouraging. Anything positive
5  that they could say to kind of make me feel better
6  about the whole situation, that they would always
7  do that. They were so good.
8     Q. Did any of those nurses specifically tell
9  you anything as it relates to hair regrowth after
10  chemotherapy?
11    A. Not that I remember specifically, no.
12    Q. Other than the nurses -- strike that.
13  Other than Dr. Alnas, did you talk with anyone --
14  any other doctor or healthcare provider about hair
15  regrowth after chemotherapy?
16    A. Not that I recall, no.
17    Q. Did you understand that for some people,
18  their hair did not regrow completely after
19  chemotherapy?
20        MR. FONTENOT: Object to form.
21        THE WITNESS: I don't remember being
22  aware of that or really thinking much about it.
23  MR. THOMAS CONTINUED:
24    Q. Did you ask Dr. Alnas if hair always
25  regrew completely after chemotherapy?

Page 253

1     A. I don't think so. I don't remember asking
2  him that specific question.
3     Q. Did you ask any of his nurses if hair
4  always regrew completely after chemotherapy?
5     A. I don't think so, no.
6     Q. Did you ask Dr. Alnas if he had ever had a
7  patient whose hair had not regrown completely?
8     A. No.
9     Q. Why not?
10    A. Probably just never occurred to me.
11    Q. So sitting here today, you don't know
12  whether Dr. Alnas had ever had a patient whose hair
13  had not fully regrown after chemotherapy?
14    A. I don't know, no.
15    Q. Were you aware that cases of permanent
16  alopecia had been reported in some patients
17  following treatment with the chemotherapy drugs you
18  received?
19    A. Was I aware then?
20    Q. Yeah.
21    A. No.
22    Q. Were you aware that cases of permanent
23  alopecia had been reported in some patients
24  following treatment with carboplatin?
25    A. No, I wasn't aware of it at that time.

64 (Pages 250 - 253)

Page 254

1    Q.  Did you ask Dr. Alnas about that?
2    A.  Not that I recall, no.
3    Q.  If you had known that cases of permanent
4  alopecia had been reported following treatment with
5  carboplatin, would that have changed your decision
6  to take it?
7    A.  Possibly.
8    Q.  Why is that?
9    A.  Well, I don't particularly want permanent
10  hair loss, so at that time if I had known that,
11  then I might have kind of checked into other
12  treatment options.  But, you know, at the time I
13  was just trying to get through it.  I wasn't
14  thinking that long term.
15    Q.  What chemotherapy would you have taken
16  instead of carboplatin?
17    A.  I don't know the answer to that.  I would
18  have had to, you know, do some research and some
19  reading, some investigating, that kind of stuff.
20    Q.  Do you know if there was an alternative to
21  carboplatin that would've been appropriate to treat
22  your cancer?
23    A.  There might have been, but I'm not aware
24  of it.
25    Q.  What if Dr. Alnas had said there was no

Page 255

1  suitable alternative to carboplatin for your cancer?
2    A.  If he had said there was no suitable
3  alternative and that it would cause permanent hair
4  loss?  I --
5    Q.  Well, at that -- I'm sorry.  Go ahead.
6    A.  I probably would have done some research
7  into just alternate therapies, period.  I'm not
8  saying that I would've necessarily gone with all of
9  those, but I probably would have done a lot more
10  reading and educating myself than I did if I had
11  ever suspected that.
12    Q.  And you don't recall doing any independent
13  research of your own on any of the chemotherapy
14  drugs that you received, correct?
15    A.  I don't recall, no.
16    Q.  Were you aware that cases of permanent
17  alopecia have been reported in some patients
18  following treatment with Herceptin?
19    A.  No.
20    Q.  Did you ask Dr. Alnas about that?
21    A.  Not that I recall, no.
22    Q.  If you had known that cases of permanent
23  alopecia had been reported following treatment with
24  Herceptin, would that have changed your decision to
25  take it?

Page 256

1    A.  Not immediately.  It would have prompted
2  me to investigate and look -- you know, look into
3  other alternatives at least.
4    Q.  What chemotherapy would you have taken
5  instead of Herceptin?
6    A.  I'm not sure.  I mean, I would've had to,
7  you know, kind of look around and see if there were
8  suitable alternatives and see what the permanent
9  side effects or possible side effects of those
10  would have been.  I mean, that's kind of hard to
11  answer that question without, you know, knowing
12  what else was available out there.  I would
13  definitely have looked into it, though.
14    Q.  You don't know if there was an alternative
15  to Herceptin that would have been appropriate to
16  treat your cancer, correct?
17    A.  I don't know.  I don't know that, no.
18    Q.  And what if Dr. Alnas had said there was
19  no suitable alternative to Herceptin to treat your
20  cancer?
21    A.  I'm not sure what I would have done in
22  that case.
23    Q.  Well, I'm just asking you.  If there's no
24  alternative to Herceptin to treat your cancer, then
25  I want to get your sense of what -- you know, what

Page 257

1  you would have done with that information.
2        MR. FONTENOT:  Object to form.
3        THE WITNESS:  I would probably have
4  had to think about that one for quite a while.  I'm
5  not saying that I would have rejected it, by any
6  means, but I wouldn't have been as quick to just
7  kind of blindly accept that regimen without, you
8  know, kind of doing some reading on my own.
9        Because, you know, there's an awful lot of
10  information out there, and I'm sure that no doctor
11  has all of it.  And to satisfy my own mind, I
12  probably would have looked.
13  MR. THOMAS CONTINUED:
14    Q.  If someone had told you that cases of
15  permanent alopecia had been reported following
16  treatment with Taxotere, would that have changed
17  your decision to take it?
18    A.  Probably.
19    Q.  What chemotherapy drug would you have
20  taken instead of Taxotere?
21    A.  I don't know the answer to that because I
22  never investigated.
23    Q.  And you don't know what Dr. Alnas might
24  have said?
25    A.  No.  I would have asked him, but. . .

65 (Pages 254 - 257)

Page 266

1     A.  Did I lose you guys?
2           MR. FONTENOT:  Hello?
3           MR. THOMAS:  Can you hear us?
4           THE VIDEOGRAPHER:  Can you hear us?
5           MR. THOMAS:  All right.  Can we stop
6     the tape?
7           THE VIDEOGRAPHER:  Yep.  Time is 5:40
8     p.m.  We're off the record.
9           (OFF THE RECORD.)
10          THE VIDEOGRAPHER:  We're back on the
11    record.  The time is 5:42 p.m.
12          COURT REPORTER:  Do you need me to
13    repeat the question, Mr. Thomas?
14          MR. THOMAS:  Yes, please.  Thank you.
15          COURT REPORTER:  "Do you claim that
16    Sanofi's responsible because you have less volume
17    of hair than you did in 2009?"
18          THE WITNESS:  Yes.
19    MR. THOMAS CONTINUED:
20    Q.  And then do you claim that Sanofi's
21    responsible for the other differences in your hair
22    you just testified to?
23    A.  Yes.
24    Q.  You're not claiming you're bald, correct?
25    A.  No.

Page 267

1     Q.  And how much less hair do you have
2     percentage-wise than you had in early -- or late
3     2009?
4     A.  I would estimate probably 40 to 50 percent
5     less.
6     Q.  So you estimate that you have 40 to 50
7     percent less hair now than you did in 2009?
8     A.  Yes.  That's my estimate.
9     Q.  What's that based on?
10    A.  Well, just the weight of my hair.  And if
11    I go to put it up in, say, a ponytail or a scrunchy
12    or something like that, before all this happened, I
13    could maybe get the elastic wrapped around my hair
14    twice, three times if I really stretched it and
15    made it tight.
16          Now I can go over and over and over.  I
17    have to double the elastic probably five or six
18    times just to get it to hold my hair and stay in.
19    It's just a dramatic reduction in the amount of
20    hair I have growing on my head.
21    Q.  Yeah, so earlier you testified that you've
22    been losing your hair since back in 2011, so how
23    much less hair have you had since 2011?
24    A.  It's got to be somewhere between 40 and 50
25    percent.  It's just slowly gotten worse.  Initially

Page 268

1     I would say maybe 30 percent, but then it just --
2     it kept falling out and getting worse until I'm
3     where I am today.
4     Q.  So do you think you had 30 percent less
5     hair in 2011 than you did in 2009?
6     A.  At least, yeah.
7     Q.  It could be more, according to your
8     estimate?
9     A.  It's possible, yeah.
10    Q.  And then before you started chemo, you
11    knew you were going to have hair loss during
12    chemotherapy, right?
13    A.  Correct.
14    Q.  When did you expect your hair to start
15    falling out?
16    A.  I expected it at some point after the
17    first chemo treatment.  You know, I wasn't sure how
18    long it would take before that would start
19    happening, but, you know, I expected it after the
20    first treatment.
21    Q.  And then did you expect it to fall out all
22    at once or gradually?
23    A.  Gradually.
24    Q.  And how soon did you expect your hair to
25    start regrowing after chemotherapy?

Page 269

1     A.  I wasn't really sure.  I was expecting
2     maybe a month.  That was just a hopeful kind of
3     thing on my part.
4     Q.  And then why did you believe that you'd
5     have hair regrowth after one month after completing
6     chemotherapy other than, I guess, just a hope on
7     your part?
8     A.  Yeah, I figured that it would probably
9     take at least that much time for all of those drugs
10    to kind of flush themselves out of my system, out
11    of my body.  And I just kind of thought that once
12    that happened, that it would allow the hair to
13    start regrowing again.  Once it didn't have those
14    chemicals kind of fighting against it.
15    Q.  What was your understanding of when all
16    the hair on your head would be fully regrown to the
17    pre-chemo level of fullness?
18    A.  I wasn't sure.  I didn't really have a
19    definite period of time in mind.  You know, maybe a
20    few months.  At the most six months.  I don't know.
21    Q.  And what's that understanding or
22    expectation based on?
23    A.  Just I guess my own assumption.
24    Q.  Okay.  Other than your own assumption, are
25    there any other sources that you base that

68 (Pages 266 - 269)

Page 270

1    understanding?
2       A.  No.
3       Q.  So you expected that your hair would start
4    to regrow within one month after your last
5    chemotherapy treatment and that all the hair on
6    your head would regrow by three to six months,
7    correct?
8       A.  Correct.
9       Q.  And as you were losing your hair during
10   chemo, what did you attribute your hair loss to?
11      A.  Just the chemotherapy drugs where -- I
12   didn't know if they were just killing the hair
13   follicles or exactly how that worked.  I just, you
14   know, expected that it was the chemotherapy drugs.
15      Q.  So you knew as you were experiencing hair
16   loss that it was the chemotherapy drugs that were
17   causing it?
18      A.  Yes.
19      Q.  Have you ever attributed your hair loss to
20   anything other than your chemotherapy?
21      A.  No.
22      Q.  And then what did you hair look like when
23   you finished your last chemo treatment on November
24   10th, 2009?
25      A.  I had just a tiny little bit of patchy

Page 271

1    fuzz on my scalp, and that was about it.
2       Q.  So you did have some hair regrowth at that
3    time?
4       A.  A tiny bit, yeah.
5       Q.  And then about how long after the last
6    infusion did you have a bit of hair regrowth?
7       A.  Probably, I would say, roughly a month to
8    six weeks.  Of any significant amount, I mean.
9       Q.  And then when did your hair grow to the
10   level of fullness it's at today?
11      A.  I would say probably spring, maybe early
12   summer of 2010.
13      Q.  Switching gears now to the Plaintiff Fact
14   Sheet.  Now, did you prepare or contribute to the
15   Third Amended Plaintiff Fact Sheet?
16      A.  I would have to look at that to even know
17   what that consists of.  Again, I get a little lost
18   in these documents, and I don't remember.
19      Q.  That's okay.  It was one of the documents
20   that you testified that you had reviewed prior to
21   today's deposition so it should be familiar.  But I
22   just want to get confirmation that you verified the
23   information that's contained in that document is
24   true and accurate to the best of your knowledge?
25      A.  Oh, I understand.  Yes.

Page 272

1       Q.  So you did verify that the information
2    contained in that document is true and accurate to
3    the best of your knowledge?
4       A.  Yes, to the best of my knowledge.
5       Q.  Okay.  You've never received treatment
6    from a medical professional for your hair loss?
7       A.  No.
8       Q.  You've never discussed your hair loss with
9    any healthcare provider?
10      A.  Not that I can recall.
11         MR. FONTENOT:  Object to form.
12   MR. THOMAS CONTINUED:
13      Q.  You've never received treatment for hair
14   loss?
15      A.  No.
16      Q.  You allege that you considered the
17   potential use of Rogaine to treat your alleged hair
18   loss and researched the product online, but you
19   ultimately decided against using the product.  Is
20   that correct?
21      A.  That's correct.
22      Q.  And when did you research?
23      A.  I don't remember specifically.  I guess --
24   gosh, I couldn't even begin to guess when that was.
25   I don't want to give you a timeframe when I'm not

Page 273

1    sure of it myself.
2       Q.  Well, the reason I asked is, you put it in
3    your interrogatory answers which are sworn under
4    oath, and it seems to stick out in your mind as to
5    what you considered treating with and why you
6    ultimately did not use that product.  I mean, are
7    you able to give me a month and a year of when you
8    did this research?
9       A.  Not that I feel confident in my
10   recollection.  I just don't -- I don't remember for
11   sure.
12      Q.  I mean, are you even able to give me a
13   year in which you conducted this research?
14      A.  I can make a guess.  I would imagine
15   probably around 2012, maybe 2013.
16      Q.  Okay.  And then why did you ultimately
17   decide against using Rogaine?
18      A.  Couple of reasons.  Mostly because it's a
19   thing that once you start it, you have to continue
20   to do it on a regular basis or the hair comes out
21   again.  And it's kind of expensive, and I didn't
22   want to invest in, you know, something like that,
23   that, you know, might or might not work for me
24   anyway.
25         And also I kind of was afraid of putting

69 (Pages 270 - 273)

Page 302

1 hair or wetting your hair or anything of that
2 nature?
3    A.  No.  They just asked me for good clear
4 shots of, you know, the front of my head, the back
5 of my head, stuff like that.  They didn't say
6 anything about, you know, what to do with my hair
7 actually.  They just wanted to be able to see.
8    Q.  Okay.  And you think you have about 40 to
9 50 percent hair loss in this picture?
10    A.  Yes.
11    Q.  Next picture.
12       MR. FONTENOT:  Brad, you're about out
13 of time.
14       MR. THOMAS:  What's that?
15       MR. FONTENOT:  You're out of time.
16 How many more of these are you going to go through?
17 It looks like we're on nine of 22.
18       MR. THOMAS:  I can just finish up
19 with this one.  This is fine.
20       MR. FONTENOT:  Okay.
21       MR. THOMAS:  Appreciate it.
22 MR. THOMAS CONTINUED:
23    Q.  So do you know when this was taken,
24 Ms. Roach?
25    A.  I don't remember specifically.

Page 303

1    Q.  Okay.  Would you agree it looks like it's
2 -- I think you're wearing the same outfit as the
3 one above?
4    A.  Yes.  It was probably taken the same day.
5    Q.  Okay.  Can you identify the hair loss in
6 this picture?
7    A.  Yes.  You can see the widow's peak that I
8 spoke about earlier toward the center of my
9 forehead, and you can also see on sides there where
10 the hairline has receded backwards.  You can see
11 the thinning hair, the side and above my ear.  You
12 can see that I'm missing most of my eyelashes and
13 my eyebrows.
14    Q.  Anywhere else?
15    A.  No.  Not that I can tell from this
16 picture.
17    Q.  Okay.  Well, my time is up.  I really
18 appreciate your time and everyone else's time
19 today.  And thank you, Ms. Roach, and hope you have
20 a great evening.
21       THE WITNESS:  Thanks.
22       THE VIDEOGRAPHER:  Evan, do you have
23 anything?
24       MR. FONTENOT:  Yeah, just one or two
25 questions, and we don't need to take a break.

Page 304

1             EXAMINATION
2 BY MR. FONTENOT:
3    Q.  Ms. Roach, we were talking earlier about
4 conversations between you and Dr. Alnas and the
5 nurses at his office.  Do you recall testifying --
6    A.  Yes.
7    Q.  -- about that?  Okay.
8    A.  Yes.
9    Q.  You had mentioned that while you were
10 treating with Dr. Alnas at the time of chemotherapy
11 that he had said that your hair would come back, in
12 so many words.  I believe you said you couldn't
13 recall the exact words that he asked you -- or told
14 you.
15    A.  Correct.
16    Q.  Okay.  In any followup appointments after
17 chemotherapy, did Dr. Alnas ever comment on your
18 hair, whether it was regrowing or not?
19       MR. THOMAS:  Object to form.
20       THE WITNESS:  I kind of remember him
21 saying something about, you know, him being pleased
22 that he could see my hair was coming back.  But I
23 don't remember him being very specific about it.
24 MR. FONTENOT CONTINUED:
25    Q.  Okay.  And do you recall whether that was

Page 305

1 -- or how soon after chemotherapy was that
2 discussion?
3    A.  That's hard to say for sure.  I would say
4 between six months and a year.
5    Q.  Okay.
6       MR. FONTENOT:  That's all the
7 questions I have.
8       COURT REPORTER:  Mr. Thomas, I'm
9 sorry, did you object to the last question?
10       MR. THOMAS:  I did.
11       COURT REPORTER:  Okay.  Mr. Fentonot,
12 are you going to get a copy?
13       MR. THOMAS:  Sorry, I just have one
14 more followup question.
15       COURT REPORTER:  I'm sorry.
16          FURTHER EXAMINATION
17 BY MR. THOMAS:
18    Q.  Ms. Roach, now I asked you earlier what
19 discussions you had with Dr. Alnas about hair
20 regrowth, right?
21    A.  Right.
22    Q.  And you couldn't recall any discussions
23 about hair regrowth with Dr. Alnas other than the
24 one instance that you recalled in either July or
25 August 2009.  Do you remember that testimony?

77 (Pages 302 - 305)

Page 306

1    A.  Yes.
2    Q.  Okay.  Now, you just testified that you
3  recall another discussion with him six months to a
4  year after you completed chemotherapy, right?
5    A.  Correct.
6    Q.  Okay.  So are you suddenly recalling
7  another instance in which you discussed hair
8  regrowth with Dr. Alnas after your attorneys have
9  asked you questions about it?
10    A.  Well, we didn't discuss anything.  It was
11  just a comment he made in passing.
12    Q.  Well, that would be a discussion, right?
13    A.  I guess.  Maybe I misunderstood.  I don't
14  know.
15    Q.  Okay.  So is there a reason why you didn't
16  tell me that conversation earlier?
17    A.  Probably just didn't think about it.
18    Q.  Okay.  And then how is it that you're so
19  sure that it was within six to 12 months after the
20  chemotherapy completion?
21    A.  Well, I'm not sure.  I told you that was a
22  guess.
23    Q.  Okay.  And what were his exact words that
24  he told you about hair regrowth?
25    A.  I don't remember exactly.  Just something

Page 307

1  kind of general, that he was happy to see my hair
2  was coming back.  Looked good.  Something like
3  that.
4        MR. THOMAS:  I have nothing further.
5  Thank you.
6        MR. FONTENOT:  Thank you.
7        THE VIDEOGRAPHER:  Time is 6:42 p.m.
8  We're off the record.
9        (DEPOSITION CONCLUDED.)
10      (READING AND SIGNING WAS NOT WAIVED.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 308

1        CERTIFICATE OF REPORTER
2      I, BETHANY CAMMACK, Certified Shorthand
3  Reporter and Notary Public for the State of
4  Mississippi, do hereby certify that the above and
5  foregoing pages contain a full, true and correct
6  transcript of the proceedings, as taken by me at
7  the time and place indicated, and later reduced to
8  typewritten form under my supervision and to the
9  best of my skill and ability.
10      I further certify that I placed the
11  witness under oath to tell the truth and that all
12  answers were given under that oath.  I further
13  certify that the witness has chosen the right to
14  not waive the reading and signing of the deposition.
15      I further certify that I am not in the
16  employ of or related to any counsel or party in
17  this matter, and have no interest, monetary or
18  otherwise, in the final outcome of this case.
19      Witness my signature and seal this
20  the 9th day of October, 2020.
21
22
23  BETHANY  CAMMACK,  CSR
24      BETHANY CAMMACK, CSR
    CSR NO. 1526
25      My Commission Expires May 5, 2023

Page 309

1  EVAN FONTENOT, ESQ.
2  efontenot@pbclawfirm.com
3      October 9, 2020
4  RE: Roach, Melissa And Billy v. Sanofi US Service, Inc. Et Al.
5  9/23/2020, Melissa S. Roach (#4250740)
6    The above-referenced transcript is available for
7  review.
8    Within the applicable timeframe, the witness should
9  read the testimony to verify its accuracy. If there are
10  any changes, the witness should note those with the
11  reason, on the attached Errata Sheet.
12    The witness should sign the Acknowledgment of
13  Deponent and Errata and return to the deposing attorney.
14  Copies should be sent to all counsel, and to Veritext at
15  cs-nj@veritext.com
16
17    Return completed errata within 30 days from
18  receipt of testimony.
19    If the witness fails to do so within the time
20  allotted, the transcript may be used as if signed.
21
22        Yours,
23        Veritext Legal Solutions
24
25

78 (Pages 306 - 309)

Page 310

1  Roach, Melissa And Billy v. Sanofi US Service, Inc. Et Al.

2  Melissa S. Roach (#4250740)

3       E R R A T A  S H E E T

4  PAGE_____ LINE_____ CHANGE_____

5  _____

6  REASON_____

7  PAGE_____ LINE_____ CHANGE_____

8  _____

9  REASON_____

10  PAGE_____ LINE_____ CHANGE_____

11  _____

12  REASON_____

13  PAGE_____ LINE_____ CHANGE_____

14  _____

15  REASON_____

16  PAGE_____ LINE_____ CHANGE_____

17  _____

18  REASON_____

19  PAGE_____ LINE_____ CHANGE_____

20  _____

21  REASON_____

22

23  _____  _____

24  Melissa S. Roach        Date

25

Page 311

1  Roach, Melissa And Billy v. Sanofi US Service, Inc. Et Al.

2  Melissa S. Roach (#4250740)

3      ACKNOWLEDGEMENT OF DEPONENT

4    I, Melissa S. Roach, do hereby declare that I

5  have read the foregoing transcript, I have made any

6  corrections, additions, or changes I deemed necessary as

7  noted above to be appended hereto, and that the same is

8  a true, correct and complete transcript of the testimony

9  given by me.

10

11  _____  _____

12  Melissa S. Roach        Date

13  *If notary is required

14      SUBSCRIBED AND SWORN TO BEFORE ME THIS

15      _____ DAY OF _____, 20___.

16

17

18      _____

19      NOTARY PUBLIC

20

21

22

23

24

25

Veritext Legal Solutions

800-227-8440                973-410-4040

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.



DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.