# EXHIBIT C

Page 1

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2
 3
 4   MELISSA S. ROACH, ET                      PLAINTIFF
     AL.
 5
     VS.                         CASE NO. 2:17-cv-07918
 6
     SANOFI US SERVICES,                       DEFENDANT
 7   INC. F/K/A
     SANOFI-AVENTIS U.S.,
 8   INC., SANOFI-AVENTIS
     U.S. LLC, ET AL.
 9
10
11
12   ****************************************************
        ZOOM DEPOSITION OF MICHAEL DREW ANTHONY, M.D.
13   ****************************************************
14      Taken at the instance of the Defendant via Zoom,
                    on November 12, 2020
15         beginning at approximately 8:00 a.m.
16
17
18              (APPEARANCES NOTED HEREIN)
19
20
21
22              *  *  *  *  *  *  *  *
23
24                  Reported by:
                 Julie Brown, CCR 1587
25
```

```
 1
    APPEARANCES OF COUNSEL:
 2
 3        For the Plaintiff:
 4            EVAN P. FONTENOT
              Pendley, Baudin & Coffin LLP
 5            P.O. Drawer 71
              24110 Eden Street
 6            Plaquemine, Louisiana  70765
              (225) 687-6396
 7            efontenot@pbclawfirm.com
 8
          For the Defendant:
 9
10            BRADLEY S. THOMAS
              Shook Hardy & Bacon L.L.P.
11            2555 Grand Blvd.
              Kansas City, Missouri  64108
12            (816) 559-4053
              bsthomas@shb.com
13
14
    ALSO PRESENT:  Emma Bailey, videographer
15
16
17
18
19
20
21
22
23
24
25
```

```
                    I N D E X                    Page

Appearances                                         2
Certificate of Court Reporter                     111
Certificate of Deponent                           112


                 E X A M I N A T I O N           Page

Examination By Mr. Thomas                           4
Examination By Mr. Fontenot                       104


                    E X H I B I T                Page

Exhibit 1    Notice of deposition                  12
Exhibit 2    Photograph                            12
Exhibit 3    Medical records                       53
Exhibit 4    Curriculum Vitae                     110
```

Page 4

1           THE VIDEOGRAPHER:  Good morning.  We are
2   going on the record at 8:08 a.m. Central on
3   Thursday, November 12, 2020.  This is Media Unit 1
4   in the deposition of Michael Drew Anthony, M.D., in
5   the matter of Melissa Roach, et al., v. Sanofi U.S.
6   Service Inc., et al.
7           This deposition is being held remotely.
8   My name is Emma Bailey, and I am the videographer.
9   The court reporter is Julie Brown.  I am not
10  authorized to administer an oath.  I am not
11  affiliated to any party to this action nor am I
12  financially interested in this case.
13          Counsel and all parties present, please
14  state your appearances and affiliations for the
15  record.
16          MR. FONTENOT:  Evan Fontenot for the
17  plaintiff, Melissa Roach.
18          MR. THOMAS:  Bradley Thomas with the law
19  firm Shook Hardy & Bacon on behalf of the Sanofi
20  defendants.
21           MICHAEL DREW ANTHONY, M.D.,
22  having been first duly sworn, was examined and
23  testified as follows:
24                E X A M I N A T I O N
25  EXAMINATION BY MR. THOMAS:

Page 105

1  Q. Okay. You testified earlier that you see
2  approximately a thousand patients per month, which
3  would be 250 per week. And also that approximately
4  three to five of those patients that you see monthly
5  complain about hair loss, so three to five patients
6  per month, approximately; is that correct?
7  A. That's correct.
8  Q. Okay. And then you said approximately
9  90 percent of those patients are female who complain
10 about hair loss monthly?
11 A. That's correct.
12 Q. All right. How many of those female
13 patients complaining about hair loss are patients
14 who had breast cancer and underwent chemotherapy?
15 A. I would say very few, if any of them.
16 Q. Okay. Do you ever recommend Rogaine to
17 patients who complain to you about hair loss?
18 A. I don't recommend Rogaine.
19 Q. Okay. If Ms. Roach had issues with hair
20 regrowth after chemotherapy, in your opinion, would
21 she be more likely to consult with you about those
22 issues or her treating oncologist?
23        MR. THOMAS: Object to the form.
24        THE WITNESS: She would be much more
25 likely to discuss them with her treating oncologist

Page 106

1  and not me.  I think -- I don't remember patients
2  ever discussing the effects of chemotherapy drugs
3  with me hardly ever.
4  BY MR. FONTENOT:
5      Q.    And why is that?
6      A.    I think that's just something that's
7  routinely discussed with their oncologist.  They are
8  the ones that talk to them about the side effects.
9  They are the ones that deal with the side effects.
10 They are the ones that know about the side effects.
11 That's not something I do on the daily basis.  It's
12 not something I keep up with.
13     Q.    Okay.  You testified earlier that you do
14 diagnose patients with alopecia; correct?
15     A.    Correct.
16     Q.    Have you ever heard of persisting hair
17 loss as a medical term?
18           MR. THOMAS:  Object to the form.
19           THE WITNESS:  I've never heard that as a
20 medical term, no.
21 BY MR. FONTENOT:
22     Q.    Have you ever heard of permanent hair
23 loss as a medical term?
24     A.    I mean, I'm -- as a medical term, no.
25 Not specifically as a medical term.

Page 107

1     Q.   Okay.  Are you offering any opinions
2  today on the medical cause of any hair loss
3  experienced by Ms. Roach?
4     A.   I am not.
5     Q.   We went through several office visits
6  today, approximately 15.  Was the primary purpose of
7  those visits treatment for hair regrowth?
8     A.   No.
9          MR. THOMAS:  Object to the form.
10 BY MR. FONTENOT:
11    Q.   Just a few more questions:  Based on your
12 medical knowledge, would you expect a breast cancer
13 patient, two to three months into chemotherapy -- or
14 into a chemotherapy regimen, to be experiencing hair
15 loss?
16         MR. THOMAS:  Object to form and
17 foundation.
18         THE WITNESS:  I do not keep up with that.
19 I don't know the drugs.  I don't know the side
20 effects of the drugs that well.  I just know,
21 generally, chemotherapy drugs can cause hair loss,
22 but I know some of them cause more, some of them
23 cause less, some of them cause none.  Generally
24 speaking, that's all I know about chemotherapy
25 drugs.

```
 1            CERTIFICATE OF COURT REPORTER
 2              I, Julie Brown, Court Reporter and Notary
 3   Public, in and for the State of Mississippi, do
 4   hereby certify that the above and foregoing 110
 5   pages contain a full, true and correct transcript of
 6   the proceedings had in the aforenamed case at the
 7   time and place indicated, which proceedings were
 8   recorded by me to the best of my skill and ability.
 9              I also certify that I placed the witness
10   under oath to tell the truth and that all answers
11   were given under that oath.
12              I certify that the witness has chosen his
13   right to the reading and signing of the deposition.
14              I certify that I have no interest, monetary
15   or otherwise, in the outcome of this case.
16              Witness my signature and seal this day,
17   November 29, 2020.
18
19              [Signature: Julie Brown]
20
21
         JULIE BROWN, CCR, RPR #8606
22
23   My Commission Expires:
     April 6, 2024
24
25
```

```
                                                       Page 112

 1              UNITED STATES DISTRICT
 2            EASTERN DISTRICT OF LOUISIANA
 3   MELISSA S. ROACH, ET                      PLAINTIFF
     AL.
 4
     VS.                          CASE NO. 2:17-cv-07918
 5
     SANOFI US SERVICES,                       DEFENDANT
 6   INC. F/K/A
     SANOFI-AVENTIS U.S.,
 7   INC., SANOFI-AVENTIS
     U.S. LLC, ET AL.
 8
 9             Certificate of Deponent
10         I, Michael Drew Anthony, M.D., do hereby
11   certify that the foregoing testimony is true and
12   accurate to the best of my knowledge and belief, as
13   originally transcribed, or with the changes as noted
14   on the attached Correction Sheet.
15
16                           _____
17                           Michael Drew Anthony, M.D.
18
19         Subscribed and sworn to before me, this
     the ___ day of _____, 2020.
20
21                           _____
                             Notary Public
22   My Commission Expires:
23   _____
24
25
```

Page 113

1                    ERRATA SHEET
2    PAGE           LINE           CORRECTIONS (IF ANY)
3    ____           ____           _____
4    ____           ____           _____
5    ____           ____           _____
6    ____           ____           _____
7    ____           ____           _____
8    ____           ____           _____
9    ____           ____           _____
10   ____           ____           _____
11   ____           ____           _____
12   ____           ____           _____
13   ____           ____           _____
14   ____           ____           _____
15   ____           ____           _____
16   ____           ____           _____
17   ____           ____           _____
18   ____           ____           _____
19   ____           ____           _____
20   ____           ____           _____
21   ____           ____           _____
22   ____           ____           _____
23   ____           ____           _____
24   SIGNATURE:_____DATE:_____
25            Michael Drew Anthony, M.D.