# EXHIBIT H

| | |
|---|---|
| **From:** | Palatinsky, Emanuel R&D/US |
| **Sent:** | Wednesday, March 17, 2010 11:59 AM |
| **To:** | ██████████████ ; Giuseppi, Ana-Carolina R&D/US |
| **Cc:** | Malia, Madeline PH/US; Scarazzini, Linda PH/US; ███████████ |
| **Subject:** | RE: TAXOTERE Social Media: Media Q&A and Comm Plan |

Dear ██████ , I have provided my point of view in my dialogue with Carolina, in response to her clear request. On the other hand, I am not sure about what type of conclusion the team needs from GPE. I am looking forward to receiving a little more context so I can provide a helpful contribution.

Best regards.

Emanuel

**From:** ██████████████████
**Sent:** Wednesday, March 17, 2010 4:47 AM
**To:** Giuseppi, Ana-Carolina R&D/US; Palatinsky, Emanuel R&D/US
**Cc:** Malia, Madeline PH/US; Scarazzini, Linda PH/US; ████████████████
**Subject:** RE: TAXOTERE Social Media: Media Q&A and Comm Plan

Dear Ana-Carolina and Emanuel,

Many thanks for your feedback!

Would it be possible to provide your conclusion to the team?

Best regards.
██████████████
CRA Labeling
tel. ████████████
fax ████████████████

**From:** Giuseppi, Ana-Carolina R&D/US
**Sent:** Tuesday, March 16, 2010 7:47 PM
**To:** Giuseppi, Ana-Carolina R&D/US; Palatinsky, Emanuel R&D/US
**Cc:** ████████████ Malia, Madeline PH/US; Scarazzini, Linda PH/US; ████████████
**Subject:** RE: TAXOTERE Social Media: Media Q&A and Comm Plan

Dear ████████ ,

I did not see the latest version of the document prior to providing my comments below. I have received a copy and I agree we do not need to include incidence in this Q&A given the overall purpose of the document.
Thank you!
Kind regards,
Carolina

**From:** Giuseppi, Ana-Carolina R&D/US
**Sent:** Tuesday, March 16, 2010 2:18 PM

1

Sanofi_05252078

**To:** Palatinsky, Emanuel R&D/US
**Cc:** ██████████████████; Malia, Madeline PH/US; Scarazzini, Linda PH/US; ████████████

**Subject:** RE: TAXOTERE Social Media: Media Q&A and Comm Plan

Thank you Emanuel...

Dear ██████.

Please refer to the feedback I got from my Clinical Safety counterpart.

Thank you!
Kind regards,
Carolina

**From:** Palatinsky, Emanuel R&D/US
**Sent:** Tuesday, March 16, 2010 2:13 PM
**To:** Giuseppi, Ana-Carolina R&D/US
**Subject:** RE: TAXOTERE Social Media: Media Q&A and Comm Plan

Dear Carolina, the current docetaxel CCDS version 23 presents persistent alopecia at 55 months in 22/687 (3%) from one study (TAX316), and 3/49 (6%) at 77 months in a different study (GEICAM9805). Even if we make the reasonable assumption that persistent alopecia after more than 4 years is consistent with "permanent" alopecia, I cannot estimate the general incidence rate of permanent alopecia when docetaxel is administered in combination with other chemotherapy agents on the basis of only two studies (both using the adjuvant TAC regimen in breast cancer).

Given these limitations, I cannot say more than "*persistent alopecia was reported in 3 to 6% of patients in two studies where adjuvant docetaxel was administered in combination with doxorubicin, and cyclophosphamide for breast cancer*".

Regards.

Emanuel

**From:** Giuseppi, Ana-Carolina R&D/US
**Sent:** Tuesday, March 16, 2010 1:21 PM
**To:** Giuseppi, Ana-Carolina R&D/US; Palatinsky, Emanuel R&D/US
**Subject:** RE: TAXOTERE Social Media: Media Q&A and Comm Plan

If we pool them together we could get the ~3% they are talking about... Let me know what do you

think...? Thanks!

C

**From:** Giuseppi, Ana-Carolina R&D/US
**Sent:** Tuesday, March 16, 2010 1:16 PM
**To:** Palatinsky, Emanuel R&D/US

2

Sanofi_05252079

**Subject:** FW: TAXOTERE Social Media: Media Q&A and Comm Plan
**Importance:** High

Dear Emanuel,
I agree with ▮▮▮▮. From the Excel (from the CCDS), we have different incidence 3/49 at 77 months (6%), and 22/682 at 55 months (3%)...
Do you have additional comments? Please let me know so that we can provide a consolidated answer to the group.
Thank you!
Kind regards,
Carolina

---

**From:** ▮▮▮▮▮▮▮▮▮▮
**Sent:** Tuesday, March 16, 2010 12:23 PM
**To:** Malia, Madeline PH/US
**Cc:** Gassaro, Allison PH/US; ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮; Gaydos, Mark PH/US; Steinberg, Ira PH/US; Hart-White, Susan PH/US; Garcia, Anamaria PH/US; Scarazzini, Linda PH/US; Audet, Craig PH/US; Vestea, Gina PH/US; ▮▮▮▮▮▮; Burch, Stacy PH/US; Spitaletta, Sabrina PH/US; Mikardos, Joan PH/US; ▮▮▮▮▮▮▮; ▮▮▮▮; Urbaniak, Dennis PH/US; Buffington, Lisa A. PH/US; ▮▮▮▮▮▮▮▮▮▮; Allesandrine, Louis PH/US; Hawthorne, Paul PH/US; Giuseppi, Ana-Carolina R&D/US; ▮▮▮▮▮▮▮; ▮▮▮▮; ▮▮▮▮▮
▮▮▮; ▮▮▮▮▮▮▮▮▮; ▮▮▮▮▮▮▮▮▮▮

**Subject:** RE: TAXOTERE Social Media: Media Q&A and Comm Plan

Dear Madeline,

Thank you for these documents.

Do we have the supportive data for the statement:

- Permanent alopecia is a rare, but potential side effect that affects about 3 percent of patients treated with Taxotere in combination with other chemotherapy drugs.

If this incidence is based on the clinical trials, it may be different from one study to another. Moreover, I am not sure if it is useful to put the exact percentage since it may change in the future studies. The input from GPE regarding this question may be helpful.
I would like also to draw your attention to the wording of the Labeling particularly in the USPI (please see the table attached). The Q&A document should be adapted accordingly.

Best regards,
▮▮▮▮

---

**From:** ▮▮▮▮▮▮▮▮▮▮
**Sent:** Tuesday, March 16, 2010 4:24 PM
**To:** Malia, Madeline PH/US
**Cc:** Gassaro, Allison PH/US; ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮; Gaydos, Mark PH/US; Steinberg, Ira PH/US; Hart-White, Susan PH/US; Garcia, Anamaria PH/US; Scarazzini, Linda PH/US; Audet, Craig PH/US; Vestea, Gina PH/US; ▮▮▮▮▮▮; Burch, Stacy PH/US; Spitaletta, Sabrina PH/US; Mikardos, Joan PH/US; ▮▮▮▮▮▮▮; Urbaniak, Dennis PH/US; Buffington, Lisa A. PH/US; ▮▮▮▮▮▮▮▮▮; Allesandrine, Louis PH/US; Hawthorne, Paul PH/US; ▮▮▮▮▮▮▮ Giuseppi, Ana-Carolina R&D/US; ▮▮▮▮▮▮▮▮▮; ▮▮▮
▮▮▮▮

**Subject:** TR: TAXOTERE Social Media: Media Q&A and Comm Plan

3

Sanofi_05252080

Tks a lot Madeline
A point is not clear for me: the core messages for blog discussions are meant for individuals based in the US. Is it impossible to have blog discussions outside of the US in that case? In case it is possible to have blog discussions outside of the US, the answers concerning the side-effects reporting to the authorities (other than the FDA) and the costs should be adapted.
Thanks in advance for the clarification.
Kind regards,

---

**De :** Malia, Madeline PH/US
**Envoyé :** mardi 16 mars 2010 02:40
**À :** Gassaro, Allison PH/US;                                           ; Gaydos, Mark PH/US; Steinberg, Ira
PH/US; Hart-White, Susan PH/US; Garcia, Anamaria PH/US; Scarazzini, Linda PH/US; Audet, Craig PH/US
**Cc :**                                ; Vestea, Gina PH/US;                               ; Burch, Stacy PH/US; Spitaletta, Sabrina
PH/US; Mikardos, Joan PH/US;                                                                    ; Urbaniak, Dennis PH/US;
Buffington, Lisa A. PH/US;                                 ; Allesandrine, Louis PH/US; Hawthorne, Paul PH/US
**Objet :** TAXOTERE Social Media: Media Q&A and Comm Plan

Dear Colleagues:

Thank you for your quick response and guidance in addressing the Taxotere-related social media activity over the past week.

As mentioned, we have fleshed out the communication plan as well as a more robust Q&A for responding to media/new bloggers. Please review (specifically the Q&A) and provide your comments/feedback/approval -- if possible -- by mid-day tomorrow (Tuesday, March 16th). As we anticipate receiving a round of inquiries over the next few days in response to the updated Facebook VOICES Fan page, which is now active.

Thank you in advance and please let me know if you have any questions you would like to discuss in more detail.

Best,
Madeline

*Madeline M Malia*
**U.S. Communications**
**sanofi-aventis**



Direct:
Mobile:
Email:

---

**From:** Malia, Madeline PH/US
**Sent:** Monday, March 15, 2010 12:59 PM
**To:** Gassaro, Allison PH/US;                           ;                               ; Gaydos, Mark PH/US; Steinberg, Ira
PH/US; Hart-White, Susan PH/US; Garcia, Anamaria PH/US; Scarazzini, Linda PH/US; Audet, Craig PH/US
**Cc:**                                ; Vestea, Gina PH/US;                               ; Burch, Stacy PH/US; Spitaletta, Sabrina
PH/US; Mikardos, Joan PH/US;                                     ;                               ; Urbaniak, Dennis PH/US;
Buffington, Lisa A. PH/US;
**Subject:** TAXOTERE Social Media: Media Inquiry (REVIEW REQUESTED)

Dear Colleagues:

4

We received a media inquiry from MedAd News to respond to the following questions around the recent social media activity tied to Taxotere and alopecia.  A more robust Q&A document and communication plan will be coming shortly.

In the meantime, please review/respond/<u>approve the answers below by 3 pm ET today (Monday, March 15).</u>

Thank you in advance for your comments.

Best,
Madeline

--------------------------------------------------------------

**Did Shirley Ledlie post first to the fake Sanofi-Aventis page, or was she posting simultaneously to the fake page as well as the real Voices page?**
*- From what we were able to determine, she posted to the unofficial sanofi-aventis Facebook page first.*

**Who was responsible for monitoring the Voices page? Was it Sanofi-Aventis' policy to allow open comment, or was an oversight in the design of the page and the company's social media policy.**
*- The sanofi-aventis VOICES page is a grassroots and civic involvement network intended to provide current and former sanofi-aventis employees and their families and friends with information about the company and the health care industry.   The site is monitored by members of the internal sanofi-aventis VOICES team.*

**All of Ms. Ledlie's comments have been removed from the Voices page, which she considers to have "shut down." Will Sanofi-Aventis be reopening the page to monitored comment, or will the company remove its presence from Facebook all together?**
*- Sanofi-aventis is committed to participating in the social media space and believes it is an important resource for engaging the public and providing important information in real-time.*
*- Sanofi-aventis has been working to consolidate our online presence to more efficiently manage of our resources and to help the company respond quickly to the public's inquires.*
*- In the case of the VOICES page, there were two existing sanofi-aventis VOICES pages (a standard page and a "Fan" page) – we made the decision to combine sites rather than providing the same information in two places.  This was plan was already underway.*
*- The site was not removed or shut down, instead, we have redirected Fans to the primary and already existing Facebook page (search "sanofi-aventis VOICES").  All of the Fans from this page (including Shirley/Ann) have been invited to join us on this main VOICES page.*
*-  The comments function was not disabled.  And visitors on the new page have the ability to provide comments.*

**What measures have Sanofi-Aventis pursued to get the fake page taken down? What has Facebook indicated that it can do?**
*- There are several "unofficial" Facebook pages bearing the sanofi-aventis name or the logo – and it is wonderful that employees have started pages to engage one another and share their experiences working with or at the company.*
*- The company is working get in contact with the owners of this particular Facebook page as well as with our legal team to determine the best course of action and to assess the possibility of partnering to manage the page.*

**What measures will Sanofi-Aventis be taking in its corporate communications department to ensure that something like this does not happen again?**
*- Because social media is evolving at a rapid rate, the company continues to refine our extensive guidelines regarding how to address dialogue about our company on social media sites such as Facebook and Twitter.  This includes providing guidelines for Terms of Use on sanofi-aventis social media sites, how sanofi-aventis social media sites will be managed, and specific protocols for responding to comments.*
*- Specific to the VOICES page, the Facebook page now includes these Terms of Use.*

Sanofi_05252082

BegDoc: Sanofi_05252078
EndDoc: Sanofi_05252082
BegAttach:
EndAttach:
PageCount: 5
Custodian: Palatinsky, Emanuel
All Custodians: Palatinsky, Emanuel
Date Created: 02/22/2017
Date Last Modified: 02/22/2017
DocType: Email
Original FilePath: \Email\Journal\PalatinskyEmanuel_NM48656_Journal_0002.pst\Top-
          of Personal Folders\Root Items\RE: TAXOTERE Social Media:  Media-
          Q&A and Comm Plan
FileName:
FileExt:
MD5 Hash: ff9c60145d3659963f6196ef530cacb8
File Size: 61478
EMAIL Folder Path:
From: "Palatinsky, Emanuel R&D/US" ███████████
To: ███████████████████████████████████ ; "Giuseppi, A-
          na-Carolina R&D/US" ███████████████████
Subject: RE: TAXOTERE Social Media:  Media Q&A and Comm Plan
Date Sent: 03/17/2010
Date Received: 03/17/2010
CC: "Malia, Madeline PH/US" ███████████████ ; "Scarazzini, Li-
          nda PH/US" ████████████████████ |███████████
          ██████ |████████████████████████
BCC:
Confidentiality: Confidential
Redacted:
Embedded: False
Conversation Index Value: 01cac460dbf12d4e59f4756141a9a55b73fecc04fa1a0011c24880-
          001c73da60000238a8000002574c80000038b4100000e24140000103b1a00000f-
          9e910001d7635d00006a6eee0



# CLINICAL OVERVIEW DOCETAXEL - PERSISTENT ALOPECIA

| Date: | 18-Jan-2011 | Total No. of pages: 45 | Author: Emanuel Palatinsky, MD |
|---|---|---|---|

Property of the sanofi-aventis group - strictly confidential
According to template: QSD-002592 VERSION N°1.0 (20-OCT-2009)

Sanofi 04353204
20-30495.3256

Clinical Overview Docetaxel - Persistent alopecia          18-Jan-2011
XRP6976                                                    Version - Final

# 6  SAFETY DISCUSSION AND CONCLUSIONS

This cumulative review of 142 reports of persistent alopecia revealed no evidence of a causal relationship with docetaxel, because of the following factors:

- multiple anticancer agents known to cause alopecia were administered either prior to, during, or after the administration of docetaxel, thus likely affecting the patient's ability to recover from alopecia;

- multiple co-morbidities that are associated with the onset of alopecia were reported;

- the time lag between the last dose of chemotherapy and the onset of the alopecia was occasionally considerably longer that two months (while the half life of docetaxel is 11.1 hours);

- the onset of alopecia occasionally pre-dated the first administration of docetaxel; and finally,

- persistent alopecia (*i.e.*, alopecia that persisted for 12 months or longer) ultimately was reported as resolved in 3 patients who do not have different characteristics from the other patients where the alopecia was reported as irreversible.


In conclusion, the experience gained with the administration of docetaxel in patients confirms that alopecia occurs very commonly, though its persistence cannot be predicted and the available evidence does not show that irreversible alopecia is caused by docetaxel alone.

Property of the sanofi-aventis group - strictly confidential

Sanofi_04353247
20-30495.3257



SANOFI

Sanofi research & development
55 Corporate Drive, PO Box 5925
Bridgewater, NJ 08807
U.S.A.

# RESPONSE TO AGENCY REQUEST

Date: **08-Apr-2015** Total number of pages: 25

Sanofi 01267881
20-30495.3258

| Mfr. Ctrl. No. Source Age/Sex Indication Country | AE date from Outcome Last dose docetaxel | Regimen Relevant Concomitant medications | Comments |
|---|---|---|---|
| 2014SA173462 HCP 50/F Breast cancer Unite Kingdom | UNK UNK UNK | UNK | Pt had developed permanent hair lost, an unknown duration after starting treatment with docetaxel (Taxotere). |
| 2015SA022330 Consumer UNK/F Chemotherapy USA | UNK UNK UNK | UNK | Pt had taken 10 different chemo drugs over the past 7 years. She reported that she developed permanent alopecia from Taxotere. |

## Summary

Total of 2118 cases reported alopecia. Among these cases, 89 cases reported "permanent alopecia". Most cases reported female patients with breast cancer. Majority of these patients were treated with combination treatments.

## Conclusions

It was concluded that alopecia occurs very commonly. Permanent alopecia is mostly reported in the female patients with breast cancer. The available evidence does not show that permanent alopecia is caused by docetaxel alone.

Treatments (combination regimens):

FEC-T: fluorouracil + epirubicin + cyclophosphamide followed by docetaxel

TAC: docetaxel + doxorubicin + cyclophosphamide

AC-T: doxorubicin + cyclophosphamide followed by docetaxel

TCH: docetaxel + carboplatin + trastuzumab

EC-T: epirubicin + cyclophosphamide followed by docetaxel

FEC-TH: fluorouracil + epirubicin + cyclophosphamide followed by docetaxel + trastuzumab

TEC: docetaxel + epirubicin + cyclophosphamide

Property of the Sanofi group - strictly confidential

Sanofi_01267904
20-30495.3259

| From: | Polizzano, Frances R&D/US |
|---|---|
| Sent: | Monday, November 09, 2015 7:53 PM |
| To: | Vestea, Gina GZ/US |
| Subject: | RE: Taxotere - FDA request regarding permanent/ irreversible alopecia - CO with my comments |

I had a feeling you were going to say that. It appears that ▓ did not find anything either. Well this is going to be fun submitting > 4 year old labeling changes to the FDA now. Thanks for looking.

---

**From:** Vestea, Gina GZ/US
**Sent:** Monday, November 09, 2015 2:09 PM
**To:** Polizzano, Frances R&D/US
**Subject:** RE: Taxotere - FDA request regarding permanent/ irreversible alopecia - CO with my comments

I have been searching and I cannot find anything.  Sorry !

---

**From:** Polizzano, Frances R&D/US
**Sent:** Monday, November 09, 2015 1:47 PM
**To:** Vestea, Gina GZ/US
**Subject:** RE: Taxotere - FDA request regarding permanent/ irreversible alopecia - CO with my comments

Hi Gina,

Do you have anything in your files?

I have a LWG meeting tomorrow morning to discuss including the TAX316 study follow-up information in the Taxotere USPI if there is nothing  confirming internal agreement to not change the Taxotere USPI during FDA's review or afterward.

Thanks,
Fran

---

**From:** Polizzano, Frances R&D/US
**Sent:** Wednesday, November 04, 2015 5:55 PM
**To:** Vestea, Gina GZ/US
**Subject:** FW: Taxotere - FDA request regarding permanent/ irreversible alopecia - CO with my comments

Hi Gina,

Could you please check your files for any internal email communications during the period from 24 September 2010 to 01 January 2013 that could explain why the labeling changes associated with the TAX316 study 10-year follow-up (in Docetaxel CCDS V26) were not submitted to the FDA.

**Timeline:**

1

Sanofi_05207927
20-30495.3260

24 September 2010 - TAX316 study 10-year follow-up (PMC 370-2) submitted to the FDA (Seq #0057).

28 June 2011 - Global LRC approved Docetaxel CCDS V26, which included updated labeling text for the TAX316 study 10-year follow-up. Per the Global LRC Notification Letter, submission was to occur within 3 months after assessment of the Clinical Study Report TAX316 by FDA.

<< File: CCDS_V26_LRC28June2011_highlighted[1].pdf >>
<< File: docetaxel-_affiliates_notification_of_LRC_decision_28jun2011.pdf >>
20 September 2011 – FDA asked who at Sanofi to contact for any questions related to TAX316.

<< File: 2011-09-20_Contact Rpt PMC TAX316.pdf >>
23 September 2011 – FDA sent a PMC fulfillment letter.

<< File: 2011-09-23_FDA Letter Fulfillment of PMC.pdf >>
For your reference, here is the currently approved Taxotere USPI dated 14 November 2014.

<< File: Taxotere 1-vial USPI running text (FDA approval 2014-11-14)..doc >>
Thanks for your help!

Best,
Fran

**From:** Polizzano, Frances R&D/US
**Sent:** Tuesday, November 03, 2015 11:01 AM
**To:** ; Jen, Shang R&D/US; Hangai, Nanae R&D/US; Gupta, Sunil R&D/US; ; Ray, Pranav PH/US; Szatrowski, Ted PH/US; Moniri, Samuel PH/US; Goodall, Adrian PH/US; Siemers, Michael PH/US
**Subject:** RE: Taxotere - FDA request regarding permanent/ irreversible alopecia - CO with my comments

Dear ,

Assuming you cannot find a reason for why the TAX316 FU data (associated with the Docetaxel CCDS V26) was not added to the Taxotere USPI, I will plan a LWG meeting next week to address this.

Thanks,
Fran

**From:**
**Sent:** Tuesday, November 03, 2015 10:09 AM
**To:** Polizzano, Frances R&D/US; Jen, Shang R&D/US; Hangai, Nanae R&D/US; Gupta, Sunil R&D/US; ; Ray, Pranav PH/US; Szatrowski, Ted PH/US; Moniri, Samuel PH/US; Goodall, Adrian PH/US; Siemers, Michael PH/US
**Subject:** RE: Taxotere - FDA request regarding permanent/ irreversible alopecia - CO with my comments

Dear Fran,
I will also try to understand the reason why the USPI was not updated. Since the FDA already received this Tax316 CSR and did not provide any comments, I would propose to also update the USPI with Tax316 FU data (with all persisting ADR information), in line with CCDS v26 (provided I don't find any information for not doing so), what do you think?

Kind regards,

2

Sanofi_05207928
20-30495.3261



Global Regulatory Affairs
Labeling, Oncology and Nutraceuticals

<< OLE Object: Picture (Device Independent Bitmap) >>

---

**De :** Polizzano, Frances R&D/US
**Envoyé :** mardi 3 novembre 2015 14:58
**À :** ▮▮▮▮▮▮ Jen, Shang R&D/US; Hangai, Nanae R&D/US; ▮▮▮▮▮▮▮▮▮▮Gupta, Sunil R&D/US; ▮▮▮▮▮▮ Ray, Pranav PH/US; Szatrowski, Ted PH/US; Moniri, Samuel PH/US; Goodall, Adrian PH/US; Siemers, Michael PH/US
**Objet :** RE: Taxotere - FDA request regarding permanent/ irreversible alopecia - CO with my comments

Dear ▮▮▮▮,

I have searched the available US regulatory records. It appears that the FDA did not have any comments on the TXA316 10-year follow-up report that was submitted on 24 September 2010, and sent a PMC fulfillment letter on 23 September 2011. Also, it appear that the Docetaxel CCDS V26 labeling changes related to the TAX316 study (approved 28 June 2011) were not submitted to the FDA. I have not been able to find the reason why.

My understanding is that the Taxotere one-vial and two-vial USPIs were being handled by GRAL at that time. Do you have any information in GRAL archives (such as DOMASYS or other databases/e-rooms)?

Thanks,
Fran

---

**From:** ▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Tuesday, November 03, 2015 8:14 AM
**To:** Jen, Shang R&D/US; Hangai, Nanae R&D/US; ▮▮▮▮▮▮▮▮ Polizzano, Frances R&D/US; Gupta, Sunil R&D/US; ▮▮▮▮▮▮ Ray, Pranav PH/US; Szatrowski, Ted PH/US; Moniri, Samuel PH/US; Goodall, Adrian PH/US; Siemers, Michael PH/US
**Subject:** RE: Taxotere - FDA request regarding permanent/ irreversible alopecia - CO with my comments

Dear all,
Since all documents were not finalized and available for LRC members yesterday, the **targeted LRC meeting is on 16Nov.**

**Dear Nanae and Shang,**
Attached are last minor proposed revisions on added text regarding the reporting of Alopecia in SPC.
<< File: CO_Docetaxel and permanent alopecia_2Nov2015 SJ (2)_3Nov VG.doc >>

**Dear Fran,**
As soon as you have information about submission or not of Tax316 CSR to FDA (if so, what was the FDA's feedback? Why was the USPI not updated with Tax316 FU data?, if not, for what reason?), please let me know, so that I can finalize the Executive Summary and LRC slides.

3

Sanofi_05207929
20-30495.3262

**Timelines:**
- FDA request received: 6 Oct
- SMC presentation: 26 Oct (Nanae)
- LWG meeting: 28 Oct
- Pre-LRC: 30 Oct
- Supporting CO: *should be final on 3Nov.*
- All docs in LRC eRoom: 9Nov
- Targeted LRC: 16 Nov (LRC meeting)
- Revised USPI submission: by 30 Nov.

Kind regards,

████

████
Global Regulatory Affairs
Labeling, Oncology and Nutraceuticals

████

<< OLE Object: Picture (Device Independent Bitmap) >>

---

**De :** Jen, Shang R&D/US
**Envoyé :** lundi 2 novembre 2015 20:56
**À :** ████ Hangai, Nanae R&D/US; ████ Polizzano, Frances R&D/US; Gupta, Sunil R&D/US; ████ Ray, Pranav PH/US; Szatrowski, Ted PH/US; Moniri, Samuel PH/US; Goodall, Adrian PH/US; Siemers, Michael PH/US
**Objet :** RE: Taxotere - FDA request regarding permanent/ irreversible alopecia - CO with my comments

Hi ████

Thank you for your comments. They have been addressed in the following document :

<< Fichier: CO_Docetaxel and permanent alopecia_2Nov2015 SJ.doc >>
Best regards,
Shang

---

**From:** ████
**Sent:** Monday, November 02, 2015 9:16 AM
**To:** Jen, Shang R&D/US; Hangai, Nanae R&D/US; ████ Polizzano, Frances R&D/US; Gupta, Sunil R&D/US; ████ Ray, Pranav PH/US; Szatrowski, Ted PH/US; Moniri, Samuel PH/US; Goodall, Adrian PH/US; Siemers, Michael PH/US
**Subject:** RE: Taxotere - FDA request regarding permanent/ irreversible alopecia - CO with my comments

Dear all,

I am attaching the CO with my comments or proposed revisions in track-change, and updated slides (Nanae and Shang, could you please check updated slide 6, many thanks).
<< File: Docetaxel_Slides_ToLRC 05nov2015_rev 2Nov2015.ppt >>    << File: CO_Docetaxel and permanent alopecia_30Oct2015_Vanina comm 2Nov2015.doc >>

4

Sanofi 05207930
20-30495.3263

Kind regards,



Global Regulatory Affairs
Labeling, Oncology and Nutraceuticals



<< OLE Object: Picture (Device Independent Bitmap) >>

**De :** Jen, Shang R&D/US
**Envoyé :** vendredi 30 octobre 2015 18:45
**À :**                          ; Hangai, Nanae R&D/US;                          Polizzano, Frances R&D/US; Gupta,
Sunil R&D/US;                          ; Ray, Pranav PH/US; Szatrowski, Ted PH/US; Moniri, Samuel PH/US; Goodall,
Adrian PH/US; Siemers, Michael PH/US
**Objet :** RE: Taxotere - FDA request regarding permanent/ irreversible alopecia - ExeS and LRC slides

Dear All,

Please see attached CO from GPE. Please provide any comments/changes in track changes mode by Monday.

<< Fichier: CO_Docetaxel and permanent alopecia_30Oct2015.doc >>

Best regards,
Shang

**From:**
**Sent:** Friday, October 30, 2015 12:42 PM
**To:** Hangai, Nanae R&D/US;                          Polizzano, Frances R&D/US; Gupta, Sunil R&D/US;
                          ; Jen, Shang R&D/US; Ray, Pranav PH/US; Szatrowski, Ted PH/US; Moniri, Samuel PH/US; Goodall,
Adrian PH/US; Siemers, Michael PH/US
**Subject:** RE: Taxotere - FDA request regarding permanent/ irreversible alopecia - ExeS and LRC slides

Dear all,

Please find attached Taxotere draft Executive Summary and LRC slides, that must be in the LRC eRoom on Monday, Nov
2nd (EoB). Could we agree on the CO on Monday to meet 5Nov LRC (as recommended at today pre-LRC meeting)?

I will modify attached documents (slide 5 and ExeS page 1) once I receive information from Fran on the submission or
not        of        Tax316        CSR        to        FDA,        and        feedback        received,        if        any.
I will update attached docs with frequency of Permanent alopecia (for CCDS and EU-labeling), and slide 6 with "PV
textbook review", once I receive CO from Nanae.
*Nanae*, could you please check figures in left column of the Table on slide 6. These are the figures we discussed on the
phone, however, I could not retrieve them in your SMC slides. I will modify these figures, or keep them if supported by
your CO.

5

Sanofi 05207931
20-30495.3264

<< File: Docetaxel_Slides_ToLRC 05nov2015.ppt >> << File: Docetaxel_ExeS_ToLRC 05nov2015.doc >>
Kind regards,
Vanina


Global Regulatory Affairs
Labeling, Oncology and Nutraceuticals

<< OLE Object: Picture (Device Independent Bitmap) >>

---

**De :**
**Envoyé :** mercredi 28 octobre 2015 17:32
**À :** Hangai, Nanae R&D/US;                          Polizzano, Frances R&D/US; Gupta, Sunil R&D/US;
Jen, Shang R&D/US; Ray, Pranav PH/US; Szatrowski, Ted PH/US; Moniri, Samuel PH/US; Goodall,
Adrian PH/US; Siemers, Michael PH/US
**Objet :** RE: Taxotere - FDA request regarding permanent/ irreversible alopecia - PROPOSED REVISED LABELING

Dear all,

Many thanks for your participation in today LWG meeting.

I am attaching revised USPI, CCDS v30, EU-SPC/PL, as agreed during today discussion. If you have any late comments, do
not hesitate to send them to me.

<< Fichier: Taxotere 1-vial USPI running text (FDA approval14Nov2014)_LWG update 28Oct2015.doc >> << Fichier:
TAXOTERE_Table    CCDS    v29-USPI-EU-Labeling_LWG    decision    28    Oct2015.docx    >>    <<    Fichier:
Docetaxel_CCDSv30_LRC5november2015_LWG update 28 Oct2015_annotated.doc >>
<< Fichier: emea-combined-h73envxxxannotated28october2015.doc >>
Timelines:
-   FDA request received: 6 Oct
-   SMC presentation: 26 Oct (Nanae)
-   LWG meeting: 28 Oct
-   Pre-LRC: 30 Oct
-   Supporting CO: *to be provided to the team at the latest on Nov 2nd. The team should provide comments at the
    latest on Nov 3rd, so that final CO be available on Nov 3rd for LRC members. OTHERWISE we will target Nov 16
    LRC meeting.*
-   Targeted LRC: **5 Nov (LRC by circulation, all docs in LRC eRoom on Nov 3rd)**
-   Revised USPI submission: by 30 Nov.

Kind regards,



Global Regulatory Affairs
Labeling, Oncology and Nutraceuticals

6



<< Objet OLE: Picture (Device Independent Bitmap) >>

---

**De :**
**Envoyé :** mardi 27 octobre 2015 16:46
**À :** Hangai, Nanae R&D/US; ▮ Polizzano, Frances R&D/US; Gupta, Sunil R&D/US; ▮
**Cc :** Jen, Shang R&D/US; Ray, Pranav PH/US; Szatrowski, Ted PH/US; Moniri, Samuel PH/US; Goodall, Adrian PH/US; Siemers, Michael PH/US
**Objet :** RE: Taxotere - FDA request regarding permanent/ irreversible alopecia - PROPOSED REVISED LABELING

**TAXOTERE LWG meeting**
**Wednesday, October 28th**
**08:00 - 9:30am US time /2:00- 3:30pm French time**

Dear all,

Nanae presented yesterday the topic Taxotere and permanent or irreversible alopecia to the SMC. The conclusion is that Labeling update is needed.

I am attaching a comparative table with the reporting of Alopecia in current approved Taxotere USPI, CCDS v29, EU-Labeling, with my proposed update in track-change, and a table with comparator Labelings.
<< Fichier: TAXOTERE_Table CCDS v29-USPI-EU-Labeling_draft 27 Oct2015.docx >> << Fichier: Comparative Labelings_Taxotere permanent or irreversible alopecia_27 Oct2015.docx >>

Reminder of FDA request:
Amend the package insert in Section 6.2 (Postmarketing Experience) (and patient information, if appropriate) to add information on permanent or irreversible alopecia.

Timelines:
- FDA request received: 6 Oct
- SMC presentation: 26 Oct (Nanae)
- Supporting CO: *date to be confirmed with Nanae*
- LWG meeting: 28 Oct
- Pre-LRC: 30 Oct
- Targeted LRC: 5 Nov (all docs in LRC eRoom by 30 Oct) or 16 Nov (all docs in LRC eRoom by 9 Nov)
- Revised USPI submission: by 30 Nov.

- **Webmeeting/ dialing information:**

http://sanofi-aventis.emea.acrobat.com/r54394397/

- **Teleconference**
  **Global access numbers Toll free :**
  US: (877) 304-0063
  France : 0805 118 028
  **Conference Code 9355096792**

7

Kind regards,

Global Regulatory Affairs
Labeling, Oncology and Nutraceuticals



<< Objet OLE: Picture (Device Independent Bitmap) >>

-----Rendez-vous d'origine-----
**De :**
**Envoyé :** jeudi 15 octobre 2015 17:21
**À :** Hangai, Nanae R&D/US; Polizzano, Frances R&D/US; Gupta, Sunil R&D/US;
**Cc :** Jen, Shang R&D/US; Ray, Pranav PH/US; Szatrowski, Ted PH/US; Moniri, Samuel PH/US; Goodall, Adrian PH/US; Siemers, Michael PH/US
**Objet :** Taxotere - FDA request regarding permanent/ irreversible alopecia
**Date :** mercredi 28 octobre 2015 14:00-15:30 (UTC+01:00) Bruxelles, Copenhague, Madrid, Paris.
**Où :** webmeeting

### TAXOTERE LWG meeting
### Wednesday, October 28th
### 08:00 - 9:30am US time /2:00- 3:30pm French time

I have scheduled a LWG meeting on 28 October to discuss TAXOTERE USPI update regarding Alopecia, as requested by the FDA (see attached email from Fran). This was difficult to find a date suitable for all of you, taking also into account that documents should be in the LRC eRoom by 29 Oct.

<< Message: RE: FDA Communication, NDA020449/Taxotere®/sanofi-aventis/Supplement Request >>

Alopecia topic is going to be presented at SMC meeting by Oct 23. *Nanae*, could you please let us know the exact date of the targeted SMC meeting, and send us the draft CO (and slides) prepared for SMC? Many thanks.

Depending on SMC conclusions, we will also discuss CCDS and EU-Labeling update, or not.

I will send you asap proposed TAXOTERE Labeling update.

Proposed timelines are as follows:
- Supporting CO preparation and SMC presentation: by 23 Oct (action: Nanae)
- LWG meeting: 26 Oct
- Targeted LRC: 5 Nov
- Revised USPI submission: by 30 Nov.


- **Webmeeting/ dialing information:**

http://sanofi-aventis.emea.acrobat.com/r54394397/

- **Teleconference**
  **Global access numbers Toll free :**
  US: (877) 304-0063
  France : 0805 118 028
  **Conference Code 9355096792**

8

Sanofi_05207934
20-30495.3267

Kind regards,

Global Regulatory Affairs
Labeling, Oncology and Nutraceuticals

<< Objet OLE: Picture (Device Independent Bitmap) >>

9

Sanofi 05207935
20-30495.3268

BegDoc: Sanofi_05207927
EndDoc: Sanofi_05207935
BegAttach:
EndAttach:
PageCount: 9
Custodian: Polizzano, Frances
All Custodians: Polizzano, Frances
Date Created: 11/09/2015
Date Last Modified:
DocType: Email
Original FilePath: \HardDrive\PolizzanoFrances_NM60913_HardDrive\nm60913_C__User-
 s_nm60913\AppData\Local\Microsoft\Outlook\sanofi-aventis Profile
 - sanofi-aventis Profile.ost\Root - Mailbox\IPM_SUBTREE\_TRANSITO-
 RY FOLDER\Docetaxel\USPI Updates\2015-12-11 Permanent Alopecia\RE-
 : Taxotere - FDA request regarding permanent/ irreversible alopec-
 ia - CO with my comments
FileName:
FileExt:
MD5 Hash: 43114b015114370dd386ab4456c92514
File Size: 34859
EMAIL Folder Path:
From: "Polizzano, Frances R&D/US" <"/o=hmr/ou=exchange administrative group (fyd-
 ibohf23spdlt)/cn=recipients/cn=frances.polizzano">
To: "Vestea, Gina GZ/US"
Subject: RE: Taxotere - FDA request regarding permanent/ irreversible alopecia --
 CO with my comments
Date Sent: 11/09/2015
Date Received: 11/09/2015
CC:
BCC:
Confidentiality: Confidential
Redacted:
Embedded: False
Conversation Index Value: 01d1157909839a6377cd96374f1d87af26deadea70c8000bd46a80-
 001f8e53000004dc43900003c10dd0000028f4600040bb7d6000f4207b3000013-
 864c000017bab20

20-30495.3269