# EXHIBIT I

| | |
|---|---|
| **From:** | Freedman, Amy PH/US |
| **Sent:** | Sunday, March 05, 2006 2:17 PM |
| **To:** | Neibart, Steven PH/US; Palatinsky, Emanuel PH/US |
| **Cc:** | Velez, Marina PH/US; Kopreski, Michael PH/US |
| **Subject:** | RE: reversibility of alopecia after Taxotere treatment |

Only peripheral knowledge. I know that there were some irreversible cases of alopecia as documented in clinical trials (see I.B. and CDS wording). There is no mention of gender (!)
I am sorry that I do not have more to offer. This is the kind of thing that a noncompany physician would review in their practice and possibly report in the literature---however, I am NOT advising a lit search for this topic!
Kind regards,
Amy

-----Original Message-----
| | |
|---|---|
| **From:** | Neibart, Steven PH/US |
| **Sent:** | Friday, March 03, 2006 4:44 PM |
| **To:** | Palatinsky, Emanuel PH/US |
| **Cc:** | Velez, Marina PH/US; Freedman, Amy PH/US; Kopreski, Michael PH/US |
| **Subject:** | FW: reversibility of alopecia after Taxotere treatment |

Emanuel:  Please address this matter on your return.  Apparently, this is an inquiry, not an SAE.

in addition to providing the information requested, we may need to enter an AE and, of course, inquire about the event, illness, concomitant medications and other therapies.  Let me know if you'd like to discuss.  Perhaps, Amy might know if we have a file on this topic...

Steve

-----Original Message-----
| | |
|---|---|
| **From:** | Velez, Marina PH/US |
| **Sent:** | Friday, March 03, 2006 10:24 AM |
| **To:** | Neibart, Steven PH/US |
| **Cc:** | Palatinsky, Emanuel PH/US |
| **Subject:** | FW: reversibility of alopecia after Taxotere treatment |

Dear Steve,
I understand Emmanuel is not here today, so I'm forwarding you this email from out affiliate in Denmark. Thank you.

Marina Velez RN
Case Data Manager
Sanofi-Aventis Pharmaceuticals
Global Pharmacovigilance and Epidemiology
Phone
Fax



-----Original Message-----
| | |
|---|---|
| **From:** | BRW Global Pharmacovigilance PH/US |
| **Sent:** | Friday, March 03, 2006 10:19 AM |
| **To:** | Millnamow, Elizabeth PH/US; Velez, Marina PH/US |
| **Subject:** | FW: reversibility of alopecia after Taxotere treatment |

1

Can someone answer ▮'s quesstion?

Regards,
Jaime Cherwinski
Case Data Mgt Team, GPE/BW
Sanofi-Aventis Pharmaceuticals

-----Original Message-----
**From:** ▮
**Sent:** Friday, March 03, 2006 8:34 AM
**To:** BRW Global Pharmacovigilance PH/US
**Subject:** reversibility of alopecia after Taxotere treatment

Dear colleagues

I have received this question from a Danish physician - is there any documentation/knowledge about the reversibility of alopecia after Taxotere treatment (e.g expected time frame).
The patient has had alopecia since 2004.

The ICSR has already been reported (local ref. DK06-SP-039)

Med venlig hilsen/Best regards

▮ M.Sc.Pharm

Affiliate Pharmacovigilance Associate

Aventis Pharma A/S

Group Sanofi-Aventis

▮
▮
▮

Tel: ▮
Fax: ▮
Mobile: ▮

e-mail ▮
web: www.sanofi-aventis.dk

Sanofi_01035460

BegDoc: Sanofi_01035459
EndDoc: Sanofi_01035460
BegAttach:
EndAttach:
PageCount: 2
Custodian: Palatinsky, Emanuel
All Custodians: Neibart, Steven;Palatinsky, Emanuel
Date Created: 03/07/2006
Date Last Modified: 03/07/2006
DocType: Email
Original FilePath: \HardDrive\PalatinskyEmanuel_nm48656_HardDrive\nm48656_C__Users_nm48656\Documents\Outlook Files\pst folders\Personal Folder 28-JUL09.pst\Top of Personal Folders\sanofi-aventis\Departments\GPE\Queries\RE: reversibility of alopecia after Taxotere treatment
FileName:
FileExt:
MD5 Hash: 7ae6691590ba8630a35113dc5457c8f9
File Size: 16117
EMAIL Folder Path:
From: "Freedman, Amy PH/US"
To: "Neibart, Steven PH/US" ; "Palatinsky, Emanuel PH/US"
Subject: RE: reversibility of alopecia after Taxotere treatment
Date Sent: 03/05/2006
Date Received: 03/05/2006
CC: "Velez, Marina PH/US" ; "Kopreski, Michael PH/US"
BCC:
Confidentiality: Confidential
Redacted:
Embedded: False
Conversation Index Value: 01c63ec72b9bd80999e56e1840a68dd676e443e518c60003a16210-00001f90c0000cc6cf100055739930