UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: <br><br> *ALL CASES* | HON. JANE T. MILAZZO |

**MCKESSON PACKAGING SERVICES'**
**CONSENT MOTION TO SUBSTITUTE SETTLEMENT COUNSEL**

Defendant McKesson Packaging Services, a division of McKesson Corporation, ("McKesson") respectfully requests that this Court permit McKesson to replace its 505(b)(2) Settlement Committee representative, as initially appointed by this Court in Pretrial Order No. 44 (Rec. Doc. No. 371) and amended by Pretrial Order No. 44A (Rec. Doc. No. 2355) and Pretrial Order No. 44B (Rec. Doc. No. 12102).

McKesson seeks to replace its current representative, Habib Nasrullah of Wheeler Trigg O'Donnell LLP, with Erin Bosman of Morrison & Foerster LLP. Having recently left Wheeler Trigg O'Donnell, Mr. Nasrullah is no longer in a position to represent McKesson on the Settlement Committee.

Ms. Bosman is a partner and Co-Chair of the Class Action and Mass Torts practice group at Morrison & Foerster. She has extensive experience in product liability litigation, including serving as national coordinating and trial counsel in numerous multidistrict litigations. Ms. Bosman's professional biography and photograph have been provided to the Court via electronic transmission. Ms. Bosman has read Pretrial Order No. 6 and understands the

1

responsibilities and commitment required to serve on the Settlement Committee.

Plaintiffs and the 505(b)(2) Defendants consent to this substitution.

Therefore, McKesson requests that the Court enter the attached proposed Pretrial Order appointing Ms. Bosman to the Settlement Committee.

Dated:  May 21, 2021				MORRISON & FOERSTER LLP


						By: */s/ Julie Y. Park*
						     Julie Y. Park (CA Bar No. 259929)
						     MORRISON & FOERSTER, LLP
						     12531 High Bluff Drive, Suite 100
						     San Diego, California 92130
						     858.720.5100
						     JuliePark@mofo.com

						     Attorneys for
						     McKESSON PACKAGING SERVICES, a
						     division of McKESSON CORPORATION

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 21, 2021, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send e-mail notification of such filing to all registered attorneys of record.

 /s/ *Julie Y. Park*
Julie Y. Park
