UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>*ALL CASES* | HON. JANE T. MILAZZO |

## PRETRIAL ORDER NO. 44C
### (SUBSTITUTING MCKESSON'S SETTLEMENT COUNSEL)

Considering the Consent Motion to Substitute Settlement Counsel (Doc. \_\_\_\_);

**IT IS ORDERED** that Pretrial Order No. 44 (Doc. 371), as amended by Pretrial Order 44A (Doc. 2355) and Pretrial Order 44B (Doc. 12102), is amended as follows:

Erin Bosman is appointed to the 505(b)(2) Settlement Committee in place of Habib Nasrullah on behalf of Defendant McKesson Packaging Services, a division of McKesson Corporation.

New Orleans, Louisiana, this \_\_\_\_ day of May, 2021.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

4

sf-4472379