**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | SECTION: "N" (5) |

**THIS DOCUMENT RELATES TO:**

*JOE MAY HENDERSON*
Case No.: 18-00641

### [PROPOSED] ORDER GRANTING SUBSITUTION

This came before the Court on Plaintiff Joe May Henderson's Motion for Substitution of Plaintiff.  Based on the files, records, and proceedings herein:

IT IS HEREBY ORDERED THAT Plaintiff's Motion for Substitution of Plaintiff is GRANTED, and Brandy N. Shipp, Administrator of the Estate of Joe May Henderson is substituted as Plaintiff in the above referenced action.

So ordered this ___ day of _____, 2021.

_____
District Judge