# CERTIFICATION OF DEATH RECORD

**WINNEBAGO COUNTY HEALTH DEPARTMENT**
**ROCKFORD, ILLINOIS**
**MEDICAL EXAMINER/CORONER CERTIFICATE OF DEATH**

STATE FILE NUMBER: 2020 0048729
DATE ISSUED: 5/6/2020

| Field | Value |
|---|---|
| DECEDENT'S LEGAL NAME | JOE MAY HENDERSON |
| SEX | FEMALE |
| DATE OF DEATH | MAY 01, 2020 |
| COUNTY OF DEATH | WINNEBAGO |
| AGE AT LAST BIRTHDAY | 69 YEARS |
| DATE OF BIRTH | APRIL 27, 1951 |
| CITY OR TOWN | ROCKFORD |
| HOSPITAL OR OTHER INSTITUTION NAME | SWEDISH AMERICAN HEALTH |
| PLACE OF DEATH | INPATIENT |
| BIRTHPLACE | SPARKMAN, AR |
| SOCIAL SECURITY NUMBER | UNKNOWN |
| STATUS AT TIME OF DEATH | NEVER MARRIED NEVER IN CIVIL UNION |
| EVER IN U.S. ARMED FORCES? | NO |
| RESIDENCE | 1103 S CHURCH STREET |
| APT NO | |
| CITY OR TOWN | ROCKFORD |
| INSIDE CITY LIMITS? | YES |
| COUNTY | WINNEBAGO |
| STATE | IL |
| ZIP CODE | 61103 |
| FATHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | JOE HENDERSON |
| MOTHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | MARIAH CRAIG |
| INFORMANT'S NAME | BRANDY SHIPP |
| RELATIONSHIP | DAUGHTER |
| MAILING ADDRESS | 3027 ROCKTON AVE 302, ROCKFORD, IL 61103 |
| METHOD OF DISPOSITION | BURIAL |
| PLACE OF DISPOSITION | CEDAR BLUFF CEMETERY ASSOCIATION |
| LOCATION - CITY OR TOWN AND STATE | ROCKFORD, IL |
| DATE OF DISPOSITION | MAY 15, 2020 |
| FUNERAL HOME | COLLINS & STONE FUNERAL HOME, 128 S. FIFTH STREET, ROCKFORD, IL 61104 |
| FUNERAL DIRECTOR'S NAME | BRANDY COLLINS |
| FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER | 034015780 |
| LOCAL REGISTRAR'S NAME | SANDRA MARTELL RN DNP |
| DATE FILED WITH LOCAL REGISTRAR | MAY 6, 2020 |

**CAUSE OF DEATH**
PART I
a. IMMEDIATE CAUSE: ACUTE HYPOXIC RESPIRATORY FAILURE
b. PNEUMONIA
c. COVID-19

PART II: (blank)

WAS AN AUTOPSY PERFORMED? NO
WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH? N/A

FEMALE PREGNANCY STATUS: NOT PREGNANT WITHIN LAST YEAR
MANNER OF DEATH: NATURAL

DATE OF INJURY: (blank)
TIME OF INJURY: (blank)
PLACE OF INJURY: (blank)
INJURY AT WORK: (blank)
LOCATION OF INJURY: (blank)
DESCRIBE HOW INJURY OCCURRED: (blank)
IF TRANSPORTATION INJURY, SPECIFY: (blank)

ATTENDED THE DECEASED?: (blank)
DATE LAST SEEN ALIVE: (blank)
WAS MEDICAL EXAMINER OR CORONER CONTACTED?: (blank)
DATE PRONOUNCED: MAY 01, 2020
TIME OF DEATH: 10:00 AM

CERTIFIER: MEDICAL EXAMINER/CORONER
DATE CERTIFIED: MAY 06, 2020

NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH: WILLIAM HINTZ, 403 ELM STREET, ROCKFORD, IL 61101

PHYSICIAN'S LICENSE NUMBER: (blank)

168324

This is to certify that this is a true and correct copy from the official death record filed with the Illinois Department of Public Health.

Sandra Martell, RN, DNP
Winnebago County Public Health Administrator

LOCAL REGISTRAR DISTRICT No. 101 WINNEBAGO COUNTY

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE