**ELECTRONICALLY FILED**
DOC ID: 13368963
CASE NO: 2021-P-0000240
5/19/2021
BY: K K, DEPUTY

### STATE OF ILLINOIS
### IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
### WINNEBAGO COUNTY
### PROBATE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE ESTATE OF: ) | |
| ) | CASE NO. 2021-P- 240 |
| JOE MAY HENDERSON, Deceased. ) | |

## ORDER APPOINTING LEGAL REPRESENTATIVE
## OF DECEDENT'S ESTATE

On the verified petition of Brandy N. Shipp for issuance of letters as legal representative to Brandy N. Shipp as Administrator, **IT IS ORDERED** that letters of administration issue to Brandy N. Shipp upon filing of the appropriate oath and no surety bond, surety having been waived at this point for good cause shown, and that no authorization to appraise goods and chattels issue to her.

**DATED:** 5/19/2021               **ENTER:** _____
                                            **JUDGE**

**PREPARED BY:**

_____
Attorney Mary J. Gaziano - ARDC# 6184225
One Court Place, Suite 200
Rockford, Illinois 61101
(815) 962-6800
E-mail: MJGaziano@aol.com
Attorney for the Estate