## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2740** |
| | **SECTION "H" (5)** |
| | **JUDGE JANE TRICHE MILAZZO** |
| **THIS DOCUMENT RELATES TO:** Cases identified in "Exhibit A" | **MAG. JUDGE MICHAEL B. NORTH** |

### MOTION TO WITHDRAW DEBRA HUMPHREY AS COUNSEL

Pursuant to Local Rules 83.2.11, Attorneys Debra Humphrey and Meghan Hennessy hereby move for leave to withdraw Debra Humphrey as counsel of record in all cases listed on the attached **Exhibit A**. In support of this Motion, Ms. Humphrey and Ms. Hennessy state as follows:

1. Attorney Meghan Hennessy of Marc J. Bern & Partners LLP is already listed as counsel of record for reach of the cases listed on **Exhibit A**.

2. Attorney Debra Humphrey of Marc J. Bern & Partners LLP will no longer be representing the Plaintiffs listed on **Exhibit A**. She does not need notice of filings in these cases and requests to be removed from all service lists, including the CM/ECF system.

3. Attorney Meghan Hennessy of Marc J. Bern & Partners LLP will continue to represent the Plaintiffs in each of the cases listed on **Exhibit A**. Therefore, Plaintiffs will not be prejudiced by this withdrawal.

For the foregoing reasons, Attorneys Meghan Hennessy and Debra Humphrey of Marc J. Bern & Partners LLP hereby respectfully request that the Court grant leave to withdraw Debra Humphrey as counsel of record and to remove her from all service list as counsel for the Plaintiffs in each of the cases listed on **Exhibit A**.

Dated: May 21, 2021                              Respectfully submitted,

                                                       */s/ Debra Humphrey*
Debra Humphrey (NY Bar No. 5050448)
**MARC J. BERN & PARTNERS LLP**
One Grand Central Place
60 East 42nd Street, Suite 950
New York, NY 10165
Tel: (212) 702-5000
Fax: (212) 818-0164
dhumphrey@bernllp.com

*/s/ Meghan Hennessy*
Meghan Hennessy (NJ Bar No. 319882020)
**MARC J. BERN & PARTNERS LLP**
One Grand Central Place
60 East 42nd Street, Suite 950
New York, NY 10165
Tel: (212) 702-5000
Fax: (212) 818-0164
mhennessy@bernllp.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 21, 2021, the above document was electronically filed with the Clerk of the Court by using the CM/ECF system, which sent notification of such filing to all counsel of record.

                                                     */s/ Debra Humphrey*
                                                   Debra Humphrey