# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL B. NORTH |
| **THIS DOCUMENT RELATES TO:** Cases identified in "Exhibit A" | |

## ORDER

The Court, after considering the Motion to Withdraw Debra Humphrey as Counsel, as well as any responses thereto, finds the motion meritorious.

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Withdraw Debra Humphrey as Counsel is hereby GRANTED. Attorney Debra Humphrey is hereby withdrawn as counsel of record for the cases listed on *Exhibit A*. Attorney Meghan Hennessy shall remain counsel of record for the cases listed on *Exhibit A*.

New Orleans, Louisiana, this _____ day of _____, 2021.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE

**EXHIBIT A**

| NO. | PLAINTIFF | CASE CAPTION | CIVIL CASE NO. |
|---|---|---|---|
| 1 | Joyce Rasmussen | Rasmussen v. Sanofi S.A., et al. | 2:17-cv-04840 |
| 2 | Mary Katherine Gidcomb | Gidcomb, et al., v. Sanofi S.A., et al. | 2:17-cv-04972 |
| 3 | Victoria Jackson | Jackson, et al., v. Sanofi Aventis S.A., et al. | 2:17-cv-07056 |
| 4 | Loretta Molt | Molt v. Sanofi S.A., et al. | 2:17-cv-08883 |
| 5 | Patricia Green | Green v. Sanofi S.A., et al. | 2:17-cv-10752 |
| 6 | Loretta Cunningham | Cunningham v. Sanofi S.A., et al. | 2:17-cv-10953 |
| 7 | Ruthie L. Leverson | Leverson v. Sanofi S.A., et al. | 2:17-cv-12199 |
| 8 | Hazel Greenwell | Greenwell v. Sanofi US Services Inc., et al. | 2:17-cv-14404 |
| 9 | Kimelia Wooten | Wooten, et al., v. Accord Healthcare, Inc., et al. | 2:17-cv-14439 |
| 10 | Karen Levine | Levine v. Sanofi US Services Inc., et al. | 2:17-cv-14638 |
| 11 | Laura Nitto | Nitto v. Sanofi US Services Inc., et al. | 2:17-cv-14782 |
| 12 | Vera Mae Daniels | Daniels v. Sanofi US Services Inc., et al. | 2:17-cv-15071 |
| 13 | Brenda Fay Gross | Gross v. Sanofi US Services Inc., et al. | 2:17-cv-17102 |
| 14 | Gail Harris | Harris v. Sanofi US Services Inc., et al. | 2:18-cv-00806 |
| 15 | Aqua Thomas | Thomas v. Sanofi US Services Inc., et al. | 2:18-cv-00990 |
| 16 | Lydedra Loveless | Loveless v. Sanofi US Services Inc., et al. | 2:18-cv-01167 |
| 17 | Alisha Beerman | Beerman v. Sanofi US Services, Inc., et al. | 2:18-cv-01879 |
| 18 | Kathleen Burbary | Burbary, et al., v. Sanofi US Services Inc., et al. | 2:18-cv-01929 |
| 19 | Deborah Clell | Clelland, et al., v. Sanofi US Services Inc., et al. | 2:18-cv-01952 |
| 20 | Elizabeth Floyd Motter | Motter, et al., v. Sanofi US Services Inc., et al. | 2:18-cv-02109 |
| 21 | Sabrina Martin-Pack | Martin-Pack v. Sanofi US Services Inc., et al. | 2:18-cv-02133 |
| 22 | Hope Brownewell | Brownewell, et al., v. Sanofi US Services Inc., et | 2:18-cv-02387 |
| 23 | Aisha Asghar | Asghar, et al., v. Sanofi US Services Inc., et al. | 2:18-cv-02461 |
| 24 | Brenda Chidester | Chidester, et al., v. Sanofi US Services Inc., et al. | 2:18-cv-02466 |
| 25 | Carolyn Childs | Childs v. Sanofi US Services Inc., et al. | 2:18-cv-02467 |
| 26 | Janelle Hamilton | Hamilton, et al., v. Sanofi US Services Inc., et al. | 2:18-cv-02529 |
| 27 | Virginia Hornibrook | Hornibrook v. Sanofi US Services Inc., et al. | 2:18-cv-02500 |
| 28 | Kimberly Delbridge | Delbridge v. Sanofi US Services Inc., et al. | 2:18-cv-02535 |
| 29 | Debbie Laginess | Laginess v. Sanofi US Services Inc., et al. | 2:18-cv-02538 |
| 30 | Orelia Castille | Castille v. Sanofi US Services Inc., et al. | 2:18-cv-03431 |
| 31 | Francesca Cozza | Cozza v. Sanofi US Services Inc., et al. | 2:18-cv-03442 |
| 32 | Janet Ross | Ross, et al., v. Sanofi US Services Inc., et al. | 2:18-cv-03443 |
| 33 | Mary A. Wheeler | Wheeler, et al., v. Sanofi US Services Inc., et al. | 2:19-cv-02221 |
| 34 | Irasema Arvizu | Arvizu v. Sanofi US Services Inc., et al. | 2:19-cv-02249 |
| 35 | Sandra Rose | Rose, et al., v. Sanofi US Services Inc., et al. | 2:19-cv-02395 |
| 36 | Maria Behrens | Behrens v. Sanofi US Services Inc., et al. | 2:19-cv-10673 |
| 37 | Valerie Jones | Jones v. Sanofi US Services Inc., et al. | 2:19-cv-10778 |
| 38 | Yvonne Ceraio | Ceraio, et al., v. Sanofi US Services Inc., et al. | 2:19-cv-10846 |
| 39 | Beverly Brown | Brown v. Sanofi US Services Inc., et al. | 2:19-cv-11980 |
| 40 | Gloria Mass | Mass, et al., v. Accord Healthcare, Inc. | 2:19-cv-11978 |
| 41 | Cynthia Siddoway | Siddoway v. Sanofi US Services Inc., et al. | 2:19-cv-11983 |
| 42 | Theresa Kalsky | Kalsky, et al., v. Sanofi US Services Inc., et al. | 2:19-cv-12400 |
| 43 | Teri Scothern | Scothern v. Sanofi Aventis US LLC, et al. | 2:19-cv-12385 |
| 44 | Teresa Docherty | Docherty, et al., v. Sanofi US Services Inc., et al. | 2:19-cv-12444 |
| 45 | Elena Petty | Petty, et al., v. Sanofi US Services Inc., et al. | 2:19-cv-12920 |
| 46 | Evelyn E. Driggins | Driggins v. Sanofi US Services Inc., et al. | 2:19-cv-13229 |
| 47 | Reda M. Bishop | Bishop v. Accord Healthcare, Inc. | 2:19-cv-13367 |
| 48 | Sara Davis | Davis v. Sanofi US Services Inc., et al. | 2:20-cv-03248 |
| 49 | Maggie Louise Pierson | Pierson, et al., v. Teva Pharmaceuticals USA, Inc. | 2:21-cv-00348 |