UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>*Lina Hawkins*<br>Civil Action No.: 2:16-cv-16790 | |

**NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

YOU **MUST** CHECK ALL THAT APPLY

☐ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

X Other – Plaintiff Voluntarily Dismisses With Prejudice.

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

1

Dated this 21st day of May, 2021.

                                            Respectfully submitted,

                                            */s/ Michelle Kranz*  
                                            Michelle L. Kranz (OH 0062479)  
                                            Carasusana B. Wall (OH 0090234)  
                                            ZOLL & KRANZ, LLC  
                                            6620 W. Central Ave., Suite 100  
                                            Toledo, OH  43617  
                                            Tel.    (419) 841-9623  
                                            Fax:    (419) 841-9719  
                                            Email:  michelle@toledolaw.com  
                                                            cara@toledolaw.com

                                            *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

     I hereby certify that on May 21, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: May 21, 2021

                                            */s/ Michelle L. Kranz*  
                                            Michelle Kranz (0062479)