UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL 2740 |
| | SEC. "H"(5) |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO |

Melissa Roach, No. 17-7918

## JUDGMENT

Considering the briefing submitted by counsel and for reasons issued May 21, 2021 (Doc. 12718);

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff Melissa Roach's case is hereby **DISMISSED WITH PREJUDICE**.

Signed in New Orleans, Louisiana, this 21st day of May, 2021.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE