UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | Section: N(5) |
| This Document Relates to:<br>*Wanda Stewart v. Sandoz Inc.*<br>Civil Case No. 2:17-cv-10817 | JUDGE JANE TRICHE MILAZZO |

## AFFIDAVIT OF LORI G. COHEN

BEFORE ME, the undersigned authority, personally came and appeared LORI G. COHEN of the law firm Greenberg Traurig, LLP, counsel for Defendant Sandoz Inc. ("Sandoz") in the above-captioned matter, who, after being duly sworn, did affirm that the records maintained by the accounting department of such law firm reflect costs expended on behalf of Sandoz in the amount of **$91,238.27**, as more fully detailed below:

### COURT COSTS

| | | |
|---|---|---|
| Docket Fee pursuant to 28 U.S.C. § 1923 | | $20.00 |
| | **Subtotal:** | **$20.00** |

### DEPOSITION TRANSCRIPT FEES

| INVOICE DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 4/2/2019 | Transcript of Deposition of Wanda Stewart | $1,178.18 |
| 4/2/2019 | Video of Deposition of Wanda Stewart | $1,090.00 |
| 5/31/2019 | Transcript of Deposition of Christopher McCanless, M.D. | $487.55 |
| 5/31/2019 | Transcript of Deposition of Everett Bonner, M.D. | $575.70 |
| 5/31/2019 | Video of Deposition of Everett Bonner, M.D. | $717.50 |
| 5/31/2019 | Video of Deposition of Christopher McCanless, M.D. | $425.00 |
| 5/31/2019 | Transcript of Deposition of Kenyatta Shamlin, M.D. | $237.59 |

1

| Date | Description | Amount |
|---|---|---|
| 5/31/2019 | Video of Deposition of Kenyatta Shamlin, M.D. | $345.00 |
| N/A | Fee for Deposition of Randall Brown, M.D. (Defense Portion) | $3,000.00 |
| 1/27/2020 | Fee for Deposition of Taylor Theunissen, M.D. (Defense Portion) | $1,500.00 |
| 4/9/2020 | Videographer Cancellation Fee for Deposition of Tamika Stewart | $250.00 |
| 4/9/2020 | Court Reporter Cancellation Fee for Deposition of Tamika Stewart | $350.00 |
| N/A | Fee for Deposition of Christopher McCanless, M.D. (Defense Portion) [No invoice or written fee schedule provided] | $2,000.00 |
| 4/9/2020 | Transcript of Deposition of Randall Brown, M.D. | $675.06 |
| 4/9/2020 | Video of Deposition of Randall Brown, M.D. | $487.50 |
| N/A | Fee for Deposition of Tara Rheubottom, P.A.-C. (Defense Portion) | $2,000.00 |
| 2/28/2020 | Transcript of Deposition of Angela Meredith (Day 1) | $350.88 |
| 2/7/2020 | Transcript of Deposition of Taylor Theunissen, M.D. | $602.08 |
| 2/7/2020 | Video of Deposition of Taylor Theunissen, M.D. | $557.50 |
| 2/28/2020 | Video of Deposition of Dorothy Stewart & Deposition of Angela Meredith (Day 2) | $875.00 |
| 2/20/2020 | Transcript of Deposition of Tara Rheubottom, P.A.-C. | $251.09 |
| 2/20/2020 | Video of Deposition of Tara Rheubottom, P.A.-C. | $445.00 |
| 2/28/2020 | Video of Deposition of Angela Meredith (Day 1) | $410.00 |
| 2/28/2020 | Transcript of Deposition of Dorothy Stewart & Deposition of Angela Meredith (Day 2) | $1,014.84 |
| 9/16/2020 | Video of Deposition of David Ross, M.D., Ph.D. (Day 2) | $940.00 |
| 9/16/2020 | Transcript of Deposition of David Ross, M.D., Ph.D. (Day 2) | $957.51 |
| 9/22/2020 | Video of Deposition of Laura Plunkett, Ph.D. (Day 2) | $525.00 |
| 10/8/2020 | Transcript and Video of Deposition of Edward Schwartz, Ph.D. | $420.00 |
| 10/16/2020 | Transcript and Video of Deposition of Nicole Rogers, M.D., FAAD | $350.00 |
| 10/8/2020 | Transcript and Video of Deposition of Sreekanth C. Reddy, M.D. | $560.00 |
| 9/25/2020 | Transcript of Deposition of Linda Bosserman, M.D. (Day 1) | $1,937.72 |
| 9/29/2020 | Video of Deposition of Linda Bosserman, M.D. (Day 2) | $800.00 |
| 9/25/2020 | Video of Deposition of Linda Bosserman, M.D. (Day 1) | $905.00 |

| Date | Description | Amount |
|---|---|---|
| 9/24/2020 | Video of Deposition of David Ross, M.D., Ph.D. (Day 3) | $715.00 |
| 9/24/2020 | Video of Deposition of Vesna Petronic-Rosic, M.D. (Day 2) | $1,612.50 |
| 9/29/2020 | Transcript of Deposition of Linda Bosserman, M.D. (Day 2) | $1,664.90 |
| 9/22/2020 | Transcript of Deposition of Laura Plunkett, Ph.D. (Day 2) | $1,503.08 |
| 9/18/2020 | Transcript of Deposition of Laura Plunkett, Ph.D. (Day 1) | $1,921.68 |
| 10/7/2020 | Certified Copies of Transcript and Video of Deposition of Edward Schwartz, Ph.D. | $5,254.90 |
| 9/24/2020 | Transcript of Deposition of Vesna Petronic-Rosic, M.D. (Day 2) | $3,172.17 |
| 10/6/2020 | Certified Copies of Transcript and Video of Deposition of Sreekanth C. Reddy, M.D. | $4,882.36 |
| 10/15/2020 | Certified Copies of Transcript and Video of Deposition of Nicole Rogers, M.D., FAAD | $2,028.90 |
| 11/5/2020 | Transcript and Video of Deposition of Lawrence E. Foote, M.D. | $350.00 |
| 10/30/2020 | Transcript and Video of Deposition of Edward R. Heilman, M.D., FAAD | $210.00 |
| 10/22/2020 | Transcript and Video of Deposition of Elgida Volpicelli, M.D. | $350.00 |
| 11/5/2020 | Transcript and Video of Deposition of Aparna Anderson, Ph.D. | $490.00 |
| 9/18/2020 | Video of Deposition of Laura Plunkett, Ph.D. (Day 1) | $975.00 |
| 11/4/2020 | Certified Copies of Transcript and Video of Deposition of Lawrence E. Foote, M.D. | $1,579.95 |
| 10/30/2020 | Certified Copies of Transcript and Video of Deposition of Edward R. Heilman, M.D., FAAD | $2,772.33 |
| 9/14/2020 | Video of Deposition of Vesna Petronic-Rosic, M.D. (Day 1) | $2,313.75 |
| 9/16/2020 | Transcript of Deposition of Ellen Feigal, M.D. | $3,099.04 |
| 9/11/2020 | Transcript of Deposition of David Ross, M.D., Ph.D. (Day 1) | $965.41 |
| 9/9/2020 | Transcript of Deposition of David Madigan, Ph.D. | $989.56 |
| 9/14/2020 | Transcript of Deposition of Vesna Petronic-Rosic, M.D. (Day 1) | $4,340.73 |
| 9/16/2020 | Video of Deposition of Ellen Feigal, M.D. | $1,570.00 |
| 10/19/2020 | Certified Copies of Transcript and Video of Deposition of Elgida Volpicelli, M.D. | $2,578.91 |
| 11/4/2020 | Certified Copies of Transcript and Video of Deposition of Aparna Anderson, Ph.D. | $3,108.70 |
| 9/9/2020 | Video of Deposition of David Madigan, Ph.D. | $870.00 |
| 9/11/2020 | Video of Deposition of David Ross, M.D., Ph.D. (Day 1) | $1,100.00 |

| | | |
|---|---|---|
| 9/30/2020 | Certified Copies of Transcript and Video of Deposition of Roger Williams, M.D. | $2,031.59 |
| 9/30/2020 | Transcript and Video of Deposition of Roger Williams, M.D. | $350.00 |
| 9/24/2020 | Transcript of Deposition of David Ross, M.D., Ph.D. (Day 3) | $1,211.28 |
| | **Subtotal** | **$81,232.44** |

**MEDICAL RECORDS COLLECTION FEES**

| INVOICE DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 2/26/2019 | Collection of medical and pharmacy records | $3,529.35 |
| 3/25/2019 | Collection of medical, pharmacy, and insurance records | $1,523.92 |
| 3/25/2019 | Collection of medical and pharmacy records | $75.50 |
| 1/9/2019 | Copies of Plaintiff-produced records | $19.59 |
| 6/11/2019 | Collection of medical records | $575.75 |
| 6/11/2019 | Collection of medical and pharmacy records | $639.48 |
| 5/23/2019 | Collection of medical and employment records | $613.80 |
| 7/9/2019 | Collection of medical and pharmacy records | $233.27 |
| 9/6/2019 | Collection of employment records | $37.75 |
| 1/28/2020 | Collection of medical and insurance records | $552.82 |
| 1/28/2020 | Collection of medical and employment records | $234.00 |
| 1/28/2020 | Collection of medical records | $455.95 |
| 2/19/2020 | Collection of medical records | $145.85 |
| 6/30/2020 | Collection of medical records | $242.35 |
| 10/23/2020 | Collection of medical records | $495.75 |
| 12/23/2020 | Collection of medical records | $123.71 |
| 1/5/2021 | Collection of medical records | $486.99 |
| | **Subtotal:** | **$9,985.83** |

**TOTAL COSTS EXPENDED: $91,238.27**

_Lori G. Cohen_
Lori G. Cohen

4

SWORN TO ME AND SUBSCRIBED
BEFORE ME ON THIS 24th DAY
OF MAY, 2021.

_____
NOTARY PUBLIC
NAME: Dawn Bennett Prather (# _____)

Dawn Bennett Prather
NOTARY PUBLIC
Jackson County
State of Georgia
My Comm. Expires November 21, 2023

5