

**INVOICE**

**DATE:** 4/2/2019
**INVOICE #** 031519-663938
**JOB #** 156424

Worldwide · 24 Hours
(877) 702-9580
www.tsgreporting.com

REPORTING

| Bill To: | Greenberg Traurig Accounts Payable<br>P.O. Box 90790<br>Pasadena, CA 91109-0790 | Ship To: | Sabrina R. Gallo Esq.<br>Greenberg Traurig, LLP<br>333 SE 2nd Avenue<br>Suite 4400<br>Miami, FL 33131 |
|---|---|---|---|

**CASE:** In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.)
**WITNESS:** Wanda Stewart
**DATE:** 3/15/2019
**LOCATION:** New Orleans, LA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 300 | $2.39 | $717.00 |
| Original Transcript - Evening Pages | 24 | $2.00 | $48.00 |
| Rough Transcript | 300 | $1.50 | $450.00 |
| Reporter Appearance Fee / Session - Complimentary - Videotaped | 2 | $35.00 | $0.00 |
| Reporter Appearance Fee / Evening Session - Videotaped | 1 | $35.00 | $35.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 272 | $0.04 | $10.88 |
| Exhibits - Scanned & Hyperlinked - Color | 94 | $0.45 | $42.30 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 300 | -$0.50 | -$150.00 |
| | | SUBTOTAL | $1,153.18 |
| | | SHIPPING & HANDLING | $25.00 |
| | | TOTAL | $1,178.18 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

**DATE:** 4/2/2019
**INVOICE #** 031519-663939
**JOB #** 156424

**Bill To:** Greenberg Traurig Accounts Payable
P.O. Box 90790
Pasadena, CA 91109-0790

**Ship To:** Sabrina R. Gallo Esq.
Greenberg Traurig, LLP
333 SE 2nd Avenue
Suite 4400
Miami, FL 33131

**CASE:** In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.)
**WITNESS:** Wanda Stewart
**DATE:** 3/15/2019
**LOCATION:** New Orleans, LA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $250.00 | $250.00 |
| Videographer - Additional Hours | 7 | $70.00 | $490.00 |
| Videographer - Add'l Hours - Evening Rate | 1 | $125.00 | $125.00 |
| Videosynch / Tape | 4 | $50.00 | $200.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,065.00 |
| | | SHIPPING & HANDLING | $25.00 |
| | | TOTAL | $1,090.00 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

**DATE:** 5/31/2019
**INVOICE #** 051319-667150
**JOB #** 158744

**Bill To:**
Greenberg Traurig Accounts Payable
P.O. Box 90790
Pasadena, CA 91109-0790

**Ship To:**
Stephen T. Fowler Esq.
Greenberg Traurig, LLP
2101 L Street, N.W.
Suite 1000
Washington, DC 20037

**CASE:** In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.)
**WITNESS:** Christopher McCanless, M.D
**DATE:** 5/13/2019
**LOCATION:** Baton Rouge, LA

**Billing Comments / Instructions:**

| SHIP VIA | Email | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 141 | $2.39 | $336.99 |
| Rough Transcript | 141 | $1.50 | $211.50 |
| Reporter Appearance Fee / Session - Complimentary - Videotaped | 1 | $35.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 239 | $0.04 | $9.56 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 141 | -$0.50 | -$70.50 |
| | | SUBTOTAL | $487.55 |
| | | SHIPPING & HANDLING | $0.00 |
| | | TOTAL | $487.55 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

**DATE:** 5/31/2019
**INVOICE #** 050819-667158
**JOB #** 158945

**Bill To:**
Greenberg Traurig Accounts Payable
P.O. Box 90790
Pasadena, CA 91109-0790

**Ship To:**
Nicholas A. Insogna Esq.
Greenberg Traurig, LLP
One International Place
Boston, MA 02110

**CASE:**      In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.)
**WITNESS:**   Everett Bonner, M.D.
**DATE:**      5/8/2019
**LOCATION:**  Baton Rouge, LA

**Billing Comments / Instructions:**      Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Email | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 198 | $2.39 | $473.22 |
| Original Transcript - Evening Pages | 68 | $2.00 | $136.00 |
| Reporter Appearance Fee / Session - Complimentary - Videotaped | 1 | $35.00 | $0.00 |
| Reporter Appearance Fee / Evening Session - Videotaped | 1 | $35.00 | $35.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 137 | $0.04 | $5.48 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 198 | -$0.50 | -$99.00 |

| | | |
|---|---|---|
| | SUBTOTAL | $550.70 |
| | SHIPPING & HANDLING | $25.00 |
| | TOTAL | $575.70 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

**DATE:** 5/31/2019
**INVOICE #** 050819-667159
**JOB #** 158945

**Bill To:**
Greenberg Traurig Accounts Payable
P.O. Box 90790
Pasadena, CA 91109-0790

**Ship To:**
Nicholas A. Insogna Esq.
Greenberg Traurig, LLP
One International Place
Boston, MA 02110

**CASE:** In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.)
**WITNESS:** Everett Bonner, M.D.
**DATE:** 5/8/2019
**LOCATION:** Baton Rouge, LA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $250.00 | $250.00 |
| Videographer - Additional Hours | 1.5 | $70.00 | $105.00 |
| Videographer - Add'l Hours - Evening Rate | 1.5 | $125.00 | $187.50 |
| Videosynch / Tape | 3 | $50.00 | $150.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $692.50 |
| | | SHIPPING & HANDLING | $25.00 |
| | | TOTAL | $717.50 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

**DATE:** 5/31/2019
**INVOICE #** 051319-667151
**JOB #** 158744

**Bill To:** Greenberg Traurig Accounts Payable
P.O. Box 90790
Pasadena, CA 91109-0790

**Ship To:** Stephen T. Fowler Esq.
Greenberg Traurig, LLP
2101 L Street, N.W.
Suite 1000
Washington, DC 20037

**CASE:** In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.)
**WITNESS:** Christopher McCanless, M.D
**DATE:** 5/13/2019
**LOCATION:** Baton Rouge, LA

**Billing Comments / Instructions:**

| SHIP VIA | Email | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $250.00 | $250.00 |
| Videographer - Additional Hours | 2.5 | $70.00 | $175.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $425.00 |
| | | SHIPPING & HANDLING | $0.00 |
| | | TOTAL | $425.00 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

**DATE:** 5/31/2019
**INVOICE #** 051419-667153
**JOB #** 158939

**Bill To:**
Greenberg Traurig Accounts Payable
P.O. Box 90790
Pasadena, CA 91109-0790

**Ship To:**
Stephen T. Fowler Esq.
Greenberg Traurig, LLP
2101 L Street, N.W.
Suite 1000
Washington, DC 20037

**CASE:** In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.)
**WITNESS:** Kenyatta Shamlin, M.D.
**DATE:** 5/14/2019
**LOCATION:** Baton Rouge, LA

**Billing Comments / Instructions:**

| SHIP VIA | Email | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 79 | $2.39 | $188.81 |
| Rough Transcript | 79 | $1.50 | $118.50 |
| Reporter Appearance Fee / Session - Complimentary - Videotaped | 1 | $35.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 232 | $0.04 | $9.28 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (2) | 158 | -$0.50 | -$79.00 |
| | | SUBTOTAL | $237.59 |
| | | SHIPPING & HANDLING | $0.00 |
| | | TOTAL | $237.59 |

Please make all checks payable to: TSG Reporting, Inc.          Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

**Worldwide · 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

**DATE:** 5/31/2019
**INVOICE #** 051419-667154
**JOB #** 158939

**Bill To:**
Greenberg Traurig Accounts Payable
P.O. Box 90790
Pasadena, CA 91109-0790

**Ship To:**
Stephen T. Fowler Esq.
Greenberg Traurig, LLP
2101 L Street, N.W.
Suite 1000
Washington, DC 20037

**CASE:** In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.)
**WITNESS:** Kenyatta Shamlin, M.D.
**DATE:** 5/14/2019
**LOCATION:** Baton Rouge, LA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $250.00 | $250.00 |
| Videographer - Additional Hours | 1 | $70.00 | $70.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $320.00 |
| | | SHIPPING & HANDLING | $25.00 |
| | | TOTAL | $345.00 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Specialists in Obstetrics and Gynecology
500 RUE DE LA VIE, SUITE 100
BATON ROUGE, LOUISIANA 70817
225-201-2000

## PROFESSIONAL FEES FOR LEGAL SERVICES

**Review of Case/Records** - $500/hr

**Attorney conference** - $500/hr
- Pre-payment due 1 week in advance of conference; conference will be canceled if pre-payment not received
- Cancelations must be made 72/hr in advance for a refund

**Medical review panel** - $300 (statute mandate)

**Written report** - $1000/hr for drafting of report [in addition to time spent reviewing materials]
- Prepayment for report is due prior to release of report

**Depositions** - $1500/hr; $500/hr for research & preparation
- Payment due 1 week in advance of deposition; deposition will be canceled if pre-payment not received
- Cancelations must be made 72/hr in advance for a refund.

**Trial testimony** - $1500/hr (includes travel, waiting & testimony time); $500/hr for review of materials, research & preparation (any parking fees, etc. are additional)
- Payment for trial testimony due 2 weeks in advance of trial appearance.  Cancelation of trial testimony must be made 1 week in advance for a refund.
- No refund for trial appearance will be given if cancelation is less than 1 week prior to scheduled trial appearance

As the attorney scheduling a conference with a physician of Louisiana Women's Healthcare Associates, I agree to pay the fees outlined in this fee schedule.


_____          _____
Signature                                                                    Date


****These payments must be made **payable to the individual physician and under his/her social security number**, NOT the company and tax ID.



# INVOICE

Date: January 27, 2020
INVOICE # [100]

To

Taylor Theunissen, MD
TheunissenAesthetic Plastic Surgery
5233 Dijon Drive
Baton Rouge, LA 70808
(225) 218-6108

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| 4 hours | Deposition | $1500.00 | $6000.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Subtotal | |
| | | Sales Tax | |
| | | Total | $6000.00 |

Make all checks payable to Taylor Theunissen, MD, LLC



# INVOICE

**DATE:** 4/9/2020
**INVOICE #** 031120-686068
**JOB #** 177258

**Bill To:**
Greenberg Traurig Accounts Payable
P.O. Box 90790
Pasadena, CA 91109-0790

**Ship To:**
Dawn Prather
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305

**CASE:** In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.)
**WITNESS:** Tamika Stewart
**DATE:** 3/11/2020
**LOCATION:** Baton Rouge, LA

**Billing Comments / Instructions:**

| SHIP VIA | | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer Bust - Scheduling Fee | 1 | $250.00 | $250.00 |
| | SUBTOTAL | | $250.00 |
| | SHIPPING & HANDLING | | $0.00 |
| | **TOTAL** | | $250.00 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

**DATE:** 4/9/2020
**INVOICE #** 031120-686067
**JOB #** 177258

**Bill To:**      Greenberg Traurig Accounts Payable          **Ship To:**      Dawn Prather
P.O. Box 90790                                                Greenberg Traurig, LLP
Pasadena, CA 91109-0790                                       Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305

**CASE:**        In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.)
**WITNESS:**     Tamika Stewart
**DATE:**        3/11/2020
**LOCATION:**    Baton Rouge, LA

**Billing Comments / Instructions:**

| SHIP VIA | | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Reporter Deposition Bust - Scheduling Fee | 1 | $350.00 | $350.00 |
| | | SUBTOTAL | $350.00 |
| | | SHIPPING & HANDLING | $0.00 |
| | | TOTAL | $350.00 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

**DATE:** 4/9/2020
**INVOICE #** 031120-686063
**JOB #** 176616

**Bill To:** Greenberg Traurig Accounts Payable
P.O. Box 90790
Pasadena, CA 91109-0790

**Ship To:** Dawn Prather
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305

**CASE:** In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.)
**WITNESS:** Randall Brown, M.D.
**DATE:** 3/11/2020
**LOCATION:** Baton Rouge, LA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 105 | $2.39 | $250.95 |
| Original Transcript - 7 Day Delivery | 105 | $0.75 | $78.75 |
| Original Transcript - Evening Pages | 78 | $2.00 | $156.00 |
| Rough Transcript | 105 | $1.50 | $157.50 |
| Reporter Appearance Fee / Session - Complimentary - Videotaped | 1 | $35.00 | $0.00 |
| Reporter Appearance Fee / Evening Session - Videotaped | 1 | $35.00 | $35.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 234 | $0.04 | $9.36 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 105 | -$0.50 | -$52.50 |
| | | SUBTOTAL | $635.06 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $675.06 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

**DATE:** 4/9/2020
**INVOICE #** 031120-686064
**JOB #** 176616

**Bill To:**
Greenberg Traurig Accounts Payable
P.O. Box 90790
Pasadena, CA 91109-0790

**Ship To:**
Dawn Prather
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305

**CASE:** In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.)
**WITNESS:** Randall Brown, M.D.
**DATE:** 3/11/2020
**LOCATION:** Baton Rouge, LA

**Billing Comments / Instructions:**

| SHIP VIA | | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $250.00 | $250.00 |
| Videographer - Add'l Hours - Evening Rate | 1.5 | $125.00 | $187.50 |
| Videosynch / Tape | 1 | $50.00 | $50.00 |
| Certified - MPEG - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $487.50 |
| | | SHIPPING & HANDLING | $0.00 |
| | | TOTAL | $487.50 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



# DERMATOLOGY
## ASSOCIATES

**IRA H. THORLA, JR., MD • FRANKLIN R. JOHNSON, JR., MD • MARY C. DICKERSON, M.D.**
**TARA RHEUBOTTOM, PA-C • KRISTIN GREEN, PA-C • JENNIFER LEBLANC, APRN, BC**

## Medical-Legal fee schedule
## for Tara Rheubottom

$1,000.00 per hour-minimum 2 hours

If out of Baton Rouge area – travel time to and from location $750.00 per hour



# INVOICE

**DATE:** 2/28/2020
**INVOICE #** 020620-683305
**JOB #** 176445

**Bill To:** Greenberg Traurig Accounts Payable
P.O. Box 90790
Pasadena, CA 91109-0790

**Ship To:** Dawn Prather
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305

**CASE:** In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.)
**WITNESS:** Angela Meredith
**DATE:** 2/6/2020
**LOCATION:** Baton Rouge, LA

**Billing Comments / Instructions:**

| SHIP VIA | Email | TERMS | net 30 |
|----------|-------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Original & 1 Certified Transcript - Complimentary | 84 | $2.39 | $0.00 |
| Original Transcript - 7 Day Delivery - Complimentary | 84 | $0.75 | $0.00 |
| Reporter Appearance Fee / Session - Complimentary - Videotaped Telephonic | 1 | $35.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Reporter Deposition Scheduling Fee - Minimum | 1 | $350.00 | $350.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 22 | $0.04 | $0.88 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $350.88 |
| | | SHIPPING & HANDLING | $0.00 |
| | | TOTAL | $350.88 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

**DATE:** 2/7/2020
**INVOICE #** 012320-681103
**JOB #** 175382

**Bill To:**  Greenberg Traurig Accounts Payable
P.O. Box 90790
Pasadena, CA 91109-0790

**Ship To:**  Dawn Prather
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305

**CASE:** In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.)
**WITNESS:** Taylor Theunissen, M.D.
**DATE:** 1/23/2020
**LOCATION:** Baton Rouge, LA

**Billing Comments / Instructions:**     Includes shipping for materials sent to witness for read & sign purposes.

| SHIP VIA | Email | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 126 | $2.39 | $301.14 |
| Original Transcript - 7 Day Delivery | 126 | $0.75 | $94.50 |
| Original Transcript - Evening Pages | 1 | $2.00 | $2.00 |
| Rough Transcript | 126 | $1.50 | $189.00 |
| Reporter Appearance Fee / Session - Complimentary - Videotaped | 1 | $35.00 | $0.00 |
| Reporter Appearance Fee / Evening Session - Videotaped | 1 | $35.00 | $35.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 86 | $0.04 | $3.44 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 126 | -$0.50 | -$63.00 |
|  | | SUBTOTAL | $562.08 |
|  | | SHIPPING & HANDLING | $40.00 |
|  | | **TOTAL** | $602.08 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

**DATE:** 2/7/2020
**INVOICE #** 012320-681104
**JOB #** 175382

**Bill To:**
Greenberg Traurig Accounts Payable
P.O. Box 90790
Pasadena, CA 91109-0790

**Ship To:**
Dawn Prather
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305

**CASE:**     In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.)
**WITNESS:**  Taylor Theunissen, M.D.
**DATE:**     1/23/2020
**LOCATION:** Baton Rouge, LA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $250.00 | $250.00 |
| Videographer - Additional Hours | 1.5 | $70.00 | $105.00 |
| Videographer - Add'l Hours - Evening Rate | 0.5 | $125.00 | $62.50 |
| Videosynch / Tape | 2 | $50.00 | $100.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |

| | | |
|---|---|---|
| SUBTOTAL | $517.50 |
| SHIPPING & HANDLING | $40.00 |
| TOTAL | $557.50 |

Please make all checks payable to: TSG Reporting, Inc.          Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

**DATE:** 2/28/2020
**INVOICE #** 013120-683301
**JOB #** 175656

**Bill To:**
Greenberg Traurig Accounts Payable
P.O. Box 90790
Pasadena, CA 91109-0790

**Ship To:**
Dawn Prather
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305

**CASE:** In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.)
**WITNESS:** Dorothy Stewart / Angela Meredith
**DATE:** 1/31/2020
**LOCATION:** Baton Rouge, LA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $250.00 | $250.00 |
| Videographer - Additional Hours | 5.5 | $70.00 | $385.00 |
| Videosynch / Tape | 4 | $50.00 | $200.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $835.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $875.00 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

**DATE:** 2/20/2020
**INVOICE #** 012720-681960
**JOB #** 174817

**Bill To:**  Greenberg Traurig Accounts Payable
P.O. Box 90790
Pasadena, CA 91109-0790

**Ship To:**  Dawn Prather
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305

**CASE:** In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.)
**WITNESS:** Tara Rheubottom
**DATE:** 1/27/2020
**LOCATION:** Baton Rouge, LA

**Billing Comments / Instructions:**  Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 98 | $2.39 | $234.22 |
| Original Transcript - 7 Day Delivery | 98 | $0.75 | $73.50 |
| Reporter Appearance Fee / Session - Complimentary - Videotaped | 1 | $35.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 23 | $0.04 | $0.92 |
| Exhibits - Scanned & Hyperlinked - Color | 1 | $0.45 | $0.45 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (2) | 196 | -$0.50 | -$98.00 |

| | | | |
|---|---|---|---|
| | | SUBTOTAL | $211.09 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $251.09 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

**DATE:** 2/20/2020
**INVOICE #** 012720-681961
**JOB #** 174817

**Bill To:**
Greenberg Traurig Accounts Payable
P.O. Box 90790
Pasadena, CA 91109-0790

**Ship To:**
Dawn Prather
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305

| | |
|---|---|
| **CASE:** | In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.) |
| **WITNESS:** | Tara Rheubottom |
| **DATE:** | 1/27/2020 |
| **LOCATION:** | Baton Rouge, LA |

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $250.00 | $250.00 |
| Videographer - Additional Hours | 1.5 | $70.00 | $105.00 |
| Videosynch / Tape | 1 | $50.00 | $50.00 |
| Certified - MPEG - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $405.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | **TOTAL** | $445.00 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

**DATE:** 2/28/2020
**INVOICE #** 020620-683306
**JOB #** 176445

**Bill To:**
Greenberg Traurig Accounts Payable
P.O. Box 90790
Pasadena, CA 91109-0790

**Ship To:**
Dawn Prather
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305

**CASE:** In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.)
**WITNESS:** Angela Meredith
**DATE:** 2/6/2020
**LOCATION:** Baton Rouge, LA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $250.00 | $250.00 |
| Videographer - Additional Hours | 1 | $70.00 | $70.00 |
| Videosynch / Tape | 1 | $50.00 | $50.00 |
| Certified - MPEG - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $370.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $410.00 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

**DATE:** 2/28/2020
**INVOICE #** 013120-683300
**JOB #** 175656

**Bill To:** Greenberg Traurig Accounts Payable
P.O. Box 90790
Pasadena, CA 91109-0790

**Ship To:** Dawn Prather
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305

**CASE:** In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.)
**WITNESS:** Dorothy Stewart / Angela Meredith
**DATE:** 1/31/2020
**LOCATION:** Baton Rouge, LA

**Billing Comments / Instructions:**

| SHIP VIA | Email | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 278 | $2.39 | $664.42 |
| Original Transcript - 7 Day Delivery | 278 | $0.75 | $208.50 |
| Rough Transcript | 278 | $1.50 | $417.00 |
| Reporter Appearance Fee / Session - Complimentary - Videotaped Telephonic | 2 | $35.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 2 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 73 | $0.04 | $2.92 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (2) | 556 | -$0.50 | -$278.00 |

| | SUBTOTAL | $1,014.84 |
|---|---|---|
| | SHIPPING & HANDLING | $0.00 |
| | **TOTAL** | **$1,014.84** |

Please make all checks payable to: TSG Reporting, Inc.          Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

**REPORTING**

# INVOICE

**INVOICE DATE:** 9/16/2020
**INVOICE #:** 2027812
**JOB #:** 183201

| | |
|---|---|
| **BILL TO:** | Greenberg Traurig, LLP<br>c/o Greenberg Traurig, LLP Invoices<br>MetLife Building, 200 Park Avenue<br>New York, NY 10166 US |
| **SHIP TO:** | Greenberg Traurig, LLP<br>c/o Cliff Merrell<br>Terminus 200, 3333 Piedmont Road NE, Suite 2500<br>Atlanta, GA 30305 US |
| **CASE:** | In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.// Alice D. Hughes v. Accord Healthcare, Inc.) |
| **WITNESS:** | David Ross |
| **JOB DATE:** | 8/31/2020 |
| **LOCATION:** | TELEPHONIC, Baltimore, MD, 21201, US |

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Media | Rate | Amount |
|---|---|---|---|---|
| **David Ross** | | | | |
| Video Sync / Tape | 1 | 4 | $50.00 | $200.00 |
| Certified - MPEG - Complimentary | 1 | 4 | $50.00 | $0.00 |
| **Other Services** | | | | |
| Videographer - Set Up & 1st Hour of Job | 1 | | $250.00 | $250.00 |
| Videographer - Additional Hours | 7 | | $70.00 | $490.00 |
| | | | SUBTOTAL | $940.00 |
| | | | TOTAL | $940.00 |

**THANK YOU FOR YOUR BUSINESS!**

Please make all checks payable to: TSG Reporting Inc.        Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708        Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit. If you have any questions, please call TSG.

# TSG REPORTING

**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

**INVOICE DATE:** 9/16/2020
**INVOICE #:** 2027811
**JOB #:** 183201

**BILL TO:** Greenberg Traurig, LLP
c/o Greenberg Traurig, LLP Invoices
MetLife Building, 200 Park Avenue
New York, NY 10166 US

**SHIP TO:** Greenberg Traurig, LLP
c/o Cliff Merrell
Terminus 200, 3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305 US

**CASE:** In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.// Alice D. Hughes v. Accord Healthcare, Inc.)

**WITNESS:** David Ross
**JOB DATE:** 8/31/2020
**LOCATION:** TELEPHONIC, Baltimore, MD, 21201, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| **David Ross** | | | | |
| Original & 1 Certified Transcript - Complimentary | 1 | 196 | $2.39 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $45.00 | $0.00 |
| Original Transcript - 7 Day Delivery | 1 | 196 | $0.75 | $147.00 |
| Rough Transcript | 1 | 196 | $1.50 | $294.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 1 | 154 | $0.04 | $6.16 |
| Exhibits - Scanned & Hyperlinked - Color | 1 | 23 | $0.45 | $10.35 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| Remote Video Stream Connectivity Charge / User | 1 | | $150.00 | $150.00 |
| **Other Services** | | | | |
| Reporter Appearance Fee / Session - Video Recorded Telephonic - Complimentary | 2 | | $0.00 | $0.00 |
| Reporter Deposition Scheduling Fee - Minimum | 1 | | $350.00 | $350.00 |
| | | | SUBTOTAL | $957.51 |
| | | | TOTAL | $957.51 |

THANK YOU FOR YOUR BUSINESS!

Please make all checks payable to: TSG Reporting Inc.      Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit. If you have any questions, please call TSG.



**Worldwide · 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

REPORTING

# INVOICE

**INVOICE DATE:** 9/22/2020
**INVOICE #:** 2028251
**JOB #:** 183842

**BILL TO:**     Greenberg Traurig, LLP
c/o Greenberg Traurig, LLP Invoices
MetLife Building, 200 Park Avenue
New York, NY 10166 US

**SHIP TO:**     Greenberg Traurig, LLP
c/o Dawn Prather
Terminus 200, 3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305 US

**CASE:**          In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.)
**WITNESS:**   Laura Plunkett
**JOB DATE:**  9/8/2020
**LOCATION:** TELEPHONIC, Dallas, TX, 75001, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|----------|---|-------|--------|

| Services | Qty | Media | Rate | Amount |
|----------|-----|-------|------|--------|
| **Laura Plunkett** | | | | |
| Video Sync / Tape | 1 | 2 | $50.00 | $100.00 |
| Certified - MPEG - Complimentary | 1 | 2 | $50.00 | $0.00 |
| **Other Services** | | | | |
| Videographer - Set Up & 1st Hour of Job | 1 | | $250.00 | $250.00 |
| Videographer - Additional Hours | 2.5 | | $70.00 | $175.00 |
| | | | SUBTOTAL | $525.00 |
| | | | TOTAL | $525.00 |

**THANK YOU FOR YOUR BUSINESS!**

Please make all checks payable to: TSG Reporting Inc.        Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708        Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceed the legal limit. If you have any questions, please call TSG.

# INVOICE



**GOLKOW Litigation** SERVICES

Discovery ⟡ Depositions ⟡ Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 445959 | 10/8/2020 | 256501 |
| Job Date | Case No. | |
| 9/25/2020 | | |
| Case Name | | |
| Taxotere (Wanda Stewart v. Sandoz Inc.) | | |
| Payment Terms | | |
| Due upon receipt | | |

Dawn Bennett Prather
Greenberg Traurig, LLP
3333 Piedmont Road, NE
Suite 2500
Atlanta, GA  30305

---

Edward Schwartz, Ph.D.

Video Testimony Digitization Synched w/Transcript Text     6.00  Hours     @     70.00          420.00

**TOTAL DUE >>>**                                                                                        **$420.00**

093086.167300

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Note: we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client, even if your client makes full or partial payment toward the invoice. Thank you.

---

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Dawn Bennett Prather
Greenberg Traurig, LLP
3333 Piedmont Road, NE
Suite 2500
Atlanta, GA  30305

| | | |
|---|---|---|
| Invoice No. | : | 445959 |
| Invoice Date | : | 10/8/2020 |
| **Total Due** | : | **$420.00** |

| | | |
|---|---|---|
| Job No. | : | 256501 |
| BU ID | : | V-Main |
| Case No. | : | |
| Case Name | : | Taxotere (Wanda Stewart v. Sandoz Inc.) |

Remit To:  **Golkow Litigation Services, LLC**
**P.O. Box 94623**
**Las Vegas, NV  89193-4623**

# INVOICE



**GOLKOW Litigation**
SERVICES
Discovery • Depositions • Trial

1100 Poydras Street
Suite 2900
New Orleans, LA 70163
ar@golkow.com
504-218-1961

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 446920 | 10/16/2020 | 257757 |

| Job Date | Case No. |
|---|---|
| 10/3/2020 | |

| Case Name |
|---|
| Taxotere (Wanda Stewart v. Sandoz Inc.) |

| Payment Terms |
|---|
| Due upon receipt |

Dawn Bennett Prather
Greenberg Traurig, LLP
3333 Piedmont Road, NE
Suite 2500
Atlanta, GA  30305

Nicole E. Rogers, M.D., FAAD

| | | | | |
|---|---|---|---|---|
| Capture of Master Tape to MPEG1 format. | 5.00  Hours | @ | 35.00 | 175.00 |
| DVD Sync with transcript text | 5.00  Hours | @ | 35.00 | 175.00 |
| | **TOTAL DUE  >>>** | | | **$350.00** |

Client Matter No.   :  093086.167300

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Note: we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client, even if
your client makes full or partial payment toward the invoice. Thank you.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Dawn Bennett Prather
Greenberg Traurig, LLP
3333 Piedmont Road, NE
Suite 2500
Atlanta, GA  30305

| | | |
|---|---|---|
| Invoice No. | : | 446920 |
| Invoice Date | : | 10/16/2020 |
| **Total Due** | : | **$350.00** |

| | | |
|---|---|---|
| Job No. | : | 257757 |
| BU ID | : | GL-V |
| Case No. | : | |
| Case Name | : | Taxotere (Wanda Stewart v. Sandoz Inc.) |

Remit To:   **Golkow Litigation Services**
**PO Box 62873**
**Lafayette, LA  70596-2873**

# INVOICE



**GOLKOW**
**Litigation** SERVICES

Discovery † Depositions † Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 446064 | 10/8/2020 | 257339 |
| **Job Date** | **Case No.** | |
| 9/29/2020 | | |
| **Case Name** | | |
| Taxotere (Wanda Stewart v. Sandoz Inc.) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Dawn Bennett Prather
Greenberg Traurig, LLP
3333 Piedmont Road, NE
Suite 2500
Atlanta, GA  30305

| | | | | |
|---|---|---|---|---|
| Sreekanth C. Reddy, M.D. | | | | |
| Video Testimony Digitization Synched w/Transcript Text | 8.00 Hours | @ | 70.00 | 560.00 |
| | **TOTAL DUE >>>** | | | **$560.00** |

093086.167300

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Note: we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client, even if
your client makes full or partial payment toward the invoice. Thank you.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Dawn Bennett Prather
Greenberg Traurig, LLP
3333 Piedmont Road, NE
Suite 2500
Atlanta, GA  30305

| | | |
|---|---|---|
| Invoice No. | : | 446064 |
| Invoice Date | : | 10/8/2020 |
| **Total Due** | : | **$560.00** |

| | | |
|---|---|---|
| Remit To: | **Golkow Litigation Services, LLC** | |
| | **P.O. Box 94623** | |
| | **Las Vegas, NV  89193-4623** | |

| | | |
|---|---|---|
| Job No. | : | 257339 |
| BU ID | : | SC - V |
| Case No. | : | |
| Case Name | : | Taxotere (Wanda Stewart v. Sandoz Inc.) |



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

**INVOICE**

**INVOICE DATE:** 9/25/2020
**INVOICE #:** 2028665
**JOB #:** 184048

| | |
|---|---|
| **BILL TO:** | Greenberg Traurig, LLP<br>c/o Greenberg Traurig, LLP Invoices<br>MetLife Building, 200 Park Avenue<br>New York, NY 10166 US |
| **SHIP TO:** | Greenberg Traurig, LLP<br>c/o Dawn Prather<br>Terminus 200, 3333 Piedmont Road NE, Suite 2500<br>Atlanta, GA 30305 US |
| **CASE:** | In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.// Alice D. Hughes v. Accord Healthcare, Inc.) |
| **WITNESS:** | Linda Bosserman |
| **JOB DATE:** | 9/14/2020 |
| **LOCATION:** | TELEPHONIC, Los Angeles, CA, 90012, US |

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| **Linda Bosserman** | | | | |
| Original & 1 Certified Transcript | 1 | 227 | $2.39 | $542.53 |
| Certified Transcript Sold Discount | 4 | 227 | ($0.50) | ($454.00) |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $45.00 | $0.00 |
| Original Transcript - 7 Day Delivery | 1 | 227 | $0.75 | $170.25 |
| Remote Real-time Transcription | 3 | 227 | $1.00 | $681.00 |
| Rough Transcript | 1 | 227 | $1.50 | $340.50 |
| Exhibits - Scanned & Hyperlinked - B&W | 1 | 1046 | $0.04 | $41.84 |
| Exhibits - Scanned & Hyperlinked - Color | 1 | 368 | $0.45 | $165.60 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| Remote Real-time Transcription & Video Connectivity Charge / User | 3 | | $150.00 | $450.00 |
| **Other Services** | | | | |
| Reporter Appearance Fee / Session - Video Recorded Telephonic - Complimentary | 2 | | $0.00 | $0.00 |
| | | | SUBTOTAL | $1,937.72 |
| | | | TOTAL | $1,937.72 |

THANK YOU FOR YOUR BUSINESS!

Please make all checks payable to: TSG Reporting Inc.      Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceed the legal limit. If you have any questions, please call TSG.



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

REPORTING

# INVOICE

**INVOICE DATE:** 9/29/2020
**INVOICE #:** 2028972
**JOB #:** 184049

**BILL TO:**
Greenberg Traurig, LLP
c/o Greenberg Traurig, LLP Invoices
MetLife Building, 200 Park Avenue
New York, NY 10166 US

**SHIP TO:**
Greenberg Traurig, LLP
c/o Dawn Prather
Terminus 200, 3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305 US

**CASE:** In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.// Alice D. Hughes v. Accord Healthcare, Inc.)
**WITNESS:** Linda Bosserman
**JOB DATE:** 9/15/2020
**LOCATION:** TELEPHONIC, Los Angeles, CA, 90012, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Media | Rate | Amount |
|---|---|---|---|---|
| **Linda Bosserman** | | | | |
| Video Sync / Tape | 1 | 4 | $50.00 | $200.00 |
| Certified - MPEG - Complimentary | 1 | 4 | $50.00 | $0.00 |
| **Other Services** | | | | |
| Videographer - Set Up & 1st Hour of Job | 1 | | $250.00 | $250.00 |
| Videographer - Additional Hours | 5 | | $70.00 | $350.00 |
| | | | SUBTOTAL | $800.00 |
| | | | TOTAL | $800.00 |

**THANK YOU FOR YOUR BUSINESS!**

Please make all checks payable to: TSG Reporting Inc.        Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708        Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit. If you have any questions, please call TSG.



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

**INVOICE DATE:** 9/25/2020
**INVOICE #:** 2028666
**JOB #:** 184048

**BILL TO:**      Greenberg Traurig, LLP
              c/o Greenberg Traurig, LLP Invoices
              MetLife Building, 200 Park Avenue
              New York, NY 10166 US

**SHIP TO:**      Greenberg Traurig, LLP
              c/o Dawn Prather
              Terminus 200, 3333 Piedmont Road NE, Suite 2500
              Atlanta, GA 30305 US

**CASE:**        In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.// Alice D. Hughes v.
              Accord Healthcare, Inc.)

**WITNESS:**     Linda Bosserman
**JOB DATE:**    9/14/2020
**LOCATION:**    TELEPHONIC, Los Angeles, CA, 90012, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|----------|---|-------|--------|

| Services | Qty | Media | Rate | Amount |
|----------|-----|-------|------|--------|
| **Linda Bosserman** | | | | |
| Video Sync / Tape | 1 | 4 | $50.00 | $200.00 |
| Certified - MPEG - Complimentary | 1 | 4 | $50.00 | $0.00 |
| **Other Services** | | | | |
| Videographer – Set Up & 1st Hour of Job | 1 | | $250.00 | $250.00 |
| Videographer – Additional Hours | 6.5 | | $70.00 | $455.00 |
| | | | SUBTOTAL | $905.00 |
| | | | TOTAL | $905.00 |

**THANK YOU FOR YOUR BUSINESS!**

Please make all checks payable to: TSG Reporting Inc.      Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit. If you have any questions, please call TSG.



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# REPORTING

# INVOICE

**INVOICE DATE:** 9/24/2020
**INVOICE #:** 2028541
**JOB #:** 183806

**BILL TO:**      Greenberg Traurig, LLP
                 c/o Greenberg Traurig, LLP Invoices
                 MetLife Building, 200 Park Avenue
                 New York, NY 10166 US

**SHIP TO:**     Greenberg Traurig, LLP
                 c/o Dawn Prather
                 Terminus 200, 3333 Piedmont Road NE, Suite 2500
                 Atlanta, GA 30305 US

**CASE:**        In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.// Alice D. Hughes v.
                 Accord Healthcare, Inc.)

**WITNESS:**     David B. Ross, M.D., Ph.D., M.B.I.

**JOB DATE:**    9/10/2020

**LOCATION:**    TELEPHONIC, Baltimore, MD, 21201, US

**NOTES:**

| SHIP VIA | Overnight | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Media | Rate | Amount |
|---|---|---|---|---|
| **David B. Ross, M.D., Ph.D., M.B.I.** | | | | |
| Video Sync / Tape | 1 | 3 | $50.00 | $150.00 |
| Certified - MPEG - Complimentary | 1 | 3 | $50.00 | $0.00 |
| **Other Services** | | | | |
| Videographer – Set Up & 1st Hour of Job | 1 | | $250.00 | $250.00 |
| Videographer – Additional Hours | 4.5 | | $70.00 | $315.00 |
| | | | SUBTOTAL | $715.00 |
| | | | TOTAL | $715.00 |

**THANK YOU FOR YOUR BUSINESS!**

Please make all checks payable to: TSG Reporting Inc.          Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708          Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit. If you have any questions, please call TSG.



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# REPORTING

**INVOICE**

**INVOICE DATE:** 9/24/2020
**INVOICE #:** 2028577
**JOB #:** 184078

**BILL TO:**    Greenberg Traurig, LLP
c/o Greenberg Traurig, LLP Invoices
MetLife Building, 200 Park Avenue
New York, NY 10166 US

**SHIP TO:**    Greenberg Traurig, LLP
c/o Dawn Prather
Terminus 200, 3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305 US

**CASE:**    In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.// Alice D. Hughes v. Accord Healthcare, Inc.)

**WITNESS:**    Vesna Petronic-Rosic, M.D.

**JOB DATE:**    9/12/2020

**LOCATION:**    TELEPHONIC, Washington, DC, 20001, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Media | Rate | Amount |
|---|---|---|---|---|
| **Vesna Petronic-Rosic, M.D.** | | | | |
| Video Sync / Tape | 1 | 6 | $50.00 | $300.00 |
| Certified - MPEG - Complimentary | 1 | 6 | $50.00 | $0.00 |
| **Other Services** | | | | |
| Videographer - Set Up & 1st Hour of Job - Weekend | 1 | | $375.00 | $375.00 |
| Videographer - Additional Weekend Hours | 7.5 | | $125.00 | $937.50 |
| | | | SUBTOTAL | $1,612.50 |
| | | | TOTAL | $1,612.50 |

**THANK YOU FOR YOUR BUSINESS!**

Please make all checks payable to: TSG Reporting Inc.    Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708    Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit. If you have any questions, please call TSG.



**Worldwide - 24 Hours**
(877) 702-9580
www.tsgreporting.com

**REPORTING**

# INVOICE

**INVOICE DATE:** 9/29/2020
**INVOICE #:** 2028971
**JOB #:** 184049

**BILL TO:**
Greenberg Traurig, LLP
c/o Greenberg Traurig, LLP Invoices
MetLife Building, 200 Park Avenue
New York, NY 10166 US

**SHIP TO:**
Greenberg Traurig, LLP
c/o Dawn Prather
Terminus 200, 3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305 US

**CASE:** In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.// Alice D. Hughes v. Accord Healthcare, Inc.)
**WITNESS:** Linda Bosserman
**JOB DATE:** 9/15/2020
**LOCATION:** TELEPHONIC, Los Angeles, CA, 90012, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|----------|---|-------|--------|

| Services | Qty | Pages | Rate | Amount |
|----------|-----|-------|------|--------|
| **Linda Bosserman** | | | | |
| Original & 1 Certified Transcript | 1 | 192 | $2.39 | $458.88 |
| Certified Transcript Sold Discount | 4 | 192 | ($0.50) | ($384.00) |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $45.00 | $0.00 |
| Original Transcript - 7 Day Delivery | 1 | 192 | $0.75 | $144.00 |
| Remote Real-time Transcription | 3 | 192 | $1.00 | $576.00 |
| Rough Transcript | 1 | 192 | $1.50 | $288.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 1 | 1748 | $0.04 | $69.92 |
| Exhibits - Scanned & Hyperlinked - Color | 1 | 138 | $0.45 | $62.10 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| Remote Real-time Transcription & Video Connectivity Charge / User | 3 | | $150.00 | $450.00 |
| **Other Services** | | | | |
| Reporter Appearance Fee / Session - Video Recorded Telephonic - Complimentary | 2 | | $0.00 | $0.00 |
| | | | SUBTOTAL | $1,664.90 |
| | | | TOTAL | $1,664.90 |

THANK YOU FOR YOUR BUSINESS!

Please make all checks payable to: TSG Reporting Inc.       Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708       Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceed the legal limit. If you have any questions, please call TSG.

# TSG
## REPORTING

**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

**INVOICE**

**INVOICE DATE:** 9/22/2020
**INVOICE #:** 2028250
**JOB #:** 183842

**BILL TO:**
Greenberg Traurig, LLP
c/o Greenberg Traurig, LLP Invoices
MetLife Building, 200 Park Avenue
New York, NY 10166 US

**SHIP TO:**
Greenberg Traurig, LLP
c/o Dawn Prather
Terminus 200, 3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305 US

**CASE:** In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.)
**WITNESS:** Laura Plunkett
**JOB DATE:** 9/8/2020
**LOCATION:** TELEPHONIC, Dallas, TX, 75001, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| **Laura Plunkett** | | | | |
| Original & 1 Certified Transcript | 1 | 149 | $2.39 | $356.11 |
| Certified Transcript Sold Discount | 2 | 149 | ($0.50) | ($149.00) |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $45.00 | $0.00 |
| Original Transcript - 7 Day Delivery | 1 | 149 | $0.75 | $111.75 |
| Remote Real-time Transcription | 3 | 149 | $1.00 | $447.00 |
| Rough Transcript | 1 | 149 | $1.50 | $223.50 |
| Exhibits - Scanned & Hyperlinked - B&W | 1 | 333 | $0.04 | $13.32 |
| Exhibits - Scanned & Hyperlinked - Color | 1 | 112 | $0.45 | $50.40 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| Remote Real-time Transcription & Video Connectivity Charge / User | 3 | | $150.00 | $450.00 |
| **Other Services** | | | | |
| Reporter Appearance Fee / Session - Video Recorded Telephonic - Complimentary | 2 | | $0.00 | $0.00 |
| | | | SUBTOTAL | $1,503.08 |
| | | | TOTAL | $1,503.08 |

**THANK YOU FOR YOUR BUSINESS!**

Please make all checks payable to: TSG Reporting Inc.    Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708    Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit. If you have any questions, please call TSG.

# TSG REPORTING

**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

## INVOICE

**INVOICE DATE:** 9/18/2020
**INVOICE #:** 2028031
**JOB #:** 183205

**BILL TO:** Greenberg Traurig, LLP
c/o Greenberg Traurig, LLP Invoices
MetLife Building, 200 Park Avenue
New York, NY 10166 US

**SHIP TO:** Greenberg Traurig, LLP
c/o Dawn Prather
Terminus 200, 3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305 US

**CASE:** In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.)
**WITNESS:** Dr. Laura Plunkett
**JOB DATE:** 9/3/2020
**LOCATION:** TELEPHONIC, Dallas, TX, 75001, US

**NOTES:**

| SHIP VIA | Overnight | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| **Dr. Laura Plunkett** | | | | |
| Original & 1 Certified Transcript | 1 | 267 | $2.39 | $638.13 |
| Certified Transcript Sold Discount | 3 | 267 | ($0.50) | ($400.50) |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $45.00 | $0.00 |
| Original Transcript - 7 Day Delivery | 1 | 267 | $0.75 | $200.25 |
| Remote Real-time Transcription | 2 | 267 | $1.00 | $534.00 |
| Rough Transcript | 1 | 267 | $1.50 | $400.50 |
| Exhibits - Scanned & Hyperlinked - B&W | 1 | 1210 | $0.04 | $48.40 |
| Exhibits - Scanned & Hyperlinked - Color | 1 | 2 | $0.45 | $0.90 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| Remote Real-time Transcription & Video Connectivity Charge / User | 2 | | $150.00 | $300.00 |
| **Other Services** | | | | |
| Reporter Appearance Fee / Session - Video Recorded Telephonic - Complimentary | 2 | | $0.00 | $0.00 |
| Reporter Waiting Time / Hour | 1 | 267 | $150.00 | $150.00 |
| | | | SUBTOTAL | $1,871.68 |
| | | | SHIPPING & HANDLING | $50.00 |
| | | | TOTAL | $1,921.68 |

THE SHIPPING CHARGE REFLECTS THE TOTAL COST OF ALL SHIPMENTS FOR YOUR ORDER ON THIS JOB.

**THANK YOU FOR YOUR BUSINESS!**

Please make all checks payable to: TSG Reporting Inc.    Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708    Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceeding the legal limit. If you have any questions, please call TSG.

# I N V O I C E



**GOLKOW Litigation SERVICES**
Discovery | Depositions | Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103
877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 445769 | 10/7/2020 | 256502 |

| Job Date | Case No. |
|---|---|
| 9/25/2020 | |

| Case Name |
|---|
| Taxotere (Wanda Stewart v. Sandoz Inc.) |

| Payment Terms |
|---|
| Due upon receipt |

Dawn Bennett Prather
Greenberg Traurig, LLP
3333 Piedmont Road, NE
Suite 2500
Atlanta, GA  30305

| | | | | | |
|---|---|---|---|---|---|
| One Certified Copy of the Videotaped Deposition of: | | | | | |
| Edward Schwartz, Ph.D. | 510.00 | Pages | @ | 3.45 | 1,759.50 |
| 7 Day Expedited Surcharge | | | | | 1,932.90 |
| Exhibits Scanned (8 1/2 x 11- B&W and Color) | 515.00 | Pages | @ | 0.15 | 77.25 |
| Rough Draft | | | | 0.00 | 685.50 |
| Internet Realtime | | | | 0.00 | 799.75 |
| E-Transcript (.ptx – Emailed) | | | | 0.00 | 0.00 |
| | | | **TOTAL DUE  >>>** | | **$5,254.90** |

Client Matter No.  :  093086.167300

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Note: we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client, even if your client makes full or partial payment toward the invoice. Thank you.

**Tax ID:** 20-5543414

---

*Please detach bottom portion and return with payment.*

Dawn Bennett Prather
Greenberg Traurig, LLP
3333 Piedmont Road, NE
Suite 2500
Atlanta, GA  30305

| | | | | |
|---|---|---|---|---|
| Job No. | : 256502 | BU ID | : R-Main |
| Case No. | : | | |
| Case Name | : Taxotere (Wanda Stewart v. Sandoz Inc.) | | |
| Invoice No. | : 445769 | Invoice Date | : 10/7/2020 |
| **Total Due** | : **$5,254.90** | | |

**PAYMENT WITH CREDIT CARD**      AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:                              Phone#:
Billing Address:
Zip:                  Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:   **Golkow Litigation Services, LLC**
**P.O. Box 94623**
**Las Vegas, NV  89193-4623**



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

**INVOICE DATE:** 9/24/2020
**INVOICE #:** 2028576
**JOB #:** 184078

**BILL TO:** Greenberg Traurig, LLP
c/o Greenberg Traurig, LLP Invoices
MetLife Building, 200 Park Avenue
New York, NY 10166 US

**SHIP TO:** Greenberg Traurig, LLP
c/o Dawn Prather
Terminus 200, 3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305 US

**CASE:** In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.// Alice D. Hughes v. Accord Healthcare, Inc.)

**WITNESS:** Vesna Petronic-Rosic, M.D.

**JOB DATE:** 9/12/2020

**LOCATION:** TELEPHONIC, Washington, DC, 20001, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| Certified Transcript | 1 | 254 | $3.45 | $876.30 |
| Certified Transcript - Weekend Pages | 1 | 254 | $1.25 | $317.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $45.00 | $0.00 |
| Certified Transcript - 7 Day Delivery | 1 | 254 | $1.40 | $355.60 |
| Remote Real-time Transcription | 3 | 254 | $1.00 | $762.00 |
| Rough Transcript | 1 | 254 | $1.50 | $381.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 1 | 463 | $0.04 | $18.52 |
| Exhibits - Scanned & Hyperlinked - Color | 1 | 25 | $0.45 | $11.25 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| Remote Real-time Transcription & Video Connectivity Charge / User | 3 | | $150.00 | $450.00 |
| | | | SUBTOTAL | $3,172.17 |
| | | | TOTAL | $3,172.17 |

**THANK YOU FOR YOUR BUSINESS!**

Please make all checks payable to: TSG Reporting Inc.     Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceed the legal limit. If you have any questions, please call TSG.

# INVOICE



**GOLKOW Litigation SERVICES**
Discovery • Depositions • Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 445734 | 10/6/2020 | 257340 |
| **Job Date** | **Case No.** | |
| 9/29/2020 | | |
| **Case Name** | | |
| Taxotere (Wanda Stewart v. Sandoz Inc.) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Dawn Bennett Prather
Greenberg Traurig, LLP
3333 Piedmont Road, NE
Suite 2500
Atlanta, GA  30305

| | | | | | |
|---|---|---|---|---|---|
| One Certified Copy of the Videotaped Deposition of: | | | | | |
| Sreekanth C. Reddy, M.D. | 469.00 | Pages | @ | 3.45 | 1,618.05 |
| 7 Day Expedited Surcharge | | | | | 1,777.51 |
| Exhibits Scanned (8 1/2 x 11- B&W and Color) | 942.00 | Pages | @ | 0.15 | 141.30 |
| Internet Realtime | | | | 0.00 | 724.50 |
| Rough Draft | | | | 0.00 | 621.00 |
| E-Transcript (.ptx - Emailed) | | | | 0.00 | 0.00 |
| | | **TOTAL DUE  >>>** | | | **$4,882.36** |

Client Matter No.   :  093086.167300

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Note: we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client, even if your client makes full or partial payment toward the invoice. Thank you.

**Tax ID: 20-5543414**

---

*Please detach bottom portion and return with payment.*

Dawn Bennett Prather
Greenberg Traurig, LLP
3333 Piedmont Road, NE
Suite 2500
Atlanta, GA  30305

| | | | |
|---|---|---|---|
| Job No. | : 257340 | BU ID | : SC - R |
| Case No. | : | | |
| Case Name | : Taxotere (Wanda Stewart v. Sandoz Inc.) | | |
| Invoice No. | : 445734 | Invoice Date | : 10/6/2020 |
| **Total Due** | : **$4,882.36** | | |

**PAYMENT WITH CREDIT CARD**           AMEX   [card]   VISA

| | |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To:   **Golkow Litigation Services, LLC**
**P.O. Box 94623**
**Las Vegas, NV  89193-4623**

# INVOICE



**GOLKOW Litigation**
SERVICES
Discovery • Depositions • Trial

1100 Poydras Street
Suite 2900
New Orleans, LA 70163

ar@golkow.com
504-218-1961

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 446753 | 10/15/2020 | 257760 |

| Job Date | Case No. | |
|---|---|---|
| 10/3/2020 | | |

| Case Name |
|---|
| Taxotere (Wanda Stewart v. Sandoz Inc.) |

| Payment Terms |
|---|
| Due upon receipt |

Dawn Bennett Prather
Greenberg Traurig, LLP
3333 Piedmont Road, NE
Suite 2500
Atlanta, GA  30305

One Certified Copy of the Videotaped Deposition of:

| | | | | | |
|---|---|---|---|---|---|
| Nicole E. Rogers, M.D., FAAD | 281.00 | Pages | @ | 2.50 | 702.50 |
| Exhibits scanned | 197.00 | Pages | @ | 0.35 | 68.95 |
| Color Exhibits Scanned | 61.00 | Pages | @ | 0.45 | 27.45 |
| Rough Draft | | | | 0.00 | 369.00 |
| Realtime | | | | 0.00 | 861.00 |
| E-Transcript (.ptx - Emailed) | | | | 0.00 | 0.00 |

**TOTAL DUE  >>>**          **$2,028.90**

Ref# 093086.167300

2 Realtime Viewers

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Note: we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client, even if
your client makes full or partial payment toward the invoice. Thank you.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Dawn Bennett Prather
Greenberg Traurig, LLP
3333 Piedmont Road, NE
Suite 2500
Atlanta, GA  30305

| | | |
|---|---|---|
| Invoice No. | : | 446753 |
| Invoice Date | : | 10/15/2020 |
| **Total Due** | : | **$2,028.90** |

| | | |
|---|---|---|
| Job No. | : | 257760 |
| BU ID | : | GL-R |
| Case No. | : | |
| Case Name | : | Taxotere (Wanda Stewart v. Sandoz Inc.) |

Remit To:    **Golkow Litigation Services**
             **PO Box 62873**
             **Lafayette, LA  70596-2873**

# INVOICE



**GOLKOW Litigation**
SERVICES
Discovery • Depositions • Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

**877.370.3377**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 449319 | 11/5/2020 | 260196 |

| Job Date | Case No. |
|---|---|
| 10/28/2020 | |

| Case Name |
|---|
| Taxotere (Wanda Stewart v. Sandoz Inc.) |

| Payment Terms |
|---|
| Due upon receipt |

Dawn Bennett Prather
Greenberg Traurig, LLP
3333 Piedmont Road, NE
Suite 2500
Atlanta, GA  30305

| | | | | | |
|---|---|---|---|---|---|
| Lawrence E. Foote, M.D. | | | | | |
| Video Testimony Digitization Synched w/Transcript Text | 5.00 | Hours | @ | 70.00 | 350.00 |
| | **TOTAL DUE >>>** | | | | **$350.00** |

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Note: we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client, even if your client makes full or partial payment toward the invoice. Thank you.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Dawn Bennett Prather
Greenberg Traurig, LLP
3333 Piedmont Road, NE
Suite 2500
Atlanta, GA  30305

| | | | | |
|---|---|---|---|---|
| Job No. | : 260196 | BU ID | : V-Main | |
| Case No. | : | | | |
| Case Name | : Taxotere (Wanda Stewart v. Sandoz Inc.) | | | |
| Invoice No. | : 449319 | Invoice Date | : 11/5/2020 | |
| **Total Due** | : **$350.00** | | | |

**Remit To:** **Golkow Litigation Services, LLC**
**P.O. Box 94623**
**Las Vegas, NV  89193-4623**

**PAYMENT WITH CREDIT CARD**        AMEX  MC  VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

# INVOICE



**GOLKOW** Litigation
SERVICES

Discovery • Depositions • Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 448689 | 10/30/2020 | 259695 |

| Job Date | Case No. |
|---|---|
| 10/23/2020 | |

| Case Name |
|---|
| Taxotere (Wanda Stewart v. Sandoz Inc.) |

| Payment Terms |
|---|
| Due upon receipt |

Dawn Bennett Prather
Greenberg Traurig, LLP
3333 Piedmont Road, NE
Suite 2500
Atlanta, GA  30305

Edward R. Heilman, M.D.

Video Testimony Digitization Synched w/Transcript Text          3.00  Hours          @          70.00          210.00

**TOTAL DUE  >>>**                                                                                             **$210.00**

Client Matter No.   :  093086.167300

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Note: we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client, even if
your client makes full or partial payment toward the invoice. Thank you.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Dawn Bennett Prather
Greenberg Traurig, LLP
3333 Piedmont Road, NE
Suite 2500
Atlanta, GA  30305

| | | | |
|---|---|---|---|
| Job No. | : 259695 | BU ID | : V-Main |
| Case No. | : | | |
| Case Name | : Taxotere (Wanda Stewart v. Sandoz Inc.) | | |
| Invoice No. | : 448689 | Invoice Date | : 10/30/2020 |
| **Total Due** | : **$210.00** | | |

**Remit To:**   **Golkow Litigation Services, LLC**
**P.O. Box 94623**
**Las Vegas, NV  89193-4623**

**PAYMENT WITH CREDIT CARD**                          AMEX   [mastercard]   VISA

Cardholder's Name:

Card Number:

Exp. Date:                          Phone#:

Billing Address:

Zip:                          Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

# INVOICE



**GOLKOW**
**Litigation SERVICES**
Discovery • Depositions • Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103
877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 447611 | 10/22/2020 | 258203 |
| **Job Date** | **Case No.** | |
| 10/12/2020 | | |
| **Case Name** | | |
| Taxotere (Wanda Stewart v. Sandoz Inc.) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Dawn Bennett Prather
Greenberg Traurig, LLP
3333 Piedmont Road, NE
Suite 2500
Atlanta, GA  30305

| | | | | | |
|---|---|---|---|---|---|
| Elgida Volpicelli, M.D. | | | | | |
| Video Testimony Digitization Synched w/Transcript Text | 5.00 Hours | @ | 70.00 | 350.00 |
| | **TOTAL DUE >>>** | | | **$350.00** |

Client Matter No.   :  093086.167300

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Note: we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client, even if your client makes full or partial payment toward the invoice. Thank you.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Dawn Bennett Prather
Greenberg Traurig, LLP
3333 Piedmont Road, NE
Suite 2500
Atlanta, GA  30305

| | | | |
|---|---|---|---|
| Job No. | : 258203 | BU ID | : V-Main |
| Case No. | : | | |
| Case Name | : Taxotere (Wanda Stewart v. Sandoz Inc.) | | |
| Invoice No. | : 447611 | Invoice Date | : 10/22/2020 |
| **Total Due** | : **$350.00** | | |

**PAYMENT WITH CREDIT CARD**                AMEX   MC   VISA

Cardholder's Name:

Card Number:

Exp. Date:                        Phone#:

Billing Address:

Zip:                Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:   **Golkow Litigation Services, LLC**
**P.O. Box 94623**
**Las Vegas, NV  89193-4623**

# INVOICE



**GOLKOW**
**Litigation**
SERVICES

Discovery ‡ Depositions ‡ Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 449315 | 11/5/2020 | 259495 |
| **Job Date** | **Case No.** | |
| 10/23/2020 | | |
| **Case Name** | | |
| Taxotere (Wanda Stewart v. Sandoz Inc.) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Dawn Bennett Prather
Greenberg Traurig, LLP
3333 Piedmont Road, NE
Suite 2500
Atlanta, GA  30305

| | | | | |
|---|---|---|---|---|
| Aparna Anderson, Ph.D. | | | | |
| Video Testimony Digitization Synched w/Transcript Text | 7.00  Hours | @ | 70.00 | 490.00 |
| | **TOTAL DUE >>>** | | | **$490.00** |

Client Matter No.   :  093086.167300

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Note: we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client, even if
your client makes full or partial payment toward the invoice. Thank you.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Dawn Bennett Prather
Greenberg Traurig, LLP
3333 Piedmont Road, NE
Suite 2500
Atlanta, GA  30305

| | | | | |
|---|---|---|---|---|
| Job No. | : | 259495 | BU ID | : V-Main |
| Case No. | : | | | |
| Case Name | : | Taxotere (Wanda Stewart v. Sandoz Inc.) | | |
| Invoice No. | : | 449315 | Invoice Date | : 11/5/2020 |
| **Total Due** | : | **$490.00** | | |

**PAYMENT WITH CREDIT CARD**   AMEX  [mastercard]  VISA

| Cardholder's Name: | |
|---|---|
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To:   **Golkow Litigation Services, LLC**
**P.O. Box 94623**
**Las Vegas, NV  89193-4623**



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

**INVOICE**

**INVOICE DATE:** 9/18/2020
**INVOICE #:** 2028032
**JOB #:** 183205

| | |
|---|---|
| **BILL TO:** | Greenberg Traurig, LLP<br>c/o Greenberg Traurig, LLP Invoices<br>MetLife Building, 200 Park Avenue<br>New York, NY 10166 US |
| **SHIP TO:** | Greenberg Traurig, LLP<br>c/o Dawn Prather<br>Terminus 200, 3333 Piedmont Road NE, Suite 2500<br>Atlanta, GA 30305 US |
| **CASE:** | In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.) |
| **WITNESS:** | Dr. Laura Plunkett |
| **JOB DATE:** | 9/3/2020 |
| **LOCATION:** | TELEPHONIC, Dallas, TX, 75001, US |

**NOTES:**

| SHIP VIA | Overnight | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Media | Rate | Amount |
|---|---|---|---|---|
| **Dr. Laura Plunkett** | | | | |
| Video Sync / Tape | 1 | 4 | $50.00 | $200.00 |
| Certified - MPEG - Complimentary | 1 | 4 | $50.00 | $0.00 |
| **Other Services** | | | | |
| Videographer – Set Up & 1st Hour of Job | 1 | | $250.00 | $250.00 |
| Videographer – Additional Hours | 7.5 | | $70.00 | $525.00 |
| | | | SUBTOTAL | $975.00 |
| | | | TOTAL | $975.00 |

**THANK YOU FOR YOUR BUSINESS!**

Please make all checks payable to: TSG Reporting Inc.      Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceed the legal limit. If you have any questions, please call TSG.

# INVOICE



**GOLKOW Litigation** SERVICES
*Discovery • Depositions • Trial*

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103
**877.370.3377**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 449142 | 11/4/2020 | 260198 |

| Job Date | Case No. |
|---|---|
| 10/28/2020 | |

| Case Name |
|---|
| Taxotere (Wanda Stewart v. Sandoz Inc.) |

| Payment Terms |
|---|
| Due upon receipt |

Dawn Bennett Prather
Greenberg Traurig, LLP
3333 Piedmont Road, NE
Suite 2500
Atlanta, GA  30305

One Certified Copy of the Videotaped Deposition of:

| | | | | |
|---|---|---|---|---|
| Lawrence E. Foote, M.D. | 317.00 Pages | @ | 3.45 | 1,093.65 |
| Rough Draft | | | 0.00 | 415.50 |
| Exhibits Scanned (8 1/2 x 11- B&W and Color) | 472.00 Pages | @ | 0.15 | 70.80 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| | | **TOTAL DUE >>>** | | **$1,579.95** |

Client Matter No.   :  093086.167300

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Note: we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client, even if
your client makes full or partial payment toward the invoice. Thank you.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Dawn Bennett Prather
Greenberg Traurig, LLP
3333 Piedmont Road, NE
Suite 2500
Atlanta, GA  30305

| | | | |
|---|---|---|---|
| Job No. | : 260198 | BU ID | : R-Main |
| Case No. | : | | |
| Case Name | : Taxotere (Wanda Stewart v. Sandoz Inc.) | | |
| Invoice No. | : 449142 | Invoice Date | : 11/4/2020 |
| **Total Due** | : **$1,579.95** | | |

**PAYMENT WITH CREDIT CARD**          AMEX  [logo]  VISA

Cardholder's Name:
Card Number:
Exp. Date:                      Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:   **Golkow Litigation Services, LLC**
**P.O. Box 94623**
**Las Vegas, NV  89193-4623**

# INVOICE



**GOLKOW** Litigation SERVICES
Discovery • Depositions • Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103
877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 448669 | 10/30/2020 | 259697 |

| Job Date | Case No. |
|---|---|
| 10/23/2020 | |

| Case Name |
|---|
| Taxotere (Wanda Stewart v. Sandoz Inc.) |

| Payment Terms |
|---|
| Due upon receipt |

Dawn Bennett Prather
Greenberg Traurig, LLP
3333 Piedmont Road, NE
Suite 2500
Atlanta, GA  30305

| | | | | |
|---|---|---|---|---|
| One Certified Copy of the Videotaped Deposition of: | | | | |
| Edward R. Heilman, M.D. | 207.00 Pages | @ | 3.45 | 714.15 |
| 7 Day Expedited Surcharge | | | | 784.53 |
| Exhibits Scanned (8 1/2 x 11- B&W and Color) | 391.00 Pages | @ | 0.15 | 58.65 |
| Rough Draft | | | 0.00 | 270.00 |
| Internet Realtime | | | 0.00 | 945.00 |
| E-Transcript (.ptx – Emailed) | | | 0.00 | 0.00 |
| | | **TOTAL DUE  >>>** | | **$2,772.33** |

Client Matter No.   :   093086.167300

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Note: we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client, even if your client makes full or partial payment toward the invoice. Thank you.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Dawn Bennett Prather
Greenberg Traurig, LLP
3333 Piedmont Road, NE
Suite 2500
Atlanta, GA  30305

| | | |
|---|---|---|
| Job No.     :  259697 | BU ID | : R-Main |
| Case No.     : | | |
| Case Name   :  Taxotere (Wanda Stewart v. Sandoz Inc.) | | |
| Invoice No.   :  448669 | Invoice Date | : 10/30/2020 |
| **Total Due**    :  **$2,772.33** | | |

**PAYMENT WITH CREDIT CARD**          AMEX   MC   VISA

Cardholder's Name:
Card Number:
Exp. Date:                          Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:   **Golkow Litigation Services, LLC**
**P.O. Box 94623**
**Las Vegas, NV  89193-4623**



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

**REPORTING**

# INVOICE

**INVOICE DATE:** 9/14/2020
**INVOICE #:** 2027681
**JOB #:** 182682

**BILL TO:**   Greenberg Traurig, LLP
c/o Greenberg Traurig, LLP Invoices
MetLife Building, 200 Park Avenue
New York, NY 10166 US

**SHIP TO:**   Greenberg Traurig, LLP
c/o Dawn Prather
Terminus 200, 3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305 US

**CASE:**   In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.// Alice D. Hughes v. Accord Healthcare, Inc.)

**WITNESS:**   Vesna Petronic-Rosic, M.D., M.Sc., M.B.A

**JOB DATE:**   8/29/2020

**LOCATION:**   TELEPHONIC, Washington, DC, 20001, US

**NOTES:**

| SHIP VIA | Overnight | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Media | Rate | Amount |
|---|---|---|---|---|
| **Vesna Petronic-Rosic, M.D., M.Sc., M.B.A** | | | | |
| Video Sync / Tape | 1 | 9 | $50.00 | $450.00 |
| Certified - MPEG - Complimentary | 1 | 9 | $50.00 | $0.00 |
| **Other Services** | | | | |
| Videographer - Set Up & 1st Hour of Job - Weekend | 1 | | $375.00 | $375.00 |
| Videographer - Additional Weekend Hours | 7.5 | | $125.00 | $937.50 |
| Videographer - Add'l Weekend Hours - Evening Rate | 3.5 | | $157.50 | $551.25 |
| | | | SUBTOTAL | $2,313.75 |
| | | | TOTAL | $2,313.75 |

**THANK YOU FOR YOUR BUSINESS!**

Please make all checks payable to: TSG Reporting Inc.      Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708      Federal ID # 41-2085745

For prompt payment processing, please include the Invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit. If you have any questions, please call TSG.

# TSG REPORTING

**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

## INVOICE

**INVOICE DATE:** 9/16/2020
**INVOICE #:** 2027816
**JOB #:** 183203

| | |
|---|---|
| **BILL TO:** | Greenberg Traurig, LLP<br>c/o Greenberg Traurig, LLP Invoices<br>MetLife Building, 200 Park Avenue<br>New York, NY 10166 US |
| **SHIP TO:** | Greenberg Traurig, LLP<br>c/o Dawn Prather<br>Terminus 200, 3333 Piedmont Road NE, Suite 2500<br>Atlanta, GA 30305 US |
| **CASE:** | In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.) |
| **WITNESS:** | Ellen Feigal, M.D. |
| **JOB DATE:** | 9/1/2020 |
| **LOCATION:** | TELEPHONIC, Los Angeles, CA, 90211, US |

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| **Ellen Feigal, M.D.** | | | | |
| Original & 1 Certified Transcript | 1 | 407 | $2.39 | $972.73 |
| Certified Transcript Sold Discount | 4 | 407 | ($0.50) | ($814.00) |
| Original Transcript - Evening Pages | 1 | 74 | $2.00 | $148.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $45.00 | $0.00 |
| Original Transcript - 7 Day Delivery | 1 | 407 | $0.75 | $305.25 |
| Remote Real-time Transcription | 3 | 407 | $1.00 | $1,221.00 |
| Rough Transcript | 1 | 407 | $1.50 | $610.50 |
| Exhibits - Scanned & Hyperlinked - B&W | 1 | 1294 | $0.04 | $51.76 |
| Exhibits - Scanned & Hyperlinked - Color | 1 | 264 | $0.45 | $118.80 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| Remote Real-time Transcription & Video Connectivity Charge / User | 3 | | $150.00 | $450.00 |
| **Other Services** | | | | |
| Reporter Appearance Fee / Session - Video Recorded Telephonic - Complimentary | 2 | | $0.00 | $0.00 |
| Reporter Appearance Fee / Evening Session - Video Recorded Telephonic | 1 | | $35.00 | $35.00 |
| | | | SUBTOTAL | $3,099.04 |
| | | | TOTAL | $3,099.04 |

**THANK YOU FOR YOUR BUSINESS!**

Please make all checks payable to: TSG Reporting Inc.     Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit. If you have any questions, please call TSG.

# TSG REPORTING

**Worldwide - 24 Hours**
(877) 702-9580
www.tsgreporting.com

## INVOICE

**INVOICE DATE:** 9/11/2020
**INVOICE #:** 2027556
**JOB #:** 183200

**BILL TO:**
Greenberg Traurig, LLP
c/o Greenberg Traurig, LLP Invoices
MetLife Building, 200 Park Avenue
New York, NY 10166 US

**SHIP TO:**
Greenberg Traurig, LLP
c/o Dawn Prather
Terminus 200, 3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305 US

**CASE:** In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.// Alice D. Hughes v. Accord Healthcare, Inc.)
**WITNESS:** David B. Ross
**JOB DATE:** 8/27/2020
**LOCATION:** TELEPHONIC, Baltimore, MD, 21201, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| **David B. Ross** | | | | |
| Original & 1 Certified Transcript - Complimentary | 1 | 205 | $2.39 | $0.00 |
| Certified Transcript Sold Discount - Complimentary | 4 | 205 | ($0.50) | $0.00 |
| Original Transcript - Evening Pages - Complimentary | 1 | 8 | $2.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $45.00 | $0.00 |
| Original Transcript - 7 Day Delivery | 1 | 205 | $0.75 | $153.75 |
| Remote Real-time Transcription - Complimentary | 1 | 205 | $1.00 | $0.00 |
| Rough Transcript | 1 | 205 | $1.50 | $307.50 |
| Exhibits - Scanned & Hyperlinked - B&W | 1 | 104 | $0.04 | $4.16 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| Remote Real-time Transcription & Video Connectivity Charge / User | 1 | | $150.00 | $150.00 |
| **Other Services** | | | | |
| Reporter Appearance Fee / Session - Video Recorded Telephonic - Complimentary | 2 | | $0.00 | $0.00 |
| Reporter Appearance Fee / Evening Session - Video Recorded Telephonic - Complimentary | 1 | | $35.00 | $0.00 |
| Real-Time Reporter Deposition Scheduling Fee - Minimum | 1 | | $350.00 | $350.00 |
| | | | **SUBTOTAL** | $965.41 |
| | | | **TOTAL** | $965.41 |

**THANK YOU FOR YOUR BUSINESS!**

Please make all checks payable to: TSG Reporting Inc.     Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit. If you have any questions, please call TSG.



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

**INVOICE**

**INVOICE DATE:** 9/9/2020
**INVOICE #:** 2027357
**JOB #:** 183202

**BILL TO:**  Greenberg Traurig, LLP
c/o Greenberg Traurig, LLP Invoices
MetLife Building, 200 Park Avenue
New York, NY 10166 US

**SHIP TO:**  Greenberg Traurig, LLP
c/o Dawn Prather
Terminus 200, 3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305 US

**CASE:**  In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.)
**WITNESS:**  David Madigan, Ph.D.
**JOB DATE:**  8/24/2020
**LOCATION:**  TELEPHONIC, Boston, MA, 02210, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| **David Madigan, Ph.D.** | | | | |
| Original & 1 Certified Transcript - Complimentary | 1 | 212 | $2.39 | $0.00 |
| Certified Transcript Sold Discount - Complimentary | 5 | 212 | ($0.50) | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $45.00 | $0.00 |
| Original Transcript - 7 Day Delivery | 1 | 212 | $0.75 | $159.00 |
| Rough Transcript | 1 | 212 | $1.50 | $318.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 1 | 314 | $0.04 | $12.56 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| Remote Video Stream Connectivity Charge / User | 1 | | $150.00 | $150.00 |
| **Other Services** | | | | |
| Reporter Appearance Fee / Session - Video Recorded Telephonic - Complimentary | 2 | | $0.00 | $0.00 |
| Reporter Deposition Scheduling Fee - Minimum | 1 | | $350.00 | $350.00 |
| | | | SUBTOTAL | $989.56 |
| | | | TOTAL | $989.56 |

**THANK YOU FOR YOUR BUSINESS!**

Please make all checks payable to: TSG Reporting Inc.     Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit. If you have any questions, please call TSG.

# TSG REPORTING

**Worldwide · 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

**INVOICE DATE:** 9/14/2020
**INVOICE #:** 2027680
**JOB #:** 182682

**BILL TO:** Greenberg Traurig, LLP
c/o Greenberg Traurig, LLP Invoices
MetLife Building, 200 Park Avenue
New York, NY 10166 US

**SHIP TO:** Greenberg Traurig, LLP
c/o Dawn Prather
Terminus 200, 3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305 US

**CASE:** In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.// Alice D. Hughes v. Accord Healthcare, Inc.)

**WITNESS:** Vesna Petronic-Rosic, M.D., M.Sc., M.B.A

**JOB DATE:** 8/29/2020

**LOCATION:** TELEPHONIC, Washington, DC, 20001, US

**NOTES:**

| SHIP VIA | Overnight | TERMS | Net 30 |
|----------|-----------|-------|--------|

| Services | Qty | Pages | Rate | Amount |
|----------|-----|-------|------|--------|
| **Vesna Petronic-Rosic, M.D., M.Sc., M.B.A** | | | | |
| Original & 1 Certified Transcript | 1 | 406 | $2.39 | $970.34 |
| Certified Transcript Sold Discount | 4 | 406 | ($0.50) | ($812.00) |
| Original Transcript - Evening Pages | 1 | 82 | $2.00 | $164.00 |
| Original Transcript - Weekend Pages | 1 | 406 | $2.00 | $812.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $45.00 | $0.00 |
| Original Transcript - 7 Day Delivery | 1 | 406 | $0.75 | $304.50 |
| Remote Real-time Transcription | 4 | 406 | $1.00 | $1,624.00 |
| Remote Real-time Transcription Connectivity Charge / User | 1 | | $50.00 | $50.00 |
| Rough Transcript | 1 | 406 | $1.50 | $609.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 1 | 541 | $0.04 | $21.64 |
| Exhibits - Scanned & Hyperlinked - Color | 1 | 105 | $0.45 | $47.25 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| Remote Real-time Transcription & Video Connectivity Charge / User | 3 | | $150.00 | $450.00 |
| **Other Services** | | | | |
| Reporter Appearance Fee / Weekend Session - Video Recorded Telephonic - Complimentary | 2 | | $0.00 | $0.00 |
| Reporter Appearance Fee / Weekend Evening Session - Video Recorded Telephonic | 1 | | $35.00 | $35.00 |

| | | |
|---|---|---|
| | SUBTOTAL | $4,275.73 |
| | SHIPPING & HANDLING | $65.00 |
| | **TOTAL** | **$4,340.73** |

THE SHIPPING CHARGE REFLECTS THE TOTAL COST OF ALL SHIPMENTS FOR YOUR ORDER ON THIS JOB.

**THANK YOU FOR YOUR BUSINESS!**

Please make all checks payable to: TSG Reporting Inc.    Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708    Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit. If you have any questions, please call TSG.



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# REPORTING

# INVOICE

**INVOICE DATE:** 9/16/2020
**INVOICE #:** 2027817
**JOB #:** 183203

**BILL TO:**      Greenberg Traurig, LLP
                 c/o Greenberg Traurig, LLP Invoices
                 MetLife Building, 200 Park Avenue
                 New York, NY 10166 US

**SHIP TO:**      Greenberg Traurig, LLP
                 c/o Dawn Prather
                 Terminus 200, 3333 Piedmont Road NE, Suite 2500
                 Atlanta, GA 30305 US

**CASE:**         In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.)
**WITNESS:**      Ellen Feigal, M.D.
**JOB DATE:**     9/1/2020
**LOCATION:**     TELEPHONIC, Los Angeles, CA, 90211, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|----------|---|-------|--------|

| Services | Qty | Media | Rate | Amount |
|----------|-----|-------|------|--------|
| **Ellen Feigal, M.D.** | | | | |
| Video Sync / Tape | 1 | 7 | $50.00 | $350.00 |
| Certified - MPEG - Complimentary | 1 | 7 | $50.00 | $0.00 |
| **Other Services** | | | | |
| Videographer - Set Up & 1st Hour of Job | 1 | | $250.00 | $250.00 |
| Videographer - Additional Hours | 8.5 | | $70.00 | $595.00 |
| Videographer - Add'l Hours - Evening Rate | 3 | | $125.00 | $375.00 |
| | | | SUBTOTAL | $1,570.00 |
| | | | TOTAL | $1,570.00 |

**THANK YOU FOR YOUR BUSINESS!**

Please make all checks payable to: TSG Reporting Inc.      Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceed the legal limit. If you have any questions, please call TSG.

# INVOICE



**GOLKOW Litigation**
SERVICES
Discovery † Depositions † Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 447115 | 10/19/2020 | 258207 |
| **Job Date** | **Case No.** | |
| 10/12/2020 | | |
| **Case Name** | | |
| Taxotere (Wanda Stewart v. Sandoz Inc.) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Dawn Bennett Prather
Greenberg Traurig, LLP
3333 Piedmont Road, NE
Suite 2500
Atlanta, GA  30305

| | | | | |
|---|---|---|---|---|
| One Certified Copy of the Videotaped Deposition of: | | | | |
| Elgida R. Volpicelli, M.D. | 266.00  Pages | @ | 3.45 | 917.70 |
| 7 Day Expedited Surcharge | | | | 907.06 |
| Realtime | | | 0.00 | 406.00 |
| Rough Draft | | | 0.00 | 348.00 |
| Exhibits Scanned (8 1/2 x 11- B&W and Color) | | | 0.15 | 0.15 |
| E-Transcript (.ptx – Emailed) | | | 0.00 | 0.00 |
| | | **TOTAL DUE  >>>** | | **$2,578.91** |

Client Matter No.   :  093086.167300

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Note: we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client, even if
your client makes full or partial payment toward the invoice. Thank you.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Dawn Bennett Prather
Greenberg Traurig, LLP
3333 Piedmont Road, NE
Suite 2500
Atlanta, GA  30305

| | | |
|---|---|---|
| Invoice No. | : | 447115 |
| Invoice Date | : | 10/19/2020 |
| **Total Due** | : | **$2,578.91** |

| | | |
|---|---|---|
| Remit To: | **Golkow Litigation Services, LLC** | |
| | **P.O. Box 94623** | |
| | **Las Vegas, NV  89193-4623** | |

| | | |
|---|---|---|
| Job No. | : | 258207 |
| BU ID | : | R-Main |
| Case No. | : | |
| Case Name | : | Taxotere (Wanda Stewart v. Sandoz Inc.) |

# INVOICE



**GOLKOW**
**Litigation**
SERVICES

Discovery ⫶ Depositions ⫶ Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|:---:|:---:|:---:|
| 449132 | 11/4/2020 | 259497 |
| **Job Date** | **Case No.** | |
| 10/23/2020 | | |
| **Case Name** | | |
| Taxotere (Wanda Stewart v. Sandoz Inc.) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Dawn Bennett Prather
Greenberg Traurig, LLP
3333 Piedmont Road, NE
Suite 2500
Atlanta, GA  30305

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| Aparna B. Anderson, Ph.D. | 470.00 | Pages | @ | 3.45 | 1,621.50 |
| Realtime | | | | 0.00 | 726.25 |
| Rough Draft | | | | 0.00 | 622.50 |
| Exhibits Scanned (8 1/2 x 11- B&W and Color) | 923.00 | Pages | @ | 0.15 | 138.45 |
| E-Transcript (.ptx - Emailed) | | | | 0.00 | 0.00 |
| | | **TOTAL DUE  >>>** | | | **$3,108.70** |

Client Matter No.   :  093086.167300

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Note: we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client, even if
your client makes full or partial payment toward the invoice. Thank you.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Dawn Bennett Prather
Greenberg Traurig, LLP
3333 Piedmont Road, NE
Suite 2500
Atlanta, GA  30305

| | | | |
|---|---|---|---|
| Job No. | : 259497 | BU ID | : Mhut-R |
| Case No. | : | | |
| Case Name | : Taxotere (Wanda Stewart v. Sandoz Inc.) | | |
| Invoice No. | : 449132 | Invoice Date | : 11/4/2020 |
| **Total Due** | : **$3,108.70** | | |

**PAYMENT WITH CREDIT CARD**     AMEX  MC  VISA

Cardholder's Name:
Card Number:
Exp. Date:                          Phone#:
Billing Address:
Zip:                  Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

**Remit To:**  **Golkow Litigation Services, LLC**
**P.O. Box 94623**
**Las Vegas, NV  89193-4623**



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

REPORTING

# INVOICE

**INVOICE DATE:** 9/9/2020
**INVOICE #:** 2027358
**JOB #:** 183202

**BILL TO:**  Greenberg Traurig, LLP
c/o Greenberg Traurig, LLP Invoices
MetLife Building, 200 Park Avenue
New York, NY 10166 US

**SHIP TO:**  Greenberg Traurig, LLP
c/o Dawn Prather
Terminus 200, 3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305 US

**CASE:**  In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.)
**WITNESS:**  David Madigan, Ph.D.
**JOB DATE:**  8/24/2020
**LOCATION:**  TELEPHONIC, Boston, MA, 02210, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|----------|---|-------|--------|

| Services | Qty | Media | Rate | Amount |
|----------|-----|-------|------|--------|
| **David Madigan, Ph.D.** | | | | |
| Video Sync / Tape | 1 | 4 | $50.00 | $200.00 |
| Certified - MPEG - Complimentary | 1 | 4 | $50.00 | $0.00 |
| **Other Services** | | | | |
| Videographer – Set Up & 1st Hour of Job | 1 | | $250.00 | $250.00 |
| Videographer – Additional Hours | 6 | | $70.00 | $420.00 |
| | | | SUBTOTAL | $870.00 |
| | | | TOTAL | $870.00 |

**THANK YOU FOR YOUR BUSINESS!**

Please make all checks payable to: TSG Reporting Inc.     Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceed the legal limit. If you have any questions, please call TSG.



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

**REPORTING**

# INVOICE

**INVOICE DATE:** 9/11/2020
**INVOICE #:** 2027557
**JOB #:** 183200

**BILL TO:**     Greenberg Traurig, LLP
                 c/o Greenberg Traurig, LLP Invoices
                 MetLife Building, 200 Park Avenue
                 New York, NY 10166 US

**SHIP TO:**     Greenberg Traurig, LLP
                 c/o Dawn Prather
                 Terminus 200, 3333 Piedmont Road NE, Suite 2500
                 Atlanta, GA 30305 US

**CASE:**        In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.// Alice D. Hughes v.
                 Accord Healthcare, Inc.)

**WITNESS:**     David B. Ross

**JOB DATE:**    8/27/2020

**LOCATION:**    TELEPHONIC, Baltimore, MD, 21201, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Media | Rate | Amount |
|---|---|---|---|---|
| **David B. Ross** | | | | |
| Video Sync / Tape | 1 | 4 | $50.00 | $200.00 |
| Certified - MPEG - Complimentary | 1 | 4 | $50.00 | $0.00 |
| **Other Services** | | | | |
| Videographer - Set Up & 1st Hour of Job | 1 | | $250.00 | $250.00 |
| Videographer - Additional Hours | 7.5 | | $70.00 | $525.00 |
| Videographer - Add'l Hours - Evening Rate | 1 | | $125.00 | $125.00 |
| | | | SUBTOTAL | $1,100.00 |
| | | | **TOTAL** | $1,100.00 |

**THANK YOU FOR YOUR BUSINESS!**

Please make all checks payable to: TSG Reporting Inc.        Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708        Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit. If you have any questions, please call TSG.

# I N V O I C E



One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 444929 | 9/30/2020 | 256496 |
| **Job Date** | **Case No.** | |
| 9/22/2020 | | |
| **Case Name** | | |
| Taxotere (Wanda Stewart v. Sandoz Inc.) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Dawn Bennett Prather
Greenberg Traurig, LLP
3333 Piedmont Road, NE
Suite 2500
Atlanta, GA  30305

| | | | | |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Roger Williams, M.D. | 236.00  Pages | @ | 3.25 | 767.00 |
| 7 Day Expedited Surcharge | | | | 575.84 |
| Exhibits Scanned (8 1/2 x 11- B&W and Color) | 150.00  Pages | @ | 0.15 | 22.50 |
| Internet Realtime | | | 0.00 | 358.75 |
| Rough Draft | | | 0.00 | 307.50 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| | **TOTAL DUE  >>>** | | | **$2,031.59** |

Client Matter No.   :  093086.167300

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Note: we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client, even if
your client makes full or partial payment toward the invoice. Thank you.

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$2,031.59** |

**Tax ID: 20-5543414**

---

*Please detach bottom portion and return with payment.*

Dawn Bennett Prather
Greenberg Traurig, LLP
3333 Piedmont Road, NE
Suite 2500
Atlanta, GA  30305

| | | |
|---|---|---|
| Invoice No. | : | 444929 |
| Invoice Date | : | 9/30/2020 |
| **Total Due** | : | **$2,031.59** |

| | | |
|---|---|---|
| Remit To: | **Golkow Litigation Services, LLC** | |
| | **P.O. Box 94623** | |
| | **Las Vegas, NV  89193-4623** | |

| | | |
|---|---|---|
| Job No. | : | 256496 |
| BU ID | : | R-Main |
| Case No. | : | |
| Case Name | : | Taxotere (Wanda Stewart v. Sandoz Inc.) |

# INVOICE



**GOLKOW.**
**Litigation**
SERVICES

Discovery ⚬ Depositions ⚬ Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 445242 | 9/30/2020 | 256495 |
| **Job Date** | **Case No.** | |
| 9/22/2020 | | |

| **Case Name** |
|---|
| Taxotere (Wanda Stewart v. Sandoz Inc.) |

| **Payment Terms** |
|---|
| Due upon receipt |

Dawn Bennett Prather
Greenberg Traurig, LLP
3333 Piedmont Road, NE
Suite 2500
Atlanta, GA  30305

| | | | | |
|---|---|---|---|---|
| Roger Williams, M.D. | | | | |
| Video Testimony Digitization Synched w/Transcript Text | 5.00  Hours | @ | 70.00 | 350.00 |
| | **TOTAL DUE >>>** | | | **$350.00** |

093086.167300

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Note: we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client, even if
your client makes full or partial payment toward the invoice. Thank you.

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$350.00** |

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Dawn Bennett Prather
Greenberg Traurig, LLP
3333 Piedmont Road, NE
Suite 2500
Atlanta, GA  30305

| | | |
|---|---|---|
| Invoice No. | : | 445242 |
| Invoice Date | : | 9/30/2020 |
| **Total Due** | : | **$350.00** |

Remit To:  **Golkow Litigation Services, LLC**
**P.O. Box 94623**
**Las Vegas, NV  89193-4623**

| | | |
|---|---|---|
| Job No. | : | 256495 |
| BU ID | : | V-Main |
| Case No. | : | |
| Case Name | : | Taxotere (Wanda Stewart v. Sandoz Inc.) |



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

**REPORTING**

# INVOICE

**INVOICE DATE:** 9/24/2020
**INVOICE #:** 2028540
**JOB #:** 183806

| | |
|---|---|
| **BILL TO:** | Greenberg Traurig, LLP<br>c/o Greenberg Traurig, LLP Invoices<br>MetLife Building, 200 Park Avenue<br>New York, NY 10166 US |
| **SHIP TO:** | Greenberg Traurig, LLP<br>c/o Dawn Prather<br>Terminus 200, 3333 Piedmont Road NE, Suite 2500<br>Atlanta, GA 30305 US |
| **CASE:** | In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.// Alice D. Hughes v. Accord Healthcare, Inc.) |
| **WITNESS:** | David B. Ross, M.D., Ph.D., M.B.I. |
| **JOB DATE:** | 9/10/2020 |
| **LOCATION:** | TELEPHONIC, Baltimore, MD, 21201, US |

**NOTES:**

| SHIP VIA | Overnight | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| **David B. Ross, M.D., Ph.D., M.B.I.** | | | | |
| Original & 1 Certified Transcript | 1 | 168 | $2.39 | $401.52 |
| Certified Transcript Sold Discount | 3 | 168 | ($0.50) | ($252.00) |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $45.00 | $0.00 |
| Original Transcript - 7 Day Delivery | 1 | 168 | $0.75 | $126.00 |
| Remote Real-time Transcription | 2 | 168 | $1.00 | $336.00 |
| Rough Transcript | 1 | 168 | $1.50 | $252.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 1 | 194 | $0.04 | $7.76 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| Remote Real-time Transcription & Video Connectivity Charge / User | 2 | | $150.00 | $300.00 |
| **Other Services** | | | | |
| Reporter Appearance Fee / Session - Video Recorded Telephonic - Complimentary | 2 | | $0.00 | $0.00 |
| | | | SUBTOTAL | $1,171.28 |
| | | | SHIPPING & HANDLING | $40.00 |
| | | | **TOTAL** | **$1,211.28** |

THE SHIPPING CHARGE REFLECTS THE TOTAL COST OF ALL SHIPMENTS FOR YOUR ORDER ON THIS JOB.

**THANK YOU FOR YOUR BUSINESS!**

Please make all checks payable to: TSG Reporting Inc.     Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit. If you have any questions, please call TSG.