UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO | Judge Milazzo<br>Mag. Judge North |
| **Plaintiff Name:** Laverne Pirtle<br>**Case No.:** 2:19-cv-11979 | |

## NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Federal Rules of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

> ☑ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;
>
> ☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or
>
> ☐ Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rules of Civil Procedure 60(b).

Dated this 24th day of May, 2021

Respectfully submitted,

**Oliver Law Group P.C.**
*/s/* Alyson Oliver
Alyson Oliver
1647 W. Big Beaver Rd.
Troy, MI 48084
Tel: (248) 327-6556
Fax: (248) 436-3385
notifications@oliverlawgroup.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on May 24, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: May 24, 2021                                         */s/* Alyson Oliver