# Exhibit 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO:

Emma Willie, Case No. 2:18-cv-3857

## ITEMIZED BILL OF COSTS

### COURT COSTS

Docket Fee Pursuant to 28 U.S.C. § 1923　　　　　　　　　　$20.00

　　　　　　　　　　　　　　　　　Subtotal:　　　　$20.00

### DEPOSITION TRANSCRIPT FEES

| DATE | DEPONENT | COST |
| --- | --- | --- |
| 10/20/2020 | Emma R. Willie | $4,474.26 |
| 10/28/2020 | Terri Henson, M.D. | $1,448.10 |
| 11/04/2020 | Adam Baker, M.D. | $1,682.62 |
| 11/13/2020 | Sandanand Patil, M.D. | $2,102.34 |
| 02/26/2021 | Daniel Fore, M.D. | $1,406.21 |
| 03/02/2021 | Rameses Stroufe, M.D. | $1,984.94 |
| 03/24/2021 | Martha Campbell | $2,117.40 |
| 03/24/2021 | Tabitha Smith, RN | $1,335.98 |
| 03/29/2021 | Cammie Armstrong | $2,344.48 |
| 03/30/2021 | Corrinne Scobey Nace, RN | $1,680.48 |
| 04/05/2021 | Martha Campbell | $1,362.76 |
| 04/05/2021 | Albert Willie (cancellation fee) | $275.00 |
| 04/06/2021 | Linda Jackson (cancellation fee) | $275.00 |
| 04/06/2021 | Kristi McCain | $1,725.47 |
| 04/08/2021 | Linda Jackson | $2,515.06 |
| 04/12/2021 | Albert Willie | $2,891.88 |
| 04/12/2021 | Alexia Willie | $2,629.14 |
|  | Subtotal: | $32,251.12 |

4813-7414-0907

**MEDICAL RECORDS COLLECTION**

| INVOICE DATE | PROVIDER | COST |
|---|---|---|
| 04/06/2020 | Purvis Family Practice Clinic | $56.00 |
| 04/06/2020 | Blue Cross Blue Shield | $61.00 |
| 04/09/2020 | Blue Cross Blue Shield | $81.00 |
| 04/09/2020 | Desoto Imaging and Diagnostics | $146.00 |
| 04/09/2020 | May's Pharmacy | $131.00 |
| 04/29/2020 | Tate County School | $81.00 |
| 05/06/2020 | Anita Golden, NP | $66.00 |
| 05/08/2020 | University Vascular Access Care | $81.00 |
| 05/14/2020 | Dermatology Clinic of Northern Mississippi | $106.00 |
| 05/18/2020 | General Surgery of Southaven | $81.00 |
| 05/19/2020 | Desoto Imaging and Diagnostics | $66.00 |
| 05/26/2020 | University of MS Medical Center Grenada | $88.16 |
| 06/12/2020 | Cathy Family Dentistry | $81.00 |
| 06/30/2020 | Dermatology Realm | $81.00 |
| 07/16/2020 | Dermatology Clinic of Northern Mississippi | $101.00 |
| 07/16/2020 | Trumbull Laboratories, LLC | $166.65 |
| 08/04/2020 | Trumbull Laboratories, LLC | $30.00 |
| 08/05/2020 | Parekh Medical Clinic | $81.00 |
| 08/07/2020 | Purnima Purohit, M.D. | $66.00 |
| 09/10/2020 | Parekh Medical Clinic | $30.00 |
| 09/14/2020 | General Surgery of Southaven | $30.00 |
| 09/16/2020 | Dermatology Clinic of Northern Mississippi | $30.00 |
| 09/22/2020 | Thomas Grafton, M.D. | $36.00 |
| 09/30/2020 | Anita Golden, NP | $81.00 |
| 10/07/2020 | Dermatology Clinic of Northern Mississippi | $66.00 |
| 10/09/2020 | Cockrell Family Medical Center | $66.00 |
| 10/16/2020 | Tristate Orthopaedic and Robotic Surgery | $191.00 |
| 10/26/2020 | Primary Health Care | $66.00 |
| 11/12/2020 | Family Cancer Center | $408.56 |
| 11/16/2020 | Desoto Imaging and Diagnostics | $30.00 |
| 11/24/2020 | Tristate Orthopaedic and Robotic Surgery | $30.00 |
| 11/25/2020 | May's Pharmacy | $81.00 |
| 12/16/2020 | Parekh Medical Clinic | $66.00 |
| 12/23/2020 | American Esoteric Laboratories | $131.00 |

| Date | Provider | Amount |
|---|---|---|
| 01/05/2021 | Saint Francis Hospital | $138.94 |
| 01/07/2021 | Walgreens – Corporate | $104.00 |
| 01/27/2021 | Cornerstone Rehabilitation of Senatobia | $114.00 |
| 02/09/2021 | Blue Cross Blue Shield | $81.00 |
| 02/23/2021 | Family Cancer Center | $289.76 |
| 03/01/2021 | Baptist Desoto Memorial Hospital | $1,015.17 |
| 03/01/2021 | Aetna Life and Casualty | $66.00 |
| 03/18/2021 | Park Avenue Diagnostic Center | $129.33 |
| 03/29/2021 | General Surgery of Southaven | $81.00 |
| 03/29/2021 | Baptist Desoto Memorial Hospital | $162.15 |
| 03/29/2021 | Family Cancer Center | $66.00 |
| 03/30/2021 | Saint Francis Hospital | $30.00 |
| 03/30/2021 | Parekh Medical Clinic | $111.00 |
| 04/19/2021 | Key Health Medical Solutions, Inc. | $56.00 |
| 04/19/2021 | Blue Cross Blue Shield | $56.00 |
| 04/19/2021 | Purnima Purohit, M.D. | $56.00 |
| 04/19/2021 | Chromcraft Revington, Inc. | $56.00 |
| 04/19/2021 | All Care Family Practice | $56.00 |
| 04/19/2021 | Olufemi Adeleye, M.D. | $56.00 |
| 04/19/2021 | Aetna Life and Casualty | $56.00 |
| 04/19/2021 | Desoto Imaging and Diagnostics | $97.00 |
| 04/19/2021 | Baptist Desoto Memorial Hospital | $56.00 |
| 04/19/2021 | Walgreens – Corporate | $56.00 |
| | Subtotal: | $5,982.72 |

**TOTAL COSTS EXPENDED:**     **$38,253.84**