UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Barbara Smith**
**Case No.: 20-cv-03279**

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Barbara Smith whose case is on a Notice of Non-Compliance to be heard by the Court on May 25, 2021. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: May 24, 2021        /s/ Peter E. Goss
                                          Peter E. Goss
                                          The Goss Law Firm, P.C.
                                          1501 Westport Road
                                          Kansas City, MO 64111
                                          (816) 336-1300 Telephone
                                          (816) 336-1310 Fax
                                          pgoss@goss-lawfirm.com