BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| *Jessica Bogues vs. Sanofi US Services Inc. et al.* Case No. 2:17-cv-13685 | |

## SUGGESTION OF DEATH

Kimberly Reed and Kendrick Reed, children of Jessica Bogues, suggest upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of Jessica Bogues, Plaintiff of record in the above-captioned case. Ms. Bogues passed away on October 5, 2020 (See Attached Ex. A – Death Certificate), during the pendency of this action. Ms. Bogues' surviving children will be filing the appropriate pleadings to appear as substitute Plaintiffs in this matter.

Dated: May 24, 2021                                  Respectfully submitted,

                                        GOMEZ TRIAL ATTORNEYS

                                         /s/Lindsay R. Stevens
                                        John H. Gomez (CA Bar # 171485) T.A.
                                        Lindsay R. Stevens (CA Bar # 256811)
                                        655 West Broadway, Suite 1700
                                        San Diego, California 92101
                                        Telephone: (619) 237-3490
                                        Facsimile: (619) 237-3496
                                        *john@thegomezfirm.com*
                                        *lstevens@thegomezfirm.com*

                                        *Attorneys for Plaintiff*

# **EXHIBIT A**

# STATE OF FLORIDA

*THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER. HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.*

## BUREAU of VITAL STATISTICS

## CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2020191632  **DATE ISSUED:** NOVEMBER 6, 2020
**DATE FILED:** OCTOBER 23, 2020

### DECEDENT INFORMATION
NAME: JESSICA LOUISE JIMERSON-BOGUES

DATE OF DEATH: OCTOBER 5, 2020   SEX: FEMALE   SSN: 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   AGE: 069 YEARS
DATE OF BIRTH: AUGUST 16, 1951   BIRTHPLACE: WEST PALM BEACH, FLORIDA, UNITED STATES
PLACE OF DEATH: INPATIENT
FACILITY NAME OR STREET ADDRESS: ST MARYS MEDICAL CENTER
LOCATION OF DEATH: WEST PALM BEACH, PALM BEACH COUNTY, 33407
RESIDENCE: 1616 WEST 30TH STREET, RIVIERA BEACH, FLORIDA 33404, UNITED STATES   COUNTY: PALM BEACH
OCCUPATION, INDUSTRY: MAIL CARRIER, U S POST OFFICE
EDUCATION: ASSOCIATE DEGREE   EVER IN U.S. ARMED FORCES? NO
HISPANIC OR HAITIAN ORIGIN? NO, NOT OF HISPANIC/HAITIAN ORIGIN
RACE: BLACK OR AFRICAN AMERICAN

### SURVIVING SPOUSE / PARENT NAME INFORMATION
(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)
MARITAL STATUS: WIDOWED
SURVIVING SPOUSE NAME: NONE
FATHER'S/PARENT'S NAME: EMANUEL W JIMERSON SR
MOTHER'S/PARENT'S NAME: ALMA SEYMOUR

### INFORMANT, FUNERAL FACILITY AND PLACE OF DISPOSITION INFORMATION
INFORMANT'S NAME: KIMBERLY REED
RELATIONSHIP TO DECEDENT: DAUGHTER
INFORMANT'S ADDRESS: 1616 WEST 30TH STREET, RIVIERA BEACH, FLORIDA 33404, UNITED STATES
FUNERAL DIRECTOR/LICENSE NUMBER: JEFFERY LYNCH, F043061
FUNERAL FACILITY: SIGNATURE MEMORIAL FUNERAL & CREMATION SERVICES LLC F090323
3401 SE HAWTHORNE RD, GAINESVILLE, FLORIDA 32601
METHOD OF DISPOSITION: BURIAL
PLACE OF DISPOSITION: ROYAL PALM MEMORIAL GARDENS
WEST PALM BEACH, FLORIDA

### CERTIFIER INFORMATION
TYPE OF CERTIFIER: CERTIFYING PHYSICIAN   MEDICAL EXAMINER CASE NUMBER: NOT APPLICABLE
TIME OF DEATH (24 HOUR): 0915   DATE CERTIFIED: OCTOBER 16, 2020
CERTIFIER'S NAME: HABIB UR REHMAN KHAN
CERTIFIER'S LICENSE NUMBER: ME97166
NAME OF ATTENDING PHYSICIAN (IF OTHER THAN CERTIFIER): NOT APPLICABLE

### CAUSE OF DEATH AND INJURY INFORMATION
MANNER OF DEATH: NATURAL
CAUSE OF DEATH - PART I - AND APPROXIMATE INTERVAL: ONSET TO DEATH
a. FULMINANT LIVER FAILURE

b.

c.

d.

PART II - OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I:

AUTOPSY PERFORMED? NO   AUTOPSY FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH?
DATE OF SURGERY:   DID TOBACCO USE CONTRIBUTE TO DEATH? NOT STATED
REASON FOR SURGERY:
PREGNANCY INFORMATION: UNKNOWN IF PREGNANT WITHIN PAST YEAR
DATE OF INJURY: NOT APPLICABLE   TIME OF INJURY (24 HOUR):   INJURY AT WORK?
LOCATION OF INJURY:
DESCRIBE HOW INJURY OCCURRED:

PLACE OF INJURY:
IF TRANSPORTATION INJURY, STATUS OF DECEDENT:   TYPE OF VEHICLE:

*[signature]* , STATE REGISTRAR

REQ: 2022087700

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.
**WARNING:** THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THIS DOCUMENT WILL NOT PRODUCE A COLOR COPY.

DH FORM 1947 (03-13)

*5816445*

CERTIFICATION OF VITAL RECORD



## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

*/s/ Lindsay R. Stevens*
Lindsay R. Stevens (CA Bar # 256811)
GOMEZ TRIAL ATTORNEYS
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
lstevens@thegomezfirm.com