UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to all cases | | |

# ORDER

On April 14, 2021, the Court ordered certain plaintiffs to comply with their obligations in this litigation. The Court has been advised that the following plaintiffs have failed to do so within the time frame set by the Court:

- Vina Hathaway, 2:17-cv-10653
- Brenda Mack, 2:19-cv-370

Accordingly, **IT IS ORDERED** that the above-listed cases are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 24th day of May, 2021.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE