MINUTE ENTRY
MILAZZO, J.
May 25, 2021

JS-10:00:15

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| This document relates to certain cases ) | |

## MINUTE ENTRY

On May 25, 2021, the Court held a hearing with the Finson Law Firm. The Court found that the firm exceeded the authority stipulated in certain power of attorney documents. Accordingly, **IT IS ORDERED** that within 15 days, Lowell Finson shall provide to liaison counsel a list of clients for whom he has signed documents in this litigation. Liaison counsel should then meet and confer as to how to cure these documents.

**IT IS FURTHER ORDERED** that within 15 days, defense counsel shall submit to the Court an itemization of costs associated with litigating this issue.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE
