MINUTE ENTRY
MILAZZO, J.
May 25, 2021

JS-10:01:08

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740  SECTION: "H" (5) |
| **This document relates to all cases** | ) | |

## MINUTE ENTRY

On May 25, 2021, the Court held a show cause hearing. Certain participants appeared in person: Dawn Barrios, Claire Berg, Kelly Brilleaux, Julie Callsen, and Nick Insogna. Other participants appeared by video and by telephone.

Court Reporter:   Nichelle Drake

Law Clerk:   Samantha Schott Boudreaux

**IT IS ORDERED** that the cases listed in the attached Exhibit A, titled "Stipulation of Dismissal List," in addition to the cases of Laverne Pirtle, 19-11979; Vicki Johnson, 20-3277; Lina Hawkins, 16-16790; and Ramona Niezgoda, 18-13371; are **DISMISSED WITH PREJUDICE** based on stipulations filed by counsel;

**IT IS FURTHER ORDERED** that the cases listed in the attached Exhibit B, titled "Declaration of No Contact List," with the exception of Tina Gumbs, 18-9024;

and with the addition of Deborah Moreno, 18-6270; are **DISMISSED WITH PREJUDICE**;[1]

**IT IS FURTHER ORDERED** that the cases listed in the attached Exhibit C, titled "Statement of No Defense List," in addition to the case of Barbara Smith, 20-3279; are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that the following cases from the call docket are **DISMISSED WITH PREJUDICE** for reasons stated on the record:

- 18-7985    Sarah Menard
- 18-7973    Jeany Persaud

**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

---

[1] The Court notes that counsel for Plaintiff Ramona Niezgoda, 18-13371 filed a Declaration in addition to a Stipulation of Dismissal.

**EXHIBIT A**

May 25, 2021
Stipulation of Dismissal List

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed | Docket |
|---|---|---|---|---|---|---|---|---|
| 1 | Cheatwood | Zula | 2:18-cv-05537 | No CMO 12A; No PTO 71A | Both Sanofi and 505 | Allen & Nolte, PLLC | 5/12/2021 | 12585 |
| 2 | Savage | Opal | 2:18-cv-13017 | Authorizations (No Disability, Workers Compensastion or Employment authorizations); No CMO 12A | 505 | Allen & Nolte, PLLC | 5/19/2021 | 12631 |

May 25, 2021
Declaration of No Contact List

**EXHIBIT B**

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed | Docket |
|---|---|---|---|---|---|---|---|---|
| 1 | Barbeauld | Michelle | 2:17-cv-13268 | No PTO 71A | Both Sanofi and 505 | Shaw Cowart, LLP | 5/20/2021 | 12648 |
| 2 | Cook | Linda | 2:20-cv-03063 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Sanofi | Fears | Nachawati | 5/18/2021 | 12627 |
| 3 | Gumbs | Tina | 2:18-cv-09024 | No PTO 71A | Sanofi | Fears | Nachawati | 5/18/2021 | 12628 |
| 4 | Humphery | Diann | 2:20-cv-03369 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Both Sanofi and 505 | Cutter Law PC | 5/11/2021 | 12580 |
| 5 | Oaks | Connie | 2:19-cv-02296 | No PTO 71A | Sanofi | Johnson Becker | 5/18/2021 | 12621 |

May 25, 2021
Statement of No Defense List

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed | Docket |
|---|---|---|---|---|---|---|---|---|
| 1 | Allen | Cynthia | 2:17-cv-06967 | No PTO 71A | Both Sanofi and 505 | Pendley, Baudin & Coffin, L.L.P. | 4/27/2021 | 12522 |
| 2 | Clark-Gilbert | Cassandra | 2:18-cv-13384 | PFS Not Substantially Complete | 505 | Bachus & Schanker, LLC | 5/12/2021 | 12591 |
| 3 | Grace | Imogene | 2:19-cv-02287 | PFS Not Substantially Complete | Sanofi | Morris Bart, LLC | 4/8/2021 | 12420 |
| 4 | Humphrey | Deborah | 2:19-cv-02489 | No CMO 12A | 505 | Johnson Law Group | 5/14/2021 | 12607 |
| 5 | Taylor | Shana | 2:19-cv-13301 | No CMO 12A | 505 | Reyes|Browne|Reilley | 5/11/2021 | 12581 |
| 6 | Townes | Ann | 2:19-cv-02478 | No CMO 12A | 505 | Johnson Law Group | 5/14/2021 | 12606 |