# EXHIBIT C

Page 1

1              UNITED STATES DISTRICT COURT
2              EASTERN DISTRICT OF LOUISIANA
3    * * * * * * * * * * * * * * * * * * * * * *
4   ELIZABETH KAHN,                      CASE NO.
         Plaintiff,                      2:16-cv-15397
5   v.
    SANOFI S.A.,
6   SANOFI-AVENTIS U.S.,
    L.L.C., SANOFI US
7   SERVICE, INC.,
         Defendants.
8
9
10   * * * * * * * * * * * * * * * * * * * * * *
11
                         VIDEOTAPED
12                    EXPERT DEPOSITION
                           OF
13                   DAVID ROSS, M.D.
14          taken on Thursday, March 4, 2021
15              Commencing at 9:11 a.m.
16                        at
17                       Zoom
                   Baltimore, Maryland
18
19
20
21
22
23
24
25

Page 159

1  why.
2       Okay?
3    A.   I understand.
4    Q.   My question was simply:  Did you review
5  the individual ICSR's that Dr. Madigan identified in
6  his signal analysis in the FAERS database, yes or
7  no?
8    A.   Oh.  And again, I think it's critical
9  not just to get a single word answer, but to say
10 that is not a relevant part of the methodology.
11 It's not what I do, so no.  There you go.
12   Q.   And do you know whether or not Dr.
13 Madigan reviewed individual ICSR's for the reports
14 that he identified in his signal analysis in the
15 FAERS database?
16         MR. MICELI:  Object to the form.
17   A.   Again, given the same context, it's not
18 necessary for me to know that.  It really isn't.
19   Q.   Okay.
20       And I know you think it's not necessary,
21 but you don't know one way or another whether he
22 did, correct?
23   A.   Again, it's not necessary for me to
24 know.  I don't know.  But it's not -- whether he did
25 or not would not make a difference in terms of my