# EXHIBIT D

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ELIZABETH KAHN,

Plaintiff,

v. CASE NO. 2:16-cv-17039

SANOFI-AVENTIS U.S. L.L.C. AND SANOFI US SERVICES, INC.,

Defendants.

****************************************

ORAL DEPOSITION OF

LAURA PLUNKETT, PH.D.

APRIL 7, 2021

(Reported Remotely)

****************************************

ORAL DEPOSITION of LAURA PLUNKETT, PH.D., produced as a witness at the instance of the DEFENDANTS, and duly sworn, was taken in the above-styled and numbered cause on APRIL 7, 2021, from 9:35 a.m. to 3:55 p.m., before Stephanie M. Harper, RPR, CSR in and for the State of Texas, recorded by machine shorthand, at 13923 Carriage Walk Lane, Houston, Texas, pursuant to the Federal Rules of Civil Procedure 30 and 45, the First Emergency Order Regarding the COVID-19 State of Disaster, and the provisions stated on the record or attached hereto; that the deposition shall be read and signed before any notary public.

JOB NO. 704971



1:52 p.m., and we'll come back and keep going.

(Break from 1:52 p.m. to 2:01 p.m.)

Q. (BY MR. MOORE) Okay. Dr. Plunkett, going back to Dr. Madigan's Exhibit 4 to his report -- let me reshare that.

I asked you about just now the three reports that existed in the year 2000. And if you look at this chart, it shows that by the fourth quarter of 2006 there were six reports and that remained all the way to the first quarter of 2008. Do you see that?

A. I see the same number --

MR. LAMBERT: Object to form.

THE WITNESS: I'm sorry, Palmer.

A. I see the same number listed in those two places you're pointing to -- me to. Yes, that's correct.

Q. (BY MR. MOORE) Okay. And have you reviewed -- just to confirm, you haven't reviewed the underlying clinical information for any of these six reports other than the three that I just showed you?

A. That is correct, because, again, that was beyond the scope of -- of what I felt I was required to do.