# EXHIBIT E

Exponent
149 Commonwealth Drive
Menlo Park, CA 94025

telephone 650-326-9400
facsimile 650-326-8072
www.exponent.com

**Supplemental Report in re: Taxotere (Docetaxel) Products Liability Litigation**

Ellen T. Chang, Sc.D.

April 26, 2021

This report supplements my report of April 17, 2020, in the matter of Taxotere (Docetaxel) Products Liability Litigation, based on my review of the following additional materials:

- Transcript of Video Deposition of Antonella Tosti, M.D., September 29, 2020 (with Exhibits 1–9, 11–26)
- Supplemental Report of Dr. Laura M. Plunkett, Ph.D., DABT, February 7, 2021
- Report of David Ross, M.D., Ph.D., M.B.I., February 8, 2021
- Transcript of Videotaped Expert Deposition of David Ross, M.D., March 4, 2021 (with Exhibits 1–24)
- Transcript of Oral Deposition of Laura Plunkett, Ph.D., April 7, 2021 (with Exhibits 1–21).

My new opinions based on my review of these additional materials are provided below. My findings are made to a reasonable degree of scientific certainty. I reserve the right to supplement this report and to expand or modify my opinions based on review of additional material as it becomes available through ongoing discovery and/or through any of my additional work or review of additional work performed by others on this matter.

**Summary of Opinions**

In his expert report of February 8, 2021, Dr. David Ross states that he relies in part on "Dr. Madigan's disproportionality analysis (PRR) reporting based upon data from the FDA's Adverse Event Reporting [System] Database ('FAERS') (focusing on years 2000 – 2008, quarter 1)" (Report of David Ross, p. 22). Dr. Ross adds that he accepts Dr. Madigan's expert report and considers his assessments valid (Report of David Ross, p. 23). Dr. Ross confirmed these statements in his deposition on March 4, 2021 (Deposition of David Ross, pp. 47–48).

Likewise, in her expert report of February 7, 2021, Dr. Laura Plunkett states that she relies in part on Dr. Madigan's "analysis of the FDA's Adverse Event Reporting System database known as 'FAERS'" (Supplemental Report of Laura Plunkett, p. 15). Dr. Plunkett confirmed her reliance on Dr. Madigan's FAERS analysis in her deposition on April 7, 2021 (Deposition of Laura Plunkett, pp. 122–125).



During their depositions, Dr. Ross and Dr. Plunkett were asked a series of questions about Dr. Madigan's analysis of the FAERS database, in which Dr. Madigan identified six observed reports that he classified as irreversible alopecia with docetaxel treatment as of the first quarter of 2008 (Deposition of David Ross, pp. 184–203; Deposition of Laura Plunkett, pp. 152–164; Appendix 4 of Report of David Madigan).

I used the FAERS Public Dashboard[1] to identify the reports identified by Dr. Madigan and relied upon by Dr. Ross and Dr. Plunkett, using the same search criteria, as follows:

- Product = "Docetaxel," "Docetaxel Anhydrous," or "Taxotere"
- Reaction Group = "Skin And Subcutaneous Tissue Disorders"
- Reaction = "Alopecia" (and variants thereof, e.g., "Alopecia Areata," "Alopecia Scarring," "Alopecia Totalis," "Alopecia Universalis," "Androgenetic Alopecia," and "Diffuse Alopecia") or "Hair Disorder" (and variants thereof, e.g., "Hair Growth Abnormal," "Hair Growth Rate Abnormal," "Hair Injury")
- Outcome = "Disabled."

Of note, users of the FAERS Public Dashboard must accept that they have read and understand the following disclaimer (emphasis added):

> *Each year, the FDA receives over one million adverse event and medication error reports associated with the use of drug or biologic products. The FDA uses these reports to monitor the safety of drug and biological products. The FDA Adverse Event Reporting System (FAERS) database houses reports submitted to the FDA by drug manufacturers (who are required to submit these reports to FDA) and others such as health care professionals and consumers. Submission of a safety report does not constitute an admission that medical personnel, user facility, importer, distributor, manufacturer or product caused or contributed to the event.*

> *Although these reports are a valuable source of information, this surveillance system has limitations, including the potential submission of incomplete, inaccurate, untimely, unverified information. In addition, the incidence or prevalence of an event cannot be determined from this reporting system alone due to potential under-reporting of events and lack of information about frequency of use. Because of this, FAERS data comprise only one part of the FDA's important post-market surveillance*

---

[1]  https://www.fda.gov/drugs/questions-and-answers-fdas-adverse-event-reporting-system-faers/fda-adverse-event-reporting-system-faers-public-dashboard



*data and the information on this website does not confirm a causal relationship between the drug product and the reported adverse event(s).*

*• Consumers should not stop or change medication without first consulting with a health care professional.*

*• The FAERS web search feature is limited to adverse event reports between 1969 and the most recent quarter for which data are available.*

*• Data submitted to the FAERS system will be made available through the new querying tool on a quarterly basis.*

*• FAERS data alone cannot be used to establish rates of events, evaluate a change in event rates over time or compare event rates between drug products. The number of reports cannot be interpreted or used in isolation to reach conclusions about the existence, severity, or frequency of problems associated with drug products.*

*• Confirming whether a drug product actually caused a specific event can be difficult based solely on information provided in a given report.*

*• FAERS data do not represent all known safety information for a reported drug product and should be interpreted in the context of other available information when making drug-related or treatment decisions.*

*• Variations in trade, product, and company names affect search results. Searches only retrieve records that contain the search term(s) provided by the requester.*

*Importantly, safety reports submitted to FDA do not necessarily reflect a conclusion by FDA that the information in the reports constitutes an admission that the drug caused or contributed to an adverse event. Individual FAERS reports for a given product can be requested by submitting a Freedom of Information Act (FOIA) request at:*

*https://www.fda.gov/regulatoryinformation/foi/howtomakeafoiarequest/default.htm*

Based on my search of the FAERS database, I identified six reports matching Dr. Madigan's search criteria as of the first quarter of 2008. In these reports, "Taxotere" was identified as a "Suspect Product Name," "alopecia" was identified as a "Reaction," and "disabled" was identified as an "Outcome" (summarized in Table 1; complete listings from



FAERS attached as Appendix A). The Manufacturer Control Numbers of these six reports are as follows:

- FR90-11740
- FR90-09442
- JP01-01616
- 200222311US
- 200221684US
- 200417602US.

I compared these with the Manufacturer Control Numbers of the MedWatch forms that were shown to Dr. Ross during his deposition (Deposition of Dr. Ross Exhibits 6, 7, 8, 9, 10, and 21). Three of these forms were also shown to Dr. Plunkett during her deposition (Deposition of Dr. Plunkett Exhibits 13, 14, and 15). I confirm that based on matching of the Manufacturer Control Numbers, the six MedWatch forms shown to Dr. Ross as exhibits correspond to the same six reports that are identified based on my search of the FAERS database using the same criteria as described by Dr. Madigan. A brief summary of the FAERS data for each case is provided below in Table 1.

As shown in Table 1, all of the reports list at least five adverse drug reactions (up to twenty-six) other than alopecia, and at least one concomitant medication (up to six) other than docetaxel. Excerpts from the corresponding MedWatch forms are provided below, including all dates of treatment and follow-up and all mentions of alopecia.

Manufacturer Control # FR90-11740 (Ross Exhibit 6; Plunkett Exhibit 15):

- Report 1: "This 47 year-old patient with breast cancer, received treatment with docetaxel from August 28 to December 17, 1998. This patient experienced decreased sharpness of vision after infusion (date unknown). Now the patient can see contours."
- Follow-up 1 (December 28, 1998): "For cycle 6, her dosage was decreased (75 mg/m$^2$; 120 mg). Her vision was better after cycle 6. The patient also experienced mild paresthesis, alopecia, bone pain and neurological pain."
- Follow-up 2 (February 8, 1999): "Patient uses the same glasses as before the treatment. The event resolved."
- Time from date of last docetaxel treatment to date of last follow-up report: 1.8 months.



Manufacturer Control # FR90-09442 (Ross Exhibit 7; Plunkett Exhibit 13):

- Report 1: "This 68 year-old man with non small cell lung cancer, received his third course of docetaxel on September 16, 1997. He experienced blurring of vision and hearing loss noted between September 16, 1997 and October 3, 1997."
- Follow-up 1 (December 1997): "The ophthalmologist, after seeing the patient on October 17, 1997, concluded that 'over the last month he had become completely blind in his left eye with no perception of light and a completely afferent papillary effect … The patient also appears to have greatly reduced hearing now."
- Follow-up 2 (December 19, 1997): "On December 05, 1997, examination showed that patient has now lost sight in both eyes."
- Follow-up 3 (January 29, 1998): "On August 26, 1997 he received his second course of docetaxel. Post infusion he experienced vomiting, alopecia, fatigue, pain, cough, poor appetite and weight loss … The patient died on January 11, 1998 of progressive disease."
- Time from date of last docetaxel treatment to date of death: 3.9 months.

Manufacturer Control # JP01-01616 (Ross Exhibit 8; Plunkett Exhibit 14):

- Report 1: "This 54 year-old female patient with non small cell lung cancer, received her first course of docetaxel on December 07, 1998. On December 14, 1998, she experienced hearing decreased in the left ear, vertigo, liver dysfunction, fever, alopecia, and leucopenia. On January 06, 1999, she developed sensorineural deafness in the left ear in the audiometry. On January 08, 1998 [*sic*], in CT of head, small amount of effusion in the left auris media was observed … On January 6, 1999, sensorineural deafness in the left ear was observed on the audiogram. After treatments, vertigo resolved, hearing loss was still ongoing."
- Time from date of last docetaxel treatment to date of last follow-up report: 1.1 months.

Manufacturer Control # 200221684US (Ross Exhibit 9):

- Initial report: "This spontaneous postmarketing case, received from a physician, involves a female of unknown age who received Taxotere (docetaxel) therapy on 07-Oct-2002 and 30-Oct-2002, dose and indication were not provided. Previously the patient was receiving radiation therapy which was completed on 24-Sep-2002. The patient developed radiation pneumonitis which appears to have worsened with docetaxel."



- Addendum for follow-up (February 10, 2003): "… is a 48 years old WASP female who was receiving Taxotere (docetaxel) 70mg/m$^2$ every 21 days for non-oat cell lung cancer. She received therapy on 09-Oct-2002 and 30-Oct-2002 … She was seen on 20-Nov-2002 … Alopecia was noted and the patient was wearing a wig. Her pulse had decreased to 110 and weight loss was noted. A CT scan noted post-radiation pneumonitis with no obvious metastases. Her prednisone dose was decreased and docetaxel therapy was held … On 27-Nov-2002 she was seen … Docetaxel therapy was resumed at 35mg/m$^2$ weekly on this date … She received docetaxel on 04-Dec-2002 and 11-Dec-2002. It is noted that the patient died due to lung cancer."
- Date of death: "??/??/2002."
- Time from date of last docetaxel treatment to date of death: <1 month.

Manufacturer Control # 200222311US (Ross Exhibit 10):

- Initial report: "This is an initial spontaneous postmarketing report received from a physician via a sales representative regarding a 55 y/o female patient who received adriamycin and cyclophosphamide followed by therapy with Taxotere (docetaxel) 35 mg/m$^2$ weekly for adjuvant breast cancer beginning on 24-May-02 … According to the reporter, the pt. developed hyperlacrimation on 21-Jun-02 while receiving weekly docetaxel therapy. Docetaxel therapy was discontinued on 22-Aug-02 but the patient's condition did not improve."
- Addendum for follow-up (February 4, 2003): "According to the visit from 14-Oct-02, the patient was seen regarding her hyperlacrimation. The patient's ophthalmologist stated she had bilateral papilledema and scarring of her lacrimal duct with complete obstruction. It was also noted the patient did not get any hair back for a long time … An office visit from 14-Nov-02 patient had undergone dacrorhinoplasty for her hyperlacrimation; event resolved. She also experienced pain and itching and feeling of discomfort from the surgery. The patient completed 12 cycles of Taxotere therapy."
- Time from date of last docetaxel treatment to date of last follow-up report: 5.5 months (including 2.8 months from date of last docetaxel treatment to date of last recorded office visit).

Manufacturer Control # 200417602US (Ross Exhibit 21):

- Initial report (received by manufacturer October 5, 2004): "This spontaneous postmarketing case, received from a consumer, involves a 50 year old female who initiated therapy with weekly Taxotere (docetaxel) in Jan-2004 for breast cancer. She received 6 cycles and received her last dose on 06-Feb-2004. Since the



beginning of therapy she has experienced fluid buildup so severe she could not walk. Emergency surgery was performed due to the fluid accumulation in her heart and lungs … The event is ongoing and she has a chest x-ray every 3 months. She also experienced visual disorders: her eyes were tearing all the time, were red and sticky. She states her vision was impaired due to so much tearing. She was seen by an ophthalmologist who stated she had spots on her macula. She was treated with Tobradex and vitamins and the event is ongoing. She also experienced severe fatigue due to which she has not been able to work. This event is ongoing. She is also experiencing hair loss, nail changes and feeling cold all the time."

- "This case has not been substantiated by a health care professional."
- Time from date of last docetaxel treatment to date of initial report: 8.1 months.

All six of these reports describe patients whose primary complaints are health conditions other than alopecia. For the first five reports, the date of the last available patient information was less than six months after the date of last treatment with docetaxel. None of these five reports specify the presence of alopecia at the time of last follow-up. Therefore, these reports do not pertain to permanent or irreversible alopecia that persisted for at least six months.

The sixth report describes a patient with a maximum follow-up of eight months after her last treatment with docetaxel. The report refers to several "ongoing" adverse events, as well as "hair loss" that is not specifically described as either "ongoing" or resolved. This report is described as "received from a consumer" and "has not been substantiated by a health care professional." Therefore, whether this patient has permanent or irreversible alopecia is unclear.

In summary, at least five of the six reports included in Dr. Madigan's FAERS analysis as of the first quarter of 2008 do not correspond to patients with permanent or irreversible alopecia six or more months after docetaxel treatment. After excluding these five reports, only a single self-reported, medically unsubstantiated case report remains that may or may not correspond to permanent or irreversible alopecia.

Overall, these six reports provide no evidence to support a causal effect of docetaxel on permanent or irreversible alopecia.

_Ellen T. Chang_
Ellen T. Chang, Sc.D.
April 26, 2021



Table 1. Summary of six reports retrieved from FAERS as of the first quarter of 2008 using Dr. Madigan's search criteria

| Ross Exhibit # | Mfr Report # | Suspect Product Name(s) | Reason for Use | Reactions | Outcomes | Concomitant Product(s) |
|---|---|---|---|---|---|---|
| 6 | FR90-11740 | Taxotere | Breast Cancer Female | Neuralgia;Bone Pain;Paraesthesia;Alopecia;Vision Blurred | Disabled | Dexamethasone |
| 7 | FR90-09442 | Taxotere | Non-Small Cell Lung Cancer | Optic Nerve Disorder;Deafness;Peripheral Ischaemia;Fatigue;Decreased Appetite;Vision Blurred;Blindness;Hypoacusis;Cough;Visual Pathway Disorder;Angiopathy;Weight Decreased;Pain;Abdominal Pain Upper;Vomiting;Alopecia | Disabled | Lansoprazole;Morphine Sulfate |
| 8 | JP01-01616 | Taxotere | Non-Small Cell Lung Cancer | Leukopenia;Hypoacusis;Deafness Neurosensory;Hepatic Function Abnormal;Alopecia;Vertigo;Middle Ear Disorder;Pyrexia | Life Threatening; Disabled | Aspirin;Rebamipide;Magnesium;Morphine;Medroxyprogesterone Acetate;Pamidronate Disodium |
| 9 | 200221684US | Taxotere | Lung Neoplasm Malignant | White Blood Cell Count Increased;Tachycardia;Musculoskeletal Chest Pain;Death;Radiation Pneumonitis; Cough;Arthropathy;Platelet Count Increased; Crepitations;Rales;Dyspnoea;White Blood Cell Count;Weight Decreased;Alopecia;Lung Neoplasm Malignant;Non-Small Cell Lung Cancer | Hospitalized; Life Threatening; Other Outcomes;Died;Disabled | Decadron |



| Ross Exhibit # | Mfr Report # | Suspect Product Name(s) | Reason for Use | Reactions | Outcomes | Concomitant Product(s) |
|---|---|---|---|---|---|---|
| 10 | 2002223 11US | Taxotere | Breast Cancer | Nail Discolouration;Scar;Alopecia; Papilloedema;Dyspnoea Exertional;Oedema;Dry Mouth;Periorbital Oedema;Discomfort;Conjunctival Hyperaemia;Diarrhoea;Csf Test Abnormal;Fluid Retention;Oedema Peripheral;Cough;Osteoarthritis;Nausea;Dacr yostenosis Acquired;Lacrimation Increased;Fatigue;Nail Disorder;Vomiting;Toxic Skin Eruption;Pruritus;Glossodynia;Rash Erythematous;Pain | Disabled | Doxorubicin Hydrochlorid e;Cyclophos phamide;Lev aquin;Zithro max;Taxol |
| 21 | 2004176 02US | Taxotere | Breast Cancer | Pulmonary Oedema;Cardiac Disorder;Visual Acuity Reduced;Alopecia;Eye Discharge; Lacrimation Increased;Nail Disorder;Gait Inability;Feeling Cold;Visual Impairment;Fatigue;Oedema;Maculopathy; Ocular Hyperaemia | Other Outcomes;H ospitalized;D isabled | Unspecified Ingredient |

