# EXHIBIT 3

Janet B. Arrowsmith, M.D.

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3     *******************************

 4     IN RE:  TAXOTERE

 5     (DOCETAXEL) PRODUCTS         MDL No. 2740

 6     LIABILITY LITIGATION         Section: "H"

 7                                  Judge Milazzo

 8     This Document Relates to:   Mag. Judge North

 9     All Cases

10     *******************************

11

12              Remote via Zoom Videotaped

13     Deposition of JANET B. ARROWSMITH, MD, held

14     at the offices of Shook, Hardy & Bacon, LLP,

15     1555 Grand Blvd., Kansas City, Missouri,

16     commencing at 9:34 a.m., on the 29th of July,

17     2020, before Maureen O'Connor Pollard,

18     Registered Diplomate Reporter, Realtime

19     Systems Administrator, Certified Shorthand

20     Reporter.

21                         - - -

22

               GOLKOW LITIGATION SERVICES
23          877.370.3377 / 917.591.5672
               deps@golkow.com

24
```

Janet B. Arrowsmith, M.D.

1     one, but rather, when you provided your

2     opinions in this case and set them out in

3     this report, you did not include one, or

4     anything to support that statement, right?

5            MR. McRAE:  Object to the form.

6       A.    Yes, I didn't provide a

7     citation, you're correct.

8     BY MR. MICELI:

9       Q.    Okay.  And if we go down to

10    paragraph 7 of 201.57, you come to a

11    paragraph titled "Adverse reactions,"

12    correct?

13       A.    Yes.

14       Q.    Okay.  And in this section it

15    says the adverse -- excuse me, "Adverse

16    reactions.  This section must describe the

17    overall adverse reaction profile of the drug

18    based on the entire safety database.  For

19    purposes of prescription drug labeling, an

20    adverse reaction is an undesirable effect,

21    reasonably associated with use of a drug,

22    that may occur as part of the pharmacological

23    action of the drug or may be unpredictable in

24    its occurrence," correct?

Janet B. Arrowsmith, M.D.

1      A.     Yes.

2      Q.     Then it says "This definition
3   does not include all adverse events observed
4   during use of a drug, only those adverse
5   events for which there is some basis to
6   believe there is a causal relationship
7   between the drug and the occurrence of the
8   adverse event," correct?

9      A.     Yes.

10     Q.     Okay.  So the standard for
11  adding an adverse reaction to the label,
12  there must be some basis to believe that
13  there is a causal relationship between the
14  drug and the occurrence of the adverse event,
15  right?

16     A.     That's correct.

17     Q.     That's the level of evidence or
18  standard necessary to include an adverse
19  reaction in the label, right?

20            MR. McRAE:  Object to the form.

21     A.     That's correct.

22  BY MR. MICELI:

23     Q.     And some evidence of a --
24  excuse me.