UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 
| | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE TRICHE MILAZZO |
| DEBORAH DUPREE, | MAG. JUDGE NORTH |
| Plaintiff, | |
| v. | |
| | Civil Action No.: 2:21-cv-65 |
| SANOFI U.S. SERVICES INC. f/k/a SANOFI U.S. INC. ET. AL. | |
| Defendants. | |

**PLAINTIFF'S MOTION TO VACATE NOTICE OF VOLUNTARY DISMISSAL WITH RESPECT TO HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC. AND HOSPIRA, INC.**

Plaintiff, Deborah Dupree, by and through the undersigned Counsel of Record pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby files this Motion to Vacate the Notice of Partial Dismissal, Document No. 5988, with respect to Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc. Plaintiff is seeking relief from the dismissal of claims with respect to all Hospira Defendants, pursuant to Federal Rule of Civil Procedure 60(b)(6), as there is newly discovered information by the treating medical facility.

At the time the Voluntary Dismissal of Prejudice was filed on March 4, 2021, Counsel for the Plaintiff was under the impression the Plaintiff had undergone treatment with Taxotere well before 2011, at which point Sanofi-Aventis was the only manufacturer of Taxotere. Counsel for the Plaintiff has since learned the Plaintiff was treated with Taxotere after 2011. The Plaintiff's treating facility, Cancer Center of Kansas, recently provided a CMO-12 identifying Hospira, Inc.

as the manufacturer of the Taxotere/Docetaxel given to Plaintiff. On May 24, 2021, this document was uploaded in Centrality as Document No. 15538.

Plaintiff seeks to vacate the Notice of Voluntary Dismissal with respect to Hospira Case 2:16-md-02740-JTM-MBN Document 12400 Filed 04/06/21 Page 1 of 22 Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc and reinstate Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc as the correct Defendants in this action. Upon vacating the dismissal of the Hospira Defendants, Plaintiff will subsequently file a Notice of Voluntary Dismissal with Prejudice as to the Sanofi entities.

Respectfully Submitted,

/s/ Magdalena F. Gonzalez

**Magdalena F. Gonzalez**
Gardi & Haught, Ltd.
939 N. Plum Grove Rd., Suite C
Schaumburg, IL 60173
(847) 944-9400
mgonzalez@gardilaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2021 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: May 25, 2021

/s/ Magdalena F. Gonzalez