## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | ) | |
| **PRODUCTS LIABILITY** | ) | **MDL NO. 2740** |
| **LITIGATION** | ) | |
| | ) | **SECTION "N" (5)** |
| | ) | |
| DEBORAH DUPREE, | ) | **JUDGE TRICHE MILAZZO** |
| | ) | |
| Plaintiff, | ) | **MAG. JUDGE NORTH** |
| | ) | |
| v. | ) | |
| | ) | **Civil Action No.: 2:21-cv-65** |
| SANOFI U.S. SERVICES INC. f/k/a | ) | |
| SANOFI U.S. INC. ET. AL. | ) | |
| | ) | |
| Defendants. | ) | |

## <u>NOTICE OF SUBMISSION</u>

PLEASE TAKE NOTICE that Plaintiff will submit an accompanying Motion to Vacate Notice of Voluntary Dismissal on the 26th day of May, 2021, before the Honorable Triche Milazzo of the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130. Oral argument has not been requested.

Respectfully Submitted,

/s/ Magdalena F. Gonzalez

**Magdalena F. Gonzalez**
Gardi & Haught, Ltd.
939 N. Plum Grove Rd., Suite C
Schaumburg, IL 60173
(847) 944-9400
mgonzalez@gardilaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 26, 2021 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: May 26, 2021

/s/ Magdalena F. Gonzalez