# APPENDIX A.22

APPENDIX A.17

## **Pretrial Orders**

**Pretrial Order No. 1** (Rec. Doc. 4) entered October 13, 2016 – Setting initial conference.

**Pretrial Order No. 2** (Rec. Doc. 104) entered November 17, 2016 – Appointing Plaintiffs' Liaison Counsel, Plaintiffs' Steering Committee, and Defendants' Liaison Counsel.

**Pretrial Order No. 3** (Rec. Doc. 115) entered November 30, 2016 – Filing Requests for Summons and Summons Returns.

**Pretrial Order No. 4** (Rec. Doc. 122) entered December 9, 2016 – Procedures for Direct Filing into the MDL [**superseded by PTO 5**].

**Pretrial Order No. 5** (Rec. Doc. 131) entered December 13, 2016 – Amended Procedures for Direct Filing into the MDL.

**Pretrial Order No. 6** (Rec. Doc. 133) entered December 13, 2016 – Appointing Settlement Committees.

**Pretrial Order No. 7** (Rec. Doc. 155) entered December 28, 2016 – Approving and attaching Counsel Contact Information Form.

**Pretrial Order No. 8** (Rec. Doc. 156) entered December 30, 2016 – Federal-State Coordination and Cooperation.

**Pretrial Order No. 9** (Rec. Doc. 160) entered January 3, 2017 – Streamlined Service on sanofi-Aventis U.S. LLC.

**Pretrial Order No. 10** (Rec. Doc. 169) entered January 11, 2017 – JPML Clarification on Scope of MDL.

**Pretrial Order No. 11** (Rec. Doc. 170) entered January 11, 2017 – Extending Deadline to Submit Proposed PFS and DFS.

**Pretrial Order No. 12** (Rec. Doc. 191) entered January 20, 2017 – Directing that Service of Process shall be made on all known, non-sanofi Defendants by February 15, 2017; Directing Liaison Counsel to Provide Proposed Deadlines for Close of Pleadings.

**Pretrial Order No. 13** (Rec. Doc. 209) entered January 31, 2017 – Appointing Brian S. Rudick to the Settlement Committee.

**Pretrial Order No. 14** (Rec. Doc. 216) entered February 3, 2017 – Order from January 27, 2017 Status Conference.

**Pretrial Order No. 15** (Rec. Doc. 230) entered February 10, 2017 – Order setting deadlines for Master and Short Form Complaint, Motions to Dismiss and Master Answer.

**Pretrial Order No. 16** (Rec. Doc. 234) entered February 13, 2017 – Intention to Enter Common Benefit, Time and Expense Rules, Appointment of CPA, Holdback, Assessments, and Related Issues.

**Pretrial Order No. 17** (Rec. Doc. 235) entered February 13, 2017 – Intention to Appoint Kenneth W. DeJean as Special Master.

**Pretrial Order No. 18** (Rec. Doc. 236) entered February 14, 2017 – Ordering the use of the attached Plaintiff Fact Sheets and Defense Fact Sheets. See also R.Doc. 236-1.

**Pretrial Order No. 19** (Rec. Doc. 262) entered February 23, 2017 – Adopting the proposed Common Benefit Order submitted by Liaison Counsel and the Plaintiffs' Steering Committee.

**Pretrial Order No. 20** (Rec. Doc. 265) entered February 24, 2017 – Appointing Kenneth W. DeJean as Special Master.

**Pretrial Order No. 21** (Rec. Doc. 276) entered March 7, 2017 – Setting Deadlines following March 6, 2017 meeting with liaison counsel.

**Pretrial Order No. 22** (Rec. Doc. 279) entered March 10, 2017 – Implementation of Deadlines for Service of Fact Sheets and Deficiencies.

**Pretrial Order No. 23** (Rec. Doc. 280) entered March 10, 2017 – Amending Exhibit A to Pretrial Order No. 18 (R. Doc. 236-1) to include the authorizations approved by the Court.

**Pretrial Order No. 24** (R. Doc. 286) entered March 16, 2017 – Guidelines for service of Fact Sheets through MDL Centrality and Plaintiff Liaison Counsel Distribution of Orders and Notices per Pretrial Order No. 1.

**Pretrial Order No. 25** (R. Doc. 287) entered March 16, 2017 – Appointing John F. Olinde to serve as Liaison Counsel for the non-Sanofi defendants.

**Pretrial Order No. 26** (Rec. Doc. 289) entered March 17, 2017 – Designating Defense Counsel to Attend Plaintiffs' Steering Committee Meetings

**Pretrial Order No. 26A** (Rec. Doc. 598) entered June 28, 2017 – Modification to Designation of Defense Counsel to Attend Plaintiffs' Steering Committee Meetings

**Pretrial Order No. 27** (Rec. Doc. 298) entered March 24, 2017 – Order from March 17, 2017 Status Conference

**Pretrial Order No. 28** (Rec. Doc. 302) entered March 27, 2017 – Setting a Meeting with Liaison Counsel

**Pretrial Order No. 29** (Rec. Doc. 303) entered March 27, 2017 – Streamlined Service on Accord Healthcare, Inc.

**Pretrial Order No. 30** (Rec. Doc. 304) entered March 27, 2017 – Streamlined Service on Sandoz, Inc.

**Pretrial Order No. 31** (Rec. Doc. 305) entered March 27, 2017 – Amended Task Codes for Common Benefit Order

**Pretrial Order No. 32** (Rec. Doc. 307) entered March 31, 2017 – Streamlined Service on Actavis Pharma, Inc.

**Pretrial Order No. 33** (Rec. Doc. 308) entered March 31, 2017 – Streamlined Service on McKesson Corporation

**Pretrial Order No. 34** (Rec. Doc. 309) entered March 31, 2017 – Extending the Deadline to Submit Proposed Orders for Streamlined Service as to Eagle Pharmaceuticals, Inc. and NorthStar Rx LLC

**Pretrial Order No. 35** (Rec. Doc. 310) entered March 31, 2017 – Scheduling Meetings between the Court and the Settlement Committees

**Pretrial Order No. 36** (Rec. Doc. 317) entered April 6, 2017 – Withdrawal of Deadline to Submit Proposed Orders Regarding Streamlined Service as to Eagle Pharmaceuticals, Inc. and NorthStar Rx LLC

**Pretrial Orders No. 37 and 41** (Rec. Docs. 318 and 331) entered April 6, 2017 and April 17, 2017 – Exemplar Short Form Complaint and superseding and amending Exemplar Short Form Complaint.

**Pretrial Order No. 38** (Rec. Doc. 326) entered on April 12, 2017- Amending PFS and DFS

**Pretrial Order No. 39** (Rec. Doc. 327) entered on April 11, 2017- Streamlined Service on Sun Pharma Global, Inc.

**Pretrial Order No. 40** (Rec. Doc. 328) entered on April 12, 2017- Streamlined Service on Hospira Worldwide, LLC and Pfizer Inc.

**Pretrial Order No. 40A** (Rec. Doc. 509) entered June 1, 2017 – Amending Pretrial Order No. 40 regarding Streamlined Service on Hospira Worldwide, LLC and Pfizer, Inc.

**Pretrial Order No. 42** (Rec. Doc. 348) entered on April 26, 2017- Responsive Pleadings to Short Form Complaints Reserved

**Pretrial Order No. 43** (Rec. Doc. 349) entered April 27, 2017- Regarding July 7, 2017 Status Conference, 505(b)(2) Defendant Settlement Committee, "Science Day," Remand Motions and Discovery Schedule

**Pretrial Order No. 44** (Rec. Doc. 371) entered May 11, 2017 – Order Appointing 505(b)(2) Defendants' Settlement Committee

**Pretrial Order No. 45** (Rec. Doc. 458) entered May 12, 2017 – Setting the Briefing Schedule for the Omnibus Motions to Remand

**Pretrial Order No. 46** (Rec. Doc. 462) entered May 16, 2017 – Order from May 12, 2017 Status Conference

**Pretrial Order No. 47** (Rec. Doc. 534) entered June 13, 2017 – Granting Requests for Oral Argument on Omnibus Motions to Remand

**Pretrial Order No. 48** (Rec. Doc. 566) entered June 28, 2017 – Resetting Oral Argument on Omnibus Motions to Remand

**Pretrial Order No. 49** (Rec. Docs. 611, 613) entered July 5, 2017 – Electronically Stored Information Protocol

**Pretrial Order No. 50** (Rec. Docs. 612, 613) entered July 5, 2017 – Protective Order

**Pretrial Order No. 51** (Rec. Doc. 660) entered July 18, 2017- Order from July 7, 2017 Status Conference

**Pretrial Order No. 52** (Rec. Doc. 661) entered July 18, 2017- Amended Deadlines Regarding Personal Jurisdiction and Potential Discovery Protocols

**Pretrial Order No. 53** (Rec. Doc. 664) entered July 20, 2017- Amendments to Plaintiffs' Master Long Form Complaint, Exemplar Short Form Complaint and Plaintiffs' Fact Sheet

**Pretrial Order No. 54** (Rec. Doc. 671) entered July 21, 2017- Docket Control Order- Voluntary Dismissals

**Pretrial Order No. 55** (Rec. Doc. 688) entered July 25, 2017- Order Regarding the Filing of the Amended Master Long Form Complaint and Substitution of the Amended Exemplar Short Form Complaint and Amended Plaintiff Fact Sheet

**Pretrial Order No. 56** (Rec. Doc. 712) entered August 2, 2017- Issuance of Summons with Corrected Defendants' Names

**Pretrial Order No. 57** (Rec. Doc. 718) entered August 3, 2017- Setting a Meeting with Liaison Counsel

**Pretrial Order No. 58** (Rec. Doc. 744) entered August 18, 2017- Granting Request for Oral Argument on Defendants' Motion to Dismiss Plaintiffs' Master Long Form Complaint (Rec. Doc. 489)

**Pretrial Order No. 59** (Rec. Doc. 816) entered September 7, 2017- Resetting the Submission Date on Defendants' Motion to Dismiss Claims Barred by the Applicable Statutes of Limitations (Rec. Doc. No. 494)

**Pretrial Order No. 60** (Rec. Doc. 819) entered September 7, 2017- Ordering Collection of Data of Potential Claimants by the Plaintiffs' Settlement Committee.

**Pretrial Order No. 60A** (Rec. Doc. 870) entered September 15, 2017- Amending and Superseding Order Regarding Collection of Data of Potential Claimants by the Plaintiffs' Settlement Committee.

**Pretrial Order No. 61** (Rec. Doc. 877) entered September 27, 2017- Ordering the Dismissal of Count Two and Count Eight of the Master Long Form Complaint (Rec. Doc. 489).

**Pretrial Order No. 62** (Rec. Doc. 878) entered September 27, 2017- Ordering that the deadline for each Defendant to file their Master Answer be set for Monday, October 16, 2017.

**Pretrial Order No. 63** (Rec. Doc. 879) entered September 27, 2017- Ordering that the meeting of liaison counsel with the Court take place on Friday, October 6, 2017, at 9:30 a.m.

**Pretrial Order No. 64** (Rec. Doc. 941) entered October 13, 2017- Ordering Clarifying the Court's Ruling (Rec. Doc. 784) on California Plaintiffs' Motion to Remand.

**Pretrial Order No. 65** (Rec. Doc. 959) entered October 16, 2017- Ordering Severance of Multi-Plaintiff Cases.

**Pretrial Order No. 66** (Rec. Doc. 1018) entered October 25, 2017- Order Clarifying this Court's Ruling on Delaware Motion to Remand (Rec. Doc. 784).

**Pretrial Order No. 67** (Rec. Doc. 1032) entered October 27, 2017 – Order setting the next liaison counsel meeting for November 17, 2017, at 9:30 AM, and setting the next General Status Conference for December 15, 2017, at 10:00 AM.

**Pretrial Order No. 68** (Rec. Doc. 1085) entered November 9, 2017- Setting Deadlines following October 27, 2017 meeting with Steering Committees.

**Pretrial Order No. 69** (Rec. Doc. 1095) entered November 14, 2017- Setting Deadline for submission of applications for Court appointed positions with MDL 2740.

**Pretrial Order No. 70** (Rec. Doc. 1137) entered November 21, 2017- Order regarding contact with physicians.

**Pretrial Order No. 71** (Rec. Doc. 1306) entered December 15, 2017- Order governing Plaintiffs' responsibilities relevant to ESI.

**Pretrial Order No. 72** (Rec. Doc. 1462) entered January 4, 2018 regarding dismissal of the French Sanofi Defendants per Stipulation.

**Pretrial Order No. 73** (Rec. Doc. 1463) entered January 4, 2018 regarding Revised Exemplar Short Form Complaint

**Pretrial Order No. 74** (Rec. Doc. 1470) entered January 4, 2018 regarding Procedures for Withdrawal of Counsel.

**Pretrial Order No. 75** (Rec. Doc. 1507) entered January 12, 2018 regarding Reappointment of Counsel in MDL 2740.

**Pretrial Order No. 70A** (Rec. Doc. 1528) replacing Pretrial Order No. 70 entered January 26, 2018 regarding Contact with Physicians.

**Pretrial Order No. 71A** (Rec. Doc. 1531) replacing Pretrial Order No. 71 entered January 26, 2018 regarding Plaintiffs' Responsibilities Relevant to ESI.

**Pretrial Order No. 77** (Rec. Doc. 1633) entered February 7, 2018 regarding Additional California Plaintiffs' Motions to Remand.

**Pretrial Order No. 37A** (Rec. Doc. 1682) entered February 14, 2018 regarding Procedures for Short Form Complaints and Motions for Leave to Amend Short Form Complaints (supersedes Pretrial Order No. 37 (Rec. Doc. 318)).

**Pretrial Order No. 77A** (Rec. Doc. 2202) entered April 11, 2018 – Replacing Pretrial Order No. 77 Regarding California Plaintiffs' Motion to Remand

**Pretrial Order No. 44A** (Rec. Doc. 2355) entered April 25, 2018 – Replacing Pretrial Order No. 44 Replacing Settlement Counsel for Accord Healthcare, Inc. and Sandoz, Inc.

**Pretrial Order No. 78** (Rec. Doc. 2147) entered April 6, 2018, setting the next general status conference for April 26, 2018 at 10:00 a.m.

**Pretrial Order No. 79** (Rec. Doc. 3063) entered June 13, 2018, setting the next general status conference for July 18, 2018 at 10:30 a.m.

**Pretrial Order No. 80** (Rec. Doc. 3472) entered July 19, 2018, setting the next general status conference for August 16, 2018 at 10:30 a.m.

**Pretrial Order No. 22A** (Rec. Doc. 3493) entered July 19, 2018, provides the show cause process for PFS deficiencies and for alleged failures to comply with CMO 12A and PTO 71A.

**Pretrial Order No. 81** (Rec. Doc. 3906) entered August 21, 2018, setting the next general status conference for September 27, 2018 at 10:00 a.m.

**Pretrial Order No. 82** (Rec. Doc. 4230) entered September 21, 2018, regarding the procedure for adding Sagent Pharmaceuticals, Inc.

**Pretrial Order No. 83** (Rec. Doc. 4263) entered September 24, 2018, regarding streamlined service on Sagent Pharmaceuticals, Inc.

**Pretrial Order No. 84** (Rec. Doc. 4525) entered October 4, 2018, setting the next general status conference for November 15, 2018 at 10:00 a.m.

**Pretrial Order No. 70B** (Rec. Doc. 5256) entered November 13, 2018 replacing Pretrial Order No. 71A regarding contact with physicians.

**Pretrial Order No. 85** (Rec. Doc. 5257) entered November 13, 2018 establishing protocol for PTO 71A and privilege log deficiencies of non-bellwether plaintiffs before the Magistrate Judge.

**Pretrial Order No. 86** (Rec. Doc. 5337) entered November 26, 2018, setting the next lead/liaison conference and show cause hearing for December 19, 2018.

**Pretrial Order No. 87** (Rec. Doc. 5363) entered November 27, 2018, ordering procedures for dismissal with prejudice of any non-Trial Pool Plaintiff as to the entire action against all defendants in MDL No. 2740.

**Pretrial Order No. 88** (Rec. Doc. 5376) entered November 28, 2018, ordering that John F. Olinde is reappointed as Defense Liaison Counsel for the 505(b)(2) Defendants and reappointing counsel to the 505(b)(2) Settlement Committee.

**Pretrial Order No. 89** (Rec. Doc. 5377) entered November 28, 2018, ordering the reappointment of members to the Plaintiffs' Settlement Committee.

**Pretrial Order No. 90** (Rec. Doc. 5379) entered November 28, 2018, ordering that Douglas J. Moore is reappointed as Defense Liaison Counsel for Defendants sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc. and reappointing counsel to the Settlement Committee for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.

**Pretrial Order No. 91** (Rec. Doc. 5617) entered December 20, 2018, ordering that the next general status conference and show cause hearing will be held on January 18, 2019.

**Pretrial Order No. 92** (Rec. Doc. 6016) entered January 29, 2019, setting a status conference for February 21, 2019.

**Pretrial Order No. 93** (Rec. Doc. 6018) entered January 29, 2019, ordering that Plaintiffs' Liaison Counsel, Plaintiffs' Executive Committee, Plaintiffs' Steering Committee, and Plaintiffs' Federal-State Liaison Counsel are reappointed to their positions.

**Pretrial Order No. 94** (Rec. Doc. 6516) entered March 12, 2019, setting a status conference for April 4, 2019 and providing the call-in number for counsel to listen, which is (800) 260-0712, and with access code 465448.

**Pretrial Order No. 95** (Rec. Doc. 6700) entered April 5, 2019, setting a status conference and

APPENDIX A.16

show cause hearing for May 21, 2019.

**Pretrial Order No. 95A** (Rec. Doc. 6883) entered May 2, 2019, cancelling the status conference and setting a conference with liaison and lead counsel on May 21, 2019 at 8:30 am.

**Pretrial Order No. 95B** (Rec. Doc. 6956) entered May 10, 2019, setting a show cause hearing for May 21, 2019 at 9:30 am.

**Pretrial Order No. 96** (Rec. Doc. 7200) entered May 22, 2019, setting a status conference and show cause hearing for July 11, 2019.

**Pretrial Order No. 97** (Rec. Doc. 7602) entered July 11, 2019, regarding enforcement of subpoenas issued to nonparties located outside of this District.

**Pretrial Order No. 97** (Rec. Doc. 7774) entered July 29, 2019, setting a show cause hearing on August 15, 2019 at 2:00 pm.

**Pretrial Order No. 99** (Rec. Doc. 7866) entered August 8, 2019, setting a status conference with lead and liaison counsel on August 16, 2019 at 9:00 am.

**Pretrial Order No. 100** (Rec. Doc. 8357) entered October 16, 2019, setting a status conference, meeting with lead and liaison counsel, and show cause hearing on November 7, 2019.

**Pretrial Order No. 101** (Rec. Doc. 8668) entered December 6, 2019, setting a status conference, meeting with lead and liaison counsel, and show cause hearing on January 9, 2010.

**Pretrial Order No. 102** (Rec. Doc. 9213) entered February 6, 2020, setting a status conference, meeting with lead and liaison counsel, and show cause hearing on March 24, 2020.

**Pretrial Order No. 103** (Rec. Doc. 9827) entered March 30, 2020, dismissing cases identified on Defendants' March 10, 2020 Notice of Non-Compliance.

**Supplement to Pretrial Order No. 85** (Rec. Doc. 9980) entered April 17, 2020, supplementing protocol for determination of deficiencies on issues related to non-bellwether Plaintiffs' obligations under Pretrial Order No. 71A.

**Pretrial Order No. 104** (Rec. Doc. 10036) entered April 25, 2020, setting a show cause hearing on May 15, 2020.

**Pretrial Order No. 105** (Rec. Doc. 10338) entered May 11, 2020, regarding Short Form Complaint allegations and amendments related to statute of limitations.

**Pretrial Order No. 106** (Rec. Doc. 10647) entered June 26, 2020, setting a status conference, meeting with lead and liaison counsel, and show cause hearing on July 15, 2020.

**Pretrial Order No. 107** (Rec. Doc. 10705) entered July 1, 2020, continuing the July 15, 2020

status conference, meeting with lead and liaison counsel, and show cause hearing to August 5, 2020.

**Pretrial Order No. 107A** (Rec. Doc. 10868) entered July 29, 2020, changing the time of the status conference and meeting with lead and liaison counsel on August 5, 2020.

**Pretrial Order No. 108** (Rec. Doc. 11122) entered September 21, 2020, setting the next show cause hearing for October 16, 2020 at 10:30 a.m.

**Pretrial Order No. 109** (Rec. Doc. 11380) entered November 4, 2020, setting the next show cause hearing for December 7, 2020 at 1 p.m. and setting Oral Argument on various motions for 10:00 a.m.

**Pretrial Order No. 110** (Rec. Doc. 11412) entered November 10, 2020, relating to the appointment or re-appointment of counsel to various positions in this MDL.

**Pretrial Order No. 111** (Rec. Doc. 11440) entered November 16, 2020, resetting the show cause hearing, lead and liaison meeting, and oral argument set for December 7, 2020 for December 14, 2020.

**Pretrial Order No. 112** (Rec. Doc. 12062) entered January 22, 2021, modifying certain Orders and Exhibits to substitute the counsel information for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer Inc.

**Pretrial Order No. 113** (Rec. Doc. 12072) entered January 27, 2021, setting the next show cause hearing, lead and liaison meeting, and general status conference for February 19, 2021.

**Pretrial Order No. 44B** (Rec. Doc. 12102) entered January 29, 2021, appointing William Hoffman to the 505(b)(2) Settlement Committee in place of Sheila L. Birnbaum on behalf of Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer Inc.

**Pretrial Order No. 114** (Rec. Doc. 12162) entered February 15, 2021, creating and governing the Call Docket process for contested amendments and, alternately, the process for filing ex parte/Consent Motions to Amend Short Form Complaints.

**Pretrial Order No. 115** (Rec. Doc. 12260) entered March 3, 2021, appointing John Jackson as Settlement Master.

**Pretrial Order No. 116** (Rec. Doc. 12337) entered March 23, 2021, setting the next show cause hearing, lead and liaison meeting, and 2A bellwether trial meeting for April 14, 2021.

**Pretrial Order No. 117** (Rec. Doc. 12468) entered April 15, 2021, setting a hearing with Finson Law Firm for May 25, 2021 and the next general status conference, lead and liaison meeting, and show cause hearing for May 26, 2021.