UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**In Re: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION**

**MDL No. 2740**

**THIS DOCUMENT RELATES TO:**
Joe May Henderson, **18-00641**

**SECTION: "H" (5)**

## ORDER

Before the Court is Plaintiff Joe May Henderson's Motion for Substitution of Plaintiff (Doc. 12717);

**IT IS ORDERED** that Plaintiff's Motion for Substitution of Plaintiff is **GRANTED**, and Brandy N. Shipp, Administrator of the Estate of Joe May Henderson is substituted as Plaintiff in the above-referenced action.

New Orleans, Louisiana, this 26th day of May, 2021.

_____
District Judge