# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE JANE TRICHE MILAZZO |
| THIS DOCUMENT RELATES TO: Cases identified in "Exhibit A" | MAG. JUDGE MICHAEL B. NORTH |

## ORDER

Before the Court is a Motion to Withdraw Debra Humphrey as Counsel (Doc. 12719);

**IT IS ORDERED** that Plaintiffs' Motion is **GRANTED**. Attorney Debra Humphrey is hereby withdrawn as counsel of record for the cases listed on Exhibit A. Attorney Meghan Hennessy shall remain counsel of record for the cases listed on Exhibit A.

New Orleans, Louisiana, this 26th day of May, 2021.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE

**EXHIBIT A**

| NO. | PLAINTIFF | CASE CAPTION | CIVIL CASE NO. |
|---|---|---|---|
| 1 | Joyce Rasmussen | Rasmussen v. Sanofi S.A., et al. | 2:17-cv-04840 |
| 2 | Mary Katherine Gidcomb | Gidcomb, et al., v. Sanofi S.A., et al. | 2:17-cv-04972 |
| 3 | Victoria Jackson | Jackson, et al., v. Sanofi Aventis S.A., et al. | 2:17-cv-07056 |
| 4 | Loretta Molt | Molt v. Sanofi S.A., et al. | 2:17-cv-08883 |
| 5 | Patricia Green | Green v. Sanofi S.A., et al. | 2:17-cv-10752 |
| 6 | Loretta Cunningham | Cunningham v. Sanofi S.A., et al. | 2:17-cv-10953 |
| 7 | Ruthie L. Leverson | Leverson v. Sanofi S.A., et al. | 2:17-cv-12199 |
| 8 | Hazel Greenwell | Greenwell v. Sanofi US Services Inc., et al. | 2:17-cv-14404 |
| 9 | Kimelia Wooten | Wooten, et al., v. Accord Healthcare, Inc., et al. | 2:17-cv-14439 |
| 10 | Karen Levine | Levine v. Sanofi US Services Inc., et al. | 2:17-cv-14638 |
| 11 | Laura Nitto | Nitto v. Sanofi US Services Inc., et al. | 2:17-cv-14782 |
| 12 | Vera Mae Daniels | Daniels v. Sanofi US Services Inc., et al. | 2:17-cv-15071 |
| 13 | Brenda Fay Gross | Gross v. Sanofi US Services Inc., et al. | 2:17-cv-17102 |
| 14 | Gail Harris | Harris v. Sanofi US Services Inc., et al. | 2:18-cv-00806 |
| 15 | Aqua Thomas | Thomas v. Sanofi US Services Inc., et al. | 2:18-cv-00990 |
| 16 | Lydedra Loveless | Loveless v. Sanofi US Services Inc., et al. | 2:18-cv-01167 |
| 17 | Alisha Beerman | Beerman v. Sanofi US Services, Inc., et al. | 2:18-cv-01879 |
| 18 | Kathleen Burbary | Burbary, et al., v. Sanofi US Services Inc., et al. | 2:18-cv-01929 |
| 19 | Deborah Clell | Clelland, et al., v. Sanofi US Services Inc., et al. | 2:18-cv-01952 |
| 20 | Elizabeth Floyd Motter | Motter, et al., v. Sanofi US Services Inc., et al. | 2:18-cv-02109 |
| 21 | Sabrina Martin-Pack | Martin-Pack v. Sanofi US Services Inc., et al. | 2:18-cv-02133 |
| 22 | Hope Brownewell | Brownewell, et al., v. Sanofi US Services Inc., et | 2:18-cv-02387 |
| 23 | Aisha Asghar | Asghar, et al., v. Sanofi US Services Inc., et al. | 2:18-cv-02461 |
| 24 | Brenda Chidester | Chidester, et al., v. Sanofi US Services Inc., et al. | 2:18-cv-02466 |
| 25 | Carolyn Childs | Childs v. Sanofi US Services Inc., et al. | 2:18-cv-02467 |
| 26 | Janelle Hamilton | Hamilton, et al., v. Sanofi US Services Inc., et al. | 2:18-cv-02529 |
| 27 | Virginia Hornibrook | Hornibrook v. Sanofi US Services Inc., et al. | 2:18-cv-02500 |
| 28 | Kimberly Delbridge | Delbridge v. Sanofi US Services Inc., et al. | 2:18-cv-02535 |
| 29 | Debbie Laginess | Laginess v. Sanofi US Services Inc., et al. | 2:18-cv-02538 |
| 30 | Orelia Castille | Castille v. Sanofi US Services Inc., et al. | 2:18-cv-03431 |
| 31 | Francesca Cozza | Cozza v. Sanofi US Services Inc., et al. | 2:18-cv-03442 |
| 32 | Janet Ross | Ross, et al., v. Sanofi US Services Inc., et al. | 2:18-cv-03443 |
| 33 | Mary A. Wheeler | Wheeler, et al., v. Sanofi US Services Inc., et al. | 2:19-cv-02221 |
| 34 | Irasema Arvizu | Arvizu v. Sanofi US Services Inc., et al. | 2:19-cv-02249 |
| 35 | Sandra Rose | Rose, et al., v. Sanofi US Services Inc., et al. | 2:19-cv-02395 |
| 36 | Maria Behrens | Behrens v. Sanofi US Services Inc., et al. | 2:19-cv-10673 |
| 37 | Valerie Jones | Jones v. Sanofi US Services Inc., et al. | 2:19-cv-10778 |
| 38 | Yvonne Ceraio | Ceraio, et al., v. Sanofi US Services Inc., et al. | 2:19-cv-10846 |
| 39 | Beverly Brown | Brown v. Sanofi US Services Inc., et al. | 2:19-cv-11980 |
| 40 | Gloria Mass | Mass, et al., v. Accord Healthcare, Inc. | 2:19-cv-11978 |
| 41 | Cynthia Siddoway | Siddoway v. Sanofi US Services Inc., et al. | 2:19-cv-11983 |
| 42 | Theresa Kalsky | Kalsky, et al., v. Sanofi US Services Inc., et al. | 2:19-cv-12400 |
| 43 | Teri Scothern | Scothern v. Sanofi Aventis US LLC, et al. | 2:19-cv-12385 |
| 44 | Teresa Docherty | Docherty, et al., v. Sanofi US Services Inc., et al. | 2:19-cv-12444 |
| 45 | Elena Petty | Petty, et al., v. Sanofi US Services Inc., et al. | 2:19-cv-12920 |
| 46 | Evelyn E. Driggins | Driggins v. Sanofi US Services Inc., et al. | 2:19-cv-13229 |
| 47 | Reda M. Bishop | Bishop v. Accord Healthcare, Inc. | 2:19-cv-13367 |
| 48 | Sara Davis | Davis v. Sanofi US Services Inc., et al. | 2:20-cv-03248 |
| 49 | Maggie Louise Pierson | Pierson, et al., v. Teva Pharmaceuticals USA, Inc. | 2:21-cv-00348 |