MINUTE ENTRY
MILAZZO, J.
May 26, 2021

JS-10:00:15

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 | |
| PRODUCTS LIABILITY LITIGATION ) | | |
| ) | SECTION: "H" (5) | |
| ) | | |
| **This document relates to all cases** ) | | |

## MINUTE ENTRY

On May 26, 2021, the Court held a general status conference. The parties updated the Court on the status of the case and discussed the items set forth in Joint Report No. 22.

    Court Reporter:    Alexis Vice

    Law Clerk:    Samantha Schott Boudreaux

**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**