MINUTE ENTRY
MILAZZO, J.
May 26, 2021

JS-10: 00:36

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: **16-17039 Elizabeth Kahn** | | |

## ORAL ARGUMENT
*U.S. District Judge Jane Triche Milazzo presiding*

COURT REPORTER: ALEXIS VICE
LAW CLERK: SAMANTHA BOUDREAUX
CASE MANAGER: CHERIE STOUDER

APPEARANCES:   CHRISTOPHER COFFIN AND JESSICA PEREZ ON
BEHALF OF PLAINTIFFS
DOUG MOORE AND JOHN STRONGMAN, ON BEHALF
OF DEFENDANTS, SANOFI

Court begins at 9:00 a.m.
Counsel make appearances on the record.

The following motions are argued by counsel and taken under submission by the Court:

> Motion for Reconsideration of the Court's Order and Reasons Granting in Part and Denying in Part Defendants' Motion for Summary Judgment on Warnings Causation **(Doc. 12536)**
> Motion for Reconsideration of the Court's Order and Reasons Denying Defendants' Motion for Summary Judgment Based on the Statute of limitations **(Doc. 12542)**

Matter adjourned at 9:36 a.m.

