| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 |
| | | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO ALL CASES | : : : | HON. JANE TRICHE MILAZZO |

## NOTICE OF FIRM NAME AND EMAIL ADDRESS CHANGE

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that effective immediately, the contact information for Daniel K. Bryson and John Hunter Bryson, attorney for Plaintiffs attached on Exhibit A, will be as follows:

Daniel K. Bryson
John Hunter Bryson
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
900 W. Morgan Street
Raleigh, NC 27603
Telephone: 919-600-5000
Facsimile: 919-600-5035
Email: dbryson@milberg.com
Email: hbryson@milberg.com

Dated: May 27, 2021

Respectfully Submitted,

BY: */s/ Daniel K. Bryson*
Daniel K. Bryson
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
900 W. Morgan Street
Raleigh, NC 27603
Telephone: 919-600-5000
Facsimile: 919-600-5035
Email: dbryson@milberg.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Notice of Firm Name and Email Address Change* was served by CM/ECF to the parties registered to the Court's CM/ECF system.

Dated: May 27, 2021                    MILBERG COLEMAN BRYSON PHILLIPS
                                       GROSSMAN, PLLC

                                       BY:*/s/ Daniel K. Bryson*
                                       Daniel K. Bryson
                                       MILBERG COLEMAN BRYSON PHILLIPS
                                       GROSSMAN, PLLC
                                       900 W. Morgan Street
                                       Raleigh, NC 27603
                                       Telephone: 919-600-5000
                                       Facsimile: 919-600-5035
                                       Email: dbryson@milberg.com
                                       *Counsel for Plaintiffs*