MINUTE ENTRY
MILAZZO, J.
May 26, 2021

JS-10: 01:31

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: **16-17061 Clare Guilbault** **18-8086  Audrey Plaisance** | | |

## ORAL ARGUMENT
*U.S. District Judge Jane Triche Milazzo presiding*

COURT REPORTER: ALEXIS VICE
LAW CLERK: SAMANTHA BOUDREAUX
CASE MANAGER: CHERIE CHARLES

APPEARANCES:   JOSH AUSTRY, DARRIN SHAKER, AND TREVOR ROCKSTAD ON BEHALF OF PLAINTIFFS
HEIDI HUBBARD, RICH MOORE, AND JOHN OLINDE, ON BEHALF OF DEFENDANTS, HOSPIRA, INC. AND HOSPIRA WORLDWIDE, LLC

Court begins at 1:00 p.m.
Counsel make appearances on the record.

The following motions are argued by counsel and taken under submission by the Court:

> Hospira's Motion for Summary Judgment Based on the Learned Intermediary Doctrine. **(Doc. 12538)**
> Hospira's Motion for Summary Judgment Based on the Statute of Limitations. **(Doc. 12386)**
> Hospira's Motion for Summary Judgment on Claims Under Illinois Law. **(Doc. 12387)**

Matter adjourned at 2:31 p.m.

