UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

           SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Patricia Williams**
**Case No.: 2:17-cv-13394**

## DECLARATION

I, Michael P. McGartland, have attempted to reach my client, Patricia Willaims on the following dates: 1/31/2020, 4/30/2021, 5/12/2021, 5/14/2021, and 5/26/2021 by (check all that apply) X  telephone, X  e-mail, ____ text message, ____ social media,  X  U.S. Mail, ____ Certified Mail, X  other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

s/ *Michael P. McGartland*
Michael P. McGartland
MS Bar No. 100487
McGartland Law Firm, PLLC
1300 S. University Drive, Suite 500
Fort Worth, Texas 76107
Telephone: (817) 332-9300
mike@mcgartland.com