UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| This document relates to all cases | | |

## PRETRIAL ORDER NO. 118

**IT IS ORDERED** that the next show cause hearing is **SET** for **July 9, 2021**, at **10:30 a.m.** in Judge Milazzo's courtroom (C224). The call-in information for this event will be disseminated at a later time.

**IT IS FURTHER ORDERED** that oral argument is **SET** for **July 9, 2021**, at **9:30 a.m.** on the following Motions:

- Motion to Exclude Supplemental Opinions of Dr. Laure Plunkett (Doc. 12575);
- Motion to Exclude Expert Testimony of David Ross (Doc. 12576); and
- Motion to Strike Untimely Supplemental Expert Report of Ellen T. Chang or Alternatively to Exclude Any Opinions Not Offered in her Original Report (Doc. 12582).

Each party will have seven minutes to argue each Motion.

**IT IS FURTHER ORDERED** that the Court will hold a meeting with lead and liaison counsel on **July 9, 2021**, at **8:30 a.m.**

New Orleans, Louisiana, this 27th day of May, 2021.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE