UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)       MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name**: __Szollia Thomas__
**Case No.:** __2:21-cv-00034__

## DECLARATION

I, __Patrick A. Luff__ (Attorney's Name), have attempted to reach my client, __Szollia Thomas__ on the following dates: __03/31/21, 04/14/21, 04/19/21, 04/23/21, 04/29/21, 05/04/21, 05/05/21, 05/11/21, 5/12/21 and 05/19/21__

by (check all that apply) ☒ telephone, ☒ e-mail, ☒ text message, ☐ social media, ☐ U.S. Mail, ☒ Certified Mail, ☐ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Respectfully submitted,

By: /s/ Patrick A. Luff
Patrick A. Luff
Texas Bar No. 24092728
pluff@fnlawfirm.com
**FEARS NACHAWATI, PLLC**
5473 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712