UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| **THIS DOCUMENT RELATES TO:** | Master Docket Case No. 2:16-md-2740 |
| ALL CASES IDENTIFIED IN EXHIBIT 1 | Honorable Jane Triche Milazzo |

## PLAINTIFFS' NOTICE OF FIRM NAME AND ADDRESS CHANGE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that counsel for Plaintiffs identified in Exhibit 1 hereby notifies this Court, and all parties to this action, that they can now be reached at the following law firm with the following updated contact information:

David J. Diamond
DIAMOND LAW
1700 E. River Road, #65237
Tucson, AZ 85728
P: (520) 497-2672
F: (520) 448-4466
Email: ddiamond@diamondlawusa.com;
khampton@diamondlawusa.com

Counsel will update ECF to reflect the same.

Dated this 28th day of May, 2021.

    Respectfully Submitted,
    */s/ David J. Diamond*
    David J. Diamond (AZ 010842)
    DIAMOND LAW
    1700 E. River Road, #65237
    Tucson, AZ 85728
    P: (520) 497-2672
    F: (520) 448-4466
    ddiamond@diamondlawusa.com

    *Attorney for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

    I, David J. Diamond, hereby certify that on May 28, 2021, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                                                */s/ David J. Diamond*
                                                                David J. Diamond