**EXHIBIT 1**

| Last Name | First Name | Case No. |
|---|---|---|
| Dean | Charles | 2:17-cv-12821 |
| Gilson | Kathleen | 2:17-cv-14003 |
| Grahek | Carol | 2:18-cv-13306 |
| Hille | Kathern | 2:17-cv-14020 |
| Howard | Vivian | 2:17-cv-13950 |
| Irino | Joshua | 2:17-cv-14144 |
| Lee-Nunn | Connie | 2:17-cv-14155 |
| McGlamery | Jacquelyn | 2:18-cv-14067 |
| Shumway | Tearsin | 2:17-cv-14158 |
| Stewart | Delores | 2:17-cv-14166 |
| Tanner | Nancy | 2:17-cv-14170 |