UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2740 |
| | ) | SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) | |

**CASE MANAGEMENT ORDER NO. 14(J)
(AMENDED TRIAL SCHEDULE – TRIAL 2A)**

In light of delays primarily related to the COVID-19 pandemic, including the Eastern District of Louisiana's COVID-19 General Order 21-1, the parties have agreed to amend the pretrial deadlines for Trials 2A as set forth in the attached charts. The Court enters this Case Management Order adopting the amended deadlines proposed by the parties.

New Orleans, Louisiana, this 28th day of May, 2021.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE

Case Management Order No. 14(J)

Taxotere MDL Bellwether #2A (Kahn v. Sanofi) Trial Schedule

|  | Trial 2A (Kahn) Schedule |
|---|---|
| Initial Reply Briefs* | Completed |
| Hearing and Argument (week of:)* | Completed |
| Phase II Discovery in Selected Trial Pool Cases | Completed |
| Plaintiff Expert Reports ¶ 4(a) | Completed |
| Plaintiff Expert depositions ¶ 4(a) | Completed |
| Defendant Expert Reports ¶ 4(b) | Completed |
| Defendant Expert Depositions ¶ 4(b) | Completed |
| Motions and Briefs ¶ 5(a) | Completed |
| Opposition Briefs ¶ 5(b) | Completed |
| Reply Briefs | Completed |
| Hearing and Argument ¶ 5(d) | Completed |
| Plaintiff Regulatory Expert Reports ¶ 4(a)* | Completed |
| Plaintiff Regulatory Expert depositions ¶ 4(a)* | Wednesday, April 7, 2021 |
| Defendant Regulatory Expert Reports ¶ 4(b) (if necessary)* | Monday April 26, 2021 |
| Defendant Regulatory Expert Depositions ¶ 4(b) (if necessary)* | Tuesday, May 4, 2021 |
| Motions and Briefs ¶ 5(a)* | Tuesday, May 11, 2021 |
| Opposition Briefs ¶ 5(b)* | Tuesday, May 25, 2021 |
| Reply Briefs* | Friday, June 4, 2021 |
| Hearing and Argument ¶ 5(d) | Friday, July 9, 2021 |
| Final Witness List ¶ 6(b) | Thursday, June 3, 2021 |
| Exhibit Lists and Deposition Designations ¶ 6(c) | Thursday, June 10, 2021 |
| Jury Questionnaire ¶ 6(a) | Thursday, June 10, 2021 |
| Motions in Limine ¶ 6(d) | Thursday, June 17, 2021 |
| Counter Designations ¶ 6(e) | Tuesday, June 29, 2021 |
| Oppositions to Motions in Limine ¶ 6(h) | Thursday, July 8, 2021 |
| Objections to Designations and Exhibits ¶ 6(f) | Thursday, July 15, 2021 |
| Responses to Objections to Designations (new) | Thursday, July 22, 2021 |
| Submit Designations to Court (new) | Monday, July 26, 2021 |
| Final Pretrial Order (new) | Thursday, August 5, 2021 |
| Plaintiffs' and Defendants' Jury Charges ¶ 6(g) | Thursday, August 5, 2021 |
| Final Pretrial Conference ¶ 6(j) | Wednesday, August 11, 2021 |
| Jury Selection | Monday, August 23, 2021 |
| Trial | Tuesday, August 24, 2021 |