UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

PATRICIA SAPP
Case No.: 17-11818

## MOTION FOR SUBSTITUTION OF A PARTY
## PURSUANT TO RULE 25(A)(1) AND SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, Counsel moves this Court for an order substituting as Plaintiff, Randall Sapp, Executor of the Estate of Patricia Sapp, in place of Plaintiff, Patricia Sapp.  As grounds for the same, Plaintiff states as follows:

1. The Complaint in the above styled manner was filed November 5, 2017.

2. The Plaintiff, Patricia Sapp, died on February 18, 2021.  (See Death Certificate- Exhibit A).

3. Randall Sapp was appointed as Executor of the Estate of Patricia Sapp on upon her death. (See Last Will & Testament- Exhibit B).

4. Under Rule 25 Federal Rules of Civil Procedure, the substitution of the above mentioned party is proper.

**WHEREFORE, ALL PREMISES CONSIDERED,** the plaintiff respectfully requests this Court to enter an Order substituting Randall Sapp Executor of the Estate for Patricia Sapp, for the Plaintiff, Patricia Sapp.

Respectfully Submitted,

*/s/ J. Christopher Elliott*
J. Christopher Elliott (BAR NO. 41063)
BACHUS & SCHANKER, LLC
101 West Colfax
Ste. 650
Denver, CO 80202
(303)899-9800
F: (303)893-9900
celliott@coloradolaw.net
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on June 2, 2021 I electronically filed this document with the clerk of the court using the CM/ECF system, which will send a notification of filing to CM/ECF participants registered to receive service in this MDL.

*/s/ J. Christopher Elliott*