**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | SECTION: "N" (5) |

**THIS DOCUMENT RELATES TO:**

*PATRICIA SAPP*
Case No.: 17-11818

### [PROPOSED] ORDER GRANTING SUBSITUTION

This came before the Court on Plaintiff Patricia Sapp's Motion for Substitution of Plaintiff. Based on the files, records, and proceedings herein:

IT IS HEREBY ORDERED THAT Plaintiff's Motion for Substitution of Plaintiff is GRANTED, and Randall Sapp, Executor of the Estate of Patricia Sapp is substituted as Plaintiff in the above referenced action.

So ordered this ___ day of _____, 2021.

_____
District Judge