# GEORGIA DEATH CERTIFICATE

State File Number: 2021GA000015062

**1. DECEDENT'S LEGAL FULL NAME (First, Middle, Last):** PATRICIA IRENE JOHNSON SAPP
**1a. IF FEMALE, ENTER LAST NAME AT BIRTH:** JOHNSON
**2. SEX:** FEMALE
**2a. DATE OF DEATH (Mo., Day, Year):** ACTUAL DATE OF DEATH 02/18/2021
**3. SOCIAL SECURITY NUMBER:** 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
**4a. AGE (Years):** 62
**5. DATE OF BIRTH (Mo., Day, Year):** 06/10/1958
**6. BIRTHPLACE:** GEORGIA
**7a. RESIDENCE - STATE:** GEORGIA
**7b. COUNTY:** TWIGGS
**7c. CITY, TOWN:** MACON
**7d. STREET AND NUMBER:** 97 HICKORY COURT
**7e. ZIP CODE:** 31217
**7f. INSIDE CITY LIMITS?:** NO
**8. ARMED FORCES?:** NO
**8a. USUAL OCCUPATION:** DISABLED
**8b. KIND OF INDUSTRY OR BUSINESS:** DISABLED
**9. MARITAL STATUS:** MARRIED
**10. SPOUSE NAME:** RANDALL LEWIS SAPP
**11. FATHER'S FULL NAME:** KELLEY R JOHNSON
**12. MOTHER'S MAIDEN NAME:** MARGARET IRENE BEMBRY
**13a. INFORMANT'S NAME:** RANDALL LEWIS SAPP
**13b. RELATIONSHIP TO DECEDENT:** HUSBAND
**13c. MAILING ADDRESS:** 97 HICKORY COURT MACON GEORGIA 31217
**14. DECEDENT'S EDUCATION:** 12TH GRADE COMPLETED BUT DID NOT GRADUATE
**15. ORIGIN OF DECEDENT:** NO, NOT SPANISH/HISPANIC/LATINO
**16. DECEDENT'S RACE:** WHITE
**17a. IF DEATH OCCURRED IN HOSPITAL:** (blank)
**17b. IF DEATH OCCURRED OTHER THAN HOSPITAL:** DECEDENT'S HOME
**18. HOSPITAL OR OTHER INSTITUTION NAME:** 97 HICKORY COURT
**19. CITY, TOWN or LOCATION OF DEATH:** MACON
**20. COUNTY OF DEATH:** TWIGGS
**21. METHOD OF DISPOSITION:** BURIAL
**22. PLACE OF DISPOSITION:** MACON MEMORIAL PARK CEMETERY 3969 MERCER UNIVERSITY DRIVE MACON GEORGIA 31204
**23. DISPOSITION DATE:** 02/22/2021
**24a. EMBALMER'S NAME:** RIC DAVIS
**24b. EMBALMER LICENSE NO.:** 3999
**25. FUNERAL HOME NAME:** MACON MEMORIAL PARK FUNERAL HOME
**25a. FUNERAL HOME ADDRESS:** 3969 MERCER UNIVERSITY DRIVE MACON GEORGIA 31204
**26a. SIGNATURE OF FUNERAL DIRECTOR:** DAVID ASBELL
**26b. FUN. DIR. LICENSE NO:** 3382
**27. DATE PRONOUNCED DEAD:** 02/18/2021
**28. HOUR PRONOUNCED DEAD:** 09:00 AM
**29a. PRONOUNCER'S NAME:** HAROLD REECE JR
**29c. DATE SIGNED:** 02/18/2021
**30. TIME OF DEATH:** 09:00 AM
**31. WAS CASE REFERRED TO MEDICAL EXAMINER:** YES

**32. Part I. Chain of events:**
A. **IMMEDIATE CAUSE:** MYOCARDIAL INFARCTION — Approximate interval: IMMEDIATE
B. Due to: CONGESTIVE HEART FAILURE — DAYS
C. (blank)
D. (blank)

**33. WAS AUTOPSY PERFORMED?:** NO
**34. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?:** (blank)
**35. TOBACCO USE CONTRIBUTED TO DEATH:** UNKNOWN
**36. IF FEMALE (range 10-54) PREGNANT:** NOT PREGNANT WITHIN THE PAST YEAR
**37. ACCIDENT, SUICIDE, HOMICIDE, UNDETERMINED:** NATURAL

**45. Medical Certifier:** /S/ HAROLD REECE JR CORONER
**46a. DATE SIGNED:** 02/23/2021
**46b. HOUR OF DEATH:** 09:00 AM
**47. NAME, ADDRESS, AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH:** HAROLD REECE JR PO BOX 6 JEFFERSONVILLE, GA 31044 JEFFERSONVILLE GEORGIA 31044
**48. REGISTRAR (Signature):** /S/ CHRISTOPHER JP HARRISON
**49. DATE FILED - REGISTRAR:** 02/23/2021

Form 3903 (Rev. 04/2012), GEORGIA DEPARTMENT OF PUBLIC HEALTH

THIS IS TO CERTIFY THAT THIS IS A TRUE REPRODUCTION OF THE ORIGINAL RECORD ON FILE WITH THE STATE OFFICE OF VITAL RECORDS, GEORGIA DEPARTMENT OF PUBLIC HEALTH. THIS CERTIFIED COPY IS ISSUED UNDER THE AUTHORITY OF CHAPTER 31-10, CODE OF GEORGIA AND 511-1-3 DPH RULES AND REGULATIONS.

Christopher JP Harrison — STATE REGISTRAR AND CUSTODIAN, GEORGIA STATE OFFICE OF VITAL RECORDS
COUNTY CUSTODIAN: Belinda Bryant
ISSUED BY: (signature)
DATE ISSUED: 2-26-21

Any reproduction of this document is prohibited by statute. Do not accept unless embossed with a raised seal.
VOID IF ALTERED OR COPIED