# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

June 01, 2021

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 20-30405   Phillips v. Sanofi US Services
                           USDC No. 2:16-MD-2740
                           USDC No. 2:16-CV-15397

Dear Ms. Michel,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

*Shea E. Pertuit*

By: _____
Shea E. Pertuit, Deputy Clerk
504-310-7666

cc:
    Ms. Betsy J. Barnes
    Ms. Dawn M. Barrios
    Ms. Ilana H. Eisenstein
    Mr. John Christian Enochs
    Ms. Rachel Horton
    Mr. Matthew Palmer Lambert