## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI-AVENTIS U.S. LLC AND SANOFI U.S SERVICES, INC.** |
| THIS DOCUMENT RELATES TO: ELLEN DELNIGRO v. SANOFI U.S. SERVICES, INC., ET AL. | Civil Action No.: 2:19-cv-12242 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 2nd day of June 2021.

**BACHUS & SCHANKER, LLC**

By: */s/ J.Christopher Elliott*
J. Christopher Elliott, Esq.
J. Kyle Bachus, Esq.
Darin L. Schanker, Esq.

Bachus & Schanker, LLC
101 West Colfax Suite 650
Denver, CO 80202
Telephone: (303)893-8900
Facsimile: (303) 893-9900
Email: celliott@coloradolaw.net

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: June 2, 2021

*/s/J. Christopher Elliott*