UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) **MDL NO. 2740** ) ) **SECTION "N" (5)** ) |
| DEBORAH DUPREE, | ) **JUDGE TRICHE MILAZZO** ) |
| Plaintiff, | ) **MAG. JUDGE NORTH** ) |
| v. | ) ) **Civil Action No.: 2:21-cv-65** |
| SANOFI U.S. SERVICES INC. f/k/a SANOFI U.S. INC. ET. AL. | ) ) ) |
| Defendants. | ) |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiff will submit an accompanying Motion to Vacate Notice of Voluntary Dismissal on the 3rd day of June, 2021, before the Honorable Triche Milazzo of the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130. Oral argument has not been requested.

Respectfully Submitted,

/s/ Magdalena F. Gonzalez

**Magdalena F. Gonzalez**
Gardi & Haught, Ltd.
939 N. Plum Grove Rd., Suite C
Schaumburg, IL 60173
(847) 944-9400
mgonzalez@gardilaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on June 3, 2021 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

      DATED: June 3, 2021

      /s/ Magdalena F. Gonzalez