# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) MDL NO. 2740 ) ) SECTION "N" (5) ) |
| DEBORAH DUPREE, | ) JUDGE TRICHE MILAZZO ) |
| Plaintiff, | ) MAG. JUDGE NORTH ) |
| v. | ) ) Civil Action No.: 2:21-cv-65 |
| SANOFI U.S. SERVICES INC. f/k/a SANOFI U.S. INC. ET. AL. | ) ) ) |
| Defendants. | ) |

### PLAINTIFF'S MEMORANDUM IN SUPPORT OF
### PLAINTIFF'S MOTION TO VACATE VOLUNTARY DISMISSAL

NOW COMES the Plaintiff, DEBORAH DUPREE, by and through her attorneys, GARDI & HAUGHT, LTD., and for her Memorandum in Support of Plaintiff's Motion to Vacate Voluntary Dismissal, hereby states as follows:

### FACTS

On March 4, 2021, counsel for the Plaintiff filed a Notice of Partial Dismissal dismissing all Defendants except Sanofi-Aventis US LLC and Sanofi US Services, Inc. *See Notice of Partial Dismissal with Prejudice attached hereto as Exhibit 1*. At the time, counsel for the Plaintiff was under the impression the Plaintiff underwent treatment with Taxotere at Cancer Center of Kansas well before 2011, based on information and documents provided to counsel by the Plaintiff. Counsel proceeded to order the Plaintiff's medical records from Cancer City of Kansas. Counsel filed the aforementioned Notice of Partial Dismissal with Prejudice under the assumption that the client had provided counsel with the correct dates of treatment with Taxotere.

On May 24, 2021, counsel received a completed CMO-12 from Cancer City of Kansas identifying the manufacturer of the Taxotere/Docetaxel administered to the Plaintiff as Hospira, Inc. Now that the Plaintiff has identified proper Defendant, the Plaintiff would like to vacate the Plaintiff's previous Notice of Partial Dismissal and file a subsequent Notice of Partial Dismissal as to all Defendants except Hospira, Inc.

## ARGUMENT

The Plaintiff her original Notice of Partial Dismissal With Prejudice under the incorrect assumption that the Plaintiff was treated with Taxotere well before 2011, when the only manufacturer of Taxotere was Sanofi. The Plaintiff is now certain the manufacturer of the Taxotere/Docetaxel she was treated with was Hospira, Inc.

The Defendant, Hospira, Inc., would not be prejudiced if the Court grants the Plaintiff's Motion to Vacate Voluntary Dismissal, as this matter is still in its preliminary stages. The Plaintiff has only recently finished gathering and uploading documents to MDL Centrality that are required to trigger the Defendant's obligation to file a Defendant Fact Sheet. Further, Sanofi-Aventis US LLC and Sanofi US Services, Inc. would be severely prejudiced if this matter were to proceed against them, as they are not the proper Defendants. Counsel for the Plaintiff erred in relying on statements of the Plaintiff and documents provided by the Plaintiff in making the decision to dismiss all Defendants except Sanofi-Aventis US LLC and Sanofi US Services, Inc. The Plaintiff's case should be not be tarnished by the Plaintiff inadvertently miscommunicating her dates of treatment with Taxotere to her attorney.

## CONCLUSION

WHEREFORE, based on the foregoing, the Plaintiff respectfully requests this Honorable Court grant the Plaintiff's Motion to Vacate Voluntary Dismissal.

By: /s/ Magdalena F. Gonzalez
   Gardi & Haught, Ltd.
   Plaintiff's Attorneys

Magdalena F. Gonzalez
Gardi & Haught, Ltd.
Attorney for Plaintiff
939 Plum Grove Road, Suite C
Schaumburg, IL 60173
(847) 944-9400 Phone
(847) 944-9401 Fax
Attorney No. 6335946
mgonzalez@gardilaw.com
info@gardilaw.com



## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) MDL NO. 2740 ) |
| | ) SECTION "H" (5) |
| | ) JUDGE TRICHE MILAZZO |
| DEOBRAH DUPREE, | ) MAG. JUDGE NORTH |
| | ) |
| Plaintiff, | ) NOTICE OF PARTIAL DISMISSAL |
| | ) WITH PREJUDICE AS TO ALL |
| v. | ) EXCEPT SANOFI- AVENTIS U.S. LLC |
| | ) and SANOFI US SERVICES INC. |
| SANOFI U.S. SERVICES INC. f/k/a SANOFI U.S. INC. ET. AL. | ) ) |
| | ) Civil Action No.: 2:21-cv-65 |
| Defendants. | ) ) |

### NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi-Aventis US LLC and Sanofi US Services Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Respectfully Submitted,

/s/ Magdalena F. Gonzalez

**Magdalena F. Gonzalez**
Gardi & Haught, Ltd.
939 N. Plum Grove Rd., Suite C
Schaumburg, IL 60173
(847) 944-9400
mgonzalez@gardilaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2021 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: March 4, 2021

/s/ Magdalena F. Gonzalez