# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Alice D. Hughes v. Accord Healthcare, Inc.* *Case No. 2:17-cv-11769* | : : : : | |

## DEFENDANT ACCORD HEALTHCARE, INC.'S ITEMIZED BILL OF COSTS

**Deposition Transcript Fees**

| INVOICE DATE | DEPONENT | DEPOSITION DATE | COST |
|---|---|---|---|
| 04/15/2019 | Alice Hughes | 03/20/2019 | $1,747.32 |
| 02/12/2020 | Dr. Robert Veith | 09/13/2019 | $1,480.80 |
| 02/26/2020 | Jennifer Hughes Scorsone and Robert Hughes | 01/30/2020 | $1,443.32 |
| 09/16/2020 | David B. Ross, M.D. | 08/27/2020 | $1,908.80 |
| 09/16/2020 | David B. Ross, M.D. | 08/27/2020 (video) | $500.00 |
| 09/17/2020 | Ellen Feigal, M.D. | 09/01/2020 | $3,852.70 |
| 09/17/2020 | Ellen Feigal, M.D. | 09/01/2020 (video) | $875.00 |
| 09/17/2020 | David Madigan, Ph.D. | 08/24/2020 | $2,285.50 |
| 09/17/2020 | David Madigan, Ph.D. | 08/24/2020 (video) | $500.00 |
| 09/17/2020 | Vesna Petronic-Rosic, M.D. | 08/29/2020 | $4,164.65 |
| 09/17/2020 | Vesna Petronic-Rosic, M.D. | 08/29/2020 (video) | $1,125.00 |
| 09/17/2020 | David Ross, M.D. | 08/31/2020 | $1,895.70 |
| 09/17/2020 | David Ross, M.D. | 08/31/2020 (video) | $500.00 |
| 09/24/2020 | Laura Plunkett, Ph.D. | 09/08/2020 | $1,781.65 |
| 09/24/2020 | Laura Plunkett, Ph.D. | 09/08/2020 (video) | $250.00 |
| 09/24/2020 | David Ross, M.D. | 09/10/2020 (video) | $375.00 |
| 09/24/2020 | Vesna Petronic-Rosic, M.D. | 09/12/2020 | $4,017.35 |
| 09/24/2020 | Vesna Petronic-Rosic, M.D. | 09/12/2020 (video) | $750.00 |
| 09/25/2020 | Linda Bosserman, M.D. | 09/14/2020 | $2,810.35 |
| 09/25/2020 | Linda Bosserman, M.D. | 09/14/2020 (video) | $500.00 |
| 09/28/2020 | Laura Plunkett, Ph.D. | 09/03/2020 | $1,512.65 |
| 09/28/2020 | Laura Plunkett, Ph.D. | 09/03/2020 (video) | $500.00 |
| 09/29/2020 | Linda Bosserman, M.D. | 09/15/2020 | $2,365.75 |
| 09/29/2020 | Linda Bosserman, M.D. | 09/15/2020 (video) | $500.00 |
| 10/26/2020 | Kord S. Honda, M.D. | 10/15/2020 | $522.60 |

| INVOICE DATE | DEPONENT | DEPOSITION DATE | COST |
|---|---|---|---|
| 10/28/2020 | Faith Durden, M.D. | 10/21/2020 | $492.75 |
| 11/19/2020 | Maurie Markman, M.D. | 11/06/2020 | $1,033.20 |
| | | **Subtotal:** | **$39,690.09** |