# EXHIBIT 2

## Veritext, LLC - New Jersey Region

Tel. 973-410-4040 Email: billing-nj@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Accounts Payable | | |
| --- | --- | --- | --- |
| | Accord Healthcare Inc. | **Invoice #:** | **3731320** |
| | 1009 Slater Road | **Invoice Date:** | **4/15/2019** |
| | Suite 210-B | **Balance Due:** | **$0.00** |
| | Durham, NC, 27703 | | |

| **Case: Hughes, Alice v. Accord Healthcare (2:17cv11769)** | **Proceeding Type: Depositions** |
| --- | --- |

Job #: 3249618   |   Job Date: 3/20/2019   |   Delivery: Normal

| Location: | Metairie, LA | Atty: | Brenda Sweet |
| --- | --- | --- | --- |
| Billing Atty: | Accounts Payable | Firm: | Tucker Ellis, LLP |
| Scheduling Atty: | Brenda A. Sweet | Tucker Ellis LLP | |

| Witness: Alice Hughes | Quantity | Price | Amount |
| --- | --- | --- | --- |
| Original with 1 Certified Transcript | 265.00 | $4.55 | $1,205.75 |
| Attendance - Per Session | 2.00 | $85.00 | $170.00 |
| Exhibits - Color | 21.00 | $0.75 | $15.75 |
| Exhibits | 110.00 | $0.45 | $49.50 |
| Litigation Package-Secure File Suite | 1.00 | $0.00 | $0.00 |
| Conference Suite & Amenities | 1.00 | $278.32 | $278.32 |
| Electronic Delivery and Handling | 1.00 | $28.00 | $28.00 |

| Notes: | | |
| --- | --- | --- |
| | **Invoice Total:** | **$1,747.32** |
| | **Payment:** | **($1,747.32)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

183531

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Invoice #:** **3731320**
**Invoice Date:** **4/15/2019**
**Balance Due:** **$0.00**

**Veritext, LLC**
**New Jersey Region**

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** | Accounts Payable<br>Accord Healthcare, Inc.<br>1009 Slater Road<br>Suite 210-B<br>Durham, NC, 27703 | **Invoice #:** NJ4189107<br>**Invoice Date:** 2/12/2020<br>**Balance Due:** $1,480.80 |

| | | |
|---|---|---|
| **Case:** | Hughes, Alice v. Accord Healthcare | **Firm:** Tucker Ellis, LLP |
| **Job #:** | 3480403 \| Job Date: 9/13/2019 \| Delivery: Normal | |
| **Billing Atty:** | Accounts Payable | |
| **Location:** | Regus - Metairie Galleria | |
| | One Galleria Blvd \| Ste 1900, Room CM1910 \| Veritext reserved room<br>Metairie, LA 70001 | |
| **Sched Atty:** | Brenda A. Sweet \| Tucker Ellis, LLP | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 200.00 | $4.55 | $910.00 |
| | Attendance Fee | 1 | 1.00 | $85.00 | $85.00 |
| | Exhibits - Color | Per Page | 148.00 | $0.50 | $74.00 |
| | Exhibits | Per Page | 189.00 | $0.25 | $47.25 |
| Dr. Robert Veith | Surcharge-Expert/Medical/Technical | Page | 200.00 | $0.50 | $100.00 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $0.00 | $0.00 |
| | Conference Suite & Amenities | 1 | 1.00 | $215.00 | $215.00 |
| | Exhibits Scanned-Searchable - OCR | Per Page | 1.00 | $0.00 | $0.00 |
| | Shipping & Handling | Package | 1.00 | $49.55 | $49.55 |

| **Notes:** | | | **Invoice Total:** | $1,480.80 |
|---|---|---|---|---|
| | | | **Payment:** | $0.00 |
| | | | **Credit:** | $0.00 |
| | | | **Interest:** | $0.00 |
| | | | **Balance Due:** | $1,480.80 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**<br>**www.veritext.com**<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover)

Please remit payment to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303

**Invoice #:** NJ4189107<br>**Job #:** 3480403<br>**Invoice Date:** 2/12/2020<br>**Balance:** $1,480.80

183531

## Veritext, LLC
## New Jersey Region



290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3132569

**Bill To:** Emily Knight
Tucker Ellis, LLP
233 S Wacker Dr, Suite 6950
Chicago, IL, 60606

| | |
|---|---|
| **Invoice #:** | NJ4182027 |
| **Invoice Date:** | 2/26/2020 |
| **Balance Due:** | $1,443.32 |

| | |
|---|---|
| **Case:** | Hughes, Alice v. Accord Healthcare |
| **Job #:** | 3849984 \| Job Date: 1/30/2020 \| Delivery: Expedited |
| **Case #:** | 2:17cv11769 |
| **Billing Atty:** | Emily Knight |
| **Location:** | Regus - Metairie Galleria |
| | One Galleria Blvd \| Ste 1900, Room CM1910 Metairie, LA 70001 |
| **Sched Atty:** | Julie A. Callsen Esq. \| Tucker Ellis, LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Jennifer Hughes Scorsone | Original with 1 Certified Transcript | Page | 54.00 | $4.55 | $245.70 |
| | Transcript - Expedited Fee | Page | 54.00 | $2.70 | $145.80 |
| | Exhibits | Per Page | 4.00 | $0.25 | $1.00 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $0.00 | $0.00 |
| Robert Hughes | Original with 1 Certified Transcript | Page | 78.00 | $4.55 | $354.90 |
| | Transcript - Expedited Fee | Page | 78.00 | $2.70 | $210.60 |
| | Attendance Fee | 1 | 2.00 | $85.00 | $170.00 |
| | Exhibits - Color | Per Page | 2.00 | $0.50 | $1.00 |
| | Exhibits | Per Page | 4.00 | $0.25 | $1.00 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $0.00 | $0.00 |
| | Conference Suite & Amenities | 1 | 1.00 | $278.32 | $278.32 |
| | Shipping & Handling | Package | 1.00 | $35.00 | $35.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,443.32 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,443.32 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to www.veritext.com**

38251

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | **NJ4182027** |
| **Job #:** | **3849984** |
| **Invoice Date:** | **2/26/2020** |
| **Balance:** | **$1,443.32** |

# TSG REPORTING

Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

**INVOICE**

**INVOICE DATE:** 9/16/2020
**INVOICE #:** 2027558
**JOB #:** 183200

| | |
|---|---|
| **BILL TO:** | Accord Healthcare<br>c/o Accord Healthcare Accounts Payable<br>1009 Slater Road, Ste. 210-B<br>Durham, NC 27703 US |
| **SHIP TO:** | Tucker Ellis LLP<br>c/o Matt Moriarty<br>950 Main Avenue, Suite 1100<br>Cleveland, OH 44113-7213 US |
| **CASE:** | In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.// Alice D. Hughes v. Accord Healthcare, Inc.) |
| **WITNESS:** | David B. Ross |
| **JOB DATE:** | 8/27/2020 |
| **LOCATION:** | TELEPHONIC, Baltimore, MD, 21201, US |

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| Certified Transcript | 1 | 205 | $3.45 | $707.25 |
| Certified Transcript - Evening Pages | 1 | 8 | $1.25 | $10.00 |
| Compressed / ASCII / Word Index | 1 | | $45.00 | $45.00 |
| Rough Transcript | 1 | 205 | $1.95 | $399.75 |
| Exhibits - Scanned & Hyperlinked - B&W | 1 | 104 | $0.45 | $46.80 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| Remote Video Stream Connectivity Charge / User | 2 | | $350.00 | $700.00 |
| | | | SUBTOTAL | $1,908.80 |
| | | | **TOTAL** | $1,908.80 |

**THANK YOU FOR YOUR BUSINESS!**

Please make all checks payable to: TSG Reporting Inc.          Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708          Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit. If you have any questions, please call TSG.



**INVOICE**

**INVOICE DATE:** 9/16/2020
**INVOICE #:** 2027559
**JOB #:** 183200

**BILL TO:** Accord Healthcare
c/o Accord Healthcare Accounts Payable
1009 Slater Road, Ste. 210-B
Durham, NC 27703 US

**SHIP TO:** Tucker Ellis LLP
c/o Matt Moriarty
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213 US

**CASE:** In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.// Alice D. Hughes v. Accord Healthcare, Inc.)

**WITNESS:** David B. Ross
**JOB DATE:** 8/27/2020
**LOCATION:** TELEPHONIC, Baltimore, MD, 21201, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|----------|---|-------|--------|

| Services | Qty | Media | Rate | Amount |
|----------|-----|-------|------|--------|
| Video Sync / Tape | 1 | 4 | $125.00 | $500.00 |
| Certified - MPEG - Complimentary | 1 | 4 | $50.00 | $0.00 |
| | | | SUBTOTAL | $500.00 |
| | | | **TOTAL** | $500.00 |

**THANK YOU FOR YOUR BUSINESS!**

Please make all checks payable to: TSG Reporting Inc.    Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708    Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit. If you have any questions, please call TSG.

# INVOICE

**INVOICE DATE:** 9/17/2020
**INVOICE #:** 2027822
**JOB #:** 183203

**BILL TO:** Accord Healthcare
c/o Accord Healthcare Accounts Payable
1009 Slater Road, Ste. 210-B
Durham, NC 27703 US

**SHIP TO:** Tucker Ellis LLP
c/o Mollie Benedict
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213 US

**CASE:** In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.)
**WITNESS:** Ellen Feigal, M.D.
**JOB DATE:** 9/1/2020
**LOCATION:** TELEPHONIC, Los Angeles, CA, 90211, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
| --- | --- | --- | --- |

| Services | Qty | Pages | Rate | Amount |
| --- | --- | --- | --- | --- |
| Certified Transcript | 1 | 407 | $3.45 | $1,404.15 |
| Certified Transcript - Early AM Pages | 1 | 42 | $1.25 | $52.50 |
| Certified Transcript - Evening Pages | 1 | 74 | $1.25 | $92.50 |
| Compressed / ASCII / Word Index | 1 | | $45.00 | $45.00 |
| Rough Transcript | 1 | 407 | $1.75 | $712.25 |
| Exhibits - Scanned & Hyperlinked - B&W | 1 | 1294 | $0.45 | $582.30 |
| Exhibits - Scanned & Hyperlinked - Color | 1 | 264 | $1.00 | $264.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| Remote Video Stream Connectivity Charge / User | 2 | | $350.00 | $700.00 |
| | | | SUBTOTAL | $3,852.70 |
| | | | **TOTAL** | $3,852.70 |

**THANK YOU FOR YOUR BUSINESS!**

Please make all checks payable to: TSG Reporting Inc.     Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit. If you have any questions, please call TSG.

# TSG REPORTING

**Worldwide - 24 Hours**
(877) 702-9580
www.tsgreporting.com

**INVOICE**

**INVOICE DATE:** 9/17/2020
**INVOICE #:** 2027823
**JOB #:** 183203

| | |
|---|---|
| **BILL TO:** | Accord Healthcare<br>c/o Accord Healthcare Accounts Payable<br>1009 Slater Road, Ste. 210-B<br>Durham, NC 27703 US |
| **SHIP TO:** | Tucker Ellis LLP<br>c/o Mollie Benedict<br>950 Main Avenue, Suite 1100<br>Cleveland, OH 44113-7213 US |
| **CASE:** | In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.) |
| **WITNESS:** | Ellen Feigal, M.D. |
| **JOB DATE:** | 9/1/2020 |
| **LOCATION:** | TELEPHONIC, Los Angeles, CA, 90211, US |

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Media | Rate | Amount |
|---|---|---|---|---|
| Video Sync / Tape | 1 | 7 | $125.00 | $875.00 |
| Certified - MPEG - Complimentary | 1 | 7 | $50.00 | $0.00 |
| | | | SUBTOTAL | $875.00 |
| | | | **TOTAL** | $875.00 |

**THANK YOU FOR YOUR BUSINESS!**

Please make all checks payable to: TSG Reporting Inc.     Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit. If you have any questions, please call TSG.

**INVOICE**

**INVOICE DATE:** 9/17/2020
**INVOICE #:** 2027359
**JOB #:** 183202

**BILL TO:** Accord Healthcare
c/o Accord Healthcare Accounts Payable
1009 Slater Road, Ste. 210-B
Durham, NC 27703 US

**SHIP TO:** Tucker Ellis LLP
c/o Julie Callsen
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213 US

**CASE:** In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.)
**WITNESS:** David Madigan, Ph.D.
**JOB DATE:** 8/24/2020
**LOCATION:** TELEPHONIC, Boston, MA, 02210, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| Certified Transcript | 1 | 212 | $3.45 | $731.40 |
| Compressed / ASCII / Word Index | 1 | | $45.00 | $45.00 |
| Certified Transcript - 7 Day Delivery | 1 | 212 | $1.40 | $296.80 |
| Rough Transcript | 1 | 212 | $1.75 | $371.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 1 | 314 | $0.45 | $141.30 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| Remote Video Stream Connectivity Charge / User | 2 | | $350.00 | $700.00 |
| | | | SUBTOTAL | $2,285.50 |
| | | | **TOTAL** | $2,285.50 |

**THANK YOU FOR YOUR BUSINESS!**

Please make all checks payable to: TSG Reporting Inc.        Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708        Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit. If you have any questions, please call TSG.

# TSG REPORTING

**Worldwide - 24 Hours**
(877) 702-9580
www.tsgreporting.com

## INVOICE

**INVOICE DATE:** 9/17/2020
**INVOICE #:** 2027360
**JOB #:** 183202

**BILL TO:**     Accord Healthcare
c/o Accord Healthcare Accounts Payable
1009 Slater Road, Ste. 210-B
Durham, NC 27703 US

**SHIP TO:**     Tucker Ellis LLP
c/o Julie Callsen
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213 US

**CASE:**     In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.)
**WITNESS:**     David Madigan, Ph.D.
**JOB DATE:**     8/24/2020
**LOCATION:**     TELEPHONIC, Boston, MA, 02210, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|----------|---|-------|--------|

| Services | Qty | Media | Rate | Amount |
|----------|-----|-------|------|--------|
| Video Sync / Tape | 1 | 4 | $125.00 | $500.00 |
| Certified - MPEG - Complimentary | 1 | 4 | $50.00 | $0.00 |
| | | | SUBTOTAL | $500.00 |
| | | | **TOTAL** | $500.00 |

**THANK YOU FOR YOUR BUSINESS!**

Please make all checks payable to: TSG Reporting Inc.     Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit. If you have any questions, please call TSG.

# TSG Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

**REPORTING**

## INVOICE

**INVOICE DATE:** 9/17/2020
**INVOICE #:** 2027684
**JOB #:** 182682

**BILL TO:** Accord Healthcare
c/o Accord Healthcare Accounts Payable
1009 Slater Road, Ste. 210-B
Durham, NC 27703 US

**SHIP TO:** Tucker Ellis LLP
c/o Madeline Dennis
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213 US

**CASE:** In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.// Alice D. Hughes v. Accord Healthcare, Inc.)

**WITNESS:** Vesna Petronic-Rosic, M.D., M.Sc., M.B.A

**JOB DATE:** 8/29/2020

**LOCATION:** TELEPHONIC, Washington, DC, 20001, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| Certified Transcript | 1 | 406 | $3.45 | $1,400.70 |
| Certified Transcript - Evening Pages | 1 | 82 | $1.25 | $102.50 |
| Certified Transcript - Weekend Pages | 1 | 406 | $1.25 | $507.50 |
| Compressed / ASCII / Word Index | 1 | | $45.00 | $45.00 |
| Rough Transcript | 1 | 406 | $1.75 | $710.50 |
| Exhibits - Scanned & Hyperlinked - B&W | 1 | 541 | $0.45 | $243.45 |
| Exhibits - Scanned & Hyperlinked - Color | 1 | 105 | $1.00 | $105.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| Remote Video Stream Connectivity Charge / User | 3 | | $350.00 | $1,050.00 |
| | | | SUBTOTAL | $4,164.65 |
| | | | TOTAL | $4,164.65 |

**THANK YOU FOR YOUR BUSINESS!**

Please make all checks payable to: TSG Reporting Inc.    Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708    Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceed the legal limit. If you have any questions, please call TSG.

**INVOICE**

**INVOICE DATE:** 9/17/2020
**INVOICE #:** 2027685
**JOB #:** 182682

**BILL TO:** Accord Healthcare
c/o Accord Healthcare Accounts Payable
1009 Slater Road, Ste. 210-B
Durham, NC 27703 US

**SHIP TO:** Tucker Ellis LLP
c/o Madeline Dennis
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213 US

**CASE:** In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.// Alice D. Hughes v. Accord Healthcare, Inc.)

**WITNESS:** Vesna Petronic-Rosic, M.D., M.Sc., M.B.A

**JOB DATE:** 8/29/2020

**LOCATION:** TELEPHONIC, Washington, DC, 20001, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|----------|---|-------|--------|

| Services | Qty | Media | Rate | Amount |
|----------|-----|-------|------|--------|
| Video Sync / Tape | 1 | 9 | $125.00 | $1,125.00 |
| Certified - MPEG - Complimentary | 1 | 9 | $50.00 | $0.00 |
| | | | SUBTOTAL | $1,125.00 |
| | | | **TOTAL** | $1,125.00 |

**THANK YOU FOR YOUR BUSINESS!**

**Please make all checks payable to: TSG Reporting Inc.**     **Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit. If you have any questions, please call TSG.

# TSG
## Worldwide - 24 Hours
### (877) 702-9580
### www.tsgreporting.com
# REPORTING

**INVOICE**

**INVOICE DATE:** 9/17/2020
**INVOICE #:** 2027824
**JOB #:** 183201

**BILL TO:** Accord Healthcare
c/o Accord Healthcare Accounts Payable
1009 Slater Road, Ste. 210-B
Durham, NC 27703 US

**SHIP TO:** Tucker Ellis LLP
c/o Julie Callsen
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213 US

**CASE:** In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.// Alice D. Hughes v. Accord Healthcare, Inc.)

**WITNESS:** David Ross

**JOB DATE:** 8/31/2020

**LOCATION:** TELEPHONIC, Baltimore, MD, 21201, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| Certified Transcript | 1 | 196 | $3.45 | $676.20 |
| Compressed / ASCII / Word Index | 1 | | $45.00 | $45.00 |
| Rough Transcript | 1 | 196 | $1.95 | $382.20 |
| Exhibits - Scanned & Hyperlinked - B&W | 1 | 154 | $0.45 | $69.30 |
| Exhibits - Scanned & Hyperlinked - Color | 1 | 23 | $1.00 | $23.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| Remote Video Stream Connectivity Charge / User | 2 | | $350.00 | $700.00 |
| | | | SUBTOTAL | $1,895.70 |
| | | | TOTAL | $1,895.70 |

**THANK YOU FOR YOUR BUSINESS!**

Please make all checks payable to: TSG Reporting Inc.     Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit. If you have any questions, please call TSG.

# TSG
## REPORTING
**Worldwide - 24 Hours**
(877) 702-9580
www.tsgreporting.com

**INVOICE**

**INVOICE DATE:** 9/17/2020
**INVOICE #:** 2027825
**JOB #:** 183201

**BILL TO:**       Accord Healthcare
                   c/o Accord Healthcare Accounts Payable
                   1009 Slater Road, Ste. 210-B
                   Durham, NC 27703 US

**SHIP TO:**       Tucker Ellis LLP
                   c/o Julie Callsen
                   950 Main Avenue, Suite 1100
                   Cleveland, OH 44113-7213 US

**CASE:**          In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.// Alice D. Hughes v.
                   Accord Healthcare, Inc.)

**WITNESS:**       David Ross
**JOB DATE:**      8/31/2020
**LOCATION:**      TELEPHONIC, Baltimore, MD, 21201, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Media | Rate | Amount |
|---|---|---|---|---|
| Video Sync / Tape | 1 | 4 | $125.00 | $500.00 |
| Certified - MPEG - Complimentary | 1 | 4 | $50.00 | $0.00 |
|  |  |  | SUBTOTAL | $500.00 |
|  |  |  | **TOTAL** | $500.00 |

**THANK YOU FOR YOUR BUSINESS!**

Please make all checks payable to: TSG Reporting Inc.      Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit. If you have any questions, please call TSG.

# TSG REPORTING

**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

**INVOICE**

**INVOICE DATE:** 9/24/2020
**INVOICE #:** 2028254
**JOB #:** 183842

| | |
|---|---|
| **BILL TO:** | Accord Healthcare |
| | c/o Accord Healthcare Accounts Payable |
| | 1009 Slater Road, Ste. 210-B |
| | Durham, NC 27703 US |
| **SHIP TO:** | Tucker Ellis LLP |
| | c/o Julie Callsen |
| | 950 Main Avenue, Suite 1100 |
| | Cleveland, OH 44113-7213 US |
| **CASE:** | In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.) |
| **WITNESS:** | Laura Plunkett |
| **JOB DATE:** | 9/8/2020 |
| **LOCATION:** | TELEPHONIC, Dallas, TX, 75001, US |

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| Certified Transcript | 1 | 149 | $3.45 | $514.05 |
| Compressed / ASCII / Word Index | 1 | | $45.00 | $45.00 |
| Rough Transcript | 1 | 149 | $1.75 | $260.75 |
| Exhibits - Scanned & Hyperlinked - B&W | 1 | 333 | $0.45 | $149.85 |
| Exhibits - Scanned & Hyperlinked - Color | 1 | 112 | $1.00 | $112.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| Remote Video Stream Connectivity Charge / User | 2 | | $350.00 | $700.00 |
| | | | SUBTOTAL | $1,781.65 |
| | | | **TOTAL** | $1,781.65 |

**THANK YOU FOR YOUR BUSINESS!**

**Please make all checks payable to: TSG Reporting Inc.**     **Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit. If you have any questions, please call TSG.

# TSG

## REPORTING

**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

**INVOICE**

**INVOICE DATE:** 9/24/2020
**INVOICE #:** 2028255
**JOB #:** 183842

**BILL TO:**       Accord Healthcare
             c/o Accord Healthcare Accounts Payable
             1009 Slater Road, Ste. 210-B
             Durham, NC 27703 US

**SHIP TO:**       Tucker Ellis LLP
             c/o Julie Callsen
             950 Main Avenue, Suite 1100
             Cleveland, OH 44113-7213 US

**CASE:**          In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.)
**WITNESS:**       Laura Plunkett
**JOB DATE:**      9/8/2020
**LOCATION:**      TELEPHONIC, Dallas, TX, 75001, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|----------|---|-------|--------|

| Services | Qty | Media | Rate | Amount |
|----------|-----|-------|------|--------|
| Video Sync / Tape | 1 | 2 | $125.00 | $250.00 |
| Certified - MPEG - Complimentary | 1 | 2 | $50.00 | $0.00 |
|  |  |  | SUBTOTAL | $250.00 |
|  |  |  | **TOTAL** | $250.00 |

**THANK YOU FOR YOUR BUSINESS!**

**Please make all checks payable to: TSG Reporting Inc.**       **Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**       **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit. If you have any questions, please call TSG.



**INVOICE**

**INVOICE DATE:** 9/24/2020
**INVOICE #:** 2028545
**JOB #:** 183806

**BILL TO:**
Accord Healthcare
c/o Accord Healthcare Accounts Payable
1009 Slater Road, Ste. 210-B
Durham, NC 27703 US

**SHIP TO:**
Tucker Ellis LLP
c/o Julie Callsen
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213 US

**CASE:**
In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.// Alice D. Hughes v. Accord Healthcare, Inc.)

**WITNESS:**
David B. Ross, M.D., Ph.D., M.B.I.

**JOB DATE:**
9/10/2020

**LOCATION:**
TELEPHONIC, Baltimore, MD, 21201, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|----------|---|-------|--------|

| Services | Qty | Media | Rate | Amount |
|----------|-----|-------|------|--------|
| Video Sync / Tape | 1 | 3 | $125.00 | $375.00 |
| Certified - MPEG - Complimentary | 1 | 3 | $50.00 | $0.00 |
| | | | SUBTOTAL | $375.00 |
| | | | **TOTAL** | $375.00 |

**THANK YOU FOR YOUR BUSINESS!**

**Please make all checks payable to: TSG Reporting Inc.      Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708      Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit. If you have any questions, please call TSG.

# TSG
## REPORTING

**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

## INVOICE

**INVOICE DATE:** 9/24/2020
**INVOICE #:** 2028581
**JOB #:** 184078

| | |
|---|---|
| **BILL TO:** | Accord Healthcare<br>c/o Accord Healthcare Accounts Payable<br>1009 Slater Road, Ste. 210-B<br>Durham, NC 27703 US |
| **SHIP TO:** | Tucker Ellis LLP<br>c/o Madeline Dennis<br>950 Main Avenue, Suite 1100<br>Cleveland, OH 44113-7213 US |
| **CASE:** | In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.// Alice D. Hughes v. Accord Healthcare, Inc.) |
| **WITNESS:** | Vesna Petronic-Rosic, M.D. |
| **JOB DATE:** | 9/12/2020 |
| **LOCATION:** | TELEPHONIC, Washington, DC, 20001, US |

**NOTES:**

| SHIP VIA | Overnight | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| **Vesna Petronic-Rosic, M.D.** | | | | |
| Original & 1 Certified Transcript | 1 | 254 | $4.75 | $1,206.50 |
| Original Transcript - Weekend Pages | 1 | 254 | $2.00 | $508.00 |
| Compressed / ASCII / Word Index | 1 | | $45.00 | $45.00 |
| Rough Transcript | 1 | 254 | $1.75 | $444.50 |
| Exhibits - Scanned & Hyperlinked - B&W | 1 | 463 | $0.45 | $208.35 |
| Exhibits - Scanned & Hyperlinked - Color | 1 | 25 | $1.00 | $25.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| Remote Video Stream Connectivity Charge / User | 3 | | $350.00 | $1,050.00 |
| **Other Services** | | | | |
| Reporter Appearance Fee / Weekend Session - Video Recorded Telephonic | 2 | | $232.50 | $465.00 |
| | | | SUBTOTAL | $3,952.35 |
| | | | SHIPPING & HANDLING | $65.00 |
| | | | **TOTAL** | $4,017.35 |

THE SHIPPING CHARGE REFLECTS THE TOTAL COST OF ALL SHIPMENTS FOR YOUR ORDER ON THIS JOB.

**THANK YOU FOR YOUR BUSINESS!**

Please make all checks payable to: TSG Reporting Inc.      Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit. If you have any questions, please call TSG.



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

INVOICE

**INVOICE DATE:** 9/24/2020
**INVOICE #:** 2028578
**JOB #:** 184078

**BILL TO:** Accord Healthcare
c/o Accord Healthcare Accounts Payable
1009 Slater Road, Ste. 210-B
Durham, NC 27703 US

**SHIP TO:** Tucker Ellis LLP
c/o Madeline Dennis
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213 US

**CASE:** In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.// Alice D. Hughes v. Accord Healthcare, Inc.)

**WITNESS:** Vesna Petronic-Rosic, M.D.
**JOB DATE:** 9/12/2020
**LOCATION:** TELEPHONIC, Washington, DC, 20001, US

**NOTES:**

| SHIP VIA | Overnight | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Media | Rate | Amount |
|---|---|---|---|---|
| Video Sync / Tape | 1 | 6 | $125.00 | $750.00 |
| Certified - MPEG - Complimentary | 1 | 6 | $50.00 | $0.00 |
| | | | SUBTOTAL | $750.00 |
| | | | **TOTAL** | $750.00 |

**THANK YOU FOR YOUR BUSINESS!**

**Please make all checks payable to: TSG Reporting Inc.**     **Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceed the legal limit. If you have any questions, please call TSG.

# TSG
## REPORTING

**Worldwide · 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

**INVOICE**

**INVOICE DATE:** 9/25/2020
**INVOICE #:** 2028669
**JOB #:** 184048

**BILL TO:**   Accord Healthcare
c/o Accord Healthcare Accounts Payable
1009 Slater Road, Ste. 210-B
Durham, NC 27703 US

**SHIP TO:**   Tucker Ellis LLP
c/o Julie Callsen
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213 US

**CASE:**   In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.// Alice D. Hughes v. Accord Healthcare, Inc.)

**WITNESS:**   Linda Bosserman

**JOB DATE:**   9/14/2020

**LOCATION:**   TELEPHONIC, Los Angeles, CA, 90012, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| Certified Transcript | 1 | 227 | $3.45 | $783.15 |
| Certified Transcript - Early AM Pages | 1 | 37 | $1.25 | $46.25 |
| Compressed / ASCII / Word Index | 1 | | $45.00 | $45.00 |
| Rough Transcript | 1 | 227 | $1.75 | $397.25 |
| Exhibits - Scanned & Hyperlinked - B&W | 1 | 1046 | $0.45 | $470.70 |
| Exhibits - Scanned & Hyperlinked - Color | 1 | 368 | $1.00 | $368.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| Remote Video Stream Connectivity Charge / User | 2 | | $350.00 | $700.00 |
| | | | SUBTOTAL | $2,810.35 |
| | | | **TOTAL** | $2,810.35 |

**THANK YOU FOR YOUR BUSINESS!**

**Please make all checks payable to: TSG Reporting Inc.**     **Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit. If you have any questions, please call TSG.



**INVOICE**

**INVOICE DATE:** 9/25/2020
**INVOICE #:** 2028670
**JOB #:** 184048

**BILL TO:**         Accord Healthcare
                    c/o Accord Healthcare Accounts Payable
                    1009 Slater Road, Ste. 210-B
                    Durham, NC 27703 US

**SHIP TO:**         Tucker Ellis LLP
                    c/o Julie Callsen
                    950 Main Avenue, Suite 1100
                    Cleveland, OH 44113-7213 US

**CASE:**            In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.// Alice D. Hughes v.
                    Accord Healthcare, Inc.)

**WITNESS:**         Linda Bosserman

**JOB DATE:**        9/14/2020

**LOCATION:**        TELEPHONIC, Los Angeles, CA, 90012, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Media | Rate | Amount |
|---|---|---|---|---|
| Video Sync / Tape | 1 | 4 | $125.00 | $500.00 |
| Certified - MPEG - Complimentary | 1 | 4 | $50.00 | $0.00 |
|  |  |  | SUBTOTAL | $500.00 |
|  |  |  | **TOTAL** | $500.00 |

**THANK YOU FOR YOUR BUSINESS!**

**Please make all checks payable to: TSG Reporting Inc.     Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708     Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceed the legal limit. If you have any questions, please call TSG.

# TSG REPORTING

**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

**INVOICE**

**INVOICE DATE:** 9/28/2020
**INVOICE #:** 2028795
**JOB #:** 183205

**BILL TO:**    Accord Healthcare
c/o Accord Healthcare Accounts Payable
1009 Slater Road, Ste. 210-B
Durham, NC 27703 US

**SHIP TO:**    Tucker Ellis LLP
c/o Julie Callsen
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213 US

**CASE:**    In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.// Alice D. Hughes v. Accord Healthcare, Inc.)

**WITNESS:**    Dr. Laura Plunkett

**JOB DATE:**    9/3/2020

**LOCATION:**    TELEPHONIC, Dallas, TX, 75001, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|----------|---|-------|--------|

| Services | Qty | Pages | Rate | Amount |
|----------|-----|-------|------|--------|
| Certified Transcript | 1 | 267 | $3.45 | $921.15 |
| Compressed / ASCII / Word Index | 1 | | $45.00 | $45.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 1 | 1210 | $0.45 | $544.50 |
| Exhibits - Scanned & Hyperlinked - Color | 1 | 2 | $1.00 | $2.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| | | | SUBTOTAL | $1,512.65 |
| | | | **TOTAL** | $1,512.65 |

**THANK YOU FOR YOUR BUSINESS!**

Please make all checks payable to: TSG Reporting Inc.    Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708    Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit. If you have any questions, please call TSG.



**INVOICE**

**INVOICE DATE:** 9/28/2020
**INVOICE #:** 2028796
**JOB #:** 183205

**BILL TO:**        Accord Healthcare
                    c/o Accord Healthcare Accounts Payable
                    1009 Slater Road, Ste. 210-B
                    Durham, NC 27703 US
**SHIP TO:**        Tucker Ellis LLP
                    c/o Julie Callsen
                    950 Main Avenue, Suite 1100
                    Cleveland, OH 44113-7213 US
**CASE:**           In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.// Alice D. Hughes v.
                    Accord Healthcare, Inc.)
**WITNESS:**        Dr. Laura Plunkett
**JOB DATE:**       9/3/2020
**LOCATION:**       TELEPHONIC, Dallas, TX, 75001, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|----------|---|-------|--------|

| Services | Qty | Media | Rate | Amount |
|----------|-----|-------|------|--------|
| Video Sync / Tape | 1 | 4 | $125.00 | $500.00 |
| Certified - MPEG - Complimentary | 1 | 4 | $50.00 | $0.00 |
| | | | SUBTOTAL | $500.00 |
| | | | **TOTAL** | $500.00 |

**THANK YOU FOR YOUR BUSINESS!**

**Please make all checks payable to: TSG Reporting Inc.      Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708      Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit. If you have any questions, please call TSG.

# TSG
**Worldwide · 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**
## REPORTING

**INVOICE**

**INVOICE DATE:** 9/29/2020
**INVOICE #:** 2028976
**JOB #:** 184049

**BILL TO:**  Accord Healthcare
c/o Accord Healthcare Accounts Payable
1009 Slater Road, Ste. 210-B
Durham, NC 27703 US

**SHIP TO:**  Tucker Ellis LLP
c/o Julie Callsen
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213 US

**CASE:**  In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.// Alice D. Hughes v. Accord Healthcare, Inc.)

**WITNESS:**  Linda Bosserman

**JOB DATE:**  9/15/2020

**LOCATION:**  TELEPHONIC, Los Angeles, CA, 90012, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| Certified Transcript | 1 | 192 | $3.45 | $662.40 |
| Certified Transcript - Early AM Pages | 1 | 27 | $1.25 | $33.75 |
| Compressed / ASCII / Word Index | 1 | | $45.00 | $45.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 1 | 1748 | $0.45 | $786.60 |
| Exhibits - Scanned & Hyperlinked - Color | 1 | 138 | $1.00 | $138.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| Remote Video Stream Connectivity Charge / User | 2 | | $350.00 | $700.00 |
| | | | SUBTOTAL | $2,365.75 |
| | | | TOTAL | $2,365.75 |

**THANK YOU FOR YOUR BUSINESS!**

Please make all checks payable to: TSG Reporting Inc.     Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit. If you have any questions, please call TSG.



**INVOICE**

**INVOICE DATE:** 9/29/2020
**INVOICE #:** 2028977
**JOB #:** 184049

| | |
|---|---|
| **BILL TO:** | Accord Healthcare<br>c/o Accord Healthcare Accounts Payable<br>1009 Slater Road, Ste. 210-B<br>Durham, NC 27703 US |
| **SHIP TO:** | Tucker Ellis LLP<br>c/o Julie Callsen<br>950 Main Avenue, Suite 1100<br>Cleveland, OH 44113-7213 US |
| **CASE:** | In Re: Taxotere (Docetaxel) Products Liability Litigation (Wanda Stewart v. Sandoz Inc.// Alice D. Hughes v. Accord Healthcare, Inc.) |
| **WITNESS:** | Linda Bosserman |
| **JOB DATE:** | 9/15/2020 |
| **LOCATION:** | TELEPHONIC, Los Angeles, CA, 90012, US |

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Media | Rate | Amount |
|---|---|---|---|---|
| Video Sync / Tape | 1 | 4 | $125.00 | $500.00 |
| Certified - MPEG - Complimentary | 1 | 4 | $50.00 | $0.00 |
| | | | SUBTOTAL | $500.00 |
| | | | **TOTAL** | $500.00 |

**THANK YOU FOR YOUR BUSINESS!**

**Please make all checks payable to: TSG Reporting Inc.**      **Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit. If you have any questions, please call TSG.

# INVOICE



One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103
877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 448004 | 10/26/2020 | 258717 |

| Job Date | Case No. |
|---|---|
| 10/15/2020 | |

| Case Name |
|---|
| Taxotere (Alice Hughes v. Accord Healthcare, Inc.) |

| Payment Terms |
|---|
| Due upon receipt |

Accord Healthcare, Inc
Accord Healthcare, Inc
1009 Slater Road
Suite 210-B
Durham, NC  27703

One Certified Copy of the Videotaped Deposition of:

| | | | | | |
|---|---|---|---|---|---|
| Kord S. Honda, M.D. | 106.00 | Pages | @ | 3.45 | 365.70 |
| Exhibits Scanned (8 1/2 x 11- B&W and Color) | 126.00 | Pages | @ | 0.15 | 18.90 |
| Rough Draft | | | | 0.00 | 138.00 |
| E-Transcript (.ptx - Emailed) | | | | 0.00 | 0.00 |
| | | | **TOTAL DUE  >>>** | | **$522.60** |

Ordered By      :   Kristy L. Titus
Tucker Ellis LLP
950 Main Ave
Suite 1100
Cleveland, OH 44113-7213

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Note: we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client, even if
your client makes full or partial payment toward the invoice. Thank you.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Accord Healthcare, Inc
Accord Healthcare, Inc
1009 Slater Road
Suite 210-B
Durham, NC  27703

| | | | | |
|---|---|---|---|---|
| Job No. | : | 258717 | BU ID | : R-Main |
| Case No. | : | | | |
| Case Name | : | Taxotere (Alice Hughes v. Accord Healthcare, Inc.) | | |
| Invoice No. | : | 448004 | Invoice Date | : 10/26/2020 |
| **Total Due** | : | **$522.60** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:                Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:    **Golkow Litigation Services, LLC**
**P.O. Box 94623**
**Las Vegas, NV  89193-4623**

# INVOICE



One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103
877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 448232 | 10/28/2020 | 259700 |

| Job Date | Case No. |
|---|---|
| 10/21/2020 | |

| Case Name |
|---|
| Taxotere (Alice Hughes v. Accord Healthcare, Inc.) |

| Payment Terms |
|---|
| Due upon receipt |

Accord Healthcare, Inc
Accord Healthcare, Inc
1009 Slater Road
Suite 210-B
Durham, NC  27703

| | | | | |
|---|---|---|---|---|
| One Certified Copy of the Videotaped Deposition of: | | | | |
| Faith Durden, M.D. | 139.00 Pages | @ | 3.45 | 479.55 |
| Exhibits Scanned (8 1/2 x 11- B&W and Color) | 88.00 Pages | @ | 0.15 | 13.20 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| | | **TOTAL DUE  >>>** | | **$492.75** |

Ordered By      :   Kristy L. Titus
Tucker Ellis LLP
950 Main Ave
Suite 1100
Cleveland, OH 44113-7213

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Note: we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client, even if
your client makes full or partial payment toward the invoice. Thank you.

**Tax ID:** 20-5543414

---

*Please detach bottom portion and return with payment.*

Accord Healthcare, Inc
Accord Healthcare, Inc
1009 Slater Road
Suite 210-B
Durham, NC  27703

| | | | | |
|---|---|---|---|---|
| Job No. | : | 259700 | BU ID | : R-Main |
| Case No. | : | | | |
| Case Name | : | Taxotere (Alice Hughes v. Accord Healthcare, Inc.) | | |
| Invoice No. | : | 448232 | Invoice Date | : 10/28/2020 |
| **Total Due** | : | **$492.75** | | |

Remit To:    **Golkow Litigation Services, LLC**
**P.O. Box 94623**
**Las Vegas, NV  89193-4623**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

# INVOICE



One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

Discovery | Depositions | Trial

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 450728 | 11/19/2020 | 260920 |

| Job Date | Case No. |
|---|---|
| 11/6/2020 | |

| Case Name |
|---|
| Taxotere (Alice Hughes v. Accord Healthcare, Inc.) |

| Payment Terms |
|---|
| Due upon receipt |

Accord Healthcare, Inc
Accord Healthcare, Inc
1009 Slater Road
Suite 210-B
Durham, NC  27703

One Certified Copy of the Videotaped Deposition of:

| | | | | |
|---|---|---|---|---|
| Maurie Markman, M.D. | 280.00  Pages | @ | 3.45 | 966.00 |
| Exhibits Scanned (8 1/2 x 11- B&W and Color) | 448.00  Pages | @ | 0.15 | 67.20 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| | | **TOTAL DUE  >>>** | | **$1,033.20** |

Ordered By    :  Kristy L. Titus
Tucker Ellis LLP
950 Main Ave
Suite 1100
Cleveland, OH 44113-7213

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Note: we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client, even if
your client makes full or partial payment toward the invoice. Thank you.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Accord Healthcare, Inc
Accord Healthcare, Inc
1009 Slater Road
Suite 210-B
Durham, NC  27703

| | | | | |
|---|---|---|---|---|
| Job No. | : | 260920 | BU ID | : R-Main |
| Case No. | : | | | |
| Case Name | : | Taxotere (Alice Hughes v. Accord Healthcare, Inc.) | | |
| Invoice No. | : | 450728 | Invoice Date | : 11/19/2020 |
| **Total Due** | : | **$1,033.20** | | |

Remit To:    **Golkow Litigation Services, LLC**
**P.O. Box 94623**
**Las Vegas, NV  89193-4623**

**PAYMENT WITH CREDIT CARD**            AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:                Phone#:

Billing Address:

Zip:            Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email: