# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |

THIS DOCUMENT RELATES TO:

Alexandra B. Keith
Case No.: 17-cv-09462

## PLAINTIFF'S MOTION TO SUBSTITUTE DAVID SUDA ON BEHALF OF ALEXANDRA B. KEITH

COMES NOW, Plaintiff Alexandra B. Keith and files this motion to substitute her surviving heir, David Suda, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, Plaintiff respectfully shows the Court the following:

1. Plaintiff Deborah Marts filed the present action in the United States District Court for the Eastern District of Louisiana on September 22, 2017;

2. Plaintiff Alexandra B. Keith died on April 10, 2021;

3. On June 3, 2021, Plaintiff filed a Suggestion of Death pursuant to Federal Rule of Civil Procedure 25(a)(1); and

4. David Suda is the surviving heir and proper party plaintiff pursuant to the laws of the State of Louisiana.

5. Plaintiff is proceeding with this Motion for the purpose of properly dismissing this matter through the surviving heir and proper party plaintiff.

Plaintiff respectfully requests that David Suda be substituted as the proper Plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1).

Respectfully Submitted,

Dated: June 4, 2021                                   **JOHNSON BECKER, PLLC**

<u>/s/ Alexandra W. Robertson</u>
Alexandra W. Robertson, Esq. MN Bar #395619
Timothy J. Becker, Esq. MN Bar #256663
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, Minnesota 55101
(612) 436-1800 (telephone)
arobertson@johnsonbecker.com
tbecker@johnsonbecker.com

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I certify that on June 3, 2021, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ Alexandra Robertson
Alexandra Robertson
