# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |

THIS DOCUMENT RELATES TO:

Alexandra B. Keith
Case No.: 17-cv-09462

## ORDER

Upon Plaintiff's Motion to Substitute David Suda on behalf of Alexandra B. Keith and for good cause as shown, it is hereby Ordered that Plaintiff may file an Amended Complaint as attached to the Motion.

The _____ day of _____, 2021

_____
The Hon. Jane Triche Milazzo