UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

**THIS DOCUMENTS RELATES TO:**

**Elizabeth Kahn, Case No. 2:16-cv-17039.**

## ORDER

　　Considering the Motion for Leave to File Reply Memorandum in Support of Motion to Exclude Expert Testimony of Dr. David B. Ross, filed by Defendants, sanofi-aventis U.S. LLC and Sanofi US Services, Inc.;

　　**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that Defendants' proposed Reply Memorandum in Support of Motion to Exclude Expert Testimony of Dr. David B. Ross is hereby entered into the Court's docket.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. JANE TRICHE MILAZZO
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE