**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                                  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                            SECTION "H" (5)

THIS DOCUMENT RELATES TO:
ALL CASES

<u>**ORDER**</u>

 Considering the Unopposed Motion to Continue Submission Date for the PSC's Motion to Preserve Expert Testimony (Rec. Doc. 12729), and with the express consent of Defendants,

 **IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that the submission date for the PSC's Motion to Preserve Expert Testimony (Rec. Doc. 12729) is continued to June 30, 2021.

_____
**HONORABLE JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT COURT JUDGE**