UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

**THIS DOCUMENTS RELATES TO:**

**Elizabeth Kahn, Case No. 2:16-cv-17039.**

### DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO EXCLUDE SUPPLEMENTAL OPINION OF DR. LAURA PLUNKETT

**NOW INTO COURT**, through undersigned counsel, come Defendants sanofi-aventis U.S. LLC and Sanofi US Services, Inc. ("Sanofi"), who respectfully move this Court for leave to file a Reply Memorandum in Support of their Motion to Exclude Supplemental Opinion of Dr. Laura Plunkett (Rec. Doc. 12575).

WHEREFORE, Defendants sanofi-aventis U.S. LLC and Sanofi US Services, Inc. respectfully request that this Court grant leave to file their Reply in Support of Motion to Exclude Supplemental Opinion of Dr. Laura Plunkett.

Respectfully submitted,

/s/ *Douglas J. Moore*

| | |
|---|---|
| Douglas J. Moore (Bar No. 27706) | Harley V. Ratliff |
| **IRWIN FRITCHIE URQUHART & MOORE LLC** | Jon Strongman |
| 400 Poydras Street, Suite 2700 | Adrienne L. Byard |
| New Orleans, LA  70130 | **SHOOK, HARDY & BACON L.L.P.** |
| Telephone: 504-310-2100 | 2555 Grand Boulevard |
| Facsimile:  504-310-2120 | Kansas City, Missouri 64108 |
| dmoore@irwinllc.com | Telephone: 816-474-6550 |
| | Facsimile:  816-421-5547 |
| | hratliff@shb.com |
| | jstrongman@shb.com |
| | abyard@shb.com |
| | ***Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*** |

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*