| DATE | DEPONENT | ROUGH DRAFTS | VIDEO SYNC | OTHER VIDEO FEES | EQUIPMENT | EXHIBIT SHARE | CANCEL FEE | SURCHARGE | ATTENDANCE FEE | VIRTUAL FEE | CLAIMED COSTS | RECOVERABLE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/4/2020 | Adam Baker, M.D. | $117.80 | $110.00 | $506.00 | | $250.00 | | $38.00 | $85.00 | $195.00 | $1,682.62 | $380.82 |
| 4/12/2021 | Albert Willie | $218.55 | $165.00 | $705.50 | $500.00 | $250.00 | | $70.50 | $85.00 | $195.00 | $2,891.88 | $702.33 |
| 4/5/2021 | Albert Willie (cancellation fee) | | | | | | $275.00 | | | | $275.00 | $0.00 |
| 4/12/2021 | Alexia Willie | $224.75 | $165.00 | $940.50 | | $250.00 | | $72.50 | $85.00 | $195.00 | $2,629.14 | $696.39 |
| 3/29/2021 | Cammie Armstrong | $147.25 | $110.00 | $547.50 | $500.00 | $250.00 | | $47.50 | $85.00 | $195.00 | $2,344.48 | $462.23 |
| 3/30/2021 | Corrinne Scobey Nace, RN | $120.90 | | $594.00 | | $250.00 | | $39.00 | $85.00 | $195.00 | $1,680.48 | $396.58 |
| 2/26/2021 | Daniel Fore, M.D. | $97.65 | | $421.50 | | $250.00 | | | $85.00 | $195.00 | $1,406.21 | $357.06 |
| 10/20/2020 | Emma R. Willie | $528.55 | $385.00 | $1,208.50 | | | | $170.50 | $255.00 | $295.00 | $4,474.26 | $1,631.71 |
| 4/6/2021 | Kristi McCain | | | $580.00 | | $250.00 | | | $85.00 | $195.00 | $1,725.47 | $615.47 |
| 4/8/2021 | Linda Jackson | $105.40 | $55.00 | $1,452.00 | | $250.00 | | $34.00 | $85.00 | $195.00 | $2,515.06 | $338.66 |
| 4/6/2021 | Linda Jackson (cancellation fee) | | | | | | $275.00 | | | | $275.00 | $0.00 |
| 3/24/2021 | Martha Campbell | $227.85 | | $501.50 | | $250.00 | | $73.50 | $170.00 | $195.00 | $2,117.40 | $699.55 |
| 4/5/2021 | Martha Campbell | $80.60 | $55.00 | $399.00 | | $250.00 | | $26.00 | $85.00 | $195.00 | $1,362.76 | $272.16 |
| 3/2/2021 | Rameses Stroufe, M.D. | $110.05 | $110.00 | $590.50 | | $250.00 | | $166.00 | $170.00 | $195.00 | $1,984.94 | $393.39 |
| 11/13/2020 | Sandanand Patil, M.D. | $159.65 | $55.00 | $669.50 | | $250.00 | | $51.50 | $85.00 | $195.00 | $2,102.34 | $636.69 |
| 3/24/2021 | Tabitha Smith, RN | $80.60 | $55.00 | $399.00 | | $250.00 | | | $85.00 | $195.00 | $1,335.98 | $271.38 |
| 10/28/2020 | Terri Henson, M.D. | $110.05 | | $583.50 | | | | $35.50 | $255.00 | $95.00 | $1,448.10 | $369.05 |
| TOTAL | | $2,329.65 | $1,265.00 | $10,098.50 | $1,000.00 | $3,250.00 | $550.00 | $824.50 | $1,785.00 | $2,925.00 | $32,251.12 | $8,223.47 |