| DATE | PROVIDER | 3RD PARTY FEE | NRS/CANCEL FEE | RESEARCH FEE | DOC/CUST FEE | CHARGE | RECOVERABLE |
|---|---|---|---|---|---|---|---|
| 3/1/2021 | Aetna Life and Casualty | $36.00 | $20.00 | | $10.00 | $66.00 | $0.00 |
| 4/19/2021 | Aetna Life and Casualty | $36.00 | $20.00 | | | $56.00 | $0.00 |
| 4/19/2021 | All Care Family Practice | $36.00 | $20.00 | | | $56.00 | $0.00 |
| 12/23/2020 | American Esoteric Laboratories | $36.00 | | | | $131.00 | ($95.00) |
| 5/6/2020 | Anita Golden, NP | $36.00 | $20.00 | | $10.00 | $66.00 | $0.00 |
| 9/30/2020 | Anita Golden, NP (Parekh) | $36.00 | | | | $81.00 | $0.00 |
| 3/1/2021 | Baptist Desoto Memorial Hospital | $36.00 | | $25.00 | | $1,015.17 | ($954.17) |
| 3/29/2021 | Baptist Desoto Memorial Hospital | | | | | $162.15 | $0.00 |
| 4/19/2021 | Baptist Desoto Memorial Hospital | $36.00 | $20.00 | | | $56.00 | $0.00 |
| 4/6/2020 | Blue Cross Blue Shield (MD) | $36.00 | | $25.00 | | $61.00 | $0.00 |
| 4/9/2020 | Blue Cross Blue Shield (MS) | $36.00 | | | | $81.00 | ($45.00) |
| 2/9/2021 | Blue Cross Blue Shield | $36.00 | | | | $81.00 | $0.00 |
| 4/19/2021 | Blue Cross Blue Shield | $36.00 | $20.00 | | | $56.00 | $0.00 |
| 6/17/2020 | Carby Family Dentistry | $36.00 | | $25.00 | | $61.00 | $0.00 |
| 4/19/2021 | Chromcraft Revington, Inc. | $36.00 | $20.00 | | | $56.00 | $0.00 |
| 10/9/2020 | Cockrell Family Medical Center | $36.00 | $20.00 | | $10.00 | $66.00 | $0.00 |
| 1/27/2021 | Cornerstone Rehabilitation of Senatobia | $36.00 | | | | $114.00 | ($78.00) |
| 5/14/2020 | Dermatology Clinic of Northern Mississippi | $36.00 | | $25.00 | | $106.00 | ($45.00) |
| 7/16/2020 | Dermatology Clinic of Northern Mississippi | $36.00 | | | | $101.00 | ($65.00) |
| 9/16/2020 | Dermatology Clinic of Northern Mississippi | | | | | $30.00 | $0.00 |
| 10/7/2020 | Dermatology Clinic of Northern Mississippi | $36.00 | $20.00 | | $10.00 | $66.00 | $0.00 |
| 6/30/2020 | Dermatology Realm | $36.00 | | | | $81.00 | ($45.00) |
| 5/19/2020 | Desoto Imaging and Diagnostics | $36.00 | $20.00 | | $10.00 | $66.00 | $0.00 |
| 4/9/2020 | Desoto Imaging and Diagnostics | $36.00 | | $25.00 | | $146.00 | ($85.00) |
| 11/16/2020 | Desoto Imaging and Diagnostics | | | | | $30.00 | ($30.00) |
| 4/19/2021 | Desoto Imaging and Diagnostics | $36.00 | $20.00 | | $41.00 | $97.00 | $0.00 |
| 11/12/2020 | Family Cancer Center | $36.00 | | $25.00 | | $408.56 | ($347.56) |
| 2/23/2021 | Family Cancer Center | $36.00 | | | | $289.76 | $0.00 |
| 3/29/2021 | Family Cancer Center | $36.00 | $20.00 | | $10.00 | $66.00 | $0.00 |
| 5/18/2020 | General Surgery of Southaven | $36.00 | | | | $81.00 | ($45.00) |
| 9/14/2020 | General Surgery of Southaven | | | | | $30.00 | ($30.00) |
| 3/29/2021 | General Surgery of Southaven | $36.00 | | | | $81.00 | ($45.00) |
| 4/19/2021 | Key Health Medical Solutions | $36.00 | $20.00 | | | $56.00 | $0.00 |
| 4/9/2020 | May's Pharmacy | $36.00 | | $25.00 | | $131.00 | ($70.00) |
| 11/25/2020 | May's Pharmacy | $36.00 | | | | $81.00 | ($45.00) |
| 4/19/2021 | Olufemi Adeleye, M.D. | $36.00 | $20.00 | | | $56.00 | $0.00 |
| 8/5/2020 | Parekh Medical Clinic | $36.00 | | | | $81.00 | ($45.00) |
| 9/10/2020 | Parekh Medical Clinic | | | | | $30.00 | ($30.00) |
| 12/16/2020 | Parekh Medical Clinic | $36.00 | $20.00 | | $10.00 | $66.00 | $0.00 |
| 3/30/2021 | Parekh Medical Clinic | $36.00 | $20.00 | | $10.00 | $111.00 | $0.00 |
| 3/18/2021 | Park Avenue Diagnostic Center | $36.00 | | | | $129.33 | ($93.33) |
| 10/26/2020 | Primary Health Care | $36.00 | $20.00 | | $10.00 | $66.00 | $0.00 |
| 8/7/2020 | Purnima Purohit, M.D. | $36.00 | $20.00 | | $10.00 | $66.00 | $0.00 |
| 4/19/2021 | Purnima Purohit, M.D. | $36.00 | $20.00 | | | $56.00 | $0.00 |
| 4/6/2020 | Purvis Family Practice Clinic | $36.00 | | | $20.00 | $56.00 | $0.00 |
| 1/5/2021 | Saint Francis Hospital | $36.00 | | | | $138.94 | ($102.94) |
| 3/30/2021 | Saint Francis Hospital | | $20.00 | | $10.00 | $30.00 | $0.00 |
| 4/29/2020 | Tate County School | $36.00 | | | $45.00 | $81.00 | $0.00 |
| 9/22/2020 | Thomas Grafton, M.D. | $36.00 | | | | $36.00 | $0.00 |
| 10/16/2020 | Tristate Orthopaedic and Robotic Surgery | $36.00 | | | | $191.00 | ($155.00) |
| 11/24/2020 | Tristate Orthopaedic and Robotic Surgery | | $20.00 | | $10.00 | $30.00 | $0.00 |
| 7/16/2020 | Trumbull Laboratories, LLC | $36.00 | | | | $166.65 | ($130.65) |
| 8/4/2020 | Trumbull Laboratories, LLC | | | | | $30.00 | ($30.00) |
| 5/26/2020 | University of MS Medical Center Grenada | $36.00 | $20.00 | | $32.16 | $88.16 | $0.00 |
| 5/8/2020 | University Vascular Access Care | $36.00 | $20.00 | | $25.00 | $81.00 | $0.00 |
| 1/7/2021 | Walgreens - Corporate | $36.00 | | | | $104.00 | ($68.00) |
| 4/19/2021 | Walgreens - Corporate | $36.00 | $20.00 | | | $56.00 | $0.00 |
| DUPLICATE | UNRELATED | | | | | $5,982.72 | ($2,679.65) |