UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)         )   MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION       )
                                    )   SECTION: "H" (5)
                                    )
**This document relates to:**       )
All cases                           )

## ORDER

Before the Court are two Motions: a Joint Motion to Maintain Previously Sealed Joint Record Designations Under Seal (Doc. 12370) and a Motion Directing the Parties to Establish a Show Cause Procedure Why Sealed Pleadings and Exhibits Should Not Be Unsealed (Doc. 12545);

**IT IS ORDERED** that the Motions are **DENIED WITHOUT PREJUDICE** subject to being re-filed at a later date.

New Orleans, Louisiana, this 7th day of June, 2021.

_____
**HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**