UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "H" (5)

THIS DOCUMENT RELATES TO:

*Patricia Sapp*
Case No.: 17-11818

## ORDER

Before the Court is Plaintiff Patricia Sapp's Motion for Substitution of Plaintiff (Doc. 12762);

**IT IS ORDERED** that the Motion is **GRANTED**, and Randall Sapp, Executor of the Estate of Patricia Sapp is substituted as Plaintiff in the above referenced action.

New Orleans, Louisiana, this 7th day of June, 2021.

District Judge