UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| *Hattie Pendergrass v. Hospira, Inc.,* EDLA No.[19-14019] | |

## MOTION FOR SUBSTITUTION OF PARTY PURSUANT TO RULE 25(A)(1) AND SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), Counsel moves this Court for an order substituting as Plaintiff, Cicely Morris, Personal Representative of the Estate of Hattie Pendergrass in place of Plaintiff Hattie Pendergrass. Plaintiff alleges as follows:

1. The Complaint in this matter was filed on December 4, 2019.

2. Plaintiff, Hattie Pendergrass, died on April 28, 2021. (*See* Death Certificate, filed herewith.)

3. Cicely Morris, Hattie Pendergrass' daughter, was appointed personal representative of Hattie's estate. (*See* Last Will and Testament of Hattie S. Pendergrass, filed herewith.)

4. Under Federal Rule of Civil Procedure 25, substitution of the above party is proper.

Therefore, Plaintiff respectfully requests the Court to enter an order substituting Cicely Morris as Personal Representative of the Estate of Hattie Pendergrass for Plaintiff Hattie Pendergrass.

Date: June 4, 2021

1

By: /s/ Jeffrey C. Metler_____
Jeffrey C. Metler
Utah Bar No.: 10137
MACARTHUR HEDER & METLER
4844 N 300 W, Suite 300
Provo, UT 84604
Telephone: (801) 377-1900
Facsimile: (801) 377-1901
Email: jfilings@mhmlawoffices.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing pleading has been filed with the clerk of Court using the CM/ECF system, which will send a notification of filing to CM/ECF participants registered to receive service in this MDL.

By: /s/ Jeffrey C. Metler
Jeffrey C. Metler
Utah Bar No.: 10137
MACARTHUR HEDER & METLER
4844 N 300 W, Suite 300
Provo, UT 84604
Telephone: (801) 377-1900
Facsimile: (801) 377-1901
Email: jfilings@mhmlawoffices.com