UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| *Hattie Pendergrass v. Hospira, Inc.,* EDLA No.[19-14019] | |

**PROPOSED ORDER GRANTING MOTION FOR SUBSTITUTION OF PARTY**

This matter is before the Court on Plaintiff Hattie Pendergrass' Motion for Substitution of Plaintiff. The Court has reviewed all documents and Orders as follows: Plaintiff's Motion for Substitution of Plaintiff is Granted. Cicely Morris, Personal Representative of the Estate of Hattie Pendergrass is substituted as Plaintiff in the above-captioned matter.

ORDERED this _____ day of _____, 2021.

_____
Honorable Jane Milazzo
United States District Court Judge

1