STATE OF SOUTH CAROLINA
CERTIFICATION OF VITAL RECORD

# DEATH CERTIFICATION

139-2021-022935
* HATTIE BEA PENDERGRASS *
AKA: N/A

## DECEDENT INFORMATION

**DATE OF DEATH:** APRIL 28, 2021
**TIME OF DEATH:** 2253
**PLACE OF DEATH TYPE:** DECEDENT'S HOME
**SOCIAL SECURITY NUMBER:** 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
**PLACE OF DEATH NAME AND ADDRESS:** 400 ASHTON AVENUE, KINGSTREE, SC, 29556
**CITY OF DEATH:** KINGSTREE
**COUNTY OF DEATH:** WILLIAMSBURG
**MARITAL STATUS:** MARRIED
**DATE OF BIRTH:** DECEMBER 07, 1948
**SURVIVING SPOUSE:** HARTWELL PENDERGRASS
**AGE:** 72 YEARS
**MOTHER NAME:** PAULINE SCOTT
**PLACE OF BIRTH:** SOUTH CAROLINA
**FATHER NAME:** CHARLIE SINGLETARY
**SEX:** FEMALE
**RESIDENCE:** 400 ASHTON AVENUE, KINGSTREE, WILLIAMSBURG COUNTY, SC, 29556
**ARMED FORCES:** NO

## INFORMANT INFORMATION

**NAME:** ANTONIA ANDREWS
**RELATIONSHIP:** DAUGHTER
**MAILING ADDRESS:** 79 EDGEROW COURT, COLUMBIA, SC, 29229

## DISPOSITION/FUNERAL HOME INFORMATION

**PLACE:** SINGLETARY CEMETERY, KINGSTREE, SC, 29556
**METHOD:** BURIAL
**FUNERAL HOME:** HENRYHAND FUNERAL HOME
**FUNERAL HOME ADDRESS:** 1951 THURGOOD MARSHALL BLVD, KINGSTREE, SC, 29556
**FUNERAL DIRECTOR NAME:** ALPHA M. HENRYHAND
**LICENSE NUMBER:** 3135
**EMBALMER:** WILLIAM HENRYHAND SR.
**LICENSE NUMBER:** 2111

## MEDICAL INFORMATION

**CERTIFIER:** MD WILLIAM S. KELLOGG
**LICENSE NUMBER:** 17231
**ADDRESS:** 1105 N. LAFAYETTE ST., SUMTER, SC, 29150
**CAUSE OF DEATH - PART I:**
BREAST CANCER
**MANNER OF DEATH:** NATURAL

**OTHER SIGNIFICANT CONDITIONS - PART II:** N/A

**CORONER CONTACTED?:** NO
**AUTOPSY PERFORMED?:** NO
**DATE OF INJURY:** N/A
**AUTOPSY AVAILABLE?:** N/A
**LOCATION OF INJURY:** N/A
**TIME OF INJURY:** N/A
**PLACE OF INJURY:** N/A
**INJURY AT WORK?:** N/A
**HOW INJURY OCCURRED:** N/A

**DATE FILED:** MAY 06, 2021
**DATE ISSUED:** MAY 13, 2021
**AMENDMENT HISTORY**
N/A

SC09582207

This is a true certification of the facts on file in the Division of Vital Records, SC Department of Health and Environmental Control.

Edward D. Simmer, MD, MPH, DFAPA
Director and State Registrar

Caleb N. Cox
Assistant State Registrar

This is watermarked paper. Do not accept without noting watermark. Hold to light to verify watermark.

Revision Date:   02/18/2021



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE