UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)   MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENTS RELATES TO:

Elizabeth Kahn, Case No. 2:16-cv-17039.

## ORDER

Considering the Motion for Leave to File Reply Memorandum in Support of Motion to Exclude Supplemental Opinion of Dr. Laura Plunkett, filed by Defendants, sanofi-aventis U.S. LLC and Sanofi US Services, Inc.;

**IT IS ORDERED** that the Motion is **GRANTED**, and that Defendants' proposed Reply Memorandum in Support of Motion to Exclude Supplemental Opinion of Dr. Laura Plunkett is hereby entered into the Court's docket.

New Orleans, Louisiana, this 8th day of June, 2021.

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE