# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: ALL CASES | |

## ORDER

Considering the Unopposed Motion to Continue Submission Date for the PSC's Motion to Preserve Expert Testimony (Rec. Doc. 12729), and with the express consent of Defendants;

**IT IS ORDERED** that the Motion is **GRANTED**, and that the submission date for the PSC's Motion to Preserve Expert Testimony (Rec. Doc. 12729) is continued to June 30, 2021.

New Orleans, Louisiana, this 8th day of June, 2021.

**HONORABLE JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT COURT JUDGE**