UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL NO. 2740 |
| | | SECTION "H"(5) |
| THIS DOCUMENT RELATES TO: | | JUDGE MILAZZO |
| | | MAG. JUDGE NORTH |
| Plaintiff BRENDA NINE Civil Action No. 2:18-cv-11918 | | |

### EX PARTE CONSENT MOTION FOR SUBSTITUTION OF PROPER PARTY

COMES NOW counsel for Plaintiff, BRENDA NINE, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, and moves this Court for an order substituting Paul Nine, Personal Representative of the Estate of Brenda Nine, in the above-captioned cause for the following reasons:

1. On November 30, 2018, Brenda Nine filed a products liability lawsuit in the above-reference matter.

2. On January 28, 2020, Brenda Nine passed away.

3. Brenda Nine's product liability action against defendant survived Plaintiff decedent's death and is not extinguished.

4. Paul Nine was appointed as Personal Representative of the Estate of Brenda Nine by the Probate Court of Wayne County, Michigan (*See* Ex. 1, Letters of Authority for Personal Representative*)*.

5. Paul Nine, as Personal Representative of the Estate of Brenda Nine, is a proper party to substitute for plaintiff-decedent Brenda Nine and wishes to be substituted on behalf of Brenda Nine in this case.

6. Defendant does not oppose the relief requested in this motion.

7. A proposed order is attached for the Court's consideration.

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution of plaintiff in this action.

DATED: June 9, 2021

                        Respectfully Submitted,

                    BY:   */s/ D. Todd Mathews*
                             D. Todd Mathews
                             Sara Salger
                             The Gori Law Firm, P.C.
                             156 N. Main Street
                             Edwardsville, IL 62025
                             Phone: 618-659-9833
                             todd@gorilaw.com
                             sara@gorilaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 9, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: June 9, 2021

                                                    */s/ D. Todd Mathews*