**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "H"(5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE MILAZZO |
| | : | MAG. JUDGE NORTH |
| **Plaintiff BRENDA NINE** | : | |
| **Civil Action No. 2:18-cv-11918** | : | |

## ORDER GRANTING SUBSTITUTION OF PROPER PARTY

THIS MATTER, having come before the Court on Plaintiff counsel's Motion for Substitution of Proper Party, and this Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiff's Motion for Substitution of Proper Party is GRANTED and that PAUL NINE, as Personal Representative of the Estate of Brenda Nine, may be substituted as the proper party plaintiff in this action.

SIGNED New Orleans, Louisiana, this the _____ day of _____, 2021.

_____
HONORABLE JANE T. MILAZZO
United States District Judge