PC572d  TMahone  5/14/2021 3:36 PM  (i)
90

OSM CODE: LET

| STATE OF MICHIGAN<br>PROBATE COURT<br>COUNTY OF WAYNE | LETTERS OF AUTHORITY FOR<br>PERSONAL REPRESENTATIVE | FILE NO.<br>2021-865180-DE<br>Judge David Braxton |
|---|---|---|

Estate of  Brenda Sue Nine, Decedent

TO:   Name, address, and telephone no.
**PAUL L. NINE**
**100 W LONG LAKE RD STE 102**
**BLOOMFIELD HILLS, MI 48304-2773**
**(248)644-5500**

You have been appointed and qualified as Personal Representative of the estate on      05/14/2021
                                                                                         Date

You are authorized to do and perform all acts authorized by law except as to the following:
**Restrictions:**

These letters expire:  **7/9/2022**
                       Date

05/14/2021                              _[signature]_
Date                                    Probate Register

**SEE NOTICE OF DUTIES ON SECOND PAGE**

Darren M. Findling                            51350
Attorney name (type or print)                 Bar no.    Attorney name (type or print)           Bar no.
414 W 5TH ST
Address                                                  Address
ROYAL OAK, MI 48067-2545       (248)-399-3300
City, state, zip               Telephone no.             City, state, zip                   Telephone no.

I certify that I have compared this copy with the original on file and that it is a correct copy of the original, and on this date, these letters are in full force and effect.

5/20/2021                               _Shawn Benford_
Date                                    Deputy Probate Register

The Letters of Authority are valid only if issued with the official seal of the Wayne County Probate Court.

Do not write below this line - For court use only
                                        MCL 700.3103; MCL 700.3307, MCL 700.3414,
                                        MCL 700.3504, MCL 700.3601,;
PC 572 (06/16) LETTERS OF AUTHORITY FOR PERSONAL REPRESENTATIVE     MCR 5.202, MCR 5.206, MCR 5.307, MCR 5.310

_[Stamp: This document is a full and correct copy of the original on file in the ___ County Probate Court, State of Michigan]_

PAUL L. NINE
100 W LONG LAKE RD STE 102
BLOOMFIELD HILLS, MI 48304-2773

Due to the national health emergency related to the Covid-19 virus, Wayne County Probate Court may be issuing letters of authority by email as much as possible to reduce personal contact. If you have any questions about the authenticity of the document being presented to you, please first go to our website at www.wcpc.us and check the case information under the "Case Access" header, then search by either case name or case number. The Register of Actions, including fiduciary and party names, is available online.

**The following provisions are mandatory reporting duties specified in Michigan law and Michigan court rules and are not the only duties required of you.** See MCL 700.3701 through MCL 700.3722 for other duties. Your failure to comply may result in the court suspending your powers and appointing a special fiduciary in your place. It may also result in your removal as fiduciary.

**CONTINUED ADMINISTRATION:** If the estate is not settled within 1 year after the first personal representative's appointment, you must file with the court and send to each interested person a notice that the estate remains under administration, specifying the reasons for the continued administration. You must give this notice within 28 days of the first anniversary of the first personal representative's appointment and all subsequent anniversaries during which the administration remains uncompleted. If such a notice is not received, an interested person may petition the court for a hearing on the necessity for continued administration or for closure of the estate. [MCL 700.3703(4), MCL 700.3951(3), MCR 5.144, MCR 5.307, MCR 5.310]

**DUTY TO COMPLETE ADMINISTRATION OF ESTATE:** You must complete the administration of the estate and file appropriate closing papers with the court. Failure to do so may result in personal assessment of costs. [MCR 5.310]

**CHANGE OF ADDRESS:** You are required to inform the court and all interested persons of any change in your address within 7 days of the change.

**Additional Duties for Supervised Administration**

If this is a supervised administration, in addition to the above reporting duties, you are also required to prepare and file with this court the following written reports or information.

**INVENTORY:** You are required to file with the probate court an inventory of the assets of the estate within 91 days of the date your letters of authority are issued or as ordered by the court. You must send a copy of the inventory to all presumptive distributees and all other interested persons who request it. The inventory must list in reasonable detail all the property owned by the decedent at the time of death. Each listed item must indicate the fair market value at the time of the decedent's death and the type and amount of any encumbrance. Where the decedent's date of death is on or after March 28, 2013, the lien amount will be deducted from the value of the real property for purposes of calculating the inventory fee under MCL 600.871(2). If the value of any item has been obtained through an appraiser, the inventory should include the appraiser's name and address with the item or items appraised by that appraiser. You must also provide the name and address of each financial institution listed on your inventory at the time the inventory is presented to the court. The address for a financial institution shall be either that of the institution's main headquarters or the branch used most frequently by the personal representative.
[MCL 700.3706, MCR 5.307, MCR 5.310(E)]

**ACCOUNTS:** You are required to file with this court once a year, either on the anniversary date that your letters of authority were issued or on another date you choose (you must notify the court of this date) or more often if the court directs, a complete itemized accounting of your administration of the estate. This itemized accounting must show in detail all income and disbursements and the remaining property, together with the form of the property. Subsequent annual and final accountings must be filed within 56 days following the close of the accounting period. When the estate is ready for closing, you are also required to file a final account with a description of property remaining in the estate. All accounts must be served on the required persons at the same time they are filed with the court, along with proof of service.

**ESTATE (OR INHERITANCE) TAX INFORMATION:** You are required to submit to the court proof that no estate (or inheritance) taxes are due or that the estate (or inheritance) taxes have been paid. **Note:** The estate may be subject to inheritance tax.

**Additional Duties for Unsupervised Administration**

If this is an unsupervised administration, in addition to the above reporting duties, you are also required to prepare and provide to all interested persons the following written reports or information.

**INVENTORY**: You are required to prepare an inventory of the assets of the estate within 91 days from the date your letters of authority are issued and to send a copy of the inventory to all presumptive distributees and all other interested persons who request it. The inventory must list in reasonable detail all the property owned by the decedent at the time of death. Each listed item must indicate the fair market value at the time of the decedent's death and the type and amount of any encumbrance. Where the decedent's date of death is on or after March 28, 2013, the lien amount will be deducted from the value of the real property for purposes of calculating the inventory fee under MCL 600.871(2). You are also required within 91 days from the date your letters of authority are issued, to submit to the court the information necessary to calculate the probate inventory fee that you must pay to the probate court. You may use the original inventory for this purpose. [MCL 700.3706, MCR 5.307]

**ESTATE (OR INHERITANCE) TAX INFORMATION:** You may be required to submit to the court proof that no estate (or inheritance) taxes are due or that the estate (or inheritance) taxes have been paid. **Note:** The estate may be subject to inheritance tax.

PC572d    TMahone    5/14/2021 3:36 PM    (i)

| STATE OF MICHIGAN<br>PROBATE COURT<br>COUNTY OF WAYNE | YOUR RESPONSIBILITIES<br>AS PERSONAL REPRESENTATIVE | FILE NO.<br>2021-865180-DE |
|---|---|---|

In the matter of    Brenda Sue Nine, Decedent

**Claims.** In almost all cases, notice to the decedent's creditors must be published in a newspaper. If you know of specific creditors of the decedent, they must be given a *Notice to Known Creditors* form. You must determine what creditors' claims, if any, should be paid. The estate cannot be closed if publication is required and was not done.

**Inventory.** The law requires you to file an *Inventory* listing all the estate's assets as of date of death within 91 days of the date you became personal representative. The Court will send you a notice and a blank *Inventory* form approximately a month before it is due. The Court will calculate the inventory fee, which the estate must pay within one year of the date you became personal representative. Failure to file the inventory may lead to your suspension and\or the case being administratively closed.

**You Must File A Notice Of Continued Administration Annually.** The law requires you to file a *Notice of Continued Administration* form each year the estate is open – it is due on the anniversary of the date you became personal representative. The Court will send you a notice and a blank *Notice of Continued Administration* form approximately a month before it is due. Failure to file the form may lead to your suspension as personal representative and\or the case being administratively closed. FAX [(313) 967-4030] or mail the form to the following address:

Wayne County Probate Court, General Office<br>
1307 Coleman A. Young Municipal Center<br>
2 Woodward Ave.<br>
Detroit, MI 48226

All Letters of Authority issued by the Wayne County Probate Court include an expiration date of 56 days after the fiduciary's qualification anniversary date. Updated copies of Letters of Authority are $12 each, and can be paid by cash, check or money order made payable to the Wayne County Probate Court. Mail your request, along with a self-addressed return envelope, to the address listed below. Letters of authority can also be paid for in person by MasterCard or Discover. JPMorgan Chase Bank will charge a convenience fee of 2.49% that will be added to your payment amount for each transaction completed (minimum charge of $3.95).

**Tell The Court If Your Or The Address Of Any Interested Person And/Or Telephone Number Changes.** If you fail to tell the court about an address and/or telephone number change for yourself or an interested person within 7 days, you could be suspended. FAX [(313) 967-4041] or mail the updated address and/or phone number information to:

Wayne County Probate Court, Document Processors<br>
1307 Coleman A. Young Municipal Center<br>
2 Woodward Ave.<br>
Detroit, MI 48226

### GUIDELINES FOR RECORD KEEPING BY PERSONAL REPRESENTATIVES

**AFTER RECEIVING LETTERS OF AUTHORITY:**
- File a change of address card with the Post Office to receive the decedent's mail.
- Create a file for the decedent.
- Keep the following documents in the decedent's file: all petitions, letters of authority, inventories, fiduciary bonds, notices of continued administration, accounts, guardian ad item (GAL) reports, and closing papers.

**FINANCES AND RECORD KEEPING:**
- There should be one bank account for the decedent with the following caption: "Estate of John Doe, deceased".
- When closing the decedent's account and opening a new one, keep all opening and closing documents.
- All checks payable to the decedent must be deposited into the bank account.
- Open all bank and other statements immediately to identify any irregularities.

- All checks must be hand signed by the fiduciary. Never use a signature stamp. Do not allow anyone else to sign checks. Keep in secure location.
- Keep a copy of all bank statements, checks written, and receipts.
- When closing the decedent's account and opening a new one, keep all closing documents.
- All spending must only be used for the administration of the estate (payment of claims, inventory fees, attorney fees, etc.) and\or payment of heirs or devisees for their share of the estate.
- If there is a question about expenditure, file a petition with the court to obtain court approval.
- Demand and obtain written bills before making a payment.
- Computerized records must be backed up and stored in at least one other location.

WCPC 36 (4/19)   YOUR RESPONSIBILITIES AS PERSONAL REPRESENTATIVE