UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Kahn v. sanofi-aventis, et al.*, No. 16-17039 | |

**[PROPOSED] ORDER**

Considering the foregoing *Ex Parte* Motion for Leave to File Reply Memorandum in Support of Plaintiff's Motion to Strike the Untimely Report of Ellen Chang, ScD or, in the Alternative, to Exclude Opinions Not Offered in Her Original Report,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file Plaintiff's Reply Memorandum in Support of Plaintiff's Motion to Strike the Untimely Report of Ellen Chang, ScD or, in the Alternative, to Exclude Opinions Not Offered in Her Original Report into the record in this matter.

New Orleans, Louisiana, this _____ of June, 2021.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE