UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION        MDL NO. 2740

CONNIE SACKMAN                       Section "H" (5)
Plaintiff,                           Judge Milazzo
                                     Mag. Judge North
v.
HOSPIRA WORLDWIDE, LLC
f/k/a HOSPIRA WORLDWIDE, INC., HOSPIRA INC.
Defendants

Civil Action No. 2:17-cv-12687

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Connie Sackman respectfully requests leave to file the attached proposed Amended Short Form Complaint (Exhibit A).

Plaintiff's counsel has conferred with Defendants and understands that Defendants Hospira, Inc. do not oppose this motion.

WHEREFORE, Plaintiff prays that she be granted leave to file the attached proposed Amended Short Form Complaint.

DATE: June 9, 2021                   Respectfully submitted,

                                     /s/ *D. Todd Mathews*
                                     D. Todd Mathews
                                     Sara Salger
                                     Gori Law Firm, P.C.
                                     156 North Main Street
                                     Edwardsville, IL 62025
                                     618-659-9833 (phone)
                                     618-659-9834 (fax)
                                     todd@gorilaw.com
                                     sara@gorilaw.com