# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

June 09, 2021

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

> No. 20-30104 c/w 20-30107
> Thibodeaux v. Sanofi US Services
> USDC No. 2:16-MD-2740
> USDC No. 2:16-CV-15859
> USDC No. 2:16-CV-15607
> USDC No. 2:16-CV-17410

Dear Ms. Michel,

Enclosed are copies of the judgments issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

*Shea E. Pertuit*
By: _____
Shea E. Pertuit, Deputy Clerk
504-310-7666

cc:
    Ms. Betsy J. Barnes
    Ms. Dawn M. Barrios
    Ms. Ilana H. Eisenstein
    Mr. John Christian Enochs
    Ms. Rachel Horton
    Ms. Emily Catherine Jeffcott
    Mr. Matthew Palmer Lambert
    Mr. Gerald Edward Meunier
    Mr. T. Aaron Stringer