# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| Hattie Pendergrass v. Hospira, Inc., 19-14019 | |

## ORDER

Before the Court is Plaintiff Hattie Pendergrass' Motion for Substitution of Plaintiff (Doc. 12819);

**IT IS ORDERED** that the Motion is **GRANTED**, and Cicely Morris, Personal Representative of the Estate of Hattie Pendergrass, is substituted as Plaintiff in the above-captioned matter.

New Orleans, Louisiana, this 9th day of June, 2021.

_____
Honorable Jane Milazzo
United States District Court Judge