UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL NO. 2740 |
| | | SECTION "H"(5) |
| THIS DOCUMENT RELATES TO: | | JUDGE MILAZZO |
| | | MAG. JUDGE NORTH |
| **Plaintiff BRENDA NINE** Civil Action No. 2:18-cv-11918 | | |

## ORDER

Before the Court is Plaintiff counsel's Motion for Substitution of Proper Party (Doc. 12831);

**IT IS ORDERED** that Plaintiff's Motion for Substitution of Proper Party is **GRANTED,** and Paul Nine, as Personal Representative of the Estate of Brenda Nine, is substituted as the proper party plaintiff in this action.

New Orleans, Louisiana, this 9th day of June, 2021.

_____
HONORABLE JANE T. MILAZZO
United States District Judge