UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Kahn v. sanofi-aventis, et al.*, No. 16-17039 | |

## ORDER

Before the Court is an *Ex Parte* Motion for Leave to File Reply Memorandum in Support of Plaintiff's Motion to Strike the Untimely Report of Ellen Chang, ScD or, in the Alternative, to Exclude Opinions Not Offered in Her Original Report;

**IT IS ORDERED** that said Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk of Court shall file Plaintiff's Reply Memorandum in Support of Plaintiff's Motion to Strike the Untimely Report of Ellen Chang, ScD or, in the Alternative, to Exclude Opinions Not Offered in Her Original Report into the record in this matter.

New Orleans, Louisiana, this 9th day of June, 2021.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE