# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

June 09, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 21-30276   Stewart v. Sandoz  
                     USDC No. 2:16-MD-2740  
                     USDC No. 2:17-CV-10817

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Majella A. Sutton, Deputy Clerk  
504-310-7680

Ms. Brigid F. Cech Samole  
Ms. Katherine Marie Clemente  
Mrs. Lori Gail Cohen  
Mr. Stephen Todd Fowler  
Ms. Sabrina R. Gallo  
Mr. Andrew Jason Geiger  
Mr. Nicholas A. Insogna  
Mr. Brian Lee King  
Mr. Matthew Palmer Lambert  
Ms. Carol L. Michel  
Mr. Gregory E. Ostfeld