## EXHIBIT C

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br><br><br><br><br>THIS DOCUMENT RELATES TO:<br><br>Kimberly Barber | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT [Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira Inc. ]**<br><br>Civil Action No.: 2:17-cv-17058 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc and Hospira Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this _14_ day of _June___, 2021

*/s/ Jeffrey C. Bogert*

Jeffrey C. Bogert
jbogert@mcdonaldworley.com
State Bar No. 132778
McDonald S. Worley
don@mcdonaldworley.com State Bar No. 24003208 1770 st. James Place, Suite 100 Houston, TX 77056
Phone: (713) 523-5500
Fax: (713) 523-5501

15

CERTIFICATE OF SERVICE

      I hereby certify that on _June_, 14_, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

      DATED: _June_, _14__, 2021            /s/_*Jeffrey C. Bogert*_____