UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| **This document relates to:** ) | |
| Certain cases ) | |

# ORDER

On May 25, 2021, this Court issued a Minute Entry finding that the Finson Law Firm exceeded the authority stipulated in certain power of attorney documents (Doc. 12735). The Court ordered defense counsel to submit to the Court an itemization of costs associated with litigating this issue.

**IT IS ORDERED** that this matter is **REFERRED** to Magistrate Judge Michael North to prepare a Report and Recommendations on the assessment of costs against the Finson Law Firm.

New Orleans, Louisiana, this 15th day of June, 2021.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**