# United States Court of Appeals
## for the Fifth Circuit

---

No. 20-30517

A True Copy
Certified order issued Jun 16, 2021

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

---

IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION

---

DORA SANFORD,

*Plaintiff—Appellant*,

*versus*

HOSPIRA, INCORPORATED; HOSPIRA WORLDWIDE, L.L.C., *formerly known as* HOSPIRA WORLDWIDE, INCORPORATED,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:16-MD-2740
USDC No. 2:17-CV-9417

---

CLERK'S OFFICE:

Under FED. R. APP. P. 42(B), the appeal is dismissed as of June 16, 2021, pursuant to appellant's unopposed motion.

No. 20-30517

                              LYLE W. CAYCE
                              Clerk of the United States Court
                              of Appeals for the Fifth Circuit

By: _____
      Dantrell L. Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT