# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

June 16, 2021

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 20-30517   Sanford v. Hospira
                           USDC No. 2:16-MD-2740
                           USDC No. 2:17-CV-9417

Dear Ms. Michel,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

cc w/encl:
    Ms. Dawn M. Barrios
    Mr. Christopher L. Coffin
    Ms. Heidi Kaye Hubbard
    Mr. Matthew Palmer Lambert
    Mr. Michael Patrick McGartland
    Mr. Richmond Turner Moore
    Mr. John F. Olinde