# EXHIBIT 1

Page 1

1          UNITED STATES DISTRICT COURT
2          EASTERN DISTRICT OF LOUISIANA
3
4  ELIZABETH KAHN,
5       Plaintiff,
6    v.                         No. 2:16-cv-17039
7  SANOFI-AVENTIS U.S. L.L.C.
8  and SANOFI US SERVICE,
9  INC.,
10      Defendants.
11
12
13
14
15         ZOOM VIDEOTAPED DEPOSITION OF
16            CURTIS THOMPSON, M.D.
17         Taken in behalf of Defendants
18             September 23, 2020
19
20
21
22
23
24
25

```
                                               Page 110

 1         more in some areas than others.  I don't know.
 2    Q.   So if a patient clinically has greater hair loss
 3         in androgen sensitive areas of the scalp and
 4         androgen independent areas on the scalp, would
 5         you think that for the patient the hair loss has
 6         more to do with pattern hair loss and less to do
 7         with chemotherapy?
 8              MS. DAVIS:  Objection; form.
 9              THE WITNESS:  I thought I answered that.  I
10         don't know.  There's two options here.  There's
11         one there's different sensitivities to the chemo
12         that produces that, but the second option is
13         they have permanent chemotherapy-induced
14         alopecia along with the pattern hair loss.  The
15         two certainly have to be together, not in a
16         percentage of cases.
17    Q.   BY MR. SEARS:  So previously we've talked about
18         the cytokeratin 15 and Ki-67 staining.  You
19         recall all that?
20    A.   Oh, yes.
21    Q.   I don't really want to get into all that again,
22         but fair to say that you did not do any
23         cytokeratin 15 and Ki-67 staining for Ms. Kahn?
24    A.   No, I did not.
25    Q.   Why did you not do it?
```

1           MS. DAVIS:  Objection; form.
2           THE WITNESS:  Because those are research
3      tools and I was simply asked to render my
4      professional pathologic diagnosis on these.  And
5      that is still based on just basic H&E,
6      hematoxylin-eosin stains.  We don't have a
7      single molecular stain that aids in diagnostics.
8  Q.  BY MR. SEARS:  So let's talk a little bit about
9      the telogen units that you've talked about.
10     Okay?
11 A.  Yes.
12 Q.  With normal hair cycling you can see telogen
13     units; can't you?
14          MS. DAVIS:  Objection; form.
15          THE WITNESS:  Yes.
16 Q.  BY MR. SEARS:  So what happens during the
17     catagen and telogen phase, the lower portion of
18     the hair follicle involutes and moves up to the
19     upper dermis?
20 A.  Yeah.  It involutes, yes.  Sure.  Yes.
21 Q.  And then what you see behind that is the telogen
22     unit; right?
23 A.  What you see below it is the empty follicular
24     tract because the telogen unit's above it.
25 Q.  We've talked a little bit today about -- There's