# EXHIBIT 2

1                    UNITED STATES DISTRICT COURT

                     EASTERN DISTRICT OF LOUISIANA

2

                     CASE No.   2:16-cv-17039

3

      ELIZABETH KAHN,

4                    Plaintiffs,

5     v.

6     SANOFI-AVENTIS U.S. L.L.C. and

      SANOFI US SERVICE, INC.

7

8                    Defendant

9     _____/

10                           Remote Proceedings

                             September 29, 2020

11                           10:03 a.m. - 4:39 p.m.

12

13           VIDEO DEPOSITION OF ANTONELLA TOSTI, M.D.

14                    (Via Teleconference)

15        Taken before SUZANNE VITALE, R.P.R., F.P.R.

16    and Notary Public for the State of Florida at Large,

17    pursuant to Notice of Taking Deposition filed in the

18    above cause.

19

20

21

22

23

24

25

Page 100

```
 1          A.    No, I did not.
 2          Q.    Did you ask Dr. Thompson to do any kind of
 3     stem cell testing?
 4          A.    No, I did not.
 5          Q.    Do you know whether or not any stem cell
 6     testing was done on Ms. Kahn's pathology?
 7          A.    No.  I don't know, but I don't think so.
 8          Q.    You would agree that Dr. Thompson is a
 9     qualified dermatopathologist, correct?
10          A.    Yes, I do.
11          Q.    He knows what he is doing, fair enough?
12          A.    Yes, I think so.
13                MR. STRONGMAN:  We've been going for about
14          another hour.  I know you're an hour ahead of
15          me, Doctor.  If you need to eat or take a
16          break, now might be an okay time for that.
17                It's up to you.
18                THE WITNESS:  I think I can take the next
19          break for lunch.  Maybe we take five minutes as
20          before, now.
21                MR. STRONGMAN:  Great.  Let's do that if
22          that's okay with you, Palmer?
23                THE WITNESS:  Yes.
24                MR. LAMBERT:  Perfect, yes.
25                Thank you, Doctor.
```