# EXHIBIT 3

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4    IN RE:  TAXOTERE (DOCETAXEL)
 5    PRODUCTS LIABILITY LITIGATION     MDL. No. 2740
 6    This Document Relates To:         Section H
 7    Antoinette Durden, Case No.
 8    2:16-cv-16635;
 9    Tanya Francis, Case No.
10    2:16-cv-17410;
11    Barbara Earnest, Case No.
12    2:16-cv-17144
13
14
15                       VOLUME II
16
17    VIDEOTAPED DEPOSITION OF CURTIS THOMPSON, M.D.
18              Taken in behalf of Defendants
19                    February 26, 2019
20
21
22
23
24
25       Job No. 3226563
```

322

```
 1    A.    Yes.
 2    Q.    And then you were hired to work on this
 3          litigation?
 4    A.    Yes.
 5    Q.    Under that there's some staining that was done
 6          on the 19th and the 20th.  Were those stains
 7          done on the punch biopsies that were taken by
 8          Dr. Claiborne?
 9    A.    Yes.
10    Q.    Why did you do a Ki-67 stain?
11    A.    The initial discussion with Anne Andrews was
12          about hair loss and chemotherapy and I have done
13          research with, limited research with stem cells
14          and hair loss and other diseases, not
15          chemotherapy, and I suggested that we do some
16          research evaluation with this tissue.  It wasn't
17          clear at that time exactly what was needed from
18          me as an expert.  So I suggested that and we did
19          this, did this work.
20    Q.    Was the cytokeratin 15 staining in the Ki-67
21          staining was that contained on the slides that
22          were produced to the defendants?
23    A.    No.  We still have those slides though and they
24          can be made available.  We have them in good
25          shape.
```

328