# EXHIBIT 4

```
 1  UNITED STATES DISTRICT COURT
    EASTERN DISTRICT OF LOUISIANA
 2
    IN RE:  TAXOTERE (DOCETAXEL)   MDL NO. 2740
 3  PRODUCTS LIABILITY LITIGATION  SECTION: H
 4  This document relates to:
    Antoinette Durden, Case No. 2:16-cv-16635
 5  Tanya Francis, Case No. 2:16-cv-17410
    Barbara Earnest, Case No. 2:16-cv-17144
 6  _____
    CONTINUING VIDEOTAPED EXPERT DEPOSITION
 7  CURTIS THOMPSON, M.D.
 8
    TAKEN IN BEHALF OF DEFENDANTS
 9  WEDNESDAY, APRIL 3, 2019
    at 8:35 A.M.
10
11
    5200 Meadows Drive
12  Lake Oswego, Oregon
13
14  BE IT REMEMBERED THAT, the continuing videotaped
    expert
15  deposition of CURTIS THOMPSON, M.D., was taken before
    K.M, Court Reporter and Notary Public for
16  the State of Oregon, on Wednesday, April 3, 2019,
    commencing at the hour of 8:35 a.m., the proceedings
17  being
    reported at 5200 Meadows Drive, Lake Oswego, Oregon.
18
19
20
21
22
23
24
25
                                                        380
```

```
 1    it's not a stem cell anymore.
 2          Q.    So you did the Cytokeratin 15 stain.  And
 3    the Cytokeratin 15 stain is a stain to see if
 4    there's stem cells in the bulge region of the hair
 5    follicle?
 6          A.    Not entirely, no.
 7          Q.    How is that inaccurate?
 8          A.    It's not a definitive stem cell marker.
 9    It stains other cells.
10          Q.    The stem cells are present, the
11    Cytokeratin 15 stains are positive, right?
12          A.    Yes, that's fair to say.
13          Q.    And if the stem cells were destroyed in
14    the bulge region, there would be -- the Cytokeratin
15    15 stain would test negative?
16          A.    Probably, yes.  It could stain other cells
17    though.  I already said it stains other cells other
18    than stem cells.  So it stains all basal cells of
19    the follicle. So even if they're destroyed, it could
20    still have staining of other cells.  It's not a
21    specific marker.
22          Q.    Ki-67 stain is a stain to test to see if
23    cells are dividing, right?
24          A.    Growing not dividing.
25          Q.    What's the distinction between growing and
```

398

```
 1   dividing?
 2        A.   Growing is growing.  And dividing is when
 3   a cell is going from one cell into two.  It's a
 4   specific moment.
 5        Q.   The thought is with the Ki-67 stain is if
 6   the stem cells were not present they would not be
 7   growing and so it would test negative, right?
 8        A.   No.
 9        Q.   Why did you do the Ki-67 stain?
10        A.   This was all part of -- you know, as I
11   said before, I'm a researcher in hair loss, and it
12   was an investigational project, just a pilot project
13   to look at permanent chemotherapy-induced alopecia
14   and what it showed with these stains.  If you look
15   at the published research that I do, it's centered
16   around using these non FDA-approved investigational
17   antibodies to look for characteristics of the
18   different diseases.
19        Q.   The hypothesis for why you did the Ki-67
20   staining was that if the chemotherapy had killed the
21   stem cell, the Ki-67 would test negative?
22        A.   No.  No, it's not that.  It's more
23   complicated.
24        Q.   Can you explain it?
25        A.   These -- these antibodies, as I said, are
```

399

```
 1   nonspecific.  Like the Cytokeratin 15 is not a
 2   definitive stem cell marker, and Ki-67 hits any cell
 3   that's growing. And you use these and published with
 4   the Cytokeratin 15 on other hair diseases, permanent
 5   hair diseases.  So the interest was in seeing what
 6   might be different in this disease than the other
 7   diseases.
 8            Unfortunately, we don't have, like, all
 9   these investigational antibodies.  We -- like, 25
10   years ago we had two of them and we got more.  But
11   we don't have really good definitive antibodies.
12   And to date, even despite all the work I've done,
13   there's no antibody that has -- one of these non
14   FDA-approved antibodies that has utility in
15   diagnostics.
16       Q.    You would expect if a cell was dead, like
17   a stem cell, that the Ki-67 would test negative,
18   right?
19       A.    No.  Dead cells have antigens too, so they
20   can still stain.
21       Q.    They wouldn't be growing if they were
22   dead, would they?
23       A.    They could still have these antigens.
24   They could still have the molecule there so --
25       Q.    If a cell was not present, the Ki-67 would
```

400

```
 1   test negative for that --
 2        A.   If there's no cell there, it can't stain
 3   with anything.  That is safe to say.
 4        Q.   That would be true if there's no cell
 5   there, the Ki-67 and the Cytokeratin 15 would test
 6   negative for that cell?
 7        A.   Yeah, because it's not there.
 8        Q.   Okay.  So you did Cytokeratin 15 staining
 9   and Ki-67 staining on Ms. Earnest, Ms. Francis, and
10   Ms. Durden's pathology, right?
11        A.   Yes.
12        Q.   So whose idea was it to do that staining?
13        A.   It was my idea.
14        Q.   So during your first deposition, we talked
15   about mechanisms of action.  Do you remember that?
16        A.   Vaguely, yes.
17        Q.   In your Rule 26 report, you attached a
18   list of literature that you reviewed.  Do you
19   remember that?
20        A.   Yes.
21        Q.   Some of the literature that you relied on
22   in forming your opinions has hypothesized that the
23   theoretical mechanism of action for why a
24   chemotherapy drug could potentially result in
25   persistent hair loss is that it kills the stem cell
```

401