# EXHIBIT 5

## CONFIDENTIAL RULE 26 EXPERT REPORT OF CURTIS T. THOMPSON, M.D.

**Patient – Elizabeth Kahn, DOB** ████████ **(Pathology case #CT20-18004)**

The following summary is provided by Dr. Curtis T. Thompson, a Board-certified dermatopathologist with additional expertise in alopecic disease. My references, curriculum vitae, prior testimony, and fee schedule are attached hereto as **Exhibits A-D**.

Two biopsies were submitted (collected 09/04/2020) and received at CTA Lab, a CAP- and CLIA-certified and HIPAA-compliant laboratory, on 09/09/2020. A final report was issued on 09/10/2020 and is attached as **Exhibit E**.

The two biopsies were identified as "Frontal scalp" and "Vertex scalp," designated "A" and "B" respectively. The case was logged in and given a case number. Grossing of each specimen was performed using transverse (horizontal) sectioning which has been previously described.[1] After tissue processing, the tissue was embedded in paraffin, and 9 sections were obtained for each specimen, 3 on each slide and stained with H&E (Hematoxylin-Eosin) for microscopic examination. Five unstained slides, each with 3 sections, were obtained between the H&E slides. A gram stain was also prepared for each biopsy. While some tissue remained in the paraffin blocks for both biopsies after sectioning, the transverse sections overall demonstrated histologic features at all levels of the skin.

On microscopic examination, Part A showed the following significant features:

1. Increased telogen bodies (significant catagen/telogen shift of 25%) and empty follicular tracts most consistent with permanent chemotherapy-induced alopecia.

---

[1] Thompson CT and Tosti A. A method for more precise sampling of the scalp and eyebrows in frontal fibrosing alopecia. J Am Acad Dermatol 80(6):e155-e156, 2019.

2. Follicular miniaturization consistent with female pattern hair loss (androgenetic alopecia).

3. Normal follicular density (2.23 hairs/mm$^2$, 28 hairs/4mm$^2$) consistent with female pattern hair loss (androgenetic alopecia).

4. Preservation of sebaceous glands with no reduction in size.

5. Inflammation and yeast forms consistent with seborrheic dermatitis. No significant scarring or destructive inflammation.

On microscopic examination, Part B showed the following significant features:

1. Telogen bodies (significant catagen/telogen shift of 35%) with empty follicular tracts and a low follicular density (1.35 hairs/mm$^2$, 17 hairs/4mm$^2$) diagnostic of permanent chemotherapy-induced alopecia.

2. Marked follicular miniaturization consistent with permanent chemotherapy-induced alopecia.

3. Preservation of sebaceous glands with no reduction in size.

4. Inflammation and yeast forms consistent with seborrheic dermatitis. No significant scarring or destructive inflammation.

Histological findings of permanent chemotherapy-induced alopecia (pCIA) include:

- Decreased total number of follicles
- Marked increase in the percentage of miniaturized hairs
- Increase in the percentage of telogen follicles, especially when miniaturized follicles are included in the counts
- Preservation of sebaceous glands
- No significant scarring or destructive inflammation.[2]

---

[2] Leonard C. Sperling et al., An Atlas of Hair Pathology with Clinical Correlations 197 (2nd ed.) (2012).

Histological findings of female pattern hair loss (androgenetic alopecia) include:

- Normal total number of follicles [about 35 (Caucasian) per 4mm punch biopsy] when counted at the superficial dermis
- Reduced number of hairs (mixture of terminal and indeterminate) when counted at the dermal/fat junction (i.e., miniaturization); a terminal:vellus/indeterminate ratio of 2:1 or less is typical of androgenetic alopecia
- Presence of fibrous "streamers" below miniaturized hairs
- Slightly increased telogen count when compared with "unaffected" scalp (values of 15% to 20% are typical)
- Sebaceous glands are preserved but may be reduced in size
- No significant inflammation
- Solar elastosis in well-established cases[3]

The group of findings in both biopsies is consistent with PERMANENT CHEMOTHERAPY-INDUCED ALOPECIA (pCIA). The features are diagnostic in Part B which has only 17 remaining hairs, telogen-like bodies and marked follicular miniaturization. This constellation of histologic findings is consistent with pCIA.

Part A shows more limited features of pCIA, since there is still a normal follicular density (2.23 hairs/mm$^2$, 28 hairs/4mm$^2$) with follicular miniaturization, a pattern consistent with female pattern hair loss (androgenetic alopecia).  However, there is still a significant catagen/telogen shift of 25%, a feature which would not be seen in female pattern hair loss (androgenetic alopecia) alone.  Given the prominent features in Part B, I conclude that Part A most likely also represents pCIA, in addition to female pattern hair loss (androgenetic alopecia). Mild androgenetic alopecia, often called "senescence" is relatively common in a patient of this age.  The two biopsies must be interpreted together as a set, and pCIA can show significant variability in the regional involvement of the scalp, as demonstrated histologically in this case.

---

[3] Leonard C. Sperling et al., An Atlas of Hair Pathology with Clinical Correlations 51 (2nd ed.) (2012).

3

In Part B, I am not able to assess whether there is also female pattern hair loss (androgenetic alopecia) because of follicular loss, as evidenced by the low follicular density. Female pattern hair loss (androgenetic alopecia) alone would not produce follicular loss. In addition, chronic telogen effluvium (CTE), often the result of a dietary or iron deficiency, is also ruled out, because CTE would also not cause permanent follicular loss. In addition, the catagen/telogen shift (telogen bodies) of 35% in Part B is highly abnormal, a feature also seen in Part A (25%). Other entities that could produce such a catagen/telogen shift include an acute or a chronic telogen effluvium; however, an acute or chronic telogen effluvium would not cause the follicular loss seen in Part B and therefore can be ruled out. Trichotillomania can also cause a catagen/telogen shift; however, this is ruled out because of the absence of other features of trichotillomania, such as fractured hair shafts, melanin casts and superimposed lichen simplex chronicus or epidermal changes suggesting excoriation.  The superficial dermal inflammation with slight spongiosis, is consistent with seborrheic dermatitis, especially since yeast forms are identified in both biopsies. Seborrheic dermatitis alone would not cause permanent follicular loss or a catagen/telogen shift. The pattern of inflammation rules out an autoimmune or primary cicatricial (scarring) disease, which are generally not diffuse (global) in nature, anyway. The single focus of granulomatous inflammation with a foreign body-type giant cells seen in Part A is consistent with a remote, ruptured milium or focus of folliculitis, since it is present only focally, and there is no perifollicular fibrosis (scarring) with associated inflammation to suggest a primary cicatricial (scarring) disease, such as central centrifugal cicatricial alopecia (CCCA).

Finally, the clinical history of chemotherapy confirms the diagnosis. A definitive pathological diagnosis, such as this, cannot be based only upon a histopathological, microscopic description, and requires knowledge of the clinical history and presentation/examination. The

September 4, 2020 clinical evaluation of Antonella Tosti, MD is attached as **Exhibit F**. My role as a dermatopathologist is to assist in making diagnoses using histopathologic features. I defer to the clinician, Dr. Tosti, regarding any definitive diagnosis.


Date: 5 Sept 2020

/S/
**CURTIS T. THOMPSON, M.D.**

**<u>Materials Consulted</u>**

1.   Dermatopathology Report for Elizabeth Kahn on September 10, 2020 (**Exhibit E**)

2.   Dr. Tosti Examination of Elizabeth Kahn on September 4, 2020 (**Exhibit F**)

# EXHIBIT A

## REFERENCES

1. Jennifer V. Nguyen et al., *The HoVert Technique: A Novel Method for the Sectioning of Alopecia Biopsies*, 38(5) J CUTAN PATHOL 401-06 (2011).

2. Leonard C. Sperling, MD, *Hair Density in African Americans*, 135(6) ARCH. DERMATOL. 656-68 (1999).

3. Basilio FMA, Mulinari-Brenner F, Werner B, Rastelli GJC, *Clinical and Histological Study of Permanent Alopecia After Bone Marrow Transplantation*, 90(6) AN BRAS DERMATOL. 814 (2015).

4. Mariya Miteva, MD et al., *Permanent Alopecia After Systemic Chemotherapy: A Clinicopathological Study of 10 Cases*, 33(4) AM. J. DERMATOPATHOL. 345 (2011).

5. Christos Prevezas et al., *Irreversible and Severe Alopecia Following Docetaxel or Paclitaxel Cytotoxic Therapy for Breast Cancer*, 160 BRIT. J. DERMATOL. 881 (2009).

6. Rubio-Gonzalez, MD et al., *Pathogenesis and Treatment Options for Chemotherapy-Induced Alopecia: A Systematic Review*, INTERNATIONAL J. DERMATOL. (2018).

7. Ben Tallon, MBChC et al., *Permanent Chemotherapy-Induced Alopecia: Case Report and Review of the Literature*, 63(2) J. AM. ACAD. DERMATOL. 333 (2010).

8. Antonella Tosti, MD et al., *Docetaxel and Permanent Alopecia*, 68(5) J. AM. ACAD. DERMATOL. e151 (2013).

9. Antonella Tosti, MD et al., *Permanent Alopecia After Busulfan Chemotherapy*, 152 BRIT. J. DERMATOL. 1056 (2005).

10. Diana Tran, MB, BS et al., *Permanent Alopecia Following Chemotherapy and Bone Marrow Transplantation,* 41 AUSTRALAS. J. DERMATOL. 106 (2000).

11. Ralph M. Trueb, MD, *Chemotherapy-Induced Alopecia*, 4(4) CURRENT OPINION IN SUPPORTIVE & PALLIATIVE CARE 281 (2010).

12. Alexandra Villasante, MD et al., *Chemotherapy-Induced Alopecia*, 2(2) J. CLIN. INVESTIGAT. DERMATOL. 8 (2014).

13. Tyler Werbel, et al., *Persistent Alopecia in a Breast Cancer Patient Following Taxane Chemotherapy and Adjuvant Endocrine Therapy: Case Report and Review of Post-Treatment Hair Loss in Oncology Patients with Breast Cancer,* (10)7 CUREUS e3056 (2018).

14. Freites-Martinez et al., CME part 1: *Hair Disorders in Cancer Patients*, J. Am. Acad. Dermatol. (2018).

15. Freites-Martinez et al., CME part 2: *Hair Disorders In Cancer Survivors Persistent Chemotherapy-Induced Alopecia, Persistent Radiotherapy-Induced Alopecia, and Hair Growth Related to Endocrine Therapy of Cancer Surgery*, J. Am. Acad. Dermatol. (2018).

16. Choi M, et al., *Clinical Characteristics Of Chemotherapy-Induced Alopecia In Childhood*. 70(3) J. Am. Acad. Dermatol. 499 (2014).

17. Leonard C. Sperling et al., *An Atlas of Hair Pathology with Clinical Correlations* (2nd ed.) (2012).

# EXHIBIT B

# CURRICULUM VITAE

# CURTIS T. THOMPSON, M.D.

Address:     Curtis T. Thompson, M.D. and Associates, LLC
PO Box 230577
Portland, OR 97281
Office 503-906-7300
email:  cthompson@cta-lab.com or curtisinportland@gmail.com

## CURRENT RESEARCH PROJECTS

Studies of Frontal Fibrosing Alopecia and Other Alopecic Diseases--Projects with Drs. Antonella Tosti, University of Miami, and Athanassios Kolivras, Hôpital St. Pierre, Brussels, Belgium

Development of Deep Learning Diagnostic for Pathology--Collaboration with Philips Digital Pathology, Best, Netherlands

## PROFESSIONAL EXPERIENCE

Dermatopathologist and Medical Director, 09/05-Present, Curtis T. Thompson, M.D. and Associates, LLC, PO Box 230577, Portland, OR  97281, Office 503-906-7300.

Adjunct (Clinical) Professor, 6/03-Present, Departments of Dermatology, The Oregon Health & Science University School of Medicine, Portland, OR  97239, Phone 503-494-6436.

Visiting Researcher, 09/13-07/17, Department of Biomedical Engineering, Oregon Health & Science University, Portland OR 97239, Joe Gray, Ph.D., Chair, 503-418-9302.

Dermatopathologist and Affiliate Associate Professor, 02/12-09/15, 04/17-05/18, Veteran's Administration Hospital and Department of Pathology, Division of Anatomic Pathology, Oregon Health and Science University School of Medicine, PVAMC P2PATH, PO Box 1034, Portland, OR 97239, Darius Amjadi, M.D., Interim Chair, 503-220-8262.

Consultant Dermatopathologist, 10/03-9/05, Cutting Edge Histology/Medsurg Center for Dermatopathology Excellence, 8192 SW Durham, Tigard, OR 97224-7998, 503-268-4805.

Research Anatomic and Dermatopathologist, 1/02-1/04, LifeSpan Biosciences, 2401 4th Avenue, Suite 900, Seattle, WA  98121, Chief Scientific Office Glenna Burmer, M.D., Ph.D., phone 206-464-1664.

Curtis T. Thompson, M.D.
Curriculum Vitae (Continued)

Associated Pathologists Chartered, 7-00-1/02, 6/03-12/03 and 08/04 to 08/05, 4230 Burnham Avenue, Las Vegas, NV 89119, Prakash Chaudhari, M.D., phone 800-433-2750.

Assistant Professor of Pathology and Dermatology, 7/96-6/00, University of New Mexico School of Medicine, Albuquerque, NM 87106, Chair Mary Lipscomb, M.D., phone 505/272-9228.

Adjunct Assistant Professor of Pathology, 7/99-7/02, Cornell University School of Medicine, New York, NY 10021-4897, Director N. Scott McNutt, M.D., phone 212/746-6464.

Chief Technical Office and Founder, 3/99-6/00, Convergent Nanogenetics, Albuquerque, New Mexico.

## POSTDOCTORAL TRAINING

Dermatopathology Clinical Fellow, 7/95-6/96, PGY-VI Training Level, University of California, San Francisco, San Francisco CA 94143-0506, Director of Fellowship, Dr. Philip E. LeBoit, phone 415/353-7550.

Anatomic Pathology Residency, 7/94-6/95, PGY-V Training Level, University of California, San Francisco, San Francisco CA 94143-0506.

Dermatopathology Research Fellow, 7/92-6/94, PGY-III-IV Training Level, University of California, San Francisco, San Francisco CA 94143-0506.

Anatomic Pathology Residency, 7/91-6/92, PGY-II Training Level, University of California, San Francisco, San Francisco CA 94143-0506.

Internal Medicine, 7/90-6/91, PGY-I Training Level, University of California, San Francisco, San Francisco, CA 94143.

## GRADUATE EDUCATION

Baylor College of Medicine, 7/85-7/87 and 7/88-5/90, Doctor of Medicine awarded 6/90.

## UNDERGRADUATE EDUCATION

Baylor University, 8/82-5/85, Bachelor of Science awarded in 5/86 after completion of one year of medical school, Waco TX 76706.

## OTHER RESEARCH EXPERIENCE

Curtis T. Thompson, M.D.
Curriculum Vitae (Continued)

STANLEY J. SARNOFF FELLOWSHIP, 7/87-7/88, Study of the heterogeneity of the parasite Trypanosoma cruzi, Sponsor, Dr. James A. Dvorak, Principal Investigator, Laboratory of Parasitic Diseases, National Institute of Allergy and Infectious Diseases, National Institutes of Health, Bethesda MD 20892.

UNDERGRADUATE HONORS PROJECT, 8/84-5/85, Study of receptor-mediated endocytosis and intracellular degradation of alpha-2-macroglobulin in mouse macrophages, Sponsor, Dr. Mary Lynn Fink, Department of Chemistry, Baylor University, Waco TX 76706.

UNDERGRADUATE SUMMER RESEARCH PROJECT, 5/83-8/83, Study constructing inhibitors of blood clotting Factor XIII, Sponsor, Dr. Mary Lynn Fink, Department of Chemistry, Baylor University, Waco TX 76706.

## RESEARCH PUBLICATIONS

Thompson CT and Kolivras A. Alopecia Areata-Like Pattern; A New Unifying Concept. Manuscript in preparation, September, 2018.

Thompson CT, Chen Z, Kolivras A and Tosti A. Pilot study identified identifies titanium on the hair shaft in 16 patients with frontal fibrosing alopecia. Manuscript in preparation, September, 2018.

Thompson CT and Tosti A. A method for more precise sampling of the scalp and eyebrows in frontal fibrosing alopecia. Manuscript in preparation, September, 2018.

Jordan CS, Chapman C, Kolivras A, Roberts JL, Thompson NB and Thompson CT. Clinicopathologic and immunophenotypic characterization of lichen planopilaris and central centrifugal cicatricial alopecia: A comparative study of 51 cases. Manuscript in preparation, September, 2018.

Bohnett MC, Kolivras A, Thompson AA and Thompson CT. Epidermal thickness is useful in distinguishing lichen planopilaris from neutrophil-poor/lymphocyte-predominant folliculitis decalvans. Manuscript in preparation, September, 2018.

Pawlitschek TD, Liby T, Thompson NB and Thompson CT. Effect of Piperine on benign and malignant melanocyte migration in vitro. Submitted for publication to the JAAD, September, 11, 2018.

Chu A, André J, Leachman S and Thompson CT. Immunohistochemical characterization of benign activation of junctional melanocytes and melanoma in-situ of the nail unit. Submitted for publication to the J Cutan Pathol, August, 2018.

Curtis T. Thompson, M.D.
Curriculum Vitae (Continued)

Fernández-Figueras MT, Saenz-Sardà X, Vargas P, Thompson CT, Carrato C, Puig L, Ferrándiz C and Ariza A. The depth of follicular extension in actinic keratosis correlates with the depth of invasion in squamous cell carcinoma: implication for clinical treatment. JEADV, Published online February 28, 2018, doi:10.1111/jdv.14901.

Lucero, OM, Fitzmaurice S, Thompson CT and Leitenberger J. A case illustrating successful eradication of recurrent, aggressive basal cell carcinoma located in a scar with vismodegib. Dermatol Online J 24(2), Published online February 15, 2018.

Haynes D, Thompson CT, Leitenberger J and Vetto J. Mohs micrographic surgery as a digit-sparing treatment for aggressive digital papillary adenocarcinoma. Dermatol Surg 43(12):1487-89, 2017.

Kolivras A, Thompson N and Thompson CT. Loss of cytokeratin-15 (CD15) expression is not specific for lichen planopilaris (LPP). JAAD 75:428-9, 2016.

Kolivras A and Thompson CT. Clusters of CD123+ plasmacytoid dendritic cells help distinguish lupus alopecia from lichen planopilaris. JAAD 74:1267-9, 2016.

Jordan CS, Stokes B, Thompson CT. Subungual debris cytopathology increases sensitivity of fungus detection in onychomycosis. JAAD 75:222-4, 2016.

Kolivras A and Thompson CT. Distinguishing diffuse alopecia areata from pattern hair loss using CD3+ T-cells. JAAD 74:937-44, 2016.

Kolivras A, André J, Thompson C, Sass U, Fraitag S. Pseudoangiomatous xanthelasmoid mastocytosis: two case reports demonstrating the hypervascularity of this rare variant of cutaneous mastocytosis. J Cut Pathol 43:388-93, 2016.

Kolivras A, Thompson CT, Metz T, Andre J. Macular arteritis associated with concurrent HIV and hepatitis B infections: a case report and evidence for a disease spectrum association with cutaneous polyarteritis nodosa. J Cut Pathol 42(6):416-9, 2015.

Reinig E, Rich P and Thompson CT. How to submit a nail specimen. Dermatol Clin 33:303-7, 2015.

Habashi-Daniel A, Roberts J, Desai N, Thompson CT. Absence of Catagen/Telogen Phase and Loss of Cytokeratin 15 Expression in Hair Follicles in Lichen Planopilaris (LPP). J Am Acad Dermatol 71:969-71, 2014.

Jefferson J, Thompson CT, Rich P. A slowly enlarging mass on the finger. Dermatol Online J. 20(22), February, 2014 (https://escholarship.org/uc/item/212957kk).

Curtis T. Thompson, M.D.
Curriculum Vitae (Continued)

Scheers C, Andre J, Thompson CT, Rebuffat E, Harage S, and Kolivras A. Refractory Trichophyton rubrum infection in lamellar ichthyosis.  Pediatr Dermatol, 30:e200-3, 2013.

Kolivras A, Provost P, and Thompson CT. Erysipelas-like erythema of familial Mediterranean fever syndrome: a case report with emphasis on histopathologic diagnostic clues. J Cutan Pathol 40:585-90, 2013.

Trautman S, Thompson M, Roberts J and Thompson CT. Melanocytes, one possible autoimmune target in alopecia areata. JAAD 61:529-30, 2009.

Thompson CT.  Nucleic acid in-situ hybridization detection of infectious agents.  Proceedings of the SPIE, 3913:80-85, 2000.

Spies JA, Thompson CT, Foucar MK and LeBoit PE.  The histopathology of cutaneous lesions of Kikuchi's Disease (necrotizing lymphadenitis):  A report of 5 cases.  Am J Surg Path, 23:1040-1047. 1999.

Appenzeller P, Bigler C, Foucar K, Leith C and Thompson CT.  Cutaneous waldenstrom's macroglobulinemia in transformation.  Am J Dermpath, 21:151-155, 1999.

Lockett SJ, Sudar D, Thompson CT, Pinkel D and Gray JW.  Efficient, interactive and three-dimensional segmentation of cell nuclei in thick tissue sections.  Cytometry 31:275-286, 1998.

Lockett S, Thompson CT, Mullikin J, Sudar D, Khavari R, Hyun W, Pinkel D, and Gray JW.  Interactive algorithms for rapid enumeration of hybridization signals in individual, whole cell nuclei inside intact tissue specimens.  Proceedings of the SPIE 2412:43-49, 1995.

Gordon KB, Thompson CT, Char DH, O'Brien JM, Kroll S, Ghazvini S and Gray JW. Comparative genomic hybridization (CGH) in the detection of DNA copy number abnormalities in uveal melanoma.  Cancer Research 54:4765-4768, 1994.

Thompson CT, LeBoit PE, Nederlof PM and Gray JW.  Thick-section fluorescence in-situ hybridization (FISH) on formalin-fixed, paraffin-embedded archival tissue provides a histogenetic profile.  American Journal of Pathology 144:237, 1994.

Matsuta M, Matsuta M, Kon S, Thompson C, LeBoit PE, Weier H-U and Gray JW. Interphase cytogenetics of melanocytic neoplasms:  numerical aberrations of chromosomes can be detected in interphase nuclei using centromeric DNA probes.  Journal of Cutaneous Pathology 21:1-6, 1994.

Curtis T. Thompson, M.D.
Curriculum Vitae (Continued)

Thompson CT and Dvorak JA.  Quantitation of total DNA per cell in an exponentially growing population using the diphenylamine reaction and flow cytometry.  Analytical Biochemistry 177:353-357, 1989.

## REVIEW PUBLICATIONS

Kolivras A and Thompson CT. Primary scalp alopecia: New histopathological tools, new concepts and a practical guide to diagnosis. J Cutan Pathol 44:53-69, 2017.

Waldman FM, Sauter G, Sudar D, and Thompson CT.  Molecular cytometry of cancer. Human Pathology 27:1-13, 1996.

Thompson CT.  Cytogenetics of cutaneous malignant melanoma.  PATHOLOGY: State of the Art Reviews (STARS) 2:401-412, 1994.

Thompson CT and Gray JW. Cytogenetic profiling using fluorescence in-situ hybridization and comparative genomic hybridization.  Journal of Cellular Biochemistry 17G:139-143, 1993.

## ABSTRACTS

Hammer PL, Kolivras A and Thompson CT, Pemphigus Vulgaris-related Alopecia. American Society of Dermatopathology, Chicago, IL, November 2018.

Jordan C, Chapman C, Kolivras A, Roberts J, Thompson N and Thompson CT. Immunohistochemical characterization of lichen planopilaris and central centrifugal cicatricial alopecia.  International Society of Dermatopathology, San Diego, CA, February, 2018.

Thompson CT, Chapman C, Kolivras A, Roberts J, Thompson N. No Difference Between Lichen Planopilaris (LPP) and Central Centrifugal Cicatricial Alopecia (CCCA) on Light Microscopic and Immunohistochemical Studies, World Congress for Hair Research, Kyoto, Japan, November, 2017.

Thompson CT, Habashi-Daniel A, Roberts J, Desai N. Absence of Catagen/Telogen Phase and Loss of Cytokeratin 15 Expression in Hair Follicles in Lichen Planopilaris (LPP), Montagna Symposium on the Biology of Skin, Oregon, October, 2015.

Thompson CT and Jorgens D. An In-vitro Co-culture Model of Intra-epidermal Melanocytes," 23rd World Congress of Dermatology, Vancouver, Canada, June, 2015.

Kolivras A, Thompson CT, Metz T, Andre J. Macular arteritis associated with concurrent HIV and hepatitis B infections: a case report and evidence for a disease spectrum association

7

Curtis T. Thompson, M.D.
Curriculum Vitae (Continued)

with cutaneous polyarteritis nodosa, International Society of Dermatopathology, San Francisco, March, 2015.

Patel A, Chandler H and Thompson CT. Sebopsoriasis: an uncommon diagnosis with unique histologic features. American Society of Dermatopathology, October, 2012.

Fakhari FD, Rich P, Mengden Koon S, Thompson C. An unusual case of acral fibrokeratoma with onychomatricoma-like architecture. American Academy of Dermatology Gross and Microscopic Symposium, San Diego, CA, March, 2012.

Fakhari FD, Gasch B, Mengden Koon S, Thompson C, White K, White C. Generalized targetoid pustular eruption with vasculitis: a rare presentation of acute generalized exanthematous pustulosis, American Society for Dermatopathology, Seattle, WA, October, 2011.

Takiguchi, R and Thompson CT. Centrifuging Nail Specimen Debris Increases Sensitivity of Fungus Detection. American Society of Dermatopathology, October 1, 2009.

Trautman, S, Thompson M, Roberts J and Thompson CT. Melanocytes, as an autoimmune target in alopecia areata. American Society of Dermatopathology, October 16, 2008.

Thompson CT, Xavier C, Lupi O, Dawson E and Roberts J. Characterizing inflammatory cell infiltrate in lymphocyte-predominant cicatricial alopecias. American Society of Dermatopathology, October 16, 2008.

Thompson, CT.  Porokeratosis causing change in melanocytic nevi.  American Society of Dermatopathology, October 14, 2004.

Thompson CT and Roberts J.  Scalp histology in Rapp-Hodgkin syndrome.  American Society of Dermatopathology.  October 16, 2004.

Thompson CT, Spidle JA, Middleton SK and Thompson MM. "Fluorescence in-situ Hybridization (FISH) Detection of Mycoplasma."  Detection Technologies:  Applications in Flourescence and Probe Technologies for Drug Discovery and Clinical Diagnostics Meeting, Seattle, WA, June 24-25, 1999.

Scott JR, Spidle JA, LeBoit PE and Thompson CT.  Fluorescence *in-situ* hybridization (FISH) detection of cutaneous leishmaniasis:  a new way to diagnose an old disease.  American Society of Dermatopathology, October 30, 1998.  Dr. Scott was awarded the "Best Presentation by a Fellow or Resident" for the meeting.

Curtis T. Thompson, M.D.
Curriculum Vitae (Continued)

Appenzeller P, Bigler C, Foucar K, Leith C and Thompson CT. Cutaneous waldenstrom's macroglobulinemia in transformation, International Society of Dermatopathology, February 25, 1998.

Spies JA, Thompson CT, Foucar MK, LeBoit PE. Cutaneous involvement in Kikuchi's disease: a report of 3 cases. American Society of Dermatopathology, March 19, 1997.

Crossey MJ and Thompson CT. Focal dermal hypoplasia syndrome (Goltz's syndrome) with cutaneous lymphoid hyperplasia. American Society of Dermatopathology, March 20, 1997.

Thompson CT, Ng VL, Pinkel D, and Gray JW. Detection of microorganisms in formalin-fixed, paraffin-embedded tissue and cytologic preparations using fluorescence in-situ hybridization (FISH). Plenary presentation, American Society of Dermatopathology, February 2, 1995. Award for Best Plenary Presentation By a Resident/Fellow.

Thompson CT, Leong SPL and Gray JW. DNA copy number changes in advanced malignant melanoma using comparative genomic hybridization (CGH). Minisymposium presentation, American Association for Cancer Research, April 11, 1994.

Thompson CT, Gray JW and LeBoit PE. Thick-section fluorescence in-situ hybridization (FISH) reveals distinct histogenetic features of Spitz's nevus and cutaneous malignant melanoma. Plenary presentation, American Society of Dermatopathology, December 2, 1993.

Thompson CT, Gray JW and LeBoit PE. Marked aneuploidy in Spitz nevus, a benign melanocytic neoplasm demonstrated by thick-section fluorescence in-situ hybridization (FISH). American Journal of Human Genetics 53 (3 Supplement):375, 1993.

## INVITED LECTURES

"What's New in the Histopathology of Melanocytic Lesions," European Nail Society Scientific Meeting, Paris, France, September 12, 2018
"Basics of Alopecia," "Granulomatous Dermatoses," "Pathology of the Nail," and "Scarring Alopecia," London Dermatopathology Symposium Annual Meeting, London, England, May 16-17, 2018
"Common Sense in the Diagnosis of Lymphoproliferative Disorders," and "Nail Unit Specimen Processing and the Diagnosis of Common and Important Nail Lesions," Oregon Pathology Association Scientific Seminar Meeting, March 3, 2018, Portland, OR 97225
"Proper Management of Pathology Specimens," and "Use of Cutting Edge Diagnostic Methods for Onychomycosis," American Academy of Dermatology Annual Meeting, San Diego, California, February 17, 2018
"How to Submit a Nail Specimen," 22nd Annual Meeting of the Council for Nail Disorders, San Diego ,California, February 15, 2018

Curtis T. Thompson, M.D.
Curriculum Vitae (Continued)

"New Observations: Hair and Nail Pathology in the Last Year," Vars Dermpath Meeting, Vars, France, January 21, 2018

"Alopecia: A Fresh New Look and a New Algorithm for Diagnosis," and "Alopecia Areata-Like Pattern: A New Unifying Concept," London Dermatopathology Symposium Annual Meeting, London, England, May 17-19, 2017

"How to Submit a Nail Specimen," in Forum of An Evidence-based Approach to Nails: Expert Management of Common Problems, American Academy of Dermatology Annual Meeting, Orlando, FL, March 5, 2017.

"Nail Unit Specimen Processing and Diagnosis of Common and Important Nail Lesions," and "Moving Melanocytes," Vars Dermpath Meeting, Vars, France, January 21, 2017.

"Nail Unit Specimen Processing and Diagnosis of Common and Important Nail Lesions," "Common Sense in the Diagnosis of Lymphoproliferative Disorders," "Alopecia: Tissue Processing and an Algorithm for More Exact Diagnoses," "Investigations in Melanocyte Movement and Proliferation," and "Traditional New (Molecular) Tests for Identifying Infectious Agents," Dermatology in Paradise: Challenges in Melanoma, Inflammatory Disease and Alopecia, Maui, October 10-13, 2016.

"The Proper Collection of Histological Specimens," European Nail Society, Vienna, September 28, 2016.

"Highlights of Nail and Alopecia Pathology," and "Multiheader Nail Pathology," London Dermatopathology Symposium, London, May 13, 2016.

"An Evidence-Based Approach to Nails: Expert Management of Common Problems," Director and lecturer of Forum, American Academy of Dermatology, Washington, DC, March 5, 2016.

"Proper Submission of a Nail Specimen to Pathology," 23rd World Congress of Dermatology, Vancouver, Canada, June, 2015.

"An Evidence-Based Approach to Nails: Expert Management of Common Problems," Director and lecturer of Forum, American Academy of Dermatology, San Francisco, CA, March 21, 2015.

"Studies of Melanocyte Movement," Oregon Dermatological Society, Portland, OR, February 25, 2015.

"Studies of Melanocyte Movement," Vars Dermpath Course, Vars le Claux, France, January 26, 2015.

"An Evidence-Based Approach to Nails: Expert Management of Common Problems," Director and lecturer of Forum, American Academy of Dermatology, Denver, CO, March 21, 2014.

"New Concept in Alopecia," Vars Dermpath Course, Vars le Claux, France, January 27, 2014.

"New Concepts in Hair Loss," and "DermPath Update" (Two lectures), Oregon Dermatology Society, Portland, OR, January 15,2014.

"Dermatopathology and Preparation of the Nail Specimen," North American Nail Surgery Course, Oregon Health and Science University Department of Dermatology, September 8, 2013.

Curtis T. Thompson, M.D.
Curriculum Vitae (Continued)

"An Evidence-Based Approach to Nails: Expert Management of Common Problems," Director and lecturer of Forum, American Academy of Dermatology, Miami, FL, March 5, 2013.

"The Nail Surgeon and the Pathologist," World Congress of Dermatology, Seoul, Korea, May 29, 2011.

"Dermatopathology and the Nail Unit," American Academy of Dermatology, New Orleans, LA, February 5, 2011.

"Update of Dermatopathology," Washington State Dermatological Society, Vancouver, WA, July 10, 2010.

"Small Keratinocytic Lesions," Oregon Dermatological Society, Sunriver, OR, August 27, 2010.

"Biopsy Techniques for the Primary Care Clinician," Portland, OR, May 4, 2010.

"New Concepts in Processing of Nail Biopsy Specimens," 10th International Congress of Dermatology, Prague, Czech Republic, May 22, 2009.

"Proper Biopsy Technique," Oregon Physician's Assistant/Nurse Practitioner Dermatology Association, Sunriver, OR, July 12, 2008.

"Nail Biopsy Processing" and "Alopecia Diagnostics," Rio de Janeiro Society of Dermatology, Rio de Janeiro, Brazil, November, 29, 2006.

"Standardization of Nail Biopsy Processing," Council for Nail Disorders, San Francisco, CA, March 2, 2006.

"Accurate Diagnosis of Alopecia,"  H&H Dermatology Seminar, Santa Fe, NM, August 29, 2004.

"Accurate Diagnosis of Alopecia" and "Dermatopathology Challenge," Oregon Dermatology Society, Sunriver, OR, August 14-15, 2004.

"Alternative Careers in Pathology" New Mexico Society of Pathologists, Albuquerque, NM, October 26, 2002

"Interesting Dermatopathology Case Presentations"  Meeting of the United States and Canadian American Pathology Association, New Orleans, LA, March 28, 2000

"Update on Cutaneous Lymphoma Diagnosis."  Department of Pathology, Cornell University School of Medicine, February 16, 2000.

"What a Primary Care Physician Needs to Know About Skin Cancer" New Mexico Department of Health "Everything Under the Sun" Meeting, October 22, 1999.

"Detection of Micro-organisms using Nucleic Acid Hybridization."  Grand Rounds Presentation, Memorial Sloan Kettering Cancer Center, September 29, 1999.

"Fluorescence In-situ Hybridization (FISH) Detection of Micro-organisms:  Use of an Old Hammer on a New Nail." Annual Scientific Meeting of The Stanley J. Sarnoff Endowment for Cardiovascular Science, April 30, 1999.

"Fluorescence In-situ Hybridization (FISH) Detection of Micro-organisms."  Laboratory of Parasitic Diseases, National Institute of Allergy and Infectious Diseases, NIH, April 30, 1999.

"Slip, Slop, Slap:  Sun Protection in Schools."  From Head to Toe 3:  A Conference on School Health, Albuquerque, New Mexico, April 12, 1999.

"Slip, Slop, Slap, New Mexico."  Laguna Elementary School, Laguna, New Mexico, April 8, 1999.

11

Curtis T. Thompson, M.D.
Curriculum Vitae (Continued)

"Sun Protection." Laguna High School Health Fair, Laguna, New Mexico, March 11, 1999.

"Funded Researcher Talk—American Cancer Society and Slip, Slop, Slap, New Mexico Update." American Cancer Society Walk for Life Kickoff, Grants and Belen, New Mexico, March 3-4, 1999.

"Update of Cutaneous Lymphoma Diagnosis." Southwestern Dermatological Meeting, Santa Fe, New Mexico, September 5, 1998.

"Update of Cutaneous Lymphoma Diagnosis." Phoenix Dermatological Society, Phoenix, Arizona, February 12, 1998.

"Reporting of Melanocytic Neoplasms." Departments of Dermatology and Pathology, University of California, San Francisco, December 4, 1997.

"Detection of Microorganisms Using Fluorescence in-situ Hybridization (FISH)." Centro de Investigacion Biomedica I.M.S.S., Monterrey, N.L., Mexico, September 14, 1995.

"Thick-section Fluorescence in situ Hybridization (FISH) Techniques." Confocal Microscopy and Quantitative Image Analysis Workshop, American Association for Cancer Research Annual Meeting, San Francisco, California, April 9, 1994.

"Fluorescence In Situ Hybridization (FISH) Techniques Including Comparative Genomic Hybridization." Department of Cellular Pathology, Armed Forces Institute of Pathology, Washington DC, December 3, 1993.

"Cytogenetic Profiling Using Fluorescence In Situ Hybridization and Comparative Genomic Hybridization." Chemoprevention of Breast Cancer: Surrogate Endpoints and Agents in Short-Term Clinical Trials, Lake Tahoe, California, October 7, 1993.

"Analysis of the Cytogenetics of Melanocytic Tumors Using Fluorescence In-situ Hybridization (FISH)." California Melanoma Study Group, Carmel, California, April 23, 1993.

## TEACHING

Dermatopathology and Research Lectures, Pathology Residents, OHSU, February and March, 2017.

Oral and Dermatopathology Elective, CTA Lab, 2016 (Rotation for pathology residents).

Alopecia Course," Herlev Hospital, Copenhagen, September 20, 2016.

Moderator, Morphology Rounds, OHSU Department of Dermatology, June, 2004 and June, 2005, and September 28, 2005 and May, 2006, May, 2007; May 2008, May, 2009, May 2011, December 2012, December 2013, December 2014, December 2015, December 2016.

Dermatopathology Lectures, OHSU Department of Dermatology, December 2002 through April, 2004 and July to September, 2005; June and August, 2008; May, 2010; February, 2017.

Dermatopathology Course, University of New Mexico Departments of Dermatology and Pathology, 1996-2000.

Dermatopathology Lectures, Basic Medical Sciences, Cornell University School of Medicine, 1999.

Curtis T. Thompson, M.D.
Curriculum Vitae (Continued)

Dermatopathology Lectures, Dermatology and Pathology Residents, Cornell University, 1998-99.
Core Curriculum for Fellows, "Cytogenetics of Solid Tumors," February 12, 1998.
Medical Student Dermatopathology Lectures, UC Berkeley, 1996.

## OTHER SCIENTIFIC ACTIVITIES

Editorial Board, Journal of the American Academy of Dermatology, November, 2005-2008; July 2013-Present (New 5-year term)
Current Reviewer—Journal of Cutaneous Pathology, Journal of the European Academy of Dermatology and Venereology,
Past Reviewer--American Journal of Clinical Pathology, American Journal of Dermatopathology, Cancer Research, Cytometry, and Human Pathology

## PATENTS

Thompson CT, Spidle JA, Albertson DG and Segraves RL.  "Mast Cell Blocking in In-situ Hybridization"  U.S. Patent #60/130,865, 1999.

Thompson CT.  "Detection of Mycobacterium" U.S. Patent #5,582,985, Granted 1996.

Carson JW and Thompson CT.  "Controlled and Safe Fine Needle Aspiration Device" U.S. Patent #5,241,969, Granted 1993.

## MEDICAL LICENSURE
Oregon, 2002 (Active)
California, 1991 (Active)
Nevada, 2000 (Active)
New Mexico, 1996-2003.
Arizona, 1998-2002
New York, 1999-2002

## BOARD CERTIFICATION

Dermatopathology, 11/15/97
Anatomic Pathology, 1995; Voluntary recertification 1/1/2014

## PROFESSIONAL ORGANIZATIONS

European Nail Society 2016-Present
North American Hair Research Society; Grant Reviewer 2011-Present
Council for Nail Disorders

Curtis T. Thompson, M.D.
Curriculum Vitae (Continued)

American Society of Dermatopathology, Historian 2006-2010; History Committee 2010-Present
> International Society of Dermatopathology
> American Academy of Dermatology
> Oregon Dermatology Society
> Oregon Pathologists Association
> Dermatology Foundation, Fundraiser 2014-2017

## HONORS

Oregon Health and Sciences University Department of Pathology Best Teacher Award (2018)
Oregon Health and Sciences University Department of Dermatology Best Community Teacher Award (2008)
Oregon Health and Sciences University Department of Dermatology Appreciation for Teaching Award (2005)
America's Top Physician Recognition (2004-2005).
University of New Mexico Department of Pathology Best Teacher Award (1997)
National Merit Scholar
Phi Beta Kappa
Stanley J. Sarnoff Society of Fellows
Baylor College of Medicine Alumni Scholarship

## OUTSIDE ACTIVITIES

President, Board of Trustees, Portland Opera Association, 2011-Present
Member, Royal and Ancient Polar Bear Society, Hammerfest, Norway, 2016-Present.
Board Member, Operation Nightwatch (Homeless program), 2011-2016; Secretary-Treasurer 2011-2016.
Board Member, Portland Center Stage, 2008-2012, Executive Board Member 2009-2011.
Lake Oswego Transitional Shelter Ministry (Homeless sheltering), 2005-2011(President 2007-2009).
Lecturer, Art Literacy Program, Lake Oswego School District, 2003-2004.
Room Parent, Oak Creek Elementary School, Lake Oswego, Oregon 2002-2004.
Church School Teacher, Lake Oswego United Church of Christ, 8/02-5/03.
Coordinator of *Slip, Slop, Slap, New Mexico!*, a joint sun-protection program of the State of New Mexico Department of Health Cancer Prevention Program, The University of New Mexico and the American Cancer Society, 1998-2000.
Board of Directors, St. Mark's In the Valley Day School, Albuqerque, New Mexico, 8/97-6/00.
Board of Directors (Vestry), Episcopal Church of St. Mary the Virgin, San Francisco, California, 1/96-6/97.
Board of Directors, Pacific Primary School, San Francisco, California, 7/95-6/97, Vice President 6/96-6/97.

# EXHIBIT C

## **Prior Deposition Testimony**

I have not given testimony in the past four years other than for this case: MDL 2740 (*In Re: Taxotere*).

Curtis T. Thompson, M.D.

# EXHIBIT D

My hourly rate for deposition and trial testimony is $1,300 per hour plus travel time.

Curtis T. Thompson, M.D.

# EXHIBIT E



**DERMATOPATHOLOGY REPORT**

www.cta-lab.com

**12254 SW Garden Place**
**Portland, OR 97224**
**P. 503.906.7300 ● F. 503.245.8219**

| Patient Name | Birth Date | Sex | Report to: Name, Address, Fax |
|---|---|---|---|
| Kahn, Elizabeth | ███████ | F | CURTIS THOMPSON, MD |

| Path/Report Number | Report Date | Recvd Date | Collect Date | |
|---|---|---|---|---|
| CT20-18004 | 09/10/2020 | 09/09/2020 | 09/04/2020 | 12254 SW Garden Place<br>TIGARD, OR 972238246 |

**DIAGNOSIS:**

**A.  SKIN,  FRONTAL SCALP, BIOPSY:**

      **1. INCREASED TELOGEN BODIES.**
      **2. FEMALE PATTERN HAIR LOSS (ANDROGENETIC ALOPECIA).**
      **3. SEBORRHEIC DERMATITIS WITH YEAST FORMS IDENTIFIED.**

**B.  SKIN,  VERTEX SCALP, BIOPSY:**

      **1. PERMANENT CHEMOTHERAPY-INDUCED ALOPECIA.**
      **2. SEBORRHEIC DERMATITIS WITH YEAST FORMS IDENTIFIED.**

      **COMMENT:**  **Given the features diagnostic of permanent chemotherapy-induced alopecia in Part B, the increased number of telogen bodies seen in Part A most likely also represents permanent chemotherapy-induced alopecia.**

**GROSS:**
A.    4x4x5mm skin punch, submitted entirely in one cassette. Level sections through the tissue block performed.
B.    4x4x5mm skin punch, submitted entirely in one cassette. Level sections through the tissue block performed.



**DERMATOPATHOLOGY REPORT**

www.cta-lab.com

**12254 SW Garden Place**
**Portland, OR 97224**
**P. 503.906.7300 ● F. 503.245.8219**

| Patient Name | Birth Date | Sex | Report to: Name, Address, Fax |
|---|---|---|---|
| Kahn, Elizabeth | ▮▮▮▮ | F | **CURTIS THOMPSON, MD**<br><br>12254 SW Garden Place<br>TIGARD, OR 972238246 |

| Path/Report Number | Report Date | Recvd Date | Collect Date | |
|---|---|---|---|---|
| **CT20-18004** | 09/10/2020 | 09/09/2020 | 09/04/2020 | |

**MICROSCOPIC:**

A. Horizontal sections through the entire tissue segment show some solar elastosis in the superficial dermis and a normal follicular density. The follicles are miniaturized, and there are many telogen bodies, resulting in empty follicular tracts on the deeper sections. No gray-staining perifollicular fibrosis is identified. There is a patchy, sparse superficial perifollicular infiltrate of lymphocytes surrounding follicular ostia with very slight ostial spongiosis. A single foreign body-type giant cell with gray-staining material and surrounding lymphocytes is identified in the reticular dermis. Yeast forms are identified in these ostia on the H&E stain. A gram stain shows some colonizing gram positive bacterial coccal forms in follicular ostia.

TRANSVERSE SECTIONS

| | |
|---|---|
| Terminal anagen | 7 |
| Catagen/telogen | 7 |
| Vellus/Miniaturized hairs | 14 |
| TOTAL | 28 |
| Compound follicles | 0 |
| Perifollicular fibrosis | 0 |
| Lymphohistiocytic infiltrate | Trace to 1+ |
| Follicular structures/mm2 | 2.23 |
| Terminal: vellus | ~1:2 |
| Anagen: catagen/telogen | 75%/25% |



**DERMATOPATHOLOGY REPORT**

www.cta-lab.com

12254 SW Garden Place
Portland, OR 97224
P. 503.906.7300 ● F. 503.245.8219

| Patient Name | | Birth Date | Sex | Report to: Name, Address, Fax |
|---|---|---|---|---|
| Kahn, Elizabeth | | ■■■■■ | F | CURTIS THOMPSON, MD<br><br>12254 SW Garden Place<br>TIGARD, OR  972238246 |
| **Path/Report Number** | **Report Date** | **Recvd Date** | **Collect Date** | |
| **CT20-18004** | 09/10/2020 | 09/09/2020 | 09/04/2020 | |

B.  Horizontal sections through the entire tissue segment show a very low follicular
density with many empty follicular stela. There are many telogen bodies. No
gray-staining perifollicular fibrosis is identified. There is a patchy, sparse superficial
perifollicular infiltrate of lymphocytes surrounding follicular ostia with very slight
ostial spongiosis. Yeast forms are identified in these ostia on the H&E stain. A gram
stain does not show any bacteria. All controls show appropriate reactivity.

TRANSVERSE SECTIONS

| | |
|---|---|
| Terminal anagen | 3 |
| Catagen/telogen | 6 |
| Vellus/Miniaturized hairs | 8 |
| TOTAL | 17 |
| Compound follicles | 0 |
| Perifollicular fibrosis | 0 |
| Lymphohistiocytic infiltrate | Trace to 1+ |
| Follicular structures/mm2 | 1.35 |
| Terminal: vellus | 1:>2 |
| Anagen: catagen/telogen | 65%/35% |

Curtis T Thompson, M.D.
Board Certified in Dermatopathology

# EXHIBIT F

# Kahn, Elizabeth

MRN: 22550036

**Office Visit** 9/4/2020          Provider: Tosti, Antonella, MD (Dermatology)

UHealth Tower: Dr. Phillip Frost   Primary diagnosis: Alopecia medicamentosa

Department of Dermatology        Reason for Visit: New Patient Evaluation; Referred by REFERRAL, SELF
and Cutaneous Surgery

## Procedures

Tosti, Antonella, MD (Physician) • Dermatology

Pre-procedure Diagnoses

1. Alopecia [L65.9]

Procedures

1. PR PUNCH BIOPSY SKIN SINGLE LESION [11104 (CPT®)]

2. PR PUNCH BIOPSY SKIN EA SEP/ADDITIONAL LESION [11105 (CPT®)]

**Punch Biopsy Procedure Note**
**Pre-operative Diagnosis**: permanent alopecia after chemotherapy
**Post-operative Diagnosis**: Same
**Locations**: frontal scalpand vertex
**Indications:** Diagnosis
**Anesthesia**: Lidocaine 1% with Epinephrine 1:100,000
**Procedure Details**
Patient informed of the risks (including bleeding and infection) and benefits of the
procedure and verbal informed consent obtained.

The lesion and surrounding area was given a sterile prep using sterile alcohol pads and draped
in the usual sterile fashion. The skin was then stretched perpendicular to the skin tension lines
and the lesion removed using the 4 mm punch. The resulting ellipse was then closed. The
wound was closed with nylon interrupted sutures.  The specimen was sent for pathologic
examination. The patient tolerated the procedure well.

**Condition:** Stable
**Complications:** None
**Plan:**
1. Instructed to keep the wound dry and covered for 24-48h and clean thereafter.
2. Warning signs of infection were reviewed.

Procedure was performed bydr Tosti.

## Progress Notes

Tosti, Antonella, MD (Physician) • Dermatology

Elizabeth Kahn is a 62 y.o. female referred in consultationfor evaluation of alopecia.

Chief Complaint: Incomplete hair regrow after chemotherapy

**History of Present Illness**:

Patient was diagnosed with invasive lobular carcinoma of the left breast in April 2008. She
enrolled in the NSABP trial B-40 and was randomized to receive 4 cycles of docetaxel
(Taxotere 75mg/m2), capecitabine (Xeloda) and bevacizumab (Avastin) (5.29.2008, 6.19.2008.,
7.10.2008, 7.31.2008) followed by 4 cycles of doxorubicin and cyclophosphamide ( 8.21.2008,
9.11.2008, 10.02 2008, 10.23.2008), followed by surgery (segmental mastectomy with sentinel
node biopsy 12.10.2008), adjuvant radiotherapy (completed 2.27.2009) and bevacizumab

every 3 weeks for 10 doses. From April 2009 to April 2018 she was taking tamoxifen. Denies any change in hair since stopping tamoxifen.

Patient reports that she had normal hair density before this illness. She reports going to the same hair dresser for the last ~30 years (before and after hair loss). She lost her hair during chemotherapy and had incomplete regrowth after end of chemotherapy, which remained stable in the years. She reports that she complained of poor regrow with her oncologist and hair thinning is documented in her medical records in 2010,2011 and 2012, 2016 and 2017. She says she also discussed the problem with her dermatologists , but this is not documented in her notes. She states that her alopecia has not improved after 2018, when she stopped tamoxifen.

Location: scalp, eyebrows, eyelashes Family history : [see below] Personal history: incomplete hair regrowth after chemotherapy

### Past Medical History:
Breast cancer
Hypertension
Hyperlipidemia
Vit D deficiency

### Family History:
Reports mother had thin hair at very old age prior to passing. She has a sister with normal hair Paternal grandfather, father, brother, nephew with history of male pattern baldness

### Medications:
Enlopedin since 1 year, lisinopril before
Vit D ( her last blood work showed normal levels)

### Physical Exam:
PHYSICAL EXAMINATION:
Well developed, well nourished, female in no acute distress, oriented and without outward signs of anxiety or depression. General Appearance: well appearing, Oriented to person, place and time? Yes, Mood: Cooperative: Yes, Affect: Normal

Areas Examined
Complete examination of the scalp and hair,eyebrows, eyelashes, axillae, pubic area.

### Scalp Exam:
Pull test: negative
Diffuse alopecia with reduced hair density all over the scalp but more pronounced on androgen dependent scalp
Sparse and thin eyebrows, sparse and short eyelashes
Normal pubic and axillary hair for age.

Trichoscopy
Reduced hair density with marked reduction of hair shaft diameter, and presence of thin miniaturized hair . Most hair emerging as a single hair. Yellow dots , short regrowing hairs and circle hairs. No signs of scarring.

### Assessment and Plan:

1. Permanent alopecia after chemotherapy Will take two 4 mm punch biopsies to confirm diagnosis
After VC I took two 4 mm dermoscopy guided biosies : 1) marked as A was taken o the frontal scalp 2) marked as B was taken form vertex .

 I personally took the biopsies and attending resident sutured the biopsied area
Biopsies were shipped to Dr Thompson lab by Fedex

## Instructions

After Visit Summary (Printed 9/4/2020)

## Additional Documentation

Flowsheets:     Patient-Reported Data

Encounter Info:  **Billing Info, History, Allergies, Detailed Report**

## Orders Placed

None

## Medication Changes

As of 9/4/2020 1:57 PM

None

## Visit Diagnoses

Alopecia medicamentosa L65.8, T50.905A



