# EXHIBIT 6

# CHANDRA N. SMART, MD
### ANATOMIC PATHOLOGY, DERMATOPATHOLOGY
### RONALD REAGAN UCLA MEDICAL CENTER,
### LOS ANGELES, CALIFORNIA

### EXPERT REPORT OF DR. CHANDRA N. SMART
### IN RE: TAXOTERE (DOCETAXEL) PRODS. LIAB. LITIG., MDL NO. 2740

I have been asked to prepare this report to review the pathological findings for Elizabeth Kahn. I have also been asked to address aspects of the opinions of plaintiff's experts Dr. Curtis Thompson and Dr. Antonella Tosti dealing with dermatopathology. The opinions and analysis set forth herein are made to a reasonable degree of medical and scientific probability. This means I believe them to be true, based on all available data and reasonable scientific and medical principles. I have used the same type of scientific rigor in the analysis and reasoning here, that I use every day in my professional work.

## I.     BACKGROUND AND QUALIFICATIONS

I am a Professor in the Department of Pathology and Laboratory Medicine at the UCLA/David Geffen School of Medicine. I joined the UCLA Department of Pathology as an assistant clinical professor in 2008 and am a board certified dermatopathologist who completed both my anatomic/clinical pathology residency and dermatopathology fellowship training at UCLA. I have special interests in diseases of the scalp and cutaneous lymphomas, with an emphasis on the diagnosis of mycosis fungoides and its variants. I have an active teaching role in the Pathology and Dermatology departments. In addition to my dermatopathology board certification from the American Board of Pathology in 2008, I became board certified in Anatomic and Clinical Pathology in 2007. My medical degree is from the Drew/UCLA School of Medicine in 2003.

My professional experience, awards, honors, and other professional activities, including lectures, are listed in my curriculum vitae attached hereto as **Exhibit A**.

## II.     DISCLOSURES

I am being compensated in connection with this matter at my customary rate of $1,100 per hour for consultation, records review, deposition, and trial testimony.

During the preceding four years, the only depositions I have given were in this litigation.

Because I have reviewed ample medical and scientific literature over my continued education in pathology, it is not possible to list all of the material informing my opinions. I am, however, attaching a list of references that I have reviewed as **Exhibit B**. By including literature on this list, it does not imply that I place any particular emphasis on the reference or that I agree with all of the content in any particular publication. In addition, I am attaching a list of case-specific materials that I have reviewed as **Exhibit B**.

At the time of trial, I may use pathology slides, microphotographs, photographs, or other records or graphics to assist with the illustration of my opinions. I may also amend and further supplement my opinions based on additional material provided to me after the date of this report.

### III.   OPINIONS

#### A.   ALOPECIA GENERALLY

I will offer opinions regarding various forms of alopecia as well as causes of alopecia. There are many forms of alopecia and many causes of alopecia. Ms. Kahn could present with the alopecia she has even if she never had chemotherapy.

#### B.   Understanding Pathology

I will offer opinions on pathology, dermatopathology, and the interplay between a dermatologist and pathologist. I will offer opinions specific to this case on how scalp biopsies should be performed, how the pathology should be handled, and impressions from the pathology. I will offer opinions on how forms of alopecia present both clinically and histopathologically in comparison and contrast to the slides for the pathology here.

Pathologists examine tissue removed from the human body either surgically or via biopsy and provide a report describing the histopathologic findings and render diagnoses based on those findings. Dermatopathology is the study of skin pathology. It is a subspecialty of dermatology and pathology. A dermatopathologist must be trained in either dermatology or pathology. I am a dermatopathologist trained in pathology. Dermatologists treat patients, while dermatopathologists receive biopsy specimens, examine the tissue, and make diagnoses.

#### C.   The Role and Importance of Pathology to Diagnosing Hair Loss

Alopecia presents in many different ways and may have many different causes. While dermatologists can make clinical diagnoses, at times dermatologists will send pathology samples to pathologists to either confirm or reject clinical diagnoses.

Dermatologists should have a detailed clinical history for the patient before performing a scalp biopsy. Additionally, before sending pathology samples to a pathologist, dermatologists will typically conduct various blood tests to rule out certain causes of alopecia, including vitamin deficiencies, iron deficiencies, nutritional deficiencies, hormonal imbalances, autoimmune disorders, or thyroid conditions. Ms. Kahn has not had a full blood panel performed by a dermatologist, so some of the risk factors for alopecia that may be seen with blood tests cannot be ruled out.

While pathological findings for various types of alopecia may overlap and not all biopsies will establish a definitive diagnosis, the gold standard for diagnosing the type of alopecia is a scalp biopsy. As clinicians should perform a clinical and pathological correlation, clinicians generally do not disregard pathological findings. Disregarding pathological findings can impact the accuracy of a clinical diagnosis.

There are established protocols in dermatology that are used when performing scalp biopsies. Before performing the biopsy, the dermatologist should obtain a full clinical history and conduct a physical examination. Both a clinical history and physical examination are of great importance in the process because both assist the dermatologist in making a clinical differential diagnosis, which is necessary to have before performing the biopsy.

After making a clinical diagnosis, the dermatologist should determine where on the scalp to biopsy and how many biopsies to perform. Because a single patient may experience multiple forms of alopecia at the same time, biopsies should be taken from any portion of the scalp that may appear to have a different disease process.

In addition, whether the dermatologist believes that the alopecia is scarring or non-scarring, impacts the location from which the biopsy is taken on the scalp as well as the number of biopsies taken.

When assessing certain forms of alopecia, such as androgenetic alopecia, a biopsy should be taken from the "normal" portion of the scalp for comparison to the "abnormal" biopsy. This is useful in establishing a baseline for that patient because there can be great variability among people in what is considered normal for hair counts, as well as other pathological factors.

Dr. Tosti failed to include androgenetic alopecia as a differential diagnosis for Ms. Kahn. Dr. Tosti's failure to include androgenetic alopecia as a differential may have impacted her choice of where to take Ms. Kahn's biopsies. This is evidenced by Dr. Tosti's failure to take a "control" biopsy.

Trichoscopy examines the scalp at magnification. Trichoscopy can be useful in deciding which portions of the scalp to biopsy. While trichoscopy can be useful in establishing clinical differential diagnoses, it cannot replace a biopsy.

A 4 mm punch biopsy is the standard.

The dermatologist should carefully document the location from where the punch biopsy was taken to communicate to the pathologist.

After a dermatologist performs a biopsy, it is sent to a pathology lab where it is processed and slides are created for the dermatopathologist to review.

When a dermatologist sends a pathology specimen to the pathologist, it is accompanied by a requisition form. The requisition form should provide sufficient clinical history about the patient as well as the dermatologist's clinical differential diagnoses.

Without this material and information, a pathologist is limited in their ability to accurately interpret the biopsy and provide accurate pathological differential diagnoses.

After reviewing the slides, pathologists create reports. Those reports will include a clinical history section. In addition, most pathology reports include differential diagnoses. This is because there are many forms of alopecia that will have overlapping pathological findings. I will discuss the findings included in pathology reports as well as the pathological features associated with various forms of alopecia.

While some scalp biopsies contain pathological features that can establish a definitive diagnosis, it is very common that a pathology report will include a differential diagnosis. In addition, for many types of alopecia, pathologists are generally unable to establish a definitive cause of the alopecia.

### D.    Dr. Thompson Did Not Receive Sufficient Clinical Information

Ms. Kahn's pathology was sent to a dermatopathologist in Portland, Oregon, Dr. Curtis Thompson. From the gross specimens, his lab created H&E stained slides. Dr. Thompson then reviewed the slides and generated a pathology report.

Dr. Thompson's report is missing a clinical history section as well as differential diagnoses. In my practice, I include a clinical history section, and I typically include differential diagnoses after I state my histologic findings. That is consistent with standards of dermatopathology. In my opinion, Dr. Thompson should have provided a clinical history and a differential diagnosis in his pathology reports.

### E.    HAIR COUNTS

I will discuss hair counts. What is considered a normal hair count can vary quite extensively between races, as well as individuals within that race. When assessing what a "normal" hair count is, it is useful to compare the hair count seen in the abnormal looking portion of the scalp with the hair count seen in the normal portion of the scalp. The count seen within the normal portion of the scalp is representative of what normal is for that specific patient.

For Caucasian hair, the average total range is 26 to 45, average terminal range is 18 to 42, and average vellus range is 1 to 12.[1] These counts and ratios, however, can change with age. Additionally, lower counts can be seen with various alopecia processes, such as androgenetic alopecia.

Here, we do not have a "control" biopsy to establish baseline hair counts for Ms. Kahn.

---

[1]  Sperling, Leonard C. "Hair density in African Americans." *Archives of dermatology* 135.6 (1999): 656-658.

F.    SCARRING AND NON-SCARRING ALOPECIA

There are many different types of alopecia.  Alopecia can be multifactorial.  As such, one patient could be experiencing multiple forms of alopecia at one time.  The types of alopecia are scarring and non-scarring alopecia.  Hair loss can be diffuse or focal, and vary in severity, depending on the type of alopecia.

Androgenetic alopecia is a common form of non-scarring alopecia.  Ranging from minimal to complete, androgenetic alopecia is varied in its severity by patient, and hair loss seen with androgenetic alopecia can occur all over the scalp.  Risk factors for androgenetic alopecia can include genetics, age, being post-menopausal, medications, and hormone imbalances.

I will discuss the pathological findings seen with various types of alopecia.  When looking at slides, a pathologist can assess whether the alopecia is scarring or non-scarring.  There are also forms of alopecia that are biphasic.  In other words, while the alopecia is a non-scarring alopecia, over time, there can be follicular drop out.  This can be seen with androgenetic alopecia.  Likewise, a reduced follicular count, telogen bodies, miniaturized hairs, and preservation of sebaceous glands can be seen in androgenetic alopecia.[2]  Additionally, for androgenetic alopecia, vellus hairs can be seen, and there can be reduced hair density as well as shortened hair length.

G.    CYTOKERATIN 15 AND KI-67

In past cases, Dr. Thompson conduced Cytokeratin 15 and Ki-67 staining on plaintiffs' pathology.

Cytokeratin 15 is an immunohistochemical stain.  Cytokeratin 15 can be used to determine if stem cells in the bulge region of the hair follicle are present.  If stem cells are present in the bulge region of the hair follicle, the Cytokeratin 15 stain will be positive.  If the stem cells are not present, the Cytokeratin 15 stain will be negative.

Ki-67 is a stain used to test cell proliferation.  If the cells are proliferating, the stain will be positive. Stem cells have a high proliferation rate.  If stem cells in the bulge region of the hair follicle are proliferating, the Ki-67 stain will be positive.

In previous depositions, plaintiffs' experts have opined that a hypothetical mechanism of action for why chemotherapy drugs could cause ongoing alopecia after the completion of chemotherapy is that chemotherapy may damage the stem cells in the bulge or the dermal papilla of the hair follicle.

Dr. Thompson did not use Cytokeratin 15 or Ki-67 stains on Ms. Kahn's pathology.

---

[2]  Sperling, Leonard C. "Scarring alopecia and the dermatopathologist." *J. Cutan. Pathol.* 28(7):333-42 (2001).

### H.   TAMOXIFEN AND AROMATASE INHIBITORS

Alopecia can be caused by both Tamoxifen and Aromatase Inhibitors.  There have been no definitive studies assessing how hair loss caused by Tamoxifen or Aromatase Inhibitors presents pathologically.  As such, any woman who has alopecia and is taking either Tamoxifen or an Aromatase Inhibitor, may have alopecia caused by those medications.

### I.   THERE ARE NO DEFINED PATHOLOGICAL FINDINGS ASSOCIATED WITH ONGOING ALOPECIA  AFTER CHEMOTHERAPY

The first case reports by pathologists of persistent alopecia after chemotherapy were published in 2010.  Following that, a small number of subsequent publications reported other cases of alopecia after chemotherapy.  However, none of these publications discussing persistent alopecia after chemotherapy report pathologic findings from a controlled study.  There are no agreed upon pathologic diagnostic criteria for "persistent chemotherapy induced alopecia."[3] Moreover, there are not unique pathological features seen with persistent alopecia after chemotherapy that would enable a pathologist to distinguish it from androgenetic alopecia.

Even if alopecia could be attributed to chemotherapy, it would be impossible to attribute it to any specific drug in a multi-drug regimen.  Pathology cannot establish that any specific chemotherapy drug caused the alopecia.

### J.   PATHOLOGICAL ASSESSMENTS OF Ms. Kahn

I have reviewed the pathology slides available for Ms. Kahn.  Should any additional slides become available, I reserve the right to supplement this report.  I've attached my Surgical Pathology Report for Ms. Kahn as **Exhibit C**.

The slides were viewed in the usual and customary manner by light microscopy.  I had a full clinical history for Ms. Kahn at the time I viewed her slides.  At the time of trial, I intend to offer the opinion to a reasonable degree of medical probability that chemotherapy, including chemotherapy with Taxotere cannot be established as the definitive cause of Ms. Kahn's alopecia.  Additionally, I will offer the opinion that  the histologic features present in Ms. Kahn's biopsies show features consistent with androgenetic alopecia.  In addition, it is my opinion that her Tamoxifen use likely exacerbated her underlying disease process.

Ms. Kahn is a 62-year old post-menopausal Caucasian woman who had invasive lobular carcinoma of the left breast, originally diagnosed in April 2008.  She received a multi-drug chemotherapy regimen and underwent a lumpectomy.  Additionally, she received radiation and took Tamoxifen for 10 years after completing chemotherapy.

---

[3] *See, e.g.,* Tallon, Ben, Elizabeth Blanchard, and Lynne J. Goldberg. "Permanent chemotherapy-induced alopecia: histopathologic criteria still to be defined." *Journal of the American Academy of Dermatology* 68.5 (2013): e151-e152.

Ms. Kahn has many risk factors for androgenetic alopecia, including: health conditions, age, genetics, being post-menopausal, medications, metabolic syndrome, vitamin deficiencies, and the use of Tamoxifen. Additionally, Ms. Kahn's photographs show that she had alopecia before undergoing chemotherapy, that her hair returned to the same level after chemotherapy, and then her hair progressively worsened, which is consistent with androgenetic alopecia and endocrine-induced alopecia.

After reviewing Ms. Kahn's available slides, I made the following pathological findings:

**MICROSCOPIC DESCRIPTION:**
**BIOPSY A, FRONTAL SCALP**
**Terminal anagen hairs:** 9
**Catagen/telogen hairs:** 2
**Vellus/miniaturized hairs:** 9
**Total hairs (all phases):** 20
**Anagen: catagen/telogen ratio:** 4.5: 1
**Terminal: vellus ratio:** 1.2: 1
**Inflammatory infiltrate:** Mild to moderate, peri-follicular, lymphohistiocytic inflammatory infiltrate noted at the levels of the isthmus/infundibulum
**Fibrosis:** Not present
**Sebaceous glands:** Present
**Additional features noted:**
Many follicular streamers identified
Focal spongiosis of the follicular epithelium
Areas of follicular dropout present

**BIOPSY B, VERTEX SCALP**
**Terminal anagen hairs:** 6
**Catagen/telogen hairs:** 1
**Vellus/miniaturized hairs:** 6
**Total hairs (all phases):** 13
**Anagen: catagen/telogen ratio:** 6: 1
**Terminal: vellus ratio:** 1.2: 1
**Inflammatory infiltrate:** Mild, peri-follicular, lymphohistiocytic inflammatory infiltrate noted at the levels of the isthmus/infundibulum
**Fibrosis:** Not present
**Sebaceous glands:** Present
**Additional features noted:**
Many follicular streamers identified
Areas of follicular dropout present

Both of Ms. Kahn's biopsies show features consistent with androgenetic alopecia. Ms. Kahn's alopecia clinically presented as a patterned alopecia, which is seen in androgenetic

7

alopecia. In contrast, persistent chemotherapy induced alopecia should present diffusely. Additionally, Ms. Kahn's biopsies show inflammation. Inflammation can be seen in androgenetic alopecia. But inflammation is not described as a feature of persistent chemotherapy induced alopecia.

Based on Ms. Kahn's risk factors for androgenetic alopecia as well as the photographic evidence in this case, it is my opinion that Ms. Kahn has some degree of androgenetic alopecia.

To the extent that Dr. Thompson is relying on Dr. Tallon's publication discussing telogen germinal units as being a distinguishing factor for diagnosing persistent chemotherapy induced alopecia, I disagree with telogen units as being a distinguishing feature. In fact, plaintiff's own expert, Dr. Tosti, has written a letter to the editor in response to Dr. Tallon's article in which she states that telogen germinal units are not a specific feature seen in persistent chemotherapy induced alopecia.

Additionally, Ms. Kahn's telogen units look different than the telogen germinal units described in Dr. Tallon's article. Moreover, increased telogen bodies can be seen in alopecia processes that involve more rapid hair cycling, such as androgenetic alopecia.

I also disagree with the comment Dr. Thompson made in his dermatopathology report for Ms. Kahn that: "Given the features diagnostic of permanent chemotherapy-induced alopecia in Part B, the increased number of telogen bodies seen in Part A most likely also represents permanent chemotherapy-induced alopecia." First, there is no reliable methodology to make this comment. Second, biopsy B is not diagnostic of persistent chemotherapy induced alopecia. Third, the telogen bodies seen in Biopsy A can be seen in hair cycling and androgenetic alopecia. Ultimately, the pathological findings for both biopsy locations are consistent with androgenetic alopecia and neither biopsy site can be used to exclude androgenetic alopecia as a differential diagnosis.

Additionally, to the extent that Dr. Thompson relies on follicular drop out as a unique diagnostic feature for persistent chemotherapy induced alopecia, I disagree. Follicular drop out is not a unique feature seen only in persistent chemotherapy induced alopecia. Instead, follicular drop out can also be seen in androgenetic alopecia.

Further, the lower hair count seen in Biopsy B is in part due to Dr. Tosti's biopsy site selection. Dr. Tosti's photographs for Biopsy B show that it was taken from a location with very few hairs when locations, such as a few millimeters to the left, have many more hairs. Dr. Tosti should have taken the biopsy from a location with more hair to allow for more pathological material to review and to avoid creating an artificially low, unrepresentative hair count.

8

## IV.  CONCLUSION

Based on the objective histological findings present in the slides of Ms. Kahn's punch biopsies, it is my opinion that Ms. Kahn has some degree of androgenetic alopecia, which is likely exacerbated by her Tamoxifen use.  Because the pathological features for persistent alopecia after chemotherapy overlap with those seen in androgenetic alopecia, one cannot entirely exclude chemotherapy based on the pathology alone as playing some role in her alopecia.  Even so, even if chemotherapy is playing a role, one cannot say to a reasonable degree of medical and scientific probability that Taxotere caused any degree of Ms. Kahn's alopecia.

Signed:

Chandra N. Smart, M.D.
Los Angeles, California
October 9, 2020

# Exhibit A

**April, 2018**
**CURRICULUM VITAE**

**NAME:**                                SMART, Chandra Nicole, M.D.

**ADDRESS:**                          UCLA Pathology and Lab Medicine
                                          BOX 951732, CHS (27-061) Telepathology
                                          Los Angeles, CA 90095-1732
                                          310-206-7191 (phone)
                                          310-267-2685 (fax)
                                          csmart@mednet.ucla.edu

**EDUCATION:**

                                          Undergraduate Degree:  Bachelors of Science, Biology -
                                          University of California at Los Angeles, September 1993-
                                          June 1997

                                          Medical Degree:  Charles R. Drew/UCLA School of
                                          Medicine, Los Angeles, CA, August 1998-May 2003

                                          Post-Junior Fellowship:  Anatomic and Clinical Pathology-
                                          UCLA Department of Pathology and Laboratory Medicine,
                                          Los Angeles, CA; Director-Scott Nelson, MD, July 2001-
                                          June 2002

                                          Residency:  Anatomic and Clinical Pathology - UCLA
                                          Department of Pathology and Laboratory Medicine, Los
                                          Angeles, CA; Directors-Scott Nelson, MD and Charles
                                          Lassman, MD, July 2003-June 2007

                                          Fellowship:  Dermatopathology - UCLA Department of
                                          Pathology and Laboratory Medicine, Los Angeles, CA;
                                          Director-Scott Binder, MD, July 2007-June 2008

**LICENSURE:**

                                          Physician and Surgeon, Medical Board of California,
                                          Certificate #A89112, Current

**BOARD CERTIFICATION:**

                                          Diplomate of the American Board of Pathology in
                                          Anatomic and Clinical Pathology, 8/2007 and re-
                                          certification, 9/2014
                                          Diplomate of the American Board of Pathology in
                                          Dermatopathology, 10/2008 and re-certification, 9/2014

1

**PROFESSIONAL EXPERIENCE:**

Section Chief, Dermatopathology, UCLA
December 2017-Present

Co-Chair, Block 1 Medical Student Education, David
Geffen/UCLA School of Medicine
May 2017-Present

Health Sciences Associate Clinical Professor, UCLA
July 2014-Present

Medical Director, Santa Monica/UCLA Dermatopathology
Laboratory, May 2014-Present

Health Sciences Assistant Clinical Professor, UCLA,
July 2008-June 2014

Public School Teacher, September 1997-June 1998
Audubon Middle School, Los Angeles Unified School
District

**PROFESSIONAL ACTIVITIES:**

Committee Service:
Academic Promotions Committee (APC), Co-Chair (2014-
2016)
Translational Research Fund Committee, Member
Medical Education Committee, Member
Faculty Practice Group (FPG) Quality Measurement and
Improvement Committee, Founding Member
Pathology and Laboratory Medicine Quality Committee,
Member
Surgical and Other Invasive Procedures (SOIP)
Committee, Member
Women in Science and Medicine (WisDOM) Committee,
Founding Member

Professional and scholarly associations:
College of American Pathologists, Member
American Society for Clinical Pathology, Fellow
American Society of Dermatopathology, Fellow

Community Service:
UCLA Pre-medical/Pre-dental Enrichment Program
(PREP), Volunteer Preceptor

2

**HONORS AND SPECIAL AWARDS:**

Best paper awarded at the Los Angeles Society of Pathologists 32nd annual Resident Symposium, June 2005
"Do the results of breast biomarker studies differ between core biopsy and surgical excision specimens?"

Best paper awarded at the Los Angeles Society of Pathologists 33rd annual Resident Symposium, June 2006
"Enteroendocrine cell dysgenesis and malabsorption, a histopathologic characterization"

Outstanding Teaching Award, 2011-2012
UCLA Dermatology Residents

Outstanding Tutor Award, David Geffen School of Medicine, September 2014

**RESEARCH GRANTS AND FELLOWSHIPS RECEIVED:**

Sarkaria Research Fellow Award, Research and educational activities, $5000.00, June 2007-Present

UCLA Translational Research Award, to fund "Analysis of the microenvironment of sentinel lymph nodes using tissue microarrays, $9,150.00, principal investigator, December 2010-Present

**LECTURES AND PRESENTATIONS:**

"Analysis of breast cancer patient characteristics in an underserved population" presented at the Charles R. Drew University of Medicine and Science research colloquium, Los Angeles, CA, March 2002

"Cutaneous T-cell lymphoma/mycosis fungoides and its histologic mimics" presented at the UCI Department of Pathology Grand Rounds, Irvine, CA, January 2012

"Cutaneous T-cell lymphoma/mycosis fungoides and its histologic mimics" presented at the Harbor/UCLA Department of Pathology Grand Rounds, Torrance, CA, February 2012

3

"Pathological features of the primary melanomas of patients studied in the Multi-center Sentinel Lymphadenectomy Trial-1 (MSLT-1) and their relationship to sentinel node tumor status and clinical outcome" presented at the United States and Canadian Academy of Pathology Annual Meeting, Vancouver, Canada, March 2012

"Diagnostic challenges in diagnosing rejection in vascularized composite allografts," presented at the 12th Banff Conference on Allograft Pathology, Comandatuba-Bahia, Brazil, August 2013

"Practical approach to inflammatory skin disease and cutaneous adnexal neoplasms," presented at the California Society of Pathologists 68th Annual Meeting, San Francisco, CA, December 2015

"Adnexal tumors of the skin," presented at the California Society of Pathologists 68th Annual Meeting, San Francisco, CA, December 2015

"Interesting case of cellular neurothekeoma," presented at the United States and Canadian Academy of Pathology Annual Meeting, Seattle, WA, March 2016

"Doozies in dermatopathology," presented at Harbor/UCLA Dermatology Grand Rounds, Torrance, CA, April 2016

## PUBLICATIONS:
### RESEARCH PAPERS (PEER-REVIEWED)

**A. Research Papers (published)**

1. **Burge CN**, Chang HR, Apple SK., "Do the results of breast biomarker studies differ between core biopsy and surgical excision specimens", Breast, 15: 167-172 (2006)

2. Cortina GR, **Smart CN**, Farmer DG et al., "Enteroendocrine cell dysgenesis and malabsorption, a histopathologic and immunohistochemical characterization", Hum Pathol., 38(4): 570-80 (2007)

3. **Smart CN**, Pucci RA, Binder SW, and Cassarino DS., "Cutaneous carcinosarcoma with myoepithelial differentiation:  Immunohistochemical and cytogenetic analysis of a case presenting in an unusual location", Am J Dermatopathol., 31(7): 715-717 (2009)

4

4.  Lau OD, Bhuta S, **Smart CN**, Kirsch CM, St. John MA., "Radiology Quiz Case #1", Arch Otolaryngol Head Neck Surg., 136(4): 411 (2010)

5.  Shanesmith RP, **Smart C**, Cassarino DS., "Tissue Microarray Analysis of Ezrin, KBA.62, Nestin, and p-AKT in melanoma versus banal and atypical nevi, and non-melanocytic lesions", Am J Dermatopathol., 33(7): 663-8 (2011)

6.  Mong C, Tsai M, Gharavi NM, **Smart C**, Lee DJ, and Young L., "ABATACEPT-induced Lupus Erythematosus Panniculitis in a Patient with Rheumatoid Arthritis", Proceedings of UCLA Healthcare, Volume 16 (2012)

7.  Chow C, Gharavi NM, **Smart CN**, Yashar S, and Young LC., "An Unusual Presentation and Distribution of Generalized Eruptive Syringomas", Skin Med Dermatology for the Clinician, Jan/Feb 11(1): 1-2 (2013)

8.  Kanner WA, Barry CI, **Smart CN**, Frishberg DP, Binder SW, and Wick MR., "Reticulin and NM23 staining in the interpretation of lymph nodal nevus rests", Am J Dermatopathol., 35(4): 452-7 (2013)

9.  Pirouz A, Young L, **Smart C**, Worswick S. "What is the cause of these necrotic papules in a teenager with left-sided neck pain" in The Dermatologist Dec; 21(12) (2013)

10.  Wang YT and **Smart CN.**, "Atypical fibrous histiocytoma arising in the peri-anal area: a case report and review of the literature", Am J Dermatopathol., 36(2): 171-3 (2014)

11.  Wang YT, Geng B, Yoo KY, Stiehm ER, Garcia-Lloret M, Wong D, **Smart C**, Worswick S, Barnhill R., "Cutaneous Granulomas and Epidermodysplasia Verruciformis in Early Onset Combined Immunodeficiency Syndrome", Am J Dermatopathol., 36(2): 179-83 (2014)

12.  Wang YT, **Smart CN**., "A rare case of melanoma with Touton-like giant cells:  a potential diagnostic pitfall", Am J Dermatopathol., 36(6): 513-5 (2014)

13.  Jeon H, **Smart C**., "An unusual case of porocarcinoma arising on the scalp of a 22 year old woman", Am J Dermatopathol., 37(3): 237-9 (2015)

14.  Zussman J, **Smart CN**., "Perforating lichen nitidus", Am J Dermatopathol., 37(5): 406-8 (2015)

15.  Anastasiou C, Scumpia PO, **Smart C**, Young LC., "Papules on the face and body", Cutis., 95(5): E22-4 (2015)

16.  Norberg A, Balin S, **Smart C**, Worswick S., "Clustered papules in a Blashkoid pattern", Cutis., 96(1): E16-8 (2015)

17.  Yeon H, Wen JT, and **Smart C** "What is the best method for removing biopsy-proven atypical nevi? A comparison of margin clearance rates between re-shave and full-thickness surgical excisions", J Dermatol Surg., Sep; 41(9): 1020-3 (2015)

18.  Beroukhim, K and **Smart C**., "Dermal Mucinosis in Chronic Sclerodermoid Graft-Versus-Host-Disease", Am J Dermatopathol., Feb; 38(2): 151-3 (2016)

19.  Choi YM, Wang YT, Geng B, Garcia-Lloret M, **Smart CN**.  Lichenoid Dermatitis in an Adult with Immune Dysregulation, Polyendocrinopathy, Enteropathy, X-Linked (IPEX) Syndrome.  Skinmed., Jun 1;15(3):  231-234 (2017)

20.  Goldstein, Z, Sarantopoulos GS, **Smart C**., "Clear cell atypical fibroxanthoma, an unusual case in an unusual place" J Cutan Pathol., Nov; 44(11):  951-953 (2017)


**BOOK CHAPTERS**
1.  Haley J and **Smart C**., "Chapter 15:  Histology", Dermatology for Skin of Color, A. Paul Kelly and Susan C. Taylor, McGraw Hill (2009)

2.  Jackson J and **Smart C**., Section 2:  Inflammatory/Interface (lichenoid) dermatoses, "Erythema Multiforme" and "Graft vs Host Disease"; Section 6:  Connective Tissue/Soft Tissue Diseases, "Lupus Erythematosus and Variants", Diagnostic Pathology:  Non-neoplastic Dermatopathology, Brian Hall, John C. Hall, and Clay J. Cockerell, Amirsys (2012)

3.  Beroukhim, K and **Smart C**., "Chapter 7, Diagnosing Rejection in Vascularized Composite Tissue Allografts", Practical Atlas of Transplant Pathology. Wallace WD, Naini BV, editors. London: Springer Science+Business Media; (2015)

4.  Haley J and **Smart C**., "Chapter 15:  Histology", Taylor and Kelly's Dermatology for Skin of Color 2nd edition, McGraw Hill (2016)


**PAPERS IN PREPARATION (RESEARCH COMPLETED)**
1.  **Smart C**, Azari K, McDiarmid SV., "A single institution's experience in limb transplant histopathology, a report of novel histopathological findings" (Manuscript in preparation)

2.  Wei, B, Goldstein, Z, **Smart C**., "Plexiform epithelioid Schwannoma:  a case series and review of the literature" (Manuscript in preparation)

**ABSTRACTS**
1.  **Burge CN**, Chang HR, Apple SK., "Do the results of breast biomarker studies differ between core biopsy and surgical excision specimens?" presented at the annual United States and Canadian Academy of Pathology meeting, San Antonio, March 2005

2.  Cortina GR, **Smart CN**, Farmer DG et al., "Enteroendocrine cell dysgenesis and malabsorption, a histopathologic characterization" presented at the IXth International Small Bowel Transplantation Symposium, Belgium, July 2005

3.  **Burge CN**, Rao D, Fishbein M., "E-cadherin and COX-2 expression in adenocarcinomas and neuroendocrine tumors of the lung:  relationship of expression to histologic grade" presented at the International Academy of Pathology Centennial Congress, Montreal, September 2006

4.  **Smart CN** and Binder SW., "An unusual case of neuroid/neurotropic melanoma" presented at the American Society of Dermatopathology meeting, Baltimore, October 2007

5.  **Smart CN**, Pucci RA, Binder SW, and Cassarino DS., "Carcinosarcoma of the skin, an unusual case presentation" presented at the American Society of Dermatopathology meeting, San Francisco, October 2008

6.  Shanesmith R, **Smart CN,** Binder S, Cassarino D., "Tissue Microarray Analysis of Ezrin, KBA-62, CD166, Nestin, and p-Akt in Melanoma versus Banal and Atypical Nevi, and Non-Melanocytic Lesions", Am J Dermatopathol., 30(5): 529 (2008)

7.  Yang HM, Sheth S, **Smart CN**., "An unusual case of squamous cell carcinoma arising in a dilated pore of Winer" presented at the American Society of Dermatopathology meeting, Chicago, October 2009

8.  Ra S and **Smart CN.,** "An unusual case of male breast carcinoma presenting as an axillary mass" presented at the International Society of Dermatopathology meeting, Miami, March 2010

9.  Kanner WA, Barry CI, **Smart CN**, Frishberg DP, Wick MR., "Reticulin and NM23 staining in the interpretation of capsular nevus rests" presented at the United States and Canadian Academy of Pathology Meeting, Washington DC, March 2010

10.  Yang A, Sherrod Q, Binder S, **Smart C.**, "An unusual case of Sweet's syndrome arising concurrently with leukemia cutis" presented at the American Society of Dermatopathology meeting, Atlanta, October 2010

11.  Wang JT and **Smart CN.,** "A Rare Case of Melanoma with "Touton" Giant Cells" presented at the American Society of Dermatopathology Meeting, Washington DC, October 2013

12.  Jeon H and **Smart CN.,** "An unusual case of porocarcinoma arising on the scalp of a 22 year-old female" presented at the American Society of Dermatopathology Meeting, Washington DC, October 2013

13.  James A and **Smart CN.,** "Isolated cutaneous Rosai-Dorfman Disease arising in a scar: Case report and literature review" presented at the American Society of Dermatopathology Meeting, Washington DC, October 2013

14.  Wang JY, Geng B, **Smart C**, Garcia-Lloret M.  "A Novel Retiform Lichenoid Dermatitis in a Patient with IPEX Syndrome" presented at The Pacific Dermatology Association Annual Meeting, Vancouver, August 2014

15.  Wang JY, Geng B, Garcia-Lloret M, **Smart C**.  "An unusual lichenoid dermatitis presenting in a patient with enteropathy and endocrinopathy" presented at the American Society of Dermatopathology Meeting, Chicago, October 2014

16.  Haydel D, Huss J, Smogorgozerski J, **Smart C**, Yong, W. "Cutaneous extension of atypical meningioma:  an important consideration in the differential diagnosis of a scalp nodule" presented at the American Society of Dermatopathology Meeting, Chicago, October 2014

17.  Rostami B, **Smart C**, Jackson NJ, Worswick S, Goh C. "Determining Useful Predictors for Management Decisions in Basal Cell Carcinoma" presented at the Annual DGSOM Josiah Brown Poster Fair, UCLA Medical Center, July 2015

18.  Balin S, Binder S, **Smart C**, Sarantopoulos G. "Primary Cutaneous Calcifying Fibrous Pseudotumor" presented at the American Society of Dermatopathology Meeting, Chicago, October 2016

19.  Mohammad T, Nobori A, Binder S, Sarantopoulos G, **Smart C**. "Proliferating Pilomatricoma of the Leg:  A Case Report" presented at the American Society of Dermatopathology Meeting, Chicago, October 2016

20.  Neil D, Binder S, **Smart C**, Sarantopoulos G. "Langerhans Cell Sarcoma of the Chin" presented at the American Society of Dermatopathology Meeting, Chicago, October 2016

21.  Goldbach H, Centkowsi S, **Smart C**, Hogeling M. Transient annular rash in a child: Annular Erythema of Infancy. *Presented at California Society of Dermatology & Dermatologic Surgery meeting, Santa Barbara, CA Sept 2017.*

21.  McKenzie, S, Munday WR, Sarantopoulos G, Binder S, **Smart C**.  "Labial spindle cell lipoma" presented at the International Society of Dermatopathology Meeting, San Diego, February 2018

22.  Lee C, Lincoln M, **Smart C**, Sarantopoulos G, Binder S. "Psuedoangiosarcomatous squamous cell carcinioma:  a rare mimic of cutaneous angiosarcoma" presented at the International Society of Dermatopathology Meeting, San Diego, February 2018

8

# Exhibit B

**<u>Chandra Nicole Smart, M.D.</u>**
**Materials Reviewed**


Elizabeth Kahn
- Medical Records
  - NSABP
  - Blue Cross Blue Shield of Louisiana
  - CVS Pharmacy
  - Infusion Pharmacy – Ochsner Health System
  - Jefferson Parish Public Schools
  - Lieselotte Tansey Breast Center at Ochsner
  - Margaret Pelitere
  - Marilyn Ray
  - MD Claiborne & Associates
  - Metairie Road Dermatology
  - Ochsner Baptist Health Medical Center
  - Ochsner Center for Primary Care and Wellness
  - Ochsner Clinic Dermatology
  - Ochsner Health Center – Elmwood
  - Ochsner Health System
  - Robert Balkan
  - Jefferson Parish Public Schools
  - Plaintiff Produced Medical Records
- Photographs produced by Elizabeth Kahn
- Deposition and Exhibits of Elizabeth Kahn, 12/8/17
- Deposition and Exhibits of Shevonda Thomas, 1/10/18
- Deposition and Exhibits of Carl Kardinal, 1/17/18
- Deposition and Exhibits of Elizabeth Kahn, 1/31/18
- Deposition and Exhibits of Zoe Larned, 2/22/18
- Deposition and Exhibits of Martin Claiborne, 10/12/18
- Deposition and Exhibits of Melanie Zazulak Breaux, 2/4/20
- Deposition and Exhibits of Margaret Roberie, 2/21/20
- Deposition and Exhibits of Jessica Coller Ochsner, 2/27/20
- Deposition and Exhibits of Kristin Johnson, 2/27/20
- Deposition and Exhibits of Ralph Corsetti, 3/3/20
- Deposition and Exhibits of Joann Moinet, 3/6/20
- Deposition and Exhibits of Felicia Kahn, 2/3/20
- Deposition and Exhibits of Kenneth Smith, 3/9/20
- Deposition and Exhibits of Leslie McDermott, 3/9/20
- Deposition and Exhibits of Steve Seebol, 3/10/20
- Deposition and Exhibits of Charles Kahn, Jr., 3/12/20
- Deposition and Exhibits of Margaret Pelitere, 4/30/20

- Deposition and Exhibits of Deborah Oppenheim, 5/19/20
- Deposition and Exhibits of Lynette Mauterer, 5/2/20
- Plaintiff Fact Sheets
- Responses to Written Discovery
- Cancer Educational Materials Produced by Plaintiff
- Blog Produced by Plaintiff
- Diary Produced by Plaintiff
- Examination Report from Dr. Antonella Tosti
- DermPath Report from Dr. Curtis Thompson
- Photographs  Produced by from Dr. Antonella Tosti
- Photographs Produced by Dr. Curtis Thompson
- Independent Medical Examination Record from Dr. Turgano

Expert Report and Exhibits from Curtis Thompson, 3/15/20
Deposition of Curtis Thompson, 9/23/20

Expert Report and Exhibits from Antonella, Tosti, 3/15/20
Deposition of Antonella Tosti, 9/29/20

Expert Report and Attachments from Curtis Thompson, 11/23/18
Expert Report and Attachments from Curtis Thompson, 10/21/19
Deposition and Exhibits of Curtis Thompson, 11/30/18
Deposition and Exhibits of Curtis Thompson, 2/26/19
Deposition and Exhibits of Curtis Thompson, 4/3/19
Deposition and Exhibits of Curtis Thompson, 11/21/19

Expert Report and Attachments from Antonella Tosti, 11/7/18
Expert Report and Attachments from Antonella Tosti, 10/21/19
Deposition and Exhibits of Antonella Tosti, 12/4/18
Deposition and Exhibits of Antonella Tosti, 12/5/18
Deposition and Exhibits of Antonella Tosti, 4/8/19

**Medical Literature**

Ayoub JP, Valero V, Hortobagyi GN. *Tamoxifen-induced female androgenetic alopecia in a patient with breast cancer*. Ann Intern Med. 1997 May 1;126(9):745-6.

Batchelor D.  *Hair and cancer chemotherapy: consequences and nursing care--a literature study.*  Eur J Cancer Care (Engl). 2001 Sep;10(3):147-63.

Beisecker A, Cook MR, Ashworth J, Hayes J, Brecheisen M, Helmig L, Hyland S, Selenke D. *Side effects of adjuvant chemotherapy: perceptions of node-negative breast cancer patients.* Psychooncology. 1997 Jun;6(2):85-93.

Berglund G, Bolund C, Fornander T, Rutqvist LE, Sjödén PO.  *Late effects of adjuvant chemotherapy and postoperative radiotherapy on quality of life among breast cancer patients.* Eur J Cancer. 1991;27(9):1075-81.

Bertrand M.  Abstract P3-09-15: Permanent chemotherapy induced alopecia in early breast cancer patients after (neo) adjuvant chemotherapy: Long term follow up. http://cancerres.aacrjournals.org/content/73/24_Supplement/P3-09-15

Bourgeois H.  *Long Term Persistent Alopecia and Suboptimal Hair Regrowth after Adjuvant Chemotherapy for Breast Cancer: Alert for an Emerging Side Effect: ALOPERS Observatory*. Cancer Res December 15, 2009, 63; 3174

Bourgeois H. ERALOP stud: *Hair regrowth after adjuvant FED-docetaxel chemotherapy for early breast cancer in the real life.*  Journal of Clinical Oncology, 2014.

Brough K, Torgerson R. *Hormonal therapy in female pattern hair loss*. Int J Womens Dermatol. 2017 Mar; 3(1): 53–57.

Buzdar A, Douma J, Davidson N, Elledge R, Morgan M, Smith R, Porter L, Nabholtz J, Xiang X, Brady C. *Phase III, multicenter, double-blind, randomized study of letrozole, an aromatase inhibitor, for advanced breast cancer versus megestrol acetate*. J Clin Oncol. 2001 Jul 15;19(14):3357-66.

Carlini P, Di Cosimo S, Ferretti G, Papaldo P, Fabi A, Ruggeri EM, Milella M, Cognetti F. *Alopecia in a premenopausal breast cancer woman treated with letrozole and triptorelin*. Ann Oncol. 2003 Nov;14(11):1689-90.

Crown, JP. *Incidence of permanent alopecia following adjuvant chemotherapy in women with early stage breast cancer.*  Journal of Clinical Oncology 35, no. 15_suppl

Fonia A, Cota C, Setterfield JF, Goldberg LJ, Fenton DA, Stefanato CM. *Permanent alopecia in patients with breast cancer after taxane chemotherapy and adjuvant hormonal therapy: Clinicopathologic findings in a cohort of 10 patients*. J Am Acad Dermatol. 2017 May;76(5):948-957.

Gallicchio L, Calhoun C, Helzlsouer K.  *Aromatase inhibitor therapy and hair loss among breast cancer survivors*.  Breast Cancer Res Treat (2013) 142:435-443.

Gallicchio L, Calhoun C, Helzlsouer K. *A prospective study of aromatase inhibitor therapy initiation and self-reported side effects*. Support Care Cancer. 2017 Sep;25(9):2697-2705.

Gallicchio L, Calhoun C, Helzlsouer, K. *Hair loss associated with aromatase inhibitor treatment among breast cancer patients*. Journal of Clinical Oncology 2017 35:15_suppl, e21619-e21619

Gateley C, Bundred, N.  *Alopecia and breast disease*. BMJ. 1997 Feb 15; 314(7079): 481.

Goldberg L.  *Postmenopausal Alopecia (Hair Loss)* from book Management of Genitourinary Syndrome of Menopause (GSM) (pp.197-207).

Kang D. *Incidence of permanent chemotherapy-induced alopecia among breast cancer patients: A five-year prospective cohort study*. Support Care Cancer (2017) 25 (Suppl 2): S21-266.

Kim GM, Kim S, Park HS, Kim JY, Nam S, Park S, Kim S, Kim D, Sohn J.  *Chemotherapy-induced irreversible alopecia in early breast cancer patients*. Breast Cancer Res Treat. 2017 Jun;163(3):527-533.

Kluger N, Jacot W, Frouin E, Rigau V, Poujol S, Dereure O, Guillot B, Romieu G, Bessis D. *Permanent scalp alopecia related to breast cancer chemotherapy by sequential fluorouracil/epirubicin/cyclophosphamide (FEC) and docetaxel: a prospective study of 20 patients*. Ann Oncol. 2012 Nov;23(11):2879-84.

Martín M, *Epirubicin Plus Cyclophosphamide Followed by Docetaxel Versus Epirubicin Plus Docetaxel Followed by Capecitabine As Adjuvant Therapy for Node-Positive Early Breast Cancer: Results From the GEICAM/2003-10 Study*. Clin Oncol. 2015 Nov 10;33(32):3788-95.

Masidonski P, Mahon SM. *Permanent alopecia in women being treated for breast cancer.* Clin J Oncol Nurs. 2009 Feb;13(1):13-4.

Miteva M, Misciali C, Fanti PA, Vincenzi C, Romanelli P, Tosti A. *Permanent alopecia after systemic chemotherapy: a clinicopathological study of 10 cases*. Am J Dermatopathol. 2011 Jun;33(4):345-50.

Mouridsen H. *Superior efficacy of letrozole versus tamoxifen as first-line therapy for postmenopausal women with advanced breast cancer: results of a phase III study of the International Letrozole Breast Cancer Group*. J Clin Oncol. 2001 May 15;19(10):2596-606.

Nonomura Y, Otsuka A, Inui S, Miyachi Y, Kabashima K. *Female pattern hair loss possibly caused by tamoxifen: Androgen receptor expression in the outer root sheath in the affected area.* J Dermatol. 2012 Dec;39(12):1060-1.

Olsen EA. *Female pattern hair loss*. J Am Acad Dermatol. 2001 Sep;45(3 Suppl):S70-80.

Palamaras I, Misciali C, Vincenzi C, Robles WS, Tosti A. *Permanent chemotherapy-induced alopecia: a review*. J Am Acad Dermatol. 2011 Mar;64(3):604-6.

Park J, Kim J, Yun, S, Kim H, Ihm C. Pattern Alopecia during Hormonal Anticancer Therapy in Patients with Breast Cancer. Ann Dermatol. 2014 Dec; 26(6): 743–746.

Paus R, Haslam IS, Sharov AA, Botchkarev VA. *Pathobiology of chemotherapy-induced hair loss*. Lancet Oncol. 2013 Feb;14(2):e50-9.

Pires, EM. *Case of Permanent Chemotherapy-Induced Alopecia with Response to Topical Minoxidil*. Revista SPDV 75(3) 2017.

Prevezas C, Matard B, Pinquier L, Reygagne P. *Irreversible and severe alopecia following docetaxel or paclitaxel cytotoxic therapy for breast cancer*. Br J Dermatol. 2009 Apr;160(4):883-5.

Sedlacek SM. *Persistent significant alopecia (PSA) from adjuvant docetaxel after doxorubicin/cyclophosphamide (AC) chemotherapy in women with breast cancer.* Breast Cancer Res Treat 100(Supple 1), 2006.

Sibaud V, Lebœuf NR, Roche H, Belum VR, Gladieff L, Deslandres M, Montastruc M, Eche A, Vigarios E, Dalenc F, Lacouture ME. *Dermatological adverse events with taxane chemotherapy*. Eur J Dermatol. 2016 Oct 1;26(5):427-443.

Sparano J. Supplementary Appendix.  Supplement to: Sparano JA, Wang M, Martino S, et al. Weekly paclitaxel in the adjuvant treatment of breast cancer. N Engl J Med 2008;358:1663-71.

Sparano JA, Wang M, Martino S, Jones V, Perez EA, Saphner T, Wolff AC, Sledge GW Jr, Wood WC, Davidson NE. *Weekly paclitaxel in the adjuvant treatment of breast cancer*. N Engl J Med. 2008 Apr 17;358(16):1663-71

Sparano JA, Zhao F, Martino S, Ligibel JA, Perez EA, Saphner T, Wolff AC, Sledge GW Jr, Wood WC, Davidson NE. *Long-Term Follow-Up of the E1199 Phase III Trial Evaluating the Role of Taxane and Schedule in Operable Breast Cancer*.  J Clin Oncol. 2015 Jul 20;33(21):2353-60.

Sparano, J. Protocol: *Long-Term Follow-Up of the E1199 Phase III Trial Evaluating the Role of Taxane and Schedule in Operable Breast Cancer*.

Sperling LC, Cowper SE, Knopp EA. An Atlas of Hair Pathology with Clinical Correlations. Chapter 35. Second edition. New York & London: Informa Healthcare, 2012

Tallon B, Blanchard E, Goldberg LJ. *Permanent chemotherapy-induced alopecia: case report and review of the literature*. J Am Acad Dermatol. 2010 Aug;63(2):333-6.

Thorp, N, Swift F, Arundell D, Wong, H.  Abstract P5-17-04: *Long term hair loss in patients with early breast cancer receiving docetaxel chemotherapy. C*ancer Research. http://cancerres.aacrjournals.org/content/75/9_supplement/P5-17-04.short

Tosti A, Palamaras I, Miteva M, Misciali C. *Docetaxel and permanent alopecia*. J Am Acad Dermatol. 2013 May;68(5):e151.

Yagata H.  *National Survey of long-term recovery from chemotherapy-induced hair loss in breast cancer patients*.  https://www.csp.or.jp/hor/seika/2014_hor20_sabcs_yagata.pdf

Yagata, H.  Abstract P5-15-17: National survey long-term recovery from chemotherapy-induced hair loss in patients with breast cancer. Cancer Research. http://cancerres.aacrjournals.org/content/75/7_Supplement/P5-15-17

Yeager CE, Olsen EA. *Treatment of chemotherapy-induced alopecia*. Dermatol Ther. 2011 Jul-Aug;24(4):432-42.

All references identified in my expert report.

# Exhibit C

**SURGICAL PATHOLOGY REPORT:**

**PATIENT NAME:  ELIZABETH KAHN**

███████████

**CASE #CT20-18004**

**CLINICAL HISTORY:**
62-year-old female with a history of invasive lobular carcinoma of the left breast, originally diagnosed in April 2008, status-post neoadjuvant chemotherapy and segmental mastectomy with sentinel lymph node biopsy, followed by adjuvant radiotherapy, as well as Avastin, and Tamoxifen treatment.  Also, with a history of hypertension, hyperlipidemia, and Vitamin D deficiency.  Family history of male pattern baldness (paternal grandfather, father, brother, and nephew).

**FINAL DIAGNOSIS:**

**A.   SCALP, FRONTAL (PUNCH BIOPSY):**
- Non-scarring alopecia (See Comment)
- Gram stain is positive and highlights scattered Gram-positive cocci within a follicle, non-contributory

**B.   SCALP, VERTEX (PUNCH BIOPSY):**
- Non-scarring alopecia (See Comment)
- Gram stain is negative for bacterial organisms

**COMMENT:**
The histologic features present in both biopsies are similar and consistent with non-scarring alopecia.  The marked increase in vellus/miniaturized hairs in both biopsies can be seen in androgenetic alopecia.  However, given this patient's history of chemotherapy, alopecia secondary to the aforementioned treatment cannot entirely be excluded.

**MICROSCOPIC EXAMINATION:**
**BIOPSY A, FRONTAL SCALP**
**Terminal anagen hairs:** 9
**Catagen/telogen hairs:** 2
**Vellus/miniaturized hairs:**  9
**Total hairs (all phases):**  20
**Anagen: catagen/telogen ratio:** 4.5: 1
**Terminal: vellus ratio:** 1.2: 1
**Inflammatory infiltrate:**  Mild to moderate, peri-follicular, lymphohistiocytic inflammatory infiltrate noted at the levels of the isthmus/infundibulum
**Fibrosis:**  Not present

**Sebaceous glands:**  Present
**Additional features noted:**
Many follicular streamers identified
Focal spongiosis of the follicular epithelium
Areas of follicular dropout present

**<u>BIOPSY B, VERTEX SCALP</u>**
**Terminal anagen hairs:**  6
**Catagen/telogen hairs:**  1
**Vellus/miniaturized hairs:**  6
**Total hairs (all phases):**  13
**Anagen: catagen/telogen ratio:**  6: 1
**Terminal: vellus ratio:**  1.2: 1
**Inflammatory infiltrate:**  Mild, peri-follicular, lymphohistiocytic inflammatory infiltrate noted at the levels of the isthmus/infundibulum
**Fibrosis:**  Not present
**Sebaceous glands:**  Present
**Additional features noted:**
Many follicular streamers identified
Areas of follicular dropout present