# EXHIBIT 7

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3

 4    ------------------------------x

 5    IN RE: TAXOTERE (DOCETAXEL)    ) MDL No. 2740

 6    PRODUCTS LIABILITY LITIGATION  ) Section: "H"

 7    This Document Relates to:      ) JUDGE MILAZZO

 8    ALL CASES                      ) MAG. JUDGE NORTH

 9    ------------------------------x

10

11              V O L U M E   I I

12

13        DEPOSITION OF CHANDRA N. SMART, M.D.

14            SANTA MONICA, CALIFORNIA

15             THURSDAY, MAY 23, 2019

16                  10:27 A.M.

17

18

19

20

21

22    Job No.: 217462

23    Pages: 144 - 188

24    Reported by: Leslie A. Todd
```

1   answer would be no.  But I can't say for sure that
2   none of these articles listed didn't have any
3   reference to keratin 15 staining themselves
4   without actually going back and looking at the
5   actual papers.
6        Q    Okay.  Your initial report, Rule 26
7   report, did not in any way address the question of
8   whether or not bulge stem cells in permanent
9   chemotherapy-induced alopecia were or were not
10  present, did it?
11       A    It did not.
12       Q    You were given access to the pathology
13  material, including slides, of the various
14  plaintiffs, the three plaintiffs involved in this
15  particular case.
16            Did you at any time request or suggest
17  that cytokeratin 15 or Ki67 staining might in some
18  way add important information to your analysis of
19  this case?
20       A    No, I did not.
21       Q    Why did you not?
22       A    Because there's no proven mechanism or
23  literature that states, okay, this is the exact
24  cause of this permanent chemotherapy-induced

1  alopecia.  So if it's not proven in the
2  literature, doing the stains wouldn't really add
3  or, you know, subtract from my initial H&E
4  diagnosis.
5       Q    And so since there's no proven mechanism
6  in the literature that states the exact cause of
7  the permanent chemotherapy-induced alopecia, you
8  thought those stains would not add or subtract
9  from your initial diagnosis; is that right?
10           MR. SEARS:  Objection.  Form.
11           THE WITNESS:  I can answer?
12           MR. SEARS:  Yes.
13           THE WITNESS:  So, I'm sorry, can you
14  repeat the question one more time?
15           MR. THORNTON:  Sure.
16           If you could reread it.
17           (Whereupon, the requested record
18           was read.)
19           THE WITNESS:  That's correct, yes.
20  BY MR. THORNTON:
21       Q    And that's still true today, isn't it?
22       A    Yes, that's correct.
23       Q    Now, do you consider yourself to be an
24  expert in stem cells in the hair follicle?

```
 1   that -- I'm not asking you to either embrace or to
 2   refute, but you're aware of that definition in the
 3   medical literature, are you not?
 4         A    Yes.
 5         Q    Okay.  May we call that condition PCIA?
 6         A    Yes.
 7         Q    So we're talking about the same thing,
 8   right?
 9         A    Yes.
10         Q    Okay.  Do you consider yourself an
11   expert on whether the presence or absence of
12   cytokeratin 15 positive staining indicates whether
13   or not a patient has PCIA?
14         A    Well, there's no -- like I mentioned
15   before, there's no established evidence in the
16   literature to state whether or not -- you know,
17   what the mechanism of action, whether or not the
18   stem cells being present or absent have anything
19   to do with PCIA.  So saying that you're -- saying
20   that I'm an expert in that, I really can't say
21   because there's no established literature.
22              Where I'm an expert is, is -- in is
23   looking at the H&E stain slides and whether or
24   not --
```

```
 1                THE REPORTER:  I need you to slow down.
 2                THE WITNESS:  I'm sorry.  Okay.
 3                THE REPORTER:  "Where I'm expert in is
 4     looking at the"?
 5                THE WITNESS:  The H&E stain slides and
 6     the immunohistochemical slides and determining
 7     what cells are positive and what cells are
 8     negative, and interpreting that in the whole
 9     clinical context of the patient sample.
10     BY MR. THORNTON:
11          Q    So, as I understand it, you are
12     acknowledging that -- well, strike that.
13                You did not cite any literature looking
14     at either CK15 or Ki67 staining in a patient with
15     PCIA; is that correct?
16          A    That's correct.
17          Q    There is no peer-reviewed literature, to
18     your knowledge, looking at cytokeratin 15 staining
19     or Ki67 staining in its connection with PCIA,
20     correct?
21          A    To my knowledge, that's correct, yes.
22          Q    Did you look?
23          A    I did look, yes.
24          Q    It doesn't exist, does it?
```

1    A    I haven't found it, no.

2    Q    How did you look?

3    A    I did a PubMed search.

4    Q    And if you will look at Exhibit 2, which
5  is your Exhibit A.  A little confusing.

6    A    Mm-hmm.

7    Q    But -- but what this is, is it's the
8  material that you reviewed and relied upon in your
9  supplemental report on the subject of these
10 stains, correct?

11   A    Yes.

12   Q    All right.  And I observed that, except
13 as there may be literature -- peer-reviewed
14 literature in the exhibits of Dr. Thompson's
15 deposition, you did not cite any other
16 peer-reviewed literature in support of any of your
17 opinions in your second Rule 26 report, did you?

18   A    That's correct, yes.

19   Q    Why did you not cite additional
20 literature in support of your opinions in your
21 supplemental Rule 26 report?

22   A    Well, my supplemental report just stated
23 my additional findings of whether or not, you
24 know, the cell that -- the keratin 15 cells were

```
 1   their relationship to hair follicle stem cells.
 2              However, you do understand, do you not,
 3   that there are other cells than the follicular
 4   stem cells that are -- can be stained positive
 5   with these stains?
 6              MR. SEARS:  Objection.  Form.
 7              THE WITNESS:  Yes, there are.
 8   BY MR. THORNTON:
 9        Q    And do you generally understand that
10   there's a robust and quite deep literature on
11   controversies about whether either of these stains
12   are accurate in their assessment of stem cells, do
13   you not?
14              MR. SEARS:  Objection.  Form.
15              THE WITNESS:  There's controversy.  I'm
16   not sure -- I mean, I read -- I've read literature
17   where you have to interpret where you're seeing
18   the staining, because you can have Ki67 staining
19   in other cell types around the hair follicle, that
20   you just have to know what you're looking at.  So
21   it's not as simple as saying, Okay, well -- you
22   have to interpret the stains in the context of the
23   case and the area of the slide you're interested
24   in.
```

```
 1        A    Yes.
 2             MR. SEARS:  That's all I have.  Thank
 3   you.
 4                  FURTHER EXAMINATION
 5   BY MR. THORNTON:
 6        Q    Just one more.  Why did you cite no
 7   literature in your -- in your paper to that
 8   effect?
 9        A    To me, being able to interpret -- I'm
10   sorry.  To what effect?
11        Q    Yes, that -- you didn't cite any
12   authority for the fact that Ki67 may or may not be
13   a reliable marker for stem cells in the bulge
14   region, did you?
15        A    Well, Ki67 is not a reliable marker for
16   stem cells.  It just tells you whether or not the
17   cells that are present, whatever cells they are,
18   are proliferating.
19        Q    Okay.  You didn't cite even any
20   literature for that, right?
21        A    In -- do you mean in my -- in this
22   supplemental report?
23        Q    Or in either of your reports.
24        A    No, just -- I didn't cite any literature
```