# EXHIBIT 8

Chandra N. Smart, M.D.

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3       -----------------------------X
 4       IN RE: TAXOTERE (DOCETAXEL)    MDL No. 2740
 5       PRODUCTS LIABILITY LITIGATION  SECTION: "H"
 6       This Document Relates To:      JUDGE MILAZZO
 7       ALL CASES                      MAG. JUDGE NORTH
 8       -----------------------------X
 9
10
11                        — — —
12              Monday, October 19, 2020
                          — — —
13
14
15
16          Remote Videotaped Oral Deposition of
         CHANDRA N. SMART, M.D., held at the location
17       of the witness, commencing at 8:00 a.m. PDT,
         on the above date, before Michael E. Miller,
18       Fellow of the Academy of Professional
         Reporters, Certified Court Reporter,
19       Registered Diplomate Reporter, Certified
         Realtime Reporter and Notary Public.
20
21
22
23                        — — —
24              GOLKOW LITIGATION SERVICES
            877.370.3377 ph | 917.591.5672 fax
25                 deps@golkow.com
```

         1    was due to damage of the stem cells, that

         2    those findings could be -- could be useful,

         3    but without a proposed -- without a

         4    definitive mechanism, then those findings

         5    would not be -- those two stains would not be

         6    useful.

         7          Q.    Is there a definitive mechanism

         8    for permanent chemotherapy-induced alopecia?

         9          A.    Not that I'm aware of, no.

        10          Q.    Okay.  So -- and to the extent

        11    that Ki-67 demonstrates the proliferation of

        12    stem cells, is it specific to the follicular

        13    bulb stem cells or would it test positive for

        14    all proliferation of all stem cells?

        15          A.    So it would be positive in the

        16    proliferation of all stem cells.

        17          Q.    So if there's stem cells in

        18    the -- that are not even in the follicle that

        19    are in the dermis or epidermis, it would test

        20    positive for that?

        21          A.    Yes, you would see staining

        22    there, yes.

        23          Q.    Okay.  And the same would hold

        24    true for CK15, correct?

        25          A.    So Cytokeratin -- yes, that's

```
 1    correct.
 2         Q.    Okay.  So staining with CK15
 3    and Ki-67 would not be specific to the hair
 4    follicle is another way to say that, right?
 5         A.    So that is correct.  You could
 6    see that in other areas of the skin.
 7         Q.    Right.  I mean, I could -- I
 8    could take a skin sample from the tip of my
 9    finger and so long as I had stem cells that
10    were proliferating, it would show positive,
11    right?
12         A.    Correct.
13         Q.    Okay.  So using these stem
14    cells does not help you make a determination
15    of whether or not what you see on a pathology
16    slide is or is not indicative of PCIA,
17    permanent or persistent chemotherapy-induced
18    alopecia, right?
19         A.    That's correct, because the
20    mechanism hasn't been worked out.
21         Q.    Okay.
22         A.    And there -- (audio
23    malfunction) --
24              (Clarification requested by the
25         stenographer.)
```

```
 1        A.      -- are no definitive histologic
 2   findings.
 3               MR. MICELI:  Sorry.
 4   BY MR. MICELI:
 5        Q.      So -- well, now I forgot what I
 6   was going to say, so...
 7               Oh.  You were familiar, from
 8   reading Dr. Thompson's prior depositions,
 9   that he was looking for whether or not he
10   could see particular patterns on the slides
11   with these stains, CK15 and Ki-67, right?
12        A.      Particular patterns?  So
13   really --
14        Q.      Correct.
15        A.      I don't recall that.  I know
16   you're looking at the presence of staining or
17   absence of staining in a particular region of
18   the hair follicle to determine whether or not
19   there's stem cells there that are
20   proliferating.
21               And I don't -- that's not a
22   pattern, just positive or negative staining
23   in a particular region.
24        Q.      Okay.  But you wouldn't have it
25   in a particular region because you have -- it
```

```
 1    would react to all stem cells, correct?
 2         A.    It would, but you know where
 3    you're looking for it, where the stem cells
 4    that you're inquiring about that you want to
 5    know about, where they're located in the hair
 6    follicle.  So you know where to look on the
 7    slide to assess for those stem cells being
 8    present or absent --
 9         Q.    Okay.
10         A.    -- in the sample.
11         Q.    Let me ask -- I'm sorry.
12               Let me ask it this way:  Are
13    you going to offer an opinion that
14    Dr. Thompson did anything wrong by not
15    staining with CK15 or Ki-67?
16         A.    No, I'm not.
17         Q.    Okay.  So you don't hold an
18    opinion that staining with or not staining
19    with those has anything to do with the
20    appropriate histopathology investigation for
21    K -- or for permanent or persistent
22    chemotherapy-induced alopecia, right?
23         A.    So that's correct.
24         Q.    Okay.  So your report -- we
25    could take this Section G entirely out of
```

1	your report, and it would have no impact one
2	way or the other on your opinions that you
3	intend to offer at trial, correct?
4	          MR. SEARS:  Objection, form.
5	     A.   That's correct.
6	BY MR. MICELI:
7	     Q.   Okay.  You -- in your review of
8	the -- updating your literature search, did
9	you find any peer-reviewed scientific
10	literature that states whether or not
11	patients with persistent chemotherapy-induced
12	alopecia have stem cells in the bulge region
13	of their follicle?
14	     A.   I did not come across any
15	additional information.
16	     Q.   And you didn't have any
17	information the last time you were asked that
18	question back in January, right?
19	     A.   No, there wasn't -- there are a
20	few articles that I can't -- again, off the
21	top of my head, but there were a few articles
22	in the literature that talk about stem cells
23	and PCIA.
24	     Q.   Okay.  But from a theory
25	standpoint or a demonstrated existence of

```
 1    stem cells in the bulge region with PCIA?
 2         A.    You know, I think they are more
 3    theoretical, but I can't -- I can't recall
 4    offhand.
 5         Q.    Okay.  Regardless, that's not
 6    something you intend to offer an opinion on
 7    at trial, right?
 8         A.    That's correct.
 9         Q.    Okay.  You're not going to try
10    to insinuate that Dr. Thompson did anything
11    wrong by not staining with these CK15 or
12    Ki-67, right?
13         A.    No, it was just a matter of
14    fact that it was something done before that
15    wasn't done in the previous case, but no.
16         Q.    Let's do this.  We've been
17    going for about an hour and 20 minutes, I
18    think.  Let's take a little break, and I'm
19    going to look and see how much more I want to
20    go into with you in your report, and we'll
21    be -- we're not going to be very long after
22    we come back from the next break, okay?
23              THE WITNESS:  Okay.
24              THE VIDEOGRAPHER:  Off the
25         record at 9:17 a.m.
```