# EXHIBIT 9

Jerry Shapiro, M.D.

```
 1              UNITED STATES DISTRICT COURT

 2             EASTERN DISTRICT OF LOUISIANA

 3                         - - -

 4    IN RE: TAXOTERE (DOCETAXEL)

 5    PRODUCTS LIABILITY              MDL No. 2740

 6    LITIGATION                      SECTION: "H"

 7                                    JUDGE MILAZZO MAG.

 8                                    JUDGE NORTH

 9    This document relates to:

10    All cases

11                         - - -

12                    May 19, 2019

13                         - - -

14             Videotaped deposition of

15    JERRY SHAPIRO, M.D., held at Dechert, 1095

16    Avenue of the Americas, New York, New

17    York, commencing at 9:30 a.m., on the

18    above date, before Marie Foley, a

19    Registered Merit Reporter, Certified

20    Realtime Reporter and Notary Public.

21                         - - -

22              GOLKOW LITIGATION SERVICES

23        877.370.3377 ph | 917.591.5672 fax

24                 Deps@golkow.com
```

1    Q.    Okay.

2    A.    I'd need to see it again.

3    Q.    Would you hold yourself out to
4  be an expert in either cytokeratin-15
5  staining or Ki-67 staining?

6    A.    I am not an expert in that at
7  all, but I know it defines the presence of
8  stem cells and the proliferation of stem
9  cells.  That's all I know.

10   Q.    Okay.  And --

11   A.    And to order --

12   Q.    I'm sorry.  I didn't mean to
13  interrupt you.

14   A.    Okay.  Sorry.

15         I'm just saying it's unusual to
16  order that test.

17   Q.    Have you reviewed the literature
18  on whether or not CK-15 is or is not a
19  reliable test for stem cells in the -- in
20  the hair follicle?

21   A.    No.

22         I've simply know that it is a
23  sign of stem cell existence, okay.  That's
24  all I can say.  I don't know.  I'm not a

1    stem cell expert.

2        Q.    Are you aware of the literature

3    that suggests that Ki -- that

4    cytokeratin-15 is not a reliable test of

5    stem cells in --

6        A.    I don't know enough about that.

7        Q.    Have you read articles, for

8    instance, by Dr. Sperling in which he

9    questions and suggests that use -- that

10   relying on Ki-67 -- that cytokeratin --

11           MR. THORNTON:  Strike that.

12       Withdrawn.

13       Q.    Are you aware that Dr. Sperling

14   has opined that use and reliance on

15   cytokeratin-15 staining as a -- the sole

16   criteria in defining epidural stem cells

17   is naive?

18           MR. SEARS:  Objection to form.

19       A.    I'm not aware of this article.

20       Q.    Okay.  Do you have -- can you

21   cite me to literature that demonstrates

22   that cytokeratin-15 is a reliable test for

23   stem cells in the bulge?

24       A.    I know amongst hair people, it

1  is considered a stain for stem cells.
2  That's all I can say.
3           I don't know how reliable it is.
4  I -- I can just tell you that it's -- when
5  we hear that this stain was done, people
6  are looking for stem cells.
7      Q.   However, if an unreliable stain
8  is used to test for stem cells, you
9  wouldn't base your opinion on an
10 unreliable test; would you?
11     A.   If it's an unreliable test.  But
12 all I know that amongst hair people, that
13 test is something that we associate with
14 stem cells.  But I am not an expert in
15 stem cells and say how reliable it is.
16     Q.   Do you -- did you make any
17 attempt to search the peer-reviewed
18 literature to see if cytokeratin-15 was or
19 was not a reliable test for stem cells in
20 the hair follicle bulge region before
21 authoring your supplemental report?
22     A.   As a doctor who has devoted
23 his -- his three years -- 30 decades --
24 sorry.  Three decades of work and when

1   stem cells were first discovered I
2   remember when that all came to be, and I
3   remember these stains were important
4   stains.  But I did not look up the latest
5   or anything like that.
6              All I know is that they help
7   identify stem cells.  They also help to
8   identify proliferation of stem cells.  But
9   I don't know the latest literature on it.
10  It may all be refuted.
11       Q.   Do you know any literature?
12       A.   Yeah.  From a long time ago.
13       Q.   I noticed in your supplemental
14  report you didn't reference any scientific
15  literature about cytokeratin-15.
16              Why was that?
17       A.   I thought it was a basic
18  assumption.  I really did.  That it was a
19  sign for stem cells.
20       Q.   Do you know whether the
21  scientific literature shows that
22  cytokeratin-15 staining is -- can test
23  positive for cells other than stem cells?
24              MR. SEARS:  Objection to form.

1    A.   I don't know enough about
2  cytokeratin-15 to say what else it does.
3  All I know it is a sign for stem cells.
4  At least it was when I learned about it a
5  while ago.  Things may have changed, but
6  as far as I know, as a hair person,
7  that -- the only reason a person would
8  order it would be to detect if there were
9  stem cells.
10    Q.   Well, if a person was to make
11  a -- a -- stain a slide because of the
12  possibility that it might show the
13  presence or absence of stem cells, that
14  would not -- that motive of the researcher
15  wouldn't really affect the reliability of
16  the test; would it?
17         MR. SEARS:  Objection to form.
18    A.   No, but the only purpose of
19  doing it would be to prove whether there's
20  stem cells or not in a specimen.  That's
21  all I can say.
22         Whether the test is reliable is
23  another story.
24    Q.   If -- if you were to -- if you

Jerry Shapiro, M.D.

1   were to be presented with a slide with
2   cytokeratin-15 staining one way or
3   another, do you consider yourself
4   sufficiently expert to say what that
5   cytokeratin staining, positive or
6   negative, means?
7       A.   I would have to defer to a
8   dermatopathologist, really.
9            I'm a dermatologist.  Not a stem
10  cell expert.  I'm not a stain expert.
11  This is not what I do.  I have never
12  ordered that test in over three decades.
13           I can only see somebody ordering
14  it if they're looking for stem cells.
15           One would have to ask a
16  dermatopathologist what they thought.  I
17  am not an expert.
18      Q.   So, would it be fair to say that
19  you don't really have an expert opinion
20  one way or another about what the presence
21  or absence of cytokeratin staining would
22  mean for any of the -- for any application
23  related to this case?
24           MR. SEARS:  Objection to form.

1      A.   I -- I think it's
2   well-understood that they are associated
3   with stem cells.  That's all I can say.
4      Q.   Association isn't causation,
5   right?
6      A.   I cannot comment on that.
7           All I can say there is an
8   association between those two stains and
9   stem cells.
10          Other people, like Len Sperling
11  has just refuted that.  And he's a smart
12  guy too.  So I -- I can't really -- you
13  know, I'm not an expert at this.  I'm
14  not -- Len Sperling is a
15  dermatopathologist.
16     Q.   All right.
17          So, in terms of your rendering
18  your professional opinion, you certainly
19  have a professional opinion about a number
20  of the things that are properly within
21  your expertise?
22     A.   Yes.
23     Q.   Would you agree with me that
24  stem cells is not one of those subjects?

```
 1                MR. SEARS:  Objection to form.
 2        A.    Stem cells is not one of those
 3   subjects that I'm an expert in, correct.
 4        Q.    And that stem cell staining is
 5   not a subject that you are expert in?
 6                MR. SEARS:  Objection to form.
 7        A.    I vaguely know what stem cell
 8   stain -- the stains that are used to
 9   identify stem cells.  Every -- everyone
10   who does hair knows that and knows the
11   person who discovered it, okay.
12                So, we know from way back in
13   1990-something-or-other that these stem
14   cells were stained with this kind of
15   stuff, but things may have changed.  I'm
16   not sure.
17                But from what I understand, they
18   are signs for stem cells, and if anyone
19   orders them, they want to look for stem
20   cells.  This is my understanding.
21        Q.    Right.
22                And -- and, so, the fact that
23   you vaguely know, you certainly wouldn't
24   hold yourself out to be an expert about
```