# EXHIBIT 1

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

*************************************************************
IN RE:   TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

                              Civil Action No. 16-MD-2740
                              Section "H"(5)
                              New Orleans, Louisiana
                              September 5, 2019

THIS DOCUMENT RELATES TO ALL CASES
*************************************************************


                    TRANSCRIPT OF MOTION HEARING
         HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
                    UNITED STATES DISTRICT JUDGE


APPEARANCES:

FOR THE PLAINTIFFS:

                    DAWN BARRIOS
                    BARRIOS KINGSDORF & CASTEIX
                    701 POYDRAS STREET
                    SUITE 3650
                    NEW ORLEANS, LA 70139

                    MATTHEW PALMER LAMBERT
                    GAINSBURGH BENJAMIN DAVID MEUNIER
                    & WARSHAUER
                    1100 POYDRAS STREET
                    SUITE 2800
                    NEW ORLEANS, LA 70163

                    DARIN SCHANKER
                    BACHUS & SCHANKER
                    1899 WYNKOOP STREET
                    SUITE 700
                    DENVER, CO 80202

                    CHRISTOPHER COFFIN
                    PENDLEY BAUDIN & COFFIN
                    1515 POYDRAS STREET
                    NEW ORLEANS, LA 70112
```

```
02:22:13PM   1   or hundreds of thousands or even millions of lives, then
02:22:16PM   2   there's 10,000 cases that have been filed in this Court and
02:22:20PM   3   of people who say it's hurt me.
02:22:22PM   4           THE COURT:  I get it.
02:22:22PM   5           All right.  We're going to have to start moving this
02:22:24PM   6   along.
02:22:25PM   7           Mr. MOORE:  I mean, if they want to introduce their
02:22:27PM   8   ten thousand plaintiffs, we can introduce pictures of some of
02:22:32PM   9   them.  I'm sure that would not go over well.
02:22:33PM  10           A few moments ago, we heard an argument that we
02:22:38PM  11   should not be able to introduce evidence of the side effects
02:22:40PM  12   of taxol and now we're being told we can't put in evidence of
02:22:43PM  13   the benefits of Taxotere.  The motion, which doesn't have any
02:22:46PM  14   cases from Louisiana, talks about efficacy being irrelevant.
02:22:53PM  15   Efficacy is irrelevant.  That's what the motion says that
02:22:57PM  16   they're asking you to exclude and clearly the efficacy of
02:22:59PM  17   this medicine, the benefit that's being provided by this
02:23:01PM  18   medicine is relevant.  So we think that this motion should be
02:23:05PM  19   denied.
02:23:11PM  20           THE COURT:  I think the risk-benefit analysis
02:23:14PM  21   particularly for this patient is absolutely relevant.  That
02:23:18PM  22   goes to the core of the decision between the plaintiff and
02:23:23PM  23   her physician, and at the end of the day, you have to show
02:23:25PM  24   that with an adequate warning she would not have used -- a
02:23:30PM  25   different prescribing decision would have been made.  The
```

| | | |
|---|---|---|
| 02:23:32PM | 1 | rest is argument.  I don't think that there's going to be any |
| 02:23:36PM | 2 | testimony about millions of people have had their lives saved |
| 02:23:43PM | 3 | by Taxotere and that's not what I read. |
| 02:23:47PM | 4 | Do y'all have testimony of that?  I guess I'm just -- |
| 02:23:54PM | 5 | I think the rest is argument that -- |
| 02:23:58PM | 6 | MR. STRONGMAN:  I don't know -- I guess I'm not |
| 02:24:01PM | 7 | entirely sure of the differentiation we're trying to make |
| 02:24:06PM | 8 | here. |
| 02:24:06PM | 9 | THE COURT:  I think -- |
| 02:24:08PM | 10 | MR. STRONGMAN:  I mean, it's been used millions of |
| 02:24:10PM | 11 | times.  I mean, that's true. |
| 02:24:11PM | 12 | THE COURT:  But I think that the issue is -- |
| 02:24:12PM | 13 | MR. STRONGMAN:  It saves lives.  That's true. |
| 02:24:16PM | 14 | THE COURT:  -- the risk-benefit analysis has got to |
| 02:24:20PM | 15 | be in evidence.  It sounds to me like the rest of it is |
| 02:24:24PM | 16 | argument and I don't know if that's -- you know, we'll cross |
| 02:24:30PM | 17 | that bridge when we get to it, but I think whether or not |
| 02:24:38PM | 18 | Taxotere, you know, the prescribing physician believes that |
| 02:24:42PM | 19 | Taxotere is a very effective drug for the treatment of the |
| 02:24:45PM | 20 | form of breast cancer that Ms. Earnest suffered and he |
| 02:24:49PM | 21 | considered it, you know, a lifesaving drug when he entered |
| 02:24:53PM | 22 | it.  It seems to me the rest is just argument. |
| 02:24:56PM | 23 | MS. SASTRE:  Even now, Dr. Carinder says it's a good |
| 02:24:59PM | 24 | drug. |
| 02:24:59PM | 25 | MR. NOLEN:  Your Honor -- and we're not disputing |

```
02:26:34PM   1   has saved hundreds and thousands of lives.  But I do believe
02:26:34PM   2   we will hear and it is proper to say you're going to hear
02:26:40PM   3   that this is a very effective drug and it was -- it was the
02:26:42PM   4   number one choice of oncologists.  I think we're going to
02:26:52PM   5   hear that.  And I don't think that's improper because I think
02:26:54PM   6   the evidence is going to show that.
02:26:56PM   7              Now, about women eating Thanksgiving with their
02:27:00PM   8   family, you know, that might be a bit of a stretch.
02:27:04PM   9              MR. NOLEN:  Thank you, Your Honor.
02:27:05PM  10              THE COURT:  But I believe you all know the rules
02:27:07PM  11   about opening statement.  And it's got to be based upon what
02:27:11PM  12   evidence we know will be presented.
02:27:18PM  13              Opening statements are not argument.  Maybe we'll
02:27:21PM  14   have a lecture about closing argument at a later date.
02:27:25PM  15              Okay.  So what I will say because it's so hard for me
02:27:32PM  16   is -- Erin, I think -- I don't know if I denied that.
02:27:42PM  17              I think I granted in part, denied in part, read my
02:27:42PM  18   reasons.
02:27:50PM  19              Okay.  We have got to move on.  Y'all have got to
02:27:54PM  20   start moving faster.
02:27:55PM  21              Motion in Limine to Exclude Evidence and Argument
02:27:57PM  22   Regarding Evaluations of Plaintiff by Formally Retained
02:28:00PM  23   Experts Who Will Not Testify at Trial.
02:28:02PM  24              Okay.  I know what that is.  Make it quick.  She told
02:28:06PM  25   somebody she thought somebody else -- some other drug caused
```