# EXHIBIT 3

Page 1

1              UNITED STATES DISTRICT COURT
2                EASTERN DISTRICT OF LOUISIANA
3
4
5     *********************
                                    *
6     ELIZABETH KAHN,               *   CASE NO.
              Plaintiffs            *   2:16-CV-17039
7                                   *
                                    *
8     VERSUS                        *
                                    *
9                                   *
      SANOFI S.A., ET AL       *
10           Defendants             *
                                    *
11    *********************
12
13
14
15
16
17
18    Job No. NJ2756392
19
20              Deposition of ELIZABETH SARA
21    KAHN, taken on Thursday, December 7, 2017,
22    commencing at 8:34 a.m., at the law offices
23    of Pendley, Baudin & Coffin, 1515 Poydras
24    Street, Suite 1400, New Orleans, Louisiana
25    70112.

```
                                                      Page 300

 1        Q.   Okay.  What is your emotional damage
 2   claim?
 3        A.   Well, first of all, it's embarrassing
 4   to have a head of hair that looks like this.
 5   And I know it's not right, but . . .  I don't
 6   know if I can go on right this second.
 7             MR. COFFIN:
 8                  Okay.
 9             MS. BIERI:
10                  That's okay.
11             MR. COFFIN:
12                  Let's take a break.  We'll take a
13   break.
14                       (Recess).
15   EXAMINATION BY MS. BIERI:
16        Q.   Taxotere was one of the chemotherapy
17   drugs given to you, correct?
18        A.   Correct.
19        Q.   And you are alive today and cancer
20   free, correct?
21        A.   I am cancer free today.
22        Q.   And you are alive.
23        A.   I'm alive.  I couldn't be answering
24   this deposition if I wasn't alive.
25        Q.   True.
```

1     You can't say that you would be alive
2  today if you hadn't taken Taxotere, correct?
3     A.  I had -- my treatment was a
4  multifaceted treatment, and I don't know what
5  -- which thing was the most beneficial.  I
6  have no clue what -- if I had one thing or
7  not had one thing, what would have made a
8  difference.
9     Q.  So you can't say.
10    A.  Can't say.
11    Q.  So now that you survived breast
12 cancer, nine-plus years, are you contending
13 that you would not have taken Taxotere if you
14 had known that there was a risk of persisting
15 hair loss?
16    A.  If my doctor had told me that one of
17 the side effects of Taxotere was permanent
18 hair loss, I would have asked him, what are
19 my other options.  Just like when I was told
20 about the surgery, about a mastectomy, I
21 wanted to know what my other options were.
22    Q.  If you had been told that there was a
23 10 percent chance of permanent or persisting
24 hair loss, would you have asked about other
25 options?