# EXHIBIT 4

John A. Glaspy, M.D.

```
 1            UNITED STATES DISTRICT COURT
 2            EASTERN DISTRICT OF LOUISIANA
 3       *******************************
 4       IN RE:  TAXOTERE
 5       (DOCETAXEL) PRODUCTS         MDL No. 2740
 6       LIABILITY LITIGATION         Section: "H"
 7                                    Judge Milazzo
 8       This Document Relates to:    Mag. Judge North
 9       All Cases
10       *******************************
11
12               Remote Videotaped Deposition of
13       JOHN A. GLASPY, M.D., held at the location
14       of the witness in Los Angeles, California,
15       commencing at 9:05 a.m., on the 13th of May,
16       2020, before Maureen O'Connor Pollard,
17       Registered Diplomate Reporter, Realtime
18       Systems Administrator, Certified Shorthand
19       Reporter.
20                         - - -
21
                   GOLKOW LITIGATION SERVICES
22            877.370.3377 ph | 917.591.5672 fax
                        deps@golkow.com
23
24
25
```

Golkow Litigation Services                                    Page 1

John A. Glaspy, M.D.

```
 1    and there's nothing in your Exhibit B,
 2    Materials Reviewed, that addresses the issue
 3    of how women are impacted by alopecia in the
 4    context of early stage breast cancer,
 5    correct?
 6          A.    That's correct.
 7                MR. STRONGMAN:  Objection.
 8          Form.
 9    BY MR. MICELI:
10          Q.    The answer is correct?  We had
11    you and Mr. Strongman talking at the same
12    time.  I want to make sure that Maureen gets
13    the answer.
14                MR. MICELI:  Did you get the
15          answer, Maureen?
16                THE STENOGRAPHER:  Yes, I did.
17          The answer was "that's correct."
18                MR. MICELI:  Thank you.
19          Q.    Now, the difference between
20    metastatic breast cancer and early stage
21    breast cancer is that early stage breast
22    cancer is highly survivable, correct?
23          A.    Yes.
24          Q.    And because it's highly
25    survivable, your goal is to cure patients,
```

John A. Glaspy, M.D.

1    Q.   Right.
2         But you're not going to offer
3    the opinion that Taxotere going into her
4    treatment course gave Ms. Kahn the best
5    chance to survive her diagnosis of early
6    stage breast cancer, are you?
7    A.   No, I would -- my opinion is
8    that the survival is best with a taxane.
9    Q.   Right.
10   A.   And there are two roads to
11   that.
12   Q.   Right.
13        But even, as I just said, even
14   if she received the non-taxane regimen, we
15   don't know, she could have the same exact
16   outcome, can't she?
17   A.   Yes.  Yes, that's possible.
18   Q.   Okay.  And you will not offer
19   the opinion that Taxotere gave Ms. Kahn the
20   best chance of preventing her cancer from
21   returning, can you?
22   A.   I would -- if somebody said
23   Taxotere compared to no taxane, I would say
24   that the Taxotere gave her her best chance.
25        If you said a taxane-based

1 regimen would offer the same chance, I
2 wouldn't quibble with the limits we talked
3 about several times.
4     Q.    Okay.  So your opinion would be
5 that a taxane regimen, prospectively looking
6 at her case, if we don't know, we blind
7 ourselves from the outcome that she's
8 received, your position would be that a
9 taxane, not necessarily specifically Taxotere
10 or Taxol, but a taxane would give Ms. Kahn
11 the best chance to prevent her cancer from
12 coming back?
13     A.    Yes, I will say that.  And I
14 will add that the taxane, it needs to be
15 given weekly if it's paclitaxel.
16     Q.    Yes.
17     Okay.  And you will not offer
18 the opinion that Taxotere gave Ms. Kahn the
19 best chance to avoid the consequences of
20 serious adverse events over any other
21 chemotherapy agent, would you?
22     MR. STRONGMAN:  Objection.
23 Form.
24     A.    I wouldn't be able to answer
25 that question.  It's so packed.  You say any

John A. Glaspy, M.D.

1   your chance of dying is reduced by 28 percent
2   on the survival curve by the log rank test.
3   That's how I would describe the benefit.
4              So that would mean that you
5   won't -- if you have 100 patients in the room
6   and they all got TAC, you can tell them I
7   don't know which 28 of you it is, but 28 of
8   you benefited and the rest didn't.
9              That's kind of the way this
10  works.  We're playing statistics because
11  we're blind, we don't know if a patient has
12  metastatic disease or not.  All we can do is
13  estimate that risk, and when we treat it give
14  them an estimate of how much we're impacting
15  it.
16       Q.   Right.  Well --
17       A.   That's how I present it.  I
18  wouldn't tell a jury that Taxotere helps
19  everybody 28 percent.  I would say --
20       Q.   Right --
21       A.   -- that it helps the population
22  28 percent.
23       Q.   28 percent over what the
24  general benefit is of chemotherapy in the
25  adjuvant setting, correct?

1        A.    Right.  Whatever their curve
2    would look like on FAC, it looks -- the risk
3    comes down by 28 percent.  So if that risk is
4    5 it comes down to 4, or comes down to 3.9.
5        Q.    3. -- right.  That's what I was
6    trying to get at, is you and I agreed the
7    last time we were together that adjuvant
8    chemotherapy confers a benefit of about 4
9    percent overall, all regimens, correct?
10       A.    No, we did not agree on that.
11   There we were talking --
12       Q.    We didn't --
13       A.    We did not.  Now you're talking
14   about placebo versus CMF.  Right?  If you're
15   saying all chemo, doesn't matter what the
16   regimen is, back in the days when they gave
17   no chemo, all this work since then has only
18   moved the needle 3 or 4 percent.
19             I have taken the approach that
20   there was a historical development that went
21   through Melphalan to Melphalan, prednisone to
22   Melphalan, 5-FU prednisone to CMF to AC to
23   FAC to ACT and TAC, and that at each stage we
24   were gaining more.  If you're saying
25   comparing TAC to FAC, the gain is 4 or 5

```
 1     percent.
 2               I think last time we got hung
 3     up on the fact that you wanted me to say
 4     there was a 7 percent absolute reduction in a
 5     5 percent risk, and that's impossible.
 6          Q.   I think what we're saying,
 7     Doctor, is you're talking about FAC versus
 8     TAC.  I'm not asking about FAC versus TAC.
 9     That was not my question.
10               My question was concerning the
11     benefit conferred generally by adjuvant
12     chemotherapy, not FAC versus TAC, just
13     adjuvant chemotherapy generally is what
14     number?
15          A.   Oh, well, it depends on how
16     high the risk is, right?
17          Q.   Okay.
18          A.   The higher the risk --
19          Q.   Early breast cancer generally.
20          A.   Well, for general, for all
21     early stage breast cancer patients, the gain
22     has been more than 20 percent.
23          Q.   Okay.
24          A.   There's been a huge gain over
25     time.
```