# EXHIBIT 5

John A. Glaspy, M.D.

```
 1                UNITED STATES DISTRICT COURT

 2                EASTERN DISTRICT OF LOUISIANA

 3

 4   IN RE: TAXOTERE (DOCETAXEL)  )
     PRODUCTS LIABILITY           )  No. MDL No. 2740
 5   LITIGATION                   )  SECTION: "H"
                                  )  JUDGE MILAZZO
 6   This Document Relates To:    )  MAG. JUDGE NORTH
     ALL CASES                    )
 7   _____ )

 8

 9
                    THURSDAY, JANUARY 9, 2020
10

11           VIDEO DEPOSITION OF JOHN A. GLASPY,

12        M.D., held at 2049 Century Park East,

13        Suite 3000, Los Angeles, California

14        90067, commencing at 9:20 a.m. on the

15        above date before Lindsay Pinkham,

16        Certified Shorthand Reporter No. 3716,

17        CCRR.

18

19                          ---

20              GOLKOW LITIGATION SERVICES

21         877.370.3366 ph | 917.591.5672 fax

22                   deps@golkow.com

23

24

25
```

```
 1    modeling for her recurrence risk?
 2         A     Just what I do every day in taking care of
 3    patients and having looked at those over the years, no.
 4         Q     You did read Dr. Bosserman's report; correct?
 5         A     I read a report.
 6         Q     And you read her deposition?
 7         A     Deposition?  Yes, I did.
 8         Q     And she did do a predictive modeling; correct?
 9         A     I think she did, yes.
10         Q     Did you review Dr. Bosserman's input factors
11    into that predictive model?
12         A     I didn't.
13         Q     So you don't know whether -- you can't testify
14    as to whether or not her inputting factors into the
15    predictive model is correct or incorrect?
16         A     Not as we sit here today.
17         Q     And did you see where the predictive modeling
18    that she did said that she had less than a 4 percent
19    chance of recurrence?
20         A     My read was that she was talking about after
21    systemic therapy.  Not before.
22         Q     Okay.  If her testimony is that it was before
23    systemic therapy, at 4 percent, that would put her in a
24    very low risk of relapse?
25         A     A reasonable low risk.
```

```
 1      Q    And in the TAX 316 study, there is a 28 percent
 2   relative risk reduction between TAC and FAC; correct?
 3      A    In progression-free survival.
 4      Q    In progression-free survival, which is what we
 5   would look at for Ms. Thibodeaux; correct?
 6      A    Or overall survival.  You could look at that as
 7   well, because that's the goal.
 8      Q    Progression-free survival, the 28 percent
 9   relative risk reduction was based upon a 7 percent
10   absolute risk reduction; correct?
11      A    That's correct.
12      Q    Okay.  And so if what Dr. Bosserman calculated
13   in her predictive modeling that she did do is correct,
14   and it's less than a 4 percent -- or let's say it's a
15   4 percent -- I won't go less because dealing in whole
16   numbers -- a 4 percent risk reduction -- or 4 percent
17   risk of relapse, would all 4 out of 100 women benefit
18   from the use of chemotherapy, or would some benefit from
19   chemo and some benefit from endocrine therapy?
20      A    Yeah -- I don't agree that her risk was 4
21   percent.  So how about if I just say in a hypothetical
22   patient whose risk was 4 percent --
23      Q    Okay.
24      A    -- a 28 percent risk reduction would be a
25   reduction of just over a percent.
```

1      Q    But that's a relative risk.  The absolute risk

2    reduction is 7 percent; right?

3      A    Well, yeah, but if you're reducing something --

4    the reason they give you the relative risk is so you can

5    apply it to any risk.  So I think it would be better for

6    your purposes to say, what's a 28 percent reduction in

7    4 percent, and it's just -- it's about 1 percent

8    reduction.

9      Q    And if I say what is 4 percent, or what's a

10   7 percent absolute reduction in a 4 percent risk, it

11   would be 4 out of -- 14 out of 10,000; correct?

12           MR. STRONGMAN:  Objection.  Form.

13           THE WITNESS:  You can't do an absolute risk of

14   7 with a risk of 4, because you end up with a risk of

15   negative 3.

16     Q    BY MR. MICELI:  You would actually end up with

17   a risk of .0014, wouldn't you?

18     A    That's not --

19           MR. STRONGMAN:  Objection.  Form.

20           THE WITNESS:  That's not what my math would

21   say.

22           But I think we're saying the same thing.  If a

23   woman has a 4 percent risk of systemic recurrence, then

24   her benefit from chemotherapy is very modest, on the

25   order of a percent.

```
 1   assume that it's appropriate, and it is appropriate,
 2   that proper education and discussion is had with the
 3   patient about risks and benefits.
 4        A    You bet.
 5        Q    Okay.  Now, I've got some notes I have to
 6   follow up on.
 7             Can you tell us what Ms. Thibodeaux's 5-, 10-,
 8   and 15-year survival rate or survival would be with
 9   surgery alone, no chemo, no endocrine?
10        A    I just already opined that her 10-year survival
11   rate, because she had a ER-positive cancer, would have
12   been 85 percent, assuming she didn't die of some
13   unrelated cause.  So her breast cancer specific
14   mortality would have been 85 percent.
15        Q    And what would it have been with surgery plus
16   hormone therapy alone?
17        A    So with hormone therapy alone, that would cut
18   that risk about in half.  So that makes it 8 percent.
19        Q    Her risk of relapse would be 8 percent?
20        A    Right.  Her risk of relapse and death.  Relapse
21   is fatal.  But it just takes awhile.  So that's why I'm
22   doing 10 years.
23        Q    And then with surgery, hormone, endocrine
24   therapy and chemotherapy?
25        A    With that, with the chemotherapy, she gets an
```

```
 1    estimate, right, so if we use my number of -- there's
 2    about a 4 percent impact of chemotherapy, then you could
 3    tell someone that if you use the better ones, we're
 4    going to get that 4, and the less good ones will
 5    probably get a 3-1/2.  I mean, when you're dealing with
 6    small numbers, there aren't big differences.
 7         Q    It sounds also like one of the realities of
 8    making strides with chemotherapy regimens is you're
 9    really dealing with pretty small incremental increases.
10         A    Because you're dealing with smaller margins,
11    because we've done such a good job of driving that rate
12    down.
13         Q    Getting to the point where we are now, with
14    technology and with the medicines that we have, the
15    gains are becoming more and more incremental, then.
16    Fair enough?
17         A    For women with low risk, yeah, for the lower
18    risk women.  For women with eight positive lymph nodes,
19    these differences become huge.
20              And also remember with Mrs. Thibodeaux, her
21    relapse risk is only half the story.  You also want the
22    higher response rate, because she's doing this in part
23    to shrink her tumor and save her breast.
24         Q    Right.  And on that, and in the size of what is
25    removed from her, when you do -- her progression of
```