UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO
*Elizabeth Kahn, Case No. 2:16-cv-17039*

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION *IN LIMINE* TO PRECLUDE ANY COMMENT OR ARGUMENT THAT TAXOL WOULD HAVE ENHANCED THE SEVERITY OF PLAINTIFF'S NEUROPATHY**
**(Motion *in Limine* No. 12)**

**I.　INTRODUCTION**

　　Plaintiff respectfully requests that this Court preclude Sanofi and all of its witnesses from mentioning, discussing, commenting on, referring to, or attempting to introduce testimony or evidence that the use of a Taxol-containing cancer treatment regimen would have enhanced the severity of Plaintiff's neuropathy (nerve malfunction).

**II.　ARGUMENT**

　　The Court has previously ruled on this very issue in the *Barbara Earnest* matter:

> The Court will not allow testimony of Earnest's subsequent development of neuropathy post-chemotherapy. Further, Defendants may not offer speculative testimony to suggest that Plaintiff would have suffered more severe neuropathy if she had chosen Taxol over Taxotere.[1]

　　Despite the Court's prior ruling, Plaintiff is concerned that Sanofi may attempt to introduce evidence at trial suggesting that, had she been prescribed an alternative chemotherapy treatment

---

[1] Rec. Doc. 8201, at p. 3.

1

regime containing Taxol, she would have suffered from neuropathy that would have been worse than any caused by Taxotere. Nothing in the record supports such speculation.

In fact, Dr. Gerald Miletello, one of Sanofi's expert offering a case-specific opinion concerning Plaintiff's chemotherapy options, testified that he could *not* opine how Taxol would have affected Plaintiff Kahn:

> Q.    But the truth is you just don't know how Taxol would have affected Elizabeth Kahn because she didn't take it, right?
>
> A.    No, I can't -- there isn't a little scale I can look at and say if she had taken Taxol she would have had a 10 percent chance of having neuropathy….[2]

What's more, Dr. Miletello *admitted* that he was unable to identify any scientific support for the theory that Taxol generally causes neuropathy more often or more severely than Taxotere, and *admitted* his report does not contain any authority for this proposition.[3]

Sanofi's other case-specific oncology expert, John Glaspy, M.D., agreed that there is only one Sanofi sponsored study that compares Taxotere and Taxol head-to-head in a monotherapy setting (TAX311), and that in the study each category documenting neuro-related adverse events showed Taxotere demonstrated a higher incidence of serious adverse events.[4] Dr. Glaspy remarks on multiple occasions in his expert report that Taxol use is related to an increased risk of neuropathy, but each time fails to provide any reference or support for such a proposition.[5] His comments remain unsupported by any scientific literature.

---

[2] Ex. A, May 21, 2020, Deposition Transcript of Dr. Gerald Miletello at 79:6-12.

[3] *Id* at 60:18-61:9. Likewise, Dr. John Glaspy, Sanofi's other causation expert, does not cite any scientific support for the theory that Taxol generally causes neuropathy more often or more severely than Taxotere or that Ms. Kahn's neuropathy "would have been more severe with Taxol." Ex. B, April 29, 2019, Expert Report of John Glaspy, M.D. at p. 46.

[4] Ex. C, May 13, 2020, Deposition Transcript of Dr. John Glaspy, at 101:23-102:17, 105:16-22.
[5] Ex. B, April 29, 2019, Expert Report of John Glaspy, M.D., at pp. 16, 19, 46 and 47.

Given the concessions of Dr. Miletello and Dr. Glapy's lack of scientific support for his comments, any testimony offered that Taxol use results in greater incidence or severity of neuropathy, or that it would have in Ms. Kahn's treatment and care, is unsupported and would be purely speculation. Thus, any suggestion or argument that the use of a Taxol-containing regimen would have caused Plaintiff Kahn neuropathy (or more severe neuropathy) should be excluded from evidence because there is no reliable evidence to support such a conclusion. *See Pipitone v. Biomatrix, Inc.*, 288 F.3d 239, 245 (5th Cir. 2002) (holding that even "[a] perfectly equivocal opinion does not make any fact more or less probable and is irrelevant under the Federal Rules of Evidence."). Unsupported speculation is not helpful and risks confusing the jury, and in turn prejudices the Plaintiff. *See* Fed. R. Evid. 403. Therefore, the Court should rule just as it did in *Earnest*, that any testimony or argument that Plaintiff Kahn would have developed neuropathy or more severe neuropathy with Taxol should be excluded.[6]

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that this Court preclude Sanofi and all of its witnesses from mentioning, discussing, commenting on, referring to, or attempting to introduce testimony that the use of a Taxol containing cancer treatment regime would have caused Plaintiff Kahn neuropathy or more severe neuropathy than caused by Taxotere.

Dated: June 17, 2021                                  Respectfully submitted,

*/s/ Christopher L. Coffin*                           */s/ Karen B. Menzies*
Christopher L. Coffin (#27902)                        Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.                      GIBBS LAW GROUP LLP
1100 Poydras Street, Suite 2225                       6701 Center Drive West, Suite 1400
New Orleans, Louisiana 70163                          Los Angeles, California 90045
Phone: (504) 355-0086                                 Telephone: 510-350-9700
Fax: (504) 355-0089                                   Facsimile: 510-350-9701
ccoffin@pbclawfirm.com                                kbm@classlawgroup.com

---

[6] Rec. Doc. 8201, at 3; *see also* Ex. D, September 5, 2019, Mtn. in *Limine* Hearing Tr. at p. 51:8-13.

3

| | |
|---|---|
| *Plaintiffs' Co-Lead Counsel* | *Plaintiffs' Co-Lead Counsel* |
| /s/M. Palmer Lambert | /s/Dawn M. Barrios |
| M. Palmer Lambert (#33228) | Dawn M. Barrios (#2821) |
| GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC | BARRIOS, KINGSDORF & CASTEIX, LLP |
| 2800 Energy Centre, 1100 Poydras Street | 701 Poydras Street, Suite 3650 |
| New Orleans, LA 70163-2800 | New Orleans, LA 70139 |
| Phone: 504-522-2304 | Phone: 504-524-3300 |
| Fax: 504-528-9973 | Fax: 504-524-3313 |
| plambert@gainsben.com | barrios@bkc-law.com |
| *Plaintiffs' Co-Liaison Counsel* | *Plaintiffs' Co-Liaison Counsel* |

## PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Anne Andrews | Abby E. McClellan |
| Andrews Thornton Higgins Razmara, LLP | Stueve Siegel Hanson LLP |
| 2 Corporate Park, Suite 110 | 460 Nichols Road, Suite 200 |
| Irvine, CA 92606 | Kansas City, MO 64112 |
| Phone: (800) 664-1734 | Phone: (816) 714-7100 |
| aa@andrewsthornton.com | Fax: (816) 714-7101 |
| | mcclellan@stuevesiegel.com |
| J. Kyle Bachus | Karen Barth Menzies |
| Bachus & Schanker, LLC | Gibbs Law Group LLP |
| 101 W Colfax Ave, Suite 650 | 6701 Center Drive West, Suite 1400 |
| Denver, CO 80202 | Los Angeles, CA 90045 Phone: 510-350-9700 |
| Phone: (303) 222-2222 | Fax: 510-350-9701 |
| Fax: (303) 893-9900 | kbm@classlawgroup.com |
| kyle.bachus@coloradolaw.net | |
| Lawrence J. Centola, III | David F. Miceli |
| Martzell, Bickford & Centola | David F. Miceli, LLC |
| 338 Lafayette Street | P.O. Box 2519 |
| New Orleans, LA 70130 | Carrollton, GA 30112 |
| Phone: (504) 581-9065 | Phone: (404) 915-8886 |
| Fax: (504) 581-7635 | dmiceli@miceli-law.com |
| lcentola@mbfirm.com | |
| Christopher L. Coffin | Andre M. Mura |
| Pendley, Baudin & Coffin, L.L.P. | Gibbs Law Group LLP |
| 1100 Poydras Street, Suite 2225 | 505 14th Street Suite 1110 |
| New Orleans, Louisiana 70163 | Oakland, CA 94612 |

4

Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

John Gomez
The Gomez Law Firm, PLLC
655 West Broadway, Suite 1700
San Diego, CA 92101
Phone: (619) 237.3490
Fax: 619.237.3496.
john@thegomezfirm.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, FL 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904 15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@amalaw.com

Phone: (510) 350-9717
Fax: (510) 350-9701
amm@classlawgroup.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Jessica Perez Reynolds
Pendley, Baudin & Coffin
P.O. Drawer 71
24110 Eden Street
Plaquemine, LA 70765
Phone: (225) 687-6396
Fax: (225) 687-6398
jperez@pbclawfirm.com

Darin L. Schanker
Bachus Schanker
101 W Colfax Ave, Suite 650
Denver, CO 80202
Phone: (303) 222-2222
Fax: (303) 893-9900
dls@coloradolaw.net

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Zachary Wool
Barrios Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
zwool@bkc-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

> */s/ M. Palmer Lambert*
> M. PALMER LAMBERT