# EXHIBIT A

Gerald P. Miletello, M.D.

1                UNITED STATES DISTRICT COURT

2                EASTERN DISTRICT OF LOUISIANA

3       *******************************

4       IN RE:   TAXOTERE

5       (DOCETAXEL) PRODUCTS          MDL No. 2740

6       LIABILITY LITIGATION          Section: "H"

7                                     Judge Milazzo

8       This Document Relates to:   Mag. Judge North

9       All Cases

10      *******************************

11

12               Remote Videotaped Deposition of

13      GERALD P. MILETELLO, M.D., held at the location

14      of the deponent in Baton Rouge, Louisiana,

15      commencing at 10:14 a.m. on the 21st of May,

16      2020, before Maureen O'Connor Pollard,

17      Registered Diplomate Reporter, Realtime

18      Systems Administrator, Certified Shorthand

19      Reporter.

20                         - - -

21

             GOLKOW LITIGATION SERVICES
22        877.370.3377 ph | 917.591.5672 fax
                 deps@golkow.com
23

24

25

Golkow Litigation Services                                    Page 1

1    never been a test that's been run that I'm --
2    that it's possible, is there, to show what a
3    patient would do with Taxotere versus what
4    that same patient would do with Taxol
5    concerning a side effect of neuropathy,
6    impossible to do such a test, right?
7         A.    It's impossible.  But the
8    literature does state that the neuropathy is
9    more likely with the Taxol-containing regimen
10   versus Taxotere.  If we're looking at a
11   patient who has high potential for
12   neuropathy, we always lean towards the
13   Taxotere versus the Taxol because we know the
14   chances are higher with Taxol.  But I can't
15   give you a study that shows you have a 10
16   percent with this versus a 30 percent with
17   this drug.
18        Q.    Right.  And that's what I
19   wanted to ask, is what literature are you --
20   if any, do you rely on for that proposition?
21        A.    In our literature, like I said,
22   I can't quote you a specific article, but
23   there is literature out there showing that
24   neuropathy is greater with Taxol versus
25   Taxotere.  I wish I had an article I could

1  give you a reference to, but I don't off the
2  top of my head.
3       Q.    And just to be clear, nowhere
4  in your report do you cite any authority for
5  that proposition that Taxotere versus Taxol,
6  that Taxol can result in more significant
7  cases of neuropathy, correct?
8       A.    I did not reference an article.
9  I don't recall.
10      Q.    So, and I'm not trying to beat
11 up on you here, so I --
12      A.    It's okay.
13      Q.    Okay.  Hope it doesn't feel
14 like that.
15      A.    It doesn't.
16      Q.    So would it be fair to say that
17 within a reasonable degree of scientific
18 probability, you can't say that if Elizabeth
19 Kahn had Taxol that she would have received
20 neuropathy?  You don't know for sure, do you?
21           MR. KEENAN:  Object to the
22      form.
23      A.    In my clinical experience she
24 would have received more, I feel very
25 confident because I've dealt with the two

Gerald P. Miletello, M.D.

1  following administration of that drug,
2  correct?
3      A.   That's correct.  But normally
4  it's not -- it's worse with Taxol.  There are
5  studies to that effect.
6      Q.   But the truth is you just don't
7  know how Taxol would have affected Elizabeth
8  Kahn because she didn't take it, right?
9      A.   No, I can't -- there isn't a
10 little scale I can look at and say if she had
11 taken Taxol she would have had a 10 percent
12 chance of having neuropathy.  This is going
13 on historical data and what we know about the
14 drugs.
15     Q.   Right.
16          Do you have -- based on your
17 experience, do you have a percentage of
18 patients, early stage breast cancer patients
19 who received the 2008 Taxol treatment options
20 and what percentage of those patients may
21 have some sort of temporary neuropathy?
22     A.   Off the top of my head, 60 to
23 70 percent.  Everybody gets some degree.
24 It's very, very common.  It's rare not to get
25 it.  And it varies, I mean, it can be from