# EXHIBIT C

```
 1           UNITED STATES DISTRICT COURT
 2           EASTERN DISTRICT OF LOUISIANA
 3     *******************************
 4     IN RE:  TAXOTERE
 5     (DOCETAXEL) PRODUCTS         MDL No. 2740
 6     LIABILITY LITIGATION         Section: "H"
 7                                  Judge Milazzo
 8     This Document Relates to:    Mag. Judge North
 9     All Cases
10     *******************************
11
12              Remote Videotaped Deposition of
13     JOHN A. GLASPY, M.D., held at the location
14     of the witness in Los Angeles, California,
15     commencing at 9:05 a.m., on the 13th of May,
16     2020, before Maureen O'Connor Pollard,
17     Registered Diplomate Reporter, Realtime
18     Systems Administrator, Certified Shorthand
19     Reporter.
20                       - - -
21
             GOLKOW LITIGATION SERVICES
22       877.370.3377 ph | 917.591.5672 fax
                 deps@golkow.com
23
24
25
```

1    serious neuromotor or neurosensory adverse

2    events, correct?

3         A.    That's correct.

4         Q.    Okay.  By number and by

5    percentage, this head-to-head study,

6    monotherapy therapy study of Taxotere and

7    Taxol, paclitaxel, demonstrates that more

8    individuals in the Taxotere group suffered

9    from Grade 3 or 4 neuromotor and neurosensory

10   adverse events, correct?

11        A.    That's correct.

12              MR. STRONGMAN:  Objection.

13   BY MR. MICELI:

14        Q.    Now, overall the numbers are a

15   little bit closer, but they're still greater

16   in the Taxotere group, correct?

17        A.    Overall.

18              MR. STRONGMAN:  Objection.

19        Form.

20   BY MR. MICELI:

21        Q.    So concerning --

22        A.    Yes.

23        Q.    -- head-to-head monotherapy

24   study of Taxotere and Taxol, Sanofi's study

25   TAX 311 would demonstrate a higher incidence

```
 1    by number and percentage of the most serious
 2    neuromotor and neurosensory adverse events,
 3    right?
 4              MR. STRONGMAN:  Objection to
 5         form.
 6         A.   I would feel more comfortable
 7    saying that it fails to demonstrate the
 8    increased neuropathy with Taxol.
 9    BY MR. MICELI:
10         Q.   Okay.  And it does that by
11    demonstrating a greater incidence by
12    percentage in number in the Taxotere group?
13         A.   A greater reported incidence,
14    that's correct.
15         Q.   Right.  In Sanofi's TAX 311
16    study?
17         A.   That's correct.
18         Q.   Okay.  Let's turn back to
19    page 23.
20         A.   Of?
21         Q.   23 of 28, I'm sorry.
22         A.   Oh, of the same thing.
23         Q.   Yes.
24         A.   Okay.
25         Q.   It will be Table 46.
```

John A. Glaspy, M.D.

1          A.     One of the problems with
2    clinical trials is that until an attempted
3    standardization happened, every clinical
4    trial reported toxicities differently so they
5    wouldn't define them the same, and so a
6    dictionary of terms was developed.  And so
7    there are weird things like sensory
8    disturbance not otherwise specified, sensory
9    disturbance due to neuropathy, you know,
10   there's lots of difference people could pick
11   to put into their database.
12         Q.     Okay.
13         A.     But that's where that comes
14   from.  It's a not otherwise specified
15   designation.
16         Q.     Okay.  And the motor
17   dysfunctions are 11 to 3 in favor of Taxotere
18   being greater, right?
19         A.     That's correct.
20         Q.     And that's a greater than a
21   three-fold increase, correct?
22         A.     Yes.
23         Q.     Okay.  All right.  That's all I
24   have on that exhibit.
25         A.     We did it.  We got the chat