# EXHIBIT A

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


IN RE:  TAXOTERE (DOCETAXEL)       *
PRODUCTS LIABILITY LITIGATION      *    Docket No.: 16-MD-2740
                                   *    Section "H(5)"
                                   *    New Orleans, Louisiana
Relates to:  Barbara Earnest       *    September 17, 2019
Case No.: 16-CV-17144              *
* * * * * * * * * * * * * * * * *


                     DAY 2 - AFTERNOON SESSION
                   TRANSCRIPT OF JURY TRIAL BEFORE
                    THE HONORABLE JANE T. MILAZZO
                    UNITED STATES DISTRICT JUDGE
```

APPEARANCES:

For the Plaintiffs:          Barrios Kingsdorf & Casteix, LLP
                             BY:  DAWN M. BARRIOS, ESQ.
                             701 Poydras Street
                             Suite 3650
                             New Orleans, Louisiana 70139


For the Plaintiffs:          Gainsburgh Benjamin David Meunier
                               & Warshauer, LLC
                             BY:  M. PALMER LAMBERT, ESQ.
                             1100 Poydras Street
                             Suite 2800
                             New Orleans, Louisiana 70163


For the Plaintiffs:          Pendley Baudin & Coffin, LLP
                             BY:  CHRISTOPHER L. COFFIN, ESQ.
                             1100 Poydras Street
                             Suite 2505
                             New Orleans, Louisiana 70163

| | | |
|---|---|---|
|1:42PM| 1 | **Q.**   Yes.  And you understand that a woman living in the United |
|1:42PM| 2 | States has a 1-in-8 chance of being diagnosed with breast |
|1:42PM| 3 | cancer; correct? |
|1:42PM| 4 | **A.**   Yes.  And I also understand that oncologists will come -- |
|1:42PM| 5 | and while I've done a good deal of oncology in taking care of a |
|1:42PM| 6 | lot of oncology patients, I think it's probably best to allow |
|1:42PM| 7 | the oncologists to testify on breast cancer specifically.  But |
|1:42PM| 8 | happy to answer your questions, sir. |
|1:42PM| 9 | **Q.**   Appreciate that.  And you also understand, obviously, that |
|1:42PM| 10 | breast cancer is a life-threatening disease; correct? |
|1:42PM| 11 | **A.**   It can be.  Not all -- again, let the oncologists talk |
|1:42PM| 12 | about that.  I wouldn't want to make any generalities.  I |
|1:42PM| 13 | wouldn't want to scare people.  There are also many treatable |
|1:42PM| 14 | forms of -- with very good outcomes. |
|1:43PM| 15 | **Q.**   And one thing I think -- as you were going through your |
|1:43PM| 16 | background, one of things that was mentioned is you had gotten |
|1:43PM| 17 | several awards. |
|1:43PM| 18 |         Do you remember that? |
|1:43PM| 19 | **A.**   Yes. |
|1:43PM| 20 | **Q.**   And one of the things -- or awards that was mentioned was |
|1:43PM| 21 | that you got an award from the American Cancer Society, I think |
|1:43PM| 22 | you said; is that right? |
|1:43PM| 23 | **A.**   Correct. |
|1:43PM| 24 | **Q.**   And the American Cancer Society is a reliable |
|1:43PM| 25 | organization, isn't it? |

1:43PM 1 **A.** Sure. Just, again, let's get everything right. Yes,
1:43PM 2 generally, that's a fair statement.
1:43PM 3 **Q.** Sure. And the American Cancer Society puts out
1:43PM 4 information for people on cancer statistics; correct?
1:43PM 5 **A.** Fair.
1:43PM 6 **Q.** And they put out some information that can be used for
1:43PM 7 doctors and patients also, just on basic risks and cancer
1:43PM 8 information; correct?
1:43PM 9 **A.** Correct. I just don't want to say that everything is
1:43PM 10 perfectly right. But, yes, of course, it's good -- it's a very
1:43PM 11 good-intended organization that serves a very valuable
1:43PM 12 function.
1:43PM 13 **Q.** And at the time of 2011, you understand that there were
1:44PM 14 nearly 3 million women living in the United States with breast
1:44PM 15 cancer; correct?
1:44PM 16 **A.** I'll take your representation on exact numbers.
1:44PM 17 **Q.** Very good. And at that same time, you understood that
1:44PM 18 nearly 40,000 women would die from breast cancer annually as of
1:44PM 19 2011?
1:44PM 20 **A.** Regrettably, there are forms that we've not made
1:44PM 21 advancements; there are forms we have made advancements.
1:44PM 22 **Q.** And you also know that, when it comes to the treatment of
1:44PM 23 breast cancer, that every chemotherapy has risks; correct?
1:44PM 24 **A.** Sure, as does every drug. I would agree with that
1:44PM 25 statement.

| | | |
|---|---|---|
| 2:17PM | 1 | Defense Exhibit 317. |
| 2:17PM | 2 | **THE COURT:** Any objection? |
| 2:17PM | 3 | **MR. NOLEN:** No objection, Your Honor. |
| 2:17PM | 4 | **THE COURT:** Let it be admitted. |
| 2:17PM | 5 | BY MR. STRONGMAN: |
| 2:17PM | 6 | **Q.** And, Doctor, we can also agree, based on what you said |
| 2:17PM | 7 | this morning, that you've not offered any opinions that the |
| 2:17PM | 8 | labeling for Taxotere, as it relates to hair loss, was |
| 2:17PM | 9 | inadequate in the 2004 labeling; correct? |
| 2:17PM | 10 | **A.** That would be fair. |
| 2:17PM | 11 | **Q.** And I asked you this already, but we can agree that the |
| 2:18PM | 12 | definition of "alopecia" -- you've been asked this -- it's hair |
| 2:18PM | 13 | loss; correct? |
| 2:18PM | 14 | **A.** "Alopecia" means hair loss, correct. |
| 2:18PM | 15 | **Q.** And we can agree that "alopecia" was always in the |
| 2:18PM | 16 | Taxotere label; correct? |
| 2:18PM | 17 | **A.** "Alopecia" was in the Taxotere label. |
| 2:18PM | 18 | **Q.** And if I take out Webster's dictionary and look up |
| 2:18PM | 19 | "alopecia," the definition will just be loss of hair; correct? |
| 2:18PM | 20 | **A.** I'm sure that would be correct. |
| 2:18PM | 21 | **Q.** And we talked about the American Cancer Society a little |
| 2:18PM | 22 | bit earlier. |
| 2:18PM | 23 | Do you remember that? |
| 2:18PM | 24 | **A.** Correct. |
| 2:18PM | 25 | **Q.** And the American Cancer Society, we established, is a |

| | | |
|---|---|---|
| 2:18PM | 1 | reliable organization that puts out information into the |
| 2:18PM | 2 | public; correct? |
| 2:18PM | 3 | **A.** Correct. |
| 2:18PM | 4 | **Q.** And they put out information about how terms are defined; |
| 2:18PM | 5 | correct? |
| 2:18PM | 6 | **A.** They put -- a lot of organizations may have glossaries or |
| 2:18PM | 7 | other things, yes. |
| 2:19PM | 8 | **MR. STRONGMAN:** May I approach? |
| 2:19PM | 9 | **THE COURT:** Yes, you may. |
| 2:19PM | 10 | **BY MR. STRONGMAN:** |
| 2:19PM | 11 | **Q.** Doctor, what I've handed you is entitled "The American |
| 2:19PM | 12 | Cancer Society Breast Cancer Dictionary." |
| 2:19PM | 13 | Do you see that? |
| 2:19PM | 14 | **A.** Thank you very much. |
| 2:19PM | 15 | **Q.** Okay. It has a date of 2006 on it; correct? |
| 2:19PM | 16 | **A.** I'll take you're representation. I'm sure it's here |
| 2:19PM | 17 | somewhere. I'm just not seeing it, but I'll take your |
| 2:19PM | 18 | representation. |
| 2:19PM | 19 | **MR. STRONGMAN:** Permission to publish, Your Honor? |
| 2:19PM | 20 | **THE COURT:** Is this in evidence? |
| 2:19PM | 21 | **MR. STRONGMAN:** This is a learned treatise. It's a |
| 2:19PM | 22 | reliable publication by a reliable organization. |
| 2:20PM | 23 | **THE COURT:** I think you're going to need to lay a |
| 2:20PM | 24 | foundation that's it's a learned treatise. |
| | 25 | |

| | | |
|---|---|---|
| 2:20PM | 1 | **BY MR. STRONGMAN:** |
| 2:20PM | 2 | **Q.** Dr. Kessler, we've established that the American Cancer |
| 2:20PM | 3 | Society is a reliable organization; correct? |
| 2:20PM | 4 | **A.** A very well-respected organization. |
| 2:20PM | 5 | **Q.** And they put out -- |
| 2:20PM | 6 | **A.** They asked me if I wanted to be president. |
| 2:20PM | 7 | **Q.** Very good. And the American Cancer Society puts out |
| 2:20PM | 8 | pamphlets and various materials that are relied on by people in |
| 2:20PM | 9 | the field; correct? |
| 2:20PM | 10 | **A.** They -- I have no reason to dispute their good intention. |
| 2:20PM | 11 | I don't know exactly -- this looks like it's meant for -- it |
| 2:20PM | 12 | looks like a very useful document for the layperson. I'm not |
| 2:20PM | 13 | sure any breast oncologist would rely on this. |
| 2:20PM | 14 | **Q.** But you would agree it's a reliable pamphlet, correct, put |
| 2:21PM | 15 | out by a society that asked you to be the president; correct? |
| 2:21PM | 16 | **A.** I'm -- I don't mean to quibble. I don't mean to quibble, |
| 2:21PM | 17 | but I haven't studied every definition. But, you know, I'll -- |
| 2:21PM | 18 | sure, I mean, of course. |
| 2:21PM | 19 | **MR. NOLEN:** We object, Your Honor. I don't know that |
| 2:21PM | 20 | this is a learned treatise, and I'm not sure where it comes |
| 2:21PM | 21 | from other than -- I'm not sure where it comes from or when -- |
| 2:21PM | 22 | **MR. STRONGMAN:** The American Cancer Society? |
| 2:21PM | 23 | **MR. NOLEN:** Well, I know. |
| 2:21PM | 24 | **THE COURT:** You know what? I'm the one person who |
| 2:21PM | 25 | doesn't have it. |