UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO *Kahn v. Sanofi-Aventis US, LLC*, No. 16-17039 | |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION *IN LIMINE* TO EXCLUDE LOW QUALITY PHOTOGRAPHS**
**(Motion *in Limine* No. 15)**

I.  INTRODUCTION

Plaintiff Elizabeth Kahn respectfully moves this Court to enter an *in limine* order excluding low quality photographs, which inadequately represent Plaintiff's head and scalp, when higher quality digital versions of the photographs are available.

II.  ARGUMENT

Fed. R. Evid. 1002 is the foundation of the "best evidence rule." Under Rule 1002, "[a]n original writing, recording, or photograph is required in order to prove its content." *Wealthmark Advisors Inc. v. Phoenix Life Ins. Co.*, 804 F. App'x 229, 233 (5th Cir. 2020). Federal courts have interpreted the "best evidence" rule to include photographs, and the admission of photographs into evidence lies within trial judge's discretion.[1]

The best-evidence rule requires that the highest degree of proof of which a case from its nature is susceptible must, if accessible, be produced. *Breaux v. Laird*, 230 La. 221, 240, 88 So. 2d 33, 40 (1956).[2] Therefore, the best evidence that is obtainable under the circumstances of the

---

[1] *United States v. Franks*, 511 F.2d 25 (6th Cir. 1975); *United States v. Fleming*, 594 F.2d 598 (7th Cir. 1979)
[2] *See also Dikert v. Ruiz*, 231 So. 2d 633, 635 (La. Ct. App. 1970); *Successions of Hilton*, 165 So. 2d 332, 334 (La. Ct. App. 1964).

case must be used to prove any disputed fact. *Fid. Nat. Bank of Baton Rouge v. Jack Neilson, Inc.*, 248 So. 2d 412, 416 (La. Ct. App. 1971). "[T]he best evidence rule is such a basic foundation of our judicial system that to ignore it as a 'simple technicality' would be a desecration of continued judicial efforts to arrive at that elusive concept commonly referred to as a search for the 'truth.'" *Id.* at 417.

As this Court is aware, many before-and-after photographs have been produced by plaintiffs in this litigation, including Plaintiff Kahn. Plaintiff Kahn asks the Court to exclude any photographs of her head and scalp that are blurry or of low-resolution when there are high resolution versions available for use. Indeed, Sanofi has placed many plaintiffs through deficiency and show-cause hearings related to photographs, contending that plaintiffs who produced only blurry photographs should have their cases dismissed with prejudice. *In re Taxotere (Docetaxel) Prod. Liab. Litig.*, No. MDL 16-2740, 2019 WL 250860, at *2 (E.D. La. Jan. 17, 2019). Therefore, Plaintiff Kahn requests that this Court only allow the "best evidence" related to photographs of her head and scalp and exclude any photographs of low quality, where higher-quality photographs exist and can be shown to the witnesses and jury.[3]

## CONCLUSION

Based on the foregoing, Plaintiff respectfully requests that this Honorable Court grant her Motion *in limine* to exclude low quality photographs when the same pictures exist in higher quality format.

---

[3] In some depositions, counsel for Sanofi has used blurry or unclear copies of photographs and asked witnesses to comment on Ms. Kahn's hair over time based on these photographs refreshing their recollection. In some instances, bad reproductions of photographs from after Ms. Kahn's chemotherapy were used, making it look like she had more hair than she actually did, when higher-quality and clearer versions of the pictures were easily available. It is unclear whether this was an underhanded litigation tactic from the Defendants or an honest mistake by a staff member printing pictures.

Dated: June 17, 2021                              Respectfully submitted,


/s/ Christopher L. Coffin                         /s/ Karen B. Menzies
Christopher L. Coffin (#27902)                    Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.                  GIBBS LAW GROUP LLP
1100 Poydras Street, Suite 2225                   6701 Center Drive West, Suite 1400
New Orleans, Louisiana 70163                      Los Angeles, California 90045
Phone: (504) 355-0086                             Telephone: 510-350-9700
Fax: (504) 355-0089                               Facsimile: 510-350-9701
ccoffin@pbclawfirm.com                            kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*                     *Plaintiffs' Co-Lead Counsel*

/s/M. Palmer Lambert                              /s/Dawn M. Barrios
M. Palmer Lambert (#33228)                        Dawn M. Barrios (#2821)
GAINSBURGH BENJAMIN DAVID                         BARRIOS, KINGSDORF & CASTEIX, LLP
MEUNIER & WARSHAUER, LLC                          701 Poydras Street, Suite 3650
2800 Energy Centre, 1100 Poydras Street           New Orleans, LA 70139
New Orleans, LA 70163-2800                        Phone: 504-524-3300
Phone: 504-522-2304                               Fax: 504-524-3313
Fax: 504-528-9973                                 barrios@bkc-law.com
plambert@gainsben.com
                                                  *Plaintiffs' Co-Liaison Counsel*
*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews                                      Abby E. McClellan
Andrews Thornton Higgins Razmara, LLP             Stueve Siegel Hanson LLP
2 Corporate Park, Suite 110                       460 Nichols Road, Suite 200
Irvine, CA 92606                                  Kansas City, MO 64112
Phone: (800) 664-1734                             Phone: (816) 714-7100
aa@andrewsthornton.com                            Fax: (816) 714-7101
                                                  mcclellan@stuevesiegel.com


J. Kyle Bachus                                    Karen Barth Menzies
Bachus & Schanker, LLC                            Gibbs Law Group LLP
101 W Colfax Ave, Suite 650                       6701 Center Drive West, Suite 1400
Denver, CO 80202                                  Los Angeles, CA 90045 Phone:
Phone: (303) 222-2222                             510-350-9700
Fax: (303) 893-9900                               Fax: 510-350-9701
kyle.bachus@coloradolaw.net                       kbm@classlawgroup.com

3

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2225
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

John Gomez
The Gomez Law Firm, PLLC
655 West Broadway, Suite 1700
San Diego, CA 92101
Phone: (619) 237.3490
Fax: 619.237.3496.
john@thegomezfirm.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, FL 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904 15058 River Road
Hahnville, LA 70057

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Andre M. Mura
Gibbs Law Group LLP
505 14th Street Suite 1110
Oakland, CA 94612
Phone: (510) 350-9717
Fax: (510) 350-9701
amm@classlawgroup.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Jessica Perez Reynolds
Pendley, Baudin & Coffin
P.O. Drawer 71
24110 Eden Street
Plaquemine, LA 70765
Phone: (225) 687-6396
Fax: (225) 687-6398
jperez@pbclawfirm.com

Darin L. Schanker
Bachus Schanker
101 W Colfax Ave, Suite 650
Denver, CO 80202
Phone: (303) 222-2222
Fax: (303) 893-9900
dls@coloradolaw.net

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017

Phone: (985) 783-6789  
Fax: (985) 783-1333  
andrew@lemmonlawfirm.com

Daniel P. Markoff  
Atkins & Markoff Law Firm  
9211 Lake Hefner Parkway, Suite 104  
Oklahoma City, OK 73120  
Phone: (405) 607-8757  
Fax: (405) 607-8749  
dmarkoff@amalaw.com

Phone: (212) 397-1000  
hunter@napolilaw.com

Zachary Wool  
Barrios Kingsdorf & Casteix, LLP  
701 Poydras Street, Suite 3650  
New Orleans, LA 70139  
Phone: (504) 524-3300  
Fax: (504) 524-3313  
zwool@bkc-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ M. Palmer Lambert  
M. PALMER LAMBERT