UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
Elizabeth Kahn, Case No. 2:16-cv-17039

MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION
*IN LIMINE* TO BAR PREJUDICIAL LITIGATION CONDUCT
(Motion *in Limine* No. 3)

The Court should preclude all witnesses and counsel from engaging in prejudicial litigation conduct, including: (i) references to personal lives or backgrounds; and (ii) counsel's references to Sanofi as "we" or "us."

1. **References to the personal lives/backgrounds of the attorneys, including to suggest a Louisiana connection.**

Sanofi's counsel should not be permitted to raise gratuitous and irrelevant facts relating to prejudicial aspects of their personal backgrounds or local connections, including through exaggerated Louisiana accents.[1] FRE 402, 403; *see In re: 3M Combat Arms Earplug Prod. Liab. Litig.*, No. 3:19MD2885, 2021 WL 918214, at *6 (N.D. Fla. Mar. 10, 2021) (granting motion to prohibit references to the personal lives/backgrounds of the attorneys, including experience in the U.S. military or Alabama football). References to counsel's Louisiana connections or to being a Louisiana lawyer are all irrelevant, highly prejudicial, and improper.

---

[1] Ex. 1, Earnest Trial Tr. at 1372:4-7 (Day 5, cross examination of Dr. Lagarde by Mr. Doug Moore) ("I'm going ask you some questions today, and I'm going to try and get back to the base of Causeway Bridge before the cars stack up.").

**2. Motion to prohibit counsel for Defendants from referring to Sanofi as "we," "us," or "our."**

Counsel for Sanofi should be barred from suggesting they are part of Sanofi by using the terms "we," "us," or "our" when referring to Sanofi. Such statements are irrelevant, inaccurate and constitute improper vouching. FRE 401, 402. This form of argument lacks probative value and will unduly prejudice Plaintiffs, confuse the issues, and mislead the jury. FRE 403. Such language suggests that defense counsel has personal knowledge of the facts; is calculated to generate unwarranted sympathy from the jury, through the implication that the attorneys are parties to the litigation; and encourages the jury to base its decision on factors other than the law.

The Court in *In re: 3M* granted this same motion, explaining: "While the Court recognizes there may be inadvertent references when counsel for either side are referring to something they have done in the course of the litigation on behalf of their clients, counsel should avoid making a personal connection with their clients in front of the jury. Should this become a repetitive issue, counsel will be admonished in front of the jury." 2021 WL 918214, at *6. This Court should enter the same order.

Dated: June 17, 2021                                        Respectfully submitted,

*/s/ Christopher L. Coffin*                                 */s/ Karen B. Menzies*
Christopher L. Coffin (#27902)                              Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.                            GIBBS LAW GROUP LLP
1100 Poydras Street, Suite 2225                             6701 Center Drive West, Suite 1400
New Orleans, Louisiana 70163                                Los Angeles, California 90045
Phone: (504) 355-0086                                       Telephone: 510-350-9700
Fax: (504) 355-0089                                         Facsimile: 510-350-9701
ccoffin@pbclawfirm.com                                      kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*                               *Plaintiffs' Co-Lead Counsel*

/s/M. Palmer Lambert
M. Palmer Lambert (#33228)
GAINSBURGH BENJAMIN DAVID
MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304
Fax: 504-528-9973
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

/s/Dawn M. Barrios
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews
Andrews Thornton Higgins Razmara, LLP
2 Corporate Park, Suite 110
Irvine, CA 92606
Phone: (800) 664-1734
aa@andrewsthornton.com

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

J. Kyle Bachus
Bachus & Schanker, LLC
101 W Colfax Ave, Suite 650
Denver, CO 80202
Phone: (303) 222-2222
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, CA 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2225
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Andre M. Mura
Gibbs Law Group LLP
505 14th Street Suite 1110
Oakland, CA 94612
Phone: (510) 350-9717
Fax: (510) 350-9701
amm@classlawgroup.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

John Gomez
The Gomez Law Firm, PLLC
655 West Broadway, Suite 1700
San Diego, CA 92101
Phone: (619) 237.3490
Fax: 619.237.3496.
john@thegomezfirm.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, FL 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904 15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@amalaw.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Jessica Perez Reynolds
Pendley, Baudin & Coffin
P.O. Drawer 71
24110 Eden Street
Plaquemine, LA 70765
Phone: (225) 687-6396
Fax: (225) 687-6398
jperez@pbclawfirm.com

Darin L. Schanker
Bachus Schanker
101 W Colfax Ave, Suite 650
Denver, CO 80202
Phone: (303) 222-2222
Fax: (303) 893-9900
dls@coloradolaw.net

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Zachary Wool
Barrios Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
zwool@bkc-law.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 17, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                        */s/ Dawn M. Barrios*
                                        DAWN M. BARRIOS