# EXHIBIT 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
IN RE:  TAXOTERE (DOCETAXEL)      *
PRODUCTS LIABILITY LITIGATION     *   Docket No.: 16-MD-2740
                                  *   Section "H(5)"
                                  *   New Orleans, Louisiana
Relates to:  Barbara Earnest      *   September 20, 2019
Case No.: 16-CV-17144             *
* * * * * * * * * * * * * * * * *
```

DAY 5 - AFTERNOON SESSION
TRANSCRIPT OF JURY TRIAL BEFORE
THE HONORABLE JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiffs:         Barrios Kingsdorf & Casteix, LLP
                            BY:  DAWN M. BARRIOS, ESQ.
                            701 Poydras Street
                            Suite 3650
                            New Orleans, Louisiana 70139


For the Plaintiffs:         Gainsburgh Benjamin David Meunier
                              & Warshauer, LLC
                            BY:  M. PALMER LAMBERT, ESQ.
                            1100 Poydras Street
                            Suite 2800
                            New Orleans, Louisiana 70163


For the Plaintiffs:         Pendley Baudin & Coffin, LLP
                            BY:  CHRISTOPHER L. COFFIN, ESQ.
                            1100 Poydras Street
                            Suite 2505
                            New Orleans, Louisiana 70163

OFFICIAL TRANSCRIPT

| | |
|---|---|
| 3:30PM | 1 |

**THE COURT:** Mr. Moore.

**CROSS-EXAMINATION**

BY MR. MOORE:

**Q.** Good afternoon, Doctor. Any name is Douglas Moore. I'm going ask you some questions today, and I'm going to try and get back to the base of Causeway Bridge before the cars stack up.

So when I want to ask you a couple of questions about your care and treatment of Barbara Earnest. I'm going to try and not duplicate some of the things that Mr. Schanker covered.

But we've been here all week, and you're actually the first health care provider that treated Barbara Earnest that we're hearing from. So there's a couple of details that I wanted to cover regarding your care and treatment of her.

**MR. MOORE:** And, Erin, if we could throw it back to Jen there, please.

So what I'd like to call up is page 8 of Defendant 2365, please.

BY MR. MOORE:

**Q.** And what I'd like to ask you, Doctor, is do you recognize this document?

**A.** Yes.

**Q.** And can you tell us what this document is.

**A.** It's notes from my clinic visit.

**Q.** Okay. So this is the documentation of your clinic visit