# EXHIBIT 2

John A. Glaspy, M.D.

1            UNITED STATES DISTRICT COURT

2            EASTERN DISTRICT OF LOUISIANA

3     ******************************

4     IN RE:  TAXOTERE

5     (DOCETAXEL) PRODUCTS          MDL No. 2740

6     LIABILITY LITIGATION          Section: "H"

7                                   Judge Milazzo

8     This Document Relates to:   Mag. Judge North

9     All Cases

10    ******************************

11

12            Remote Videotaped Deposition of

13    JOHN A. GLASPY, M.D., held at the location

14    of the witness in Los Angeles, California,

15    commencing at 9:05 a.m., on the 13th of May,

16    2020, before Maureen O'Connor Pollard,

17    Registered Diplomate Reporter, Realtime

18    Systems Administrator, Certified Shorthand

19    Reporter.

20                    – – –

21

              GOLKOW LITIGATION SERVICES

22        877.370.3377 ph | 917.591.5672 fax

                  deps@golkow.com

23

24

25

John A. Glaspy, M.D.

1    and there's nothing in your Exhibit B,

2    Materials Reviewed, that addresses the issue

3    of how women are impacted by alopecia in the

4    context of early stage breast cancer,

5    correct?

6         A.    That's correct.

7              MR. STRONGMAN:  Objection.

8         Form.

9    BY MR. MICELI:

10        Q.    The answer is correct?  We had

11   you and Mr. Strongman talking at the same

12   time.  I want to make sure that Maureen gets

13   the answer.

14             MR. MICELI:  Did you get the

15        answer, Maureen?

16             THE STENOGRAPHER:  Yes, I did.

17        The answer was "that's correct."

18             MR. MICELI:  Thank you.

19        Q.    Now, the difference between

20   metastatic breast cancer and early stage

21   breast cancer is that early stage breast

22   cancer is highly survivable, correct?

23        A.    Yes.

24        Q.    And because it's highly

25   survivable, your goal is to cure patients,

John A. Glaspy, M.D.

1            MR. STRONGMAN:  Object to the

2       form.

3       A.    You know, now you left out the

4  FDA registration condition, so GEICAM falls

5  back in.

6            GEICAM did influence

7  oncologists, it just didn't contribute to an

8  FDA label.

9  BY MR. MICELI:

10      Q.    Okay.  But Sparano did not

11  demonstrate an efficacy benefit when AC-Taxol

12  is given -- or when the Taxol is given weekly

13  versus TAC when the Taxotere is given every

14  three weeks, correct?

15      A.    Versus ACT when the TAC is

16  given every three weeks, correct.

17      Q.    Right.  Okay.

18            Now, have you looked into --

19  did you review in preparation for your report

20  the TAX 316 data to determine the use of

21  colony stimulating factors in the two arms?

22      A.    No, I did not.

23      Q.    Okay.  And colony stimulating

24  factors are growth factors that are given to

25  help -- is it to prevent or to treat febrile

John A. Glaspy, M.D.

1    already covered in my previous deposition.

2    And I do not believe Taxotere is, from an

3    efficacy standpoint, more effective than

4    Taxol.

5        Q.    Okay.

6        A.    Once we figured out how to use

7    Taxol, then the 311 data and this data are no

8    longer helpful in choosing the chemotherapy

9    regimen for a patient.

10       Q.    Excellent.  Okay.  Thank you.

11   You went somewhere before I even got there in

12   my outline, and I appreciate it.

13             The Sparano paper demonstrates

14   equal efficacy of AC plus weekly Taxol versus

15   TAC every three weeks, correct?

16       A.    That's correct.

17       Q.    So we have a clinical study,

18   and a published clinical study, that

19   demonstrates in a clinical setting equal

20   efficacy between Taxotere and Taxol, right?

21       A.    Yes.

22             MR. STRONGMAN:  Objection.

23       Form.

24       A.    I think I've accepted that and

25   put in the report that as long as you give

John A. Glaspy, M.D.

1    the Taxol every week, it is as effective as

2    Taxotere in the treatment of early breast

3    cancer.

4    BY MR. MICELI:

5         Q.    Right.  Okay.

6              But what I want to make sure of

7    here, because -- and I appreciate your

8    referencing what we have discussed before,

9    and I agree with that, and what's in other

10   parts of your report, but because it's here I

11   have to ask.

12        A.    I understand.

13        Q.    But let me ask you this,

14   Dr. Glaspy.  As a practicing oncologist, and

15   given what you've already said about clinical

16   trials driving what regimens people use,

17   would you ever base a statement of a

18   chemotherapy's efficacy or superiority on

19   in vivo, i.e. non-human, experiments?

20        A.    Yes.  At a certain stage in a

21   drug's development, that's what you do.  When

22   you're doing phase I trials, for instance,

23   and people are trying to decide whether to

24   accept the risks of being on an unknown drug,

25   reviewing with them the only data that you

John A. Glaspy, M.D.

1    have, which is this animal data, is part of

2    that process.

3           Q.    Okay.

4           A.    But in the process of using

5    mature regimens, you know, after there have

6    been phase IIIs, or when you're talking about

7    a trial like the B-40 that's relatively

8    well-developed in trying to sort out whether

9    you can improve on the current standard of

10   care, no.

11          Q.    Okay.  That's what I was

12   getting at.

13          A.    There are times when that's

14   very important for patients.

15          Q.    Sure.  In the early development

16   stage of a product.

17                But when you have, as we've

18   discussed, clinical trial experience

19   demonstrating equal efficacy between a Taxol

20   regimen and a Taxotere regimen as you've

21   discussed in Sparano, you would not base a

22   statement of efficacy or better efficacy or

23   superiority on preclinical in vivo animal

24   studies, would you?

25          A.    No.

John A. Glaspy, M.D.

1    have for non-Adriamycin-based regimens is

2    with Taxotere.

3              And so for -- so the

4    non-Adriamycin-containing current leading

5    regimens in breast cancer involve Taxotere,

6    because there just hasn't been trials with

7    Taxol.  I think we talked about that two

8    depositions ago.

9         Q.    Okay.

10        A.    So that's it.  Those are the

11   places it offers advantages.

12             I'm not saying that there's a

13   time when it clearly beats Taxol head-to-head

14   in an efficacy endpoint, as long as the Taxol

15   is used every week.

16        Q.    Okay.  The issue concerning

17   steroids that you mentioned, that's a known

18   risk?

19        A.    It's known to doctors that when

20   you give steroids to somebody who is

21   prediabetic or diabetic, you get a lot of

22   phone calls in the middle of the night with

23   glucoses of 400 that you have to deal with.

24        Q.    Okay.

25        A.    And so we like to avoid

John A. Glaspy, M.D.

1    thing to work.

2         Q.    We did.

3              Doctor, I think you may have

4    answered this for me before, and it may do

5    away with some of my questions, but on that

6    page 15 comment where you say, "In some

7    clinical situations, Taxotere-containing

8    regimens offer benefits over Taxol-containing

9    regimens for the treatment of early stage

10   breast cancer," you do not take that to mean

11   that Taxotere is superior to Taxol, correct?

12             MR. STRONGMAN:  Objection.

13        Form.

14        A.    Let me try this and see if it

15   works better.  I'd like to choose my own

16   words.

17             If a doctor chose to give

18   weekly Taxol and not Taxotere, I would not be

19   critical of that doctor if he was treating

20   early adjuvant breast cancer.

21   BY MR. MICELI:

22        Q.    Okay.

23        A.    I do think there are

24   considerations that go into making these

25   decisions.

John A. Glaspy, M.D.

1      Q.     And would you agree that those
2  considerations are just part of the
3  professional judgment that persons like
4  yourself and other oncologists have to make
5  in the course of treating the patient that's
6  in front of you?
7      A.     Yeah.  It's experience, too.  I
8  mean, that's one of the reasons -- one of the
9  things patients pay for is to -- is somebody
10  who has done it a few times and has a sense
11  of what might work better here in terms of
12  side effects and things.
13      Q.     Okay.  The reason I ask those
14  questions, though, is because if it were a
15  statement of superiority, my question to you
16  would be, and it is now, do you know what the
17  FDA requires of a company like Sanofi in
18  order for it to make a statement of
19  superiority about its drug over a comparator
20  drug?
21      A.     Yeah.
22           MR. STRONGMAN:  Form.
23      A.     That's an efficacy question,
24  and I've already said I think they're equal
25  in efficacy.

John A. Glaspy, M.D.

1    talked about some individual trials that show

2    that.  And if we're expanding it to all

3    taxanes, the ACT versus AC trials that aren't

4    relevant to this case also bear on that

5    point, but they're all included in the

6    Cochrane analysis.

7         Q.    Right.

8               My question is, that -- let me

9    ask it differently.

10              That sentence is consistent

11   with the Cochrane Review, correct?

12        A.    It is.

13        Q.    And the Cochrane Review, and I

14   think you and I have agreed to this

15   throughout this deposition, refers to

16   taxanes, not Taxotere specifically, correct?

17        A.    That's correct.

18        Q.    Right.

19              And Wilson, the Wilson, et al

20   Cochrane Review does not provide a basis for

21   claiming that Taxotere regimens are superior

22   to Taxol regimens, correct?

23        A.    That's correct.  In fact, I've

24   already testified that I think that Taxotere

25   and Taxol are equivalent in early breast

John A. Glaspy, M.D.

1   cancer provided that Taxol is given weekly.

2        Q.     Right.  I'm not worried -- I

3   think I'm clear on what you say.  I'm more

4   concerned about what may get said at trial,

5   not necessarily by you.  But I want to make

6   sure that you and I are clear on this because

7   the jury wants to listen to experts.

8              You will not offer the opinion

9   at trial that Wilson, et al in the Cochrane

10  analysis supports an opinion that Taxotere

11  regimens are superior to Taxol regimens in

12  the adjuvant care of early stage breast

13  cancer, correct?

14       A.     That's correct.

15       Q.     Okay.  Because such a

16  proposition based on the Wilson Cochrane --

17  Wilson, et al Cochrane Review would not be an

18  accurate reflection of that review, correct?

19       A.     That's my opinion, yes.

20       Q.     Thank you.

21             Now, Dr. Glaspy, how are you

22  doing right now?  Because I could take a

23  five-minute break or I can plow forward.

24       A.     I'm doing fine.

25       Q.     Okay.  Very good.

John A. Glaspy, M.D.

1              Let me ask you about some

2      things that you will not be offering at

3      trial.  And again, this is just to make sure

4      I have a clear understanding moving forward.

5              You will not offer the opinion

6      that Taxotere and Taxotere only gave Ms. Kahn

7      the best chance to survive early stage breast

8      cancer.  You're not going to offer that

9      opinion, are you?

10         A.     I think all we know is that she

11     got Taxotere, right?  If she had gotten

12     Taxol, it is probable that she would have

13     gotten as much benefit as she got from

14     Taxotere.  It's probable.

15         Q.     Okay.

16         A.     Okay.  I can't say it's

17     certain.

18         Q.     Okay.  We don't have a crystal

19     ball so we don't know if we went back and

20     substituted an other taxane regimen or a

21     non-taxane regimen whether or not she would

22     have had the same outcome, we just can't know

23     that, can we?

24         A.     That's correct.  That's pretty

25     much what I just said.

John A. Glaspy, M.D.

1          Q.     Right.

2                 But you're not going to offer

3     the opinion that Taxotere going into her

4     treatment course gave Ms. Kahn the best

5     chance to survive her diagnosis of early

6     stage breast cancer, are you?

7          A.     No, I would -- my opinion is

8     that the survival is best with a taxane.

9          Q.     Right.

10         A.     And there are two roads to

11    that.

12         Q.     Right.

13                But even, as I just said, even

14    if she received the non-taxane regimen, we

15    don't know, she could have the same exact

16    outcome, can't she?

17         A.     Yes.  Yes, that's possible.

18         Q.     Okay.  And you will not offer

19    the opinion that Taxotere gave Ms. Kahn the

20    best chance of preventing her cancer from

21    returning, can you?

22         A.     I would -- if somebody said

23    Taxotere compared to no taxane, I would say

24    that the Taxotere gave her her best chance.

25                If you said a taxane-based

John A. Glaspy, M.D.

1    your chance of dying is reduced by 28 percent

2    on the survival curve by the log rank test.

3    That's how I would describe the benefit.

4                   So that would mean that you

5    won't -- if you have 100 patients in the room

6    and they all got TAC, you can tell them I

7    don't know which 28 of you it is, but 28 of

8    you benefited and the rest didn't.

9                   That's kind of the way this

10   works.  We're playing statistics because

11   we're blind, we don't know if a patient has

12   metastatic disease or not.  All we can do is

13   estimate that risk, and when we treat it give

14   them an estimate of how much we're impacting

15   it.

16        Q.    Right.  Well --

17        A.    That's how I present it.  I

18   wouldn't tell a jury that Taxotere helps

19   everybody 28 percent.  I would say --

20        Q.    Right --

21        A.    -- that it helps the population

22   28 percent.

23        Q.    28 percent over what the

24   general benefit is of chemotherapy in the

25   adjuvant setting, correct?

John A. Glaspy, M.D.

1      A.     Right.  Whatever their curve

2  would look like on FAC, it looks -- the risk

3  comes down by 28 percent.  So if that risk is

4  5 it comes down to 4, or comes down to 3.9.

5      Q.     3. -- right.  That's what I was

6  trying to get at, is you and I agreed the

7  last time we were together that adjuvant

8  chemotherapy confers a benefit of about 4

9  percent overall, all regimens, correct?

10      A.     No, we did not agree on that.

11  There we were talking --

12      Q.     We didn't --

13      A.     We did not.  Now you're talking

14  about placebo versus CMF.  Right?  If you're

15  saying all chemo, doesn't matter what the

16  regimen is, back in the days when they gave

17  no chemo, all this work since then has only

18  moved the needle 3 or 4 percent.

19          I have taken the approach that

20  there was a historical development that went

21  through Melphalan to Melphalan, prednisone to

22  Melphalan, 5-FU prednisone to CMF to AC to

23  FAC to ACT and TAC, and that at each stage we

24  were gaining more.  If you're saying

25  comparing TAC to FAC, the gain is 4 or 5

John A. Glaspy, M.D.

1    percent.

2              I think last time we got hung

3    up on the fact that you wanted me to say

4    there was a 7 percent absolute reduction in a

5    5 percent risk, and that's impossible.

6         Q.    I think what we're saying,

7    Doctor, is you're talking about FAC versus

8    TAC.  I'm not asking about FAC versus TAC.

9    That was not my question.

10             My question was concerning the

11   benefit conferred generally by adjuvant

12   chemotherapy, not FAC versus TAC, just

13   adjuvant chemotherapy generally is what

14   number?

15        A.    Oh, well, it depends on how

16   high the risk is, right?

17        Q.    Okay.

18        A.    The higher the risk --

19        Q.    Early breast cancer generally.

20        A.    Well, for general, for all

21   early stage breast cancer patients, the gain

22   has been more than 20 percent.

23        Q.    Okay.

24        A.    There's been a huge gain over

25   time.