# EXHIBIT 3

John A. Glaspy, M.D.

```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF LOUISIANA
 3
 4   IN RE: TAXOTERE (DOCETAXEL)  )
     PRODUCTS LIABILITY           )   No. MDL No. 2740
 5   LITIGATION                   )   SECTION: "H"
                                  )   JUDGE MILAZZO
 6   This Document Relates To:    )   MAG. JUDGE NORTH
     ALL CASES                    )
 7   _____ )
 8
 9
                     THURSDAY, JANUARY 9, 2020
10
11            VIDEO DEPOSITION OF JOHN A. GLASPY,
12         M.D., held at 2049 Century Park East,
13         Suite 3000, Los Angeles, California
14         90067, commencing at 9:20 a.m. on the
15         above date before Lindsay Pinkham,
16         Certified Shorthand Reporter No. 3716,
17         CCRR.
18
19                           ---
20              GOLKOW LITIGATION SERVICES
21         877.370.3366 ph | 917.591.5672 fax
22                    deps@golkow.com
23
24
25
```

1  do something different," that is a breach.

2      Q    Well, wouldn't you agree with me that the
3  clinical judgment of the treating oncologist in
4  consultation with proper informing and discussion with
5  the patient should dictate what treatment option is
6  chosen through a shared decision-making process?

7      A    I do, yes.

8      Q    So if a treating oncologist were to say that
9  they would talk to a patient about the risks, and those
10 risks that they discuss may be different from what you
11 think is appropriate for discussion, say, including risk
12 of permanent alopecia, whether you agree with that or
13 not, and they advise their patient accordingly and the
14 patient chooses a nontaxane regimen, would you say that
15 somebody has breached the standard of care?

16     A    No.  No, as long as what they told them was
17 true.

18     Q    Okay.  And you've actually, you went to CMF
19 because I think you knew where I was going from your
20 former deposition, but you recognize that even CMF can
21 be used in the proper situation and with the proper
22 information communicated to the patient?

23     A    I think I testified that I use it.  So
24 therefore it must be proper.

25     Q    There you go.  Thank you.  Now, are there any

```
 1    situations in your practice where you force a patient to
 2    use a particular regimen?
 3         A    No.  The answer's no.  But I'm just trying to
 4    imagine, how you would do that.
 5         Q    I was going to ask that question if you said
 6    yes.  But since you said no, I don't have to.
 7              Now, did you -- first of all, you said
 8    something about a person with significant risk of
 9    relapse.  Based upon your knowledge of Ms. Thibodeaux's
10    mucinous tumor, its size, characteristics and grading,
11    no node involvement, was Ms. Thibodeaux at a significant
12    risk of relapse?
13         A    Clinically significant, yes, she was.
14         Q    How do you define "clinically significant" in
15    that situation?
16         A    That it's high enough that we need to have a
17    discussion about doing more than just local therapy.  We
18    need to talk about systemic therapy.
19              The other thing about Ms. Thibodeaux is that
20    part of the purpose of her chemotherapy was to conserve
21    her breast.  So in her, it wasn't just about lowering
22    her relapse risk.  It was also about trying to help her
23    save her breast.  That was part of the reason they chose
24    that.
25         Q    Now, what characteristics of her tumor make her
```

```
 1    at a high risk of relapse?
 2         A    So initially, her tumor on the ultrasound was
 3    2.5 centimeters.  So it was over 2 centimeters.  Her
 4    tumor was mucinous, and after the biopsy it was 4 to 5
 5    centimeters.  It's not clear how much of that was blood
 6    and how much was cancer.  But it made it something that
 7    a surgeon would have to remove if they were going to do
 8    a surgery up front and try to save the breast.  And if
 9    you do the math, the volume of a 5-centimeter tumor, the
10    amount of breast you lose is almost 10 times as much as
11    if it's 2.5 centimeters, because of the --
12         Q    Surrounding margins?
13         A    And also the fact, the geometry, the way God
14    made the world, the volume of a sphere is related to the
15    third power of the radius.  So when the radius changes a
16    little bit, volume changes a ton.  So that's why.  It
17    would have -- that's why it was a problem.
18              And so that was part of the reason that they
19    wanted this.  But even if she said, "Fine, I'll have a
20    mastectomy," chemotherapy discussion would need to take
21    place.  She didn't get an Oncotype done that we can look
22    at to help generate a risk.  But the risk I think that
23    could be quoted to her would be in the range of
24    15 percent chance.
25         Q    15 percent chance?  Did you do any predictive
```

```
 1    modeling for her recurrence risk?
 2         A    Just what I do every day in taking care of
 3    patients and having looked at those over the years, no.
 4         Q    You did read Dr. Bosserman's report; correct?
 5         A    I read a report.
 6         Q    And you read her deposition?
 7         A    Deposition?  Yes, I did.
 8         Q    And she did do a predictive modeling; correct?
 9         A    I think she did, yes.
10         Q    Did you review Dr. Bosserman's input factors
11    into that predictive model?
12         A    I didn't.
13         Q    So you don't know whether -- you can't testify
14    as to whether or not her inputting factors into the
15    predictive model is correct or incorrect?
16         A    Not as we sit here today.
17         Q    And did you see where the predictive modeling
18    that she did said that she had less than a 4 percent
19    chance of recurrence?
20         A    My read was that she was talking about after
21    systemic therapy.  Not before.
22         Q    Okay.  If her testimony is that it was before
23    systemic therapy, at 4 percent, that would put her in a
24    very low risk of relapse?
25         A    A reasonable low risk.
```

```
 1       Q    And in the TAX 316 study, there is a 28 percent
 2   relative risk reduction between TAC and FAC; correct?
 3       A    In progression-free survival.
 4       Q    In progression-free survival, which is what we
 5   would look at for Ms. Thibodeaux; correct?
 6       A    Or overall survival.  You could look at that as
 7   well, because that's the goal.
 8       Q    Progression-free survival, the 28 percent
 9   relative risk reduction was based upon a 7 percent
10   absolute risk reduction; correct?
11       A    That's correct.
12       Q    Okay.  And so if what Dr. Bosserman calculated
13   in her predictive modeling that she did do is correct,
14   and it's less than a 4 percent -- or let's say it's a
15   4 percent -- I won't go less because dealing in whole
16   numbers -- a 4 percent risk reduction -- or 4 percent
17   risk of relapse, would all 4 out of 100 women benefit
18   from the use of chemotherapy, or would some benefit from
19   chemo and some benefit from endocrine therapy?
20       A    Yeah -- I don't agree that her risk was 4
21   percent.  So how about if I just say in a hypothetical
22   patient whose risk was 4 percent --
23       Q    Okay.
24       A    -- a 28 percent risk reduction would be a
25   reduction of just over a percent.
```

1   Q   But that's a relative risk.  The absolute risk
2   reduction is 7 percent; right?
3   A   Well, yeah, but if you're reducing something --
4   the reason they give you the relative risk is so you can
5   apply it to any risk.  So I think it would be better for
6   your purposes to say, what's a 28 percent reduction in
7   4 percent, and it's just -- it's about 1 percent
8   reduction.
9   Q   And if I say what is 4 percent, or what's a
10  7 percent absolute reduction in a 4 percent risk, it
11  would be 4 out of -- 14 out of 10,000; correct?
12         MR. STRONGMAN:  Objection.  Form.
13         THE WITNESS:  You can't do an absolute risk of
14  7 with a risk of 4, because you end up with a risk of
15  negative 3.
16  Q   BY MR. MICELI:  You would actually end up with
17  a risk of .0014, wouldn't you?
18  A   That's not --
19         MR. STRONGMAN:  Objection.  Form.
20         THE WITNESS:  That's not what my math would
21  say.
22         But I think we're saying the same thing.  If a
23  woman has a 4 percent risk of systemic recurrence, then
24  her benefit from chemotherapy is very modest, on the
25  order of a percent.

```
 1    assume that it's appropriate, and it is appropriate,
 2    that proper education and discussion is had with the
 3    patient about risks and benefits.
 4         A    You bet.
 5         Q    Okay.  Now, I've got some notes I have to
 6    follow up on.
 7              Can you tell us what Ms. Thibodeaux's 5-, 10-,
 8    and 15-year survival rate or survival would be with
 9    surgery alone, no chemo, no endocrine?
10         A    I just already opined that her 10-year survival
11    rate, because she had a ER-positive cancer, would have
12    been 85 percent, assuming she didn't die of some
13    unrelated cause.  So her breast cancer specific
14    mortality would have been 85 percent.
15         Q    And what would it have been with surgery plus
16    hormone therapy alone?
17         A    So with hormone therapy alone, that would cut
18    that risk about in half.  So that makes it 8 percent.
19         Q    Her risk of relapse would be 8 percent?
20         A    Right.  Her risk of relapse and death.  Relapse
21    is fatal.  But it just takes awhile.  So that's why I'm
22    doing 10 years.
23         Q    And then with surgery, hormone, endocrine
24    therapy and chemotherapy?
25         A    With that, with the chemotherapy, she gets an
```

```
 1    estimate, right, so if we use my number of -- there's
 2    about a 4 percent impact of chemotherapy, then you could
 3    tell someone that if you use the better ones, we're
 4    going to get that 4, and the less good ones will
 5    probably get a 3-1/2.  I mean, when you're dealing with
 6    small numbers, there aren't big differences.
 7         Q    It sounds also like one of the realities of
 8    making strides with chemotherapy regimens is you're
 9    really dealing with pretty small incremental increases.
10         A    Because you're dealing with smaller margins,
11    because we've done such a good job of driving that rate
12    down.
13         Q    Getting to the point where we are now, with
14    technology and with the medicines that we have, the
15    gains are becoming more and more incremental, then.
16    Fair enough?
17         A    For women with low risk, yeah, for the lower
18    risk women.  For women with eight positive lymph nodes,
19    these differences become huge.
20              And also remember with Mrs. Thibodeaux, her
21    relapse risk is only half the story.  You also want the
22    higher response rate, because she's doing this in part
23    to shrink her tumor and save her breast.
24         Q    Right.  And on that, and in the size of what is
25    removed from her, when you do -- her progression of
```