# EXHIBIT 4

```
                       UNITED STATES DISTRICT COURT
                       EASTERN DISTRICT OF LOUISIANA

*******************************************************************

IN RE:  TAXOTERE (DOCETAXEL)           Docket No. 16-MD-2740
PRODUCTS LIABILITY LITIGATION          Section H
                                       New Orleans, LA
Relates to:  Barbara Earnest           Thursday, September 26, 2019
             16-CV-17144

*******************************************************************

                       TRANSCRIPT OF TRIAL PROCEEDINGS
             HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
                       UNITED STATES DISTRICT JUDGE
                          DAY 9, MORNING SESSION


APPEARANCES:

FOR THE PLAINTIFF:                     BACHUS & SCHANKER, LLC
                                       BY:  DARIN L. SCHANKER, ESQ.
                                            J. KYLE BACHUS, ESQ.
                                       1899 Wynkoop St., Suite 700
                                       Denver, CO 80202

                                       FLEMING NOLEN & JEZ
                                       BY:  RAND P. NOLEN, ESQ.
                                       2800 Post Oak Blvd., Suite 4000
                                       Houston, TX 77056

                                       GIBBS LAW GROUP, LLP
                                       BY:  KAREN B. MENZIES, ESQ.
                                       6701 Center Drive West, 14th Floor
                                       Los Angeles, CA 90045

                                       DAVID F. MICELI, LLC
                                       BY:  DAVID F. MICELI, ESQ.
                                       P.O. Box 2519
                                       Carrollton, GA 30112-0046

                                       PENDLEY BAUDIN & COFFIN
                                       BY:  CHRISTOPHER L. COFFIN, ESQ.
                                       2505 Energy Centre
                                       1100 Poydras St.
                                       New Orleans, LA 70163
```

11:06:40  1  come up here and ask you for $12 million.  And I have to respond to
11:06:45  2  that.  I just simply have to.  How did Mr. Schanker come up with
11:06:53  3  that number?  Is it any different than me coming up here and
11:06:56  4  telling you, "Well, just give Mrs. Earnest $100,000?"  Is it any
11:07:03  5  different than that?  Did he just pull the number out of thin air?
11:07:10  6          The plaintiff has the burden in this case on all of the
11:07:14  7  causes of action, including damages.  Ladies and gentlemen, they
11:07:18  8  have to prove to you by the weight of the evidence every single
11:07:22  9  dollar that they ask you for.  So ask yourself, is there any
11:07:28 10  evidence in this case to support the number of $12 million that
11:07:33 11  Mr. Schanker just asked you for?  What would justify such a huge
11:07:39 12  number based upon the evidence you heard in this trial, ladies and
11:07:42 13  gentlemen?  How do you get to $1 million in a case like this,
11:07:45 14  ladies and gentlemen, let alone 12 million?  The number defies
11:07:50 15  common sense.
11:07:54 16          Mrs. Earnest was 60 years old when she was diagnosed with
11:07:58 17  Stage II invasive breast cancer.  Eight years later, today, she is
11:08:04 18  alive and cancer free thanks in part to Taxotere.  And maybe
11:08:09 19  Mr. Schanker wants to trivialize that or minimize it.  I don't
11:08:14 20  think you should.  I don't think Mrs. Earnest does.  It means
11:08:19 21  something.  She received a benefit like no other.  It's the gift of
11:08:28 22  life.  It's time with her husband.  They have a happy marriage.
11:08:32 23  You heard that.  She had two grandbabies born since she was
11:08:36 24  diagnosed, and you know she loves them.  We don't question that.
11:08:48 25          Ladies and gentlemen, should Mrs. Earnest be handed over

| | | |
|---|---|---|
| 11:08:52 | 1 | millions of dollars where the evidence has proven that a Taxotere |
| 11:08:59 | 2 | regimen gave her the best chance to survive and the best chance to |
| 11:09:02 | 3 | prevent her cancer from coming back and the best chance -- don't |
| 11:09:05 | 4 | leave this part out -- to minimize potentially serious |
| 11:09:13 | 5 | consequences?  Hair loss isn't the only risk.  It's just the only |
| 11:09:15 | 6 | one they want to talk about. |
| 11:09:20 | 7 | Given the evidence that you've heard in this case, ladies |
| 11:09:23 | 8 | and gentlemen, we don't believe any money damages are appropriate. |
| 11:09:27 | 9 | But if you get this far, we would ask you, please, just use your |
| 11:09:32 | 10 | commonsense.  Use your every day life experiences in deciding how |
| 11:09:38 | 11 | much money would be appropriate to compensate Mrs. Earnest, and |
| 11:09:42 | 12 | please consider the value of the benefit that you believe Taxotere |
| 11:09:45 | 13 | gave her. |
| 11:09:50 | 14 | Now, ladies and gentlemen, I am going to go and sit down |
| 11:09:53 | 15 | in a moment, and plaintiff's counsel is going to get another |
| 11:09:59 | 16 | opportunity to come up here and talk with you.  They get the |
| 11:10:02 | 17 | advantage of going first and going last.  It's because they have |
| 11:10:05 | 18 | the burden of proof.  So that's what the law says that they get. |
| 11:10:09 | 19 | I don't know what Mr. Schanker is going to say, but I am |
| 11:10:12 | 20 | pretty sure he is going to say some things that are very critical |
| 11:10:16 | 21 | of Sanofi.  I ask you, please, that as you listen to what he is |
| 11:10:20 | 22 | saying to you, ask yourself, what does this have to do with the |
| 11:10:24 | 23 | decision made by Dr. Carinder that he stood by today -- stands by |
| 11:10:31 | 24 | today in this courtroom? |
| 11:10:37 | 25 | Ladies and gentlemen, we very, very much appreciate the |