UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO Elizabeth Kahn, Case No. 2:16-cv-17039 | |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF UNRELATED MEDICAL CONDITIONS, UNRELATED FAMILIAL MEDICAL HISTORY, AND UNRELATED MEDICATION USAGE**
**(Motion *in Limine* No. 9)**

I.  INTRODUCTION

Plaintiff Elizabeth Kahn respectfully moves this Court to enter an *in limine* order excluding any evidence of Plaintiff's unrelated medical conditions, unrelated familial medical history, and unrelated medication use. In ruling on a similar motion in *Earnest*, Your Honor held in pertinent part:

> This Motion is granted in part and denied in part. The Court will not allow Defendants' experts to offer speculative testimony about medical conditions for which Plaintiff has no diagnosis. Similarly, Defendants cannot offer testimony regarding medication that Plaintiff does not use. If Defendants have a proper foundation for testimony on medical conditions for which Plaintiff has a diagnosis or medications that Plaintiff uses, Defendants may introduce limited testimony of this nature if it is relevant to determining the cause of Plaintiff's alleged hair loss.

(Rec. Doc. 8201 at 2, 3)

Ms. Kahn seeks an order as the Court ordered in the above quote.

For the Court's convenience, Plaintiff nonetheless sets forth her legal position.

II.  ARGUMENT

"Irrelevant evidence is not admissible." Fed. R. Evid. 402. Courts in this District thus uniformly hold that in a personal injury case, a plaintiff's medical records are only admissible if

1

the medical condition has relevance to the alleged injury. *See Reyes v. Wal-Mart Stores, Inc.*, 1999 WL 562721 (E.D. La. Jul. 29, 1999) ("Defendants must exclude those pieces of evidence that do not related to the kinds of injury alleged by the plaintiff in this case."); *Scordill v. Louisville Ladder Group, LLC*, 2004 WL 307475 (E.D. La. Feb. 17, 2004) (holding that plaintiff's medical records were to be excluded from the record since the defendant had not demonstrated how the records related to the type of injuries at issue); *but see Keith v. United States*, 2001 U.S. Dist. LEXIS 8155 (E.D. La. June 11, 2001) (denying a motion in limine to exclude medical records pertaining to plaintiff's pre-existing back injuries because the records were clearly relevant to the issue of the litigation).

Sanofi sought in discovery to create a record of Plaintiff Kahn's lifetime medical history. Plaintiff anticipates that Sanofi may attempt to use medical records which contain symptoms, diagnoses, and prescriptions wholly unrelated to Ms. Kahn's permanent hair loss. In addition, Plaintiff anticipates that Sanofi may seek to introduce evidence related to Plaintiff's family medical history. This information is irrelevant to the injury at issue in this litigation – permanent hair loss caused by Taxotere – and should be excluded.

For example, through Plaintiff's depositions, Sanofi asked about Plaintiff's hypertension, hyperlipidemia, osteoarthritis, menopause and weight issues;[1] Sanofi also inquired about medications used to treat these unrelated ailments, along with other various medications that Plaintiff was prescribed.[2] Neither these conditions, nor the corresponding medication used to treat them, are relevant to the cause of Plaintiff's hair loss. Additionally, Defendants have no reliable

---

[1] Indeed, in prior cases Sanofi had an expert – Dr. Fonseca – who connected obesity and hair loss. Sanofi withdrew him as an expert previously and never re-offered him in this case.
[2] *See* Ex. 1, Kahn Depo., 12/07/17, 9:8-14:25; 276:23-294:20. Ex. 2, Seebol Dep., 03/10/20, 168:2-170:22. (Vitamin D, fish oil, lisinopril)

2

scientific evidence or expert testimony to back the assertion that Vitamin D, fish oil, or lisinopril cause PCIA, as required by this Court's previous rulings.

Even if Plaintiff's medical conditions and medication usage are minimally relevant, exclusion is nonetheless warranted because this information is confusing, misleading, and unfairly prejudicial. Relevant evidence may be excluded "if its probative value is substantially outweighed by a danger of one or more of the following: unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence." Fed. R. Evid. 403. Here, Sanofi's potential introduction of unrelated medical conditions, and unrelated medications into evidence would highly prejudice Plaintiff and confuse the jury. Sanofi has made no showing, nor does it offer expert support, that conditions, such as hypertension, hyperlipidemia, osteoarthritis, menopause and weight issues, cause hair loss. Its presentation at trial could easily mislead a jury into believing a different cause directly contributed to Plaintiff's hair loss. Therefore, any reference to Plaintiff's unrelated medical history and medication and family medical history must be excluded.

## CONCLUSION

Based on the foregoing, Plaintiff respectfully requests that this Honorable Court grant her Motion *in limine* to exclude any evidence of Plaintiff's unrelated medical conditions, unrelated family health conditions and unrelated medication use.

| | |
|---|---|
| Dated: June 17, 2021 | Respectfully submitted, |

/s/ Christopher L. Coffin
Christopher L. Coffin (#27902)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1100 Poydras Street, Suite 2225
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

*Plaintiffs' Co-Lead Counsel*

/s/M. Palmer Lambert
M. Palmer Lambert (#33228)
GAINSBURGH BENJAMIN DAVID
MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304
Fax: 504-528-9973
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

/s/ Karen B. Menzies
Karen Barth Menzies (CA Bar #180234)
GIBBS LAW GROUP LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Telephone: 510-350-9700
Facsimile: 510-350-9701
kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*

/s/Dawn M. Barrios
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews
Andrews Thornton Higgins Razmara, LLP
2 Corporate Park, Suite 110
Irvine, CA 92606
Phone: (800) 664-1734
aa@andrewsthornton.com

J. Kyle Bachus
Bachus & Schanker, LLC
101 W Colfax Ave, Suite 650
Denver, CO 80202
Phone: (303) 222-2222
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, CA 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

4

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2225
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

John Gomez
The Gomez Law Firm, PLLC
655 West Broadway, Suite 1700
San Diego, CA 92101
Phone: (619) 237.3490
Fax: 619.237.3496.
john@thegomezfirm.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, FL 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Andre M. Mura
Gibbs Law Group LLP
505 14th Street Suite 1110
Oakland, CA 94612
Phone: (510) 350-9717
Fax: (510) 350-9701
amm@classlawgroup.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Jessica Perez Reynolds
Pendley, Baudin & Coffin
P.O. Drawer 71
24110 Eden Street
Plaquemine, LA 70765
Phone: (225) 687-6396
Fax: (225) 687-6398
jperez@pbclawfirm.com

Darin L. Schanker
Bachus Schanker
101 W Colfax Ave, Suite 650
Denver, CO 80202
Phone: (303) 222-2222
Fax: (303) 893-9900
dls@coloradolaw.net

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904 15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@amalaw.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Zachary Wool
Barrios Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
zwool@bkc-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Dawn M. Barrios*
DAWN M. BARRIOS