# EXHIBIT 1

Page 1

1              UNITED STATES DISTRICT COURT
2                EASTERN DISTRICT OF LOUISIANA
3
4
5    * * * * * * * * * * * * * * * * * * * * * *
                                    *
6    ELIZABETH KAHN,                *   CASE NO.
            Plaintiffs              *   2:16-CV-17039
7                                   *
                                    *
8    VERSUS                         *
                                    *
9                                   *
     SANOFI S.A., ET AL        *
10          Defendants              *
                                    *
11   * * * * * * * * * * * * * * * * * * * * * *
12
13
14
15
16
17
18     Job No. NJ2756392
19
20           Deposition of ELIZABETH SARA
21   KAHN, taken on Thursday, December 7, 2017,
22   commencing at 8:34 a.m., at the law offices
23   of Pendley, Baudin & Coffin, 1515 Poydras
24   Street, Suite 1400, New Orleans, Louisiana
25   70112.

1      Q.   -- I'd like you to answer that

2   question.

3      A.   Uh-huh (affirmative).

4      Q.   If you need water or a restroom

5   break, if you need a break for any other

6   reason, just let us know.

7      A.   Okay.

8      Q.   Ms. Kahn, are you taking any

9   medications today?

10      A.   Yes, I am.

11      Q.   What medications are you taking?

12      A.   I take lisinopril; I take tamoxifen;

13   and I take a couple of vitamins.

14      Q.   What vitamins do you take?

15      A.   Vitamin D, with a bunch of things --

16   I always forget what else is in the bottle --

17   and fish oil.

18      Q.   Okay.  How long have -- let's talk

19   about, first, the Vitamin D that you said.

20   Is that an over-the-counter --

21      A.   Right.

22      Q.   -- or is it prescription?

23      A.   Uh-huh (affirmative).  It's over-the-

24   counter.

25      Q.   Okay.  And how long have you been

Page 10

```
 1   taking Vitamin D over-the-counter?
 2       A.  Years, but I have no clue how long.
 3       Q.  Since before your cancer treatment or
 4   after?
 5       A.  You know what, I can tell you
 6   definitively, it was after, because it was on
 7   the recommendation of a primary care who was
 8   new, and I didn't have -- I didn't see her
 9   until after.
10       Q.  Okay.  And who was it on the
11   recommendation of?
12       A.  Margaret Pelitere.
13       Q.  And why did she recommend that you
14   take Vitamin D?
15           MR. COFFIN:
16               Object to the form.
17   EXAMINATION BY MS. BIERI:
18       Q.  To the extent you know.
19       A.  I just think that's what doctors are
20   doing these days, you know.  And then --
21       Q.  Did she tell you you have low
22   Vitamin D levels?
23       A.  At some point, I got tested, but I
24   can't remember if I got tested.  I don't
25   remember the order of things.  Because I've
```

1   been tested recently a number of times for

2   Vitamin D, so I don't remember.  This was a

3   while -- I saw her probably nine years ago,

4   and it's -- I don't remember what the

5   discussion was of why she thought I should

6   take Vitamin D.

7       Q.  Is it your understanding that your

8   Vitamin D levels are low?

9       A.  Well, now, I've been tested recently,

10  so I know that they are.  I've read the

11  results.

12      Q.  And you said you also take fish oil.

13  Why do you take fish oil?

14      A.  On the recommendation of that doctor,

15  because of the numbers of my -- you know,

16  when she did the blood work, she thought that

17  would help.

18      Q.  Help with what?

19      A.  Mostly, you know, cholesterol.

20      Q.  You also mentioned lisinopril.  Is

21  that a blood pressure medication?

22      A.  Uh-huh (affirmative).  Uh-huh

23  (affirmative).

24      Q.  And have you been on that -- how long

25  have you been on lisinopril?

Page 12

1      A.   Only since -- it was after chemo.

2      Q.   Does 2009, sound right to you?

3      A.   I don't remember.  I've been on it

4  for years, so I don't remember.

5      Q.   If I had pharmacy records showing

6  that you filled it in 2009, does that sound

7  right to you?

8      A.   Well, but you'd have to have the

9  records and show me, so I just -- I don't

10  remember.  I know I've been taking it for

11  years.

12      Q.   Okay.  Would anybody else be filling

13  prescriptions under your name --

14      A.   I would hope not.

15      Q.   -- for lisinopril?

16      A.   No.

17      Q.   And you're also on tamoxifen.

18      A.   Yes.

19      Q.   And have you been on that since April

20  of 2009?

21      A.   Yes.  That, I know.  I started in

22  April.

23      Q.   And who prescribed the lisinopril to

24  you?

25      A.   Originally, Dr. Pelitere.

1     Q.   And now, do you get it filled through

2  someone else?

3     A.   Right.  Yes.  I have a different

4  primary care.

5     Q.   Who is your primary care now?

6     A.   Kristen Johnson.

7     Q.   And how long have you been seeing

8  Dr. Johnson?

9     A.   I don't remember.  I had to go

10  through three primary cares because they

11  moved, so I don't remember how long I've been

12  seeing her.  So I can tell you, since 2009,

13  I've had three different primary cares.

14     Q.   Okay.  So it was first Dr. Pelitere?

15     A.   Uh-huh (affirmative).

16     Q.   Who was next?

17     A.   I don't -- I only saw her once or

18  twice, and then she moved.  I don't remember

19  her name.  If I saw a list of my doctors, I

20  would know who she is, but I don't know off

21  the top of my head.

22     Q.   And then -- so after Pelitere and an

23  unknown primary you saw a few times --

24     A.   Uh-huh (affirmative).  And then I've

25  seen Dr. Johnson several times.

Page 14

1     Q.   And did Dr. Larned prescribe --

2     A.   Larned.

3     Q.   Larned.   Thank you.   Did Dr. Larned

4  prescribe the tamoxifen for you?

5     A.   Yes, she did.

6     Q.   Okay.   And I think that we're both

7  talking over each other a little bit, and I'm

8  going to do my part to not anticipate what

9  you're going to say and ask the next

10 question.

11    A.   Okay.

12    Q.   So forgive me if I've done that, and

13 I'll ask you to do the same.

14    A.   Okay.

15    Q.   I'm just worried about our court

16 reporter.

17         Are any of the medications that

18 you're taking today, do you think that

19 they're going to impact your ability to

20 provide truthful testimony?

21    A.   No.

22    Q.   Okay.   Do you have any medications

23 that you normally take, that you're not

24 taking today?

25    A.   No.

Page 276

1            I can't give a definitive on

2    that.

3    EXAMINATION BY MS. BIERI:

4      Q.  So you're not willing to say -- let's

5    do this a different way.

6            Do you think it's possible that

7    menopause contributed to the current

8    condition of your hair?

9            MR. COFFIN:

10               Object to the form.

11           THE WITNESS:

12               I don't know.  I don't know if

13   it's possible or not.

14   EXAMINATION BY MS. BIERI:

15     Q.  Even despite what Dr. Roberie said,

16   you don't even think it's possible.  Is that

17   your testimony?

18           MR. COFFIN:

19               Object to the form.

20           THE WITNESS:

21               Yes.

22   EXAMINATION BY MS. BIERI:

23     Q.  You told me you're taking lisinopril,

24   correct?

25     A.  Correct.

Page 277

1      Q.  Have you ever read any materials

2   related to the side effects of lisinopril?

3      A.  I probably have.  But I've been

4   taking it for a number of years, so I don't

5   remember what I read.

6      Q.  I don't know what means.

7      A.  Well, when you get the drugs from the

8   pharmacy, there's a sheet in there that lists

9   side effects and information about the drug.

10  And I'm sure, when I first took it .that I

11  read it, but I can't tell you what it said.

12     Q.  Have you ever read the actual label

13  for lisinopril?

14          MR. COFFIN:

15              Object to the form.

16          MS. BIERI:

17              Yeah.

18  EXAMINATION BY MS. BIERI:

19     Q.  I don't -- forgive me.  I don't mean

20  the label that's on the bottle.

21     A.  It is.

22     Q.  I mean the prescription -- the

23  prescribing physician label.

24          MR. COFFIN:

25              Objection to the form.

Page 278

1          MS. BIERI:

2               That's fine.

3          THE WITNESS:

4               I got -- whatever the pharmacy

5     gives you, that's what I read.

6     EXAMINATION BY MS. BIERI:

7          Q.   That's the only thing you would have

8     read about lisinopril?

9          A.   Yes.  Yes.

10         Q.   Do you ever talk to any doctor about

11    the side effects of lisinopril?

12         A.   Yes.

13         Q.   Who?

14         A.   Dr. Pelitere.

15         Q.   When?

16         A.   When I first started taking it.

17         Q.   And I told you, I have a record, a

18    pharmacy record, of you getting lisinopril in

19    2009.

20         A.   Okay.

21         Q.   Were you treating with Dr. Pelitere

22    in 2009?

23         A.   Yes.

24         Q.   Okay.  So you talked about the side

25    effects or risks of lisinopril.

Page 279

1      A.   Correct.

2      Q.   What do you remember her telling you?

3      A.   One, that I took a very low -- that

4  I'm taking a very low dose.  I know that

5  coughing -- it can cause coughs, which I

6  didn't have.  That the -- I wasn't

7  experiencing side effects, and so she wanted

8  me to continue on the drug when we talked

9  about it just -- because I wasn't -- my body

10  was tolerating that particular drug.

11      Q.   So the only side effect you remember

12  her telling you about was coughing.

13      A.   Right.  And I know there were

14  probably others.  I just don't remember.

15      Q.   Are you aware that alopecia is listed

16  as a potential side effect of lisinopril?

17           MR. COFFIN:

18                Object to the form.

19           THE WITNESS:

20                No.

21  EXAMINATION BY MS. BIERI:

22      Q.   Okay.  Let's talk about tamoxifen.

23      A.   Okay.

24      Q.   What is your understanding of what

25  tamoxifen is?

Page 280

1       A.   Oh, it's so scientific, it's the --

2   it's trying to -- it doesn't want estrogen to

3   -- you want estrogen out of your breast area,

4   and it supposedly keeps the -- I don't know

5   -- the estrogen away, so you don't get

6   cancer.  I don't -- I've been told it over

7   and over again.  I don't really quite -- I'm

8   not a science person.  I don't really

9   remember.

10      Q.   Did Dr. Larned prescribe tamoxifen to

11  you?

12      A.   Yes, she did.

13      Q.   And you began taking it in April of

14  2009, correct?

15      A.   Yes, I did.

16      Q.   And you told me that you're going to

17  take it through April of 2018; is that right?

18      A.   Correct.

19      Q.   Have you considered taking it longer?

20      A.   The original prescription that

21  doctors gave was for five years.  And when I

22  got to my five-year mark, Dr. Larned said

23  they're now suggesting ten years.  And so I

24  did -- we talked about it -- about doing

25  that.  And then, on my last visit, she said

Page 281

1  you can stop in April of 2018.

2       Q.   When did you last meet with her?

3       A.   July of 2017.  June or July.

4       Q.   When are you scheduled to meet with

5  her next?

6       A.   June or July of 2018.

7       Q.   I think you told me earlier, that no

8  one ever went over the risks or side effects

9  of tamoxifen with you; is that correct?

10      A.   No, I never said that.

11      Q.   Oh, I must have misheard your

12 testimony.

13      A.   Yeah.

14      Q.   So did someone explain the risks and

15 side effects of tamoxifen with you?

16      A.   Yeah.  Dr. Larned and I talked about

17 the side effects of tamoxifen.

18      Q.   And what did she say those side

19 effects were?

20      A.   Many of the side effects of tamoxifen

21 are similar to what you experience in

22 menopause.  And we've gone over the side

23 effects of -- list of things that I

24 complained about.

25      Q.   Did she explain any other side

Page 282

1   effects that you can recall?

2       A.  No.

3       Q.  Did you get any written materials

4   about tamoxifen?

5       A.  Maybe, but I don't -- I don't --

6   probably, but I don't remember.

7       Q.  Do you currently have any written

8   materials on the side effects of tamoxifen?

9       A.  No.  I get -- when I get my

10  prescription, I get the thing with the

11  prescription, that gives you information

12  about tamoxifen.  But I don't have one at

13  home.  I throw them away.

14      Q.  You don't keep it in that binder?

15      A.  No.  I've been taking it for ten

16  years, so no.

17      Q.  Do you know what the label for

18  tamoxifen says about hair loss and hair

19  thinning?

20      A.  I don't --

21          MR. COFFIN:

22              Object to the form.

23  EXAMINATION BY MS. BIERI:

24      Q.  Do you know or not?

25      A.  No.  No.  I don't know what the label

Page 283

1    says.

2        Q.   Have you ruled out, in your mind,

3    tamoxifen, 100 percent, as a cause of the

4    condition of your hair?

5            MR. COFFIN:

6                Object to the form.

7            THE WITNESS:

8                Ruled it -- when my hair started

9    growing back, which was before tamoxifen, the

10   areas that are thin, were thin then, and they

11   -- I started tamoxifen, and they remained

12   thin.  So these same areas, it didn't change

13   when I started taking tamoxifen, in terms of

14   -- my hair was growing back when I started

15   tamoxifen.  It wasn't quite as full as it was

16   now.  But the thinning parts were the same

17   thinning parts then as it is now.

18           Do you understand what I'm trying to

19   say?

20   EXAMINATION BY MS. BIERI:

21       Q.   No.  I understand the words you're

22   saying.  But my question is just, have you

23   ruled out tamoxifen 100 percent as a

24   potential cause of the current condition of

25   your hair?

Page 284

1          MR. COFFIN:

2               Object to the form.

3          THE WITNESS:

4               Yes.  Actually, yes, I have.

5    EXAMINATION BY MS. BIERI:

6       Q.  And what's that based on?

7       A.  Based on finding out in 2016, that

8    Taxotere can cause permanent hair loss.

9       Q.  It's not based on the tamoxifen

10   label, correct?

11         MR. COFFIN:

12              Object to the form.

13         THE WITNESS:

14              No.

15   EXAMINATION BY MS. BIERI:

16      Q.  It's not based on any research on

17   tamoxifen, correct?

18         MR. COFFIN:

19              Object to the form.

20         THE WITNESS:

21              I haven't looked recently at what

22   the tamoxifen says.

23   EXAMINATION BY MS. BIERI:

24      Q.  Have you ever looked at information

25   about tamoxifen?

1       A.   I've been taking it for ten years.
2   I've read it all when I first started taking
3   it, and I haven't read it again.
4       Q.   Well, I'm having a hard time.
5   Because I asked you what information -- what
6   written information you had seen, and all you
7   told me about was what comes with the
8   prescription.  Now, you're --
9       A.   Well, it's a lot.  It's a long --
10  it's like this long.  I read it when I got it
11  -- when I first got it and what --
12      Q.   Are you saying --
13      A.   -- the doctors told me, but I haven't
14  read it again.
15      Q.   Other than reading what you just
16  described, have you read any other
17  information on tamoxifen at any time?
18      A.   I can tell -- well, I don't remember.
19  It was ten years ago.  You're looking at me
20  like I'm crazy.  It was ten years ago.  I'm
21  sure I did, but I don't remember.  And I
22  can't tell you definitively, so I don't want
23  to say -- give you an answer that I can't say
24  -- know in my head, that's correct.  I
25  probably did.  I don't remember.

1     Q.  At any point, have you thought that

2  tamoxifen has made your menopausal symptoms

3  worse?

4     A.  I thought that that could happen.

5     Q.  You thought it could happen or it was

6  happening?

7     A.  Well, I didn't know.  And my doctor

8  said it definitively did not.

9     Q.  Did you think tamoxifen made your

10  skin dry?

11     A.  I thought so.  My doctor said no.

12     Q.  Which doctor?

13     A.  Dr. Larned.

14     Q.  And did you think that tamoxifen was

15  causing or exacerbating vaginal dryness,

16  irritation, and itching?

17     A.  I thought it could have.  Are you

18  saying the tamoxifen could have?

19     Q.  Uh-huh (affirmative).

20     A.  I thought it could have, but I didn't

21  -- she didn't -- she never told me that it

22  was definitive.

23     Q.  Did you think that your severe

24  vaginal dryness and irritation and itching

25  was either due to menopause or to tamoxifen?

Page 287

1          MR. COFFIN:

2                Object to the form.

3          THE WITNESS:

4                It's very hard when something

5     happens at the same time, for those.  And

6     when the side effects were the same.  I just

7     -- and I'm not a doctor.  I don't know.

8     EXAMINATION BY MS. BIERI:

9        Q.  Did you think it was one of the two,

10    though?  Maybe you didn't know which one of

11    the two, but one of the two?

12         MR. COFFIN:

13               Object to the form.

14         THE WITNESS:

15               Probably, yes.  It was probably

16    one of those two.

17    EXAMINATION BY MS. BIERI:

18       Q.  Or a combination of both?

19         MR. COFFIN:

20               Object to the form.

21         THE WITNESS:

22               Sure.

23    EXAMINATION BY MS. BIERI:

24       Q.  I'm just asking to understand what

25    your impression was.

Page 288

1      A.   Uh-huh (affirmative).  Yes, it could
2  have been.
3      Q.   For a period of time, you took a
4  testosterone gel, correct?
5      A.   Correct.
6      Q.   Is that called Testim?
7      A.   Yes.
8      Q.   Who prescribed that to you?
9      A.   Dr. Farris.
10     Q.   Why -- during what time period did
11  you take that?
12     A.   Well, it must have started in 2011.
13  And I took it, I think, for six months, but I
14  didn't show any change; and so I stopped it,
15  but I can't remember if I did it for a year
16  total or just six months.
17     Q.   Do you know why you were prescribed
18  Testim?
19     A.   Well, to help alleviate some of the
20  symptoms, and I was -- because of my breast
21  cancer, I couldn't take estrogen.  And so
22  that's why.
23     Q.   Did you talk with Dr. Farris about
24  the indications for Testim?  The indications
25  for use?

Page 289

1         A.   Yes.

2         Q.   Did you talk about risks and benefits

3    of Testim?

4         A.   Yes.

5         Q.   And what were you told?

6         A.   One, it's generally prescribed for

7    men.

8         Q.   Generally or it's only indicated for

9    men?

10             MR. COFFIN:

11                  Object to the form.

12             THE WITNESS:

13                  Well, I can't tell you about --

14    what do you mean by indicated?

15    EXAMINATION BY MS. BIERI:

16        Q.   By FDA.

17        A.   Well, I don't know that.

18        Q.   He didn't tell you that.

19        A.   Well, maybe he did, but I don't

20    remember.  It was --

21        Q.   You don't remember him saying it's

22    only approved for use in men?

23             MR. COFFIN:

24                  Object to the form.

25             THE WITNESS:

1          No, I don't remember whether he

2     said that or not.

3     EXAMINATION BY MS. BIERI:

4          Q.  You just remember him saying it was

5     generally used in men.

6          A.  Yes.  But that he's -- he's read many

7     studies, and he believes that it can help

8     women, too, so he prescribes it.

9          Q.  And what was he trying to help with

10    the Testim gel?

11         A.  The --

12              MR. COFFIN:

13                   Object to the form.

14              THE WITNESS:

15                   Some of the symptoms that I'm

16    complaining about here.

17    EXAMINATION BY MS. BIERI:

18         Q.  Which are?

19         A.  The mood swings, changes in libido, I

20    guess the insomnia, all those -- and I don't

21    remember if that was supposed to help the hot

22    flashes.  But I took it for six months, and I

23    didn't find that it helped me very much, so I

24    stopped taking it.

25         Q.  Did he discuss the risk of increased

Page 291

1   blood pressure due to taking Testim?

2          MR. COFFIN:

3               Object to the form.

4          THE WITNESS:

5               I don't remember, but I would

6   imagine he would have if -- I don't remember.

7   EXAMINATION BY MS. BIERI:

8      Q.  Did he discuss that it could cause

9   changes in body hair?

10         MR. COFFIN:

11              Object to the form.

12         THE WITNESS:

13              Probably.  I don't remember.

14   EXAMINATION BY MS. BIERI:

15     Q.  Even though he -- you think he told

16   you that?

17     A.  Probably.  But I don't remember.

18     Q.  Then, if you don't -- what is the

19   basis for your saying probably?

20     A.  Because that would be -- that is one

21   of the symptoms.  I don't know, you know, of

22   having -- I don't remember.

23     Q.  But you understand that testosterone

24   can cause changes in body hair, so that's why

25   you think he probably told you that?

Page 292

1      A.   Yes.

2      Q.   Okay.

3      A.   Because we went over -- we went over

4  why I took it and what we hoped to gain and

5  what we might -- you know, what the risks

6  were.  And so I'm sure we discussed it.

7      Q.   And you were willing to accept a risk

8  of the body hair changes?

9      A.   Well, wouldn't it be nice, since I

10  had this, maybe -- maybe I'd grow more hair.

11      Q.   Do you think that testosterone,

12  growing hair on the crown of the head or the

13  back of the head is what a testosterone would

14  do?

15           MR. COFFIN:

16               Object to the form.

17           MS. BIERI:

18               Well, she seems to know about

19  testosterone --

20           MR. COFFIN:

21               Well, she --

22           MS. BIERI:

23               -- and its effects on body hair.

24           MR. COFFIN:

25               Well, she's not an expert, and

Page 293

1  she can't ask -- you can't ask questions for
2  an expert.
3          MS. BIERI:
4              Well, I can certainly ask her
5  opinion.
6          THE WITNESS:
7              No, I --
8          MR. COFFIN:
9              Not if it's an expert opinion.
10 It calls for an expert opinion.  So I'm going
11 to object.  But you can continue to ask your
12 questions.  I object to the form.
13         THE WITNESS:
14             I'm really just joking in that I
15 -- we talked -- I'm sure we talked about, you
16 know, body hair growth.  But I didn't
17 experience that side effect when I took it.
18 EXAMINATION BY MS. BIERI:
19     Q.  You didn't experience the growth of
20 hair when you took it.
21     A.  Right.
22     Q.  And that's what you thought the side
23 effect would be, to grow hair?
24     A.  You're putting words in my mouth, and
25 I don't -- I can't answer it.

```
                                      Page 294
 1      Q.  I'm a hundred percent not intending
 2  to.
 3      A.  Yeah.
 4      Q.  Let me ask it a different way.
 5      A.  Okay.
 6      Q.  Did you think that the hair-related
 7  side effect of taking testosterone would be
 8  to cause a growth of hair?
 9      A.  Well, what would it be if it wasn't
10  that?
11      Q.  Cause a loss of hair?  To cause hair
12  in different areas.  There's lots of
13  different things.
14      A.  Okay.  Well . . .  I can't answer
15  that.
16      Q.  And that's okay.  If you don't --
17      A.  I really can't.
18      Q.  If you don't have an opinion, you
19  don't have an opinion.
20      A.  Okay.
21      Q.  You were telling me, before we took a
22  break, about a -- earlier in the morning --
23      A.  Uh-huh (affirmative).
24      Q.  -- about a family member who had been
25  diagnosed with cancer.  And I turned away
```