# EXHIBIT 2

Page 1

1                UNITED STATES DISTRICT COURT
2                EASTERN DISTRICT OF LOUISIANA
3
4     * * * * * * * * * * * * * * * * * * * * * * * * *
5     ELIZABETH KAHN
6         Plaintiff,
7                              CASE NO. 2:16-cv-17039
      VERSUS
8
      SANOFI S.A.,
9     SANOFI-AVENTIS U.S.
      L.L.C., SANOFI US
10    SERVICE, INC., and
      AVENTIS-PHARMA S.A.,
11
          Defendants.
12    * * * * * * * * * * * * * * * * * * * * * * * * *
13
14
15
16        Videotaped Deposition of STEVEN SEEBOL, taken at
17    Pendley, Baudin & Coffin, 1100 Poydras Street, Suite
18    2505, New Orleans, Louisiana 70163, on Tuesday, March
19    10th, 2020, at 1:02 p.m.
20
21
22
23
24    By:  Ashlee B. Ancalade
25    Registered Professional Reporter

Page 166

1  before her cancer diagnosis?
2     A   Maybe five or six weeks.
3     Q   She got a hair cut every five or six weeks?
4     A   I think so.
5     Q   Do you remember when Ms. Kahn's hair started
6  falling out during chemo?
7     A   Yes.
8     Q   Can you tell me how she felt about that?
9     A   She was pretty distressed, but I think she --
10 she knew it was going to happen.
11    Q   Did you encourage her, console her at all
12 about that?
13    A   I tried.
14    Q   What -- what did you do?
15    A   I guess I told her -- well, it's probably
16 going to fall out.  That's probably what I said.
17    Q   Did Elizabeth buy a wig?
18    A   She did.
19    Q   Where did she buy the wig?
20    A   Where?  I have no idea.
21    Q   Did you go with her to buy it?
22    A   I did not.
23    Q   Did she wear it?
24    A   No.
25    Q   Did she buy any specific head scarfs or other

Page 167

1  coverings?
2     A   She had a lot of head scarfs.
3     Q   Is that what she wore?
4     A   Yes.
5     Q   Do you think Elizabeth is beautiful?
6     A   Sure, yes.
7     Q   Do you think she was beautiful when you met
8  her?
9     A   Yes.
10    Q   Do you think she's beautiful today?
11    A   Yes.  She's beautiful today.
12    Q   Do you think that she needs a wig or scarf or
13 what to look beautiful today?
14        MS. PEREZ-REYNOLDS:
15           Object to form.
16    A   No.  I don't think that.
17 BY MS. NICHOLAS:
18    Q   Does Elizabeth have a family history of hair
19 loss?
20        MS. PEREZ-REYNOLDS:
21           Object to form.
22    A   On the male side.
23 BY MS. NICHOLAS:
24    Q   Can you describe generally her health before
25 cancer, in the five years before cancer?

Page 168

1     A   Very good.
2     Q   To your knowledge, did she suffer from
3  hypertension?
4     A   No.
5     Q   Hyperlipidemia?
6     A   I don't know what that is.
7     Q   Did she have arthritis?
8     A   Yes.
9     Q   Can you tell me about that?
10    A   She has in it in her knees.  It wasn't -- it
11 wasn't that bad before, but she's had it for a long
12 time.
13    Q   Her arthritis?
14    A   Yes.
15    Q   And that was before cancer, you said?
16    A   Yes.
17    Q   Does she still have arthritis today?
18    A   Yes.
19    Q   Is there anything that she does to treat that
20 arthritis?
21    A   She gets -- there -- it's her knees.  She
22 gets shots, I guess, cortisone shots.  She has a
23 prescription for -- I can't remember the drug she takes
24 occasionally.  So it's -- she doesn't do anything
25 constantly.

Page 169

1     Q   Has she undergone menopause before cancer?
2     A   I don't think so.
3     Q   Did she ever experience weight issues?
4     A   Weight issues?
5     Q   Uh-huh.
6     A   Do you mean overweight?  You are asking.  I
7  need you to clarify.
8     Q   Did she ever discuss weight issues with you?
9     A   Not that I can remember.
10    Q   Is that something that she would talk to you
11 about?
12    A   Probably not.
13    Q   To your knowledge, has she ever been treated
14 for mental health concerns?
15    A   Definitely not.
16    Q   Any family medical issues before cancer that
17 you were aware of?
18    A   Family?
19    Q   Uh-huh.
20    A   So, you know, her sister had breast cancer,
21 so things like that?
22    Q   Uh-huh.
23    A   Nothing with the mother.  Nothing with the
24 father.  The brother had melanoma.  He has -- he had
25 some sort of heart issues.

Page 170

1  Q  And can you describe Elizabeth's general
2  health today?
3  A  Generally it's pretty good. I think I would
4  call it good.
5  Q  Do you think that her lumpectomy has affected
6  her body image at all?
7  A  No. Because it was so -- it was so small.
8  Q  Does she have any other medical issues aside
9  from arthritis that she's dealing with today?
10  A  She does have hypertension. I think that's
11  the only thing.
12  Q  Do you know how she manages the hypertension?
13  A  She -- with -- with medication.
14  Q  How has that affected her quality of life?
15     MS. PEREZ-REYNOLDS:
16         Object to form.
17  A  Probably about the same.
18  BY MS. NICHOLAS:
19  Q  Has she had any other medical issues over the
20  last ten years that's significantly affected her
21  quality of life?
22  A  Not that I could think of.
23  Q  Can you describe for me her hair today?
24  A  Very thin. Kind of patchy in certain areas.
25  Q  How long has her hair been in its present

Page 171

1  state?
2  A  Probably since maybe three months after
3  chemo --
4  Q  Okay.
5  A  -- ended.
6  Q  So her hair has remained the exact same since
7  chemotherapy?
8  A  You know, exact; I can't say it's exact. In
9  my opinion, yes, it has.
10  Q  It hasn't changed at all over time?
11  A  Again, not that -- not that I'm aware of. To
12  me, it seems -- looks -- looks about the same. She
13  spends a lot of time dealing with it. She has got all
14  kinds of things that -- ways of dealing with it.
15  Q  Can you tell me about that?
16  A  She uses some sort of gel. She uses a
17  diffuse hair blower. She spends a lot of time trying
18  to cover things up.
19  Q  Does she talk to you about that?
20  A  Not really.
21  Q  Does she talk to you about how that affects
22  her?
23  A  Well, I know she's not that happy about it,
24  but beyond that, I can't really tell you.
25  Q  You guys don't talk about it, though?

Page 172

1  A  Not really.
2  Q  How would you describe how her hair affects
3  her life?
4     MS. PEREZ-REYNOLDS:
5         Object to form.
6  A  Well, I know she's constantly aware of it.
7  It's one of those things. It's like having a scar on
8  your face. You know it's there.
9  BY MS. NICHOLAS:
10  Q  What makes you say that?
11  A  What makes me say that? Because I know.
12  Q  Have you talked to her about that?
13  A  Somewhat, yes.
14  Q  Can you tell me what she said about that?
15  A  Not in exact words.
16  Q  Can you give me a general idea what she said
17  to you?
18  A  Well, the general idea is that she's always
19  aware of it. It's something that -- that's become part
20  of her.
21  Q  How long has her hair been negatively
22  affecting her life?
23     MS. PEREZ-REYNOLDS:
24         Object to form.
25  A  Pro- -- probably since she realized it wasn't

Page 173

1  growing back.
2  BY MS. NICHOLAS:
3  Q  What do you base that on?
4  A  My opinion.
5  Q  Have you spoken to her about it?
6  A  Sure.
7  Q  So over the last ten years, how often has she
8  raised an issue with her hair with you?
9  A  Sometimes. I mean, sometimes it doesn't
10  work. Sometimes the mousses and the gels and whatever
11  it is doesn't work. Sometimes it just stands up in
12  weird ways, and she has to try to deal with.
13     There are times -- I mean, it's not just the
14  head hair. It's the eyebrow hair. She doesn't have
15  any eyebrows. Every now and then she goes out of the
16  house without putting eyebrows on, which is a very
17  negative thing. That creates a lot of problems for
18  her.
19  Q  Can you tell me about those problems?
20  A  Yeah. People often go, you don't have any
21  eyebrows. She works with kids. Kids say unpleasant
22  things sometimes.
23  Q  So she's had kids who have said that to her?
24  A  Yes.
25  Q  Have you ever been around when someone said