UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
*Kahn v. Sanofi-Aventis US, LLC*, No. 16-117039

### MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION *IN LIMINE* TO EXCLUDE IMPROPER ARGUMENTS OR SUGGESTIONS REGARDING FDA APPROVAL
### (Motion *in Limine* No. 13)

In the *Earnest* case, this Court entered an order barring the Sanofi Defendants from making certain improper arguments or suggestions regarding the role of the Food and Drug Administration (FDA) in approving Taxotere's label.[1] The Court should again preclude Sanofi from suggesting to the jury in the *Kahn* trial that the FDA is primarily responsible for the accuracy of drug labeling, that Sanofi could not change its label to warn of a permanent hair loss risk, or that the FDA was aware that Taxotere may cause permanent hair loss but didn't allow Sanofi to warn doctors or patients of this risk. Each argument would run afoul of binding Supreme Court precedent, not to mention this Court's orders and law of this case. *See, e.g.*, *Wyeth v. Levine*, 555 U.S. 555, 579 (2009) ("manufacturers, not the FDA, bear primary responsibility for their drug labeling at all times").

Consistent with prior rulings and binding caselaw, this Court should again bar Sanofi from making the following improper arguments to the jury. *First*, "The Court will not allow Defendants to argue or suggest that Sanofi was precluded from changing its label."[2] Based on this ruling, for example, the Court did not allow Sanofi to argue in *Earnest* that the FDA was aware of the risk of

---

[1] *See* Rec. Doc. 8201.
[2] *Id.* at pp. 3-4.

1

permanent hair loss but rejected edits to labeling in 2004 at the time Taxotere was being considered as a treatment for breast cancer. Aside from being grossly inaccurate, the Court precluded any argument that Sanofi could not update its label after approval. As the Court explained, such an argument "would be misleading given that Sanofi did not attempt to make a change under the 'Changes Being Effected' ('CBE') regulation. This would further mislead the jury into believing that the FDA, and not Sanofi, bears primary responsibility for their labeling."[3]

*Second*, the Court should again rule that it "will not allow Defendants to argue or suggest that Sanofi provided the FDA with all pertinent information on reports of permanent alopecia and yet the FDA did not take action. This would improperly suggest to the jury that the FDA bears responsibility for Sanofi's label."[4]

*Third*, in the *Earnest* trial, the plaintiff had been administered Taxotere in 2011. The Court "exclude[d] any argument that the FDA's deletion of information in the 2010 label is representative of specific intent, knowledge, or belief by the FDA regarding the adequacy of the Taxotere label as it relates to permanent hair loss. The Court [did] not allow such argument as this would be effectively arguing that Sanofi's obligations under state law are the same as their obligations to the FDA."[5] Here, in contrast, Plaintiff Kahn was administered Taxotere in May 2008. Therefore, any argument about 2010 labeling is irrelevant. Even still, the Court may preclude such argument for the separate reasons given in *Earnest*.

*Fourth*, and lastly, Sanofi's counsel represented to the jury on multiple occasions in the first bellwether trial (Earnest) that there is no data or information about TAX316 that the jury will see that the FDA did not see.  The statement is false, primarily because Dr. Kopreski's analysis (if it

---

[3] *Id*. (citing *In re Trasylol Prods. Liab. Litig.*, 2010 WL 4259332, at *7 (excluding expert opinion that FDA is ultimate authority on information included in drug label)).
[4] *Id*. at p. 4.
[5] *Id*.

2

is again conveyed to the jury in this matter) was never shared with the FDA, nor were any of Plaintiff's or Sanofi's experts' evaluations of TAX316.[6] Further, it improperly suggests that in May 2008 the FDA was aware of everything that Sanofi knew about TAX316 and persistent hair loss, despite the fact that the EMA and FDA both inquired as to Sanofi's position on what the TAX316 data meant in terms of persistent hair loss after Ms. Kahn's use of the product. See id.  Finally, Sanofi never submitted a sNDA or a Common Technical Document (CTD) to FDA to address the persistent hair loss data, and instead only submitted a Clinical Study Report.[7] Accordingly, such statements suggesting TAX316 was the sole reason for approval and that everything Sanofi knew about the study was also known by FDA are contradicted by the evidence and would serve only to confuse the issues.

For these reasons, the Court should exclude improper arguments or suggestions regarding FDA approval.

Dated: June 17, 2021

/s/ Christopher L. Coffin
Christopher L. Coffin (#27902)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1100 Poydras Street, Suite 2225
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

*Plaintiffs' Co-Lead Counsel*

Respectfully submitted,

/s/ Karen B. Menzies
Karen Barth Menzies (CA Bar #180234)
GIBBS LAW GROUP LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Telephone: 510-350-9700
Facsimile: 510-350-9701
kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*

---

[6] See Rec. Doc. 11682, Order and Reasons, 12/18/2020, at pp. 21-22 ("The evidence shows that before Kahn was treated, Sanofi never "fully informed" the FDA of the justifications for a warning regarding permanent alopecia.").
[7] See Ex. 1, Sanofi_01101055; *see also* Ex. 2, Dep. of Linda Gustavson, Ph.D., 5/3/2018, at pp. 215:13 – 217:20, 228:12-18.

3

/s/M. Palmer Lambert
M. Palmer Lambert (#33228)
GAINSBURGH BENJAMIN DAVID
MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304
Fax: 504-528-9973
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

/s/Dawn M. Barrios
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews
Andrews Thornton Higgins Razmara, LLP
2 Corporate Park, Suite 110
Irvine, CA 92606
Phone: (800) 664-1734
aa@andrewsthornton.com

J. Kyle Bachus
Bachus & Schanker, LLC
101 W Colfax Ave, Suite 650
Denver, CO 80202
Phone: (303) 222-2222
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2225
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, CA 90045 Phone:
510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Andre M. Mura
Gibbs Law Group LLP
505 14th Street Suite 1110
Oakland, CA 94612
Phone: (510) 350-9717
Fax: (510) 350-9701
amm@classlawgroup.com

4

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

John Gomez
The Gomez Law Firm, PLLC
655 West Broadway, Suite 1700
San Diego, CA 92101
Phone: (619) 237.3490
Fax: 619.237.3496.
john@thegomezfirm.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, FL 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904 15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@amalaw.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Jessica Perez Reynolds
Pendley, Baudin & Coffin
P.O. Drawer 71
24110 Eden Street
Plaquemine, LA 70765
Phone: (225) 687-6396
Fax: (225) 687-6398
jperez@pbclawfirm.com

Darin L. Schanker
Bachus Schanker
101 W Colfax Ave, Suite 650
Denver, CO 80202
Phone: (303) 222-2222
Fax: (303) 893-9900
dls@coloradolaw.net

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Zachary Wool
Barrios Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
zwool@bkc-law.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 17, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                      */s/ M. Palmer Lambert*
                                                      M. PALMER LAMBERT