# EXHIBIT 1

| | |
|---|---|
| From: | Gustavson, Linda R&D/US |
| Sent: | Wednesday, September 23, 2009 4:22 PM |
| To: | Bojanowski, Tania R&D/US; Bojanowski, Tania R&D/US; Lazaryan, Angela R&D/FR; Eugene, Dominique R&D/FR; Haregewoin, Abebe R&D/US; Del-Tito, Catherine R&D/US; Massy, Anne-Marie R&D/FR; Palatinsky, Emanuel R&D/US; Bouhani, Salwa R&D/FR; Richard-Cassin, Isabelle R&D/FR; Zrelli, Slim (SAF) PH/FR; Caniglia, Jacqueline R&D/US; Bassi, Kimberly R&D/US; Tron, Muriel R&D/FR; Micallef, Sandrine R&D/FR; Black, Susan R&D/US; Aragones, Leslie R&D/US; Bertolini, Stephane R&D/US |
| Cc: | Duvelleroy, Arlette R&D/FR; Roessner, Martin R&D/US; Moyer, Mark R&D/US |
| Subject: | TAX316 CSR instead of CTD submission |

Dear TAX316 STF,
Following discussion with regulatory, stats and Proj Direction management, the new proposed global filing strategy for TAX316 is to only submit the CSR rather than a full CTD. The goal is to fulfill the post-marketing commitment by submitting just the CSR without updating the label. There is a risk that FDA could request us to file a labeling change and likewise that the CHMP could request after assessment the submission of a Type II Variation with some specific requests.

The reason for changing the strategy is to conserve team resources.
Regards,
Linda

Linda Gustavson, Ph.D., RAC
Director, Regulatory R & D Portfolio
U.S. Assoc. Therapeutic Axis Head, Oncology
Corporate Regulatory Affairs
sanofi-aventis US Inc.
Mail code: BX2-712B
200 Crossing Blvd, Bridgewater, NJ 08890-0890
phone: 908-304-6221
fax: 908-304-6549
email: linda.gustavson@sanofi-aventis.com


EXHIBIT
Gustavson - 12
Date: 5-3-78
MLG, CSR, RPR, CRR

1

Confidential                                                                                                                              Sanofi_01101055

BegDoc: Sanofi_01101055
EndDoc: Sanofi_01101055
BegAttach: Sanofi_01101041
EndAttach: Sanofi_01101055
PageCount: 1
Custodian: Polizzano, Frances
All Custodians: Polizzano, Frances
Date Created: 11/12/2015
Date Last Modified: 11/12/2015
DocType: Email
Original FilePath: \Email\Exchange\PolizzanoFrances_NM60913_Exchange.pst\Top of Personal Folders\Recoverable Items\Versions\RE: Taxotere CCDS v30- preparation - permanent alopecia / FREQUENCY MISSING IN CO\TR: 2-009-10-08 Regulatory commitment for TAX316_Canada specific requir- ements\TAX316 CSR instead of CTD submission
FileName:
FileExt:
MD5 Hash: 3b242f69f89aa78130c14083ddf2e52b
File Size: 14975
EMAIL Folder Path:
From: "Gustavson, Linda R&D/US" <"/o=e2/ou=backbone/cn=recipients/cn=linda.gusta- vson">
To: "Bojanowski, Tania R&D/US" <tania.bojanowski@sanofi.com>; "Bojanowski, Tania- R&D/US" <tania.bojanowski@sanofi.com>; "Lazaryan, Angela R&D/FR"- <angela.lazaryan@sanofi-aventis.com>; "Eugene, Dominique R&D/FR"- <dominique.eugene@sanofi-aventis.com>; "Haregewoin, Abebe R&D/US- " <abebe.haregewoin@sanofi-aventis.com>; "Del-Tito, Catherine R&D- /US" <catherine.del-tito@sanofi.com>; "Massy, Anne-Marie R&D/FR" <anne-marie.massy@sanofi-aventis.com>; "Palatinsky, Emanuel R&D/U- S" <emanuel.palatinsky@sanofi.com>; "Bouhani, Salwa R&D/FR" <salw- a.bouhani@sanofi-aventis.com>; "Richard-Cassin, Isabelle R&D/FR" <isabelle.richard-cassin@sanofi.com>; "Zrelli, Slim (SAF) PH/FR" <slim.zrelli@sanofi.com>; "Caniglia, Jacqueline R&D/US" <jacqueli- ne.caniglia@sanofi-aventis.com>; "Bassi, Kimberly R&D/US" <kimber- ly.bassi@sanofi.com>; "Tron, Muriel R&D/FR" <muriel.tron@sanofi.c- om>; "Micallef, Sandrine R&D/FR" <sandrine.micallef@sanofi.com>; "Black, Susan R&D/US" <susan.black@sanofi.com>; "Aragones, Leslie- R&D/US" <leslie.aragones@sanofi.com>; "Bertolini, Stephane R&D/U- S" <stephane.bertolini@sanofi-aventis.com>
Subject: TAX316 CSR instead of CTD submission
Date Sent: 09/23/2009
Date Received: 09/23/2009
CC: "Duvelleroy, Arlette R&D/FR" <arlette.duvelleroy@sanofi.com>; "Roessner, Mar- tin R&D/US" <martin.roessner@sanofi-aventis.com>; "Moyer, Mark R&- D/US" <mark.moyer@sanofi-aventis.com>
BCC:
Confidentiality: Confidential
Redacted:
Embedded: False
Conversation Index Value: 01ca3c6a00a34228288b910147179344fa979b4c5244