# EXHIBIT 2

```
 1        IN THE UNITED STATES DISTRICT COURT
 2       FOR THE EASTERN DISTRICT OF LOUISIANA
 3                       - - -
 4
         IN RE:   TAXOTERE        :   MDL NO. 2740
 5       (DOCETAXEL) PRODUCTS     :   SECTION: "N"
         LIABILITY LITIGATION     :   (5)
 6                                :   JUDGE
         THIS DOCUMENT RELATES     :   ENGELHARDT
 7       TO:                      :   MAG. JUDGE
                                  :   NORTH
 8       ALL CASES                 :
 9                       - - -
10                   May 3, 2018
11                       - - -
12
13              Videotaped deposition of
         LINDA GUSTAVSON, Ph.D., taken pursuant to
14       notice, was held at the law offices of
         DLA PIPER, LLP, 51 John F. Kennedy
15       Parkway, Short Hills, New Jersey,
         beginning at 9:08 a.m., on the above
16       date, before Michelle L. Gray, a
         Registered Professional Reporter,
17       Certified Shorthand Reporter, Certified
         Realtime Reporter, and Notary Public.
18
19                       - - -
20
               GOLKOW LITIGATION SERVICES
21          877.370.3377 ph| 917.591.5672
                  deps@golkow.com
22
23
24
25
```

1  this e-mail for the U.S., right?
2       A.   Right.
3       Q.   And that is that just like
4  we were discussing the sNDA for a new
5  indication, we're now talking about the
6  plan for the TAX316 final data was to
7  submit an sNDA to submit the labeling in
8  the U.S. to include information regarding
9  the final analysis, correct?
10           MS. MIMS:  Object to form.
11           THE WITNESS:  Yes.  An sNDA
12       was planned.
13           (Document marked for
14       identification as Exhibit
15       Gustavson-12.)
16  BY MR. BACHUS:
17       Q.   I'm going to hand you what
18  I've marked as Exhibit 12.  When is the
19  last time that you had an opportunity to
20  review the e-mail that is now attached as
21  Exhibit 12?
22       A.   Two days ago.
23       Q.   Okay.  And this is an e-mail
24  from you?
25       A.   Mm-hmm.

1          Q.    And it was written by you in
2    the regular course of your business with
3    Sanofi?
4          A.    Yes.
5          Q.    And it was written on
6    Wednesday September the 23, 2009; is that
7    right?
8          A.    Yep.
9          Q.    And do you have an
10   independent recollection of writing this
11   e-mail as you sit here today?
12         A.    Yes.
13         Q.    Okay.  The recipients of
14   this e-mail -- there's along list of
15   recipients.  And the subject says "TAX316
16   CSR instead of CTD submission."
17               Do you see that?
18         A.    Mm-hmm.
19         Q.    Who -- who are the intended
20   recipients of this?  Are these particular
21   groups of people, or how did you decide
22   who was going to receive this?
23               MS. MIMS:  Object to form.
24               THE WITNESS:  Well, it's
25         written to the TAX316 STF.  So

Linda Gustavson, Ph.D.

1           that's the TAX316 STF.
2    BY MR. BACHUS:
3           Q.    And what's STF?
4           A.    Submission task force.
5           Q.    And the submission task
6    force is the group of people who were
7    assigned the obligation of preparing the
8    final TAX316 end of study data for full
9    submission through a CTD and an sNDA?
10                MS. MIMS:  Object to form.
11                THE WITNESS:  Or CSR,
12          mm-hmm.  They are the people
13          associated with filing the TAX316
14          data.
15   BY MR. BACHUS:
16          Q.    Right.  But I want to be
17   clear as to what their role was before
18   they received this e-mail on September
19   the 23rd, 2009, okay?
20          A.    Right.
21          Q.    Their role was that they
22   were a submission task force that had
23   been assembled to comply with the
24   postmarketing commitment obligations and
25   to prepare an sNDA for submission related

```
 1                THE WITNESS:  A decision was
 2         made to file the CSR instead of a
 3         CTD, that's right.  And a CSR does
 4         not require submission of labeling
 5         changes.
 6   BY MR. BACHUS:
 7         Q.    And the CSR does not require
 8   the submission of actual datasets?
 9         A.    It requires submission of
10   all appendices included in a study report
11   that provide all the data on the study.
12         Q.    Can we agree with what I
13   just said and answer the question that I
14   just asked, which is, the filing of a CSR
15   does not include the datasets, the actual
16   datasets?
17         A.    Right.  They're just
18   available upon request.
19                MS. MIMS:  Let him finish
20         the question, and let me make sure
21         I get my objection in.
22                THE WITNESS:  I'm sorry.
23                MS. MIMS:  Object to form.
24   BY MR. BACHUS:
25         Q.    The CSR includes the
```