# EXHIBIT 1

```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF LOUISIANA


IN RE:  TAXOTERE (DOCETAXEL)        *
PRODUCTS LIABILITY LITIGATION       *   Docket No.: 16-MD-2740
                                    *   Section "H(5)"
                                    *   New Orleans, Louisiana
Relates to:  Barbara Earnest        *   September 16, 2019
Case No.: 16-CV-17144               *
* * * * * * * * * * * * * * * * *


                   DAY 1 - AFTERNOON SESSION
                 TRANSCRIPT OF JURY TRIAL BEFORE
                  THE HONORABLE JANE T. MILAZZO
                   UNITED STATES DISTRICT JUDGE


APPEARANCES:


For the Plaintiffs:          Barrios Kingsdorf & Casteix, LLP
                             BY:  DAWN M. BARRIOS, ESQ.
                             701 Poydras Street
                             Suite 3650
                             New Orleans, Louisiana 70139



For the Plaintiffs:          Gainsburgh Benjamin David Meunier
                               & Warshauer, LLC
                             BY:  M. PALMER LAMBERT, ESQ.
                             1100 Poydras Street
                             Suite 2800
                             New Orleans, Louisiana 70163


For the Plaintiffs:          Pendley Baudin & Coffin, LLP
                             BY:  CHRISTOPHER L. COFFIN, ESQ.
                             1100 Poydras Street
                             Suite 2505
                             New Orleans, Louisiana 70163
```

| | | |
|---|---|---|
| 2:58PM | 1 | Reversible, complete alopecia occurs in most cases." |
| 2:58PM | 2 | Think about that for a moment. Adriamycin, the |
| 2:58PM | 3 | drug Mrs. Earnest was taking when she lost her hair, the label |
| 2:58PM | 4 | says, "Reversible hair loss occurs in most cases." Not all, |
| 2:58PM | 5 | not everyone. That label said, if you take this drug, |
| 2:58PM | 6 | sometimes there are patients whose hair isn't going to come |
| 2:58PM | 7 | back. |
| 2:58PM | 8 | Now, what's the third key piece of evidence in |
| 2:58PM | 9 | this case, ladies and gentlemen? The Taxotere label has always |
| 2:59PM | 10 | warned of the risk of hair loss. Taxotere was first approved |
| 2:59PM | 11 | by the FDA in 1996 to treat certain cancers, and here you can |
| 2:59PM | 12 | see the label for Taxotere from 2004. And the reason I'm |
| 2:59PM | 13 | sharing the 2004 label with you is because this is the label |
| 2:59PM | 14 | that went into effect when Taxotere was approved by the FDA to |
| 2:59PM | 15 | treat the type of breast cancer that Mrs. Earnest had. |
| 2:59PM | 16 | And you can see here, ladies and gentlemen, with |
| 2:59PM | 17 | your own eyes, what that label said. "Hair loss. Loss of hair |
| 2:59PM | 18 | occurs in most patients taking Taxotere." And then |
| 2:59PM | 19 | importantly, "Hair loss will begin after the first few |
| 2:59PM | 20 | treatments and varies from patient to patient. Once you have |
| 2:59PM | 21 | completed all your treatments, hair generally grows back." |
| 2:59PM | 22 | So here you're reading the FDA-approved label |
| 2:59PM | 23 | for Taxotere, and it says, "Hair generally grows back." The |
| 3:00PM | 24 | Taxotere label never said short-term hair loss. It never said |
| 3:00PM | 25 | reversible hair loss. It says, "Hair generally grows back." |

And the evidence will show that that means usually or most of the time, not always.

Now, here's the 2010 label, and I'm showing you this label because this was the label in effect when Dr. Carinder prescribed Taxotere to Mrs. Earnest. This is also FDA approved. It talks about alopecia and hair loss 13 different times in 13 different places throughout the label. And it didn't say short-term or reversible either.

Now, the word "alopecia," you've heard a little bit about it, but I just want to spend a moment on it. It's a medical term, and it's a medical term for hair loss. And it's in the label, ladies and gentlemen, because the label is a document that goes to physicians. So, of course, you would expect that you're going to see words like "alopecia" or medical terminology in the label.

And the reason the label goes to doctors with drugs like chemotherapy is because this isn't an over-the-counter medication. Right? You can't go into the drugstore and go buy a packet of chemotherapy. You've got -- you have to go see a doctor, a cancer specialist. So this label -- these labels are for doctors to read, for doctors to understand, for doctors to have discussions with their patients, and for doctors to make decisions about what medications that they want to prescribe.

Now, the fourth key piece of evidence in this