# EXHIBIT 2

```
 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF LOUISIANA
 2
    ******************************************************************
 3
    IN RE:  TAXOTERE (DOCETAXEL)        Docket No. 16-MD-2740
 4   PRODUCTS LIABILITY LITIGATION       Section H
                                         New Orleans, LA
 5   Relates to:  Barbara Earnest        Thursday, September 26, 2019
                  16-CV-17144
 6
    ******************************************************************
 7
                      TRANSCRIPT OF TRIAL PROCEEDINGS
 8            HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
                       UNITED STATES DISTRICT JUDGE
 9                       DAY 9, MORNING SESSION

10
    APPEARANCES:
11
    FOR THE PLAINTIFF:              BACHUS & SCHANKER, LLC
12                                  BY:  DARIN L. SCHANKER, ESQ.
                                         J. KYLE BACHUS, ESQ.
13                                  1899 Wynkoop St., Suite 700
                                    Denver, CO 80202
14
                                    FLEMING NOLEN & JEZ
15                                  BY:  RAND P. NOLEN, ESQ.
                                    2800 Post Oak Blvd., Suite 4000
16                                  Houston, TX 77056

17                                  GIBBS LAW GROUP, LLP
                                    BY:  KAREN B. MENZIES, ESQ.
18                                  6701 Center Drive West, 14th Floor
                                    Los Angeles, CA 90045
19
                                    DAVID F. MICELI, LLC
20                                  BY:  DAVID F. MICELI, ESQ.
                                    P.O. Box 2519
21                                  Carrollton, GA 30112-0046

22                                  PENDLEY BAUDIN & COFFIN
                                    BY:  CHRISTOPHER L. COFFIN, ESQ.
23                                  2505 Energy Centre
                                    1100 Poydras St.
24                                  New Orleans, LA 70163

25
```

```
10:22:25  1   the benefit of hindsight, right?  So even after knowing this
10:22:28  2   lawsuit was filed, right, even after his deposition was taken, even
10:22:33  3   after he met, as you heard, with the plaintiff's attorneys so many
10:22:36  4   times, he still came in here and he said that was my recommendation
10:22:40  5   and I'd do it again.
10:22:44  6           Why else does this case fail?  It fails because the
10:22:49  7   warning was adequate.  And, ladies and gentlemen, you don't need a
10:22:56  8   two-week long trial with a bunch of doctors or experts or lawyers
10:23:01  9   or anyone coming in here to tell you what does the word "generally"
10:23:05 10   mean.  I mean, it has an agreed-upon meaning in our language.
10:23:11 11   There are many witnesses who used the word while they testified
10:23:16 12   during the course of trial, and all of the experts agreed that
10:23:19 13   "generally" means "usually" or "most of the time."  And you know
10:23:22 14   that.  You know that.
10:23:25 15           Hair grows back usually.  That's the warning Dr. Carinder
10:23:29 16   read in 1999.  That is completely consistent with his experience.
10:23:35 17   He'd only see hair loss like this once before Mrs. Earnest in all
10:23:39 18   of the time that he was practicing medicine.  It's easy to come
10:23:43 19   into court, ladies and gentlemen, and be critical.  But it is
10:23:47 20   another thing to come forward with evidence and prove that the
10:23:51 21   warning was inadequate.  Does hair, generally, after Taxotere grow
10:23:57 22   back?  Yes.  That's what the evidence in this case has proven and
10:24:01 23   that's just what the warning says.
10:24:06 24           Here is what Dr. Kessler says -- this is plaintiff's
10:24:09 25   expert.  This is the only expert that came into court to talk with
```

```
10:49:24  1    answer to Question 1 on the verdict form as to whether Taxotere is
10:49:27  2    the cause of Mrs. Earnest's permanent chemotherapy-induced
10:49:32  3    alopecia, the answer is no.  And if that is your verdict, you check
10:49:35  4    off no.  You sign the verdict form.  You date it and let us know
10:49:39  5    you have a verdict and you get to go home.  Okay.
10:49:42  6             Now, there are other questions, and I am going to run
10:49:44  7    through them quickly with you.  I don't think you're going to get
10:49:47  8    to them, but I don't want you to wonder about what I would have
10:49:50  9    said, okay.  So let me quickly run through the rest of the verdict
10:49:53 10    form with you.
10:49:56 11             The second question, "Do you find by a preponderance of
10:49:59 12    the evidence that Sanofi inadequately warned Dr. Carinder of the
10:50:04 13    risk of permanent chemotherapy-induced alopecia associated with
10:50:07 14    Taxotere?"  So is the warning adequate, right?  Here is what the
10:50:15 15    law says, "An adequate warning is one that would lead an ordinary
10:50:23 16    reasonable user, such as a prescribing physician, to contemplate
10:50:26 17    the danger."  Did Dr. Carinder have enough information on the label
10:50:30 18    he read to contemplate the danger?
10:50:33 19             Let me move on a little more quickly.  So here is what
10:50:38 20    Dr. Carinder read in 1999.  Hair generally grows back.  He told you
10:50:42 21    exactly what that means.  He said it means "most of the time."
10:50:46 22    That was consistent with his experience.  Two patients in his whole
10:50:51 23    career.  And don't forget Taxotere was his go-to drug.
10:50:54 24             Is the warning adequate?  Of course.  Of course it is.
10:51:02 25             And the experts agree, Dr. Kessler agrees.  What does
```

```
10:51:05  1    "generally" mean?  It doesn't mean all the time.  Dr. Carinder told
10:51:08  2    you the same thing.  And as I said, you don't need a bunch of
10:51:11  3    lawyers and doctors telling you what that word means, for heaven's
10:51:17  4    sake.
10:51:17  5              What did Dr. Kessler say about the label that they are
10:51:20  6    trying to convince you is inadequate, the 1996 label?  Dr. Kessler
10:51:28  7    says, "No, it's adequate."  That's plaintiff's expert.
10:51:32  8              Now, we showed you this slide in our opening.  It's
10:51:35  9    really not that important now, ladies and gentlemen, and do you
10:51:38 10    know why?  Because Dr. Carinder never read it.  This is 2010.
10:51:42 11    Right?  I mean, what does it have to do with informing
10:51:46 12    Dr. Carinder?  And I bring it up because I do want you to
10:51:51 13    understand.  As we mentioned, it has over 13 different references
10:51:54 14    to alopecia and hair loss.  It never says, "temporary" or
10:51:58 15    "short-term."  But the question in this case is whether Sanofi
10:52:04 16    adequately warned Dr. Carinder, and we cannot be at fault for him
10:52:07 17    not reading a label since 1999.  This label has nothing to do with
10:52:13 18    this case.  The case of Barbara Earnest.
10:52:18 19              What did plaintiff's expert tell you "alopecia" means?
10:52:21 20    Hair loss.  That's what they told you.  Is that an adequate
10:52:27 21    warning?  Did it say anywhere that it was short-term or temporary?
10:52:31 22    It never did.
10:52:33 23              And let me touch on one other point quickly.  You will
10:52:36 24    see an instruction in this case that says to you, if
10:52:40 25    Dr. Carinder -- and it's in this question, if he knew of the risk
```