# EXHIBIT 3

Linda Gustavson, Ph.D.

```
 1      IN THE UNITED STATES DISTRICT COURT
 2     FOR THE EASTERN DISTRICT OF LOUISIANA
 3                     - - -
 4
        IN RE:  TAXOTERE        :   MDL NO. 2740
 5      (DOCETAXEL) PRODUCTS    :   SECTION: "N"
        LIABILITY LITIGATION    :   (5)
 6                              :   JUDGE
        THIS DOCUMENT RELATES   :   ENGELHARDT
 7      TO:                     :   MAG. JUDGE
                                :   NORTH
 8      ALL CASES               :
 9                     - - -
10                  May 3, 2018
11                     - - -
12
13            Videotaped deposition of
        LINDA GUSTAVSON, Ph.D., taken pursuant to
14      notice, was held at the law offices of
        DLA PIPER, LLP, 51 John F. Kennedy
15      Parkway, Short Hills, New Jersey,
        beginning at 9:08 a.m., on the above
16      date, before Michelle L. Gray, a
        Registered Professional Reporter,
17      Certified Shorthand Reporter, Certified
        Realtime Reporter, and Notary Public.
18
19                     - - -
20
             GOLKOW LITIGATION SERVICES
21         877.370.3377 ph| 917.591.5672
                  deps@golkow.com
22
23
24
25
```

Linda Gustavson, Ph.D.

```
 1             Q.    All right.  Now, go to the
 2   second sentence.
 3             A.    Yes.
 4             Q.    It starts with, "Hair loss
 5   will begin."
 6                   Do you see that?
 7             A.    Mm-hmm, yep.
 8             Q.    "Hair loss will begin after
 9   the first few treatments and varies from
10   patient to patient.  Once you've
11   completed all of your treatments, hair
12   generally grows back."
13                   Do you see that?
14             A.    I see that.
15             Q.    Okay.  Now, earlier in your
16   testimony today we talked about -- you
17   mentioned alopecia and said that there
18   was no -- there's no durational warning,
19   correct?
20                   MS. MIMS:  Object to form.
21                   THE WITNESS:  Correct.
22   BY MR. BACHUS:
23             Q.    Right.  And if you -- if you
24   look here, it says, "Once you've
25   completed all of your treatments, hair
```