# EXHIBIT 4

```
 1       IN THE UNITED STATES DISTRICT COURT
 2      FOR THE EASTERN DISTRICT OF LOUISIANA
 3                      - - -
 4
        IN RE:  TAXOTERE         :   MDL NO. 2740
 5      (DOCETAXEL) PRODUCTS     :   SECTION: "N"
        LIABILITY LITIGATION     :   (5)
 6                               :   JUDGE
        THIS DOCUMENT RELATES    :   ENGELHARDT
 7      TO:                      :   MAG. JUDGE
                                 :   NORTH
 8      ALL CASES                :
 9                      - - -
10              February 28, 2018
11                      - - -
12
13              Videotaped deposition of
        FRANCES POLIZZANO, PharmD, taken pursuant
14      to notice, was held at the law offices of
        DLA Piper, 51 John F. Kennedy Parkway,
15      Short Hills, New Jersey, beginning at
        9:01 a.m., on the above date, before
16      Michelle L. Gray, a Registered
        Professional Reporter, Certified
17      Shorthand Reporter, Certified Realtime
        Reporter, and Notary Public.
18
19                      - - -
20
            GOLKOW LITIGATION SERVICES
21        877.370.3377 ph| 917.591.5672
                deps@golkow.com
22
23
24
```

1        Q.   Okay.  So at the time that
2   you wrote this e-mail in October of 2015,
3   before there was ever a lawsuit filed in
4   this case and after you'd had the
5   opportunity back in October of 2015 to
6   review the USPI, you wrote that
7   statement; is this true?
8        A.   Yes.
9        Q.   Now, if you would look at
10  the top of Page 1.  There's another
11  e-mail that's at the top of Page 1 of
12  Exhibit 5.
13             Do you see that?
14        A.   There's two of them.
15        Q.   Yes, you're right.  There's
16  two of them.  At the very top third,
17  there's one.  Would you agree with that?
18  The first e-mail?
19        A.   Yes.
20        Q.   And who wrote that e-mail?
21        A.   I wrote that.
22        Q.   Okay.  And when did you
23  write that e-mail?
24        A.   October 6, 2015.

1        Q.    And was that e-mail also
2    drafted in the course of your business
3    with Sanofi?
4        A.    Yes.
5        Q.    And did you alone author the
6    content of that e-mail?
7        A.    Yes.
8        Q.    All right.  Could you read
9    that e-mail into the record, please?
10    It's only one sentence or two sentences.
11        A.    Yes.  "I think that the
12    Taxotere USPI and potential docetaxel
13    CCDS update should be discussed at the
14    same time, since permanent or
15    irreversible alopecia is outside the
16    scope of the current docetaxel CCDS.
17    Could you please set up the label working
18    group meetings."
19        Q.    So in October of 2015,
20    before any lawsuits were ever filed in
21    this matter, after you had had the
22    opportunity to examine the USPI that was
23    in place in 2015 and you'd had the
24    opportunity to evaluate the company core

Frances Polizzano, PharmD

1  data sheet, you wrote this e-mail; is
2  that true?
3           MR. RATLIFF:  Object to
4      form.
5           THE WITNESS:  Yes, I wrote
6      that.
7  BY MR. BACHUS:
8      Q.   And at the time that you
9  wrote it, it was your statement that
10 permanent or irreversible alopecia is
11 outside the scope of the current
12 docetaxel CCDS, correct?
13     A.   I did write that.
14     Q.   That's what you wrote.  And
15 the CCDS is the internal document that is
16 utilized by the company to create
17 globally consistent labeling; is that
18 right?
19     A.   Yes.  That represents the
20 company's position on the -- on the
21 product.
22     Q.   And the CCDS that was in
23 place at the time that you wrote this
24 October 6, 2015 e-mail included the word

Frances Polizzano, PharmD

1          A.    Yes, I do.
2          Q.    Okay.  If you'll turn to the
3    last page, I provided you with a copy of
4    that tear out.  And you see it says,
5    "Alopecia, hair loss"?
6          A.    Yes.
7          Q.    All right.  And that's Bates
8    Label 01038474.
9                Now, under, "What is
10   alopecia?" can you read the -- well, I'll
11   read it to you if you'd like.
12               "What is alopecia?  Alopecia
13   is another word for hair loss or thinning
14   of hair."
15               Next sentence, "It is a
16   common, yet temporary side effect of some
17   cancer medicines."
18               Do you see that?
19         A.    Yes.
20         Q.    Do you know the definition
21   of "temporary"?
22         A.    Yes.
23         Q.    What is it?
24         A.    That the hair would return.

Frances Polizzano, PharmD

```
 1              Q.    By the year 2006, Sanofi was
 2   aware of -- just to put some perspective.
 3   Sanofi was aware of the PSUR Number 4
 4   that demonstrated that telling women it
 5   was temporary was not an accurate
 6   statement.
 7                    Sanofi was aware of
 8   Dr. Nabholtz's 2001 study that found that
 9   7-1/2 percent approximately of the
10   patients who took the drug had permanent
11   forever hair loss.
12                    Sanofi was aware of the
13   interim results of the TAX316 study that
14   showed that greater than one percent of
15   women suffered from permanent
16   irreversible hair loss.
17                    Sanofi was aware of the
18   Sedlacek study, depending on when in 2006
19   this was published, versus the Sedlacek
20   information which came out at the end of
21   2006, which found that six point -- let
22   me make sure I get the number.  I think
23   it's 6.3.  6.3 percent of the women users
24   suffered from permanent hair loss.  Yet,
```

1    created this leaflet that told women that
2    alopecia is a common yet temporary side
3    effect.
4             Do you see that?
5        A.   But I also see that it says,
6    "Will my hair grow back?"  And it says,
7    "If you do lose your hair, it will
8    usually grow back after the treatments
9    are over."
10       Q.   Right.  So we'll talk about
11   that section if you'd like to.  But the
12   first section you see, by your own
13   definition, temporary means it's coming
14   back, right?  That's what you testified
15   to a minute ago.
16            MR. RATLIFF:  Object to
17       form.
18   BY MR. BACHUS:
19       Q.   Right?
20       A.   I don't have the context --
21   it says, "What is alopecia?"  And it
22   says --
23       Q.   It is a --
24            MR. RATLIFF:  Let her

Frances Polizzano, PharmD

1          finish, Kyle.
2                  MR. BACHUS:  All right.
3          Sorry.
4                  THE WITNESS:  I would have
5          to see these references that they
6          are referring to, to understand if
7          the -- these statements.  I can't
8          validate these statements.
9     BY MR. BACHUS:
10         Q.    I'm not asking you to
11    validate the statements.  I'm saying --
12         A.    Sort of.
13         Q.    I'm saying --
14         A.    You are.  You are.
15         Q.    I'm not.  What I'm asking
16    you is, you're a woman.  You're going to
17    use this drug.  You get this leaflet.
18    You're being told that alopecia, the
19    definition of alopecia, "What is
20    alopecia?  It is a common yet temporary
21    side effect."  Right?  That's what it
22    says.  You can't dispute that's what it
23    says, Doctor.  That's what it says,
24    correct?

1          MR. RATLIFF:  Object to
2     form.
3          THE WITNESS:  But it also
4     says, "If you do lose your hair,
5     it will usually grow back after
6     the treatments are over."  That
7     doesn't imply that it's always
8     coming back.
9  BY MR. BACHUS:
10     Q.    If you want to talk about
11  that section now, we'll talk about it.
12     A.    I'm just saying --
13     Q.    Okay.
14     A.    -- because you have to --
15     Q.    So on the left side, the
16  column says, "What is alopecia?"  It says
17  that it's temporary, correct?
18          And on the right side, it
19  tells you when it's going to grow back.
20  And what it says is, "If you lose your
21  hair, it will usually grow back after the
22  treatment is over, but it may grow back
23  while you're still having treatment."
24     A.    But it's not definitive.  It