# EXHIBIT 5



Confidential    Sanofi_01038470



Confidential							Sanofi_01038471



**sanofi aventis**

Because health matters

October 2006

400 Somerset Corporate Boulevard
PO Box 6912, Bridgewater, NJ 08807-0912
Tel: (908) 243-6000 · www.sanofi-aventis.com

**Dear Oncology Nursing Professional:**

At sanofi-aventis, we recognize that you are an integral part of your patients' healthcare team. Moreover, we admire your passion for keeping your patients apprised of the latest information about their treatment options. To assist you in your efforts, we have developed this comprehensive chemotherapy patient care kit to help you and your patients manage treatment.

Inside this package you will find a CD-ROM and a USB Port Key, each with identical contents, containing electronic versions of the following essential tools:

- A video with directions for proper administration and safe handling when dispensing Taxotere® (docetaxel) Injection Concentrate to your patients

- 13 individual tear sheets that you can print out and give your patients depending on the side effects they experience during treatment. Each tear sheet explains an individual side effect of chemotherapy, with tips to help your patients better understand and cope with these changes. The side effects covered include:

  — Neutropenia         — Nausea/Vomiting       — Anemia       — Depression
  — Infection           — Neuropathy/Myalgia    — Alopecia     — Weight Loss
  — Stomatitis/Diarrhea — Lymphedema            — Asthenia     — Nail Changes

- An e-dosing guide to help you choose the correct dosage for treatment and lead you through the process of dose adjustment

- Patient instruction sheets for premedicating with dexamethasone

- A diary for your patients to keep detailed information about their treatment

- List of Web sites where you or your patients can access useful information

- Convenient lanyards to provide you with easy access to the USB Port Key

- Taxotere® (docetaxel) prescribing information

We are continually looking for ways to help oncology healthcare professionals and their patients. We hope that this patient care kit answers your needs by providing you with a practical set of tools to help you and your patients in the management of cancer treatment.

Sincerely,

Christine Verini
Director, Taxotere®
Prostate, Cross Tumor

Susan Gorky
Product Manager
Oncology Marketing

Confidential                                                                           Sanofi_01038472

USB/CD-ROM View

**USB Port**

**CD-ROM**

Confidential

Sanofi_01038473

## Coping with the Side Effects of Chemotherapy

# Alopecia (Hair Loss)

### What is alopecia?
Alopecia (a-lo-PEE-shee-ah) is another word for hair loss or thinning of the hair.[1] It is a common, yet temporary, side effect of some cancer medicines.[2,3] Alopecia can occur anywhere on the body[1] and may happen after a few treatments.[2] Currently, there are no medicines that can prevent hair loss during treatment.[4]

### How can I prepare for the changes that may occur?
- Before treatment starts, have your hair cut short. It will help you prepare mentally for the change in your appearance[5]
  - If your hair is long enough, consider having a wig made from your own hair[3]
  - Shop for a wig, toupee, or turban soon after your diagnosis[3]
- Talk to family and friends about how you feel, or join a support group with people who are going through or have gone through the same experience[5]

### What are some steps I can take to care for my scalp?
- Keep your scalp clean with a moisturizing shampoo and conditioner[2]
- Use gentle lotions or creams on your scalp when needed; and use a sunscreen, hat, scarf, or wig to protect your scalp[2]

### Will my hair grow back?
- If you do lose your hair, it will usually grow back after the treatments are over[2]
- It may grow back while you are still having treatments[3]
- Your hair may grow back a different color or texture[2]

### When my hair grows back, how should I take care of it?
- If you usually wash your hair daily, limit the number of times to twice a week[5]
- If you usually blow-dry your hair at a high temperature, use a lower heat setting[2]
- Gently style your hair with soft brushes and wide-tooth combs[5]

The information contained herein is not comprehensive and is intended only as a guide.

---

**Talk to your doctor or nurse to find out if the medicines you are taking may cause alopecia, and the appropriate ways to deal with it.**

---

### Other suggestions from your healthcare providers:
_____
_____

**References: 1.** National Cancer Institute. Chemotherapy and you: a guide to self-help during cancer treatment. National Institutes of Health; 2003. NIH Publication No. 03-1136. **2.** American Cancer Society. Making treatment decisions: how do I deal with losing my hair? Available at: http://www.cancer.org. Accessed July 6, 2006. **3.** American Cancer Society. Treatment topics & resources: hair loss. Available at: http://www.cancer.org. Accessed July 6, 2006. **4.** Breastcancer.org. Hair loss: alopecia. Available at: http://www.breastcancer.org/tre_sys_chemo_hairloss.html. Accessed July 7, 2006. **5.** People Living With Cancer. Hair loss (alopecia). Available at: http://www.plwc.org. Accessed July 7, 2006.

US.DOC.06.07.023  7/06  Printed in U.S.A.
©2006 sanofi-aventis U.S. LLC



sanofi aventis

Confidential                                                            Sanofi_01038474