# EXHIBIT 6

Jean-Philippe Aussel

 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3    *******************************

 4    IN RE:  TAXOTERE (DOCETAXEL)

 5    PRODUCTS LIABILITY            MDL No. 2740

 6    LITIGATION                    Section: "H"

 7                                  Judge MILAZZO

 8    This Document Relates to:     Mag. Judge North

 9    All Cases

10    *******************************

11

12     VIDEOTAPED DEPOSITION OF JEAN-PHILIPPE AUSSEL

13

14

15              Thursday, October 11th, 2018

16                   8:58 a.m.

17

18

19         Held At:

20              DLA Piper UK LLP

21              160 Aldersgate Street

22              London, United Kingdom

23

24    REPORTED BY:

25    Maureen O'Connor Pollard, RMR, CLR, CSR

Jean-Philippe Aussel

1  to get away from that terminology then, it's

2  cancer that spread from the breast, correct?

3      A.    Yes.  Correct.

4      Q.    And women who have metastatic breast

5  cancer, what is generally the prognosis for

6  them?

7          MR. RATLIFF:  Object to form.

8      A.    Well, each woman is different so

9  difficult to generalize.  But if you ask me to

10  generalize, metastatic breast cancer at that

11  time was known as an uncurable -- as a

12  non-curable disease, so the treatment given was

13  more for prolonging life and not, technically

14  speaking, saving life.

15  BY MR. WOOL:

16      Q.    So when Sanofi was seeking this

17  indication for women whose lives really couldn't

18  be saved --

19      A.    Some of them were, but it's not --

20      Q.    A small number?

21      A.    A small number.

22      Q.    -- Sanofi had not done any long-term

23  studies on the safety of Taxotere, is that

24  correct?

25          MR. RATLIFF:  Object to form.

Jean-Philippe Aussel

1        A.    Yeah, this is correct, because the

2   disease itself did not allow, unfortunately, to

3   long-term studies because of the short life of

4   the patients.

5   BY MR. WOOL:

6        Q.    But there have been some studies since

7   Taxotere came on the market that were long-term

8   studies that had a long-term follow-up, correct?

9        A.    There were long-term studies in our

10  research setting, yes, because in that setting

11  patients have a better prognosis so can live

12  longer, I guess.

13       Q.    One of the studies is TAX316, correct?

14       A.    One of them is 316.

15       Q.    And you had involvement with TAX316,

16  right?

17       A.    Yes, I had some involvement, yes.

18       Q.    Another is called GEICAM 9805 or

19  TAX301, is that correct?

20       A.    Yes.  Correct.

21       Q.    And you had involvement with that

22  study, right?

23       A.    I had also from time to time a role in

24  that, yes.

25       Q.    TAX315 is another study that had

Jean-Philippe Aussel

1    A.    That's correct.

2    Q.    And so in this section for Taxotere,

3  Sanofi is warning about the side effects that it

4  knows about with Taxotere, correct?

5          MR. RATLIFF:  Objection to form.

6    A.    Yes.

7  BY MR. WOOL:

8    Q.    And it begins -- if you look about

9  halfway down you see there's a line that says

10  "The following events have also been reported,"

11  correct?

12    A.    Okay.  Yes.  Got it.

13    Q.    And then we see two lines under that

14  reversible hair loss as a reported adverse

15  event, correct?

16    A.    Yes.

17    Q.    And that's consistent with the other

18  informed consents we've looked at where Sanofi

19  is warning patients of the known adverse event

20  of reversible hair loss, correct?

21    A.    Yes.

22    Q.    So, Doctor, if you look back at the

23  labeling chronology, it doesn't appear that

24  February 15th, 2006 is covered on this

25  chronology, is that correct?

Jean-Philippe Aussel

1    A.    Correct.

2    Q.    It falls in that same period between

3    33 and 35, just like the last informed consent.

4    So let's look at the last label which we looked

5    at, which is from the period right after that,

6    correct?

7    A.    Correct.

8    Q.    So at this time that this informed

9    consent was completed by Sanofi, we see the same

10   language "hair generally grows back" in the

11   patient leaflet, and you testified earlier that

12   that warns of reversible hair loss, correct?

13   A.    Yes.

14   Q.    And we see throughout the label in the

15   section for the doctors Sanofi using the medical

16   term, "alopecia," correct?

17   A.    Correct.

18   Q.    And then in the informed consent,

19   which is written in language that patients can

20   understand, Sanofi reports "reversible hair

21   loss" as a known side effect, correct?

22         MR. RATLIFF:  Object to form.

23   A.    Correct.

24         (Whereupon, Aussel Exhibit Number 14

25         was marked for identification.)

Jean-Philippe Aussel

1   and you see that is the date on the top of

2   the --

3        A.     Mm-hmm.

4        Q.     If we look on our chart, that is 295,

5   correct?

6        A.     Yes.

7        Q.     It's supplement number 35?

8        A.     Yes.

9        Q.     So that's the large paper we've been

10  looking at.

11             So here in this informed consent we

12  have Sanofi telling patients that are

13  participating in a clinical trial for Sanofi

14  that a reported side effect of the TAC regimen

15  is reversible hair loss, correct?

16       A.     Yes.

17       Q.     All right.  And then if we look at the

18  label that was in effect at this time, we have

19  the hair loss section, which has the language

20  we've seen before, "hair generally grows back,"

21  correct?

22       A.     Yes.

23             MR. RATLIFF:  Object to form.

24  BY MR. WOOL:

25       Q.     And you had testified that, you know,

Jean-Philippe Aussel

1  since the informed consent and the patient

2  leaflet or patient information section are

3  written in language that patients can

4  understand, "hair generally grows back" is a

5  warning for reversible hair loss, correct?

6          MR. RATLIFF:   Object to form.

7  A.   Yes.

8  BY MR. WOOL:

9  Q.   And then if we look through the label

10 again we see in the various charts, and we can

11 go through them one-by-one if you'd like, we've

12 already done it with this label, of Sanofi

13 reporting to doctors the side effect of studies

14 as alopecia, correct?

15          MR. RATLIFF:   Object to form.

16 A.   Correct.

17 BY MR. WOOL:

18 Q.   There's nothing in the label that says

19 anything about permanent alopecia, is there?

20          MR. RATLIFF:   Object to form.

21 A.   Correct.

22 BY MR. WOOL:

23 Q.   And in the informed consent we have

24 Sanofi reporting a known side effect of the TAC

25 regimen as reversible hair loss, correct?

Jean-Philippe Aussel

1  that are translated in the patient information

2  leaflet and in the label.  To me, as I said

3  before, the language of the patient information

4  leaflet and that of the informed consent are

5  consistent, must be consistent.  I cannot really

6  comment on how it is translated in the label,

7  from the label.  That's my answer.

8  BY MR. WOOL:

9      Q.    Okay.  So we agree, then, that

10  reversible hair loss as used in the informed

11  consent is what Sanofi is warning about when it

12  says "hair generally grows back," correct?

13          MR. RATLIFF:  Object to form.

14      A.    That's my understanding, yes.

15  BY MR. WOOL:

16      Q.    And the "hair generally grows back"

17  that's in this patient information leaflet that

18  was in effect in 2006 is the same language that

19  we say all the way back in the original label in

20  1996, correct?

21          MR. RATLIFF:  Object to form.

22      A.    Yes.

23  BY MR. WOOL:

24      Q.    And that original label was based on

25  data that Sanofi had at the time from its