# EXHIBIT 7

```
 1                UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA
 2
                              -  -  -
 3
                                      :
 4    IN RE: TAXOTERE                 :
      (DOCETAXEL) PRODUCTS            : MDL No. 2740
 5    LIABILITY LITIGATION            : Section H(5)
      _____ : JUDGE MILAZZO
 6                                    : MAG. JUDGE NORTH
      This Document Relates to:       :
 7    All Cases                       :
 8
 9
10                           -  -  -
11                     January 17, 2019
12                           -  -  -
13                       LESLEY FIERRO
14                           -  -  -
15
16           Transcript of the videotaped
      deposition of LESLEY FIERRO, pursuant to
17    the Federal Rules of Civil Procedure, held
      at Nexsen Pruet, 400 Main Street, Suite 100A
18    Main Street Office Campus, Hilton Head Island,
      South Carolina, 29926, commencing 9:00 a.m. on
19    the above-referenced date, as taken by and
      before Karen Kidwell, RMR, CRR, CRC, and Notary
20    Public.
21                           -  -  -
22
23
24            GOLKOW TECHNOLOGIES, INC.
         ph 877.370.3377  |  fax 917.591.5672
25             deps@golkow.com
```

1  with two other -- with two objections we received,

2  from the Gomez firm and the Burnett law firm.

3          (Exhibit 1 was marked for identification.)

4              MR. WOOL:  And I will mark as Exhibit 2 to

5      the deposition -- and you don't need to look at

6      those, Ms. Fierro, but you can if you like.

7      You're here today, though.

8          (Exhibit 2 was marked for identification.)

9  BY MR. WOOL:

10         Q.   The CV that was provided to us right

11  before the deposition started, is this a CV that you

12  prepared?

13         A.   Yes.

14         Q.   Okay.  And it indicates on here that you

15  have a PharmD that you obtained from the University

16  of Illinois in 1992, correct?

17         A.   Correct.

18         Q.   And that's a doctoral degree in pharmacy?

19         A.   Yes.

20         Q.   So in laymen's terms, people call you a

21  pharmacist?

22         A.   Correct.

23         Q.   Okay.  But just to be clear, you're not a

24  medical doctor; is that right?

25         A.   That is correct.

```
 1           Q.   All right.  And if we look down at work
 2   experience, it appears that you worked for about
 3   14 years at Sanofi or one of its predecessor
 4   companies; is that correct?
 5           A.   Correct.
 6           Q.   And the title you had during that time was
 7   associate vice president, medical information
 8   services, drug safety; is that right?
 9           A.   That was the title I had when I completed
10   my service at Sanofi.
11           Q.   Did your -- did your job change over time,
12   or did just your title change over time?
13           A.   My title changed over time.
14           Q.   But during this 14 years, you had the same
15   basic job duties; is that how -- is that a correct
16   understanding?
17           A.   Correct.
18           Q.   And it says here that your
19   responsibilities included strategy and direction for
20   the department and associates that make up the
21   medical information services.
22           A.   Correct.
23           Q.   And were you the head of medical
24   information services?
25           A.   Yes.
```

Lesley Fierro

```
 1         Q.   Okay.  And just for the jury's sake, what
 2    is medical information services, as a department at
 3    Sanofi?
 4         A.   It's the department within the company
 5    that's responsible to handle unsolicited questions
 6    from health care professionals and consumers about
 7    the products.
 8         Q.   And what are unsolicited questions?
 9         A.   It means that we did not go out and ask
10    people to ask us questions, but they had to contact
11    us on their own.
12         Q.   Okay.  And does medical information
13    services have, as a part of it, a call center?
14         A.   Yes.
15         Q.   And so you were head of the call center,
16    then?
17         A.   Correct.
18         Q.   And when people would call, or there would
19    be unsolicited inquiries, sometimes there would be
20    adverse events that were reported to the call center;
21    is that correct?
22         A.   Correct.
23         Q.   I'm going to hand you what I'll mark as
24    Exhibit 3.
25              (Exhibit 3 was marked for identification.)
```

```
 1   updated in 2002, Sanofi knew that alopecia might be
 2   reversible, and that was their way of telling
 3   patients when this was updated in 2002?
 4            MR. DePAZ:  Object to form.
 5            THE WITNESS:  I don't -- ask me the
 6       question again.
 7            MR. WOOL:  Repeat the question, please.
 8            I can read it back.
 9   BY MR. WOOL:
10       Q.  So is it your testimony that when this was
11   updated in 2002, Sanofi knew that alopecia might be
12   irreversible, and that this was their way of telling
13   patients that when this was updated?
14            MR. DePAZ:  Objection to form.
15            THE WITNESS:  So, first thing is, I -- I'd
16       need to know what the package insert looked like
17       before 2002, and when it was used to update.  I
18       don't in fact know whether this update has
19       anything to do with hair loss, the package
20       insert update.
21   BY MR. WOOL:
22       Q.  Let me ask -- let me ask you this:  As a
23   pharmacist, do you understand today that Taxotere can
24   cause permanent hair loss?
25            MR. DePAZ:  Objection to form.
```

1              THE WITNESS:  Correct, yes.

2     BY MR. WOOL:

3          Q.   When did you learn that?

4          A.   I can't tell you specifically when I
5     learned it.  I mean, I certainly learned in pharmacy
6     school that chemotherapeutic agents can cause hair
7     loss.

8          Q.   I didn't ask about hair loss.  I asked
9     about permanent hair loss.

10         A.   I don't know that I ever learned about
11    permanent hair loss specifically.  And really, until
12    a caller came in and asked us details around hair
13    loss is really the first time that I thought about,
14    you know, what is -- you know, what are they really
15    asking about?  What does it mean for the hair loss?

16         Q.   Have you read the Taxotere label before,
17    any of them?

18         A.   Not in the last five years, since I've
19    been retired.

20         Q.   When -- when you were working at Sanofi,
21    you then, I assume, had read the Taxotere label?

22         A.   So I was responsible for every product,
23    every therapeutic area.  Did I read all of the
24    package inserts regularly?  No.

25              You know, the way the department was

Lesley Fierro

```
 1   a long-term study that studies the long-term

 2   toxicities of Taxotere, when you're using it at first

 3   only in metastatic breast cancer treatment?

 4             MR. DePAZ:  Objection to form.

 5             THE WITNESS:  Again, I'm not an expert

 6        in -- in clinical trials or putting together

 7        clinical trials, but I would agree there are

 8        many times difficult to, you know, put together

 9        a good clinical trial, particularly for an

10        adverse event.

11   BY MR. WOOL:

12        Q.   Particularly a potentially permanent

13   adverse event, correct?

14             MR. DePAZ:  Objection to form.

15             THE WITNESS:  Any adverse event.

16   BY MR. WOOL:

17        Q.   Do you have an understanding as to whether

18   Sanofi knew in 1996 that Taxotere could cause

19   permanent hair loss?

20             MR. DePAZ:  Objection to form.

21             THE WITNESS:  I didn't come to Sanofi

22        until 2000.

23   BY MR. WOOL:

24        Q.   All right.  When you joined Sanofi in

25   2000, was it your understanding then that Taxotere
```

Lesley Fierro

```
 1   could cause permanent hair loss?
 2             MR. DePAZ:  Objection to form.
 3             THE WITNESS:  No.
 4   BY MR. WOOL:
 5        Q.   And did you read the label when you joined
 6   Sanofi and started working in medical information
 7   services overseeing information being given out
 8   about -- about Taxotere?
 9        A.   I did.
10        Q.   Okay.  And after reading that label, you
11   didn't have an understanding that Taxotere could
12   cause permanent hair loss in 2002, correct?
13             MR. DePAZ:  Object to form.
14             THE WITNESS:  No.
15             MR. WOOL:  Okay.
16             MR. DePAZ:  Would this be a good time to
17        take a bio break?
18             MR. WOOL:  Let me do this, and then
19        we'll --
20             MR. DePAZ:  Okay.
21             MR. WOOL:  -- we can take a bio break.  I
22        know we've been going a little bit.
23          (Exhibit 8 was marked for identification.)
24   BY MR. WOOL:
25        Q.   Let me hand you what I've marked as
```