# EXHIBIT 9

| | |
|---|---|
| From: | DeFeo, Jessica R&D/US |
| Sent: | Monday, December 20, 2010 8:35 PM |
| To: | Fenstermacher, Lyenna R&D/US; Gonzales, Arnold R&D/US; Hurley, Lisa R&D/US; Macrina, Vito R&D/US; McKinney, Barry R&D/US; Niphadkar, Madhavi R&D/US; O'Donnell, Marie R&D/US; Palko, Nicki R&D/US; Peterson, Jo-Ann R&D/US; Phillips, Lisa R&D/US; Pu, Su-Fen R&D/US; Quinn, Noel. R&D/US; Sposaro, Jean R&D/US; Thoms, Amelia R&D/US; Tribulski, Patricia R&D/US; Vanechanos, Demi R&D/US |
| Subject: | FW: Does anyone have time to help with a large cumulative review? |
| Importance: | High |



Dear all,
If anyone has time to review some of these cases, please let myself or Noel know.
Thanks
Jessica

---

**From:** Quinn, Noel. R&D/US
**Sent:** Monday, December 20, 2010 9:10 AM
**To:** Peterson, Jo-Ann R&D/US; Macrina, Vito R&D/US; Niphadkar, Madhavi R&D/US; Phillips, Lisa R&D/US; Palko, Nicki R&D/US; Pu, Su-Fen R&D/US
**Cc:** DeFeo, Jessica R&D/US
**Subject:** Does anyone have time to help with a large cumulative review?
**Importance:** High

Hi All,

I have an excel spreadsheet with **1620** cases involving alopecia and docetaxel.
Alopecia is a listed event for docetaxel.

However, the CO should focus on **persistent alopecia** (unlisted event) defined by the company as "unresolved after 12 months from the end of chemotherapy".

I have working documents that require review for the cases reporting outcomes:

A)
Not recovered/not resolved -
Recovering -

These cases require review to note if date of recovery is actually provided in the case description/narrative. If provided, then the event should be reviewed to determine if the event meets definition of persistent alopecia.

B)
Recovered/resolved -
Recovered w/sequelae -

These cases require review to note if date of recovery is actually provided in the case description/narrative. If provided, then the event should be reviewed to determine if the event meets definition of persistent alopecia.

Additional columns may be created in the excel spreadsheet to reflect the data determined from review of these cases.

1

Please let me know if you are available to help.

Thanks in advance,

Noël

Confidential

Sanofi_05059758

# DOCETAXEL- Permanent/Irreversible Alopecia

SMC meeting date: 26-OCT-2015
Presented by: Nanae Hangai/Shang Jen


SANOFI

Confidential

SMC slide template | 1

Sanofi_01827600

# Docetaxel and Permanent/Irreversible Alopecia

- Docetaxel
  - **Microtubulin inhibitor**
  - **Indications**
    - Breast cancer, Non-small cell lung cancer, Prostate cancer, Gastric cancer, Head and Neck Squamous Cell cancer, Ovarian cancer
  - **Route**
    - IV infusion
  - **IBD**
    - 30-November-1994 (Mexico)
- Signal nature
  - **Permanent or irreversible alopecia**
- Signal source
  - **FDA request**
    - Update labelling with additional information on permanent or irreversible alopecia
- Scientific adjudication required
  - **If causal association between docetaxel and "permanent" or "irreversible" alopecia is confirmed**



SMC slide template | 2

# Permanent/Irreversible Alopecia In Labelling

- No mention of "permanent or irreversible" alopecia in USPI

- EU SmPC
  - **Description of selected adverse reactions in breast cancer for TAXOTERE 100 mg/m2 single agent**
    - Very rare: one case of alopecia non-reversible at the end of the study
  - **Post-marketing experience - Skin and subcutaneous tissue disorders**
    - Cases of persisting alopecia have been reported.



SMC slide template | 3

Confidential

Sanofi_01827602

# Relevant Current Labelling (CCDS v29)

- Section 11 Adverse Reactions
    - **Others**
        - Alopecia (79% with 0.5% severe)
        - Single agent
            - 100 mg/m2 – 79%
            - 75 mg/m2 – 38%
        - Combination with doxorubicin – 94.6%
- TAX 316 study
    - **Clinical important treatment related AEs**
        - All grades – 97.7%, Grade 3/4 - n/a
    - **Other persistent reactions**
        - The most common adverse events persisting into the follow-up period in TAC patients were alopecia (92.3%), ...
- GEICAM 9805 study
    - **Clinical important treatment related AEs**
        - All grades – 95.3%, Grade 3/4 – 0.2%
    - **Other persistent reactions**
        - The most common adverse events persisting into the follow-up period (median follow-up time of 10 years 5 months) were alopecia (9.2%), ...
        - Alopecia related to study drug started or worsened during the follow-up period in 42 patients (7.9%)


SANOFI

SMC slide template | 4

Confidential

Sanofi_01827603

# Permanent/Irreversible Alopecia

- Alopecia has multiple causes, and can be non-scarring and diffuse, non-scarring and focal, or scarring and focal
- Non-scarring diffuse hair loss is caused by
    - **Male-pattern baldness (androgenetic alopecia, which is common, familial, and androgenetic), female-pattern baldness (which is also androgenetic), telogen effluvium, anagen effluvium, primary hair shaft abnormalities, and congenital disorders**
- Telogen effluvium occurs when, because of synchronicity of hair cycle, many hairs enter the telogen (or resting) phase at once. At the end of this telogen phase, usually several months after the inciting event, a significant increase in hair shedding takes place
    - **Commonly caused by drugs such as antiproliferative chemotherapeutic agents, warfarin, H2-blockers, oral contraceptives, ACE inhibitors, β-blockers, and lithium**
- Anagen effluvium occurs when the hair is lost while in its anagen (or growth) phase
    - **Common causes include local radiation and chemotherapeutic agents**



SMC slide template | 5

# Permanent/Irreversible Alopecia

- The overall incidence of chemotherapy-induced alopecia in cancer patients is estimated at 65%.
    - **Many chemotherapy agents are intended to affect tissues with rapid metabolic rates, such as malignant cells, beside the unintended targets of bone marrow, gastrointestinal epithelium, and hair follicles**
- Hair growth is dependent on the metabolism of the hair follicles
    - **If antineoplastic drugs disrupt the hair follicles while they are in the anagen phase (as opposed to the telogen phase), alopecia is more likely to occur**
- In patients treated with docetaxel, the following classes of widely marketed anti-cancer agents are often associated to docetaxel in sequential and combination regimens; since these agents are known to cause alopecia, they are likely to contribute to the severity and duration of alopecia
    - **Taxoids – Paclitaxel; Topoisomerase inhibitors – Doxorubicin, Daunorubicin, Epirubicin, Topotecan, Aromatase inhibitors – Letrozole; Alkylators – Cyclophosphamide; Antimetabolites – 5-FU**



SMC slide template | 6

Confidential

Sanofi_01827605

# CASE REPORTS

- Search strategy
    - **Cumulative to up to 07-OCT-2015**
    - **HLT: Alopecia**
    - **Reported verbatim included "permanent", "irreversible" or event confirmed lasted more than 2 years**

- Overall description:

|  | Solicited | Unsolicited | Total |
|---|---|---|---|
| Consumer | 8 | 233 | 241 |
| HCP | 1208 | 744 | 1953 |
| Total | 1216 | 978 | 2194 |

| Outcome | Solicited | Unsolicited | All |
|---|---|---|---|
| Unknown* | 901 | 420 | 1321 |
| Not recovered | 157 | 243 | 410 |
| Recovering | 95 | 185 | 280 |
| Recovered | 55 | 81 | 136 |
| Recovered w/sequelae | 6 | 36 | 42 |
| Fatal** | 1 | 3 | 4 |
| Stabilized | 1 | 0 | 1 |
| Total | 1216 | 978 | 2194 |

*Includes blank
**Fatal outcome reported to other ADRs



SMC slide template | 7

Confidential                                                                    Sanofi_01827606

# CASE REPORTS - Pattern analysis

- A total of 117 cases (5.3 %) out of 2194 alopecia cases reported verbatim including word of "permanent" or "irreversible" or the ADR/AE of alopecia that lasted more than 2 years* with outcome of not recovered or recovering or unknown.
- 95 cases from unsolicited source
- 21 (of 22) solicited cases from one literature article
    - **1-8 years of alopecia**
    - **All female, treated with FEC-T for breast cancer (except one-EC-T)**
    - **All not recovered**

* Previous review showed 3 patients recovered 1.5 -2 years after onset of alopecia



SMC slide template | 8

# CASE REPORTS - Pattern analysis

- 95 - unsolicited report.
    - 77 cases – HCP
        - 9 Literature
        - 12 registry
    - 18 cases – Consumer

- Total cases (n=117)
    - **110 (94.0%)-Female, other unknown**
    - **99 (84.6%)-Breast cancer**
        - 70 (59.8%) with combination
            - FEC-T (n=47), AC-T (9), TAC (4), EC-T (5), TCH (3), TCH+pertuzumab (2)
        - 33 (28.2%) with hormonal Tx

| Outcome | N |
|---|---|
| Not recovered | 66 |
| Recovering | 20 |
| Recovered w/sequelae | 5 |
| Unknown | 26 |
| Total | 117 |



Confidential                                                                 Sanofi_01827608

# LITERATURE

- Permanent scalp alopecia related to breast cancer chemotherapy by sequential fuluorouracl/epurubicin/cyclophosphamide (FEC) and docetaxel: a prospective study of 20 patients - *N Kluger et al. Ann of Oncol 2012 Nov;23:2879-84*
    - **20 female patients with alopecia**
    - **duration of 1-8 years**
    - **Pathology from 15 patients**
        - Normal-3
        - Reduced hair follicle density and/or increased amount of vellus hair-8
        - Mild lymphatic infiltrate-10
        - Neither fibrosis nor destruction of the hair follicle, evocative of scaaring alopecia
    - **Despite of treatments, the most of patients had the feeling that hair was not growing yet without anymore loss.**



SMC slide template   |   10

Confidential

Sanofi_01827609

# LITERATURE

- **Permanent Alopecia After Systemic Chemotherapy** – *M Miteva, et al. Am J Dermatopathol 2011 Nov;33:345-50*
    - **10 patients with permanent alopecia (persist at least 1 year)**
    - **6 patients received docetaxel**
    - **duration of 1-2 years**
    - **Pathology from all patients**
        - Significantly increased number of telogen follicles
            - anagen to telogen ration= 3.6: 1 (normal 9:1)
        - Significantly increased number of minitualized or vellus-like hairs
        - Mild lymphatic infiltrate in 2 patients
    - **Hypothetical mechanism: Reduction of stem cells' population in the bulge or papilla.**



SMC slide template | 11

Confidential

Sanofi_01827610

# CLINICAL DATA

- TAX316/EFC6041/BCIRG001
    - TAC (N=744) vs. FAC (N=736)
    - AEs during the follow-up period include possibly/probably related TEAES that persisted in to the follow-up period and possibly/probably related AEs that started or worsened during the follow-up period.
- Persistent alopecia
- TAC: 92.3%; FAC: 87.6%
- Confounder:
    - **The patients receiving Tamoxifen for 5 years.**

Table 7 – Number (%) of patients with TEAEs during the treatment period (incidence ≥2% in TAC) that persisted into the follow-up period, regardless of causal relationship – safety population

| | TAC (N=744) | | | | FAC (N=736) | | | |
|---|---|---|---|---|---|---|---|---|
| MedDRA PT | All n (%) | Persisting into follow-up n (%) | Resolved[a] n (%) | Ongoing[a] n (%) | All n (%) | Persisting into follow-up n (%) | Resolved[a] n (%) | Ongoing[a] n (%) |
| Alopecia | 728 (97.8) | 687 (92.3) | 658 (95.8) | 29 (4.2) | 715 (97.1) | 645 (87.6) | 629 (97.5) | 16 (2.5) |

- TAC: docetaxel, doxorubicin, cyclophosphamide
- FAC: fluorouracil, doxorubicin, cyclophosphamide



SMC slide template | 12

Confidential

Sanofi_01827611

# CLINICAL DATA

- GEICAM 9805/TAX.ES1.301
  - TAC (N=532) vs. FAC (N=519)
  - AEs during the follow-up period include possibly/probably related TEAES that persisted in to the follow-up period and possibly/probably related AEs that started or worsened during the follow-up period.
- The most common AE persisted into Follow-up period: alopecia
  - TAC: 9.2%; FAC: 6.7%
- The most common AE that started or worsened during follow-up: alopecia
  - TAC: 7.9%; FAC: 6.0%
- Confounder:
  - The patients receiving Tamoxifen for 5 years.

- TAC: docetaxel, doxorubicin, cyclophosphamide
- FAC: fluorouracil, doxorubicin, cyclophosphamide



SMC slide template | 13

Confidential                                                                 Sanofi_01827612

# BIOLOGICAL PLAUSIBILITY

- Cytotoxic chemotherapy agents target rapidly dividing cells and as a result the highly proliferative hair matrix cells are an unintended target
- The pathophysiology of permanent alopecia remains unknown, with hypotheses involving toxic damage to stem cells/hair matrix cells of the hair bulb or disturbance of the signaling pathway to the secondary hair germ



SANOFI

SMC slide template | 14

Confidential

Sanofi_01827613

# DISCUSSION – Conclusion

- Discussion
    - **There is no definition of "permanent" or "irreversible" alopecia in terms of duration**
        - Literature showed the alopecia lasted up to 8 years.
        - TAX316 study showed alopecia was ongoing in 4.2% patients who received TAC arm at the 10 year follow-up period.
    - **Per cumulative review of cases, 5.3% of alopecia cases are considered as permanent alopecia**
    - **The majority of patients received combination regimen**

- Conclusion
    - **The cumulative weighted evidence is sufficient to support a causal association between Docetaxel and Permanent/Irreversible alopecia in patients who receive docetaxel.**



SMC slide template   |   15

Confidential

Sanofi_01827614

```
BegDoc: Sanofi_01827600
EndDoc: Sanofi_01827614
BegAttach: Sanofi_01827600
EndAttach: Sanofi_01827617
PageCount: 15
Custodian: SITS
All Custodians:
Date Created: 05/19/2012
Date Last Modified: 11/10/2017
DocType: Presentation
Original FilePath: \SMC DOCETAXEL Permanent Alopecia Presentation 26OCT2015 v3.p-
        pt
FileName: SMC DOCETAXEL Permanent Alopecia Presentation 26OCT2015 v3.ppt
FileExt: ppt
MD5 Hash: 54a8871034601590138bd26a58aeae48
File Size: 8485888
EMAIL Folder Path:
From:
To:
Subject:
Date Sent:
Date Received:
CC:
BCC:
Confidentiality: Confidential
Redacted:
Embedded: False
Conversation Index Value:
```