# EXHIBIT 10

| | |
|---|---|
| **From:** | Polizzano, Frances R&D/US |
| **Sent:** | Tuesday, October 06, 2015 12:06 PM |
| **To:** | Groult, Vanina R&D/FR |
| **Cc:** | Gupta, Sunil R&D/US; Lamoril, Christelle R&D/FR; Hangai, Nanae R&D/US; Ecstein-Fraisse, Evelyne PH/JP |
| **Subject:** | RE: FDA Communication, NDA020449/Taxotere®/sanofi-aventis/Supplement Request |

Dear Vanina,

Yes, I think that the Taxotere USPI and potential Docetaxel CCDS update should be discussed at the same time. Since permanent or irreversible alopecia is outside the scope of the current Docetaxel CCDS, could you please set-up the LWG meetings.

Best regards,
Fran

**From:** Groult, Vanina R&D/FR
**Sent:** Tuesday, October 06, 2015 7:28 AM
**To:** Polizzano, Frances R&D/US
**Cc:** Gupta, Sunil R&D/US; Lamoril, Christelle R&D/FR; Hangai, Nanae R&D/US; Ecstein-Fraisse, Evelyne PH/JP
**Subject:** RE: FDA Communication, NDA020449/Taxotere®/sanofi-aventis/Supplement Request

Dear Fran,
Many thanks for the information. We should also discuss the potential Taxotere CCDS update. Could we have USPI and CCDS discussed at same Labeling meetings?

Kind regards,
Vanina

**Vanina Groult, PhD**
Global Regulatory Affairs
Labeling, Oncology and Nutraceuticals
Chilly Mazarin, France
Tel: +33 1 69 74 56 84

vanina.groult@sanofi.com



**De :** Polizzano, Frances R&D/US
**Envoyé :** mardi 6 octobre 2015 01:21
**À :** Gupta, Sunil R&D/US; Lamoril, Christelle R&D/FR; Groult, Vanina R&D/FR; Cooper, Laura R&D/US; Ray, Pranav PH/US; Hangai, Nanae R&D/US; Jen, Shang R&D/US; Goodall, Adrian PH/US; Moniri, Samuel PH/US; Ilsley, Jillian GZ/US; Siemers, Michael PH/US
**Objet :** FW: FDA Communication, NDA020449/Taxotere®/sanofi-aventis/Supplement Request
**Importance :** Haute

Dear All,

1

EXHIBIT
Polizzano 3
Date: 2-28-18
MLG, CSR, RPR, CRR

Confidential                                              Sanofi_03285006

The FDA has request that Sanofi submit a labeling supplement for the Taxotere USPI, which provides additional information regarding permanent or irreversible alopecia, including Section 6.2 Postmarketing Experience and possibly Patient Information. The supplement should be submitted within 60 days (by or before November 30th).

This requested labeling supplement is a follow-up to a FDA Information Request to provide a summary of cases of permanent partial or total alopecia associated with docetaxel use on 23 March 2015. Sanofi submitted a response on 10 April 2015 (see attached document).

It should be noted that alopecia is listed as an adverse reaction in Section 6 Adverse Reactions (under Subsection 6.1 Clinical Trial Experience) of the Taxotere USPI and in Section 11 Adverse Reactions (under Subsection 11.1 Clinical Studies) of the Docetaxel CCDS. However, permanent or irreversible alopecia is not listed in the Taxotere USPI nor the Docetaxel CCDS.

A LWG meeting will be set-up shortly to discuss the FDA's labeling request.

Dear Jill,

Please let me know who is the appropriate US Medical Affairs contact for Taxotere.

Thanks,
Fran

---

**From:** Wahby, Sakar [mailto:Sakar.Wahby@fda.hhs.gov]
**Sent:** Friday, October 02, 2015 4:44 PM
**To:** Polizzano, Frances R&D/US
**Subject:** FDA Communication, NDA020449/Taxotere®/sanofi-aventis/Supplement Request
**Importance:** High

Dear Dr. Polizzano,

In reference to your NDA 020449 for Taxotere® (docetaxel) Injection Concentrate. After review of your response to the Agency's information request dated April 10, 2015, please find attached a copy of the Agency's Supplement Request under NDA 020449. Feel free to contact me with any questions. Please confirm receipt of this email communication.

Thank you,
Sakar

Sakar Wahby, PharmD
Regulatory Project Manager / DOP1
Office of Hematology & Oncology Products (OHOP) / CDER/ FDA
10903 New Hampshire Avenue / Bldg 22, Room 2133 / Silver Spring, MD 20993
sakar.wahby@fda.hhs.gov
(P): 240-402-5364
(F): 301-796-9845

Confidential                                                    Sanofi_03285006_0002

BegDoc: Sanofi_03285006
EndDoc: Sanofi_03285006_0002
BegAttach: Sanofi_03285004
EndAttach: Sanofi_03285007
PageCount: 2
Custodian: Polizzano, Frances
All Custodians: Polizzano, Frances;
Date Created: 10/15/2015
Date Last Modified: 10/15/2015
DocType: Email
Original FilePath: \Email\Exchange\PolizzanoFrances_NM60913_Exchange.pst\Top of
    Personal Folders\Recoverable Items\Purges\Taxotere - FDA request
    regarding permanent/ irreversible alopecia\RE: FDA Communication,-
    NDA020449/Taxotere/sanofi-aventis/Supplement Request
FileName:
FileExt:
MD5 Hash: a7153389559615ec74323e86e93a5664
File Size: 22474
EMAIL Folder Path:
From: "Polizzano, Frances R&D/US" <frances.polizzano@sanofi.com>
To: "Groult, Vanina R&D/FR" <vanina.groult@sanofi.com>
Subject: RE: FDA Communication, NDA020449/Taxotere/sanofi-aventis/Supplement Req-
    uest
Date Sent: 10/06/2015
Date Received: 10/06/2015
CC: "Gupta, Sunil R&D/US" <sunil.gupta@sanofi.com>; "Lamoril, Christelle R&D/FR"-
    <christelle.lamoril@sanofi.com>; "Hangai, Nanae R&D/US" <nanae.h-
    angai@sanofi.com>; "Ecstein-Fraisse, Evelyne PH/JP" <evelyne.ecst-
    ein-fraisse@sanofi.com>
BCC:
Confidentiality: Confidential
Redacted:
Embedded: False
Conversation Index Value: 01d0fd53046533efe44207cf47bea16bf72077c07637009a319400-
    001b772af00000876630