# EXHIBIT 1

Case 2:16-md-02740-JTM-MBN   Document 12905-2   Filed 06/17/21   Page 2 of 6

```
FINAL REPORT                            PAGE 0001 OF 0002

ALTON OCHSNER MEDICAL FOUNDATION        PATIENT NAME: MS ELIZABETH KAHN
1516 JEFFERSON HIGHWAY                  CLINIC NUMBER: 1813606
NEW ORLEANS, LOUISIANA 70121            ENCOUNTER DATE: 04-22-08
PHONE 504/842-3000                      DICTATOR: KARDINAL, CARL
PLACE OF ENCOUNTER: JEFFERSON HIGHWAY
```

PROVIDER NOTE

CONSULTATION

Mrs. Kahn is a 50-year-old woman with a newly diagnosed carcinoma of the left breast. She noted a mass in her left breast herself and came in for a consultation. She was evaluated by Dr. Corsetti, who felt that she had a 3-cm mass in the 2 o'clock position of the right breast. This mass was biopsied and was strongly estrogen receptor and progesterone receptor positive. It was also reported to be HER-2 2+ in 30% of the cells, and a FISH assay is pending. Imaging studies on the left breast on mammogram revealed that the tissue was heterogenously dense, and there was an asymmetric area in the left breast at 2 o'clock. Breast ultrasound was suggestive of a spiculated mass. Core biopsy was performed, which confirmed the presence of a lobular carcinoma of the left breast. A PET scan was performed, and the known breast cancer was not demonstrated on the PET scan, which unfortunately is sometimes characteristic of lobular carcinomas. Mrs. Kahn is interested in breast conserving surgery and is therefore a potential candidate for either an NSABP protocol B-40 or B-41, depending on her HER-2 status.

FAMILY HISTORY: Highly significant, in that her sister was diagnosed with carcinoma of the breast at age 32. Genetic testing is to be done. If the patient is BRCA-1 or BRCA-2 positive, this will clearly dictate her future management. Her family history is also positive for breast cancer in her mother, but she did not develop the breast cancer until she was age 80. Also positive in a paternal grandmother.

PAST MEDICAL HISTORY/REVIEW OF SYSTEMS: Essentially negative. She has no history of heart, lung, liver or kidney disease.

She takes no medications on a regular basis.

SOCIAL HISTORY: She works as a school librarian. She has never used alcohol or tobacco.

PHYSICAL EXAMINATION: She has no palpable adenopathy in the supraclavicular or axillary areas. She has an easily palpable mass in the left breast. She has been biopsied, so the mass does feel somewhat larger than Dr. Corsetti noted. It seems to be 3 x approximately 4 cm in diameter. The balance of her physical examination is unremarkable.

KAHN, ELIZABETH   MRN: 1813606   Encounter: L-181360620080422   DOS: 4/22/2008



1018- KAHN, ELIZABETH- Ochsner Health System 00860

FINAL REPORT                       PAGE 0002 OF 0002

ALTON OCHSNER MEDICAL FOUNDATION   PATIENT NAME: MS ELIZABETH KAHN
1516 JEFFERSON HIGHWAY             CLINIC NUMBER: 1813606
NEW ORLEANS, LOUISIANA 70121       ENCOUNTER DATE: 04-22-08
PHONE 504/842-3000                 DICTATOR: KARDINAL, CARL
PLACE OF ENCOUNTER: JEFFERSON HIGHWAY

PROVIDER NOTE

I had a long discussing lasting 20 or more minutes with the patient and
her husband with regard to neoadjuvant chemotherapy. She is scheduled to
have a MUGA scan tomorrow. She has already had a PET scan performed. She
is to have a breast MRI next week. As mentioned above, the FISH assay is
pending. We are evaluating her for both NSABP protocol B-40 and B-41.


     Carl G. Kardinal, M.D.



CGK/ah     100         LMod: 04/23/2008 09:30:27 (ET)
dd:04/22/2008 17:16:37 (ET)    td:04/23/2008 09:30:27 (ET)
VR:1316052 / JobID:30174529    DocID: 23982763   .
Document authenticated by Carl G. Kardinal, M.D., on 04/30/2008 14:29:03 ET

PRELIMINARY REPORT                     PAGE 0001 OF 0002

ALTON OCHSNER MEDICAL FOUNDATION      PATIENT NAME: MS ELIZABETH KAHN
1516 JEFFERSON HIGHWAY                CLINIC NUMBER: 1813606
NEW ORLEANS, LOUISIANA 70121          ENCOUNTER DATE: 05-21-08
PHONE 504/842-3000                    DICTATOR: KARDINAL, CARL
PLACE OF ENCOUNTER: OCHSNER CLINIC FOUNDATION

*Mistake Dr. Kardinal aware. See below.*

PROVIDER NOTE

CLINIC NOTE

Mrs. Kahn is a 50-year-old woman with a newly diagnosed carcinoma of the left breast. She noted a mass in her left breast and came in for consultation. She was evaluated by Dr. Corsetti. She had 3 cm mass at 2 o'clock position of the right breast. This was biopsied and was strongly estrogen receptor and progesterone receptor positive.

SCREENING: HER-2 was 2+, FISH assay confirms that she does not amplify HER-2.

When she was previously seen she did have a routine urinalysis. The urinalysis was compatible with a urinary tract infection. On questioning Mrs. Kahn she indeed has had symptoms of a urinary tract infection intermittently over the last few months. She has seen her primary care physician and he had not recommended antibiotic treatment but rather acidifying her urine. I did repeat her urinalysis today as well as get a urine culture and gave her a prescription for Cipro 500 mg twice daily for 7 days.

Mrs. Kahn has had a chemotherapy port placed. She has also had the repeat biopsy of the left breast as required by protocol B-40. This was done 6 days ago.

PHYSICAL EXAMINATION: Body weight 196 pounds. Blood pressure 132/73. Pulse 72 beats per minute. She has no palpable supraclavicular or axillary lymphadenopathy. Examination of the right breast reveals no masses. Examination of the left breast again confirms the presence of a 3 x 4 cm mass in the upper inner quadrant of the breast.
CARDIAC: Reveals a regular rate and rhythm with no murmurs, rubs, or gallops.
LUNGS: Clear to auscultation and percussion.
ABDOMEN: Soft and her liver is not palpably enlarged.

IMPRESSION: Mrs. Kahn has a T2N0 clinical exam and she will be started on treatment with NSABP protocol B-40. She will be randomized this afternoon.


                         **** COPY ****

KAHN, ELIZABETH   MRN: 1813606   Encounter: L-181360620080521   DOS: 5/21/2008

PRELIMINARY REPORT                    PAGE 0002 OF 0002

ALTON OCHSNER MEDICAL FOUNDATION      PATIENT NAME: MS ELIZABETH KAHN
1516 JEFFERSON HIGHWAY                CLINIC NUMBER: 1813606
NEW ORLEANS, LOUISIANA 70121          ENCOUNTER DATE: 05-21-08
PHONE 504/842-3000                    DICTATOR: KARDINAL, CARL
PLACE OF ENCOUNTER: OCHSNER CLINIC FOUNDATION

PROVIDER NOTE

    Carl G. Kardinal, M.D.

CGK/lf      100              LMod: 05/21/2008 14:19:46 (ET)
dd:05/21/2008 13:08:51 (ET)    td:05/21/2008 14:19:46 (ET)
VR:1348180 / JobID:30720006   DocID: 24415473

\*\*\*\* COPY \*\*\*\*

KAHN, ELIZABETH   MRN: 1813606   Encounter: L-181360620080521 DOS: 5/21/2008

1018- KAHN, ELIZABETH- Ochsner Health System  01654

```
FINAL REPORT                    PAGE 0001 OF 0002

ALTON OCHSNER MEDICAL FOUNDATION  PATIENT NAME: MS ELIZABETH KAHN
1516 JEFFERSON HIGHWAY            CLINIC NUMBER: 1813606
NEW ORLEANS, LOUISIANA 70121      ENCOUNTER DATE: 05-29-08
PHONE 504/842-3000                DICTATOR: KARDINAL, CARL
PLACE OF ENCOUNTER: JEFFERSON HIGHWAY
```

PROVIDER NOTE

CLINIC NOTE

Mrs. Kahn is a 50-year-old woman with a carcinoma of the left breast. This breast mass is 3 cm in diameter at the 2 o'clock position in the right breast. It has been biopsied. It was strongly estrogen-receptor and progesterone-receptor positive. HER-2 was 2+. FISH assay confirms that her HER-2 is not amplified. She has been enrolled on NSABP protocol B-40. She was randomized to receive bevacizumab, Taxotere, and Xeloda. This will be her first course of treatment. We discussed risks and benefits as well as side effects of each of the individual medications.

She was also noted to have a urinary tract infection. It was treated with Cipro 500 mg twice daily for approximately 3 days. She then broke out into a macular-papular rash. Cipro has now been discontinued.

PHYSICAL EXAMINATION: She has a 3 x 4-cm mass in the upper inner quadrant of her left breast. She has no palpable regional adenopathy.

Today, she will receive bevacizumab 15 mg/kg, which calculates out to be 1330 mg; docetaxel 75 mg/square meter, which is 143 mg; and capecitabine 825 mg/square meter twice daily, which is a dose of 1650 mg twice daily. Her body surface area is 1.98. She was also given a prescription for Compazine 10 mg daily as well as Duke's solution. She should return to the clinic in 3 weeks with a CBC and chemistry profile to continue therapy.

        Carl G. Kardinal, M.D.

```
CGK/co    100         LMod: 05/29/2008 13:58:16 (ET)
dd:05/29/2008 11:54:41 (ET)     td:05/29/2008 13:58:16 (ET)
VR:1356722 / JobID:30854923    DocID: 24527650  .
Document authenticated by Carl G. Kardinal, M.D., on 06/02/2008 17:55:58 ET
```