# EXHIBIT 2

1           UNITED STATES DISTRICT COURT
2            EASTERN DISTRICT OF LOUISIANA
3
4    ELIZABETH KAHN,
5    Plaintiff,
6     vs.                            Case No. 2:16-cv-17039
7    SANOFI S.A., SANOFI-AVENTIS U.S.
     L.L.C., SANOFI US SERVICE, INC., and
8    AVENTIS-PHARMA S.A.,
9    Defendants.
10
                  * * * * * * * * * *
11
12   CYNTHIA THIBODEAUX,
13   Plaintiff,
14    vs.                            Case No. 2:16-cv-15859
15   SANOFI S.A., SANOFI-AVENTIS U.S.
     L.L.C., SANOFI US SERVICE, INC., and
16   AVENTIS-PHARMA S.A.
17   Defendants.
18
19         Videotape Deposition of CARL KARDINAL, M.D.,
20   taken on behalf of the defendants, at the residence of
21   Carl Kardinal, M.D., 6008 Dornagh Court, in the city
22   of Columbia, State of Missouri, on the 17th day of
23   January 2018, before Heather L. Shallow, Certified
24   Court Reporter, Registered Professional Reporter,
25   Registered Merit Reporter.        Job No. NJ2783240

1      MR. MICELI:  I'll do the same thing.  I've
2  already been doing it in my head.
3      THE VIDEOGRAPHER:  Okay.  The time is
4  11:21 a.m.  We are off the record and this ends Media
5  2.
6      (A lunch recess was had.)
7      THE VIDEOGRAPHER:  Okay.  The time is
8  12:42 p.m. and we are back on the record.
9      Q.  (By Ms. Bieri)  Dr. Kardinal, when you are
10 deciding what chemotherapy drugs or regimen to
11 prescribe for a patient, what factors do you consider?
12     A.  Obviously we -- what disease she has, what
13 stage of the disease does she have, is she relatively
14 newly diagnosed or is this a recurrence.  These are
15 all factors that come in.
16     Q.  In looking at Exhibit 4 --
17     A.  Four?
18     Q.  Yes, please.
19     A.  Okay.
20     Q.  We'll talk about that in a minute.
21     A.  Yeah.  Okay.
22     Q.  When you were -- what factors about
23 Miss Kahn did you consider when you decided to
24 recommend NSABP B-40?
25     A.  Well, she had, you know, a mass in her

Page 100

1   breast that was fairly large and it was one that was
2   going to require preoperative chemotherapy, and we had
3   a very good clinical trial which was comparing, you
4   know, all good treatment versus the test arm which was
5   felt to be possibly better and this is why we
6   considered her for that clinical trial.
7        Q.   In looking at Exhibit 4 on the first page,
8   the last sentence --
9        A.   This; right?  Yeah.
10       Q.   Yes, please.  The last sentence of the first
11  paragraph suggests that to be in NSABP-40, Miss --
12  patients had to be HER2 negative.  Is that your
13  recollection?
14       A.   Yes.  Yes.
15       Q.   So you said that you prescribed or
16  recommended NSABP-40 to patients because you thought
17  it was the standard of care or more; right?
18       A.   Correct.
19       Q.   Did you talk to patients enrolled in
20  NSABP-40 about the possibility of hair loss during
21  chemotherapy?
22       A.   It's difficult to remember what you said
23  back multiple years ago, but I'm sure I did.
24       Q.   So tell me -- did you under -- can
25  Adriamycin cause alopecia?