# EXHIBIT 4



Form T2 (10-09-2006)
Page 1 of 2

## NSABP PROTOCOL B-40
### Treatment Form for Docetaxel/Capecitabine Cycles in Groups 2A and 2B


9353

| Patient Initials | K (Last) | , | E (First) | (Middle) |

Fax to 412-622-2111

NSABP Patient ID

**Institution/Affiliate** CCOP, OCHSNER CLINIC FOUNDATION, NEW ORLEANS, LA  / CCOP, ALTON OCHSNER MEDICAL FOUNDATION, NEW ORLEANS, LA

**Treating MD** _____ Last Name _____ First Name _____ Phone

**Person Completing Form** ZAZULAK (Last Name) MELANIE (First Name) _____ Phone

**Are data amended?** (check box if yes, and circle amended items)  ☐ Yes

*Submit this form when Docetaxel/Capecitabine treatment has ended in a Group 2A or 2B patient or if the patient randomized to Group 2A or 2B did not begin Docetaxel/Capecitabine.*

### Total Number of Cycles Given (Docetaxel/Capecitabine)
○ None
○ 1
○ 2
○ 3
● 4

### Why did treatment end (or not begin)? (Docetaxel/Capecitabine)
● Treatment completed per protocol criteria
○ Adverse event/side effects/complications
○ Alternative therapy
○ New lesion (including second primary cancer) or other sign of progression
○ Death
○ Other

*Complete one row of the following treatment table for each Docetaxel/Capecitabine cycle administered, and leave any remaining rows blank.*

| Cycle Number | Cycle Start Date | | | Agent Name / Agent Dose per M² | | Number of Capecitabine Doses Administered (0 - 28 doses) ** |
| --- | --- | --- | --- | --- | --- | --- |
| | Month | Day | Year | Docetaxel (mg/m²) * | Capecitabine (mg/m²) * | |
| 1 | 05 | 29 | 2008 | 75 | 825 | 28 |
| 2 | 06 | 19 | 2008 | 75 | 825 | 16 |
| 3 | 07 | 10 | 2008 | 75 | 650 | 14 |
| 4 | 07 | 31 | 2008 | 60 | 650 | 27 |

\* Dose used to calculate the amount of drug to be administered.
In Groups 2A and 2B, full dose of **docetaxel** is 75 mg/m². Full dose of **capecitabine** is 825 mg/m².

\*\* If no capecitabine doses were missed during the cycle (BID on days 1-14), the total number of doses would be 28.

Mark Circles Like This: → ●


9353

Kahn, Elizabeth - NSABP 000063



9353

Form T2 (10-09-2006)
Page 2 of 2

Patient Initials: K (Last), E (First), ☐ (Middle)

NSABP Patient ID: [redacted]

**Comments:**

9353