# EXHIBIT 5

```
                                                              Page 1

 1           UNITED STATES DISTRICT COURT
 2           EASTERN DISTRICT OF LOUISIANA
 3    * * * * * * * * * * * * * * * * * * * * * * * *
 4    ELIZABETH KAHN,                    CASE NO.
         Plaintiff.                      2:16-cv-17039
 5    v.
      SANOFI S.A.,
 6    SANOFI-AVENTIS U.S.,
      L.L.C., SANOFI US
 7    SERVICE, INC., and
      AVENTIS-PHARMA, S.A.,
 8         Defendants.
      and
 9    CYNTHIA THIBODEAUX,                CASE NO.
         Plaintiff,                      2:16-cv-15859
10    v.
      SANOFI S.A.,
11    SANOFI-AVENTIS U.S.,
      L.L.C., SANOFI US
12    SERVICE, INC., and
      AVENTIS-PHARMA, S.A.,
13         Defendants.
14
15    * * * * * * * * * * * * * * * * * * * * * * * *
16
                          DEPOSITION
17                            OF
18                     DR. ZOE LARNED
19        Taken on Wednesday, February 21, 2018
20            Commencing at 1:05 p.m.
21                      at the
22        GAYLE & TOM BENSON CANCER CENTER
23             1514 Jefferson Highway
24             New Orleans, Louisiana
25    Job No. NJ2816476
```

Page 66

1    Q.  Has anything in Exhibit 6 changed the way
2    that you warn about Taxotere?
3    A.  No.  I didn't even bother looking at it.
4    They just told me to bring something if I had it,
5    and that was all I had.
6    Q.  Understood.
7        Let's look at the exhibit dealing with your
8    treatment of Ms. Kahn, which is Exhibit 1.
9        And I'm going to take -- if it doesn't
10   offend you, I'm going to take this one out of the
11   way and put a clip on it just so we don't get these
12   mixed up.
13   A.  Okay.
14   Q.  And did you begin treating Ms. Kahn on
15   June 19th of 2008?
16   A.  That is likely correct.
17   Q.  Feel free to look at that top record that's
18   Bates labeled 970 if that helps refresh your
19   recollection.
20       (Witness peruses document.)
21   A.  Yes.
22   Q.  And did you take over care of Ms. Kahn after
23   she had already opted to participate in NSABP B-40?
24   A.  Yes.
25   Q.  And after that clinical trial was already

Page 67

1  underway?
2      A.  Yes.
3      Q.  And Ms. Kahn had already lost her hair,
4  correct?
5          (Witness peruses document.)
6  BY MS. BIERI:
7      Q.  If you look toward the bottom of the first
8  page, I was looking --
9          THE REPORTER:  Is there a response to that?
10         MS. BIERI:  There isn't.  I'm helping the
11         witness.
12         THE REPORTER:  Okay.
13  BY MS. BIERI:
14     Q.  If you look towards the bottom of the first
15  page --
16     A.  Yes, I see it.
17     Q.  Let me ask the question again.
18         At that time when you began treating Ms.
19  Kahn, had she already lost her hair?
20     A.  Correct, she had lost her hair.
21     Q.  So you wouldn't have had the opportunity to
22  see Ms. Kahn's hair pre chemo?
23     A.  No.
24     Q.  I'm going to hand you what's being marked as
25  Deposition Exhibit No. 7, and I'll represent to you

Page 128

1   Q.  And by the time she got to you, she had
2   totally finished the Taxotere; is that right?
3   A.  Yes.
4   Q.  Okay.
5       So you didn't have any -- any discussions
6   with her as to the risk or the benefits of Taxotere
7   since it had already happened; is that right?
8   A.  Correct.
9   Q.  And with regard to Ms. Kahn, at the time
10  that you saw her, she was --
11      MS. BIERI:  Hold on for just one second.
12          Are you now going to be doing all the
13      questioning about Kahn?
14      MR. MAHER:  Well, I'm going to ask some.
15      MS. BIERI:  If you are going to ask
16      questions about Kahn, then only you are
17      going to ask questions about Kahn.
18      MR. MAHER:  Okay, that's fine.  That's fine.
19      MS. BIERI:  Is that fine with you?
20      MS. PEREZ REYNOLDS:  That's fine.
21      MR. MAHER:  Okay.
22  BY MR. MAHER:
23  Q.  So Ms. Kahn was -- when you first started --
24  when you took over from Dr. Kardinal with regard to
25  the care of Ms. Kahn --

1      A.   Uh-huh.
2      Q.   -- she had already started her clinical
3  trial as well; is that right?
4      A.   Yes, she had.
5      Q.   And she had already had at least one dose of
6  Taxotere; is that right?
7           MS. BIERI:  Object to the form.
8      A.   Yes.
9      Q.   And since she had already started her
10 Taxotere and the clinical trial, you wouldn't have
11 gone -- re-gone over the consent forms with her,
12 would you have?
13     A.   No.
14     Q.   Okay.
15          You wouldn't have had any more discussion
16 with her about the risks or benefits of Taxotere at
17 that point since it had already been done, correct?
18          MS. BIERI:  Object to the form.
19     A.   Correct.
20     Q.   Okay.  Thank you.
21          And again, are you aware of any other
22 chemotherapy agent that the FDA has required a label
23 change with regard to disclosing reports of adverse
24 events consisting of permanent hair loss other than
25 Taxotere?