# EXHIBIT 6

John A. Glaspy, M.D.

```
 1            UNITED STATES DISTRICT COURT
 2            EASTERN DISTRICT OF LOUISIANA
 3     *******************************
 4     IN RE:  TAXOTERE
 5     (DOCETAXEL) PRODUCTS          MDL No. 2740
 6     LIABILITY LITIGATION          Section: "H"
 7                                   Judge Milazzo
 8     This Document Relates to:   Mag. Judge North
 9     All Cases
10     *******************************
11
12            Remote Videotaped Deposition of
13     JOHN A. GLASPY, M.D., held at the location
14     of the witness in Los Angeles, California,
15     commencing at 9:05 a.m., on the 13th of May,
16     2020, before Maureen O'Connor Pollard,
17     Registered Diplomate Reporter, Realtime
18     Systems Administrator, Certified Shorthand
19     Reporter.
20                   - - -
21
                GOLKOW LITIGATION SERVICES
22         877.370.3377 ph | 917.591.5672 fax
                   deps@golkow.com
23
24
25
```

1    Mrs. Kahn's diagnosis and treatment.

2              You do not offer an opinion in
3    your report that Ms. Kahn's doctors did
4    anything wrong in her care, diagnosis, and
5    treatment, correct?

6         A.    That's correct.

7         Q.    And specifically, you will not
8    offer an opinion that Dr. Kardinal, the
9    oncologist that placed Ms. Kahn in the NSABP
10   B-40 study breached any standard of care in
11   his diagnosis and selection of a treatment
12   plan for Ms. Kahn, will you?

13        A.    I will not.

14        Q.    Okay.  So no opinions about
15   malpractice, right?

16        A.    Well, actually I have an
17   opinion about malpractice.  I don't think it
18   occurred.

19        Q.    Okay.  Excellent.

20        A.    So that would be a better way
21   to state it.

22        Q.    Right.

23              And you don't offer an opinion
24   in your report that the use of the Taxotere
25   regimen that Ms. Kahn received in the context

```
 1          A.      Yes.
 2          Q.      Okay.  Thank you.
 3                  If you could, turn with me to
 4   page 40 of your report.
 5          A.      Got it.
 6          Q.      Okay.  I want to go over with
 7   you that paragraph, or parts of that
 8   paragraph that begins "As an experimental
 9   clinical trial."
10          A.      Yes.
11          Q.      Do you see that paragraph?
12                  Now, I know you've already said
13   earlier in this deposition, and I want to
14   make sure I heard it correctly, you don't
15   criticize the treatment received, which
16   includes the regimen received by Ms. Kahn, is
17   that a fair statement?
18          A.      That's correct.
19          Q.      Okay.  But for purposes of
20   preparing for what I may hear at trial, not
21   necessarily from you, but others, I wanted to
22   review a little bit of this paragraph where
23   it says, "As an experimental clinical trial,
24   the regimens were outside of the labeling and
25   NCCN guidelines in existence at the time."
```

```
 1                    Do you see that?
 2         A.    I do.
 3         Q.    Okay.  Now, for starters,
 4   what's in the label for Taxotere is very
 5   different than what's in the approved
 6   preferred NCCN guideline regimens, correct?
 7         A.    Correct.  There's a lot more in
 8   the NCCN than there is in the approved
 9   indications.
10         Q.    Right.  The approved indication
11   for adjuvant care of early stage breast
12   cancer in the Taxotere label is and has
13   always been only TAC, correct?
14         A.    That's correct.
15         Q.    Okay.  And even you yourself
16   have a preferred regimen -- when I say
17   "preferred," your preferred choice to use in
18   the adjuvant setting when using Taxotere as
19   TC, correct?
20         A.    Often, that's correct.
21         Q.    Is that your most frequently
22   used adjuvant treatment for women with early
23   stage breast cancer?
24         A.    In HER2-negatives, yes.
25         Q.    Okay.  And that, your own
```

John A. Glaspy, M.D.

1  preferred personal choice, is off-label,
2  correct?
3      A.   In the sense that the dose of
4  Adriamycin is zero, yes.
5      Q.   Okay.  But that's something
6  that -- I mean, it's well-known in your
7  industry, your business, that oncologists
8  follow regimens that are either documented in
9  clinical trials or approved by the NCCN as
10  preferred regimens even if they aren't
11  on-label for Taxotere, correct?
12      A.   That's true.
13      Q.   Okay.  And would you say that's
14  relatively well-known in the oncology, breast
15  oncology circles?
16      A.   Yes.
17      Q.   Okay.  And because you yourself
18  have been involved in performing, I don't
19  know if that's even the right word, or
20  conducting clinical trials, I assume you
21  approve of patients participating in clinical
22  trials?
23      A.   Yes.
24      Q.   Right.  Again, I think you may
25  have already said this, but for purposes of

```
 1   making sure I have a clean record, you will
 2   not be offering an opinion that there was
 3   anything wrong with Ms. Kahn receiving her
 4   care in the context of a clinical trial?
 5        A.    I will not.
 6        Q.    And without clinical trials in
 7   patients like Ms. Kahn, the advancements in
 8   chemotherapy and for adjuvant care of early
 9   stage breast cancer would not occur as you've
10   described them in your report and throughout
11   this deposition, right?
12        A.    That's correct.
13        Q.    All right.  And you enroll
14   patients -- I mean, do you currently enroll
15   patients in clinical trials?
16        A.    I do.
17        Q.    And that has been the case for,
18   what, the 30 years you've been practicing as
19   a -- 30-plus years you've been practicing as
20   an oncologist?
21        A.    That's correct.
22        Q.    Okay.  Now, in the context of
23   Ms. Kahn's treatment within the B-40 NSABP
24   study, would the term "backbone" be
25   appropriate for -- an appropriate description
```