# EXHIBIT 7

Gerald P. Miletello, M.D.

```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF LOUISIANA
 3     *******************************
 4     IN RE:   TAXOTERE
 5     (DOCETAXEL) PRODUCTS          MDL No. 2740
 6     LIABILITY LITIGATION          Section: "H"
 7                                   Judge Milazzo
 8     This Document Relates to:   Mag. Judge North
 9     All Cases
10     *******************************
11
12              Remote Videotaped Deposition of
13     GERALD P. MILETELLO, M.D., held at the location
14     of the deponent in Baton Rouge, Louisiana,
15     commencing at 10:14 a.m. on the 21st of May,
16     2020, before Maureen O'Connor Pollard,
17     Registered Diplomate Reporter, Realtime
18     Systems Administrator, Certified Shorthand
19     Reporter.
20                         - - -
21
                 GOLKOW LITIGATION SERVICES
22         877.370.3377 ph | 917.591.5672 fax
                    deps@golkow.com
23

24

25
```

```
 1    on the record in the Taxotere matter, those
 2    are still correct and accurate?
 3         A.    Yes.  Nothing has changed.
 4         Q.    With regard to the care and
 5    treatment that was provided to Elizabeth Kahn
 6    by Dr. Kardinal, it's your belief that all of
 7    it was within the standard of care, correct?
 8         A.    Yes.
 9         Q.    And that all of the patient
10    counseling that Dr. Kardinal provided was
11    reasonable and within the standard of care?
12         A.    Yes.
13         Q.    And that, as a matter of fact,
14    from your review of the records, that all of
15    the counseling and treatment that was
16    provided to Elizabeth Kahn by the medical
17    providers through the course of her care for
18    her cancer, was all of that within the
19    standard of care?
20         A.    Yes, I feel like it was.
21         Q.    And we'll talk about this in
22    more detail, but Elizabeth Kahn chose/elected
23    to be enrolled in a clinical trial as part of
24    her treatment, correct?
25         A.    Yes.
```

Gerald P. Miletello, M.D.

1  Q. And that's a clinical trial
2  that you were familiar with, right?
3  A. Very, yes, I am.
4  Q. And that's the same clinical
5  trial that Cynthia Thibodeaux, who we -- who
6  you gave a deposition concerning a few months
7  ago, that's the same clinical trial that
8  Ms. Thibodeaux was enrolled in, right?
9  A. That's correct.
10  Q. So all of the responses that
11  you gave to questions concerning that
12  clinical trial generally in previous
13  depositions in this case under oath, I'm
14  assuming that those responses are correct and
15  accurate?
16  A. Yes, that's correct.
17  Q. And if I asked you those same
18  questions today I'd get the same responses,
19  I'm assuming, right?
20  A. Yes, you would.
21  Q. And having Elizabeth Kahn
22  enroll in the clinical trial as Dr. Kardinal
23  did, that was within the standard of care as
24  well, right?
25  A. Absolutely. Yes, it was.

Gerald P. Miletello, M.D.

```
 1    therapy involving Taxotere that wasn't -- for
 2    example, the TC label, that would have been
 3    reasonable and appropriate for you to utilize
 4    back in 2008, even though from that technical
 5    definition the TC combination therapy that
 6    you utilized wasn't on-label, right?
 7         A.    That's correct.
 8         Q.    And not only was it not
 9    unusual, but it was highly usual back in
10    2008, as today, for oncologists such as
11    yourself to prescribe these chemotherapy
12    regimens off-label, right?
13         A.    Yes.
14         Q.    And as a matter of fact, the
15    chemotherapy regimen that Cynthia -- I'm
16    sorry, let me start that question over.
17               The chemotherapy regimen that
18    Elizabeth Kahn was administered in this case
19    by Dr. Kardinal was technically off-label,
20    but was certainly within the standard of
21    care, correct?
22         A.    Absolutely.  And be in a
23    clinical trial who was very clear -- that was
24    very clear in there, and I think the drugs
25    were actually provided by the people
```