# EXHIBIT 8

```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF LOUISIANA


IN RE:  TAXOTERE (DOCETAXEL)    *      16-MD-2740
PRODUCTS LIABILITY LITIGATION   *
                                *      Section H
                                *
Relates to:  Barbara Earnest    *      September 23, 2019
             16-CV-17144        *
* * * * * * * * * * * * * * * * *


               DAY 6 - AFTERNOON SESSION
            TRANSCRIPT OF JURY TRIAL BEFORE
             THE HONORABLE JANE T. MILAZZO
             UNITED STATES DISTRICT JUDGE
```

Appearances:

```
For the Plaintiffs:        Barrios Kingsdorf & Casteix, LLP
                           BY:  DAWN M. BARRIOS, ESQ.
                           701 Poydras Street, Suite 3650
                           New Orleans, Louisiana 70139


For the Plaintiffs:        Gainsburgh Benjamin David Meunier
                             & Warshauer, LLC
                           BY:  M. PALMER LAMBERT, ESQ.
                           1100 Poydras Street, Suite 2800
                           New Orleans, Louisiana 70163


For the Plaintiffs:        Pendley Baudin & Coffin, LLP
                           BY:  CHRISTOPHER L. COFFIN, ESQ.
                           1100 Poydras Street, Suite 2505
                           New Orleans, Louisiana 70163


For the Plaintiffs:        Gibbs Law Group, LLP
                           BY:  KAREN BARTH MENZIES, ESQ.
                           6701 Center Drive West, Suite 1400
                           Los Angeles, California 90045
```

JAMES CARINDER - CROSS

1 prescribing information, and then you spent some time talking
2 about how you prescribed it here. And I just want to spend
3 just a couple minutes on that with you, okay?
4 A. Okay.
5 Q. So let's talk about the label that would have been in
6 effect for Taxotere at this time when you were treating
7 Mrs. Earnest. And I want to focus specifically on, of course,
8 treatment for her breast cancer, which would be adjuvant, okay?
9 A. Yes.
10 Q. Because the label speaks to different dosing and a
11 different regimen, depending upon whether the patient is
12 metastatic or adjuvant, true?
13 A. True.
14 Q. So let's talk about what would apply to Mrs. Earnest,
15 which, of course, would be adjuvant.
16         And you would agree with me, sir, that the label that
17 was in place at the time, the Taxotere label, had an
18 FDA-approved treatment set out, which was Adriamycin given at
19 the same time as Cytoxan, and then followed an hour later by
20 Taxotere, right?
21 A. Are you talking about the TAC regimen?
22 Q. Yes, sir --
23 A. Okay.
24 Q. -- which is in the Taxotere label.
25 A. Right.

JAMES CARINDER - CROSS

| | | | |
|---|---|---|---|
| 03:19 | 1 | Q. | Is that correct so far? |
| 03:19 | 2 | A. | Yes. |
| 03:19 | 3 | Q. | And Adriamycin, according to the label, would be |
| 03:19 | 4 | | prescribed at 50 -- I'm just going to say milligrams, okay? |
| 03:19 | 5 | A. | Uh-huh. |
| 03:19 | 6 | Q. | We know it's meters squared. |
| 03:19 | 7 | | But Adriamycin would be prescribed at 50, right -- |
| 03:19 | 8 | A. | Yes. |
| 03:19 | 9 | Q. | -- according to the Taxotere label? |
| 03:19 | 10 | | Cytoxan at 500, true? |
| 03:20 | 11 | A. | Yes. |
| 03:20 | 12 | Q. | And then Taxotere at 75, right? |
| 03:20 | 13 | A. | Yes. |
| 03:20 | 14 | Q. | And that is a regimen, Adriamycin and Cytoxan, followed by |
| 03:20 | 15 | | Taxotere an hour later, according to the Taxotere label is |
| 03:20 | 16 | | something that would be given six times every three weeks, |
| 03:20 | 17 | | right? |
| 03:20 | 18 | A. | Yes. |
| 03:20 | 19 | Q. | And we can agree that your prescription in this case |
| 03:20 | 20 | | differed from the Taxotere label. |
| 03:20 | 21 | | Is that fair? |
| 03:20 | 22 | A. | Differed from that regimen, yes. |
| 03:20 | 23 | Q. | Yes, sir, which is set forth in the label, true? |
| 03:20 | 24 | A. | Yes. |
| 03:20 | 25 | Q. | Okay. And, again, just to move along, what you gave, sir, |

JAMES CARINDER - CROSS

```
03:20   1   was dose-dense Adriamycin and Cytoxan, true?
03:20   2   A.   Yes.
03:20   3   Q.   And "dose-dense" means that you give it to the patient on
03:20   4   a different schedule versus nondose-dense, right?
03:20   5   A.   Yes.
03:20   6   Q.   So dose-dense, by definition, means you get the Adriamycin
03:20   7   and the Cytoxan every two weeks instead of every three, right?
03:20   8   A.   Yes.
03:20   9   Q.   All right.  And that's what you did here, true?
03:21  10   A.   Yes.
03:21  11   Q.   Okay.  And the reason you gave dose-dense --
03:21  12   A.   Because it was the standard of care by then.
03:21  13   Q.   And I was going to ask you something a little different.
03:21  14            But the reason you were giving dose-dense in 2011 and
03:21  15   the reason you gave it to Mrs. Earnest is that there was a
03:21  16   little more efficacy if you gave the Adriamycin and the Cytoxan
03:21  17   dose-dense --
03:21  18   A.   Yes.
03:21  19   Q.   -- as opposed to nondose-dense.
03:21  20            Is that fair?
03:21  21   A.   Yes.
03:21  22   Q.   And that's why you made that decision to give that to
03:21  23   Mrs. Earnest that way, true?
03:21  24   A.   We have been doing it a long time.  But by then it was
03:21  25   firmly standard of care.
```

JAMES CARINDER - CROSS

```
03:21   1  Q.  Okay.  And you had found it worked well in your patients?
03:21   2  A.  Yes.
03:21   3  Q.  It was effective?
03:21   4  A.  Yes.
03:21   5  Q.  And you believe dose-dense was important.
03:21   6  A.  Yes.
03:21   7  Q.  And that's why you gave it to Mrs. Earnest.
03:21   8  A.  Yes.
03:21   9  Q.  Now, the doses that you gave, you gave Adriamycin at
03:21  10  60 milligrams, right?
03:22  11  A.  Yes.
03:22  12  Q.  And Cytoxan at 600?
03:22  13  A.  Yes.
03:22  14  Q.  Which you would agree with me -- I'm only just asking --
03:22  15  it is different than what's in the Taxotere label.
03:22  16        Is that fair?
03:22  17  A.  It's different than the TAC regimen, yes.
03:22  18  Q.  Which is discussed in the Taxotere label.
03:22  19  A.  Yes.
03:22  20  Q.  And then when you got to the Taxotere, instead of giving
03:22  21  it an hour later, according to the label, my understanding is
03:22  22  it was administered at three weeks after Adriamycin and Cytoxan
03:22  23  were completed, true?
03:22  24  A.  Yes.  It was a single agent.
03:22  25  Q.  Okay.  Very good.
```

JAMES CARINDER - CROSS

1  Q.  And the dose of Taxotere that you gave to
2  Mrs. Earnest was a hundred milligrams per meter squared.
3  A.  Yes.  Because it was a single agent.  It wasn't in
4  combination with another drug.
5  Q.  You would agree with me, though, that when the Taxotere
6  label speaks to the administration of Taxotere in the adjuvant
7  setting, the dose that it references is 75 milligrams.
8  A.  Now, yes.
9  Q.  Well, then too, sir.
10 A.  There were -- we gave 75 milligrams per meter squared as a
11 single agent with metastatic disease.  At that time, we were
12 giving a hundred per meter squared in an adjuvant setting.
13 Q.  Okay.  Let me ask you this, because the label says what it
14 says and I don't want to take up a bunch of everyone's time:
15 The Taxotere label sets forth the TAC regimen that we just
16 discussed, true?
17 A.  Yes.
18 Q.  And the regimen that you gave Mrs. Earnest, the dose-dense
19 Adriamycin and Cytoxan, as you said, followed by the
20 Taxotere --
21 A.  Yes.
22 Q.  -- at a hundred milligrams, you believed that that was a
23 regimen -- my point is just that putting aside whatever the
24 label said, you believed that that was in her best interest,
25 true?

JAMES CARINDER - CROSS

```
03:24  1  A.   Yes.
03:24  2  Q.   You thought that was going to be the most effective
03:24  3  regimen for her, true?
03:24  4  A.   Yes.
03:24  5  Q.   And one that would minimize unnecessary complications,
03:24  6  true?
03:24  7  A.   Yes.
03:24  8  Q.   And then just a question briefly on the guidelines.
03:24  9           MS. SASTRE:  If we can bring up the first page,
03:24 10  please.
03:24 11  BY MS. SASTRE:
03:24 12  Q.   Do you still have your set in front of you if you need
03:24 13  them?
03:24 14  A.   Somewhere in the pile I do.
03:24 15  Q.   I can give you another copy.
03:24 16  A.   Could you, please?
03:24 17  Q.   Yes.
03:24 18           MS. SASTRE:  Can we bring up the first page, please.
03:25 19              I can put it up on the ELMO if that's easier.
03:25 20  It may be faster.  Thank you.
03:25 21  BY MS. SASTRE:
03:25 22  Q.   So, Doctor, we are looking now all together at the 2011
03:25 23  NCCN guidelines, right?
03:25 24  A.   Yes.
03:25 25  Q.   And I don't know whether it's been explained, but this is
```

JAMES CARINDER - CROSS

```
03:25  1  the National Comprehensive Cancer Network, right?
03:25  2  A.    Yes.
03:25  3  Q.    That's what NCCN is?
03:25  4  A.    Yes.
03:25  5  Q.    And these are guidelines that are just intended to assist
03:25  6  physicians in providing the best outcome to patients, right?
03:25  7  A.    Yes.
03:25  8  Q.    Okay.  You see that the very first preferred adjuvant
03:26  9  regimen is TAC, right?
03:26 10  A.    Yes.
03:26 11  Q.    And then the next one is dose-dense AC followed by Taxol,
03:26 12  correct?
03:26 13  A.    Yes.
03:26 14  Q.    And if you look at the whole list of regimens, whether it
03:26 15  be preferred or other adjuvant regimens, you would agree with
03:26 16  me that there is no dose-dense AC regimen followed by Taxotere,
03:26 17  true?
03:26 18  A.    They don't have it written that way.
03:26 19  Q.    And so my question is just simply:  Because you gave
03:26 20  dose-dense for the reasons you explained, you would agree with
03:26 21  me that your regimen of dose-dense Adriamycin and Cytoxan
03:26 22  followed by Taxotere every three weeks is not on the 2011
03:27 23  guidelines.
03:27 24  A.    They don't phrase it with "dose-dense," but no one has
03:27 25  given AC every three weeks for years.
```

JAMES CARINDER - CROSS

03:27 1   Q.   And my question is just simply:  That regimen is not here.
03:27 2   Is that fair?
03:27 3   A.   No.  They don't phrase it that way on there, no.
03:27 4   Q.   And even if -- sir, if we turn to -- the closest thing to
03:27 5   what you did would be the regimen under "Other," which is AC
03:27 6   followed by docetaxel every three weeks, right?
03:27 7   A.   Yes.
03:27 8   Q.   But what's missing from the beginning of that is the
03:27 9   dose-dense part, right?
03:27 10  A.   Right.
03:27 11  Q.   And if we turn to the next page, sir, it has a specific
03:27 12  section on that regimen.  You see it's right there, right?
03:27 13  That's the AC followed by Taxotere regimen from page 1, right?
03:28 14  A.   Yes.
03:28 15  Q.   And what it says here under the guidelines, it says under
03:28 16  this regimen you give AC every 21 days, right?
03:28 17  A.   It's what it says there.  We pretty much gave all the AC
03:28 18  as a dose-dense.
03:28 19  Q.   I totally get it and I'm not being critical in any way.
03:28 20  A.   No, I see what's written here.
03:28 21  Q.   Yeah.  What you did was different than what's written in
03:28 22  the guidelines.
03:28 23  A.   Yes.
03:28 24  Q.   Okay.  But what you did is what you thought was in
03:28 25  Mrs. Earnest's best interest, right?

JAMES CARINDER - CROSS

| | |
|---|---|
| 03:28  1 | **A.** Yes. |
| 03:28  2 | **Q.** And she's living proof that it worked. |
| 03:28  3 | **A.** She is here. |
| 03:28  4 | **Q.** Yeah. Okay. All right. You can put the guidelines down. |
| 03:28  5 | Just a couple more minutes and I'll be done, Doctor. |
| 03:29  6 | Now, Mr. Schanker, who did your direct exam, is an |
| 03:29  7 | attorney that you met with a number of times before your |
| 03:29  8 | deposition in this case and also before your trial testimony |
| 03:29  9 | today, right? |
| 03:29 10 | **A.** Once before the deposition. |
| 03:29 11 | **Q.** Let's talk about that just for a moment, okay? |
| 03:29 12 | I believe that you also know the gentleman sitting at |
| 03:29 13 | counsel's table on the far left, Mr. Coffin? |
| 03:29 14 | **A.** Yes. |
| 03:29 15 | **Q.** And I believe -- and I want to start at the very |
| 03:29 16 | beginning, but I believe how this all started is that you got a |
| 03:29 17 | phone call from Mr. Coffin in about November of 2017, right? |
| 03:29 18 | **A.** I don't remember if I got a phone call from him. |
| 03:30 19 | **Q.** Okay. You agree that was about two months before your |
| 03:30 20 | deposition was taken? |
| 03:30 21 | **A.** The deposition was in January of 2018, so yes. |
| 03:30 22 | **Q.** And let me just show you your deposition just to refresh |
| 03:30 23 | your recollection, Doctor. I know it's been a long time. But |
| 03:30 24 | if you'd turn to page 18, please, line 6. |
| 03:30 25 | From line 6: "Do you recall meeting" -- |

JAMES CARINDER - CROSS

```
03:30   1              THE COURT:  I thought you were refreshing his memory.
03:30   2              MS. SASTRE:  Okay.
03:30   3   BY MS. SASTRE:
03:30   4   Q.   If you'd read from line 6 to line 17.
03:30   5              MS. SASTRE:  That's fine, Your Honor.
03:31   6              THE WITNESS:  I don't even remember that.  I mean, I
03:31   7   didn't remember that --
03:31   8   BY MS. SASTRE:
03:31   9   Q.   That's okay.
03:31  10   A.   -- honestly.
03:31  11   Q.   No problem.  I understand.  This is not a memory test on
03:31  12   every single thing, so, again, it was just to refresh your
03:31  13   memory.
03:31  14              But you see now that you testified you had a phone
03:31  15   call with Mr. Coffin.
03:31  16   A.   It must have been a brief one.
03:31  17   Q.   And Mr. Coffin was somebody that represented you
03:31  18   previously -- I know you talked about that on direct exam -- in
03:31  19   a lawsuit, true?
03:31  20   A.   True.
03:31  21   Q.   So you had familiarity with him.  You knew who he was and
03:31  22   he knew who you were, right?
03:31  23   A.   Yes.
03:31  24   Q.   And after that, you had a meeting -- I believe several
03:31  25   weeks before your deposition -- where Mr. Schanker was present,
```

JAMES CARINDER - CROSS

```
03:31  1  true?
03:32  2  A.   Yes.
03:32  3  Q.   And I believe another attorney was there, too, who
03:32  4  represents the plaintiff, a lawyer named John Thornton?
03:32  5  A.   I don't remember the name.
03:32  6  Q.   And do you recall Mr. Coffin also joined you by phone?
03:32  7  A.   No.
03:32  8  Q.   And do you recall that on that date, that you met with
03:32  9  plaintiff's counsel for about an hour?  Does that sound about
03:32 10  right?
03:32 11  A.   An hour seems a stretch, but it could have been.
03:32 12  Q.   And you talked with them about, of course, this lawsuit,
03:32 13  right?
03:32 14  A.   Yes.
03:32 15  Q.   And you would agree with me no lawyer or representative
03:32 16  from Sanofi was there, true?
03:32 17  A.   No.  I didn't meet anyone representing Sanofi until they
03:32 18  deposed me.
03:32 19  Q.   Right.  And your deposition, of course, both sides were
03:32 20  present and we asked you questions under oath like today,
03:32 21  right?
03:32 22  A.   Yes.
03:32 23  Q.   But before your deposition and before trial and, candidly,
03:32 24  at any time -- I know we haven't met before today, right?
03:32 25  A.   Right.
```