# EXHIBIT 9

1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF LOUISIANA

3

4

5    IN RE:   TAXOTERE (DOCETAXEL)
              PRODUCTS LIABILITY
6             LITIGATION
                                    Docket No.: 16-MD-2740
7                                   Section "H(5)"
                                    September 16, 2019
8                                   New Orleans, Louisiana

9

     *Relates To*:  *Barbara Earnest*,
10   *Case No.: 16-CV-17144*

11
     *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
12

13                      DAY 1, MORNING SESSION
                  TRANSCRIPT OF JURY TRIAL PROCEEDINGS
14        HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
                    UNITED STATES DISTRICT JUDGE
15

16
     APPEARANCES:
17
     For the Plaintiffs:        Barrios, Kingsdorf & Casteix, LLP
18                              BY:  DAWN BARRIOS, ESQ.
                                701 Poydras Street
19                              Suite 3650
                                New Orleans, Louisiana 70139
20

21
     For the Plaintiffs:        Gainsburgh, Benjamin, David,
22                                Meunier & Warshauer, LLC
                                BY:  PALMER LAMBERT, ESQ.
23                              2800 Energy Centre
                                1100 Poydras Street
24                              New Orleans, Louisiana 70163-2800

25

                            *OFFICIAL TRANSCRIPT*

1    experience a side effect from the medication that he was given?

2    Or is what you're saying is that he was given medications, but,

3    unfortunately, he still passed away?

4         PROSPECTIVE JUROR 3:  He was given -- he just passed

5    away.  I mean, he lost his hair.  He -- you know, I mean, he

6    was having trouble breathing at the end, but, I mean, that was

7    because of the cancer.  But he didn't have any trouble -- I

8    mean, I don't think he had any trouble with the drugs.

9         MS. SASTRE:  Okay.  Is there any other reason that you

10   made this statement that you thought pharmaceutical companies

11   should do more to warn doctors of potential side effects?

12        PROSPECTIVE JUROR 3:  I don't remember saying that.

13   I'm sorry.

14        MS. SASTRE:  Listen, it's a long questionnaire, and I

15   totally get it.  Not a problem, Ms. Duhe.

16             Then I think you also said that you were unsure

17   if you had experiences that might influence whether you

18   believed alopecia, meaning hair loss, was permanent.  Was that

19   in reference to your son-in-law?

20        PROSPECTIVE JUROR 3:  Yes.

21        MS. SASTRE:  For how long did his hair loss last?

22        PROSPECTIVE JUROR 3:  Well, he was diagnosed in

23   November, and he lost his hair in January, died in May.

24        MS. SASTRE:  Okay, ma'am.  I'm not going to ask any

25   more questions about him.  Thank you, again, very much.  I

*OFFICIAL TRANSCRIPT*