# EXHIBIT 10

```
08:48:06   1                    UNITED STATES DISTRICT COURT

           2                    EASTERN DISTRICT OF LOUISIANA

           3

           4

           5    IN RE:   TAXOTERE (DOCETAXEL)
                         PRODUCTS LIABILITY          Docket No.: 16-MD-2740
           6             LITIGATION                  Section "H(5)"
                                                     September 20, 2019
           7                                         New Orleans, Louisiana

           8    Relates To:  Barbara Earnest,
                Case No.: 16-CV-17144
           9

          10    * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

          11
                                  DAY 5, MORNING SESSION
          12                TRANSCRIPT OF JURY TRIAL PROCEEDINGS
                       HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
          13                    UNITED STATES DISTRICT JUDGE

          14

          15    APPEARANCES:

          16    For the Plaintiffs:        Barrios, Kingsdorf & Casteix, LLP
                                           BY:  DAWN BARRIOS, ESQ.
          17                               701 Poydras Street
                                           Suite 3650
          18                               New Orleans, Louisiana 70139

          19

          20    For the Plaintiffs:        Gainsburgh, Benjamin, David,
                                             Meunier & Warshauer, LLC
          21                               BY:  PALMER LAMBERT, ESQ.
                                           2800 Energy Centre
          22                               1100 Poydras Street
                                           New Orleans, Louisiana 70163-2800
          23

          24

          25

                                    OFFICIAL TRANSCRIPT
```

|  |  |
|---|---|
| 11:33:33 1 | A.  Correct. |
| 11:33:33 2 | Q.  And then I just want to work down.  So we have the TAC, |
| 11:33:38 3 | and then the next one down is dose-dense AC followed by |
| 11:33:44 4 | paclitaxel every two weeks.  Do you see that? |
| 11:33:48 5 | A.  I do. |
| 11:33:48 6 | Q.  And then we have the next one down, which is AC followed |
| 11:33:57 7 | by weekly paclitaxel.  Do you see that? |
| 11:33:58 8 | A.  Correct. |
| 11:33:58 9 | Q.  So, I'm just curious, what's the difference between |
| 11:34:02 10 | dose-dense AC and just AC? |
| 11:34:04 11 | A.  About 20- to $40,000. |
| 11:34:07 12 | Q.  But what's the difference? |
| 11:34:09 13 | A.  So, when you give the AC every two weeks, followed by |
| 11:34:15 14 | Taxol every two weeks, you have to give a growth factor.  So I |
| 11:34:19 15 | think we've talked about when you give chemotherapy, you slow |
| 11:34:23 16 | the growth of cells that rapidly divide, and the blood cells |
| 11:34:28 17 | are one of those, so we lower the white count, which is what |
| 11:34:32 18 | leads to the risk of infection.  And we have to wait until the |
| 11:34:35 19 | white count comes back before we can give the next dose. |
| 11:34:40 20 | One of the ways we investigated can we make treatment |
| 11:34:43 21 | more effective years ago is by giving it closer together.  And |
| 11:34:48 22 | with the development of the '90s of white cell growth factor, |
| 11:34:53 23 | we could give the chemotherapy one day, give a shot the next |
| 11:34:55 24 | day which would help the white cells grow back faster.  So |
| 11:35:00 25 | instead of waiting three weeks between treatments, we could |

*OFFICIAL TRANSCRIPT*