# EXHIBIT 1

Lesley Fierro

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

                          -   -   -
 3

                                    :
 4   IN RE: TAXOTERE            :
     (DOCETAXEL) PRODUCTS       : MDL No. 2740
 5   LIABILITY LITIGATION       : Section H(5)
     _____ : JUDGE MILAZZO
 6                              : MAG. JUDGE NORTH
     This Document Relates to: :
 7   All Cases                  :
 8

 9

10                        -   -   -
11                  January 17, 2019
12                        -   -   -
13                  LESLEY FIERRO
14                        -   -   -
15
16          Transcript of the videotaped
     deposition of LESLEY FIERRO, pursuant to
17   the Federal Rules of Civil Procedure, held
     at Nexsen Pruet, 400 Main Street, Suite 100A
18   Main Street Office Campus, Hilton Head Island,
     South Carolina, 29926, commencing 9:00 a.m. on
19   the above-referenced date, as taken by and
     before Karen Kidwell, RMR, CRR, CRC, and Notary
20   Public.
21                        -   -   -
22
23
24          GOLKOW TECHNOLOGIES, INC.
          ph 877.370.3377  |  fax 917.591.5672
25              deps@golkow.com
```

```
 1    InTouch Solutions, posted on the Sanofi's Facebook

 2    page, correct?

 3               MR. DePAZ:  Objection to form.

 4               THE WITNESS:  Right.

 5    BY MR. WOOL:

 6         Q.   And then she concludes the same way, "You

 7    are receiving this message in accordance with

 8    Sanofi-Aventis corporate guidelines."  Correct?

 9         A.   Correct.

10         Q.   Are you familiar with Taxol?

11         A.   It's a competitor to Taxotere.

12         Q.   Okay.  Then somebody from med info, Rubin

13    Bedell, forwarded this to pharmacovigilance and to

14    you that same day, correct?

15         A.   Correct.

16         Q.   Do you remember receiving any of these?

17         A.   No, not specifically.

18         (Exhibit 15 was marked for identification.)

19    BY MR. WOOL:

20         Q.   I'm going to hand you what I'll mark as

21    Exhibit 15.

22               Now, if we look down below, it appears

23    this e-mail was forwarded a couple of times.  It

24    appears the original e-mail is from Jim Dayton.  Do

25    you see that?
```

Lesley Fierro

```
 1          A.   Yes.

 2          Q.   And that was on April 18th, 2010, correct?

 3          A.   Yes.

 4          Q.   So just over a month after those two prior

 5   e-mails we just looked at?

 6          A.   Correct.

 7          Q.   And he reports, "I am monitoring the

 8   SA Voices Facebook page on behalf of Sanofi-Aventis,

 9   and I -- "and discovered the following comment."

10   Correct?

11          A.   Correct.

12          Q.   And the comment he's reporting from

13   Facebook is that "Facebook user" -- blank, because

14   it's been redacted.  Do you see that? --

15          A.   Yes.

16          Q.    -- "posted, 'My medical team has spoken to

17   you, and therefore I have been informed that your

18   drug Taxotere has done this to me.  Why do you ignore

19   me and refuse to contact me?  Why don't you explain

20   to me why your drug Taxotere has permanently

21   disfigured me and hundreds of others?'"

22               Did I read that right?

23          A.   Yes.

24          Q.   "You say it is very rare, but very rare

25   means less than .01 percent, and that's just not
```

Lesley Fierro

```
 1    true.  And you know it."

 2         A.   Yes, I see that.

 3         Q.   Okay.  So then it appears next in this

 4    chain -- oh, and then it concludes, "You are

 5    receiving this message in accordance with

 6    Sanofi-Aventis corporate guidelines."  Correct?

 7         A.   Correct.

 8         Q.   So the e-mail somehow makes its way to

 9    Stacy Burch.  Do you know Stacy Burch, or remember

10    her?

11         A.   Yes.

12         Q.   And who is Stacy Burch?

13         A.   She was in the communications department.

14         Q.   Okay.  And she writes back to Jim, and

15    what does she ask Jim?

16         A.   She says, "Jim, did you all remove the

17    comment and report?"

18         Q.   And so Jim responds to her an hour and

19    3 minutes later.  And what does he respond?

20         A.   "Yes, the comment was repeated, cut and

21    paste 32 times on multiple posts.  All were removed,

22    and the user was reported and banned."

23         Q.   And that e-mail gets forwarded to you,

24    correct?

25         A.   That e-mail gets forwarded to the med info
```

Lesley Fierro

```
 1    mailbox.

 2         Q.   I'm sorry --

 3         A.   I'm not -- I'm not the one monitoring the

 4    med info mailbox, but yes.

 5         Q.   So his e-mail that all the 32 posts were

 6    removed and the user was reported and banned, was

 7    sent to med info, and med info then sent it to you

 8    and pharmacovigilance, correct?

 9         A.   Correct.

10         Q.   Now, this was sent to you.  What do you

11    understand him to mean when he says, "The user was

12    reported and banned"?

13              MR. DePAZ:  Objection to form.

14              THE WITNESS:  I don't want to speculate

15         what he means.  I mean, I don't want to

16         speculate what he means.  I -- I mean, they --

17         everyone at InTouch was fully trained on making

18         sure that anything that came into the mailbox

19         was reported to USPV.  So I'm going to assume

20         that he does not mean that they were reported

21         and discarded.  He means that they were removed

22         from the website, cut and paste and put into

23         some other form that made its way to USPV.

24    BY MR. WOOL:

25         Q.   And USPV is the pharmacovigilance
```

Lesley Fierro

```
 1   department, correct?

 2         A.   Pharmacovigilance, yes.

 3         Q.   All right.  And -- I understand, I think,

 4   where the confusion is.

 5              By "removed," it means removed from the

 6   Facebook page, not taken out of the pharmacovigilance

 7   database, correct?

 8              MR. DePAZ:  Objection to form.

 9              THE WITNESS:  Correct.

10   BY MR. WOOL:

11         Q.   Okay.  And when the user was reported,

12   that meant reported to Facebook, correct?

13              MR. DePAZ:  Objection to form.

14              THE WITNESS:  I -- I don't know

15         specifically if he means reported to Facebook or

16         reported to Sanofi.  But an effort was made to

17         make sure that they did not continue posting.

18   BY MR. WOOL:

19         Q.   And -- and that's the person being banned

20   from the page?

21              MR. DePAZ:  Objection to form.

22              THE WITNESS:  Presumably, yes.

23   BY MR. WOOL:

24         Q.   So the person could no longer continue to

25   post?
```

Lesley Fierro

```
 1          Q.   So -- but this is what -- this is what

 2   InTouch Solutions has logged in that cell?

 3               MR. DePAZ:  Object to form.

 4   BY MR. WOOL:

 5          Q.   And if we look over to "Product

 6   mentioned," it says "Yes."  Do you see that?

 7          A.   Yes.

 8          Q.   It says it mentioned Taxotere, right?

 9          A.   Correct.

10          Q.   And then under "Plan of action," it says,

11   "Post removed, user blocked and reported."  Correct?

12          A.   Correct.

13          Q.   And if they are following Sanofi's

14   instructions, "Reported" would mean that they

15   reported them to Facebook, and doing so would take

16   down all the posts by that user, correct?

17               MR. DePAZ:  Object to form.

18               THE WITNESS:  Correct.

19   BY MR. WOOL:

20          Q.   Okay.  Let's look at the comment by

21   Shirley Ledlie.  Do you see -- that's the fifth down.

22          A.   Okay.

23          Q.   "Stop hiding the figures."  Is that

24   what -- how her comment begins?

25          A.   Yes.
```

Lesley Fierro

1        Q.   "I did say I wouldn't stop till there was

2   global publicity.  You can't shut up women that you

3   disfigure."  You see that?

4        A.   Yes.

5        Q.   Now, it does appear that the post was

6   removed, correct?

7             MR. DePAZ:  Object to form.

8             THE WITNESS:  Correct.

9   BY MR. WOOL:

10       Q.   So Sanofi did shut her up in that

11   instance?

12            MR. DePAZ:  Object to form.

13            THE WITNESS:  It appears that that's true,

14      correct?

15            MR. DePAZ:  Object to form.

16            THE WITNESS:  Correct.

17   BY MR. WOOL:

18       Q.   Let's look on the second page.  In the

19   middle, there's sort of a big box under "Comment"

20   that starts with "John Mack."

21       A.   Yes.

22       Q.   Do you know who John Mack is?

23       A.   I don't know him specifically, but I know

24   he -- he moderated a -- a Facebook -- I don't know

25   what you called it back then, like a live Facebook --

Lesley Fierro

1    the med info e-mail address, correct?

2         A.   When there was a -- yes, when it met the

3    guidelines for sending it to us.

4         Q.   And those were eventually forwarded on to

5    you, correct?

6              MR. DePAZ:  Object to form.

7              THE WITNESS:  They were forwarded on to

8         the med info mailbox, and I was copied.

9    BY MR. WOOL:

10        Q.   So let's look at Dushyant Gupta's comment.

11   Okay?

12        A.   Yes.

13        Q.   Do you see the middle of the page?

14        A.   I see two of them.

15        Q.   Let's look at the second one.  It says,

16   "What is Voices all about?"  Do you see that?

17        A.   Yes.

18        Q.   "Can you please explain me the primary

19   objectives behind starting Voices and about its

20   history?"

21             And then there's a parenthetical that says

22   "Discussions tab."  Right?

23        A.   Correct.

24        Q.   And then if you go over to "Plan of

25   Action," it says, "Post remains on discussions."

Lesley Fierro

```
 1   Right?

 2        A.   Yes.

 3        Q.   "Joan, Stacy, and Sabrina contacted re how

 4   to proceed, approved response posted."  Correct?

 5        A.   Correct.

 6        Q.   And then if you look down, two lines below

 7   the "Comment" field --

 8        A.   Uh-huh.

 9        Q.   -- that we were just looking at. it

10   appears to be the response that InTouch Solutions on

11   Sanofi's behalf sent to Mr. Gupta, correct?

12             MR. DePAZ:  Object to form.

13             THE WITNESS:  It's a post that is on this

14      Sanofi-Aventis Voices.

15   BY MR. WOOL:

16        Q.   And it says, "Thank you for your question,

17   Dushyant, and interest in Sanofi-Aventis Voices."  Do

18   you see that?

19        A.   Yes.

20        Q.   And then it continues, "Voices is the

21   Sanofi-Aventis U.S. grassroot and civic involvement

22   network," right?

23        A.   Correct.

24        Q.   "As people who work in the health care

25   profession, we have the opportunity to be well
```

1    informed and reach out to help inform others."  Is

2    that correct?

3            A.   Correct.

4            Q.   "We will make our Voices heard throughout

5    the community on issues of importance to patients,

6    our network, and our company."  Correct?

7            A.   Correct.

8            Q.   So it appears that InTouch, on behalf of

9    Sanofi, is explaining that the point of the Voices

10   Facebook page is for there to be an opportunity to be

11   well informed, correct?

12              MR. DePAZ:  Object to form.

13              THE WITNESS:  They're saying that the

14       purpose of this -- of this Facebook page is to

15       inform others on issues of importance to

16       patients, our network, and the company.

17   BY MR. WOOL:

18           Q.   Okay.

19           A.   I mean, the purpose of the -- the specific

20   purpose of the Voices page was not to solicit adverse

21   events, but it was to inform others about, you know,

22   issues of interest.

23           Q.   Isn't that something that these women who

24   are reporting their permanent alopecia were also

25   doing?  They were reporting an adverse event, and