# EXHIBIT 2

Madeline Malia

```
 1       IN THE UNITED STATES DISTRICT COURT
 2     FOR THE EASTERN DISTRICT OF LOUISIANA
 3                    - - -
 4
       IN RE:   TAXOTERE         :   MDL NO. 2740
 5     (DOCETAXEL) PRODUCTS      :   SECTION: "N"
       LIABILITY LITIGATION      :   (5)
 6                               :   JUDGE
       THIS DOCUMENT RELATES     :   ENGELHARDT
 7     TO:                       :   MAG. JUDGE
                                 :   NORTH
 8     ALL CASES                 :
 9
                           - - -
10
                    October 10, 2018
11
                           - - -
12
13              Videotaped deposition of
       MADELINE MALIA, taken pursuant to notice,
14     was held at the law offices of Shook
       Hardy & Bacon, 2001 Market Street,
15     Philadelphia, Pennsylvania beginning at
       9:11 a.m., on the above date, before
16     Michelle L. Gray, a Registered
       Professional Reporter, Certified
17     Shorthand Reporter, Certified Realtime
       Reporter, and Notary Public.
18
19                         - - -
20
            GOLKOW LITIGATION SERVICES
21        877.370.3377 ph| 917.591.5672
                 deps@golkow.com
22
23
24
```

Madeline Malia

1           Form.
2                THE WITNESS:  This is a
3           document that they -- that they've
4           shared with me.
5     BY MS. MENZIES:
6           Q.   Okay.  All right.  And so
7     it's -- this first e-mail is from you to
8     a number of individuals dated March 8th.
9     And this was -- it looks like it was sent
10    at 9:51 p.m. and it's -- the subject is
11    "Taxotere again.  Taxotere alopecia
12    communication plan response and next
13    steps."
14               Do you see where I'm at?
15         A.    I do.
16         Q.    And you write here in this
17    e-mail, "Dear colleagues, as we map out
18    our strategy based on our information
19    gathering, I'm recommending that we
20    identify a smaller group (Taxotere rapid
21    response team), that will communicate on
22    this matter to determine next steps
23    moving forward."
24               Do you recall why you wanted

1  to put together a smaller rap- -- and why
2  you called it a rapid response team?
3           A.    Yeah, I think I mentioned
4  earlier, just -- so in this situation,
5  social media, again, was really new.  And
6  so there wasn't a sort of approved
7  process for how you quickly respond to
8  things.  I mean, sometimes responses can
9  take a surprisingly long time.
10                So the point here was to be
11 able to put together a team of people who
12 were sort of, you know, empowered and
13 responsible for responding quickly to
14 social -- any discussion that was
15 specifically happening on social media or
16 media inquiries that were coming through.
17          Q.    Okay.  And then you kind of
18 describe here an immediate team, a review
19 team, and then informed.
20                Can you just generally
21 explain what the differences are amongst
22 those?
23          A.    Right.  So the immediate
24 team, myself is included here, is

1   communications, digital and social media.
2   So that team would presumably be
3   responsible for sort of project
4   management, if you will.
5            The review team here,
6   there's, as I mentioned before legal,
7   medical, and regulatory which is very
8   standard.
9            And then informed, you know,
10  just making sure that folks within the
11  company who might see online discussion
12  know that, you know, know that this is
13  happening.
14       Q.   Okay.  And then in the --
15  then you -- below that you have,
16  "Situation analysis."  As a
17  communications person, what does
18  situation analysis refer to?
19       A.   Like background, just sort
20  of capturing, you know, what's happening
21  from whatever, you know, purview you're
22  looking at this.  So in this case it
23  looks like it's outlining the -- the
24  discussion starting with the Globe and

Madeline Malia

1    Mail.
2         Q.    In other words, what is the
3    situation we're dealing with?
4         A.    Yeah, background, so that
5    when, you know, you're starting to engage
6    people, they know what it is that you're
7    referring to.
8         Q.    Sure.  What this project,
9    what this situation, what you're working
10   on?
11        A.    Right.
12        Q.    Okay.  And then you talk
13   about the Globe and Mail article.  And
14   you mention Dr. Jacobs who was the doctor
15   from Sanofi cited in the Globe and Mail
16   article, right?
17        A.    I'm sorry.  Let me just
18   catch up with you.
19        Q.    That's fine.
20        A.    Yes.  Dr. Jacobs, okay.
21        Q.    And you give them a status
22   of additional mainstream story -- oh, I'm
23   sorry.
24              "The Globe and Mail story

Madeline Malia

1  has not generated any additional
2  mainstream stories, but it was picked up
3  by" -- and then you mentioned a few, Rita
4  Rubin of USA Today, and some digital/
5  PharmaMarketing Consultants, those blogs
6  from PharmaMarketing and John Mack and
7  World of DTC.
8          A.   Right.
9          Q.   Okay.
10         A.   That's where I was
11  mentioning earlier, like why they were
12  interested was because of the fact that
13  it was, you know, something that was
14  happening and taking place on social
15  media.
16         Q.   And then -- then you said,
17  "The Globe article also spurred blog
18  discussions on BNET," which we just
19  looked at?
20         A.   Mm-hmm.
21         Q.   And you also mentioned
22  Pharmalot which we saw in an earlier
23  document, right?
24         A.   Yes.