# EXHIBIT 4

Confidential - Under Protective Order

```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF LOUISIANA
 3
      IN RE:  TAXOTERE (DOCETAXEL)     ) MDL No. 2740
 4    PRODUCTS LIABILITY LITIGATION,   ) SECTION:  "H"
                                       ) JUDGE MILAZZO
 5    This Document Relates to:        )
      ALL CASES                        )
 6    _____     ) MAG. JUDGE NORTH
                                       )
 7    ***************************************************
      ***************************************************
 8            CONFIDENTIAL UNDER PROTECTIVE ORDER
      ***************************************************
 9    ***************************************************
10         VIDEO DEPOSITION OF 30(b)(6) DEPOSITION OF
         INTOUCH SOLUTIONS, INC. BY AND THROUGH THEIR
11         DESIGNATED REPRESENTATIVE MATTHEW J. GOYER,
12
13    produced, sworn, and examined on Thursday,
      the 13th day of December, 2018, between the hours
14    of 8:00 o'clock in the forenoon and 6:00 o'clock in
      the afternoon of that day at the law offices of
15    Evans & Mullinix, P.A., 7225 Renner Road,
      Suite 200, in the City of Shawnee, County of
16    Johnson, State of Kansas, before:
17
         JANIECE Y. YOUNG, RPR, CSR-No. 1217, CCR-No. 798
18              Registered Professional Reporter
                  Certified Livenote Reporter
19
20
      a Certified Court Reporter within and for the State
21    of Missouri and a Certified Shorthand Reporter
      within and for the State of Kansas.
22
23
      Taken on behalf of Plaintiffs pursuant to
24    Amended Notice to Take Depositions.
25
```

Golkow Litigation Services                              Page 1

```
 1        Q.    "Post removed."  So what does that mean?
 2              MS. BIERI:  Foundation.
 3        A.    Being that this is a Facebook monitoring
 4   report, post removed would mean that the content
 5   under comment was removed.
 6        Q.    (By Mr. Centola)  So an Intouch employee
 7   would -- had access to the Sanofi-Aventis voices
 8   Facebook page and would remove that post?
 9        A.    That is my understanding.
10        Q.    Next words after "post removed" are "user
11   blocked."
12        A.    Uh-huh.
13        Q.    What was that user blocked from?
14        A.    Being that this is the Sanofi Voices
15   Facebook page, it is my assumption that the user
16   was blocked as a user to post to the Voices --
17   Sanofi-Aventis Voices Facebook page.
18        Q.    And the user blocked, was that a decision
19   made by Intouch using a guideline set forth by
20   Sanofi?
21        A.    It was my experience that the actions
22   taken for any social media monitoring process would
23   have been complied with based on the directions
24   that we had received, the guidance we would have
25   received from Sanofi.
```

 1      Q.    So Intouch is blocking this user pursuant
 2   to the guidance received by Sanofi --
 3            MS. BIERI:  Objection to form --
 4      Q.    (By Mr. Centola) -- received from Sanofi?
 5            MS. BIERI:  Foundation and form.
 6      A.    Could you ask that again just to make
 7   sure I understand your question?
 8      Q.    (By Mr. Centola)  Sure.
 9            The user is being blocked by an Intouch
10   employee pursuant to the guidelines received by
11   Sanofi?
12            MS. BIERI:  Form and foundation.
13      A.    That would be my understanding.
14      Q.    (By Mr. Centola)  And the next clause is
15   "and reported."  Who is Intouch reporting to?
16      A.    It is my assumption that the "and
17   reported" means this document that we're referring
18   to here, and this document being provided to the
19   client.
20      Q.    If you'd go back to the Guidelines for
21   Comment Monitoring and Moderation of the SA Voices
22   Page, which is the 7th page in this document.
23      A.    Are we looking at the page that says
24   Step 1?
25      Q.    Yes, please.