# EXHIBIT 5

## sanofi-aventis VOICES Facebook Page Comment Monitoring Report

| Post Date | Comment | Sentiment | Inappropriate Language Used | Potential Adverse Event | Product Mentioned | Compliance Issue | Corporate Comment | Plan of Action |
|---|---|---|---|---|---|---|---|---|
| 3/10/2010 | Mellissa Ledlie When will you inform oncologists that there is a problem with your chemo drug taxotere? Why dont you want women to know they could be left permanently disfigured? Because they will want to choose a different drug not made by you. The net is closing in on you Sanofi. Its no longer your dirty little secret ... | Negative | No | No | Yes | No | No | Post removed, user blocked and reported |
| 3/10/2010 | Janette Ludgate Sanofi Aventis - Stop hiding the truth about how your drug Taxotere can cause permanent hairloss in women. You are disfiguring women and NOT giving them the ...choice of choosing another drug - one that is not made by you!See more | Negative | No | No | Yes | No | No | Post removed, user blocked and reported |
| 3/10/2010 | Mellissa Ledlie I would like to know if any of the women working at Sanofi would use the drug if they knew of the side effects??? | Negative | No | No | No | No | No | Post removed, user blocked and reported |
| 3/10/2010 | Jasper Boon Sanofi Aventis - Stop hiding the truth about how your drug Taxotere can cause permanent hairloss in women. You are disfiguring women and NOT giving them the ... | Negative | No | No | Yes | No | No | Post removed, user blocked and reported |
| 3/10/2010 | Shirley Ledlie Stop hiding the figures. I did say i wouldnt stop till there was global publicity - you cant shut up women that you disfigure | Negative | No | No | No | No | No | Post removed, user blocked and reported |
| 3/11/2010 | Rebecca Ludgate Sanofi Aventis - Stop hiding the truth about how your drug Taxotere can cause permanent hairloss in women. You are disfiguring women and NOT giving them the ...choice of choosing another Sanofi Aventis - Stop hiding the truth about how your drug Taxotere can cause permanent hairloss in women. You are disfiguring women and NOT giving them the ...choice of choosing another drug - one that is not made by you!Sanofi Aventis - Stop hiding the truth about how your drug Taxotere can cause permanent hairloss in women. You are disfiguring women and NOT giving them the ...choice of choosing another drug - one that is not made by you! | Negative | No | No | Yes | No | No | Post removed, user blocked and reported |



| Date | Comment | Sentiment | Col4 | Col5 | Col6 | Col7 | Col8 | Action |
|---|---|---|---|---|---|---|---|---|
| 4/13/2010 | Dianna Prescot This is a photo of my scalp 4 years after finishing Taxotere. If i had known i would of chosen a different drug - but thats why you keep this adverse side effect quiet isnt it - NON DISCLOSURE, your company knows all about non disclosure for adverse side effects doesnt it! | Negative | No | Yes | Yes | No | No | Posted 32 times on the Wall of the page. All posts removed. User was reported and permanenetly banned from page. Email was sent to med.info@sanofi-aventis.com. |
| 4/18/2010 | Shelly Brown My medical team have spoken to you and therefore i have been informed that YOUR DRUG Taxotere has done this to me. Why do you ignore me and REFUSE to contact me? Why dont you explain to me why your drug Taxotere has permanatly disfigured me and hundreds of others? You say its very rare BUT very rare means less than 0.01% and thats just NOT true is it - and you know it. | Negative | No | Yes | Yes | No | No | Posted 29 times to the Wall of the page. All posts removed. User was reported and permanently banned from the page. Email was sent to med.info@sanofi-aventis.com |
| 6/15/2010 | Dushyant Gupta: Why am I unable to view comments here? | Neutral | No | No | No | No | No | Post remains on Wall: Joan, Stacy, and Sabrina contacted re: how to proceed; Approved response posted |
| 6/15/2010 | Dushyant Gupta: What is VOICES all about   Can you please explain me the primary objectives behind starting VOICES and about it's history (Discussions Tab) | Neutral | No | No | No | No | No | Post remains on Discussions: Joan, Stacy, and Sabrina contact re: how to proceed; Approved response posted |
| 6/15/2010 | Reply to Dushyant Gupta's post on 6/15/2010  sanofi-aventis VOICES On our Facebook page, visitor comments that violate our terms of use are removed. When a comment is removed, Facebook retains a count of total comments for any given post. That is why you may be seeing a comment count but no comments. | Neutral | No | No | No | No | No | No action, Post remains on Wall |