# EXHIBIT 6

# crisis management & AE reporting

## SANOFI'S "TAXOTERRORIST"

## Situation

•Disgruntled patient used Facebook and YouTube to express anger about Taxotere side effects

## Governance, Policy & Workflow

•Implemented terms & conditions, 24/7 monitoring & moderation

•Adopted Facebook moderation app, established workflows

## Results

•Sanofi properties remained online

•Workflows and guidelines for social media set the standard for today

•Led to the development of our PharmaWall tool

 sanofi-aventis VOICES Raise your VOICES in support of Deep Vein Thrombosis (DVT) prevention and awareness by checking out http://www.preventdvt.org

March 4 at 10 58am   Comment   Like   Hide Feedback (13)

👍 3 people like this.

 **Shirley Ledlie** Dont you dare remove my posting about your drug taxotere and all the women you are disfiguring!
Yesterday at 9:51am · Report

 **Mellissa Ledlie** When will you inform oncologists that there is a problem with your chemo drug taxotere? Why dont you want women to know they could be left permanently disfigured? Because they will want to choose a different drug not made by you. The net is closing in on you Sanofi. Its no longer your dirty little secret ...
Yesterday at 10 21am · Report

 **Ann Adams** This is a photo of my scalp 4 years after finishing your drug Taxotere. Your non disclosure denied my my right as a patient to make a risk assesment and agree to my treatment. I would have chosen a different drug, probly TAXOL which doesnt carry this risk BUT YOU DONT MAKE THAT DRUG DO YOU
Yesterday at 10 35am · Report

 **Mellissa Ledlie** I would like to know if any of the women working at Sanofi would use the drug if they knew of the side effects???



Chemo - Hair doesnt always return
by ShirleyLedlie

ng the truth
se permanent
women and NOT

o their
drug companies
people. If they
nich really all
ightly – they
ook into what
NG). I bet if some
ad tried this drug
omething would



PENGAD 800-631-6989   EXHIBIT 5   Goyer   12-13-2018

19