# EXHIBIT 2

**Excerpts of the Expert Report of John A. Glaspy, M.D.**

**April 29, 2019**

**The parties are currently meeting and conferring regarding this document.**