# EXHIBIT 3

John A. Glaspy, M.D.

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3     *******************************
 4     IN RE:  TAXOTERE
 5     (DOCETAXEL) PRODUCTS           MDL No. 2740
 6     LIABILITY LITIGATION           Section: "H"
 7                                    Judge Milazzo
 8     This Document Relates to:   Mag. Judge North
 9     All Cases
10     *******************************
11
12              Remote Videotaped Deposition of
13     JOHN A. GLASPY, M.D., held at the location
14     of the witness in Los Angeles, California,
15     commencing at 9:05 a.m., on the 13th of May,
16     2020, before Maureen O'Connor Pollard,
17     Registered Diplomate Reporter, Realtime
18     Systems Administrator, Certified Shorthand
19     Reporter.
20                      - - -
21
                GOLKOW LITIGATION SERVICES
22         877.370.3377 ph | 917.591.5672 fax
                    deps@golkow.com
23
24
25
```

1    of the answer to every question, we can cut

2    and paste it or something, so that I don't

3    give -- limit my degrees of freedom in being

4    told at a trial "you've said this was it for

5    you and Cytoxan," right?

6        Q.    Right.

7        A.    It is it for me in the

8    literature on Cytoxan, you bet.  And it's not

9    causal that I conclude, it's association, and

10    we talked about this in the last deposition

11    and I will stand by what I said there.

12        Q.    Okay.  Let me ask it this way,

13    because I understand that you have your

14    personal experience and 30-plus years as an

15    oncologist, and I understand that you have

16    included in your report the statements that

17    we've gone over the last time we were

18    together, the cases of persistent alopecia

19    have been reported with, and then a list of

20    15 drugs.

21        Beyond your experience and

22    beyond what is stated in your report that

23    cases of persistent alopecia have been

24    reported with cyclophosphamide, have you

25    attempted to apply any other methodology by

John A. Glaspy, M.D.

1 way of reviewing literature, randomized
2 control trials, or other data to investigate
3 a relationship between cyclophosphamide and
4 permanent chemotherapy-induced alopecia?
5     A.    I have not.
6         MR. STRONGMAN:  Objection to
7    form.
8     A.    Thank you for a beautiful
9 question.  There's an objection.  But that --
10 BY MR. MICELI:
11     Q.    I'm going to try --
12     A.    But that does it for me.
13     Q.    Okay.  I'm going to try to ask
14 it that way, then, for each of the rest of
15 them.
16         For -- aside from your personal
17 experience of decades as an oncologist, and
18 your statement that cases of persistent
19 alopecia have been reported with Adriamycin,
20 have you attempted to apply a methodology
21 based upon a literature review or review of
22 randomized control trial data, and apply a
23 Bradford Hill or other similar methodology to
24 attempt to investigate a relationship between
25 Adriamycin and permanent chemotherapy-induced

John A. Glaspy, M.D.

1    alopecia, however that is defined?

2                MR. STRONGMAN:  Objection.

3         Form.

4         A.    I have not.

5    BY MR. MICELI:

6         Q.    The answer, Doctor, was?

7         A.    I have not.

8         Q.    Okay.  And I'm going to
9    shortcut it by saying have you done so
10   with -- have you gone through that, such a
11   process, in an attempt to apply a methodology
12   by way of a literature search or review of
13   randomized control trial data and applying a
14   Bradford Hill or other similar criteria or
15   causation analysis to investigate the
16   relationship between Xeloda and permanent
17   chemotherapy-induced alopecia, however it's
18   defined?

19        A.    I have not.

20               MR. STRONGMAN:  Same objection.

21   BY MR. MICELI:

22        Q.    Okay.  Have you done so -- have
23   you attempted to apply a methodology by way
24   of literature search, review of randomized
25   controlled trial data, and an application of

John A. Glaspy, M.D.

1    a Bradford Hill or other similar causation
2    analysis to investigate the relationship
3    between Avastin and permanent
4    chemotherapy-induced alopecia, however that
5    term could be defined?
6                MR. STRONGMAN:  Objection.
7        Form.
8        A.    I have not.
9    BY MR. MICELI:
10       Q.    Okay.  Doctor, if you could
11   just hold off, I know we're going to get it
12   on the written record, I know Jon wants to
13   make his objections, I want to make sure I
14   get a clear answer and a clear record.
15               Doctor, understanding your
16   experience, your decades of experience as a
17   clinical oncologist and your prior statements
18   in your report that cases of persistent
19   chemotherapy -- strike that.
20               Understanding your decades of
21   experience as a clinical oncologist, and the
22   statement in your report that cases have been
23   reported -- cases of persistent alopecia have
24   been reported with the use of tamoxifen, have
25   you attempted to apply a methodology by way

1    of review of literature and/or randomized

2    controlled trial data in an attempt to

3    investigate the relationship, the causal

4    relationship, between tamoxifen and permanent

5    alopecia, however that term could be defined?

6                MR. STRONGMAN:  Objection.

7         Form.

8         A.    I have not.

9    BY MR. MICELI:

10        Q.    Okay.  Dr. Glaspy, recognizing

11   your decades of experience as a clinical

12   oncologist and your statement in your report

13   that cases of persistent alopecia have been

14   reported with the use of Taxol or paclitaxel,

15   have you attempted to apply a methodology by

16   way of literature search and/or review of

17   randomized controlled clinical trial data and

18   apply a Bradford Hill or other similar

19   causation analysis in an attempt to

20   investigate the relationship between Taxol

21   and permanent chemotherapy-induced alopecia?

22               MR. STRONGMAN:  Objection.

23        Form.

24        A.    I have not.

25               ///

```
 1    BY MR. MICELI:
 2         Q.    Okay.  And you have not done so
 3    with regard to 5-FU, correct?
 4               MR. STRONGMAN:  Same.
 5         A.    I have not.
 6    BY MR. MICELI:
 7         Q.    Okay.  And with epirubicin you
 8    have not done so either, have you?
 9         A.    That's correct.
10               MR. STRONGMAN:  Same objection.
11         A.    I have not.
12    BY MR. MICELI:
13         Q.    And with regard to methotrexate
14    you have not done so?
15               MR. STRONGMAN:  Same objection.
16         A.    I have not.
17    BY MR. MICELI:
18         Q.    Okay.  And you have not
19    attempted to apply a methodology by way of
20    literature search and/or randomized clinical
21    trial data, and application of a Bradford
22    Hill or other similar causation analysis in
23    an attempt to investigate the relationship
24    between Gemzar and permanent
25    chemotherapy-induced alopecia, correct?
```

John A. Glaspy, M.D.

```
1                    MR. STRONGMAN:  Objection.
2        Form.
3        A.      That's correct.
4   BY MR. MICELI:
5        Q.      Okay.  In fact, you have not
6   included in your report any methodology --
7   any attempt at applying a methodology by way
8   of literature search, review of randomized
9   controlled trial data, and the application of
10  a Bradford Hill or other causation analysis
11  to investigate the relationship between any
12  drug and permanent chemotherapy-induced
13  alopecia, correct?
14                   MR. STRONGMAN:  Objection.
15       Form.
16       A.      Yes, any chemotherapy drug,
17  that's true, yes.
18  BY MR. MICELI:
19       Q.      Okay.  Thank you.
20               Doctor, do you know who Matthew
21  Suffness is?
22       A.      I don't think so.
23       Q.      How about David Kingston?
24       A.      I don't -- the name doesn't
25  ring a bell, but I'm not great with names,
```