# EXHIBIT 4

**Excerpts of the Expert Report of Ellen T. Chang, Sc.D.**

**April 17, 2020**

**The parties are currently meeting and conferring regarding this document.**