# EXHIBIT 5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

*******************************

IN RE: TAXOTERE
(DOCETAXEL) PRODUCTS LIABILITY LITIGATION

MDL No. 2740
Section: "H"
Judge Milazzo
Mag. Judge North

This Document Relates to:
All Cases

*******************************

Remote Videotaped Deposition of ELLEN T. CHANG, Sc.D., held at the location of the deponent in Santa Clara County, California, commencing at 9:08 a.m., on the 19th of May, 2020, before Maureen O'Connor Pollard, Registered Diplomate Reporter, Realtime Systems Administrator, Certified Shorthand Reporter.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Ellen T. Chang, Sc.D.

1  sure, I'm fine with shortcutting it that way.
2       Q.    I'll tell you, I think I can
3  agree to disagree with you on some of what
4  you said.  But for purposes of your
5  deposition, some of what you said I think
6  corresponds to what I mentioned earlier, so
7  I'm going to operate under that assumption.
8            MR. KEENAN:  Whoa, whoa, whoa.
9            MR. MICELI:  Well, if I'm
10       wrong, Matt, I'm wrong.  You can count
11       it against me.
12            MR. KEENAN:  Okay.
13            MR. MICELI:  Do you have an
14       objection?
15            MR. KEENAN:  I do.  You haven't
16       asked a question yet.  You haven't
17       asked a question yet, so I don't think
18       technically my objection would be
19       timely, but I'll just wait and see
20       what the question is.
21            MR. MICELI:  All righty.
22  BY MR. MICELI:
23       Q.    Nowhere in your report do you
24  offer an opinion that cyclophosphamide --
25  strike that.

Ellen T. Chang, Sc.D.

1          Nowhere in your report do you
2    set out a methodology whereby you directly
3    assess a causal relationship between
4    cyclophosphamide and irreversible or
5    permanent alopecia, do you?
6          MR. KEENAN:  Objection.  Form.
7      A.    It's the same as for
8    doxorubicin where I have not done a
9    systematic literature search to evaluate the
10   relevant epidemiologic evidence, including
11   randomized controlled trials, on
12   cyclophosphamide and permanent or
13   irreversible alopecia, and then the statement
14   about biological plausibility also applies.
15     Q.    Okay.  We're going to get to
16   that statement that you make about biologic
17   plausibility.  I'm going to keep my promise,
18   I can assure you.
19         Nowhere in your report do you
20   offer an opinion or set out that you have
21   directly assessed whether a causal
22   relationship exists between Xeloda and
23   irreversible or permanent alopecia, correct?
24         MR. KEENAN:  Objection.  Form.
25     A.    Xeloda is the brand name for

1  capecitabine or cape -- I don't know how
2  to -- yeah.  So in my -- I'm trying to --
3  excuse me.  I just want to see if it's
4  mentioned on the pages that we discussed.
5           But I know it is -- I know it
6  does appear in my report among the treatment
7  regimens that some of the patients received
8  in the literature review.
9           So again, I have not done -- I
10 agree I have not done a systematic literature
11 review on Xeloda and permanent or
12 irreversible alopecia and, yeah, to reach a
13 conclusion about causal effects.
14 BY MR. MICELI:
15      Q.    Okay.  So that was -- to have a
16 crisp answer to this, it would be a correct
17 statement to say that you have not directly
18 assessed whether a causal relationship exists
19 between Xeloda and irreversible or permanent
20 alopecia, correct?
21      A.    If by "directly assess" you're
22 asking if I did a systematic literature
23 review, then no, I did not do that for
24 Xeloda.
25      Q.    You did not do a systematic

Ellen T. Chang, Sc.D.

1   review to directly assess whether a causal
2   relationship exists between Xeloda and
3   irreversible or permanent alopecia, correct?
4       A.   That's right, I did not do such
5   a literature review.
6       Q.   Okay.  And you did not do a
7   systematic literature review to directly
8   assess whether a causal relationship exists
9   between Avastin and irreversible or permanent
10  alopecia, correct?
11      A.   That's right, I did not do a
12  systematic literature review on Avastin and
13  permanent or irreversible alopecia.
14      Q.   Okay.  And you did not do a
15  systematic literature review to directly
16  assess whether a causal relationship has been
17  established between the use of tamoxifen and
18  irreversible or permanent alopecia, correct?
19              MR. KEENAN:  Objection.  Form.
20      A.   It is correct that I did not do
21  a systematic literature review to look for
22  studies of tamoxifen and permanent or
23  irreversible alopecia.
24              I did do some searching to look
25  for randomized controlled trials of tamoxifen

1    and alopecia in general, but it's not --

2    BY MR. MICELI:

3         Q.    And did --

4         A.    -- documented in detail in my

5    report.

6         Q.    Okay.  And certainly it's not

7    documented in sufficient detail, nor is it --

8    strike that.

9               It is not documented in your

10   report to the extent where you have

11   concluded -- do a direct assessment of a

12   causal relationship that, in fact, tamoxifen

13   can cause irreversible or permanent alopecia,

14   right?

15        A.    So with that question I would

16   say I have not done a systematic literature

17   review of tamoxifen and permanent or

18   irreversible alopecia as a basis for reaching

19   conclusions about the causal relationship or

20   the potential causal relationship.

21              However, when you say that I

22   haven't directly assessed whether it can

23   cause permanent or irreversible alopecia,

24   this is somewhat similar to the discussion

25   that I had with your colleague Mr. Abramson

Ellen T. Chang, Sc.D.

1    in my first deposition where I do think that
2    any established cause of alopecia is a
3    biologically plausible cause of permanent or
4    irreversible alopecia.  So in some ways that
5    is a direct assessment of the biological
6    plausibility.
7              It's not a systematic
8    literature review of permanent or
9    irreversible alopecia as a target outcome
10   per se, but I did look at randomized
11   controlled trials of tamoxifen and
12   alopecia --
13        Q.    Dr. Chang, can you turn to
14   refer to page --
15        A.    I'm sorry, I just wanted to
16   finish.
17              -- as being relevant to the
18   question of causality in relation to
19   permanent or irreversible alopecia.
20        Q.    Okay.  Let's return to page 4
21   of your report where you give the summary of
22   opinions, and you say, I did not directly
23   assess whether a causal relationship has been
24   established between any of the other specific
25   chemotherapy agents, any other -- "I did not

```
 1   directly assess whether a causal relationship
 2   has been established between use of any other
 3   specific chemotherapeutic agent and
 4   irreversible or permanent alopecia."
 5              Do you include tamoxifen in
 6   that statement?
 7        A.    I agree that I have not -- so
 8   in terms of including tamoxifen, it would
 9   fall -- yeah, I didn't mean to just say
10   chemotherapeutic agents where I was excluding
11   tamoxifen.  I do mean that I have not
12   systematically reviewed literature on
13   tamoxifen as well and --
14        Q.    Okay.
15        A.    -- irreversible or permanent
16   alopecia.  I'm just trying to clarify here on
17   page 4 what I mean by "directly assess."
18        Q.    Right.  And --
19        A.    I didn't do a literature search
20   on any of those.
21        Q.    Okay.  And I believe you
22   discussed this in your last deposition.  In
23   order to come to an opinion one way or the
24   other on causality, you believe you would
25   need to do a full and complete systematic
```

Ellen T. Chang, Sc.D.

```
 1    literature review, correct?
 2         A.    Yes, unless there is sort of
 3    generally accepted -- this was also in my
 4    last deposition.  Unless there's a sort of
 5    generally accepted causal relationship, you
 6    know, in the scientific community or among
 7    health and regulatory agencies in general,
 8    then I do feel comfortable relying on the
 9    reviews.  But otherwise, yes, I would want to
10    directly assess by doing a systematic
11    literature review.
12         Q.    But -- I'm sorry, I didn't know
13    if you were done.
14         A.    I'm done.  Thank you.
15         Q.    But for purposes of giving an
16    expert opinion as an epidemiologist, setting
17    aside whether or not something could be
18    considered generally accepted, you feel you
19    would need to do a full and complete
20    systematic literature search to assess
21    causality if you were going to offer an
22    opinion in this case, correct?
23         A.    Yes, on any given causal
24    relationship.  Yes --
25         Q.    Thank you.
```

```
 1        A.      -- for an expert opinion.
 2        Q.      Okay.  And you have not done
 3   so -- you have not done a systematic
 4   literature review to directly assess a causal
 5   relationship between Taxol, or paclitaxel,
 6   and irreversible or permanent alopecia,
 7   correct?
 8        A.      I have not done a systematic
 9   literature review of paclitaxel and
10   irreversible or permanent alopecia.
11                I have seen at least one
12   randomized controlled trial, for example,
13   where permanent or irreversible alopecia was
14   reported in a patient who was treated with
15   paclitaxel, but I didn't systematically look
16   for all of the papers on that topic.
17        Q.      Do you recall the lead author's
18   name on the article that you reviewed wherein
19   a person with permanent chemotherapy-induced
20   alopecia from a randomized controlled trial
21   was documented in the medical literature for
22   using Taxol?
23        A.      Yes.  So it wasn't -- it wasn't
24   called permanent chemotherapy-induced
25   alopecia.  It was called alopecia World
```

Ellen T. Chang, Sc.D.

1    Health Organization grade 4, which

2    corresponds to permanent or

3    irreversible/nonreversible alopecia.  I think

4    the first author's name is Delfino,

5    D-E-L-F-I-N-O.

6         Q.    Okay.  Thank you.

7               All righty.  You have not done

8    a comprehensive systematic literature review

9    to assess a causal relationship between the

10   use of 5-fluorouracil, sometimes referred to

11   as 5-FU, and irreversible or permanent

12   alopecia, correct?

13        A.    It's correct that I have not

14   done a systematic literature review of 5-FU

15   and permanent or irreversible alopecia.

16        Q.    Okay.  And you have not done a

17   comprehensive literature review to assess the

18   causal relationship between epirubicin and

19   irreversible or permanent alopecia, correct?

20        A.    That's right, I have not done a

21   systematic literature review of epirubicin

22   with respect to permanent or irreversible

23   alopecia.

24        Q.    Okay.  And you have not done a

25   comprehensive systematic literature review to

Ellen T. Chang, Sc.D.

1  assess the causal relationship -- a causal
2  relationship between the use of methotrexate
3  and irreversible or permanent alopecia, have
4  you?
5     A.   That's right.  I also have not
6  done a systematic literature review of
7  methotrexate and permanent or irreversible
8  alopecia.
9          I guess if you wanted to know,
10  sort of similar to the paclitaxel question,
11  you know, there's that Sjostrom clinical
12  trial where there was one report of grade 4
13  alopecia using the World Health Organization
14  grading system where grade 4 corresponds to
15  nonreversible alopecia.  There was one
16  patient treated with methotrexate and
17  5-fluorouracil who developed permanent or
18  irreversible alopecia in that randomized
19  control trial.
20     Q.   Okay.  And would that one
21  episode in that one clinical trial -- you
22  said Sjostrom, S-J-O-R-S-T-R-O-M?
23     A.   I think it's S-J-O with an
24  umlaut S-T-R-O with another umlaut M.
25     Q.   Okay.  And that was a

1    randomized control trial in metastatic breast
2    cancer, right?
3           A.    That's correct.
4           Q.    Okay.  So in the context of
5    early stage breast cancer and the use of
6    drugs for adjuvant chemotherapy in early
7    stage breast cancer, there would be -- you
8    would have found no episodes, correct?
9           A.    For 5-fluorouracil?
10          Q.    Yes.
11          A.    I mean, in the TAX 316
12   randomized controlled trial there appeared to
13   be patients, I think three that I classified
14   as having potential irreversible alopecia who
15   received 5-fluorouracil.
16          Q.    Okay.  Very good.  Aside
17   from -- I guess I may have jumped backwards,
18   but I appreciate you pointing that out.  I
19   thought we were on methotrexate.  But if I've
20   already asked this question, I apologize, but
21   you haven't done a systematic or
22   comprehensive systematic literature review to
23   assess a relationship between methotrexate
24   and irreversible or permanent alopecia, have
25   you?

Ellen T. Chang, Sc.D.

1    A.    That's right.  Sorry.  We did
2    off track.  I did answer that before, and I
3    said, I did not do a systematic literature
4    review on methotrexate and permanent or
5    irreversible alopecia.
6    Q.    Okay.  Let me ask, then,
7    concerning Gemzar.
8          Have you done a comprehensive
9    systematic literature review to assess any
10   potential causal relationship between Gemzar
11   and irreversible or permanent alopecia?
12   A.    No, I have not done a
13   systematic literature review to assess a
14   potential causal relationship between Gemzar
15   and permanent or irreversible alopecia.  I
16   think that trial by Delfino that I mentioned
17   also included Gemzar as part of the regimen,
18   but I'm not sure.
19   Q.    Okay.  Will you offer an
20   opinion at trial that the Delfino study alone
21   demonstrates a causal association to the
22   extent that you would be able to offer an
23   opinion that Gemzar causes permanent
24   chemotherapy-induced alopecia?
25   A.    No, I would not intend to offer

```
 1    that opinion --
 2         Q.    Okay.
 3         A.    -- in that I don't think that
 4    that study is a sufficient basis for
 5    establishing a causal effect.
 6         Q.    And would that be true for
 7    methotrexate as well?  Because I think that
 8    was the other drug we said Delfino related
 9    to.
10         A.    I think Delfino is Gemzar and
11    Taxol, paclitaxel.
12         Q.    Okay.
13         A.    And then the Sjostrom study was
14    the one that had methotrexate and
15    5-fluorouracil.
16               But to get back to your
17    question, it is the same for that study.  I
18    do not intend to offer the opinion that the
19    Sjostrom study establishes or is sufficient
20    to establish a causal effect of methotrexate
21    or 5-fluorouracil on permanent or
22    irreversible alopecia.
23         Q.    Okay.  And would you agree with
24    me as well that Delfino is not a sufficient
25    basis to offer an opinion that paclitaxel, or
```

Ellen T. Chang, Sc.D.

```
 1    medications, including several types of
 2    cancer chemotherapy, can cause alopecia and
 3    may confound or bias observed associations
 4    with nonrandomized treatments."
 5              Do you see that?
 6       A.     Yes, I see that.
 7       Q.     Okay.  Now, we just went over a
 8    number of different specific chemotherapy
 9    drugs, plus tamoxifen, and I asked you
10    specifically whether or not you did a
11    comprehensive systematic literature review to
12    assess any causal association between
13    several -- those drugs and irreversible or
14    permanent alopecia.
15              Now, on page 26 through 28 you
16    list a number of different drugs other than
17    the ones we have gone over, and my question
18    to you is, with regard to the drugs that are
19    listed or included in your paragraphs between
20    pages 26 and 28, have you done a
21    comprehensive systematic literature review
22    that would allow you to draw conclusions
23    about any causal association between those
24    drugs and irreversible or permanent alopecia?
25       A.     With the exception of
```

Ellen T. Chang, Sc.D.

 1   docetaxel, which is listed and where I have

 2   done a systematic literature review, I have

 3   not done a separate systematic literature

 4   search with respect to any of these

 5   medications and permanent or irreversible

 6   alopecia.

 7         Q.    Okay.  And because I think we

 8   said this once earlier, but we've gone

 9   through using the -- I've gone forward using

10   the term comprehensive systematic literature

11   review, but in my outline I've said

12   literature review and data from randomized

13   control trials, to be clear you would

14   anticipate your comprehensive systematic

15   literature review to pick up publications

16   that include data from randomized controlled

17   trials, correct?

18         A.    That's right.  I think if there

19   were any -- to the extent that such trials

20   were available, I would expect a systematic

21   literature review or a comprehensive

22   systematic literature review to include such

23   studies.

24               So, for example, for, you know,

25   for hormone therapies like tamoxifen, there

Ellen T. Chang, Sc.D.

```
 1    done those reviews and I'm not specifically
 2    tasked with examining the causal relationship
 3    from an expert point of view, then I will
 4    accept others' reviews and conclusions.
 5                   And so here with respect to
 6    alopecia, I do accept that a variety of other
 7    medications can cause alopecia in general.
 8                   So, for example, I accept that
 9    tamoxifen and aromatase inhibitors can cause
10    alopecia based in part on the review that
11    Saggar, et al did.  And it's also my
12    understanding that that is a generally
13    accepted causal effect, that I've seen it
14    referred to frequently in articles, and then
15    also in this litigation, I think, in
16    deposition transcripts that hormone therapy
17    causes alopecia.  It's accepted as a cause of
18    alopecia.
19                   The question about permanent or
20    irreversible alopecia is a different one.  I
21    have not systematically reviewed the
22    literature on hormone therapies or tamoxifen
23    and permanent or irreversible alopecia.  It's
24    my understanding I haven't seen where others
25    have done that.
```