# EXHIBIT 6

Janet B. Arrowsmith, M.D.

```
 1          UNITED STATES DISTRICT COURT
 2          EASTERN DISTRICT OF LOUISIANA
 3   *******************************
 4   IN RE:  TAXOTERE
 5   (DOCETAXEL) PRODUCTS          MDL No. 2740
 6   LIABILITY LITIGATION          Section: "H"
 7                                 Judge Milazzo
 8   This Document Relates to:   Mag. Judge North
 9   All Cases
10   *******************************
11
12           Remote via Zoom Videotaped
13   Deposition of JANET B. ARROWSMITH, MD, held
14   at the offices of Shook, Hardy & Bacon, LLP,
15   1555 Grand Blvd., Kansas City, Missouri,
16   commencing at 9:34 a.m., on the 29th of July,
17   2020, before Maureen O'Connor Pollard,
18   Registered Diplomate Reporter, Realtime
19   Systems Administrator, Certified Shorthand
20   Reporter.
21                   - - -
22
              GOLKOW LITIGATION SERVICES
23         877.370.3377 / 917.591.5672
                 deps@golkow.com
24
```

1   don't right off the top of my head remember
2   the authors.
3        Q.   Okay.  We'll get to those a
4   little bit later in this deposition.
5             But do you do -- in your report
6   do you set out a causation analysis to
7   determine whether or not Adriamycin can cause
8   permanent chemotherapy-induced alopecia?
9        A.   No, I was -- no, I didn't do a
10  causation analysis.
11       Q.   And you didn't do a causation
12  analysis for any drug, correct?
13       A.   Well, I guess I need you to
14  explain to me what you mean by a "causation
15  analysis."
16       Q.   Well, you know what general
17  causation is, correct?  Can a drug, can a
18  drug -- does a drug have the potential to
19  cause a particular adverse event, correct?
20       A.   Yes, that's how I understand
21  it.
22       Q.   Okay.  And general cause can be
23  determined by something called a Bradford
24  Hill analysis?  Are you familiar with that?

Janet B. Arrowsmith, M.D.

1      A.      -- case reports are helpful in
2   sort of provoking the possibility.
3      Q.      Okay.  Understanding that, I'm
4   still going to go back to my original
5   question.  Have you done a causation
6   analysis, Bradford Hill or otherwise, to
7   investigate the causal association between
8   Adriamycin and permanent chemotherapy-induced
9   alopecia?
10              MR. McRAE:  Object to the form.
11      A.      Well, I've already answered
12   that, and I said no --
13   BY MR. MICELI:
14      Q.      Okay.
15      A.      -- I have not done a specific
16   causation, causal analysis.
17      Q.      And you have not done a
18   causation analysis to investigate the
19   potential causal association between any drug
20   and permanent chemotherapy-induced alopecia,
21   correct?
22      A.      Well, I've certainly reviewed a
23   lot of the available literature and data for
24   Taxotere --

Janet B. Arrowsmith, M.D.

1      Q.    Okay.

2      A.    -- but I have not gone back and
3  sorted out, you know, the strengths of the
4  association between, say, 5-FU or
5  cyclophosphamide or any of the other,
6  epirubicin and any other chemotherapeutic
7  agents, or paclitaxel for that matter,
8  Taxol --

9      Q.    And so --

10     A.    -- which persistent alopecia
11  have been reported.

12     Q.    Okay.  But cases have been
13  reported, or case reports alone and certainly
14  there's -- well, case reports alone do not
15  establish causation, correct?

16     A.    Generally speaking, that's
17  true.

18     Q.    Okay.  And you have not done --
19  because I've asked this a couple of different
20  ways but I want to make sure I'm very clear.
21  You listed cyclophosphamide, or you stated
22  cyclophosphamide, you stated 5-FU, you stated
23  epirubicin, and for those you have not done a
24  causation analysis to determine a potential

Janet B. Arrowsmith, M.D.

1    causal association between those drugs and
2    permanent chemotherapy-induced alopecia,
3    right?
4              MR. McRAE:  Object to the form.
5         A.    That's correct.
6    BY MR. MICELI:
7         Q.    Okay.  And you haven't done
8    that for Xeloda, correct?
9         A.    That's correct.
10        Q.    And you haven't done so for
11   Avastin?
12        A.    That's correct.
13        Q.    You have not done so for
14   tamoxifen, correct?
15        A.    Correct.
16        Q.    You have not done so for, I
17   think you said this, but Taxol or paclitaxel,
18   right?
19        A.    That's correct.
20        Q.    Okay.  Or methotrexate,
21   correct?
22        A.    That's correct.
23        Q.    Okay.  Nowhere in your report
24   do you set out a methodology or an analysis

Janet B. Arrowsmith, M.D.

```
 1         Q.    Will you -- do intend to offer
 2   testimony that valid scientific evidence
 3   demonstrates a causal association, a
 4   statistically significant causal association
 5   between any chemotherapy agent and permanent
 6   chemotherapy-induced alopecia?
 7               MR. McRAE:  Object to the form.
 8         A.    No, I don't intend to offer
 9   that.  I'm not -- no.  That opinion, no.
10   BY MR. MICELI:
11         Q.    Okay.  I'm going to -- will you
12   agree with me that -- I mean, you mention in
13   your report, I believe it's at paragraph 29,
14   that -- I'll let you get there with me,
15   Doctor.
16         A.    Okay, I'm there.
17         Q.    In the middle of that
18   paragraph 29 you have a sentence that reads,
19   or a couple of sentences that read "Although
20   'a causal relationship need not" be
21   "definitively established,' the Warnings and
22   Precautions section of the labeling 'must be'
23   revised to include a warning about a
24   'clinically significant hazard as soon as
```