# EXHIBIT 7

Gerald P. Miletello, M.D.

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3     *******************************
 4     IN RE:  TAXOTERE
 5     (DOCETAXEL) PRODUCTS         MDL No. 2740
 6     LIABILITY LITIGATION         Section: "H"
 7                                  Judge Milazzo
 8     This Document Relates to:   Mag. Judge North
 9     All Cases
10     *******************************
11
12             Remote Videotaped Deposition of
13     GERALD P. MILETELLO, M.D., held at the location
14     of the deponent in Baton Rouge, Louisiana,
15     commencing at 10:14 a.m. on the 21st of May,
16     2020, before Maureen O'Connor Pollard,
17     Registered Diplomate Reporter, Realtime
18     Systems Administrator, Certified Shorthand
19     Reporter.
20                        - - -
21
              GOLKOW LITIGATION SERVICES
22        877.370.3377 ph | 917.591.5672 fax
                  deps@golkow.com
23
24
25
```

Gerald P. Miletello, M.D.

1  Ms. Kahn's hair loss, correct?
2        A.    Correct.
3        Q.    And you would defer to a
4  qualified dermatologist on that, right?
5        A.    I would.
6        Q.    Now, Doctor, when I had the
7  opportunity to take your deposition
8  previously, you indicated for me that you
9  believed that you had seen delayed or
10 incomplete hair regrowth with three types of
11 drugs, and I'll refer you to page 9 of your
12 report just to give you a context.
13             Do you have that in front of
14 you, page 9?
15       A.    I do.
16       Q.    And if we look at the last full
17 paragraph, do you see that there?
18       A.    Yes, I do.
19       Q.    Where it starts with, "Cases of
20 delayed hair regrowth"?
21       A.    Right.
22       Q.    And previously, I just want to
23 make sure we're on the same page here, and
24 you let me know if we are, I had asked you a
25 question, and you indicated in your

Gerald P. Miletello, M.D.

1  deposition that you believed that three of
2  the drugs listed in that particular paragraph
3  on page 9, that there were cases of delayed
4  hair regrowth or incomplete hair regrowth
5  reported with Adriamycin, Taxol, and
6  fluorouracil.
7              Do you recall that?
8       A.    Yes, I do.
9       Q.    Okay.  And I just want to make
10 sure as we're working through this, is
11 that -- those other drugs that are listed
12 there, should I be asking you questions about
13 those, or are you not -- is it fair to say
14 that you have not seen cases of delayed hair
15 regrowth or incomplete hair regrowth with
16 those other drugs listed there, other than
17 the three that I just laid out for you?
18      A.    That's correct.  That has not
19 changed at all since our last deposition.
20      Q.    I lost volume with
21 Dr. Miletello.
22      A.    I'm sorry.
23      Q.    Can you all still hear him?
24      A.    Yeah.  I said that has not
25 changed since our last deposition, the 5-FU,

```
 1    Taxol, and Adriamycin were the only three
 2    drugs that I've seen delayed hair regrowth.
 3         Q.    Okay.
 4         A.    That has not changed.  Is that
 5    clear?
 6         Q.    Yes, I got that.  Thanks for
 7    repeating.
 8         A.    No problem.
 9         Q.    So let me -- thank you for
10    clarifying that as well.  I'll focus on -- at
11    this point I'm just focused on those three
12    drugs, then, with my questions, okay?
13         A.    Sure.
14         Q.    I won't ask you questions about
15    those others.  Fair enough?
16         A.    That's fair.
17         Q.    Not at this time.
18               So with regard to your report,
19    would you agree that nowhere in your report
20    do you offer an opinion that Adriamycin
21    causes pCIA, permanent chemotherapy-induced
22    alopecia?  Do you agree with that?
23               MR. KEENAN:  Object to the
24         form.
25         A.    I don't have a specific thing.
```