# EXHIBIT 8

**Excerpts of the Expert Report of Gerald P. Miletello, M.D.**

**April 29, 2020**

**The parties are currently meeting and conferring regarding this document.**