**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In Re: TAXOTERE (DOCETAXEL)** | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | |
| | **SECTION "H" (5)** |

**THIS DOCUMENT RELATES TO:**

**Elizabeth Kahn, Case No. 2:16-cv-17039.**

---

**MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR MEMORANDUM IN SUPPORT OF DEFENDANTS' OMNIBUS MOTIONS *IN LIMINE***

---

NOW INTO COURT, through undersigned counsel, come Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi") who respectfully request leave of Court to file the Memorandum in Support of Sanofi's Omnibus Motions *in Limine* in excess of the 25-page limit set forth in Local Rule 7.7.

Here, in an effort to promote judicial efficiency by reducing the number of individual motions, Sanofi bundled its Motions *in Limine* into an Omnibus; thus, this single Memorandum briefs a total of 35 Motions. As a result, the standard limit of 25 pages for the Memorandum in Support, as set forth in Local Rule 7.7, is insufficient to appropriately address the issues raised in 35 Motions under these circumstances. Sanofi notes that the briefing for each of the 35 individual Motions is well below the 25-page limit. Therefore, Defendants request an additional 110 (one hundred ten) pages to brief the Motions, for a total of 135 (one hundred thirty-five) pages.

WHEREFORE, Defendants pray that this Court will grant leave to file the Memorandum in Support of Sanofi's Omnibus Motions *in Limine* in excess of the 25-page limit set forth in Local Rule 7.7.

Respectfully submitted,

 /s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Jon Strongman
Adrienne L. Byard
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
jstrongman@shb.com
abyard@shb.com

*Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

*/s/ Douglas J. Moore*