# EXHIBIT B

Page 1

```
 1              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2
    IN RE: TAXOTERE              )
 3  (DOCETAXEL) PRODUCTS         )
    LIABILITY LITIGATION         )
 4                               )   MDL No. 2740
    This Document Relates To:    )
 5                               )   SECTION: H
    Antoinette Durden, Case      )
 6  No. 2:16-cv-16635            )
                                 )
 7  Tanya Francis, Case          )
    No. 2:16-cv-17410;           )
 8                               )
    Barbara Earnest, Case        )
 9  No. 2:16-cv-17144            )
10
11  *******************************************************
12             ORAL VIDEOTAPED DEPOSITION OF
13                LAURA PLUNKETT, PH.D.
14                  DECEMBER 10, 2018
15  *******************************************************
16
17
         ORAL VIDEOTAPED DEPOSITION OF LAURA PLUNKETT,
18  PH.D., produced as a witness at the instance of the
    Defendants and duly sworn, was taken in the
19  above-styled and numbered cause on the 10th day of
    December, 2018, from 9:21 a.m. to 5:22 p.m., before
20  Stephanie Barringer, Certified Realtime Reporter
    (CRR), Registered Professional Reporter (RPR), and
21  Certified Shorthand Reporter (CSR) in and for the
    State of Texas, reported by stenographic means at the
22  offices of Fleming, Nolen & Jez, LLP, 2800 Post Oak
    Blvd., Suite 4000, Houston, Texas  77056, pursuant to
23  the Federal Rules of Civil Procedure and the
    provisions stated on the record or attached hereto.
24
25  Job No. NJ3152742
```

1  two lines up, you see in parentheses 9.2 percent.
2      Q.   (BY MS. SASTRE)  Uh-huh.
3      A.   That -- that should -- that should go.
4  That was meant to be deleted.
5      Q.   Oh, okay.  I got you.  Okay.  Perfect.
6      A.   The sentence, other than that, is fine.
7  But that was meant to be deleted.
8      Q.   Okay.
9               (Discussion off the record.)
10     Q.   (BY MS. SASTRE)  I think I know the
11 answer to this.  I hope I do after spending the
12 better part of -- of a day with you.
13              But if you look at Paragraph 44,
14 you stated in your report -- you talk about what
15 Sanofi should have been aware of?
16     A.   Yes.
17     Q.   On one, two, three -- the fourth line
18 down, you say:  Documents discussed during the
19 deposition show Sanofi should have been aware of
20 risk.
21              And I just want to be clear.
22 Because I believe you told me earlier today a
23 number of times that you're not going to offer any
24 opinions on company conduct, essentially; is that
25 fair?

1            MR. MICELI:  Object to the form.
2       A.   So I'm not the regulatory expert.
3       Q.   (BY MS. SASTRE)  Uh-huh.
4       A.   So I'm not going to talk about violation
5  of FDA regulations, those kinds of things.  But in
6  this particular case, on the issue of risk in
7  toxicology and pharmacology, I do have the opinion
8  that on -- that they should have been aware of the
9  risk based on the data that I'm pointing you to.
10            So in that regard, I have formed
11  an opinion based on what I believe the company
12  should have been aware of, absolutely.  And as a
13  result, the company has -- has duties under the
14  regulations.  But I'm not opining on which
15  particular ones those are.  And --
16       Q.   And is your opinion -- go ahead.
17            (Discussion off the record.)
18       Q.   (BY MS. SASTRE)  Yeah.  Are you going to
19  offer an opinion as to what duty they had, if any?
20       A.   I haven't been asked to -- to provide an
21  opinion based on my -- on the regulations
22  themselves.  But certainly based on my experience
23  with that, I would tell them based on my experience
24  in working with clients in the industry, that it's
25  my experience that they had a duty to -- to

1  understand that risk and take actions on that risk.
2       Q.   Okay.
3       A.   But that's just based on my experience
4  and working with clients as a consultant over the
5  years.
6                 (Discussion off the record.)
7       Q.   (BY MS. SASTRE)  You agree that I asked
8  you earlier this morning that you have no opinions
9  regarding Sanofi's conduct with regard to Taxotere,
10 and you said yes, true?
11               MR. MICELI:  Object to the form.
12      A.   As a regulatory expert, that is true.
13 And I thought that's how we were discussing it.
14 But if not --
15      Q.   (BY MS. SASTRE)  No.
16      A.   And, you know, actually, I forgot about
17 this sentence.  But I certainly -- if -- if you
18 took it to be in any way, then I did not mean that.
19 Because this sentence is I do have this opinion
20 that they should have been aware of the risk.
21      Q.   And it's your opinion that they should
22 have been aware of it and that they should have
23 done what?
24               MR. MICELI:  Object to the form.
25      A.   Taken some action based on that