# EXHIBIT C

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
IN RE TAXOTERE (DOCETAXEL)        )
PRODUCTS LIABILITY LITIGATION     )   MDL NO. 2740
                                  )
THIS DOCUMENT RELATES TO:         )   SECTION: H
                                  )
ANTOINETTE DURDEN,                )
CASE NO. 2:16-cv-16635            )
TANYA FRANCIS,                    )
CASE NO. 2:16-cv-17410;           )
BARBARA EARNEST,                  )
CASE NO. 2:16-cv-17144            )
                                  )
_____)
```

VIDEOTAPED DEPOSITION OF ELLEN FEIGEL, M.D.
FRIDAY, DECEMBER 7, 2018

JOB NO. 3151489

REPORTED BY STEPHANIE J. COHEN,
CSR NO. 7920

Job No. NJ3151489

1          MR. THORNTON: Objection; form.
2          THE WITNESS: Let me approach it a
3   different way rather than regulatory.
4          I think there's an ethical responsibility.
5   If you -- if the company is aware of side effects to
6   communicate that so each -- regardless of regulatory
7   issues, there's ethical responsibilities to do that
8   because part of having an informed discussion
9   between physicians and patients is to have the full
10  balanced information about benefits and potential
11  risk.
12  BY MR. KAUFMAN:
13     Q   Are you offering an opinion that Sanofi
14  violated federal regulations with respect to the
15  Taxotere prescribing information?
16     A   Oh, I am not offering that opinion, no.
17     Q   Are you offering -- strike that.
18         You are not offering opinion regarding
19  Sanofi's compliance with FDA regulations or
20  requirements with respect to Taxotere.
21         Fair?
22         MR. THORNTON: Objection; form.
23         Could you please reread the question. We
24  are getting technical here.
25         MR. KAUFMAN: I don't think it's that hard.

Page 116

1  BY MR. KAUFMAN:
2      Q    That answers a prior question.
3      A    Well, good.
4      Q    So we are making more progress.
5      A    Good.
6      Q    So the record is clean, you are not
7  opining -- strike that.
8           You do not intend to opine as to adequacy
9  of any Taxotere label; is that correct?
10     A    I will not opine on adequacy of the
11 Taxotere label.
12     Q    In terms of Sanofi's obligations to
13 communicate to doctors, where can Sanofi go to
14 identify those obligations to make sure it complies?
15 What's the source?
16          MR. THORNTON:  Objection; form.
17          THE WITNESS:  The problem -- I am going to
18 get back to the problem.  My issue is communication
19 of risk is something -- is a responsibility of the
20 company.
21          Are you saying because it's all -- it's
22 only an FDA requirement and there are no other
23 expectations outside the FDA?  I mean, that's what
24 I'm having difficulty saying.
25          A company has their own ethical principles

1  that don't necessarily -- there are legal
2  requirements, but then there are ethics and
3  principles that companies have about sharing
4  information with physicians and with patients.
5          So I'm not here -- as I said, I will not
6  opine on the specifics of inadequacy of a label, but
7  I do have an opinion about whether or not
8  communication of relevant information to physicians
9  was done.
10 BY MR. KAUFMAN:
11     Q    And as long as you don't consider that a
12 regulatory opinion, I think we can be in agreement.
13          Would you agree that's your personal
14 opinion?
15          MR. THORNTON:  Objection; form.
16          THE WITNESS:  That is my opinion based on
17 my years of experience in clinical medicine and
18 oncology and in product development and having
19 worked inside companies.
20          So I have worked with them so I know what
21 these issues are, but so it's based on -- yes, my
22 personal universe of experiences have helped inform
23 my opinion on that.
24 BY MR. KAUFMAN:
25     Q    When you are in that role based on that