# EXHIBIT F

```
                                                          Page 1

 1            IN THE UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2
     _____
 3
     IN RE:   TAXOTERE (DOCETAXEL)        MDL NO. 2740
     PRODUCTS LIABILITY LITIGATION
 4
                                          SECTION: H
 5   This Document Relates To:

 6   Sheila Crayton, Case
     No. 2:17-CV-05923;
 7   Cynthia Thibodeaux, Case
     No. 2:16-CV-15859
 8   _____

 9

10

11            VIDEOTAPED DEPOSITION OF
              LAURA MASSEY PLUNKETT, M.D.
12
                 November 19, 2019
13                    9:05 A.M.
14           1230 Peachtree Street, NE
                    Suite 1200
15               Atlanta, Georgia
16    Lee Ann Barnes, CCR-1852B, RPR, CRR, CRC
17
18
19
20
21
22
23
24
25
```

Page 105

1      Q.   Right.  So when -- you're aware that
2  substantially contributing factor is a legal term;
3  correct?
4      A.   I'm aware that it is, yes.
5      Q.   Yeah.  And it means more likely than not;
6  correct?
7           MR. MICELI:  Object to the form.
8           THE WITNESS:  So in civil litigation, as I
9      use it, I understand it to be that, yes.
10     Q.   (By Mr. Ratliff)  Okay.  More likely than
11 not meaning scales tipped, and I think as you said,
12 just a little bit more one way than the other;
13 correct?
14          MR. MICELI:  Object to the form.
15          THE WITNESS:  It may -- it may only have
16     to be a little more, but I would argue in this
17     case it's a lot more than just a little.
18     Q.   (By Mr. Ratliff)  Either one.
19          MR. MICELI:  Object to the form.
20     Q.   (By Mr. Ratliff)  So what I'm asking for
21 is when you use the term "substantially contributing
22 factor," are you using it in the legal sense when
23 you use that -- when you're going to use that term
24 before a jury in New Orleans?
25          MR. MICELI:  Object to the form.