# EXHIBIT G

In re: Taxotere (Docetaxel) Products Liability Litigation
MDL No. 2740
Report of David Ross, M.D., Ph.D., M.B.I.

## I.  INTRODUCTION

### A.  Consultation questions

1. I have been retained by the Plaintiffs' Steering Committee to serve as an expert witness in In Re: TAXOTERE (DOCETAXEL), MDL 2740 litigation, in the US District Court for the Eastern District of Louisiana.[1] I was previously identified as an expert witness in this Multi-District Litigation to offer opinions in cases pending against certain defendants with products approved through the 505(b)(2) regulatory pathway. Following Dr. David Kessler's appointment by President Biden to head up the administration's vaccine initiative, I was asked to review additional materials and offer opinions in this matter as to Sanofi, the 505(b)(1) New Drug Application (NDA) holder for Taxotere®/docetaxel (Taxotere).  Specifically, I have been asked to provide opinions regarding the regulatory obligations of drug manufacturers for products approved under Section 505(b) of the Food, Drug, and Cosmetic Act

---

[1] I understand that my testimony will be offered in the case of Elizabeth Kahn, however I am offering regulatory opinions and have not reviewed Ms. Kahn's medical records, or any case-specific depositions. I am aware that Ms. Kahn's first use of Sanofi's Taxotere product took place on May 29, 2008. I do not intend to offer any case-specific opinions in this matter.  I reserve the right to supplement this report should additional documents or information be made available.

**CONFIDENTIAL**

1

Defendants, and to supplement this report as appropriate or necessary. Further, this report is based upon evidence that is currently available. I reserve the right to amend my opinions and bases as further information and evidence become available.

## C. Summary of opinions

23.  As the NDA holder for Taxotere, Sanofi's regulatory obligations included surveillance and analysis of post-marketing data, including but not limited to adverse event reports and published studies, reports and case series available in the worldwide medical literature, and its own pharmacovigilance database(s), clinical trial data, as well as other sources, and investigating potential signals, including through the FDA Adverse Event Reporting System (FAERS). Sanofi is obligated to provide a label that is not false or misleading, which renders the drug misbranded. 21 USC 352(a)(1); 21 USC 331.

24. Sanofi's regulatory obligations included surveillance and analysis of post-marketing data, including but not limited to adverse event reports available in the worldwide scientific literature and its own pharmacovigilance database(s), as well as other sources, and investigating potential signals in through the FDA Adverse Event Reporting System (FAERS). 21 CFR 314.80(b).

25. Sanofi's     obligations     included     employing     scientifically     accepted

pharmacovigilance methods to detect signals indicating potential associations between exposure to Taxotere and unexpected adverse events, i.e., AEs not included in the Taxotere label. Unexpected AEs include "events that may be symptomatically and pathophysiologically related to an event listed in the labeling, but differ from the event because of greater severity or specificity." 21 CFR 314.80(a).

26. Sanofi's obligations included submitting a Changes Being Effected (CBE) or a Prior Approval Supplement (PAS) labeling supplement to update the Taxotere label when its pharmacovigilance obligations reveal an unexpected adverse event (AE) meeting the criteria for being listed as an Adverse Reaction in the Taxotere label. 21 CFR 201.57(c)(7).

27. Had Sanofi complied with its pharmacovigilance obligations, including appropriate surveillance and analysis of the available data (including but not limited to FAERS signal data, its own internal data, worldwide medical literature, clinical trial data, and other data available to the company), Sanofi should have deduced by 2006 that some basis to believe that a causal relationship exists between Taxotere or Taxotere-containing regimens and permanent chemotherapy induced alopecia (PCIA).

28. Had Sanofi complied with these obligations and discovered the basis for suspecting the potential causal relationship, it could have met its regulatory

obligations by updating the Taxotere label to inform physicians and patients about the adverse reaction of PCIA no later than April 2006.

29. However, Sanofi failed to comply with its obligations regarding post-marketing surveillance and pharmacovigilance with respect to Taxotere and the risk of PCIA. It did not update the Taxotere label with regard to permanent alopecia until 2015, and then only after breast cancer advocates contacted the FDA asking it to investigate this side-effect of Taxotere.[4]

## II.  METHODS

30. In analyzing FDA regulatory issues to offer opinions in this matter, I take the same approach that I employed as an FDA reviewer charged with making recommendations regarding a regulatory decision in my review of NDAs and sNDAs. This approach is based on documented best practices within CDER, which are formally referred to as Good Review Practices (GRPs). GRPs, which were introduced during my tenure at the FDA, are published as sections of CDER's Manual of Policy and Procedures (MAPP), and are publicly available.[5] As explained in MAPP 6025.1, *Good Review Practices,* GRPs

---

[4]  Taxotere-FOIA-005251, p. 77.

[5]  "CDER Manual of Policies & Procedures (MAPP)," *available at* https://www.fda.gov/about-fda/center-drug-evaluation-and-research/cder-manual-policies-procedures-mapp.

**CONFIDENTIAL**

    d.  Meta-analyses of observational studies

    e.  Published case reports

    f.  Published case series

    g.  Published pharmacoepidemiology studies

    h.  Follow-up data from clinical trials

    i.  Spontaneous adverse event reports

    j.  Signal detection and analyses

### 4.    Assessing whether there is "some basis to believe there is a causal relationship between" Taxotere and PCIA

50. To understand the scientific evidence available to Sanofi, I reviewed the various data sources that were available to the company as the NDA holder before and after the approval of Taxotere:

    a.  The publicly available worldwide medical literature;

    b.  Dr. Madigan's disproportionality analysis (PRR) reporting based upon data from the FDA's Adverse Event Reporting Database ("FAERS") (focusing on years 2000 – 2008, quarter 1);

    c.  Information from Sanofi's worldwide pharmacovigilance database concerning reported cases of permanent/irreversible alopecia;

**CONFIDENTIAL**

    d.  Clinical trial data from TAX 316 55-month, and the analysis performed by Dr. Madigan to determine statistical significance;

    e.  Sanofi's Taxotere (docetaxel) labeling;

    f.  Internal Sanofi documents;

    g.  Deposition testimony of Sanofi employees, with exhibits.

    h.  Other sources of data and information as set out in this report.

51. For purposes of this case, my understanding and opinions are supported by the analyses and opinions of Plaintiffs' expert witnesses Dr. Ellen Feigal, Dr. David Madigan, and Dr. Laura Plunkett. I have reviewed their expert reports, and I accept and consider their assessments valid. Any reliance upon these expert reports is limited to the information set out that pre-dates May 29, 2008.

52.  From 1979 to 2006, the regulatory standards for including adverse events in a drug label required that an AE be "an undesirable effect, reasonably associated with the use of the drug, that may occur as part of the pharmacological action of the drug or may be unpredictable in its occurrence." (2005 CFR, 21 CFR 201.57(g)).

53. In January 2006, FDA published a major revision of the requirements for the format and content of drug labeling, frequently referred to as the *Physician Labeling Rule* (PLR). 71 FR 3921-3997 (2006).

**CONFIDENTIAL**

23

when there is reason to suspect that the drug may have caused the event. Typical reasons to suspect causality for an event include (1) timing of onset or termination with respect to drug use, (2) plausibility in light of the drug's known pharmacology, (3) occurrence at a frequency above that expected in the treated population, and (4) occurrence of an event typical of drug-induced adverse reactions (e.g., liver necrosis, agranulocytosis, Stevens-Johnson syndrome). For serious events that are typical of drug-induced adverse reactions, the occurrence of even a single event could be a basis for inclusion in the list."[14]

57. For purposes of assessing whether there was "some basis to believe a causal association exists between Taxotere and PCIA, Dr. Madigan's disproportionality analysis demonstrates that a consistent safety signal for PCIA is present from 2000 through 2017, while no other chemotherapy drug analyzed demonstrated a consistent and ongoing signal. In addition to Dr. Madigan's PRR/FAERS analysis, there were at least 32 adverse events received by Sanofi's pharmacovigilance department prior to 2008.[15] In August 2006 Sanofi became aware of the study performed by Dr. Sedlacek, and his

---

[14] Guidance for Industry: Adverse Reactions Section of Labeling for Human Prescription Drug and Biological Products - Content and Format (January 2006), available at https:// www.fda.gov/ media/72139/download.

[15] Sanofi_02994797.

**CONFIDENTIAL**

finding that Taxotere containing regimens alone demonstrated an increased incidence of PCIA.[16] This study demonstrated a statistically significant risk of PCIA in with Taxotere-containing regimens versus non-Taxotere containing regimens.[17] Sanofi's own interim data from its randomized study, TAX316, demonstrated a statistically significant increase in the incidence of PCIA in the TAC group compared to the FAC group in the study.[18] And, finally, in April 2006, Sanofi recognized the distinction between temporary alopecia and alopecia that does not resolve, as evidenced by drafts of labeling in the EU discussed among Sanofi employees in the United States and France.[19]

58. The causal relationship between Taxotere and PCIA has been further elucidated in several studies published after 2008 that provide evidence of a causal relationship between Taxotere and docetaxel-containing regimens and PCIA; these studies are set out more fully in the report of Dr. Ellen Feigal. This evidence confirms that the basis for the belief that a causal relationship

---

[16] Sanofi_04633925.

[17] Madigan Report, June 7, 2020, pp. 221-24, Table 8.

[18] See Interim (55-month follow-up) Clinical Study Report, TAX316, January 21, 2004, demonstrating 4.2% (31/744) of patients in the TAC arm and 2.2% (16/736) in the FAC arm (rr: 1.92); See also, Madigan report, table 8, calculating statistical significance at dates prior to 2008.

[19] See I. Richard-Cassin, dep. May 4, 2018, pp. 115 -147; exhibits 22-25. Also see G. Nijveldt dep., Feb. 15, 2018, pp. 80:15 – 89:22; exhibit 7, GSOP, Implementation Process for Corp orate Labeling, explaining Sanofi's policy is to harmonizing labels worldwide.

**CONFIDENTIAL**

existed prior to 2008 has ultimately been confirmed.[20]  This evidence includes a retrospective study published in March 2011 reviewing records of 8,430 patients who attended a hair clinic during the previous 7 years with non-scarring alopecia, which identified seven cases of PCIA, 5 of which occurred after administration of docetaxel-containing regimens.[21]   A retrospective clinicopathological study published in June 2011 found that 6 of 10 cases of post-chemotherapy PCIA cases occurred in breast cancer patients treated with docetaxel-containing regimens.[22]   A retrospective study published in May 2012 described 20 breast cancer patients suffering PCIA after receiving docetaxel-containing regimens.[23]

59. Other available information regarding PCIA after treatment with a docetaxel-containing regimen include PCIA case reports in 2009 and 2010.[24]

---

[20] Report of Ellen Feigal, at § VIII(D), Table 2, notes; § IX; UpToDate, Alopecia Related to Systemic Cancer Therapy, 2020, https://www.uptodate.com/contents/ alopecia-related-to-systemic-cancer-therapy/print; Chan J., et al, "Permanent hair loss associated with taxane chemotherapy use in breast cancer: A retrospective survey at two tertiary UK cancer centers," Eur J Cancer Care, 2020:e13395.

[21] Palamaras I, et al., "Permanent chemotherapy-induced alopecia: a review." J Am Acad Dermatol. 2011 Mar; 64(3): 604-606.

[22] Miteva M, et al. "Permanent alopecia after systemic chemotherapy: a clinicopathological study of 10 cases." Am J Dermatopathol. 2011 Jun; 33(4):345-50.

[23] Kluger N, et al. "Permanent scalp alopecia related to breast cancer chemotherapy by sequential fluorouracil/epirubicin/cyclophosphamide (FEC) and docetaxel: a prospective study of 20 patients." Ann Oncol. 2012 Nov; 23(11):2879-84.

[24] Prevezas C, et al. "Irreversible and severe alopecia following docetaxel or paclitaxel cytotoxic therapy for breast cancer." Br J Dermatol. 2009 Apr; 160(4):883-5; Tallon B, et al. "Permanent chemotherapy-induced alopecia: case report and review of the literature." J Am Acad Dermatol. 2010 Aug; 63(2):333-6; Masidonski P, Mahon SM. "Permanent alopecia in women being treated for breast cancer." Clin J Oncol Nurs. 2009 Feb;13(1):13-4.

**CONFIDENTIAL**

60. With respect to the FAERS database, as Dr. Madigan noted in his report, there was a proportional reporting rate (PRR) signal for docetaxel from as early as 2000. The FAERS data are publicly available for download, and were available to Sanofi throughout Taxotere's market authorization.

### 5.   Post-approval NDA regulatory obligations

61. After NDA approval, the sponsor of the application (the NDA holder) has continuing regulatory responsibilities. For purposes of this report, a critically important responsibility is the evaluation and reporting of available safety information to the FDA, and ensuring that the product's label remains accurate by incorporating newly acquired information regarding the drug that has become available to the NDA holder. 21 CFR 314.70(c)(6)(iii).

62. "Newly acquired information is data, analyses, or other information not previously submitted to the Agency, which may include (but is not limited to) data derived from new clinical studies, reports of adverse events, or new analyses of previously submitted data (e.g., meta-analyses) if the studies, events, or analyses reveal risks of a different type or greater severity or frequency than previously included in submissions to FDA." 21 CFR 314.3.

63. An NDA holder's post-marketing regulatory responsibilities focus in large part on serious adverse events (SAEs) and unexpected AEs. The FDA

83.   Sanofi submitted subsequent sNDAs for indications for advanced gastric adenocarcinoma, squamous cell carcinoma of the head and neck (SCCHN), and to add language related to pediatric safety, among other later sNDAs.[31]

84. I have reviewed the Taxotere labels from 1999 to the present, and note that prior to May 29, 2008, the Taxotere label did not include listing for the unexpected adverse reaction of permanent, irreversible or persistent alopecia. Sanofi's Taxotere label did not include any information about duration or severity of alopecia until 2015, when it included "cases of permanent alopecia have been reported" with Taxotere use.

### B. Scientific information regarding Taxotere and permanent alopecia

85.   Against the background of the previously discussed regulatory framework I was asked to evaluate an offer opinion on whether or not sufficient evidence existed prior to May 29, 2008, that warranted a label change to § 6 (Adverse Reactions) of the Taxotere label, and if so to identify the evidence that demonstrated and justified a change. This analysis is fairly straightforward and requires understanding the following:

   a.   What is the standard for making a § 6 (Adverse Reactions) label change or amendment?

---

[31] Sanofi_02489593, pp. 69, 87 and 83, respectively.

**CONFIDENTIAL**

b. What relevant evidence was available to Sanofi prior to May 29, 2008, and what knowledge did the company possess that speaks to the relevant standard for making a § 6 (Adverse Reactions) label change or amendment?

c. What, if any, evidence exists that demonstrates Sanofi performed necessary pharmacovigilance and analyses over time to assess and evaluate information that would impact and inform a § 6 label amendment?

d. What, if any, action did Sanofi take in light of the available evidence and its regulatory/labeling obligations? Did Sanofi ever seek to update § 6 of its Taxotere label prior to May 29, 2008, to include an adverse reaction that described the nature, severity and duration of PCIA.

86. The standard for a § 6 label change is dictated by the relevant regulations that govern labeling. As set out and explained previously in this report, 21 USC § 201.57(c)(7) states:

a. "For purposes of prescription drug labeling, an adverse reaction is an undesirable effect, reasonably associated with use of a drug, that may occur as part of the pharmacological action of the drug or may be unpredictable in its occurrence. This definition does not include all

adverse events observed during use of a drug, only those adverse events for which there is some basis to believe there is a causal relationship between the drug and the occurrence of the adverse event."

87. And 21 USC § 314.80(a) sets out the definition of an "Unexpected adverse drug experience," as follows:

    a. "Any adverse drug experience that is not listed in the current labeling for the drug product. This includes events that may be symptomatically and pathophysiologically related to an event listed in the labeling, but differ from the event because of greater severity or specificity." *Id.*

88. The evidence available to Sanofi prior to May 29, 2008, that would inform and support a § 6 (Adverse Reactions) label change, included at least the following:

    a. The consistent and growing safety signal for Taxotere and PCIA as demonstrated in Dr. Madigan's increased PRR for Taxotere and PCIA from 2000 – 2008 (and in fact through 2017, the last year for which Dr. Madigan provides his FAERS analysis), and the lack of any consistent increased PRR for any of the other drugs analyzed (Adriamycin, Cyclophosphamide, 5-FU, Paclitaxel, Xeloda and Avastin). *See* Dr. Madigan's expert report for Kahn.

b. Nabholtz, et al.,(2001) documenting cases of PCIA in a Sanofi-sponsored study.

c. Sanofi's internal pharmacovigilance database. The two Clinical Overviews conducted in 2011 and 2015 reflect that Sanofi received numerous reports of permanent/irreversible alopecia that predate, 2008, and should be considered in assessing a label change prior to this date. Interestingly, although recognizing the presence of over 140 AEs for permanent/irreversible alopecia by 2011, rather than inspiring further investigation – including a FAERs analysis for signal detection, among other potential actions – Sanofi's employee Emanuel Palatinsky simply explained the events away stating "available evidence does not show that irreversible alopecia is caused by docetaxel alone." E. Palatinsky deposition, Ex. 16, p. 44.

d. Sanofi's TAX316 55-month interim analysis comparing a TAC (Taxotere, Adriamycin and Cyclophosphamide) regimen with a FAC (5-FU, Adriamycin and Cyclophosphamide) regimen, demonstrating a statistically significant increased incidence of PCIA.[32] When requested by the European Medical Agency (the European equivalent of the FDA)

---

[32] *See* Madigan Report, Table 8, p. 24 and Sanofi_05097326.

to provide information and rates of permanent alopecia, Sanofi provided its data from TAX316 and GEICAM 9801, and thus the data from those studies should be looked to at the 55-month period for instruction on regulatory questions.

e. Dr. Madigan's analysis of Safety Update Reports compiled by Sanofi as part of its ongoing regulatory obligations in Europe; Dr. Madigan documents the number of reported cases of irreversible alopecia from TAX 316 that Sanofi reported to EMA from 2004 – 2009.[33]

f. Sedlacek (2006) was an retrospective study performed on clinical experience between January 1994 and December 2004 and demonstrated PCIA only in the treatment group treated with Taxotere-containing regimens, and not in groups receiving regimens that included paclitaxel or no taxane at all. As discussed below, there is evidence that demonstrates Sanofi had knowledge of Dr. Sedlacek's study findings before he presented them at the San Antonio Breast Cancer Symposium in December 2006.

---

[33] Madigan Report June 7, 2020, at 23-26; Sanofi_01294774 (2005 Safety Update Report); Sanofi_05956179 (2006 Safety Update Report).; Sanofi_04014414 (2007 Safety Update Report); Sanofi_03929385 (2008 Safety Update Report).' Sanofi_03935020 (2009 Safety Update Report); Sanofi_01294924 (2006 Rapporteur Assessment Report).

**CONFIDENTIAL**

89. I have reviewed the documents cited in this report and listed on Exhibit B, as well as the depositions listed and referenced in this report, and I have not seen any evidence that Sanofi performed the necessary pharmacovigilance to evaluate and assess the AE of PCIA prior to May 29, 2008, despite multiple pieces of evidence demonstrating Sanofi's knowledge of or, at a minimum, some basis to believe a causal association existed between the use of Taxotere and PCIA. These include:

   a. Sanofi employees discussing Dr. Sedlacek's study findings prior to its publication at the San Antonio Breast Cancer Symposium in December 2006.[34]

   b. Exhibits 22-25 to the deposition of Isabelle Richard-Cassin. Ms. Richard-Cassin was the Regulatory Manager, EU Oncology, for Sanofi, and exhibits 22 – 25 to her deposition document discussions on a teleconference that occurred on April 25, 2006, wherein Sanofi employees in France and the United States were discussing separately listing temporary alopecia and alopecia that does not resolve (PCIA), and including these AEs separately in the EMA label. This is important and relevant to labeling in the United States because of Sanofi's policy

---

[34] Sanofi_04633925

**CONFIDENTIAL**

for harmonizing its labels worldwide. Specifically, Sanofi QSOP-000775 (February 1, 2006), requires international harmonization to "ensure the highest possible degree of international consistency intended for use by healthcare professionals and/or consumers."[35] This purpose of harmonization within Sanofi worldwide was confirmed by Garret Nijveldt, Sanofi's Senior Director of Global Regulatory Affairs, Labeling.[36]  Mr. Nijveldt is a United States based employee of Sanofi. Regardless of the differences that may exist between labeling requirements in the Europe and the United States, these documents demonstrate Sanofi's knowledge of the potential relationship between Taxotere and PCIA, and demonstrate, along with other evidence, some basis to believe a causal association existed between Taxotere and PCIA prior to May 29, 2008.

c.  Sanofi's employee Amy Freeman at 195:20 – 196:21 of her October 18, 2018 deposition, stated that "by 2006 Sanofi knew its product could cause irreversible alopecia in patients" and that "Sanofi was aware." This, along with other evidence, demonstrate, some basis to believe a

---

[35] Sanofi_00722655.

[36] Nijveldt depo, 80:15 - 89:22.

**CONFIDENTIAL**

causal association existed between Taxotere and PCIA prior to May 29, 2008.

d.  Sanofi's representations to EMA in response to questions posed in November 2012, and answered in January 2013, concerning permanent chemotherapy induced alopecia related to Taxotere were answered by reference to Sanofi's data from its TAX316 and GEICAM9805 studies.[37] Statistically significant interim data from these studies was available to Sanofi prior to May 29, 2008, and should have – when considered with other evidence available to the company as set out in this report – contributed to its analysis and discovery of some basis to believe a causal relationship existed between Taxotere and PCIA.

e.  Instead of finding evidence of diligent investigation and pharmacovigilance, there is a troubling lack of evidence documenting any analysis or assessment of the risk of PCIA at all prior to the 2011 Clinical Overview, which was prompted by inquiry from outside the company. I did not find any evidence of proactive pharmacovigilance concerning the risk of PCIA that predates May 29, 2008.

---

[37] Mancini 37, P. Mancini deposition, March 23, 2018.

**CONFIDENTIAL**

90. Applying the evidence described in this report, and the documents and depositions reviewed and considered, against the standard set out in 21 CFR §§ 201.57 and 314.80, as described in this report, it is my opinion to a reasonable degree of regulatory and scientific certainty that sufficient evidence existed to support some basis to believe a causal association existed between Taxotere and PCIA, at least as early as the April 25, 2006 telephone conference/meeting documented in Richard-Cassin exhibits 22, 24 and 25.[38] This was followed closely by Sanofi's awareness of Dr. Sedlacek's study findings, and then by his presentation and publication of his findings at the San Antonio Breast Cancer Symposium in December 2006. As the manufacturer and marketer of Taxotere, Sanofi had an ongoing obligation to update its label to include accurate information, including the adverse reaction of PCIA. Further, while I recognize that the word "alopecia" appears in § 6 (Adverse Reactions) of the Taxotere label in effect in May 2008, the inclusion of only alopecia without descriptive language of duration and severity as required by 21 USC §§ 201.57 and 314.80 is insufficient to apprise physicians and patients of the risk of PCIA known, or knowable, to Sanofi.

---

[38] Based on the Court's direction I am not offering an opinion a date earlier than 2006, but offer my opinion based on my review of the available evidence, and within the constraints that time allowed.

**CONFIDENTIAL**

duration and severity, need to be included in § 6 of the drug label. As a result, her conclusion that the word "alopecia" is sufficient fails to consider the mandates of the new rule set out in 21 CFR §§ 201.57(c)(7) and 314.80(a), and explained in 71 FR 3921, and therefore is incorrect.

I disagree with Dr. Arrowsmith's position that Sanofi could not amend its label to include a descriptor such as permanent or irreversible due to restrictions of the MedDRA dictionary. Dr. Arrowsmith makes this conclusion despite the fact that there is no such requirement in the regulations governing drug labels that restricts language concerning AEs to the MedDRA dictionary terms.[39] Arrowsmith dep. 7/29/2020, 63:1 -65:17. This is made even clearer by Dr. Arrowsmith's own testimony where she notes Sanofi's 2015 § 6 label change to include the words "cases of permanent alopecia have been reported," to include a descriptive term for alopecia was made without any change to the MedDRA dictionary terms; she confirmed that she did not see any documentation that Sanofi discussed deviating from MedDRA terminology with FDA prior to the 2015 label change. Arrowsmith depo., 7/29/2020, 67:1 – 70:3. While Dr. Arrowsmith recognizes the standard in §§ 201.57 and 314.80, she fails to apply the appropriate standards to the evidence.

---

[39] Wu L., et al., Study of Serious adverse drug reactions using FDA-approved drug labeling and MedDRA (2019), 20(Suppl 2):97; https://doi.org/10.1186/s12859-019-2628-5

**CONFIDENTIAL**

**Exhibit C – Materials relied upon**

**David Ross, MD, PhD, MBI**
**Exhibit C - LIST OF DOCUMENTS REVIEWED**

**I.** **All references in the content and footnotes of my report.**

**II.** **Expert Reports**

- Ellen G. Feigal, M.D., March 23, 2020
- David A. Kessler, M.D., November 6, 2018
- David A. Kessler, M.D., Supplemental Report, October 21, 2019
- David Madigan, M.D., March 23, 2020
- Laura M. Plunkett, Ph.D., DABT, March 13, 2020
- Janet Arrowsmith, M.D., December 9, 2019

**III.** **Depositions and Exhibits**

- Janet Arrowsmith, M.D., July 29, 2020
- Jean Phillipe Aussel
- Kim Bassi
- Amy Freedman
- Vanina Groult
- Sunil Gupta
- Linda Gustavson
- Nanae Hangai
- Michael S. Kopreski M.D.
- Pierre Mancini
- Gerrit Nijveldt
- Emanuel Palatinsky (Vol. 1 & 2)
- Frances Polizzano
- Isabelle Richard-Cassin
- Gina Vestea

**IV.** **Sanofi Documents**

| | | | | |
|---|---|---|---|---|
| Sanofi_00193549 | Sanofi_00260841 | Sanofi_00261412 | Sanofi_00262467 | Sanofi_00265619 |
| Sanofi_00792534 | Sanofi_00265621 | Sanofi_00354859 | Sanofi_00355202 | Sanofi_00356704 |
| Sanofi_00792535 | Sanofi_00377402 | Sanofi_00377460 | Sanofi_00377534 | Sanofi_00377610 |
| Sanofi_01019994 | Sanofi_00377628 | Sanofi_00378386 | Sanofi_00378483 | Sanofi_00378516 |
| Sanofi_01294774 | Sanofi_00378556 | Sanofi_00378671 | Sanofi_00379020 | Sanofi_00379104 |
| Sanofi_01294924 | Sanofi_00379158 | Sanofi_00379163 | Sanofi_00385012 | Sanofi_00387684 |
| Sanofi_01902063 | Sanofi_00423681 | Sanofi_00423835 | Sanofi_00423875 | Sanofi_00548387 |
| Sanofi_01954872 | Sanofi_00548432 | Sanofi_00548479 | Sanofi_00548527 | Sanofi_00548608 |
| Sanofi_02649521 | Sanofi_00548613 | Sanofi_00549915 | Sanofi_00553474 | Sanofi_00559177 |
| Sanofi_03847507 | Sanofi_00559178 | Sanofi_00559182 | Sanofi_00559223 | Sanofi_00574334 |

| | | | | |
|---|---|---|---|---|
| Sanofi_03929385 | Sanofi_00723830 | Sanofi_00724262 | Sanofi_00724344 | Sanofi_00724381 |
| Sanofi_03935020 | Sanofi_00739320 | Sanofi_00739370 | Sanofi_00739377 | Sanofi_00740326 |
| Sanofi_04014414 | Sanofi_00740432 | Sanofi_00741049 | Sanofi_00742162 | Sanofi_00742213 |
| Sanofi_04196129 | Sanofi_00742920 | Sanofi_00743074 | Sanofi_00743140 | Sanofi_00743171 |
| Sanofi_04353203 | Sanofi_00743431 | Sanofi_00743637 | Sanofi_00744351 | Sanofi_00744433 |
| Sanofi_05273484 | Sanofi_00745133 | Sanofi_00747973 | Sanofi_00748227 | Sanofi_00748267 |
| Sanofi_05319538 | Sanofi_00748626 | Sanofi_00748735 | Sanofi_00748738 | Sanofi_00748741 |
| Sanofi_05935025 | Sanofi_00748780 | Sanofi_00749022 | Sanofi_00749233 | Sanofi_00749236 |
| Sanofi_05956179 | Sanofi_00749249 | Sanofi_00749317 | Sanofi_00749772 | Sanofi_00749850 |
| Sanofi_05969184 | Sanofi_00749905 | Sanofi_00749997 | Sanofi_00750033 | Sanofi_00772857 |
| Sanofi_05969189 | Sanofi_00791228 | Sanofi_00791306 | Sanofi_00791311 | Sanofi_00791480 |
| Sanofi_05969194 | Sanofi_00791486 | Sanofi_00791553 | Sanofi_00792335 | Sanofi_00792534 |
| Sanofi_05969205 | Sanofi_00792535 | Sanofi_00795081 | Sanofi_00795425 | Sanofi_00800098 |
| Sanofi_05969209 | Sanofi_00800102 | Sanofi_01030475 | Sanofi_01031668 | Sanofi_01035459 |
| Sanofi_02368838 | Sanofi_01036095 | Sanofi_01038470 | Sanofi_01038956 | Sanofi_01039911 |
| Sanofi_01009835 | Sanofi_01039954 | Sanofi_01039963 | Sanofi_01040010 | Sanofi_01040067 |
| Sanofi_01029968 | Sanofi_01040110 | Sanofi_01040511 | Sanofi_01040521 | Sanofi_01040633 |
| Sanofi_03049281 | Sanofi_01041391 | Sanofi_01042731 | Sanofi_01045285 | Sanofi_01045286 |
| Sanofi_05251292 | Sanofi_01045383 | Sanofi_01061749 | Sanofi_01061758 | Sanofi_01062191 |
| Sanofi_02833623 | Sanofi_01062463 | Sanofi_01065794 | Sanofi_01065799 | Sanofi_01067558 |
| Sanofi_00002949 | Sanofi_01086042 | Sanofi_01086045 | Sanofi_01091522 | Sanofi_01101022 |
| Sanofi_00010820 | Sanofi_01102046 | Sanofi_01112867 | Sanofi_01115456 | Sanofi_01192189 |
| Sanofi_00012443 | Sanofi_01233019 | Sanofi_01234159 | Sanofi_01234391 | Sanofi_01246527 |
| Sanofi_00012568 | Sanofi_01246596 | Sanofi_01246597 | Sanofi_01259408 | Sanofi_01268143 |
| Sanofi_00060898 | Sanofi_01268180 | Sanofi_01280958 | Sanofi_01293003 | Sanofi_01295037 |
| Sanofi_00063576 | Sanofi_01296736 | Sanofi_01296737 | Sanofi_01299071 | Sanofi_01299072 |
| Sanofi_00110998 | Sanofi_01299161 | Sanofi_01302842 | Sanofi_01315435 | Sanofi_01330786 |
| Sanofi_00111059 | Sanofi_01336880 | Sanofi_01343874 | Sanofi_01343875 | Sanofi_01349956 |
| Sanofi_00111164 | Sanofi_01363709 | Sanofi_01363974 | Sanofi_01383369 | Sanofi_01383493 |
| Sanofi_00111212 | Sanofi_01397018 | Sanofi_01434354 | Sanofi_01500984 | Sanofi_01550903 |
| Sanofi_00136563 | Sanofi_01573469 | Sanofi_01590762 | Sanofi_01594206 | Sanofi_01622327 |
| Sanofi_00168863 | Sanofi_01694853 | Sanofi_01704444 | Sanofi_01718843 | Sanofi_01736469 |
| Sanofi_00180262 | Sanofi_01738277 | Sanofi_01762959 | Sanofi_01771877 | Sanofi_01773761 |
| Sanofi_00197757 | Sanofi_01774800 | Sanofi_01780168 | Sanofi_01827598 | Sanofi_01827599 |
| Sanofi_00207523 | Sanofi_01827600 | Sanofi_01827615 | Sanofi_01827616 | Sanofi_01827617 |
| Sanofi_00207658 | Sanofi_01843199 | Sanofi_01845590 | Sanofi_01845607 | Sanofi_02012589 |
| Sanofi_00800585 | Sanofi_02415352 | Sanofi_01019193 | Sanofi_01021777 | Sanofi_01026382 |
| Sanofi_00805192 | Sanofi_01026479 | Sanofi_01026734 | Sanofi_01027709 | Sanofi_01028829 |
| Sanofi_00805353 | Sanofi_01029269 | Sanofi_01029318 | Sanofi_01029474 | Sanofi_02438226 |
| Sanofi_00806479 | Sanofi_02441042 | Sanofi_02489593 | Sanofi_02540992 | Sanofi_02544368 |
| Sanofi_00811958 | Sanofi_02546388 | Sanofi_02589772 | Sanofi_02635100 | Sanofi_02640580 |
| Sanofi_00812060 | Sanofi_02645200 | Sanofi_02664951 | Sanofi_02678216 | Sanofi_02681765 |
| Sanofi_00812349 | Sanofi_02705871 | Sanofi_02725955 | Sanofi_02833652 | Sanofi_02835508 |
| Sanofi_00814048 | Sanofi_02844717 | Sanofi_02979423 | Sanofi_02983317 | Sanofi_02983325 |
| Sanofi_00814793 | Sanofi_02983328 | Sanofi_03152018 | Sanofi_03213169 | Sanofi_03284091 |
| Sanofi_00816348 | Sanofi_03287106 | Sanofi_03287115 | Sanofi_03333249 | Sanofi_03336646 |

| | | | | |
|---|---|---|---|---|
| Sanofi_00816749 | Sanofi_03336649 | Sanofi_03336652 | Sanofi_03343523 | Sanofi_03353197 |
| Sanofi_00819004 | Sanofi_03403513 | Sanofi_03406859 | Sanofi_03426146 | Sanofi_03497270 |
| Sanofi_00828912 | Sanofi_03643994 | Sanofi_03928809 | Sanofi_03942772 | Sanofi_03943317 |
| Sanofi_00829566 | Sanofi_04153677 | Sanofi_04154773 | Sanofi_0435320 | Sanofi_04430668 |
| Sanofi_00829725 | Sanofi_04439621 | Sanofi_04451595 | Sanofi_04453510 | Sanofi_04460197 |
| Sanofi_00829788 | Sanofi_04469884 | Sanofi_04484826 | Sanofi_04490670 | Sanofi_04508007 |
| Sanofi_00831625 | Sanofi_04508281 | Sanofi_04508889 | Sanofi_04512616 | Sanofi_04534603 |
| Sanofi_00831626 | Sanofi_04535983 | Sanofi_04611056 | Sanofi_04611811 | Sanofi_04613689 |
| Sanofi_00831693 | Sanofi_04613712 | Sanofi_04614439 | Sanofi_04614662 | Sanofi_04614726 |
| Sanofi_00831696 | Sanofi_04614727 | Sanofi_04617443 | Sanofi_04617919 | Sanofi_04622380 |
| Sanofi_00832334 | Sanofi_04623507 | Sanofi_04623815 | Sanofi_04627324 | Sanofi_04627432 |
| Sanofi_00837648 | Sanofi_04627986 | Sanofi_04628199 | Sanofi_04628609 | Sanofi_04628610 |
| Sanofi_00837649 | Sanofi_04628611 | Sanofi_04629431 | Sanofi_04629734 | Sanofi_04629825 |
| Sanofi_00837654 | Sanofi_04630477 | Sanofi_04632853 | Sanofi_04632931 | Sanofi_04633925 |
| Sanofi_00837661 | Sanofi_04633935 | Sanofi_04634621 | Sanofi_04634907 | Sanofi_04635928 |
| Sanofi_00837663 | Sanofi_04666990 | Sanofi_04691723 | Sanofi_04691789 | Sanofi_04691790 |
| Sanofi_00837665 | Sanofi_04691845 | Sanofi_04720678 | Sanofi_04725297 | Sanofi_04727359 |
| Sanofi_00837717 | Sanofi_04731188 | Sanofi_04738179 | Sanofi_04740213 | Sanofi_04743810 |
| Sanofi_00837809 | Sanofi_04745211 | Sanofi_04746009 | Sanofi_04746748 | Sanofi_04748570 |
| Sanofi_00838148 | Sanofi_04752742 | Sanofi_04756909 | Sanofi_04756910 | Sanofi_04761947 |
| Sanofi_00956551 | Sanofi_04810916 | Sanofi_04815573 | Sanofi_04816552 | Sanofi_04817016 |
| Sanofi_00966555 | Sanofi_04817118 | Sanofi_04817130 | Sanofi_04818699 | Sanofi_04819697 |
| Sanofi_00966605 | Sanofi_04833024 | Sanofi_04835618 | Sanofi_04836071 | Sanofi_04836545 |
| Sanofi_00966846 | Sanofi_04841734 | Sanofi_04850129 | Sanofi_04856272 | Sanofi_04864365 |
| Sanofi_00968736 | Sanofi_04864389 | Sanofi_04870250 | Sanofi_04876332 | Sanofi_04876344 |
| Sanofi_00974332 | Sanofi_04876549 | Sanofi_04876794 | Sanofi_04878450 | Sanofi_04898855 |
| | Sanofi_04915545 | Sanofi_04915551 | Sanofi_04977753 | Sanofi_05059732 |
| | Sanofi_05059757 | Sanofi_0506126 | Sanofi_01113658 | Sanofi_05061309 |
| | Sanofi_05061390 | Sanofi_05061402 | Sanofi_05061406 | Sanofi_05070433 |
| | Sanofi_05072412 | Sanofi_05072486 | Sanofi_05072540 | Sanofi_05073810 |
| | Sanofi_05073839 | Sanofi_05074000 | Sanofi_05074733 | Sanofi_05075741 |
| | Sanofi_05076030 | Sanofi_05076067 | Sanofi_05077504 | Sanofi_05077564 |
| | Sanofi_05078200 | Sanofi_05078296 | Sanofi_05078408 | Sanofi_05175940 |
| | Sanofi_05186533 | Sanofi_05187973 | Sanofi_05207927 | Sanofi_05250957 |
| | Sanofi_05252078 | Sanofi_05254685 | Sanofi_05270512 | Sanofi_05277377 |
| | Sanofi_05289714 | Sanofi_05338593 | Sanofi_05429052 | Sanofi_05430925 |
| | Sanofi_05435035 | Sanofi_05446745 | Sanofi_05446835 | Sanofi_05458759 |
| | Sanofi_05617796 | Sanofi_05656087 | Sanofi_05665386 | Sanofi_05932643 |
| | Sanofi_06236975 | | | |

## V.    **FDA Documents**

07.30.1992 - 020262 Approval Ltr
07.23.1993 - 020262 s002 Approval Ltr
04.13.1994 - 020262 s004 Approval Ltr

08.16.1994 - 020262 s003 s004 Approval Ltr 0
4.01.1996 - 020262 s012 Approval Ltr
04.02.1998 - 020262 s022 Approval Ltr
05.14.1996 - 020449 Approval Package
01.06.1998 - 020449 s004 Approval Package
01.06.1998 - 020449 s004 Approval Ltr
06.22.1998 - 020449_S005 Approval Package
06.22.1998 - 020449_S005_ADMINDOCS
06.22.1998 - 020449_S005_APPROV
06.22.1998 - 020449_S005_BIOPHARM
06.22.1998 - 020449_S005_CHEMR
06.22.1998 - 020449_S005_CORRES
06.22.1998 - 020449_S005_FONSI
06.22.1998 - 020449_S005_MEDR
06.22.1998 - 020449_S005_STATR
01.22.1998 - 020449_S006 Approval Package
01.22.1998 - 020449_S006_ADMINDOCS
01.22.1998 - 020449_S006_APPROV
01.22.1998 - 020449_S006_BIOPHARM
01.22.1998 - 020449_S006_CHEMR
01.22.1998 - 020449_S006_CORRES
01.22.1998 - 020449_S006_FONSI
01.22.1998 - 020449_S006_MEDR
01.22.1998 - 020449_S006_STATR
12.23.1999 - 020449_S011 Approval Package
12.23.1999 - 020449_S011_ADMINDOCS
12.23.1999 - 020449_S011_APPROV
12.23.1999 - 020449_S011_BIOPHARMR
12.23.1999 - 020449_S011_CHEMR
12.23.1999 - 020449_S011_CORRES
12.23.1999 - 020449_S011_MEDR
12.23.1999 - 020449_S011_PRNTLBL
12.23.1999 - 020449_S011_STATR
04.24.2003 - 020449_S016 Approval Package
04.24.2003 - 020449_S016_ADMINDOCS
04.24.2003 - 020449_S016_APPROV
04.24.2003 - 020449_S016_CHEMR
04.24.2003 - 020449_S016_PRNTLBL
07.09.2002 - 020449_S017_ADMINDOCS
07.09.2002 - 020449_S017_APPROV
07.09.2002 - 020449_S017_PRNTLBL
07.09.2002 - 020449_S017_S019_S022 Approval Package 1
1.27.2002 - 020449_S018 Approval Package
11.27.2002 - 020449_S018_ADMINDOCS
11.27.2002 - 020449_S018_APPROV
11.27.2002 - 020449_S018_BIOPHARM

11.27.2002 - 020449_S018_CHEMR
11.27.2002 - 020449_S018_CORRES
11.27.2002 - 020449_S018_MEDR
11.27.2002 - 020449_S018_PRNTLBL
11.27.2002 - 020449_S018_STATR
07.30.2002 - 020449_S017_S019_S022 Approval Package
07.30.2002 - 020449slr017,019,022ltr
07.30.2002 - 020449slr022_taxotere_lbl
01.30.2003 - 020449_S017_S019_S022 Approval Package
01.30.2003 - 020449slr017,019,022ltr
01.30.2003 - 020449slr022_taxotere_lbl
05.19.2004 - 020449_S028 Approval Package
05.19.2004 - 020449_S028_ADMIN
05.19.2004 - 020449_S028_APPROV
05.19.2004 - 020449_S028_BIOPHARMR
05.19.2004 - 020449_S028_CHEMR
05.19.2004 - 020449_S028_MEDR
05.19.2004 - 020449_S028_PRNTLBL
08.18.2004 - 020449 _S029_PRNTLBL
08.18.2004 - 020449_S029_ADMINCORRES
08.18.2004 - 020449_S029_APPROV (adjuvant/ESBC indication)
08.18.2004 - 020449_S029_BIOPHARMR
08.18.2004 - 020449_S029_CHEMR
08.18.2004 - 020449_S029_MEDR
08.18.2004 - 020449_S029_STATR
08.18.2004 - 020449_S029 Approval Package
01.06.2005 - 020449s031ltr
08.11.2005 - 020449s033lbl
08.11.2005 - 020449s033ltr
11.05.2005 - 020449s034ltr
03.22.2006 - 020449Orig1s035
03.22.2006 - 020449S035lbl
03.22.2006 - 020449S035ltr
03.22.2006 - 020449Orig1s035 Approval Package
06.07.2006 - 020449s036lbl
06.07.2006 - 020449s036LTR
10.17.2006 - 020449_S039_Admin
10.17.2006 - 020449_S039_Approval_Package [Full]
10.17.2006 - 020449_S039_Clinical_Review
10.17.2006 - 020449_S039_Labeling
10.17.2006 - 020449_S039_Medical_Reviews
10.17.2006 - 020449_S039_Other_Reviews
10.17.2006 - 020449_S039_Statistical_Reviews
10.17.2006 - 020449_S039_Summary_Review
10.17.2006 - 020449_S039 Approval Package
06.03.2010 - 020449Orig1s043

5

06.03.2010 - 020449_S043 Approval Package
04.20.2010 - 020449s044lbl
04.20.2010 - 020449s044,020449s053ltr
09.28.2007 - 020449s045lbl
09.28.2007 - 020449s045ltr
09.28.2007 - 020449_S045 Approval Package
04.20.2010 - 020449s044,020449s053ltr
04.20.2010 - 020449s053lbl
08.02.2010 - 020449Orig1s054
08.02.2010 - 020449_S054 Approval Package
05.13.2010 - 020449s059lbl
05.13.2010 - 020449s059ltr
04.13.2012 - 020449s063lbl
09.07.2011 - 020449s064lbl
09.07.2011 - 020449s064ltr
12.15.2011 - 020449s065lbl
12.15.2011 - 020449s065ltr
06.26.2013 - 020449Orig1s069ltr
06.26.2013 - 020449s069lbl
12.13.2013 - 020449Orig1s071ltr
12.13.2013 - 020449s071lbl
12.13.2014 - 020449Orig1s073ltr
12.13.2014 - 020449s073lbl
12.11.2015 - 020449Orig1s075
12.11.2015 - 020449Orig1s075ltr
12.11.2015 - 020449s075lbl
12.11.2015 - 020499Orig1s075 Approval Package
10.05.2018 - 020449Orig1s079ltr
10.05.2018 - 020449s079lbl

**VI.**     **Additional FDA Documents**
- DOCETAXEL injection, for intravenous use, Initial U.S. Approval 1996, NDA 020449
- Relevant FDA Approved Labeling for the following:
  - Taxotere
  - Adriamycin
  - Cyclophosphamide
  - Paclitaxel
  - 5-Fluorouracil
  - Xeloda
  - Avastin

**VII.**    **Code of Federal Regulations**
- Title 21: Food and Drugs, Parts 200-299, Revised April 1, 2019
- Title 21: Food and Drugs, Parts 300-499, Revised April 1, 2019

6

**VIII.** <u>**Miscellaneous**</u>

- House of Representatives, 98th Congress, 2d Session, Rept. 98-857, Part 2, *Drug Price Competition and Patent Term Restoration Act of 1984*, August 1, 1984
- Public Law 87-781, October 10, 1962
- Medical Dictionary for Regulatory Activities Terminology (MedDRA) – Alopecia – Classes (http://bioportal.bioontology.org/ontologies/MEDDRA?p=classes&conceptid=10001760)
- National Library of Medicine: ICD10PCS https://www.nlm.nih.gov/research/umls/sourcereleasedocs/current/ICD10PCS/stats.html