# EXHIBIT Q

# Docetaxel and Irreversible Alopecia
David Madigan, PhD

## 1. Background

1. I am Professor of Statistics, former chair of Statistics, and former Executive Vice-President of Arts and Sciences and Dean of the Faculty of Arts and Sciences at Columbia University in New York City. I was chair of the Columbia Department of Statistics from 2008 to 2013. I served as EVP and Dean from 2013 to 2018. I received my bachelor's degree in Mathematical Sciences from Trinity College Dublin in 1984 and was awarded the College's gold medal. In 1990, I received a Ph.D. in Statistics, also from Trinity College. I have worked in the past for KPMG, SkillSoft, University of Washington, AT&T Labs, and Soliloquy Inc. From 2005 to 2007 I was Professor of Statistics and Dean of Physical and Mathematical Sciences at Rutgers University. Prior to serving as Dean I was Director of the Rutgers University Institute of Biostatistics. I am an elected Fellow of both the Institute of Mathematical Statistics and the American Statistical Association, as well as the American Association for the Advancement of Science, and was the 36th most cited mathematician worldwide from 1995-2005. I was an Institute of Mathematical Statistics Medallion Lecturer in 2009. I served a term as the Editor of *Statistical Science* from 2008 to 2010, the highest impact journal in Statistics.

2. I have published more than 180 technical papers on Bayesian statistics, biostatistics, pharmacovigilance, statistical graphics, Monte Carlo methods, computer-assisted learning, information retrieval, and text mining. Within the last few years I have consulted for Clarus Therapeutics, Jarvik Heart, Lilly, Merck, Novartis, and Pfizer on a variety of issues, many related to drug safety. In the past, I advised Boehringer Ingelheim on issues related to pharmacovigilance. I have considerable statistical experience with clinical trials including the design and analysis of pain studies at the University of Washington and the Fred Hutchinson Cancer Research Center, and more generally as a statistical consultant to multiple internal and external clients, particularly while I was director of the Institute of Biostatistics at Rutgers University, and continuing with Shire and Bayer.

3. Drug safety is one of my significant research interests, with a focus on the development and application of statistical methods for pharmacovigilance. I have published my work in *Drug Safety*, *Pharmacoepidemiology and Drug Safety*, *Therapeutic Advances in Drug Safety*, *Epidemiology*, the *American Journal of Epidemiology*, and other journals. I have also served as an investigator in the Mini-Sentinel project. Mini-Sentinel is a pilot project sponsored by the FDA to inform and facilitate development of a fully operational active surveillance system, the Sentinel System, for monitoring the safety of FDA-regulated medical products. In 2010-11, I led the Mini-Sentinel Working Group on case-based methods in active surveillance. In addition, from 2010 to 2013 I was a Principal Investigator for the Observational Medical Outcomes Partnership (OMOP), a public-private partnership between the FDA and the pharmaceutical industry. The partnership conducted a multi-year initiative to research methods that are feasible and useful to analyze existing

1

further clarifies that "[i]n the vast majority of cases, risk communication that incorporates appropriate language into the product's labeling will be adequate for risk minimization." *Id.* at n.30. Thus, well before there is confirmatory epidemiology, drug manufacturers who find safety signals suggesting potential safety risks of their products are encouraged to investigate the signals, perform risk-benefit analyses of the product, and communicate the potential concern through a labeling change.

18. I do not characterize my FAERS analyses as "data mining." This term usually applied to situations where analysts consider many drugs and outcomes. I used FAERS to conduct an analysis of a specific issue, namely docetaxel and irreversible alopecia. As such, my analysis is a statistical analysis and not a data mining exercise.

### 3.1.2 Post-Marketing Safety Assessment: Analytic Approaches

19. SRSs receive reports that comprise one or more drugs, one or more AEs, and possibly some basic demographic information (in addition to narrative and text data). Over time, SRS databases emerge that contain thousands or even millions of these reports. Notwithstanding the data limitations discussed above, SRS databases represent a primary data source for evaluating drug safety. SRS databases present some computational challenges. The MedDRA adverse event coding system includes over 20,000 distinct Preferred Terms (PTs). The number of licensed drugs is of the same order of magnitude. Thus SRS databases resemble spreadsheets with one row per report and around 30,000 columns. Table 1 below shows a conceptual representation of a typical entry.

Table 1: A conceptual representation of a typical entry in an SRS database

| *Age* | *Sex* | *Drug 1* | *Drug 2* | ... | *Drug 15000* | *AE 1* | *AE 2* | ... | *AE 16000* |
|---|---|---|---|---|---|---|---|---|---|
| 42 | Male | No | Yes | ... | No | Yes | No | ... | Yes |

20. Researchers have developed a number of algorithms that search SRS databases for "interesting" associations. Most such algorithms (e.g. multi-item gamma-Poisson shrinker [MGPS], proportional reporting ratios [PRR], reporting odds ratios [ROR], Bayesian confidence propagation neural network [BCPNN]) focus on 2 X 2 tables constructed from these data. Table 2 shows a typical (fictitious) table for a fictitious drug called Ganclex and a real adverse event, nausea.

Table 2: A fictitious 2 X 2 table constructed from an SRS database

|  | **Nausea Yes** | **Nausea No** | Total |
|---|---|---|---|
| **Ganclex Yes** | **20** | **100** | 120 |
| **Ganclex No** | **100** | **980** | 1080 |

36. I performed a literature search in September 2019 using the electronic databases PubMed, Embase and Scopus. I included relevant studies that met the following criteria: papers had to be published in the scientific literature as an original report and had to present an analysis of novel breast cancer patient data comparing docetaxel to other cancer drugs in relation to irreversible alopecia. I excluded review articles, case reports, case series, editorials or letters to the editor not including original data, and other studies not meeting the selection criteria. I used the following keywords for the searches: (docetaxel OR taxotere) AND alopecia AND (permanent OR irreversible OR persisting OR persistent). In addition, I searched references cited in the identified papers and reviews for potentially relevant studies that the search failed to capture.

### 3.3    Randomized Clinical Trial Statistical Methods

37. To identify irreversible alopecia, I am following Sanofi's approach:[39] restrict to safety set; alopecia started on treatment, continued into follow-up, and, for the last occurrence in follow-up, had neither an end date nor was marked "ceased." Note, "ceased" only occurs in TAX 301 and in ten cases no date is attached (five each arm). I *assume* these occurred before any time-to-resolution cutoff.

38. I note that "hierarchies of evidence" generally place meta-analysis of randomized controlled trials at the top.[40]

## 4.   Docetaxel FAERS Analysis

39. I conducted a statistical analysis of reports in FDA's FAERS database in which reporters had made a connection between docetaxel and irreversible alopecia.

40. Adverse events in AERS are coded in MedDRA, a standard dictionary for adverse events. "Preferred terms" (PTs) from the MedDRA dictionary are commonly used in drug safety studies, as are clinically motivated colletions of PTs known as Standardised MedDRA Queries (SMQs). In what follows, and following Sanofi's own approach,[41] I consider the MedDRA higher level term (HLT) "Alopecias." To identify irreversible alopecia, my analysis is restricted to alopecia tagged with an outcome of "Disability or Permanent Damage."[42]

41. To address potential confounding by indication, I also provide parallel analyses for paclitaxel, 5-fluorouracil, cyclophosphamide, doxorubicin, cisplatin, methotrexate,

---

[39] This is the same approach used by Sanofi.  See a7_aept_fup.sas

[40] Murad, M. H., Asi, N., Alsawas, M., & Alahdab, F. (2016). New evidence pyramid. *BMJ Evidence-Based Medicine*, *21*(4), 125-127.

[41] Sanofi_00829788

[42] The other possible outcomes are "Death," "Life threatening," "Hospitalization," "Other Serious," "Required Intervention to Prevent Permanent Damage," and "Congenital Anomaly/Birth Defects."

gemcitabine, and bevacizumab.[43] Sanofi used several of these drugs as comparator and concomitant drugs in its docetaxel trials (e.g., TAX 311, TAX 301, TAX 316). For each of the drugs, I searched for the following terms:

- docetaxel: taxotere, docefrez, and docetaxel
- paclitaxel: abraxane, taxol, onxal, and paclitaxel
- 5-fluorouracil: fluorouracil and adrucil
- cyclophosphamide: cyclophosphamide, neosar and cytoxan
- doxorubicin: doxorubicin, adriamycin, and rubex
- carboplatin
- cisplatin: cisplatin, briplatin, and cisplatyl
- methotrexate: methotrexate, otrexup, xatmep, artrait, metoject, mtx, novatrex, rheumatrex, tecnomet, ledertrexate, metex, rasuvo, trexall
- gemcitabine: gemcitabine, gemzar
- bevacizumab: bevacizumab, avastin, rhumba vegf

Since there was but one report of irreversible alopecia with cisplatin and two reports of irreversible alopecia with carboplatin, I do not include either in my analyses below.

42. Appendix 4 (irreversible_alopecia.xlsx) provides the corresponding numerical results cumulatively by quarter. In each case, I provide the cumulative number of reports through quarter end, the expected number of reports (E), the stratified expected number of reports (sE), and four different signaling statistics: the stratified EBGM (SEBGM), the stratified EB05 (SEB05), the proportional reporting ratio (PRR), and the chi square statistic. All statistics except the chi-square are on the scale of a rate ratio so, for example, a score of 2 represent a doubling of the reported event rate as compared to background. A chi square in excess of 4 can be considered to be large but usually only when coupled with a PRR in excess of 2. All stratified analyses are stratified by age, sex, and year of report.

43. Figure 1 shows the corresponding PRR values over time while Figure 2 shows the EBGM values and Figure 3 shows SEB05. Figure 1 shows a PRR signal for docetaxel from as early as 2000. Paclitaxel and Methotrexate show an early (but smaller) signal but this dissipates over time. Figure 2 shows a signal as early as 2000 and permanently by the middle of 2008. Figure 3 shows a safety signal for docetaxel by the middle of 2012. None of the comparator drugs generate either an SEBGM or a SEB05 signal.

---

[43] Drs. Feigal and Plunkett confirmed the appropriateness of these comparators. See also the NCCN Guidelines for Invasive Breast Cancer and Taxotere's Indications and Usage section in May 2010 label.

14



Figure 1. PRR values over time for docetaxel and comparator drugs and irreversible alopecia. The date of the docetaxel signal is noted in red with a "*" indicating a permanent signal.



Figure 2. SEBGM values over time for docetaxel and comparator drugs and irreversible alopecia. The date of the docetaxel signal is noted in red with a "*" indicating a permanent signal.

15



Figure 3. SEB05 values over time for docetaxel and comparator drugs and irreversible alopecia. The date of the docetaxel signal is noted in red with a "*" indicating a permanent signal.

44. I also conducted a "lasso logistic regression" analysis that addresses the innocent bystander effect by adjusting for all other drugs. Such an analysis is computationally intensive and only became feasible in recent years. Table 3 shows the results for FAERS through 2017. The statistic here is a shrinkage estimator on the scale of a rate ratio and as such is directly comparable with EBGM and a signaling threshold of 2 is appropriate. For example, considering the last row of Table 3, the increased reporting rate of docetaxel as against all other drugs is estimated to be approximately 10-fold (10.01), *adjusting for all other drugs* as well as age, sex, and year of report.

16

Table 3. Exponentiated lasso logistic regression coefficients for docetaxel and comparators for irreversible alopecia. Lasso logistic regression fit using the CCD software[44] with a prior variance of 0.1.

| Thru Year End | docetaxel | paclitaxel | Cyclopho-sphamide | Doxi-rubicin | 5-fluorouracil | Metho-trexate | Gemcit-tabine | Bevac-izumab |
|---|---|---|---|---|---|---|---|---|
| 2002 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 |
| 2003 | 1.43 | 1.00 | 1.00 | 1.00 | 1.00 | 0.87 | 1.00 | 1.00 |
| 2004 | 1.71 | 1.00 | 1.00 | 1.00 | 1.00 | 0.72 | 1.00 | 1.00 |
| 2005 | 1.45 | 1.00 | 1.00 | 1.00 | 1.00 | 0.61 | 1.00 | 1.00 |
| 2006 | 1.23 | 1.00 | 1.00 | 1.00 | 1.00 | 0.59 | 1.00 | 1.00 |
| 2007 | 1.07 | 1.00 | 1.00 | 1.00 | 1.00 | 0.54 | 1.00 | 1.00 |
| 2008 | 1.67 | 1.00 | 1.00 | 1.00 | 1.00 | 0.77 | 1.00 | 1.00 |
| 2009 | 1.75 | 1.00 | 1.00 | 1.00 | 1.00 | 0.89 | 1.00 | 1.00 |
| 2010 | 4.90 | 1.00 | 1.00 | 1.00 | 1.00 | 0.94 | 1.00 | 1.00 |
| 2011 | 4.74 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.99 |
| 2012 | 6.87 | 1.00 | 1.00 | 1.00 | 1.38 | 1.00 | 0.81 | 1.00 |
| 2013 | 6.07 | 1.00 | 1.00 | 1.00 | 1.42 | 1.0 | 0.71 | 1.00 |
| 2014 | 6.49 | 0.85 | 1.00 | 1.00 | 1.27 | 1.00 | 0.64 | 1.00 |
| 2015 | 8.37 | 0.73 | 1.00 | 1.00 | 1.28 | 1.00 | 0.59 | 1.00 |
| 2016 | 9.84 | 0.74 | 1.00 | 1.00 | 1.19 | 1.06 | 0.59 | 1.00 |
| 2017 | 10.01 | 0.79 | 1.00 | 1.00 | 1.08 | 1.23 | 0.55 | 1.00 |

45. Only docetaxel shows a persisting safety signal using the conventional threshold of 2.

46. I note that some authors have expressed concern about Lasso logistic regression in the context of groups of correlated predictors where Lasso has the potential to select essentially arbitrary variables.[45] Table 4 below presents qualitatively similar results from a so-called L2 logistic regression where this concern does not arise.

---

[44] https://github.com/OHDSI/CCD
[45] Zou, H., & Hastie, T. (2005). Regularization and variable selection via the elastic net. *Journal of the Royal Statistical Society: Series B (statistical methodology)*, *67*(2), 301-320.

17

Table 4. Exponentiated lasso logistic regression coefficients for docetaxel and comparators for irreversible alopecia. L2 logistic regression fit using the CCD software[46] with a prior variance of 0.1.

| Thru Year End | docetaxel | paclitaxel | Cyclopho-sphamide | Doxi-rubicin | 5-fluorouracil | Metho-trexate | Gemci-tabine | Bevac-izumab |
|---|---|---|---|---|---|---|---|---|
| 2002 | 1.33 | 1.2 | 1 | 0.97 | 0.91 | 0.94 | 1.01 | 1.00 |
| 2003 | 1.52 | 1.24 | 1.02 | 1.02 | 0.88 | 0.91 | 0.98 | 1.00 |
| 2004 | 1.58 | 1.18 | 0.97 | 1.09 | 0.85 | 0.87 | 1.03 | 0.99 |
| 2005 | 1.52 | 1.2 | 0.94 | 1.07 | 0.83 | 0.81 | 1.00 | 0.97 |
| 2006 | 1.47 | 1.16 | 0.92 | 1.05 | 0.89 | 0.78 | 0.98 | 0.94 |
| 2007 | 1.42 | 1.12 | 0.89 | 1.04 | 0.87 | 0.74 | 0.96 | 0.91 |
| 2008 | 1.59 | 1.16 | 0.86 | 1.01 | 0.92 | 0.84 | 0.94 | 0.87 |
| 2009 | 1.65 | 1.12 | 0.87 | 0.98 | 0.9 | 0.91 | 0.92 | 0.83 |
| 2010 | 3.33 | 1.02 | 0.89 | 0.93 | 1.28 | 0.88 | 0.87 | 0.77 |
| 2011 | 3.29 | 0.98 | 0.91 | 0.95 | 1.23 | 1.00 | 0.84 | 0.74 |
| 2012 | 4.77 | 0.91 | 1.04 | 1.16 | 1.65 | 0.93 | 0.77 | 0.94 |
| 2013 | 4.43 | 0.86 | 1.05 | 1.11 | 1.6 | 0.92 | 0.76 | 1.02 |
| 2014 | 4.53 | 0.79 | 1.04 | 1.09 | 1.48 | 0.99 | 0.73 | 0.95 |
| 2015 | 5.32 | 0.72 | 1.13 | 0.96 | 1.49 | 0.97 | 0.69 | 0.89 |
| 2016 | 5.87 | 0.71 | 1.11 | 0.98 | 1.42 | 1.06 | 0.68 | 0.94 |
| 2017 | 6.07 | 0.76 | 1.07 | 0.94 | 1.34 | 1.21 | 0.66 | 0.92 |

47. Table 5 below presents a further analysis using conventional maximum likelihood logistic regression with age, sex, year of report, and the seven comparator drugs. This analysis shows that the signal for docetaxel became statistically significant in 2003 and has remained so. Of the comparator drugs, only 5-flourouracil has temporarily attained statistical significance.

---

[46] https://github.com/OHDSI/CCD

Table 5. Exponentiated logistic regression coefficients and 95% confidence intervals for docetaxel and comparators for irreversible alopecia. Maximum likelihood logistic regression fit using R with age, sex, year of report and the eight drugs.

| Thru Year End | docetaxel | paclitaxel | cyclophosphamide | doxirubicin | 5-fluorouracil |
|---|---|---|---|---|---|
| 2002 | 2.67 ( 0.98 , 7.25 ) | 1.67 ( 0.62 , 4.50 ) | 0.97 ( 0.22 , 4.29 ) | 0.67 ( 0.08 , 5.49 ) | 0 ( 0 , - ) |
| 2003 | 3.07 ( 1.34 , 7.00 ) | 1.7 ( 0.70 , 4.14 ) | 0.94 ( 0.27 , 3.29 ) | 1.02 ( 0.22 , 4.78 ) | 0 ( 0 , - ) |
| 2004 | 2.88 ( 1.34 , 6.18 ) | 1.38 ( 0.57 , 3.35 ) | 0.66 ( 0.19 , 2.34 ) | 1.60 ( 0.45 , 5.74 ) | 0 ( 0 , - ) |
| 2005 | 2.52 ( 1.18 , 5.38 ) | 1.44 ( 0.64 , 3.24 ) | 0.59 ( 0.17 , 2.07 ) | 1.48 ( 0.42 , 5.22 ) | 0 ( 0 , - ) |
| 2006 | 2.36 ( 1.10 , 5.04 ) | 1.34 ( 0.59 , 3.00 ) | 0.53 ( 0.15 , 1.85 ) | 1.43 ( 0.41 , 5.00 ) | 0.40 ( 0.06 , 2.84 ) |
| 2007 | 2.26 ( 1.06 , 4.81 ) | 1.26 ( 0.56 , 2.84 ) | 0.50 ( 0.15 , 1.74 ) | 1.36 ( 0.39 , 4.73 ) | 0.38 ( 0.05 , 2.69 ) |
| 2008 | 2.73 ( 1.40 , 5.33 ) | 1.36 ( 0.64 , 2.88 ) | 0.42 ( 0.12 , 1.43 ) | 1.19 ( 0.35 , 4.04 ) | 0.68 ( 0.17 , 2.75 ) |
| 2009 | 2.79 ( 1.48 , 5.26 ) | 1.26 ( 0.60 , 2.66 ) | 0.50 ( 0.17 , 1.46 ) | 0.99 ( 0.29 , 3.36 ) | 0.60 ( 0.15 , 2.42 ) |
| 2010 | 6.45 ( 4.27 , 9.73 ) | 1.12 ( 0.53 , 2.36 ) | 0.53 ( 0.22 , 1.27 ) | 0.71 ( 0.21 , 2.35 ) | 1.90 ( 0.93 , 3.89 ) |
| 2011 | 6.32 ( 4.22 , 9.45 ) | 1.02 ( 0.49 , 2.16 ) | 0.60 ( 0.28 , 1.29 ) | 0.78 ( 0.27 , 2.23 ) | 1.70 ( 0.83 , 3.48 ) |
| 2012 | 8.04 ( 5.82 , 11.1 ) | 0.85 ( 0.42 , 1.73 ) | 0.97 ( 0.58 , 1.64 ) | 1.37 ( 0.72 , 2.63 ) | 2.49 ( 1.53 , 4.05 ) |
| 2013 | 7.52 ( 5.49 , 10.3 ) | 0.82 ( 0.42 , 1.60 ) | 1.03 ( 0.63 , 1.70 ) | 1.29 ( 0.69 , 2.41 ) | 2.19 ( 1.36 , 3.52 ) |
| 2014 | 7.23 ( 5.36 , 9.75 ) | 0.71 ( 0.37 , 1.39 ) | 1.06 ( 0.66 , 1.71 ) | 1.22 ( 0.67 , 2.22 ) | 1.89 ( 1.18 , 3.03 ) |
| 2015 | 7.61 ( 5.77 , 10.1 ) | 0.63 ( 0.32 , 1.22 ) | 1.35 ( 0.89 , 2.05 ) | 0.86 ( 0.48 , 1.57 ) | 1.92 ( 1.24 , 2.97 ) |
| 2016 | 7.61 ( 5.83 , 9.94 ) | 0.62 ( 0.33 , 1.16 ) | 1.23 ( 0.82 , 1.85 ) | 0.87 ( 0.49 , 1.54 ) | 1.71 ( 1.11 , 2.64 ) |
| 2017 | 7.20 ( 5.59 , 9.29 ) | 0.72 ( 0.41 , 1.25 ) | 1.13 ( 0.76 , 1.69 ) | 0.78 ( 0.44 , 1.37 ) | 1.54 ( 1.00 , 2.37 ) |

| Thru Year End | methotrexate | gemcitabine | bevacizumab |
|---|---|---|---|
| 2002 | 0.50 ( 0.16 , 1.58 ) | 0.57 ( 0.08 , 4.13 ) | 0 ( 0 , - ) |
| 2003 | 0.51 ( 0.19 , 1.37 ) | 0.41 ( 0.06 , 2.98 ) | 0 ( 0 , - ) |
| 2004 | 0.47 ( 0.20 , 1.15 ) | 0.67 ( 0.16 , 2.74 ) | 0 ( 0 , - ) |
| 2005 | 0.49 ( 0.22 , 1.10 ) | 0.59 ( 0.14 , 2.39 ) | 0 ( 0 , - ) |
| 2006 | 0.47 ( 0.21 , 1.06 ) | 0.56 ( 0.14 , 2.27 ) | 0 ( 0 , - ) |
| 2007 | 0.42 ( 0.19 , 0.95 ) | 0.54 ( 0.13 , 2.2 ) | 0 ( 0 , - ) |
| 2008 | 0.62 ( 0.33 , 1.16 ) | 0.5 ( 0.12 , 2.02 ) | 0 ( 0 , - ) |
| 2009 | 0.75 ( 0.44 , 1.28 ) | 0.46 ( 0.11 , 1.88 ) | 0 ( 0 , - ) |
| 2010 | 0.73 ( 0.44 , 1.21 ) | 0.35 ( 0.09 , 1.40 ) | 0 ( 0 , - ) |
| 2011 | 0.93 ( 0.61 , 1.42 ) | 0.35 ( 0.09 , 1.40 ) | 0 ( 0 , - ) |
| 2012 | 0.77 ( 0.51 , 1.17 ) | 0.27 ( 0.07 , 1.09 ) | 0.56 ( 0.25 , 1.27 ) |
| 2013 | 0.77 ( 0.53 , 1.14 ) | 0.39 ( 0.12 , 1.21 ) | 0.75 ( 0.38 , 1.48 ) |
| 2014 | 0.83 ( 0.60 , 1.17 ) | 0.36 ( 0.11 , 1.12 ) | 0.69 ( 0.35 , 1.34 ) |
| 2015 | 0.83 ( 0.61 , 1.14 ) | 0.31 ( 0.10 , 0.97 ) | 0.66 ( 0.35 , 1.26 ) |
| 2016 | 0.91 ( 0.69 , 1.20 ) | 0.28 ( 0.09 , 0.87 ) | 0.76 ( 0.43 , 1.37 ) |
| 2017 | 1.08 ( 0.86 , 1.35 ) | 0.25 ( 0.08 , 0.78 ) | 0.73 ( 0.42 , 1.27 ) |

48. Both the FDA and pharmaceutical manufacturers routinely look to the FAERS database to provide context for specific drug safety concerns. The nature of the database does not permit definitive causal inferences but the evidence therein nonetheless forms an important component of any drug safety investigation. Concerning docetaxel and irreversible alopecia and depending on the metric, my analysis of FAERS shows the emergence of a safety signal at various times dating back to as early as 2000.

19