# EXHIBIT T

```
 1           UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA
 2

                          - - -
 3

     IN RE: TAXOTERE           :
 4   (DOCETAXEL)               : MDL No. 2740
     PRODUCTS LIABILITY        :
 5   LITIGATION                : SECTION: "H"
                               :
 6   This Document             :
     Relates To                : JUDGE MILAZZO
 7   ALL CASES                 : MAG. JUDGE NORTH
 8
                          - - -
 9
                   November 29, 2018
10
                          - - -
11
12           Videotape deposition of
13   ANDRIS ORTMANIS, taken pursuant to
14   notice, was held at the law offices of
15   DLA Piper, 51 John F. Kennedy Parkway,
16   Suite 120, Short Hills, New Jersey 07078,
17   beginning at 9:00 a.m., on the above
18   date, before Amanda Dee Maslynsky-Miller,
19   a Certified Court Reporter for the State
20   of New Jersey.
21
22                        - - -
23         GOLKOW LITIGATION SERVICES
        877.370.3377 ph| 917.591.5672 fax
24              deps@golkow.com
```

Andris Ortmanis

```
 1                I can only tell you how I,
 2   Andris Ortmanis, looked at it in the
 3   context of working in the marketing
 4   department.
 5          Q.   Did you ever qualify for any
 6   bonuses?
 7          A.   I did qualify for some
 8   bonuses.
 9          Q.   How much were your bonuses?
10          A.   Well, if I made full bonus,
11   it could have been about 25 percent, I
12   believe, 25 percent of my base pay.
13          Q.   And what was your base pay?
14          A.   My goodness.  What was it?
15   It would have been somewhere around 210
16   or something like that.  I don't know.
17   Something like that.
18          Q.   $200,000?
19          A.   Yes.  Not dollars, zero,
20   zero.  I mean, that's what I spend at
21   Shop Rite on a single visit.
22          Q.   Do you remember a study
23   called TAX 311?
24          A.   Yes, I do.
```

```
 1   and not move my lips.
 2              Okay.
 3        Q.   Do you recall that in 2006
 4   the U.S. market was lagging the global
 5   market with respect to Taxotere?
 6        A.   No, I wasn't aware of that.
 7   In fact, it would surprise me that it
 8   was.
 9              I mean, the U.S. would
10   always have been the largest market in
11   the world for oncology drugs in general,
12   and I believe for Taxotere in particular.
13        Q.   Do you remember that the
14   market share was decreasing for Taxotere
15   in 2006?
16        A.   Well, what I read here was
17   that in 2006 the metastatic share was
18   pulling back a little bit.
19        Q.   Do you recall that
20   occurring?
21        A.   Actually, yes, I do.
22        Q.   And was that of concern to
23   you and your colleagues?
24        A.   I mean, it was of concern
```

Andris Ortmanis

1          VIDEO TECHNICIAN:  We are
2     back on the record.  The time is
3     10:30 a.m.
4  BY MR. GRIFFIN:
5     Q.   What role, if any, did you
6  play in tracking the sales of Taxotere?
7          MR. KAUFMAN:  Form.
8          THE WITNESS:  I did not have
9     any role in tracking the sales of
10    Taxotere.
11 BY MR. GRIFFIN:
12    Q.   How closely did you follow
13 the sales reports of Taxotere?
14    A.   I think we had access to --
15 I think we had access to see Taxotere
16 sales as they evolved on a weekly basis,
17 or perhaps more frequently than that.
18          And so, I mean, those are
19 the sorts of reports that I would have
20 looked at.
21    Q.   Were your bonuses based, in
22 part, on the sales of Taxotere?
23    A.   Yes.
24    Q.   And were other members of