# EXHIBIT U

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CASE No. 2:16-cv-17039

ELIZABETH KAHN,
Plaintiffs,

v.

SANOFI-AVENTIS U.S. L.L.C. and
SANOFI US SERVICE, INC.

Defendant

_______________________________/

Remote Proceedings
September 29, 2020
10:03 a.m. - 4:39 p.m.

VIDEO DEPOSITION OF ANTONELLA TOSTI, M.D.
(Via Teleconference)

Taken before SUZANNE VITALE, R.P.R., F.P.R. and Notary Public for the State of Florida at Large, pursuant to Notice of Taking Deposition filed in the above cause.

A. No.

Q. And did -- strike that.

Prior to your visit with Ms. Kahn, had she ever tried any treatment options for her hair?

A. From her deposition, I understood that she tried biotin, but she didn't tell me when we talk.

Q. Did you ask her about whether or not she had ever tried any treatment options for her hair?

A. Yes. I ask her if she consulted the doctor, and she told me she spoke with a dermatologist, even if it's not in the dermatologist notes, and basically they told her there was nothing she could do.

Q. So we'll get to that, but she said that she did ask her dermatologists about her hair?

A. She told me that. It's in my note.

Q. Right. And she also indicated that she talked to her oncologist about her hair as well; is that right?

A. Yes.

Q. Prior to seeing you, do you know whether or not Ms. Kahn had ever seen a doctor for any kind of workup related to her alopecia?

MR. LAMBERT: Object to form.

THE WITNESS: As far as I saw from the

medical record, she saw a dermatologist several times. The dermatologist doesn't write on the records about the alopecia, but she saw the dermatologist for actinic keratosis of the scalp, which are, by definition, something that happens when the skin is exposed to the sun.

BY MR. STRONGMAN:

Q. Can you spell that for us, that condition that you just mentioned that she saw the dermatologist for her scalp?

A. Actinic, A-C-T-I-N-I-C. Keratosis, K-E-R-A-T-O-S-I-S.

Q. What is that condition?

A. It's a precancer due to sun, sun-induced precancer. And this happens on skin that is exposed to the sun. So it's something that is very unusual on the scalp except for bald men.

Q. And when did Ms. Kahn see a dermatologist about actinic keratosis?

A. I think several times. You know, I think she saw the dermatologist during the time, many time.

Q. Do you recall, based on your review of the records, when Ms. Kahn first saw a dermatologist for actinic keratosis?

A. I don't recall in this moment.
Q. How long does it typically take for actinic keratosis to develop?
A. I don't think there are study on that. Depends on skin type and depends on, you know, the UV index. New Orleans is definitely faster than in New York.
Q. In general, is that a condition that will develop over a course of years?
A. No. I've seen patients developing in months.
Q. Going back to Ms. Kahn's visit with her dermatologist. You did view -- strike that.
Going back to Ms. Kahn's visits with her dermatologists. You did review the records from those treaters, correct?
A. Yes, I did.
Q. You would agree with me that there was nothing in the dermatology records for Ms. Kahn regarding anything on alopecia, correct?
MR. LAMBERT: Object to form.
THE WITNESS: Yes.
BY MR. STRONGMAN:
Q. And you also reviewed the depositions of her dermatologists, correct?

A. Yes, correct.

Q. And her dermatologist -- strike that.

Ms. Kahn's dermatologists were asked questions about whether she ever visited them for alopecia.

Do you remember that?

A. Yes, I do.

Q. Do you recall that the dermatologists testified that, had Ms. Kahn raised issues regarding alopecia, they would have put that in their records?

A. She testified that, but sometimes patients tell you many things that you don't recall everything. And she's a skin cancer specialist, so she was very focused on that part of the exam.

Q. Well, do you recall testimony specifically from Ms. Kahn's dermatologist that said if Ms. Kahn had raised concerns about alopecia, that would have been included in her records?

A. I agree she said that, but it's something that doctors always say, but it doesn't really happen all the time, because you have a patient and you are doing something, and then the patient starts saying I have this, I have this, and you cannot record everything.

Q. But you're just speculating on that,

correct?

A. You know, but you're also asking a doctor many years afterwards if he had written, he should only answer yes, because otherwise he's not being precise.

Q. And specifically, do you remember the name of the dermatologists that we're referring to here?

A. I don't remember their name, but I'm sure it's a woman.

Q. And does the name Dr. Coller Ochsner ring a bell with you?

A. Yes, I think it's her.

Q. And so you're not saying that Dr. Coller Ochsner is wrong when she testified that she has no record of Ms. Kahn ever raising alopecia concerns with her, correct?

A. I'm not saying she's wrong.

MR. LAMBERT: Object to form.

THE WITNESS: I'm saying that if she had actinic keratosis in the scalp, she should have alopecia, because that's never been described with a full head of hair. So it's no way she had alopecia.

BY MR. STRONGMAN:

Q. Did you see any documents from any

Q. But my point is, you can count up reports in your paper for taxol and you can count up reports for Taxotere in your paper, correct?

MR. LAMBERT: Object to form.

THE WITNESS: Of course, you can count, but those count don't give you a risk.

BY MR. STRONGMAN:

Q. And so you would agree that just simply looking at the number of reports and counting them doesn't give you accurate information about the risk?

A. Absolutely not.

Q. And so when you also look at your paper, there are other chemotherapies that are listed there as well that are not taxane-based, correct?

MR. LAMBERT: Object to form.

THE WITNESS: Yes.

BY MR. STRONGMAN:

Q. And would you similarly agree that I cannot determine the risk for those chemotherapies just by counting the number of reports in your table?

A. Yes.

Q. You mentioned earlier about the chronology of endocrine therapy-induced alopecia and said that