# EXHIBIT BB

Page 1

```
 1           UNITED STATES DISTRICT COURT
 2             EASTERN DISTRICT OF LOUISIANA
 3
 4
 5   *********************
                              *
 6   ELIZABETH KAHN,          *   CASE NO.
             Plaintiffs       *   2:16-CV-17039
 7                            *
                              *
 8   VERSUS                   *
                              *
 9                            *
     SANOFI S.A., ET AL       *
10           Defendants       *
                              *
11   *********************
12
13
14
15
16
17
18     Job No. NJ2756392
19
20             Deposition of ELIZABETH SARA
21   KAHN, taken on Thursday, December 7, 2017,
22   commencing at 8:34 a.m., at the law offices
23   of Pendley, Baudin & Coffin, 1515 Poydras
24   Street, Suite 1400, New Orleans, Louisiana
25   70112.
```

```
 1   make your response.
 2          THE WITNESS:
 3              Okay.
 4   EXAMINATION BY MS. BIERI:
 5      Q.   And it's so hard, because in normal
 6   conversation, we know what the other person's
 7   going to say.  And we want to connect, and we
 8   want to start going.
 9      A.   Uh-huh (affirmative).
10      Q.   So it's a little bit foreign in here,
11   and I know it's your first deposition.  It's
12   no big deal.
13           Okay.  Have you consumed any alcohol
14   in the last 24 hours?
15      A.   No.
16      Q.   Okay.  Any other reason you couldn't
17   testify completely and accurately today?
18      A.   No.
19      Q.   Okay.  Now, that we've gotten some of
20   the preliminaries out of the way, the first
21   thing I want to ask you about is your health
22   today.  Are you cancer-free today?
23      A.   Yes.
24      Q.   I'm very happy to hear that.
25           Off the record.
```

Page 65

1      A.   (Witness complies).
2      Q.   I want to just confirm that answers
3   13, 14, and 15 are accurate.
4      A.   Okay.
5      Q.   Can you please look at questions 13,
6   14, and 15 on Page 18?  Is your response to
7   question 13 accurate?
8      A.   Yes.
9      Q.   And because you had not seen any
10  advertisements for Taxotere, you didn't list
11  anything in number 14, correct?
12     A.   Correct.
13     Q.   And number 15 asks: Other than
14  through your attorneys, have you had any
15  communication, oral or written, with any of
16  the defendants or their representatives?
17          And your answer was no.  Is that
18  accurate?
19     A.   Yes.
20     Q.   Never talked to anyone at Sanofi?
21     A.   No.
22     Q.   No Sanofi representatives, drug reps
23  or otherwise.
24     A.   No.
25     Q.   Okay.  One other thing that I wanted

Page 83

1  A. Yeah. I'm --
2  Q. So let me finish my question.
3  A. Okay.
4  Q. I'm so sorry.
5  A. That's okay.
6  Q. Have you ever been given or ever seen
7  a Taxotere product label?
8  A. No, I've never seen a product label.
9  Q. Or have you ever seen the physician
10 prescribing information for Taxotere?
11 A. No, I have not.
12 Q. Have you ever seen -- let me ask you
13 this: Beyond the Chemocare handout that we
14 marked as Exhibit 1, did you receive any
15 other information regarding Taxotere?
16 Written information.
17     MR. COFFIN:
18         Object to the form.
19     THE WITNESS:
20         No, I didn't.
21 EXAMINATION BY MS. BIERI:
22 Q. Did you ever ask for advertisements
23 or promotions for Taxotere? I believe you
24 told me earlier, you never saw any
25 advertisements, correct?

Page 84

```
 1        A.   No advertisements.
 2        Q.   Written or visual, is that accurate?
 3        A.   Correct.
 4        Q.   Have you seen any articles discussing
 5   Taxotere?
 6        A.   When -- articles when?
 7        Q.   Any time.
 8        A.   No.  Only after I heard about, from
 9   my friend, that -- about the advertisements
10   for Taxotere lawsuits.  Other than that, I
11   never saw any articles.
12        Q.   So prior to talking to your friend in
13   the summer or early fall of 2016, you'd not
14   seen any articles discussing Taxotere.
15        A.   No, I did not.
16        Q.   Do you believe you've seen articles
17   discussing Taxotere since then?
18        A.   Yes.
19        Q.   And do you have printed copies of
20   those?
21        A.   No, I do not.
22        Q.   Were they just -- when you say
23   articles, what do you remember about what you
24   saw, what you're referring to?
25        A.   Research online about Taxotere, and
```

Page 103

1  A. Yes.
2  Q. Or is it like Blogspot?
3  A. No. I bought the URL -- the domain
4  name.
5  Q. And is the content -- are you the
6  sole author of the content on the Tails from
7  a Loud Librarian blog?
8  A. Yes.
9  Q. Are you the only person who uploads
10 pictures to that blog?
11 A. Yes.
12 Q. Okay. Do you comment on other blogs
13 or message boards?
14 A. I have.
15 Q. Okay. Can you think of other blogs
16 or message boards that you've commented on?
17 A. Professional, that have to do with
18 school libraries.
19 Q. Have you ever commented on a blog or
20 a message board related to cancer, cancer
21 treatment, or chemotherapy?
22 A. I don't think I ever did.
23 Q. Did you ever look at the whyme.com
24 website?
25 A. Yes.

1   A.  Well, my mother had breast cancer; my
2   sister had breast cancer.  So in my mind, it
3   was -- there was a high chance that I would
4   have breast cancer.
5   Q.  So even before you got the biopsy
6   results, you thought, this is probably breast
7   cancer.
8   A.  Yes.
9   Q.  And so you get the biopsy results.
10  And what are you thinking?  How are you
11  feeling?
12  A.  Well, it's devastating news, and
13  then, once you recover from the devastation,
14  then it's, like, okay, how are we going to
15  fight this.  And that's what I -- you know,
16  the stance I took after getting diagnosed.
17  Q.  And by fighting it, you mean:  I'm
18  going to beat cancer, and I'm going to
19  survive.
20  A.  Yes.
21  Q.  And that was your ultimate goal.
22      MR. COFFIN:
23          Object to the form.
24      THE WITNESS:
25          It was one of my goals.

1  would be a good option?
2      Q.  Exactly.
3      A.  Because it was standard of care or
4  better.  So if we got in the group that was
5  standard of care, I'd be getting what they
6  would have given me anyway.  And if I got
7  standard of care or better, maybe that might
8  be a better -- you know, I might live a month
9  or two longer.
10     Q.  What did you understand to be the
11 standard of care part of it?
12     A.  Was what the drugs they were giving
13 for breast cancer at the time.
14     Q.  And did he tell you what those were,
15 or did he just say standard of care?
16     A.  I'm sure he did tell me what they
17 were.  I don't remember him talking about
18 them.  Because we talked a lot about the
19 Avastin.  But I would imagine that he
20 probably did talk to me about them, but I
21 don't recall.
22     Q.  And at the time you did the clinical
23 trial, Avastin wasn't approved for your type
24 of breast cancer, correct?
25         MR. COFFIN:

1                   Object to the form.
2             THE WITNESS:
3                   They weren't using it regularly
4    for early-stage cancers.
5    EXAMINATION BY MS. BIERI:
6        Q.   Do you know if Avastin was approved
7    for early-stage breast cancers at the time
8    you were in the clinical trial?
9             MR. COFFIN:
10                  Object to the form.
11                  Do you want to know the basis?
12            MS. BIERI:
13                  Yes, I do.
14            MR. COFFIN:
15                  Approved by who for what?  Are
16   you talking about agency?
17            MS. BIERI:
18                  Well, early-stage breast cancer.
19            MR. COFFIN:
20                  Are you asking for an expert
21   opinion?
22            MS. BIERI:
23                  I'm asking for what she
24   understood.  She's allowed to tell me.
25            MR. COFFIN:

Page 176

1           Approved by who?
2     MS. BIERI:
3           FDA.
4  EXAMINATION BY MS. BIERI:
5     Q.  Do you understand --
6     MR. COFFIN:
7           Maybe you should ask her that
8  then.
9     MS. BIERI:
10          Let me ask her that.
11    MR. COFFIN:
12          Go for it.
13 EXAMINATION BY MS. BIERI:
14    Q.  Do you understand that Avastin had
15 not been approved by the FDA for early -- for
16 breast cancer such as yours?
17    A.  I didn't.  I didn't know.  I don't
18 know.
19    Q.  So what do you think the purpose of
20 the clinical trial was?
21    A.  The idea was to find out if it would
22 prolong your life longer than what the
23 current, at the time, standard of care was.
24    Q.  Do you remember asking Dr. Kardinal
25 any questions at that appointment?

1	A.	Yes, I would have.
2	Q.	If there was a 7 percent chance of
3	permanent or persisting hair loss, would you
4	have asked about other options?
5	A.	Yes, I think I would have.
6	Q.	If there was a 5 percent chance of
7	permanent or persisting hair loss, would you
8	have asked about other options?
9	A.	I think if I saw the words permanent
10	hair loss anywhere, I would have asked for
11	other options.
12	Q.	If you had been told that there was a
13	3 percent chance of permanent or persisting
14	hair loss, would you have asked for other
15	options?
16	A.	And then that gets tricky because you
17	can pull out the paper that talked about
18	those damages that 3 percent or less had, and
19	that I signed off on.  So I can't -- when it
20	gets down to percentages, I don't know.
21	Q.	So are you saying you're afraid to
22	give me your testimony because of how it
23	impacts the other --
24	A.	No.  It's just, I can't -- I don't
25	know.  I can tell you, at 10 percent, I

Page 303

1  certainly would.  When you start going down
2  in smaller numbers, I can't give you a
3  definitive answer what I would have said at
4  the time.  In hindsight, I would say I would
5  definitely ask for other options.
6       Q.   Sure.  How is that --
7       A.   But that doesn't, you know.
8       Q.   You would have asked for other
9  options, had you been told that Taxotere had
10 the risk of potential persisting or permanent
11 hair loss; is that right?
12      A.   If I was told that Taxotere could
13 have caused permanent hair loss, I would have
14 asked what my other options are.
15      Q.   So does that mean that you made sure
16 that for your other drugs that you took, to
17 inquire whether they caused permanent or
18 persisting hair loss?
19           MR. COFFIN:
20                Object to the form.
21           MS. BIERI:
22                I'm asking if that's what it
23 means.
24           THE WITNESS:
25                My doctors told me my hair would