# EXHIBIT DD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
IN RE:  TAXOTERE (DOCETAXEL)      *      16-MD-2740
PRODUCTS LIABILITY LITIGATION     *
                                  *      Section H
                                  *
Relates to:  Barbara Earnest      *      September 23, 2019
             16-CV-17144          *
* * * * * * * * * * * * * * * * *
```

DAY 6 - AFTERNOON SESSION
TRANSCRIPT OF JURY TRIAL BEFORE
THE HONORABLE JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE

Appearances:

| | |
|---|---|
| For the Plaintiffs: | Barrios Kingsdorf & Casteix, LLP<br>BY: DAWN M. BARRIOS, ESQ.<br>701 Poydras Street, Suite 3650<br>New Orleans, Louisiana 70139 |
| For the Plaintiffs: | Gainsburgh Benjamin David Meunier<br>  & Warshauer, LLC<br>BY: M. PALMER LAMBERT, ESQ.<br>1100 Poydras Street, Suite 2800<br>New Orleans, Louisiana 70163 |
| For the Plaintiffs: | Pendley Baudin & Coffin, LLP<br>BY: CHRISTOPHER L. COFFIN, ESQ.<br>1100 Poydras Street, Suite 2505<br>New Orleans, Louisiana 70163 |
| For the Plaintiffs: | Gibbs Law Group, LLP<br>BY: KAREN BARTH MENZIES, ESQ.<br>6701 Center Drive West, Suite 1400<br>Los Angeles, California 90045 |

**LESLEY FIERRO - EXAMINATION**

product. They would then initiate -- they would talk to the physician to see what they want. And then they would initiate, if appropriate, a literature search, which is then sent to the physician, and it's attached to a templated standard cover letter.

**Q.** Let me ask you this: As a pharmacist, do you understand today that Taxotere can cause permanent hair loss?

**A.** Correct, yes.

**Q.** When did you learn that?

**A.** I can't tell you specifically when I learned it. I mean, I certainly learned in pharmacy school that chemotherapeutic agents can cause hair loss.

**Q.** I didn't ask about hair loss; I asked about permanent hair loss.

**A.** I don't know that I ever learned about permanent hair loss specifically. And, really, until a caller came in and asked us details around hair loss is really the first time that I thought about, you know, what is -- you know, what are they really asking about, what does it mean for the hair loss.

**Q.** When you were working at Sanofi, you then, I assume, had read the Taxotere label.

**A.** So I was responsible for every product, every therapeutic area. Did I read all of the package inserts regularly? No.

You know, the way the department was organized, there was an oncology therapeutic area that was responsible to

**LESLEY FIERRO - EXAMINATION**

```
04:56   1   A.   That's information for patients that's prepared in more
04:56   2   consumer-friendly language.
04:56   3   Q.   Is that a document that Sanofi would draft?
04:56   4   A.   No.
04:56   5   Q.   Do you know whether Taxotere alone can cause permanent
04:56   6   alopecia?
04:56   7   A.   I do not.
04:56   8   Q.   At Sanofi, who would you rely on to make that
04:57   9   determination?
04:57  10   A.   We would rely on what is in the labeling to respond to
04:57  11   questions.  If that was a question that was not in the labeling
04:57  12   and was asked, we would talk to folks in the medical area or
04:57  13   the clinical area or potentially the pharmacovigilance area.
04:57  14   Q.   It was not a part of MIS's responsibility to make that
04:57  15   determination.  Have you ever assessed the medical literature
04:57  16   to determine whether a causal association exists between
04:57  17   Taxotere and permanent alopecia?
04:57  18   A.   No.
04:57  19            MR. COFFIN:  That completes that witness, Your Honor.
04:58  20            THE COURT:  Members of the jury, it's 5:00.  I think
04:58  21   it's time for us to go home.
04:58  22            Let me remind you again, please, don't discuss
04:58  23   this case amongst yourselves or with anyone else.  Leave your
04:58  24   tablets on the chairs.  You should conduct no independent
04:58  25   research about this case.
```