# EXHIBIT EE

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


IN RE:   TAXOTERE (DOCETAXEL)        *
         PRODUCTS LIABILITY          *  Docket No.: 16-MD-2740
         LITIGATION                  *  Section "H(5)"
                                     *  September 16, 2019
Relates To:  Barbara Earnest,        *  New Orleans, Louisiana
Case No.: 16-CV-17144                *
* * * * * * * * * * * * * * * * * * *


              DAY 1, AFTERNOON SESSION
         TRANSCRIPT OF JURY TRIAL PROCEEDINGS
    HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
              UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Plaintiffs:        Barrios, Kingsdorf & Casteix, LLP
                           BY:  DAWN BARRIOS, ESQ.
                           701 Poydras Street
                           Suite 3650
                           New Orleans, Louisiana 70139


For the Plaintiffs:        Gainsburgh, Benjamin, David,
                             Meunier & Warshauer, LLC
                           BY:  PALMER LAMBERT, ESQ.
                           2800 Energy Centre
                           1100 Poydras Street
                           New Orleans, Louisiana 70163-2800
```

OFFICIAL TRANSCRIPT

|        |    |                                                                           |
|--------|----|---------------------------------------------------------------------------|
| 4:14PM | 1  | final decision.  They have the final say on what is in the                |
| 4:14PM | 2  | USPI.                                                                     |
| 4:15PM | 3  | **Q.**  Do you agree that a drug manufacturer must provide                |
| 4:15PM | 4  | informative and accurate information in its label to                      |
| 4:15PM | 5  | effectively communicate with doctors?                                     |
| 4:15PM | 6  | **A.**  Yes, and they do that by constant monitoring of the               |
| 4:15PM | 7  | product.  You know, the label is a living document that is                |
| 4:15PM | 8  | constantly changing over its life -- life cycle.                          |
| 4:15PM | 9  | **Q.**  Under the "Frequency of Adverse Drug Reaction" section, do        |
| 4:15PM | 10 | you agree with me that the incidents of adverse event that                |
| 4:15PM | 11 | occurs in -- in 1 percent to less than 10 percent of patients             |
| 4:15PM | 12 | that utilize the drug would be characterized as a common or               |
| 4:15PM | 13 | frequent adverse drug reaction?                                           |
| 4:15PM | 14 | **A.**  Yes, according to this document.                                  |
| 4:15PM | 15 | **Q.**  Good evening, Fran.  How are you?                                 |
| 4:15PM | 16 | **A.**  Good.                                                             |
| 4:15PM | 17 | **Q.**  And there were a lot of questions about safety signal             |
| 4:16PM | 18 | detection and sources for safety signal detection.                        |
| 4:16PM | 19 |        Do you remember that?                                              |
| 4:16PM | 20 | **A.**  Yes.                                                              |
| 4:16PM | 21 | **Q.**  Okay.  Who would be responsible at Sanofi for safety              |
| 4:16PM | 22 | signal detection?                                                         |
| 4:16PM | 23 | **A.**  That would be our safety group.                                   |
| 4:16PM | 24 | **Q.**  And who would be responsible at Sanofi for evaluating the         |
| 4:16PM | 25 | safety or side effects or potential side effects of a product?            |

|  |  |
|---|---|
| 4:16PM | 1 |  **A.**   The global safety officer for the product.
| 4:16PM | 2 |  **Q.**   Okay.  And who at Sanofi would perform the analysis of
| 4:16PM | 3 |  safety information related to a product such as Taxotere?
| 4:16PM | 4 |  **A.**   It would be within the safety group and sort of reviewed
| 4:16PM | 5 |  and approved by the global safety officer.
| 4:16PM | 6 |  **Q.**   And who at Sanofi would be responsible or have the
| 4:16PM | 7 |  function of evaluating safety information and potentially
| 4:17PM | 8 |  proposing or determining whether such safety information should
| 4:17PM | 9 |  go in a product label?
| 4:17PM | 10 | **A.**   Our global safety officer.
| 4:17PM | 11 | **Q.**   Okay.  Fran, in your capacity at Sanofi, would you ever be
| 4:17PM | 12 | the person responsible for making determinations of safety
| 4:17PM | 13 | analysis, safety signal detection, what information should or
| 4:17PM | 14 | should not go in a particular product label?
| 4:17PM | 15 | **A.**   No, I would not.
| 4:17PM | 16 | **Q.**   And earlier today, you referred to -- correct me if I'm
| 4:17PM | 17 | wrong.  I recall you referring to the label, like the Taxotere
| 4:17PM | 18 | label, for example, as being a living document.
| 4:17PM | 19 |          Do you remember saying that?
| 4:17PM | 20 | **A.**   Yes.
| 4:17PM | 21 | **Q.**   Tell me what you mean by the label being a living
| 4:17PM | 22 | document.
| 4:17PM | 23 | **A.**   Well, as the drug develops, obviously, we have several
| 4:17PM | 24 | indications for it.  So over time, as those studies were being
| 4:17PM | 25 | submitted to the agency, we were evolving, not only from an