# EXHIBIT FF

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

CASE NUMBER: 2:16-cv-17039

ELIZABETH KAHN,

    Plaintiff,

    vs.

SANOFI S.A.; et al.,

    Defendants.

S T I P U L A T I O N

IT IS STIPULATED AND AGREED by and between the parties through their respective counsel, that the videotaped deposition of Felicia Kahn may be taken before Angela Smith McGalliard, RPR, CRR, CCR, at the offices of Veritext, at 25 South Court Street, Montgomery, Alabama 36104, on the 7th day of March, 2020.

DEPOSITION OF FELICIA KAHN

1  ever gone by any other names?
2       A.    I have.  My given name is Felicia
3  Jane Kahn; I was married and I was Felicia Kahn
4  Michelson, and I recently changed my name back
5  to Felicia Jane Kahn.
6       Q.    Now, you said you've never been
7  deposed before.  Have you ever testified in
8  court?
9       A.    No.
10      Q.    Okay.  Have you ever been a party
11 to any type of lawsuit?
12      A.    No.  Other than a divorce, no.
13      Q.    Okay.  And when was your divorce
14 finalized?
15      A.    2003.
16      Q.    Okay.  Do you know why you're
17 here today?
18      A.    I do.
19      Q.    And would you explain to me what
20 your understanding is.
21      A.    My understanding is that my
22 sister, Elizabeth Kahn, while undergoing
23 treatment for breast cancer, she was given a

Page 10

1  drug that apparently made her hair not come
2  back.
3       Q.    Do you know what that drug is?
4       A.    I think it's called Taxotere.
5  I'm not sure if I'm pronouncing that right or
6  if I have all the letters right.
7       Q.    And how did you -- Or how did you
8  find out about this lawsuit?
9       A.    She told me about it.
10      Q.    When did she tell you?
11      A.    Year and a half ago.  I'm not
12 exactly sure when it started.
13      Q.    What did she tell you?
14      A.    Just that a friend of hers saw a
15 commercial on TV that said if you have taken
16 this drug and your hair did not grow back, that
17 you might be part of a -- a lawsuit that could
18 at least get you money.  You might not get hair
19 back, but you might get money.  And that's what
20 she told me.
21      Q.    Okay.  So in the last year and a
22 half since she told you that, what else has she
23 shared with you about this lawsuit?

Page 13

1  chemotherapy.
2        Q.    Chemotherapy.
3        A.    That's all I know.
4        Q.    And do you have any opinions
5  about Taxotere?
6        A.    From what I know, I wouldn't take
7  it, because I wouldn't want to take the chance
8  that my hair wouldn't grow back.
9        Q.    Do you have any other opinions
10 about it?
11       A.    No.
12       Q.    Okay.  Now, you said that your
13 sister mentioned a commercial on television.
14 Have you ever seen a commercial on television
15 about Taxotere or this lawsuit?
16       A.    Not that I remember.
17       Q.    Okay.
18       A.    Well, the lawsuit, definitely no.
19 Whether I saw a commercial or not, I don't
20 remember.
21       Q.    When did you learn that you might
22 be called as a witness to testify in this case?
23       A.    I guess she told me earlier this

Page 86

1    Q.    Sure.  So if the reason that your
2  sister doesn't have a full head of hair -- and
3  that's how you described it, and the reason
4  that she doesn't have a full head of hair is
5  not because of Taxotere, do you think that she
6  should still be entitled to compensation?
7              MS. REYNOLDS:  Same objection.
8    A.    Well, I don't agree with what
9  you're saying.
10    Q.    What do you not agree with?
11    A.    That if it weren't for Taxotere,
12  she would have a full head of hair.
13    Q.    Why do you disagree with that?
14    A.    Because we're from the same gene
15  pool, and I have a full head of hair, and our
16  mother had a full head of hair at ninety-one
17  years old.  And there's no reason that my
18  sister doesn't other than this drug.
19    Q.    Have you guys taken all of the
20  other same medications?
21    A.    Not to my knowledge.  I don't
22  know.
23    Q.    How do you know, based on what

Page 87

1  you told me here, that Taxotere, then, is the
2  reason for your sister's hair loss?
3              MS. REYNOLDS:  Object to form.
4     A.      I can't answer that.
5              MS. PETERSON:  Court -- Angie,
6  can you please read back this statement,
7  something along the lines of if it weren't for
8  Taxotere, she would have a full head of hair.
9                 (Requested portion of the
10                    Record was read by the
11                    Reporter.)
12    Q.      So my question to you now is, how
13 do you know that it was Taxotere being the
14 reason she doesn't have a full head of hair?
15             MS. REYNOLDS:  Same objection.
16    A.      Again, I can't answer that.
17    Q.      Did your sister tell you that?
18    A.      No.  But -- I don't think so.
19    Q.      Did Ms. Perez tell you that?
20    A.      No.
21    Q.      I guess what I'm just trying to
22 understand is where you would get that
23 statement from?

Page 88

1  A. And I'm hoping you can help me
2  understand the statement: That if it weren't
3  for Taxotere she would have a full head of hair
4  and how you know that.
5            MS. REYNOLDS: Object to form.
6  A. We're here because -- because of
7  this drug and because of my sister. And that
8  could have been my own opinion or a deduction
9  from what's going on. I have no basis for
10 that.
11 Q. Earlier you identified that
12 Taxotere is a chemotherapy drug as you
13 understand it; is that right?
14 A. Uh-huh.
15 Q. Is that a yes?
16 A. Yes.
17 Q. Do you know if your sister took
18 any other chemotherapy drugs other than
19 Taxotere?
20 A. I -- I don't know for sure.
21 Q. Do you have an idea?
22            MS. REYNOLDS: Object to form.
23 A. I --

Page 125

1  A. What I remember is going to New
2  Orleans one trip and seeing that she was
3  drawing in her eyebrows, and I'd never seen her
4  do that before, that I could remember. And so
5  we talked about her drawing in her eyebrows.
6  Q. What did she say?
7  A. She said that her hair had not
8  come back as expected.
9  Q. And your hair had also not come
10 back as you expected it; right?
11            MS. REYNOLDS: Object to form.
12 A. That's correct.
13 Q. Do you remember that trip when
14 you saw her drawing on her eyebrows?
15 A. Not specifically.
16 Q. Have you discussed your sister's
17 hair loss with her today?
18 A. Not really, no.
19 Q. Has she told you that the hair
20 loss that she does have, that it affects her
21 life?
22            MS. REYNOLDS: Object to form.
23 A. Yes, it -- it does.

Page 126

```
 1        Q.      She's told you that?
 2        A.      Yes.
 3        Q.      How does it affect her life?
 4        A.      It's kind of like a scar that is
 5   visible and that you can't do anything about,
 6   and it may hinder your self-esteem and
 7   self-confidence and make you feel differently.
 8        Q.      Does your sister ever wear wigs?
 9        A.      Not to my knowledge.
10        Q.      Do you know why?
11        A.      No.
12        Q.      And you said that she only wears
13   a scarf or a hat if she's going to be out in
14   the sun; did I remember that right?
15        A.      Uh-huh.
16        Q.      Is that a yes?
17        A.      Yes.
18        Q.      Is your sister's general health
19   something that you've -- that you've discussed
20   with her?
21        A.      Yes.
22        Q.      Is that something you guys talk
23   about when you're on the phone?
```

Page 128

1    A.    Not that I know about.
2    Q.    What would you say is her quality
3  of life?
4    A.    I think it's good.
5    Q.    And why do you say it's good?
6    A.    Because she seems happy.
7    Q.    Aside from cancer, has she had
8  any significant health issues over the last
9  fifteen years?
10   A.    I don't believe so.
11   Q.    Is physical appearance something
12  that you and your sister talk about together?
13   A.    No.
14   Q.    Has she ever spoken with you
15  about either weight loss or weight gain issues?
16   A.    No.  We're just built big.
17   Q.    Okay.  Do you discuss your
18  physical appearance with your sister?
19   A.    No.
20   Q.    Okay.  Do you discuss how you
21  feel about your physical appearance with your
22  sister?
23   A.    No.

Page 129

1   Q.   Okay.  And does she discuss how
2   she feels to you?
3   A.   No.
4   Q.   Okay.  Does she ever complain
5   about getting older?
6   A.   Well, yeah.  We all do.
7   Q.   And what do those complaints
8   entail?
9   A.   Well, that you have knee problems
10  and you have a thumb that won't bend and you
11  have -- you just have things, and you take as
12  good care as you can.
13  Q.   What about more physical
14  appearance problems, maybe such as wrinkles?
15  A.   That comes with the territory as
16  well.  Like I said, when you showed the picture
17  of our dad, we do have good genes.  So Mom was
18  ninety-one, he's ninety-five, you know, we have
19  good genes.  So we're going to have what
20  everybody has because we all have it.
21  Q.   Okay.  Do you know if your sister
22  has ever been treated for depression?
23  A.   I don't know.