# EXHIBIT HH

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4   * * * * * * * * * * * * * * * * * * * * * * * * *
 5   ELIZABETH KAHN
 6       Plaintiff,
 7                         CASE NO. 2:16-cv-17039
     VERSUS
 8

     SANOFI S.A.,
 9   SANOFI-AVENTIS U.S.
     L.L.C., SANOFI US
10   SERVICE, INC., and
     AVENTIS-PHARMA S.A.,
11
         Defendants.
12   * * * * * * * * * * * * * * * * * * * * * * * * *
13
14
15
16       Videotaped Deposition of STEVEN SEEBOL, taken at
17   Pendley, Baudin & Coffin, 1100 Poydras Street, Suite
18   2505, New Orleans, Louisiana 70163, on Tuesday, March
19   10th, 2020, at 1:02 p.m.
20
21
22
23
24   By:  Ashlee B. Ancalade
25   Registered Professional Reporter
```

1

1          Do you know what claims Ms. Kahn is bringing
2   against Sanofi?
3       A    Claims?
4       Q    Uh-huh.
5          MS. PEREZ-REYNOLDS:
6             Object to form.
7       A    I'm not exactly sure what you mean by
8   "claims"?
9   BY MS. NICHOLAS:
10      Q    Do you know the name of the product involved?
11      A    Yes.
12      Q    What is the name of the product?
13      A    Taxotere.
14      Q    Are you familiar with the drug Taxotere?
15      A    I'm not sure what you mean by "familiar."
16      Q    Do you know what the drug Taxotere is?
17      A    It's a chemo drug.
18      Q    What do you understand Ms. Kahn is claiming
19  that Sanofi did wrong?
20      A    That they did not let them -- that there was
21  not -- let me see how I could word this properly.
22         That there was a known problem with the drug
23  that it caused in a certain percentage of women hair
24  loss, permanent hair loss; and that she wasn't told
25  about that.

61

1    Q    Okay.  Did Ms. Kahn ever tell you that the
2  possibility of losing her hair was something that would
3  keep her from doing chemo?
4         MS. PEREZ-REYNOLDS:
5              Object to form.
6    A    No.
7  BY MS. NICHOLAS:
8    Q    Did you discuss the possibility that her hair
9  might not grow back?
10   A    No.
11   Q    Was she worried about losing her hair?
12   A    I think she was concerned about it.
13   Q    Did she talk to you about being worried about
14 it?
15   A    Possibly.
16   Q    What makes you think she was concerned?
17   A    She probably said -- said something to me
18 about it.  Specifically, I do not remember.
19   Q    Were you worried about her losing her hair
20 during chemo?
21   A    No.
22   Q    At that time, what were your worries?
23   A    Again, not being able to shrink the tumor,
24 have it metastasize.  The kind of things that people
25 worry about with cancer.

143

1  don't really know.  I can't answer those questions.
2      Q    To your knowledge, since about six months
3  after chemotherapy, Elizabeth Kahn hasn't talked to any
4  doctors --
5      A    Maybe it was a year.
6      Q    -- about hair loss?
7           MS. PEREZ-REYNOLDS:
8               Object to form.
9      A    I can't -- I can't put it into the exact time
10 frame, but be- -- after the initial discussions and the
11 initial appointments she had, as far as I know, she
12 didn't; but, like I said, her gynecology appointment,
13 she might talk to her all the time.  I don't really
14 know.
15 BY MS. NICHOLAS:
16     Q    But Elizabeth Kahn hasn't specifically told
17 you that she's raised that as an issue with a medical
18 provider?
19          MS. PEREZ-REYNOLDS:
20              Object to form.
21     A    Not that I remember.
22 BY MS. NICHOLAS:
23     Q    Would you say that your wife's hair loss has
24 impacted her emotionally?
25     A    I would say probably to a certain extent.

184

1  Q   What makes you say that?
2  A   And it's not every day.  I mean, there's some
3  days she has bad hair days, but she has a lot of bad
4  hair days; so those days she struggles to try to deal
5  with it.
6  Q   Have you ever encouraged her to seek
7  treatment for mental or emotional issues?
8  A   No.
9  Q   Has she ever talked to you about seeking
10 treatment for mental or emotional issues?
11 A   No.
12 Q   How often does your wife talk to you about
13 her hair?
14 A   Not a lot.  Some.
15 Q   Can you tell me what you mean by "some"?
16 A   Sort of like how many times a week, something
17 like that.
18 Q   (Nods head.)
19 A   I don't really know.  I don't know if I can
20 measure it that way.
21 Q   Does she always wear something on her head
22 when she leaves the house?
23 A   Not if -- no.  A lot -- a lot of times.  I
24 mean, if it's sunny, definitely; but all of the time,
25 no.

185

1  Q   Tell me about why she would wear something on
2  her head when it's sunny.
3  A   Because she's already had precancerous things
4  removed.  She's advised by her dermatologist to always
5  wear a hat.
6  Q   About how long ago did she have precancerous
7  things removed from her head?
8  A   The last time, maybe two years.  I'm not
9  exactly sure about that, though, but it's been more
10 than a year, I'm pretty sure.
11 Q   Is it fair to say that in 2009, 2010,
12 Elizabeth was frustrated with her level of hair
13 regrowth?
14           MS. PEREZ-REYNOLDS:
15                Object to form.
16 A   I'm not sure I can answer that.  In my
17 opinion, probably.
18 BY MS. NICHOLAS:
19 Q   Did she complain about it to you in 2009 and
20 2010?
21 A   I would say probably yes.
22 Q   And she's complained about it to you since
23 then?
24 A   More with the way it behaves than -- I mean,
25 I -- I guess I would say yes to that.

186

1  Q   Do you know of any instance where someone has
2  said something to her about her hair that has hurt her
3  feelings?
4  A   Not that I'm aware of.  Except things -- I
5  mean, there have been kids who have mentioned things
6  about the eyebrows, so, yes.
7  Q   Have you ever mentioned anything to her about
8  her hair or hair loss that's hurt her feelings?
9  A   Not deliberately but quite possibly.
10 Q   Have you ever been in any conversations with
11 her friends or family members where they have discussed
12 her hair?
13 A   Well, early on, her father was very upset
14 about it.
15 Q   Tell me about that.
16 A   He would say a few -- he would say things --
17 some -- some things about it.
18 Q   Around what time frame would that have been?
19 A   That would be right after, in the six months
20 after chemo.
21 Q   So when she was finishing Avastin?
22 A   Right.
23 Q   Since then, have you ever been in any
24 discussions with her friends --
25 A   No.

187