# EXHIBIT II

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3   ------------------------------------x
 4   ELIZABETH KAHN,                      CASE NO.
            Plaintiff,                    2:16-cv-15397
 5   v.
     SANOFI S.A.,
 6   SANOFI-AVENTIS U.S.,
     L.L.C., SANOFI US
 7   SERVICE, INC.,
            Defendants.
 8
 9   ------------------------------------x
10
11
12                    DEPOSITION
                         OF
13               CHARLES N. KAHN JR.
14        Taken on Thursday, March 12, 2020
15            Commencing at 9:11 a.m.
16                       at
17               7920 Walmsley Avenue
18              New Orleans, Louisiana
19
20
21
22
23
24
25
                                                    1
```

```
 1        Q.   Okay.
 2             How about prior to chemotherapy, did you
 3   have any conversation with her about hair loss
 4   before that?
 5        A.   No.  Actually, I didn't notice any hair
 6   loss prior to chemotherapy.
 7        Q.   Outside of saying I think I'm losing
 8   more hair in these recent conversations that you had
 9   with Ms. Kahn about her hair loss, did she tell you
10   anything else?
11             MS. PEREZ REYNOLDS:  Object to form.
12        A.   No.
13        Q.   Did she tell you how she feels about her
14   hair loss?
15        A.   We've never really discussed that.
16        Q.   It's not something she complains to you
17   about?
18        A.   I think she doesn't on purpose.
19        Q.   Okay.
20        A.   Actually, Elizabeth doesn't complain
21   about anything much.
22        Q.   When you talk to Elizabeth, do you ever
23   talk about travel?
24        A.   No.  Because Elizabeth and Steve take
25   weird vacations we wouldn't take.
```

51

1  A.  Uhmm, well, firstly, that's an unfair
2  question.  Secondly, I've gotten kind of used to it.
3  Elizabeth doesn't have a lot of hair.  She braves it
4  out and I guess I'm doing the same thing.  I just
5  ignore it.  I know the kids in her library classes
6  are very conscious of it.  That's all -- I'm aware
7  of her hair loss.  I live with it I guess.  I don't
8  know.  What else can you do about it?
9  Q.  I guess just to go back to my initial
10 question, you don't recall ever making a comment
11 like that to her?
12 A.  No, I really don't.
13 Q.  Okay.
14    Do you ever remember thinking that?
15    MS. PEREZ REYNOLDS:  Object to form.
16 A.  Well, yes.  But Elizabeth and I can
17 pretty much discuss anything.  I've got a better
18 relationship with her I think than -- well maybe,
19 maybe not.  It's close.  Anyway, we can discuss just
20 about anything.  And she has stated that the hair
21 loss thing is a closed subject between us.
22 Q.  Okay.
23 A.  Which it has remained.
24 Q.  And when did she state that to you?
25 A.  Not too long ago.

62