# EXHIBIT KK

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

BARBARA EARNEST,

        Plaintiff,

VERSUS            CASE NO. 2:16-cv-17731

SANOFI S.A., SANOFI-AVENTIS

U.S. L.L.C., SANOFI US SERVICE,

INC., AND AVENTIS-PHARMA,

        Defendants.

      Videotaped deposition of JAMES E. CARINDER, M.D., taken at the offices of NORTHSHORE ONCOLOGY ASSOCIATES, LLC, 1120 Robert Boulevard, Suite 390, Slidell, Louisiana 70458, on Thursday, January 11, 2018, commencing at 1:08 p.m.

Job No. NJ2757175

1    A.   Yes.
2    Q.   I'll be done here real soon, Doc.
3    A.   Okay.
4    Q.   You were asked some questions about
5  sales representatives, and you indicated that you
6  do recall some sales representatives or
7  representative from Sanofi; is that right?
8    A.   Yes.
9    Q.   Who is -- who is that individual or
10 individuals that you recall?
11       MS. BIERI:
12            Object to the form.
13       THE WITNESS:
14            Who was -- at that time who was
15 the --
16 EXAMINATION BY MR. SCHANKER:
17   Q.   Yeah.
18            Do you recall the name of the
19 person?
20   A.   Ruth Avila.
21   Q.   Okay.  Ruth Avila?
22   A.   (Nods head affirmatively.)
23   Q.   Any other folks, individuals, that you
24 recall from Sanofi visiting you with regard to
25 Taxotere specifically?

Page 171

1      A.   (Shakes head negatively.)  She was the
2   Taxotere person.
3      Q.   Okay.  Did Ruth Avila -- am I
4   pronouncing that right?
5      A.   Yes.
6      Q.   Did Ruth Avila, the sales
7   representative from Sanofi, to your knowledge,
8   ever advise you or provide you with information
9   concerning this potential side effect of permanent
10  hair loss in association with Taxotere?
11     A.   No.
12          MS. BIERI:
13              Object to the form.
14  EXAMINATION BY MR. SCHANKER:
15     Q.   And if she had provided you with that
16  information and you considered that information
17  legitimate, is that information you would have
18  taken seriously?
19     A.   Yes.
20          MS. BIERI:
21              Object to the form.
22  EXAMINATION BY MR. SCHANKER:
23     Q.   Is that information, if you had
24  received that from Ruth Avila or some sales
25  representative from Sanofi, and you believed it

Page 172

1  was legitimate, that you would have incorporated
2  in your advisory of your patient?
3       A.   Yes.
4       Q.   Do you recall any Sanofi sales
5  representative ever specifically marketing
6  information or providing you with marketing
7  information concerning neuropathy?  Do you have
8  any recollection of that?
9       A.   No.
10      Q.   Okay.  Do you re- -- recall a sales
11 representative or Sanofi -- specifically Sanofi
12 sales representative or a individual from Sanofi
13 by the name of Michael Gillespie?  Does that ring
14 a bell at all?
15      A.   Yes.
16      Q.   Who -- any -- any -- any specific
17 recollection with regard to Michael Gillespie
18 or --
19           MS. BIERI:
20                Object to form.
21 EXAMINATION BY MR. SCHANKER:
22      Q.   Do you remember what he -- what --
23      A.   He -- he is -- he was from Jackson,
24 Mississippi, and he was a -- I think he was like
25 Ruth's boss.  He was like a regional person.

1  Regional director, regional manager, something
2  like that.  I think he was -- I think he was over
3  Ruth.
4       Q.   Okay.  How about James Bradley?  Any
5  recollection of James?
6       A.   I'm bad with names.  Probably if I saw
7  his face I'd recognize him, but I don't recall
8  that name.
9       Q.   Okay.
10      A.   But Mike Gillespie was like a
11 regional -- he was like a sales -- regional sales
12 manager-type person.
13      Q.   Did you have any -- did you have any
14 opinion conc- -- you expressed an opinion
15 concerning Ruth Avila earlier.
16                Did you have any --
17      A.   Ruth wa- -- Ruth is -- I've known her
18 for years.
19      Q.   (Affirmative response.)
20      A.   And she's worked in several -- for
21 several pharma companies.  But at the time I met
22 her, she was working for Sanofi.  But she is an
23 oncology-certified nurse, and she is a nurse
24 practitioner, and she -- I -- she is more
25 knowledgeable than a lot of pharma reps because of

Page 174

1   her background, I think.  And she keeps herself
2   informed.  So she -- she -- I rank her high on the
3   ability of pharmaceutical reps to do their job
4   well.  Some don't do we- -- do their job well.
5        Q.   Did you have any opinion with
6   similar -- similarly with regard to Mr. Gillespie?
7        A.   I didn't see him that often.
8        Q.   Okay.
9        A.   He was okay.  He didn't come around
10  that much.  You know, you don't see the regional
11  people, the sales managers.  They -- they don't
12  come around much.
13       Q.   You were asked some questions
14  concerning advisory boards, and you disclosed what
15  you could recall.  We were provided with a
16  document -- it may be something you don't
17  remember -- that indicates -- or appears to
18  indicate -- and I'm gonna show it to you --
19  appears to indicate that back in 2001, you were on
20  an advisory board for Taxotere.
21            Does that ring a bell at all?
22       A.   That's going way back.
23       Q.   Right.  That's what I figured.
24       A.   I -- if I were, I don't remember.
25       Q.   Okay.