# EXHIBIT NN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO:

Elizabeth Kahn, Case No. 2:16-cv-17039

SANOFI DEFENDANTS' MAY 22, 2020
DISCLOSURE OF EXPERT TESTIMONY

Defendants Sanofi US Services Inc. and sanofi-aventis US LLC (collectively, "Defendants") hereby submit this list of expert witnesses who may be called to testify on their behalf in the above-captioned matter, subject to the following reservation of rights:

(1) The right to supplement or amend this witness list based upon any rulings of the Court or any other court decisions that affect the scope of evidence in this trial or in the event Plaintiffs alter or amend their witness lists;

(2) The right to supplement or amend this witness list in order to address any new opinions – whether generic or case-specific – by Plaintiffs' experts;

(3) The right to elicit and offer, by way of direct examination, cross-examination, deposition testimony or medical records testimony, opinion testimony from all experts designated or called by other parties to this suit;

(4) The right to call as a witness any expert designated by Plaintiffs;

(5) The right to call un-designated rebuttal expert witnesses whose testimony cannot reasonably be foreseen until the presentation of evidence against Defendants;

(6)     The right to withdraw or de-designate the designation of any expert prior to testimony, and positively to aver that such previously designated expert will not be called as a witness at trial and to re-designate that expert as a consulting expert who cannot be called by opposing counsel;

(7)     The right to elicit any expert testimony at trial from any qualified person that would be of benefit to the jury to determine material issues of fact pursuant to the Federal Rules of Civil Procedure;

(8)     The right to offer amended and/or supplemental expert opinions based on new and/or updated medical records, deposition testimony and/or information, literature, and/or scientific studies related to docetaxel or this litigation;

(9)     The right to supplement the references considered and/or relied upon by the experts identified below in order to respond to opinions offered by Plaintiffs' experts and to address newly available literature;

(10)     The right to introduce testimony from any third party fact witness with special expertise, knowledge or experience relevant to the issues in this litigation.

      **I.**     **RULE 26(A)(2)(B) WITNESSES RETAINED OR SPECIALLY EMPLOYED TO PROVIDE EXPERT TESTIMONY**

By identifying the witness below, Defendants do not intend to waive any of their objections to deposition testimony, exhibits, or other evidence or argument. Defendants reserve the right to call the following expert at trial and attach the expert reports, curriculum vitae, and materials reviewed lists for the following expert:

    **1.**    **Janet B. Arrowsmith, MD, FACP, FACE**
            Corrales, New Mexico

Dr. Arrowsmith adopts her previous expert report from December 9, 2019.

Defendants will make supplemental disclosures of its remaining experts by the extended deadlines set by the Court and/or agreed to by the parties.

**DATED**:  May 22, 2020

>Respectfully submitted,
>/s/ *Harley Ratliff*
>Harley Ratliff
>Adrienne L. Byard
>SHOOK, HARDY & BACON L.L.P.
>2555 Grand Blvd.
>Kansas City, MO 64108
>Tel:  (816) 474-6550
>Fax:  (816) 421-5547
>Email: hratliff@shb.com
>
>*Attorneys for Sanofi Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of May, 2020, a true and correct copy of the Defendants' Expert Disclosures were served upon the following by e-mail:

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
One Shell Square
701 Poydras St.
Suite 3650
New Orleans, LA 70139-3650
Phone: (504) 524-3300
Email: barrios@bkc-law.com
*Attorney for Plaintiffs*

Matthew Palmer Lambert
Gainsburgh, Benjamin, David,
Meunier & Warshauer
Energy Centre
1100 Poydras St.
Suite 2800
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Email: plambert@gainsben.com
*Attorney for Plaintiffs*

Douglas J. Moore
Irwin Fritchie Urquhart & Moore, LLC
400 Poydras St.
Suite 2700
New Orleans, LA 70130
Phone: (504) 310-2100
Email: dmoore@irwinllc.com
*Attorney for Sanofi Defendants*

John Francis Olinde
Chaffe McCall LLP
Energy Centre
1100 Poydras St.
Suite 2300
New Orleans, LA 70163-2300
Phone: (504) 585-7000
Email: olinde@chaffe.com
*Attorney for 505(b)(2) Defendants*

/s/ *Adrienne L. Byard*
Adrienne L. Byard