# EXHIBIT OO

Isabelle Richard-Cassin

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


*******************************

IN RE:  TAXOTERE (DOCETAXEL)

PRODUCTS LIABILITY            MDL No. 2740

LITIGATION                    Section: "N"(5)

                              Judge Engelhardt

This Document Relates to:     Mag. Judge North

All Cases

*******************************



VIDEOTAPED DEPOSITION OF ISABELLE RICHARD-CASSIN


           Friday, May 4th, 2018

                8:56 a.m.


      Held At:

           DLA Piper LLP

           3 Noble Street

           London, United Kingdom


REPORTED BY:

Maureen O'Connor Pollard, RMR, CLR, CSR

Isabelle Richard-Cassin

Page 117

1      Q.    Okay.  And this meeting location is

2   stated as "TC-0800US time, FR1400."  I take that

3   to mean telephone conference 8:00 a.m. US,

4   France, 2:00 p.m.

5            Is that what that means?

6      A.    Yes.

7      Q.    Okay.  Do you remember attending this

8   meeting?

9      A.    No.

10     Q.    Okay.  It's listed as starting at

11  12:00 p.m. on 4/25/2006.

12           Do you see that?

13     A.    Yes.

14     Q.    It was to run for one hour and end at

15  1:00 p.m.

16           Do you see that?

17     A.    Yes.

18     Q.    And then down at the bottom underneath

19  the invite, this private and confidential

20  communication paragraph, there's a line that

21  starts "Dear All."

22           Do you see that?

23     A.    Yes.

24     Q.    Okay.  It says, "Dear All, This

25  meeting has been scheduled to discuss the

Isabelle Richard-Cassin

Page 118

1  requested changes from the EMEA for patient

2  leaflet (section 4.0) for Taxotere.  The

3  Rapporteur considers that more information

4  should be given in the patient leaflet about

5  possible adverse events in accordance with the

6  information given in the SPC."

7          Do you see that?

8     A.   Yes.

9     Q.   In the current set -- "In the current

10 section 4.0 only side effects classified as

11 common or very common are listed.  We have"

12 requested to -- "we have been requested to

13 reword this section giving more detailed

14 information."

15         Do you see that?

16    A.   Yes.

17    Q.   All right.  Let's put that one aside.

18         Let's go to Exhibit 23.

19         (Whereupon, Richard-Cassin Exhibit

20         Number 23 was marked for

21         identification.)

22 BY MR. MICELI:

23    Q.   I don't want to give you my copy.

24         I should have pointed out that last

25 document, 22, was Sanofi_05364125.