# EXHIBIT PP

| Subject: | Discussion of proposed changes to section 4.0 PL |
|---|---|
| Location: | TC-0800US time, FR1400 |
| Start: | 4/25/2006 12:00 PM |
| End: | 4/25/2006 1:00 PM |
| Show Time As: | Busy |
| Recurrence: | (none) |
| Meeting Status: | Organizer |



EXHIBIT ZZ
WIT:
DATE:
Maureen Pollard, RMR

**Required Attendees:** Michael.Kopreski@sanofi-aventis.com; Amy.Freedman@sanofi-aventis.com; Jose.Garcia-Vargas@sanofi-aventis.com; Arlette.Duvelleroy@sanofi-aventis.com; Isabelle.Cliet@sanofi-aventis.com; Vanina.Groult@sanofi-aventis.com; Philippe.Beringer@sanofi-aventis.com; Isabelle.Richard-Cassin@sanofi-aventis.com; Marie-Laure.Risse@sanofi-aventis.com; Toufik.Bendahmane@sanofi-aventis.com; Eric.Phillips@sanofi-aventis.com; my-hien.lorre@sanofi-aventis.com; isabelle.tabah-fisch@sanofi-aventis.com

**Resources:** TC-0800US time, FR1400

When: Tuesday, April 25, 2006 8:00 AM-9:00 AM (GMT-05:00) Eastern Time (US & Canada).
Where: TC-0800US time, FR1400
*~*~*~*~*~*~*~*~*~*
This is a private and confidential communication and intended only for the individuals on the distribution list. Except for your direct line management, please do not send this communication to anyone that is not on the distribution list without first consulting the author. Your verbal input regarding the issues identified is welcomed and we look forward to discussing your comments at this Labeling Working Group ). PLEASE DO NOT RESPOND TO THIS MESSAGE BY E-MAIL OR OTHERWISE IN WRITING. Thank you.
Dear All,
This meeting has been scheduled to discuss the requested changes from the EMEA for patient leaflet (section 4.0) for Taxotere.
The Rapporteur considers that more information should be given in the patient leaflet about possible adverse events in accordance with the information given in the SPC. In the current section 4.0 only side effects classified as common or very common are listed. We have been requested to reword this section giving more detailed information.
    Please find attached documents for our discussion: <<PL section 4.0.zip>>

It is important each functional group is represented at this meeting by at

Confidential                                                                              Sanofi_05364125

least one delegate. If you are unable to join the discussion, please provide your comments to me by phone or voicemail before the meeting, but not in writing. If comments are received after the meeting, it may be difficult to address them once the team has come to a decision.
The Meeting Dial-In information is:
Dial In Number:   (877) 214.5637
International Number (504) 588.1058
The Participant Code: 744478
The Host Code:   780614

Thank you very much and kind regards,
Jane
Jane DIAMOND
sanofi-aventis
Corporate Regulatory Affairs, Labeling/Oncology
Mail Stop: BX4-303C
400 Crossing Boulevard
PO Box 6890
Bridgewater, NJ   08807-0890
908 304-6749 (phone)
908.231.3714 (fax)
jane.diamond@sanofi-aventis.com

NOTICE: The information contained in this electronic mail and any attachments is intended for the exclusive use of the addressee(s) and may contain confidential, privileged, and/or proprietary information. Any other use of these materials is strictly prohibited. If you have received these materials in error, please notify me immediately by telephone and destroy all electronic, paper, or other versions.

Attachment: PL section 4.0.zip

Attachments may be saved from the File menu.