# EXHIBIT QQ

# FILE PRODUCED NATIVELY



EXHIBIT 23
WIT:
DATE:
Maureen Pollard, RMR

Confidential                                                                                  Sanofi_05364129

**Current PL**

4. **POSSIBLE SIDE EFFECTS**

Like all other anticancer medicines, TAXOTERE will cause undesirable effects. Your doctor will discuss these with you and will explain the risks and benefits of your treatment.
Side effects described as very common were experienced in more than 1 in 10 patients.
Side effects described as common were experienced in less than 1 in 10 but more than 1 in 100 patients.

The most commonly reported adverse reactions of TAXOTERE alone are: decrease in the number of red blood cells or white blood cells, alopecia, nausea, vomiting, sores in the mouth, diarrhea and tiredness.

The severity of adverse events of TAXOTERE may be increased when taxotere is given in combination with other chemotherapeutic agents.

During the infusion at the hospital the following may occur:
- allergic reactions characterised by one or more of the following: flushing, skin reactions, itching, chest tightness, back pain; difficulty in breathing, fever or chills. Your condition will be closely monitored during treatment.

Tell your doctor immediately if you have any of these events.

Between infusions of TAXOTERE the following may occur:

- Common decrease in the number of red blood cells or white blood cells (which are important in fighting infections) and platelets, raised liver enzymes (hence the need for regular blood tests).
- Common serious infections.
- Common fever (increased temperature). If you experience increased temperature, you must call your doctor immediately.
- Common redness and swelling of the palms of your hands or soles of your feet, which may cause your skin to peel; change in the colour of your nails which then may detach.
- Common swelling of the hands, feet, legs or weight gain.
- Common feeling of numbness or pins and needles or pain in the joints or the muscles, weakness.
- Very common stomach upsets including nausea, vomiting and diarrhoea, sores in the mouth and anorexia.
- Common constipation.
- Very common temporary loss of hair. After your treatment, normal hair growth should return.
- Common decrease in blood pressure, irregular or rapid heart beat.
- Common pain, skin reactions, phlebitis (inflammation of the vein) and swelling at the site of infusion.
- Very common tiredness.

You may experience one or several of these symptoms, be sure to inform your doctor if you do.

Between infusions of TAXOTERE, if you experience symptoms such as early abdominal pain and tenderness, fever, or diarrhea, tell your doctor immediately.

If you receive TAXOTERE in combination with other chemotherapeutic agents, the severity of the adverse events may increase.

If any of the side effects gets serious, or if you notice any side effects not listed in this leaflet, please tell your doctor or hospital pharmacist.