# EXHIBIT SS

# FILE PRODUCED NATIVELY



EXHIBIT 25
WIT:
DATE:
Maureen Pollard, RMR

Confidential											Sanofi_05364127

**Draft Proposal II**

Like all other anticancer medicines, TAXOTERE will cause undesirable effects. Your doctor will discuss these with you and will explain the risks and benefits of your treatment.
Side effects described as very common were experienced in more than 1 in 10 patients.
Side effects described as common were experienced in less than 1 in 10 but more than 1 in 100 patients. Side effects described as uncommon were experienced in more than 1 in 1,000 but less than 1 in 100. Side effects described as rare were experienced in more than 1 in 10,000 but less than 1 in 1,000. Side effects described as very rare were experienced in less than 1 in 10,000.
The most commonly reported adverse reactions of TAXOTERE alone are: decrease in the number of red blood cells or white blood cells, alopecia, nausea, vomiting, sores in the mouth, diarrhea and tiredness.

The severity of adverse events of TAXOTERE may increase when TAXOTERE is given in combination with other chemotherapeutic agents.

During the infusion at the hospital the following may occur:

Allergic reactions (very common) experienced in more than 1 in 10 patients.
- flushing, skin reactions, itching,
- chest tightness, difficulty in breathing
- feeling hot (fever) or cold (chills)
- back pain

The hospital staff will monitor your condition closely during treatment. Tell them immediately if you notice any of these effects.

Between infusions of TAXOTERE the following may occur:
Tell your doctor immediately if you have any of these events.

Infections and Infestations: infection, infections which are associated with low blood counts, infection in the lungs (pneumonia)(very common)
infection in the mouth (oral candidiasis)(common)

Blood and Lymphatic disorders: decrease in the number of red blood cells (amaemia) or white blood cells (which are important in fighting infection), and cells called platelets; raised temperature (fever)(very common)

Immune system: increased sensitivity (hypersensitivity) (very common)

Metabolism and Nutrition disorders: decreased appetite (anorexia) (very common)
dehydration (common)

Psychiatric disorders: sleeplessness (insomnia) (very common)

Nervous system disorders: feeling of numbness or pins and needles; dysfunction of the sense of taste (dysgeusia); headache; impaired or decreased tactile sensibility (hypoaesthesia); sensory neuropathy (very common)
dizziness; (common);
fainting (syncope) (uncommon)

Eye disorders: increased tearing of the eyes (lacrimation); inflammation of the eye (conjunctivitis)(very common)

Ear and Labyrinth disorders: hearing impaired (common)

Cardiac problems: Uneven (arrhythmia) or fast heart beat or changes in how your heart pumps blood (cardiac left ventricular function)(common);
cardiac failure (uncommon)

Vascular disorders: edema due to faulty lymphatic drainage (lymphoedema) dilated vessels (vasodilatation)(very common);
decrease in the blood pressure (hypotension), elevation in the blood pressure (hypertension); large discharge of blood from the blood vessels (haemorrhage)(common);
inflammation in the veins (phlebitis) (uncommon)

Respiratory disorders: shortness of breath (dyspnoea); bleeding from the nose (epistaxis); cough; nasal discharge (rhinorrhoea); pain in the back of your throat (pharyngolaryngeal pain)(very common)

Gastrointestinal disorders: sores in the mouth (stomatitis), nausea,, diarrhea, vomiting constipation; indigestion (dyspepsia); abdominal pain; pharyngitis (very common)
abdominal pain (severe); gastrointestinal haemorrhage (bleeding); dry mouth; gastrointestinal pain; oesophagitis; difficulty swallowing (dysphagia) or pain from swallowing (odynophagia) (common);
inflammation of the colon (colitis), small intestine (enteritis), large intestine perforation(uncommon)



Skin and subcutaneous tissue disorders: hair loss (alopecia); skin reaction, nail disorders; rash (erythema); painful red hands and soles of feet (hand-foot syndrome) (very common);
inflammation of the skin (dermatitis); red bumpy rash (rash erythematous); nail discolouration or nail loss (onycholysis); peeling of the skin (exfoliative rash) (common)



alopecia (hair loss) that did not reversible at the end of the study, skin reactions that did not resolve at the end of the study (uncommon)

Musculoskeletal, connective tissue and bone disorders: muscle aches and pains (mylagia), pain in the joints (arthralgia); pain in extremity; bone pain; back pain;(very common)

Reproductive system and breast disorders: abnormal absence or suppression of menstruation (amenorrhea)(very common)

General disorders and administration site conditions: fluid retention (which can be severe); lack or loss of strength (asthenia), an elevation of body temperature (pyrexia); sluggishness (lethargy), fever (very common);
infusion site reaction; non-cardiac chest pain (common)

Investigations (liver disorders) Increased or decreased weight (very common)
increased blood bilirubin; increased blood alkaline phosphatase, increased liver enzymes (common)