# EXHIBIT UU

Page 329

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

- - -

IN RE: TAXOTERE             :
(DOCETAXEL) PRODUCTS        : MDL No. 2740
LIABILITY LITIGATION        : Section H(5)
_____ :
                            :
This Document Relates to:   :
All Cases                   :

- - -

December 13, 2018

- - -

MICHAEL S. KOPRESKI, M.D.

(VOLUME II)

- - -

Transcript of the videotaped deposition of Sanofi U.S. Services, Inc., pursuant to Fed. R. Civ. P. 30(b)(6) held at McElroy Deutsch Mulvaney & Carpenter, LLP, 1300 Mt. Kemble Avenue, Morristown, New Jersey, commencing 9:11 a.m. on the above-referenced date, as taken by and before Constance E. Perks, CRR, CRC, RSA, a Federally-Approved Certified Realtime Reporter and Notary Public.

- - -

GOLKOW TECHNOLOGIES, INC.
ph 877.370.3377  |  fax 917.591.5672
deps@golkow.com

Michael S. Kopreski, M.D.

|   |   | Page 552 |
|---|---|---|
| 1 | data, but also the safety data. | 14:30:37 |
| 2 | You might -- a single | 14:30:40 |
| 3 | institution might give one | 14:30:44 |
| 4 | treatment at one period of time, | 14:30:47 |
| 5 | let's say, for five years, then | 14:30:49 |
| 6 | switch to another treatment, and | 14:30:52 |
| 7 | then report all the data together. | 14:30:53 |
| 8 | That's -- that's a biased way -- | 14:31:01 |
| 9 | BY MR. KEENAN: | 14:31:01 |
| 10 | Q.   Okay. | 14:31:01 |
| 11 | A.   -- of looking at -- at the | 14:31:03 |
| 12 | data. | 14:31:03 |
| 13 | Q.   Okay. | 14:31:04 |
| 14 | A.   So randomization, in a | 14:31:04 |
| 15 | prospective manner -- in other words, | 14:31:12 |
| 16 | you're not going back looking at what was | 14:31:13 |
| 17 | given, but you're prospectively | 14:31:14 |
| 18 | proceeding with the trial and you're | 14:31:16 |
| 19 | randomizing patients so the | 14:31:19 |
| 20 | characteristics of the patients are | 14:31:21 |
| 21 | balanced in both arms. | 14:31:22 |
| 22 | Q.   Okay.  Another feature was | 14:31:24 |
| 23 | long-term follow-up.  Why is that | 14:31:25 |
| 24 | important to TAX 316? | 14:31:26 |
| 25 | A.   Well, this is -- | 14:31:30 |

|    |                                         | Page 553   |
|----|-----------------------------------------|------------|
| 1  |         MR. BACHUS:  Object to the      | 14:31:30   |
| 2  |     form.  Sorry.                       | 14:31:31   |
| 3  |         THE WITNESS:  This is           | 14:31:31   |
| 4  |     particularly important in TAX 316   | 14:31:32   |
| 5  |     because it -- it does have not      | 14:31:34   |
| 6  |     only long-term efficacy follow-up,  | 14:31:36   |
| 7  |     but long-term safety follow up.     | 14:31:40   |
| 8  |         In a lot of trials, even        | 14:31:42   |
| 9  |     randomize trials -- randomized      | 14:31:45   |
| 10 |     trials, you might see follow-up     | 14:31:47   |
| 11 |     reported for survival and some      | 14:31:49   |
| 12 |     efficacy follow-up, but might not   | 14:31:52   |
| 13 |     provide information on the          | 14:31:55   |
| 14 |     long-term safety.                   | 14:32:00   |
| 15 |         The absence of a report of a    | 14:32:01   |
| 16 |     toxicity in the long-term           | 14:32:03   |
| 17 |     follow-up depends on how the study  | 14:32:06   |
| 18 |     was conducted, and -- and if you    | 14:32:08   |
| 19 |     are going to analyze a specific     | 14:32:13   |
| 20 |     issue, it has to be planned for in  | 14:32:15   |
| 21 |     -- preferably in a -- in a manner   | 14:32:19   |
| 22 |     where the follow-up, such as        | 14:32:24   |
| 23 |     alopecia, is done on a regular      | 14:32:27   |
| 24 |     basis to make assessments.          | 14:32:29   |
| 25 | BY MR. KEENAN:                          | 14:32:31   |

Michael S. Kopreski, M.D.

Page 554

| | | |
|---|---|---|
| 1 | Q. Okay. | 14:32:31 |
| 2 | A. So -- so this study was very | 14:32:32 |
| 3 | well designed and specifically designed | 14:32:34 |
| 4 | within a standpoint of looking not only | 14:32:35 |
| 5 | at long-term efficacy, but certain | 14:32:38 |
| 6 | long-term safety issues. | 14:32:43 |
| 7 | Q. Okay. Quickly, there's two | 14:32:44 |
| 8 | other -- there's three other things that | 14:32:45 |
| 9 | I want to just identify of TAX 316. I | 14:32:46 |
| 10 | think we've already talked about it led | 14:32:49 |
| 11 | to a new clinical indication that we just | 14:32:52 |
| 12 | described in the New England Journal of | 14:32:54 |
| 13 | Medicine? | 14:32:54 |
| 14 | A. Correct. | 14:32:58 |
| 15 | MR. BACHUS: Object to the | 14:32:58 |
| 16 | form. | 14:32:59 |
| 17 | BY MR. KEENAN: | 14:32:59 |
| 18 | Q. It identified high efficacy | 14:33:00 |
| 19 | in terms of life-saving benefit, which we | 14:33:02 |
| 20 | talked about? | 14:33:05 |
| 21 | MR. BACHUS: Object to the | 14:33:05 |
| 22 | form. | 14:33:06 |
| 23 | BY MR. KEENAN: | 14:33:06 |
| 24 | Q. And then briefly talk about | 14:33:06 |
| 25 | the multiple endpoints. Why is that | 14:33:08 |

Michael S. Kopreski, M.D.

|    |                                                      | Page 555  |
|----|------------------------------------------------------|-----------|
| 1  | important to TAX 316?                                | 14:33:11  |
| 2  | MR. BACHUS:  Object to the                           | 14:33:15  |
| 3  | form.                                                | 14:33:15  |
| 4  | THE WITNESS:  Can you                                | 14:33:16  |
| 5  | clarify further what you mean by                     | 14:33:16  |
| 6  | "multiple endpoints"?                                | 14:33:20  |
| 7  | BY MR. KEENAN:                                       | 14:33:21  |
| 8  | Q.   Did they -- they were                           | 14:33:21  |
| 9  | evaluating a whole host of side effects,             | 14:33:22  |
| 10 | in addition to just alopecia, for                    | 14:33:25  |
| 11 | example.  And just describe for the jury,            | 14:33:27  |
| 12 | a study like this, the extensive                     | 14:33:30  |
| 13 | consideration of how they were doing, and            | 14:33:34  |
| 14 | their, you know, their health as a whole.            | 14:33:36  |
| 15 | MR. BACHUS:  Object to the                           | 14:33:38  |
| 16 | form.                                                | 14:33:40  |
| 17 | THE WITNESS:  Okay.  So --                           | 14:33:40  |
| 18 | so it's important to -- it's                         | 14:33:42  |
| 19 | important to realize that there's                    | 14:33:44  |
| 20 | an obligation when the company's                     | 14:33:48  |
| 21 | doing these trials that it doesn't                   | 14:33:51  |
| 22 | only look at one specific                            | 14:33:54  |
| 23 | toxicity; it -- it needs to -- it                    | 14:33:57  |
| 24 | needs to look at all the                             | 14:33:59  |
| 25 | toxicities that might occur and                      | 14:34:02  |

Michael S. Kopreski, M.D.

|   |   | Page 556 |
|---|---|---|
| 1 | that might be made aware of. | 14:34:05 |
| 2 | So, during the course of the | 14:34:10 |
| 3 | study, there are -- there are a | 14:34:15 |
| 4 | number of toxicities that were -- | 14:34:18 |
| 5 | that were being evaluated, and | 14:34:20 |
| 6 | they were evaluated on a -- on a | 14:34:21 |
| 7 | basis of intimate -- intermittent | 14:34:27 |
| 8 | follow-up.  The further out from | 14:34:30 |
| 9 | the study the patients got, the | 14:34:32 |
| 10 | less frequent the follow-up was, | 14:34:38 |
| 11 | but there was well-prescribed | 14:34:41 |
| 12 | intermittent follow-up. | 14:34:45 |
| 13 | BY MR. KEENAN: | 14:34:49 |
| 14 | Q.   Okay.  I want to direct your | 14:34:50 |
| 15 | attention specifically to the follow-up | 14:34:51 |
| 16 | in TAX 316 that tracked patients for | 14:34:53 |
| 17 | alopecia.  Are you with me? | 14:34:57 |
| 18 | A.   (Witness nodded.) | 14:35:01 |
| 19 | Q.   With me? | 14:35:02 |
| 20 | A.   Okay. | 14:35:02 |
| 21 | Q.   I've put up a graphic here | 14:35:02 |
| 22 | that has some statistics on it, and if | 14:35:04 |
| 23 | you could just walk us through this flow | 14:35:07 |
| 24 | chart and explain what these numbers | 14:35:11 |
| 25 | represent. | 14:35:13 |

|  |  | Page 560 |
|---|---|---|
| 1 | Now, I previously testified | 14:38:52 |
| 2 | and we discussed, and I think in | 14:38:54 |
| 3 | some detail, that ongoing doesn't | 14:38:56 |
| 4 | mean that it's -- that it has | 14:38:58 |
| 5 | persisted for more than six | 14:39:02 |
| 6 | months.  Ongoing means that the | 14:39:04 |
| 7 | last time that there was a | 14:39:06 |
| 8 | documentation, there was still | 14:39:07 |
| 9 | alopecia. | 14:39:09 |
| 10 | That means that if the | 14:39:10 |
| 11 | patient had alopecia at the time | 14:39:12 |
| 12 | that they died, it would be | 14:39:16 |
| 13 | considered ongoing.  If they had | 14:39:24 |
| 14 | alopecia at the time that they | 14:39:26 |
| 15 | removed their informed consent, it | 14:39:27 |
| 16 | would be considered ongoing.  If | 14:39:27 |
| 17 | they had alopecia at the time they | 14:39:36 |
| 18 | switched therapy to another | 14:39:37 |
| 19 | chemotherapy and were no longer | 14:39:38 |
| 20 | seen, that would be considered | 14:39:39 |
| 21 | ongoing. | 14:39:41 |
| 22 | BY MR. KEENAN: | 14:39:42 |
| 23 | Q.   So what -- what did you do | 14:39:42 |
| 24 | -- explain to the jury what you did to | 14:39:42 |
| 25 | evaluate the patients and -- to have, | 14:39:44 |

Michael S. Kopreski, M.D.

Page 576

| | | |
|---|---|---|
| 1 | Q. Okay. And would this be a | 14:53:53 |
| 2 | patient that, upon your review, you | 14:53:54 |
| 3 | concluded could not meet the criteria of | 14:53:56 |
| 4 | irreversible or permanent alopecia as | 14:53:59 |
| 5 | part of TAX 316? | 14:54:01 |
| 6 | A. That is correct. | 14:54:04 |
| 7 | Q. Okay. | 14:54:05 |
| 8 | The final patient that I | 14:54:06 |
| 9 | want to speak to, and then we'll take a | 14:54:07 |
| 10 | break, is Patient No. 15002, and I'll | 14:54:10 |
| 11 | mark this as Exhibit 27. | 14:54:18 |
| 12 | - - - | |
| 13 | (TAX 316: Patient 15002 flow | |
| 14 | chart, 1 page, marked for | |
| 15 | identification as Kopreski Exhibit | |
| 16 | No. 27.) | |
| 17 | - - - | |
| 18 | BY MR. KEENAN: | 14:54:22 |
| 19 | Q. 15002 is a little bit more | 14:54:22 |
| 20 | complicated than the others. If you | 14:54:25 |
| 21 | could just take a moment and look at your | 14:54:28 |
| 22 | notes and describe why this patient is | 14:54:34 |
| 23 | significant to you, Dr. Kopreski, and why | 14:54:37 |
| 24 | it was not counted in the final 10-year | 14:54:39 |
| 25 | data as persistent alopecia. | 14:54:43 |

Michael S. Kopreski, M.D.

|  |  | Page 577 |
|---|---|---|
| 1 | A.    Well -- | 14:54:49 |
| 2 | MR. BACHUS:  Object to the | 14:54:49 |
| 3 | form. | 14:54:50 |
| 4 | THE WITNESS:  This patient | 14:54:50 |
| 5 | received only one cycle of | 14:54:51 |
| 6 | Taxotere arm, TAC, and that cycle | 14:54:54 |
| 7 | was administered on the 8th of -- | 14:54:57 |
| 8 | I'm sorry, on August 26th, 1998. | 14:55:00 |
| 9 | The patient developed | 14:55:05 |
| 10 | alopecia and was withdrawn from | 14:55:07 |
| 11 | the study after developing a | 14:55:09 |
| 12 | gastrointestinal mucositis | 14:55:14 |
| 13 | following the -- the | 14:55:14 |
| 14 | administration of the TAC regimen. | 14:55:14 |
| 15 | On the September of 1998, | 14:55:25 |
| 16 | the patient started alternative | 14:55:27 |
| 17 | chemotherapy with Adriamycin and | 14:55:31 |
| 18 | cyclophosphamide, or the AC.  The | 14:55:31 |
| 19 | -- the numbers of this cycle are | 14:55:42 |
| 20 | not known. | 14:55:44 |
| 21 | She was seen in follow-up on | 14:55:45 |
| 22 | November 3rd of 1998, at which | 14:55:48 |
| 23 | time alopecia was ongoing, but | 14:55:52 |
| 24 | because the patient was on another | 14:55:55 |
| 25 | therapy and was no longer in this | 14:56:01 |

Michael S. Kopreski, M.D.

|  |  | Page 578 |
|---|---|---|
| 1 | therapy, there was no longer any | 14:56:06 |
| 2 | follow-up due to the new | 14:56:08 |
| 3 | chemotherapy. | 14:56:12 |
| 4 | It's recorded that there's | 14:56:15 |
| 5 | no longer follow-up due to the new | 14:56:17 |
| 6 | chemotherapy regimen started, and | 14:56:20 |
| 7 | no further alopecia assessments | 14:56:22 |
| 8 | were -- were made for -- for the | 14:56:24 |
| 9 | patient. | 14:56:26 |
| 10 | BY MR. KEENAN: | 14:56:27 |
| 11 | Q.   Okay. | 14:56:27 |
| 12 | A.   So the -- the documentation | 14:56:28 |
| 13 | of -- of alopecia that we have was less | 14:56:29 |
| 14 | than six months, and then the patient | 14:56:32 |
| 15 | received another therapy instead of | 14:56:35 |
| 16 | Taxotere, which was continuing. | 14:56:37 |
| 17 | She -- she later had a | 14:56:39 |
| 18 | breast cancer relapse and -- and was | 14:56:43 |
| 19 | started on Taxol, but, unfortunately, | 14:56:47 |
| 20 | this patient later died from -- from her | 14:56:49 |
| 21 | breast cancer in August of 2001. | 14:56:54 |
| 22 | Q.   Okay.  So some of the | 14:56:57 |
| 23 | records that you just described are here, | 14:56:59 |
| 24 | and I've marked these records as Exhibit | 14:57:02 |
| 25 | 28. | 14:57:05 |