# EXHIBIT VV

| Subject ID | Treatment Arm | Last Chemotherapy Treatment | Last Documentation of Ongoing Alopecia | Documented Ongoing Alopecia >6 Months | Date of Resolution | Description |
|---|---|---|---|---|---|---|
| 11738 | TAC | 4/27/99 | 8/23/99 | No | N/A | Received 5 cycles of TAC, last cycle administered 4/27/99. [Sanofi_02649521, p.7131] On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.14989] After this cycle, the patient refused further treatment and withdrew her consent. [Sanofi_02649521, p.31091] During a follow up visit on 8/23/99, alopecia was recorded as ongoing. [Sanofi_02649521, p.14990, 32450] She was not seen again for follow up due to her withdrawal of consent. [Sanofi_02649521, p.32450] |
| 12211 | TAC | 11/4/98 | 8/12/98 | No | 11/4/98 | Received 5 cycles of TAC, last cycle administered 8/12/98. [Sanofi_02649521, p.7291] On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.17558] After this cycle, the patient refused further treatment and withdrew her consent. [Sanofi_02649521, p.458, 31116] She received FAC for her 6th cycle of treatment on 11/4/98. [Sanofi_02649521, p.458, 17559, 32793] On this date, alopecia was recorded as resolved. [Sanofi_02649521, p.17559, 32793] Alopecia was not recorded as an adverse event at any of her next 13 follow up visits. [Sanofi_02649521, p.17559, 32794-5] |
| 12314 | TAC | 4/22/99 | 3/13/99 | No | 4/22/99 | Received 3 cycles of TAC, last cycle administered 2/18/99. [Sanofi_02649521, p.7169-70] On this date, the patient was recorded as having ongoing alopecia. [Sanofi_05497867] She was withdrawn from the study after developing febrile neutropenia during her 3rd cycle of TAC and received FAC for her final 3 cycles. [Sanofi_02649521, p.335] During her 2nd cycle of FAC on 3/13/99, alopecia was recorded as ongoing. |



Exhibit Kopreski 13
12.13.18   C. Perks

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | [Sanofi_05497797, 05497888, 05497892] Her last cycle of FAC was administered on 4/22/99, and on this date alopecia was recorded as ceased. [Sanofi_05497898, 05497902] Alopecia was not recorded as an adverse event during any of her next 12 follow up visits. [Sanofi_05497908-66, Sanofi_02649521, p.32543-4] |
| 12403 | TAC | 12/11/98 | 12/11/98 | No | 1/99 | Received 6 cycles of TAC, last cycle administered 12/11/98. [Sanofi_02649521, p.7098-9] On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.14379] At her first follow up visit on 4/7/99, alopecia was recorded as resolved, with 1/99 listed as the resolution date. [Sanofi_02649521, p.14380, 32374] Alopecia was not recorded as an adverse event during any of her next 10 follow up visits. [Sanofi_02649521, p.14380-2, 32374-5] |
| 12612 | TAC | 5/11/99 | 6/12/01 | Yes | 12/18/01 | Received 6 cycles of TAC, last cycle administered 5/11/99. [Sanofi_02649521, p.7301] On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.17755] Alopecia was recorded as ongoing at her first eight follow up visits (8th follow up on 6/12/01) [Sanofi_02649521, p.17756-9, 32760] At her ninth follow up visit on 12/18/01, alopecia was recorded as resolved and was not recorded as an adverse event at any of her next 3 follow up visits. [Sanofi_02649521, p.17759, 32818-9] |
| 13605 | TAC | 8/26/98 | 8/26/98 | No | 12/3/98 | Received 6 cycles of TAC, last cycle administered 8/26/98. [Sanofi_02649521, p.7486-7] On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.19487] At her first follow up visit on 12/3/98, alopecia was recorded as resolved. [Sanofi_02649521, p.19488, 33177] Alopecia was not recorded as an adverse event during any of her next 13 follow up visits. [Sanofi_02649521, p.19488-9, 33177-8] |
| 13607 | TAC | 9/16/98 | 9/16/98 | No | 11/23/98 | Received 6 cycles of TAC, last cycle administered 9/16/98. [Sanofi_02649521, p.7487-8] On this date, the patient was |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | recorded as having ongoing alopecia. [Sanofi_02649521, p.7488, 19492] At her first follow up visit on 11/23/98, alopecia was recorded as resolved. [Sanofi_02649521, p.19492, 33179] Alopecia was not recorded as an adverse event at any of her next 11 follow up visits. [Sanofi_02649521, p.33179-80] |
| 13610 | TAC | 4/6/99 | 4/6/99 | No | 7/22/99 | Received 6 cycles of TAC, last cycle administered 4/6/99. [Sanofi_02649521, p.7490] On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.19497] At her first follow up visit on 7/22/99, alopecia was recorded as resolved. [Sanofi_02649521, p.19497, 33182] Alopecia was not recorded as an adverse event at any of her next 11 follow up visits. [Sanofi_02649521, p.19497, 33182-3] |
| 13615 | TAC | 6/15/99 | 6/15/99 | No | 11/5/99 | Received 6 cycles of TAC, last cycle administered 6/15/99. [Sanofi_02649521, p.7492] On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.19506] At her first follow up visit on 11/5/99, alopecia was recorded as resolved. [Sanofi_02649521, p.19507, 33186] Alopecia was not recorded as an adverse event at any of her next 8 follow up visits. [Sanofi_02649521, p.19507, 33186-7] |
| 15002 | TAC | 9/23/98 | 11/3/98 | No | N/A | Received 1 cycle of TAC, administered on 8/26/98. [Sanofi_05503622; Sanofi_02649521, p.7383] The patient developed alopecia after this treatment cycle. [Sanofi_05503627] She was withdrawn from the study after developing gastrointestinal mucositis following TAC administration. [Sanofi_02649521, p.343] On 9/23/98, the patient began alternative chemotherapy treatment with AC (number of cycles received unknown). [Sanofi_05503640] At her first follow up visit on 11/3/98, alopecia was recorded as ongoing and "No longer followed due to new chemotherapy regimen started." [Sanofi_05503639, 05503641] No further alopecia assessments were made for |

| | | | | | | this patient. After a distant breast cancer relapse, the patient began treatment with Taxol on 8/31/99. [Sanofi_05503649] She was lost to follow up since 12/22/99 [Sanofi_05503594], and recorded as deceased due to breast cancer on an unknown day in 8/01. [Sanofi_05503655] |
|---|---|---|---|---|---|---|
| 15006 | TAC | 1/12/99 | 2/23/99 | No | N/A | Received 1 cycle of TAC, administered on 12/23/98. [Sanofi_05503696; Sanofi_02649521, p.7384] The patient developed alopecia after this treatment cycle. [Sanofi_05503700] She was withdrawn from the study after developing anaphylaxis during TAC administration. [Sanofi_002649521, p.344] On 1/12/99 the patient began alternative chemotherapy treatment with AC (number of cycles received unknown). [Sanofi_05503707] At her first follow up visit on 2/23/99, alopecia was recorded as ongoing and "No longer followed due to new chemotherapy regimen started." [Sanofi_05503711, 05503716] No further alopecia assessments were made for this patient. After a distant breast cancer relapse, the patient began treatment with vinorelbine on 8/10/99. [Sanofi_05503719] |
| 15606 | TAC | 12/4/98 | 1/11/99 | No | N/A | Received 6 cycles of TAC, last cycle administered 12/4/98. [Sanofi_02649521, p.7398-9] On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.18545] At her first follow up visit on 1/11/99, alopecia was recorded as ongoing. [Sanofi_02649521, p.18545, 33002] No further assessments of alopecia were made for this patient. On 7/25/01, the patient was described as lost to follow up. [Sanofi_02649521, p.33002] |
| 15808 | TAC | 9/4/98 | 12/30/98 | No | N/A | Received 6 cycles of TAC, last cycle administered 9/4/98. [Sanofi_02649521, p.7337] On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.18077] At her first follow up visit on 12/30/98, she was diagnosed with a breast cancer relapse. [Sanofi_02649521, |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | p.539] On this date, alopecia was recorded as ongoing and no longer followed. [Sanofi_02649521, p.18078] No further alopecia assessments were made for this patient. |
| 17603 | TAC | 5/8/98 | 2/19/99 | Yes | 5/7/99 | Received 6 cycles of TAC, last cycle administered 5/8/98. [Sanofi_02649521, p.7661] On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.20652] Alopecia was recorded as ongoing during her first three follow-up visits (3rd follow up on 2/19/99). [Sanofi_02649521, p.20653, 33545] At her fourth follow up visit on 5/7/99, alopecia was listed as resolved. [Sanofi_02649521, p.20654, 33545] |
| 17608 | TAC | 6/23/98 | 9/22/98 | No | N/A | Received 2 cycles of TAC, last cycle administered 6/23/98. [Sanofi_02649521, p.7664] On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.20681] After receiving her 2nd cycle of TAC, the patient withdrew her consent and refused further treatment. [Sanofi_02649521, p.31173] On 7/14/98 the patient began alternative chemotherapy treatment with Adriamycin and Cyclophosphamide. [Sanofi_02649521, p.35363] At her first follow up visit on 9/22/98, alopecia was recorded as ongoing but no longer followed due to withdrawal of consent. [Sanofi_02649521, p.20682, 33551] |
| 22312 | TAC | 5/10/99 | 4/19/99 | No | 5/10/99 | Received 2 cycles of TAC, last cycle administered 2/15/99. [Sanofi_05498037; Sanofi_02649521, p.7178] On this date, the patient was recorded as having ongoing alopecia. [Sanofi_05498037, 05498041] Due to an allergic reaction during infusion of the second cycle of TAC, the patient was withdrawn from the study and received FAC for her final 4 cycles of treatment. [Sanofi_02649521, p.360] During her 3rd cycle of FAC administration on 4/19/99, alopecia was recorded as ongoing. [Sanofi_05498075, 05498079] Her final cycle of FAC was administered on 5/10/99. [Sanofi_05498085] Alopecia was recorded as ceased on this date. [Sanofi_05498089] Alopecia was not recorded as |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | an adverse event during any of her next 11 follow-up visits [Sanofi_05498095-136] |
| 22702 | TAC | 11/25/98 | 11/25/98 | No | N/A | Received 2 cycles of TAC, last cycle administered 9/2/98. [Sanofi_02649521, p.7183-7184] On this date, the patient was recorded as having ongoing alopecia. [Sanofi_05498537, 05498541] Due to the development of allergy and dyspnea, the patient was withdrawn from the study and received FAC for her last 4 cycles of treatment [Sanofi_02649521, p.364] Her last cycle of FAC was administered on 11/25/98, and the status of her alopecia was listed as ongoing. [Sanofi_05498596, 05498600] No further alopecia assessments were made for this patient. [Sanofi_05498606-662; Sanofi_02649521, p.15835] |
| 23907 | TAC | 11/25/98 | 2/99 | No | N/A | Received 4 cycles of TAC, last cycle administered 11/25/98. [Sanofi_02649521, p.7501] On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.19573] After her 4th cycle of TAC, the patient suffered a breast cancer relapse, and she was withdrawn from the study. [Sanofi_02649521, p.651] At her first follow up visit, alopecia was recorded as ongoing. [Sanofi_02649521, p.19573] A date for this follow up visit has not been identified. As per protocol, this visit would have been 3 months after the last chemotherapy administration (roughly 2/99). Alopecia was not recorded as an adverse event during 4 abbreviated follow up visits between 3/18/99 and 3/6/03. [Sanofi_02649521, p.19573, 33204] |
| 25010 | TAC | 8/20/99 | 11/25/99 | No | N/A | Received 4 cycles of TAC, last cycle administered 7/30/99. [Sanofi_05503801; Sanofi_02649521, p.7388-7389] On this date, the patient was recorded as having ongoing alopecia. [Sanofi_05503805] After this cycle, she developed a serious episode of febrile neutropenia and was discontinued from the study. [Sanofi_02649521, p.368-369] On 8/20/99 she began alternative chemotherapy with epirubicin and cyclophosphamide (number of cycles |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | received unknown). [Sanofi_05503819] At her first follow-up visit on 11/25/99, her alopecia status was recorded as ongoing and "No longer followed due to new chemotherapy regimen started." [Sanofi_05503816, 05503820] No further alopecia assessments were made for this patient. [Sanofi_05503821-851] |
| 26802 | TAC | 9/28/93 | 12/31/98 | No | N/A | Received 5 cycles of TAC, last cycle administered 9/7/98. [Sanofi_05506753; Sanofi_02649521, p.7478] On this date, the patient was recorded as having ongoing alopecia. [Sanofi_05506757] After experiencing total body anesthesia after administration of cycle 5, she was withdrawn from the study. [Sanofi_02649521, p.372] On 9/28/98 she began alternative chemotherapy with AC (number of cycles received unknown). [Sanofi_05506765] At her first follow-up visit on 12/31/98, her alopecia status was recorded as ongoing and "No longer followed due to new chemotherapy regimen started." [Sanofi_05506769-70] No further alopecia assessments were made for this patient. |
| 29701 | TAC | 8/14/98 | 11/12/98 | No | N/A | Received 3 cycles of TAC, last cycle administered 7/9/98. [Sanofi_05468927; Sanofi_02649521, p.7697] On this date, the patient was recorded as having ongoing alopecia. [Sanofi_05468931] After repeated episodes of neutropenia with each chemotherapy cycle, she was withdrawn from the study. [Sanofi_02649521, p.380, Sanofi_05468940] On 8/14/98 she began alterative chemotherapy with AC (number of cycles received unknown). [Sanofi_05468939] At her first follow-up visit on 11/12/98, her alopecia status was recorded as ongoing and "No longer followed due to new chemotherapy regimen started." [Sanofi_05468942-3] No further alopecia assessments were made for this patient. [Sanofi_05468944-982] |
| 30702 | TAC | 4/16/99 | 4/16/99 | No | 8/30/99 | Received 6 cycles of TAC, last cycle administered 4/16/99. [Sanofi_02228520; Sanofi_02649521, p.7765] On this date, |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | the patient was recorded as having ongoing alopecia. [Sanofi_02228524] At her first follow up visit on 8/30/99, alopecia was recorded as resolved. [Sanofi_02228538, 02228542, Sanofi_02649521, p.21823, 33792] Alopecia was not recorded as an adverse event at any of her next 11 follow up visits. [Sanofi_02228543-02228587, Sanofi_02649521, p.33792-3] |
| 40401 | TAC | 8/3/98 | 9/22/98 | No | N/A | Received 3 cycles of TAC, last cycle administered 7/2/98. [Sanofi_03244422; Sanofi_02649521, p.7768] On this date, the patient was recorded as having ongoing alopecia. [Sanofi_03244427] After episodes of febrile neutropenia with each TAC cycle [Sanofi_02649521, p.387], the patient refused further treatment stating she "didn't want any more of this treatment," and she was discontinued from the study. [Sanofi_03244442] On 8/3/98 she began alternative chemotherapy treatment with AC (number of treatment cycles unknown). [Sanofi_03244450] At her first follow-up visit on 9/22/98, her alopecia status was recorded as ongoing and "No longer followed due to new chemotherapy regimen started." [Sanofi_03244444, 03244449, 03244562-3] No further alopecia assessments were made for this patient. [Sanofi_03244451-454; Sanofi_02649521, p.21862-21864] |
| 13608 | FAC | 1/18/99 | 1/18/99 | No | 4/22/99 | Received 6 cycles of FAC, last cycle administered on 1/18/99. [Sanofi_02649521, p.8221] On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.19494] At her first follow up visit on 4/22/99, her alopecia status was recorded as resolved. [Sanofi_02649521, p.19494, 33180] |
| 16301 | FAC | 3/11/99 | 5/26/99 | No | N/A | Received 3 cycles of FAC, last cycle administered on 1/28/99. [Sanofi_02649521, p.8147] On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.18688; Sanofi_05511537] Following this cycle, the patient developed fever and tiredness due to |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | grade 4 bacteremia. She was withdrawn from the study because the investigator felt her health was not strong enough. [Sanofi_02649521, p.736]. On 3/11/99 she began alterative treatment with CMF chemotherapy (number of treatment cycles unknown). [Sanofi_02649521, p.736; Sanofi_05511551] At her first follow-up visit on 5/26/99, her alopecia status was recorded as ongoing and "No longer followed due to new chemotherapy regimen started." [Sanofi_02649521, p.18689; Sanofi_05511550] No further alopecia assessments were made for this patient. [Sanofi_05511556-626; Sanofi_02649521, p.18689] |
| 19801 | FAC | 3/17/93 | 3/17/98 | No | 5/12/98 | Received 6 cycles of FAC, last cycle administered on 3/17/98. [Sanofi_02218444; Sanofi_02649521, p.8461] On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.21339; Sanofi_02218448] At her first follow up visit on 7/14/98, alopecia was recorded as resolved, with a resolution date of 5/12/98. [Sanofi_02218341] |
| 20610 | FAC | 4/29/99 | 7/8/99 | No | N/A | Received 6 cycles of FAC, last cycle administered on 4/29/99. [Sanofi_02649521, p.7961] On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.16574] On 5/31/99 she was diagnosed with breast cancer relapse, and she began alternative anti-cancer treatment, the details of which were not provided to investigators. [Sanofi_02649521, p.938] At her first follow up visit on 7/8/99, alopecia was recorded as ongoing. [Sanofi_02649521, p.16575, 32662; Sanofi_05501313] The patient died of breast cancer on 8/30/99. [Sanofi_02649521, p.938; Sanofi_05501314] |
| 24411 | FAC | 3/10/99 | 6/10/99 | No | N/A | Received 6 cycles of FAC, last cycle administered on 3/10/99. [Sanofi_05476972; Sanofi_02649521, p.8292] On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.20002; Sanofi_05476976] On 6/9/99 the patient was diagnosed with breast cancer |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | relapse. [Sanofi_02649521, p.965; Sanofi_05476994] At her first follow up visit on 6/10/99, alopecia was recorded as ongoing and "No longer followed due to new chemotherapy regimen started." [Sanofi_02649521, p.20002, 33350; Sanofi_05476993] She began treatment with alternative navelbine chemotherapy on 6/11/99. [Sanofi_02649521, p.965; Sanofi_05476995] No further alopecia assessments were made for this patient. [Sanofi_05476997; Sanofi_02649521, p.20002-3] |
| 24520 | FAC | 2/11/99 | 3/22/99 | No | N/A | Received 6 cycles of FAC, last cycle administered on 2/11/99. [Sanofi_02649521, p.8342] On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.20363] On 3/22/99 the patient was diagnosed with breast cancer relapse. [Sanofi_02649521, p.33458, 35222] Also on 3/22/99, her alopecia status was recorded as ongoing and no longer followed due to new chemotherapy regimen started. [Sanofi_02649521, p.20363, 33458] She began alternative Taxotere chemotherapy on 4/7/99. [Sanofi_02649521, p.35351] No further alopecia assessments were made for this patient. [Sanofi_02649521, p.20363] |
| 25501 | FAC | 11/16/98 | 2/12/99 | No | N/A | Received 6 cycles of FAC, last cycle administered on 11/16/98. [Sanofi_02649521, p.8085] On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.18221] She was diagnosed with breast cancer relapse on 1/1/01. [Sanofi_02649521, p.32918, 35195] At her first follow up visit on 2/12/99, her alopecia status was recorded as ongoing and no longer followed due to alternative anti-cancer therapy she was receiving. [Sanofi_02649521, p.18221, 35309] No further alopecia assessments were made for this patient. [Sanofi_02649521, p.18221] |
| 25601 | FAC | 4/3/98 | 9/14/98 | No | N/A | Received 6 cycles of FAC, last cycle administered on 4/3/98. [Sanofi_02649521, p.8130] On this date, the patient was |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | recorded as having ongoing alopecia. [Sanofi_02649521, p.18552; Sanofi_05506268] She was diagnosed with breast cancer relapse on 9/14/98. [Sanofi_02949521, p.33003; Sanofi_05506286] Also on 9/14/98, her alopecia status was recorded as ongoing and "no longer followed due to new chemotherapy regimen started." [Sanofi_02649521, p.18552, Sanofi_05506285] She began alternative Taxotere chemotherapy on 9/19/98. [Sanofi_02649521, p.974; Sanofi_05506287] No further alopecia assessments were made for this patient. [Sanofi_05506287-9; Sanofi_02649521, p.18552] |
| 26804 | FAC | 11/18/98 | 11/18/98 | No | 3/16/99 | Received 6 cycles of FAC, last cycle administered on 11/18/98. [Sanofi_05506403; Sanofi_02649521, p.8210] On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.19416; Sanofi_05506407] At her first follow up visit on 3/16/99, her alopecia status was recorded as resolved. [Sanofi_02649521, p.19417; Sanofi_05506423] |
| 27304 | FAC | 8/9/99 | 9/7/99 | No | N/A | Received 6 cycles of FAC, last cycle administered on 8/9/99. [Sanofi_05466953; Sanofi_02649521, p.8494] On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.21744; Sanofi_05466960] At her first follow up visit on 9/7/99, her alopecia status was recorded as ongoing. [Sanofi_02649521, p.21746; Sanofi_05466960] On that same day (9/7/99), she was diagnosed with breast cancer relapse. [Sanofi_02649521, p.815, 35239; Sanofi_05466978] On 9/15/99, the patient died after developing thrombosis, hepato-renal failure, and acute respiratory failure. [Sanofi_02649521, p.815] |
| 27601 | FAC | 8/7/98 | 9/8/98 | No | N/A | Received 6 cycles of FAC, last cycle administered on 4/17/98. [Sanofi_02649521, p.8390-91] On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.20736] For an unknown reason (but presumably due to a breast cancer relapse), on 8/7/98 the |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | patient began alternative high-dose chemotherapy (cyclophosphamide, carboplatin, thiotepa) with autologous peripheral stem cell support. [Sanofi_02649521, p.33559, 35364] At her first follow up visit on 9/8/98, her alopecia status was recorded as ongoing and no longer followed due to alternative anti-cancer therapy regimen started. [Sanofi_02649521, p.20736] No further alopecia assessments were made for this patient. [Sanofi_02649521, p.20736] |
| 27610 | FAC | 9/10/99 | 3/3/00 | No | 6/16/00 | Received 6 cycles of FAC, last cycle administered on 9/10/99. [Sanofi_02649521, p.8396] On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.20790] At her first and second follow up visits on 12/2/99 and 3/3/00, respectively, her alopecia status was recorded as ongoing. [Sanofi_02649521, p.20791, 33568] At her third follow up visit on 6/16/00, her alopecia status was recorded as resolved. [Sanofi_02649521, p.20792, 33569] |
| 32207 | FAC | 5/26/99 | 9/15/99 | No | N/A | Received 6 cycles of FAC, last cycle administered on 5/26/99. [Sanofi_02649521, p.7798] On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.14163] At her first follow up visit on 9/15/99, her alopecia status was recorded as ongoing. [Sanofi_02649521, p.14164, 32309] During her next 11 follow up visits through 6/25/03, alopecia was not listed as resolved but was also not listed as an adverse event. [Sanofi_02649521, p.14164, 32309-10] |