# EXHIBIT WW

Clinical Study Report  
XRP6976 - TAX316 (EFC6041)

09-Sep-2010  
Version number: 1 (electronic: 1.0)

**Table 7 – Number (%) of patients with TEAEs during the treatment period (incidence ≥2% in TAC) that persisted into the follow-up period, regardless of causal relationship – safety population**

| MedDRA PT | TAC (N=744) | | | | FAC (N=736) | | | |
|---|---|---|---|---|---|---|---|---|
| | All n (%) | Persisting into follow-up n (%) | Resolved[a] n (%) | Ongoing[a] n (%) | All n (%) | Persisting into follow-up n (%) | Resolved[a] n (%) | Ongoing[a] n (%) |
| Alopecia | 728 (97.8) | 687 (92.3) | 658 (95.8) | 29 (4.2) | 715 (97.1) | 645 (87.6) | 629 (97.5) | 16 (2.5) |
| Nausea | 599 (80.5) | 35 (4.7) | 25 (71.4) | 10 (28.6) | 648 (88.0) | 25 (3.4) | 24 (96.0) | 1 (4.0) |
| Asthenia | 592 (79.6) | 236 (31.7) | 207 (87.7) | 29 (12.3) | 513 (69.7) | 180 (24.5) | 164 (91.1) | 16 (8.9) |
| Stomatitis | 510 (68.5) | 18 (2.4) | 13 (72.2) | 5 (27.8) | 374 (50.8) | 13 (1.8) | 13 (100) | 0 |
| Vomiting | 330 (44.4) | 5 (0.7) | 3 (60.0) | 2 (40.0) | 436 (59.2) | 2 (0.3) | 2 (100) | 0 |
| Infection[b] | 324 (43.5) | 19 (2.6) | 17 (89.5) | 2 (10.5) | 306 (41.6) | 14 (1.9) | 14 (100) | 0 |
| Pain | 313 (42.1) | 31 (4.2) | 21 (67.7) | 10 (32.3) | 264 (35.9) | 21 (2.9) | 20 (95.2) | 1 (4.8) |
| Fever in absence of infection | 273 (36.7) | 2 (0.3) | 1 (50.0) | 1 (50.0) | 61 (8.3) | 0 | 0 | 0 |
| Constipation | 271 (36.4) | 17 (2.3) | 14 (82.4) | 3 (17.6) | 255 (34.6) | 16 (2.2) | 14 (87.5) | 2 (12.5) |
| Diarrhoea | 262 (35.2) | 7 (0.9) | 6 (85.7) | 1 (14.3) | 205 (27.9) | 2 (0.3) | 2 (100) | 0 |
| Oedema peripheral | 250 (33.6) | 119 (16.0) | 100 (84.0) | 19 (16.0) | 92 (12.5) | 23 (3.1) | 19 (82.6) | 4 (17.4) |
| Amenorrhoea | 212 (28.5) | 202 (27.2) | 81 (40.1) | 121 (59.9) | 136 (18.5) | 125 (17.0) | 39 (31.2) | 86 (68.8) |
| Menstruation irregular | 211 (28.4) | 55 (7.4) | 50 (90.9) | 5 (9.1) | 165 (22.4) | 71 (9.6) | 60 (84.5) | 11 (15.5) |
| Dysgeusia | 206 (27.7) | 57 (7.7) | 53 (93.0) | 4 (7.0) | 112 (15.2) | 22 (3.0) | 19 (86.4) | 3 (13.6) |
| Myalgia | 199 (26.7) | 30 (4.0) | 24 (80.0) | 6 (20.0) | 73 (9.9) | 6 (0.8) | 6 (100) | 0 |
| Peripheral sensory neuropathy | 185 (24.9) | 84 (11.3) | 74 (88.1) | 10 (11.9) | 70 (9.5) | 15 (2.0) | 13 (86.7) | 2 (13.3) |
| Hot flush | 184 (24.7) | 129 (17.3) | 91 (70.5) | 38 (29.5) | 147 (20.0) | 109 (14.8) | 66 (60.6) | 43 (39.4) |
| Dyspepsia | 179 (24.1) | 18 (2.4) | 15 (83.3) | 3 (16.7) | 132 (17.9) | 11 (1.5) | 10 (90.9) | 1 (9.1) |
| Skin disorder | 176 (23.7) | 59 (7.9) | 55 (93.2) | 4 (6.8) | 105 (14.3) | 42 (5.7) | 41 (97.6) | 1 (2.4) |
| Decreased appetite | 161 (21.6) | 22 (3.0) | 20 (90.9) | 2 (9.1) | 130 (17.7) | 8 (1.1) | 7 (87.5) | 1 (12.5) |
| Pyrexia | 156 (21.0) | 4 (0.5) | 3 (75.0) | 1 (25.0) | 88 (12.0) | 2 (0.3) | 2 (100) | 0 |
| Headache | 154 (20.7) | 11 (1.5) | 9 (81.8) | 2 (18.2) | 169 (23.0) | 5 (0.7) | 5 (100) | 0 |
| Arthralgia | 144 (19.4) | 30 (4.0) | 22 (73.3) | 8 (26.7) | 67 (9.1) | 10 (1.4) | 8 (80.0) | 2 (20.0) |
| Nail disorder | 135 (18.1) | 106 (14.2) | 102 (96.2) | 4 (3.8) | 103 (14.0) | 79 (10.7) | 73 (92.4) | 6 (7.6) |
| Weight increased | 131 (17.6) | 89 (12.0) | 56 (62.9) | 33 (37.1) | 108 (14.7) | 61 (8.3) | 36 (59.0) | 25 (41.0) |
| Insomnia | 122 (16.4) | 26 (3.5) | 22 (84.6) | 4 (15.4) | 83 (11.3) | 17 (2.3) | 16 (94.1) | 1 (5.9) |
| Lung disorder | 118 (15.9) | 25 (3.4) | 24 (96.0) | 1 (4.0) | 64 (8.7) | 19 (2.6) | 17 (89.5) | 2 (10.5) |
| Cough | 100 (13.4) | 4 (0.5) | 3 (75.0) | 1 (25.0) | 72 (9.8) | 4 (0.5) | 3 (75.0) | 1 (25.0) |
| Injection site reaction | 99 (13.3) | 21 (2.8) | 21 (100) | 0 | 88 (12.0) | 22 (3.0) | 22 (100) | 0 |
| Lacrimation increased | 87 (11.7) | 22 (3.0) | 22 (100) | 0 | 52 (7.1) | 8 (1.1) | 8 (100) | 0 |
| Hypersensitivity | 85 (11.4) | 4 (0.5) | 3 (75.0) | 1 (25.0) | 21 (2.9) | 0 | 0 | 0 |
| Affective disorder | 83 (11.2) | 15 (2.0) | 12 (80.0) | 3 (20.0) | 77 (10.5) | 15 (2.0) | 12 (80.0) | 3 (20.0) |
| Dizziness | 63 (8.5) | 4 (0.5) | 3 (75.0) | 1 (25.0) | 50 (6.8) | 2 (0.3) | 2 (100) | 0 |
| Oropharyngeal pain | 60 (8.1) | 0 | 0 | 0 | 53 (7.2) | 1 (0.1) | 1 (100) | 0 |
| Haemorrhoids | 57 (7.7) | 1 (0.1) | 0 | 1 (100) | 35 (4.8) | 2 (0.3) | 2 (100) | 0 |
| Chills | 53 (7.1) | 2 (0.3) | 0 | 2 (100) | 29 (3.9) | 1 (0.1) | 1 (100) | 0 |
| Flushing | 49 (6.6) | 2 (0.3) | 0 | 2 (100) | 26 (3.5) | 0 | 0 | 0 |
| Abdominal pain upper | 46 (6.2) | 1 (0.1) | 1 (100) | 0 | 22 (3.0) | 3 (0.4) | 2 (66.7) | 1 (33.3) |
| Arrhythmia | 46 (6.2) | 1 (0.1) | 0 | 1 (100) | 36 (4.9) | 4 (0.5) | 4 (100) | 0 |
| Nasopharyngitis | 45 (6.0) | 0 | 0 | 0 | 62 (8.4) | 1 (0.1) | 1 (100) | 0 |
| Rhinorrhoea | 39 (5.2) | 9 (1.2) | 9 (100) | 0 | 27 (3.7) | 2 (0.3) | 2 (100) | 0 |
| Dry mouth | 36 (4.8) | 10 (1.3) | 10 (100) | 0 | 43 (5.8) | 12 (1.6) | 12 (100) | 0 |
| Upper respiratory tract infection | 36 (4.8) | 0 | 0 | 0 | 54 (7.3) | 1 (0.1) | 1 (100) | 0 |

Property of the sanofi-aventis group - strictly confidential

Clinical Study Report 09-Sep-2010
XRP6976 - TAX316 (EFC6041) Version number: 1 (electronic: 1.0)

| MedDRA PT | TAC (N=744) | | | | FAC (N=736) | | | |
|---|---|---|---|---|---|---|---|---|
| | All n (%) | Persisting into follow-up n (%) | Resolved[a] n (%) | Ongoing[a] n (%) | All n (%) | Persisting into follow-up n (%) | Resolved[a] n (%) | Ongoing[a] n (%) |
| Dry skin | 32 (4.3) | 17 (2.3) | 17 (100) | 0 | 36 (4.9) | 11 (1.5) | 11 (100) | 0 |
| Lymphoedema | 32 (4.3) | 11 (1.5) | 5 (45.5) | 6 (54.5) | 8 (1.1) | 1 (0.1) | 0 | 1 (100) |
| Pharyngitis | 31 (4.2) | 0 | 0 | 0 | 21 (2.9) | 0 | 0 | 0 |
| Conjunctivitis | 29 (3.9) | 5 (0.7) | 4 (80.0) | 1 (20.0) | 35 (4.8) | 2 (0.3) | 2 (100) | 0 |
| Abdominal pain | 28 (3.8) | 0 | 0 | 0 | 10 (1.4) | 0 | 0 | 0 |
| Anxiety | 28 (3.8) | 1 (0.1) | 1 (100) | 0 | 32 (4.3) | 4 (0.5) | 3 (75.0) | 1 (25.0) |
| Weight decreased | 28 (3.8) | 13 (1.7) | 11 (84.6) | 2 (15.4) | 22 (3.0) | 5 (0.7) | 4 (80.0) | 1 (20.0) |
| Peripheral motor neuropathy | 26 (3.5) | 6 (0.8) | 6 (100) | 0 | 14 (1.9) | 1 (0.1) | 1 (100) | 0 |
| Influenza like illness | 25 (3.4) | 0 | 0 | 0 | 18 (2.4) | 0 | 0 | 0 |
| Oral candidiasis | 23 (3.1) | 2 (0.3) | 1 (50.0) | 1 (50.0) | 8 (1.1) | 1 (0.1) | 1 (100) | 0 |
| Dry eye | 22 (3.0) | 7 (0.9) | 7 (100) | 0 | 19 (2.6) | 8 (1.1) | 8 (100) | 0 |
| Vulvovaginal mycotic infection | 22 (3.0) | 0 | 0 | 0 | 12 (1.6) | 0 | 0 | 0 |
| Oral herpes | 21 (2.8) | 2 (0.3) | 2 (100) | 0 | 21 (2.9) | 1 (0.1) | 1 (100) | 0 |
| Dyspnoea | 20 (2.7) | 7 (0.9) | 3 (42.9) | 4 (57.1) | 8 (1.1) | 2 (0.3) | 2 (100) | 0 |
| Epistaxis | 20 (2.7) | 0 | 0 | 0 | 15 (2.0) | 0 | 0 | 0 |
| Fatigue | 19 (2.6) | 5 (0.7) | 4 (80.0) | 1 (20.0) | 14 (1.9) | 3 (0.4) | 3 (100) | 0 |
| Depression | 18 (2.4) | 1 (0.1) | 1 (100) | 0 | 18 (2.4) | 2 (0.3) | 1 (50.0) | 1 (50.0) |
| Dysphagia | 18 (2.4) | 0 | 0 | 0 | 5 (0.7) | 0 | 0 | 0 |
| Dysuria | 18 (2.4) | 0 | 0 | 0 | 14 (1.9) | 0 | 0 | 0 |
| Pain in extremity | 18 (2.4) | 2 (0.3) | 2 (100) | 0 | 14 (1.9) | 2 (0.3) | 2 (100) | 0 |
| Influenza | 17 (2.3) | 0 | 0 | 0 | 19 (2.6) | 0 | 0 | 0 |
| Sinusitis | 16 (2.2) | 0 | 0 | 0 | 19 (2.6) | 0 | 0 | 0 |
| Vision blurred | 16 (2.2) | 3 (0.4) | 3 (100) | 0 | 14 (1.9) | 2 (0.3) | 2 (100) | 0 |
| Erythema | 15 (2.0) | 0 | 0 | 0 | 12 (1.6) | 2 (0.3) | 2 (100) | 0 |
| Lethargy | 15 (2.0) | 10 (1.3) | 7 (70.0) | 3 (30.0) | 20 (2.7) | 11 (1.5) | 9 (81.8) | 2 (18.2) |
| Respiratory tract infection | 15 (2.0) | 1 (0.1) | 1 (100) | 0 | 6 (0.8) | 1 (0.1) | 1 (100) | 0 |

[a] Percentages are calculated over the number of patients for each event during follow-up period.

[b] All adverse events mapped to the MedDRA SOC infections and infestations

FAC: 5-fluorouracil, doxorubicin, and cyclophosphamide, MedDRA: Medical Dictionary for Regulatory Activities, PT: preferred term, SOC: system organ class, TAC: docetaxel, doxorubicin, and cyclophosphamide, TEAE: treatment-emergent adverse event.
PGM=PRODOPS/XRP6976D/TAX316/CSR/REPORT/PGM/a7_aept_fup.sas  OUT=REPORT/OUTPUT/a7_acpt_fup_i.rtf (21JUN2010 - 18:53)

For a summary of all patients with AEs during the treatment period (occurring in >1% of patients) that persisted into the follow-up period, see Appendix 14.2.7.1.9.

### AEs starting or worsening during follow-up

Table 8 displays the AEs starting or worsening during follow-up, by causality (for AEs occurring in >1 patient [related to study drugs] in either treatment group). Overall, 523 (70.3%) patients in the TAC group and 495 (67.3%) patients in the FAC group had AEs that started or worsened in the follow-up period (Table 6). Except for peripheral sensory neuropathy related to study drugs, which was more frequent in the TAC group (TAC: 3.8%; FAC: 0.7%), both the types and incidence rates of AEs starting or worsening in the follow-up period were similar in both treatment groups.