# EXHIBIT XX

Clinical Study Report
XRP6976-ES1.301

15-Sep-2009
Version number: 1 (electronic 2.0)

### Table 47 - TEAEs during chemotherapy that persisted into follow-up regardless of causal relationship (1% or greater incidence in the TAC group) – safety population

| | TAC (N=532) | | | | FAC (N=519) | | | |
|---|---|---|---|---|---|---|---|---|
| MedDRA PT | All n (%) | Persisting into follow-up n (%) | Resolved [a] n (%) | Ongoing [a] n (%) | All n (%) | Persisting into follow-up n (%) | Resolved [a] n (%) | Ongoing [a] n (%) |
| Alopecia | 514 (96.6) | 49 (9.2) | 46 (93.9) | 3 (6.1) | 508 (97.9) | 35 (6.7) | 34 (97.1) | 1 (2.9) |
| Asthenia | 387 (72.7) | 12 (2.3) | 10 (83.3) | 2 (16.7) | 305 (58.8) | 4 (0.8) | 2 (50.0) | 2 (50.0) |
| Nausea | 379 (71.2) | 2 (0.4) | 2 (100) | 0 | 387 (74.6) | 2 (0.4) | 2 (100) | 0 |
| Stomatitis | 292 (54.9) | 2 (0.4) | 2 (100) | 0 | 265 (51.1) | 1 (0.2) | 1 (100) | 0 |
| Vomiting | 292 (54.9) | 0 | 0 | 0 | 294 (56.6) | 1 (0.2) | 1 (100) | 0 |
| Diarrhoea | 147 (27.6) | 0 | 0 | 0 | 70 (13.5) | 1 (0.2) | 1 (100) | 0 |
| Myalgia | 123 (23.1) | 1 (0.2) | 1 (100) | 0 | 15 (2.9) | 0 | 0 | 0 |
| Amenorrhoea | 121 (22.7) | 18 (3.4) | 10 (55.6) | 7 (38.9) | 70 (13.5) | 5 (1.0) | 0 | 4 (80.0) |
| Pain | 118 (22.2) | 7 (1.3) | 5 (71.4) | 2 (28.6) | 80 (15.4) | 7 (1.3) | 4 (57.1) | 3 (42.9) |
| Arthralgia | 108 (20.3) | 0 | 0 | 0 | 30 (5.8) | 2 (0.4) | 1 (50.0) | 1 (50.0) |
| Conjunctivitis | 108 (20.3) | 1 (0.2) | 1 (100) | 0 | 104 (20.0) | 0 | 0 | 0 |
| Menstruation irregular | 103 (19.4) | 4 (0.8) | 4 (100) | 0 | 90 (17.3) | 7 (1.3) | 3 (42.9) | 4 (57.1) |
| Nail disorder | 102 (19.2) | 10 (1.9) | 10 (100) | 0 | 77 (14.8) | 7 (1.3) | 5 (71.4) | 2 (28.6) |
| Oedema peripheral | 101 (19.0) | 4 (0.8) | 4 (100) | 0 | 20 (3.9) | 2 (0.4) | 1 (50.0) | 1 (50.0) |
| Skin disorder | 96 (18.0) | 3 (0.6) | 2 (66.7) | 1 (33.3) | 51 (9.8) | 2 (0.4) | 2 (100) | 0 |
| Pyrexia | 90 (16.9) | 0 | 0 | 0 | 46 (8.9) | 1 (0.2) | 1 (100) | 0 |
| Dyspepsia | 87 (16.4) | 2 (0.4) | 2 (100) | 0 | 65 (12.5) | 0 | 0 | 0 |
| Anorexia | 85 (16.0) | 1 (0.2) | 1 (100) | 0 | 67 (12.9) | 0 | 0 | 0 |
| Dysgeusia | 85 (16.0) | 1 (0.2) | 1 (100) | 0 | 71 (13.7) | 0 | 0 | 0 |
| Peripheral sensory neuropathy | 83 (15.6) | 10 (1.9) | 7 (70.0) | 3 (30.0) | 38 (7.3) | 4 (0.8) | 3 (75.0) | 1 (25.0) |
| Hot flush | 74 (13.9) | 5 (0.9) | 4 (80.0) | 1 (20.0) | 54 (10.4) | 6 (1.2) | 1 (16.7) | 5 (83.3) |
| Abdominal pain upper | 59 (11.1) | 1 (0.2) | 1 (100) | 0 | 52 (10.0) | 0 | 0 | 0 |
| Neutropenia [b] | 33 (6.2) | 1 (0.2) | 1 (100) | 0 | 9 (1.7) | 0 | 0 | 0 |
| Weight increased | 29 (5.5) | 2 (0.4) | 1 (50.0) | 0 | 10 (1.9) | 0 | 0 | 0 |
| Insomnia | 27 (5.1) | 1 (0.2) | 0 | 1 (100) | 24 (4.6) | 0 | 0 | 0 |
| Cough | 26 (4.9) | 1 (0.2) | 0 | 1 (100) | 24 (4.6) | 1 (0.2) | 1 (100) | 0 |
| Affective disorder | 25 (4.7) | 0 | 0 | 0 | 28 (5.4) | 1 (0.2) | 0 | 1 (100) |
| Lacrimation increased | 24 (4.5) | 4 (0.8) | 4 (100) | 0 | 18 (3.5) | 0 | 0 | 0 |
| Bone pain | 19 (3.6) | 0 | 0 | 0 | 1 (0.2) | 3 (0.6) | 0 | 3 (100) |
| Peripheral motor neuropathy | 18 (3.4) | 1 (0.2) | 1 (100) | 0 | 2 (0.4) | 1 (0.2) | 1 (100) | 0 |
| Back pain | 17 (3.2) | 2 (0.4) | 1 (50.0) | 1 (50.0) | 6 (1.2) | 0 | 0 | 0 |
| Lung disorder | 17 (3.2) | 2 (0.4) | 2 (100) | 0 | 14 (2.7) | 1 (0.2) | 1 (100) | 0 |
| Lymphoedema | 13 (2.4) | 5 (0.9) | 1 (20.0) | 4 (80.0) | 3 (0.6) | 2 (0.4) | 1 (50.0) | 1 (50.0) |
| Arrhythmia | 12 (2.3) | 3 (0.6) | 1 (33.3) | 2 (66.7) | 6 (1.2) | 0 | 0 | 0 |
| Dyspnoea | 12 (2.3) | 2 (0.4) | 2 (100) | 0 | 3 (0.6) | 1 (0.2) | 1 (100) | 0 |
| Haemorrhoids | 11 (2.1) | 1 (0.2) | 1 (100) | 0 | 6 (1.2) | 0 | 0 | 0 |
| Erythema | 10 (1.9) | 0 | 0 | 0 | 5 (1.0) | 1 (0.2) | 1 (100) | 0 |
| Chest pain | 7 (1.3) | 0 | 0 | 0 | 6 (1.2) | 1 (0.2) | 1 (100) | 0 |
| Flatulence | 6 (1.1) | 1 (0.2) | 1 (100) | 0 | 2 (0.4) | 0 | 0 | 0 |
| Photophobia | 6 (1.1) | 1 (0.2) | 1 (100) | 0 | 1 (0.2) | 0 | 0 | 0 |

[a] Percentages are calculated over the number of patients followed for each event during the follow-up period.

[b] Neutropenia reported by the Investigator as a TEAE. Neutropenia by laboratory analysis is reported in Section 9.4.1.

FAC: 5-fluorouracil, doxorubicin, and cyclophosphamide, MedDRA: Medical Dictionary for Regulatory Activities, PT: preferred term,
TAC: docetaxel, doxorubicin, and cyclophosphamide, TEAE: treatment-emergent adverse event
PGM=XRP6976/IRF0414/NDA2009/BS/PGM_RPT/i7aefup.sas  OUT=OUTPUT/i7aefup_i.rtf (26JUN2009 - 12:22)

**Property of the sanofi-aventis group - strictly confidential**

Page 110

Sanofi_00724490