# EXHIBIT ZZ

Page 1

1              UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF LOUISIANA
2
3                                    MDL NO.: 2740
                                     SECTION: H
4
5     IN RE:   TAXOTERE (DOCETAXEL)
      PRODUCTS LIABILITY LITIGATION
6
7     This Document Relates To:
8     Antoinette Durden, Case No. 2:16-cv-16635;
9     Tanya Francis, Case No. 2:16-cv-17410;
10    Barbara Earnest, Case No. 2:16-cv-17144.
11    _____/
12
13             Thursday, December 13, 2018
14
15         Videotape Deposition of DAVID A.
16    KESSLER, MD, taken at the Whitfield Bryson &
17    Mason LLP, 5101 Wisconsin Avenue NW, Suite 305,
18    Washington, D.C., beginning at 8:55 a.m.,
19    before Ryan K. Black, a Registered Professional
20    Reporter, Certified Livenote Reporter and Notary
21    Public in and for the District of Columbia.
22
23
24
25    Job No. NJ3173488

Page 142

1    it's better that those dermatologists testify on
2    that.
3         Q.   Okay.  All right.  And all the other
4    various conditions, types of alopecia, you'll
5    deflect to the clinicians on those?
6         A.   I certainly take care of certain
7    forms of alopecia, but, again, the -- the types
8    that are relevant in this case, I think it's
9    fairest to the jury that the dermatologists talk
10   about alopecia.  But alopecia -- so we're clear,
11   alopecia as it should be warned about in the
12   regulatory context, I'm comfortable talking
13   about.
14        Q.   Okay.  So let me just pose some --
15   some hypotheticals here.  If someone loses their
16   hair for a year and it regrows, it returns at
17   some -- let's say it returns at 75 percent two
18   years later, is that irreversible alopecia, in
19   your mind?
20             MS. JEFFCOTT:  Object to form.
21             THE WITNESS:  Well, by -- there's no
22   hair -- obviously, if it regrows, okay, I mean,
23   and it's not just -- there's not a -- a
24   condition left, if it regrows, it's, obviously,
25   not irreversible.