# EXHIBIT AAA

Pierre Mancini

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

----------------------------------§
IN RE: TAXOTERE (DOCETAXEL)       § MDL No. 2740
PRODUCTS LIABILITY LITIGATION     §
                                  § SECTION: "N" (5)
This Document Relates To:         §
ALL CASES                         § JUDGE ENGELHARDT
                                  §
                                  § MAG. JUDGE NORTH
----------------------------------§

- - -
Friday, March 23, 2018
- - -

Videotaped deposition of PIERRE MANCINI, held at DLA Piper UK LLP, 3 Noble Street, London, United Kingdom, commencing at 8:19 a.m., on the above date, before Susan D. Wasilewski, Registered Professional Reporter, Certified Realtime Reporter, Certified Realtime Captioner, Certified Manager of Reporting Services, Florida Professional Reporter, Certified Court Reporter (NJ), and Realtime Systems Administrator

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Golkow Litigation Services - 1.877.370.DEPS

1    Q.   Okay.
2    A.   That's -- so I -- yeah.
3    Q.   So after 10 years of follow-up, 29 patients,
4    or 4.2 percent, still had what's listed here as
5    ongoing alopecia, correct?  Alopecia was observed to
6    be ongoing in 29 patients?
7         MR. McCULLY:  Object to form.
8    A.   I think we cannot say that for sure.  We
9    have in the database 29 patients that are flagged
10   with an alopecia unresolved, but, you know, you
11   cannot -- you know, after 10 years of follow-up,
12   obviously, you cannot say for sure that the 29 still
13   had ongoing, yeah.  You may be lost to follow it.
14   You can have, you know, some patient moving to other
15   therapies and so on and so forth.  So that's what
16   the database says after here.
17   Q.   Do you know how many people died during the
18   follow-up period?
19   A.   I don't know that on the top of my head,
20   but, you know -- yeah.
21   Q.   You have people that die?
22   A.   Of course, yeah.
23   Q.   You -- do you know what the mean follow-up
24   is for those 29 people?
25   A.   No.