# EXHIBIT DDD

# TAX 316: Patient 15002





