# EXHIBIT JJJ

Elizabeth Kahn
Trial Exhibit List

| Ex. | Exhibit Description | Deposition/Sources | Depo Ex No. | Beginning Bates No. |
|---|---|---|---|---|
| 316 | PSUR No. 28 6/1/10 to 11/30/10 | Kopreski, M.D. Michael | 27 | Sanofi_00197757-Sanofi_00197840 |
| 317 | E-mails - Subject: <LWG> Taxotere --> CCDS document for review | Mancini, Pierre | 3 | Sanofi_04986221-Sanofi_04986222 |
| 318 | Clinical Overview Docetaxel - Persistent Alopecia | Hangai 8<br>Jen 10<br>Palatinsky 16<br>Fierro 6<br>Kopreski 18 | 8 | Sanofi_04353204 |
| 319 | Periodic Safety Update Report by Palatinsky | Palatinsky, Emanuel | 33 | sanofi_00197757-Sanofi_00197844 |
| 320 | Letterto FDA from Vestea re PSUR 27 and 28from 12/1/09 to 11/30/10 | Vestea 16<br>Palatinsky 34 | 16 | Sanofi_00201968 |
| 321 | FDA Warning Letter 2011 | Chew 5<br>Duvelleroy 16<br>Kopreski 19 | 5 | |
| 322 | Taxotere Marketing PPT after 2010 | Amoroso, Michael | 6 | Sanofi_01774433-Sanofi_01774451 |
| 323 | Shaping the Future: Patient Focused PPT after 2010 | Amoroso, Michael | 7 | Sanofi_03803255-Sanofi_03803306 |
| 324 | Chart - PPM Europe Activities Planned for 2011 | Richard-Cassin, Isabelle | 19 | Sanofi_05354930 |
| 325 | Native File Docetaxel Observations Information Not Found Or Inconsistent with the CCDS V24 | Nijveldt, Gerrit-Jan | 29 | Sanofi_02983321 |
| 326 | Letter to FDA Re: Warning Letter dated January 28, 2011 | Chew 6<br>Duvelleroy 17<br>Fierro 4 | 6 | Sanofi_05439583-Sanofi_05439600 |
| 327 | E-mail re Tax.com Consumer Downloads Status | Amoroso, Michael | 21 | Sanofi_04720678-Sanofi_04720680 |

**Elizabeth Kahn**
**Trial Exhibit List**

| Ex. | Exhibit Description | Deposition/Sources | Depo Ex No. | Beginning Bates No. |
|---|---|---|---|---|
| 358 | Fax from EMA to Sanofi re Summary Bridging Report and CHMP Conclusions | Polizzano 17<br>Thornton-Jones 18<br>Gupta 11<br>Richard-Cassin 29<br>Palatinsky 18<br>Chew 32<br>Duvelleroy 25<br>Fierro 29<br>Kopreski 20 | 17 | Sanofi_01113658-<br>Sanofi_01113661 |
| 359 | Rapporteur's Preliminary AR on Docetaxel PSURS 23-28 6/29/11 | Thornton-Jones, PhD | 19 | Sanofi_01113623 |
| 360 | E-mail PSUR 23-28 CHMP Outcome | Richard-Cassin, Isabelle | 27 | Sanofi_05352843 |
| 361 | Labeling Review Committee Notification Letter | Nijveldt 12<br>Groult 10<br>Thornton-Jones 22<br>Gupta 12<br>Chew 20 | 12 | Sanofi_00837663 |
| 362 | E-mail Thread 7/12/11 Subject, LRC Notification Letter Docetaxel CCDS v26 | Nijveldt, Gerrit-Jan | 13 | Sanofi_02984510 |
| 363 | Letter to FDA re Warning Letter Response dated February 23, 2011 Quality Enhancement Plan Update | Chew, Paul | 7 | Sanofi_05439013-<br>Sanofi_05439073 |
| 364 | Application for Variation to a Marketing Authorisation - MAH Response | Richard-Cassin, Isabelle | 26 | Sanofi_05352584-<br>Sanofi_05352595 |
| 365 | E-mail re Taxotere & Docetaxel Winthrop PSUR 23-28 | Vestea 11<br>Thornton-Jones 21<br>Gaydos 27<br>Fierro 28 | 11 | Sanofi_04713980-<br>Sanofi_04713982 |
| 366 | Rapporteurs' Revised Assessment Report | Richard-Cassin, Isabelle | 20 | Sanofi_05354855 |
| 367 | Clinical Expert Statement by Ira Steinberg, MD | Richard-Cassin, Isabelle | 31 | Sanofi_05336150-<br>Sanofi_05336196 |

**Elizabeth Kahn**
**Trial Exhibit List**

| Ex. | Exhibit Description | Deposition/Sources | Depo Ex No. | Beginning Bates No. |
|---|---|---|---|---|
| 412 | E-mails - Subject: Question on Taxotere regarding alopecia | Mancini, Pierre | 22 | Sanofi_04938247-Sanofi_04938248 |
| 413 | E-mails - Subject: Docetaxel: EMA Request for clarification - Additional signal identified with docetaxel - Persistent Alopecia | Mancini, Pierre | 23 | Sanofi_04938239-Sanofi_04938246 |
| 414 | E-mails - Subject: Docetaxel: EMA Request for clarification - Additional signal identified with docetaxel - Persistent Alopecia | Mancini, Pierre | 26 | Sanofi_04938219-Sanofi_04938228 |
| 415 | E-mail Question on Taxotere regarding alopecia | Richard-Cassin, Isabelle | 36 | Sanofi_05323088-Sanofi_05323096 |
| 416 | File Produced Natively Response to Agency Request, Information on Topics Dated On 26-Nov-2012 | Mancini 28 Richard-Cassin 38 | 28 | Sanofi_04938214 |
| 417 | E-mail re Responses to Questions Persist Alopecia | Mancini 27 Richard-Cassin 37 | 27 | Sanofi_04938213 |
| 418 | File Produced Natively Response to Agency Request Information on Alopecia Topic Dated on 26-Nov-2012 | Mancini, Pierre | 29 | Sanofi_04938203 |
| 419 | File Produced Natively Response to Agency Request Information on Docetaxel and Alopecia Topic Dated on 26-Nov-2102 | Mancini, Pierre | 37 | Sanofi_01282459 |
| 420 | Internal Memo re 1/28/11 Warning Letter from FDA | Aussel, Jean-Phillipe | 31 | Sanofi_01567138 |
| 421 | E-mails - Subject: TAXOTERE - Labeling update with Cystoid Macular Edema (CME) / LWG meeting | Groult, Vanina | 15 | Sanofi_05127972-Sanofi_05127975 |
| 422 | Safety Signal Detection Management in GPE PPT | Palatinsky, Emanuel | 2 | Sanofi_01363709-Sanofi_01363754 |
| 423 | Core Labeling and Beyond Slide Deck | Nijveldt, Gerrit-Jan | 5 | Sanofi_01736469-Sanofi_01736635 |
| 424 | E-mail chain re BCIRG-PV Cenvention Reconcilitation | Aussel, Jean-Phillipe | 16 | Sanofi_01363392-Sanofi_01363393 |
| 425 | Taxotere (docetaxel) Label | | | Sanofi_000815-Sanofi_000854 |