# EXHIBIT LLL

```
 1           UNITED STATES DISTRICT COURT
 2           EASTERN DISTRICT OF LOUISIANA
 3      -------------------------------X
 4      IN RE: TAXOTERE (DOCETAXEL)     MDL No. 2740
 5      PRODUCTS LIABILITY LITIGATION   SECTION: "H"
 6                                      JUDGE MILAZZO
        This Document Relates To:       MAG. JUDGE NORTH
 7      ALL CASES
 8      -------------------------------X
 9
10
11                         — — —
12               Friday, October 23, 2020
                           — — —
13
14
15
16
17         Remote Videotaped Oral Deposition of
        MAMINA M. TUREGANO, M.D., held at the
18      location of the witness, commencing at
        9:33 a.m. CDT, on the above date, before
19      Michael E. Miller, Fellow of the Academy of
        Professional Reporters, Certified Court
20      Reporter, Registered Diplomate Reporter,
        Certified Realtime Reporter and Notary
21      Public.
22
23                         — — —
24             GOLKOW LITIGATION SERVICES
           877.370.3377 ph | 917.591.5672 fax
25                 deps@golkow.com
```

```
 1    correct?
 2         A.    I -- it looks like I do not.
 3         Q.    Okay.  No dermatologist saw her
 4    pre cancer treatment and diagnosed her with
 5    alopecia, did they?
 6         A.    Not that I saw in her records.
 7         Q.    Okay.  And we've already talked
 8    about how you don't diagnose alopecia from
 9    photographs alone, right?
10               MR. SEARS:  Objection, form.
11         A.    Well, depends on what platform
12    or what you're referring to, because I do
13    diagnose alopecia with photographs through my
14    online tele-dermatology platform.
15    BY MR. LAMBERT:
16         Q.    Okay.  Do you believe that the
17    photographs of Ms. Kahn prior to chemotherapy
18    are sufficient for you to make a diagnosis
19    that she had alopecia before chemotherapy?
20         A.    Yes.
21         Q.    Okay.  And what else do you
22    base that statement on?
23         A.    Her history of how she's had
24    difficulty just growing her hair; that her
25    hair was fine, so she always kept it short;
```

```
 1    and that -- her pretty significant family
 2    history of hair loss.  And then the fact that
 3    she's also had actinic keratoses, which are
 4    precancerous lesions on her scalp.
 5              These are indicative of, you
 6    know, long-term sun exposure.  So the
 7    thinning of the scalp is definitely a risk
 8    factor for actinic keratoses, so having
 9    actinic keratoses on the scalp, I mean, you
10    really only see it in people who have
11    thinning of the scalp, but it would have to
12    be longstanding.
13              So those would be my reasons.
14         Q.   Okay.  Let me ask you -- let me
15    start with the first -- I'll start where you
16    ended there.
17              Actinic keratosis, what is the
18    basis for your statement that that takes
19    years to develop?  Can it take years to
20    develop or can it be also fairly quick in
21    terms of development?
22         A.   Yeah.  I mean, well, typically
23    with actinic keratoses, it would be very rare
24    to see them before the age of 40, and so that
25    is a typical indicator.
```