# EXHIBIT MMM

# Expert Report: Alopecia in Women
**Jerry Shapiro, M.D.**
October 9, 2020

**I.     Qualifications/Publications**

1. I, Jerry Shapiro, am a physician specializing in medical hair and scalp disorders and am full Professor of Dermatology at the Ronald O. Perelman Department of Dermatology at the New York University Grossman School of Medicine, one of the top three dermatology programs in the United States. I am board certified in dermatology and licensed in New York. I received a Doctor of Medicine Degree from McGill University in 1981, after which I completed my residency in dermatology at the University of British Columbia in 1985. I am board certified in the United States and passed USMLE parts 1, 2, and 3 between 1981-1982. I am eligible to obtain a license and practice anywhere in the United States.

2. I have specialized in hair disorders as both a practitioner and researcher for more than 30 years. In that time, I have authored over 175 peer-reviewed manuscripts, including the sentinel Women's Hair Loss review in the New England Journal of Medicine, as well as 3 textbooks and some 30 book chapters. I have given over 500 invited lectures on six continents, and have spoken at the prestigious annual American Academy of Dermatology meeting for 30 consecutive years. As early as 1986, I established the University of British Columbia Hair Research and Treatment Center, which was one of North America's most comprehensive academic hair biology and treatment centers. While at the University of British Columbia Hair Research and Treatment Center, I regularly performed hair transplants and trained my fellows in hair transplant surgery. Today, some of my trainees are among the most formidable hair transplant surgeons in the world, including Asia and Europe.

3. In my current practice, I run the first comprehensive medical hair loss clinic in the world—possibly the world's busiest hair clinic. I consult with and treat patients in New York City from around the world with the latest medical treatment options. My clinical practice is 100% dedicated to treating patients for disorders of the hair and scalp.

4. As part of my practice, I have and continue to participate in clinical trials for emerging hair loss treatments. I have served as a principal investigator on more than 10 such trials. As an investigator, I examine patients to assess and document the efficacy of

1

practices. The physician should find out whether the patient's parents, grandparents, siblings, or children experienced hair loss. The physician should also inquire whether any of these family members were known to have health issues associated with alopecia, such as hormone or autoimmune disorders, or died before the most common forms of hair loss (pattern hair loss and menopause/hormone-related hair loss) typically manifest. Family history is one of the strongest indicators of hereditary forms of hair loss.

45. A patient's medical history can identify potential underlying causes of alopecia such as hormonal imbalances and autoimmune disorders. In addition, medical conditions can provide evidence of how long hair loss has lasted, and whether it has progressed gradually. For example, actinic keratosis is a skin condition often caused by sun exposure over many years—typically a decade or more. Knowing that a patient has been diagnosed with actinic keratosis on an area of skin normally covered by hair would suggest that alopecia in that area had likely progressed for over a decade predating the diagnosis. One of the questions I ask each and every patient is, "when was the last time your hair was normal?" Changes in hair care or styling (for example, combing over or teasing hair to make it appear fuller) can indicate an effort to camouflage progressing hair loss and can help indicate how long hair loss has lasted.

### ii. **Blood Work**

46. When determining the type and cause of alopecia, blood tests are frequently conducted. Blood tests can often rule out whether there are vitamin, iron, or nutritional deficiencies, hormonal imbalances, as well as autoimmune disorders that may be a source of the alopecia, such as thyroid conditions.

### iii. **Dermoscopy and Trichoscopy**

47. Dermoscopy is a way of looking at skin under magnification. It is used for a variety of dermatological purposes, including diagnosis of skin abnormalities and disorders, to guide surgical procedures like biopsies, and to assess treatment outcomes.

48. Trichoscopy is scalp dermoscopy. In general, it allows a dermatologist to examine the scalp, measure and count hairs and hair follicles, and observe clinical features such as yellow, black or white dots, fibrosis, follicle morphology, and hair breakage. It can be useful in identifying possible clinical diagnoses. Additionally, it is useful when determining which portions of the scalp to biopsy.