# EXHIBIT OOO

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2
       ELIZABETH KAHN,
 3           Plaintiffs,
 4     VERSUS                      CASE NO.
                                   2:16-cv-17039
 5
       SANOFI S.A., SANOFI-AVENTIS U.S. L.L.C.,
 6     SANOFI US SERVICE, INC., and
       AVENTIS-PHARMA S.A.,
 7           Defendants.
 8           VIDEOTAPE DEPOSITION OF DR. JESSICA
       COLLER OCHSNER, 2323 METAIRIE ROAD,
 9     METAIRIE, LOUISIANA, 70001, TAKEN IN THE
       OFFICES OF METAIRIE ROAD DERMATOLOGY, 2323
10     METAIRIE ROAD, METAIRIE, LOUISIANA, ON
       THURSDAY, THE 27TH DAY OF FEBRUARY, 2020.
11
       APPEARANCES:
12
         PENDLEY, BAUDIN & COFFIN, LLP
13       ATTORNEYS AT LAW
         BY:  JESSICA PEREZ REYNOLDS, ESQUIRE
14       1515 POYDRAS STREET, SUITE 1400
         NEW ORLEANS, LOUISIANA   70112
15
             ATTORNEYS FOR PLAINTIFF
16
         SHOOK, HARDY & BACON, L.L.P.
17       ATTORNEYS AT LAW
         BY:  CONNOR J. SEARS, ESQUIRE
18       2555 GRAND BOULEVARD
         KANSAS CITY, MISSOURI   64108-2613
19
             ATTORNEYS FOR SANOFI S.A.,
20           SANOFI-AVENTIS U.S. LLC, SANOFI US
             SERVICE, INC. AND AVENTIS-PHARMA S.A.
21
       VIDEOGRAPHER:
22
         BRIAN SOILEAU
23
       REPORTED BY:
24       DAWN D. TUPPER, CCR, RPR
         CERTIFIED COURT REPORTER
25       REGISTERED PROFESSIONAL REPORTER
```

```
 1    Is that accurate?
 2         A.    Correct.
 3         Q.    Does hair on the scalp provide
 4    any type of protective function --
 5         A.    Absolutely.
 6         Q.    -- for us against the sun?
 7         A.    Absolutely.
 8         Q.    Is it common that in persons
 9    who have thin hair or where their scalp
10    can be visualized through their hair, that
11    they may experience skin lesions on a
12    scalp more regularly than someone with a
13    full head of hair?
14         A.    Correct.
15         Q.    Just a couple more alopecia
16    related questions.
17         A.    No problem.
18         Q.    Have you ever heard of a
19    condition called endocrine induced
20    alopecia or EIA for short?
21         A.    Yes.
22         Q.    Are you aware of what the
23    diagnostic or clinical features of EIA
24    under dermoscopy are?
25         A.    No.
```