# EXHIBIT PPP

# EXPERT REPORT OF

## Antonella Tosti, M.D.

## September 15, 2020

I am a Fredric Brandt Endowed Professor of Dermatology at the University of Miami. I have been involved in the diagnosis and treatment of hair disorders for more than 30 years and see hair patients on a daily basis in Miami and in Europe.

I was born and trained in Italy, and I was full Professor of Dermatology at the University of Bologna until 2010. I have been full Professor at University of Miami since then.

I am among the developers of a new non-invasive method for the diagnosis of hair and scalp disorders named dermoscopy or trichoscopy, and I published the first comprehensive paper on this topic in 2006.[1] I have published many peer reviewed articles on trichoscopy, and the first book/atlas on hair and scalp dermoscopy with pathological correlations in 2007.[2] The book was translated in other languages and the 2nd edition of this book was published in 2015.[3] I have been invited to teach hair disorders and trichoscopy worldwide, and have trained hundreds of dermatologists to utilize this technique to properly examine their patients.[4]

I was president and founding member of the European Hair Research Society (1989) and am now president of the American Hair Research Society and president of the International Society of Trichoscopy.  I am editor of 30 Textbooks, including 6 on diagnosis and treatment of Hair Disorders.

I am the author of more than 600 peer reviewed papers, with an h-index of 60 on Scopus.[5]

My Curriculum Vitae, fee schedule, and prior deposition testimony are attached as **Exhibits A**, **B**, and **C**, respectively.

## Hair Anatomy and Physiology

---

[1] Elisabeth K. Ross, Colombina Vicenzi & Antonella Tosti, *Videodermoscopy in the Evaluation of Hair and Scalp Disorders*, 55(5) J. AM. ACAD. DERMATOL. 799 (2006).

[2] Antonella Tosti, *Dermoscopy of Hair and Scalp Disorders: With Clinical and Pathological Correlations* (1st ed. 2007).

[3] Antonella Tosti (ed.), *Dermoscopy of the Hair and Nails* (2nd ed. 2015).

[4] *Antonella Tosti*, WIKIPEDIA, https://en.wikipedia.org/wiki/Antonella_Tosti (Nov. 5, 2018).

[5] In 2005, the h-index was proposed by Jorge Hirsch, PhD and published in the *Proceedings of the National Academy of Sciences of the United States of America*. Jorge E. Hirsch, *An Index to Quantify an Individual's Scientific Research Output*, 102(46) PROC. NATL. ACAD. SCI. U.S.A. 16569 (2005).
An h-index of 60 means that I have authored at least 60 publications that have each been cited at least 60 times. Professor Hirsch reckons that after 20 years of research, an h-index of 20 is good, 40 is outstanding, and 60 is truly exceptional. The advantage of the h-index is that it combines productivity (i.e., number of papers produced) and impact (number of citations) in a single number.

1

**Normal Hair**

What we refer to as "hair" is in reality the "hair shaft," which is a resilient structure produced by the hair follicle, a sophisticated organ residing in the skin. The hair shaft emerges from the scalp as a dead structure which is made up of cells that have lost their vital functions. These cells contain high concentrations of a fibrous protein called keratin. Keratin is also present in the skin, however, hair keratin, similar to nail keratin, is much stronger due to its elevated levels of cystine, a sulfur-rich amino acid.

**The Hair Follicle**

The hair follicle consists of two segments: the upper, or permanent segment, and the lower, or dynamic segment. The permanent segment is located in the upper dermis and is stationary during the various phases of the hair growth cycle. Whereas the dynamic segment, moves up and down in the skin throughout the various phases of the hair growth cycle.

The permanent segment of the hair follicle extends from the scalp opening to an area called "the hair bulge", which appears as a swelling in the area where the hair erector muscle inserts the follicle. The permanent follicle is divided in two regions: the isthmus and the infundibulum. The infundibulum contains sebum, as it is connected to the sebaceous gland, and has an abundant commensal microbial flora. The isthmus contains the hair bulge that is the home of the follicle stem cells that regenerate the hair matrix at the beginning of each cycle.

The dynamic segment of the follicle includes the bulb containing the hair matrix, which is formed by the cells that actually produce the hair shaft. The hair matrix also contains melanocytes, which produce a pigment called melanin that is incorporated in the hair shaft and causes hair pigmentation. The bulb is located deep in the skin and encircles the dermal papilla, which is a specialized structure with a key role in the induction and regulation of the hair growth cycle. During the Catagen and Telogen phase (phases to be discussed in detail in the Hair Cycles section), the lower portion of the follicle involutes and moves to the upper dermis.

**Types of Hair**

Our body is covered with 2 types of hair: vellus hair and terminal hair. Vellus hairs are thin, short [generally < 1cm] and non-pigmented. They cover all the apparent hairless parts of our body except for the palms of the hands and soles of the feet.

Terminal hairs are long, thick, pigmented and have an internal layer called medulla. Terminal hairs are present from birth on the scalp, eyebrows and eyelashes. After puberty, they appear in the beard area, trunk and limbs of men, and in the pubic and axillary areas of both men and women. The hair follicles that produce terminal hairs are larger and located deeper within the dermis than the follicles that produce vellus hairs.

- Average terminal to vellus ratio in normal scalp is 7:1.[6]

---

[6] David A. Whiting, MD, FRCP, *Diagnostic and Predictive Value of Horizontal Sections of Scalp Biopsy Specimens in Male Pattern Androgenetic Alopecia*, 28(5) J. AM. ACAD. DERMATOL. 755 (1993).

| Average diameter of the shaft | |
| --- | --- |
| Terminal hairs of the scalp | 70 μm (60 to 84) |
| Vellus hairs | < 30 μm |

Terminal and vellus follicles are not entirely distinct entities, as the same follicle can transform from a vellus into a terminal follicle, and vice versa.  This transformation is caused by androgens and takes place in both physiological and pathological situations.  However, androgens are not the only cause and for example: transformation from vellus to terminal can be caused by trauma and drugs, transformation from terminal to vellus can be caused by drugs, radiation, toxins or other noxae.

Hair follicles in different parts of the body respond to androgens in different ways: some body areas are androgen dependent, while others are not.

Terminal hair length varies by the hair's location on the body. For example, eyelashes and eyebrows reach a maximum length of 2-3 cm, while scalp hair can grow as long as one meter.

The length and distribution of terminal hair, especially scalp hair, is determined by genetic, ethnic and gender factors. Hair shape, color, thickness, and length varies greatly due to biological diversity.

**Hair Density**
The density of the hair follicles is specific to the part of the body where they are located. Nearly ⅓ (1,000,000) of all follicles are located on the head and on the scalp which by itself contains anywhere from 100,000 to 120,000 follicles.

- Scalp of Caucasians has about 35 hairs for a 4 mm circular area.
- Scalp of individuals of African descent has about 21.1 hairs for a 4mm circular area.[7]
- Scalp of Asians has about 16.8 hairs for a 4mm circular area.

Average terminal to vellus ratio in normal scalp, regardless of ethnicity, is 7:1.[8]

---

[7] Leonard C. Sperling, MD, *Hair Density in African Americans*, 135(6) ARCH. DERMATOL. 656-68 (1999).
[8] David A. Whiting, MD, FRCP, *Diagnostic and Predictive Value of Horizontal Sections of Scalp Biopsy Specimens in Male Pattern Androgenetic Alopecia*, 28(5) JOURNAL OF THE AMERICAN ACADEMY OF DERMATOLOGY 755 (1993).

## Hair Cycle



Anagen     Catagen         Telogen              Anagen

All hair follicles have a cyclic activity characterized by alternating periods of activity, during which they produce the hair with periods of rest.

The cycle of hair growth consists of 4 phases.

> 1) Anagen or growth phase;
> 2) Catagen or involution phase;
> 3) Telogen or resting phase;
> 4) Exogen or the shedding phase

### Anagen Phase

The growth period, or Anagen Phase, is the longest of the follicular cycle.  During Anagen the hair follicle actively produces the hair shaft. The cells of the hair matrix have intense mitotic and metabolic activity and rapidly divide to form the shaft. The duration of Anagen can vary considerably in different areas of the skin as well as in different individuals.  For this reason, the duration of the entire cycle strictly depends on the duration of this phase of growth.  Depending on which part of the body, Anagen can last anywhere from 1 month to over 7 years. The length of the hair also depends on the duration of Anagen.

In the scalp, where hair grows about 1 cm per month, the duration of Anagen usually ranges between 3 to 7 years. This is why each scalp follicle produces about 20 hairs in an individual's life. Anagen duration is shorter in males and in certain areas of the scalp, while longer in the frontal and vertex areas of the scalp. With aging the duration of the Anagen phase shortens and the hair becomes shorter and thinner.

4

The rate of hair growth also varies, to a small degree, in different individuals and in different body areas.

| Duration of Anagen in the different body areas | |
| --- | --- |
| Scalp Hair | 2-8 years |
| Eyelashes | 1-6 months |
| Eyebrows | 2-3 months |

**Catagen Phase**
The Catagen phase or involution phase is a brief, transitory phase of the follicular cycle.  During this phase, which lasts from 7 to 21 days, the follicle interrupts its mitotic activity and begins the process of involution that precedes the subsequent resting phase or Telogen.

On a normal scalp, the ratio between follicles in Anagen and follicles in Telogen is about 9 to-1 and the amount of daily hair loss ranges from 30 to 80 hairs.

**Telogen Phase**
Telogen corresponds to the resting or dormant phase of the cycle.  The hair shaft is not lost during this phase but instead remains anchored to the scalp for the entire duration of Telogen. On the scalp, Telogen lasts about 3 months.

**Exogen Phase**
During Exogen, the hair shaft detaches from the follicle and sheds. Usually at this time the follicle has re-entered Anagen and a new hair is already produced. Sometimes Anagen re-entry is delayed and the follicle remains empty for a period of time. This is seen with ageing and in androgenetic alopecia. The Exogen Phase is an active phase, and the detachment of the shaft involves specific proteolytic enzymes.

**Hair's Response to Damage**
The hair follicle, as all of the body's tissues, is more susceptible to damage when its mitotic activity is high, meaning when its cells are in the process of division.  Therefore, Anagen is the most delicate phase of the follicular cycle and almost all pathological conditions that cause hair loss disrupt this phase.

The follicle reacts to insults in direct proportion to the severity of the insult itself.  Severe disruptions (or shocks), such as those caused by drugs utilized in cancer chemotherapy, result in mitotic arrest, when the cells of the hair matrix abruptly halt their activity and the hair is lost in a few weeks, during the Anagen Phase.  As discussed in the "Telogen Effluvium" section below, a mild insult, such as a high fever, anemia or certain drugs, causes the follicle to interrupt its active growth phase and prematurely enter its resting phase.  In this case, the hair will not be lost immediately, but instead hair loss will become evident about 3 months later, as 3 months is the average duration of the Telogen Phase.

## Hair Loss and Alopecias

Alopecia, derived from the Greek word *alopex*, meaning fox, is a general term used to describe thinning or hair loss—a seemingly appropriate correlation as foxes lose a great amount of fur during molting. However, the term alopecia alone does not provide any information pertaining to what type of alopecia a patient may be suffering from, its underlying cause, or the temporality.

Alopecias are classified according to shape and topographic distribution: patchy alopecias, patterned alopecias, marginal alopecias and diffuse alopecias. Also, based on the reversibility of the process, alopecias are distinguished in cicatricial or scarring alopecias and non-cicatricial or non-scarring alopecias. Patients must consult a dermatologist for proper identification of the specific disease and its cause.

   Classification according to shape and topographic distribution:

- **Patchy alopecias** (present with single or multiple patches devoid of hair): alopecia areata, lichen planopilaris, discoid lupus, folliculitis decalvans, central centrifugal cicatricial alopecia, dissecting cellulitis, trichotillomania
- **Patterned alopecias** (involve temporal scalp, top of the scalp and vertex): androgenetic alopecia
- **Marginal alopecias** (involve hairline): frontal fibrosing alopecia, traction alopecia, ophiasis type of alopecia areata, androgenetic alopecia in men.
- **Diffuse alopecias** (involve the whole scalp): telogen effluvium, anagen effluvium, permanent alopecia after chemotherapy, diffuse alopecia areata

| Cicatricial: | - Lichen planopilaris |
| --- | --- |
| | - Frontal fibrosing alopecia |
| | - Discoid lupus erythematosus |
| | - Folliculitis decalvans |
| | - Traction alopecia (late) |
| | - Central centrifugal cicatricial alopecia |
| | - Dissecting cellulitis |
| Non-cicatricial: | - Baldness (Androgenetic alopecia) |
| | - Anagen effluvium (alopecia areata, chemotherapy alopecia) |
| | - Telogen effluvium |
| | - Trichotillomania |
| | - Traction alopecia (early) |

**Cicatricial Alopecias (Scarring Alopecias)**
Cicatricial Alopecias are a group of alopecias that are irreversible as they are caused by diseases that destroy the hair follicles permanently. In these conditions the affected hair follicles are replaced by a scar, i.e., fibrous tissue.

Cicatricial Alopecias are classified as primary or secondary depending on the mechanism of destruction of the hair follicle. In Primary Cicatricial Alopecia, the hair follicle is the main target of destruction mediated by inflammatory cells. In Secondary Cicatricial Alopecia, the hair

follicle is destroyed incidentally by non-follicle-specific processes such as burns, radiation, or infections.

The most frequent Primary Cicatricial Alopecia is Lichen Planopilaris. Its variant frontal fibrosing alopecia is becoming more and more common worldwide.

### Lichen Planopilaris
Lichen Planopilaris is a relatively rare disease that often has an insidious onset characterized by persistent itching and increased hair loss. With time, the disease causes multiple scarring alopecic areas of irregular size and shape. The causes of this illness are unknown; however, researchers believe this is an autoimmune condition. An accurate diagnosis of Lichen Planopilaris requires a biopsy of the scalp, as other inflammatory diseases of the scalp, especially lupus erythematosus or folliculitis decalvans, can cause similar clinical symptoms.

### Frontal Fibrosing Alopecia (FFA)
Frontal Fibrosing Alopecia typically affects postmenopausal women. In the last 10 years, frequency of this disease has been increasing worldwide. Patients complain of a slow progressive recession of the frontotemporal hairline and partial or total alopecia of the eyebrows. The hair on the arms and legs are also frequently lost.

Clinical examination reveals a band of cicatricial alopecia in the frontotemporal region. The cicatricial area is easily distinguished from the normal skin on the forehead because the hair follicles in this area have been replaced by scarred skin.  Also, this skin, once covered by hair, is lighter and has less wrinkles as it has not been exposed to sunlight.

### Discoid Lupus Erythematosus
Discoid Lupus of the scalp is more common in patients of African descent and may be associated with other cutaneous localization of the disease.

Clinical examination reveals single or multiple patches of alopecia that are often associated with hypopigmentation. The patches are red in color and show various degrees of scaling.

### Folliculitis Decalvans
Folliculitis Decalvans is a severe inflammatory scalp disorder that results in cicatricial alopecia with centrifugal progression. The scalp shows multiple recurrent pustular lesions and exudative crusted areas. The inflammation subsides once the hair follicles are destroyed. It is also quite common to see multiple hairs emerging together from the scalp.

### Dissecting Cellulitis
Dissecting Cellulitis is a painful inflammatory disorder that mainly affects young men of African or Hispanic descent. Frequently associated with severe acne, the affected scalp presents patches of alopecia overlying painful, fluctuant scalp nodules that often discharge pus. Its cause is unknown, dissecting cellulitis tends to run a chronic course with remissions and exacerbations, progressively leading to scarring alopecia.

### Traction Alopecia

Traction Alopecia is a form of alopecia caused by prolonged tension on the hair follicle. Although reversible in early stages, long-standing Traction Alopecia can lead to permanent hair loss in the area of the scalp subject to traction. Traction Alopecia is most prevalent in women of African descent with a prevalence of about 30%. This is mainly attributed to the hair care practices (tight braids, hair weaves, and cornrows) used in this population. Clinically, patients present with symmetrical patches of alopecia of the marginal scalp, most frequently localized in the temporal regions, as these areas bear the most tension. The presence of retained hairs along the margins of the patch, termed the "fringe sign," is commonly seen.[9]

### Central Centrifugal Cicatricial (Scarring) Alopecia (CCCA)

Central Centrifugal Cicatricial Alopecia (CCCA) is a form of chronic, progressive scarring alopecia that occurs predominantly in women of African descent. CCCA causes hair loss of the vertex of the scalp with slow centrifugal expansion. Advanced cases show a smooth and shiny scalp from the extensive destruction of follicles. There is typically no overt evidence of inflammation, but patients often complain of scalp tenderness and pain.  Premature desquamation of the inner root sheath (PDIRS) is the most important histologic markers of the disease.  Early CCCA and androgenetic alopecia might look similar at clinical examination but can be easily distinguished at pathology.[10]

## Non-cicatricial Alopecias (Non-scarring Alopecias)

### Alopecia Areata

Alopecia Areata is an autoimmune non-cicatricial alopecia. It is estimated that 2 out of 100 people will have an episode of Alopecia Areata during their lifetime. Alopecia Areata causes acute hair loss with the sudden development of round shaped bald patches.  Typically, the patches are completely devoid of hair. While the patches can affect any area of the body, they are most frequently found on the scalp and beard.

Alopecia Areata in rare instances causes 100% loss of scalp hair (Alopecia Totalis) or of all scalp and body hair (Alopecia Universalis). Albeit rarely, this disease can affect only the eyelashes or eyebrows. There is also an inherited predisposition to the disease that often affects people in the same family.

### Anagen Effluvium

Anagen Effluvium is the loss of hairs during the Anagen phase, the hair's growth phase.

---

[9] Scott F. Lindsey & Antonella Tosti, *Ethnic Hair Disorders*, 47 CURR. PROBL. DERMATOL. 139 (2015).

[10] *Id.*; Erica C. Davis, M.D. et al., *Differentiating Central Centrifugal Cicatricial Alopecia and Androgenetic Alopecia in African American Men: Report of Three Cases*, 5(6) J. CLIN. AESTHET. DERMATOL. 37-40 (2012); Ncoza C. Dlova et al., *Central Centrifugal Cicatricial Alopecia: Challenges and Solutions*, 18(2) J. INVESTIG. DERMATOL. SYMP. PROC. S54-S56 (2017); Ingrid Herskovitz & Mariya Miteva, *Central Centrifugal Cicatricial Alopecia: Challenges and Solutions*, 9 CLIN. COSMET. INVESTIG. DERMATOL. 175-81 (2016); Mariya Miteva & Antonella Tosti, *Pathologic Diagnosis of Central Centrifugal Cicatricial Alopecia in Horizontal Sections*, 36(11) AM. J. DERMATOPATHOL. 859-64 (2014); Leonard C. Sperling, MC & Purnima Sau, MC, *The Follicular Degeneration Syndrome in Black Patients: "Hot Comb Alopecia" Revisited and Revised*, 128(1) ARCH. DERMATOL. 68-74 (1992).

### Drug-induced Anagen Effluvium

Drug-induced Anagen Effluvium is caused by cancer chemotherapy and begins within a few weeks of drug administration,[11] becoming more apparent with time. Hair loss is very severe, with patients potentially losing up to 1,000 strands daily. Anagen Effluvium caused by chemotherapy is usually reversible, and hair regrows normally after the of treatment with complete regrowth after approximately 6 months. The color, shape (e.g., curly, straight) and texture (e.g., fine, course) of hair can change when it regrows. Certain drugs, however, can cause a permanent/persistent alopecia.

## Telogen Effluvium

Telogen Effluvium is the loss of hairs during the Telogen Phase, the hair's resting phase. Subjects complain of excessive loss when washing and brushing their hair.  In the most serious cases, the subject notices hair on their clothes, pillows, food or on study books. Telogen hairs are easy to recognize because they have a proximal white tip (the root end), which is visible to the naked eye.

Telogen Effluvium is diagnosed by a variety of tests including the pull test and the hair shedding scale.

In Telogen Effluvium, hair loss occurs when the follicle ends its resting phase and starts to produce a new hair, which pushes out the old Telogen hair.  This usually happens 3 months after the triggering event. For this reason, it is sometimes difficult for the patient to correlate the hair loss to the actual cause, which is never something that just happened. Generally, Telogen Effluvium is a "benign" disease, and in most cases, it does not cause evident hair thinning. Overall hair volume is commonly reduced, but there are not bald patches. A diagnosis of Telogen Effluvium requires evidence of increased hair shedding—hair density looks normal in most cases, and these patients typically bring bags of hair to the doctor to prove they have a problem. Telogen Effluvium does not cause permanent alopecia.

There are two main types of Telogen Effluvium: Acute Telogen Effluvium and Chronic Telogen Effluvium.

### Acute Telogen Effluvium

Acute Telogen Effluvium is usually the result of an acute event that the subject is able to remember precisely and that, as mentioned before, has occurred approximately 3 months before the start of the hair loss. Possible causes are countless and should be researched with a detailed medical history and blood tests.

The most frequent causes of Acute Telogen Effluvium are listed below.

---

[11] Ioulios Palamaras, MD et al., *Permanent Chemotherapy-Induced Alopecia: A Review*, 64(3) J. AM. ACAD. DERMATOL. 604, 604 (2011).

| | |
|---|---|
| - general illnesses<br>- anemia<br>- high fever<br>- viral infections<br>- surgery<br>- general anesthesia<br>- acute stress<br>- post childbirth<br>- interruption of oral contraception<br>- thyroid disorders<br>- diabetes mellitus<br>- dental treatments<br>- weight loss<br>- anorexia and bulimia<br>- Vitamin D deficiency | - drugs:<br>   - antidepressants<br>   -  beta blockers<br>   - cholesterol-lowering drugs<br>   - antivirals<br>   - vitamin A<br>   - anabolic agents<br>   - anticoagulants<br>   - antithyroid drugs |

### *Drug-induced Acute Telogen Effluvium*

Many drugs may interfere with the normal hair growth cycle and induce hair loss. It is important to understand that the same drug does not cause hair loss in all individuals, but as for other drug side effects only some persons have the problem.

Drug-induced Acute Telogen Effluvium occurs 2 to 4 months after initiating treatment with the hair loss ranging from 150 to more than 300 strands shed daily.

### *Chronic Telogen Effluvium*

Chronic Telogen Effluvium is a hair condition that occurs primarily in females.  The subject experiences excessive hair loss, loss of volume and thinning at of the temples.  Common complaints among subjects is a much thinner ponytail, or reduced volume at the tips of the hair. These women tend to cut their hair frequently in order to create the illusion of fuller hair, or resort to wearing hair extensions for a similar effect. The number of hair follicles is not reduced.[12]

### *Androgenetic Alopecia*

Androgenetic Alopecia (also called "Androgenic Alopecia") can affect both males and females and depends on two main factors: androgen hormones and genetic predisposition.

In men, Androgen hormones, which regulate the development and maintenance of male characteristics, are the main cause of this condition.  Androgens act on the genetically predisposed follicles of certain areas of the scalp (androgen dependent scalp) causing a progressive miniaturization of the hair follicle, which is a consequence of a gradual reduction of the duration of Anagen. The hair follicle produces hairs that are progressively shorter, thinner and less pigmented and do not adequately cover the scalp.  The miniaturized hair follicles of

---

[12] David A. Whiting, *Chronic Telogen Effluvium: Increased Scalp Hair Shedding in Middle-Aged Women*, 35(6) J. AM. ACAD. DERMATOL. 899 (1996).

Androgenetic Alopecia look very similar to the vellus follicles that are normally present on our forehead.

### *Female Pattern Hair Loss*

Androgenetic Alopecia in women is better known as Female Pattern Hair Loss (FPHL).  Similar to Male Pattern Hair Loss, FPHL is characterized by a progressive miniaturization of the hair follicle, which affects mainly the top of the scalp with preservation of frontotemporal hairline. In severe cases the parietal and more rarely the occipital scalp may be affected.

Severity of FPHL can be assessed using the Ludwig and the Savin scale. Differently than in men FPHL involves more the top of the scalp than the vertex, which never becomes completely bald.

## Ludwig Scale of Female Hair Loss



## Savin Scale of Female Hair Loss



---

[13] *See* Quan Q. Dinh & Rodney Sinclair, *Female Pattern Hair Loss: Current Treatment Concepts*, 2(2) CLINICAL INTERVENTIONS IN AGING 189, 190 (2007), *citing* Eric Ludwig, *Classification of the Types of Androgenetic Alopecia (Common Baldness) Occurring in the Female Sex*, 97 BRIT. J. DERMATOL. 247, 251 (1977).
[14] *See* Dinh & Sinclair at 192, *citing* Savin RC, *Evaluating Androgenetic Alopecia in Male and Female Patients*, Kalamazoo, MI: The Upjohn Company (1994).

FPHL may be caused by hormonal therapies with androgenic effects. Hormone receptor positive breast cancer has estrogen and/or progesterone receptors. These cancers are commonly treated with endocrine therapy to lower estrogen levels, such as aromatase inhibitors, or to block estrogen's effects, such as Tamoxifen. Endocrine therapy can cause alopecia with a pattern similar to FPHL due to the miniaturization of the hair follicle.[15] Endocrine therapy is not associated with follicular loss. According to a recent study, alopecia from endocrine therapy develops several months after therapy initiation (mean 16.8 months) and is moderate (grade 1) in 92% of patients.[16]

***Permanent Alopecia After Chemotherapy (Permanent Chemotherapy-Induced Alopecia – PCIA)***



[15] *See* Azael Freites-Martinez, MD et al., *Endocrine Therapy-Induced Alopecia in Patients with Breast Cancer*, 154(6) JAMA DERMATOL. 670 (2018).
[16] *Id.*
[17] Azael Freites-Martinez, MD et al., *Hair Disorders in Cancer Survivors*, 80(5) J. AM. ACAD. DERMATOL. 1199-1213 (2019).

Permanent Alopecia After Chemotherapy (also known as Persistent Alopecia After Chemotherapy, Irreversible Alopecia after Chemotherapy, Permanent Chemotherapy-Induced Alopecia or PCIA) is defined as incomplete hair regrowth after chemotherapy.[18] This is a severe long-term side effect of chemotherapy that has been associated with high doses of chemotherapy in the context of bone marrow transplantation[19] and, in more recent years, has been consistently identified in the context of adjuvant chemotherapy regimens containing Taxotere/docetaxel for breast cancer, including early stage breast cancer.[20]  PCIA was first reported in the context of breast cancer in 2001in a clinical trial investigating the efficacy and toxicity of Taxotere/docetaxel with doxorubicin and cyclophosphamide (TAC) as first-line chemotherapy for patients with metastatic breast cancer.[21] Of the 54 patients treated, long-lasting (longer than 2 years) alopecia occurred in 4 patients (7.4%).[22] Since then hundreds of cases associated with the use of Taxotere/docetaxel have been described in the literature, and the  clinical  features and course of PCIA have been characterized by several retrospective and a few prospective studies.[23]

Patients with PCIA first develop Anagen Effluvium from chemotherapy followed by incomplete hair regrowth 6 to 8 months after the end of chemotherapy. Patients with PCIA have moderate to very severe hair thinning, with short miniaturized hairs. Hair thinning is diffuse but often more prominent on androgen-dependent scalp regions. This can possibly be explained by the fact that mild androgenetic alopecia affects up to 50% of women and some women might have a mild androgenetic alopecia before PCIA.  PCIA can be misdiagnosed as Androgenetic Alopecia at clinical examination and at pathology, even though in PCIA there is often a reduction in the follicle number in addition to miniaturization. With PCIA, thinning of eyelashes and eyebrows and other body hairs is also typical.[24]  PCIA is graded as 1 or 2 depending on severity and

---

[18] Miguel Martín et al., *Persistent Major Alopecia Following Adjuvant Docetaxel for Breast Cancer: Incidence, Characteristics, and Prevention with Scalp Cooling*, 171(3) BREAST CANCER RES. TREAT. 627-34 (2018);

[19] *See, e.g.*, Antonella Tosti, MD et al., *Permanent Alopecia After Busulfan Chemotherapy*, 152 BRIT. J. DERMATOL. 1056 (2005).

[20] *See, e.g.*, Ben Tallon, MBChC et al., *Permanent Chemotherapy-Induced Alopecia: Case Report and Review of the Literature*, 63(2) J. AM. ACAD. DERMATOL. 333 (2010). For the complete list of articles and abstracts I reviewed and analyzed regarding permanent chemotherapy-induced alopecia in the context of adjuvant breast cancer chemotherapy, see **Exhibit E** – Articles on Permanent Alopecia Following Breast Cancer Chemotherapy.

[21] J.M. Nabholtz et al., *Phase II Study of Docetaxel, Doxorubicin, and Cyclophosphamide as First-Line Chemotherapy for Metastatic Breast Cancer*, 19(2) J. CLIN. ONCOL. 314-21 (2001).

[22] *Id.* at 318.

[23] *See, e.g.*, S.M. Sedlacek, *Persistent Significant Alopecia (PSA) from Adjuvant Docetaxel After Doxorubicin/Cyclophosphamide (AC) Chemotherapy in Women with Breast Cancer*, 100 BREAST CANCER RES. TREAT. s116 (2006); Ben Tallon, MBChC et al., *Permanent Chemotherapy-Induced Alopecia: Case Report and Review of the Literature*, 63(2) J. AM. ACAD. DERMATOL. 333 (2010); Antonella Tosti, MD et al., *Docetaxel and Permanent Alopecia*, 68(5) J. AM. ACAD. DERMATOL. e151 (2013); Miguel Martín et al., *Persistent Major Alopecia Following Adjuvant Docetaxel for Breast Cancer: Incidence, Characteristics, and Prevention with Scalp Cooling*, 171(3) BREAST CANCER RES. TREAT. 627-34 (2018); Danbee Kang et al., *Permanent Chemotherapy-Induced Alopecia in Patients with Breast Cancer: A 3-Year Prospective Cohort Study*, 23 THE ONCOLOGIST 1 (2018).  For the complete list of articles and abstracts I reviewed and analyzed regarding permanent chemotherapy-induced alopecia in the context of adjuvant breast cancer chemotherapy, see **Exhibit E** – Articles on Permanent Alopecia Following Breast Cancer Chemotherapy.

[24] Nicolas Kluger et al., *Permanent Scalp Alopecia Related to Breast Cancer Chemotherapy by Sequential Fluorouracil/Epirubicin/Cyclophosphamide (FEC) and Docetaxel: A Prospective Study of 20 Patients*, 23 Annals of Oncology 2879 (2012).

psychological impact according to the Common Terminology Criteria for AEs (CTCAE) Version 4.0:

> Grade 1 is hair loss of less than 50% of normal for that individual and is not obvious from a distance but only on close inspection; it does not require camouflage. Grade 2 is hair loss of 50% or more of normal for that individual and is readily apparent to others; camouflage is necessary if the patient desires, and it is associated with negative psychosocial effects.[25]

PCIA in patients receiving chemotherapy for breast cancer, outside the context of bone marrow transplantation, is a relatively new described disease: the first cases were described in 2001,[26] when Taxotere was introduced in combination chemotherapy regimens. The other two chemotherapy agents that are commonly administered in combination with Taxotere/docetaxel regimens—Adriamycin/doxorubicin (an anthracycline) and cyclophosphamide—have been on the market since 1974[27] and 1959.[28]

In the treatment of breast cancer, Taxotere/docetaxel are the only chemotherapy regimens that have been consistently shown to cause Permanent Chemotherapy-Induced Alopecia.[29] I have reviewed and analyzed 19 articles and abstracts regarding distinct cases of permanent chemotherapy-induced alopecia in the context of adjuvant breast cancer chemotherapy—18 of which report distinct cases of PCIA from Taxotere/docetaxel regimens, and 1 of which reports cases of PCIA from unidentified taxane (Taxotere or Taxol) regimens.[30] In the adjuvant treatment of breast cancer, there are only 39 cases of permanent alopecia reported with non-taxane regimens with anthracyclines and cyclophosphamide in comparison with 568[31] reported cases with taxane regimens—420 of which are Taxotere/docetaxel regimens,[32] 93 of which are unidentified taxane regimens,[33] 51 of which are Taxol/paclitaxel regimens,[34] and 4 of which are Taxotere/docetaxel and Taxol/paclitaxel regimens.[35] Cases of alopecia lasting more than 6 months after the end of chemotherapy have been reported with the use of Taxotere in both

---

[25] Azael Freites-Martinez, MD et al., *Assessment of Quality of Life and Treatment Outcomes of Patients with Persistent Postchemotherapy Alopecia*, JAMA DERMATOL. E3 (published online March 6, 2019).

[26] J.M. Nabholtz et al., *Phase II Study of Docetaxel, Doxorubicin, and Cyclophosphamide as First-Line Chemotherapy for Metastatic Breast Cancer*, 19(2) J. CLIN. ONCOL. 314-21 (2001).

[27] https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=050467.

[28] https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=012141.

[29] J.M. Nabholtz et al., *Phase II Study of Docetaxel, Doxorubicin, and Cyclophosphamide as First-Line Chemotherapy for Metastatic Breast Cancer*, 19(2) J. CLIN. ONCOL. 314 (2001); Ben Tallon, MBChC et al., *Permanent Chemotherapy-Induced Alopecia: Case Report and Review of the Literature*, 63(2) J. AM. ACAD. DERMATOL. 333 (2010); Antonella Tosti, MD et al., *Docetaxel and Permanent Alopecia*, 68(5) J. AM. ACAD. DERMATOL. e151 (2013). *See* **Exhibit E** – Articles on Permanent Alopecia Following Breast Cancer Chemotherapy.

[30] *See* **Exhibit E** – Articles on Permanent Alopecia Following Breast Cancer Chemotherapy.

[31] *See* **Exhibit E** – Articles on Permanent Alopecia Following Breast Cancer Chemotherapy; Núñez-Torres R, Martín M, García-Sáenz JÁ, et al. Association Between ABCB1 Genetic Variants and Persistent Chemotherapy-Induced Alopecia in Women with Breast Cancer. JAMA Dermatol. 2020;156(9):987–991. doi:10.1001/jamadermatol.2020.1867).

[32] *See* **Exhibit E** – Articles on Permanent Alopecia Following Breast Cancer Chemotherapy.

[33] Gun Min Kim et al., *Chemotherapy-Induced Irreversible Alopecia in Early Breast Cancer Patients*, 163 BREAST CANCER RES. TREAT. 527-33 (2017).

[34] *See* **Exhibit E** – Articles on Permanent Alopecia Following Breast Cancer Chemotherapy.

[35] *Id.*

combination and monotherapy.[36] There is consistent, sufficient, and reliable evidence within the scientific literature that Taxotere/docetaxel, when used in regimens with anthracyclines and doxorubicin, is a substantially contributing factor to PCIA.[37]

I also co-authored an article published in 2019 in *JAMA Dermatology* that collected cases of PCIA from three cancer centers.  These cases included patients who received chemotherapy for different types of cancer and not only breast cancer.[38] The aim of this study was evaluating the quality of life of patients with PCIA and not the frequency of PCIA from any of the regimens; therefore, this is not a prevalence study.[39] There were 80 cases of PCIA in regimens with Taxotere/docetaxel or Taxol/paclitaxel and 18 cases reported in regimens without Taxotere/docetaxel or Taxol/paclitaxel.[40] Cases with other potential causes of alopecia such as androgenetic alopecia, thyroid conditions, and telogen effluvium were excluded.[41] Taxotere/docetaxel and Taxol/paclitaxel are related drugs—referred to as taxanes. The study does not provide any information about the prevalence of PCIA from Taxotere/docetaxel versus Taxol/paclitaxel.  However, of interest the study does note that the only chemotherapy regimen with which patients reported Grade 2 alopecia was Taxotere/docetaxel.[42]

The studies I have analyzed in the aggregate demonstrate that Taxotere/docetaxel is far more commonly reported as being associated with PCIA than any other chemotherapy regimen.[43] I have also personally seen patients with PCIA from Taxotere/docetaxel regimens, but I have never seen patients with PCIA from Taxol/paclitaxel or other non-Taxotere regimens within my own clinical practices in Europe and the United States. I saw my first case of PCIA from Taxotere/docetaxel in 2006.

As a result of my analysis in the case, and my review of the conclusions of other expert reports in this matter, I learned that the randomized studies with Taxotere regimens for breast cancer—sponsored by the manufacturer, Sanofi, revealed that Taxotere regimens had a statistically increased rate of PCIA, when controlled for Adriamycin/doxorubicin and cyclophosphamide.[44]

---

[36] H. Bourgeois, *Long Term Persistent Alopecia and Suboptimal Hair Regrowth After Adjuvant Chemotherapy for Breast Cancer. 2009. Long Term Persistent Alopecia and Suboptimal Hair Regrowth after Adjuvant Chemotherapy for Breast Cancer: Alert for Emerging Side Effect: French ALOPERS Observatory*, 21(8) ANNALS OF ONCOL. Viii83-84 (2010). 30(b)(6) Depositions of Michael Kopreski, MD, including all exhibits. Nanae Hangai, MD, PhD, Global Safety Officer, "Clinical Overview: Docetaxel and Permanent Alopecia" Sanofi_00829529-65.

[37] *See* **Exhibit E** – Articles on Permanent Alopecia Following Breast Cancer Chemotherapy.

[38] Azael Freites-Martinez, MD et al., *Assessment of Quality of Life and Treatment Outcomes of Patients with Persistent Postchemotherapy Alopecia*, JAMA DERMATOL. (published online March 6, 2019).

[39] *Id.*

[40] *Id.* at E3. Among the 80 cases, 47 were paclitaxel regimens, 31 were docetaxel regimens, and 2 were paclitaxel and docetaxel regimens.

[41] *Id.*

[42] *Id.*

[43] *See* **Exhibit E** – Articles on Permanent Alopecia Following Breast Cancer Chemotherapy.

[44] TAX 316 Clinical Study Report (Jan. 21, 2004) at p. 5, Sanofi_02640584. TAX 316 Clinical Study Report (Sept. 9, 2010) at p. 37, Sanofi_02645236. GEICAM 9805 Clinical Study Report (Nov. 9, 2009) at 111, Sanofi_01061868. Rule 26 Expert Report of David Madigan, PhD (March 23, 2020); Rule 26 Expert Report of Ellen Feigal, M.D. (March 23, 2020).

I was able to review Sanofi's internal data analysis in 2015, which concluded that Taxotere/docetaxel chemotherapy regimens can cause permanent/irreversible alopecia:

> Upon review of safety database, 117 cases (5.3% of total cases of alopecia) were considered permanent alopecia (criteria: "permanent" or "irreversible" in verbatim event or longstanding (*more than 2 years*)) and have been reported in association with docetaxel treatment. . . .

> Based on review of the Sanofi global pharmacovigilance database, worldwide scientific literature, clinical studies, and biological plausibility, the *cumulative weighted evidence is sufficient to support a causal association between docetaxel and permanent/irreversible alopecia in the patients who received docetaxel.*[45]

This internal analysis by Sanofi, along with the expert reports of Dr. Madigan and Dr. Feigal support my experience as a clinician and researcher that Taxotere/docetaxel causes PCIA. Based upon the analysis of the conclusions of other experts in this case, Taxotere/docetaxel is the only drug for which a causal association has been found.[46] Although case reports exist within the literature related to other chemotherapies aside from Taxotere, there is insufficient scientific evidence that demonstrates these other chemotherapies have a causal association with PCIA. There is consistent, sufficient, and reliable evidence that Taxotere/docetaxel, when used in in the same regimen as anthracyclines and doxorubicin, is a substantially contributing factor to PCIA.[47]

The three studies that compared AC regimens without Taxotere/docetaxel with regimens containing Taxotere/docetaxel showed a much greater frequency and severity of PCIA in the Taxotere/docetaxel regimens. These studies demonstrate that chemotherapy regimens that include Taxotere/docetaxel are the substantial contributing factor and that Taxotere/docetaxel is the causal variable for PCIA.

### *Sedlacek (2006)*[48]

A retrospective prospective evaluation of consecutive treatment of 496 women with early-stage breast cancer was published in 2006. The patients were treated by Dr. Sedlacek from January 1994 through December of 2004. The chemotherapy regimens compared:

- Group A: 258 patients administered doxorubicin and cyclophosphamide regimens without taxanes (AC, FAC, A/CMF).

---

[45] Nanae Hangai, MD, PhD, Global Safety Officer, "Clinical Overview: Docetaxel and Permanent Alopecia" Sanofi_00829563 (emphasis added).

[46] Rule 26 Expert Report of David Madigan, PhD (March 23, 2020); Rule 26 Expert Report of Ellen Feigal, M.D. (March 23, 2020).

[47] *See* **Exhibit E** – Articles on Permanent Alopecia Following Breast Cancer Chemotherapy.

[48] S.M. Sedlacek, *Persistent Significant Alopecia (PSA) from Adjuvant Docetaxel After Doxorubicin/Cyclophosphamide (AC) Chemotherapy in Women with Breast Cancer*, 100 BREAST CANCER RES. TREAT. s116 (2006).

- Group B: 126 patients administered doxorubicin and cyclophosphamide plus paclitaxel/Taxol (AC/T, AT/T, AC/T dose dense, ATC, AC/Herceptin).

- Group C: 112 patients administered doxorubicin and cyclophosphamide plus docetaxel/Taxotere (AC/Tax, ATax, ACTax, AC/TaxXeloda[49], AC/Tax Herceptin[50], ATax/FAC, FAC/Tax).

The average time from the last dose of chemotherapy was 48 months (range 19 to 85 months). Persistent significant alopecia, defined as <50% hair regrowth at least one year after chemotherapy, developed in 7/112 (6.3%) of women treated with a Taxotere/docetaxel/ doxorubicin/cyclophosphamide-containing regimen.  All were reported to be wearing wigs.  No persistent significant alopecia occurred in those treated with a Taxol/paclitaxel/doxorubicin/ cyclophosphamide-containing regimen, or in those treated with a doxorubicin/cyclophosphamide regimen without a taxane.

### Kang et al. (2018)[51]
A prospective cohort study, from February 2012 to July 2013, was conducted of 61 consecutive patients with early stage breast cancer expected to receive adjuvant chemotherapy. The objective of the study was to estimate the long-term incidence of PCIA in patients whose hair volume and density were measured prior to chemotherapy and who were followed for three years after chemotherapy.

The patient groups received one of three regimens:

- AC (doxorubicin plus cyclophosphamide),
- FAC (fluorouracil plus cyclophosphamide and doxorubicin), or
- AC-T (Taxotere after AC).

Patients' hair was assessed prior to chemotherapy.  Thereafter hair was assessed "on the first day of chemotherapy, after two cycles of chemotherapy, at 1, 3, and 6 months after completion of chemotherapy, and after 3 years after completion of chemotherapy."[52] At each visit, "hair density" and "shaft diameter" were "objectively quantified" using a dermatoscope.[53] The study defined PCIA as "absent or incomplete hair regrowth at ≥6 months after chemotherapy . . . if hair density or thickness was two standard deviations (SDs) or more below the baseline mean (before chemotherapy)."[54]

Additionally, the investigators ruled out a number of potential risk factors: "Patients with alopecia, atopic dermatitis, psoriasis, or infectious skin diseases, as well as patients who were

---

[49] Xeloda (generic Capecitabine) is a chemotherapy drug that can cause temporary hair loss but has not been reported to cause permanent alopecia.

[50] Herceptin (generic Trastuzumab) is a targeted cancer drug that has not been reported to cause hair loss.

[51] Danbee Kang et al., *Permanent Chemotherapy-Induced Alopecia in Patients with Breast Cancer: A 3-Year Prospective Cohort Study*, 23 THE ONCOLOGIST 1 (2018).

[52] *Id* at 2.

[53] *Id.*

[54] *Id.*

taking steroids, antihistamines, antidepressants, or anticonvulsants were excluded from the study."[55]

The study results demonstrated that Taxotere was strongly associated with PCIA: Patients with Taxotere-based treatment had "about eight times higher odds of PCIA 3 years after completion of chemotherapy (8.01; 95% CI, 1.20–53.26) adjusting for age, hair density, and thickness at diagnosis."[56] There were 23 cases of PCIA in the Taxotere group and only 3 with the cyclophosphamide and anthracycline groups.

### *Martín et al. (2018)[57]*

492 breast cancer patients with adjuvant treatment for breast cancer were studied for the prevalence of PCIA in one institution in Spain between December 2005 and May 2006.  Two other institutions in Spain joined the prevalence study later to confirm the prevalence of grade 2 permanent alopecia.  Grade 2 permanent alopecia was defined as severe alopecia that requires a wig after at least 18 months from the end of chemotherapy.  The median follow-up of patients after the end of chemotherapy was 43 months (range 18-60 months).  Grade 2 PCIA only occurred in patients with Taxotere/docetaxel regimens.

The study also addressed the issue of whether regimens containing AC or EC cause permanent alopecia in the absence of Taxotere/docetaxel. In the 306 patients receiving other chemotherapy regimens (including AC/EC regimens alone or followed by Taxol/paclitaxel), there were no cases of grade 2 permanent alopecia.  The study also looked at patients receiving endocrine therapy.  There were no cases of permanent alopecia (even grade 1) in patients who received tamoxifen without chemotherapy. The incidence of Taxotere/docetaxel-induced grade 2 permanent alopecia was similar in patients with (22/221, 9.96%) and without endocrine therapy (14/137, 10.2%).

### *Núñez-Torres et al. (2020)[58]*

The purpose of this study was to research for a genetic predisposition to PCIA using a genome-wide association study.  The researchers recruited 71 patients with grade 2 PCIA after Taxotere/docetaxel chemotherapy. The mean cumulative dose was 434.2, and mean dose ranged from 300 to 550 mg/m2. Only 15 (31.9%) of these patients received anthracyclines as part of their Taxotere/docetaxel chemotherapy.


## Diagnostic Ladder

I have attempted to review all of the medical records of the patient. The records reviewed are listed in **Exhibit D** — Materials Consulted.

---

[55] *Id.*

[56] *Id.* at 3.

[57] Miguel Martín et al., *Persistent Major Alopecia Following Adjuvant Docetaxel for Breast Cancer: Incidence, Characteristics, and Prevention with Scalp Cooling*, 171(3) Breast Cancer Res. Treat. 627-34 (2018).

[58] Núñez-Torres R, Martín M, García-Sáenz JÁ, et al. *Association Between ABCB1 Genetic Variants and Persistent Chemotherapy-Induced Alopecia in Women with Breast Cancer*, 156(9) JAMA Dermatol. 987–991 (2020).

On September 4, 2020, I was able to perform an in-person evaluation of Elizabeth Kahn, and the examination progress notes and photographs are attached as **Exhibit F**.

During my clinical examination of Ms. Kahn, I took two scalp biopsies. Subsequently I received and considered the dermatopathology report of Curtis Thompson, MD, which is attached as **Exhibit G**.

1) **History**

Clinical history is very important for the correct assessment of hair disorders.

**Elizabeth Kahn is a 62-year-old Caucasian woman who was diagnosed with early stage breast cancer in April 2008 at the age of 51.[59] She enrolled in a clinical trial (NSABP trial B-40) and started chemotherapy on 5/29/2008. She was randomized to receive 4 cycles of docetaxel (Taxotere 75mg/m2) capecitabine (Xeloda) and bevacizumab (Avastin),[60] followed by 4 cycles of doxorubicin (an anthracycline) and cyclophosphamide. Her last administration of chemotherapy was on 10/23/2008.[61] This was followed by surgery (segmental mastectomy with sentinel node biopsy on 12/10/2008) and adjuvant radiotherapy (completed 2/27/2009).  On 1/9/2009 she started treatment with bevacizumab (Avastin) every 3 weeks for 10 doses. She was also prescribed Tamoxifen endocrine therapy, which she took from April 2009 to April 2018. History shows that she lost her hair during chemotherapy and that she had incomplete hair regrowth after that with severe permanent alopecia involving not only the scalp hair but also eyebrows and eyelashes. Incomplete hair regrowth is documented in her medical records on 11/16/2009 (hair growing back slowly), 2/23/2010 (still notes thinning hair), 8/11/2011 and 2/28/2012  (still notes thinning hair-slightly better) [62], 6/3/2016 (hair thin) and 9/21/2017 (alopecia).[63]  Ms. Kahn states that when her hair grew back in 2009, it had the appearance that it has today. She has clinical pictures showing that she had normal hair density in 2007, before chemotherapy, and she had incomplete regrowth after the end of chemotherapy, which remained stable in the years.  Her incomplete regrowth also did not improve from April 2018 (when she finished Tamoxifen treatment) to the present.  She is still going to the same hairdresser she used to go to before chemotherapy.**

2) **Clinical exam**

---

[59] Id 31574
[60] There are no case reports of PCIA from capecitabine or bevacizumab.
[61] *Id.* 31571 pg 69 and 104
[62] *Id.* 31574 pg 45, 54,126,135,154,231,254
[63] *Id.* 31571 pg 69 and 104.



**Photo of Elizabeth Kahn – Exhibit F – In-Person Evaluation by Dr. Tosti on September 4, 2020**



**Photo of Elizabeth Kahn – Exhibit F – In-Person Evaluation by Dr. Tosti on September 4, 2020**

### A) *Hair density*

Hair density can be normal or reduced. It is important to compare the density of the androgen dependent scalp with the density of the occipital scalp.

**Ms. Kahn had reduced hair density in the whole scalp, but more prominent on the androgen dependent scalp.**

### B) Examine the face and other hair-bearing body areas

Temporary loss of eyebrows and eyelashes is common from chemotherapy.  With PCIA, thinning of eyelashes and eyebrows as well as axillary, pubic and body hair can be a long-term complication of chemotherapy.[64]

**Ms. Kahn had thinning, but not patchy alopecia, of eyebrows and eyelashes.**

### Look at distribution of hair loss

The most common patterns of hair loss include diffuse alopecia, patchy alopecia, patterned alopecia and marginal alopecia.

### Diffuse alopecia

Diffuse scalp involvement is seen in telogen effluvium, diffuse alopecia areata, anagen effluvium due to chemotherapy and permanent alopecia after chemotherapy. Severe cases of female pattern hair loss are often diffuse to the parietal but very rarely involve the frontal and occipital scalp.

### Patterned alopecia

Involvement of the top of the scalp with sparing of parietal and occipital areas is typical for androgenetic alopecia. This is usually associated with involvement of the frontal hairline and the vertex in men but not in women.

The vertex is a common site of localization of several scarring alopecias including central centrifugal scarring alopecia and folliculitis decalvans.

### Marginal alopecias

The marginal scalp is selectively affected in several hair disorders including traction alopecia, androgenetic alopecia, frontal fibrosing alopecia and alopecia areata.

**Ms. Kahn had diffuse hair thinning with prominent involvement of the androgen dependent scalp. The frontal, mid scalp, and the vertex show severe thinning without evidence of scarring.**

### 3) Assess hair shedding

### Pull test

---

[64] Nicolas Kluger et al., *Permanent Scalp Alopecia Related to Breast Cancer Chemotherapy by Sequential Fluorouracil/Epirubicin/Cyclophosphamide (FEC) and Docetaxel: A Prospective Study of 20 Patients*, 23 Annals of Oncology 2879 (2012).



A tuft of about 50-60 hairs is gently pulled from the scalp with the thumb and index fingers. In diffuse hair loss the test is usually performed in 4 scalp areas (including androgen dependent and non-androgen dependent scalp) and is considered positive when it produces more than 5 hairs.

**Ms. Kahn had a negative pull test.**

4) *Trichoscopy*



Scalp dermoscopy, also known as trichoscopy is a non-invasive technique that is very useful in the evaluation of patients with hair loss. It can be performed using a manual dermoscope (x10/ x20 magnification) or a videodermoscope. Basically, it allows the physician to view and examine

the scalp very closely and evaluate hair density, thickness and breakage, the presence of follicular openings and other features that are very important for diagnosing hair disorders.

Main applications of trichoscopy include distinguishing scarring from non-scarring alopecias, distinguishing androgenetic alopecia from other causes of diffuse hair loss, distinguishing frontal fibrosing alopecia from other marginal alopecias, selecting optimal biopsy site, recognizing scalp infections and infestations and recognizing hair shaft disorders.[65]

**Trichoscopy showed non-scarring alopecia, reduced follicular density and variability in the hair shaft diameter.**



### 5) *Take a biopsy*

Definitive diagnosis of hair disorders, particularly of scarring alopecias, often requires a scalp biopsy. The size of biopsy should be 4mm. Horizontal sections are necessary to count the hairs and establish terminal to vellus and anagen to telogen ratios, which are important for diagnosis.

I took two biopsies: one from the frontal scalp) (marked as A) and one from the vertex  (marked as B).

---

[65] Antonella Tosti (ed.), *Dermoscopy of the Hair and Nails* (2nd ed. 2015).



**Photo of Elizabeth Kahn – Exhibit F – In-Person Evaluation by Dr. Tosti on September 4, 2020 – Biopsy A**



**Photo of Elizabeth Kahn – Exhibit F – In-Person Evaluation by Dr. Tosti on September 4, 2020 – Biopsy B**

**<u>Differential Diagnosis – Elizabeth Kahn</u>**

*Scarring/Traction/CCCA*



*Scarring Alopecia*



**Dermoscope image of Elizabeth Kahn**

*Dermoscopy of scarring alopecia in the non-pigmented scalp shows loss of follicular openings: this is very different from the dermoscopy of Ms. Kahn's scalp that shows reduced follicular density, with thin hairs and yellow dots representing follicular openings.*

*A diagnosis requires a finding of fibrosis in a pathologic examination. There was no finding of fibrosis, which rules out scarring in the areas of biopsy. Examination did not reveal scarring alopecia.*

*Thinning of eyebrows and eyelashes is not consistent with scarring alopecia.*
*(Eyebrows are lost in FFA, which is a scarring alopecia that involves the hairline and has a very different presentation from Ms. Kahn.)*

### *Telogen Effluvium*

Patients with acute telogen effluvium complain of increased shedding. In acute telogen effluvium, hair does not typically become noticeably thin though it may in more severe cases. Both acute and chronic telogen effluvium result in a positive pull test. Ms. Kahn did not complain of excessive hair shedding, and her pull test was negative.

Trichoscopy of telogen effluvium shows numerous short regrowing hairs of normal thickness as the hairs that are shed are immediately replaced by new regrowing hair.
This is very different from the trichoscopy of Ms. Kahn who had very few and very thin regrowing hairs.



**Dermoscope Image of Telogen Effluvium**[66]



**Dermoscope image of Elizabeth Kahn's scalp**[67]

Although Ms. Kahn had low vitamin D levels in the past and was taking Lisinopril that can be associated with telogen effluvium, telogen effluvium is excluded by history (she is not shedding

---

[66] Antonella Tosti (ed.), *Dermoscopy of the Hair and Nails* (2nd ed. 2015).
[67] *See* **Exhibit F**.

more than normal), pull test and clinical presentation. Ms. Kahn's history shows that the hair was lost during chemotherapy and never returned back to normal.

*Alopecia Areata*



**Alopecia Areata – characteristic exclamation mark hairs at dermoscopy**


**Dermoscope image of Elizabeth Kahn's scalp**

Alopecia areata causes sudden hair loss in round areas, leaving behind smooth patches completely devoid of hair.[68] It might rarely cause diffuse alopecia, but in this case the pull test is positive and dermoscopy shows broken and exclamation mark hairs. Ms. Kahn has diffuse hair loss without round-shaped bald patches. Ms. Kahn's pull test was negative. She has severe diffuse alopecia but no broken hairs at dermoscopy.

*Anagen Effluvium*
Temporary anagen effluvium is caused by a number of chemotherapy agents and scalp radiation. It occurs during drug intake. Temporary anagen effluvium does not manifest in loss of hair follicles and is thereby distinguishable from permanent chemotherapy-induced alopecia.
A pull test would be positive in a case of temporary anagen effluvium. Ms. Kahn's pull test was negative.

History is not consistent with this diagnosis as Ms. Kahn had chemotherapy several years ago.


*Androgenetic Alopecia/Female Pattern Hair Loss (FPHL)*

---

[68] Tosti & Gray at 24.



**Dermoscopy of Androgenetic Alopecia showing variability in the hair shaft diameter but not reduction in the number of hairs**



**Dermoscope image of Ms. Kahn's scalp showing reduced hair density**

In female androgenetic alopecia (FPHL), hair thinning is not so severe.  The frontal hairline is typically preserved in women. On page 11 hereinabove are illustrations of 2 scales that are utilized to grade severity of FPHL (Ludwig and Savin) and in both of them the frontal hairline is

preserved. Although some women, particularly women with hormonal problems or postmenopausal women, can present with a temporal recession, they usually do not present with almost complete loss of hair in the frontal scalp. This is instead only seen in men as shown by the scale below.

## Norwood Hamilton Scale[69]



The following categories are defined as follows: Type I: no hair loss, Type II: minor recession of the frontal hairline, Type III: further frontal hair loss, Type III vertex: significant frontal recession and hair loss from the vertex, Type IV-VI: further frontal and vertex loss, Type VII: only the occipital scalp region maintained.

Androgenetic alopecia involves the miniaturization of hairs, but, total follicular number is almost normal.[70]  Even  if hair density might slightly decrease with ageing only 5.7% of women with FPHL after the age of 70 showed a reduction in follicle number (and this was not severe: approximately 18%).[71]

Ms. Kahn had normal hair density before chemotherapy. She lost her hair during chemotherapy, and it never regrew to normal density.  She developed a severe alopecia in less than 1 year, whereas androgenetic alopecia takes place over the course of years.

Thinning of eyebrows and eyelashes is not a feature of androgenetic alopecia.

---

[69] *See* O.T. Norwood, *Male Pattern Baldness: Classification and Incidence*, 68 SOUTH MED J. 1359 (1975).
[70] David A. Whiting, *Chronic Telogen Effluvium: Increased Scalp Hair Shedding in Middle-Aged Women*, 35(6) J. AM. ACAD. DERMATOL. 899 (1996).
[71] David A. Whiting, *How Real Is Senescent Alopecia? A Histopathologic Approach*, 29(1) CLIN. DERMATOL. 49 (2011).

Endocrine therapy can cause androgenetic alopecia. Ms. Kahn was on Tamoxifen from April 2009 through April 2018. Ms. Kahn started taking Tamoxifen 6 months after finishing chemotherapy. At that time, she had incomplete hair regrowth. She has now finished Tamoxifen therapy and did not experience any hair regrowth. Ms. Kahn reports that her hair today is the same as it was just before starting Tamoxifen. The chronology of her alopecia is not consistent with this diagnosis as patients with alopecia due to endocrine therapy have normal hair regrowth after chemotherapy and then develop progressive hair thinning several months after starting endocrine therapy. Ms. Kahn instead had incomplete hair regrowth with severe alopecia **before** starting endocrine therapy. As stated above, PCIA can be misdiagnosed as androgenetic alopecia at clinical examination and at pathology, even though in PCIA there is often a reduction in the follicle number in addition to miniaturization.

### *Permanent Chemotherapy-Induced Alopecia (PCIA)*

Permanent Chemotherapy-Induced Alopecia (PCIA) is defined as incomplete hair regrowth 6 to 8 months after the end of chemotherapy.[72]

Patients have moderate to very severe hair thinning, with short miniaturized hairs. Hair thinning is diffuse but can be more prominent on androgen-dependent scalp regions.  PCIA can be misdiagnosed as Androgenetic Alopecia at clinical examination and at pathology, particularly if doctors are not familiar with this condition, which is relatively new.  PCIA is also characterized by thinning of eyelashes and eyebrows.

Ms. Kahn lost her hair during chemotherapy and had incomplete hair regrowth after that with severe permanent alopecia (grade 2) involving not only the scalp hair but also eyebrows, and eyelashes. Ms. Kahn would need a wig in order to camouflage her severe permanent alopecia, which is readily apparent to others; however, for personal reasons, she does not wear a wig. Ms. Kahn's medical records report that some of her hair had regrown,[73] but the regrowth was incomplete. Ms. Kahn stated that her hair density and length in February 2009 is the same that is today.

Ms. Kahn's history, and clinical findings are consistent with a diagnosis of PCIA.

The dermatopathology report of Curtis Thompson, MD is attached as **Exhibit G**. Dr. Thompson confirms the diagnosis of "Permanent Chemotherapy-Induced Alopecia."

Based on history, clinical examination, dermoscopy, and pathology, Ms. Kahn has Permanent Chemotherapy-Induced Alopecia (PCIA).

## Conclusions

---

[72] Miguel Martín et al., *Persistent Major Alopecia Following Adjuvant Docetaxel for Breast Cancer: Incidence, Characteristics, and Prevention with Scalp Cooling*, 171(3) BREAST CANCER RES. TREAT. 627-34 (2018); Mariya Miteva, MD et al., *Permanent Alopecia After Systemic Chemotherapy: A Clinicopathological Study of 10 Cases*, 33(4) AM. J. DERMATOPATHOL. 345 (2011).
[73] *Id.* 31574 pg 45, 54,126,135,154,231,254

History, clinical examination, dermoscopy, and pathology show that Ms. Kahn is affected by permanent alopecia after systemic chemotherapy (PCIA). Ms. Kahn was administered Taxotere in the context of a Taxotere regimen with capecitabine, bevacizumab, doxorubicin, and cyclophosphamide. The use of Taxotere/docetaxel with doxorubicin (an anthracycline) and cyclophosphamide is on the label for Taxotere, so it is a reasonably foreseeable use. The addition of Taxotere to her chemotherapy regimen is the cause of Ms. Kahn's PCIA. Taxotere/docetaxel has been shown to consistently cause this side effect by numerous studies. I have also personally seen patients with PCIA from Taxotere/docetaxel regimens.  Doxorubicin and cyclophosphamide have been on the market since 1974 and 1959, respectively; yet the first reported cases of PCIA outside the bone marrow transplant context were in the 2000s, once Taxotere was on the market. We did not see the problem of PCIA until Taxotere was added to chemotherapy regimens. Therefore, Taxotere regimens cause PCIA. There are no cases of PCIA reported with capecitabine or bevacizumab. In the adjuvant treatment of breast cancer, there are only 39 cases of permanent alopecia reported with non-taxane regimens with anthracyclines and cyclophosphamide in comparison with 568 reported cases with taxane regimens—424 of which are Taxotere/docetaxel regimens.[74] The use of Taxotere in Ms. Kahn's regimen was, to a reasonable degree of scientific certainty, the factor that substantially contributed to causing her PCIA. Her use of Tamoxifen is not the cause of her PCIA because the history, clinical presentation, and chronology of the alopecia exclude endocrine therapy. Doxorubicin, cyclophosphamide, capecitabine, and bevacizumab were not the cause of Ms. Kahn's PCIA—independent of Taxotere. Furthermore, none of the other chemotherapies used in the treatment of breast cancer carry such a high risk of causing PCIA as Taxotere/docetaxel. Taxotere/docetaxel has the most reports of PCIA reported in the literature compared to any other drug Ms. Kahn received.  My review of the scientific literature and the conclusions of the expert reports of Dr. Madigan and Dr. Feigal shows that there is not a signal of PCIA with her chemotherapy drugs other than Taxotere/docetaxel. There is only a strong causal association between Taxotere/docetaxel and PCIA. Taxotere's use in the regimen was the substantial contributing factor to Ms. Kahn's PCIA.

Respectfully Submitted,

Antonella Tosti, M.D.

September, 15, 2020

---

[74] *See* **Exhibit E** – Articles on Permanent Alopecia Following Breast Cancer Chemotherapy.