# EXHIBIT SSS

```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF LOUISIANA


IN RE:  TAXOTERE (DOCETAXEL)       *
PRODUCTS LIABILITY LITIGATION      *    Docket No.: 16-MD-2740
                                   *    Section "H(5)"
                                   *    New Orleans, Louisiana
Relates to:  Barbara Earnest       *    September 17, 2019
Case No.: 16-CV-17144              *
* * * * * * * * * * * * * * * * * *


                      DAY 2 - AFTERNOON SESSION
                    TRANSCRIPT OF JURY TRIAL BEFORE
                     THE HONORABLE JANE T. MILAZZO
                      UNITED STATES DISTRICT JUDGE


APPEARANCES:


For the Plaintiffs:           Barrios Kingsdorf & Casteix, LLP
                              BY:  DAWN M. BARRIOS, ESQ.
                              701 Poydras Street
                              Suite 3650
                              New Orleans, Louisiana 70139




For the Plaintiffs:           Gainsburgh Benjamin David Meunier
                                & Warshauer, LLC
                              BY:  M. PALMER LAMBERT, ESQ.
                              1100 Poydras Street
                              Suite 2800
                              New Orleans, Louisiana 70163




For the Plaintiffs:           Pendley Baudin & Coffin, LLP
                              BY:  CHRISTOPHER L. COFFIN, ESQ.
                              1100 Poydras Street
                              Suite 2505
                              New Orleans, Louisiana 70163




                         OFFICIAL TRANSCRIPT
```

| | | |
|---|---|---|
| 3:29PM | 1 | **Q.** Doctor, I didn't ask about the FDA database. I asked |
| 3:29PM | 2 | about the literature. If you could answer my question. |
| 3:29PM | 3 | And if the answer is you didn't find any, that's |
| 3:30PM | 4 | fine. I'm asking you, did you find any? |
| 3:30PM | 5 | **A.** I saw no case of monotherapy Cytoxan where Cytoxan caused |
| 3:30PM | 6 | irreversible or permanent hair loss. I did not see it any in |
| 3:30PM | 7 | the medical literature, and I searched. |
| 3:30PM | 8 | **Q.** How about this? Did you see any reports -- you slipped in |
| 3:30PM | 9 | the word "monotherapy" there. |
| 3:30PM | 10 | Did you see any reports in the medical literature |
| 3:30PM | 11 | where the regimen included Cytoxan and there was a report of |
| 3:30PM | 12 | permanent hair loss? |
| 3:30PM | 13 | **A.** Sure, of course. Because in the FAC arm, that includes |
| 3:30PM | 14 | Cytoxan. So, of course, it included Cytoxan -- |
| 3:30PM | 15 | **Q.** Okay. |
| 3:30PM | 16 | **A.** -- in that arm. |
| 3:30PM | 17 | **Q.** And the same thing for Adriamycin; correct? |
| 3:30PM | 18 | **A.** Correct. But they were controlled. |
| 3:30PM | 19 | **Q.** So you can't say that there is no risk of any kind of |
| 3:30PM | 20 | persistent hair loss with the FAC arm; correct? |
| 3:30PM | 21 | **A.** I certainly can, in a controlled trial. You're missing |
| 3:30PM | 22 | the point. When you compare TAC versus FAC, the only |
| 3:31PM | 23 | difference is the T; it's not the A and C. |
| 3:31PM | 24 | You're explaining away the risk. It's the biggest |
| 3:31PM | 25 | mistake in drug safety. You're explaining away the risk and |