# EXHIBIT TTT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
IN RE:  TAXOTERE (DOCETAXEL)       *
PRODUCTS LIABILITY LITIGATION      *    Docket No.: 16-MD-2740
                                   *    Section "H(5)"
                                   *    New Orleans, Louisiana
Relates to:  Barbara Earnest       *    September 19, 2019
Case No.: 16-CV-17144              *
* * * * * * * * * * * * * * * * * *
```

DAY 4 - AFTERNOON SESSION
TRANSCRIPT OF JURY TRIAL BEFORE
THE HONORABLE JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE

APPEARANCES:

| | |
|---|---|
| For the Plaintiffs: | Barrios Kingsdorf & Casteix, LLP<br>BY:  DAWN M. BARRIOS, ESQ.<br>701 Poydras Street<br>Suite 3650<br>New Orleans, Louisiana 70139 |
| For the Plaintiffs: | Gainsburgh Benjamin David Meunier<br>  & Warshauer, LLC<br>BY:  M. PALMER LAMBERT, ESQ.<br>1100 Poydras Street<br>Suite 2800<br>New Orleans, Louisiana 70163 |
| For the Plaintiffs: | Pendley Baudin & Coffin, LLP<br>BY:  CHRISTOPHER L. COFFIN, ESQ.<br>1100 Poydras Street<br>Suite 2505<br>New Orleans, Louisiana 70163 |

OFFICIAL TRANSCRIPT

| | | |
|---|---|---|
| 1:18PM | 1 | **Q.** And you'd agree with me that Adriamycin causes hair loss; |
| 1:19PM | 2 | correct? |
| 1:19PM | 3 | **A.** Adriamycin can cause anagen effluvium, yes. |
| 1:19PM | 4 | **Q.** Okay. When you say that, though, I'm asking you a very |
| 1:19PM | 5 | specific question. |
| 1:19PM | 6 | When a patient takes Adriamycin for chemotherapy, |
| 1:19PM | 7 | Adriamycin can cause hair loss? |
| 1:19PM | 8 | **A.** Yes, hair loss, but not prevent regrowth. |
| 1:19PM | 9 | **Q.** I'm sorry. Say that again. Not what? |
| 1:19PM | 10 | **A.** Can cause hair loss. But what she has is different. She |
| 1:19PM | 11 | has no regrowth. |
| 1:19PM | 12 | **Q.** Okay. Well, my question is just simply it can cause hair |
| 1:19PM | 13 | loss; right? |
| 1:19PM | 14 | **A.** Yes, it can cause hair loss. |
| 1:19PM | 15 | **Q.** Very good. And you'd also agree with me that there are |
| 1:19PM | 16 | reports in the literature of what you call -- what you talked |
| 1:19PM | 17 | about this morning, persistent chemotherapy-induced alopecia |
| 1:19PM | 18 | with Adriamycin; true? |
| 1:19PM | 19 | **A.** With Adriamycin alone, just a very, very high dosage, not |
| 1:20PM | 20 | for breast cancer. |
| 1:20PM | 21 | **Q.** All right. Let me see if I can ask you a different |
| 1:20PM | 22 | question. |
| 1:20PM | 23 | Is Adriamycin considered an anthracycline drug? |
| 1:20PM | 24 | **A.** Yes. |
| 1:20PM | 25 | **Q.** And there's case reports of persistent |

1:20PM  1   chemotherapy-induced alopecia with anthracycline regimens;
1:20PM  2   true?
1:20PM  3   **A.**   Yes.
1:20PM  4   **Q.**   Okay.  Now, we can agree that Mrs. Earnest was also
1:20PM  5   treated with Cytoxan?
1:20PM  6   **A.**   Yes.
1:20PM  7   **Q.**   And another name for that is cyclophosphamide?
1:20PM  8   **A.**   Yes.
1:20PM  9   **Q.**   And you'd agree that Cytoxan causes hair loss; true?
1:20PM  10  **A.**   Yes.
1:20PM  11  **Q.**   And you'd also agree with me, Doctor, that there are
1:20PM  12  reports in the literature which you have seen personally of
1:20PM  13  persistent chemotherapy-induced alopecia with Cytoxan?
1:20PM  14  **A.**   Very rare.
1:20PM  15  **Q.**   But they exist was my question.
1:20PM  16  **A.**   Yes, but they are very rare.
1:20PM  17  **Q.**   Okay.  Now, there's also a group of chemotherapies used to
1:21PM  18  treat breast cancer known as taxanes; right?
1:21PM  19  **A.**   Yes.
1:21PM  20  **Q.**   And Taxotere is a taxane; true?
1:21PM  21  **A.**   Yes.
1:21PM  22  **Q.**   Taxol is a taxane?
1:21PM  23  **A.**   Yes.
1:21PM  24  **Q.**   And let's talk about Taxol for a moment.  I know you spoke
1:21PM  25  with Mr. Schanker about it on your direct exam.

| | | |
|---|---|---|
| 1:56PM | 1 | **Q.** As you sit here today, you don't know if the number is |
| 1:56PM | 2 | one, you don't know if the number is 10 for cyclophosphamide; |
| 1:56PM | 3 | right? |
| 1:56PM | 4 | **A.** Absolutely, I don't know. |
| 1:56PM | 5 | **Q.** Okay. And then if we look a little further down, it says |
| 1:56PM | 6 | "doxorubicin." Do you see that? |
| 1:56PM | 7 | **A.** Yes, I do. |
| 1:56PM | 8 | **Q.** And if lists other drugs as well? |
| 1:56PM | 9 | **A.** Yes. |
| 1:56PM | 10 | **Q.** Doxorubicin is Adriamycin; right? |
| 1:56PM | 11 | **A.** Yes. |
| 1:56PM | 12 | **Q.** And in your paper published in 2109, you recorded five |
| 1:56PM | 13 | cases for a group of drugs, including Adriamycin, where you saw |
| 1:56PM | 14 | five patients with persistent chemotherapy-induced alopecia; |
| 1:56PM | 15 | correct? |
| 1:56PM | 16 | **A.** They were also taking Adriamycin. |
| 1:56PM | 17 | **Q.** Right. And that's what I'm saying. You don't know of |
| 1:56PM | 18 | that five patients who had persistent chemotherapy-induced |
| 1:56PM | 19 | alopecia, if it was two or three or four or even just one of |
| 1:57PM | 20 | them that had that drug, but you know some of them did; |
| 1:57PM | 21 | correct? |
| 1:57PM | 22 | **A.** Yes, but what I really think is that those drugs are, you |
| 1:57PM | 23 | know, sometimes occasionally causing the problem. I never said |
| 1:57PM | 24 | they never cause. It's just a question of, likely, frequency. |
| 1:57PM | 25 | **Q.** One of the other drugs that the jury has heard a little |

1:57PM 1  bit about, and I think you discussed on your direct exam, is
1:57PM 2  fluorouracil; correct?
1:57PM 3  **A.**  No, I have no experience with that.  I discussed busulfan.
1:57PM 4  I have experience with busulfan.
1:57PM 5  **Q.**  All right.  But you've heard of fluorouracil; correct?
1:58PM 6  **A.**  Sorry?
1:58PM 7  **Q.**  Fluorouracil.  I just highlighted it on the page.
1:58PM 8  **A.**  Yes, I have no experience with that drug.
1:58PM 9  **Q.**  Okay.  But it's included within your group where some
1:58PM 10 number of patients within that 13 had persistent
1:58PM 11 chemotherapy-induced alopecia after taking fluorouracil; right?
1:58PM 12 **A.**  Yes.
1:58PM 13 **Q.**  Okay.  Now, the jury's heard a little bit about a drug
1:58PM 14 regimen.  They heard about FAC, F-A-C.  And they've also heard
1:58PM 15 about a regimen called FEC, F-E-C.  All right.  And do you
1:58PM 16 understand the E in FEC to be epirubicin?
1:58PM 17 **A.**  I'm not an oncologist, and to be honest, I don't feel I
1:58PM 18 can give an expert opinion, but I'm here and I will do what I
1:59PM 19 can do.
1:59PM 20 **Q.**  Well, let me ask you this, Doctor:  There's case reports
1:59PM 21 of persistent chemotherapy-induced alopecia with the F-E-C, or
1:59PM 22 FEC, regimen; true?
1:59PM 23 **A.**  I think so.
1:59PM 24 **Q.**  And the E in the FEC is also included within your study?
1:59PM 25 Right?  Epirubicin?

2:10PM 1  morning, that depending on the two grades, it doesn't really
2:10PM 2  give you the possibility to select it completely this way.
2:10PM 3  **Q.** Just to be clear, when you say that it may be necessary
2:11PM 4  that the patients camouflage, you're talking about alopecia
2:11PM 5  Grade 2 in patients who've received endocrine therapy that it's
2:11PM 6  so severe that they do need to use things like wigs; correct?
2:11PM 7  That's what "camouflage" means.
2:11PM 8  **A.** Yes. But the definition of alopecia with endocrine
2:11PM 9  therapy required that the patient starts with hair.
2:11PM 10 **Q.** Okay.
2:11PM 11 **A.** That's the problem.
2:11PM 12 **Q.** And when it comes to endocrine therapy, you'd agree with
2:11PM 13 me that up to 25 percent of patients with breast cancer
2:11PM 14 receiving endocrine therapy may develop endocrine
2:11PM 15 therapy-induced alopecia; true?
2:11PM 16 **A.** Yes.
2:11PM 17 **Q.** And that's exactly what you state in your paper, up to
2:11PM 18 25 percent; right?
2:11PM 19 **A.** Yes.
2:11PM 20 **Q.** Now, you talked about a couple times if a patient -- you
2:11PM 21 had your 192 patients, and you divided them up into two groups;
2:12PM 22 right? And there's the chemotherapy group; right? PCIA. And
2:12PM 23 then there's the endocrine therapy group, EIAC; correct?
2:12PM 24 **A.** Yes.
2:12PM 25 **Q.** And in order to be within the endocrine therapy group, the