# EXHIBIT UUU

```
08:48:06  1                    UNITED STATES DISTRICT COURT

          2                    EASTERN DISTRICT OF LOUISIANA

          3

          4

          5    IN RE:  TAXOTERE (DOCETAXEL)
                       PRODUCTS LIABILITY        Docket No.: 16-MD-2740
          6            LITIGATION                Section "H(5)"
                                                 September 20, 2019
          7                                      New Orleans, Louisiana

          8    Relates To:  Barbara Earnest,
                Case No.: 16-CV-17144
          9

         10    * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

         11
                                    DAY 5, MORNING SESSION
         12                  TRANSCRIPT OF JURY TRIAL PROCEEDINGS
                         HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
         13                     UNITED STATES DISTRICT JUDGE

         14

         15    APPEARANCES:

         16    For the Plaintiffs:         Barrios, Kingsdorf & Casteix, LLP
                                           BY:  DAWN BARRIOS, ESQ.
         17                                701 Poydras Street
                                           Suite 3650
         18                                New Orleans, Louisiana 70139

         19

         20    For the Plaintiffs:         Gainsburgh, Benjamin, David,
                                              Meunier & Warshauer, LLC
         21                                BY:  PALMER LAMBERT, ESQ.
                                           2800 Energy Centre
         22                                1100 Poydras Street
                                           New Orleans, Louisiana 70163-2800
         23

         24

         25

                                    OFFICIAL TRANSCRIPT
```

```
09:48:35  1    reference.
09:48:35  2    A.    I'm sorry, I thought you were talking about monotherapy.
09:48:38  3    So my apologies.
09:48:39  4    Q.    Would you agree with me that there have been cases of
09:48:42  5    permanent hair loss reported with cyclophosphamide?
09:48:44  6    A.    Yes.  Yes.
09:48:44  7    Q.    Would you agree with me that there have been cases of
09:48:48  8    permanent hair loss reported with Adriamycin?
09:48:52  9    A.    Correct.
09:48:53 10    Q.    Would you agree with me that there have been cases of
09:48:57 11    permanent hair loss reported with the AC regimen?
09:49:03 12    A.    Well, now I am a little confused.  I was including the
09:49:07 13    cyclophosphamide in the anthracycline answer, with combo.
09:49:12 14    Q.    But you would agree with me that in the AC regimen combo,
09:49:15 15    there have been cases of permanent hair loss?
09:49:16 16    A.    Yes, I do agree.
09:49:17 17    Q.    You would agree with me that there have been cases
09:49:19 18    reported of permanent hair loss with the AC Taxol regimen,
09:49:24 19    correct?
09:49:25 20    A.    I believe that's captured in some of the cases I have on
09:49:32 21    the --
09:49:34 22    Q.    So the answer is yes?
09:49:35 23    A.    Yes.  I'd have to look at the specifics of the article,
09:49:42 24    but I believe those were in combo.
09:49:48 25    Q.    Now, you talked through a chart of literature that you
```

*OFFICIAL TRANSCRIPT*