UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
*The cases listed in the attached Exhibit A*

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, come plaintiffs listed in the attached Exhibit A, who respectfully request that M. Palmer Lambert and Claire E. Berg of the firm of Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC, 2800 Energy Centre, 1100 Poydras Street, New Orleans, Louisiana, 70163, be substituted for Sean C. Domnick and the attorneys of Domnick Cunningham & Whalen, 2401 PGA Boulevard, Suite 140, Palm Beach Gardens, Florida 33410 as counsel of record for plaintiffs.

Dated: June 18, 2021　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/M. Palmer Lambert*
　　　　　　　　　　　　　　　　　　　　　　M. Palmer Lambert (#33228)
　　　　　　　　　　　　　　　　　　　　　　Claire E. Berg (#37029)
　　　　　　　　　　　　　　　　　　　　　　GAINSBURGH BENJAMIN DAVID
　　　　　　　　　　　　　　　　　　　　　　MEUNIER & WARSHAUER, LLC
　　　　　　　　　　　　　　　　　　　　　　2800 Energy Centre, 1100 Poydras Street
　　　　　　　　　　　　　　　　　　　　　　New Orleans, LA 70163-2800
　　　　　　　　　　　　　　　　　　　　　　Phone: 504-522-2304
　　　　　　　　　　　　　　　　　　　　　　Fax: 504-528-9973
　　　　　　　　　　　　　　　　　　　　　　plambert@gainsben.com
　　　　　　　　　　　　　　　　　　　　　　cberg@gainsben.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2021, I electronically filed the forgoing with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/EF System, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ M. Palmer Lambert*
M. PALMER LAMBERT
