# EXHIBIT A

| Plaintiff Last Name | Plaintiff First Name | Case Numbers |
|---|---|---|
| Baxter | Valencia | 2:20-cv-00108 |
| Brooks | Diane | 2:20-cv-00109 |
| Candy-Hall | Louise | 2:20-cv-00134 |
| Cook | Casey | 2:20-cv-00075 |
| Crittenden | Kelly | 2:20-cv-00053 |
| Dobias | Debra | 2:20-cv-00112 |
| Doherty | Lori | 2:20-cv-00167 |
| Finn | Jeanette | 2:20-cv-00351 |
| Frisina | Paulette | 2:20-cv-00114 |
| Garcia | Lorna | 2:20-cv-00055 |
| Grant | Carol | 2:20-cv-00115 |
| Hicks | Rose | 2:20-cv-00116 |
| Kelly | Patricia | 2:20-cv-00056 |
| Lawson | Alicia | 2:20-cv-00060 |
| Leon | Angie | 2:20-cv-00061 |
| Litke | Yumi | 2:20-cv-00117 |
| Lund | Sandra | 2:20-cv-00118 |
| McGowan | Juanita | 2:20-cv-00063 |
| Miller | Sherry | 2:20-cv-00120 |
| Miller | Virginia | 2:20-cv-00064 |
| Morton | Sharon | 2:20-cv-00122 |
| Perry | Mary | 2:20-cv-00123 |
| Ratcliff | Joyce | 2:20-cv-00124 |
| Rodriguez | Belen | 2:20-cv-00125 |
| Schlegel | Autumn | 2:20-cv-02837 |
| Schmit | Karla | 2:20-cv-00065 |
| Sharp | Gail | 2:19-cv-11730 |
| Shorter | Rose | 2:20-cv-00126 |
| Sines-Baker | Violette | 2:20-cv-00070 |
| Stangelo-Moore | Stephanie | 2:20-cv-00130 |
| Taft | Marjorie | 2:20-cv-00066 |
| Walker | Lisa | 2:20-cv-00067 |
| Walton | Mary Kate | 2:20-cv-00131 |
| Yost | Julie | 2:20-cv-00068 |
| Young | Ruby | 2:20-cv-00350 |