**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re: TAXOTERE (DOCETAXEL)**                              **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                                             **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO:**
*The cases listed in the attached Exhibit A*

## ORDER

Considering the foregoing Motion to Substitute Counsel of Record:

**IT IS ORDERED** that the Motion is **GRANTED** and that M. Palmer Lambert and Claire

E. Berg of the firm of Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC be substituted

for Sean C. Domnick and the attorneys of Domnick Cunningham and Whalen as counsel of record

for plaintiffs identified in the attached Exhibit A.

New Orleans, Louisiana this _____ day of _____, 2021.


_____
JUDGE JANE TRICHE MILAZZO