# United States Court of Appeals
# for the Fifth Circuit

_____

No. 21-30099
_____

Juanita Greer,

                  *Plaintiff—Appellant*,

versus

Sanofi U.S. Services, Incorporated, *formerly known as* Sanofi-Aventis U.S., Incorporated; Sanofi-Aventis, U.S., L.L.C.,

                  *Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:16-MD-2740
USDC No. 2:18-CV-11728
_____

**A True Copy**
Certified order issued Jun 17, 2021

*Tyler W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

CLERK'S OFFICE:

    Under Fed. R. App. P. 42(b), the appeal is dismissed as of June 17, 2021, pursuant to appellant's motion.

No. 21-30099

                              LYLE W. CAYCE
                              Clerk of the United States Court
                              of Appeals for the Fifth Circuit

By: _____
            Allison G. Lopez, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT