UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)           MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**

**Elizabeth Kahn, Case No. 2:16-cv-17039.**

## DEFENDANTS' RENEWED MOTION FOR RECONSIDERATION

Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi") hereby move this Court for reconsideration of its Order and Reasons Denying Defendants' Motion for Summary Judgment Based on the Statute of limitations (Rec. Doc. 9885). For the reasons more fully set forth in the attached Memorandum in Support, the Court should grant Sanofi's Motion because under the Fifth Circuit's decision in *Durden*, Ms. Kahn's claims are prescribed. *See In re Taxotere (Docetaxel) Prods. Liab. Litig.*, No. 20-30495, 2021 WL 2373490 (5th Cir. June 9, 2021).

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Jon Strongman
Adrienne L. Byard
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
jstrongman@shb.com
abyard@shb.com

*Counsel for sanofi-aventis U.S. LLC and Sanofi US Services Inc.*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 21, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

      */s/ Douglas J. Moore*