UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

**THIS DOCUMENT RELATES TO:**

Elizabeth Kahn, Case No. 2:16-cv-17039.

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi") will bring for hearing the accompanying Renewed Motion for Reconsideration on the 14th day of July, 2021, at 9:30 a.m., before the Honorable Jane Triche Milazzo of the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130.

Respectfully submitted,

| | |
|---|---|
| /s/ *Douglas J. Moore* | Harley V. Ratliff |
| Douglas J. Moore (Bar No. 27706) | Jon Strongman |
| **IRWIN FRITCHIE URQUHART &** | Adrienne L. Byard |
| **MOORE LLC** | **SHOOK, HARDY& BACON L.L.P.** |
| 400 Poydras Street, Suite 2700 | 2555 Grand Boulevard |
| New Orleans, LA 70130 | Kansas City, Missouri 64108 |
| Telephone: 504-310-2100 | Telephone: 816-474-6550 |
| Facsimile: 504-310-2120 | Facsimile: 816-421-5547 |
| dmoore@irwinllc.com | hratliff@shb.com |
| | jstrongman@shb.com |
| | abyard@shb.com |
| | |
| | *Counsel for sanofi-aventis U.S. LLC and Sanofi US Services Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

*/s/ Douglas J. Moore*