# EXHIBIT A

08:48:06

1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF LOUISIANA

3

4

5    IN RE:   TAXOTERE (DOCETAXEL)
              PRODUCTS LIABILITY          Docket No.: 16-MD-2740
6             LITIGATION                  Section "H(5)"
                                          September 20, 2019
7                                         New Orleans, Louisiana

8    *Relates To*:  *Barbara Earnest*,
     *Case No.: 16-CV-17144*

9

10   * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

11

12                      DAY 5, MORNING SESSION
               TRANSCRIPT OF JURY TRIAL PROCEEDINGS
             HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
13                   UNITED STATES DISTRICT JUDGE

14

15   <u>APPEARANCES</u>:

16   For the Plaintiffs:       Barrios, Kingsdorf & Casteix, LLP
                               BY:  DAWN BARRIOS, ESQ.
17                             701 Poydras Street
                               Suite 3650
18                             New Orleans, Louisiana 70139

19

20   For the Plaintiffs:       Gainsburgh, Benjamin, David,
                                 Meunier & Warshauer, LLC
21                             BY:  PALMER LAMBERT, ESQ.
                               2800 Energy Centre
22                             1100 Poydras Street
                               New Orleans, Louisiana 70163-2800
23

24

25

                          ***OFFICIAL TRANSCRIPT***

11:29:37  1    Q.    Doctor, can you tell the jury, please, what your opinion

11:29:44  2    is on the treatment options for stage II, ER/PR positive, HER2

11:29:52  3    negative, early-stage breast cancer in the 2011 time frame?

11:29:56  4    A.    So, in 2011, there were 13 proven effective regimens, and

11:30:02  5    a patient might choose any of those and expect an excellent,

11:30:06  6    high survival rate in the 95 to 98 percent range.  So, there

11:30:13  7    are some, as you noticed on the top, that were preferred.

11:30:17  8    Those might be more chosen, but there is reason to choose

11:30:21  9    other.

11:30:21 10        So all are Category 1.  All are approved by the

11:30:24 11    United States experts who are the breast cancer leaders for the

11:30:29 12    country for use in patients with this disease.

11:30:32 13    Q.    Thank you, Dr. Bosserman.

11:30:34 14        MS. MENZIES:  Nothing further at this time, Your Honor.

11:30:36 15        THE COURT:  Mr. Strongman.

11:30:39 16                    CROSS-EXAMINATION

11:30:39 17    BY MR. STRONGMAN:

11:30:56 18    Q.    Good morning, Dr. Bosserman.  How are you?

11:30:57 19    A.    Good morning.

11:30:58 20    Q.    Nice to see you again.

11:31:00 21    A.    You, too.

11:31:01 22    Q.    You and I had an opportunity to spend a good bit of time

11:31:05 23    together when I took your deposition, do you remember that?

11:31:07 24    A.    I do.

11:31:08 25    Q.    Now, I want to talk just a little bit about these

*OFFICIAL TRANSCRIPT*

11:37:38  1   and regular AC, it's a timing issue, correct?

11:37:42  2   A.   Yes.

11:37:42  3   Q.   So it's every two weeks, correct, for dose dense?

11:37:46  4   Correct?

11:37:46  5   A.   Correct.  It means that the whole regimen is done really

11:37:54  6   in about -- it's eight total cycles, 16 weeks, as opposed to

11:38:01  7   about 24 weeks.

11:38:01  8   Q.   Doctor, when you were being asked questions by

11:38:07  9   Ms. Menzies, what regimen did you say Barbara Earnest received?

11:38:10 10   A.   She received the AC followed by docetaxel regimen.

11:38:14 11   Q.   Now, the truth is, Doctor -- did you look at Ms. Earnest's

11:38:18 12   medical records?

11:38:19 13   A.   I did.

11:38:19 14   Q.   The truth is, Ms. Earnest actually got dose-dense AC

11:38:26 15   followed by Taxotere, correct?

11:38:28 16   A.   Yes.  I haven't really looked at that, to be honest,

11:38:33 17   today.

11:38:33 18   Q.   The answer is yes, correct?

11:38:35 19   A.   I actually didn't look at that dose yesterday when I was

11:38:39 20   reviewing that case, so I would have to look at that.

11:38:40 21   Q.   Certainly when you were asked questions by Ms. Menzies

11:38:43 22   about the dose and the regimen that Ms. Earnest got, you didn't

11:38:46 23   mention dose dense, correct?

11:38:49 24   A.   I didn't mention it, no.

11:38:50 25   Q.   And you pointed to one of the specific regimens on the

*OFFICIAL TRANSCRIPT*

11:38:53  1   NCCN Guidelines for Ms. Earnest, correct?

11:38:57  2   A.   Yes.  It's considered completely acceptable to use

11:39:01  3   dose-dense AC with docetaxel.  It just didn't get called out in

11:39:04  4   the regimen sheet.

11:39:05  5   Q.   Doctor, do you even know, sitting here today, whether or

11:39:09  6   not Ms. Earnest got dose-dense AC --

11:39:12  7   A.   I would have to look at my notes.

11:39:13  8   Q.   -- followed by Taxotere?

11:39:14  9   A.   I would have to look at my notes.  You have those.  Could

11:39:16  10  you show them to me.  I'll tell you right away.

11:39:19  11  Q.   Can you answer that question one way or the other, sitting

11:39:22  12  here?

11:39:22  13  A.   I would have to look at my notes to tell you that.

11:39:24  14  Q.   So you don't have that information in front of you?

11:39:24  15       MS. MENZIES:  Objection, Your Honor, asked and

11:39:28  16  answered.

11:39:29  17       THE COURT:  Sustained.  It's been asked and answered.

11:39:31  18  EXAMINATION BY MR. STRONGMAN:

11:39:39  19  Q.   Now, Dr. Bosserman, you talked about your experience,

11:39:48  20  correct?

11:39:48  21  A.   Yes.

11:39:49  22  Q.   And you have experience with Taxotere, correct?

11:39:55  23  A.   Yes.

11:39:55  24  Q.   And you have experience treating patients with Taxotere;

11:39:59  25  is that right?

*OFFICIAL TRANSCRIPT*

11:39:59  1   A.   I do.

11:40:00  2   Q.   And you prescribed Taxotere to patients with early-stage

11:40:04  3   stage II breast cancer, correct?

11:40:05  4   A.   I have.

11:40:06  5   Q.   And in your patients, Taxotere has been an effective

11:40:11  6   regimen for them, correct?

11:40:12  7   A.   Taxotere is a proven effective drug in breast cancer.

11:40:15  8   Q.   Certainly, Doctor, you're not coming in here today to make

11:40:23  9   any kind of implication that Ms. Earnest shouldn't have had

11:40:27 10   chemotherapy, correct?

11:40:29 11   A.   Correct.

11:40:29 12   Q.   And what we know is that if a patient came in to see you

11:40:34 13   with stage II cancer, the type that Ms. Earnest had, you would

11:40:39 14   recommend both chemotherapy and endocrine therapy, correct?

11:40:46 15   A.   Today?  2011?

11:40:48 16   Q.   I'm saying if Ms. Earnest walked into your office in

11:40:51 17   2011 --

11:40:52 18   A.   We would definitely be discussing chemotherapy and

11:40:56 19   endocrine therapy.

11:40:57 20   Q.   And what we know is that when it comes to breast cancer,

11:41:02 21   the first shot is the best shot, correct?

11:41:05 22   A.   That is true.

11:41:06 23   Q.   And getting the right treatment for the right disease is

11:41:09 24   really important from the beginning, correct?

11:41:11 25   A.   That is true.

*OFFICIAL TRANSCRIPT*

| 11:41:13 | 1 | Q.    Because if you don't, you would certainly agree with me |
| 11:41:16 | 2 | that recurrent breast cancer puts a patient in an entirely |
| 11:41:22 | 3 | different category in terms of survival than someone who has |
| 11:41:28 | 4 | not had a recurrence, correct? |
| 11:41:30 | 5 | A.    Correct. |
| 11:41:34 | 6 | MR. STRONGMAN:  I have no other questions. |
| 11:41:39 | 7 | THE COURT:  Thank you. |
| 11:41:39 | 8 | Ms. Menzies. |
| 11:41:43 | 9 | MS. MENZIES:  Thank you, Your Honor.  Just a couple. |
| 11:41:42 | 10 | REDIRECT EXAMINATION |
| 11:41:43 | 11 | BY MS. MENZIES: |
| 11:41:43 | 12 | Q.    Dr. Bosserman, we talked about all the different |
| 11:41:51 | 13 | treatments.  Are these all available treatment options |
| 11:41:59 | 14 | acceptable under the NCCN Guidelines? |
| 11:42:01 | 15 | A.    They are all acceptable under NCCN. |
| 11:42:04 | 16 | Q.    Why are there so many different options endorsed by the |
| 11:42:07 | 17 | NCCN? |
| 11:42:10 | 18 | A.    They are there because they are effective, and different |
| 11:42:13 | 19 | patients may have different priorities and want to make |
| 11:42:17 | 20 | different choices. |
| 11:42:18 | 21 | So the important thing is to be able to talk about |
| 11:42:20 | 22 | each regimen, what the pros and cons, what the risks, |
| 11:42:27 | 23 | short-term and long-term, are, and find out from the patient |
| 11:42:29 | 24 | what their priorities are because all of them can improve the |
| 11:42:33 | 25 | survival of breast cancer patients. |

*OFFICIAL TRANSCRIPT*