# United States Court of Appeals
# for the Fifth Circuit

_____

No. 21-30276
_____

A True Copy
Certified order issued Jun 22, 2021

*Tyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

Wanda Jean Stewart,

*Plaintiff—Appellant*,

versus

Sandoz, Incorporated,

*Defendant—Appellee.*

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:16-MD-2740
USDC No. 2:17-CV-10817
_____

CLERK'S OFFICE:

Under Fed. R. App. P. 42(b), the appeal is dismissed as of June 22, 2021, pursuant to appellant's motion.

No. 21-30276

                            LYLE W. CAYCE
                            Clerk of the United States Court
                            of Appeals for the Fifth Circuit

By: _____
       Majella A. Sutton, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT