# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 22, 2021

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 21-30276    Stewart v. Sandoz
                            USDC No. 2:16-MD-2740
                            USDC No. 2:17-CV-10817

Dear Ms. Michel,

Enclosed is a copy of the judgment issued as the mandate.

                                          Sincerely,

                                          LYLE W. CAYCE, Clerk

                                          By: _____
                                          Majella A. Sutton, Deputy Clerk
                                          504-310-7680

cc:
      Ms. Brigid F. Cech Samole
      Ms. Katherine Marie Clemente
      Mrs. Lori Gail Cohen
      Mr. Stephen Todd Fowler
      Ms. Sabrina R. Gallo
      Mr. Andrew Jason Geiger
      Mr. Nicholas A. Insogna
      Mr. Brian Lee King
      Mr. Matthew Palmer Lambert
      Mr. Gregory E. Ostfeld