# United States Court of Appeals
# for the Fifth Circuit

---

No. 21-30263

---

A True Copy
Certified order issued Jun 22, 2021

*Tyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

EMMA R. WILLIE; ALBERT WILLIE,

                                         *Plaintiffs—Appellants*,

*versus*

SANOFI-AVENTIS U.S., INCORPORATED; SANOFI U.S. SERVICES, INCORPORATED, *formerly known as* SANOFI-AVENTIS U.S., INCORPORATED,

                                         *Defendants—Appellees*.

---

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:16-MD-2740
USDC No. 2:18-CV-3857

---

CLERK'S OFFICE:

     Under FED. R. APP. P. 42(B), the appeal is dismissed as of June 22, 2021, pursuant to appellants' motion.

No. 21-30263

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Allison G. Lopez, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT