UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
*The cases listed in the attached Exhibit A*

## ORDER

Considering the foregoing Motion to Substitute Counsel of Record (Doc. 12912);

**IT IS ORDERED** that the Motion is **GRANTED** and that M. Palmer Lambert and Claire E. Berg of the firm of Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC be substituted for Sean C. Domnick and the attorneys of Domnick Cunningham and Whalen as counsel of record for plaintiffs identified in the attached Exhibit A.

New Orleans, Louisiana, this 22nd day of June, 2021.

_____
JUDGE JANE TRICHE MILAZZO