MINUTE ENTRY
MILAZZO, J.
June 22, 2021

JS-10:00:20

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740  SECTION: "H" (5) |
| This document relates to all cases | | |

## MINUTE ENTRY

On June 22, 2021, the Court held a video status conference with Dawn Barrios, Palmer Lambert, Karen Barth Menzies, Darin Schanker, Doug Moore, Jon Strongman, and John Olinde. The parties updated the Court on the status of the case.

