UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)         MDL NUMBER:  2740
       PRODUCTS LIABILITY
       LITIGATION        SECTION: "H"(5)

       THIS DOCUMENT RELATES TO
       ALL CASES

**<u>ORDER</u>**

On June 15, 2021, the District Judge referred this matter to the undersigned for issuance of a Report and Recommendation on the assessment of costs against the Finson Law Firm.  (Rec. doc. 12884).  Pursuant to that order of reference, defense counsel provided to the Court their itemization of costs associates with litigating the Finson Law Firm client-signature issue.  To the extent the Finson Law Firm wishes to submit any response to defense counsel's submission, such response should be submitted to the undersigned no later than July 6, 2021.

New Orleans, Louisiana, this  22nd  day of _____June_____, 2021.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE