

A True Copy
Certified order issued Jun 23, 2021

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

# United States Court of Appeals
## for the Fifth Circuit

No. 21-30288

United States Court of Appeals
Fifth Circuit
**FILED**
June 23, 2021
Lyle W. Cayce
Clerk

ALICE D. HUGHES,

        *Plaintiff—Appellant*,

versus

ACCORD HEALTHCARE, INCORPORATED,

        *Defendant—Appellee*.

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:16-MD-2740
USDC No. 2:17-CV-11769

CLERK'S OFFICE:

    Under FED. R. APP. P. 42(B), the appeal is dismissed as of June 23, 2021, pursuant to appellant's unopposed motion.

No. 21-30288

By:     *Mary Stewart*

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

Mary C. Stewart, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT