# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 23, 2021

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

          No. 21-30288    Hughes v. Accord Healthcare
                          USDC No. 2:16-MD-2740
                          USDC No. 2:17-CV-11769

Dear Ms. Michel,

Enclosed is a copy of the judgment issued as the mandate.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    *Mary Stewart*

                    By: _____
                    Mary C. Stewart, Deputy Clerk
                    504-310-7694

cc w/encl:
        Ms. Julie A. Callsen
        Mr. Chad M. Eggspuehler
        Mr. Matthew Palmer Lambert
        Mr. Michael J. Ruttinger
        Mr. Samuel M. Wendt