UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO
Elizabeth Kahn, Case No. 2:16-cv-17039

**[PROPOSED] ORDER**

Considering the Plaintiffs' Steering Committee ("PSC") Motion to Withdraw and Substitute Pleadings,

IT IS HEREBY ORDERED that the Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall remove Plaintiff's Motion *in Limine* to Exclude Testimony and Argument That Taxotere Has Been Proven Superior to Taxol – or Any Drug Other Than 5-FU – or That Taxotere Gave Plaintiff the "Best Chance" of Surviving Cancer, or That Taxotere Gave Her the "Best Chance" for Preventing Her Cancer From Returning (Motion *in Limine* No. 15) (Rec. Doc. 12899) and Memorandum in Support (Rec. Doc. 12899-1) and shall substitute the corrected documents attached to the instant Motion to Withdraw and Substitute Pleadings.

New Orleans, Louisiana, this ___ of June, 2021.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

1