fUNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO:
Juanita Greer, Case No. 2:18-cv-11728

## DEFENDANTS' MOTION TO WITHDRAW
## BILL OF COSTS AGAINST PLAINTIFF JUANITA GREER

**NOW INTO COURT**, through undersigned counsel, come Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi"), who respectfully move to withdraw their Bill of Costs Against Plaintiff Juanita Greer (Rec. Doc. 12229).

WHEREFORE, Defendants respectfully request that this Court grant leave to withdraw their Bill of Costs Against Plaintiff Juanita Greer.

Respectfully submitted,

| | |
|---|---|
| */s/ Douglas J. Moore* | Harley Ratliff |
| Douglas J. Moore (Bar No. 27706) | Jon Strongman |
| **IRWIN FRITCHIE URQUHART & MOORE LLC** | Adrienne L. Byard |
| 400 Poydras Street, Suite 2700 | **SHOOK, HARDY & BACON L.L.P.** |
| New Orleans, LA 70130 | 2555 Grand Boulevard |
| Telephone: 504-310-2100 | Kansas City, Missouri 64108 |
| Facsimile: 504-310-2120 | Telephone: 816-474-6550 |
| dmoore@irwinllc.com | Facsimile: 816-421-5547 |
| | hratliff@shb.com |
| | jstrongman@shb.com |
| | abyard@shb.com |
| | |
| | *Counsel for Sanofi Defendants* |
| | *Sanofi US Services Inc. and* |
| | *sanofi-aventis U.S. LLC* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 25, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

                                                                                        /s/ *Douglas J. Moore*