UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENTS RELATES TO:
Juanita Greer, Case No. 2:18-cv-11728

## ORDER

Considering the Motion to Withdraw Bill of Costs Against Plaintiff Juanita Greer, filed by Defendants, sanofi-aventis U.S. LLC and Sanofi US Services, Inc.;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that Defendants' Bill of Costs Against Plaintiff Juanita Greer (Rec. Doc. 12229) is withdrawn from the Court's docket.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE