# EXHIBIT A

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 1 | Albin | Patricia | 2:20-cv-00555 | 02/17/2020 | Proof of Injury – Plaintiff had scalp biopsy but failed to provide preservation letter required by PFS. | 505 |
| 2 | Anderson | Suzanne | 2:19-cv-02388 | 03/15/2019 | PFS Not Substantially Complete - Plaintiff failed to provide information for second cancer diagnosis/treatment; photos may not be representative | Sanofi |
| 3 | Bell | Edith | 2:19-cv-07553 | 04/02/2019 | PFS Not Substantially Complete – Only after photos provided are after second cancer diagnosis/treatment (need photos after Taxotere treatment, but before second cancer diagnosis/treatment) | Sanofi |
| 4 | Benavente | Debra | 2:21-cv-00064 | 01/12/2021 | PFS Not Substantially Complete - No Before Photos from within 5 years of chemo; Authorizations (Insurance authorization is not witnessed; Workers Comp has "N/A" written on it, Health Insurance and Employment should have the "to" field left blank) | 505 |
| 5 | Birdsall | Bridget | 2:19-cv-14407 | 12/10/2019 | PFS Not Substantially Complete - No After Photos (photo doesn't show scalp) | Sanofi |
| 6 | Black | Dolores | 2:21-cv-00069 | 01/13/2021 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Sanofi |
| 7 | Bohling | Bonnie | 2:18-cv-02784 | 03/15/2018 | Non-Compliance with CMO 12A (Partial Dismissal Needed) | 505 |
| 8 | Brown | Beverly | 2:19-cv-11980 | 08/01/2019 | PFS Not Substantially Complete - Plaintiff failed to provide information for second cancer diagnosis/treatment; photos may not be representative | Sanofi |
| 9 | Burgan | Vivian | 2:17-cv-12250 | 11/12/2017 | Authorizations (HIPAA authorization is not dated) | Sanofi |
| 10 | Cano | Vanessa | 2:21-cv-00260 | 02/08/2021 | No CMO 12A; No PTO 71A | Both Sanofi and 505 |
| 11 | Capetillo | Karime | 2:21-cv-00081 | 01/14/2021 | PFS Not Substantially Complete - No Proof of Use; No Before Photos; Authorizations (HIPAA Authorization is not dated); No PTO 71A | Sanofi |
| 12 | Carroll | Frances | 2:19-cv-11655 | 07/12/2019 | PFS Not Substantially Complete - No After Photos | Sanofi |
| 13 | Caruso | Sylvia | 2:18-cv-12896 | 12/08/2018 | No CMO 12A | Sanofi |
| 14 | Castle | Mattie | 2:19-cv-10055 | 05/02/2019 | PFS Not Substantially Complete - Plaintiff failed to provide information for second cancer diagnosis/treatment; photos may not be representative | Sanofi |
| 15 | Chavez | Paulette | 2:17-cv-16439 | 12/09/2017 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Sanofi |
| 16 | Chernauskas | Carol | 2:19-cv-14411 | 12/10/2019 | PFS Not Substantially Complete - No After/Current Photos | Sanofi |
| 17 | Chiz | Patricia | 2:17-cv-16956 | 12/01/2017 | Non-Compliance with CMO 12A (Partial Dismissal Needed) | 505 |
| 18 | Cornelius | Ann | 2:18-cv-13342 | 12/11/2018 | PFS Not Substantially Complete - Plaintiff failed to provide information for second cancer diagnosis/treatment; photos may not be representative | Sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 19 | Davis | Carolyn | 2:18-cv-05408 | 05/29/2018 | Shell PFS | Sanofi |
| 20 | Delnigro | Ellen | 2:19-cv-12242 | 08/20/2019 | PFS Not Substantially Complete - Plaintiff failed to provide information for second cancer diagnosis/treatment; photos may not be representative | Sanofi |
| 21 | Dixon | Charmaine | 2:19-cv-09063 | 04/05/2019 | PFS Not Substantially Complete - No Before Photos; Authorizations (Psychiatric records authorization is not dated; Insurance authorization - Plaintiff improperly inserted her own personal information in the addressee lines) | Sanofi |
| 22 | Dixon | Selina | 2:19-cv-04254 | 03/28/2019 | PFS Not Substantially Complete - No Before Photos from within 5 years of treatment | Sanofi |
| 23 | Duckett | Georgeann | 2:19-cv-10596 | 05/21/2019 | Authorization (Insurance, Disability and Workers Compensation - Plaintiff improperly inserted her own personal information in the addressee lines) | Sanofi |
| 24 | Dupress | Deborah | 2:21-cv-00065 | 01/12/2021 | Authorizations (Plaintiff improperly inserted information in the addressee lines of insurance authorization); No PTO 71A | Sanofi |
| 25 | Dwolakowski | Madeleine | 2:19-cv-10619 | 05/22/2019 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, or PTO 71A) | Sanofi |
| 26 | Evans | Cheryl | 2:21-cv-00059 | 01/12/2021 | Shell PFS; PFS Not Substantially Complete - Photos are not dated; Before photos are black and white; No After Photos of eyebrows/eyelashes; No PTO 71A | Sanofi |
| 27 | Everline | Gwendolyn | 2:17-cv-10720 | 10/17/2017 | Authorizations (HIPAA authorization is not dated) | Sanofi |
| 28 | Flores | Vera | 2:19-cv-12569 | 09/12/2019 | PFS Not Substantially Complete - Plaintiff failed to provide information for second cancer diagnosis/treatment; photos may not be representative | Sanofi |
| 29 | Fox | Dollethea | 2:19-cv-10503 | 05/17/2019 | PFS Not Substantially Complete - No Before Photos; No After/Current Photos (single after photo uploaded is too dark) | Sanofi |
| 30 | Freeman | Cheryl | 2:18-cv-05554 | 06/01/2018 | No CMO 12A | Sanofi |
| 31 | Frost | Sheila | 2:16-cv-17913 | 12/01/2016 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Sanofi |
| 32 | Gaffney | Judy | 2:18-cv-01330 | 02/08/2018 | Authorizations (Insurance authorization - Plaintiff improperly inserted her own name/address in the addressee lines) | Sanofi |
| 33 | Garcia | Jeannette | 2:19-cv-12778 | 09/24/2019 | PFS Not Substantially Complete - Plaintiff failed to provide information for second cancer diagnosis/treatment; photos may not be representative | Sanofi |
| 34 | Gaynor | Sandra | 2:19-cv-14300 | 12/09/2019 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Sanofi |
| 35 | Ghodousi | Fereshteh | 2:18-cv-08589 | 09/13/2018 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Sanofi |
| 36 | Gissendanner | Erica | 2:19-cv-14025 | 12/04/2019 | No CMO 12A | Sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 37 | Givens | Shanna | 2:19-cv-09318 | 04/12/2019 | PFS Not Substantially Complete - No After/Current Photos | Sanofi |
| 38 | Graning | Beverly | 2:19-cv-14417 | 12/10/2019 | PFS Not Substantially Complete - No Before Photos; No PFS Declaration; No PTO 71A Statement | 505 |
| 39 | Grayson | Sonya | 2:21-cv-00135 | 01/21/2021 | Authorizations (Plaintiff improperly inserted her own personal information in the addressee lines); No PTO 71A | Sanofi |
| 40 | Guerra-Peters | Marivel | 2:18-cv-08590 | 09/13/2018 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Sanofi |
| 41 | Guzman | Carmen | 2:19-cv-13267 | 10/24/2019 | Non-Compliance with CMO 12A (Partial Dismissal Needed) | 505 |
| 42 | Hall | Lakita | 2:18-cv-01888 | 02/22/2018 | Authorizations (HIPAA authorization is not dated) | Sanofi |
| 43 | Hawks | Barbara | 2:19-cv-12576 | 09/12/2019 | PFS Not Substantially Complete - Plaintiff failed to provide information for second cancer diagnosis/treatment; photos may not be representative | Sanofi |
| 44 | Hegenbart | Donna | 2:18-cv-09084 | 10/01/2018 | No CMO 12A | Sanofi |
| 45 | Holloway | Movell | 2:19-cv-11588 | 07/09/2019 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, or PTO 71A) | Sanofi |
| 46 | Hrabovsky | Sharon | 2:18-cv-07866 | 08/17/2018 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Sanofi |
| 47 | Hunter | Linda | 2:17-cv-12787 | 11/20/2017 | Authorizations (Insurance authorization is not witnessed) | Sanofi |
| 48 | Jackson | Clettis | 2:20-cv-00047 | 12/07/2017 | PFS Not Substantially Complete - No After/Current Photos; Plaintiff failed to provide information for second cancer diagnosis/treatment; photos may not be representative | Sanofi |
| 49 | Jackson | Margie | 2:18-cv-08592 | 09/13/2018 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Sanofi |
| 50 | Johnson | Reginald Ann | 2:18-cv-01385 | 10/30/2018 | Non-Compliance with CMO 12A (Partial Dismissal Needed) | 505 |
| 51 | Johnson Hill (Miller-Johnson) | Shirley (Stacy) | 2:18-cv-03687 | 04/06/2018 | No CMO 12A | Sanofi |
| 52 | Jones | Joan | 2:18-cv-04465 | 04/30/2018 | Authorizations (Insurance authorization is not witnessed; Plaintiff improperly inserted her own name/address in addressee lines) | Sanofi |
| 53 | Jordan-Pack | Donna | 2:20-cv-02668 | 09/24/2018 | PFS Not Substantially Complete - Proof of Injury - only "before" photo shows Plaintiff wearing a wig; No CMO 12A | 505 |
| 54 | Karl | Gloria | 2:20-cv-01901 | 04/16/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Sanofi |
| 55 | Kenyon | Judy | 2:21-cv-00073 | 01/13/2021 | Shell PFS; PFS Not Substantially Complete - No Proof of Use; Authorizations (HIPAA is not dated; Psychiatric authorization was expired when submitted; Insurance authorization is not dated/witnessed); No PTO 71A | Sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 56 | Knight | Shara | 2:17-cv-09090 | 09/14/2017 | Shell PFS; PFS Not Substantially Complete - No Before Photos; After Photo is not dated; Authorizations (HIPAA and Psychiatric records authorizations were expired when Complaint was served) | Sanofi |
| 57 | Knoll | Patricia | 2:18-cv-12485 | 12/05/2018 | PFS Not Substantially Complete - Plaintiff failed to provide information for second cancer diagnosis/treatment; photos may not be representative | Sanofi |
| 58 | Krehl | Patti | 2:17-cv-14419 | 12/04/2017 | Non-Compliance with CMO 12A (Partial Dismissal Needed) | 505 |
| 59 | Lamb | Angela | 2:19-cv-04318 | 03/28/2019 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, or PTO 71A) | Sanofi |
| 60 | Langan-Mack | Judy | 2:21-cv-00076 | 01/13/2021 | No signed/verified PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO-12, or PTO-71). | 505 |
| 61 | Laturell | Lisa | 2:17-cv-16632 | 12/11/2017 | Authorizations (No Psychiatric Authorization; Insurance Authorization is not witnessed) | Sanofi |
| 62 | Lewis | Sharon | 2:21-cv-00113 | 01/19/2021 | Shell PFS; Authorizations (HIPAA authorization is not dated; Plaintiff improperly inserted information in the addressee lines of the Insurance and Disability authorizations); No CMO 12A; No PTO 71A | Sanofi |
| 63 | Lincoln | Donna (Jermaine) | 2:17-cv-18005 | 12/30/2017 | PFS Not Substantially Complete - Plaintiff failed to provide information for second cancer diagnosis/treatment; photos may not be representative; No After Photos; Authorizations (HIPAA authorization is not dated; Insurance, Disability and Workers Compensation authorizations - Plaintiff improperly inserted her own personal information in the addressee lines) | Sanofi |
| 64 | Litchfield | Judy | 2:18-cv-10898 | 11/13/2018 | PFS Not Substantially Complete - Plaintiff failed to provide information for second cancer diagnosis/treatment; photos may not be representative | Sanofi |
| 65 | Lott | Kimberly | 2:19-cv-00053 | 01/04/2019 | PFS Not Substantially Complete - Plaintiff failed to provide information for second cancer diagnosis/treatment; photos may not be representative | Sanofi |
| 66 | Love | Annmari | 2:18-cv-08594 | 09/13/2018 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Sanofi |
| 67 | Luster | Michell | 2:20-cv-00311 | 01/29/2020 | PFS Not Substantially Complete - Plaintiff failed to provide information for second cancer diagnosis/treatment; photos may not be representative | Sanofi |
| 68 | Marshall | Carol | 2:18-cv-08595 | 09/13/2018 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 69 | Martinez | Joanne | 2:21-cv-00072 | 01/13/2021 | PFS Not Substantially Complete - Photos are not dated; Authorizations (HIPAA and Psychiatric records authorizations were expired when submitted to Centrality; Insurance, Disability, and Workers Comp authorizations are not witnessed);  No PTO 71A | Both Sanofi and 505 |
| 70 | Mayes | Cynthia | 2:17-cv-14935 | 06/15/2018 | Non-Compliance with CMO 12A (Partial Dismissal Needed) | 505 |
| 71 | McCall | Doris | 2:19-cv-13386 | 11/01/2019 | PFS Not Substantially Complete - Plaintiff failed to provide information for second cancer diagnosis/treatment; photos may not be representative; Before Photo not dated (ID photo without issuance date) | Sanofi |
| 72 | McConnell | Wanda | 2:18-cv-01790 | 02/20/2018 | Authorizations (HIPAA Authorization is not dated) | Sanofi |
| 73 | McGuire | Glenda | 2:19-cv-13639 | 11/14/2019 | PFS Not Substantially Complete - Plaintiff failed to provide information for second cancer diagnosis/treatment; photos may not be representative | Sanofi |
| 74 | McMillan | LaShon | 2:19-cv-14297 | 12/09/2019 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Sanofi |
| 75 | McNeil | Carolyn | 2:19-cv-10898 | 06/05/2019 | PFS Not Substantially Complete - Plaintiff failed to provide information for second cancer diagnosis/treatment; photos may not be representative | Sanofi |
| 76 | Meyer | Tina L. | 2:21-cv-00070 | 01/13/2021 | PFS Not Substantially Complete - No Proof of Use; After Photographs are not dated; Authorizations (Failed to provide properly signed and dated Disability, Workers' Comp, & Employment Authorizations) | 505 |
| 77 | Murray | Mary | 2:17-cv-12102 | 11/08/2017 | PFS Not Substantially Complete - No Before Photos; After Photos are not dated | Sanofi |
| 78 | Musser | Diana | 2:18-cv-12818 | 12/07/2018 | No CMO 12A | Sanofi |
| 79 | Nelson | Brenda | 2:18-cv-00713 | 01/23/2018 | PFS Not Substantially Complete - No After photos of eyebrows | Sanofi |
| 80 | Noll | Robin | 2:18-cv-02274 | 03/20/2018 | Non-Compliance with CMO 12A (Partial Dismissal Needed) | 505 |
| 81 | O'Brien | Megan | 2:19-cv-12551 | 09/11/2019 | PFS Not Substantially Complete - Plaintiff failed to provide information for second cancer diagnosis/treatment; photos may not be representative | Sanofi |
| 82 | Odling | Ruby | 2:18-cv-08597 | 09/13/2018 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Sanofi |
| 83 | Olin | Valerie | 2:18-cv-14300 | 12/28/2018 | Authorizations (Insurance authorization is not witnessed) | Sanofi |
| 84 | Pagan | Karen | 2:18-cv-04446 | 10/31/2019 | Proof of Injury – Plaintiff had scalp biopsy but failed to provide preservation letter required by PFS. | 505 |
| 85 | Peebles | Joyce | 2:19-cv-12532 | 09/11/2019 | PFS Not Substantially Complete - Plaintiff failed to provide information for second cancer diagnosis/treatment; photos may not be representative | Sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|------|-------|----------------|----------------------|---------------------------|----------------|
| 86 | Petkovic | Katrina | 2:21-cv-00078 | 01/13/2021 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Sanofi |
| 87 | Pickett | Sandra | 2:18-cv-02873 | 03/16/2018 | Non-Compliance with CMO 12A (Partial Dismissal Needed) | 505 |
| 88 | Postelli | Cheryl | 2:19-cv-02658 | 03/20/2019 | PFS Not Substantially Complete - Plaintiff failed to provide information for second cancer diagnosis/treatment; photos may not be representative | Sanofi |
| 89 | Raterman | Brenda | 2:20-cv-03362 | 12/10/2020 | PFS Not Substantially Complete - No Before Photos from within 5 years of chemo; Photos are not dated; Authorizations (Insurance authorization is not witnessed); No CMO 12A | Sanofi |
| 90 | Ray | Pinkey | 2:18-cv-05697 | 06/07/2018 | PFS Not Substantially Complete - Plaintiff failed to provide information for second cancer diagnosis/treatment; photos may not be representative; Medical records are password-protected | Sanofi |
| 91 | Rice | Anita | 2:17-cv-14035 | 12/01/2017 | PFS Not Substantially Complete - Plaintiff failed to provide information for second cancer diagnosis/treatment; photos may not be representative | Sanofi |
| 92 | Robinson | Denise | 2:19-cv-12550 | 09/11/2019 | Shell PFS; PFS Not Substantially Complete - Plaintiff failed to provide information for second cancer diagnosis/treatment; photos may not be representative | Sanofi |
| 93 | Robinson | Muriel | 2:19-cv-14438 | 12/10/2019 | Shell PFS; PFS Not Substantially Complete - No Before Photos; After photos are not dated; No Authorizations; No PTO 71A | Sanofi |
| 94 | Ross | Mary | 2:18-cv-02640 | 03/13/2018 | Authorizations (Insurance authorization - Plaintiff improperly inserted the name of a single insurer in the addressee line) | Sanofi |
| 95 | Rosser | Michelle | 2:19-cv-01496 | 02/18/2019 | No CMO 12A | Sanofi |
| 96 | Sammis | Ashley | 2:19-cv-09632 | 04/22/2019 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Sanofi |
| 97 | Sanchious | Wanda | 2:19-cv-14441 | 12/10/2019 | Shell PFS; PFS Not Substantially Complete - No PFS Declaration; No Before Photos; No After/Current Photos; No Authorizations; No PTO 71A | Both Sanofi and 505 |
| 98 | Scott | Jacqueline | 2:18-cv-11718 | 11/28/2018 | Authorizations (Insurance, Disability and Workers Compensation authorizations are not witnessed) | Sanofi |
| 99 | Serio | Judith | 2:19-cv-14128 | 12/06/2019 | PFS Not Substantially Complete - Plaintiff failed to provide information for second cancer diagnosis/treatment; photos may not be representative | Sanofi |
| 100 | Sherwood | Lynn | 2:18-cv-02344 | 03/04/2018 | Authorizations (Psychiatric Records Authorization - Plaintiff wrote "N/A" on the authorization) | Sanofi |
| 101 | Singh | Sylvia | 2:19-cv-11570 | 07/08/2019 | PFS Not Substantially Complete - No Before Photos | Sanofi |
| 102 | Snowden | Jacqueline | 2:19-cv-11441 | 07/01/2019 | PFS Not Substantially Complete - No Before Photos; No After/Current Photos (single after photo uploaded is too dark) | Sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 103 | Stephens | Janice | 2:19-cv-13332 | 10/30/2019 | PFS Not Substantially Complete - Plaintiff failed to provide information for second cancer diagnosis/treatment; photos may not be representative | Sanofi |
| 104 | Taylor | Judy | 2:21-cv-00206 | 02/01/2021 | PFS Not Substantially Complete - After Photos are black & white; No PTO 71A | Sanofi |
| 105 | Thomas | Szollia | 2:21-cv-00034 | 01/11/2021 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Both Sanofi and 505 |
| 106 | Tibbitts | Kimberly | 2:17-cv-10597 | 10/12/2017 | Authorizations (Insurance authorization - Plaintiff inserted the name of a single insurer in the addressee line) | Sanofi |
| 107 | Ulibarri | Frances | 2:17-cv-11453 | 10/29/2017 | Authorizations (HIPAA authorization is not dated; Insurance authorization - Plaintiff improperly inserted the name of a single insurer in the addressee line) | Sanofi |
| 108 | Vidal | Hope | 2:18-cv-13461 | 12/11/2018 | PFS Not Substantially Complete - Plaintiff failed to provide information for second cancer diagnosis/treatment; photos may not be representative | Sanofi |
| 109 | Viola | Kathy | 2:19-cv-12368 | 08/29/2019 | PFS Not Substantially Complete - Plaintiff failed to provide information for second cancer diagnosis/treatment; photos may not be representative | Sanofi |
| 110 | Vitucci | Brenda | 2:18-cv-01604 | 02/15/2018 | PFS Not Substantially Complete - No Before Photos; Authorizations (Psychiatric records authorization is not dated) | Sanofi |
| 111 | Vowel | Barbara | 2:21-cv-00050 | 01/12/2021 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, or PTO 71A) | Both Sanofi and 505 |
| 112 | Walker | Annette | 2:19-cv-12572 | 09/12/2019 | PFS Not Substantially Complete - Plaintiff failed to provide information for second cancer diagnosis/treatment; photos may not be representative | Sanofi |
| 113 | Watley | Selena | 2:18-cv-01613 | 02/15/2018 | Authorizations (Insurance authorization is not witnessed) | Sanofi |
| 114 | West | Robin | 2:19-cv-14084 | 12/05/2019 | PFS Not Substantially Complete - Plaintiff failed to provide information for second cancer diagnosis/treatment; photos may not be representative | Sanofi |
| 115 | Wheeler | Mary | 2:19-cv-02221 | 03/08/2019 | PFS Not Substantially Complete - Plaintiff failed to provide information for second cancer diagnosis/treatment; photos may not be representative | Sanofi |
| 116 | White | Karen | 2:21-cv-00182 | 01/28/2021 | No CMO 12A | Both Sanofi and 505 |
| 117 | Whitlow | Joyce | 2:17-cv-12930 | 11/21/2017 | Authorizations (No Insurance authorization) | Sanofi |
| 118 | Whitney | Janice | 2:17-cv-17146 | 12/13/2017 | Shell PFS | Sanofi |
| 119 | Whittaker | Kim | 2:17-cv-15171 | 12/06/2017 | Non-Compliance with CMO 12A (Partial Dismissal Needed) | 505 |
| 120 | Williams | Patricia | 2:18-cv-11104 | 11/16/2018 | PFS Not Substantially Complete - No Proof of Use; No CMO 12A | Sanofi |
| 121 | Williams | Patricia | 2:17-cv-13394 | 11/27/2017 | No CMO 12A | Sanofi |