# EXHIBIT B

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 1 | Boyd | Caroline | 2:17-cv-12184 | 11/10/2017 | No PTO 71A | Both Sanofi and 505 |
| 2 | Chioda | Marlene | 2:17-cv-12690 | 11/17/2017 | PFS Not Substantially Complete (No Proof of Use) | Both Sanofi and 505 |
| 3 | Davis | Sara | 2:20-cv-03248 | 12/1/2020 | PFS Not Substantially Complete (No After/Current Photos; Single Before photo is extremely blurry); Authorizations (No HIPAA or Insurance authorizations) | Both Sanofi and 505 |
| 4 | Dixon | Brenda | 2:17-cv-13707 | 11/29/2017 | No PTO 71A | Sanofi |
| 5 | Ford | Marilyn | 2:17-cv-03105 | 4/10/2017 | PFS Not Substantially Complete (No Before photos from within 5 years of treatment) | Sanofi |
| 6 | Freeman | Cheryl | 2:18-cv-05554 | 6/1/2018 | No CMO 12A | Sanofi |
| 7 | Gissendanner | Erica | 2:19-cv-14025 | 12/4/2019 | No CMO 12A | 505 |
| 8 | Hall | Verna | 2:20-cv-03201 | 11/30/2020 | PFS Not Substantially Complete (No PFS Declaration; No Proof of Use; No Before Photos from within 5 years of treatment; Only after photos provided are after second cancer diagnosis/treatment (need photos after Taxotere treatment, but before second cancer diagnosis/treatment)); Authorizations (No HIPAA Authorization; Psychiatric records authorization expired by the time submitted to Centrality; Insurance and workers compensation authorizations - Plaintiff improperly inserted her own personal information in the addressee lines; No Disability authorization); No PTO 71A | Both Sanofi and 505 |
| 9 | Hegenbart | Donna | 2:18-cv-09084 | 10/01/2018 | No CMO 12A | 505 |
| 10 | Kalsky | Theresa | 2:19-cv-12400 | 8/30/2019 | No CMO 12A | Both Sanofi and 505 |
| 11 | Lemarr | Sandra | 2:17-cv-03739 | 4/21/2017 | No PTO 71A | Sanofi |
| 12 | Peters | Barbara | 2:20-cv-00181 | 1/16/2020 | Authorizations (No Insurance authorization) | Sanofi |
| 13 | Pratt | Ruby | 2:17-cv-09790 | 9/28/2017 | PFS Not Substantially Complete (No PFS Declaration); No Authorizations; No PTO 71A | Sanofi |
| 14 | Roth | Dusty | 2:18-cv-08078 | 8/23/2018 | Authorizations (Not dated; Insurance authorization is not witnessed); No PTO 71A | Sanofi |
| 15 | Tabron | Virginia | 2:17-cv-01729 | 2/28/2017 | PFS Not substantially Complete (No Before Photos from within 5 years of treatment) | Sanofi |
| 16 | Watts | June | 2:19-cv-14033 | 12/4/2019 | No CMO 12A | Both Sanofi and 505 |