UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | HON. JANE T. MILAZZO |
| THIS DOCUMENT RELATED TO: | |
| SPENCER v. ACCORD HEALTHCARE, INC. ET AL | Civil Action No.:2:20-cv-00045 |

**NOTICE AND SUGGESTION OF DEATH**

TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Celia Spencer.

Dated this 25th day of June, 2021.

By:   /s/   Jane L. Calamusa
One of the Attorneys for the Plaintiff(s)
Jane L. Calamusa
ASB-5640-A26C
jcalamusa@rosenharwood.com
ROSEN HARWOOD, P.A.
2200 Jack Warner Parkway, Suite 200
Tuscaloosa, Alabama 35401
(205) 344-5000

1

2

## CERTIFICATE OF SERVICE

      I hereby certify that on June 25, of 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: June 25, 2021                                       */s/ Jane L. Calamusa*