UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)             MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENTS RELATES TO:
Juanita Greer, Case No. 2:18-cv-11728

## ORDER

Before the Court is a Motion to Withdraw Bill of Costs Against Plaintiff Juanita Greer, filed by Defendants, sanofi-aventis U.S. LLC and Sanofi US Services, Inc. (Doc. 12930);

**IT IS ORDERED** that the Motion is **GRANTED**, and that Defendants' Bill of Costs Against Plaintiff Juanita Greer (Rec. Doc. 12229) is withdrawn from the Court's docket.

New Orleans, Louisiana, this 28th day of June, 2021.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE