UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO Elizabeth Kahn, Case No. 2:16-cv-17039 | |

## ORDER

Before the Court is an unopposed Motion to Withdraw and Substitute Pleadings (Doc. 12927);

**IT IS ORDERED** that the Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk of Court shall remove Plaintiff's Motion in Limine to Exclude Testimony and Argument That Taxotere Has Been Proven Superior to Taxol – or Any Drug Other Than 5-FU – or That Taxotere Gave Plaintiff the "Best Chance" of Surviving Cancer, or That Taxotere Gave Her the "Best Chance" for Preventing Her Cancer From Returning (Motion in Limine No. 15) (Rec. Doc. 12899) and Memorandum in Support (Rec. Doc. 12899-1) and shall substitute the corrected documents attached to the instant Motion to Withdraw and Substitute Pleadings.

New Orleans, Louisiana, this 28th day of June, 2021.

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE