# EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:

Melissa Roach, Case No. 2:17-cv-07918.

## ITEMIZED BILL OF COSTS

### COURT COSTS

| | |
|---|---:|
| Docket Fee Pursuant to 28 U.S.C. § 1923 | $20.00 |
| Subtotal: | $20.00 |

### DEPOSITION TRANSCRIPT FEES

| DATE | DEPONENT | COST |
|---|---|---|
| 9/23/2020 | Melissa Roach | $4,815.32 |
| 10/7/2020 | Wail Alnas, M.D. | $2,337.44 |
| 11/12/2020 | Michael Drew Anthony, M.D. | $2,262.18 |
| 3/23/2021 | Thomas Pearson, M.D. | $2,760.92 |
| 3/26/2021 | Billy Roach | $2,296.84 |
| 4/6/2021 | Jane Kinard | $2,104.12 |
| 4/10/2021 | Jessie Roach | $2,265.28 |
| 4/12/2021 | Somprason Songcharoen | $1,689.46 |
| 4/14/2021 | Thomas Parvin, M.D. | $1,492.74 |
| 4/15/2021 | Amanda Moredecai, N.P. | $1,721.74 |
| | Subtotal: | $23,746.04 |

### MEDICAL RECORDS COLLECTION

| INVOICE DATE | PROVIDER | COST |
|---|---|---|
| March 9, 2020 | Premier medical Group of Mississippi - Kosciusko - R.O.I. Dept. | $113.16 |
| March 25, 2020 | Kroger Pharmacy - Corporate - Records Dept. | $126.00 |

| INVOICE DATE | PROVIDER | COST |
|---|---|---|
| March 25, 2020 | OCH Breast Health Center - R.O.I. Dept. | $87.50 |
| March 1, 2020 | Eye and Laser Center - R.O.I. Dept. | $126.00 |
| April 2, 2020 | Cheatham Eye Care - R.O.I. Dept. | $106.00 |
| April 6, 2020 | Mississippi Premier Plastic Surgery - R.O.I. Dept. | $156.00 |
| April 6, 2020 | OBHG Mississippi - R.O.I. Dept. | $111.00 |
| April 6, 020 | Starkville Clinic for Women - R.O.I. Dept. | $106.00 |
| April 9, 2020 | Baptist Memorial Hospital/Golden Triangle - Medical Records Dept. | $471.61 |
| April 9, 2020 | Baptist Memorial Hospital/Golden Triangle - Radiology Department | $128.16 |
| April 9, 2020 | Baptist Memorial Hospital Cancer Center - R.O.I. Dept. | $387.51 |
| April 13, 2020 | Baptist Memorial Hospital/Golden Triangle - Billing Records Dept. | $164.60 |
| April 14, 020 | Starkville Family Practice - R.O.I. Dept. | $121.00 |
| April 21, 020 | Kroger Pharmacy - Corporate - Records Dept. | $126.00 |
| April 22, 2020 | Oktibbeha County Hospital - R.O.I. Dept. | $137.95 |
| April 29, 2020 | Walgreens - Corporate - Pharmacy | $103.00 |
| April 30, 2020 | St. Dominic Jackson Memorial Hospital - Medical/Billing Dept. | $183.16 |
| May 6, 2020 | Kenneth Thomas, MD | $66.00 |
| May 7, 2020 | Baptist Memorial Hospital/Golden Triangle - Billing Records Dept. | $66.00 |
| May 7, 2020 | Baptist Memorial Hospital/Golden Triangle - Medical Records Dept. | $66.00 |
| May 7, 2020 | Michael Drew Anthony, M.D. | $36.00 |
| May 7, 2020 | Starkville Family Practice - R.O.I. Dept. | $30.00 |
| May 7, 2020 | Scott Bradley, M.D. | $81.00 |
| May 8, 2020 | Barry Herring, D.M.D. | $81.00 |
| May 12, 2020 | Gamma Health Services | $66.00 |
| May 12, 2020 | Robert Manning, D.M.D. | $81.00 |
| May 14, 2020 | Martha Younger, D.M.D. | $36.00 |
| May 15, 2020 | U.S. Labs n/k/a Trident Care | $66.00 |
| May 18, 2020 | Martin Oral & Facial Surgery | $81.00 |
| May 19, 2020 | The Lab of Path, PA | $81.00 |
| May 26, 2020 | Woman's Hospital n/k/a Merit Health Woman's Hospital | $245.15 |
| June 10, 2020 | Marth Younger, D.M.D. | $36.00 |
| June 12, 2020 | Blue Cross Blue Shield of Michigan - Records Dept. | $66.00 |

| INVOICE DATE | PROVIDER | COST |
|---|---|---|
| June 15, 2020 | Cheatham Eye Care - R.O.I. Dept. | $81.00 |
| June 30, 2020 | Diagnostic Tissue/Cytology Group | $126.50 |
| July 1, 2020 | Baptist Memorial Hospital/Golden Triangle - Medical Records Dept. | $194.71 |
| July 1, 2020 | St. Dominic Wound Healing Center - Records Dept. | $119.16 |
| July 16, 2020 | Courtney Nickels, NP - Records Dept. | $202.00 |
| July 20, 2020 | Courtney Nickels, NP - Records Dept. | $30.00 |
| July 29, 2020 | Mississippi Premier Plastic Surgery - R.O.I. Dept. | $36.00 |
| July 31, 2020 | Courtney Nickels, NP - Records Dept. | $66.00 |
| August 3, 2020 | Baptist Memorial Hospital Cancer Center - R.O.I. Dept. | $246.16 |
| August 4, 2020 | Kroger Pharmacy - Corporate - Records Dept. | $126.00 |
| August 5, 2020 | Walgreens - Corporate - Pharmacy | $104.00 |
| August 10, 2020 | St. Dominic Jackson Memorial Hospital - Medical/Billing Dept. | $149.16 |
| August 10, 2020 | Baptist Memorial Hospital Golden Triangle - Medical Records Dept. | $128.16 |
| August 11, 2020 | Starkville Clinic for Women - R.O.I. Dept. | $81.00 |
| August 13, 2020 | Starkville Clinic for Women - R.O.I. Dept. | $66.00 |
| September 8, 2020 | Martin Oral & Facial Surgery | $30.00 |
| September 11, 2020 | Kindred at Home | $81.00 |
| September 14, 2020 | Mississippi Premier Plastic Surgery - R.O.I. Dept. | $81.00 |
| September 23, 2020 | American Esoteric Laboratories | $131.00 |
| September 23, 2020 | St. Dominic Wound Healing Center - Records Dept. | $66.00 |
| September 29, 2020 | AmFirst Insurance | $81.00 |
| October 7, 2020 | Baptist Memorial Hospital Golden Triangle - Medical Records Dept. | $68.16 |
| October 14, 2020 | Baptist Memorial Hospital Cancer Center - R.O.I. Dept. | $66.00 |
| October 14, 2020 | Roger Clapp, Jr. M.D. | $66.00 |
| October 21, 2020 | OCH Breast Health Center - R.O.I. Dept. | $36.50 |
| October 21, 2020 | Center for Breast Health & Imaging - R.O.I. Dept. | $36.00 |
| October 21, 2020 | Ameripath - Medical Records Dept. | $121.85 |
| October 23, 2020 | Blue Cross Blue Shield - Records Dept. | $103.00 |
| November 2, 2020 | St. Dominic Wound Healing Center - Records Dept. | $97.16 |
| November 19, 2020 | Oktibbeha County Hospital - R.O.I. Dept. | $30.00 |

| INVOICE DATE | PROVIDER | COST |
|---|---|---|
| November 19, 2020 | Kroger Pharmacy - Corporate - Records Dept. | $75.00 |
| November 25, 2020 | Oktibbeha County Hospital - R.O.I. Dept. | $87.50 |
| December 3, 2020 | Szilvia Molitorisz, M.D. | $36.00 |
| December 22, 2020 | Delta Dental | $81.00 |
| December 29, 2020 | James Travis Methvin, D.O. | $81.00 |
| December 29, 2020 | MFJ Enterprises | $82.15 |
| December 30, 2020 | Starkville Family Practice - R.O.I. Dept. | $66.00 |
| January 5, 2021 | St. Dominic Jackson Memorial Hospital - Medical/Billing Dept. | $36.00 |
| January 19, 2021 | Scott Bradley, M.D. | $30.00 |
| January 29, 2021 | Baptist Memorial Hospital Golden Triangle - Medical Records Dept. | $128.16 |
| February 8, 2021 | Baptist Memorial Hospital Cancer Center - R.O.I. Dept. | $425.16 |
| February 22, 2021 | Cheatham Eye Care - R.O.I. Dept. | $66.00 |
| February 22, 2021 | Cheatham Eye Care - R.O.I. Dept. | $66.00 |
| February 24, 2021 | Ameripath - Medical Records Dept. | $30.00 |
| February 25, 2021 | Baptist Memorial Hospital Cancer Center - R.O.I. Dept. | $30.00 |
| March 1, 2021 | Merit Health River Oaks | $66.00 |
| March 31, 2021 | James Travis Methvin, D.O. | $95.00 |
| April 1, 2021 | Kroger Pharmacy - Corporate - Records Dept. | $91.00 |
| April 6, 2021 | OCH Breast Health Center - Records Dept. | $81.00 |
| April 14, 2021 | Woman's Hospital n/k/a Merit Health Woman's Hospital | $30.00 |
| April 19, 2021 | Jane Kinard | $195.00 |
| April 26, 2021 | James Travis Methvin, D.O. | $87.50 |
| April 30, 2021 | Express Scripts, Inc. - Legal Dept. | $171.00 |
| April 30, 2021 | Kroger Pharmacy - Corporate - Records Dept. | $126.00 |
| May 3, 2021 | OCH Breast Health Center | $30.00 |
| June 8, 2021 | St. Dominic Memorial Hospital | $88.16 |
| | Subtotal: | $9,169.95 |

**TOTAL COSTS EXPENDED:**     **$32,935.99**