**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                    SECTION "H" (5)

THIS DOCUMENT RELATES TO:
*The cases listed in the attached Exhibit A*

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, come plaintiffs listed in the attached

Exhibit A, who respectfully request that M. Palmer Lambert and Claire E. Berg of the firm of

Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC, 2800 Energy Centre, 1100 Poydras

Street, New Orleans, Louisiana, 70163, be substituted for Chris Pinedo and the attorneys of Hillard

Martinez Gonzales LLP, 719 S. Shoreline Blvd., Corpus Christi, Texas 78401 as counsel of record

for plaintiffs.

Dated: June 28, 2021                    Respectfully submitted,

                                        */s/M. Palmer Lambert*
                                        M. Palmer Lambert (#33228)
                                        Claire E. Berg (#37029)
                                        GAINSBURGH BENJAMIN DAVID
                                        MEUNIER & WARSHAUER, LLC
                                        2800 Energy Centre, 1100 Poydras Street
                                        New Orleans, LA 70163-2800
                                        Phone: 504-522-2304
                                        Fax: 504-528-9973
                                        plambert@gainsben.com
                                        cberg@gainsben.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 28, 2021, I electronically filed the forgoing with the Clerk of

Court of the United States District Court for the Eastern District of Louisiana by using the CM/EF

System, which will send a notice of electronic filing to all counsel of record who are CM/ECF

participants.

*/s/ M. Palmer Lambert*
M. PALMER LAMBERT