# EXHIBIT A

| Plaintiff Last Name | Plaintiff First Name | Case Numbers |
|---|---|---|
| Glim | Kay | 2:17-cv-12772 |
| Hashmi | Shaheen | 2:17-cv-13483 |
| Stoops | Robin | 2:17-cv-13921 |