UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Ruby Odling**
**Case No.: 2:18-cv-08597**

### DECLARATION

I, Jennifer S. Domer, have attempted to reach my client, Ruby Odling on the following dates: 05/12/2021, 05/13/2021, 05/24/2021, by (check all that apply) __X__ telephone, __X__ e-mail, __X__ text message, ____ social media, __X__ U.S. Mail, __X__ Certified Mail, __X__ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Jennifer S. Domer
Jennifer S. Domer
Cutter Law, P.C.
401 Watt Ave.
Sacramento, CA 9586
(916) 290-9400
jdomer@cutterlaw.com