MINUTE ENTRY
NORTH, M.J.
JUNE 25, 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NUMBER: 2740
PRODUCTS LIABILITY
LITIGATION          SECTION: "H"(5)

THIS DOCUMENT RELATES TO
ALL CASES

A conference via telephone was held on this date.

PARTICIPATING:    Dawn Barrios    Lowell Finson
                        Nick Insogna    Kelly Brilleaux
                        Madison Hatten

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

MJSTAR (00:05)