# EXHIBIT 3

Agenda for Lead/Liaison Conference

Taxotere MDL

February 19, 2021 (via Zoom)

1. <u>Sanofi's Request for Supplemental Deposition of Dr. Kardinal in Kahn</u>

   Sanofi requests the supplemental deposition of Dr. Kardinal. The parties are at an impasse and seek guidance on how to resolve this dispute.

2. <u>Witnesses in the Kahn Trial</u>

   Plaintiffs would like to discuss the possibility of calling remote witnesses during Ms. Kahn's trial.  Defendants believe this topic is premature as no proposal has been made to Defendants nor has it been explained how any proposal would comply with the Federal Rules of Civil Procedure.

3. <u>PSC Request for Entry of CMO on Preservation of Testimony for Trial Package</u>

   The PSC requests entry of a CMO regarding preservation of expert testimony as part of their preparation of a trial package, as well as a date for the trial team to discuss issues with the Court.  Defendants object to this request as inconsistent with MDL practice and restricting Defendants' due process rights.   The parties seek guidance on the mechanism for resolution.

4. <u>Trial 2A-5 Schedules</u>

   The parties will provide a status of proposed adjustments to the trial schedules.

5. <u>Trial 3 Oral Argument (March 18 and 19)</u>

   Accord and Sandoz would like to address the status of in-person hearings at EDLA and whether the Court anticipates holding these hearings in-person or virtually.  The parties have reached an agreement on the order of presentation of the remaining motions to be heard, and a proposed order of presentation has been submitted to the court.