**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: **TAXOTERE (DOCETAXEL)**                    MDL NO. 2740
**PRODUCTS LIABILITY LITIGATION**

                                                   SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**
**ALL CASES**

<u>**[PROPOSED] ORDER**</u>

Considering the foregoing *Ex Parte* Motion for Leave to File Memorandum in Reply to

Defendants' Opposition to Plaintiffs' Motion to Preserve Expert Testimony,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file the PSC's Memorandum in

Reply to Defendants' Opposition to Plaintiffs' Motion to Preserve Expert Testimony into the

record of this matter.

New Orleans, Louisiana, this _____ day of _____, 2021.


_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**