# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br>Nancy Bogardus<br><br>vs.<br><br>Sanofi S.A., et al.<br>THIS DOCUMENT RELATES TO: Civil<br><br>Action No.: 2:18-CV-00797-KDE-MBN | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |

## NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

### YOU MUST CHECK ALL THAT APPLY

☐ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

☒ Other  Plaintiff no longer desires to continue with this litigation.

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

3

Dated this _30_ day of _June__, 2021

*/s/ Jeffrey C. Bogert*
Jeffrey C. Bogert

## CERTIFICATE OF SERVICE

I hereby certify that on _June_, _30_, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: _June__, _30_, 2021          /s/ *Jeffrey C. Bogert*_____
                                                               Jeffrey C. Bogert
                                                               jbogert@mcdonaldworley.com
                                                               State Bar No. 13778
                                                               William H. Barfield
                                                               bill@mcdonaldworley.com
                                                               State Bar No. 24003208
                                                               1770 St. James Place, Suite 100
                                                               Houston, Texas 77056
                                                               Phone: (713) 523-5500
                                                               Fax: (713) 523-5501