```
 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF LOUISIANA
 2

 3   ****************************************************************
     IN RE: TAXOTERE (DOCETAXEL)            MDL NO. 2740
 4   PRODUCTS LIABILITY LITIGATION          SECTION "H" (5)
                                            MAY 26, 2021
 5   This document relates to:
     All cases
 6   ****************************************************************

 7              TRANSCRIPT OF GENERAL STATUS CONFERENCE
           HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
 8                    UNITED STATES DISTRICT JUDGE

 9

10   APPEARANCES:
     FOR PLAINTIFFS:              M. Palmer Lambert, Esquire
11                                GAINSBURGH, BENJAMIN, DAVID
                                    MEUNIER & WARSHAUER
12                                1100 Poydras Street, Suite 2800
                                  New Orleans, LA 70163
13

14   FOR DEFENDANTS:              Douglas Moore, Esquire
                                  IRWIN, FRITCHIE, URQUHART & MOORE
15                                400 Poydras Street, Suite 2700
                                  New Orleans, LA  70130
16

17                                John F. Olinde, Esquire
                                  CHAFFE MCCALL
18                                1100 Poydras Street, Suite 2300
                                  New Orleans, LA  70163
19

20

21   Official Court Reporter:     Alexis A. Vice, RPR, CRR
                                  500 Poydras Street, HB-275
22                                New Orleans, LA 70130
                                  (504) 589-7777
23                                Alexis_Vice@laed.uscourts.gov

24

25   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER.


                         OFFICIAL TRANSCRIPT
```

```
 1                      P-R-O-C-E-E-D-I-N-G-S
 2                         MAY 26, 2021
 3                    (GENERAL STATUS CONFERENCE)
 4
 5             (The Court was called to order.)
 6             THE COURT:  We're ready for our General Status
 7   Conference, Taxotere MDL.  Mr. Lambert, please.
 8             MR. LAMBERT:  Yes, Your Honor.  Palmer Lambert
 9   co-liaison counsel for the plaintiffs here to present Joint
10   Report No. 22.  Liaison counsel and for those of you on the
11   phone following along, it's Document No. 12741.  And I will try
12   to breeze through this as there's not a whole lot that's
13   changed since our last joint report.
14             There are currently 12,528 cases pending in the MDL
15   with approximately 3,005 cases that have been dismissed or
16   remanded since the inception of the MDL.
17             There are state court proceedings in California, New
18   Jersey, Delaware, and Mississippi.  There is a hearing set in
19   the Mississippi case June 10th, 2021, and there are discovery
20   proceeding in the California cases and Judge Kaplan is
21   presiding over the New Jersey MCL.  If he is joining us today,
22   I would like to welcome him to the call.  His Honor has set
23   forth a Bellwether Plan that is proceeding in New Jersey.
24             Section 3 of the report, Pretrial Orders, I'll just
25   highlight that Pretrial Order No. 115 was entered, Record
```

1  Document No. 12260, appointing John Jackson as a Settlement
2  Master in this matter.
3         Section No. 4, Case Management Orders, there have
4  been multiple changes to the bellwether trial schedule over the
5  last year due to COVID issues and the continuances related to
6  the Court's general orders on jury trials.  The parties have
7  presented the Court with a proposed pretrial order -- excuse
8  me, Case Management Order 14J that has revised pretrial
9  deadlines for the August 23rd, *Kahn* trial.  That's Bellwether
10 Trial No. 2A.  And the parties are working with the other
11 defendants on resetting deadlines for trials 4, and trial 5
12 remains set on January 24th of next year.
13        Section 5 is unchanged from previous reports.
14        Section 6, the Master Complaint and Short Form
15 Complaint section is also largely unchanged.  I would just note
16 that any plaintiffs seeking to either completely dismiss or
17 partially dismiss their case should make note of the forms in
18 Pretrial Order No. 87 and Case Management Order No. 12A.
19        Section 7 regarding Plaintiff Fact Sheets, there are
20 a number of pretrial orders that counsel should be familiar
21 with at this point in the case, and there are some statistics
22 in there as to how many plaintiff fact sheets have been filed
23 and are in progress and how they break down among the
24 defendants.
25        I guess this is a good point to just mention

1  something that happened yesterday in the Show Cause hearing.
2  If you do receive a deficiency that says no CMO 12A, you should
3  make sure that you are taking the steps that are in Case
4  Management Order 12A, including, sending the appropriate
5  notices to defendants.
6            Section No. 8, there's no change to that section.
7            No. 9, just I'll mention that if you are using the
8  subpoena process to assist in your discovery of product ID
9  information that there is a case management order, Pretrial
10 Order No. 97 that's been entered to assist the parties with the
11 uniform process for seeking compliance with those subpoenas.
12 And please make sure really under Rule 45 that you share with
13 the opposing counsel any subpoenas that are issued.
14           Section No. 10 is unchanged.
15           No. 11, I would just highlight that there is a
16 protective order in the case, Pretrial Order No. 50.  There's a
17 recent Fifth Circuit decision, the *Le* decision, about sealed
18 records, and the parties have discussed with the Court
19 procedures for handling the filing of documents that have
20 previously been marked confidential in the discovery process.
21           Section No. 12 is unchanged.
22           No. 13, Discovery of Defendants and Trial Case
23 Discovery, general discovery as to Sanofi, Sandoz, Accord, and
24 Hospira has been closed for some time.  The parties are
25 proceeding with limited discovery guided by Judge North with

OFFICIAL TRANSCRIPT

1  regard to Sun Pharmaceutical Industries, Inc., Actavis, and the
2  Sagent defendants.
3         There are some details in this section about the
4  bellwether trials that I don't think we need to go through in
5  particular. Just note that the next bellwether trial is set
6  for August 23rd, 2021, and the parties discussed setting some
7  oral arguments related to Dr. Ross, Dr. Plunkett, and Dr. Chang
8  on July 9th, this summer.
9         Bellwether Trial No. 3, the two remaining plaintiffs
10 for that trial have been dismissed by the Court, and those
11 cases have been -- notices of appeal have been filed, but that
12 does remove Trial 3 from the docket.
13        Bellwether Trial No. 4, the primary and second
14 alternate cases have been dismissed. That's Ms. Willie and
15 Ms. Roach's cases. Cindy Smith is the remaining trial
16 plaintiff for Trial No. 4, and there is a pending motion for
17 summary judgment before Your Honor on that case.
18        As I mentioned previously, Bellwether Trial No. 5,
19 January 24th of 2022, and there are oral arguments on early
20 motions filed in that case scheduled to proceed this afternoon
21 at 1:00 o'clock.
22        Section 14, Motion Practice, I could talk about this
23 for a while, but there are a number of motions that are listed
24 in here that have been listed for some time. I will not go
25 through each of those.

OFFICIAL TRANSCRIPT

1               There are a couple of motions that have been ruled
2    upon recently that I would just mention for those of you on the
3    phone.  The defendants filed a motion for summary judgment on
4    the claims of Brenda Mixon and requested entry of show cause
5    order related to Michigan claims.  The Court granted the motion
6    with respect to Ms. Mixon and directed the parties to discuss a
7    show cause process for the remainder of the Michigan cases.
8    And we'll proceed with those discussions with the defendants.
9               The Juanita Greer case was dismissed by this Court on
10   summary judgment on the pleadings, and Ms. Greer's case was one
11   of the Mississippi trial pool cases.
12              Section 15 is unchanged.
13              And I don't believe, Your Honor, that we set a new
14   date for our next conference, but that would be the end of the
15   report unless Your Honor has some.
16              **THE COURT:**  I do want to -- you mentioned the show
17   cause process, CMO 12A, and I just want to emphasize to those
18   people that are participating through Zoom that you should
19   familiarize yourself with CMO 12A, and I believe that you will
20   be receiving an email from liaison counsel regarding your
21   obligations.  Because yesterday during the show cause process,
22   we were bogged down in deficiencies related to 12A only to
23   discover that plaintiffs' counsel did not understand their
24   obligations, that it was merely -- that they should just advise
25   defense counsel of the steps to be in compliance.

                            OFFICIAL TRANSCRIPT

1         But you should please look for the email that you
2 will receive from liaison counsel and carefully read it so that
3 we can proceed without further delay.
4         Do we need to select a next date, or can we just --
5 because we did not discuss it.
6         **MR. LAMBERT:** We could probably go off the record.
7         **MR. MOORE:** We can huddle up on dates.  We might
8 suggest something around July 9 when we have those hearings,
9 but we'll coordinate that.
10        **THE COURT:** And then we'll just supplement it at that
11 time.
12        **MR. LAMBERT:** And just to add to what Your Honor said,
13 if you have -- if anybody on the phone or anybody here has any
14 questions, please contact Dawn's office or my office on CMO 12
15 or any other matter.
16        One thing I did forget to mention, there are some
17 appeals pending.  The Fifth Circuit recently affirmed Your
18 Honor's decision in the *Phillips* case on learned intermediary
19 on Louisiana law and denied a petition for rehearing in that
20 case.
21        The Fifth Circuit also affirmed Your Honor's decision
22 in the *Thibodeaux, Johnson*, and *Francis* matters, and there is a
23 pending request for rehearing in that case.
24        **THE COURT:** Okay.  Is there anything further?
25        **MR. MOORE:** Nothing further from Sanofi, Your Honor.

OFFICIAL TRANSCRIPT

1    **THE COURT:** Thank you.
2    **DEPUTY CLERK:** All rise.
3       (Whereupon this concludes the proceedings.)

7    **CERTIFICATE**

10   I, Alexis A. Vice, RPR, CRR, Official Court Reporter for
11   the United States District Court, Eastern District of
12   Louisiana, do hereby certify that the foregoing is a true and
13   correct transcript, to the best of my ability and
14   understanding, from the record of the proceedings in the
15   above-entitled and numbered matter.

17                    */s/Alexis A. Vice, RPR, CRR*
                      Alexis A. Vice, RPR, CRR
18                    Official Court Reporter

                      OFFICIAL TRANSCRIPT