# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

**THIS DOCUMENT RELATES TO:**
Annette Barefield, Case No. 2:21-cv-1161
Dietra Barrett, Case No. 2:21-cv-1162
Bobbie Cunningham, Case No. 2:21-cv-1163
Amelia De La Garza, Case No. 2:21-cv-1164
Billye Fietz, Case No. 2:21-cv-1165
Shree Goodie, Case No. 2:21-cv-1166
Vera Horton, Case No. 2:21-cv-1167
Shirley Pierce, Case No. 2:21-cv-1168
Cheryl Woolf, Case No. 2:21-cv-1169

## JOINT MOTION TO REMAND

Plaintiffs Annette Barefield, Deitra Barrett, Bobbie Cunningham, Amelia De La Garza, Billye Fietz, Shree Goodie, Vera Horton, Shirley Pierce, and Cheryl Woolf ("Plaintiffs") and Defendants Sanofi US Services, Inc. and sanofi-aventis U.S., LLC ("Sanofi") hereby jointly request this Court to remand the following cases from the United States District Court for the Eastern District of Louisiana, MDL No. 2740, to the Superior Court of New Jersey, Middlesex County, MCL No. 628, Master Docket No. MID-L-4998-18-CM, for further proceedings:

- *Barefield, Annette v. Sanofi U.S. Services Inc., et al.*, No. 2:21-cv-1161

- *Barrett, Deitra v. Sanofi U.S. Services Inc., et al.*, No. 2:21-cv-1162

- *Cunningham, Bobbie v. Sanofi U.S. Services Inc., et al.*, No. 2:21-cv-1163

- *De La Garza, Amelia v. Sanofi U.S. Services Inc., et al.* No. 2:21-cv-1164

- *Fietz, Billye v. Sanofi U.S. Services Inc., et al.*, No. 2:21-cv-1165

- *Goodie, Shree v. Sanofi U.S. Services Inc., et al.*, No. 2:21-cv-1166

- *Horton, Vera v. Sanofi U.S. Services Inc., et al.*, No. 2:21-cv-1167

- *Pierce, Shirley v. Sanofi U.S. Services Inc., et al.*, No. 2:21-cv-1168

- *Woolf, Cheryl v. Sanofi U.S. Services Inc., et al.*, No. 2:21-cv-1169

Plaintiffs filed their original complaints in the Superior Court of New Jersey, Middlesex County on December 12, 2019.[1] On June 1, 2021, Defendants removed Plaintiffs' cases to the District of New Jersey pursuant to 28 U.S.C. §§ 1441 and 1446, and in accordance with 28 U.S.C. § 1332, based on Defendants good faith belief that Defendants had not been "properly joined and served."[2] On June 6, 2021, Defendants notified the Judicial Panel on Multidistrict Litigation ("JPML") that these actions should be transferred to Multidistrict Litigation ("MDL") 2740.[3] The JPML ordered conditional transfer of these nine cases to the MDL on June 16, 2021.[4]

Following removal and transfer, counsel for Plaintiffs and Defendants met and conferred regarding service of process in Plaintiffs' cases. Based on evidence produced by Plaintiffs showing that Plaintiffs effected service on Defendants prior to removal, the parties agree that immediate remand of such cases to the Superior Court of New Jersey, Middlesex County, MCL No. 628, Master Docket No. MID-L-4998-18-CM, is proper. Accordingly, the Parties respectfully request that the Court grant the Parties' Joint Motion to Remand and remand such cases to the

---

[1] *See* Notices of Removal, No. 3:21-cv-12038, Doc. 1 (D. NJ June 1, 2021) (*Horton*); 3:21-cv-12040, Doc. 1 (D. NJ June 1, 2021) (*Woolf*); No. 3:21-cv-12039, Doc. 1 (D. NJ June 1, 2021) (*Pierce*); No. 3:21-cv-12035, Doc. 1 (D. NJ June 1, 2021) (*Goodie*); No. 3:21-cv-12034, Doc. 1 (D. NJ June 1, 2021) (*Fietz*); No. 3:21-cv-12033, Doc. 1 (D. NJ June 1, 2021) (*De La Garza*); No. 3:21-cv-12030, Doc. 1 (D. NJ June 1, 2021) (*Cunningham*); No. 3:21-cv-12027, Doc. 1 (D. NJ June 1, 2021) (*Barrett*); No. 3:21-cv-12026, Doc. 1 (D. NJ June 1, 2021) (*Barefield*).

[2] *See supra* n.1.

[3] Notice of Potential Tag-Along Actions, *In re: Taxotere (Docetaxel) Prods. Liab. Litig.*, MDL Doc. No. 2740, Doc. 647 (JPML June 3, 2021).

[4] *See* Rec. Doc. 12887 (Conditional Transfer Order (CTO-59) From the MDL Panel).

Superior Court of New Jersey, Middlesex County, MCL No. 628, Master Docket No. MID-L-4998-18-CM.

Respectfully submitted,

| | |
|---|---|
| /s/ *Douglas J. Moore* | /s/ *Melanie Sulkin* |
| Douglas J. Moore (Bar No. 27706) | Melanie Sulkin |
| **IRWIN FRITCHIE URQUHART & MOORE LLC** | Bachus & Schanker, LLC |
| 400 Poydras Street, Suite 2700 | 101 West Colfaxx Suite 650 |
| New Orleans, LA 70130 | Denver, CO 80202 |
| Telephone: 504-310-2100 | Ph: (303) 893-9800 |
| Facsimile: 504-310-2120 | F: (303) 893-9900 |
| dmoore@irwinllc.com | melanie.sulkin@coloradolaw.net |

Harley V. Ratliff   *Attorney for Plaintiffs*
Jon Strongman
Adrienne Byard
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
jstrongman@shb.com
abyard@shb.com

*Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*

3