**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) | ) | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | |
| | ) | SECTION "H" (5) |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | |
| Annette Barefield, 2:21-cv-1161 | ) | |
| Dietra Barrett, 2:21-cv-1162 | ) | |
| Bobbie Cunningham, 2:21-cv-1163 | ) | |
| Amelia De La Garza, 2:21-cv-1164 | ) | |
| Billye Fietz, 2:21-cv-1165 | ) | |
| Shree Goodie,  2:21-cv-1166 | ) | |
| Vera Horton, 2:21-cv-1167 | ) | |
| Shirley Pierce, 2:21-cv-1168 | ) | |
| Cheryl Woolf, 2:21-cv-1169 | ) | |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs Annette Barefield, Deitra Barrett, Bobbie Cunningham, Amelia De La Garza, Billye Fietz, Shree Goodie, Vera Horton, Shirley Pierce, and Cheryl Woolf ("Plaintiffs") and Defendants Sanofi US Services, Inc. and sanofi-aventis U.S., LLC's ("Sanofi") Joint Motion to Remand Plaintiffs' cases from the United States District Court for the Eastern District of Louisiana, MDL No. 2740, to the Superior Court of New Jersey, Middlesex County, MCL No. 628, Master Docket No. MID-L-4998-18-CM.  Upon consideration of the Parties' Joint Motion and for good cause showing,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, and the following cases are **REMANDED** to the Superior Court of New Jersey, Middlesex County, MCL No. 628, Master Docket No. MID-L-4998-18-CM, for further proceedings:

- *Barefield, Annette v. Sanofi U.S. Services Inc., et al.*, No. 2:21-cv-1161

- *Barrett, Deitra v. Sanofi U.S. Services Inc., et al.*, No. 2:21-cv-1162

- *Cunningham, Bobbie v. Sanofi U.S. Services Inc., et al.*, No. 2:21-cv-1163

- *De La Garza, Amelia v. Sanofi U.S. Services Inc., et al.* No. 2:21-cv-1164

- *Fietz, Billye v. Sanofi U.S. Services Inc., et al.*, No. 2:21-cv-1165

- *Goodie, Shree v. Sanofi U.S. Services Inc., et al.*, No. 2:21-cv-1166

- *Horton, Vera v. Sanofi U.S. Services Inc., et al.*, No. 2:21-cv-1167

- *Pierce, Shirley v. Sanofi U.S. Services Inc., et al.*, No. 2:21-cv-1168

- *Woolf, Cheryl v. Sanofi U.S. Services Inc., et al.*, No. 2:21-cv-1169

New Orleans, Louisiana, this ___ day of July, 2021.

                         _____

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE