UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENTS RELATES TO:
Emma R. Willie, Case No. 2:18-cv-03857.

## ORDER

Considering the Motion for Leave to File Reply Memorandum in Support of Bill of Costs Against Plaintiff Emma Willie, filed by Defendants, sanofi-aventis U.S. LLC and Sanofi US Services, Inc.;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that Defendants' proposed Reply Memorandum in Support of Bill of Costs Against Plaintiff Emma Willie is hereby entered into the Court's docket.

New Orleans, Louisiana, this 1st day of July, 2021.

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE