# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5) |

THIS DOCUMENT RELATES TO:

Alexandra B. Keith
Case No.: 17-cv-09462

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Substitute David Suda on behalf of Alexandra B. Keith (Doc. 12801);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office shall file the Amended Complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 1st day of July, 2021.

_____
The Hon. Jane Triche Milazzo