# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2740 |
| CHARISTIAN SULLIVAN, | : : | SECTION "H" (5) JUDGE MILAZZO |
| Plaintiff, | : : | **Stipulation of Dismissal With Prejudice** |
| vs. | : : | CIVIL ACTION NO: 2:20-cv-02670 |
| SANOFI, et al., | : : | |
| Defendant(s). | : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), that Plaintiff Charistian Sullivan hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action 2:20-cv-02670, only. The parties specifically understand and agree that no applicable statutes of limitation or prescriptive periods are tolled by the filing of this Stipulation of Dismissal. This stipulation shall not affect the lawsuit filed by Charistian Sullivan, which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing case number 2:19-cv-13543. All parties shall bear their own costs.

Dated: July 1, 2021

/s/ Lowell W. Finson
Attorney(s) for Plaintiff

Lowell W. Finson, CA #275586
FINSON LAW FIRM
126 Westwind Mall
Marina del Rey, CA 90292
Phone 602.377.2903
Fax 310.425.3278
lowell@finsonlawfirm.com

**GREENBERG TRAURIG, LLP**
*/s/ Evan C. Holden*
Lori G. Cohen
R. Clifton Merrell
Evan C. Holden
Terminus 200
3333 Piedmont Road, N.E., Suite 2500
Atlanta, Georgia 30305
(678) 553-2100
(678) 553-2386 (facsimile)
CohenL@gtlaw.com
MerrellC@gtlaw.com
HoldenE@gtlaw.com
*Attorneys for Sandoz Inc.*


**WILLIAMS & CONNOLLY LLP**
 */s/ Richmond T. Moore*
Richmond T. Moore (rmoore@wc.com)
Heidi K. Hubbard (hhubbard@wc.com)
Neelum J. Wadhwani nwadhwani@wc.com)
Monika Isia Jasiewicz (ijasiewicz@wc.com)
Lori Interlicchio (linterlicchio@wc.com)
Aparna Datta (adatta@wc.com)
725 Twelfth Street NW
Washington DC 20005
(202) 434-5000 / office
(202) 434-5029 / fax
 *Attorneys for Defendants Hospira, Inc., and Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2021, I electronically filed the foregoing with the Clerk using the CM/ECF system, which will send a notification of electronic filing to all counsel of record who are CM/ECF participants.

Dated: July 1, 2021              /s/ Lowell W. Finson