UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

**THIS DOCUMENT RELATES TO:**

**Elizabeth Kahn, Case No. 2:16-cv-17039.**

## ORDER

Considering the Motion for Leave to Exceed Page Limit for Memorandum in Support of Defendants' Omnibus Motions *in Limine*, filed by Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi");

**IT IS ORDERED** that the Motion is **GRANTED**, and that Defendants' may file their Memorandum in Support of Sanofi's Omnibus Motions *in Limine* in excess of the 25-page limit set forth in Local Rule 7.7.

New Orleans, Louisiana, this 1st day of July, 2021.

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE