# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION THIS DOCUMENT RELATES TO:<br><br>*Christine Avery v. Sanofi S.A. et. al. 2:20-cv-00967* | **MDL NO. 2740**<br><br>SECTION "H" (5) |

### *EX PARTE* MOTION FOR ORDER OF SEVERANCE
### PURSUANT TO PRETRIAL ORDER NO. 65

NOW INTO COURT comes plaintiff, Christine Avery, through the Plaintiff's undersigned counsel, who respectfully requests that the Court issue an Order of Severance related to the above identified member case pursuant to the terms set forth in Pretrial Order No. 65 (Rec. Doc. 959). Plaintiffs' proposed Order of Severance, attached hereto, provides that the individual plaintiffs' claims are severed from their original complaint. Pretrial Order No. 65 requires that the claims of a plaintiff who has used a docetaxel product and a plaintiff with a derivative claim based on the other plaintiff's use of a docetaxel product shall together be treated as one "individual plaintiff." As set forth in Paragraph 9, Plaintiff, who filed a Motion to Remand, has fully complied with those requirements.

WHEREFORE, plaintiffs pray that their attached proposed Order of Severance be entered and, accordingly, that the claims of the individual plaintiffs in the above referenced actions be severed as set forth in Pretrial Order No. 65.

DATED: July 2, 2021

*/s/ Lowell W. Finson*
Lowell W. Finson
AZ Bar No. 010872
FINSON LAW FIRM
126 Westwind Mall
Marina Del Rey, CA 90292
Tel. 602.377.2903
Fax 310.425.3278
lowell@finsonlawfirm.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2021, I electronically filed the Ex Parte Motion for Order of Severance Pursuant to Pretrial Order 65 with the Clerk of the Court using the CM/ECF system which will send notification to the CM/ECF partipcants registered to receive service in this MDL.

Dates: July 2, 2021

/s/ Lowell W. Finson
Lowell W. Finson
AZ Bar No. 010872
FINSON LAW FIRM
126 Westwind Mall
Marina Del Rey, CA 90292
Tel. 602.377.2903
Fax 310.425.3278
lowell@finsonlawfirm.com
*Attorney for Plaintiff*