UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION THIS DOCUMENT RELATES TO: | MDL NO. 2740 SECTION "H" (5) |

*Mary Allyn Dexter v. Sanofi S.A. et. al. 2:20-cv-00971*

### [PROPOSED] ORDER OF SEVERANCE

Considering the foregoing Plaintiff Mary Allyn Dexter's Ex Parte Motion for Order of Severance pursuat to Pretrial Order No. 65, and that this Plaintiff has filed a Motion to Remand, which was denied, and has, since the Order of Remand was filed and denied, fully complied with Pretrial Order 65, Paragraph 9:

IT IS ORDERED that the Motion is hereby GRANTED, and the individual plaintiff claims in the above captioned member cases are hereby severed from their original complaint.

New Orleans, Louisiana this ____ day of _____, 2021.

_____
HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE