# EXHIBIT C

```
                                                           Page 1

 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4      IN RE TAXOTERE (DOCETAXEL)      )
        PRODUCTS LIABILITY LITIGATION ) MDL NO. 2740
 5                                      )
        THIS DOCUMENT RELATES TO:       ) SECTION: H
 6                                      )
        ANTOINETTE DURDEN,              )
 7      CASE NO. 2:16-cv-16635          )
        TANYA FRANCIS,                  )
 8      CASE NO. 2:16-cv-17410;         )
        BARBARA EARNEST,                )
 9      CASE NO. 2:16-cv-17144          )
                                        )
10      _____)
11
12           VIDEOTAPED DEPOSITION OF ELLEN FEIGEL, M.D.
13                  FRIDAY, DECEMBER 7, 2018
14
15
16
17
18      JOB NO. 3151489
19
20      REPORTED BY STEPHANIE J. COHEN,
21      CSR NO. 7920
22
23
24
25      Job No. NJ3151489
```

Page 102

1              MR. THORNTON:  Objection; form.
2              THE WITNESS:  Let me approach it a
3     different way rather than regulatory.
4              I think there's an ethical responsibility.
5     If you -- if the company is aware of side effects to
6     communicate that so each -- regardless of regulatory
7     issues, there's ethical responsibilities to do that
8     because part of having an informed discussion
9     between physicians and patients is to have the full
10    balanced information about benefits and potential
11    risk.
12    BY MR. KAUFMAN:
13       Q    Are you offering an opinion that Sanofi
14    violated federal regulations with respect to the
15    Taxotere prescribing information?
16       A    Oh, I am not offering that opinion, no.
17       Q    Are you offering -- strike that.
18            You are not offering opinion regarding
19    Sanofi's compliance with FDA regulations or
20    requirements with respect to Taxotere.
21            Fair?
22            MR. THORNTON:  Objection; form.
23            Could you please reread the question.  We
24    are getting technical here.
25            MR. KAUFMAN:  I don't think it's that hard.

1  BY MR. KAUFMAN:
2      Q    That answers a prior question.
3      A    Well, good.
4      Q    So we are making more progress.
5      A    Good.
6      Q    So the record is clean, you are not
7  opining -- strike that.
8           You do not intend to opine as to adequacy
9  of any Taxotere label; is that correct?
10     A    I will not opine on adequacy of the
11 Taxotere label.
12     Q    In terms of Sanofi's obligations to
13 communicate to doctors, where can Sanofi go to
14 identify those obligations to make sure it complies?
15 What's the source?
16          MR. THORNTON:  Objection; form.
17          THE WITNESS:  The problem -- I am going to
18 get back to the problem.  My issue is communication
19 of risk is something -- is a responsibility of the
20 company.
21          Are you saying because it's all -- it's
22 only an FDA requirement and there are no other
23 expectations outside the FDA?  I mean, that's what
24 I'm having difficulty saying.
25          A company has their own ethical principles

Page 117

1  that don't necessarily -- there are legal
2  requirements, but then there are ethics and
3  principles that companies have about sharing
4  information with physicians and with patients.
5          So I'm not here -- as I said, I will not
6  opine on the specifics of inadequacy of a label, but
7  I do have an opinion about whether or not
8  communication of relevant information to physicians
9  was done.
10 BY MR. KAUFMAN:
11     Q    And as long as you don't consider that a
12 regulatory opinion, I think we can be in agreement.
13          Would you agree that's your personal
14 opinion?
15          MR. THORNTON:  Objection; form.
16          THE WITNESS:  That is my opinion based on
17 my years of experience in clinical medicine and
18 oncology and in product development and having
19 worked inside companies.
20          So I have worked with them so I know what
21 these issues are, but so it's based on -- yes, my
22 personal universe of experiences have helped inform
23 my opinion on that.
24 BY MR. KAUFMAN:
25     Q    When you are in that role based on that