# EXHIBIT J

```
 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF LOUISIANA
 2
    ******************************************************************
 3
    IN RE:  TAXOTERE (DOCETAXEL)      Docket No. 16-MD-2740
 4   PRODUCTS LIABILITY LITIGATION    Section H
                                      New Orleans, LA
 5   Relates to:  Barbara Earnest     Thursday, September 26, 2019
                 16-CV-17144
 6
    ******************************************************************
 7
                    TRANSCRIPT OF TRIAL PROCEEDINGS
 8         HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
                    UNITED STATES DISTRICT JUDGE
 9                    DAY 9, MORNING SESSION

10
    APPEARANCES:
11
    FOR THE PLAINTIFF:            BACHUS & SCHANKER, LLC
12                                BY:  DARIN L. SCHANKER, ESQ.
                                       J. KYLE BACHUS, ESQ.
13                                1899 Wynkoop St., Suite 700
                                  Denver, CO 80202
14
                                  FLEMING NOLEN & JEZ
15                                BY:  RAND P. NOLEN, ESQ.
                                  2800 Post Oak Blvd., Suite 4000
16                                Houston, TX 77056

17                                GIBBS LAW GROUP, LLP
                                  BY:  KAREN B. MENZIES, ESQ.
18                                6701 Center Drive West, 14th Floor
                                  Los Angeles, CA 90045
19
                                  DAVID F. MICELI, LLC
20                                BY:  DAVID F. MICELI, ESQ.
                                  P.O. Box 2519
21                                Carrollton, GA 30112-0046

22                                PENDLEY BAUDIN & COFFIN
                                  BY:  CHRISTOPHER L. COFFIN, ESQ.
23                                2505 Energy Centre
                                  1100 Poydras St.
24                                New Orleans, LA 70163

25
```

|          |    |                                                                              |
|----------|----|------------------------------------------------------------------------------|
| 11:53:40 | 1  | the plaintiff must show to a reasonable degree of medical                    |
| 11:53:43 | 2  | probability that Taxotere can cause permanent hair loss, that                |
| 11:53:47 | 3  | Taxotere caused permanent hair loss for Ms. Earnest, and that the            |
| 11:53:52 | 4  | failure to warn Dr. Carinder was the cause of Ms. Earnest's injury.          |
| 11:53:58 | 5  | Legal cause is proved by establishing foreseeability.                        |
| 11:54:02 | 6  | The test of foreseeability is whether some injury to another is a            |
| 11:54:06 | 7  | natural and probable consequence of the complained-of conduct.  The          |
| 11:54:11 | 8  | law requires only reasonable foresight.  It is not necessary for             |
| 11:54:16 | 9  | the plaintiff to demonstrate that the defendant should have                  |
| 11:54:21 | 10 | foreseen the particular event which occurred, but merely that the            |
| 11:54:26 | 11 | defendant should have foreseen that its actions would probably               |
| 11:54:30 | 12 | cause injury to someone.  The plaintiff proves legal cause by                |
| 11:54:35 | 13 | establishing that the injury in question occurred as a natural and           |
| 11:54:41 | 14 | probable consequence of the defendant's actions or inactions.                |
| 11:54:47 | 15 | Proximate cause does not mean the sole cause.  The                           |
| 11:54:51 | 16 | defendants' conduct can be a proximate cause if it was at least one          |
| 11:54:56 | 17 | of the direct, concurring causes of the alleged injury.  However,            |
| 11:55:02 | 18 | plaintiff must show that defendants' conduct was a substantial               |
| 11:55:06 | 19 | contributing factor in bringing about the result.  In other words,           |
| 11:55:11 | 20 | it is not necessary for plaintiff to negate all other contributing           |
| 11:55:16 | 21 | factors or causes of Ms. Earnest's injuries, provided they show              |
| 11:55:21 | 22 | that defendants' failure to provide an adequate warning in the               |
| 11:55:25 | 23 | Taxotere label substantially contributed to her injuries.  Where             |
| 11:55:30 | 24 | two or more possible causes for an injury are identified, plaintiff          |
| 11:55:36 | 25 | must establish with reasonable probability that Mrs. Earnest's               |