# EXHIBIT O



PRESENTATION OF DATA by

RUSTIN SILVERSTEIN, Esq.

President, X Ante LLC

"Data and Analysis of Television Advertisements Related to Taxotere Product Liability Claims, June 2016 – May 2017"

Presented to

Shook, Hardy & Bacon LLP

June 2017



www.x-ante.com  202.930.ANTE (2683)
2020 Pennsylvania Ave NW | Suite 144 | Washington, DC 20006

1

## QUALIFICATIONS

X Ante LLC provides detailed analyses of television advertising expenditures and commercial occurrences by attorneys and law firms in 210 media markets and on 12 national broadcast networks, 8 Spanish-language networks, and more than 80 national cable networks.  X Ante has provided this data and analysis to pharmaceutical and medical device companies as well as law and communications firms.

Rustin Silverstein is the president and founder of X Ante – a source for data and analysis on advertising and marketing by plaintiffs' law firms and related entities soliciting claims for mass tort litigation.

Prior to founding the company, Mr. Silverstein practiced law at a multinational law firm and worked for a global management consulting firm. He is a graduate of Harvard College and Harvard Law School and a member of the District of Columbia and Arizona Bars.

## MATERIALS REVIEWED

In compiling this report, Mr. Silverstein examined comprehensive data sets on commercial occurrence and expenditure information for television advertisements sponsored by attorneys and/or law firms seeking claimants for product liability claims related to Taxotere ("Taxotere litigation TV ads").

The data examined included monthly totals of estimated spending on Taxotere litigation ads and the number of times these ads aired each month ("Spot Count") from June 2016 through May 2017 as well as the content of those ads.

The data was gathered and provided by the Campaign Media Analysis Group (CMAG), a Kantar Media Solution, that monitors, codes and aggregates television advertising information 21 hours a day (5:00 AM - 2:00 AM) utilizing the MediaWatch Technology – an automated, patented and proprietary system. The monitored stations constitute the principal stations in each market, typically including the network affiliates and major independents.

CMAG staff watch, review, and code every ad to determine the messages used in each – such as a message about "Taxotere" – and the content information is merged with the automated placement and spending information.

Kantar Media is relied upon by Fortune 500 companies and thousands of other advertisers and their agencies for its accurate data on television advertising derived from the MediaWatch system. The system is designed to capture new commercials as they first air and then track every succeeding airing of each commercial across the universe of TV platforms outlined above.

The spot occurrence and placement data are automatically assigned by the system. The spending rates are estimated according to quarterly polling by Kantar Media of television stations and advertising industry sources to determine average 30-second advertising daypart-level rates and program rates for sports and special programming for the upcoming quarter.  To account for the time it takes for any given rate to populate within the system, CMAG uses an average cost function based on rates from historical program averages airing in the same market on the same station during the same daypart.  These temporary estimates are updated with actual sourced rates when they become available.

Several weeks after the local data are produced, Kantar Media receives the results from a national broadcasting industry survey conducted monthly by the Television Bureau of Advertising (TVB). This new information provides a national advertising growth trend as reported by responding stations. Expenditures are adjusted to reflect these industry spot revenue patterns.  Once this final rate data is available, all temporary rates calculated using the average cost function are replaced with the final data.

## OPINION

### High volumes of Taxotere litigation advertising across the United States

From June 2016 through May 2017, approximately 32,000 television advertisements were broadcast on national cable and broadcast television networks and on local broadcast television networks in the United States by attorneys, law firms, and other entities soliciting legal claims related to injuries allegedly caused by Taxotere ("Taxotere litigation ads") – an average of 2,700 ads per month or 88 ads per day.[1] It is estimated that nearly $9 million was spent to broadcast these advertisements – an average of $740,000 spent per month or $24,000 per day. [2]

Taxotere was the third-most targeted pharmaceutical drug in mass tort litigation television advertisements during this time period based on both the number of ads broadcast and the estimated amount spent on those ads.



**Top Pharmaceutical Drugs in Mass Tort Litigation Ads, Number of Ads, June 2016 - May 2017**

---

[1] The total estimated number of Taxotere litigation TV ads broadcast during this time period was 32,024.
[2] An estimated $8,921,960 was spent on Taxotere litigation TV ads during this period.



More ads soliciting Taxotere litigation claims ran in September 2016 than in any other month while the highest estimated monthly spending on these ads was in July 2016.



Taxotere litigation ads ran during both local and national television programming and across both broadcast and cable networks. While 90% of the ads appeared on local broadcast networks, about 70% of the estimated advertising spending was devoted to more expensive nationally-broadcast advertisements.

4



**Taxotere Litigation TV Advertising, June 2016 – May 2017**
**Type of Broadcast**

Est. Ad Spending
- Syndication: $3,355,860 | 38%
- Spot TV: $2,880,440 | 32%
- Cable TV: $2,290,560 | 26%
- Network TV: $378,800 | 4%
- Span Lang Net TV: $16,300 | 0%

Number of Ads
- Spot TV: 28,884 | 90%
- Cable TV: 2,582 | 8%
- Syndication: 526 | 2%
- Network TV: 26 | 0%
- Span Lang Net TV: 6 | 0%

**Cable TV**: Ads airing nationally on any of the monitored cable networks (e.g. USA, AMC, CNN)
**Network TV**: Ads airing nationally on any of the national broadcast networks (e.g. ABC, CBS, FOX, NBC)
**Spanish Lang Network**: Ads airing nationally on any of the Spanish-language broadcast networks (e.g. Telemundo, Univision)
**Spot TV**: Ads airing on local broadcast networks (e.g. A TV ad that airs on WJLA during the 5PM evening news is seen only by viewers in the Washington, DC media market or designated market area (DMA))
**Syndication**: Ads airing nationally on syndicated programs wherever they are broadcast across the country

**National advertisers dominate Taxotere litigation advertising**

Leading national sponsors of mass tort litigation advertising dominated Taxotere litigation television advertising from June 2016 through May 2017. The Davis & Crump law firm of Mississippi sponsored nearly a quarter – or about 7,700 ads – of these ads.

The most widely broadcast Davis & Crump Taxotere ad aired about 3,900 times. Screenshots and a transcript of this ad follow:



*Screenshots of Davis & Crump Taxotere litigation ad,
June 2016 –May 2017*

Transcript:

*This is important news for women who were administered chemotherapy intravenously for breast cancer and then suffered permanent hair loss.*

*Some women administered the breast cancer chemotherapy drug Taxotere have suffered from permanent hair loss on scalp, eyebrows and eyelashes.*

*If you've suffered permanent hair loss after chemotherapy for breast cancer, call the law offices of Davis & Crump right now to find out if you are eligible for a cash award and medical expenses.*

*Call now. Operators are standing by.*

Nearly all of the Davis & Crump Taxotere ads ran on local broadcast networks in about ten local media markets with about 30% of their ads shown in the Columbus, Mississippi media market. It is estimated that the firm spent about $750,000 on Taxotere litigation advertising during this period.

The Pulaski Law Firm of Houston, Texas spent more on TV ads soliciting Taxotere claims during this time – about $1.2 million – than any other advertiser.

The most widely broadcast Pulaski Taxotere ad aired over 5,000 times at an estimated cost of about $730,000. Screenshots and a transcript of this ad follow:



6

*Screenshots of Pulaski Law Firm Taxotere litigation ad,
June 2016 –May 2017*Transcript:

*Non-lawyer spokesperson.*

*Attention breast cancer patients, if you or a loved one underwent chemotherapy to treat breast cancer and then suffered permanent hair loss, call 1-800-666-9027 now.*

*You may be entitled to compensation.*

*The chemotherapy drug Taxotere has been linked to permanent hair loss in breast cancer patients, many who have not been fully warned that their hair may never grow back after treatment.*

*Call 1-800-666-9027 for a free case evaluation.*

Just over half of the Pulaski Taxotere ads ran during nationally syndicated programming or on national cable networks. The remaining ads were shown in ten local media markets across the country.

The advertiser who spent the second-highest amount on Taxotere litigation ads from June 2016 through May 2017, Knightline Legal, is not a law firm. Rather, as it discloses on its website,

> Knightline Legal is not a law firm or referral service and does not provide legal representation to visitors of this site. Knightline Legal is a consolidated group of lawyers offering legal services to those who have been injured by dangerous drugs and medical devices.[3]

Knightline spent nearly $900,000 to air about 1,800 TV ads targeting Taxotere. Knightline likely sells the "leads" it receives on potential Taxotere claimaints as a result of this advertising to interested plaintiffs' law firms.



*Screenshots of Knightline Legal Taxotere litigation ad,
June 2016 –May 2017***National scope of Taxotere litigation local advertising with disproportionate share in New Orleans**

As can be seen in the maps below, Taxotere litigation ads ran on local broadcast networks in media markets across the country

---

[3] *See,* http://www.knightlinelegal.com/disclaimer/.

7

**Taxotere Litigation TV Advertising, June 2016 – May 2017**





Number of Ads

From June 2016 through May 2017, more was spent to air local Taxotere litigation ads in the New Orleans, Louisiana media market or Designated Market Area (DMA) than in any other market in the country.

Media Markets (DMAs) with Highest Est. Spending on
Taxotere Litigation Ads on Local Broadcast TelevisionJune
2016 – May 2017

1. New Orleans, LA: $229,930
2. Tucson, AZ: $197,330
3. Detroit, MI: $178,970
4. Columbus, MS: $148,170
5. Phoenix, AZ: $143,560

More of these local ads also ran in New Orleans than in all but two other media markets.

Media Markets (DMAs) with Most Taxotere Litigation Ads
on Local Broadcast Television
June 2016 – May 2017

1. Columbus, MS: 2,418 ads
2. Tucson, AZ: 1,821 ads
3. New Orleans, LA: 1,605 ads
4. Shreveport, LA: 1,208 ads
5. Oklahoma City, OK: 1,108 ads

In fact, New Orleans was the top media market for Taxotere litigation television advertising spending and the market with the third-highest number of ads despite being the fiftieth largest

TV media market in the country as measured by Nielsen.[4] With about 640,000 "TV homes," the New Orleans media market accounts for about 0.559% of all TV homes in the United States.[5] However, from June 2016 through May 2017, about 5% of the Taxotere litigation ads broadcast across the US were shown in New Orleans and it received about 2.5% of the spending on those ads. Thus, the New Orleans media market received a disproportionate share of Taxotere litigation advertising as would be expected given the size of the market – about five times as much spending on Taxotere litigation advertising and about nine times as many ads.

New Orleans, LA vs. US Taxotere Litigation Ads
June 2016 – May 2017

|  | United States | New Orleans DMA | New Orleans % of US Total |
|---|---|---|---|
| TV Homes | 114,695,130 | 641,620 | 0.559% |
| Number of Ads | 32,024 ads | 1,605 ads | 5.012% |
| Ad Spending | $8,921,960 | $229,930 | 2.577% |

Similarly, more Taxotere litigations aired and more was spent on those ads in the Shreveport, Louisiana media market than would be expected given the size of that market. Although only the eighty-second largest market in the country, it ranked fourth in the number of Taxotere litigation ads broadcast and more was spent on local Taxotere litigation ads there than in all but 5 other other markets.

Shreveport, LA vs. US Taxotere Litigation Ads
June 2016 – May 2017

|  | United States | Shreveport DMA | Shreveport % of US Total |
|---|---|---|---|
| TV Homes | 114,695,130 | 371,760 | 0.324% |
| Number of Ads | 32,024 ads | 1,208 ads | 3.772% |
| Ad Spending | $8,921,960 | $99,270 | 1.113% |

The New Orleans-based Morris Bart and Associates law firm sponsored three quarters of the local New Orleans Taxotere litigation advertising during this twelve month period. The Bart firm sponsored a single Taxotere litigation ad that ran just over 1,200 times in New Orleans. Ninety percentof the local broadcast of this ad occurred in August, September, and October of 2016.

---

[4] *See* Nielsen Local Television Market Estimates at:
https://www.tvb.org/Portals/0/media/file/DMA/2016-2017-nielsen-local-dma-ranks.pdf
[5] *Id.* A "TV home" is defined by Nielsen as a household that has at least one operable TV/monitor with the ability to deliver video via traditional means of antennae, cable set-top-box or satellite receiver and/or with a broadband connection.

10





*Screenshots of Morris Bart & Associates Taxotere litigation ad broadcast in New Orleans, June 2016 –May 2017*

Transcript:

*Attention!*

*This is a legal alert for women who received chemotherapy for breast cancer.*

*Taxotere is a chemotherapy drug that has now been linked to permanent hair loss. The FDA and drug manufacturer recently updated Taxotere's warning label for the risk of permanent hair loss.*

*If you now suffer from permanent hair loos or baldness after receiving chemotherapy for breast cancer, you may have a claim for money damages.*

*Call attorney Morris Bart at 251-6700 for a free consultation. Call 251-6700.*

In addition to New Orleans, the Bart ad ran in seven other media markets in Louisiana, Alabama, and Florida.

## Conclusion

Taxotere was one of the top pharmaceutical drugs targeted in television advertising soliciting claims related to mass tort litigation in the twelve month period from June 2016 through May 2017. National advertising law firms and non-law firm lead generation companies were among the top sponsors of these ads during this time. Taxotere litigation ads ran on national networks and in local media markets across the country with a disproportionate number of ads airing in the New Orleans and Shreveport, Louisiana media markets.

11

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## DECLARATION OF RUSTIN SILVERSTEIN

1. My name is Rustin Silverstien. I am the president and founder of X Ante LLC. I have held this position since September 30, 2014.

2. In June 2017, I analyzed trends on Taxotere litigation advertising, memorialized in a report "Data and Analysis of Television Advertisements Related to Taxotere Product Liability Claims, June 2016 – May 2017" ("the Report") for the law firm Shook, Hardy & Bacon LLP.

3. A true and correct copy of the Report is attached hereto as Exhibit A.

4. To do so, I examined comprehensive data sets on commercial occurrence and expenditure information for television advertisements in 210 local media markets and on 12 national broadcast networks, 8 Spanish-language networks, and more than 80 national cable networks in the United States sponsored by attorneys, law firms, and other entities soliciting clients for legal claims related to injuries allegedly caused by Taxotere ("Taxotere litigation ads").

5. The data I examined included monthly totals of estimated spending on Taxotere litigation ads and the number of times these ads aired each month ("Spot Count") from June 2016 through May 2017, as well as the content of those ads.

6. Raw data on Taxotere litigation TV ads was gathered and provided by the Campaign Media Analysis Group ("CMAG"), which monitors, codes, and aggregates television

1

advertising information 21 hours a day (5:00 AM - 2:00 AM) using automated technology. The monitored stations constitute the principal stations in each market, typically including the network affiliates and major independents.

7. CMAG staff watch, review, and code every ad to determine the messages used in each—such as a message about "Taxotere"—and the content information is merged with automated placement and spending information.

8. Upon compiling and reviewing the data, I found that from June 2016 through May 2017, approximately 32,000 Taxotere litigation ads for which approximately $9 million dollars was spent were broadcast in the United States.

9. Taxotere was the third-most targeted pharmaceutical drug in mass tort litigation television advertisements during this time period based on both the number of ads broadcast and the estimated amount spent on those ads.

10. In addition to nationally-aired ads, Taxotere litigation ads ran on local broadcast networks in media markets across the country. Approximately 90% of the 32,000+ ads aired on local broadcast networks, accounting for approximately 32%—$2.9 million—of ad spending.

11. More money was spent on Taxotere litigation ads in New Orleans than in any other market. Some $230,000 was spent on ads on New Orleans—nearly 8% of all spending on local ads in the U.S.

12. New Orleans and Shreveport, Louisiana, had the third- and fourth-most ads aired of any local markets in the U.S., respectively. This is true despite the fact that New Orleans is only the fiftieth largest U.S. TV media market, and Shreveport is eighty-second. Altogether, nearly 10% of all local Taxotere ads were aired in New Orleans or Shreveport.

13. The Davis & Crump law firm of Mississippi sponsored nearly a quarter—or about 7,600 ads—of all Taxotere litigation television ads broadcast across the country.. The most widely broadcast Davis & Crump Taxotere ad aired about 3,900 times. It is estimated that the firm spent about $750,000 on Taxotere litigation advertising during this period.

14. The Pulaski Law Firm of Houston, Texas spent more on TV ads soliciting Taxotere claims during this time—about $1.2 million—than any other advertiser. The most widely broadcast Pulaski Taxotere ad aired over 5,000 times at an estimated cost of about $730,000.

15. Knightline Legal, which is not a law firm, spent the second-highest amount on Taxotere litigation ads from June 2016 through May 2017. Knightline spent nearly $900,000 to air about 1,800 TV ads targeting Taxotere. Knightline likely sells the "leads" it receives on potential Taxotere claimaints as a result of this advertising to interested plaintiffs' law firms.

16. The information contained in the Report was produced according to statistically reliable methods.

17. I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 20, 2017.

Rustin Silverstein
President, X Ante LLC