# EXHIBIT S

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

*****************************

IN RE:  TAXOTERE (DOCETAXEL)

PRODUCTS LIABILITY                MDL No. 2740

LITIGATION                        Section: "H"

                                             Judge MILAZZO

This Document Relates to:         Mag. Judge North

All Cases

*****************************


VIDEOTAPED DEPOSITION OF JEAN-PHILIPPE AUSSEL



Thursday, October 11th, 2018
8:58 a.m.



Held At:

DLA Piper UK LLP

160 Aldersgate Street

London, United Kingdom


REPORTED BY:

Maureen O'Connor Pollard, RMR, CLR, CSR

1    A.    Yes.
2    Q.    And then under that in this section
3    entitled "The Ambition," it says, "Establish
4    Taxotere as the cornerstone treatment," correct?
5    A.    Yes.
6    Q.    And then it lists a bunch of different
7    cancer types, correct?
8    A.    Correct.
9    Q.    So this tells us that Sanofi's
10   ambition was to have Taxotere established as the
11   cornerstone treatment in breast, lung, and
12   prostate cancers, correct?
13   A.    Correct.
14   Q.    Then it says that it wanted to
15   "Establish Taxotere as the cornerstone treatment
16   in early and late stage disease across several
17   solid tumors," correct?
18   A.    Correct.
19   Q.    And then it says as the last point,
20   "Achieve WW sales of 2.5 billion Euros by 2008,"
21   correct?
22   A.    Yes.
23   Q.    Do you have an understanding of what
24   WW means?
25   A.    Worldwide.