# EXHIBIT U

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CASE No.  2:16-cv-17039

ELIZABETH KAHN,

        Plaintiffs,

v.

SANOFI-AVENTIS U.S. L.L.C. and
SANOFI US SERVICE, INC.

        Defendant
_____/

Remote Proceedings
September 29, 2020
10:03 a.m. - 4:39 p.m.

VIDEO DEPOSITION OF ANTONELLA TOSTI, M.D.
(Via Teleconference)
Taken before SUZANNE VITALE, R.P.R., F.P.R.
and Notary Public for the State of Florida at Large,
pursuant to Notice of Taking Deposition filed in the
above cause.

Page 63

1      A.   No.
2      Q.   And did -- strike that.
3           Prior to your visit with Ms. Kahn, had she
4 ever tried any treatment options for her hair?
5      A.   From her deposition, I understood that she
6 tried biotin, but she didn't tell me when we talk.
7      Q.   Did you ask her about whether or not she
8 had ever tried any treatment options for her hair?
9      A.   Yes.  I ask her if she consulted the
10 doctor, and she told me she spoke with a
11 dermatologist, even if it's not in the dermatologist
12 notes, and basically they told her there was nothing
13 she could do.
14     Q.   So we'll get to that, but she said that
15 she did ask her dermatologists about her hair?
16     A.   She told me that.  It's in my note.
17     Q.   Right.  And she also indicated that she
18 talked to her oncologist about her hair as well; is
19 that right?
20     A.   Yes.
21     Q.   Prior to seeing you, do you know whether
22 or not Ms. Kahn had ever seen a doctor for any kind
23 of workup related to her alopecia?
24          MR. LAMBERT:  Object to form.
25          THE WITNESS:  As far as I saw from the

Page 64

1          medical record, she saw a dermatologist several
2          times.  The dermatologist doesn't write on the
3          records about the alopecia, but she saw the
4          dermatologist for actinic keratosis of the
5          scalp, which are, by definition, something that
6          happens when the skin is exposed to the sun.
7     BY MR. STRONGMAN:
8          Q.   Can you spell that for us, that condition
9     that you just mentioned that she saw the
10    dermatologist for her scalp?
11         A.   Actinic, A-C-T-I-N-I-C.  Keratosis,
12    K-E-R-A-T-O-S-I-S.
13         Q.   What is that condition?
14         A.   It's a precancer due to sun, sun-induced
15    precancer.  And this happens on skin that is exposed
16    to the sun.  So it's something that is very unusual
17    on the scalp except for bald men.
18         Q.   And when did Ms. Kahn see a dermatologist
19    about actinic keratosis?
20         A.   I think several times.  You know, I think
21    she saw the dermatologist during the time, many
22    time.
23         Q.   Do you recall, based on your review of the
24    records, when Ms. Kahn first saw a dermatologist for
25    actinic keratosis?

Page 65

1         A.    I don't recall in this moment.
2         Q.    How long does it typically take for
3     actinic keratosis to develop?
4         A.    I don't think there are study on that.
5     Depends on skin type and depends on, you know, the
6     UV index.  New Orleans is definitely faster than in
7     New York.
8         Q.    In general, is that a condition that will
9     develop over a course of years?
10        A.    No.  I've seen patients developing in
11    months.
12        Q.    Going back to Ms. Kahn's visit with her
13    dermatologist.  You did view -- strike that.
14              Going back to Ms. Kahn's visits with her
15    dermatologists.  You did review the records from
16    those treaters, correct?
17        A.    Yes, I did.
18        Q.    You would agree with me that there was
19    nothing in the dermatology records for Ms. Kahn
20    regarding anything on alopecia, correct?
21              MR. LAMBERT:  Object to form.
22              THE WITNESS:  Yes.
23    BY MR. STRONGMAN:
24        Q.    And you also reviewed the depositions of
25    her dermatologists, correct?

Page 66

1     A.   Yes, correct.
2     Q.   And her dermatologist -- strike that.
3          Ms. Kahn's dermatologists were asked
4     questions about whether she ever visited them for
5     alopecia.
6          Do you remember that?
7     A.   Yes, I do.
8     Q.   Do you recall that the dermatologists
9     testified that, had Ms. Kahn raised issues regarding
10    alopecia, they would have put that in their records?
11    A.   She testified that, but sometimes patients
12    tell you many things that you don't recall
13    everything.  And she's a skin cancer specialist, so
14    she was very focused on that part of the exam.
15    Q.   Well, do you recall testimony specifically
16    from Ms. Kahn's dermatologist that said if Ms. Kahn
17    had raised concerns about alopecia, that would have
18    been included in her records?
19    A.   I agree she said that, but it's something
20    that doctors always say, but it doesn't really
21    happen all the time, because you have a patient and
22    you are doing something, and then the patient starts
23    saying I have this, I have this, and you cannot
24    record everything.
25    Q.   But you're just speculating on that,

Page 67

1    correct?
2         A.   You know, but you're also asking a doctor
3    many years afterwards if he had written, he should
4    only answer yes, because otherwise he's not being
5    precise.
6         Q.   And specifically, do you remember the name
7    of the dermatologists that we're referring to here?
8         A.   I don't remember their name, but I'm sure
9    it's a woman.
10        Q.   And does the name Dr. Coller Ochsner ring
11   a bell with you?
12        A.   Yes, I think it's her.
13        Q.   And so you're not saying that Dr. Coller
14   Ochsner is wrong when she testified that she has no
15   record of Ms. Kahn ever raising alopecia concerns
16   with her, correct?
17        A.   I'm not saying she's wrong.
18             MR. LAMBERT:  Object to form.
19             THE WITNESS:  I'm saying that if she had
20        actinic keratosis in the scalp, she should have
21        alopecia, because that's never been described
22        with a full head of hair.  So it's no way she
23        had alopecia.
24   BY MR. STRONGMAN:
25        Q.   Did you see any documents from any

```
                                              Page 143
 1         Q.   But my point is, you can count up reports
 2   in your paper for taxol and you can count up reports
 3   for Taxotere in your paper, correct?
 4              MR. LAMBERT:  Object to form.
 5              THE WITNESS:  Of course, you can count,
 6        but those count don't give you a risk.
 7   BY MR. STRONGMAN:
 8         Q.   And so you would agree that just simply
 9   looking at the number of reports and counting them
10   doesn't give you accurate information about the
11   risk?
12         A.   Absolutely not.
13         Q.   And so when you also look at your paper,
14   there are other chemotherapies that are listed there
15   as well that are not taxane-based, correct?
16              MR. LAMBERT:  Object to form.
17              THE WITNESS:  Yes.
18   BY MR. STRONGMAN:
19         Q.   And would you similarly agree that I
20   cannot determine the risk for those chemotherapies
21   just by counting the number of reports in your
22   table?
23         A.   Yes.
24         Q.   You mentioned earlier about the chronology
25   of endocrine therapy-induced alopecia and said that
```