# EXHIBIT W

Page 1

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2                CASE NO. 2:16-cv-17039
 3
 4    ELIZABETH KAHN,                  ) VIDEOCONFERENCE
                                       ) VIDEOTAPED
 5                                     ) DEPOSITION OF:
                    Plaintiff,         )
 6                                     )
        v.                             ) LAURA M.
 7                                     ) PLUNKETT,
                                       ) Ph.D., DABT
 8                                     )
      SANOFI S.A., SANOFI-AVENTIS      )
 9    U.S. L.L.C., SANOFI US SERVICE,  )
      INC., and AVENTIS-PHARMA S.A.,   )
10                                     )
                    Defendants.        )
11    _____  )
12
13            TRANSCRIPT of the stenographic notes of
14    the proceedings in the above-entitled matter, as
15    taken by and before ELLEN J. GODINO, CCR, RPR, CRCR,
16    held via Zoom videoconference from multiple
17    locations, with the witness located at 13923 Carriage
18    Walk Lane, Houston, Texas, on Monday, April 27, 2020,
19    commencing at 2:59 p.m.
20
21
22
23
24
25
```

Page 65

1   Government.  Is that correct?
2        A.   As far as approval decisions, yes, but
3   I disagree that they have no relationship.  For
4   example, the FDA has used their definitions in drug
5   labeling before.  So -- but I would agree; they're
6   not making the approval decisions.  That is true.
7             And many drug companies use this
8   definition, in my experience, to describe the
9   frequency of events.
10       Q.   Well, let me ask you this.  Is there
11  anywhere in federal statutes that adopts the World
12  Health Organization interpretations that you employ
13  in your report?
14            MR. MICELI:  Object to the form.
15       A.   So this is outside of what I would be
16  expected to testify to at trial.  However -- because
17  I'm not the regulatory expert.  However, in my
18  experience, the FDA regulations that relate to
19  labeling of drugs and these issues are not
20  prescriptive, where they would state certain
21  standards like that should be used to describe
22  things.
23            But guidance documents mention WHO.
24  I've seen other regulatory documents from FDA that
25  talk about WHO guidance.  But no, that is not

1   2713 was received and marked for identification.)
2       Q.   Dr. Plunkett, do you have the
3   exhibit -- exhibit up in front of you?
4       A.   I see a paper by Kim from 2017, yes.
5       Q.   Yeah. And this is a -- this is a study
6   that is cited and relied upon by you in your report.
7   Isn't that correct?
8       A.   Yes, I believe so. I was just looking
9   to make sure it was the right year and the right
10  title. Yes, it is.
11      Q.   Okay. And we talked about this at
12  length during your last deposition, so I just want
13  to go through and ask you a couple of follow-up
14  questions here, which is --
15           MR. RATLIFF: Torrey, if you'll scroll
16  down a little bit, to the Table 1.
17      Q.   So Dr. Plunkett, this was the Table 1
18  which -- are you familiar with this table, or have
19  you seen this table before?
20      A.   I have seen it before, but I --
21  I don't -- I don't -- I mean, I'd have to, if you're
22  going to want an analysis, I'll have to look at it
23  again. But yes --
24      Q.   Okay.
25      A.   -- I've seen it before.

1      Q.    If you want to -- let me ask you some
2   questions, and then if you want to stop me and say
3   you need to look at it, that's fine.  I just want to
4   make sure I understand how you are -- do you need
5   it --
6      A.    Can you make the whole table show,
7   rather than just part of it?
8      Q.    It's going to be a little small, but I
9   can do that, if you can't?
10     A.    No, that's fine.  I'll just -- I have a
11  really nice -- I have a huge monitor.  It's like
12  30 inches.  So I can see it pretty well.
13     Q.    Okay.  So Table 1 -- or not Table 1,
14  Column 1 on the left-hand side, not
15  "Characteristics"; I guess technically Column 2, the
16  one that says "Total" on it?
17     A.    N equals 265; is that where you are?
18     Q.    Yes.  And is that your understanding
19  that this study involved 265 patients?
20     A.    Yes, that's true.
21     Q.    Okay.  And then if you scroll down to
22  "Chemotherapy Regimen."  Well, it's about midway
23  through, or close to midway through, under the
24  "Characteristics" column.
25     A.    I see chemotherapy, yes.

Page 72

1       Q.    Yeah.  And there's two different
2 chemotherapy regimens underneath there.  There's one
3 that says "Anthracycline," and then "Anthracycline
4 Plus Taxane."  Do you see that?
5       A.    I do.
6       Q.    Okay.  And so would it be -- is it your
7 recollection that there were 112 patients of the 265
8 patients in this study that received an
9 anthracycline-based chemotherapy regimen?
10       A.    I think you and I went through this
11 before, and I said I agree 112 is in that column,
12 yes.
13       Q.    And of those patients, 29 here are
14 reported in the middle column as having what they
15 call "chemotherapy-induced irreversible alopecia."
16 Is that correct?
17       A.    For the anthracycline alone, yes.
18       Q.    And then they characterize that as
19 being 23.8 percent of the patients.  Do you see
20 that?
21       A.    I do.
22       Q.    Okay.  And at least according to --
23 well, one, would you consider this study to be a
24 type of epidemiological study or an epidemiological
25 investigation?

Veritext Legal Solutions
800-227-8440    973-410-4040

1           MR. MICELI:  Object to the form.
2       A.      If you would define "epidemiology"
3   generally, yes.  I would agree; epidemiology being
4   looking at particular patient characteristics or
5   human characteristics in a population.
6       Q.      So at least according to this
7   particular epi study, as it relates to the patients
8   who only received an anthracycline or
9   anthracycline-based chemotherapy, they reported that
10  23.8 percent of the patients they studied developed
11  chemotherapy-induced irreversible alopecia.
12              Do you agree that that's what they're
13  reporting?
14          MR. MICELI:  Object to the form.
15      Q.      And I'm just looking at that 23.8
16  number under "Percentage," by 29?
17      A.      Well, I'd agree that the number is
18  there.  I mean, I don't know what -- I don't know
19  how else to answer that for you.  I mean, I don't
20  diagnose patients, so I would agree that that number
21  is there in this study.  That's how they have been
22  described, yes.
23      Q.      All right. And under the -- so you
24  would agree that, at least for this study, in the
25  anthracycline regimen, irreversible alopecia was a

1   common, if not very common, adverse event.  Agreed?
2            MR. MICELI:  Object to the form.
3   Object to the form.
4       A.   No, I disagree with that.  Because
5   the -- the -- I would agree that if you wanted to
6   use the WHO definition generally for this
7   population, you could, but that's not necessarily an
8   occurrence rate in the same way as a clinical study,
9   where you have a control over the number of patients
10  that you -- that you prospectively decide to treat.
11  It's different.
12           But I would agree with you that if you
13  wanted to just apply it, you could try.  But it's
14  different, it's a different comparison.
15           Let me -- could you go back to the
16  methodology for this paper.  I'd just --
17      Q.   Hold on, before you look at that.
18           But you'd agree with me:  There's a
19  numerator and a denominator for the
20  anthracycline-based population.  Correct?
21           MR. MICELI:  Object to the form.
22      A.   But that's different than saying an
23  occurrence rate overall, for patients in a
24  population.
25           So let me look -- I need to look at the

1    contribute to the beneficial effects of these drugs,
2    although docetaxel is much more potent than
3    paclitaxel."
4            Do you see that?
5        A.   I do.
6        Q.   Okay. Have you formed an opinion, to a
7    reasonable degree of medical certainty, that the
8    increased potency of docetaxel somehow causes or
9    contributes to an increased rate of permanent
10   chemotherapy-induced alopecia?
11       A.   I don't think I've formed the opinion
12   exactly as you've stated it; but I have formed the
13   opinion, certainly that -- as I discuss in my
14   report, that there are differences, there are some
15   differences, for example, in the two drugs that may
16   contribute to why, on the toxicity side, that they
17   are different.
18       Q.   Okay. And you go on in paragraph 23,
19   you say, "Other differences between the two drugs
20   that are discussed include the greater uptake of
21   docetaxel in tumor cells, and the slower efflux of
22   the drug from these cells, leading to a longer time
23   of retention of docetaxel within the tumor cell."
24           Do you see that?
25       A.   I do.

1    Q.    Have you formed an opinion, to a
2    reasonable degree of medical certainty, that the
3    longer time of retention of docetaxel within the
4    tumor cell has any bearing on the propensity of
5    Taxotere to cause or contribute or be associated
6    with permanent chemotherapy-induced alopecia?
7    A.    I don't believe I formed the opinion on
8    that alone; however, the uptake of paclitaxel into
9    cells generally; it's not just the tumor cell.  So I
10   do believe that, if you read some of the literature,
11   it talks about the persistence as being the reason
12   why you might get some longer-term effects.  But I
13   don't think I've formed the opinion the way you just
14   described it, although I have discussed the toxicity
15   differences between the two drugs.
16   Q.    Okay.  And then if you go to
17   paragraph 25 of your report, that's page 11.
18   A.    Yeah, I'm there.  I'm sorry, yes.
19   Q.    Yeah, actually, I apologize, Doctor --
20   Dr. Plunkett.  I want to go to paragraph 27.
21   A.    Okay.
22   Q.    And it says, the first sentence says,
23   "Table 1 below summarizes some of the key
24   pharmacokinetic parameters for docetaxel versus
25   paclitaxel."

1      A.      No one has done a study on
2   pharmacokinetics to look at that, so I can't answer
3   that.
4      Q.      So as it relates to pharmacokinetics,
5   your understanding is that both of them have high
6   levels of inter-individual variability, Taxotere and
7   Taxol?
8      A.      That is correct.
9      Q.      And what about as it relates to
10  pharmacodynamics?
11     A.      On pharmacodynamics, that's what's
12  important about Study 311; where we have a
13  head-to-head comparison of Taxol versus Taxotere.
14             And even though the drugs appear to be
15  very similar in a lot of ways, as far as being used
16  for the same types of patients, they both have some
17  of the same characteristics and pharmacokinetics;
18  the way they are used clinically, and the doses they
19  are used clinically, Taxotere has been shown,
20  head-to-head, to have an increased toxicity compared
21  to Taxol.
22     Q.      Okay.  Can you turn to page 58 of
23  your --  paragraph 58 of your report.
24             MR. MICELI:  What page are you on
25  there, Harley?  Is that about 26 or 27?

Page 123

1  A. So that, I'd need to see which one
2  you're talking about. It's possible that's true. I
3  would have to see which case reports you're talking
4  about. But in case reports, there are -- there are
5  cases where in some cases, statements or
6  attributions are given. I don't know if there is
7  one for paclitaxel, though. I would have to look.
8  Q. Okay. And you'll agree that paclitaxel
9  or Taxol also has high inter-individual variability.
10  Correct?
11  A. Yes, it does.
12  Q. Okay. And based on that, you've told
13  me you -- well, strike that.
14  But you have not formed an opinion as
15  to whether Taxol, or any other chemotherapy is
16  biologically plausible to cause PCIA. Is that
17  correct?
18  A. I have not formed those opinions, no.
19  My opinions related to Taxol have had -- versus
20  Taxotere are related to this issue of increased
21  toxicity. Increased toxicity generally, but seeing
22  toxicity.
23  Q. You will not come into -- sorry, I
24  apologize. There's a little bit of a lag there.
25  You will not come into court and

Page 138

1  Q. Well, what would you consider to be,
2  for a general causation analysis, the most important
3  piece of information? Or evidence?
4  MR. MICELI: Object to the form.
5  Excuse me. Object to the form.
6  A. So I'm not doing a causation analysis
7  here. But in places where I do that, again, just
8  like I did, I would focus on human evidence. If I'm
9  talking about a human causal relationship between
10  exposure --
11  (Court reporter clarification.)
12  A. -- and response.
13  In some cases I work on in causation,
14  in cases that involve environmental exposures, I
15  often have to spend more time looking at data
16  outside of humans, because we don't have the same
17  type of availability of controlled studies, like we
18  do in a drug -- in the drug world, where we actually
19  have clinical data to look at.
20  Q. Okay. Doctor, throughout your report,
21  you use the word "linked," L-I-N-K-E-D. What does
22  that mean to you, as you use it?
23  A. That two things can be related in some
24  way. So exposure and response in a pharmacodynamic
25  study, or in a pharmacokinetic study, you can link a