# EXHIBIT DD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
IN RE:  TAXOTERE (DOCETAXEL)      *        16-MD-2740
PRODUCTS LIABILITY LITIGATION     *
                                  *        Section H
                                  *
Relates to:  Barbara Earnest      *        September 23, 2019
             16-CV-17144          *
* * * * * * * * * * * * * * * * *
```

DAY 6 - AFTERNOON SESSION
TRANSCRIPT OF JURY TRIAL BEFORE
THE HONORABLE JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE

<u>Appearances</u>:

| | |
|---|---|
| For the Plaintiffs: | Barrios Kingsdorf & Casteix, LLP<br>BY:  DAWN M. BARRIOS, ESQ.<br>701 Poydras Street, Suite 3650<br>New Orleans, Louisiana 70139 |
| For the Plaintiffs: | Gainsburgh Benjamin David Meunier<br>  & Warshauer, LLC<br>BY:  M. PALMER LAMBERT, ESQ.<br>1100 Poydras Street, Suite 2800<br>New Orleans, Louisiana 70163 |
| For the Plaintiffs: | Pendley Baudin & Coffin, LLP<br>BY:  CHRISTOPHER L. COFFIN, ESQ.<br>1100 Poydras Street, Suite 2505<br>New Orleans, Louisiana 70163 |
| For the Plaintiffs: | Gibbs Law Group, LLP<br>BY:  KAREN BARTH MENZIES, ESQ.<br>6701 Center Drive West, Suite 1400<br>Los Angeles, California 90045 |

**LESLEY FIERRO - EXAMINATION**

```
04:27  1   product.  They would then initiate -- they would talk to the
04:27  2   physician to see what they want.  And then they would initiate,
04:27  3   if appropriate, a literature search, which is then sent to the
04:27  4   physician, and it's attached to a templated standard cover
04:27  5   letter.
04:27  6   Q.   Let me ask you this:  As a pharmacist, do you understand
04:27  7   today that Taxotere can cause permanent hair loss?
04:27  8   A.   Correct, yes.
04:27  9   Q.   When did you learn that?
04:27 10   A.   I can't tell you specifically when I learned it.  I mean,
04:27 11   I certainly learned in pharmacy school that chemotherapeutic
04:27 12   agents can cause hair loss.
04:27 13   Q.   I didn't ask about hair loss; I asked about permanent hair
04:27 14   loss.
04:27 15   A.   I don't know that I ever learned about permanent hair loss
04:27 16   specifically.  And, really, until a caller came in and asked us
04:28 17   details around hair loss is really the first time that I
04:28 18   thought about, you know, what is -- you know, what are they
04:28 19   really asking about, what does it mean for the hair loss.
04:28 20   Q.   When you were working at Sanofi, you then, I assume, had
04:28 21   read the Taxotere label.
04:28 22   A.   So I was responsible for every product, every therapeutic
04:28 23   area.  Did I read all of the package inserts regularly?  No.
04:28 24            You know, the way the department was organized, there
04:28 25   was an oncology therapeutic area that was responsible to
```

**LESLEY FIERRO - EXAMINATION**

**A.** That's information for patients that's prepared in more consumer-friendly language.
**Q.** Is that a document that Sanofi would draft?
**A.** No.
**Q.** Do you know whether Taxotere alone can cause permanent alopecia?
**A.** I do not.
**Q.** At Sanofi, who would you rely on to make that determination?
**A.** We would rely on what is in the labeling to respond to questions. If that was a question that was not in the labeling and was asked, we would talk to folks in the medical area or the clinical area or potentially the pharmacovigilance area.
**Q.** It was not a part of MIS's responsibility to make that determination. Have you ever assessed the medical literature to determine whether a causal association exists between Taxotere and permanent alopecia?
**A.** No.
    **MR. COFFIN:** That completes that witness, Your Honor.
    **THE COURT:** Members of the jury, it's 5:00. I think it's time for us to go home.
    Let me remind you again, please, don't discuss this case amongst yourselves or with anyone else. Leave your tablets on the chairs. You should conduct no independent research about this case.