# EXHIBIT EE

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA



IN RE:   TAXOTERE (DOCETAXEL)       *
         PRODUCTS LIABILITY         *   Docket No.: 16-MD-2740
         LITIGATION                 *   Section "H(5)"
                                    *   September 16, 2019
Relates To:  Barbara Earnest,       *   New Orleans, Louisiana
Case No.: 16-CV-17144               *
* * * * * * * * * * * * * * * * * * *


                    DAY 1, AFTERNOON SESSION
               TRANSCRIPT OF JURY TRIAL PROCEEDINGS
         HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
                    UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Plaintiffs:        Barrios, Kingsdorf & Casteix, LLP
                           BY:  DAWN BARRIOS, ESQ.
                           701 Poydras Street
                           Suite 3650
                           New Orleans, Louisiana 70139


For the Plaintiffs:        Gainsburgh, Benjamin, David,
                             Meunier & Warshauer, LLC
                           BY:  PALMER LAMBERT, ESQ.
                           2800 Energy Centre
                           1100 Poydras Street
                           New Orleans, Louisiana 70163-2800
```

| | | |
|---|---|---|
| 4:14PM | 1 | final decision.  They have the final say on what is in the |
| 4:14PM | 2 | USPI. |
| 4:15PM | 3 | **Q.**   Do you agree that a drug manufacturer must provide |
| 4:15PM | 4 | informative and accurate information in its label to |
| 4:15PM | 5 | effectively communicate with doctors? |
| 4:15PM | 6 | **A.**   Yes, and they do that by constant monitoring of the |
| 4:15PM | 7 | product.  You know, the label is a living document that is |
| 4:15PM | 8 | constantly changing over its life -- life cycle. |
| 4:15PM | 9 | **Q.**   Under the "Frequency of Adverse Drug Reaction" section, do |
| 4:15PM | 10 | you agree with me that the incidents of adverse event that |
| 4:15PM | 11 | occurs in -- in 1 percent to less than 10 percent of patients |
| 4:15PM | 12 | that utilize the drug would be characterized as a common or |
| 4:15PM | 13 | frequent adverse drug reaction? |
| 4:15PM | 14 | **A.**   Yes, according to this document. |
| 4:15PM | 15 | **Q.**   Good evening, Fran.  How are you? |
| 4:15PM | 16 | **A.**   Good. |
| 4:15PM | 17 | **Q.**   And there were a lot of questions about safety signal |
| 4:16PM | 18 | detection and sources for safety signal detection. |
| 4:16PM | 19 |        Do you remember that? |
| 4:16PM | 20 | **A.**   Yes. |
| 4:16PM | 21 | **Q.**   Okay.  Who would be responsible at Sanofi for safety |
| 4:16PM | 22 | signal detection? |
| 4:16PM | 23 | **A.**   That would be our safety group. |
| 4:16PM | 24 | **Q.**   And who would be responsible at Sanofi for evaluating the |
| 4:16PM | 25 | safety or side effects or potential side effects of a product? |

|         |    |                                                                           |
|---------|----|---------------------------------------------------------------------------|
| 4:16PM  | 1  | **A.**   The global safety officer for the product.                       |
| 4:16PM  | 2  | **Q.**   Okay.  And who at Sanofi would perform the analysis of           |
| 4:16PM  | 3  | safety information related to a product such as Taxotere?                 |
| 4:16PM  | 4  | **A.**   It would be within the safety group and sort of reviewed         |
| 4:16PM  | 5  | and approved by the global safety officer.                                |
| 4:16PM  | 6  | **Q.**   And who at Sanofi would be responsible or have the               |
| 4:16PM  | 7  | function of evaluating safety information and potentially                 |
| 4:17PM  | 8  | proposing or determining whether such safety information should           |
| 4:17PM  | 9  | go in a product label?                                                    |
| 4:17PM  | 10 | **A.**   Our global safety officer.                                       |
| 4:17PM  | 11 | **Q.**   Okay.  Fran, in your capacity at Sanofi, would you ever be       |
| 4:17PM  | 12 | the person responsible for making determinations of safety                |
| 4:17PM  | 13 | analysis, safety signal detection, what information should or             |
| 4:17PM  | 14 | should not go in a particular product label?                              |
| 4:17PM  | 15 | **A.**   No, I would not.                                                 |
| 4:17PM  | 16 | **Q.**   And earlier today, you referred to -- correct me if I'm          |
| 4:17PM  | 17 | wrong.  I recall you referring to the label, like the Taxotere            |
| 4:17PM  | 18 | label, for example, as being a living document.                           |
| 4:17PM  | 19 | Do you remember saying that?                                              |
| 4:17PM  | 20 | **A.**   Yes.                                                             |
| 4:17PM  | 21 | **Q.**   Tell me what you mean by the label being a living                |
| 4:17PM  | 22 | document.                                                                 |
| 4:17PM  | 23 | **A.**   Well, as the drug develops, obviously, we have several           |
| 4:17PM  | 24 | indications for it.  So over time, as those studies were being            |
| 4:17PM  | 25 | submitted to the agency, we were evolving, not only from an               |