# EXHIBIT FF

Page 1

1        IN THE UNITED STATES DISTRICT COURT

2       FOR THE EASTERN DISTRICT OF LOUISIANA

3

4   CASE NUMBER:  2:16-cv-17039

5

6   ELIZABETH KAHN,

7            Plaintiff,

8            vs.

9   SANOFI S.A.; et al.,

10            Defendants.

11

12

13          S T I P U L A T I O N

14          IT IS STIPULATED AND AGREED by and

15   between the parties through their respective

16   counsel, that the videotaped deposition of

17   Felicia Kahn may be taken before Angela Smith

18   McGalliard, RPR, CRR, CCR, at the offices of

19   Veritext, at 25 South Court Street, Montgomery,

20   Alabama 36104, on the 7th day of March, 2020.

21

22            DEPOSITION OF FELICIA KAHN

23

```
                                        Page 9
 1   ever gone by any other names?
 2          A.      I have.  My given name is Felicia
 3   Jane Kahn; I was married and I was Felicia Kahn
 4   Michelson, and I recently changed my name back
 5   to Felicia Jane Kahn.
 6          Q.      Now, you said you've never been
 7   deposed before.  Have you ever testified in
 8   court?
 9          A.      No.
10          Q.      Okay.  Have you ever been a party
11   to any type of lawsuit?
12          A.      No.  Other than a divorce, no.
13          Q.      Okay.  And when was your divorce
14   finalized?
15          A.      2003.
16          Q.      Okay.  Do you know why you're
17   here today?
18          A.      I do.
19          Q.      And would you explain to me what
20   your understanding is.
21          A.      My understanding is that my
22   sister, Elizabeth Kahn, while undergoing
23   treatment for breast cancer, she was given a
```

```
 1   drug that apparently made her hair not come

 2   back.

 3          Q.      Do you know what that drug is?

 4          A.      I think it's called Taxotere.

 5   I'm not sure if I'm pronouncing that right or

 6   if I have all the letters right.

 7          Q.      And how did you -- Or how did you

 8   find out about this lawsuit?

 9          A.      She told me about it.

10          Q.      When did she tell you?

11          A.      Year and a half ago.  I'm not

12   exactly sure when it started.

13          Q.      What did she tell you?

14          A.      Just that a friend of hers saw a

15   commercial on TV that said if you have taken

16   this drug and your hair did not grow back, that

17   you might be part of a -- a lawsuit that could

18   at least get you money.  You might not get hair

19   back, but you might get money.  And that's what

20   she told me.

21          Q.      Okay.  So in the last year and a

22   half since she told you that, what else has she

23   shared with you about this lawsuit?
```

Page 13

```
 1   chemotherapy.

 2          Q.        Chemotherapy.

 3          A.        That's all I know.

 4          Q.        And do you have any opinions

 5   about Taxotere?

 6          A.        From what I know, I wouldn't take

 7   it, because I wouldn't want to take the chance

 8   that my hair wouldn't grow back.

 9          Q.        Do you have any other opinions

10   about it?

11          A.        No.

12          Q.        Okay.  Now, you said that your

13   sister mentioned a commercial on television.

14   Have you ever seen a commercial on television

15   about Taxotere or this lawsuit?

16          A.        Not that I remember.

17          Q.        Okay.

18          A.        Well, the lawsuit, definitely no.

19   Whether I saw a commercial or not, I don't

20   remember.

21          Q.        When did you learn that you might

22   be called as a witness to testify in this case?

23          A.        I guess she told me earlier this
```

```
 1        Q.        Sure.  So if the reason that your
 2   sister doesn't have a full head of hair -- and
 3   that's how you described it, and the reason
 4   that she doesn't have a full head of hair is
 5   not because of Taxotere, do you think that she
 6   should still be entitled to compensation?
 7                  MS. REYNOLDS:  Same objection.
 8        A.        Well, I don't agree with what
 9   you're saying.
10        Q.        What do you not agree with?
11        A.        That if it weren't for Taxotere,
12   she would have a full head of hair.
13        Q.        Why do you disagree with that?
14        A.        Because we're from the same gene
15   pool, and I have a full head of hair, and our
16   mother had a full head of hair at ninety-one
17   years old.  And there's no reason that my
18   sister doesn't other than this drug.
19        Q.        Have you guys taken all of the
20   other same medications?
21        A.        Not to my knowledge.  I don't
22   know.
23        Q.        How do you know, based on what
```

```
                                              Page 87
 1   you told me here, that Taxotere, then, is the
 2   reason for your sister's hair loss?
 3              MS. REYNOLDS:  Object to form.
 4       A.      I can't answer that.
 5              MS. PETERSON:  Court -- Angie,
 6   can you please read back this statement,
 7   something along the lines of if it weren't for
 8   Taxotere, she would have a full head of hair.
 9                  (Requested portion of the
10                   Record was read by the
11                   Reporter.)
12       Q.      So my question to you now is, how
13   do you know that it was Taxotere being the
14   reason she doesn't have a full head of hair?
15              MS. REYNOLDS:  Same objection.
16       A.      Again, I can't answer that.
17       Q.      Did your sister tell you that?
18       A.      No.  But -- I don't think so.
19       Q.      Did Ms. Perez tell you that?
20       A.      No.
21       Q.      I guess what I'm just trying to
22   understand is where you would get that
23   statement from?
```

```
                                          Page 88
 1        A.        And I'm hoping you can help me

 2   understand the statement:  That if it weren't

 3   for Taxotere she would have a full head of hair

 4   and how you know that.

 5                  MS. REYNOLDS:  Object to form.

 6        A.        We're here because -- because of

 7   this drug and because of my sister.  And that

 8   could have been my own opinion or a deduction

 9   from what's going on.  I have no basis for

10   that.

11        Q.        Earlier you identified that

12   Taxotere is a chemotherapy drug as you

13   understand it; is that right?

14        A.        Uh-huh.

15        Q.        Is that a yes?

16        A.        Yes.

17        Q.        Do you know if your sister took

18   any other chemotherapy drugs other than

19   Taxotere?

20        A.        I -- I don't know for sure.

21        Q.        Do you have an idea?

22                  MS. REYNOLDS:  Object to form.

23        A.        I --
```

1          A.          What I remember is going to New

2     Orleans one trip and seeing that she was

3     drawing in her eyebrows, and I'd never seen her

4     do that before, that I could remember.  And so

5     we talked about her drawing in her eyebrows.

6          Q.          What did she say?

7          A.          She said that her hair had not

8     come back as expected.

9          Q.          And your hair had also not come

10    back as you expected it; right?

11                    MS. REYNOLDS:  Object to form.

12         A.          That's correct.

13         Q.          Do you remember that trip when

14    you saw her drawing on her eyebrows?

15         A.          Not specifically.

16         Q.          Have you discussed your sister's

17    hair loss with her today?

18         A.          Not really, no.

19         Q.          Has she told you that the hair

20    loss that she does have, that it affects her

21    life?

22                    MS. REYNOLDS:  Object to form.

23         A.          Yes, it -- it does.

1      Q.      She's told you that?

2      A.      Yes.

3      Q.      How does it affect her life?

4      A.      It's kind of like a scar that is

5   visible and that you can't do anything about,

6   and it may hinder your self-esteem and

7   self-confidence and make you feel differently.

8      Q.      Does your sister ever wear wigs?

9      A.      Not to my knowledge.

10      Q.      Do you know why?

11      A.      No.

12      Q.      And you said that she only wears

13   a scarf or a hat if she's going to be out in

14   the sun; did I remember that right?

15      A.      Uh-huh.

16      Q.      Is that a yes?

17      A.      Yes.

18      Q.      Is your sister's general health

19   something that you've -- that you've discussed

20   with her?

21      A.      Yes.

22      Q.      Is that something you guys talk

23   about when you're on the phone?

```
 1        A.       Not that I know about.
 2        Q.       What would you say is her quality
 3   of life?
 4        A.       I think it's good.
 5        Q.       And why do you say it's good?
 6        A.       Because she seems happy.
 7        Q.       Aside from cancer, has she had
 8   any significant health issues over the last
 9   fifteen years?
10        A.       I don't believe so.
11        Q.       Is physical appearance something
12   that you and your sister talk about together?
13        A.       No.
14        Q.       Has she ever spoken with you
15   about either weight loss or weight gain issues?
16        A.       No.  We're just built big.
17        Q.       Okay.  Do you discuss your
18   physical appearance with your sister?
19        A.       No.
20        Q.       Okay.  Do you discuss how you
21   feel about your physical appearance with your
22   sister?
23        A.       No.
```

1     Q.     Okay.  And does she discuss how
2  she feels to you?
3     A.     No.
4     Q.     Okay.  Does she ever complain
5  about getting older?
6     A.     Well, yeah.  We all do.
7     Q.     And what do those complaints
8  entail?
9     A.     Well, that you have knee problems
10  and you have a thumb that won't bend and you
11  have -- you just have things, and you take as
12  good care as you can.
13     Q.     What about more physical
14  appearance problems, maybe such as wrinkles?
15     A.     That comes with the territory as
16  well.  Like I said, when you showed the picture
17  of our dad, we do have good genes.  So Mom was
18  ninety-one, he's ninety-five, you know, we have
19  good genes.  So we're going to have what
20  everybody has because we all have it.
21     Q.     Okay.  Do you know if your sister
22  has ever been treated for depression?
23     A.     I don't know.