# EXHIBIT GG

Page 1

1              UNITED STATES DISTRICT COURT
2              EASTERN DISTRICT OF LOUISIANA
3
4    ELIZABETH KAHN,
5            Plaintiff,
6
7    VERSUS                    CASE NO. 2:16-cv-17039
8
9    SANOFI S.A. SANOFI-AVENTIS U.S.
10   L.L.C., SANOFI US SERVICE, INC.,
11   and AVENTIS-PHARMA S.A.,
12           Defendants.
13
14   ****************************************************
15           THE VIDEOTAPED AND ORAL DEPOSITION OF
16   LESLIE MCDERMOTT, HELD AT THE OFFICES OF PENDLEY,
17   BAUDIN & COFFIN, LLP, 1100 POYDRAS STREET,
18   SUITE 2505, NEW ORLEANS, LOUISIANA 70136, ON
19   MARCH 9TH, 2020, COMMENCING AT 10:03 A.M. AND
20   ENDING AT 1:44 P.M.
21
22
23   REPORTED BY:
24   JANITA L. ANDERSON
25   CERTIFIED COURT REPORTER

1  interactions?
2      A.   Yes.  Now, I think possibly when she was
3  going through the cancer we may have spoken more
4  often.  I had breast cancer in 1993.  And so I was
5  -- I attempted to be there for her, and I think I
6  wanted to be a support.
7      MR. THOMAS:
8           I think we're probably in a good place to
9  take a break if that works with y'all?
10     THE WITNESS:
11          If y'all need one, that's good.
12     MR. THOMAS:
13          We've been going for an hour.
14     THE VIDEOGRAPHER:
15          We're now off the record at 11:05.
16          (A short recess is taken.)
17     THE VIDEOGRAPHER:
18          We're now back on the record at 11:22.
19 BY MR. THOMAS:
20     Q.   Ms. McDermott, you understand that you are
21 here today to testify in the lawsuit that Ms. Kahn
22 brought against my client Sanofi?
23     A.   I am.
24     Q.   What do you know about this lawsuit?
25     A.   Not very much.  I know that Taxotere had

Page 56

1  -- has been implicated in permanent hair loss, and
2  that it was not reported in the beginning at least
3  when they used it that it could be permanent or
4  that at least it was not reported to the patients.
5       Q.   And what's that understanding based on?
6       A.   I think the TV ad.  And I think I pulled
7  up an article about it to read online.  It was
8  sometime ago, so...
9       Q.   Do you know the name of the article or the
10 --
11      A.   No.
12      Q.   -- author?
13      A.   No.  I just would have Googled Taxotere
14 and hair loss, whatever came up first.
15      Q.   Do you know if it was a medical site?
16      A.   I would have a used a medical one.  It
17 might have been Medline or, you know, something
18 like that.  I don't know.
19      Q.   And you don't know when that article was
20 published or --
21      A.   No.
22      Q.   When you --
23      A.   No, I gave you what knew.
24      Q.   You talked about a TV ad, and we'll get
25 into that in a a little bit.  Do you know anything