# EXHIBIT JJ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
In Re:  Taxotere          )    MDL No.:  2740
(docetaxel) Products      )    Section:  N
Liability Litigation      )    Judge Engelhardt
                          )    Mag. Judge North
                          )
                          )
DURDEN v. SANOFI S.A.,    )
SANOFI-AVENTIS U.S.       )    Civil Case No.
L.L.C., SANOFI US         )    2:16-cv-16635
SERVICE, INC., AND        )
AVENTIS-PHARMA S.A.       )
```

    Videotaped Deposition of KATHERINE MELANÇON, taken on Friday, January 19, 2018, in the office of Harrison Law, L.L.C., 301 Main Street, Suite 820, Baton Rouge, Louisiana 70825, commencing at 10:11 a.m.

Reported by:
AURORA M. PERRIEN
CERTIFIED COURT REPORTER
REGISTERED PROFESSIONAL REPORTER

1       Q.   And tell me again how you defined your
2  territory.
3       A.   My territory was Lafayette, Baton Rouge,
4  New Orleans, Houma, Thibodaux, Covington, Slidell,
5  Mandeville, New Orleans, Metairie.  That -- I
6  think that was my territory.
7       Q.   And the company provided you information
8  that told you how the sales were going by
9  institution?
10      A.   I'm not -- I'm not sure if it -- if they
11 broke it down or if I then could break down the
12 data based upon physicians or the account.
13      Q.   Do you remember the names of any of the
14 physicians that you did call on at Ochsner that
15 you would actually get face-to-face time with?
16      A.   Yes.  For -- for Taxotere for breast
17 cancer --
18      Q.   Yes.
19      A.   -- or all the tumor types?
20      Q.   For Taxotere for breast cancer.
21      A.   Okay.  Dr. Cole, Dr. Kardinal, Zoe Larned,
22 Dr. Theodossiou.  I'll say I'd have to go back
23 and -- other than that, I'd have to go back and
24 look at all the different physicians.
25           Because within Ochsner -- it's a

1    A.   At all the Ochsner?

2    Q.   Yes.

3    A.   Hundred --

4    Q.   For Taxotere for breast cancer.

5    A.   Hundreds.

6    Q.   So the GPO affiliation is Cardinal, and
7  there's a Dr. Kardinal at Ochsner?

8    A.   Correct.

9    Q.   And it's spelled the same way?

10   A.   Yes.  Dr. Kardinal retired back -- I'm not
11 sure what -- what year.

12   Q.   Okay.  The third sentence in the same box
13 says, "The account" -- I'm sorry.  The second
14 sentence says, "Therefore, this account has the
15 greatest impact on the business, whether it is
16 positive or negative."

17        That's just a reflection that it was a
18 high percentage of your business?

19   A.   Yes, sir.

20   Q.   And then the next sentence says, "The
21 account market share is growing, but . . . is
22 still below" -- "it is still below the territory
23 market share."

24        Do you see that?

25   A.   Uh-huh.

```
 1   to differentiate Taxotere from that?
 2        A.   I don't remember.
 3        Q.   And you note there that Dr. Cole and
 4   Dr. Kardinal are the only ones that see breast
 5   cancer patients?
 6        A.   They mainly saw the breast cancer.  Yes.
 7        Q.   And that the other physicians at the
 8   institution saw all tumor types --
 9        A.   Yes.
10        Q.   -- correct?
11        A.   Yes.  Yes.
12        Q.   And then under Sales/Marketing
13   Initiatives, the bold and the five points, is that
14   the language that -- is that -- that the language
15   that you're responding to, or is this your
16   language?
17        A.   I don't know that that's my language.  But
18   -- I don't -- I don't -- like especially that
19   subject heading, I wouldn't have said that.  So I
20   do not know.
21        Q.   Okay.
22        A.   I think that was already in there.
23        Q.   Including the five points?  Yes?
24        A.   I would believe so.  I --
25        Q.   Okay.
```