# EXHIBIT KK

Page 1

1         UNITED STATES DISTRICT COURT
2         EASTERN DISTRICT OF LOUISIANA
3
4  BARBARA EARNEST,
5            Plaintiff,
6  VERSUS              CASE NO. 2:16-cv-17731
7  SANOFI S.A., SANOFI-AVENTIS
   U.S. L.L.C., SANOFI US SERVICE,
8  INC., AND AVENTIS-PHARMA,
9            Defendants.
10
11
12
13        Videotaped deposition of JAMES E.
14  CARINDER, M.D., taken at the offices of NORTHSHORE
15  ONCOLOGY ASSOCIATES, LLC, 1120 Robert Boulevard,
16  Suite 390, Slidell, Louisiana 70458, on Thursday,
17  January 11, 2018, commencing at 1:08 p.m.
18
19
20
21
22
23
24
25     Job No. NJ2757175

1      A.   Yes.
2      Q.   I'll be done here real soon, Doc.
3      A.   Okay.
4      Q.   You were asked some questions about
5   sales representatives, and you indicated that you
6   do recall some sales representatives or
7   representative from Sanofi; is that right?
8      A.   Yes.
9      Q.   Who is -- who is that individual or
10  individuals that you recall?
11          MS. BIERI:
12               Object to the form.
13          THE WITNESS:
14               Who was -- at that time who was
15  the --
16  EXAMINATION BY MR. SCHANKER:
17     Q.   Yeah.
18               Do you recall the name of the
19  person?
20     A.   Ruth Avila.
21     Q.   Okay.  Ruth Avila?
22     A.   (Nods head affirmatively.)
23     Q.   Any other folks, individuals, that you
24  recall from Sanofi visiting you with regard to
25  Taxotere specifically?

1	A.	(Shakes head negatively.)  She was the
2	Taxotere person.
3	Q.	Okay.  Did Ruth Avila -- am I
4	pronouncing that right?
5	A.	Yes.
6	Q.	Did Ruth Avila, the sales
7	representative from Sanofi, to your knowledge,
8	ever advise you or provide you with information
9	concerning this potential side effect of permanent
10	hair loss in association with Taxotere?
11	A.	No.
12		MS. BIERI:
13			Object to the form.
14	EXAMINATION BY MR. SCHANKER:
15	Q.	And if she had provided you with that
16	information and you considered that information
17	legitimate, is that information you would have
18	taken seriously?
19	A.	Yes.
20		MS. BIERI:
21			Object to the form.
22	EXAMINATION BY MR. SCHANKER:
23	Q.	Is that information, if you had
24	received that from Ruth Avila or some sales
25	representative from Sanofi, and you believed it

1   was legitimate, that you would have incorporated
2   in your advisory of your patient?
3       A.   Yes.
4       Q.   Do you recall any Sanofi sales
5   representative ever specifically marketing
6   information or providing you with marketing
7   information concerning neuropathy?  Do you have
8   any recollection of that?
9       A.   No.
10      Q.   Okay.  Do you re- -- recall a sales
11  representative or Sanofi -- specifically Sanofi
12  sales representative or a individual from Sanofi
13  by the name of Michael Gillespie?  Does that ring
14  a bell at all?
15      A.   Yes.
16      Q.   Who -- any -- any -- any specific
17  recollection with regard to Michael Gillespie
18  or --
19           MS. BIERI:
20                Object to form.
21  EXAMINATION BY MR. SCHANKER:
22      Q.   Do you remember what he -- what --
23      A.   He -- he is -- he was from Jackson,
24  Mississippi, and he was a -- I think he was like
25  Ruth's boss.  He was like a regional person.

Page 173

1  Regional director, regional manager, something
2  like that.  I think he was -- I think he was over
3  Ruth.
4      Q.   Okay.  How about James Bradley?  Any
5  recollection of James?
6      A.   I'm bad with names.  Probably if I saw
7  his face I'd recognize him, but I don't recall
8  that name.
9      Q.   Okay.
10     A.   But Mike Gillespie was like a
11  regional -- he was like a sales -- regional sales
12  manager-type person.
13     Q.   Did you have any -- did you have any
14  opinion conc- -- you expressed an opinion
15  concerning Ruth Avila earlier.
16               Did you have any --
17     A.   Ruth wa- -- Ruth is -- I've known her
18  for years.
19     Q.   (Affirmative response.)
20     A.   And she's worked in several -- for
21  several pharma companies.  But at the time I met
22  her, she was working for Sanofi.  But she is an
23  oncology-certified nurse, and she is a nurse
24  practitioner, and she -- I -- she is more
25  knowledgeable than a lot of pharma reps because of

Page 174

1  her background, I think.  And she keeps herself
2  informed.  So she -- she -- I rank her high on the
3  ability of pharmaceutical reps to do their job
4  well.  Some don't do we- -- do their job well.
5       Q.   Did you have any opinion with
6  similar -- similarly with regard to Mr. Gillespie?
7       A.   I didn't see him that often.
8       Q.   Okay.
9       A.   He was okay.  He didn't come around
10 that much.  You know, you don't see the regional
11 people, the sales managers.  They -- they don't
12 come around much.
13      Q.   You were asked some questions
14 concerning advisory boards, and you disclosed what
15 you could recall.  We were provided with a
16 document -- it may be something you don't
17 remember -- that indicates -- or appears to
18 indicate -- and I'm gonna show it to you --
19 appears to indicate that back in 2001, you were on
20 an advisory board for Taxotere.
21              Does that ring a bell at all?
22      A.   That's going way back.
23      Q.   Right.  That's what I figured.
24      A.   I -- if I were, I don't remember.
25      Q.   Okay.