# EXHIBIT OO

Isabelle Richard-Cassin

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IN RE:  TAXOTERE (DOCETAXEL)

PRODUCTS LIABILITY          MDL No. 2740

LITIGATION                  Section: "N"(5)

                            Judge Engelhardt

This Document Relates to:   Mag. Judge North

All Cases

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


VIDEOTAPED DEPOSITION OF ISABELLE RICHARD-CASSIN


         Friday, May 4th, 2018
              8:56 a.m.


    Held At:
         DLA Piper LLP
         3 Noble Street
         London, United Kingdom


REPORTED BY:
Maureen O'Connor Pollard, RMR, CLR, CSR

Isabelle Richard-Cassin

Page 117

```
 1      Q.   Okay.  And this meeting location is
 2   stated as "TC-0800US time, FR1400."  I take that
 3   to mean telephone conference 8:00 a.m. US,
 4   France, 2:00 p.m.
 5           Is that what that means?
 6      A.   Yes.
 7      Q.   Okay.  Do you remember attending this
 8   meeting?
 9      A.   No.
10      Q.   Okay.  It's listed as starting at
11   12:00 p.m. on 4/25/2006.
12           Do you see that?
13      A.   Yes.
14      Q.   It was to run for one hour and end at
15   1:00 p.m.
16           Do you see that?
17      A.   Yes.
18      Q.   And then down at the bottom underneath
19   the invite, this private and confidential
20   communication paragraph, there's a line that
21   starts "Dear All."
22           Do you see that?
23      A.   Yes.
24      Q.   Okay.  It says, "Dear All, This
25   meeting has been scheduled to discuss the
```

Page 118

 1   requested changes from the EMEA for patient
 2   leaflet (section 4.0) for Taxotere.  The
 3   Rapporteur considers that more information
 4   should be given in the patient leaflet about
 5   possible adverse events in accordance with the
 6   information given in the SPC."
 7           Do you see that?
 8      A.   Yes.
 9      Q.   In the current set -- "In the current
10   section 4.0 only side effects classified as
11   common or very common are listed.  We have"
12   requested to -- "we have been requested to
13   reword this section giving more detailed
14   information."
15           Do you see that?
16      A.   Yes.
17      Q.   All right.  Let's put that one aside.
18           Let's go to Exhibit 23.
19           (Whereupon, Richard-Cassin Exhibit
20            Number 23 was marked for
21            identification.)
22   BY MR. MICELI:
23      Q.   I don't want to give you my copy.
24           I should have pointed out that last
25   document, 22, was Sanofi_05364125.