# EXHIBIT PP

Subject:          Discussion of proposed changes to section 4.0 PL

Location:         TC-0800US time, FR1400

Start:            4/25/2006 12:00 PM

End:              4/25/2006 1:00 PM



Show Time As:     Busy

Recurrence:       (none)

Meeting Status:   Organizer

Required Attendees:   Michael.Kopreski@sanofi-aventis.com; Amy.Freedman@sanofi-aventis.com;
                      Jose.Garcia-Vargas@sanofi-aventis.com; Arlette.Duvelleroy@sanofi-aventis.com;
                      Isabelle.Cliet@sanofi-aventis.com; Vanina.Groult@sanofi-aventis.com;
                      Philippe.Beringer@sanofi-aventis.com; Isabelle.Richard-Cassin@sanofi-aventis.com;
                      Marie-Laure.Risse@sanofi-aventis.com; Toufik.Bendahmane@sanofi-aventis.com;
                      Eric.Phillips@sanofi-aventis.com; my-hien.lorre@sanofi-aventis.com;
                      isabelle.tabah-fisch@sanofi-aventis.com

Resources:        TC-0800US time, FR1400

**When: Tuesday, April 25, 2006 8:00 AM-9:00 AM (GMT-05:00) Eastern Time (US &
Canada).**
**Where: TC-0800US time, FR1400**
\*~\*~\*~\*~\*~\*~\*~\*~\*
This is a private and confidential communication and intended only for the
individuals on the distribution list. Except for your direct line management,
please do not send this communication to anyone that is not on the
distribution list without first consulting the author.   Your verbal input
regarding the issues identified is welcomed and we look forward to discussing
your comments at this Labeling Working Group ).   PLEASE DO NOT RESPOND TO
THIS MESSAGE BY E-MAIL OR OTHERWISE IN WRITING.   Thank you.
Dear All,
This meeting has been scheduled to discuss the requested changes from the
EMEA for patient leaflet (section 4.0) for Taxotere.
The Rapporteur considers that more information should be given in the patient
leaflet about possible adverse events in accordance with the information
given in the SPC.   In the current section 4.0 only side effects classified as
common or very common are listed.   We have been requested to reword this
section giving more detailed information.
    Please find attached documents for our discussion: <<PL section 4.0.zip>>


It is important each functional group is represented at this meeting by at

Confidential                                              Sanofi_05364125

least one delegate.   If you are unable to join the discussion, please provide
your comments to me by phone or voicemail before the meeting, but not in
writing.   If comments are received after the meeting, it may be difficult to
address them once the team has come to a decision.
The Meeting Dial-In information is:
Dial In Number:   (877) 214.5637
International Number (504) 588.1058
The Participant Code: 744478
          The Host Code:   780614

          Thank you very much and kind regards,
          Jane
          Jane DIAMOND
          sanofi-aventis
          Corporate Regulatory Affairs, Labeling/Oncology
          Mail Stop: BX4-303C
          400 Crossing Boulevard
          PO Box 6890
          Bridgewater, NJ   08807-0890
          908 304-6749 (phone)
          908.231.3714 (fax)
          jane.diamond@sanofi-aventis.com
NOTICE: The information contained in this electronic mail and any attachments
is intended for the exclusive use of the addressee(s) and may contain
confidential, privileged, and/or proprietary information. Any other use of
these materials is strictly prohibited. If you have received these materials
in error, please notify me immediately by telephone and destroy all
electronic, paper, or other versions.


Attachment: PL section 4.0.zip

Attachments may be saved from the File menu.

Confidential

Sanofi_05364126