# EXHIBIT RR

# FILE PRODUCED NATIVELY



Confidential                                                                Sanofi_05364128

**Draft Proposal I**

## 4. POSSIBLE SIDE EFFECTS

Like all other anticancer medicines, TAXOTERE will cause undesirable effects. Your doctor will discuss these with you and will explain the risks and benefits of your treatment.
Side effects described as very common were experienced in more than 1 in 10 patients.
Side effects described as common were experienced in less than 1 in 10 but more than 1 in 100 patients. Side effects described as uncommon were experienced in more than 1 in 1,000 but less than 1 in 100. Side effects described as rare were experienced in more than 1 in 10,000 but less than 1 in 1,000. Side effects described as very rare were experienced in less than 1 in 10,000.
During the infusion at the hospital the following may occur:

**Allergic reactions** (experienced in more than 1 person in 10)
- flushing, skin reactions, itching
- chest tightness, difficulty in breathing
- feeling hot (fever) or cold (chills)
- back pain

Tell your doctor immediately if you have any of these events.

The most commonly reported adverse reactions of TAXOTERE alone are: decrease in the number of red blood cells or white blood cells, alopecia, nausea, vomiting, sores in the mouth, diarrhea and tiredness.

The severity of adverse events of TAXOTERE may increase when Taxotere is given in combination with other chemotherapeutic agents.

Between infusions of TAXOTERE the following may occur:

**Common:** (experienced in more than 1 in 10 patients)
- infections, decrease in the number of red or white blood cells (which are important in fighting infection) and platelets,
- raised liver enzymes (hence the need for regular blood tests)
- raised temperature (fever) if this happens you must tell your doctor immediately;
- short term hair loss (after treatment normal hair growth should return);
- redness and swelling of the palms of your hands or soles of your feet which may cause your skin to peel;
- change in the color of your nails, which may detach;
- swelling of the hands, feet, legs, or weight gain;
- stomach upsets including nausea, vomiting and diarrhea, constipation,
- sores in the mouth
- Loss of appetite (anorexia)
- feeling of numbness or pins and needles or pain in the joints of muscles,
- pain and tiredness;
- insomnia;
- headache
- alteration in sense of taste;
- nasal drainage; inflammation of the throat and nose; cough;

- shortness of breath;
- back pain;
- chills;
- chest pain;
- weight gain
- inflammation of the eye or increased tearing of the eyes;
- swelling caused by faulty lymphatic drainage
- abdominal pain
- dry mouth
- dyspepsia (indigestion)
- change or absence of menstrual period

**Common** (experienced in less than 1 in 10 but more than 1 in 100 patients)
- decrease in blood pressure; irregular or rapid heart beat
- skin reactions, phlebitis (inflammation of the vein) or swelling at the site of the infusion
- dizziness
- oral candidiasis
- lethargy (sluggish)
- hearing impaired

**Uncommon**: (experienced in more than 1 in 1,000 but less than 1 in 100)
- Oesophagitis (define);
- Cardiac failure,
- intestinal perforation,
- syncope (loss of consciousness resulting from insufficient blood flow to the brain)
- painful swallowing;

**Rare**:
- Alopecia (hair loss) that did not reverse at the end of study