# EXHIBIT UU

Michael S. Kopreski, M.D.

Page 329

          UNITED STATES DISTRICT COURT
          EASTERN DISTRICT OF LOUISIANA
                    -  -  -
                                    :
IN RE: TAXOTERE              :
(DOCETAXEL) PRODUCTS         : MDL No. 2740
LIABILITY LITIGATION         : Section H(5)
_____  :
                                    :
This Document Relates to: :
All Cases                    :


               -  -  -
          December 13, 2018
               -  -  -

     MICHAEL S. KOPRESKI, M.D.

          (VOLUME II)


          -  -  -
          Transcript of the videotaped
deposition of Sanofi U.S. Services, Inc.,
pursuant to Fed. R. Civ. P. 30(b)(6) held
at McElroy Deutsch Mulvaney & Carpenter,
LLP, 1300 Mt. Kemble Avenue, Morristown,
New Jersey, commencing 9:11 a.m. on the
above-referenced date, as taken by and
before Constance E. Perks, CRR, CRC, RSA,
a Federally-Approved Certified Realtime
Reporter and Notary Public.


               -  -  -
     GOLKOW TECHNOLOGIES, INC.
ph 877.370.3377  |  fax 917.591.5672
          deps@golkow.com

Michael S. Kopreski, M.D.

```
                                             Page 552
 1           data, but also the safety data.    14:30:37
 2                You might -- a single          14:30:40
 3           institution might give one          14:30:44
 4           treatment at one period of time,    14:30:47
 5           let's say, for five years, then     14:30:49
 6           switch to another treatment, and    14:30:52
 7           then report all the data together.  14:30:53
 8           That's -- that's a biased way --    14:31:01
 9   BY MR. KEENAN:                              14:31:01
10        Q.    Okay.                            14:31:01
11        A.    -- of looking at -- at the       14:31:03
12   data.                                       14:31:03
13        Q.    Okay.                            14:31:04
14        A.    So randomization, in a           14:31:04
15   prospective manner -- in other words,       14:31:12
16   you're not going back looking at what was   14:31:13
17   given, but you're prospectively             14:31:14
18   proceeding with the trial and you're        14:31:16
19   randomizing patients so the                 14:31:19
20   characteristics of the patients are         14:31:21
21   balanced in both arms.                      14:31:22
22        Q.    Okay.  Another feature was       14:31:24
23   long-term follow-up.  Why is that           14:31:25
24   important to TAX 316?                        14:31:26
25        A.    Well, this is --                 14:31:30
```

Michael S. Kopreski, M.D.

```
                                              Page 553
 1              MR. BACHUS:  Object to the     14:31:30
 2         form.  Sorry.                       14:31:31
 3              THE WITNESS:  This is          14:31:31
 4         particularly important in TAX 316   14:31:32
 5         because it -- it does have not      14:31:34
 6         only long-term efficacy follow-up,  14:31:36
 7         but long-term safety follow up.     14:31:40
 8              In a lot of trials, even       14:31:42
 9         randomize trials -- randomized      14:31:45
10         trials, you might see follow-up     14:31:47
11         reported for survival and some      14:31:49
12         efficacy follow-up, but might not   14:31:52
13         provide information on the          14:31:55
14         long-term safety.                   14:32:00
15              The absence of a report of a   14:32:01
16         toxicity in the long-term           14:32:03
17         follow-up depends on how the study  14:32:06
18         was conducted, and -- and if you    14:32:08
19         are going to analyze a specific     14:32:13
20         issue, it has to be planned for in  14:32:15
21         -- preferably in a -- in a manner   14:32:19
22         where the follow-up, such as        14:32:24
23         alopecia, is done on a regular      14:32:27
24         basis to make assessments.          14:32:29
25    BY MR. KEENAN:                           14:32:31
```

Michael S. Kopreski, M.D.

```
                                          Page 554
 1         Q.    Okay.                     14:32:31
 2         A.    So -- so this study was very  14:32:32
 3  well designed and specifically designed  14:32:34
 4  within a standpoint of looking not only  14:32:35
 5  at long-term efficacy, but certain     14:32:38
 6  long-term safety issues.               14:32:43
 7         Q.    Okay.  Quickly, there's two  14:32:44
 8  other -- there's three other things that  14:32:45
 9  I want to just identify of TAX 316.  I  14:32:46
10  think we've already talked about it led  14:32:49
11  to a new clinical indication that we just  14:32:52
12  described in the New England Journal of  14:32:54
13  Medicine?                              14:32:54
14         A.    Correct.                  14:32:58
15         MR. BACHUS:  Object to the      14:32:58
16    form.                                14:32:59
17  BY MR. KEENAN:                         14:32:59
18         Q.    It identified high efficacy  14:33:00
19  in terms of life-saving benefit, which we  14:33:02
20  talked about?                          14:33:05
21         MR. BACHUS:  Object to the      14:33:05
22    form.                                14:33:06
23  BY MR. KEENAN:                         14:33:06
24         Q.    And then briefly talk about  14:33:06
25  the multiple endpoints.  Why is that   14:33:08
```

Michael S. Kopreski, M.D.

Page 555

| | | |
|---|---|---|
| 1 | important to TAX 316? | 14:33:11 |
| 2 | MR. BACHUS:  Object to the | 14:33:15 |
| 3 | form. | 14:33:15 |
| 4 | THE WITNESS:  Can you | 14:33:16 |
| 5 | clarify further what you mean by | 14:33:16 |
| 6 | "multiple endpoints"? | 14:33:20 |
| 7 | BY MR. KEENAN: | 14:33:21 |
| 8 | Q.    Did they -- they were | 14:33:21 |
| 9 | evaluating a whole host of side effects, | 14:33:22 |
| 10 | in addition to just alopecia, for | 14:33:25 |
| 11 | example.  And just describe for the jury, | 14:33:27 |
| 12 | a study like this, the extensive | 14:33:30 |
| 13 | consideration of how they were doing, and | 14:33:34 |
| 14 | their, you know, their health as a whole. | 14:33:36 |
| 15 | MR. BACHUS:  Object to the | 14:33:38 |
| 16 | form. | 14:33:40 |
| 17 | THE WITNESS:  Okay.  So -- | 14:33:40 |
| 18 | so it's important to -- it's | 14:33:42 |
| 19 | important to realize that there's | 14:33:44 |
| 20 | an obligation when the company's | 14:33:48 |
| 21 | doing these trials that it doesn't | 14:33:51 |
| 22 | only look at one specific | 14:33:54 |
| 23 | toxicity; it -- it needs to -- it | 14:33:57 |
| 24 | needs to look at all the | 14:33:59 |
| 25 | toxicities that might occur and | 14:34:02 |

Michael S. Kopreski, M.D.

```
                                            Page 556
1          that might be made aware of.      14:34:05
2               So, during the course of the  14:34:10
3          study, there are -- there are a     14:34:15
4          number of toxicities that were --   14:34:18
5          that were being evaluated, and      14:34:20
6          they were evaluated on a -- on a    14:34:21
7          basis of intimate -- intermittent   14:34:27
8          follow-up.  The further out from    14:34:30
9          the study the patients got, the     14:34:32
10         less frequent the follow-up was,    14:34:38
11         but there was well-prescribed       14:34:41
12         intermittent follow-up.             14:34:45
13    BY MR. KEENAN:                           14:34:49
14         Q.   Okay.  I want to direct your   14:34:50
15    attention specifically to the follow-up  14:34:51
16    in TAX 316 that tracked patients for     14:34:53
17    alopecia.  Are you with me?              14:34:57
18         A.   (Witness nodded.)             14:35:01
19         Q.   With me?                       14:35:02
20         A.   Okay.                          14:35:02
21         Q.   I've put up a graphic here     14:35:02
22    that has some statistics on it, and if   14:35:04
23    you could just walk us through this flow 14:35:07
24    chart and explain what these numbers     14:35:11
25    represent.                               14:35:13
```

Michael S. Kopreski, M.D.

```
                                                    Page 560
 1              Now, I previously testified    14:38:52
 2         and we discussed, and I think in    14:38:54
 3         some detail, that ongoing doesn't   14:38:56
 4         mean that it's -- that it has       14:38:58
 5         persisted for more than six         14:39:02
 6         months.  Ongoing means that the     14:39:04
 7         last time that there was a          14:39:06
 8         documentation, there was still      14:39:07
 9         alopecia.                           14:39:09
10              That means that if the         14:39:10
11         patient had alopecia at the time    14:39:12
12         that they died, it would be         14:39:16
13         considered ongoing.  If they had    14:39:24
14         alopecia at the time that they      14:39:26
15         removed their informed consent, it  14:39:27
16         would be considered ongoing.  If    14:39:27
17         they had alopecia at the time they  14:39:36
18         switched therapy to another         14:39:37
19         chemotherapy and were no longer     14:39:38
20         seen, that would be considered      14:39:39
21         ongoing.                            14:39:41
22    BY MR. KEENAN:                           14:39:42
23         Q.   So what -- what did you do     14:39:42
24    -- explain to the jury what you did to   14:39:42
25    evaluate the patients and -- to have,    14:39:44
```

Michael S. Kopreski, M.D.

|   |   |   |
|---|---|---|
|   |   | Page 576 |
| 1 | Q.    Okay.  And would this be a | 14:53:53 |
| 2 | patient that, upon your review, you | 14:53:54 |
| 3 | concluded could not meet the criteria of | 14:53:56 |
| 4 | irreversible or permanent alopecia as | 14:53:59 |
| 5 | part of TAX 316? | 14:54:01 |
| 6 | A.    That is correct. | 14:54:04 |
| 7 | Q.    Okay. | 14:54:05 |
| 8 | The final patient that I | 14:54:06 |
| 9 | want to speak to, and then we'll take a | 14:54:07 |
| 10 | break, is Patient No. 15002, and I'll | 14:54:10 |
| 11 | mark this as Exhibit 27. | 14:54:18 |
| 12 | - - - | |
| 13 | (TAX 316: Patient 15002 flow | |
| 14 | chart, 1 page, marked for | |
| 15 | identification as Kopreski Exhibit | |
| 16 | No. 27.) | |
| 17 | - - - | |
| 18 | BY MR. KEENAN: | 14:54:22 |
| 19 | Q.    15002 is a little bit more | 14:54:22 |
| 20 | complicated than the others.  If you | 14:54:25 |
| 21 | could just take a moment and look at your | 14:54:28 |
| 22 | notes and describe why this patient is | 14:54:34 |
| 23 | significant to you, Dr. Kopreski, and why | 14:54:37 |
| 24 | it was not counted in the final 10-year | 14:54:39 |
| 25 | data as persistent alopecia. | 14:54:43 |

Michael S. Kopreski, M.D.

Page 577

| | | |
|---|---|---|
| 1 | A.    Well -- | 14:54:49 |
| 2 | MR. BACHUS:  Object to the | 14:54:49 |
| 3 | form. | 14:54:50 |
| 4 | THE WITNESS:  This patient | 14:54:50 |
| 5 | received only one cycle of | 14:54:51 |
| 6 | Taxotere arm, TAC, and that cycle | 14:54:54 |
| 7 | was administered on the 8th of -- | 14:54:57 |
| 8 | I'm sorry, on August 26th, 1998. | 14:55:00 |
| 9 | The patient developed | 14:55:05 |
| 10 | alopecia and was withdrawn from | 14:55:07 |
| 11 | the study after developing a | 14:55:09 |
| 12 | gastrointestinal mucositis | 14:55:14 |
| 13 | following the -- the | 14:55:14 |
| 14 | administration of the TAC regimen. | 14:55:14 |
| 15 | On the September of 1998, | 14:55:25 |
| 16 | the patient started alternative | 14:55:27 |
| 17 | chemotherapy with Adriamycin and | 14:55:31 |
| 18 | cyclophosphamide, or the AC.  The | 14:55:31 |
| 19 | -- the numbers of this cycle are | 14:55:42 |
| 20 | not known. | 14:55:44 |
| 21 | She was seen in follow-up on | 14:55:45 |
| 22 | November 3rd of 1998, at which | 14:55:48 |
| 23 | time alopecia was ongoing, but | 14:55:52 |
| 24 | because the patient was on another | 14:55:55 |
| 25 | therapy and was no longer in this | 14:56:01 |

Michael S. Kopreski, M.D.

                                                    Page 578

```
 1          therapy, there was no longer any      14:56:06
 2          follow-up due to the new              14:56:08
 3          chemotherapy.                         14:56:12
 4              It's recorded that there's        14:56:15
 5          no longer follow-up due to the new    14:56:17
 6          chemotherapy regimen started, and     14:56:20
 7          no further alopecia assessments       14:56:22
 8          were -- were made for -- for the      14:56:24
 9          patient.                              14:56:26
10  BY MR. KEENAN:                                14:56:27
11          Q.   Okay.                            14:56:27
12          A.   So the -- the documentation      14:56:28
13  of -- of alopecia that we have was less       14:56:29
14  than six months, and then the patient         14:56:32
15  received another therapy instead of           14:56:35
16  Taxotere, which was continuing.               14:56:37
17              She -- she later had a            14:56:39
18  breast cancer relapse and -- and was          14:56:43
19  started on Taxol, but, unfortunately,         14:56:47
20  this patient later died from -- from her      14:56:49
21  breast cancer in August of 2001.             14:56:54
22          Q.   Okay.  So some of the            14:56:57
23  records that you just described are here,     14:56:59
24  and I've marked these records as Exhibit      14:57:02
25  28.                                           14:57:05
```