# EXHIBIT ZZ

Page 1

1              UNITED STATES DISTRICT COURT

            FOR THE EASTERN DISTRICT OF LOUISIANA

2

3                                MDL NO.: 2740

                                 SECTION: H

4

5      IN RE:  TAXOTERE (DOCETAXEL)

       PRODUCTS LIABILITY LITIGATION

6

7      This Document Relates To:

8      Antoinette Durden, Case No. 2:16-cv-16635;

9      Tanya Francis, Case No. 2:16-cv-17410;

10     Barbara Earnest, Case No. 2:16-cv-17144.

11     _____/

12

13              Thursday, December 13, 2018

14

15              Videotape Deposition of DAVID A.

16     KESSLER, MD, taken at the Whitfield Bryson &

17     Mason LLP, 5101 Wisconsin Avenue NW, Suite 305,

18     Washington, D.C., beginning at 8:55 a.m.,

19     before Ryan K. Black, a Registered Professional

20     Reporter, Certified Livenote Reporter and Notary

21     Public in and for the District of Columbia.

22

23

24

25     Job No. NJ3173488

1    it's better that those dermatologists testify on

2    that.

3        Q.  Okay.  All right.  And all the other

4    various conditions, types of alopecia, you'll

5    deflect to the clinicians on those?

6        A.  I certainly take care of certain

7    forms of alopecia, but, again, the -- the types

8    that are relevant in this case, I think it's

9    fairest to the jury that the dermatologists talk

10    about alopecia.  But alopecia -- so we're clear,

11    alopecia as it should be warned about in the

12    regulatory context, I'm comfortable talking

13    about.

14        Q.  Okay.  So let me just pose some --

15    some hypotheticals here.  If someone loses their

16    hair for a year and it regrows, it returns at

17    some -- let's say it returns at 75 percent two

18    years later, is that irreversible alopecia, in

19    your mind?

20           MS. JEFFCOTT:  Object to form.

21           THE WITNESS:  Well, by -- there's no

22    hair -- obviously, if it regrows, okay, I mean,

23    and it's not just -- there's not a -- a

24    condition left, if it regrows, it's, obviously,

25    not irreversible.