# EXHIBIT BBB

Sunil Gupta, M.D., FRCPC

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

******************************

IN RE:   TAXOTERE (DOCETAXEL)

PRODUCTS LIABILITY           MDL No. 2740

LITIGATION                   Section: "N"(5)

                             Judge Engelhardt

This Document Relates to:    Mag. Judge North

All Cases

******************************


VIDEOTAPED DEPOSITION OF SUNIL GUPTA, MD, FRCPC


Tuesday, April 10th, 2018
8:02 a.m.



Held At:

   Ropes & Gray LLP

   800 Boylston Street

   Boston, Massachusetts




REPORTED BY:

Maureen O'Connor Pollard, RMR, CLR, CSR

```
 1      Q.    What does that mean to you?
 2      A.    So this is the 30-day period after the
 3   last treatment I was referring to.  That's what
 4   it refers to.
 5      Q.    So the way I read this, and tell me if
 6   I'm right, there were 728 people who reported
 7   alopecia during the treatment, and then in the
 8   follow-up period, which was 30 days, like you've
 9   just said, there were 687 women who reported
10   alopecia, correct?
11      A.    Correct.
12      Q.    And then we go down and we have a
13   column that says "Resolved."  Do you see that?
14      A.    Yes.
15      Q.    And what's that number?
16      A.    658.
17      Q.    And then we have a column that says
18   "Ongoing."  And what is that number?
19      A.    29.
20      Q.    Okay.  What does that mean to you?
21      A.    Nothing.  Just with the numbers, that
22   at some point in time these women had alopecia,
23   but without knowing that time frame is difficult
24   to say how long was that.
25      Q.    Well, the one thing we do know is that
```

Page 176

```
 1   for at least 29 women, the alopecia had not
 2   resolved, is that fair?
 3       A.   At what time?
 4       Q.   When this study was produced.
 5       A.   I'm not sure I can interpret that, no.
 6       Q.   Okay.  Then I'm totally losing you,
 7   and here is why.  This is the ten-year study.
 8       A.   Right.
 9       Q.   And this is being reported --
10       A.   Right.
11       Q.   -- by Sanofi?
12       A.   Right.
13       Q.   So we're going to assume these are
14   accurate, right?
15       A.   Yeah.
16       Q.   Okay.  So isn't it fair to say that at
17   ten years when this study was put together and
18   this data was accumulated for this table, Table
19   7, that there were 29 women who were still
20   experiencing alopecia?
21       A.   No, that's exactly what I'm saying,
22   that that could be inaccurate interpretation.
23   So the patients may have had alopecia eight
24   years ago and they died.  It's ongoing.
25       Q.   So you --
```

1      A.     Patient may have had alopecia nine
2   years ago and they lost -- they stopped coming
3   to the doctor, that's ongoing in the context of
4   how this table is produced.
5      Q.     Are you certain about that?
6      A.     Yes.
7      Q.     So Sanofi investigators, whoever is
8   putting this information together, is including
9   people that are dead?
10     A.     Yeah, in terms of the adverse events.
11  So you're looking at your adverse events during
12  that period, and including every event which was
13  experienced by the patient after the -- so we
14  refer to the 30 day follow-up period immediately
15  after treatment, that was the number 687, so
16  then after the 30 day period they are following
17  patients all along and including every event
18  which happened at post follow-up period.
19     Q.     Isn't there a separate category for
20  the patients that did not survive ten years?
21     A.     Not in the safety table.  That would
22  be in the efficacy table.
23     Q.     Okay.  So what you're saying is it's
24  possible of these 29 -- you don't know how many
25  of these 29 are living?

Sunil Gupta, M.D., FRCPC

Page 178

1    A.    Living, or still being followed up, or
2  number of reasons for -- number of reasons they
3  might be cut sort of at an earlier time point
4  than the ten years which the study suggests.
5    Q.    Isn't that inaccurate information?
6    A.    No.
7    Q.    Okay.
8    A.    It's pretty standard.
9    Q.    Okay. Well, what I'm looking at this
10  table is it says 29 women have ongoing alopecia
11  at ten years, and that is 4.2 percent.
12    A.    Correct.
13    Q.    That's correct, right?
14    A.    According to this table, yes.
15    Q.    Okay. Let's put that away.
16        (Whereupon, Gupta Exhibit Number 17
17        was marked for identification.)
18  BY MR. MARKOFF:
19    Q.    Doctor, this is Plaintiffs' 17
20  (handing). This is a one page e-mail. Why
21  don't you take a minute and read it, okay? And
22  we'll talk about it.
23        (Witness reviewing document.)
24    A.    Okay.
25    Q.    Is that an e-mail that you had a