# EXHIBIT III

Madeline Malia

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

- - -

| | | |
|---|---|---|
| IN RE:  TAXOTERE | : | MDL NO. 2740 |
| (DOCETAXEL) PRODUCTS | : | SECTION: "N" |
| LIABILITY LITIGATION | : | (5) |
| | : | JUDGE |
| THIS DOCUMENT RELATES | : | ENGELHARDT |
| TO: | : | MAG. JUDGE |
| | : | NORTH |
| ALL CASES | : | |

- - -

October 10, 2018

- - -

      Videotaped deposition of MADELINE MALIA, taken pursuant to notice, was held at the law offices of Shook Hardy & Bacon, 2001 Market Street, Philadelphia, Pennsylvania beginning at 9:11 a.m., on the above date, before Michelle L. Gray, a Registered Professional Reporter, Certified Shorthand Reporter, Certified Realtime Reporter, and Notary Public.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph| 917.591.5672
deps@golkow.com

1        Q.    Okay.  So at least in this
2    2010 time frame through the Globe and
3    Mail article, there were a number of
4    women who were -- who took Taxotere,
5    suffered permanent hair loss, and felt
6    that Sanofi did not properly warn them
7    about that side effect.  Is that fair?
8              MR. STRONGMAN:  Objection.
9         Form.
10             THE WITNESS:  Yeah, so this
11        is referring to -- I don't know
12        what it means by title and
13        abstracts.
14   BY MS. MENZIES:
15       Q.    So those --
16       A.    But --
17       Q.    Yeah, go ahead.
18       A.    Usually when I see abstracts
19   I think -- you know, data abstract.  I'm
20   just not sure what -- if this is a
21   summary of this.  I have never -- I don't
22   recall ever seeing this document.  So I'm
23   just --
24       Q.    That's fine.  My only

1   question was that this product alert
2   refers to an article about a number of
3   women who were raising concerns that they
4   took Taxotere, suffered permanent hair
5   loss and they were concerned, or they
6   were upset that Sanofi didn't warn them
7   about that side effect.
8           A.   Yes.  It looks like it's
9   referring to the article that we've been
10  discussing in the Globe and Mail.
11          Q.   Okay.  And so Sanofi was
12  aware that there were a group of women
13  that were upset about what they felt was
14  a failure to warn about permanent hair
15  loss and Taxotere in the March 2010 time
16  frame, correct?
17               MR. STRONGMAN:  Objection.
18          Form.
19               THE WITNESS:  Yeah.  I'm not
20          -- I'm not sure of what the scope
21          of what the company was aware of.
22          And the product alert in here
23          looks like the first time that
24          there's -- that there's a

1      documentation at least that I've
2      seen of it where it mentions a
3      group of women.
4          (Document marked for
5      identification as Exhibit
6      Malia-4.)
7  BY MS. MENZIES:
8      Q.   Okay.  All right.  Let's go
9  onto the next document.
10     A.   I feel unorganized.
11     Q.   I'm going to hand you what
12 we've marked as Exhibit 14.
13     A.   Okay.
14     Q.   And again, this is an e-mail
15 that was sent to us, or provided to us by
16 Sanofi in the course of this litigation,
17 from the custodial file.  Just for
18 orientation purposes, it looks like on
19 the front page an e-mail from you to Ivan
20 Nelson, Joan Mikardos, Stacy Burch sent
21 on Wednesday, March 10th, 2010.  And the
22 subject is, "Taxotere alopecia
23 communication plan.  Response and next
24 steps."

```
 1            We'll go through it more in
 2  depth, but can you flip through.  Does
 3  that appear to be an e-mail exchange
 4  amongst you and your colleagues in the
 5  2010 time frame while you were employed
 6  by Sanofi?
 7       A.    Yes.  This is an e-mail
 8  exchange.
 9       Q.    Okay.  And then if you go to
10  the last -- second-to-last page, let's
11  start again.  Go through the e-mail.
12       A.    Second-to-last page.
13       Q.    Yeah.  Ending in 9450.
14       A.    Mm-hmm.
15       Q.    Okay.  Flipping through
16  this, is this one of the documents that
17  you reviewed in preparation for your
18  deposition testimony today?
19       A.    I believe so.  Yes.
20       Q.    Okay.  All right.  And this
21  was a document, then, provided to you by
22  Sanofi's lawyers in preparation for your
23  deposition testimony?
24            MR. STRONGMAN:  Objection.
```

1   referring to or you're referring to in
2   your PowerPoint is Shirley Ledlie?
3              MR. STRONGMAN: Objection.
4        Form.
5              THE WITNESS: I don't know.
6        I wasn't employed at the company
7        at that time.
8   BY MS. MENZIES:
9        Q.   No, I understood. When you
10  created this PowerPoint?
11       A.   I don't remember. I just
12  don't remember. Like I don't remember
13  who that patient was, if it was Shirley.
14  I presume it was Shirley because that's
15  who we've been talking about. But --
16       Q.   To the best of your
17  recollection, this patient that you're
18  referring to specifically in the
19  PowerPoint that you created during the
20  time frame of March of 2010 and April of
21  2010, this patient would be Shirley
22  Ledlie?
23             MR. STRONGMAN: Objection.
24       Form.

1          THE WITNESS:  I mean, that
2      would be my assumption, but I
3      don't know if that's correct, or
4      if that's just the first time
5      someone contacted them.
6  BY MS. MENZIES:
7      Q.   Were you aware of other
8  patients specifically that you did a
9  timeline about, about them contacting the
10 company about permanent hair loss and
11 Taxotere?
12     A.   No.  I mean, again, the
13 purpose of this, as I recall, is we were
14 trying to really focus on how the company
15 was responding from a social perspective.
16 I don't know why we would have gone back
17 this far actually necessarily.  So I just
18 don't remember, and I wasn't involved in
19 anything that happened before 2009.
20     Q.   As you sit here today, is
21 your best testimony, the patient that's
22 being referred to in the PowerPoint that
23 you and Stacy created in the 2010 time
24 frame related to the social media around