# EXHIBIT NNN

```
                                                           Page 1

 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3

 4    ELIZABETH KAHN,

 5            Plaintiff,

 6

 7    VERSUS                        CASE NO. 2:16-cv-17039

 8

 9    SANOFI S.A. SANOFI-AVENTIS U.S.

10    L.L.C., SANOFI US SERVICE, INC.,

11    and AVENTIS-PHARMA S.A.,

12            Defendants.

13

14    **************************************************

15            THE VIDEOTAPED AND ORAL DEPOSITION OF

16    JOANN MOINET, HELD AT THE OFFICES OF PENDLEY,

17    BAUDIN & COFFIN, LLP, 1100 POYDRAS STREET,

18    SUITE 2505, NEW ORLEANS, LOUISIANA 70136, ON

19    MARCH 6TH, 2020, COMMENCING AT 2:00 P.M. AND ENDING

20    AT 5:02 P.M.

21

22

23    REPORTED BY:

24    JANITA L. ANDERSON

25    CERTIFIED COURT REPORTER
```

```
                                           Page 145
 1            Object to form.
 2   BY MS. PEREZ:
 3       Q.   Are you able to visualize her scalp
 4   without any real effort --
 5       A.   Yes.
 6       Q.   -- in your interaction with her?
 7       A.   Yes.
 8       MR. BAEHR:
 9            Object to form.
10   BY MS. PEREZ:
11       Q.   Would you say that --
12       A.   She does wear a lot of hats now.
13       Q.   How often would you say you observe her
14   wearing a hat out when you see her?
15       A.   Any time I see her outside she has on a
16   hat, I mean not at night, but during the day.
17       Q.   Has she ever talked to you about that or
18   --
19       A.   Have we ever talked about it?  I'm not
20   really sure.  We ever talked about it.  But I do
21   remember a conversation about -- we go to the same
22   dermatologist, and about some issues with the top
23   of her head because of her thinning hair and that
24   wearing a hat was of most importance.
25       Q.   When you were discussing those issues that
```

Page 146

1  she was having do you recall what they were?
2      A.   I don't.  I don't remember if it's like --
3  I don't know.  I know there are levels of issues,
4  sun damage issues, so I don't.
5      Q.   Do you know if the issues she was
6  experiencing when she was telling you about her
7  interactions with the dermatologist and wearing a
8  hat were related to concerns about the sun?
9      A.   Oh, definitely.  Definitely.
10     Q.   Did she express what those concerns were
11 regarding the sun?
12     A.   Well, just that with no protection, with
13 no hair protection, you know, that's -- it's just,
14 you know, like any other exposed area.
15     Q.   Is it fair to say that Elizabeth's
16 appearance today has been consistently the same
17 following the end of her chemotherapy treatment?
18     A.   I remember when she stopped wearing the
19 scarves and the hat when her hair started to grow
20 back when it was little and fuzzy, and then I kind
21 of remember the way it is now.
22     Q.   Was there ever any point in time in which
23 you recall Elizabeth's hair growing back and
24 looking as it did prior to chemotherapy?
25     A.   I don't remember, but maybe I did but just