# EXHIBIT OOO

Page 1

```
 1              UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA
 2
        ELIZABETH KAHN,
 3          Plaintiffs,
 4      VERSUS                        CASE NO.
                                      2:16-cv-17039
 5
        SANOFI S.A., SANOFI-AVENTIS U.S. L.L.C.,
 6      SANOFI US SERVICE, INC., and
        AVENTIS-PHARMA S.A.,
 7          Defendants.
 8          VIDEOTAPE DEPOSITION OF DR. JESSICA
        COLLER OCHSNER, 2323 METAIRIE ROAD,
 9      METAIRIE, LOUISIANA, 70001, TAKEN IN THE
        OFFICES OF METAIRIE ROAD DERMATOLOGY, 2323
10      METAIRIE ROAD, METAIRIE, LOUISIANA, ON
        THURSDAY, THE 27TH DAY OF FEBRUARY, 2020.
11
        APPEARANCES:
12
          PENDLEY, BAUDIN & COFFIN, LLP
13        ATTORNEYS AT LAW
          BY:  JESSICA PEREZ REYNOLDS, ESQUIRE
14        1515 POYDRAS STREET, SUITE 1400
          NEW ORLEANS, LOUISIANA   70112
15
              ATTORNEYS FOR PLAINTIFF
16
          SHOOK, HARDY & BACON, L.L.P.
17        ATTORNEYS AT LAW
          BY:  CONNOR J. SEARS, ESQUIRE
18        2555 GRAND BOULEVARD
          KANSAS CITY, MISSOURI   64108-2613
19
              ATTORNEYS FOR SANOFI S.A.,
20            SANOFI-AVENTIS U.S. LLC, SANOFI US
              SERVICE, INC. AND AVENTIS-PHARMA S.A.
21
        VIDEOGRAPHER:
22
          BRIAN SOILEAU
23
        REPORTED BY:
24        DAWN D. TUPPER, CCR, RPR
          CERTIFIED COURT REPORTER
25        REGISTERED PROFESSIONAL REPORTER
```

```
 1    Is that accurate?
 2         A.    Correct.
 3         Q.    Does hair on the scalp provide
 4    any type of protective function --
 5         A.    Absolutely.
 6         Q.    -- for us against the sun?
 7         A.    Absolutely.
 8         Q.    Is it common that in persons
 9    who have thin hair or where their scalp
10    can be visualized through their hair, that
11    they may experience skin lesions on a
12    scalp more regularly than someone with a
13    full head of hair?
14         A.    Correct.
15         Q.    Just a couple more alopecia
16    related questions.
17         A.    No problem.
18         Q.    Have you ever heard of a
19    condition called endocrine induced
20    alopecia or EIA for short?
21         A.    Yes.
22         Q.    Are you aware of what the
23    diagnostic or clinical features of EIA
24    under dermoscopy are?
25         A.    No.
```