# EXHIBIT RRR


sanofi aventis
Because health matters

# 1  TITLE PAGE

**CLINICAL STUDY REPORT**

**A PHASE II, OPEN-LABEL, MULTICENTER, PILOT STUDY OF THE SAFETY AND EFFICACY OF TWO DOCETAXEL-BASED REGIMENS PLUS BEVACIZUMAB FOR THE ADJUVANT TREATMENT OF SUBJECTS WITH NODE POSITIVE OR HIGH RISK NODE NEGATIVE BREAST CANCER**

**Product: TAXOTERE® (docetaxel)**

**Indication: Node Positive or High-Risk Node Negative Breast Cancer**

**Report No.: DOCET_L_00713**

**IND No.: 35,555**

**Phase: IIB**

**First subject enrolled: 07 Mar 2007**

**Last subject contact: 30 Aug 2010**

**Temporary Enrollment Hold: Nov 2007**

**Early Study Termination (excluding 2-year safety follow-up): Nov 2008**

**Final Report: 10 May 2011**

**SPONSOR:**

**sanofi aventis US Inc.**
**55 Corporate Drive**
**Bridgewater, NJ  08807-0912**

| **SPONSOR CONTACT:** | **PRINCIPAL INVESTIGATOR:** |
|---|---|
| Barry Childs, MD | Sara Hurvitz, MD |
| VP Medical Affairs | UCLA School of Medicine |
| sanofi aventis US Inc. | PVUB Suite 3360 |
| 55 Corporate Drive | 10945 Le Conte Avenue |
| Bridgewater, NJ 08807-0912 | Los Angeles, CA 90095 USA |
| Tel: 908 981-4439 | Tel:    (310) 206-9022 |
| Fax: 908 981-7924 | Fax:    (310) 794-5517 |

This clinical study was conducted in accordance with International Conference on Harmonisation Good Clinical Practices Guidelines.

The information in this document is the property of sanofi aventis US Inc. and is strictly confidential.  Neither the document nor the information contained therein may be reproduced or disclosed outside sanofi aventis US Inc. without the prior written consent of the company.

Clinical Study Report                                    Node Positive or High Risk Node Negative Breast Cancer
DOCET_L_00713-docetaxel                                                                    Final_10 May 2011

| Name of company: sanofi aventis US Inc. | Synopsis for Study Referring to: | (For National Authority use only) |
|---|---|---|
| Name of finished product: | Volume: | |
| Name of active ingredient: | Page: | |

**Evaluation Parameters:**

Safety:
- Adverse events (nonserious and serious treatment emergent adverse events [TEAEs]) with particular emphasis on hematologic disorders, cardiac disorders (including Grade 3/4 clinical CHF), and deaths.
- Physical examination.
- Vital signs.
- Left Ventricular Ejection Fraction (LVEF) by multi-gated acquisition (MUGA) or echocardiogram (Echo).
- Clinical Laboratory tests.

**Study Population and Main Criteria for Inclusion:**

Females 18 to 70 years old, inclusive, with HER2/neu positive or negative, histologically proven, lymph node positive or high risk lymph node negative breast cancer.

| Number of Patients Planned and Analyzed: | | No. Patients Planned/No. Patients Treated (N/N) | | |
|---|---|---|---|---|
| | | TAC + Bevacizumab | TCH + Bevacizumab | Total |
| | Safety | 75/92 | 75/34 | 150/126 |

After 93 subjects in stratum 1 and 34 subjects in stratum 2 were enrolled, enrollment was placed on hold in November 2007.  Enrollment was permanently suspended and all sites were terminated in November 2008 (except for completion of all 2-year safety follow-ups).

Dose and Mode of Administration: All Treatments

STRATUM 1:      Cycles 1-6: TAC + bevacizumab × 6 cycles + prophylactic G-CSF (3=-week cycles).

Chemotherapy:

Cycle 1- 6 Day 1: Infused bevacizumab 15 mg/kg intravenously (IV), doxorubicin 50 mg/m$^2$ IV, cyclophosphamide 500 mg/m$^2$ IV and docetaxel 75 mg/m$^2$ IV every 3 weeks × 6 cycles.

Maintenance Therapy:

Bevacizumab: Bevacizumab 15 mg/kg IV infused every 3 weeks for a total of 52 weeks from the date of the first administration of chemotherapy, regardless of the number of doses received or missed.

STRATUM 2:      Cycles 1-6:  TCH + bevacizumab × 6 cycles + prophylactic G-CSF (3-week cycles).

Chemotherapy:

Cycle 1 Day 1:  Bevacizumab 15 mg/kg IV infusion followed by docetaxel 75 mg/m$^2$ IV and carboplatin AUC 6 mg/mL/min IV.

Cycle 1 Day 2 ONLY: A loading dose of trastuzumab 8 mg/kg IV infused.

Cycle 2-6 Day 1: Bevacizumab 15 mg/kg IV infusion followed by docetaxel 75 mg/m$^2$ and carboplatin AUC AUC 6 mg/mL/min IV, followed by trastuzumab 6 mg/kg by IV.

**sanofi aventis US Inc – Strictly Confidential**