# EXHIBIT SSS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
IN RE:  TAXOTERE (DOCETAXEL)     *
PRODUCTS LIABILITY LITIGATION    *   Docket No.: 16-MD-2740
                                 *   Section "H(5)"
                                 *   New Orleans, Louisiana
Relates to: Barbara Earnest      *   September 17, 2019
Case No.: 16-CV-17144            *
* * * * * * * * * * * * * * * * *
```

DAY 2 - AFTERNOON SESSION
TRANSCRIPT OF JURY TRIAL BEFORE
THE HONORABLE JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE

APPEARANCES:

| | |
|---|---|
| For the Plaintiffs: | Barrios Kingsdorf & Casteix, LLP<br>BY:  DAWN M. BARRIOS, ESQ.<br>701 Poydras Street<br>Suite 3650<br>New Orleans, Louisiana 70139 |
| For the Plaintiffs: | Gainsburgh Benjamin David Meunier<br>  & Warshauer, LLC<br>BY:  M. PALMER LAMBERT, ESQ.<br>1100 Poydras Street<br>Suite 2800<br>New Orleans, Louisiana 70163 |
| For the Plaintiffs: | Pendley Baudin & Coffin, LLP<br>BY:  CHRISTOPHER L. COFFIN, ESQ.<br>1100 Poydras Street<br>Suite 2505<br>New Orleans, Louisiana 70163 |

OFFICIAL TRANSCRIPT

| | | |
|---|---|---|
| 3:29PM | 1 | Q. Doctor, I didn't ask about the FDA database. I asked |
| 3:29PM | 2 | about the literature. If you could answer my question. |
| 3:29PM | 3 | And if the answer is you didn't find any, that's |
| 3:30PM | 4 | fine. I'm asking you, did you find any? |
| 3:30PM | 5 | A. I saw no case of monotherapy Cytoxan where Cytoxan caused |
| 3:30PM | 6 | irreversible or permanent hair loss. I did not see it any in |
| 3:30PM | 7 | the medical literature, and I searched. |
| 3:30PM | 8 | Q. How about this? Did you see any reports -- you slipped in |
| 3:30PM | 9 | the word "monotherapy" there. |
| 3:30PM | 10 | Did you see any reports in the medical literature |
| 3:30PM | 11 | where the regimen included Cytoxan and there was a report of |
| 3:30PM | 12 | permanent hair loss? |
| 3:30PM | 13 | A. Sure, of course. Because in the FAC arm, that includes |
| 3:30PM | 14 | Cytoxan. So, of course, it included Cytoxan -- |
| 3:30PM | 15 | Q. Okay. |
| 3:30PM | 16 | A. -- in that arm. |
| 3:30PM | 17 | Q. And the same thing for Adriamycin; correct? |
| 3:30PM | 18 | A. Correct. But they were controlled. |
| 3:30PM | 19 | Q. So you can't say that there is no risk of any kind of |
| 3:30PM | 20 | persistent hair loss with the FAC arm; correct? |
| 3:30PM | 21 | A. I certainly can, in a controlled trial. You're missing |
| 3:30PM | 22 | the point. When you compare TAC versus FAC, the only |
| 3:31PM | 23 | difference is the T; it's not the A and C. |
| 3:31PM | 24 | You're explaining away the risk. It's the biggest |
| 3:31PM | 25 | mistake in drug safety. You're explaining away the risk and |