## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| LASHON MCMILLAN, AN INDIVIDUAL,  : Plaintiff(s) | |
| | JUDGE MILAZZO |
| SANOFI AVENTIS US LLC, et al,        : Defendants(s), | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | |
| Civil Action No.: 2:19-CV-14297-JTM-MBN | |

### NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties

who have appeared stipulate to the dismissal of the present action with prejudice, with

each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as

follows:

### YOU <u>MUST </u>CHECK ALL THAT APPLY

☐ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

☒ Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of

claims pursuant to Federal Rule of Civil Procedure 60(b).

3

Dated this 2<u>nd</u> day of <u>July</u> 2021.


By: <u>/s/ Ruth Rizkalla</u>
Ruth Rizkalla
CA Bar ID: 224973
THE CARLSON LAW FIRM, P.C.
100 E Central Texas Expy
Killeen, TX 76541
<u>rrizkalla@carlsonattorneys.com</u>


## CERTIFICATE OF SERVICE


I hereby certify that on <u>July 2, 2021</u>, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: July 2, 2021                    <u>/s/ Ruth Rizkalla                    </u>

                                       Ruth Rizkalla