# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | |
| DONNA PACK JORDAN<br>Case No.: 2:20-cv-02668 | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff, DONNA PACK JORDAN, hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action 2:20-cv-02668, only. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal. This Stipulation shall not affect the lawsuit filed by DONNA PACK JORDAN, which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing case number 2:20-cv-00975. All parties shall bear their own costs.

Dated: July 2, 2021    /s/ Lowell W. Finson

    Attorney for Plaintiff

    Lowell W. Finson, CA #275586
    FINSON LAW FIRM
    126 Westwind Mall
    Marina del Rey, CA 90292
    Phone 602.377.2903
    Fax 310.425.3278
    lowell@finsonlawfirm.com

**SHOOK, HARDY & BACON**
  /s/ Madison Hatten
Madison Hatten, Esq.
2555 Grand Boulevard
Kansas City, MO 64108
Phone: 816-474-6550
Fax: 816-421-5547
Email:  mhatten@shb.com
*Attorney for Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.*


**GREENBERG TRAURIG, LLP**
/s/ *Evan C. Holden*
Lori G. Cohen
R. Clifton Merrell
Evan C. Holden
Terminus 200
3333 Piedmont Road, N.E., Suite 2500
Atlanta, Georgia 30305
(678) 553-2100
(678) 553-2386 (facsimile)
CohenL@gtlaw.com
MerrellC@gtlaw.com
HoldenE@gtlaw.com
*Attorneys for Sandoz Inc.*


**TUCKER ELLIS LLP**
*/s/ Julie A. Callsen*
Julie A. Callsen
Brandon D. Cox
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216-592-5000
Facsimile: 216-592-5009
julie.callsen@tuckerellis.com
brandon.cox@tuckerellis.com
*Attorneys for Defendant Accord Healthcare Inc.*

**WILLIAMS & CONNOLLY LLP**
*/s/ Richmond T. Moore*
Richmond T. Moore (rmoore@wc.com)
Heidi K. Hubbard (hhubbard@wc.com)
Neelum J. Wadhwani nwadhwani@wc.com)
Monika Isia Jasiewicz (ijasiewicz@wc.com)
Lori Interlicchio (linterlicchio@wc.com)
Aparna Datta (adatta@wc.com)
725 Twelfth Street NW
Washington DC 20005
(202) 434-5000 / office
(202) 434-5029 / fax
*Attorneys for Defendants Hospira, Inc., and*
*Hospira Worldwide, LLC, formerly*
*doing business as Hospira Worldwide, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2021, I electronically filed the foregoing with the Clerk using the CM/ECF system, which will send a notification of electronic filing to all counsel of record who are CM/ECF participants.

Dated: July 2, 2021                                             /s/ Lowell W. Finson