UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO

Plaintiff Name: Hope Vidal
Case No.: 2:18-13461

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Hope Vidal whose case is on a Notice of Non-Compliance to be heard by the Court on July 9, 2021. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.


Dated: July 6, 2021                    **BACHUS & SCHANKER, LLC**

                                        By: */s/ J.Christopher Elliott*
                                        J. Christopher Elliott, Esq.
                                        Bachus & Schanker, LLC
                                        101 West Colfax Suite 650
                                        Denver, CO 80202
                                        Telephone: (303)893-8900
                                        Facsimile: (303) 893-9900
                                        Email: celliott@coloradolaw.net

                                        *Attorneys for Plaintiff*