UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Muriel Robinson**
Case No.: **2:19-cv-14438**

## DECLARATION

I, Daniel P. Markoff, have attempted to reach my client, Muriel Robinson on the following dates: 10/19/19, 10/23/19, 10/24/19, 11/4/19, 11/5/19, 12/2/19, 12/30/19, 2/4/20, 2/24/20, 3/24/20, 4/30/21, 6/29/21, 7/1/21 by (check all that apply) X telephone, X e-mail, ____ text message, ____ social media, X U.S. Mail, ____ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Daniel P. Markoff*
　　　　　　　　　　　　　　　　　　　　　　　　Daniel P. Markoff
　　　　　　　　　　　　　　　　　　　　　　　　Atkins and Markoff
　　　　　　　　　　　　　　　　　　　　　　　　9211 Lake Hefner Parkway
　　　　　　　　　　　　　　　　　　　　　　　　Oklahoma City, OK 73129
　　　　　　　　　　　　　　　　　　　　　　　　405-607-8757
　　　　　　　　　　　　　　　　　　　　　　　　Dmarkoff@atkinsandmarkoff.com