**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                        **MDL NO. 2740**
PRODUCTS LIABILITY LITIGATION

                                                                            **SECTION "H" (5)**

THIS DOCUMENT RELATES TO

Plaintiff Name: <u>**Wanda Sanchious**</u>
Case No.: <u>**2:19-cv-14441**</u>

<u>**STATEMENT OF PLAINTIFF'S COUNSEL**</u>

    I represent Wanda Sanchious whose case is on a Notice of Non-Compliance to be heard by the Court on July 9, 2021. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

    The deficiency is not cured and there is no defense to the request for a dismissal.

Dated:  July 6, 2021

                                        <u>*/s/ Daniel P. Markoff*</u>
                                        Daniel P. Markoff
                                        Atkins and Markoff
                                        9211 Lake Hefner Parkway
                                        Oklahoma City, OK 73129
                                        405-607-8757
                                        Dmarkoff@atkinsandmarkoff.com