# EXHIBIT A

Page 1

1                    UNITED STATES DISTRICT

                  EASTERN DISTRICT OF LOUISIANA

2

3        CINDY L. SMITH

4             PLAINTIFF,

5             V.                    CASE NO. 2:18-cv-07702

6        SANOFI US SERVICES, INC. F/K/A

         SANOFI-AVENTIS U.S., INC. AND

7        SANOFI-AVENTIS U.S. LLC, ET AL.

8             DEFENDANTS.

9        ****************************************************

10              VIDEOTAPED TELECONFERENCE DEPOSITION

11                            OF

12                     CINDY L. SMITH

13       ****************************************************

14

15                 (APPEARANCES NOTED HEREIN)

16

17

                      MONDAY, OCTOBER 1, 2020,

18                 AT APPROXIMATELY 9:34 A.M.

19

20

21

22       REPORTED BY:

23

24                 TAMARA HARTWIG FULGHAM

25                    BCR, CCR #1565

Page 2

1      APPEARANCES:

2

3

4              NATHAN BUTTARS, ESQ. (VIA ZOOM)

5              LOWE LAW GROUP

6              6028 S. RIDGELINE DRIVE, SUITE 200

7              OGDEN, UT 84405

8              NATE@LOWELAWGROUP.COM

9

10                 COUNSEL FOR PLAINTIFF

11

12

13             TORREY PETERSON, ESQ. (VIA ZOOM)

14             LORI SHULTZ, ESQ. (VIA ZOOM)

15             ERICA MCCABE, ESQ. (VIA ZOOM)

16             HARLEY RATLIFF , ESQ. (VIA ZOOM)

17             SHOOK, HARDY & BACON, LLP

18             2555 GRAND BOULEVARD

19             KANSAS CITY, MISSOURI  64108

20             TPETERSON@SHB.COM

21

22                 COUNSEL FOR DEFENDANT

23

24

25      ALSO PRESENT:  JASON HOPKINS, VIDEOGRAPHER

1                    TABLE OF CONTENTS

2      TITLE PAGE....................................... 1

3      APPEARANCE PAGE.................................. 2

4      TABLE OF CONTENTS............................... 3

5          EXHIBITS.................................... 4

6          STIPULATION................................ 5

7      EXAMINATION BY MS. PETERSON..................... 9

8      CERTIFICATE OF DEPONENT.......................307

9      ERRATA SHEETS.................................306

10     CERTIFICATE OF REPORTER.......................304

11                       _ _ _

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                      EXHIBITS

2

3     EXHIBIT 1     FIFTH AMENDED PLAINTIFF FACT SHEET.  6

4     EXHIBIT 2     FACEBOOK POSTS.....................  6

5     EXHIBIT 3     PRECHEMO RECORDS COMBINED..........  6

6     EXHIBIT 4     SURGERY RECORDS COMBINED...........  6

7     EXHIBIT 5     NCI TUMOR SIZE  PRINTOUT...........  6

8     EXHIBIT 6     RADIATION RECORDS COMBINED.........  6

9     EXHIBIT 7     CHEMO RECORDS COMBINED.............  6

10    EXHIBIT 8     POST CHEMO FOLLOW-UP VISIT.........  6

11    EXHIBIT 9     FACEBOOK PHOTOS AND POSTS..........  6

12    EXHIBIT 10    POST CHEMO PHOTOGRAPHS.............  6

13    EXHIBIT 11    ESCATAWPA CLINIC RECORDS...........  6

14    EXHIBIT 12    GARROTT DERMATOLOGY RECORDS........  6

15    EXHIBIT 13    SMITH PHOTO COMPARISON.............  6

16    EXHIBIT 14    FACEBOOK POSTS.....................  7

17    EXHIBIT 15    NCI CHEMOTHERAPY AND YOU...........  7

18    EXHIBIT 16    BREAST CANCER DICTIONARY...........  7

19    EXHIBIT 17    XANAX INVESTIGATION RECORD.........  7

20    EXHIBIT 18    AMENDED NOTICE OF DEPOSITION.......  7

21    EXHIBIT 19    SINGING RIVER INITIAL ASSESSMENT...  7

22                      _ _ _

23

24

25

Page 5

1                              STIPULATION

2              It is hereby stipulated and agreed by and

3     between the parties hereto, through their respective

4     attorneys of record, that this deposition may be

5     taken at the time and place hereinbefore set forth,

6     by Tamara Hartwig Fulgham, Court Reporter and Notary

7     Public pursuant to the Mississippi Rules of Civil

8     Procedure, as amended;

9              That the formality of READING AND SIGNING

10    is specifically NOT WAIVED;

11             That all objections, except as to the form

12    of the questions and the responsiveness of the

13    answers, are reserved until such time as this

14    deposition, or any part thereof, may be used or is

15    sought to be used in evidence.

16                            - - -

17

18

19

20

21

22

23

24

25

```
 1              (EXHIBIT NUMBER 1 PREMARKED FOR
 2              IDENTIFICATION AND ATTACHED HERETO.)
 3              (EXHIBIT NUMBER 2 PREMARKED FOR
 4              IDENTIFICATION AND ATTACHED HERETO.)
 5              (EXHIBIT NUMBER 3 PREMARKED FOR
 6              IDENTIFICATION AND ATTACHED HERETO.)
 7              (EXHIBIT NUMBER 4 PREMARKED FOR
 8              IDENTIFICATION AND ATTACHED HERETO.)
 9              (EXHIBIT NUMBER 5 PREMARKED FOR
10              IDENTIFICATION AND ATTACHED HERETO.)
11              (EXHIBIT NUMBER 6 PREMARKED FOR
12              IDENTIFICATION AND ATTACHED HERETO.)
13              (EXHIBIT NUMBER 7 PREMARKED FOR
14              IDENTIFICATION AND ATTACHED HERETO.)
15              (EXHIBIT NUMBER 8 PREMARKED FOR
16              IDENTIFICATION AND ATTACHED HERETO.)
17              (EXHIBIT NUMBER 9 PREMARKED FOR
18              IDENTIFICATION AND ATTACHED HERETO.)
19              (EXHIBIT NUMBER 10 PREMARKED FOR
20              IDENTIFICATION AND ATTACHED HERETO.)
21              (EXHIBIT NUMBER 11 PREMARKED FOR
22              IDENTIFICATION AND ATTACHED HERETO.)
23              (EXHIBIT NUMBER 12 PREMARKED FOR
24              IDENTIFICATION AND ATTACHED HERETO.)
25              (EXHIBIT NUMBER 13 PREMARKED FOR
```

Page 7

1              IDENTIFICATION AND ATTACHED HERETO.)

2              (EXHIBIT NUMBER 14 PREMARKED FOR

3              IDENTIFICATION AND ATTACHED HERETO.)

4              (EXHIBIT NUMBER 15 PREMARKED FOR

5              IDENTIFICATION AND ATTACHED HERETO.)

6              (EXHIBIT NUMBER 16 PREMARKED FOR

7              IDENTIFICATION AND ATTACHED HERETO.)

8              (EXHIBIT NUMBER 17 PREMARKED FOR

9              IDENTIFICATION AND ATTACHED HERETO.)

10             (EXHIBIT NUMBER 18 PREMARKED FOR

11             IDENTIFICATION AND ATTACHED HERETO.)

12             (EXHIBIT NUMBER 19 PREMARKED FOR

13             IDENTIFICATION AND ATTACHED HERETO.)

14                          ***

15             VIDEOGRAPHER:  Good morning.  We're going

16    on the record at 9:34 a.m. Central Time, on

17    October the 1st, 2020.

18             The audio and video recording will

19    continue to take place unless all parties agree to

20    go off the record.

21             This is the video-recorded deposition of

22    Cindy L. Smith, taken by counsel for the defendant,

23    in the matter of Cindy L. Smith V. Sanofi U.S.

24    Service, Inc., FKA Sanofi-Aventis U.S., Inc., and

25    Sanofi-Aventis U.S., LLC, et al., filed in the

1    United States District Court for the Eastern

2    District of Louisiana.  The case number is

3    2:18-CV-07702.

4         This deposition is being held via

5    Veritext Virtual.  My name is Jason Hopkins.  I'm

6    the videographer.  The court reporter is

7    Tammi Fulgham.  We are both from the firm

8    Veritext - New Jersey.  I am not related to any

9    party in this action, nor am I financially

10   interested in the outcome.

11        Everyone attending remotely will now state

12   their appearances and affiliations for the record.

13   If there are any objections to the proceedings,

14   please state them at the time of your appearance,

15   beginning with the noticing attorney, after which

16   our court may swear in the witness and we may

17   proceed.

18        MS. PETERSON:  Torrey Peterson,

19   Lori Shultz, Erica McCabe, and Harley Ratliff on

20   behalf of defendant Sanofi.

21        MR. BUTTARS:  Nathan Buttars with Lowe Law

22   Group on behalf of the plaintiff, Ms. Smith.

23        COURT REPORTER:  Ms. Smith, would you

24   raise your right hand, please?  Ms. Smith?

25        THE WITNESS:  I'm Cindy Smith.  I'm the

```
                                              Page 9

 1     client.
 2              COURT REPORTER:  I'm going to swear you in
 3     now, Ms. Smith.  If you'll raise your right hand.
 4              THE WITNESS:  Okay.
 5                        CINDY L. SMITH,
 6       (After having first been duly sworn, testified
 7     as follows:)
 8                        EXAMINATION
 9     BY MS. PETERSON:
10       Q    Okay.  Good morning, Ms. Smith.  Can you
11     please state and spell your full name?
12       A    Cindy L. Smith; C-I-N-D-Y, L., S-M-I-T-H.
13       Q    Okay.  So I've already introduced myself,
14     but my name is Torrey.  I also have Lori and Erica
15     and Harley joining me today.  We all represent
16     Sanofi, the defendant in this action.  Do you
17     understand that?
18       A    Yes, ma'am.
19       Q    And have you met any of us before today?
20       A    No, ma'am.
21       Q    Okay.  Have you ever met a lawyer for
22     Sanofi?
23       A    No.
24       Q    Okay.  What other names have you gone by?
25       A    Cindy L. Seymour, Cindy L. Cunningham,
```

1    treatments that you received for your cancer worked?

2        A    Yes.  But I wasn't given an option on what

3    kind of treatments.  They decided and, basically,

4    went by what they decided to give me.

5        Q    Who is "they?"

6        A    Dr. Bailey.  He was my surgeon.  And at

7    the time, it was Dr. Herrington.  She was my

8    oncologist.

9        Q    So Dr. Bailey and Dr. Herrington didn't

10   give you a choice in what treatment you received?

11       A    No.  They said that that's what I needed,

12   and I just -- I trusted my doctors, so I did what

13   they suggested.  Whenever I first found out I

14   was -- I had cancer, I was, basically, in shock.  So

15   you -- you don't -- you're not thinking about

16   options.  You're just trusting what the doctors are

17   telling you is accurate and true.

18       Q    And you -- you trusted that they gave you

19   the best treatment, right?

20       A    Yes.

21       Q    So do you believe -- you took Taxotere as

22   part of your chemotherapy regimen, correct?

23       A    Yes.

24       Q    And do you believe that Taxotere

25   contributed to your survival?

1       A    Yes.  But at the same time, it's what

2    contributed to my total body hair loss.  I -- I'm --

3    don't get me wrong, I'm grateful I survived, but I

4    would have liked to have survived with more hair

5    than what I've got.

6       Q    Okay.  We'll talk about your hair loss a

7    little bit more.  But one thing that you said there

8    is that Taxotere caused your total body hair loss.

9    How do you know that it caused it?

10      A    Because the pamphlets and the information

11   that I was given said that it could possibly cause

12   hair loss.  It didn't go into detail about how much

13   hair loss; it just said hair loss.  And you don't

14   think about it being -- because your whole body is

15   covered in hair, not only your body, but your lungs,

16   the inside of your sinuses.  And you lose all of

17   that.  And what's in your sinuses and your lungs,

18   that's what helps you fight back colds and coughs,

19   because that gives you the ability to cough that up

20   and get it out of your system.  So I -- that's all I

21   know.

22      Q    Okay.  So I want to circle back to my

23   question, which was:  How do you know that Taxotere

24   is what caused your hair loss?

25           MR. BUTTARS:  Objection to form.

1            THE WITNESS:  Because of the pamphlets

2      that was given to me.  It stated that it could cause

3      hair loss.

4      BY MS. PETERSON:

5            Q    Is Taxotere the only drug you've taken

6      that can cause hair loss?

7            A    As far as I know.

8            MR. BUTTARS:  Objection to form.

9      BY MS. PETERSON:

10           Q    If you found out that some of the other

11     drugs that you've taken can also cause hair loss,

12     would you -- would you maybe question whether it was

13     Taxotere that was the cause of your hair loss, then?

14           MR. BUTTARS:  Objection to form.  Go ahead

15     and answer.

16           THE WITNESS:  I'm sorry.  Could you repeat

17     the question?

18     BY MS. PETERSON:

19           Q    Sure.  So if you found out that some of

20     the other drugs that you have taken can cause hair

21     loss, would that cause you to question your belief

22     that Taxotere is the cause of your hair loss?

23           MR. BUTTARS:  Same objection.

24           THE WITNESS:  I'm not too sure, because

25     everything that I've taken I did research on and

1    looked up what the side effects was.  I mean, some

2    of it I -- I didn't do the research on until

3    afterwards.  But as far as I know, that was the only

4    thing that was would cause the hair loss.

5    BY MS. PETERSON:

6         Q    So you have researched every drug that

7    you've taken?

8         A    Not every drug.

9         Q    Okay.

10        A    Most of them.  I -- and don't ask me which

11   ones, because I honestly can't remember.

12        Q    Okay.  How about this:  Is it a habit of

13   yours that when you get prescribed a medication, you

14   research the side effects before you consume the

15   product?

16        A    Since I've taken the chemo, yes.

17        Q    What about prior to chemo?

18        A    Not -- not like I do now.

19        Q    Why is that?

20        A    As a matter of fact, I don't think I've

21   researched it.  It's just since then, I'm leery of

22   medication or any type of prescribed medication

23   because what was prescribed to me had so many

24   adverse effects.

25        Q    Okay.  So the research that you claim the

Page 19

```
1     current condition of your hair is because you
2     received and read pamphlets that said that Taxotere
3     caused that problem; is that right?
4              MR. BUTTARS:  Objection to form.  Go
5     ahead, Ms. Smith.
6              THE WITNESS:  Excuse me?  As far as I
7     know, yes.
8     BY MS. PETERSON:
9        Q    What pamphlets?
10       A    That the -- the oncologist gave me.
11       Q    Okay.  And did you read those before you
12    took your chemotherapy?
13       A    Yes.
14       Q    Okay.  What --
15       A    I was in panic -- I'm sorry.  I was in
16    panic mode, so I was reading and researching
17    everything I could because I wanted to know what was
18    fixing to happen to me.
19       Q    Yeah, that makes sense.
20             One thing that you said there that I want
21    to circle back to is you said that -- or I guess my
22    question to you is:  Are you claiming in this
23    lawsuit that you have hair loss related to your
24    lungs?
25             MR. BUTTARS:  Objection to form.
```

1     cut it.  I haven't been able to trim it.  I'm fixing

2     to go ahead and do it anyway because it -- it's so

3     fine now that it breaks off real, real easy, so...

4     And it used to not do that.  My momma used to grab

5     me by the hair of the head when I done something

6     wrong because I was taking off running, so she'd

7     snatch me just to hold on to me to keep me from

8     running from her.  So, no, it's just -- yeah, I have

9     hangups about my hair now.

10          Q     Okay.  So how long is your hair?  It's

11    hard to see in the video.

12          A     It's -- if I took it out of a braid, it

13    would be to my lower back, right above my

14    butt-cheeks.

15          Q     Okay.  How long was it before you took

16    your chemotherapy?

17          A     To the middle of my back.  And after my

18    first treatment -- no.  Right before my first

19    treatment, I went ahead and went and got it cut to

20    about here (indicating).

21              And after my first treatment, I was on the

22    phone talking with a friend of mine, and I was

23    sitting on the back porch, and I wasn't paying no

24    attention, and I -- my head was itching, and I

25    wasn't -- I was just running -- running my hand

1    through it, and I'd just put a little bit of hair on

2    the table.  And I literally sit there on the back

3    porch and pulled all of my hair out without

4    realizing what I'd done.  I maybe had about

5    40 strands of hair left on my head.  But that was

6    after the very first treatment.

7        Q    Okay.  So after your first infusion, you

8    kind of pulled out of all of your hair; is that

9    right?

10       A    It -- it was falling out, and I was just

11   running my hand through it.  That's how easy it --

12   it had fell out -- just by me just running my hands

13   through it.

14       Q    Sure.  So I just want to make sure I

15   understand this right.  Your hair now is down to

16   your lower back, and your hair before chemo was in

17   the middle of your back; is that right?

18       A    Yes.

19       Q    So your hair is actually longer now than

20   it was before you took chemotherapy; is that

21   correct?

22       A    Yes.  But I used -- I bought Keranique to

23   try and get it to grow back.  And the Keranique, it

24   doesn't help it grow back.  It just helps the hair

25   that's there grow faster and longer.  It's not

1     helping the thickness or any of it grow back.

2          Q    Okay.  We're going to talk about Keranique

3     a little bit later today.

4               So I'm going to circle back around.  So

5     what are you most thankful for now that you're

6     cancer-free?

7          A    Being alive.  I have 13 grandchildren.

8     That's what I'm thankful for.

9          Q    That's great.  How many of your

10    grandchildren have been born since 2014?

11         A    Two.

12         Q    Two.

13         A    And it's two great-grandchildren.

14         Q    And two great-grandchildren.  Okay.  So is

15    it fair to say you may have not been able to meet

16    those two grandchildren and two great-grandchildren

17    had you not survived your cancer?

18         A    Well, that's true, but they could have

19    offered me a different type of treatment, too.  If I

20    had known then what I know now, I would have taken

21    something different.

22         Q    Okay.  Would you agree with me that not

23    everyone responds to chemotherapy the same way?

24         A    Oh, yes.

25         Q    And some chemotherapies work for some

Page 25

1    people, and they don't work for others.  Would you

2    agree with that?

3         A    Yes.

4         Q    So, for example, just because Taxotere,

5    which is one of the chemotherapy drugs you told me

6    that you took, worked for you, it -- it doesn't mean

7    that a different chemotherapy drug would have worked

8    for you.  Would you agree with that?

9              MR. BUTTARS:  Objection to form.

10             THE WITNESS:  I'm -- I'm not sure, because

11   I wasn't offered any options.

12   BY MS. PETERSON:

13        Q    Well, I'm not talking about what options

14   you were offered, Ms. Smith.  I'm just saying, as a

15   general matter, just -- so Taxotere, we know, did

16   work for you.

17             Do you know if another chemotherapy drug

18   would have also worked for you?

19        A    I don't know.  I'm not God.

20        Q    Yeah.  So -- so is it fair to say that you

21   don't know if you would be alive today had you not

22   taken Taxotere?

23        A    I honestly don't know.

24        Q    Would you also agree with me that if you

25   had not taken Taxotere, you also don't know -- at

1   60 years old, six years after chemotherapy -- if

2   your hair would be as thick as it was prior to

3   chemotherapy?

4        A    I -- I'm not sure what the question is.

5        Q    Sure.  So -- so let's assume that you

6   didn't take Taxotere, that you took one of these

7   other options you keep talking about.

8             If you had not taken Taxotere, you still

9   don't know if your hair would be as thick as it was

10  prior to chemotherapy, right?

11       A    I don't know that.

12       Q    So your hair could be, actually, the exact

13  same as it is now whether you took Taxotere or not?

14       A    No.

15            MR. BUTTARS:  Objection to form.

16  BY MS. PETERSON:

17       Q    You disagree with that?

18       A    Yeah.  Because I know it's the Taxotere

19  that caused it.  My hair would have at least -- my

20  forehead -- this -- none of this (indicating) grew

21  back, you know.  It --

22       Q    Ms. -- Ms. --

23       A    It just didn't grow back.

24       Q    Ms. Smith, are you telling me that you

25  know for certain that your hair would be the exact

Page 27

```
 1    same way as it was before chemotherapy if you had
 2    not taken --
 3         A    No.
 4         Q    -- Taxotere?
 5         A    No.  Nobody knows for certain anything
 6    like that.  I can't answer that because that's a --
 7    that's, like, a God question there.  He's the only
 8    one that really knows the answer to that.
 9         Q    Okay.  And who told you that Taxotere
10    caused your hair loss?
11         A    The pamphlets I read; I've talked to my
12    dermatologist; my family practice doctor, Ennis; the
13    oncologist.  I have a different oncologist now.  So
14    the doctors that I've seen, they've all agreed that
15    that's what caused it.
16         Q    All of your doctors have agreed that
17    Taxotere caused your hair loss?
18         A    As far as when I have a personal question,
19    yes.
20         Q    Okay.  So you agreed to chemotherapy
21    treatment, right?
22         A    Yes.
23         Q    And that chemotherapy treatment was
24    Taxotere in carbonation with -- in combination with
25    carboplatin, right?
```

Page 28

1         A     As far as I know.

2         Q     Okay.  Why did you undergo treatment with

3    Taxotere?

4         A     That's what they told me I had to have.

5         Q     But why did you choose to take it?

6         A     To live.  I wanted -- I wanted the cancer

7    gone.  They had done surgery.  And if I had known

8    now -- like I say, if I had known now what I knew

9    then, the surgery got all of it.  I probably didn't

10   even need to take the chemo at all, but it was a

11   precaution because the size of the tumor went from a

12   stage II to a stage IV in two weeks, so...

13        Q     Who told you that you didn't need to take

14   chemotherapy?

15        A     No one.

16        Q     Okay.  So that's just your personal

17   belief?

18        A     Yes.

19        Q     Okay.  Your -- your oncologist recommended

20   that you take chemotherapy, right?

21        A     Yes.  Dr. Bailey, the surgeon, he's the

22   one that recommended it, the surgeon and -- well,

23   yes, and the oncologist, because they said that that

24   would be what they would recommend for the type of

25   cancer I had, so...

1           A lot of this I don't remember for sure

2     because at the time when all of this was going on, I

3     was still in shock.  I had just found out I had

4     stage II and then stage IV cancer, and you go

5     through the motions of shock and disbelief and

6     anger.  So you don't really know for sure what

7     options you have because you're really not even

8     focusing and processing everything that's going on

9     with you yet.  It takes a while for the anger and

10    frustration and shock to die down before you

11    understand what's going on to you -- with -- with

12    your body.

13         Q    Sure.  Were you also scared?

14         A    Ma'am?

15         Q    Were you also scared?

16         A    Definitely.

17         Q    Would you say that your number one goal

18    was to survive?

19         A    Yes.

20         Q    Okay.  Do you think that your oncologist

21    prescribed a chemotherapy medicine that he didn't

22    think would benefit you in your fight against

23    cancer?

24              MR. BUTTARS:  Objection to form.

25              THE WITNESS:  I don't know.  I don't know

 1    the -- I don't know about that.  I have no idea.

 2    BY MS. PETERSON:

 3        Q    Why don't you know?  Do you -- I guess,

 4    then, maybe --

 5        A    I'm not a doctor.

 6        Q    Do you -- do you think one of your -- your

 7    oncologists prescribed a drug that was not

 8    beneficial to your treatment of cancer?

 9        A    As far as I know, they were trying to do

10    everything that would benefit me.

11        Q    Okay.  Okay.  Do you understand that

12    medical records are created by doctors and nurses to

13    document visits with patients?

14        A    Yes.

15        Q    Okay.  Do you understand that your health

16    care providers try to be accurate and complete when

17    making medical records?

18        A    Yes.

19        Q    Do you understand that they generally make

20    these records either during your visit or soon after

21    so they can be as accurate and complete as possible?

22        A    Yes.

23        Q    Do you trust your health care providers to

24    make accurate and complete records?

25        A    I trust them as much as they are human,

Page 34

1    bone marrow donor?

2        A    No.

3        Q    Okay.  So why were you trying to find if

4    you were a cancer-carrier?

5        A    I had donated blood when I was going to

6    college, and I'd received a letter -- excuse me --

7    back after I donated the blood -- excuse me --

8    stating -- I had misread it.  I thought it read that

9    I had HIV, and I freaked out and went to the doctor.

10   And they done extensive blood work and found out

11   that I was a cancer-carrier.  And that's what I was

12   trying to find, because I lost a daughter from lung

13   cancer last year.  So I wanted to know that to let

14   my kids know that they needed to get checked to make

15   sure.  If they were carriers or if they even had

16   cancer, I wanted them to know.

17       Q    So when did you review your -- your

18   records from Dr. Barrett?

19       A    Ten years ago.

20       Q    Okay.  Also, just to clarify, Ms. Smith,

21   you, in fact, found out that you did not have HIV?

22       A    Right.  No, I don't.  It was that -- they

23   had found out that I was a cancer-carrier.  But

24   that's what showed up in the blood.  I had misread

25   the letter because I was panicking so.

Page 35

1          Q    Okay.  Do -- have you ever received any

2     medical training?

3          A    No.

4          Q    Okay.

5          A    Not -- not unless you include going to

6     beauty school, but that's -- that's not medical.

7          Q    Beauty?

8          A    That's for hair.  Yes, I -- I didn't get

9     to graduate.  My babysitter quit two weeks before I

10    graduated, so -- and I couldn't find another

11    babysitter.  It's hard to find a babysitter for four

12    children.

13         Q    I'm sure.  When -- when did you go to

14    beauty school?

15         A    '94.  1994, I believe.

16         Q    How old were you?

17         A    24.

18         Q    Okay.  And you said you didn't graduate,

19    right?

20         A    Not from beauty school.  I went back to

21    college and took -- I had -- I got three different

22    associate degrees, so...

23         Q    What were your associate degrees?

24         A    One in microcomputers, one in office

25    systems technology, and one in -- I can't remember.

Page 36

```
1      Office systems technology, microcomputers, and

2      applied science.  I -- I -- I honestly can't

3      remember it.

4            Q     Okay.  For --

5            A     I can't --

6            Q     For beauty school, did you ever practice

7      as a hairdresser?

8            A     No.

9            Q     Have you ever cut or worked on someone

10     else's hair?

11           A     My kids.  My children.

12           Q     Okay.  Anyone --

13           A     Their hair.

14           Q     -- besides your kids?

15           A     Well, my family.  I've cut my brother's

16     hair, my mom's hair.

17           Q     Okay.  When did you cut their hair?

18           A     When they needed it.  I -- I don't

19     hardly -- I don't do it much now.  I cut my son's

20     every once in a while, and that's it anymore.

21           Q     Okay.  Did you -- would you say that you

22     did this in the early 2000s?

23           A     I guess.

24           Q     Okay.

25           A     I guess.
```

1    testimony correctly?

2         A    Now, I -- I might be assuming some on

3    that, because the doctors that I talked to about the

4    hair loss, I was un- -- well, my oncologist is the

5    one that said that it -- it's what caused the

6    hair -- Dr. Herrington.  She did say that and

7    Dr. Ennis for sure.  I know those two did say it.

8         Q    Okay.  Well, let's break that down.  Let's

9    start with Dr. Herrington.  Did Dr. Herrington tell

10   you that Taxotere caused your hair loss when you

11   were taking chemotherapy?

12        A    Yes.

13        Q    Did she tell you that it has caused your

14   hair loss that you are alleging still exists now?

15        A    I honestly can't answer that, because they

16   changed doctors on me before I was finished with the

17   six-month treatment, and I started seeing a

18   Dr. Gatewood.

19        Q    Okay.  So, then, just to make sure we're

20   on the same page, Dr. Herrington told you that

21   Taxotere is what caused your hair loss during

22   chemotherapy, correct?

23        A    Yes.

24        Q    Dr. Herrington did not tell you that

25   Taxotere caused your chemotherapy -- or caused your

Page 39

1    hair loss that still exists today?

2              MR. BUTTARS:  Objection to form.  Go

3    ahead, Ms. Smith.

4              THE WITNESS:  I couldn't tell you that

5    because I started seeing Dr. Gatewood before I was

6    finished with my chemo.

7    BY MS. PETERSON:

8         Q    Okay.  So would you agree with --

9         A    I had hair --

10        Q    Go ahead.

11        A    I had hair loss the whole time I was going

12   through chemo.  My last treatment, I think, was in

13   November.  My hair didn't start growing back until

14   the end of December -- no.  It didn't start growing

15   back until January.  That was two months after my

16   last treatment, so -- and at that time, I was seeing

17   Dr. Gatewood, not Dr. Herrington.

18        Q    So Dr. Herrington never told you that

19   Taxotere caused your persistent hair loss that

20   you're alleging in this litigation, correct?

21        A    She told me that that's what caused my

22   hair loss to begin with.

23        Q    She did not tell you that it caused your

24   persistent hair loss that you're alleging in this

25   litigation, correct?

Page 40

1          A     No.  Dr. Gatewood did.

2          Q     So let's talk about Dr. Gatewood.  So

3     Dr. Gatewood has told you that Taxotere is the cause

4     of the hair loss that you're alleging in this

5     litigation; is that right?

6          A     Yes.

7          Q     When did he tell you that?

8          A     When I -- I saw him.  Don't ask me the

9     dates.  I can't remember.  Maybe the second or third

10    visit that I saw him, but I -- and I had so many

11    doctors' appointments that everything ran together,

12    so I -- I couldn't keep up with it then, and I

13    surely can't keep up with it now.

14         Q     Okay.  Well, I am going to try to ask you

15    when that was.  How about this:  Do you think that

16    it was in 2014 that he told you that -- the same

17    year you finished your chemo?

18              MR. BUTTARS:  Objection to form.

19              THE WITNESS:  No.  It was in 2015.

20    BY MS. PETERSON:

21         Q     Okay.  So we -- 2015.  How about -- do you

22    know if it was in the spring of 2015?

23         A     I don't know.  I honestly don't know.

24    I -- after I finished chemo, I went through

25    36 treatments of radiation, too.

1      Q    How about -- did you ask Dr. -- what did

2    you -- I guess just tell me about this conversation

3    that you remember that you're referencing that

4    Dr. Gatewood told you that Taxotere caused your --

5    your persistent hair loss.  Can you just tell me

6    about that conversation?

7      A    I can't remember.  All I remember is

8    talking to him about it a few times, because I kept

9    asking if there was a medication that I could take

10   that would help with it growing back, and he said

11   that there wasn't nothing.

12           And Dr. Ennis is the one that prescribed

13   me -- it's a water pill.  He said that they give

14   this to alopecia patients, but it wasn't doing

15   any -- anything.  All it was doing was acting like a

16   water pill.  It -- it wasn't helping my hair grow

17   back.

18      Q    What was the water pill called?

19      A    Oh, I've still got it, I think.  Just a

20   second.  I'm -- I'm not sure.

21      Q    Okay.  Let's go back to Dr. Gatewood.  So

22   you -- so it is your memory that this conversation

23   occurred sometime in 2015, that's right?

24      A    Yes.

25           MR. BUTTARS:  Objection to form.

Page 42

1    BY MS. PETERSON:

2         Q    Okay.  And what did he tell you?  What did

3    Dr. Gatewood tell you?

4         A    I honestly don't remember.  That was six

5    years ago.  And when you're going through chemo, it

6    messes with your brain.  It causes brain fog real,

7    real bad, and it makes it hard to remember things

8    later on down the road.

9         Q    So if you don't remember that

10   conversation, is it possible that Dr. Gatewood did

11   not tell you that Taxotere was causing your

12   persistent hair loss?

13        A    No.

14        Q    Why?

15        A    I remember -- because I remember some of

16   the conversation.  I don't remember when it was.  I

17   don't -- I remember that I'm the one that tried to

18   talk to him about it, but I do remember enough of it

19   that he did -- he did tell me that that's what

20   caused it.

21        Q    Okay.  Go ahead and tell me all of the

22   conversation you remember, then.

23        A    I was only in there about 15 minutes.

24   Each -- each visit was only about 15, 20 minutes.  I

25   remember asking him if there was anything that could

1     help me -- my hair grow back, and he told me that as

2     far as he knew, there wasn't no prescription that

3     would help.  That's about all I can remember.

4          Q   So Dr. Gatewood did not tell you in that

5     conversation that Taxotere was causing your

6     persistent hair loss?

7               MR. BUTTARS:  Objection to form.

8               THE WITNESS:  Well, we didn't literally

9     try to break it down.  I was just asking him how I

10    could get my hair to grow back.

11    BY MS. PETERSON:

12         Q   Sure.  I understand that.  I just want to

13    make sure you're asking the question that I'm

14    asking.  And that's:  In that conversation,

15    Dr. Gatewood did not tell you that Taxotere was

16    causing your persistent hair loss, right?

17         A   Well, the conversations we had -- well, I

18    didn't have no conversation with him, because he

19    come in at the tail end of it.  It was with

20    Dr. Herrington, that I'd talk to her about the hair

21    loss and the Taxotere causing it.  She's the one

22    that said that that's what caused it.

23              When they changed doctors on me, it was in

24    between all of this, so I didn't ask specific

25    questions on -- on this.  This is just what they

Page 44

1    told me.  Now, I -- I take that back.  Because I did

2    ask them -- well, I asked them what I could take to

3    get my hair to grow back, but -- and I'm probably

4    dancing around the question.  But as far as I know,

5    that's -- that's about all I can remember.  I --

6    I've done got nervous.

7          Q    That's okay.

8          MS. PETERSON:  Tammi, can you just read

9    back the question that I asked?  And I'm going to

10   ask Ms. Smith to answer it.

11   (COURT REPORTER READS BACK REQUESTED PORTION)

12          THE WITNESS:  Well, we didn't --

13   Basically, I didn't ask him if that's -- well,

14   I'm -- I'm not sure on how to answer that, because I

15   didn't come out and ask that, and he didn't,

16   basically, say that.  We were just talking about the

17   hair loss.

18   BY MS. PETERSON:

19          Q    Sure.  So then to -- then to answer my

20   question, Dr. Gatewood did not tell you that

21   Taxotere was causing your persistent hair loss; is

22   that right?

23          A    Well, I -- I guess so, because it was

24   Dr. Herrington that I had talk to about it.

25          Q    So Dr. Gatewood did not tell you that?

Page 45

```
 1        A    Not that I -- I don't think so.

 2        Q    Okay.

 3        A    We just talked -- yeah.  We just talked

 4   about trying to get my hair to grow back.

 5        Q    Okay.  So, then, the third doctor that you

 6   mentioned is Dr. Ennis.  What did Dr. Ennis tell

 7   you?

 8        A    That the chemo is what caused my hair

 9   loss, and that as far as he knew, there -- there

10   wasn't nothing other than the water pill that he

11   could give me that helped alopecia patients.  He

12   said that we could try that for my -- to try to get

13   my hair to grow back.

14        Q    And you don't remember what the water

15   pills are called?

16        A    No.  I've got it.  But I've got so many

17   prescriptions, I don't know which one is what.

18        Q    Is biotin --

19        A    Prescriptions that I didn't take.

20        Q    Is biotin what he prescribed you?

21        A    I honestly couldn't --

22        Q    You don't know?

23        A    -- answer you "yes" or "no" because I

24   don't -- not unless I've got them right there.

25        Q    Do you think at a break -- on our next
```

Page 46

```
1    break you'd be able to go and look for those pills,

2    when you have a second and we're not on the record?

3         A    Okay.

4         Q    That sounds great.  So -- so Dr. Ennis

5    told you that your chemotherapy caused your hair

6    loss?  Is that what you --

7         A    Yes, yes.

8         Q    Which chemotherapy drug?

9         A    I don't know if we even broke it down

10   which one, but the pamphlets is what said that it

11   was the Taxotere.

12        Q    Okay.  So we'll talk about the pamphlets

13   later.  I just want to know what Dr. Ennis said.  So

14   Dr. Ennis did not say which chemotherapy drug caused

15   or was causing your persistent hair loss, correct?

16        A    I don't think so.

17        Q    Okay.

18        A    We did talk about it, but as far as which

19   chemo medication, we just called it all chemo.

20        Q    Okay.  And when did you have this

21   conversation with Dr. Ennis?

22        A    Probably about three years ago, maybe.

23        Q    In 2017?

24        A    It -- it's been a few years.  I'm not sure

25   what year.  All I know is it's been a while.  A
```

Page 47

1    couple of years.

2        Q    How about let's -- how about this:  Let's

3    work backwards.  So you finished your chemotherapy

4    in 2014.  Was it the following year?  In 2015?

5        A    No.

6        Q    What about in 20 --

7        A    No.  Because -- because when my hair first

8    started growing back, it was super, super thin.  I

9    did not know -- I started using the Keranique; six

10   months after, my hair started growing back.  And

11   some of it come back, but mostly what it -- what it

12   caused was just the hair that did grow back to grow

13   faster.

14            I'm not trying to backtrack.  I'm trying

15   to remember.  And then probably about a year

16   after -- no, about two years after that.  So it

17   might have been in 2017/2018 when we started talking

18   about permanent hair loss and anything that could

19   actually help some of it grow back.

20       Q    So you talked to Dr. Ennis in 2017 to

21   2018, you think?

22       A    Well, I still talk to him about it, but

23   the first conversation -- the first conversation was

24   around then, yes.

25       Q    Okay.  So just to circle back, there was

Page 48

1    something you said -- when your hair started growing

2    back -- earlier, you told me that your hair started

3    to grow back after chemotherapy in January of 2015;

4    is that right?

5         A    December, January.

6         Q    Okay.  December to January.  And that you

7    took -- started taking Keranique six months after it

8    started growing back; is that right?

9         A    Yes.

10        Q    So that would -- you started taking

11   Keranique in about June of 2015?

12        A    It was sometime in 2015.  As far as when,

13   I'm -- I'm not honestly sure.  I'm guesstimating

14   dates.

15        Q    Okay.  Was there -- was there any other

16   doctor who told you that Taxotere was causing your

17   permanent hair loss?

18        A    Not that I know of.

19        Q    What about a dermatologist?

20        A    And I can't remember her name.  She works

21   for Dr. -- oh, my goodness.  It's a dermatologist in

22   Pascagoula, and I can't remember her name for

23   nothing.  I've been seeing her off and on for the

24   past three years, but we've discussed the Taxotere

25   being the cause of the hair loss.

1      Q    So you're telling me now that you have

2    spoken to that dermatologist about your hair loss?

3      A    Yes.

4      Q    Oh, okay.  And you don't know who it was?

5      A    I -- oh, wait.  I've got a prescription

6    that she gave me.  Hang on.

7            And her name is not on it.  Let me look at

8    this other one.

9      Q    Ms. Smith, it's okay.  You can come back.

10   Ms. Smith, can you hear me?

11     A    It's Dr. -- yes.  It's Garrott's office in

12   Pascagoula.

13     Q    Does -- does Dr. Thierry sound correct?

14   Thierry?

15     A    That may be it.  I can't remember.  It's

16   a -- it's a -- I think her first name is Melissa.

17     Q    Yeah.  Okay.

18     A    Yeah.

19     Q    Okay.  When did you talk to -- we'll --

20   we'll call her Melissa.  When did you talk to

21   Melissa?

22            MR. BUTTARS:  Objection to form.

23            THE WITNESS:  I've been seeing her off and

24   on for, oh, about four years -- three, four years,

25   about that.  And every time I go to her office, we

1   talk about it, so...  And I don't have the office

2   visits wrote down, and I -- I don't remember when

3   they were.

4   BY MS. PETERSON:

5       Q    About how many times in the last four

6   years have you gone to visit or had a -- had an

7   appointment with Melissa?

8       A    About five or six times.  I -- I see her

9   at least once a year.  Right at -- when I first

10  started seeing her, it was once every six months.

11  So I -- I probably see her about once every eight

12  months, right around there.

13      Q    Okay.  And you said that you talked to

14  Melissa every single visit about your hair loss; is

15  that right?

16      A    Yes, yes.

17      Q    What do you talk about?

18      A    What I can do to get it to grow, what I

19  can do to get it to come in thicker, to grow back.

20  Let's see.  The last couple of times, it was over a

21  little piece of skin cancer, which they treated this

22  with surgery and removed all of it.  They checked it

23  all right then and there when they done it.

24  Suncoast Dermatology was the one that removed the

25  skin cancer.  They called it a single-cell

Page 51

1    carcinoma.

2         Q    So -- so going back to your hair loss

3    conversations with Melissa, did she ever -- you

4    asked her about what you can do to make your hair

5    grow back thicker.  What did she tell you?

6         A    There was nothing that she could prescribe

7    me that would help my hair grow back.

8         Q    She never told you that your hair loss was

9    caused by Taxotere, correct?

10             MR. BUTTARS:  Objection to form.  Go

11   ahead, Ms. Smith.

12             THE WITNESS:  I honestly don't remember,

13   because most of the time we don't go in there and

14   start talking about Taxotere.  We go in there and

15   start talking about what's going on with me, as far

16   as my hair loss or the skin cancer.

17             I remember conversations when I first

18   started seeing her about the Taxotere; but then

19   after that, we didn't bring it up.  It was just the

20   first couple of visits that we talked, literally,

21   about the Taxotere.  And -- and after that, it

22   wasn't really brought up, that I remember.

23   BY MS. PETERSON:

24        Q    Okay.  Melissa never told you that

25   Taxotere caused you to have permanent hair loss,

1    though, correct?

2                    MR. BUTTARS:  Objection to form.

3                    THE WITNESS:  I'm trying to remember.

4    I -- I don't think so.

5    BY MS. PETERSON:

6        Q    Okay.  Have there been any other

7    doctors -- so we've now talked about Dr. Herrington,

8    Dr. Gatewood, Dr. Ennis, and Melissa at Garrott

9    Dermatology.

10                   Has there been any other health care

11   provider that has -- that you've spoken to about

12   Taxotere and permanent hair loss?

13       A    Not that I know of.

14       Q    Okay.  Okay.  Ms. Smith, we're going to go

15   ahead and switch gears a little bit.

16                   You're cancer-free today?

17       A    Yes.

18       Q    Congratulations.  So you're in remission?

19       A    No, no.  After five years, they classify

20   it as cured.

21       Q    Okay.  And you were diagnosed with breast

22   cancer on April 10th of 2014; is that right?

23       A    Yes.

24       Q    Okay.  And actually --

25       A    I think that's the right date.  I'm sorry.

Page 53

1          (EXHIBIT 1 PREMARKED)
2     BY MS. PETERSON:
3          Q    No.  That's great.  You know what?  We're
4     going to actually enter in our first exhibit now,
5     and we're going to put in your fifth amended PFS,
6     which is your plaintiff fact sheet.
7               Do you remember filling out your plaintiff
8     fact sheet?
9          A    I believe so.
10         Q    Okay.
11         A    Yeah.
12         Q    And we're going to kind of use it
13    throughout the day so -- to help both of us with
14    some of the dates that you've already gotten down.
15    Does that sound good?
16         A    That's fine.  It's just I can't review
17    those documents because, for some reason, I couldn't
18    get that app to work, so everything is just what I'm
19    seeing here -- y'all.
20         Q    Okay.  That sounds good.  And Erica is
21    going to -- going to enter it in, and then she's
22    going to actually share her screen so we can both be
23    looking at it at the same time.  How does that
24    sound?
25         A    Okay.

1       Q    And while she gets that pulled up, I just
2    want to confirm a couple of other things.  You
3    received your chemotherapy treatment of Taxotere and
4    carboplatin, right?
5       A    Yes.
6       Q    And that was for six cycles or six --
7       A    I believe so, yeah.
8       Q    Okay.
9       A    Yeah.  Because it was, like, one every
10   three and a half weeks for six months.  Yeah, six
11   cycles.
12      Q    Okay.
13      A    It might have been a couple of more.  I
14   honestly can't remember now.
15      Q    Okay.
16           MS. PETERSON:  Erica, do we have that
17   entered in?
18           MS. MCCABE:  I apologize.  It's giving me
19   this spinning wheel, like it's thinking about --
20           MS. PETERSON:  Okay.  That's okay.  We'll
21   just keep moving on.  If we need to circle back, we
22   can.
23   BY MS. PETERSON:
24      Q    So you remember having your first
25   chemotherapy treatment on June 10th of 2014; is that

Page 55

```
 1    right?
 2         A    Yes.
 3         Q    Okay.  And your last chemotherapy was on
 4    September 23rd of 2014, yes?
 5         A    Yes.
 6         Q    And since your treatment ending -- since
 7    your chemotherapy treatment ending on September 23rd
 8    of 2014, you've had no recurrence of breast cancer;
 9    is that right?
10         A    No.  Right.
11         Q    Okay.  And what about any other cancers?
12         A    I had a single-cell carcinoma removed on
13    my nose.
14         Q    Was that in 2018?
15         A    I believe so, yes.
16         Q    Okay.  So aside from the single-cell
17    carcinoma on your nose, have you had any other
18    cancer ever?
19         A    No.
20         Q    Okay.
21         A    No.
22         Q    And what's the status of the single-cell
23    carcinoma on your nose?
24         A    They did surgery.  They removed it.  And
25    whenever they remove it, they check it to make sure
```

1        Q    Okay.  So do you still -- do you still

2    have some of those pictures?

3        A    As far as I know, I still have -- yeah.

4        Q    Okay.  To the extent that in this

5    litigation you haven't provided all those pictures

6    of Mexico, would you be willing to -- through

7    Mr. Buttars, would you be willing to give those to

8    me?

9        A    I -- I provided them.  The ones that I

10    have, I sent all of them to my -- Mr. Buttars.

11        Q    You sent all of them?  How many pictures

12    did you have of Mexico?

13        A    Oh, I honestly don't know.

14        Q    Would you say more than 20?

15        A    No.  I don't think it was that many.  Now,

16    Donna, my friend, she might have taken that many,

17    but I -- I didn't take that many.  It was --

18        Q    Okay.  How many -- how many pictures did

19    you take?

20        A    -- probably less than 20.  It was probably

21    less than 20.

22        Q    Ten?

23        A    It was probably more than that.  I

24    honestly don't remember.  A couple of days maybe.

25        Q    Okay. -- okay.  A couple of days for five

Page 63

1    days?

2          A    Yeah.

3          Q    Okay.  What -- what did you guys do when

4    you were in Mexico -- or on your Caribbean cruise?

5    Sorry.

6          A    We stayed on the boat most of the time.

7    We went to some of the shows.  We played Bingo,

8    enjoyed the sites.  When we arrived in Mexico, we

9    went around town once, and that was it.  She had --

10   she got sick.

11         Q    Ugh.

12         A    So we didn't do very much.  She had motion

13   sickness, so she was taking a lot of medication

14   trying to keep from throwing up a lot, so I stayed

15   with her because I didn't want her feeling left out.

16   So that -- yeah.  She had to take a lot of -- what's

17   that?  Dramamine?

18         Q    Yeah.  Did you guys go to the pool on any

19   of the days?

20         A    I don't think so, because she didn't want

21   to get in the pool because there was a lot of kids

22   in it, and she was -- she said she wasn't going to

23   get in the pool with them urinating in the pool, so

24   she wouldn't get in the pool.  We just went to a lot

25   of the shows and stayed out of the sun, because at

1    that time there was no way I could be in the sun at

2    all any.

3         Q    Okay.  Did you have fun on that trip?

4         A    Yes.

5         Q    Are you thankful that you --

6         A    I --

7         Q    -- got to go on it?

8         A    Not -- not as much as I'd like because

9    that was the first cruise I ever went on.  A long

10   time ago, when I was a kid, my mom used to work in a

11   bar, and I used to go in there and help her clean up

12   in the morning.  And in the mornings when we'd get

13   up on the cruise ship and we'd go to walking around,

14   it smelled like that old bar.  So we didn't do too

15   awful much in the mornings until the air circulated

16   through things for a while.

17               I won't go on a cruise again, though,

18   because, to me, it was just like a floating bar.

19        Q    Oh, okay.  So we're going to walk through

20   some of your Facebook posts.

21               MS. PETERSON:  If, Erica, you can get that

22   one uploaded.

23   BY MS. PETERSON:

24        Q    But, Ms. Smith, did you -- have you done

25   anything else to celebrate being cancer-free,

1    10,000.  So the more people you have praying, the

2    more power you have with the prayer so that -- I was

3    just wanting everyone to pray for a cure.

4         Q    Okay.

5         A    Because there's all types of different

6    cancers, because I've had family and friends die

7    from it.  At this time, I didn't lose quite as many

8    people as I have now.

9              MS. PETERSON:  And we can go ahead and

10   un-share all of the screens.

11   BY MS. PETERSON:

12        Q    Ms. Smith, why -- what is your most

13   cherished experience in the last six years since

14   you've survived cancer?

15        A    Our family get-togethers.  I get to see my

16   kids and my grandkids.  Most of the time, it's we

17   used to get together on every birthday; we don't no

18   more.  But everybody's gotten older.  Now it's,

19   basically, just Christmas and Thanksgiving.  So I'm

20   just grateful for the get-togethers to get to see my

21   kids and my grandkids and catch up.

22             MS. PETERSON:  Okay.  We're going to go

23   ahead and take a break.  And why don't we take 10 to

24   15 minutes, and you can use the restroom if you need

25   to, grab a drink of water.  Does that sound good?

1           THE WITNESS:  Yes.

2           MS. PETERSON:  Okay.

3           VIDEOGRAPHER:  The time is 11:11 a.m.

4     We're off the record.

5           (OFF THE RECORD AT 11:11 A.M.)

6           VIDEOGRAPHER:  We're back on the record.

7     The time is 11:27 a.m.

8     BY MS. PETERSON:

9        Q    Okay.  Ms. Smith, let's talk about your

10    breast cancer diagnosis.  You were 54 when you were

11    diagnosed?

12       A    2014.  Yes, ma'am.

13       Q    Prior to your diagnosis, did you ever

14    think about that you would be diagnosed with cancer?

15       A    No.  No one thinks about that.

16       Q    Yeah.  So can you tell me how you found

17    out you were -- that you had breast cancer?

18       A    I had a motorcycle wreck.  I got caught

19    between the bike and the car.  And the guy driving

20    the motorcycle, his elbow hit me in my left breast

21    and caused a hematoma.

22           Well, I went to Dr. Bailey at that time,

23    and he drained fluid, sent the fluid off; it come

24    back negative.  He wouldn't prescribe me nothing for

25    pain because he said that -- well, I don't know why

Page 77

1    he wouldn't prescribe me anything for pain.  But he

2    told me to take Advil, so I took Advil.  I took too

3    much Advil and put myself in the hospital.  And I

4    got them to drain the hematoma because -- I mean,

5    can you imagine your breast feeling like you slammed

6    it in a car door?  That's what it felt like.

7            And after I got it drained, he went ahead

8    and done surgery and removed the -- the -- I guess

9    it was a sac that -- that held the hematoma.  And he

10   sent all of it off, and it come back positive for

11   breast cancer, and that's when he said it was

12   stage II.

13           And then after the meso- -- the

14   mastectomy -- wait.  It was right before the

15   mastectomy he said it was stage IV.  I can't

16   remember how that transpired -- from stage II to

17   stage IV.  It may have been after he sent the -- the

18   hematoma.

19      Q    Was it Dr. Bailey who told you that you

20   did have breast cancer?

21      A    Yes.

22      Q    How did you feel in that moment?

23      A    Like I wasn't even in the room; like it

24   wasn't real; like, did I hear this right or am -- is

25   this just a bad dream?  I was totally in shock.

Page 78

1      Q    Was it hard to even think straight?

2      A    Yes.

3      Q    Okay.  So after you found out that you

4    were diagnosed, what did you do next?

5      A    I think I called my mom.

6      Q    Did you -- did you research at all?  Do

7    any research about breast cancer?

8      A    Not at that time, no.  I didn't start

9    doing any research probably until I started chemo,

10   because I wanted to know what was going on with my

11   body.

12     Q    Okay.  Okay.  So you had your -- are you

13   okay?

14     A    Yes.

15     Q    Do you need to take a minute?  Do we need

16   to take a break?

17     A    No.  I'm -- I'm all right.  It's just I

18   drank coffee, and now I'm hot.

19     Q    So you had your biopsy on April -- in

20   April of 2014, right?

21     A    I believe so.

22     Q    Let's talk a little bit more about your

23   diagnosis.

24          MS. PETERSON:  And I think that Erica has

25   already entered our next exhibit.  Is that right?

1           Okay.  So let's look at Exhibit 3.  Oh, I

2     think -- sorry.  Can we enter in Exhibit 4, then,

3     the diagnosis and surgery?  Sorry about that.  I

4     jumped ahead.

5           MS. MCCABE:  Yes.  I'll get those in now.

6           MS. PETERSON:  Okay.  Great.

7           (EXHIBIT 4 PREMARKED)

8     BY MS. PETERSON:

9         Q    So I think we've got Exhibit 4 in, and I'm

10    looking at it now.  You know what?  I -- I'm going

11    to just share my screen because I see that it's

12    just -- here.  Okay.

13          Ms. Smith, do you see Exhibit 4 here with

14    me?  Do you see this on your screen?

15        A    Yes, ma'am.

16        Q    Okay.  And I'll represent to you that this

17    is one of your medical records from the Singing

18    River Hospital.  You can see your name up here in

19    the top and your date of birth.  And this is a

20    medical record that they provided to us when we sent

21    the records request.

22        A    Okay.

23        Q    So right here in the middle, do you see

24    where it says your diagnosis?  Did you understand

25    your diagnosis to be a pT4b, PN0, M0, stage IIIB

1    breast cancer?

2         A    At that time, no.  I didn't start learning

3    about this until -- or this type of cancer until

4    after my cousin was diagnosed with breast cancer.

5    That's when I done more research because she had a

6    different type of breast cancer than I did.

7         Q    Would you agree with me that this was, in

8    fact, your diagnosis?

9         A    Oh, yes.

10        Q    Okay.  And we also have, right below it,

11   triple-negative.  Did you understand your diagnosis

12   to be triple-negative?

13        A    Not at the time.  I -- I didn't understand

14   any of this at the time.

15        Q    Okay.  Why didn't you understand it?

16        A    I'm not a doctor.

17        Q    Okay.  Did you have the opportunity to ask

18   questions?

19        A    Yes.  But I was still in shock.

20        Q    Okay.

21        A    You go through the motions, but you -- it

22   just doesn't quite register.

23        Q    Okay.  So for triple-negative breast

24   cancer, that means that you are HER2-negative,

25   ER-negative, and PR-negative.  Does that sound right

1    to you?

2         A    If that's what they're -- that's what's

3    wrote down.

4         Q    Okay.

5         A    I -- I think the triple-negative -- from

6    what I could understand at the time -- and this is

7    not much -- it was just saying that it wasn't

8    hormone-fed.

9         Q    Okay.  And do you see here that there's a

10   little equal and arrow signs that says,

11   "Triple-negative equals poor prognosis."

12             Did you understand that the type of cancer

13   you had meant you had a poor prognosis?

14        A    No.

15             MR. BUTTARS:  Objection to form.

16   BY MS. PETERSON:

17        Q    You didn't know that?

18        A    No.

19        Q    What did you understand your prognosis to

20   be?

21        A    That I had stage IV breast cancer, the

22   triple-negative.  But at the time, I didn't know

23   what they meant by triple-negative, and I'm still

24   really not sure, because about the only thing I

25   understand about triple-negative is whether it's

1    hormone-fed -- I didn't need to have a hysterectomy,

2    so that's what I was told.

3         Q    Okay.  So did you understand your -- how

4    did -- what did you understand is going to be the

5    outcome or chances for survival for your breast

6    cancer?

7         A    50/50.

8         Q    Okay.  Is that something that Dr. Bailey

9    shared with you?

10        A    No.  That was just my own conclusion

11   because of it being a stage IV.

12        Q    Okay.

13        A    So I -- I understood that my chances were

14   less than other people's because of it being a stage

15   IV and it wasn't an early diagnosis.

16        Q    Okay.  So you had a late-stage diagnosis?

17        A    Excuse me.

18        Q    You had a late-stage diagnosis, yes?

19        A    I believe so, yes.

20        Q    And you understood that your chances of

21   survival were less because of the type of cancer you

22   had, yes?

23        A    Not so much the type as what stage it was.

24        Q    Okay.  And did Dr. Bailey tell you what

25   your chances of survival would be?

Page 84

```
 1      Do you see that at the top?
 2          A    Yes, ma'am.
 3          Q    Okay.  So they were sharing what tumor
 4      sizes were.  So we just saw that you had a
 5      6.5-centimeter tumor size, right?
 6          A    Yes.
 7          Q    So according to the National Cancer
 8      Institute, that type -- or that size of tumor is
 9      between the size of an egg and the size of a peach?
10          A    Yes.
11          Q    Is that right?
12          A    Yes.
13          Q    Is that what you understood your tumor
14      size to be?
15          A    Yes.
16          Q    Okay.
17          A    Actually, I thought it was a little bit
18      bigger.
19          Q    Bigger?  How big did you think that it
20      was?
21          A    Well, I -- I guess that would be about the
22      size -- I thought it was -- it felt to me like it
23      was half the size of a grapefruit, which I guess
24      that would be the same size.
25          Q    That's great.  Okay.  So when you were
```

Page 85

1    speaking to Dr. Bailey after you got your diagnosis

2    of the stage IIIB triple-negative breast cancer, did

3    you understand that your chances of surviving cancer

4    were going to be substantially better if you got

5    treatment?

6              MR. BUTTARS:  Objection to form.

7              THE WITNESS:  We -- we, actually, didn't

8    discuss that, I don't think.  But I do remember

9    asking him, "What next?"  And he told me that a left

10   mastectomy and then chemo and radiation would be the

11   best bet to treat it.

12   BY MS. PETERSON:

13        Q    Okay.  Did you follow Dr. Bailey's advice?

14        A    Yes.  He'd dealt with this before.  I

15   thought I could trust him.

16        Q    Do you still feel like you could trust

17   him?

18        A    I still feel like I could trust him, yeah.

19   I call him my Sheldon Cooper.

20        Q    You call him that?

21        A    I'm sorry.

22        Q    No, that's okay.

23        A    And I called him that to his face.

24        Q    Is that from the "Big Bang Theory"?

25        A    Of course.

1      Q    Okay.  So did you ever consider declining

2  treatment?

3      A    Not at the time.

4      Q    Okay.  Did -- and I think you've already

5  told me this:  But you decided that you were going

6  to do whatever you could to beat the cancer, right?

7      A    Yes.

8      Q    Do whatever you could to survive?

9      A    Yes.

10      Q    Did you feel like you were prepared by

11  yourself to determine what would be an appropriate

12  treatment for you?

13      A    No.

14      Q    You were relying on your -- on Dr. Bailey?

15      A    Yes.  And the oncologist.

16      Q    Dr. Herrington?

17      A    Yes, at that time.

18      Q    Okay.  So did you feel like, after you

19  were diagnosed, you had to make decisions pretty

20  quick?

21      A    Oh, yes.

22      Q    Okay.  And there was a pretty short time

23  frame between your diagnosis and when you needed to

24  have surgery?

25      A    Yes.

1          MR. BUTTARS:   Objection to form.

2     BY MS. PETERSON:

3          Q     Do you remember that to be about a week

4     between your diagnosis and your left mastectomy?

5          A     It might have been about -- about a week

6     and a half, two weeks.

7          Q     Okay.  And then you started chemo about a

8     month and a half later.  Does that sound right?

9          A     Yes.  Because he wanted that to heal

10    before the chemo; that way it would get a chance to

11    go ahead and heal.

12         Q     And you relied on the expertise of your

13    health care professionals to recommend the most

14    effective treatment to beat your cancer, correct?

15         MR. BUTTARS:   Objection to form.

16         THE WITNESS:   Yes, yes.

17    BY MS. PETERSON:

18         Q     Okay.  So you identified Dr. Bailey

19    through the program through the health department;

20    is that right?

21         A     Yes.

22         Q     Okay.  What, if anything, did you know

23    about Dr. Bailey before your first meeting?

24         A     Nothing.

25         Q     Nothing?  Okay.  What was important to you

1    about having an oncology surgeon?

2         A    At that time, I didn't know nothing about

3    none of this stuff.

4         Q    Okay.  You just wanted to feel like you

5    could trust him?

6         A    I -- I -- yeah.  Yeah.  Because whenever I

7    had met Dr. Bailey, he is -- I -- I didn't do

8    research on it, but there was pictures of him in the

9    office saying that he was taught in the breast

10   surgical field.  So that gave me a little bit more

11   comfort, knowing that at least who I was seeing

12   supposedly knew what they were talking about and

13   knew what they were doing.

14        Q    Okay.  So did you discuss the possible

15   surgical options for your breast cancer with

16   Dr. Bailey?  For example, did you discuss the

17   difference between a lumpectomy, a mastectomy, a

18   double mastectomy?

19             MR. BUTTARS:  Objection to form.

20             THE WITNESS:  No, no.  Because later on, I

21   found out that I could have had both breasts

22   removed, and I would have had both breasts removed

23   if I had been given the choice.  But he told me --

24   and he told me this:  That my insurance wouldn't

25   cover it.

Page 92

1           Q     -- get a second opinion?

2           A     Well, I didn't have time.  From the time I

3      was diagnosed to the surgery, I think it was only

4      two weeks' time.  I -- and it takes -- for a

5      specialist, you're making an appointment six months

6      to a year ahead of time and I --

7           Q     Sure.  Ms. Smith, that wasn't my question.

8           A     Oh.

9           Q     So you did not seek a second opinion,

10     correct?

11          A     Right.  No, I didn't.

12          Q     Did you know that there are risks with any

13     surgery?

14          A     Yes.

15          Q     Okay.  Did Dr. Bailey specifically warn

16     you about the risks of this particular surgery -- of

17     your left mastectomy?

18          A     We had discussed some of it, but as to

19     what extent, I don't remember.  We discussed more of

20     it after the surgery than before.

21          Q     He discussed with you the risks of your

22     surgery after it?

23          A     Wait.  Let me -- the side effects of the

24     surgery is what we discussed afterwards.  Before the

25     surgery, he basically just told me that they would

1    go in and remove the breast.  He told me what the

2    procedures were, and that -- that was basically what

3    we discussed.

4         Q    Okay.  Okay.  So I want -- okay.  So you

5    had your surgery on April 23rd of 2014; is that

6    right?

7         A    Yes.

8         Q    Okay.  So I want to go back to Exhibit 4,

9    and I'm going to share my screen again so we can

10   both see it.  Okay.  So I'll represent to you this

11   is another medical record that we got from the

12   Singing River Health System.

13           And you can see your name and your date of

14   birth up at the top.  And -- this -- so this is an

15   informed consent.  I'm going to scroll down here.

16   Is this your signature here?

17        A    Yes.

18        Q    Okay.  And we can see that this is dated

19   on April 16th of 2014.  Do you see that?

20        A    Yes.

21        Q    Okay.  So this is the informed consent

22   that you signed prior to your left mastectomy that

23   occurred on April 23rd of 2014, yes?

24        A    Yes.

25        Q    Okay.  So let's go back up to the top here

1    where it says, "I, Cindy Smith, request that

2    Dr. Bailey to perform the following procedure and

3    also it -- also agree to accept such other

4    supportive and/or additional care that his

5    professional judgment may dictate during the

6    following procedure," which says, "A left" -- I'm

7    not sure what that word is -- "radical mastectomy."

8    Do you see that?  I'm going to zoom in.

9         A    Yes.  I can't read that either.

10        Q    And this is for breast cancer.  Do you see

11   that under the reason for the procedure?

12        A    Yes, ma'am.

13        Q    Okay.  So let's look at some of the

14   general risks.  So it says, "With any surgery, there

15   are inherent risks, but some of these can

16   include..."  Do you see where it says "stroke"?

17        A    Yes.

18        Q    Would you agree with me that if you

19   suffered a stroke, that would be permanent?

20        A    Not all strokes are permanent.

21        Q    Do some strokes cause permanent damage?

22        A    It would depend on the health of the

23   person.

24        Q    Ms. Smith, you would agree with me that

25   some strokes cause permanent damage, correct?

Page 115

1   others, include" -- and let's -- I'm going to zoom

2   in a little bit easier, because I don't have great

3   eyes.  Can you see this okay?

4        A    From what I understood -- yeah.  But from

5   what I understood on that, they was talking about

6   the radiation site.

7        Q    Okay.  This says that, "There are

8   potential long-term risks of injury and/or

9   complications related to radiation therapy, which

10   may be permanent in nature."

11            That does not say these are limited to the

12   radiation site, correct?

13            MR. BUTTARS:  Objection to form.

14            THE WITNESS:  No, it doesn't say that.

15   BY MS. PETERSON:

16        Q    Okay.  So let's go through some of these.

17   So the very first bullet point says, "Permanent skin

18   changes within the treatment field."  Do you see

19   that?

20        A    Yes.

21        Q    And do you see out to the side it actually

22   says "common."  Do you see that?

23        A    Yes.

24        Q    And so you consented to permanent skin

25   changes within the treatment field, knowing that

1    this was a common potential long-term risk, correct?

2         A    I was -- I was under the impression that I

3    had no choice.

4         Q    Ms. Smith, what do you mean you had no

5    choice?

6         A    That these treatments that I was going

7    through were the best treatments to treat the

8    cancer.  I didn't know -- I didn't know of any other

9    treatments, other than what they was offering me.

10        Q    Ms. Smith, you could have rejected your

11   radiation treatment and risked, you know, the -- you

12   know, there's a benefit and risk.  And you could

13   have rejected radiation knowing there is a risk that

14   your cancer could come back, yes?

15             MR. BUTTARS:  Objection to form.

16             THE WITNESS:  Yeah.  I guess I could have,

17   but I didn't want to risk the cancer coming back.

18   BY MS. PETERSON:

19        Q    So you would agree that it's more

20   important to you to accept some of these risks to

21   ensure that your cancer would not return, correct?

22             MR. BUTTARS:  Objection to form.

23             THE WITNESS:  Not so much.  It would

24   depend on what the risks was.

25   BY MS. PETERSON:

1      Q    Well, let's look at the risks.  So we

2    have, first, "Permanent skin changes within the

3    treatment field," which out to the side, it says,

4    "Common."  Do you see that?

5      A    Yes.

6      Q    Okay.  So you -- you consented to

7    permanent skin changes that -- knowing that it was a

8    common long-term risk over rejecting radiation

9    treatment, yes?

10      A    Okay.  Well, I --

11           MR. BUTTARS:  Objection to form.

12           THE WITNESS:  I remember asking the doctor

13    about that, and he was talking about just the site

14    where I was being -- getting the radiation, that it

15    could burn, and that sometimes they had to stop the

16    radiation treatment to give the skin time to heal.

17    I was told that it was like a sunburn -- a really

18    bad sunburn.

19    BY MS. PETERSON:

20      Q    Okay.  And we can see on this piece of

21    paper it also says that it can be permanent to your

22    skin, yes?

23      A    Yeah.  That's what it says, but I didn't

24    know that it was going to be permanent.  I -- I --

25    like I said, I don't remember reading all of it.

1    does not specify that, correct?

2         A    No.  It sure doesn't, but that's what the

3    doctor told me.

4         Q    Okay.  So let's go ahead and go down to --

5    and look at just some of the other ones.

6              There's also a note about thyroid damage.

7    Did you know that there is a potential long-term

8    risk -- or you would agree with me that you signed a

9    consent form knowing that there was a potential

10   long-term risk of thyroid damage, correct?

11        A    I should have read this better, because I

12   would have known that, no, I wouldn't have took the

13   radiation.  I would have got an alternative.

14        Q    Ms. Smith, are you telling me that, today,

15   you would not have consented to the side effects in

16   this informed consent and risked your breast cancer

17   re-occurring?

18        A    Well, at the time, they said that the

19   surgery got all of it.  I couldn't understand why

20   they wanted to do the radiation also.  And they told

21   me that the reason they wanted to do the radiation

22   is so that they could get any cell that they may

23   have missed, because all it took was one cell --

24        Q    Okay.

25        A    -- and it would come back.  So I was doing

1    whatever they told me that was best for me.

2         Q    Okay.  And I understand that.  So my

3    question to you is:  Knowing that your doctor

4    thought that radiation treatment was best for you to

5    make sure your cancer didn't come back, today,

6    do you -- are you saying that you would not have

7    undergone radiation if you had read this form more

8    carefully and knowing these were potential long-term

9    side effects?

10             MR. BUTTARS:  Objection to form.

11             THE WITNESS:  Probably not.

12   BY MS. PETERSON:

13        Q    You would have chosen to risk the

14   re-occurrence of breast cancer over accepting these

15   risks?

16        A    No.  They could have possibly gave me

17   another treatment other than the radiation.  They --

18        Q    What other treatment could they have given

19   you?

20        A    I -- I don't know.  I didn't ask.

21        Q    Well, then, Ms. Smith, how do you know

22   that there was another potential treatment option?

23        A    Because of some of the research I do --

24   I've done now.  I don't know for sure.

25        Q    Okay.  Well, what research have you done?

Page 121

1          A     Just Googling it and looking things up.

2     And they've got a pill form now that they can give

3     you for the -- it's like a cancer (sic) in a pill

4     form, but this is just recently.  So back then, I

5     don't know if there would have been anything other

6     than just not doing it and praying and hoping it

7     didn't come back.

8          Q     Okay.  So you would agree with me that you

9     don't know if there was any other treatment option

10    besides the radiation that you received, correct?

11         A     Right.  Yes.

12         Q     So, then, let's -- let's take a step back

13    to that original question, then.  So, Ms. Smith, if

14    there were no other treatment options, and we just

15    agreed that we don't know if there were, if there

16    were no other treatment options, you would have

17    consented -- you still would have consented to these

18    long-term risks over risking the re-occurrence of

19    breast cancer and choosing not to take radiation,

20    correct?

21              MR. BUTTARS:  Objection to form.

22              THE WITNESS:  Yes.  But this is not saying

23    that it is going to happen.  It's just risks.  That

24    means that it could or it could not.  So I was

25    under -- I was praying that it wouldn't.

1        A     Yeah.

2        Q     What else did she say?

3        A     That everyone doesn't lose their hair,

4    that there are some people that don't lose their

5    hair from it.  As a matter of fact, Terry Bond's

6    mom, she went through chemo, and she didn't lose her

7    hair.  It -- it thinned, but she didn't lose all of

8    it.

9        Q     Ms. Smith, did you not ask a lot of

10   questions about hair loss because you thought that

11   you might not lose your hair?

12             MR. BUTTARS:  Objection to form.

13             THE WITNESS:  Yes.  I didn't -- I -- I

14   really didn't know what to expect, so I -- I tried

15   to ask the questions that I could remember.  I'd

16   write down questions to try to remember.

17             But, no, I didn't ask that many because

18   I -- I didn't think I was going to lose -- I didn't

19   think I was going to go bald.

20   BY MS. PETERSON:

21       Q     Ms. -- Ms. Smith, you knew there was a

22   possibility that you could lose all your hair taking

23   chemotherapy, right?

24             MR. BUTTARS:  Objection to form.

25             THE WITNESS:  Yes.

1    BY MS. PETERSON:

2          Q    And you consented to --

3          A    But I --

4          Q    -- taking chemotherapy knowing that that

5    was a possibility, yes?

6          A    Yes.  But I just didn't think I would lose

7    all of it.  I thought if I lost it, it would grow

8    back.

9          Q    Ms. Smith, your hair has, in fact, grown

10   back, correct?

11         A    Some of it.

12         Q    Yes, it has?

13         A    Just on my head, some of it, and it's a

14   whole lot thinner.  I have hardly no hair on my

15   body.  It all hasn't grown back, just some of it.

16         Q    Okay.  During this conversation, you said

17   something about you wrote down questions that you

18   wanted to ask to Dr. Herrington.  Do you still have

19   any of those lists of questions you wrote down?

20         A    No.

21         Q    Okay.  Did you rely on Dr. Herrington to

22   identify the most appropriate chemotherapy regimen

23   for your cancer?

24         A    Yes.  She told me that that's what all of

25   them -- that was the normal treatment for the type

Page 142

1    of cancer I had.

2         Q    What was the normal treatment?

3         A    What they were giving me.

4         Q    Taxotere plus carboplatin?

5         A    I guess.

6         Q    Do you --

7         A    I was told to just --

8         Q    What's that?

9         A    Go ahead.

10        Q    I can stop sharing this, too.

11             Do you know of any other chemotherapy

12   regimen that would have been available to you with

13   the type of breast cancer you had?

14        A    I was trusting my doctors.  No, I didn't

15   know of anything, other than what I was going

16   through.

17        Q    Okay.

18        A    I didn't find out until later that there

19   was other options.

20        Q    What are those other options?

21        A    The pill form of chemo.

22        Q    Do you know if that pill was available in

23   2014?

24        A    I don't know if it was.  I don't --

25   probably not.

1    It causes other people these same side effects, and
2    they're not fully aware of it.
3    BY MS. PETERSON:
4         Q    People aren't fully aware of it?
5         A    Yeah.
6              MR. BUTTARS:  Objection to form.
7              THE WITNESS:  I believe that the Taxotere
8    company itself is fully aware of it, but people
9    aren't made fully aware of it.
10   BY MS. PETERSON:
11        Q    And do you understand that the company
12   that -- or the companies that manufacture Taxotere
13   put out something called a -- a product package
14   insert, and that's also sometimes called a label?
15        A    I'm not sure how that works, so I don't
16   know.
17        Q    Okay.  If there was a label that the drug
18   manufacturer of Taxotere put out and the company
19   actually warned of all of the side effects known to
20   be associated with their drug, would you agree with
21   me they are letting people know what side effects
22   are relevant to -- to their drugs?
23             MR. BUTTARS:  Objection to form.
24             THE WITNESS:  I would agree to the fact
25   that they're letting people know what they want them

Page 161

```
 1     to know.
 2     BY MS. PETERSON:
 3          Q    So you say you had side effects, plural.
 4     What side effects are you talking about?
 5          A    Side effects to what?
 6          Q    You made a comment that the manufacturer
 7     of Taxotere knows about certain side effects but
 8     doesn't let the people know.  What side effects are
 9     you talking about?
10          A    I guess permanent hair loss.
11          Q    Any others?
12          A    The change -- changing of the texture of
13     the hair if it does grow back.  I guess this is some
14     things that they didn't -- they weren't made aware
15     of.  I don't know.  But I was, basically, just
16     saying side effects in general.
17          Q    When you say "they don't know," who are
18     you talking about?
19          A    The manufacturers of the drug.  Okay.  I
20     think we're all -- let's go back to the beginning.
21          Q    I guess I'm just trying to understand
22     where you're -- where you're getting -- why do you
23     think that the manufacturer of Taxotere was not
24     warning of permanent hair loss?
25               MR. BUTTARS:  Objection to form.
```

1           THE WITNESS:  I'm not sure.  I guess from

2    articles I've read, not just about this one, about

3    medications in general.  It wasn't just about -- I

4    wasn't just pointing it out for just this one.  I'm

5    talking about all -- any medication, because now

6    they let you know about all of the side effects.

7    But before, they wouldn't -- they didn't let you

8    know about all of the side effects.  And I can't

9    remember, in this year, if they let you know about

10   everything.  I can't remember.

11          I just know that everything's not always

12   as it seems.  They -- people, in general, don't tell

13   you everything.  Sometimes it's not because they're

14   trying to hold things back or anything; sometimes

15   it's just because they don't know.  So I -- I

16   believe the same thing with medications -- that

17   sometimes they just don't know.

18   BY MS. PETERSON:

19        Q    Who is "they"?

20        A    The manufacturers of medications.

21        Q    So if a manufacturer doesn't know that its

22   drug can cause a side effect, how can it warn

23   doctors to tell patients of those side effects?

24          MR. BUTTARS:  Objection to form.

25          THE WITNESS:  Because they should know

Page 163

1     about it before they put it on the market.

2     BY MS. PETERSON:

3          Q    How would they find those out?

4               MR. BUTTARS:  Objection to form.

5               THE WITNESS:  By the FDA approving human

6     testing, because they -- they do the testing on rats

7     and -- and animals, but the FDA has to approve it

8     becoming human test- -- being able to be tested on

9     humans.

10    BY MS. PETERSON:

11         Q    So one of the things -- one of the risks

12    that you told me that you knew could be caused by

13    hair loss -- or caused before chemotherapy was hair

14    loss, yes?

15              MR. BUTTARS:  Objection to form.

16              THE WITNESS:  Not before chemo.

17    BY MS. PETERSON:

18         Q    Ms. Smith, I have written down that I

19    asked you what risks did you know about before you

20    took chemotherapy, and you said, "Hair loss."

21         A    Oh, okay.  Yeah, hair loss.  But I didn't

22    know to what extent.

23         Q    What extent did you think?

24              MR. BUTTARS:  Objection to form.

25              THE WITNESS:  I just thought it would

Page 164

1    thin.  I didn't think I'd go bald.

2    BY MR. PETERSON:

3        Q    Okay.  Ms. Smith, are you -- just so I

4    understand what claims you're bringing, are you --

5    is your lawsuit related to losing your hair during

6    your chemotherapy infusions?  Is that what you are

7    suing about today?

8            MR. BUTTARS:  Objection to form.

9            THE WITNESS:  No.  I'm suing about --

10    because it -- I -- I -- it's not grown back.  I have

11    no eyebrows, none.  I've got maybe ten hairs over

12    each eye.  I -- my hair grew back, yeah.  The stuff

13    that I'm using -- the shampoo -- is what has made it

14    grow long, but as far as it -- it's still super

15    thin.  I mean, it's -- my hairline has receded

16    another inch and a half.  I have no body hair.

17    That's why I'm upset, because my hair didn't grow

18    back.

19    BY MS. PETERSON:

20        Q    Okay.  When did you expect your hair to

21    grow back?

22        A    Way before now.

23        Q    So you told me that your -- so you lost

24    your hair after your first chemotherapy infusion,

25    correct?

1      A     That's when it started falling out, yes.

2      Q     Okay.  And you said that it -- that it

3   started to grow back in December of 2014 to

4   January 2015; is that right?

5      A     Yes.

6      Q     Okay.  And you said -- I also have written

7   down that you started taking the shampoo Keranique

8   in about June of 2015, yes?

9      A     Around -- around then.  Because it was --

10   it was about six to eight months after I started

11   that my hair started growing back.

12      Q     So when your hair started growing back in

13   December 2014 to January 2015, did you think by then

14   that your hair should be -- should be grown back?

15      A     A little bit thicker.  I was hoping my

16   eyebrows would grow back.  I wasn't so much worried

17   about the body hair, all of it, just one certain

18   area, but not everywhere else.  And I didn't think

19   about the hair in my lungs or my nostrils.  So, I

20   mean, I didn't think about it.  But, yeah, I just --

21   a little bit of more hair would be appreciated.

22      Q     Okay.  So in December of 2014 to January

23   of 2015, when you -- when you thought that your --

24   or at least you were hoping or you wanted your hair

25   to be a little bit thicker by then, did you

1    attribute your hair thinning to chemotherapy?

2         A    Yes.  Because it wasn't -- it wasn't that

3    thin until I had chemo.

4         Q    Okay.  Ms. Smith, did you ever think that

5    your hair loss was from anything but chemotherapy?

6         A    No.

7         Q    Okay.  So let's now go to your -- your --

8    your infusion of Taxotere and carboplatin -- your

9    chemotherapy infusion.  Does that sound good?

10        A    Okay.

11             (EXHIBIT 7 PREMARKED)

12   BY MS. PETERSON:

13        Q    And I'm sharing a screen with you on

14   what's been marked as Exhibit 7.  And, once again,

15   these are medical records from Singing River Health

16   System.  This is you and your date of birth up here

17   at the top.

18             And so -- let's see.  Okay.  So we can see

19   on June 10th of 2014, that you were administered

20   docetaxel, or Taxotere, and carboplatin.  And my

21   understanding is this was your first cycle of

22   chemotherapy.  Is that consistent with what your

23   understanding is?

24        A    I believe so.

25        Q    Okay.  Do you remember anything --

1      A    Yes.

2      Q    -- specific about your first infusion?

3      A    That I was nervous, that I was starting to

4  get sick.  They had to slow it down.

5      Q    Did anyone go with you to that first

6  appointment?

7      A    Yes.  Terry Bond went with me the first

8  one.

9      Q    And who is that?

10      A    A friend.

11      Q    Okay.  Did you receive any information or

12  handouts or pamphlets at that first chemotherapy

13  infusion appointment?

14      A    No.  Everything they gave me was whenever

15  I was diagnosed and the first appointment with

16  Dr. Herrington.

17      Q    Okay.  What side effects did you

18  experience after your first infusion?

19      A    Nausea, exhaustion.  They also gave me

20  steroids.  I don't know what the name of it was.

21  But the steroids caused me to get red, flushed, and

22  my heat -- my heart raced.

23      Q    Okay.  How long did all of those last?

24      A    The nausea lasted the whole time I was

25  taking chemo.

Page 212

1          Q    And this visit of December 5th of 2016 is

2     after you had already retained Mr. Buttars' law

3     firm; is that right?

4          A    I don't think so.

5          Q    Ms. Smith, if you signed an authorization

6     in April of 2016, is that when you retained

7     Mr. Buttars, when you signed your authorization?

8          A    I can't remember the date; but if that's

9     the date on there, then, yes.

10          Q    Okay.  Had -- do you remember asking for a

11     referral prior to seeing Ms. Knight?

12          A    I honestly don't remember.  The only

13     time --

14          Q    Why did you ask for it this time?

15          A    Oh, well, the only reason I even seen her

16     is because my regular doctor was -- didn't have an

17     appointment available, and I saw her.  I had to get

18     refills for my prescriptions.

19          Q    So you did not go into the doctor to

20     discuss your hair loss?

21          A    No.  I went in there to --

22               MR. BUTTARS:  Objection to form.

23               THE WITNESS:  -- get refills for my

24     prescriptions.

25     BY MS. PETERSON:

1      Q    Okay.  So when you went to the doctor to

2   get a refill for your prescription, you mentioned to

3   Ms. Knight that you would like a referral to a

4   dermatologist; is that right?

5      A    I asked her if she knew anything I could

6   do to help with it, and that's when we was

7   discussing -- discussing a referral to go to

8   dermatology.

9      Q    Okay.  So to make sure I understand right,

10  your hair came back after chemo, yes?

11          MR. BUTTARS:  Objection to form.

12          THE WITNESS:  Some of it.

13  BY MS. PETERSON:

14     Q    And -- and then it started to thin?

15     A    No.  It was thin before.  When it first

16  started coming back, it started coming back thin.

17     Q    Had your hair thinned at all between 2016

18  and --

19     A    It hasn't --

20     Q    -- 2020?  Today?

21     A    No.  It hasn't thinned none, that I know

22  of, since then.  It grew back thin.  It just grows

23  fast, what there is of it.  But I -- I didn't grow

24  my eyebrows or my body hair back.

25          (EXHIBIT 12 PREMARKED)

1    BY MS. PETERSON:

2        Q    Okay.  So this is December 5th, 2016, and

3    we're going to now jump to that next appointment

4    that you have.

5            Let's take a look at Exhibit 12, which is

6    from Garrott Dermatology.  You've been a patient at

7    Garrott Dermatology, yes?

8        A    Yes.

9        Q    Okay.  So just from your appointment with

10   Ms. Knight on December 5th of 2016, this is now an

11   appointment on December 21st of 2016.  Do you see

12   that?

13       A    That wasn't with Ms. Knight.

14       Q    Correct.  Yeah.  So this is with Garrott

15   Dermatology here.  So this is about two weeks later?

16       A    Yes.

17       Q    Okay.  And we've got your name and your

18   date of birth.  And this is with Dr. Crawford.  Do

19   you remember meeting Dr. Crawford?

20       A    Not him.  It was -- I didn't see him.  I

21   saw his -- I don't know if that was -- not

22   Laurie Walton.  That's who the office is under --

23   well, Dr. Garrott Dermatology.  Let me see.  It

24   should have her listed.  No, it don't.  No, because

25   I -- I didn't meet with him.  It was a woman,

1              THE WITNESS:  Well, there's nothing there

2      about it.

3      BY MS. PETERSON:

4          Q    Okay.  It does go on to say, though, that,

5      "Long-standing hair loss should be worked up with

6      appropriate blood tests."  Do you see that?

7          A    Yes.

8          Q    You never got any blood test workup, did

9      you?

10             MR. BUTTARS:  Objection to form.

11             THE WITNESS:  I'm not sure if Dr. Ennis

12     did any of that or not.  I don't know if I did or

13     not, because after we started -- I was seeing -- I

14     don't remember everything on it.  Because it also

15     says --

16     BY MS. PETERSON:

17         Q    How about this, Ms. Smith?

18         A    It says to do that, you know.  That's --

19         Q    That's okay.  Ms. Smith, do you -- do you

20     ever -- do you have any recollection of ever getting

21     a blood test done related to your hair loss?

22             MR. BUTTARS:  Objection to form.

23             THE WITNESS:  I've had multiple blood

24     tests done, and I couldn't honestly tell you what

25     all they were for.  I don't know if I did or not.

 1    BY MS. PETERSON:

 2        Q    Okay.  So it goes on to say that, "Contact

 3    the office if hair loss fails to improve or worsens

 4    with treatment."  Do you see that?

 5        A    Yes.

 6        Q    Ms. Smith, did you ever contact Garrott

 7    Dermatology again if your --

 8        A    Yes.

 9        Q    -- hair loss failed to improve?

10        A    Yes.

11        Q    You did?  When?

12        A    I talked to her every time I went up there

13    that -- because the next time I talked to her, they

14    told me there was nothing they could do for it.

15    Dr. Ennis is the one that prescribed me the

16    medication for it.  They prescribed me the shampoo

17    and the spray for the hot spot -- hot spots, as they

18    call them.

19        Q    Do you see that under "Plan Treatment

20    Regimen" that they recommended the following

21    over-the-counter treatments, and it says, "Biotin

22    daily?"

23        A    Yes.

24        Q    Did you take biotin?

25        A    Yes.

Page 222

1      Q    For how long?

2      A    Five years -- four years.

3      Q    So this is --

4      A    And it --

5      Q    -- in 2016, December of 2016.  Are you

6    still taking it today?

7      A    No.

8      Q    When did you stop?

9      A    Probably the beginning of this year.  It

10   wasn't doing anything.

11     Q    How do you know that it wasn't doing

12   anything?

13     A    I could tell by the way my hair looked and

14   my skin looked.  It didn't do anything.  It looked

15   the same as it did before I started taking it.  And

16   I took it long enough to be able to tell if there

17   was any -- any difference in it, and there was none.

18   I'm not going to take something that's not going to

19   do anything.

20     Q    You did take it for four years, right?

21     A    Yeah.  At least four years.

22     Q    Okay.

23     A    I'm not sure what milligram.  Let me look.

24     Q    Oh, that's okay.  Okay.  Ms. Smith, we're

25   going to go back to Exhibit 9.  Can you see

Page 223

1      Exhibit 9?

2            A      Yes, ma'am.

3            Q      Okay.  So I want to start on page 15, and

4      this says April 21st, 2018.  Do you think that

5      this -- this picture was taken around April 21st of

6      2018?

7            A      Yes.

8            Q      Okay.  And if we scroll up -- so I want to

9      see the comments, and this -- it's just an easier

10     picture.  So if we scroll up to page 13, we can

11     start seeing comments.

12           A      Ma'am, I don't mean to interrupt you.  But

13     it really doesn't matter what anybody says about it

14     if you don't feel good about yourself.  So it helps

15     me feel a little bit better by them comment, "Oh, it

16     looks and everything."  But unless I feel good about

17     myself, it's not going to do any good.

18           Q      Okay.  Well, let's go ahead and look at a

19     comment that you made, then.

20                  So Michelle Zimmer says, "I love you, and

21     I love your long hair."  And you commented on

22     Michelle's post and said, "I just can't bring myself

23     to even trim it.  I haven't had it cut in three

24     years since it started growing back."

25                  Do you see that?

Page 244

1        A    Yeah.   That was the -- there it is -- the
2    basal cell carcinoma.
3        Q    Okay.   Then the second thing is
4    lentigines.  Do you see that?
5        A    Yes.
6        Q    And this says it's distributed on the arms
7    and the trunk?
8        A    Yes.
9        Q    And then the next one is -- three is
10   benign-appearing nevi, and this is also located on
11   the trunk.
12       A    I had a freckle that looked weird to me.
13       Q    Okay.
14       A    I got them to check.
15       Q    And the fourth one is open comedo
16   distributed on the trunk.  Do you see that?
17       A    Oh, that's where I -- that's where I tried
18   to remove one of the open -- one of the old woman
19   spots myself with -- I can't believe I done this --
20   with a pumice stone, so...
21       Q    What did you do?
22       A    So I made it raw.
23       Q    Okay.  So this was done by Melissa
24   Thierry.  Do you see that?
25       A    Yes.  That's who --

Page 245

1          Q    Is this the Melissa that you were talking

2     about earlier today?

3          A    Yes.

4          Q    Okay.  So in this evaluation, which was

5     the next follow-up visit from the one where you

6     reported hair loss, there is an examination of your

7     head.  And the impressions that Melissa gave, she

8     does not note hair loss in this visit, correct?

9          A    I don't see it where she did.  She was

10    checking for the old woman spots.

11         Q    So that's correct?  She did not note that

12    you had alopecia, even though she did examination of

13    your scalp and head?

14         A    Yeah.  But they -- they had before, just

15    not this time.  She's the one that said there was

16    medically nothing she could prescribe for it.

17         Q    When did she tell you that?

18         A    I don't remember.  At one of the vis- --

19    one of the visits that I had talked to her about it.

20    I don't know if it was the first, the second --

21         Q    Okay.  You would agree with me that on

22    August 31st, 2018, Melissa Thierry did not tell you

23    there was nothing that could be done about your hair

24    loss?

25         A    She may have told me then.  I'm not sure.

1      Q    You'd agree with me that in the medical

2   record from August 31st of 2018, Melissa Thierry did

3   not note that you had hair loss, correct?

4      A    Not on this one.

5      Q    And she did not note that there was

6   nothing that could be done about your hair loss,

7   correct?

8      A    Correct.

9      Q    Let's move down to your next appointment,

10  which was on March 12th of 2019.  Do you see that?

11     A    Yes.

12     Q    And this is also from Melissa Thierry.  So

13  we can see two chief complaints again, which are

14  skin lesions and follow-up from the neoplasm of the

15  uncertain behavior evaluated on August 31st of 2018,

16  the thing that we just looked at here.

17          So, again, there was an examination

18  performed of the scalp, including a hair inspection,

19  and your head, including your face.  Do you see

20  that?

21     A    Yes.

22     Q    Okay.  So if we go to the impressions that

23  Melissa Thierry diagnosed and evaluated for, the

24  first one is a history of basal cell carcinoma.  Do

25  you see that?

Page 247

1          A     Yes.

2          Q     The second one is cherry angiomas, yes?

3          A     I don't know what that is.  Oh, that's the

4      old woman spots, I think.

5          Q     Okay.  The third one is sebaceous

6      hyperplasia.  Do you see that?

7          A     Hyper- -- sebaceous hyperplasia.  Okay.

8      Let me see.  Okay.  That was -- I had a couple of

9      spots that they froze off.

10         Q     Okay.  And then the fourth and final one

11     is rosacea.  Do you see that?

12         A     Yes.

13         Q     Okay.  So in your next visit from

14     March 12, 2019, with Melissa Thierry, in this

15     appointment, Ms. Thierry did not note that you had

16     alopecia, correct?

17         A     No.  But she did examine my hair.

18         Q     Correct.  So Ms. Thierry examined your

19     hair, and she did not diagnosis you with alopecia or

20     hair loss, correct?

21              MR. BUTTARS:  Objection to form.

22              THE WITNESS:  She -- I was already

23     diagnosed with that before I saw her.

24     BY MS. PETERSON:

25         Q     Ms. Thierry didn't diagnosis you, correct?

Page 251

1    to you?

2          A     Hair loss.  I know some people are born

3    with -- with no hair, and they call it alopecia.  I

4    guess it means a lack of hair.

5          Q     Okay.  Is alopecia and hair loss the same

6    thing to you?

7                MR. BUTTARS:  Objection to form.

8                THE WITNESS:  One -- not really.  Because

9    hair loss could happen for a bunch of different

10   reasons.  As far as what I understand about the

11   alopecia, it can be genetic.  And I don't think

12   they're the same.

13   BY MS. PETERSON:

14         Q     So you think that alopecia is only

15   genetic?

16         A     Or medically induced.  I've known -- well,

17   I don't know.  There's only one child that I know of

18   that has the alopecia, and she started losing her

19   hair as a child, and they never did find out why.

20   And they don't give her anything to try and make her

21   hair grow back.  They said it would never grow back,

22   so...

23         Q     Okay.  So just so I understand right, --

24         A     I don't understand --

25         Q     -- you think that alopecia is a genetic

Page 252

1    condition?  Is that it?

2         A    I'm not -- it can be.

3         Q    Can it be anything else?

4         A    I don't know enough about it to give you a

5    response because I -- all I know is the hair loss

6    that I'm going through.  I don't know what everybody

7    else is going through on that, so...  I haven't

8    really -- I don't know.

9         Q    Okay.  And just so I have it down -- I

10   know we talked a little bit about it today -- where

11   is the permanent hair loss on your body that you're

12   claiming in this litigation?

13             MR. BUTTARS:  Objection to form.

14             THE WITNESS:  My arms; legs; eyebrows;

15   eyelashes; I guess the crown of my head; the hair

16   grew back in my nose, so I'm assuming it grew back

17   in my lungs, but I can't look inside and see; but

18   it's my private area.

19   BY MS. PETERSON:

20        Q    Okay.  So are you saying that you -- when

21   you say the crown of your head, do you mean -- where

22   do you mean?

23        A    All up here (indicating), the whole top

24   part.

25        Q    Okay.  What about the lower half of your

Page 253

1    head?

2         A    I can't see back there.

3         Q    Does it feel about the thickness as it was

4    before chemotherapy?

5         A    No.  It -- it's all a lot thinner.  This

6    through here is thinner (indicating).  I mean, it --

7    yeah, my whole head.

8         Q    Okay.

9         A    But this -- this shows more, is what it

10   is.  This all shows -- this right up top

11   (indicating), and you can see it.

12        Q    So you're -- so as far as your scalp goes,

13   you're claiming that Taxotere made your hair thinner

14   than it was before chemotherapy?

15        A    Yes.  Even the texture of my hair is

16   different.

17        Q    Okay.  So earlier today, Ms. Smith, you

18   were talking to me about some pamphlets that you

19   received before chemotherapy; is that right?

20        A    Yes, ma'am.

21        Q    Okay.  Did you review those before you

22   took chemo?

23        A    I honestly don't remember.  I remember

24   reading some of them, and not all of them was about

25   Taxotere.  Some of it was about physical therapy and

1    what I could do to try and make myself better --

2    feel better while I was going through chemo.  Some

3    of it was nutrition on -- on foods not to eat and

4    stay away from while you was going through chemo,

5    because spicy foods would leave blisters in your

6    mouth.

7         Q    Did you find those pamphlets educational?

8         A    It was interesting.  I learned a lot by

9    them, yes.

10        Q    Okay.  And they were informative to you?

11        A    What I read of them, yes.

12        Q    So I want to look at --

13        A    It helped me understand a little bit.

14   Ma'am?

15        Q    Yeah.  Can you hear me?

16        A    Yes.

17             (EXHIBIT 15 PREMARKED)

18   BY MS. PETERSON:

19        Q    Okay.  So we're going to look at

20   Exhibit 15, and I'll represent to you that this is

21   one of the pamphlets that you produced to us in this

22   litigation that, I assume, you had at your house.

23             Do you remember this -- this green

24   cancer -- National Cancer Institute book?

25        A    Yes.

1       Q    And it's titled "Chemotherapy and You."

2   Do you see that?

3       A    Yes.

4       Q    Did you -- do you remember reviewing this

5   green pamphlet?

6       A    I -- I had a stack of books to read about

7   three inches, and I tried to read as much as I could

8   of it.  It -- if I sent it to y'all, then I read as

9   much as I could.  I probably didn't read all of it,

10  but I read some of them.

11      Q    Okay.

12      A    Some of each one.

13      Q    Okay.  So we're looking at page 34 of

14  Exhibit 15, and the title of it is "Hair Loss."  Do

15  you see that?

16      A    Yes, ma'am.

17      Q    Okay.  So the first section is "What is

18  it, and why it occurs?"  Do you see that?

19      A    Yes.

20      Q    Underneath, it says, "Hair loss, also

21  called alopecia, is when some or all of your hair

22  falls out.  This can happen anywhere on body, your

23  head, face, arms, legs, underarms, or the pubic area

24  between your legs."  Do you see that?

25      A    Yes.

1          Q    It says, "Many people are upset by the

2     loss of their hair and find it the most difficult

3     part of chemotherapy."  It goes on to say that --

4     here we go -- "Your hair will be very fine when it

5     starts growing back."  Do you see that?

6          A    Yes.

7          Q    That's what you experienced, correct?

8          A    Yes.

9          Q    Then it also says, "Your new hair may not

10    look or feel the same as it did before."  Is that

11    right?

12         A    Yes.

13         Q    Ms. Smith, that is also what you are

14    experiencing, correct?

15              MR. BUTTARS:  Objection to form.

16              THE WITNESS:  But it also says that your

17    hair grows back two to three months after chemo is

18    over.  It didn't say it would grow back different.

19    It just said it'd grow back.

20    BY MS. PETERSON:

21         Q    Ms. Smith, let's -- please stick with me

22    on where I'm at on this document.  Okay?

23              So that sentence says, "Also, your new

24    hair may not look or feel the same way as it did

25    before chemotherapy."  Is that right?

1      A    That's right.  By the way they put that up

2   underneath there, it makes you think that it will

3   grow back just like it was.  That's only saying when

4   it starts growing back.

5      Q    It goes on to say, "For instance, your

6   hair may be thin instead of thick."  Is that right?

7      A    Yes.  But, like I said, it also says

8   that -- that's when it starts growing back, not that

9   it would stay thataway.

10      Q    Ms. Smith, in that sentence, it does not

11   say "when it starts growing back," does it?

12      A    Yes, ma'am, it does.  The sentence right

13   above it, "Your hair will be very fine when it

14   starts growing back."

15      Q    Sure.  So the very first sentence says,

16   "Your hair will be very fine when it starts

17   growing," period, correct?

18      A    And "also."  And then it says, "Also, your

19   new hair may look or feel the same or different" --

20      Q    Ms. --

21      A    -- "the same as it did before."

22      Q    Okay.  So let's look at the --

23      A    I get a different understanding from this,

24   then.

25      Q    Let's start at the third sentence in this

1    paragraph, which starts as a new sentence.  And it

2    reads, "For instance, your hair may be thin instead

3    of thick, curly instead of straight, and darker or

4    lighter in color."  Did I read that sentence

5    correctly?

6          A    Yes, ma'am.  But it says, "for instance,"

7    so that's going along with what it said before that.

8    That's not defining a whole different subject.

9    That's still going along with everything that is

10   being said before that.

11         Q    Okay.  Let's go to this -- this cutout

12   that you keep referencing.  It says, "Hair often

13   grows back two to three months after chemotherapy is

14   over."  Do you see that?

15         A    Yes.

16         Q    That does not say that hair grows back in

17   every patient, correct?

18         A    No.

19         Q    It says it --

20         A    It leaves --

21         Q    -- "often grows back?"

22         A    Yeah.  It says, "hair often grows back."

23         Q    Okay.  So that does not guarantee that in

24   every patient it will grow back?

25         A    No.  It -- it didn't say that.

Page 259

1          Q    And, Ms. Smith, you had this chemotherapy

2     book before you underwent your chemotherapy,

3     correct?

4          A    Yes.

5          Q    You consented to take your -- you

6     consented to take chemotherapy knowing that hair,

7     while it often grows back, it doesn't grow back for

8     all people, yes?

9               MR. BUTTARS:  Objection to form.

10              THE WITNESS:  No.  I consented to taking

11    knowing that I could possibly lose my hair; but,

12    also, I was told that it would grow back.

13    BY MS. PETERSON:

14         Q    Who told you that?

15         A    Even the pamphlets.  Even here it says it

16    grows back two to three months after chemo.

17         Q    Ms. Smith, the pamphlet says, "Hair often

18    grows back."

19         A    Yes.

20         Q    That doesn't mean in every person,

21    correct?

22         A    It doesn't say that it doesn't happen in

23    every person.  It just says, "Hair often grows back

24    two to three months after chemo is over."  It

25    doesn't specify everyone, one person, or two people.

                                                    Page 260

1       It just states that your hair grows back two to

2       three months after chemo.

3            Q     Ms. Smith, you're always skipping over

4       that word, though.  It says, "Hair often grows back

5       two to three months after chemo," correct?

6                  MR. BUTTARS:  Objection to form.

7                  THE WITNESS:  Yes.  But it's saying that

8       it grows back.

9       BY MS. PETERSON:

10           Q     "Often" does not mean always. correct?

11                 MR. BUTTARS:  Objection to form.

12                 THE WITNESS:  That's true.

13      BY MS. PETERSON:

14           Q     "Often" doesn't mean every single time,

15      correct?

16           A     Yes.  But it's not stating that.

17           Q     Well, what do you mean "it's not stating

18      that?"

19           A     It's not saying --

20                 MR. BUTTARS:  Objection to form.

21                 THE WITNESS:  -- that you'll lose your

22      hair and it might grow back.  You'd be lucky if it

23      grows back.  It didn't say that.  It's saying, "Hair

24      often grows back within two to three months."  So I

25      was expecting my hair to grow back after the two or

Page 261

1    three months, which it did, but it just didn't grow

2    back as thick as it was; and in some areas, it

3    didn't even grow back.

4    BY MS. PETERSON:

5         Q    Ms. Smith, percentage-wise, how much hair

6    do you think you have lost due to chemotherapy?

7         A    On my body?  80 percent.

8         Q    On your scalp?

9         A    On my head -- on my face, 80 percent.  On

10   my head, probably 30 to 40 percent of my hair did

11   not come back.

12             MS. PETERSON:  Okay.  Can we go ahead and

13   take a break?  And let's take 15 minutes.

14             VIDEOGRAPHER:  The time is 4:59 p.m.

15   We're off the record.

16             (OFF THE RECORD AT 4:59 P.M.)

17             VIDEOGRAPHER:  We're back on the record.

18   The time is 5:15 p.m.

19   BY MS. PETERSON:

20        Q    Okay.  Ms. Smith, one of the things that

21   you shared with me earlier, I think, is that you

22   talked to Dr. Ennis about your hair loss; is that

23   right?

24        A    Yes.

25        Q    And you said you couldn't remember exactly

Page 304

1              CERTIFICATE OF COURT REPORTER

2              I, TAMARA HARTWIG FULGHAM, CSR, BCR, Court

3     Reporter and Notary Public, in and for the County of

4     Rankin, State of Mississippi, do hereby certify that

5     the foregoing 306 pages, and including this page,

6     contain a true and correct transcription of the

7     testimony of CINDY L. SMITH, as taken by me in the

8     aforementioned matter at the time and place

9     heretofore stated, as taken by me and later reduced

10    to typewritten form under my supervision by means of

11    computer-aided transcription.

12             I further certify that under the authority

13    vested in me by the State of Mississippi that the

14    witness was placed under oath by me to truthfully

15    answer all questions in this matter.

16             I further certify that I am not in the

17    employment of or related to any counsel or party in

18    this matter and have no interest, monetary or

19    otherwise, in the final outcome of the proceedings.

20             Witness my signature and seal, this the

21    15th day of October, 2020.

22

23

24             TAMARA HARTWIG FULGHAM

My Commission Expires:

25    March 13, 2021

Page 305

1    NATHAN BUTTARS, ESQ.

2    NATE@LOWELAWGROUP.COM

3                    October 15, 2020

4    RE:    Smith, Cindy v. Sanofi US Service, Inc. Et Al.

5        10/1/2020, Cindy Smith (#4273269)

6        The above-referenced transcript is available for

7    review.

8        Within the applicable timeframe, the witness should

9    read the testimony to verify its accuracy. If there are

10   any changes, the witness should note those with the

11   reason, on the attached Errata Sheet.

12       The witness should sign the Acknowledgment of

13   Deponent and Errata and return to the deposing attorney.

14   Copies should be sent to all counsel, and to Veritext at

15   cs-nj@veritext.com

16

17    Return completed errata within 30 days from

18   receipt of testimony.

19     If the witness fails to do so within the time

20   allotted, the transcript may be used as if signed.

21

22                   Yours,

23                   Veritext Legal Solutions

24

25

Page 306

1    Smith, Cindy v. Sanofi US Service, Inc. Et Al.

2    Cindy Smith (#4273269)

3                    E R R A T A   S H E E T

4    PAGE_____ LINE_____ CHANGE_____

5    _____

6    REASON_____

7    PAGE_____ LINE_____ CHANGE_____

8    _____

9    REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____     _____

24   Cindy Smith                              Date

25

Page 307

1   Smith, Cindy v. Sanofi US Service, Inc. Et Al.

2   Cindy Smith (#4273269)

3                ACKNOWLEDGEMENT OF DEPONENT

4      I, Cindy Smith, do hereby declare that I

5   have read the foregoing transcript, I have made any

6   corrections, additions, or changes I deemed necessary as

7   noted above to be appended hereto, and that the same is

8   a true, correct and complete transcript of the testimony

9   given by me.

10

11   _____      _____

12   Cindy Smith                           Date

13   *If notary is required

14                        SUBSCRIBED AND SWORN TO BEFORE ME THIS

15                        _____ DAY OF _____, 20____.

16

17

18                        _____

19                        NOTARY PUBLIC

20

21

22

23

24

25

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.