# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: ALL CASES | |

## ORDER

Considering the foregoing *Ex Parte* Motion for Leave to File Memorandum in Reply to Defendants' Opposition to Plaintiffs' Motion to Preserve Expert Testimony,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file the PSC's Memorandum in Reply to Defendants' Opposition to Plaintiffs' Motion to Preserve Expert Testimony into the record of this matter.

New Orleans, Louisiana, this  7th  day of      July      , 2021.

**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**