# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
June 9, 2021
Lyle W. Cayce
Clerk

No. 20-30495

In re: Taxotere (Docetaxel) Products Liability Litigation

―――

Antoinette Durden,

*Plaintiff—Appellant*,

*versus*

Sanofi U.S. Services, Incorporated; Sanofi-Aventis, U.S., L.L.C.,

*Defendants—Appellees*.

―――

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:16-MD-2740
USDC No. 2:16-CV-16635

―――

Before Jolly, Duncan, and Oldham, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

No. 20-30495

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.

Certified as a true copy and issued
as the mandate on Jul 01, 2021

Attest:  *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit