# United States Court of Appeals
## for the Fifth Circuit

---

No. 21-30267

---

A True Copy
Certified order issued Jun 30, 2021

*Tyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

Melissa S. Roach,

*Plaintiff—Appellant*,

versus

Sanofi-Aventis, U.S., L.L.C.; Sanofi U.S. Services, Incorporated, *formerly known as* Sanofi-Aventis U.S., Incorporated,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:16-MD-2740
USDC No. 2:17-CV-7918

---

CLERK'S OFFICE:

Under Fed. R. App. P. 42(b), the appeal is dismissed as of June 30, 2021, pursuant to appellant's unopposed motion.

No. 21-30267

                              LYLE W. CAYCE
                              Clerk of the United States Court
                              of Appeals for the Fifth Circuit

By: _____
       Dantrell L. Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT