UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**
*The cases listed in the attached Exhibit A*

## UNOPPOSED MOTION TO SUBSTITUTE COUNSEL OF RECORD

Plaintiffs, listed in the attached Exhibit A, respectfully request that John T. Kirtley, III, of the firm of Ferrer, Poirot & Wansbrough, 2603 Oak Lawn Ave., Suite 300, Dallas, Texas 75219, be substituted for Russell T. Abney and Hunter Linville, of the same law firm, as counsel of record for Plaintiffs.

Dated: July 7, 2021     Respectfully submitted,

/s/Russell T. Abney
Russell T. Abney
Texas Bar No. 00818100
FERRER, POIROT & WANSBROUGH
2100 Riveredge Pkwy., Suite 1025
Sandy Springs, GA 30328-4770
Phone: 214-521-4412
Fax: 214-526-6026
rabney@lawyerworks.com
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2021, I electronically filed the foregoing with the Clerk of Court, of the United States District Court for the Eastern District of Louisiana, by using the CM/ECF System which will sent notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/Russell Abney
Russell T. Abney