UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
*The cases listed in the attached Exhibit A*

# ORDER

Considering the foregoing Motion to Substitute Counsel of Record:

**IT IS ORDERED** that the Motion is **GRANTED** and that John T. Kirtley, III, of the firm of Ferrer, Poirot & Wansbrough, be substituted for Russell T. Abney and Hunter Linville, as counsel of record for plaintiffs identified in the attached Exhibit A.

New Orleans, Louisiana this _____ day of _____, 2021.

_____
JUDGE JANE TRICHE MILAZZO