# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Alice D. Hughes v. Accord Healthcare, Inc.* *Case No. 2:17-cv-11769* | : : : : | |

## DEFENDANT ACCORD HEALTHCARE, INC.'S MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF BILL OF COSTS

Defendant Accord Healthcare, Inc. ("Accord") respectfully requests leave to file a reply brief in support of its Bill of Costs filed on June 3, 2021 (Rec. Doc. 12795). This Reply, attached, will further assist the Court in evaluating Accord's Bill of Costs by providing additional facts and law that address the issues raised in Plaintiff's opposition.

Date: July 7, 2021

Respectfully submitted,

*/s/ Brenda A. Sweet*
Julie A. Callsen
Michael J. Ruttinger
Brenda A. Sweet
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone:    216.592.5000
Facsimile:     216.592.5009
Email:         julie.callsen@tuckerellis.com
                michael.ruttinger@tuckerellis.com
                brenda.sweet@tuckerellis.com

*Attorneys for Defendant Accord Healthcare, Inc .*

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2021, a true and correct copy of *Defendant Accord Healthcare, Inc.'s Motion for Leave to File Reply Brief in Support of Bill of Costs* was filed via the ECF system that will send notification of such filing to all counsel of record.

*/s/ Brenda A. Sweet*
Brenda A. Sweet
