# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Alice D. Hughes v. Accord Healthcare, Inc. Case No. 2:17-cv-11769* | : : : : | **PROPOSED ORDER** |

Considering the foregoing Motion filed by Defendant Accord Healthcare, Inc. for Leave to File its Reply Memorandum in Support of Bill of Costs;

IT IS ORDERED that Defendant's Motion is GRANTED, and that Accord's proposed Reply Memorandum in Support of Bill of Costs is hereby entered into the Court's docket

_____
Hon. Jane Triche Milazzo

5210135.1