# EXHIBIT HH

Sanofi_05932261 – 05932267

**The parties are currently meeting and conferring regarding this document.**