# EXHIBIT II

**Excerpts of the Video Deposition of 30(b)(6) Deposition of InTouch Solutions, Inc. by and through their designated representative, Matthew J. Goyer**

**December 13, 2020**

**The parties are currently meeting and conferring regarding this document.**