# EXHIBIT JJ

**Excerpts of the Deposition of Lesley Fierro**

**January 17, 2019**

**The parties are currently meeting and conferring regarding this document.**