# EXHIBIT KK

No. 20-30495

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION

ANTOINETTE DURDEN,

*Plaintiff-Appellant*,

v.

SANOFI U.S. SERVICES, INCORPORATED; SANOFI-AVENTIS, U.S., L.L.C.,

*Defendants-Appellees*.

On Appeal from the United States District Court for the
Eastern District of Louisiana, No. 16-CV-16635 (MDL No. 2740)

## APPELLEES' RESPONSE BRIEF

Ilana H. Eisenstein
Rachel A.H. Horton
Danielle T. Morrison
DLA Piper LLP (US)
1650 Market St., Suite 5000
Philadelphia, PA 19103
(215) 656-3300

*Attorneys for sanofi-aventis U.S. LLC and Sanofi US Services Inc.*

February 8, 2021

## INTRODUCTION

The District Court properly dismissed Plaintiff Antoinette Durden's failure-to-warn claim against Sanofi, the manufacturer of Taxotere—a lifesaving chemotherapy agent used to treat potentially fatal breast cancer. Durden's lawsuit asserts that Taxotere's label did not adequately warn her that Taxotere may cause permanent hair loss (alopecia), which she experienced when she completed chemotherapy in 2012.[1] But, within a year of finishing chemotherapy, Durden attributed her hair loss to her chemotherapy, specifically Taxotere. ROA.1355. Yet, she waited to file suit until more than four years after she was injured.

It is apparent that Durden's claim is barred by Louisiana's one-year prescriptive period, which begins "to run from the day injury or damage is sustained." *In re Asbestos*, 726 So. 2d 926, 974 (La. Ct. App. 1998). Durden and her experts define the injury ("Permanent Chemotherapy Induced Alopecia") as the failure of hair to fully regrow six months after ending chemotherapy. *See* ROA.1254-55; ROA.2177. Durden's injury was not latent; rather, it was obvious to Durden that she had hair loss and that her hair had not fully regrown as she had

---

[1] Sanofi disputes plaintiffs' claims that Taxotere causes permanent hair loss, in particular because cancer treatment involves numerous medicines with which cases of permanent hair loss have also been reported. In fact, the parties tried the first bellwether case in September 2019, which resulted in a defense verdict on medical causation. *See* ROA.656; *Earnest v. Sanofi U.S. Services, Inc.*, No. 16-17144, *appeal pending*, No. 20-30184 (5th Cir.).

1