# EXHIBIT LL

Excerpts of the Video Deposition of Amy Freedman

October 26, 2018

The parties are currently meeting and conferring regarding this document.