# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740  SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : : | HON. JANE TRICHE MILAZZO  MAG. JUDGE MICHAEL NORTH |
| *Wanda Stewart v. Sandoz Inc.*  *Case No. 2:17-cv-10817* | : : :: |  |

## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF DEFENDANT SANDOZ INC.'S BILL OF COSTS

**NOW INTO COURT**, through undersigned counsel, comes Defendant Sandoz Inc. ("Sandoz"), who respectfully moves this Court for leave to file a Reply Memorandum in Support of their Bill of Costs against Plaintiff Wanda Stewart (Rec. Doc. 12723).

WHEREFORE, Sandoz respectfully requests that this Court grant leave to file its Reply Memorandum in Support of Sandoz Inc.'s Bill of Costs.

July 8, 2021

Respectfully submitted,

*/s/ Lori G. Cohen*
Lori G. Cohen
R. Clifton Merrell
Evan C. Holden
**GREENBERG TRAURIG, LLP**
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Telephone: (678) 553-2385
Facsimile: (678) 553-2212
E-mail: cohenl@gtlaw.com
*Counsel for Defendant Sandoz Inc.*