# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | : | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 SECTION "H" (5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Wanda Stewart v. Sandoz Inc.* *Case No. 2:17-cv-10817* | : : :: | |

## ORDER

Considering the Motion for Leave to File Reply Memorandum in Support Defendant Sandoz Inc.'s Bill of Costs;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that the proposed Sandoz Inc.'s Reply Memorandum in Support of Bill of Costs is hereby entered into the Court's docket.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE

2