UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

CAROL L. MICHEL  500 POYDRAS ST., ROOM C-151
CLERK  NEW ORLEANS, LA 70130

July 8, 2021

Clerk
R.J. Hughes Justice Complex
Superior Court Clerk's Office
 PO Box 971
Trenton, NJ 08625-0971

RE: In Re: Taxotere (Docetaxel) Products Liability Litigation
MCL No. 628, Master Docket No. MID-L-4998-18-CM

**THIS DOCUMENT RELATES TO:**
Annette Barefield, 2:21-cv-1161
Dietra Barrett, 2:21-cv-1162
Bobbie Cunningham, 2:21-cv-1163
Amelia De La Garza, 2:21-cv-1164
Billye Fietz, 2:21-cv-1165
Shree Goodie, 2:21-cv-1166
Vera Horton, 2:21-cv-1167
Shirley Pierce, 2:21-cv-1168
Cheryl Woolf, 2:21-cv-1169

Dear Sir:

    I am enclosing herewith a certified copy of an order entered by this court on 07/08/2021 remanding the above-entitled case to your court.

Very truly yours,

CAROL L. MICHEL, CLERK

By: _____
Deputy Clerk