# EXHIBIT B

Page 1

1                UNITED STATES DISTRICT COURT
2                EASTERN DISTRICT OF LOUISIANA
3
4   ELIZABETH KAHN,
5         Plaintiff,
6      v.                          No. 2:16-cv-17039
7   SANOFI-AVENTIS U.S. L.L.C.
8   and SANOFI US SERVICE,
9   INC.,
10        Defendants.
11
12
13
14
15            ZOOM VIDEOTAPED DEPOSITION OF
16                CURTIS THOMPSON, M.D.
17            Taken in behalf of Defendants
18                September 23, 2020
19
20
21
22
23
24
25

```
 1              MS. NICHOLAS:  Yes.  The file is loading.
 2              MR. SEARS:  Thank you.
 3     Q.  BY MR. SEARS:  And just to let you know,
 4         Dr. Thompson, I think what we're going to try to
 5         do for exhibits, just to make things go easier,
 6         is Hillary is going to do the screen share and
 7         that way we'll all be able to see what we're
 8         talking about.  Sound okay?
 9     A.  Yes.
10     Q.  This one's your most recent invoice, I believe.
11         Looks like it's dated July 29th, 2020.  Do you
12         see that?
13     A.  Yes.
14     Q.  This is for $325?
15     A.  Yes.
16     Q.  Do you have any invoices that are more recent
17         than this?
18     A.  No.
19     Q.  When are you planning to invoice Plaintiffs for
20         your more recent work?
21     A.  End of the month or after this current
22         deposition.  End of the month.
23     Q.  Can you tell me what all you've done to work on
24         this litigation since July 29th, 2020?
25              MS. DAVIS:  Objection; form.
```

Page 10

1   THE WITNESS:  I received biopsies,
2   interpreted and issued a report of my
3   professional opinion, diagnosis of the biopsies,
4   distributed those report, that report.  Then I
5   prepared the, received more documents related to
6   the case, and used, with that and with my
7   report, prepared the Rule 26 report.  That was
8   finalized and then simply did some preparation
9   for the deposition today.  That's all.
10  Q.   BY MR. SEARS:  For all those things that you
11       just mentioned that you've done, about how many
12       hours did it take you to do all of that?
13           MS. DAVIS:  Objection; form.
14           THE WITNESS:  I don't know.  I think it's
15       less than eight probably.
16  Q.   BY MR. SEARS:  So your best estimation is you
17       spent about eight hours reviewing --
18  A.   Yeah.
19  Q.   -- and creating your derm path report, reviewing
20       additional documents, writing your Rule 26
21       report and preparing for this deposition?
22           MS. DAVIS:  Objection; form.
23           THE WITNESS:  Yes.
24  Q.   BY MR. SEARS:  I'm terrible at math.  I believe
25       eight hours times $1,300 is $10,400.  Does that

Page 28

1              THE WITNESS:  You know, I don't know.  They
2        just need to be, the studies need to be
3        statistically analyzed and conducted with
4        controls.  They're more credible if they have
5        controls.  When you only have like ten cases and
6        you, like the Fonia paper and you've been
7        collecting those for the last, you know, five
8        years, it's hard to have a control group, you
9        know, for something like that.  One issue, too,
10       with this is it's, once again, it's hard to have
11       control groups when you're biopsying people and
12       leaving scars.  So making a, getting a control
13       group just to have a control group is often not
14       in the best interest of the patient.
15   Q.  BY MR. SEARS:  And that's what I was going to
16       ask you.  For the literature on
17       histopathological findings that might occur with
18       persistent chemotherapy-induced alopecia,
19       there's not any literature that has
20       statistically analyzed its findings or had
21       controls; true?
22            MS. DAVIS:  Objection; form.
23            THE WITNESS:  Not to my knowledge.
24   Q.  BY MR. SEARS:  Have you had any conversations
25       with Dr. Tosti about the Kahn case?

Page 29

1   A.   No.
2        MS. DAVIS:  Objection; form.
3   Q.   BY MR. SEARS:  Beyond Ms. Kahn's attorneys, have
4        you had conversations with anyone about the Kahn
5        case?
6   A.   No.
7   Q.   So we talked about this a little bit.  In your
8        Rule 26 report there's a list of the
9        case-specific materials you reviewed.  And let's
10       go ahead and mark the Rule 26 report as
11       Exhibit 7.
12            (Exhibit 7 marked for identification.)
13            If we could go to, I think it's on page 6.
14       So here's your Rule 26 report.  And it says,
15       material consulted, dermatopathology report for
16       Elizabeth Kahn and Dr. Tosti's examination of
17       Elizabeth Kahn.  Do you see that?
18  A.   Yes.
19  Q.   Have you reviewed any other case-specific
20       materials besides those two things?
21  A.   No.
22  Q.   Have you reviewed photographs of where
23       Ms. Kahn's biopsies were taken?
24  A.   Yes.
25  Q.   Did you have that available to you at the time

Page 45

1    diagnosis.  So we sometimes think they're a
2    little more gray.  I don't have any ego in it
3    though.  I'm happy to be wrong.
4  Q. BY MR. SEARS:  You mentioned that because this
5    is a legal case, you did not call Dr. Tosti.
6    How does this being a legal case impact whether
7    or not you'd call Dr. Tosti about this?
8       MS. DAVIS:  Objection; form.
9       THE WITNESS:  Well, you already asked me if
10    I had communication with her, and I just thought
11    it was cleaner to stay objective in this.  In
12    my, in my alopecia dermatopathology work I very
13    commonly talk to the clinicians about cases.
14  Q. BY MR. SEARS:  So bear with me.  I'm going to go
15    through some things that I'm pretty sure you
16    haven't reviewed, but I just want it to be there
17    on the record.  So I'm going to ask you some
18    questions.
19       Have you ever talked to Ms. Kahn?
20  A. No.
21  Q. Have you ever talked to any of her doctors?
22  A. No.
23  Q. Have you reviewed any of her medical records,
24    setting aside that one note from Dr. Tosti?
25  A. No.