# EXHIBIT A

Page 1

1              UNITED STATES DISTRICT COURT
2                EASTERN DISTRICT OF LOUISIANA
3
4
5     * * * * * * * * * * * * * * * * * * * * *
                                          *
6     ELIZABETH KAHN,              *   CASE NO.
              Plaintiffs           *   2:16-CV-17039
7                                  *
                                   *
8     VERSUS                       *
                                   *
9                                  *
      SANOFI S.A., ET AL           *
10            Defendants           *
                                   *
11    * * * * * * * * * * * * * * * * * * * * *
12
13
14
15
16
17
18      Job No. NJ2756392
19
20            Deposition of ELIZABETH SARA
21    KAHN, taken on Thursday, December 7, 2017,
22    commencing at 8:34 a.m., at the law offices
23    of Pendley, Baudin & Coffin, 1515 Poydras
24    Street, Suite 1400, New Orleans, Louisiana
25    70112.

```
 1   signed and completed.  Right?  I mean, that's
 2   -- I just -- I know when I signed with my
 3   lawyers.
 4        Q.   Okay.  Let's start there.
 5        A.   Okay.
 6        Q.   When did you sign with your lawyers?
 7        A.   November 2016.
 8        Q.   When did you decide that you wanted
 9   to sue Sanofi?
10        A.   Well, I didn't even know -- I didn't
11   know the lawsuit existed.  It was sometime
12   during the summer or fall of 2016.  I don't
13   remember exactly the date.
14             I was talking to a very old friend of
15   mine, and she was very hesitant, but told me,
16   Have you seen the ads on TV, that there are
17   lawsuits being held against the drug company
18   that makes Taxotere, and that the suits were
19   because of permanent hair loss.
20             And so I immediately went home and
21   went to look at my list of drugs that I took
22   during chemotherapy, and lo and behold, I had
23   taken Taxotere.  So then both my husband and
24   I started to read up on the computer, to see
25   what was going on, and that's when we
```

```
                                                      Page 25

 1    told me about what the ad said.
 2    EXAMINATION BY MS. BIERI:
 3         Q.   And had you -- let me back you up one
 4    second.  Had you seen any ads for Taxotere --
 5         A.   No.
 6         Q.   -- prior to speaking to
 7    Ms. McDermott?
 8         A.   No, did not.
 9         Q.   And did she tell you who had put the
10    ad out, who was running the ad?
11         A.   No, she did not.  She just said they
12    were -- she saw them.
13         Q.   But an ad for litigation involving
14    Taxotere.
15         A.   Yes.  It was an ad for litigation,
16    yes.
17         Q.   And after you spoke to her, you said
18    you and your husband started to read up on
19    the computer.  Is that right?
20         A.   Uh-huh (affirmative).
21         Q.   Tell me what you searched and what
22    sites you looked at.
23         A.   This is over a year ago.  I don't
24    remember what sites.  We just -- we'd go to
25    Google and type up -- you know, usually, the
```

Page 26

1  search term was Taxotere, and then read what
2  came up.  And some came from law offices, you
3  know, that are in the litigation.  And I
4  don't know what else we saw.
5       Q.   So other than law firm advertisements
6  related to --
7       A.   Uh-huh (affirmative).
8       Q.   -- law firm content related to
9  Taxotere litigation, can you give me -- can
10 you tell me anything else that you saw when
11 you did that searching?
12      A.   No.  I did see other things.  I
13 wanted to see other things besides law firms,
14 but I don't remember what -- I have no clue
15 what those sites were.  I don't remember
16 them.  It wasn't something -- I just read it
17 online.  I didn't print it out, so I'd have
18 no way to remember.
19      Q.   Did you take any notes of what you
20 were reading?
21      A.   No, didn't take any notes.
22      Q.   Did you contact one law firm or
23 multiple law firms?
24      A.   I contacted two different law firms.
25      Q.   Do you know the date when you

Page 257

1    A.   I didn't know.  And Dr. Larned was
2  one of the doctors that I saw frequently.  I
3  think I saw her every three months for a
4  while.  So I talked to her because she's the
5  one that I would see all the time.
6    Q.   Did Dr. Larned recommend that you do
7  anything with regard to your hair loss?
8    A.   No.  She had no suggestions.
9    Q.   Have you ever -- through today's
10 date, have you ever talked to any health care
11 provider about whether Taxotere caused or
12 contributed to your hair thinning?
13   A.   No.
14   Q.   Have you ever asked any health care
15 provider why they thought your hair is
16 thinner than it was before chemotherapy?
17   A.   I talked once to my gynecologist, and
18 her comments were back -- her comment to me
19 was, Well, as you age, your hair gets
20 thinner.
21   Q.   And which gynecologist was this?
22   A.   Dr. Roberie.
23   Q.   So have you considered whether the
24 current condition of your hair is affected by
25 the aging process?

Page 260

```
 1  asking.  I'm asking a little bit of a
 2  different question.
 3          Do you think that your persistent
 4  hair loss is caused solely by Taxotere?
 5          MR. COFFIN:
 6               Object to the form.
 7          THE WITNESS:
 8               Now I do.
 9  EXAMINATION BY MS. BIERI:
10      Q.  Was there a time when you did not?
11      A.  Sure.  I had no clue that that was
12  one of the side effects of Taxotere, until
13  2016.  I had no clue that a side effect of
14  Taxotere was permanent hair loss.
15      Q.  Today, do you think it's possible
16  that one of the other chemotherapy drugs has
17  caused or contributed to your persistent hair
18  loss?
19      A.  No.  Because -- no, I don't.
20      Q.  You think it's a hundred percent due
21  to Taxotere.
22      A.  I do.
23      Q.  Do you think that any other
24  non-chemotherapy drug has caused or
25  contributed to your persistent hair loss?
```

Veritext Legal Solutions
800-227-8440                                            973-410-4040