# EXHIBIT A

Page 380

1   UNITED STATES DISTRICT COURT
    EASTERN DISTRICT OF LOUISIANA
2
    IN RE:   TAXOTERE (DOCETAXEL)    MDL NO. 2740
3   PRODUCTS LIABILITY LITIGATION   SECTION: H
4   This document relates to:
    Antoinette Durden, Case No. 2:16-cv-16635
5   Tanya Francis, Case No. 2:16-cv-17410
    Barbara Earnest, Case No. 2:16-cv-17144
6   _____
    CONTINUING VIDEOTAPED EXPERT DEPOSITION
7   CURTIS THOMPSON, M.D.
8
    TAKEN IN BEHALF OF DEFENDANTS
9   WEDNESDAY, APRIL 3, 2019
    at 8:35 A.M.
10
11
    5200 Meadows Drive
12  Lake Oswego, Oregon
13
14  BE IT REMEMBERED THAT, the continuing videotaped
    expert
15  deposition of CURTIS THOMPSON, M.D., was taken before
    K.M, Court Reporter and Notary Public for
16  the State of Oregon, on Wednesday, April 3, 2019,
    commencing at the hour of 8:35 a.m., the proceedings
17  being
    reported at 5200 Meadows Drive, Lake Oswego, Oregon.
18
19
20
21
22
23
24
25

```
 1   test negative for that --
 2        A.   If there's no cell there, it can't stain
 3   with anything.  That is safe to say.
 4        Q.   That would be true if there's no cell
 5   there, the Ki-67 and the Cytokeratin 15 would test
 6   negative for that cell?
 7        A.   Yeah, because it's not there.
 8        Q.   Okay.  So you did Cytokeratin 15 staining
 9   and Ki-67 staining on Ms. Earnest, Ms. Francis, and
10   Ms. Durden's pathology, right?
11        A.   Yes.
12        Q.   So whose idea was it to do that staining?
13        A.   It was my idea.
14        Q.   So during your first deposition, we talked
15   about mechanisms of action.  Do you remember that?
16        A.   Vaguely, yes.
17        Q.   In your Rule 26 report, you attached a
18   list of literature that you reviewed.  Do you
19   remember that?
20        A.   Yes.
21        Q.   Some of the literature that you relied on
22   in forming your opinions has hypothesized that the
23   theoretical mechanism of action for why a
24   chemotherapy drug could potentially result in
25   persistent hair loss is that it kills the stem cell
```

Page 402

1  in the bulge region of the hair follicle, right?
2       A.   Yes.
3       Q.   And, in fact, you've published on that as
4  well, haven't you?
5       A.   Speculated.  We don't know, unfortunately.
6  But yeah, we've speculated in a review article.
7       Q.   You speculated that the theoretical
8  mechanism of action for why a chemotherapy drug
9  might result in ongoing hair loss is that it would
10 kill the stem cell in the bulge region, right?
11      A.   In permanent hair loss, not -- yes, that
12 the cells die.
13           (Whereupon, Article Primary Scalp Alopecia
14 was marked as Exhibit 5 for identification.)
15 BY MR. SEARS:
16      Q.   We talked about this article before but
17 I'm going to mark it as Exhibit 5, an article that
18 you wrote called Primary Scalp Alopecia, New
19 Histopathological Tools, New Concepts and a
20 Practical Guide to Diagnosis.
21      A.   Yes.
22      Q.   And really what I want to focus on is page
23 57.4.  What you wrote is "Noncicatricial alopecia
24 cannot be considered as synonymous to reversible
25 hair loss. Permanent alopecia after chemotherapy is

1      A.   And I started reading.
2      Q.   Sure.  Here's really the point I'm trying
3  to make is what you're hypothesizing here, in this
4  paper that you wrote, is that the mechanism of
5  action -- the theoretical mechanism of action for
6  why a chemotherapy drug would result in ongoing hair
7  loss after the completion of chemotherapy is that
8  there would be some toxicity of the drug that would
9  harm the follicular stem cell, right?
10     A.   Yes.
11     Q.   I think you referred to earlier that
12 you've published on Cytokeratin 15?
13     A.   Several times -- a couple times.
14          (Whereupon, Article was marked as Exhibit
15 6 for identification.)
16 BY MR. SEARS:
17     Q.   So I'm handing you Exhibit 6 which is a
18 reply to Lack of Specificity of Cytokeratin 15 Loss
19 in Scarring Alopecia, and this is something that you
20 wrote along with -- I'm going to butcher this guy's
21 name but Athenos Kolivras.
22     A.   Kolivras, Athanassios.
23     Q.   Okay.  So on the bottom of the first giant
24 paragraph there's CK-15, which that stands for
25 Cytokeratin 15, right?

Page 434

1   there was even antibody in the specimen I bought.
2   But I did say in one email that we had only bought
3   it from one company, so I don't know.
4   BY MR. SEARS:
5        Q.   You decided to use the Cytokeratin 15
6   because it works?
7             MR. THORNTON:  Objection; form.
8             THE WITNESS:  Yes.
9   BY MR. SEARS:
10       Q.   So we talked about how Anne Andrews is on
11  these emails, so she knew that you were going to
12  test Ms. Francis, Ms. Earnest, and Ms. Durden's
13  pathology with the Cytokeratin 15, right?
14       A.   Yes.
15       Q.   Can you think of any other discussions
16  you've are had with anyone about the Cytokeratin 15
17  staining that we haven't talked about?
18       A.   No.
19            (Whereupon, Email dated 4-10-18 was marked
20  as Exhibit 9 for identification.)
21  BY MR. SEARS:
22       Q.   All right.  So I just handed you Exhibit
23  9, and it's an April 10, 2018 email that you sent to
24  Dr. Alexa Poole and Anne Andrews.  And the subject
25  is "The specimens have arrived..." -- and then it

Page 439

1  email?
2       A.   Yes.
3       Q.   And Antonella Tosti is -- Dr. Tosti is
4  plaintiffs' retained expert?
5       A.   Yes.
6       Q.   So on the second paragraph in your email
7  you write "We are testing the Cytokeratin 15
8  immunohistochemistry test today and hope to stain
9  these cases later tomorrow or Wednesday morning.  In
10 the event the Cytokeratin 15 findings do not add to
11 the information, I will issue my reports without
12 that information."  Do you see that?
13      A.   Yes.
14      Q.   And you ended up issuing your reports
15 without that information, didn't you?
16      A.   Yes.
17      Q.   When you write add to the information,
18 what were you expecting to see that would add to the
19 information?
20           MR. THORNTON:  Objection; form.
21           THE WITNESS:  Well, the -- I mean, as I
22 said in the last sentence, just to emphasize the
23 findings on the H&E slides alone are quite
24 convincing, shows permanent loss of larger hair
25 follicles.  So my -- what did I expect to see?  We

1    Q.   When did it become clear to you that the
2  Cytokeratin 15 and Ki-67 staining for Ms. Earnest,
3  Ms. Francis, and Ms. Durden did not have utility?
4    A.   As soon as I looked at them, and there's
5  an email on the day that I think I sent everybody.
6    Q.   But before that, before you looked at
7  them, you thought that there might be some utility
8  in running those tests?
9    A.   Well, it's all we have.  And if you look
10 back at the publication that we were looking at the
11 letter response to, it was chalking up yet another
12 entity into the lack of utility of Cytokeratin 15.
13 It's not very often that you get six biopsies from
14 three patients on permanent chemotherapy-induced
15 alopecia, because these patients by and large don't
16 receive biopsies.  It's the last thing they need is
17 more surgery after what they've been through.  So
18 seeing six biopsies roll in the door all at once is
19 a nice provisional investigation, you know, it's
20 good material to do that with.
21   Q.   So if I understand your answer, you
22 thought that, yes, there was some utility in running
23 the Cytokeratin 15 and Ki-67 staining for Ms.
24 Earnest, Ms. Francis and Ms. Durden?
25   A.   Yeah.  Well ---

Page 492

1      A.   Yes.
2      Q.   -- Ms. Francis, and Ms. Earnest?
3      A.   Yes.
4      Q.   So the Cytokeratin 15 tested positive in
5  Ms. Earnest, Ms. Durden, and Ms. Francis' tissue?
6      A.   In these structures, yeah.  We use --
7      Q.   You wrote because it tested positive you
8  did not pursue this further, right?
9      A.   Yes.
10     Q.   If it tested negative, would've you
11 pursued it further?
12     A.   Yes.
13     Q.   Because it tested positive in Ms. Earnest,
14 Ms. Francis, and Ms. Durden, is that an indication
15 to you that their stem cells were not damaged?
16     MR. THORNTON:  Objection; form.
17     THE WITNESS:  No.  Because we're talking
18 about these basaloid bodies here.  And we don't --
19 there's a whole glob of these cells also called
20 telogen bodies, and they're not stem cells.  Maybe
21 one of them is.
22 BY MR. SEARS:
23     Q.   You talked about how if it did test
24 negative, you would have pursued it further.
25 Would've you pursued it further, then, because it

Page 493

1 would have fit with your theoretical mechanism of
2 action for why chemotherapy can result in ongoing
3 alopecia?
4         MR. THORNTON: Objection to the form.
5         THE WITNESS: No. Like you said before,
6 my interest in this level, this using patient
7 tissue, is in looking for staining patterns that are
8 different and specific for diseases. So these
9 telogen bodies or basaloid bodies, we see them in
10 normal -- we see them in androgenetic. We see them
11 in permanent chemotherapy-induced alopecia. We see
12 them in the subacute phase of alopecia areata, hair
13 loss with psoriasis when you have it on your scalp.
14 And they all have to be taken in the context of the
15 other histopathology. But we do know when you do
16 immunohistochemical staining with the Cytokeratin 15
17 antibody that I purchase and have, it stains these
18 bodies. And they're one of the features of
19 chemotherapy-induced alopecia, the permanent.
20 BY MR. SEARS:
21    Q. So if the Cytokeratin 15 tested negative
22 in the pathology samples for Ms. Earnest, Ms.
23 Durden, and Ms. Francis, why would've you pursued it
24 further?
25         MR. THORNTON: Objection.

Page 494

1     THE WITNESS:  Because it needs to be
2  investigated in a controlled study with positive and
3  negative controls.  You can't publish something off
4  of six biopsies from three patients.  It's quite a
5  bit more complicated than that.
6  BY MR. SEARS:
7     Q.  And in doing that additional research,
8  would've you been seeking to confirm your hypothesis
9  for why chemotherapy may cause ongoing alopecia
10 after the completion of chemotherapy?
11        MR. THORNTON:  Objection; form.
12        THE WITNESS:  It could eventually lead to
13 that, but my initial investigation, which would
14 probably take years, would be to turn it into a
15 diagnostic tool.
16 BY MR. SEARS:
17    Q.  The next paragraph down in your email says
18 "Perhaps redacted has access or knowledge of other
19 antibodies to the follicular stem cells which I
20 don't know about.  When I first work with
21 Cytokeratin 15, I also tested an antibody toward
22 Nestin, but the staining was nonspecific.  I did
23 only test one source of the Nestin." Did I read that
24 correctly?
25    A.  Yes.