# EXHIBIT C

# Expert Report of Ellen G. Feigal, M.D.

*MDL - 2740 Taxotere (Docetaxel) Products Liability Litigation*

*Eastern District of Louisiana United States District Court*

present 31 days after the last chemotherapy in 92.3% for patients on the Taxotere/docetaxel-containing arm (TAC) vs. 87.6% on control (FAC).[68]

### B. Chemotherapy-Induced Permanent, Irreversible Alopecia

Permanent, irreversible hair loss due to chemotherapy (PCIA) has been defined as an absence of or incomplete hair regrowth 6 months beyond completion of chemotherapy.[69] PCIA is thought to be likely a result of the hair follicle being permanently damaged, and the hair density is markedly reduced. It has been hypothesized that this may be due to irreversible damage of the stem cells/hair matrix cells of the hair bulb, or disturbance of the signaling pathways to the secondary hair germ.[70] Prior to the experience with Taxotere/docetaxel in breast cancer patients, PCIA was primarily seen in patients receiving high doses of selected chemotherapy agents in the transplant setting.[71] It was not a recognized adverse event using standard doses of chemotherapy in cancer patients.[72]

In the randomized studies with Taxotere/docetaxel in breast cancer the following adverse events with alopecia were shown:

In TAX 316 (node positive breast cancer) 92.3% of patients on the Taxotere/docetaxel-containing regimen (TAC) and 87.6% of patients on control (FAC), had alopecia at 31 days after the last cycle of chemotherapy.[73] At the end of the 10-year follow up period, PCIA was seen in 3.9% (n=29) of patients on the Taxotere/docetaxel-containing regimen (TAC) and in 2.2% (n=16) on the control (FAC).[74]

---

[68] *Id.* at p. 69, Sanofi_02645268.

[69] Ben Tallon, MBChC et al., *Permanent Chemotherapy-Induced Alopecia: Case Report and Review of the Literature*, 63(2) J. AM. ACAD. DERMATOL. 333-36 (2010).

[70] *See, e.g., id.* and Christos Prevezas et al., *Irreversible and Severe Alopecia Following Docetaxel or Paclitaxel Cytotoxic Therapy for Breast Cancer*, 160 BRIT. J. DERMATOL. 881 (2009).

[71] *See, e.g.*, M.E. de Jonge et al., *Relationship Between Irreversible Alopecia and Exposure to Cyclophosphamide, Thiotepa and Carboplatin (CTC) in High-Dose Chemotherapy*, 30 BONE MARROW TRANSPLANTATION 593-97 (2002); Antonella Tosti, MD et al., *Permanent Alopecia After Busulfan Chemotherapy*, 152 BRIT. J. DERMATOL. 1056-58 (2005).

[72] Ben Tallon, MBChC et al., *Permanent Chemotherapy-Induced Alopecia: Case Report and Review of the Literature*, 63(2) J. AM. ACAD. DERMATOL. 333-36 (2010).

[73] TAX 316 Clinical Study Report (Sept. 9, 2010) at p. 69, Sanofi_02645268.

[74] *Id.* at p. 37, Sanofi_02645236.