# EXHIBIT D

Page 1

1         UNITED STATES DISTRICT COURT
2          EASTERN DISTRICT OF LOUISIANA
3
4  ELIZABETH KAHN,
5           Plaintiff,
6      v.                        No. 2:16-cv-17039
7  SANOFI-AVENTIS U.S. L.L.C.
8  and SANOFI US SERVICE,
9  INC.,
10          Defendants.
11
12
13
14
15         ZOOM VIDEOTAPED DEPOSITION OF
16             CURTIS THOMPSON, M.D.
17         Taken in behalf of Defendants
18              September 23, 2020

Page 110

1  more in some areas than others.  I don't know.
2  Q.  So if a patient clinically has greater hair loss
3      in androgen sensitive areas of the scalp and
4      androgen independent areas on the scalp, would
5      you think that for the patient the hair loss has
6      more to do with pattern hair loss and less to do
7      with chemotherapy?
8          MS. DAVIS:  Objection; form.
9          THE WITNESS:  I thought I answered that.  I
10     don't know.  There's two options here.  There's
11     one there's different sensitivities to the chemo
12     that produces that, but the second option is
13     they have permanent chemotherapy-induced
14     alopecia along with the pattern hair loss.  The
15     two certainly have to be together, not in a
16     percentage of cases.
17 Q.  BY MR. SEARS:  So previously we've talked about
18     the cytokeratin 15 and Ki-67 staining.  You
19     recall all that?
20 A.  Oh, yes.
21 Q.  I don't really want to get into all that again,
22     but fair to say that you did not do any
23     cytokeratin 15 and Ki-67 staining for Ms. Kahn?
24 A.  No, I did not.
25 Q.  Why did you not do it?

Page 140

1       can go down the stem cell pathway discussion
2       now.  But if the, for some reason the stem cells
3       are damaged, not functioning, then it may,
4       nothing may, you know, turn that around.  So I
5       don't know about that.
6    Q. BY MR. SEARS:  Maybe I can ask the question a
7       different way.  Let's say that a woman had
8       chemotherapy, was having problems regrowing hair
9       after that chemotherapy but started on minoxidil
10      pretty much immediately.  Do you think by
11      starting the minoxidil, that woman could prevent
12      more permanent hair loss?
13           MS. DAVIS:  Objection; form.
14           THE WITNESS:  I have no idea.  I'm not a
15      clinical hair loss specialist.
16   Q. BY MR. SEARS:  We talked earlier about how you
17      don't know whether you would see follicular
18      dropout if you looked at a biopsy that occurred
19      a year after the chemotherapy; right?
20           MS. DAVIS:  Objection; form.
21           THE WITNESS:  Yes.  Yes.
22   Q. BY MR. SEARS:  And if there was conflict or
23      dropout at that point, do you think the
24      minoxidil could prevent the hair from
25      progressing to this permanent follicular