# EXHIBIT E

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
IN RE:  TAXOTERE (DOCETAXEL)     *
PRODUCTS LIABILITY LITIGATION    *    Docket No.: 16-MD-2740
                                 *    Section "H(5)"
                                 *    New Orleans, Louisiana
Relates to:  Barbara Earnest     *    September 19, 2019
Case No.: 16-CV-17144            *
* * * * * * * * * * * * * * * * *
```

DAY 4 - AFTERNOON SESSION
TRANSCRIPT OF JURY TRIAL BEFORE
THE HONORABLE JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiffs:         Barrios Kingsdorf & Casteix, LLP
                            BY:  DAWN M. BARRIOS, ESQ.
                            701 Poydras Street
                            Suite 3650
                            New Orleans, Louisiana 70139


For the Plaintiffs:         Gainsburgh Benjamin David Meunier
                              & Warshauer, LLC
                            BY:  M. PALMER LAMBERT, ESQ.
                            1100 Poydras Street
                            Suite 2800
                            New Orleans, Louisiana 70163


For the Plaintiffs:         Pendley Baudin & Coffin, LLP
                            BY:  CHRISTOPHER L. COFFIN, ESQ.
                            1100 Poydras Street
                            Suite 2505
                            New Orleans, Louisiana 70163

OFFICIAL TRANSCRIPT

| | | |
|---|---|---|
| 2:49PM | 1 | it to her and see if it refreshes her memory, and, did you say |
| 2:49PM | 2 | that? |
| 2:49PM | 3 | **MR. SCHANKER:** Which line are you thinking? |
| 2:49PM | 4 | **THE COURT:** It may be that -- I don't want to open a |
| 2:49PM | 5 | can of worms. |
| 2:49PM | 6 | **MS. SASTRE:** Me either. So, Judge, I was just going |
| 2:49PM | 7 | to ask, "We're going to take scalp" -- I'll say "scalp biopsies |
| 2:50PM | 8 | for pathology and stem cells markers, and we need a good lab |
| 2:50PM | 9 | for processing." Is that okay? |
| 2:50PM | 10 | **THE COURT:** What's the problem? |
| 2:50PM | 11 | **MR. SCHANKER:** The problem is that the entire purpose |
| 2:50PM | 12 | of this, which I would need to elicit, is that the reason, and |
| 2:50PM | 13 | what she would explain is that Curtis Thompson was interested |
| 2:50PM | 14 | in this because he wanted hundreds of women to do a scientific |
| 2:50PM | 15 | study. So if they're allowed -- |
| 2:50PM | 16 | **THE COURT:** Listen, Mr. Schanker. |
| 2:50PM | 17 | **MR. SCHANKER:** Yes. |
| 2:50PM | 18 | **THE COURT:** This defendant is allowed to ask this |
| 2:50PM | 19 | witness whether or not she lined up the stem cells, and I think |
| 2:50PM | 20 | that's what I'm hearing. |
| 2:50PM | 21 | **MR. SCHANKER:** Okay. And if it opens the door how |
| 2:50PM | 22 | many women, because it's only natural -- |
| 2:50PM | 23 | **THE COURT:** Well, it's not going to open the door. |
| 2:50PM | 24 | **MR. SCHANKER:** Okay. Well, Your Honor -- |
| 2:50PM | 25 | **THE COURT:** And I've already instructed this witness, |

| | | |
|---|---|---|
| 2:50PM | 1 | and you're going to have to carefully fashion your question. |
| 2:50PM | 2 |       **MS. SASTRE:** Okay. |
| 2:50PM | 3 |       **THE COURT:** Because I -- I have already cautioned |
| 2:50PM | 4 | Dr. Tosti. |
| 2:51PM | 5 |       **MR. SCHANKER:** Can I make a record on this? Maybe I |
| 2:51PM | 6 | haven't been clear. |
| 2:51PM | 7 |       **THE COURT:** What's the problem? |
| 2:51PM | 8 |       **MR. SCHANKER:** My problem is, I read this entire stem |
| 2:51PM | 9 | cell, and the reason they were interested in it is because |
| 2:51PM | 10 | Dr. Thompson's going to explain that he wanted to do this on |
| 2:51PM | 11 | hundreds of women as a study. |
| 2:51PM | 12 |       **THE COURT:** Listen, I'm sorry if you don't want to |
| 2:51PM | 13 | hear this, but Dr. Thompson -- I understand that. But, you |
| 2:51PM | 14 | know, there were pathology labs -- I mean pathology slides |
| 2:51PM | 15 | taken of Ms. Earnest, and they were sent to Dr. Thompson, and |
| 2:51PM | 16 | he read it, then he sent this to Dr. Tosti. This is an |
| 2:51PM | 17 | appropriate line of inquiry, and I'm going to allow it. |
| 2:51PM | 18 |       **MS. SASTRE:** Does it make sense to just -- I don't |
| 2:51PM | 19 | know if you just want to let her know I'm going to be very |
| 2:51PM | 20 | specific. She shouldn't just start talking about the whole |
| 2:51PM | 21 | document. |
| 2:51PM | 22 |       **THE COURT:** Dr. Tosti? |
| 2:51PM | 23 |       **THE WITNESS:** Yes. |
| 2:51PM | 24 |       **THE COURT:** Just be careful when you answer this |
| 2:51PM | 25 | question now, only answer the question. |