# EXHIBIT F

Page 1

1      UNITED STATES DISTRICT COURT
       EASTERN DISTRICT OF LOUISIANA
2
       CASE No.  2:16-cv-17039
3
4  ELIZABETH KAHN,
              Plaintiffs,
5  v.
6  SANOFI-AVENTIS U.S. L.L.C. and
   SANOFI US SERVICE, INC.
7
8              Defendant
9  _____/
10                  Remote Proceedings
                    September 29, 2020
11                  10:03 a.m. - 4:39 p.m.
12
13      VIDEO DEPOSITION OF ANTONELLA TOSTI, M.D.
14              (Via Teleconference)
15    Taken before SUZANNE VITALE, R.P.R., F.P.R.
16  and Notary Public for the State of Florida at Large,
17  pursuant to Notice of Taking Deposition filed in the
18  above cause.
19
20
21
22
23
24
25

Page 100

1    A.    No, I did not.
2    Q.    Did you ask Dr. Thompson to do any kind of
3    stem cell testing?
4    A.    No, I did not.
5    Q.    Do you know whether or not any stem cell
6    testing was done on Ms. Kahn's pathology?
7    A.    No.  I don't know, but I don't think so.
8    Q.    You would agree that Dr. Thompson is a
9    qualified dermatopathologist, correct?
10   A.    Yes, I do.
11   Q.    He knows what he is doing, fair enough?
12   A.    Yes, I think so.
13         MR. STRONGMAN:  We've been going for about
14   another hour.  I know you're an hour ahead of
15   me, Doctor.  If you need to eat or take a
16   break, now might be an okay time for that.
17   It's up to you.
18         THE WITNESS:  I think I can take the next
19   break for lunch.  Maybe we take five minutes as
20   before, now.
21         MR. STRONGMAN:  Great.  Let's do that if
22   that's okay with you, Palmer?
23         THE WITNESS:  Yes.
24         MR. LAMBERT:  Perfect, yes.
25         Thank you, Doctor.