# EXHIBIT A

```
1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF LOUISIANA

3

4

5    IN RE:  TAXOTERE (DOCETAXEL)
             PRODUCTS LIABILITY            Docket No.: 16-MD-2740
6            LITIGATION                    Section "H(5)"
                                           September 18, 2019
7                                          New Orleans, Louisiana

8    Relates To:  Barbara Earnest,
     Case No.: 16-CV-17144
9

10   * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

11
                         DAY 3, MORNING SESSION
12              TRANSCRIPT OF JURY TRIAL PROCEEDINGS
           HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
13                  UNITED STATES DISTRICT JUDGE

14

15   APPEARANCES:

16   For the Plaintiffs:       Barrios, Kingsdorf & Casteix, LLP
                               BY:  DAWN BARRIOS, ESQ.
17                             701 Poydras Street
                               Suite 3650
18                             New Orleans, Louisiana 70139

19

20   For the Plaintiffs:       Gainsburgh, Benjamin, David,
                                 Meunier & Warshauer, LLC
21                             BY:  PALMER LAMBERT, ESQ.
                               2800 Energy Centre
22                             1100 Poydras Street
                               New Orleans, Louisiana 70163
23

24

25

                           OFFICIAL TRANSCRIPT
```

1  already.

2  Q.   That's all right.  What were your impressions -- you

3  worked with Dr. Carinder.  What were your impressions of him?

4  A.   I loved Dr. Carinder.  He's a great guy.  He's a good

5  physician.  I found him very up to date, very clinical.  He

6  went to all of the latest meetings.  We had high-level clinical

7  discussions.  I sought out his advice when I got breast cancer.

8  He was one of the physicians that I went to.  I said:  You

9  know, tell me, is this the right thing that they want to do?  I

10 really respect him a lot.

11 Q.   I want to show you Plaintiff's Exhibit 192.

12      MS. MENZIES:  Am I allowed to give her -- may I

13 approach and give her a physical copy?

14      THE COURT:  Yes, you may.  Is it already in evidence?

15      MS. MENZIES:  Yes, Your Honor.  Monday, I believe.

16 EXAMINATION BY MS. MENZIES:

17 Q.   I've put up on the board here -- I know you have it in

18 front of you -- Plaintiff's Exhibit 192, and you can flip

19 through those pages a little, if you haven't already.  Have you

20 seen this document before?

21 A.   Yes, I have.

22 Q.   And was this one of the materials that you used when you

23 were promoting Taxotere for Sanofi?

24 A.   Yes.

25 Q.   What are we looking at in 192?