# EXHIBIT H

```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF LOUISIANA



IN RE:  XARELTO                  *
(RIVAROXABAN) PRODUCTS           *
LIABILITY LITIGATION             *
                                 *
THIS DOCUMENT RELATES TO:        *  Docket No.: 14-MD-2592
                                 *  Section "L"
Joseph J. Boudreaux, Jr.         *  New Orleans, Louisiana
v. Janssen Research &            *  April 28, 2017
Development, et. al.,            *
Case No.: 14-CV-2720             *
* * * * * * * * * * * * * * * * *

               VOLUME IV - AFTERNOON SESSION
        TRANSCRIPT OF BELLWETHER JURY TRIAL PROCEEDINGS
             BEFORE THE HONORABLE ELDON E. FALLON
                  UNITED STATES DISTRICT JUDGE


APPEARANCES:


For the Plaintiffs':
Liaison Counsel:            Levin Papantonio
                            BY:  BRIAN H. BARR, ESQ.
                            316 South Baylen Street, Suite 600
                            Pensacola, Florida   32502


                            Beasley Allen
                            BY:  ANDY BIRCHFIELD, ESQ.
                            P.O. Box 4160
                            Montgomery, Alabama 36103


                            Gainsburg Benjamin David
                              Meunier & Warshauer
                            BY:  GERALD E. MEUNIER, ESQ.
                            2800 Energy Centre
                            1100 Poydras Street
                            New Orleans, Louisiana 70163


                         OFFICIAL TRANSCRIPT
```

**Page 1119**

1  than on warfarin?
2  A.   Yes, they were.
3  Q.   Did the ROCKET study -- I'm sorry. Did I cut you off,
4  Dr. Peters?
5  A.   No. I was just going to say, one of the major -- we were
6  looking -- we would have been happy with equal efficacy and
7  equal safety given the problems with warfarin we had mentioned
8  earlier. So this was very -- at this time a little bit
9  surprising that we had reductions in these serious bleeds. And
10 it's actually been a common finding across all of the new
11 drugs, that they all seemed to have fewer of these most serious
12 bleeds compared to warfarin.
13 Q.   Did the ROCKET study also prove that Xarelto was highly
14 effective at preventing stroke?
15 A.   Yes, it did. Again, if warfarin is at least 70 percent
16 effective for preventing strokes, we showed very convincingly
17 we were at least as good as warfarin and, at least numerically,
18 we were actually showing fewer strokes than warfarin, but not
19 statistically fewer in the ITT analyses.
20 Q.   And, Dr. Peters, did you participate in the FDA advisory
21 committee hearing to discuss ROCKET and the findings of the
22 study?
23 A.   Yes, I did.
24 Q.   What is the FDA advisory committee?
25 A.   That's a group of outside-the-FDA experts that they

OFFICIAL TRANSCRIPT

**Page 1120**

1  convene to help them with questions they have for them. In
2  this case it was questions around the ROCKET study and if
3  rivaroxaban should be approved or not. That was the main
4  question for the advisory committee. It's a panel convened by
5  FDA. They are their experts. And the sponsor, myself and
6  others, were there to present to that FDA committee.
7  Q.   Did you learn what happened after the FDA heard the
8  presentations from FDA scientists, from outside scientists, and
9  had studied the ROCKET data, what did the advisory committee
10 do?
11 A.   The advisory committee recommended, by a vote of nine to
12 two, that rivaroxaban should be approved in the United States.
13 Q.   Dr. Peters, do you think that Xarelto is a safe and
14 effective medicine?
15 A.   Yes, I do.
16 Q.   Is it effective at preventing strokes?
17 A.   Yes, it's very effective. As we mentioned, versus
18 warfarin, it's very effective, and we were at least equal if
19 not better. So it's a very effective medicine for preventing
20 strokes.
21 Q.   And you told us about your wife early on. You've been
22 married 39 years. I assume you like her.
23             MR. BARR:   Your Honor, if this is going where I think
24 it's going, I have an objection.
25             MR. SARVER:   Well, it is. Let's go up to the bench.

OFFICIAL TRANSCRIPT

**Page 1121**

1           (WHEREUPON, the following proceedings were held at
2  the bench.)
3             THE COURT:   I assume she had --
4             MR. SARVER:   She took it and did fine and all that
5  stuff.
6             MR. MEUNIER:   Your Honor, this was the subject of a
7  motion in limine as to which you reserved a ruling, and you
8  said it would depend on credibility and other issues that may
9  arise at the trial. There's no need to enhance this man's
10 credibility by saying that his wife took Xarelto, and I think
11 it has a prejudicial effect that outweighs the probative value
12 and so we'd ask that it not be allowed.
13            MR. SARVER:   This testimony has already come in
14 through another witness, Your Honor, not for Dr. Peters' wife,
15 but I believe it was a witness that was by deposition.
16            MR. MEUNIER:   We were not able to properly screen
17 that. It should have been objected to.
18            MR. SARVER:   Okay. I thought this was resolved.
19 That's fine.
20            THE COURT:   It may not have been resolved. The issue
21 really is only significant insofar as credibility is concerned.
22 It has no relevance other than that, but it does have some
23 relevance of credibility. This witness is testifying as the
24 company representative.
25            The plaintiffs take the position that the

OFFICIAL TRANSCRIPT

**Page 1122**

1  company did something -- did not do something that they should
2  have done, and there's also a suggestion that they did it for
3  commercial reasons. This witness has been involved with the
4  Xarelto, the development and design of Xarelto. So his
5  credibility is significant to the whole case, it seems to me.
6  The plaintiffs have attempted to take him on cross and to show
7  that his credibility is a problem. That's obvious. Certainly,
8  they take the position that the company's credibility is at
9  issue.
10           So I weigh the advantages, disadvantages, and it
11 seems to me that the 403 analysis tips in favor of allowing it.
12            MR. SARVER:   Thank you, Your Honor.
13            THE COURT:   That's my ruling.
14            MR. SARVER:   Yes, sir.
15           (WHEREUPON, the following proceedings were held in
16 open court.)
17            MR. SARVER:   We're back, Dr. Peters. Are you ready
18 for us?
19            THE WITNESS:   Okay.
20 BY MR. SARVER:
21 Q.   Okay. So, Dr. Peters, you told us earlier that you've
22 been married for 39 years.
23 A.   Yes.
24 Q.   I'm assuming you like your wife.
25 A.   I didn't hear that --

OFFICIAL TRANSCRIPT