# EXHIBIT I

Page 1

```
      IN THE UNITED STATES DISTRICT COURT
    FOR THE EASTERN DISTRICT OF LOUISIANA
                      - - -

  IN RE:  TAXOTERE         :   MDL NO. 2740
  (DOCETAXEL) PRODUCTS     :   SECTION: "N"
  LIABILITY LITIGATION     :   (5)
                           :   JUDGE
  THIS DOCUMENT RELATES    :   ENGELHARDT
  TO:                      :   MAG. JUDGE
                           :   NORTH
  ALL CASES                :

                      - - -

              October 10, 2018

                      - - -
```

            Videotaped deposition of
MADELINE MALIA, taken pursuant to notice,
was held at the law offices of Shook
Hardy & Bacon, 2001 Market Street,
Philadelphia, Pennsylvania beginning at
9:11 a.m., on the above date, before
Michelle L. Gray, a Registered
Professional Reporter, Certified
Shorthand Reporter, Certified Realtime
Reporter, and Notary Public.

                      - - -

           GOLKOW LITIGATION SERVICES
        877.370.3377 ph| 917.591.5672
                deps@golkow.com

```
 1         A.    Yes.
 2         Q.    Okay.  And looking at this
 3   image of a woman who had
 4   docetaxel-associated persistent hair
 5   loss, have you ever seen this
 6   presentation before?
 7              MR. STRONGMAN:  Objection.
 8         Form.
 9              THE WITNESS:  No.
10   BY MS. MENZIES:
11         Q.    Would you agree with
12   Dr. Bourgeois that this type of result
13   for persistent hair loss after taking
14   Taxotere would affect a woman's quality
15   of life?
16              MR. STRONGMAN:  Objection.
17         Form.
18              THE WITNESS:  I understand,
19         you know, generally that cancer
20         overall impacts severely a woman's
21         life, men and women.
22   BY MS. MENZIES:
23         Q.    Okay.  And as we saw from
24   Dr. Bourgeois' abstract, he was talking
```

1  about patients who continued to have
2  persistent hair loss six months, a year,
3  and more than two years afterwards.  And
4  this is an example of a woman with
5  docetaxel-associated hair loss.  Do you
6  agree that this type of hair loss, as
7  presented in this study would affect a
8  woman's quality of life?
9              MR. STRONGMAN:  Objection.
10        Form.
11             THE WITNESS:  I can't
12        comment beyond what my own
13        personal experience has been.
14  BY MS. MENZIES:
15        Q.   That's what I'm asking.
16  Would you consider that devastating?
17             MR. STRONGMAN:  Objection.
18        Form.
19             THE WITNESS:  I think that
20        without having gone through it
21        myself -- I've seen my mom and my
22        sister go through it, and the
23        whole experience was devastating.
24

Page 120

1  BY MS. MENZIES:
2      Q.   Does your mom and sister,
3  did their hair grow back?
4      A.   Well, my sister died, so we
5  didn't have a chance to find out about
6  hers.  And my mom's still hasn't grown
7  back.  So I don't know what the outcome
8  is.
9      Q.   Okay.  And so if a patient
10 who six months, two years or more after
11 her chemotherapy survived, hopefully, but
12 continued to look like this, would you
13 agree that this is a devastating side
14 effect?
15          MR. STRONGMAN:  Objection.
16      Form.
17          THE WITNESS:  I can't
18      comment beyond my own personal
19      experience.
20          And again, I think the whole
21      experience of a cancer diagnosis
22      is devastating.  I can't comment
23      as someone who's not had cancer
24      how I would feel going through

 1           treatment and what the outset of
 2           that would look like.
 3   BY MS. MENZIES:
 4        Q.    Okay.
 5        A.    So it's just not --
 6        Q.    Would you agree with me that
 7   if you continued to go through your life
 8   with your hair looking like this, that
 9   that would be -- affect your quality of
10   life?
11                MR. STRONGMAN:  Objection to
12           form.
13                THE WITNESS:  I think
14           there's too many other things that
15           go into play in terms of a cancer
16           survivorship and what treatment
17           looks like to comment solely on
18           one piece of it.
19   BY MS. MENZIES:
20        Q.    So if I understand your
21   answer correctly, if your hair looked
22   like the woman in this study --
23        A.    I can't speak for her, is
24   what I'm saying.