UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION THIS DOCUMENT RELATES TO: | MDL NO. 2740 SECTION "H" (5) |

*Shelly Jones v. Sanofi S.A. et. al. 2:20-cv-00974*

## ORDER OF SEVERANCE

Considering the foregoing Plaintiff Shelly Jones's Ex Parte Motion for Order of Severance pursuat to Pretrial Order No. 65, and that this Plaintiff has filed a Motion to Remand, which was denied, and has, since the Order of Remand was filed and denied, fully complied with Pretrial Order 65, Paragraph 9:

IT IS ORDERED that the Motion is hereby GRANTED, and the individual plaintiff claims in the above captioned member cases are hereby severed from their original complaint.

New Orleans, Louisiana this 7th of July, 2021.

HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE