# EXHIBIT A

Page 1

```
 1             UNITED STATES DISTRICT COURT
 2             EASTERN DISTRICT OF LOUISIANA
 3
 4   ELIZABETH KAHN,
 5   Plaintiff,
 6    vs.                    Case No. 2:16-cv-17039
 7   SANOFI S.A., SANOFI-AVENTIS U.S.
     L.L.C., SANOFI US SERVICE, INC., and
 8   AVENTIS-PHARMA S.A.,
 9   Defendants.
10
                 *  *  *  *  *  *  *  *  *  *
11
12   CYNTHIA THIBODEAUX,
13   Plaintiff,
14    vs.                    Case No. 2:16-cv-15859
15   SANOFI S.A., SANOFI-AVENTIS U.S.
     L.L.C., SANOFI US SERVICE, INC., and
16   AVENTIS-PHARMA S.A.
17   Defendants.
18
19          Videotape Deposition of CARL KARDINAL, M.D.,
20   taken on behalf of the defendants, at the residence of
21   Carl Kardinal, M.D., 6008 Dornagh Court, in the city
22   of Columbia, State of Missouri, on the 17th day of
23   January 2018, before Heather L. Shallow, Certified
24   Court Reporter, Registered Professional Reporter,
25   Registered Merit Reporter.        Job No. NJ2783240
```

1      A.   What did I say?

2      Q.   Your name is listed as the first author.

3      A.   All right.  What did I say?

4      Q.   Well, it talks about the development of

5   taxanes and indicating that paclitaxel, the prototype

6   taxane, came from the bark of the Pacific yew tree --

7      A.   Right.

8      Q.   -- and had supply concerns.  Do you recall

9   what you were referring to in that publication about

10  the supply concerns related to paclitaxel?

11     A.   Not -- no.

12     Q.   Okay.  In terms of -- you said they have

13  different toxicities.

14     A.   Yes.

15     Q.   Can you tell me, in 2008, for example, would

16  you -- would you say that paclitaxel was associated

17  with cardiotoxicity more so than docetaxel?

18          MR. MICELI:  Object to the form.

19     A.   Neither of the drugs were terribly

20  cardiotoxic.  I mean certainly not like Adriamycin.

21     Q.   (By Ms. Bieri)  Any thoughts on the use of

22  paclitaxel with Adriamycin?

23     A.   I have no specific recollection, you know,

24  memory of that.

25     Q.   Would you agree that neuromuscular toxicity

Page 72

1   was considerably less common with docetaxel than with

2   paclitaxel?

3            MR. MICELI:  Object to the form of the

4   question.

5        A.  Well, I'll agree to that, yeah.

6        Q.  (By Ms. Bieri)  Can you --

7        A.  Neurotoxicity with paclitaxel was a big

8   concern.

9        Q.  And tell me a little bit more about the

10  neurotoxicity that was associated with paclitaxel.

11  What would that look like for a patient?  Or what

12  could that look like for a patient?

13       A.  Well, there was sensory neuropathy which,

14  you know, that people would have abnormal sensation in

15  their hands and feet.  May be severe enough to

16  interfere with their gait.  The -- there appeared to

17  be less neurotoxicity with docetaxel than there was

18  with paclitaxel which was one of the reasons I tended

19  to use docetaxel in preference to paclitaxel.

20       Q.  Did -- were you aware of any cases of

21  permanent neuropathy with paclitaxel?

22       A.  At the time, no.

23       Q.  Ever?

24       A.  See, I can't say ever.  You know, I retired

25  way before "ever" happened.

Page 73

1        Q.   Well, you can tell me if you're aware of any
2    cases of permanent neuropathy with paclitaxel.
3        A.   Permanent is defined as when I stopped
4    practicing.
5        Q.   For you.  Okay.
6        A.   You know.  I mean, I can't say permanent is
7    permanent.
8        Q.   Okay.
9        A.   You know.  There were patients that retained
10    the neuropathy at the time I retired.  So that --
11        Q.   Are you familiar with cases of long lasting
12    neuropathy --
13        A.   Yes.
14        Q.   -- with paclitaxel?
15        A.   With paclitaxel, yes.  Perhaps less so with
16    docetaxel.
17        Q.   Would you dispute that in the chapter of The
18    Chemotherapy Source Book you wrote, "Neuromuscular
19    toxicity is considerably less common with docetaxel"?
20        A.   If I said it then, I believe it now.
21        Q.   Were there concerns with infusion reactions
22    related to paclitaxel?
23        A.   Yes.
24        Q.   Can you tell me a little bit about those?
25        A.   I can't tell you too much because we didn't

Page 74

1  -- we didn't use paclitaxel nearly as much as

2  docetaxel.

3          Q.  But you were aware that -- were you aware of

4  concerns of infusion reactions with paclitaxel?

5              MR. MICELI:  Object to the form.

6          A.  Yes.

7          Q.  (By Ms. Bieri)  In -- I'll represent to you

8  that in the 2008 Chemotherapy Source Book you wrote

9  that docetaxel was the drug of choice in breast

10 cancer.

11         A.  Well, I thought it was at the time.

12         Q.  So what things did you consider when

13 choosing Taxotere, docetaxel, over other

14 chemotherapeutic agents?

15         A.  Well, mostly I was comparing taxanes, and

16 the neuropathy with paclitaxel was greater than it was

17 with docetaxel.

18         Q.  I also saw language, "Docetaxel is the most

19 active agent yet available for the treatment of

20 advanced breast cancer.  Docetaxel may have some

21 activity in paclitaxel resistant breast cancer."

22         A.  If I said it, it must be true.

23             MR. MICELI:  Object to the form.

24         Q.  (By Ms. Bieri)  Do you know, sitting here

25 today, what you were referring to -- what was being

Page 76

1    answered.

2         Q.   I'm asking you just generally.

3         A.   Huh?

4         Q.   You prescribed Taxotere during your

5    practice; correct?

6         A.   Yeah.

7         Q.   And did you prescribe it because you thought

8    that it was a good drug that gave patients the best

9    chance of survival when you prescribed it?

10             MR. MICELI:   Object to the form.

11        A.   Okay, I'll give you a "yes."

12        Q.   (By Ms. Bieri)  Do you agree with that?

13        A.   It was an active drug, and whether -- the

14   superiority over Taxol was probably marginal, but it

15   -- but it was probably better than not using a taxane.

16        Q.   So let me make sure I understand.  You

17   believe using Taxotere was better than not using a

18   taxane and you believe that there was some level of

19   superiority over Taxol; is that correct?

20             MR. MICELI:   Object to the form.

21        A.   My main reason for selecting Taxotere over

22   Taxol was the toxicity, neuropathy.

23        Q.   (By Ms. Bieri)  Okay.  We're kind of

24   straying away from what my original question was.

25        A.   Which -- which is?

1      Q.  One, did you believe that in prescribing --
2  did you prescribe Taxotere because you thought that it
3  would help your patients survive?
4           MR. MICELI:  Object to the form.
5      A.  Yes.  I didn't pick it over Taxol for that
6  because I'm sure both the taxanes were fairly
7  equivalent in terms of survival.
8      Q.  (By Ms. Bieri)  Well, you said a couple
9  different things about --
10      A.  I don't doubt it.
11      Q.  No, I just want to make sure I understand
12  what your position is.  Are you saying that you
13  believe that Taxotere does or does not have some
14  superiority in efficacy to Taxol?
15           MR. MICELI:  Object to the form.
16      A.  No.
17      Q.  (By Ms. Bieri)  You don't know one way or
18  the other?
19      A.  (Shakes head.)  No.
20      Q.  Have you ever read any studies regarding the
21  efficacy rates of Taxotere versus Taxol?
22      A.  I've been retired for multiple years.  I
23  have not tended to keep up with every little thing.
24      Q.  Sure.  And I wasn't even trying to limit it
25  to when you retired.  Just if you had any recollection

1      Q.  Okay.

2      A.  We treated a lot of people with taxanes.

3      Q.  Do you know if Taxotere can be given in

4   combination with doxorubicin and cyclophosphamide?

5      A.  Well, it has been.

6      Q.  Do you know if it's synergistic with

7   Herceptin?

8      A.  No.

9      Q.  No, it's not, or no, you don't know?

10      A.  Do not know.

11      Q.  Do you know if it's synergistic with any

12   other chemotherapy drugs?

13      A.  I don't know.

14      Q.  Let me ask you a general question.  When you

15   were treating breast cancer patients, was there a

16   primary goal of treatment?

17      A.  What?  Make them better.

18      Q.  Help them survive?

19          MR. MICELI:  Object to the form.

20      A.  We wanted to improve survival as -- as the

21   ultimate goal, but if even if they had better response

22   to existing metastatic disease and they were

23   symptomatically improved, that was also the goal.

24      Q.  (By Ms. Bieri)  So is it fair to say that

25   the ultimate goal was survival?

1          MR. MICELI:  Object to the form.

2          MS. BIERI:  Can I finish the question?

3          MR. MICELI:  Well, I thought that was the

4     question.  I thought it was the last three questions,

5     but let me let you go ahead.

6          Q.  (By Ms. Bieri)  You said make patients

7     better.  And --

8          A.  Right.

9          Q.  -- is it fair to say that if you thought

10    that they could have disease-free survival that that's

11    the ultimate goal?

12          MR. MICELI:  Object to the form.

13          A.  Disease-free survival was -- was a goal,

14    yes.

15          Q.  (By Ms. Bieri)  Okay.  Tell me the other

16    goals.

17          A.  The other goals deal with residual toxicity,

18    without residual toxicity.

19          Q.  Such as neuropathy?

20          A.  Such as neuropathy.

21          Q.  And Doctor, are you okay?  Do you want to

22    keep going or do you want a break?

23          A.  I want to get done.

24          Q.  That's what I figured.  Then we'll --

25          A.  I mean, you must have asked every goddamn

Page 104

1      Q.  Because the incidence of significant hair
2  thinning that you saw in patients with Adriamycin, it
3  was rare, you didn't specifically warn them of the
4  risk of persistent significant hair thinning; correct?
5      A.  Correct.
6      Q.  If -- if Miss Kahn had said to you, "I don't
7  know if I want to be an NSABP B-40," what, if
8  anything, would you offer her as an alternative?
9      A.  I would have treated her very -- very
10 similarly.
11     Q.  And what does that mean?
12     A.  Meaning I would have used Adriamycin and
13 cyclophosphamide followed by a taxane.
14     Q.  And if Miss Thibodeaux had said --
15     A.  Same.
16     Q.  And I forgive -- forgive me for doing this
17 but I have to do the full question for the record.  If
18 Miss Thibodeaux had said, "Is there another option
19 other than being in a clinical trial?" what would you
20 have recommended to her?
21     A.  I would have recommended treating her with
22 Adriamycin and Cytoxan followed by a taxane.
23     Q.  Followed by Taxotere?
24        MR. MICELI:  Object to the form.
25     A.  Taxane.  Either.  Usually Taxotere is what I

Page 105

 1    would use.

 2          Q.  You typically used Taxotere?

 3          A.  I used Taxotere because of the -- has lesser

 4    neurological toxicity than Taxol.

 5          Q.  So then would you have recommended Taxotere

 6    over Taxol?

 7               MR. MICELI:  Object to the form.

 8          A.  Yes.

 9          Q.  (By Ms. Bieri)  Do you agree that saying

10    hair generally grows back is not the same as saying

11    hair always grows back?

12          A.  They're not exactly the same.  To say it

13    generally grows back, that doesn't necessarily mean

14    always.

15          Q.  Did you recommend to Miss Kahn NSABP --

16    strike that.

17          A.  B-40.

18          Q.  Strike that.  If the Taxotere label, which I

19    understand you can't remember when you last looked at

20    other than from Plaintiffs' counsel about a month

21    ago -- if the Taxotere label had said, "In most cases,

22    normal hair growth should return.  In some cases,

23    frequency not known, permanent hair loss has been

24    observed," would that change your recommendation that

25    Miss Kahn participate in NSABP B-40?

1      A.  No.

2      Q.  If -- I'm going to ask you the question same

3  about Miss Thibodeaux, for the record.  If the

4  Taxotere label had said, "In most cases, normal hair

5  growth should return.  In some cases, frequency not

6  known, permanent hair loss has been observed," would

7  that change your recommendation that Miss Thibodeaux

8  participate in NSABP B-40?

9      A.  No.

10      Q.  Can you say, to a reasonable degree of

11  medical certainty, that Miss Kahn would survive --

12  would have survived if she didn't participate in NSABP

13  B-40?

14          MR. MICELI:  Object to the form.

15      A.  Well, she would have been treated

16  essentially the same.

17      Q.  (By Ms. Bieri)  I'm not talking about

18  comparisons right now.  We know Miss Kahn was treated

19  with NSABP B-40; right?

20      A.  Mm-hmm.

21      Q.  And we know that she has survived; correct?

22  Can you --

23      A.  Wouldn't be talking here if she hadn't

24  survived.

25      Q.  Can you say that you know, to a reasonable

Page 107

1    degree of medical certainty, what her outcome would

2    have been if she had been on some other chemotherapy

3    regimen?

4              MR. MICELI:  Object to the form.

5         A.   We probably would have treated her the same,

6    as I said.  Or very similarly.

7         Q.   (By Ms. Bieri)  With ACT; correct?

8         A.   Right.

9         Q.   And you believe she would have survived on

10   ACT?

11        A.   Same risk.

12        Q.   Can you say, to a reasonable degree of

13   medical certainty -- let me ask you that about

14   Miss Thibodeaux.  Can you say, to a reasonable degree

15   of medical certainty, that Miss Thibodeaux's outcome

16   would have been the same if she had undertaken a

17   different chemotherapy regimen?

18             MR. MICELI:  Object to the form.

19        A.   Well, I wouldn't -- you're talking about

20   treating her with totally different drugs and --

21        Q.   (By Ms. Bieri)  What I'm saying is we know

22   what she was treated with; right?

23        A.   Yes.

24        Q.   Can you say if she was treated with

25   something else, not what she received in NSABP B-40,

Page 143

1      A.   Correct.

2      Q.   (By Mr. Miceli)  Okay.  And is paclitaxel an

3   adequate alternative to docetaxel?

4           MS. BIERI:  Object to the form.

5      A.   In terms of its efficacy?

6      Q.   (By Mr. Miceli)  Yes.

7      A.   They're very similar.

8      Q.   Okay.  And are there other adjuvant

9   therapies that do not include taxanes that are also

10  within the standard of care for use in patients?

11          MS. BIERI:  Object to the form.

12     A.   Yes.

13     Q.   (By Mr. Miceli)  Okay.

14          MR. MICELI:  Where's your phone?  I need to

15  see that.

16          MS. PEREZ REYNOLDS:  Give me a second.

17          MR. MICELI:  Okay.  All right.  I'll let you

18  find that.

19     Q.   (By Mr. Miceli)  Now, in Exhibit 6 to your

20  deposition -- I believe that was one of the informed

21  consents.  I'm going to do my best to locate it for

22  us, Doctor.  On page 2 there was some discussion -- I

23  think it's in this first paragraph -- I apologize for

24  pointing there -- about what standard care was.  Do

25  you remember that?

Page 144

1        A.   Well, the talk in this that AC, which was

2   Adriamycin and Cytoxan, is a standard treatment for

3   breast cancer.

4        Q.   With docetaxel; correct?

5        A.   With docetaxel?

6        Q.   If you look at that, three chemo -- "Three

7   of the chemotherapy drugs used in this study are

8   docetaxel followed the combination of doxorubicin and

9   cyclophosphamide --

10       A.   Okay.

11       Q.   -- AC, a standard treatment for breast

12   cancer."  Do you see that?

13       A.   Yeah.  It is the standard treatment.

14       Q.   Okay.  And is the -- is the docetaxel plus

15   doxorubicin plus cyclophosphamide sometimes referred

16   to as TAC?

17       A.   Yeah.

18       Q.   Okay.  Now, are you familiar with the

19   treatment option FAC?

20       A.   Right.

21       Q.   And that's --

22       A.   5FU.

23       Q.   5FU, doxorubicin, and cyclophosphamide?

24       A.   Right.

25       Q.   And is that -- is that a standard of care --

Page 145

1   or is that a -- is that a treatment option within the

2   applicable standard of care --

3           MS. BIERI:  Object to the form.

4       Q.  -- for adjuvant therapy?

5           MR. MICELI:  Go ahead.  I'm sorry.

6           MS. BIERI:  Object to the form.

7       A.  That was an old treatment and it probably

8   doesn't have the potency or efficacy of TAC.

9       Q.  (By Mr. Miceli)  Okay.

10      A.  It would not be something I would choose.

11      Q.  How about AC only without docetaxel?  Is

12  that within the standard of care?

13          MS. BIERI:  Object to the form.

14      A.  I think in selected cases of multi node

15  positive breast cancer, AC by itself is -- is not

16  adequate.

17      Q.  (By Mr. Miceli)  Okay.  How about

18  doxorubicin, paclitaxel and cyclophosphamide?  Is that

19  an adequate standard of care treatment option?

20          MS. BIERI:  Object to the form.

21      A.  Paclitaxel, I would think that would be an

22  adequate -- fairly equivalent treatment.

23      Q.  (By Mr. Miceli)  So if your patient came to

24  you and said because of -- and assume -- this would

25  assume that you were warned about the hair loss in the

Page 146

1   label -- so -- strike that question.

2              Assuming that you had been warned about the

3   use -- or the permanent alopecia being associated with

4   the use of docetaxel, Taxotere, and your client -- and

5   you advised your client of that association -- or your

6   patient of that association, and she informed you she

7   did not wish to use that product, would the

8   combination of paclitaxel, cyclophosphamide, and

9   doxorubicin be an adequate treatment option for that

10  person?

11             MS. BIERI:  Object to the form.

12        A.  Well, it should be fairly equivalent.

13        Q.  (By Mr. Miceli)  Okay.  And with neoadjuvant

14  treatment for --

15        A.  Yes.

16        Q.  -- for Ms. Thibodeaux, that ultimately --

17  her treatment ultimately included a surgery to remove

18  her --

19        A.  Tumor.

20        Q.  -- her tumor; correct?

21        A.  Yes.

22        Q.  And do you recall that -- that the removal

23  of the tumor included good, clean margins of the

24  tumor?

25             MS. BIERI:  Object to the form.

Page 219

1   when they were speaking.  Have you ever seen an

2   agreement between Sanofi and any doctor regarding

3   consulting?

4        A.  No.

5        Q.  Do you know what Sanofi requires regarding

6   disclosures of that relationship?

7        A.  No.  Nor have I been involved or seen or

8   witnessed or -- nor have I been a consultant for

9   Sanofi.

10       Q.  And Doctor, I think I just have about --

11  just a few more questions.  If I'm remembering

12  correctly, Mr. Miceli phrased a question that if you

13  knew -- something to the effect of if you knew that

14  Taxotere had a risk of persistent hair loss and a

15  patient expressed a concern about persistent hair

16  loss, you would potentially prescribe Taxol to that

17  patient.  Was that your testimony?

18            MR. MICELI:  Object to the form.

19       A.  No.

20       Q.  (By Ms. Bieri)  Sorry.  Tell me your

21  testimony.

22       A.  If Sanofi said that Taxotere may cause

23  permanent hair loss, then that should, at a minimum,

24  be included in the consent form for the use of that

25  drug.  And if they stated that the incidence of

1    permanent hair loss were X percent or whatever, those

2    things should be made known to the patient.

3          Q.   Let me ask you this:  Would it be misleading

4    to you, Doctor, if Sanofi told you that there was a

5    risk associated with a drug even though there was no

6    substantial evidence?

7          A.   What?

8               MR. MICELI:   Hold on.  Object to the form of

9    the question.

10         A.   I mean, that's not even a question.

11         Q.   (By Ms. Bieri)  It is.  Do you remember

12   Mr. Miceli talking to you about --

13         A.   Try again.

14         Q.   Do you remember Mr. Miceli talking to you

15   about the term "substantial evidence"?

16         A.   That's --

17         Q.   I'm trying to reorient you because I think

18   you thought my question was out of left field.

19         A.   Well, if I remember -- you're not coming

20   across right now at all.

21         Q.   I apologize.  Thank you for telling me.  Let

22   me try again.

23         A.   Yes.

24         Q.   If a drug manufacturer didn't have

25   substantial evidence to support something, would it

Page 221

1    be --

2         A.   If it doesn't have substantial evidence,

3    they should come out and tell you they suspect

4    something.  They have to have substantial evidence if

5    they're going to come out and give you a warning on

6    something.  Not just talk off the top of their head.

7         Q.   Mr. Miceli showed you Plaintiff's Exhibit 15

8    and he represented to you that that was a 2009

9    document, I believe.

10        A.   Yes.

11             MR. MICELI:  Which one is that?

12        A.   (Indicates.)

13             MR. MICELI:  Oh, yeah.

14        Q.   (By Ms. Bieri)  With regard to The

15   Chemotherapy Source Book --

16        A.   Yes.

17        Q.   -- that you authored a chapter of --

18        A.   On breast cancer, yes.

19        Q.   Yes.  And we've marked that as Exhibit 21.

20   Will you agree that that was published in 2008?

21   Exhibit 21.

22        A.   Yes.  Correct.

23        Q.   And I'm looking at page 372.

24        A.   All right.

25        Q.   In the last sentence of the first