# EXHIBIT B



## NCCN Clinical Practice Guidelines in Oncology™

# Breast Cancer

## V.2.2008

**Continue**

**www.nccn.org**

These guidelines are a statement of evidence and consensus of the authors regarding their views of currently accepted approaches to treatment. Any clinician seeking to apply or consult these guidelines is expected to use independent medical judgment in the context of individual clinical circumstances to determine any patient's care or treatment. The National Comprehensive Cancer Network makes no representations nor warranties of any kind whatsoever regarding their content, use, or application and disclaims any responsibility for their application or use in any way. These guidelines are copyrighted by National Comprehensive Cancer Network. All rights reserved. These guidelines and the illustrations herein may not be reproduced in any form without the express written permission of NCCN. ©2008.

# NCCN® Practice Guidelines in Oncology – v.2.2008   Invasive Breast Cancer

## ADJUVANT CHEMOTHERAPY [1,2,3,4,5]

### NON-TRASTUZUMAB CONTAINING REGIMENS (all category 1)

- FAC/CAF (fluorouracil/doxorubicin/cyclophosphamide) or FEC/CEF (cyclophosphamide/epirubicin/fluorouracil)
- AC (doxorubicin/cyclophosphamide) ± sequential paclitaxel[6]
- EC (epirubicin/cyclophosphamide)
- TAC (docetaxel/doxorubicin/cyclophosphamide) with filgrastim support[6]
- A → CMF[7] (doxorubicin followed by cyclophosphamide/ methotrexate/fluorouracil)
- E → CMF (epirubicin followed by cyclophosphamide/methotrexate/fluorouracil)
- CMF (cyclophosphamide/methotrexate/fluorouracil)
- AC x 4 (doxorubicin/cyclophosphamide) + sequential paclitaxel x 4, every 2 weekly regimen with filgrastim support
- A → T → C (doxorubicin followed by paclitaxel followed by cyclophosphamide) every 2 weekly regimen with filgrastim support
- FEC → T (fluorouracil/epirubicin/cyclophosphamide followed by docetaxel)
- TC (docetaxel and cyclophosphamide)

### TRASTUZUMAB CONTAINING REGIMENS (all category 1)

**Preferred Adjuvant Regimen:**
- AC → T + concurrent trastuzumab (doxorubicin/cyclophosphamide followed by paclitaxel plus trastuzumab)

**Other Adjuvant Regimens:**
- Docetaxel + trastuzumab → FEC
- TCH (docetaxel, carboplatin, trastuzumab)
- Chemotherapy followed by trastuzmab sequentially[8]
- AC → docetaxel + trastuzumab

**Neoadjuvant:**
- T + trastuzumab → CEF + trastuzumab (paclitaxel plus trastuzumab followed by cyclophosphamide/epirubicin/fluorouracil plus trastuzumab)

---

[1]Retrospective evidence suggests that anthracycline-based chemotherapy regimens may be superior to non-anthracycline-based regimens in patients with HER2 positive tumors.

[2]In patients with HER2 positive and axillary lymph node positive breast cancer, trastuzumab should be incorporated into the adjuvant therapy. (category 1) Trastuzumab should also be considered for patients with HER2 positive lymph node negative tumors greater than or equal to 1 cm. (category 1) Trastuzumab may be given beginning either concurrent with paclitaxel as part of the AC followed by paclitaxel regimen, or alternatively after the completion of chemotherapy. Trastuzumab should not be given concurrent with an anthracycline because of cardiac toxicity, except as part of the neoadjuvant trastuzumab with paclitaxel followed by CEF regimen. Trastuzumab should be given for one year, (with the exception of the docetaxel + trastuzumab followed by FEC regimen in which trastuzumab is given for 9 weeks), with cardiac monitoring, and by either the weekly or every three weekly schedule.

[3]CMF and radiation therapy may be given concurrently, or the CMF may be given first.  All other chemotherapy regimens should be given prior to radiotherapy.

[4]Chemotherapy and tamoxifen used as adjuvant therapy should be given sequentially with tamoxifen following chemotherapy.

[5]For node-positive patients, anthracycline-containing chemotherapy regimens are preferred.

[6]Randomized clinical trials demonstrate that the addition of a taxane to anthracycline-based chemotherapy provides an improved outcome.

[7]The data supporting A followed by CMF are limited to patients with four or more positive nodes.

[8]For specific regimens see Piccart-Gebhart MJ, Procter M, Leyland-Jones B, et al. Trastuzumab after adjuvant chemotherapy in HER2 positive breast cancer. N Engl J Med 2005;353:1659-72.

---

**Note:  All recommendations are category 2A unless otherwise indicated.**
**Clinical Trials: NCCN believes that the best management of any cancer patient is in a clinical trial.  Participation in clinical trials is especially encouraged.**

Version 2.2008 01/28/08 © 2008 National Comprehensive Cancer Network, Inc. All rights reserved. **These guidelines and this illustration may not be reproduced in any form without the express written permission of NCCN.**

# NCCN®

**Practice Guidelines in Oncology – v.2.2008**

# Invasive Breast Cancer

## REPRESENTATIVE ADJUVANT CHEMOTHERAPY REGIMENS FOR BREAST CANCER*

### NON-TRASTUZUMAB COMBINATIONS

**FAC chemotherapy [1,2]**
- 5-Fluorouracil 500 mg/m$^2$ IV days 1 & 8 or days 1 & 4
- Doxorubicin 50 mg/m$^2$ IV day 1 (or by 72 h continuous infusion)
- Cyclophosphamide 500 mg/m$^2$ IV day 1
Cycled every 21 days for 6 cycles.

**CAF chemotherapy [3]**
- Cyclophosphamide 100 mg/m$^2$ PO days 1-14
- Doxorubicin 30 mg/m$^2$ IV days 1 & 8
- 5-Fluorouracil 500 mg/m$^2$ IV days 1 & 8
Cycled every 28 days for 6 cycles.

**FEC chemotherapy [4]**
- Cyclophosphamide 75 mg/m$^2$ PO days 1-14
- Epirubicin 60 mg/m$^2$ IV days 1 & 8
- 5-Fluorouracil 500 mg/m$^2$ IV days 1 & 8
With cotrimoxazole support.
Cycled every 28 days for 6 cycles.

**AC chemotherapy [5]**
- Doxorubicin 60 mg/m$^2$ IV day 1
- Cyclophosphamide 600 mg/m$^2$ IV day 1
Cycled every 21 days for 4 cycles.

**AC followed by paclitaxel chemotherapy [6,7]**
- Doxorubicin 60 mg/m$^2$ IV day 1
- Cyclophosphamide 600 mg/m$^2$ IV day 1
Cycled every 21 days for 4 cycles.
Followed by
- Paclitaxel 175-225 mg/m$^2$ by 3 h IV infusion day 1
Cycled every 21 days for 4 cycles.
OR
- Paclitaxel 80 mg/m$^2$ by 1 h IV infusion weekly for 12 weeks.

**EC chemotherapy [8]**
- Epirubicin 100 mg/m$^2$ IV day 1
- Cyclophosphamide 830 mg/m$^2$ IV day 1
Cycled every 21 days for 8 cycles.

**TAC chemotherapy [9]**
- Docetaxel 75 mg/m$^2$ IV day 1
- Doxorubicin 50 mg/m$^2$ IV day 1
- Cyclophosphamide 500 mg/m$^2$ IV day 1
Cycled every 21 days for 6 cycles.
(All cycles are with filgrastim support).

**A followed by CMF chemotherapy [10]**
- Doxorubicin 75 mg/m$^2$ IV day 1
Cycled every 21 days for 4 cycles.
Followed by
- Cyclophosphamide 600 mg/m$^2$ IV day 1
- Methotrexate 40 mg/m$^2$ IV day 1
- 5-Fluorouracil 600 mg/m$^2$ IV day 1
Cycled every 21 days for 8 cycles.

**E followed by CMF chemotherapy [11]**
- Epirubicin 100 mg/m$^2$ IV day 1
Cycled every 21 days for 4 cycles.
Followed by
- Cyclophosphamide 100 mg/m$^2$ PO days 1-14
- Methotrexate 40 mg/m$^2$ IV days 1 & 8
- 5-Fluorouracil 600 mg/m$^2$ IV days 1 & 8
Cycled every 28 days for 4 cycles.
OR
- Cyclophosphamide 750 mg/m$^2$ IV day 1
- Methotrexate 50 mg/m$^2$ IV day 1
- 5-Fluorouracil 600 mg/m$^2$ IV day 1
Cycled every 21 days for 4 cycles.

**CMF chemotherapy [12]**
- Cyclophosphamide 100 mg/m$^2$ PO days 1-14
- Methotrexate 40 mg/m$^2$ IV days 1 & 8
- 5-Fluorouracil 600 mg/m$^2$ IV days 1 & 8
Cycled every 28 days for 6 cycles.

**Dose-dense AC followed by paclitaxel chemotherapy [13]**
- Doxorubicin 60 mg/m$^2$ IV day 1
- Cyclophosphamide 600 mg/m$^2$ IV day 1
Cycled every 14 days for 4 cycles.
Followed by
- Paclitaxel 175 mg/m$^2$ by 3 h IV infusion day 1
Cycled every 14 days for 4 cycles.
(All cycles are with filgrastim support).

*The selection, dosing, and administration of anti-cancer agents and the management of associated toxicities are complex. Modifications of drug dose and schedule and initiation of supportive care interventions are often necessary because of expected toxicities and because of individual patient variability, prior treatment, and comorbidity. The optimal delivery of anti-cancer agents therefore requires a health care delivery team experienced in the use of anti-cancer agents and the management of associated toxicities in patients with cancer.

**Note:** All recommendations are category 2A unless otherwise indicated.
**Clinical Trials:** NCCN believes that the best management of any cancer patient is in a clinical trial. Participation in clinical trials is especially encouraged.

Version 2.2008 01/28/08 © 2008 National Comprehensive Cancer Network, Inc. All rights reserved. **These guidelines and this illustration may not be reproduced in any form without the express written permission of NCCN.**

**NCCN**® **Practice Guidelines in Oncology – v.2.2008**   **Invasive Breast Cancer**

## REPRESENTATIVE ADJUVANT CHEMOTHERAPY REGIMENS FOR BREAST CANCER*

### NON-TRASTUZUMAB COMBINATIONS

**Dose-dense A-T-C chemotherapy [13]**
• Doxorubicin 60 mg/m$^2$ IV day 1
Cycled every 14 days for 4 cycles.
Followed by
• Paclitaxel 175 mg/m$^2$ by 3 h IV day 1
Cycled every 14 days for 4 cycles.
Followed by
• Cyclophosphamide 600 mg/m$^2$ IV day 1
Cycled every 14 days for 4 cycles.
(All cycles are with filgrastim support).

**FEC followed by docetaxel chemotherapy [14]**
• 5-Fluorouracil 500 mg/m$^2$ IV day 1
• Epirubicin 100 mg/m$^2$ IV day 1
• Cyclophosphamide 500 mg/m$^2$ day 1
Cycled every 21 days for 3 cycles.
Followed by
• Docetaxel 100 mg/m$^2$ day 1
Cycled every 21 days for 3 cycles.

**TC [15]**
• Docetaxel 75 mg/m$^2$ IV day 1
• Cyclophosphamide 600 mg/m$^2$ IV day 1
Cycled every 21 days for 4 cycles

### TRASTUZUMAB CONTAINING COMBINATIONS

**AC followed by T chemotherapy with Trastuzumab [16]**
• Doxorubicin 60 mg/m$^2$ IV day 1
• Cyclophosphamide 600 mg/m$^2$ IV day 1
Cycled every 21 days for 4 cycles.
Followed by
• Paclitaxel 175 mg/m$^2$ by 3 h IV day 1
Cycled every 21 days for 4 cycles
OR
• Paclitaxel 80 mg/m$^2$ by 1 h IV weekly for 12 wks
With
• Trastuzumab 4 mg/kg IV with first dose of paclitaxel
Followed by
• Trastuzumab 2 mg/kg IV weekly to complete 1 y of treatment. As an alternative, trastuzumab 6 mg/kg IV every 3 wk may be used following the completion of paclitaxel, and given to complete 1y of trastuzumab treatment.
Cardiac monitoring at baseline, 3, 6, and 9 mo.

**Docetaxel + trastuzumab followed by FEC [17]**
• Docetaxel 100 mg/m$^2$ by 1 h IV day 1
Cycled every 21 days for 3 cycles
With
• Trastuzumab 4 mg/kg IV with first dose of docetaxel day 1
Followed by
• Trastuzumab 2 mg/kg IV weekly to complete 9 weeks of trastuzumab.
Followed by
• 5-Fluorouracil 600 mg/m$^2$ IV day 1
• Epirubicin 60 mg/m$^2$ day 1
• Cyclophosphamide 600 mg/m$^2$ day 1
Cycled every 21 days for 3 cycles
Cardiac monitoring at baseline, after last FEC cycle, at 12 and 36 mo after chemotherapy.

**TCH (docetaxel, carboplatin, trastuzumab) [18]**
• Docetaxel 75 mg/m$^2$ IV day 1
Followed by
• Carboplatin AUC 6 IV day 1
Cycled every 21 days for 6 cycles
With
• Trastuzumab 4 mg/kg week 1
Followed by
• Trastuzumab 2 mg/kg for 17 weeks
Followed by
• Trastuzumab 6 mg/kg IV every 3 weeks to complete 1 year of trastuzumab therapy
Cardiac monitoring at baseline, 3, 6, and 9 mo.

*The selection, dosing, and administration of anti-cancer agents and the management of associated toxicities are complex. Modifications of drug dose and schedule and initiation of supportive care interventions are often necessary because of expected toxicities and because of individual patient variability, prior treatment, and comorbidity. The optimal delivery of anti-cancer agents therefore requires a health care delivery team experienced in the use of anti-cancer agents and the management of associated toxicities in patients with cancer.

Note:  All recommendations are category 2A unless otherwise indicated.
Clinical Trials: NCCN believes that the best management of any cancer patient is in a clinical trial.  Participation in clinical trials is especially encouraged.

Version 2.2008 01/28/08 © 2008 National Comprehensive Cancer Network, Inc. All rights reserved. **These guidelines and this illustration may not be reproduced in any form without the express written permission of NCCN.**

**NCCN**®
Practice Guidelines
in Oncology – v.2.2008

**Invasive Breast Cancer**

Breast Cancer TOC
Staging, MS, References

## REPRESENTATIVE ADJUVANT CHEMOTHERAPY REGIMENS FOR BREAST CANCER*

### TRASTUZUMAB CONTAINING COMBINATIONS

**Chemotherapy followed by trastuzumab[19]**
- Approved adjuvant chemotherapy regimen for at least 4 cycles

Followed by
- Trastuzumab 8 mg/kg IV times 1 dose

Followed by
- Trastuzumab 6 mg/kg IV every 21 days for 1 y

Cardiac monitoring at baseline, 3, 6, and 9 mo.

**AC followed by docetaxel with trastuzumab[17]**
- Doxorubicin 60 mg/m$^2$ IV day 1
- Cyclophosphamide 600 mg/m$^2$ day 1

Cycled every 21 days for 4 cycles

Followed by
- Docetaxel 100 mg/m$^2$

Cycled every 21 days for 4 cycles

With
- Trastuzumab 4 mg/kg IV week one

Followed by
- Trastuzumab 2 mg/kg IV weekly for 11 weeks

Followed by
- Trastuzumab 6 mg/kg every 21 days to complete 1 y of trastuzumab therapy

Cardiac monitoring at baseline, 3, 6, and 9 mo.

**Neoadjuvant T followed by FEC chemotherapy with trastuzumab[20]**
- Trastuzumab 4 mg/kg IV for one dose beginning just prior to first dose of paclitaxel

Followed by
- Trastuzumab 2 mg/kg IV weekly for 23 wks
- Paclitaxel 225 mg/m$^2$ by 24 h IV infusion every 21 days for 4 cycles

Followed by
- 5-Fluorouracil 500 mg/m$^2$ on days 1 and 4
- Epirubicin 75 mg/m$^2$ IV on day 1
- Cyclophosphamide 500 mg/m$^2$ on day 1

Cycled every 21 days for 4 cycles.

*The selection, dosing, and administration of anti-cancer agents and the management of associated toxicities are complex. Modifications of drug dose and schedule and initiation of supportive care interventions are often necessary because of expected toxicities and because of individual patient variability, prior treatment, and comorbidity. The optimal delivery of anti-cancer agents therefore requires a health care delivery team experienced in the use of anti-cancer agents and the management of associated toxicities in patients with cancer.

Note:  All recommendations are category 2A unless otherwise indicated.
Clinical Trials: NCCN believes that the best management of any cancer patient is in a clinical trial.  Participation in clinical trials is especially encouraged.

Version 2.2008 01/28/08 © 2008 National Comprehensive Cancer Network, Inc. All rights reserved. **These guidelines and this illustration may not be reproduced in any form without the express written permission of NCCN.**

[1]Buzdar AU, Kau SW, Smith TL, Hortobagyi GN. Ten-year results of FAC adjuvant chemotherapy trial in breast cancer. Am J Clin Oncol 12; 123-128,1989

[2]Assikis V, Buzdar A, Yang Y, et al: A phase III trial of sequential adjuvant chemotherapy for operable breast carcinoma: final analysis with 10-year follow-up. Cancer 97:2716-23, 2003

[3]Bull JM, Tormey DC, Li SH, et al: A randomized comparative trial of adriamycin versus methotrexate in combination drug therapy. Cancer 41:1649-57, 1978

[4]Levine MN, Bramwell VH, Pritchard KI, et al: Randomized trial of intensive cyclophosphamide, epirubicin, and fluorouracil chemotherapy compared with cyclophosphamide, methotrexate, and fluorouracil in premenopausal women with node-positive breast cancer. National Cancer Institute of Canada Clinical Trials Group. J Clin Oncol 16:2651-8, 1998

[5]Fisher B, Brown AM, Dimitrov NV, et al: Two months of doxorubicin-cyclophosphamide with and without interval reinduction therapy compared with six months of cyclophosphamide, methotrexate, and fluorouracil in positive-node breast cancer patients with tamoxifen-nonresponsive tumors: Results from NSABP B-15. Journal of Clin Oncol 8:1483-1496, 1990

[6]Henderson IC, Berry DA, Demetri GD, et al: Improved outcomes from adding sequential paclitaxel but not from escalating doxorubicin dose in an adjuvant chemotherapy Regimen for Patients With Node-Positive Primary Breast Cancer. J Clin Oncol 21:976-983, 2003

[7]Mamounas EP, Bryant J, Lembersky BC, et al: Paclitaxel after doxorubicin plus cyclophosphamide as adjuvant chemotherapy for node-positive breast cancer: results from NSABP 13-28. J. Clin Oncol.:23:3686-96, 2005.

[8]Piccart MJ, Di Leo A, Beauduin M, et al: Phase III Trial Comparing Two Dose Levels of Epirubicin Combined With Cyclophosphamide With Cyclophosphamide, Methotrexate, and Fluorouracil in Node-Positive Breast Cancer. J Clin Oncol 19:3103-3110, 2001

[9]Martin, Pienkowski T, Mackey J, et al: Adjuvant Docetaxel for Node-Positive Breast Cancer. N Engl J. Med 352: 22, 2005

[10]Bonadonna G, Zambetti M, Valagussa P: Sequential or alternating doxorubicin and CMF regimens in breast cancer with more than three positive nodes. Ten-year results. JAMA 273:542-7, 1995

[11]Poole CJ, Earl HM, Dunn JA, et al: NEAT (National Epirubicin Adjuvant Trial) and SCTBG BR9601 (Scottish Cancer Trials Breast Group) phase III adjuvant breast trials show a significant relapse-free and overall survival advantage for sequential ECMF. Proc Am Soc Clin Oncol 22:Abstract 13, 2003
 Results from NSABP B-28. Proc Am Soc Clin Oncol 22:Abstract 12, 2003

[12]Goldhirsch A, Colleoni M, Coates AS, et al: Adding adjuvant CMF chemotherapy to either radiotherapy or tamoxifen: are all CMFs alike? The International Breast Cancer Study Group (IBCSG). Ann Oncol 9:489-93, 1998

[13]Citron ML, Berry DA, Cirrincione C, et al: Randomized Trial of Dose-Dense Versus Conventionally Scheduled and Sequential Versus Concurrent Combination Chemotherapy as Postoperative Adjuvant Treatment of Node-Positive Primary Breast Cancer: First Report of Intergroup Trial C9741/Cancer and Leukemia Group B Trial 9741. J Clin Oncol 21:1431-1439, 2003

[14]Roche H, Fumoleau P, Spielmann, et al. Five years analysis of the PACS 01 trial: 6 cycles of FEC 100 vs 3 cycles of FEC 100 followed by 3 cycles of docetaxel (D) for the adjuvant treatment of node positive breast cancer [abstract]. 2004 San Antonio Breast Cancer Symposium. Abstract 27, General Session 4.

[15]Jones SE, Savin MA, Holmes FA, et al. Phase III trial comparing doxorubicin plus cyclophosphamide with docetaxel plus cyclophosphamide as adjuvant therapy for operable breast cancer. J Clin Oncol 24:5381-7, 2006.

[16]Romond EH, Perez EZ, Bryant J, et al. Trastuzumab plus adjuvant chemotherapy for operable HER2 positive breast cancer. N Engl J Med 353:1673-1684, 2005

[17]Joensuu H, Kellokumpu-Lehtinen P-L, Bono P, et al: Adjuvant docetaxel or vinorelbine with or without trastuzumab for breast cancer. N Engl J Med 354:809-20, 2006.

[18]Slamon D, Eirmann W, Robert N, et al. Phase lll randomized trial compaing doxorubicin and cyclophosphamide followed by docetaxel with doxorubicin and trastuzumab with docetaxel, carboplatin and trastuzumab in HER2 positive early breast cancer patients: BCIRG 006 study (Abstr.#1).San Antonio Breast Cancer Symposium 2005.

[19]Piccart-Gebhart MJ, Procter M, Leyland-Jones B, et al. Trastuzumab after adjuvant chemotherapy in HER2 positive breast cancer. N Engl J Med 353:1659-72, 2005.

[20]Buzdar A, Ibrahim N, Francis D, et al. Significantly higher pathologic complete remission rate after neoadjuvant therapy with trastuzumab, paclitaxel, and epirubicin chemotherapy: Results of a randomized trial in human epidermal growth factor receptor 2-positive operable breast cancer. J. Clin Oncol 23: 3676-3685, 2005

Note:  All recommendations are category 2A unless otherwise indicated.
Clinical Trials: NCCN believes that the best management of any cancer patient is in a clinical trial.  Participation in clinical trials is especially encouraged.

Version 2.2008 01/28/08 © 2008 National Comprehensive Cancer Network, Inc. All rights reserved. **These guidelines and this illustration may not be reproduced in any form without the express written permission of NCCN.**