# EXHIBIT C

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3      * * * * * * * * * * * * * * * * * * * * * * *
 4   ELIZABETH KAHN,                         CASE NO.
           Plaintiff.                        2:16-cv-17039
 5   v.
     SANOFI S.A.,
 6   SANOFI-AVENTIS U.S.,
     L.L.C., SANOFI US
 7   SERVICE, INC., and
     AVENTIS-PHARMA, S.A.,
 8         Defendants.
     and
 9   CYNTHIA THIBODEAUX,                     CASE NO.
           Plaintiff,                        2:16-cv-15859
10   v.
     SANOFI S.A.,
11   SANOFI-AVENTIS U.S.,
     L.L.C., SANOFI US
12   SERVICE, INC., and
     AVENTIS-PHARMA, S.A.,
13         Defendants.
14
15      * * * * * * * * * * * * * * * * * * * * * * *
16
                         DEPOSITION
17                          OF
18                    DR. ZOE LARNED
19      Taken on Wednesday, February 21, 2018
20           Commencing at 1:05 p.m.
21                    at the
22       GAYLE & TOM BENSON CANCER CENTER
23            1514 Jefferson Highway
24            New Orleans, Louisiana
25   Job No. NJ2816476
```

Page 71

```
 1   determining the most appropriate chemotherapy to
 2   give, there was a question as to whether Avastin in
 3   addition to chemotherapy would improve survival.
 4        Q.   And do you recall that there were six arms
 5   of treatment?
 6        A.   I don't recall that part.
 7        Q.   Okay.
 8             Let me ask you with regard to Ms. Kahn.
 9        A.   Okay.
10        Q.   Is it your understanding that Ms. Kahn had
11   three phases of chemotherapy?
12        A.   Three different drugs or three phases?
13        Q.   Three phases.
14        A.   That, I do not recall.
15        Q.   Okay.
16             I'll represent to you that Ms. Kahn had
17   three phases of chemotherapy.
18        A.   Okay.
19        Q.   I'll represent that in Phase I, she had
20   Taxotere, Avastin and Xeloda.  And then in Phase II,
21   I'll represent that she had Adriamycin, Cytoxan and
22   Avastin.  And I'll represent that in Phase III, she
23   had Avastin.
24        A.   Then that would be correct.
25        Q.   Can you look -- do you know when Ms. Kahn
```