# EXHIBIT F

John A. Glaspy, M.D.

```
 1            UNITED STATES DISTRICT COURT
 2            EASTERN DISTRICT OF LOUISIANA
 3     *******************************
 4     IN RE:  TAXOTERE
 5     (DOCETAXEL) PRODUCTS        MDL No. 2740
 6     LIABILITY LITIGATION        Section: "H"
 7                                 Judge Milazzo
 8     This Document Relates to:   Mag. Judge North
 9     All Cases
10     *******************************
11
12              Remote Videotaped Deposition of
13     JOHN A. GLASPY, M.D., held at the location
14     of the witness in Los Angeles, California,
15     commencing at 9:05 a.m., on the 13th of May,
16     2020, before Maureen O'Connor Pollard,
17     Registered Diplomate Reporter, Realtime
18     Systems Administrator, Certified Shorthand
19     Reporter.
20                        - - -
21
               GOLKOW LITIGATION SERVICES
22       877.370.3377 ph | 917.591.5672 fax
                   deps@golkow.com
23
24
25
```

John A. Glaspy, M.D.

1                    MR. STRONGMAN:  Objection.
2          Form.
3     BY MR. MICELI:
4          Q.    Okay.  Now, on page 15 you make
5     the statement that -- at the bottom of the
6     page in the first paragraph under "Taxotere
7     And Taxol Are Not Interchangeable," the last
8     sentence of that paragraph you state that,
9     "In some clinical situations
10    Taxotere-containing regimens offer benefits
11    over Taxol-containing regimens for the
12    treatment of early breast cancer."
13                Do you see that?
14         A.    I do.
15         Q.    Okay.  And again, I know we
16    concede equal efficacy when used according to
17    weekly versus three weeks Taxol and Taxotere
18    respectively, but you don't offer a reference
19    here to a clinical study or a randomized
20    controlled trial that demonstrates that
21    Taxotere is superior -- or a Taxotere regimen
22    is superior to a Taxol regimen in any given
23    clinical situation, do you?
24         A.    Nor do I state --
25                MR. STRONGMAN:  Objection.

Golkow Litigation Services                            Page 92

```
 1            Form.
 2       A.     Nor do I state inferior.
 3              I'm sorry.  I'll try to slow
 4   down.
 5              What I state is that it has
 6   advantages.
 7   BY MR. MICELI:
 8       Q.     Okay.
 9       A.     And we talked about them
10   before, and we'll probably talk about them
11   again, there are times when it has
12   advantages.
13       Q.     When you say "there are times"
14   -- I'm sorry.  I apologize, Dr. Glaspy.
15       A.     So, for instance, because this
16   was -- this is part of the generic lead-ins,
17   not the patient-specific part of the report.
18              And so it was written to be
19   applicable to several of the cases that may
20   come up.  One of those is HER2-positive
21   patients.  We don't have to get into the
22   weeds of that now, but in HER2-positive
23   patients Taxotere offers advantages of
24   avoiding the need to give them Adriamycin,
25   and Adriamycin and Herceptin do not mix well.
```

John A. Glaspy, M.D.

1     Q.    Okay.

2     A.    That would be foreshadowing for
3  some future deposition.  But anyway...

4     Q.    Is that what you're referring
5  to here primarily?

6     A.    What's that?

7     Q.    Is that what you're referring
8  to here primarily, the HER2-positive
9  situation?

10    A.    No.  That's one big advantage.
11          The other ones we've touched on
12  when we're talking about HER2-negatives,
13  there's the number of days of steroid use
14  which can cause problems especially for
15  diabetics, there's the -- because we have to
16  use the Taxol weekly, and that increases the
17  number of days that patients receive
18  steroids.  There's the neuropathy issue that
19  we've talked about before, and I don't have
20  anything more to add today.  But those are
21  the situations where they offer advantages.
22          Finally, if you are someone who
23  is interested in not giving Adriamycin in
24  early breast cancer because of the leukemia
25  and the heart damage risks, the best data we

1    have for non-Adriamycin-based regimens is
2    with Taxotere.
3             And so for -- so the
4    non-Adriamycin-containing current leading
5    regimens in breast cancer involve Taxotere,
6    because there just hasn't been trials with
7    Taxol.  I think we talked about that two
8    depositions ago.
9        Q.    Okay.
10       A.    So that's it.  Those are the
11   places it offers advantages.
12             I'm not saying that there's a
13   time when it clearly beats Taxol head-to-head
14   in an efficacy endpoint, as long as the Taxol
15   is used every week.
16       Q.    Okay.  The issue concerning
17   steroids that you mentioned, that's a known
18   risk?
19       A.    It's known to doctors that when
20   you give steroids to somebody who is
21   prediabetic or diabetic, you get a lot of
22   phone calls in the middle of the night with
23   glucoses of 400 that you have to deal with.
24       Q.    Okay.
25       A.    And so we like to avoid