UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION THIS DOCUMENT RELATES TO: | MDL NO. 2740 SECTION "H" (5) |

*Linda Ponzi v. Sanofi S.A. et. al. 2:20-cv-00977*

## ORDER OF SEVERANCE

Considering the foregoing Plaintiff Linda Ponzi's Ex Parte Motion for Order of Severance pursuant to Pretrial Order No. 65, and that this Plaintiff has filed a Motion to Remand, which was denied, and has, since the Order of Remand was filed and denied, fully complied with Pretrial Order 65, Paragraph 9:

IT IS ORDERED that the Motion is hereby GRANTED, and the individual plaintiff claims in the above captioned member cases are hereby severed from their original complaint.

New Orleans, Louisiana this 8th day of July, 2021.

_____
HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE