UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO:
*The cases listed in the attached Exhibit A*

# ORDER

　　Considering the foregoing Motion to Substitute Counsel of Record (R. Doc. 12986):

　**IT IS ORDERED** that the Motion is **GRANTED** and that John T. Kirtley, III, of the firm of Ferrer, Poirot & Wansbrough, be substituted for Russell T. Abney and Hunter Linville, as counsel of record for plaintiffs identified in the attached Exhibit A.

　　New Orleans, Louisiana this 8th day of July, 2021.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**JANE TRICHE MILAZZO**
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**