UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)   MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**
*The cases listed in the attached Exhibit A*

EXHIBIT A
UNOPPOSED MOTION TO SUBSTITUTE COUNSEL OF RECORD

| Case No. | First | Last |
| --- | --- | --- |
| 2:17-cv-13966 | Lorri | Bailey |
| 2:17-cv-2576 | Shirley | Barnes |
| 2:18-cv-00662 | Dawn | Becker |
| 2:19-cv-10810 | Beverly | Berkley |
| 2:18-cv-14282 | Connie | Branham |
| 2:19-cv-10821 | Debra | Brown |
| 2:18-cv-14284 | Jan | Brown |
| 2:18-cv-05674 | Senoia | Browning |
| 2:17-cv-12844 | Merle | Burnick |
| 2:18-cv-7871 | Darcia | Callaghan |
| 2:17-cv-13641 | Gloria Jean | Caruso |
| 2:17-cv-06344 | Sharon | Charles |
| 2:19-cv-11234 | Evelyn | Chavis |
| 2:18-cv-03706 | Elaine | Cummings-Njie |
| 2:17-cv-16661 | Mary | Dawson |
| 2:17-cv-13407 | Maria | Maglio |
| 2:17-cv-16597 | Joan | Demarzino |
| 2:17-cv-13979 | Mary | DeVito |
| 2:18-cv-09533 | Nancy | Dunaway |
| 2:18-cv-9350 | Rhonda | Evans |
| 2:18-cv-10957 | Cheryl | Ferguson |
| 2:19-cv-10512 | Edith | Fisher |
| 2:17-cv-13946 | Susan | Franklin |
| 2:18-cv-10949 | Ella | Gamble |
| 2:18-cv-6233 | Ida | Garcia |
| 2:19-cv-12837 | Cynthia | Garnham-Peck |
| 2:17-cv-14265 | Susan | Geraghty |
| 2:17-cv-12946 | Heather | Gideon |
| 2:19-cv-11237 | Sandra | Goodman-Porter |

1

| | | |
|---|---|---|
| 2:17-cv-13795 | Rashunda | Grady |
| 2:18-cv-10962 | Ruby | Grimes |
| 2:17-cv-08864 | Linda | Hall |
| 2:17-cv-13091 | Linda | Henson |
| 2:19-cv-09646 | Alfreda | Jackson-Montgomery |
| 2:18-cv-14280 | Jon | Ray |
| 2:17-cv-01206 | Kristen | Jeffers |
| 2:17-cv-12691 | Nikki | Johnson |
| 2:17-cv-05914 | Debra | Johnson |
| 2:18-cv-7970 | Gladys | Johnson |
| 2:19-cv-11233 | Karen | Jones |
| 2:17-cv-12539 | Melanie | Jones |
| 2:17-cv-05509 | Merrill | Jones-Battle |
| 2:19-cv-09916 | Sharon | Kerrick |
| 2:20-cv-621 | Gwinnett | King |
| 2:18-cv-12225 | Agnes | Knotts |
| 2:18-cv-00671 | Rebecca | Largent |
| 2:17-cv-2948 | Valerie | Lee |
| 2:19-cv-11225 | Barbara | Leonard |
| 2:18-cv-09555 | Debra | Leyva |
| 2:19-cv-12342 | Alice | Lockett |
| 2:18-cv-12709 | Darline | Mann |
| 2:18-cv-12226 | Estelle | McDaniel |
| 2:17-cv-13388 | Sheryl | McDonald |
| 2:17-cv-13382 | Elverie | Merrill |
| 2:18-cv-2650 | Crystal | Montes |
| 2:19-cv-10820 | Nancy | Neales |
| 2:17-cv-04869 | Annette | Nelson-Robinson |
| 2:17-cv-16835 | Francia | Newby |
| 2:19-cv-14070 | Connie | Nickel |
| 2:18-cv-08746 | Sally | Nowland |
| 2:18-cv-10958 | Ruth | Phelps |
| 2:19-cv-13297 | Sharon | Poole |
| 2:19-cv-11235 | Otilia | Rangel de Castañeda |
| 2:20-cv-03362 | Brenda | Raterman |
| 2:19-cv-00186 | Janice | Regins |
| 2:17-cv-8868 | Martha | Royster |
| 2:19-cv-12832 | Dana | Salem-McCarthy |
| 2:17-cv-5316 | Terri | Sewald |
| 2:18-cv-14198 | Melodie | Smith |
| 2:17-cv-13637 | Linda | Smith |
| 2:19-cv-11227 | Jacqueline | Snyder |
| 2:20-cv-655 | Ruby | Steward |
| 2:20-cv-00421 | Sharon | Stickel |
| 2:17-cv-13815 | Gwen | Strauss |

| | | |
|---|---|---|
| 2:18-cv-7877 | Frances | Swing |
| 2:17-cv-11483 | Jennifer | Thacker |
| 2:17-cv-13718 | Marya | Thomas |
| 2:17-cv-13611 | Brenda | Thomas |
| 2:20-cv-1703 | Tomelia | Hunt |
| 2:20-cv-463 | Francesca | Trammell |
| 2:19-cv-9848 | Beulah | Tucker |
| 2:20-cv-308 | Glendon | Tullis |
| 2:18-cv-14286 | Gloria | Valdez |
| 2:20-cv-641 | Shirley | Velasquez |
| 2:18-cv-12488 | Michael | Walker |
| 2:19-cv-00191 | Dorothy | Williamson |
| 2:18-cv-13293 | Myriame | Wortham |
| 2:18-cv-12498 | Margaret | Yokley |