# EXHIBIT A

# Expert Report: Alopecia in Women
**Jerry Shapiro, M.D.**
**October 9, 2020**

**I.     Qualifications/Publications**

1. I, Jerry Shapiro, am a physician specializing in medical hair and scalp disorders and am full Professor of Dermatology at the Ronald O. Perelman Department of Dermatology at the New York University Grossman School of Medicine, one of the top three dermatology programs in the United States. I am board certified in dermatology and licensed in New York. I received a Doctor of Medicine Degree from McGill University in 1981, after which I completed my residency in dermatology at the University of British Columbia in 1985. I am board certified in the United States and passed USMLE parts 1, 2, and 3 between 1981-1982. I am eligible to obtain a license and practice anywhere in the United States.

2. I have specialized in hair disorders as both a practitioner and researcher for more than 30 years. In that time, I have authored over 175 peer-reviewed manuscripts, including the sentinel Women's Hair Loss review in the New England Journal of Medicine, as well as 3 textbooks and some 30 book chapters. I have given over 500 invited lectures on six continents, and have spoken at the prestigious annual American Academy of Dermatology meeting for 30 consecutive years. As early as 1986, I established the University of British Columbia Hair Research and Treatment Center, which was one of North America's most comprehensive academic hair biology and treatment centers. While at the University of British Columbia Hair Research and Treatment Center, I regularly performed hair transplants and trained my fellows in hair transplant surgery. Today, some of my trainees are among the most formidable hair transplant surgeons in the world, including Asia and Europe.

3. In my current practice, I run the first comprehensive medical hair loss clinic in the world—possibly the world's busiest hair clinic. I consult with and treat patients in New York City from around the world with the latest medical treatment options. My clinical practice is 100% dedicated to treating patients for disorders of the hair and scalp.

4. As part of my practice, I have and continue to participate in clinical trials for emerging hair loss treatments. I have served as a principal investigator on more than 10 such trials. As an investigator, I examine patients to assess and document the efficacy of

1

to analyze each patient individually and provide a differential diagnosis by a qualified dermatologist.

109. Because many women take hormone-suppressing endocrine therapies such as Tamoxifen and Aromatase Inhibitors after chemotherapy and those are known to cause alopecia and hair thinning in an androgenetic pattern, long-term endocrine therapy is another complicating factor in determining whether an individual woman's persistent alopecia is caused by chemotherapy or some other factor.

110. Pathology reflecting greater hair density at the back and sides of the scalp than on the top of vertex is likewise inconsistent with any diagnosis of chemotherapy-induced alopecia. Such pathological findings are indicative of androgenetic alopecia.

## V. Opinions on Elizabeth Kahn's Hair Loss

111. It is my opinion to a reasonable degree of medical probability that Ms. Kahn is experiencing androgenetic alopecia (or "AGA"). Ms. Kahn's photographs show the initial stages of AGA before her chemotherapy. It is also my opinion that Ms. Kahn's long-term use of Tamoxifen has likely contributed to her hair loss.

112. If chemotherapy was a factor associated with some portion of Ms. Kahn's hair loss, it cannot be determined what portion if any of her present hair loss is associated with chemotherapy, much less any particular chemotherapy agent. Ms. Kahn lost her hair while taking Avastin, Xeloda, and Taxotere, all of which are associated with hair loss.[81] She then immediately received four cycles of Adriamycin and Cytoxan, cytotoxic agents also associated with hair loss, along with two more cycles of Avastin. After that, she continued to take Avastin for six more months—totaling more than 13 months of chemotherapy. Altogether, Taxotere represented approximately .5% of the dosage of Ms. Kahn's chemotherapy. No hair loss of any kind can be specifically attributed to Taxotere.

---

[81] Belum V.R., et al. "Alopecia in patients treated with molecularly targeted anticancer therapies." Annals of Oncology 26.12 (2015):2496-2502 at 2500; Cortes, Javier, et al. "Health-related quality of life in patients with locally advanced or metastatic breast cancer treated with eribulin mesylate or capecitabine in an open-label randomized phase 3 trial." Breast Cancer Research and Treatment 154.3 (2015):509-520 at 518; Koukourakis Georgios, et al. "Efficacy of the oral fluorouracil pro-drug capecitabine in cancer treatment: a review." Molecules 13.8 (2008):1897-1922 at 1901-02, 1906.

scalp is scarred and hair loss is permanent. If follicular openings are present but no hair is coming out, the follicles are not truly lost, but are empty or filled with stelae (fibrous streamers). Empty follicles are consistent with a diagnosis of androgenetic alopecia. Dr. Thompson's findings support a diagnosis of androgenetic alopecia for both biopsies A and B.

### b. **Pathology Report – Dr. Smart:**

139. Dr. Smart's pathology indicates non-scarring alopecia on both biopsies A and B. Like Dr. Thompson, she observed miniaturized follicles, reduced follicular density, a reduced terminal to vellus ratio and a sub-normal anagen to catagen/telogen ratio for both biopsies.[131] All of these findings are consistent with androgenetic alopecia. Based on these biopsies, Dr. Smart diagnosed Ms. Kahn with androgenetic alopecia.[132] I agree with this diagnosis.

## VI. Differential Diagnosis

140. It is my opinion to a reasonable degree of medical probability that Ms. Kahn's hair loss at the frontal and vertex areas of her scalp is consistent with androgenetic alopecia and alopecia from Ms. Kahn's 9-year use of hormonal therapy. These types of alopecia present in a distinct pattern affecting the front and vertex of the scalp. These areas of the scalp are sensitive to androgens, hormones which vary with age, genetics and hormone-modifying medications. Ms. Kahn has an extensive family history of androgenetic hair loss, and photographs from before and after chemotherapy as well as medical records and witness testimony reflect progressive hair loss beginning prior to cancer treatment, regrowth to pre-chemotherapy levels following chemotherapy, and then progressive hair loss over the course of several years of Tamoxifen (**Fig. 8**).

141. In addition, Ms. Kahn has several other factors associated with alopecia that likely contributed to her hair loss, including Vitamin D deficiency, age, metabolic syndrome, being post-menopausal, and use of medications including testosterone gel.

142. Despite reporting that her hair loss has persisted for over 10 years, Ms. Kahn

---

[131] Smart, C. Kahn Surgical Pathology Report at 1-2.
[132] Thompson, C. Kahn Report Exhibit E at 1.