# EXHIBIT C

```
                                                            Page 1

 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4   ELIZABETH KAHN,
 5   Plaintiff,
 6    vs.                              Case No. 2:16-cv-17039
 7   SANOFI S.A., SANOFI-AVENTIS U.S.
     L.L.C., SANOFI US SERVICE, INC., and
 8   AVENTIS-PHARMA S.A.,
 9   Defendants.
10
                    * * * * * * * * * *
11
12   CYNTHIA THIBODEAUX,
13   Plaintiff,
14    vs.                              Case No. 2:16-cv-15859
15   SANOFI S.A., SANOFI-AVENTIS U.S.
     L.L.C., SANOFI US SERVICE, INC., and
16   AVENTIS-PHARMA S.A.
17   Defendants.
18
19         Videotape Deposition of CARL KARDINAL, M.D.,
20   taken on behalf of the defendants, at the residence of
21   Carl Kardinal, M.D., 6008 Dornagh Court, in the city
22   of Columbia, State of Missouri, on the 17th day of
23   January 2018, before Heather L. Shallow, Certified
24   Court Reporter, Registered Professional Reporter,
25   Registered Merit Reporter.          Job No. NJ2783240
```

Page 72

1  was considerably less common with docetaxel than with
2  paclitaxel?
3          MR. MICELI:  Object to the form of the
4  question.
5       A.   Well, I'll agree to that, yeah.
6       Q.   (By Ms. Bieri)  Can you --
7       A.   Neurotoxicity with paclitaxel was a big
8  concern.
9       Q.   And tell me a little bit more about the
10 neurotoxicity that was associated with paclitaxel.
11 What would that look like for a patient?  Or what
12 could that look like for a patient?
13      A.   Well, there was sensory neuropathy which,
14 you know, that people would have abnormal sensation in
15 their hands and feet.  May be severe enough to
16 interfere with their gait.  The -- there appeared to
17 be less neurotoxicity with docetaxel than there was
18 with paclitaxel which was one of the reasons I tended
19 to use docetaxel in preference to paclitaxel.
20      Q.   Did -- were you aware of any cases of
21 permanent neuropathy with paclitaxel?
22      A.   At the time, no.
23      Q.   Ever?
24      A.   See, I can't say ever.  You know, I retired
25 way before "ever" happened.