# EXHIBIT D

Page 1

```
 1            UNITED STATES DISTRICT COURT
 2               EASTERN DISTRICT OF LOUISIANA
 3
 4
 5   * * * * * * * * * * * * * * * * * * * * * *
                                    *
 6   ELIZABETH KAHN,              *  CASE NO.
               Plaintiffs        *  2:16-CV-17039
 7                                *
                                  *
 8   VERSUS                       *
                                  *
 9                                *
     SANOFI S.A., ET AL        *
10           Defendants          *
                                  *
11   * * * * * * * * * * * * * * * * * * * * * *
12
13
14
15
16
17
18     Job No. NJ2756392
19
20            Deposition of ELIZABETH SARA
21   KAHN, taken on Thursday, December 7, 2017,
22   commencing at 8:34 a.m., at the law offices
23   of Pendley, Baudin & Coffin, 1515 Poydras
24   Street, Suite 1400, New Orleans, Louisiana
25   70112.
```

1      A.   Yes.

2      Q.   Okay.   And the answer to the question

3   is . . .

4      A.   No.

5      Q.   Okay.   I wanted to talk to you about

6   the history of cancer in your family.

7      A.   Okay.

8      Q.   Let's start with your father.   Has

9   your father been diagnosed with cancer at any

10   time?

11      A.   Yes.

12      Q.   And what kind of cancer was that?

13      A.   Bladder cancer.

14      Q.   Do you know what date he was

15   diagnosed?

16      A.   No.   He was not living here at the

17   time.

18      Q.   Okay.   So does that narrow it down to

19   a date range for you?

20      A.   Oh.   Yes.   Sometime between 2005 and

21   2015.

22      Q.   Can you be any more specific?   I

23   mean, was it before you were diagnosed with

24   cancer or after?

25      A.   I don't remember.

1      Q.   What kind of treatment did he get?

2      A.   I wasn't there, so I don't -- I mean,

3    I talked to him about it, but I don't

4    remember all of his treatment.

5      Q.   Did he have chemo?

6      A.   They call -- I don't -- you know,

7    there are things that are called chemo, that

8    I don't all understand.  I don't -- I don't

9    want to say yes or no because I can't answer

10   it definitively.

11     Q.   Do you have any reason to think he

12   was given Taxotere?

13     A.   No.

14     Q.   And does your dad suffer from heart

15   disease, to your knowledge?

16     A.   Yes.

17     Q.   To your knowledge, is he on any

18   medication or have any treatment?

19     A.   Yes, he's on a blood thinner.

20     Q.   Any other medical conditions that

21   your dad has, that you're aware of?

22     A.   No.

23     Q.   Your mother had breast cancer as

24   well, correct?

25     A.   Yes.

1      Q.   And when was she diagnosed?

2      A.   I don't remember, but it was before

3  mine.  I think.

4      Q.   You think it was in maybe the year to

5  two years before you were diagnosed?

6      A.   Yes.  Yes.

7      Q.   And approximately how old was she at

8  the time?

9      A.   80-something.

10      Q.   What do you know about her type of

11  cancer?

12      A.   I don't know her particular cancer.

13      Q.   Other than it was breast cancer?

14      A.   Right.

15      Q.   Do you know any other -- was she BRCA

16  positive or negative?

17      A.   She did not get gene tested.

18      Q.   Did she have any node involvement?

19           MR. COFFIN:

20                Object to the form.

21  EXAMINATION BY MS. BIERI:

22      Q.   To your knowledge.

23      A.   I don't remember.

24      Q.   Do you know if she had any

25  metastasis?

1      A.  No, she did not.

2      Q.  Do you know her HER2 status?

3      A.  No.

4      Q.  Her ER or PR status?

5      A.  No.

6      Q.  Do you know anything else about her

7  type of cancer that we haven't talked about?

8      A.  No.

9      Q.  How was she treated?

10      A.  She had surgery.  She had a

11  lumpectomy, and she had radiation.

12      Q.  No chemotherapy?

13      A.  No chemotherapy.

14      Q.  Do you know why she didn't have

15  chemotherapy?

16      A.  No, I don't know.

17      Q.  Never discussed it with her?

18      A.  I'm sure I did at the time, but I

19  don't remember now.

20      Q.  And is she cancer free today?

21      A.  Yes, she's cancer free today.

22      Q.  Did you participate in her treatment

23  or care at all?

24      A.  I went with her to doctors'

25  appointments.

1      Q.   And were you in the room with the
2  doctor or in the waiting room?
3      A.   No.  I was in the room with the
4  doctor.
5      Q.   Were you involved in any way in the
6  decision-making for her course of treatment?
7      A.   I don't think so.
8      Q.   Did you discuss potential treatment
9  options with your mom when you were diagnosed
10  with cancer?
11      A.   No.
12      Q.   Did she make any recommendations to
13  you?
14      A.   No.
15      Q.   Okay.  You're kind of smirking as
16  you're saying that.
17      A.   Well, if you knew her, you wouldn't
18  -- that's just not her thing.
19      Q.   Okay.
20      A.   Like, she wouldn't -- she's not going
21  to tell me.  Well, she'll tell me things, but
22  she's not going to tell me about that.
23      Q.   Okay.  Any other cancers that your
24  mom has been diagnosed with?
25      A.   No.

```
                                         Page 141
 1      Q.  Does she suffer from high
 2  cholesterol?
 3      A.  Yes.
 4      Q.  And do you know how long she's
 5  suffered from that?
 6      A.  No.
 7      Q.  Do you know if she takes any
 8  medication for that?
 9      A.  She takes a number of medications,
10  but I don't know what they're all for.  And
11  probably something for cholesterol.
12      Q.  Does she have any heart issues?
13      A.  No.
14      Q.  Any hypertension?
15      A.  Well, yes.
16      Q.  Yes to hypertension?
17      A.  Yes to hypertension.  I know that for
18  a fact.
19      Q.  Does she take medication for that?
20      A.  Yes, she does.
21      Q.  How long -- what medication is she
22  taking?
23      A.  I don't know.
24      Q.  How long has -- to your knowledge,
25  has she suffered from hypertension?
```

Page 145

1   get treatment; is that right?

2        A.  Yes.

3        Q.  And you followed that recommendation.

4        A.  I followed that recommendation, yes.

5        Q.  Okay.  Did your mom lose her hair

6   when she was being treated for breast cancer?

7        A.  She didn't take any chemotherapy, so

8   she did not lose any hair.

9        Q.  Okay.  Any other cancers for your

10  paternal grandmother, that you're aware of?

11       A.  No.

12       Q.  Any other grandparent that you know

13  of that had cancer?

14       A.  I think my maternal grandfather had

15  prostate cancer.  But I'm not sure.

16       Q.  If he did, do you know how he was

17  treated?

18       A.  No.

19       Q.  Okay.  Any other grandparents that

20  you know of -- any other cancers in

21  grandparents that you know of?

22       A.  No.

23       Q.  Okay.  Let's talk about your sister.

24       A.  Okay.

25       Q.  Your sister also was diagnosed with

Page 146

1    cancer at some point, correct?

2         A.  Yes.

3         Q.  And it was breast cancer, correct?

4         A.  Yes.

5         Q.  How old was she at the time she was

6    diagnosed?

7         A.  30-something.  Early 30s.

8         Q.  And what year was this?  When was

9    this diagnosis?

10        A.  I think '95.

11        Q.  Were you living in the same city as

12   she was in 1995?

13        A.  No.

14        Q.  And what do you know about -- how did

15   you hear about her diagnosis?

16        A.  She called me up and told me.

17        Q.  What did she tell you?

18        A.  That she had breast cancer.  That's

19   over 25 years -- over -- yeah.  Over 20 years

20   ago.  Yeah.

21        Q.  I just want to know if you had a

22   distinct memory of that conversation.

23        A.  No.

24        Q.  What do you know about her type of

25   cancer?

Page 147

1       A.   She told me, but I don't remember.

2       Q.   Do you remember if she had any

3   metastasis?

4       A.   No, she had none.

5       Q.   Do you know if she had any nodal

6   involvement?

7       A.   I can't remember.

8       Q.   Other than that she had no

9   metastasis, can you provide any other details

10  about her type of cancer?

11      A.   No.

12      Q.   What do you know about how she was

13  treated?

14      A.   She had surgery.  She had

15  chemotherapy.  She had radiation.

16      Q.   In that order?

17      A.   I don't remember the -- I don't

18  remember the order.  I think she had chemo

19  first, like I did.  But I'm not sure.

20      Q.   What type of surgery did she have?

21  And by that, I mean, did she have a

22  lumpectomy, a mastectomy?

23      A.   She had a mastectomy.

24      Q.   And was her mastectomy prophylactic?

25      A.   No.

1      Q.   Is it the same texture?

2      A.   I don't know.  I don't know what the

3  texture was before.

4      Q.   Do you think it's any -- do you think

5  her hair today is any thinner than it was

6  before she had chemotherapy?

7      A.   It doesn't look like it to me.

8      Q.   Did you discuss what your treatment

9  -- did she help decide what your treatment

10  plan would be when you were diagnosed with

11  cancer?

12      A.   No.

13      Q.   Did you discuss the options with her

14  before you made a decision?

15      A.   Possibly.

16      Q.   Can you remember any specifics?

17      A.   No.

18      Q.   You're saying possibly.  Do you have

19  any memory, or are you just saying it's

20  generically possible?

21      A.   It's generically possible.  I don't

22  have a memory.

23      Q.   Your sister was also diagnosed with

24  thyroid cancer, correct?

25      A.   Yes.

Page 151

1      Q.   What date was that?

2      A.   I think 2007.

3      Q.   How old would she have been at that

4    time?

5      A.   I don't know.  62?  2007 minus 1962.

6    I don't know.  Somebody else do the math.

7      Q.   What kind of treatment did she

8    receive?

9      A.   Surgery.

10      Q.   Any drugs?

11      A.   Well, once you have your thyroid

12    removed, you have to -- you're on drugs for

13    the rest of your life.

14      Q.   Okay.  Do you know what -- like

15    iodine?  Do you know what she takes?

16      A.   No.

17      Q.   And she did not have any chemotherapy

18    in connection with her thyroid cancer?

19      A.   No.  Uh-huh (affirmative).

20      Q.   To your knowledge, did she suffer

21    from hypothyroidism, either before or after

22    her thyroid cancer?

23      A.   No.

24      Q.   To your knowledge, either before or

25    after her thyroid cancer, did she suffer from

Page 156

1    A.  Well, my mother had breast cancer; my

2  sister had breast cancer.  So in my mind, it

3  was -- there was a high chance that I would

4  have breast cancer.

5    Q.  So even before you got the biopsy

6  results, you thought, this is probably breast

7  cancer.

8    A.  Yes.

9    Q.  And so you get the biopsy results.

10  And what are you thinking?  How are you

11  feeling?

12    A.  Well, it's devastating news, and

13  then, once you recover from the devastation,

14  then it's, like, okay, how are we going to

15  fight this.  And that's what I -- you know,

16  the stance I took after getting diagnosed.

17    Q.  And by fighting it, you mean:  I'm

18  going to beat cancer, and I'm going to

19  survive.

20    A.  Yes.

21    Q.  And that was your ultimate goal.

22       MR. COFFIN:

23           Object to the form.

24       THE WITNESS:

25           It was one of my goals.

1        Do you take that to mean that they

2   were trying to see how the combination of

3   drugs would -- if that would negatively

4   affect your heart?

5        A.   It's what would happen to my heart.

6   I don't know.  I don't know.  Yes.  I mean,

7   my heart could be affected by taking that

8   drug.

9        Q.   And it could be affected negatively,

10  correct?

11       A.   I guess so.

12       Q.   And as we just talked about in

13  connection specifically with the Avastin, you

14  understood that you had up to a 3 percent

15  chance of heart problems.

16       A.   But that was the same with the other

17  drug, also.  It was 3 percent.

18       Q.   You were willing to take the risk of

19  a 3-percent chance -- up to a 3-percent

20  chance of liver failure, acute leukemia,

21  heart damage, and lung damage, correct?

22            MR. COFFIN:

23                 Object to the form.

24            THE WITNESS:

25                 Ask me the question again.

Page 202

1          MS. BIERI:

2               Can you read it back?

3               (Reporter complies).

4          THE WITNESS:

5               Yes.  It's one of the -- it's the

6    side effects that are listed here.

7    EXAMINATION BY MS. BIERI:

8      Q.  Why were you willing to take that

9    risk?

10         MR. COFFIN:

11              Object to the form.

12         THE WITNESS:

13              Because there were many risks

14   with chemotherapy.

15   EXAMINATION BY MS. BIERI:

16     Q.  Any kind of chemotherapy you take,

17   there are a lot of risks, right?

18     A.  Yes.  Every single drug that I took

19   had possible risks.

20     Q.  Do you think that there's a

21   chemotherapy drug out there that you could

22   take that doesn't have risks?

23     A.  I don't know.

24     Q.  Are you aware of any?

25     A.  Not that I know of.  But drugs change

Page 224

1      Object to the form.

2           THE WITNESS:

3                You're asking me a question about

4    a person that I don't see every day, that I

5    would see maybe four times a year. So it's

6    hard for me -- and it was 20 years ago, so I

7    don't remember the amount of time it took.

8    EXAMINATION BY MS. BIERI:

9       Q. Do you have any reason to think it

10   was over a year?

11      A. I can't answer.

12      Q. Do you have any reason to think it

13   was over two years?

14      A. I can't answer. I'm telling you, I

15   only saw her a handful of times each year,

16   and it was 20 years ago, so I don't remember

17   -- I don't remember.

18      Q. Well, you just told me you saw her

19   several times in a year. Having seen her

20   several times in a year --

21      A. But it was 20 years ago. I can tell

22   you I don't remember a hundred times to you,

23   if that's what you want, but I don't

24   remember.

25      Q. Switching back to your expectation

```
 1   generally, not based on your sister, just
 2   generally, was it your expectation that it
 3   would take longer than five years for your
 4   hair to regrow?  Now, you wore your hair
 5   short right before chemo, right?
 6          MR. COFFIN:
 7              Object to the form.
 8   EXAMINATION BY MS. BIERI:
 9      Q.  Did you wear your hair short right
10   before chemo?
11      A.  Yes.
12      Q.  Above your ears?
13      A.  Yes.
14      Q.  Okay.  I just want to make sure this
15   is your testimony.  Did you expect your hair
16   to be regrown by two years after chemo?
17          MR. COFFIN:
18              Object to the form.
19          THE WITNESS:
20              I would have hoped, but I didn't
21   know.
22   EXAMINATION BY MS. BIERI:
23      Q.  Okay.  So you had no expectation,
24   going into chemotherapy, about how long it
25   would take for your hair to regrow after
```

Page 226

1   chemotherapy.

2          MR. COFFIN:

3               Object to the form.

4          THE WITNESS:

5               Well, your hope is that it grows

6   back fast.

7   EXAMINATION BY MS. BIERI:

8      Q.  I'm not talking about your hope.  I'm

9   talking about your expectation.

10     A.  I didn't have expectations.  I never

11  went through it before.  I had no clue.

12     Q.  Well, you just told me, you knew many

13  women who had gone through breast cancer and

14  who had lost their hair, and that some of

15  your expectations and beliefs about temporary

16  hair loss were based on that experience.

17          So whether you've gone through it or

18  not, I'm trying to understand, based on what

19  you knew, what your expectation was.

20     A.  But if you ask me about any

21  particular person, I couldn't tell you how

22  long it took for their hair to grow in.  I

23  just know, they lost it, and then they got it

24  back.  I didn't know how many months or years

25  it took.

1       Q.   How many women do you think you knew
2   prior to going through chemotherapy, that
3   lost their hair as a result of chemotherapy?
4       A.   I don't know.
5       Q.   More than ten?
6       A.   Maybe.  Maybe 10 to 20.  I don't
7   know.
8       Q.   Is it your testimony that it took
9   longer than a year for any of them -- those
10  women to regrow their hair?
11      A.   I don't know.
12      Q.   Okay.  At any time during your
13  chemotherapy -- okay.  So your hair falls out
14  between your first and your second infusion,
15  right?
16      A.   Correct.
17      Q.   Well, you know what, let's back up
18  and do it this way.  You had -- you were in
19  group B2 -- 2B of the clinical trial,
20  correct?
21      A.   Correct.
22      Q.   And you had two phases of neoadjuvant
23  chemotherapy, followed by surgery, followed
24  by Avastin chemotherapy, correct?
25      A.   Correct.

Page 228

1       Q.   And also, you had radiation, right?

2       A.   Correct.

3       Q.   And you were put on tamoxifen.

4       A.   Yes.  Once everything was over, yes.

5       Q.   Is that right, or were you put on

6   tamoxifen before the Avastin was over?

7       A.   It was in the middle of the Avastin,

8   I think.

9       Q.   Probably April of 2009, when you were

10  put on the --

11      A.   Right.  And I had not finished the

12  Avastin yet.  Right.  Correct.

13      Q.   Okay.  So in phase one of the

14  chemotherapy, you got Taxotere, Avastin, and

15  Xeloda, correct?

16      A.   Correct.

17      Q.   Okay.  So when you lost your hair,

18  you were taking Taxotere, Avastin, and

19  Xeloda.

20      A.   Correct.

21      Q.   Only.

22      A.   Correct.

23      Q.   When you lost your hair -- at the

24  time you lost your hair, what did you

25  attribute it to?

Page 229

1      A.   The chemotherapy drugs that I was
2  taking.
3      Q.   Any specific chemotherapy drug?
4      A.   Well, I knew that one of the side
5  effects of Taxotere was temporary hair loss.
6      Q.   And did you think it could have been
7  due to the Xeloda or to the Avastin, or did
8  you specifically attribute it to the
9  Taxotere?
10     A.   To the Taxotere.
11     Q.   Okay.  All right.  So, at the moment
12  you lost your hair -- started losing your
13  hair, did you have an expectation at that
14  point about when your hair would grow back?
15     A.   No.  I knew I had to finish the toxic
16  chemo before I'd see any regrowth of hair.
17     Q.   And by that, do you mean phase one,
18  phase two, phase three?
19     A.   The first two phases.
20     Q.   You didn't expect any hair regrowth
21  until the end of phase two.
22     A.   Correct.
23     Q.   Okay.  How long after the end of
24  phase two did you think your hair would -- it
25  would take your hair to grow back?

Page 230

```
 1           MR. COFFIN:
 2               Object to the form.
 3           THE WITNESS:
 4               I didn't know.
 5   EXAMINATION BY MS. BIERI:
 6      Q.  Is it your testimony that you had no
 7   expectation whatsoever about when your hair
 8   would grow back?
 9           MR. COFFIN:
10               Object to the form.
11           THE WITNESS:
12               I hoped it would grow back
13   quickly.  But that's not an expectation,
14   that's a hope, and they're two different
15   things.
16   EXAMINATION BY MS. BIERI:
17      Q.  I agree with you.
18           So you had no expectation about when
19   your hair would grow back; is that correct?
20           MR. COFFIN:
21               Object to the form.
22           THE WITNESS:
23               I had no expectation.  I did not
24   know.  I didn't expect when it would come
25   back.  I didn't know.
```

1  EXAMINATION BY MS. BIERI:

2       Q.  But you did expect it to come back.

3       A.  I was told it was going to come back.

4       Q.  Did you expect it to come back?

5       A.  Since the doctors told me it would

6  come back, I expected it to come back.

7       Q.  So expected it to come back, but no

8  expectation at all about when it would come

9  back; is that right?

10      A.  Timeline, I had no clue.

11      Q.  You wouldn't be disappointed if it

12 took five years for it to come back?

13          MR. COFFIN:

14              Object to the form.

15          THE WITNESS:

16              Well, waiting that long would be

17 a disappointment.  But if it grew back in six

18 years or not at all, I would have been happy

19 with it taking that long.

20 EXAMINATION BY MS. BIERI:

21      Q.  20 years?

22      A.  It's been ten.

23      Q.  20 years?

24      A.  I would hope not, but if it came back

25 tomorrow, I would be thrilled.

```
                                          Page 232
 1      Q.   When are you scheduled to -- you're
 2   on tamoxifen currently, correct?
 3      A.   Correct.
 4      Q.   How long are you going to take
 5   tamoxifen?
 6      A.   Until April of 2018.
 7      Q.   Do you have any expectation that you
 8   might get some hair growth after you stop
 9   tamoxifen?
10      A.   I don't know.
11      Q.   Do you think it's possible?
12      A.   I don't know.
13      Q.   Any possibility?
14      A.   I don't know.  I don't know if I'll
15   see changes in my body after getting off of
16   tamoxifen.  I don't know.
17      Q.   Is it your understanding that
18   tamoxifen can cause hair loss?
19          MR. COFFIN:
20              Object to the form.
21          THE WITNESS:
22              I didn't talk about specific
23   tamoxifen side effects, about hair loss, with
24   my doctors.
25   EXAMINATION BY MS. BIERI:
```

Page 233

1      Q.   You've never had any conversations
2   with any health care provider about whether
3   tamoxifen causes hair loss.
4      A.   Correct.
5      Q.   Have you been provided any written
6   materials on tamoxifen?
7      A.   Yes.  Because you get them with the
8   -- when you get the prescription.
9      Q.   You've never seen anything in -- have
10  you ever seen anything in writing, that
11  suggests tamoxifen causes hair loss?
12     A.   Not to my recollection.
13     Q.   Would it surprise you to know that
14  one of the side effects of tamoxifen is hair
15  loss?
16          MR. COFFIN:
17             Object to the form.
18          THE WITNESS:
19             I mean, it could be.  As I said,
20  I just haven't seen it.
21  EXAMINATION BY MS. BIERI:
22     Q.   No.  I'm just asking, would that
23  surprise you?
24     A.   I guess it would.
25     Q.   Let me switch gears for a second.

1   You never wore a wig during your chemotherapy

2   treatment, correct?

3        A.   I had one.

4        Q.   Did you wear one?

5        A.   No.

6        Q.   Okay.  But you did wear hats or head

7   scarves, correct?

8        A.   I always covered my head when I had

9   chemotherapy and no hair.

10       Q.   And I want to be precise with

11   language.  Did you sleep in a head covering?

12       A.   No.

13       Q.   I'm not trying to be cute with you,

14   Ms. Kahn.  Honestly, I'm not.

15            Did you wear a head covering while

16   you were on chemo when you were in the house?

17       A.   No.

18       Q.   Okay.  Did you wear it when you were

19   at work?

20       A.   Always.

21       Q.   Okay.  Do you remember when you

22   decided to stop wearing a head covering?

23       A.   Sometime in March 2009.

24       Q.   And why did you decide to stop

25   wearing a head covering in March of 2009?

1      A.   It was hot, it was uncomfortable, and

2   it was a pain in the neck to always have to

3   have something on your head when you leave

4   the house.   And I decided it was -- I was

5   done.

6      Q.   So you said it was getting -- one of

7   the reasons you stopped wearing your head

8   covering is because it was getting hot?   Is

9   that what you said?

10      A.   Yes.

11      Q.   And that was in March of 2009?

12      A.   Yes.

13      Q.   And did you resume wearing it when

14   the weather -- presuming that the weather was

15   hot in March of 2009 --

16      A.   New Orleans.

17      Q.   Fair point.

18      A.   Uh-huh (affirmative).

19      Q.   I don't know the weather here.

20           Did you resume wearing the head

21   covering when the weather got colder?

22      A.   Well, the weather wouldn't have

23   gotten colder until November of 2009, so no.

24      Q.   Okay.   So you just decided, once you

25   stopped wearing it, you were going to stop

Page 236

1    wearing it.

2        A.   Correct.

3        Q.   And did it have anything to do with

4    the condition of your hair?

5        A.   Well, in March 2009, it was starting

6    to grow back, so I had hair on my head.  I

7    wasn't completely bald.  If I had been

8    completely bald, I wouldn't have taken the

9    head covering off.

10        Q.   So did you feel -- you obviously felt

11    comfortable enough at that point with your

12    physical appearance of your hair to be in

13    public without the head covering, correct?

14            MR. COFFIN:

15                Object to the form.

16            THE WITNESS:

17                I felt comfortable even though I

18    knew I didn't have much hair on my head,

19    being out in public.

20    EXAMINATION BY MS. BIERI:

21        Q.   When you were going through

22    chemotherapy, did you ever use a cool cap?

23        A.   They didn't -- they weren't using

24    them at Ochsner.  I don't know when they

25    started using them, but they were not using

Page 237

1   them then.  It was not offered to me.  I only

2   heard about a cool cap recently, when I saw a

3   movie about somebody with breast cancer.

4       Q.  So the first time that you had any

5   exposure to a cool cap was this year?

6       A.  Was about six -- yeah.  About six

7   months ago, I saw a movie, and the woman in

8   the movie had -- used a cool cap.

9       Q.  Like, you had never even heard that

10  term before --

11      A.  Never heard the term.  Uh-huh

12  (affirmative).  Right.

13      Q.  -- 2017?

14      A.  Correct.

15      Q.  What's your understanding that a cool

16  cap does?

17      A.  You wear it during the infusion

18  process, and the idea is something with the

19  blood vessels, and it's supposed to keep your

20  hair from falling out.

21      Q.  Did you take any vitamins or

22  supplements during chemotherapy?

23      A.  I don't remember.

24      Q.  For hair loss.

25      A.  For hair loss.  Not that I remember.

Page 238

1      Q.  So what do you claim that Taxotere
2  did to your hair?  I just want to understand
3  -- make sure there's no confusion about what
4  your claim is to your hair.  I want you to
5  show me, to tell me -- I want to fully
6  appreciate how you think Taxotere affected
7  your hair quality.
8          MR. COFFIN:
9              Object to the form.
10         THE WITNESS:
11             Well, I lost my hair, and then --
12  EXAMINATION BY MS. BIERI:
13     Q.  And you knew that was going to
14  happen?
15     A.  And I knew that was going to happen.
16     Q.  You're not saying that that is --
17  you're not seeking damages for the fact that
18  you initially lost your hair, correct?
19     A.  No, I'm not seeking damages for that.
20  When my hair started growing back, I expected
21  it to be covering my head in the same manner
22  that it did before.
23     Q.  At what point?
24     A.  I don't know.  I was always hopeful
25  that it would happen.

Page 239

```
 1      Q.  Even today, are you hopeful?
 2      A.  Well, maybe.  Sure.  It could happen
 3  any time.  Except for now, I know that
 4  there's a drug that -- part of the side
 5  effects is permanent hair loss.  So maybe not
 6  now, but two years ago, maybe I am still
 7  hopeful.
 8      Q.  Is it your testimony that two years
 9  ago, you still thought that
10  chemotherapy-induced hair loss could be
11  reversed, that you could have hair grow?
12      A.  Well, I'd go to my hair --
13          MR. COFFIN:
14              Object to the form.
15          THE WITNESS:
16              Excuse me.
17  EXAMINATION BY MS. BIERI:
18      Q.  Did you understand the question?  I
19  can rephrase it.
20      A.  I do.  I go to my hairdresser, and
21  he'll tell me, You know, I think your hair
22  might be a little -- look a little different.
23  Maybe you have a little more hair on your
24  head.
25          So it hasn't -- you know, it doesn't
```

Page 240

1   always look exactly the same.  You know, hair

2   grows differently, so maybe it could have

3   filled in.

4       Q.   Okay.  So we kind of veered away from

5   what we were originally talking about --

6       A.   Uh-huh (affirmative).

7       Q.   -- which is, how is your hair -- tell

8   me what you're saying that Taxotere did to

9   your hair, that you're seeking compensation

10  for.

11      A.   I have an extreme bald spot in the

12  back of my head and -- where there's some

13  hair, but it's pronounced.  And when you look

14  at me full-on front, you can see my scalp,

15  and my hair is very thin in front.  And so

16  it's the front and then the back bald spot

17  that was not like that before chemotherapy.

18      Q.   So are you comparing before

19  chemotherapy -- are you comparing today to

20  before chemotherapy, or are you comparing

21  mid-2009 to before chemotherapy?

22          MR. COFFIN:

23              Object to the form.

24          THE WITNESS:

25              Mid-2009, my hair -- I know, when

Page 241

1    I stopped wearing a head covering in March,
2    my hair was not like it is today.  So I don't
3    know mid, where -- I don't remember where it
4    was.  So I don't really -- I can't give you
5    an accurate picture of exactly if it was
6    mid-2009, what I thought.
7        Q.  In March 2009, when you said you
8    stopped wearing the hair covering, do you
9    think that your hair today is the same,
10   better, or worse than March of 2009?
11       A.  I have more hair on my head now than
12   I did in March 2009.
13       Q.  So in terms of progression, are you
14   saying -- has it been a steady increase in
15   the amount of hair that you have, or has it
16   -- what I want you to do is, please describe
17   to me, the progression of the fullness of the
18   hair on your head or the hair loss on your
19   head from when you stopped chemo until today.
20            MR. COFFIN:
21                 Object to the form.
22   EXAMINATION BY MS. BIERI:
23       Q.  I want to make sure I get that
24   question --
25            MR. COFFIN:

```
                                        Page 242
 1              There's two questions.  You can't
 2    ask two questions.  You have to strike the
 3    first one and be clear about what your
 4    question is.
 5    EXAMINATION BY MS. BIERI:
 6         Q.  I want to get a picture of -- I want
 7    a picture of what your hair is like from when
 8    you end chemo to today.
 9              MR. COFFIN:
10                   Is that a question?
11              MS. BIERI:
12                   Uh-huh (affirmative).
13              THE WITNESS:
14                   Well, that's --
15    EXAMINATION BY MS. BIERI:
16         Q.  Can you please give me a picture of
17    what your hair --
18         A.  When I ended chemo, I had no hair,
19    and this is what I have today.  I mean, this
20    is how much it grew out.
21         Q.  What I'm trying to get at is, in
22    March of 2009, you said you have -- had less
23    hair than you have today, correct?
24         A.  Correct.
25         Q.  Okay.  So less to more.  From 2009 to
```

Page 243

1   2017, less to more.  Has it -- have you ever

2   had a period where you think that there has

3   been a regression?

4       A.  No.  So it was fuller, and then this

5   is less?

6       Q.  Yeah.

7       A.  No.

8       Q.  Do you think you had less hair in

9   July of 2009, than you do today?

10      A.  In July of 2009?

11      Q.  Uh-huh (affirmative).

12      A.  Probably.  I don't remember, but

13  probably.

14      Q.  We've established that you thought

15  you had less hair than today in March of

16  2009.

17      A.  Correct.

18      Q.  So you have more hair today than you

19  had in March of 2009.

20      A.  Correct.

21      Q.  Do you think, in July of 2009, you

22  had more or less hair than today?

23      A.  Probably less.

24      Q.  What about in March of 2010, do you

25  think you had more or less hair than you do

Page 244

1    today?

2        A.   Maybe about now, I don't know, but

3    similar to what I have now, probably.

4        Q.   So from what date to today do you

5    think your hair has remained the same?

6        A.   I don't know.  Maybe you could say

7    March 2010, until about today, but I can't be

8    definitive on that.

9        Q.   But at some point, you weren't seeing

10   any additional increases in hair, correct?

11       A.   It did plateau.

12       Q.   When did it plateau?

13       A.   That, I don't know.

14       Q.   I want to talk about this.  So maybe

15   you can't give me a specific date, but I'd

16   like to try to identify a time period, even

17   if we can't do it by a specific date.

18            Was it before 2012?

19       A.   Maybe.

20       Q.   I'm just having a hard time

21   because --

22       A.   Uh-huh (affirmative).

23       Q.   -- this whole lawsuit is about the

24   condition of your hair, so I'm trying to

25   ask --

Page 245

1       A.   Uh-huh (affirmative).
2       Q.   -- the questions because it -- I need
3   to understand.  So the more you can help me
4   understand, that's what we're here to do.
5   This is my shot, to ask you these questions.
6       A.   Uh-huh (affirmative).
7       Q.   Okay.  So you think your hair growth
8   plateaued at some point.
9       A.   Correct.
10      Q.   Can you put any time frame at all on
11  when you think it plateaued?
12      A.   For the last few years, it's been
13  like this, so you know.
14      Q.   More than the last two years?
15      A.   Possibly.  Maybe, you know, three to
16  four years.
17      Q.   Okay.  And that's the best estimate
18  you can give?
19      A.   Yes.
20      Q.   Okay.  So you're not seeking damages
21  for the initial period of hair loss on
22  Taxotere, correct?
23      A.   No.
24      Q.   Because you knew your hair was going
25  to fall out.

1      A.   Correct.

2      Q.   So when does your date of damage

3  start?

4      A.   Well, I don't know because I had -- I

5  don't know.  I don't know when my date of

6  damage starts.

7      Q.   Well, it's not in the first -- is it

8  in the first month you had hair loss?

9           MR. COFFIN:

10               Object to the form.

11          THE WITNESS:

12               Well, my hair hasn't completely

13  grown back, but there was no way for me to

14  know what caused that.  So I can't tell you

15  what the damage was -- like the date of

16  damage.  I don't know.

17  EXAMINATION BY MS. BIERI:

18      Q.   There was no way for you to tell what

19  caused that?  What are you saying?  I don't

20  understand.

21      A.   Well, I had no clue that there were

22  -- anything that I had taken out there, that

23  it caused permanent hair loss.  So I didn't

24  know to know that, okay, you received this,

25  and then that was the damage, and then --

Page 247

1    there was no way to know that.

2        Q.   I'm just trying to identify -- if you

3    knew your hair was going to fall out, and

4    that was expected, so you're not saying

5    anybody did anything wrong.  You expected

6    temporary hair loss.

7        A.   Correct.

8        Q.   I have to know when you think it's no

9    longer temporary, when you were starting to

10   say my client owes you compensation for.

11   When is it no longer temporary?

12           MR. COFFIN:

13               Object to the form.

14           THE WITNESS:

15               When I found out that your client

16   had lied to me.

17   EXAMINATION BY MS. BIERI:

18       Q.   Okay.  Let's break that down.  You

19   never had any conversations with any friend

20   from Sanofi, correct?

21       A.   Correct.

22       Q.   You've never read any materials

23   directly from Sanofi, correct?

24       A.   Correct.

25       Q.   Your basis for saying that is you

Page 248

1   think that your doctor should have told you
2   about the risk of permanent hair loss,
3   correct?
4           MR. COFFIN:
5               Object to the form.
6   EXAMINATION BY MS. BIERI:
7       Q.  And you thought your doctor, if he
8   knew, he or she knew, he or she would have
9   told you, correct?
10          MR. COFFIN:
11              Object to the form.
12          THE WITNESS:
13              It was never listed as one of the
14  side effects, permanent hair loss, ever.
15  EXAMINATION BY MS. BIERI:
16      Q.  I'm trying to understand the basis
17  for your statement.
18      A.  Uh-huh (affirmative).
19      Q.  What is the basis for your statement
20  that Sanofi -- what did you say?
21      A.  I said they lied to me.  Sanofi knew
22  -- at that time, I found out -- I've only
23  found that out recently -- knew at the time,
24  that there were certain percentage of
25  patients that had permanent hair loss, and I

Page 249

```
 1   know that -- I've heard the packages are now
 2   -- it mentions that.  It didn't mention it
 3   then, and my doctor didn't tell me.
 4       Q.  And is that something your counsel
 5   told you?
 6            MR. COFFIN:
 7                 Object to the form.
 8                 Don't answer that question.
 9            THE WITNESS:
10                 No.
11   EXAMINATION BY MS. BIERI:
12       Q.  Can you answer that question without
13   revealing attorney-client privilege?
14            MR. COFFIN:
15                 Which one?  Which question?
16            MS. BIERI:
17                 She just told me what she thought
18   Sanofi knew, and I'm asking her what's the
19   basis of that knowledge.
20            THE WITNESS:
21                 The Internet -- the research that
22   we did on the Internet.
23   EXAMINATION BY MS. BIERI:
24       Q.  When did you research that on the
25   Internet?
```

1      A.   After I talked to my friend Leslie in

2   summer of 2016, and it was sometime after

3   that, you know, the next month, before I got

4   counsel, that we did some - my husband and I

5   did some research.

6      Q.   And what did you see when you did

7   your research?

8      A.   That Sanofi knew that Taxotere could

9   cause permanent hair loss to a percentage of

10  patients, and they told their patients in

11  Europe and they -- before they told their

12  patients -- many years before they told the

13  patients in the United States.

14     Q.   And you're not talking about telling

15  patients.  Do you really mean --

16     A.   No.  I mean telling doctors, is what

17  I mean.  Sorry.

18     Q.   So it's your assumption that none of

19  your doctors knew that permanent alopecia was

20  a potential side effect of Taxotere.

21          MR. COFFIN:

22               Object to the form.

23          THE WITNESS:

24               Well --

25  EXAMINATION BY MS. BIERI:

1      Q.   Is that your opinion?

2      A.   My doctors told me lists of side

3  effects.  They never told me permanent hair

4  loss.  They always told me temporary hair

5  loss.  So if my doctors told me that, I'm

6  thinking that they -- that's the side effects

7  that they knew.

8      Q.   That's your assumption.

9      A.   I don't like to assume, so I'm not

10 going to say I assumed.

11     Q.   Well, then, what's it based on?

12     A.   It's based on all the information

13 they gave me, piles of papers explaining

14 everything, and that was never explained.  I

15 was always told, your hair is going to grow

16 back.

17     Q.   Did you ever specifically ask any of

18 your doctors, Are you aware of whether

19 permanent hair loss is a potential side

20 effect of Taxotere?

21     A.   Did I ask that?  Is that what you're

22 asking me?

23     Q.   Correct.

24     A.   No.  Because they told me, the drugs

25 that I was taking, the hair loss was

Page 252

1  temporary.

2      Q.   You've never heard one of your

3  doctors say to you, I didn't know that

4  permanent hair loss was a side effect of

5  Taxotere, correct?

6      A.   I'm so lost.  Give it to me a

7  different way, because I'm kind of . . .

8      Q.   You're saying that your doctors told

9  you -- or your health care providers --

10      A.   Uh-huh (affirmative).

11      Q.   -- told you that hair loss would be

12  temporary from chemotherapy, correct?

13      A.   Correct.

14      Q.   Okay.  So you're assuming that they

15  had no information that permanent hair loss

16  was a potential side effect, correct?

17           MR. COFFIN:

18               Object to the form.

19           THE WITNESS:

20               I really -- I hate -- I don't

21  like to use the word assume.  I expected them

22  to tell me all the side effects that they

23  knew about.  They gave me lists, and so, I

24  figured, if you're giving me lists, that

25  they're not hiding anything from me.

Page 253

1    EXAMINATION BY MS. BIERI:

2        Q.   But that's not based on an expressed

3    discussion with them about whether they did

4    or did not know that permanent hair loss was

5    a potential side effect of Taxotere.

6        A.   I never talked about permanent hair

7    loss with my doctors.

8        Q.   Okay.  So I want to go back to an

9    issue we were talking about just a little bit

10   ago.  Your claim is that you've been injured

11   by Sanofi, correct?

12           MR. COFFIN:

13               Object to the form.

14   EXAMINATION BY MS. BIERI:

15       Q.   By your use of Taxotere and the fact

16   that you think it caused permanent hair loss,

17   correct?

18           MR. COFFIN:

19               Object to the form.

20           THE WITNESS:

21               That they didn't tell me that

22   there was a risk of permanent hair loss, and

23   that I ended up with permanent hair loss.

24   EXAMINATION BY MS. BIERI:

25       Q.   Did you ever expect to get any

Page 254

1   material directly from Sanofi?
2       A.   I didn't get -- I don't know what you
3   mean by that.  Like, was I supposed to get
4   material from all the drug companies?
5       Q.   Not from all of them.  From Sanofi.
6       A.   Well, why would that be different
7   than all the drug companies?  I don't know
8   what you mean.
9       Q.   That's not my question.  I'm not
10  asking about the other drug companies.  I'm
11  asking:  Did you have some expectation that
12  Sanofi was going to have a contact with you?
13      A.   No.  Why would I --
14      Q.   Are you talking then about
15  information that was communicated to you
16  through your doctor?
17      A.   Yes.  All the information was
18  communicated through the doctor, or other
19  health providers.
20      Q.   First question:  You told me that
21  Nurse Thomas told you that your hair would
22  grow back, correct?
23      A.   Yes, she did.
24      Q.   Can you identify anyone else who told
25  you specifically that your hair loss would be

1    temporary?

2        A.   Dr. Kardinal told me my hair loss

3    would be temporary; Dr. Larned told me my

4    hair loss would be temporary.

5        Q.   Did you ever discuss with your

6    doctors when you could expect your hair to

7    regrow?

8        A.   At some point in '09, and I don't

9    know when, when I went to see Dr. Larned, I

10   asked her, when will my hair -- or it may

11   have been 2010.  I don't know the exact

12   appointment I had with her.  But I did talk

13   to her about when would my hair grow back.

14       Q.   You asked her that question, When

15   will my hair grow back?

16       A.   Yes.

17       Q.   And -- or did you ask it a different

18   way?  I want to understand what you said to

19   her.

20       A.   When will my hair grow back.

21       Q.   And what was her response?

22       A.   She had none.  She couldn't explain.

23   She couldn't give me a date.  She couldn't

24   explain.

25       Q.   Do you remember any of the words she

Page 256

1    said?

2        A.   No.

3        Q.   When you talked to Dr. Larned in 2009

4    or 2010, did you believe that your hair loss

5    was due to Taxotere?

6            MR. COFFIN:

7                Object to the form.

8            THE WITNESS:

9                We didn't discuss any particular

10   thing about why it wasn't growing back at the

11   rate that I had hoped it would grow back.

12   EXAMINATION BY MS. BIERI:

13       Q.   Well, you were talking to your

14   oncologist, correct?

15       A.   Correct.  But we didn't talk about

16   any particular drugs or causes.

17       Q.   Did you think, at that point, it was

18   due to chemotherapy?

19       A.   Well, I lost it because of

20   chemotherapy.  I had no clue about the

21   growing back.

22       Q.   So was there a potential in your mind

23   at that point that your hair was not growing

24   back due to something other than a

25   chemotherapy drug?

1      A.   I didn't know.   And Dr. Larned was

2  one of the doctors that I saw frequently.   I

3  think I saw her every three months for a

4  while.   So I talked to her because she's the

5  one that I would see all the time.

6      Q.   Did Dr. Larned recommend that you do

7  anything with regard to your hair loss?

8      A.   No.   She had no suggestions.

9      Q.   Have you ever -- through today's

10  date, have you ever talked to any health care

11  provider about whether Taxotere caused or

12  contributed to your hair thinning?

13      A.   No.

14      Q.   Have you ever asked any health care

15  provider why they thought your hair is

16  thinner than it was before chemotherapy?

17      A.   I talked once to my gynecologist, and

18  her comments were back -- her comment to me

19  was, Well, as you age, your hair gets

20  thinner.

21      Q.   And which gynecologist was this?

22      A.   Dr. Roberie.

23      Q.   So have you considered whether the

24  current condition of your hair is affected by

25  the aging process?

```
 1      A.  I was 50 at the time, and most
 2   50-year-old's hair do not thin.  You know,
 3   80, maybe, but not 50.  So when she told me
 4   that, I was a little taken aback, but -- so I
 5   dropped it.
 6      Q.  Are you aware that there are hundreds
 7   of different causes of hair loss?
 8          MR. COFFIN:
 9              Object to the form.
10          THE WITNESS:
11              You mean besides chemotherapy?
12   EXAMINATION BY MS. BIERI:
13      Q.  Uh-huh (affirmative).
14      A.  Yes.
15      Q.  Do you know that it is -- do you know
16   that determining the cause of hair loss is
17   important to determining the right treatment?
18          MR. COFFIN:
19              Object to the form.
20          THE WITNESS:
21              I mean, I hadn't thought about
22   that, so I was not --
23   EXAMINATION BY MS. BIERI:
24      Q.  So you were not aware of that.
25      A.  Not particularly, no.
```

Page 259

1      Q.  Do you think that the changes to your
2   hair since 2008, are due solely to Taxotere?
3      A.  I can't say that because I lost my
4   hair and I had several cocktails of
5   chemotherapy drugs.  So my initial loss of
6   hair was Taxotere, because that was one of
7   the first drugs I took.  And then, in the
8   second phase, I took different drugs.  My
9   hair didn't grow back.  So I don't know what
10  -- you know, it was a cocktail of drugs.
11     Q.  So your hair loss might be
12  contributed to by some of the other
13  chemotherapy drugs that you took?
14          MR. COFFIN:
15              Object to the form.
16  EXAMINATION BY MS. BIERI:
17     Q.  Is that your opinion?
18          MR. COFFIN:
19              Object to the form.
20          THE WITNESS:
21              Well, several of the drugs that I
22  took say it had temporary hair loss as a side
23  effect.
24  EXAMINATION BY MS. BIERI:
25     Q.  Well, that's not exactly what I'm

1  asking.  I'm asking a little bit of a

2  different question.

3         Do you think that your persistent

4  hair loss is caused solely by Taxotere?

5         MR. COFFIN:

6             Object to the form.

7         THE WITNESS:

8             Now I do.

9  EXAMINATION BY MS. BIERI:

10     Q.  Was there a time when you did not?

11     A.  Sure.  I had no clue that that was

12  one of the side effects of Taxotere, until

13  2016.  I had no clue that a side effect of

14  Taxotere was permanent hair loss.

15     Q.  Today, do you think it's possible

16  that one of the other chemotherapy drugs has

17  caused or contributed to your persistent hair

18  loss?

19     A.  No.  Because -- no, I don't.

20     Q.  You think it's a hundred percent due

21  to Taxotere.

22     A.  I do.

23     Q.  Do you think that any other

24  non-chemotherapy drug has caused or

25  contributed to your persistent hair loss?

```
 1          MR. COFFIN:
 2              Object to the form.
 3          THE WITNESS:
 4              Which drugs do you mean?
 5     EXAMINATION BY MS. BIERI:
 6        Q.  Any other drug that's not a
 7     chemotherapy drug that you've taken.
 8          MR. COFFIN:
 9              Object to the form.
10          THE WITNESS:
11              No.
12     EXAMINATION BY MS. BIERI:
13        Q.  Do you think that any medical
14     condition that you have has caused or
15     contributed to your persistent hair loss?
16          MR. COFFIN:
17              Object to the form.
18          THE WITNESS:
19              What medical conditions are you
20     talking about?
21     EXAMINATION BY MS. BIERI:
22        Q.  Anything about your idiosyncratic
23     body.
24          MR. COFFIN:
25              Object to the form.
```

1          THE WITNESS:

2               I have arthritis.  I don't think

3     that contributed to hair loss.

4     EXAMINATION BY MS. BIERI:

5        Q.  You have a Vitamin D deficiency,

6     correct?

7        A.  Well, yes, yes.  But they keep

8     changing the levels of what's deficient and

9     what's not, so I don't know where I am on the

10    scale.

11       Q.  But you've had a hard time regulating

12    your Vitamin D levels, correct, over the

13    years?

14          MR. COFFIN:

15               Object to the form.

16          THE WITNESS:

17               I've taken Vitamin D over the

18    years.

19    EXAMINATION BY MS. BIERI:

20       Q.  And have they changed the amount in

21    an effort to get your Vitamin D levels

22    regulated?

23       A.  I've changed the amount, so it isn't

24    really -- it wasn't the doctors.

25       Q.  Okay.  Why have you changed the

Page 263

1  amount?

2      A.  Because originally, I was on a

3  prescription Vitamin D, and then I switched

4  to a non-prescription Vitamin D.

5      Q.  And you had to change the dosage when

6  you did that?

7      A.  Correct.

8      Q.  And that's the only reason that you

9  switched the amount of the dosage.

10     A.  Correct.

11     Q.  Okay.  When did you have your last

12  menstrual period?

13     A.  March 2008.

14     Q.  And were you having some menopausal

15  symptoms prior to March 2008?

16     A.  Yeah.  I was in perimenopause, yes.

17     Q.  Beginning when, do you think?

18     A.  A year or two.

19     Q.  And were you having any symptoms of

20  menopause in 2007 or 2008?

21     A.  When I started chemo -- yeah, I guess

22  when I started chemotherapy, I started having

23  symptoms of menopause, like hot flashes.

24     Q.  Okay.  But not any before that.

25     A.  Nothing.  No, nothing significant.

Page 264

1      Q.   Okay.   What other symptoms of
2   menopause were you experiencing during
3   chemotherapy?
4          MR. COFFIN:
5             Object to the form.
6          THE WITNESS:
7             I don't really remember because I
8   had so many other issues that I was dealing
9   with in terms of side effects from the drugs.
10  EXAMINATION BY MS. BIERI:
11     Q.   At any time since finishing
12  chemotherapy, have you had symptoms of
13  menopause?
14         MR. COFFIN:
15            Object to the form.
16         THE WITNESS:
17            Yes.   I had some, yes.   After
18  chemotherapy, I did have some symptoms of
19  menopause.
20  EXAMINATION BY MS. BIERI:
21     Q.   Do you think that in 2011, you were
22  experiencing some more severe symptoms of
23  menopause?
24         MR. COFFIN:
25            Object to the form.

```
 1          THE WITNESS:
 2              Severe.  I don't --
 3   EXAMINATION BY MS. BIERI:
 4      Q.  More severe than what you had
 5   experienced before?
 6      A.  Well, I don't know what you mean by
 7   before.  Do you mean before during
 8   chemotherapy, or do you mean after
 9   chemotherapy?
10      Q.  I mean from the time you experienced
11   your first menopausal symptom until that day.
12      A.  I don't remember.  I mean, that . . .
13      Q.  In 2011, were you complaining of
14   severe vaginal dryness?
15      A.  Probably.
16      Q.  So much so that it resulted in, like,
17   difficulty walking, like, pain?
18          MR. COFFIN:
19              Object to the form.
20          THE WITNESS:
21              Probably.
22   EXAMINATION BY MS. BIERI:
23      Q.  What's causing you to qualify your
24   answer?  Is it that you don't remember the
25   year, or you don't remember that experience?
```

1       A.   I don't remember the year, and I

2    don't remember quite that experience, but

3    maybe it was.

4       Q.   And were you complaining of insomnia

5    in 2011?

6       A.   I probably was.

7       Q.   Night sweats?

8       A.   Yes.

9       Q.   Fatigue?

10      A.   Probably.

11      Q.   Severe hot flashes?

12      A.   Probably.

13      Q.   Okay.  Lack of sex drive?

14      A.   Probably.

15      Q.   Mood swings?

16      A.   Well, if you're reading it, probably,

17   but I don't remember.

18          MS. BIERI:

19              Can we take a break for a second?

20          MR. COFFIN:

21              Sure.

22          MS. BIERI:

23              Is now a good time for everybody?

24          MR. COFFIN:

25              Fine with me.

Page 267

1          MS. BIERI:

2               Thank you.

3                    (Recess).

4     EXAMINATION BY MS. BIERI:

5          Q.  Ms. Kahn, before we went on the

6     break, we were talking about menopause and

7     menopause symptoms.  And we were talking

8     about the ones that you were experiencing.

9               I want to hand you what I'm marking

10    as Exhibit 9.  Let me know when you've had a

11    chance to read it.

12         A.  (Witness complies).

13         MS. BIERI:

14              Should we stop my timer?

15         MR. COFFIN:

16              No.  Not unless you want --

17         MS. BIERI:

18              Let's go off the record.

19         MR. COFFIN:

20              -- to go off the record.

21          (Off-the-record discussion).

22         THE WITNESS:

23              Okay.  I read it.

24    EXAMINATION BY MS. BIERI:

25         Q.  Okay.  So would you agree with me

Page 268

1    that in 2011, you were complaining of hot

2    flashes, mood swings, memory loss, libido

3    changes, night sweats, and insomnia?

4        A.  Yes.

5        Q.  And did you attribute those to

6    menopause?

7            MR. COFFIN:

8                Object to the form.

9            THE WITNESS:

10               I didn't know.  It could have

11   been.  Those are some symptoms of menopause.

12   EXAMINATION BY MS. BIERI:

13       Q.  What does the diagnosis say?

14   On Exhibit 9.

15       A.  Well, I was in menopause, so he was

16   -- my doctor was attributing that the

17   complaints that I had were menopause because

18   of -- those are typically symptoms of

19   menopause.

20       Q.  It's just -- I just want to make

21   sure.  Do you think these were symptoms of

22   menopause?

23       A.  I thought they could be, yes.

24       Q.  And did you specifically go to

25   Dr. Farris on that visit to discuss

Page 269

1  menopausal issues and hormone management?

2      A.  We went to talk -- I went to talk --

3  him to talk about hormones.

4      Q.  What --

5      A.  Because of the symptoms I was having.

6      Q.  Did you attribute them to hormonal

7  changes?

8      A.  Well, there were many hormonal

9  changes in my body, yeah.  Yes.

10     Q.  Can you explain what you mean?

11     A.  Well, it could have been menopause.

12 It could have been chemotherapy.  It could

13 have been -- it was . . .

14     Q.  It could have been chemotherapy?

15     A.  I was just . . .

16     Q.  You had stopped chemotherapy two

17 years before, correct?  Over two years

18 before.

19     A.  Well, I'd been having all those

20 issues for many years.  I just finally got to

21 a point when I got tired of -- you know, when

22 I wanted to do something about them.

23     Q.  Do you agree that you had your last

24 period in March of 2008, and that you went

25 into menopause in 2008?

Page 270

1      A.   Well, probably.  But I don't --
2    what --
3      Q.   No.  Let's stop.
4           Do you agree that you had your last
5    period in March of 2008?
6      A.   Yes.
7      Q.   Were you diagnosed by -- to your
8    knowledge, were you diagnosed by anyone as
9    menopausal in 2008?
10     A.   No.  My gynecologist says it's a year
11   without any periods before we will diagnose
12   menopause.
13     Q.   Okay.  So do you believe you were in
14   menopause in March of 2009?
15     A.   Yes.
16     Q.   A year without a period, correct?
17     A.   Right.
18     Q.   Okay.  Are you aware that 40 to 50
19   percent of women have hair thinning issues
20   after menopause?
21          MR. COFFIN:
22               Object to the form.
23          THE WITNESS:
24               My gynecologist, when I talked to
25   her about, when would my hair fully grow

Page 271

1    back, she -- that's when she said, Oh, it

2    happens because of age.  So . . .

3    EXAMINATION BY MS. BIERI:

4        Q.  And you thought age and menopause

5    went together.

6        A.  Generally, yes, I do.  Yes, I do

7    think age and menopause go together.

8        Q.  That's what you think she meant in

9    that conversation.

10       A.  Yes.

11       Q.  That was your takeaway.  That was

12   your understanding, that she was saying,

13   women lose their hair as they age because --

14   and you thought that meant because of

15   menopause, correct?

16       A.  Yeah, I'd --

17       Q.  And that was --

18       A.  -- I'd say that.

19       Q.  And that was Dr. Pelitere?

20       A.  No.  That was my gynecologist,

21   Dr. Roberie.

22       Q.  Thank you.

23           Do you agree that your hair thinning

24   might be caused by menopause?

25           MR. COFFIN:

1          Object to the form.

2      THE WITNESS:

3          I don't have hair thinning.  I

4   have hair balding.

5   EXAMINATION BY MS. BIERI:

6      Q.  Okay.

7      A.  It's two different things.

8      Q.  I want to --

9      A.  To me.

10     Q.  Okay.  When we talked about it

11  earlier, we said -- you did say, at that

12  point, I think, thinning, in terms of the

13  overall volume.  And that's how I meant it.

14  Would you prefer me to refer to it a

15  different way?

16     A.  Well, when you talk about menopause

17  and hair thinning, it's not -- to me, it's

18  not balding.  It's actual -- it's thinning.

19  Where, as an individual, you might know your

20  hair is thinner; but as somebody looking at

21  you, they might not realize that your hair is

22  thinner.

23     Q.  What's that belief based on?

24     A.  Because of many -- I know many, many

25  postmenopausal women who have heads of hair.

Page 273

1    Many, many, many.  So that's what --
2        Q.  So anecdotal evidence of other women
3    you've seen?
4        A.  Yes.
5        Q.  So do you think any degree of your
6    hair thinning, overall hair thinning, is
7    caused by menopause?
8            MR. COFFIN:
9                Object to the form.
10           THE WITNESS:
11               I don't know.  No one ever told
12   me it was that.
13   EXAMINATION BY MS. BIERI:
14       Q.  Well, you said Dr. Roberie thought
15   the hair thinning was a natural part of a
16   woman's aging, correct?  Did you tell me
17   that?
18       A.  Yes, she did say that.
19       Q.  So do you --
20       A.  But she didn't -- but she didn't
21   explain why -- she didn't explain hair
22   balding.  She talked about hair thinning.  As
23   I said, I think those are two different
24   things.
25       Q.  Well, she was looking at you.  Were

Page 274

1    you in person when you had this discussion

2    with her?

3        A.   Yes.

4        Q.   So she was looking at you?

5        A.   Yes.

6        Q.   And she was answering a question you

7    had about your hair when she provided that

8    answer, correct?

9            MR. COFFIN:

10               Object to the form.

11           THE WITNESS:

12               I think she was trying to be

13   kind.

14   EXAMINATION BY MS. BIERI:

15       Q.   I don't want you to speculate about

16   what you think --

17       A.   Right.

18       Q.   -- she was trying to do.  I'm

19   Asking --

20       A.   She didn't answer my question.  And

21   so . . .

22       Q.   Well, she did answer your question.

23   Maybe not in the way that you wanted.  But

24   you said she told you she thought hair

25   thinning occurred as women aged.  That's been

Page 275

1    your testimony today, correct?

2        A.   Right.

3             MR. COFFIN:

4                  Object to the form.

5    EXAMINATION BY MS. BIERI:

6        Q.   So do you agree that it's possible

7    that menopause has contributed to the current

8    condition of your hair?

9             MR. COFFIN:

10                  Object to the form.

11            THE WITNESS:

12                  I can't answer that.  I don't

13   know.

14   EXAMINATION BY MS. BIERI:

15       Q.   I want your opinion.

16       A.   I don't know.

17            MR. COFFIN:

18                  Object to the form.

19   EXAMINATION BY MS. BIERI:

20       Q.   Are you going to say, menopause is

21   not contributing to the current condition of

22   my hair?  Is that your testimony?

23            MR. COFFIN:

24                  Object to the form.

25            THE WITNESS:

Page 276

```
 1            I can't give a definitive on
 2    that.
 3    EXAMINATION BY MS. BIERI:
 4        Q.  So you're not willing to say -- let's
 5    do this a different way.
 6            Do you think it's possible that
 7    menopause contributed to the current
 8    condition of your hair?
 9            MR. COFFIN:
10                Object to the form.
11            THE WITNESS:
12                I don't know.  I don't know if
13    it's possible or not.
14    EXAMINATION BY MS. BIERI:
15        Q.  Even despite what Dr. Roberie said,
16    you don't even think it's possible.  Is that
17    your testimony?
18            MR. COFFIN:
19                Object to the form.
20            THE WITNESS:
21                Yes.
22    EXAMINATION BY MS. BIERI:
23        Q.  You told me you're taking lisinopril,
24    correct?
25        A.  Correct.
```

1          Q.  Have you ever read any materials

2    related to the side effects of lisinopril?

3          A.  I probably have.  But I've been

4    taking it for a number of years, so I don't

5    remember what I read.

6          Q.  I don't know what means.

7          A.  Well, when you get the drugs from the

8    pharmacy, there's a sheet in there that lists

9    side effects and information about the drug.

10   And I'm sure, when I first took it .that I

11   read it, but I can't tell you what it said.

12         Q.  Have you ever read the actual label

13   for lisinopril?

14             MR. COFFIN:

15                  Object to the form.

16             MS. BIERI:

17                  Yeah.

18   EXAMINATION BY MS. BIERI:

19         Q.  I don't -- forgive me.  I don't mean

20   the label that's on the bottle.

21         A.  It is.

22         Q.  I mean the prescription -- the

23   prescribing physician label.

24             MR. COFFIN:

25                  Objection to the form.

Page 278

1          MS. BIERI:

2               That's fine.

3          THE WITNESS:

4               I got -- whatever the pharmacy

5     gives you, that's what I read.

6     EXAMINATION BY MS. BIERI:

7          Q.   That's the only thing you would have

8     read about lisinopril?

9          A.   Yes.   Yes.

10         Q.   Do you ever talk to any doctor about

11    the side effects of lisinopril?

12         A.   Yes.

13         Q.   Who?

14         A.   Dr. Pelitere.

15         Q.   When?

16         A.   When I first started taking it.

17         Q.   And I told you, I have a record, a

18    pharmacy record, of you getting lisinopril in

19    2009.

20         A.   Okay.

21         Q.   Were you treating with Dr. Pelitere

22    in 2009?

23         A.   Yes.

24         Q.   Okay.   So you talked about the side

25    effects or risks of lisinopril.

Page 279

1      A.   Correct.

2      Q.   What do you remember her telling you?

3      A.   One, that I took a very low -- that

4   I'm taking a very low dose.  I know that

5   coughing -- it can cause coughs, which I

6   didn't have.  That the -- I wasn't

7   experiencing side effects, and so she wanted

8   me to continue on the drug when we talked

9   about it just -- because I wasn't -- my body

10  was tolerating that particular drug.

11     Q.   So the only side effect you remember

12  her telling you about was coughing.

13     A.   Right.  And I know there were

14  probably others.  I just don't remember.

15     Q.   Are you aware that alopecia is listed

16  as a potential side effect of lisinopril?

17          MR. COFFIN:

18               Object to the form.

19          THE WITNESS:

20               No.

21  EXAMINATION BY MS. BIERI:

22     Q.   Okay.  Let's talk about tamoxifen.

23     A.   Okay.

24     Q.   What is your understanding of what

25  tamoxifen is?

```
 1      A.  Oh, it's so scientific, it's the --
 2  it's trying to -- it doesn't want estrogen to
 3  -- you want estrogen out of your breast area,
 4  and it supposedly keeps the -- I don't know
 5  -- the estrogen away, so you don't get
 6  cancer.  I don't -- I've been told it over
 7  and over again.  I don't really quite -- I'm
 8  not a science person.  I don't really
 9  remember.
10      Q.  Did Dr. Larned prescribe tamoxifen to
11  you?
12      A.  Yes, she did.
13      Q.  And you began taking it in April of
14  2009, correct?
15      A.  Yes, I did.
16      Q.  And you told me that you're going to
17  take it through April of 2018; is that right?
18      A.  Correct.
19      Q.  Have you considered taking it longer?
20      A.  The original prescription that
21  doctors gave was for five years.  And when I
22  got to my five-year mark, Dr. Larned said
23  they're now suggesting ten years.  And so I
24  did -- we talked about it -- about doing
25  that.  And then, on my last visit, she said
```

Page 281

1   you can stop in April of 2018.

2        Q.   When did you last meet with her?

3        A.   July of 2017.  June or July.

4        Q.   When are you scheduled to meet with

5   her next?

6        A.   June or July of 2018.

7        Q.   I think you told me earlier, that no

8   one ever went over the risks or side effects

9   of tamoxifen with you; is that correct?

10       A.   No, I never said that.

11       Q.   Oh, I must have misheard your

12  testimony.

13       A.   Yeah.

14       Q.   So did someone explain the risks and

15  side effects of tamoxifen with you?

16       A.   Yeah.  Dr. Larned and I talked about

17  the side effects of tamoxifen.

18       Q.   And what did she say those side

19  effects were?

20       A.   Many of the side effects of tamoxifen

21  are similar to what you experience in

22  menopause.  And we've gone over the side

23  effects of -- list of things that I

24  complained about.

25       Q.   Did she explain any other side

Page 282

1   effects that you can recall?
2       A.   No.
3       Q.   Did you get any written materials
4   about tamoxifen?
5       A.   Maybe, but I don't -- I don't --
6   probably, but I don't remember.
7       Q.   Do you currently have any written
8   materials on the side effects of tamoxifen?
9       A.   No.  I get -- when I get my
10   prescription, I get the thing with the
11   prescription, that gives you information
12   about tamoxifen.  But I don't have one at
13   home.  I throw them away.
14       Q.   You don't keep it in that binder?
15       A.   No.  I've been taking it for ten
16   years, so no.
17       Q.   Do you know what the label for
18   tamoxifen says about hair loss and hair
19   thinning?
20       A.   I don't --
21           MR. COFFIN:
22               Object to the form.
23   EXAMINATION BY MS. BIERI:
24       Q.   Do you know or not?
25       A.   No.  No.  I don't know what the label

Page 283

1  says.

2      Q.  Have you ruled out, in your mind,

3  tamoxifen, 100 percent, as a cause of the

4  condition of your hair?

5           MR. COFFIN:

6                Object to the form.

7           THE WITNESS:

8                Ruled it -- when my hair started

9  growing back, which was before tamoxifen, the

10  areas that are thin, were thin then, and they

11  -- I started tamoxifen, and they remained

12  thin.  So these same areas, it didn't change

13  when I started taking tamoxifen, in terms of

14  -- my hair was growing back when I started

15  tamoxifen.  It wasn't quite as full as it was

16  now.  But the thinning parts were the same

17  thinning parts then as it is now.

18           Do you understand what I'm trying to

19  say?

20  EXAMINATION BY MS. BIERI:

21      Q.  No.  I understand the words you're

22  saying.  But my question is just, have you

23  ruled out tamoxifen 100 percent as a

24  potential cause of the current condition of

25  your hair?

Page 284

1          MR. COFFIN:

2               Object to the form.

3          THE WITNESS:

4               Yes.  Actually, yes, I have.

5     EXAMINATION BY MS. BIERI:

6       Q.  And what's that based on?

7       A.  Based on finding out in 2016, that

8     Taxotere can cause permanent hair loss.

9       Q.  It's not based on the tamoxifen

10    label, correct?

11         MR. COFFIN:

12              Object to the form.

13         THE WITNESS:

14              No.

15    EXAMINATION BY MS. BIERI:

16      Q.  It's not based on any research on

17    tamoxifen, correct?

18         MR. COFFIN:

19              Object to the form.

20         THE WITNESS:

21              I haven't looked recently at what

22    the tamoxifen says.

23    EXAMINATION BY MS. BIERI:

24      Q.  Have you ever looked at information

25    about tamoxifen?

1        A.   I've been taking it for ten years.
2    I've read it all when I first started taking
3    it, and I haven't read it again.
4        Q.   Well, I'm having a hard time.
5    Because I asked you what information -- what
6    written information you had seen, and all you
7    told me about was what comes with the
8    prescription.  Now, you're --
9        A.   Well, it's a lot.  It's a long --
10   it's like this long.  I read it when I got it
11   -- when I first got it and what --
12       Q.   Are you saying --
13       A.   -- the doctors told me, but I haven't
14   read it again.
15       Q.   Other than reading what you just
16   described, have you read any other
17   information on tamoxifen at any time?
18       A.   I can tell -- well, I don't remember.
19   It was ten years ago.  You're looking at me
20   like I'm crazy.  It was ten years ago.  I'm
21   sure I did, but I don't remember.  And I
22   can't tell you definitively, so I don't want
23   to say -- give you an answer that I can't say
24   -- know in my head, that's correct.  I
25   probably did.  I don't remember.

1      Q.   At any point, have you thought that

2   tamoxifen has made your menopausal symptoms

3   worse?

4      A.   I thought that that could happen.

5      Q.   You thought it could happen or it was

6   happening?

7      A.   Well, I didn't know.  And my doctor

8   said it definitively did not.

9      Q.   Did you think tamoxifen made your

10  skin dry?

11     A.   I thought so.  My doctor said no.

12     Q.   Which doctor?

13     A.   Dr. Larned.

14     Q.   And did you think that tamoxifen was

15  causing or exacerbating vaginal dryness,

16  irritation, and itching?

17     A.   I thought it could have.  Are you

18  saying the tamoxifen could have?

19     Q.   Uh-huh (affirmative).

20     A.   I thought it could have, but I didn't

21  -- she didn't -- she never told me that it

22  was definitive.

23     Q.   Did you think that your severe

24  vaginal dryness and irritation and itching

25  was either due to menopause or to tamoxifen?

Page 287

1           MR. COFFIN:

2               Object to the form.

3           THE WITNESS:

4               It's very hard when something

5    happens at the same time, for those.  And

6    when the side effects were the same.  I just

7    -- and I'm not a doctor.  I don't know.

8    EXAMINATION BY MS. BIERI:

9       Q.  Did you think it was one of the two,

10   though?  Maybe you didn't know which one of

11   the two, but one of the two?

12          MR. COFFIN:

13              Object to the form.

14          THE WITNESS:

15              Probably, yes.  It was probably

16   one of those two.

17   EXAMINATION BY MS. BIERI:

18      Q.  Or a combination of both?

19          MR. COFFIN:

20              Object to the form.

21          THE WITNESS:

22              Sure.

23   EXAMINATION BY MS. BIERI:

24      Q.  I'm just asking to understand what

25   your impression was.

Page 288

1       A.   Uh-huh (affirmative).  Yes, it could
2  have been.
3       Q.   For a period of time, you took a
4  testosterone gel, correct?
5       A.   Correct.
6       Q.   Is that called Testim?
7       A.   Yes.
8       Q.   Who prescribed that to you?
9       A.   Dr. Farris.
10       Q.   Why -- during what time period did
11  you take that?
12       A.   Well, it must have started in 2011.
13  And I took it, I think, for six months, but I
14  didn't show any change; and so I stopped it,
15  but I can't remember if I did it for a year
16  total or just six months.
17       Q.   Do you know why you were prescribed
18  Testim?
19       A.   Well, to help alleviate some of the
20  symptoms, and I was -- because of my breast
21  cancer, I couldn't take estrogen.  And so
22  that's why.
23       Q.   Did you talk with Dr. Farris about
24  the indications for Testim?  The indications
25  for use?

Page 289

1      A.   Yes.

2      Q.   Did you talk about risks and benefits

3   of Testim?

4      A.   Yes.

5      Q.   And what were you told?

6      A.   One, it's generally prescribed for

7   men.

8      Q.   Generally or it's only indicated for

9   men?

10          MR. COFFIN:

11               Object to the form.

12          THE WITNESS:

13               Well, I can't tell you about --

14   what do you mean by indicated?

15   EXAMINATION BY MS. BIERI:

16      Q.   By FDA.

17      A.   Well, I don't know that.

18      Q.   He didn't tell you that.

19      A.   Well, maybe he did, but I don't

20   remember.  It was --

21      Q.   You don't remember him saying it's

22   only approved for use in men?

23          MR. COFFIN:

24               Object to the form.

25          THE WITNESS:

```
                                           Page 290
 1            No, I don't remember whether he
 2   said that or not.
 3   EXAMINATION BY MS. BIERI:
 4      Q.  You just remember him saying it was
 5   generally used in men.
 6      A.  Yes.  But that he's -- he's read many
 7   studies, and he believes that it can help
 8   women, too, so he prescribes it.
 9      Q.  And what was he trying to help with
10   the Testim gel?
11      A.  The --
12            MR. COFFIN:
13                Object to the form.
14            THE WITNESS:
15                Some of the symptoms that I'm
16   complaining about here.
17   EXAMINATION BY MS. BIERI:
18      Q.  Which are?
19      A.  The mood swings, changes in libido, I
20   guess the insomnia, all those -- and I don't
21   remember if that was supposed to help the hot
22   flashes.  But I took it for six months, and I
23   didn't find that it helped me very much, so I
24   stopped taking it.
25      Q.  Did he discuss the risk of increased
```

Page 291

1    blood pressure due to taking Testim?

2           MR. COFFIN:

3                 Object to the form.

4           THE WITNESS:

5                 I don't remember, but I would

6    imagine he would have if -- I don't remember.

7    EXAMINATION BY MS. BIERI:

8        Q.  Did he discuss that it could cause

9    changes in body hair?

10          MR. COFFIN:

11                Object to the form.

12          THE WITNESS:

13                Probably.  I don't remember.

14   EXAMINATION BY MS. BIERI:

15       Q.  Even though he -- you think he told

16   you that?

17       A.  Probably.  But I don't remember.

18       Q.  Then, if you don't -- what is the

19   basis for your saying probably?

20       A.  Because that would be -- that is one

21   of the symptoms.  I don't know, you know, of

22   having -- I don't remember.

23       Q.  But you understand that testosterone

24   can cause changes in body hair, so that's why

25   you think he probably told you that?

Page 292

1       A.   Yes.

2       Q.   Okay.

3       A.   Because we went over -- we went over

4    why I took it and what we hoped to gain and

5    what we might -- you know, what the risks

6    were.  And so I'm sure we discussed it.

7       Q.   And you were willing to accept a risk

8    of the body hair changes?

9       A.   Well, wouldn't it be nice, since I

10   had this, maybe -- maybe I'd grow more hair.

11      Q.   Do you think that testosterone,

12   growing hair on the crown of the head or the

13   back of the head is what a testosterone would

14   do?

15           MR. COFFIN:

16               Object to the form.

17           MS. BIERI:

18               Well, she seems to know about

19   testosterone --

20           MR. COFFIN:

21               Well, she --

22           MS. BIERI:

23               -- and its effects on body hair.

24           MR. COFFIN:

25               Well, she's not an expert, and

Page 293

1   she can't ask -- you can't ask questions for

2   an expert.

3          MS. BIERI:

4              Well, I can certainly ask her

5   opinion.

6          THE WITNESS:

7              No, I --

8          MR. COFFIN:

9              Not if it's an expert opinion.

10  It calls for an expert opinion.  So I'm going

11  to object.  But you can continue to ask your

12  questions.  I object to the form.

13         THE WITNESS:

14             I'm really just joking in that I

15  -- we talked -- I'm sure we talked about, you

16  know, body hair growth.  But I didn't

17  experience that side effect when I took it.

18  EXAMINATION BY MS. BIERI:

19     Q.  You didn't experience the growth of

20  hair when you took it.

21     A.  Right.

22     Q.  And that's what you thought the side

23  effect would be, to grow hair?

24     A.  You're putting words in my mouth, and

25  I don't -- I can't answer it.

Page 294

1      Q.   I'm a hundred percent not intending
2  to.
3      A.   Yeah.
4      Q.   Let me ask it a different way.
5      A.   Okay.
6      Q.   Did you think that the hair-related
7  side effect of taking testosterone would be
8  to cause a growth of hair?
9      A.   Well, what would it be if it wasn't
10 that?
11     Q.   Cause a loss of hair?  To cause hair
12 in different areas.  There's lots of
13 different things.
14     A.   Okay.  Well . . .  I can't answer
15 that.
16     Q.   And that's okay.  If you don't --
17     A.   I really can't.
18     Q.   If you don't have an opinion, you
19 don't have an opinion.
20     A.   Okay.
21     Q.   You were telling me, before we took a
22 break, about a -- earlier in the morning --
23     A.   Uh-huh (affirmative).
24     Q.   -- about a family member who had been
25 diagnosed with cancer.  And I turned away

```
 1   from it because I understood that it was
 2   upsetting you.
 3        A.   Uh-huh (affirmative).
 4        Q.   I do need to ask you about that.  And
 5   if you need to take a break, we can.  Can you
 6   tell me about the family member you're
 7   talking about?
 8        A.   My aunt had brain cancer.
 9        Q.   And has she since passed away?
10        A.   Many years ago.
11        Q.   And that's making you emotional right
12   now.  Can I ask why it's making you
13   emotional?
14        A.   You can, but I can't answer you.
15   It's just -- it's making me emotional.
16        Q.   I just didn't know if you had a
17   particularly close relationship with her, or
18   there was something about her particular
19   cancer that was upsetting.
20        A.   We've had lots of cancer in our
21   family.  So I can go on probably for another
22   two hours talking about that, so it's just --
23   it's very emotional.  It's my aunt, and then
24   there are a litany of other family members.
25        Q.   Okay.
```

Page 296

1     A.   Some who've not survived and some who
2   have.
3     Q.   I think until we spoke about your
4   aunt, everyone else has been living.  So your
5   aunt has passed away.  Have you had other
6   family members who have passed away due to
7   cancer?
8     A.   Yes, I have.
9     Q.   Can you tell me who those people are?
10    A.   My nephew and another aunt.  And a
11  stepmother.
12    Q.   And I'm going to ask you about these.
13  And if you need to take a break, we can take
14  a break.  Do you want to do that right now?
15    A.   Well, I'm going to be upset no matter
16  what you -- when we do it, so you can . . .
17    Q.   Okay.  You spoke about a second aunt
18  that had cancer.  What type of cancer did
19  that aunt have?
20    A.   Pancreatic.
21    Q.   When did she pass?
22    A.   Maybe three years ago.  Four years
23  ago.
24    Q.   2013 or 2014?
25    A.   Probably.

Page 298

```
 1   time frame.
 2          And where did she live when she was
 3   being treated for breast cancer?
 4      A.   In Maine.
 5      Q.   Do you know what treatment she
 6   received for breast cancer?
 7      A.   I think she had surgery and
 8   radiation.  She did not have chemo.  I know
 9   she did not have chemo.  But I can't remember
10   if she had radiation or not.
11      Q.   And then she was later diagnosed with
12   pancreatic cancer?
13      A.   Correct.
14      Q.   And in what year was that?
15      A.   '15, maybe?
16      Q.   Do you know how that was treated?  Or
17   attempted to be treated?  What --
18      A.   They couldn't do much.
19      Q.   Do you know if she had chemotherapy
20   in connection with her colon cancer?
21      A.   She wasn't -- I knew her, but she
22   wasn't married to my father then, so I don't
23   -- I wasn't privy to it, so I don't remember
24   what her treatment was.
25      Q.   Okay.  You also talked about a nephew
```