# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Alice D. Hughes v. Accord Healthcare, Inc. Case No. 2:17-cv-11769* | : : : : | **PROPOSED ORDER** |

Considering the foregoing Motion filed by Defendant Accord Healthcare, Inc. for Leave to File its Reply Memorandum in Support of Bill of Costs (R. Doc. 12987);

IT IS ORDERED that Defendant's Motion is GRANTED, and that Accord's proposed Reply Memorandum in Support of Bill of Costs is hereby entered into the Court's docket.

Signed in New Orleans, Louisiana this 8th day of July, 2021.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

5210135.1