# EXHIBIT A

**In re: Taxotere (Docetaxel) Products Liability Litigation (MDL No. 2740)**

**Expert Report of John Glaspy, M.D.**

**Date Submitted: April 29, 2019**

1

While hormonal therapies are effective, in ER positive breast cancer, they do not replace chemotherapy for patients with a significant risk of relapse. In these women, the hormonal therapies are used in addition to, rather than instead of, chemotherapy.

**Side Effects of Chemotherapy Drugs**

I will discuss side effects of chemotherapy drugs, how clinicians weigh side effects, and how and what side effects are communicated to the patient. All chemotherapeutic drugs have side effects, including very serious side effects, such as death. Well-known side effects include nerve or muscle problems, infection/neutropenia (low white blood counts), fatigue, nausea, alopecia, diarrhea, loss of fertility which can be permanent, heart damage, bladder or kidney problems, weight changes, mood changes, constipation, and skin and nail changes. Side effects vary greatly from person to person. Additionally, the severity of side effects varies from person to person. Permanent side effects can include damage to the heart, lungs, kidneys, or reproductive organs, or a second cancer.

As a clinician, when warning about potential side effects of chemotherapy drugs, I warn about common side effects and side effects that are life threatening. It is impossible to warn of all potential side effects. Additionally, when warning patients about side effects it is impossible to tell a patient which side effects that patient will have or avoid compared to another patient, and out of the wide spectrum of potential side effects.

**Alopecia Generally**

I will offer opinions regarding types of alopecia and causes of alopecia. There are many types and causes of alopecia. As women age, their risk of alopecia increases.[16] Accordingly, post-menopausal women have a greater risk of alopecia.[17]

The most prevalent form of alopecia seen in women is androgenic alopecia, which is also called female-pattern baldness.[18] It is a non-scaring form of alopecia. This type of alopecia resembles male-pattern baldness. The hair loss typically occurs in the crown area, although it can occur over the entire scalp. The severity of hair loss caused by androgenetic alopecia can vary from minimal to complete baldness. Approximately, 50-

---

[16] Ali, I., et al. Physiological Changes in Scalp, Facial, and Body Hair After Menopause: A Cross-Sectional Population-Based Study of Subjective Changes, British J Dermatol. 2011;164.3:508-09.

[17] Ali, I., et al. Physiological Changes in Scalp, Facial, and Body Hair After Menopause: A Cross-Sectional Population-Based Study of Subjective Changes, British J Dermatol. 2011;164.3:508-09.

[18] Shapiro, J. Hair Loss in Women, N Engl J Med. 2007;357:1620-1630.

60% of women have some degree of androgenetic alopecia by age 50.[19] In addition to age, androgenetic alopecia can be caused by a hormone imbalance, or being post-menopausal, among other causes.

In addition, other common causes of alopecia include but are not limited to: medicines,[20] stress, surgery, illness, hormone imbalances, obesity, heart disease, metabolic syndrome,[21] thyroid conditions, vitamin deficiencies,[22] iron deficiencies,[23] hair care practices,[24] organ problems, and autoimmune diseases, including systemic lupus erythrematosis. Determining the cause of alopecia can be very difficult because the cause of alopecia can be multifactorial. In addition, when considering the cause of alopecia one must consider a woman's family history, medical history, current health, medications, blood tests, nutritional issues, genetics, and organ malfunction. Further, hair loss can occur over time and be cumulative. Many women will not recognize the extent of the hair loss until after normal chemotherapy-related changes to hair, including thinning. Many of the established risk factors for alopecia, including age and postmenopausal status, overlap with the demographics of women who have been diagnosed with breast cancer.

**Alopecia After Chemotherapy**

I will offer opinions regarding whether chemotherapy drugs may cause alopecia. Alopecia is a common side effect of most chemotherapy drugs. This type of alopecia is called anagen effluvium. Hair loss occurs because chemotherapy targets rapidly dividing cells, including cells in hair follicles.

After recovering from chemotherapy, approximately, 65% of people who have undergone chemotherapy experience a change from their previous hair, including differences in

---

[19] Ali, I., et al. Physiological Changes in Scalp, Facial, and Body Hair After Menopause: A Cross-Sectional Population-Based Study of Subjective Changes, British J Dermatol. 2011;164.3:508-09; Cleveland Clinic, Hair Loss in Women, https://my.clevelandclinic.org/health/diseases/16921-hair-loss-in-women; Jessica Coller Ochsner Dep. 16:4-11.

[20] Shapiro, J. Hair Loss in Women, N Engl J Med. 2007;357:1620-1630; Goldberg, L. Postmenopausal Alopecia (Hair Loss), chp. 11 Essentials of Menopause Management. Pal and Sayegh ed. Springer; 2017. ISBN 978-3-319-42449-1.

[21] Roth, MM, et al. Gynecologic and Andrologic Dermatology and the Metabolic Syndrome, Clin Dermatol. 2018;36(1):72-80; Uzuncakmak, TK, et al. Cutaneous Manifestations of Obesity and the Metabolic Syndrome, Clin Dermatol. 2018:36(1):81-88; Lie, C, et al. Alopecia and the Metabolic Syndrome, Clin Dermatol. 2018:36(1):54-61; El Sayad, MH, et al. Association of Metabolic Syndrome With Female Pattern Hair Loss in Women: A Case-Control Study, Int J Dermatol. 2016;55(10):1131-7.

[22] Lie, C, et al. Alopecia and the Metabolic Syndrome. Clin Dermatol. 2018:36(1):54-61.

[23] Shapiro, J. Hair Loss in Women, N Engl J Med. 2007;357:1620-1630.

[24] Shapiro, J. Hair Loss in Women, N Engl J Med. 2007;357:1620-1630.

texture, thickness, or color.[25] This is a widely known side effect of chemotherapy that pre-dates the use of taxanes in the treatment of early breast cancer.

Cases of persistent alopecia have been reported with Adriamycin,[26] Carboplatin,[27] CMF,[28] Cisplatin,[29] Taxol,[30] Epirubicin,[31] Etoposide,[32] 5-Fluorouracil,[33] Busulfan,[34]

---

[25] Batchelor, D. Hair and Cancer Chemo: Consequences and Nursing Care—A Literature Study, Eur J Cancer Care (Engl). 2001;10(3):147-63; Beisecker, A., et al. Side Effects of Adjuvant Chemotherapy: Perceptions of Node-Negative Breast Cancer Patients, Psychooncology. 1997;6(2):85-93.

[26] Masidonski P, et al. Permanent Alopecia in Women Being Treated for Breast Cancer, Clin J Oncol Nurs. 2009;13(1):13-4; Crown, J, et al. Incidence of Permanent Alopecia Following Adjuvant Chemotherapy in Women w/ Early Stage Breast Cancer, J Clin Oncol. 2017;35(15):Supp. Abstract e21576; Jung, MY, et al. A Clinical Study of Chemotherapy-Induced Permanent Alopecia, Korean J Dermatol. 2013;51(12):933-938; Freites-Martinez, et al. Assessment of Quality of Life and Treatment Outcomes of Patients with Persistent Postchemotherapy Alopecia, JAMA Dermatol. 2019;155(6):724-728; Jäger, E., et al. Combination of 5-fluorouracil, Adriamycin, Ifosfamide and Cisplatin in Metastatic Adult Soft Tissue Sarcoma: Results of a Phase II Study, Oncology. 1996;53:58-63; Kim, Gun Min, et al. Chemotherapy-induced Irreversible Alopecia in Early Breast Cancer Patients, Breast Cancer Research and Treatment. 2017;163:527-533.

[27] De Jonge, ME, et al. Relationship Between Irreversible Alopecia and Exposure to Cyclophosphamide, Thiotepa and Carboplatin (CTC) in High-Dose Chemotherapy, Bone Marrow Transplant. 2002;30:593-597; Jung, MY, et al. A Clinical Study of Chemotherapy-Induced Permanent Alopecia, Korean J Dermatol. 2013;51(12):933-938; Freites-Martinez, et al, Assessment of Quality of Life and Treatment Outcomes of Patients with Persistent Postchemotherapy Alopecia, JAMA Dermatol. 2019;155(6):724-728; Bolis, Giorgio, et al. Paclitaxel 175 or 225 mg per Meters Squared with Carboplatin in Advanced Ovarian Cancer: a Randomized Trial, American Society of Clinical Oncology. 2004;22(4):686-690.

[28] Freites-Martinez, et al, Assessment of Quality of Life and Treatment Outcomes of Patients with Persistent Postchemotherapy Alopecia, JAMA Dermatol. 2019;155(6):724-728; Jung, MY, et al. A Clinical Study of Chemotherapy-Induced Permanent Alopecia, Korean J Dermatol. 2013;51(12):933-938; Beisecker, A., et al. Side Effects of Adjuvant Chemotherapy: Perceptions of Node-Negative Breast Cancer Patients, Psychooncology. 1997;6(2):85-93; Berglund, G., et al. Late Effects of Adjuvant Chemotherapy and Postoperative Radiotherapy on Quality of Life Among Breast Cancer Patients, Eur J Cancer. 1991;27(9):1075-81.

[29] Miteva, M, et al. Permanent Alopecia After Systemic Chemotherapy: A Clinicopathological Study of 10 Cases, Am J Dermopathol. 2011;33(4):345-350; Jung, MY, et al. A Clinical Study of Chemotherapy-Induced Permanent Alopecia, Korean J Dermatol. 2013;51(12):933-938; Goksel, Tuncay, et al. A Prospective, Multicentre Clinical Trial Comparing Cisplatin Plus Gemcitabine with Cisplatin Plus Etoposide in Patients with Locally Advanced and Metastatic Non-small Cell Lung Cancer, Respirology. 2005;10:456-463; Rosati, Gerardo, et al. A Phase II Study of Paclitaxel/Cisplatin Combination in Patients with Metastatic Breast Cancer Refractory to Anthracycline-based Chemotherapy, Tumor J. 2000;86(3):207-210; Daly, M., et al. A Short and Intensive Single-agent Cisplatin Regimen for Recurrent Carcinoma of the Uterine Cervix, International Journal of Gynecologic Cancer. 1996;6:61-67; Jäger, E., et al. Combination of 5-fluorouracil, Adriamycin, Ifosfamide and Cisplatin in Metastatic Adult Soft Tissue Sarcoma: Results of a Phase II Study, Onc. 1996;53:58-63.

[30] Freites-Martinez, A., et al., Assessment of Quality of Life and Treatment Outcomes of Patients With Persistent Postchemotherapy Alopecia, JAMA Dermatol. 2019;155(6):724-728; Prevezas, C., et al. Irreversible and Severe Alopecia Following Docetaxel and Paclitaxel Cytotoxic Therapy for Breast Cancer,

Gemcitabine,[35]   Idarubicin,[36]   Ifosfamide,[37]   Melphalan,[38]   Thiotepa,[39]   and

---

Brit J Derm. 2009;160(4):883-885; Crown, J., et al. Incidence of Permanent Alopecia Following Adjuvant Chemotherapy in Women With Early Stage Breast Cancer, J Clin Oncol. 2017;35(15):Supp. Abstract e21576; Jung, MY, et al. A Clinical Study of Chemotherapy-Induced Permanent Alopecia, Korean J Dermatol. 2013;51(12):933-938; Bolis, Giorgio, et al. Paclitaxel 175 or 225 mg per Meters Squared with Carboplatin in Advanced Ovarian Cancer: a Randomized Trial, American Society of Clinical Oncology. 2004; 22(4); 686-690; Rosati, Gerardo, et al. A Phase II Study of Paclitaxel/Cisplatin Combination in Patients with Metastatic Breast Cancer Refractory to Anthracycline-based Chemotherapy, Tumor J. 2000;86(3):207-210.

[31] Feher, O., et al. First-line Gemcitabine Versus Epirubicin in Postmenopausal Women Aged 60 or Older with Metastatic Breast Cancer: A Multicenter, Randomized, Phase III Study, Ann Onc. 2005;16(6):899-908.

[32] Jung, MY, et al. A Clinical Study of Chemotherapy-Induced Permanent Alopecia, Korean J Dermatol. 2013;51(12):933-938; Miteva, M, et al. Permanent Alopecia After Systemic Chemotherapy: A Clinicopathological Study of 10 Cases, Am J Dermopathol. 2011;33(4):345-350; Goksel, Tuncay, et al. A Prospective, Multicentre Clinical Trial Comparing Cisplatin Plus Gemcitabine with Cisplatin Plus Etoposide in Patients with Locally Advanced and Metastatic Non-small Cell Lung Cancer, Respirology. 2005;10:456-463; Choi, Mira, et al. Clinical Characteristics of Chemotherapy-induced Alopecia in Childhood, JAMA. 2014;70(3):499-505.

[33] Beisecker, A., et al. Side Effects of Adjuvant Chemotherapy: Perceptions of Node-Negative Breast Cancer Patients, Psychooncology. 1997;6(2):85-93; Berglund, G., et al. Late Effects of Adjuvant Chemotherapy and Postoperative Radiotherapy on Quality of Life Among Breast Cancer Patients, Eur J Cancer. 1991;27(9):1075-81; Jung, MY, et al. A Clinical Study of Chemotherapy-Induced Permanent Alopecia, Korean J Dermatol. 2013;51(12):933-938; Freites-Martinez, et al. Assessment of Quality of Life and Treatment Outcomes of Patients with Persistent Postchemotherapy Alopecia, JAMA Dermatol. 2019;155(6):724-728; Jäger, E., et al. Combination of 5-fluorouracil, Adriamycin, Ifosfamide and Cisplatin in Metastatic Adult Soft Tissue Sarcoma: Results of a Phase II Study, Onc. 1996;53:58-63.

[34] Tosti, A., et al. Permanent Alopecia after Busulfan Chemotherapy, Br J of Dermatol. 2005;152(5):1056-8; Miteva, M, et al. Permanent Alopecia After Systemic Chemotherapy: A Clinicopathological Study of 10 Cases, Am J Dermopathol. 2011;33(4):345-350; Palamaras, I. Letter to Editor, Permanent Chemotherapy-Induced Alopecia: A Review, J Am Acad Dermatol. 2011 Mar;64(3):604-606; Yang, X, et al. Treatment of Permanent Chemotherapy-Induced Alopecia with Low Dose Oral Minoxidil, Australas J Dermatol. 2015;57(4):e130-e132; Freites-Martinez, et al. Assessment of Quality of Life and Treatment Outcomes of Patients with Persistent Postchemotherapy Alopecia, JAMA Dermatol. 2019;155(6):724-728; Basilio, Flávia and Machado Alves, et al. Clinical and Histological Study of Permanent Alopecia After Bone Marrow Transplantation, Anais brasileiros de dermatologia. 2015;90:814-821.

[35] Albain, KS, et al. Gemcitabine Plus Paclitaxel Versus Paclitaxel Monotherapy in Patients With Metastatic Breast Cancer and Prior Anthracycline Treatment, J Clin Oncol. 2008;26:3950-57; Unal, Olcun Umit, et al. Two-week Combination Chemotherapy with Gemcitabine, High-dose Folinic Acid and 5-fluorouracil (GEMFUFOL) as First-line Treatment of Metastatic Biliary Tract Cancers, Asian Pacific Journal of Cancer Prevention. 2013;14:5263-5267.

[36] Jung, MY, et al. A Clinical Study of Chemotherapy-Induced Permanent Alopecia, Korean J Dermatol. 2013;51(12):933-938.

[37] Jung, MY, et al. A Clinical Study of Chemotherapy-Induced Permanent Alopecia, Korean J Dermatol. 2013;51(12):933-938; Jäger, E., et al. Combination of 5-fluorouracil, Adriamycin, Ifosfamide and Cisplatin in Metastatic Adult Soft Tissue Sarcoma: Results of a Phase II Study, Onc. 1996;53:58-63.

[38] Tosti, A., et al. Permanent Alopecia after Busulfan Chemotherapy, Br J of Dermatol. 2005;152(5):1056-

Cyclophosphamide.[40] Persistent substantial alopecia (rather than the common hair thinning) after chemotherapy is a potential side effect of the commonly used chemotherapy regimens. Even so, there is no significant evidence that Taxotere alone results in permanent alopecia; for women with early breast cancer, it has been observed with the combination chemotherapy regimens.

Because Taxotere for early breast cancer is given as part of a multi-drug regimen and not a single agent, it is impossible to conclude that Taxotere causes permanent alopecia. Taxotere-containing regimens can include Adriamycin, Herceptin, or cyclophosphamide. For patients who were given a Taxotere-containing regimen and have substantial alopecia after the completion of chemotherapy, their alopecia could have been caused by Adriamycin or cyclophosphamide.

In addition, in cases of hormone positive early breast cancer, women are given either Tamoxifen or aromatase inhibitors, which are also known to carry a risk of alopecia. In those situations, any alopecia or failure in hair recovery could be caused by Tamoxifen or aromatase inhibitors.

The side effects with drugs less commonly used in breast cancer, or in experimental combinations, are not as well-studied. For example, in a phase II trial of gemcitabine/cisplatin plus bevacizumab or placebo in patients with mesothelioma, the authors found that adding bevacizumab to the gemcitabine/cisplatin regimen statistically

---

8; Choi, Mira, et al. Clinical Characteristics of Chemotherapy-induced Alopecia in Childhood, JAMA. 2014;70(3):499-505.

[39] De Jonge, ME, et al. Relationship Between Irreversible Alopecia and Exposure to Cyclophosphamide, Thiotepa and Carboplatin (CTC) in High-Dose Chemotherapy, Bone Marrow Transplant. 2002;30:593-597; Choi, Mira, et al. Clinical Characteristics of Chemotherapy-induced Alopecia in Childhood, JAMA. 2014;70:499-505.

[40] De Jonge, ME, et al. Relationship Between Irreversible Alopecia and Exposure to Cyclophosphamide, Thiotepa and Carboplatin (CTC) in High-Dose Chemotherapy, Bone Marrow Transplant. 2002;30:593-597; Masidonski, P., et al. Permanent Alopecia in Women Being Treated for Breast Cancer, Clin J Oncol Nurs. 2009;13(1):13-14; Berglund, G., et al. Late Effects of Adjuvant Chemotherapy and Postoperative Radiotherapy on Quality of Life Among Breast Cancer Patients, Eur J Cancer. 1991;27(9):1075-81; Jung, MY, et al. A Clinical Study of Chemotherapy-Induced Permanent Alopecia, Korean J Dermatol. 2013;51(12):933-938; Palamaras, I. Letter to Editor, Permanent Chemotherapy-Induced Alopecia: A Review, J Am Acad Dermatol. 2011 Mar;64(3):604-606; Yang, X, et al. Treatment of Permanent Chemotherapy-Induced Alopecia with Low Dose Oral Minoxidil, Australas J Dermatol. 2015;57(4):e130-e132; Beisecker, A., et al. Side Effects of Adjuvant Chemotherapy: Perceptions of Node-Negative Breast Cancer Patients, Psychooncology. 1997;6(2):85-93; Tosti, A., et al. Permanent Alopecia after Busulfan Chemotherapy, Br J of Dermatol. 2005;152(5):1056-8.

significantly increased the incidence of alopecia (any grade).[41] Given the newness of these study drugs and combinations, and their lack of significant traction in breast cancer treatment, there is little information available as to their risk of permanent hair loss.[42]

Further, as noted earlier, there are many other causes of hair loss, including chemotherapy-induced menopause. Likewise, chemotherapy can speed up the aging process and age-related hair loss. More specifically, chemotherapy can alter a woman's hormonal status, resulting in age-related hair loss. In addition, stress and surgery are known causes of alopecia.

Moreover, calling alopecia after chemotherapy "permanent" *per se*, is inaccurate given case reports that persistent alopecia after chemotherapy is treatable or self-limited, and the hair may ultimately regrow.[43] While attributing alopecia to a specific chemotherapy drug in a multi-drug regimen can be challenging or impossible, in my clinical experience, persistent substantial alopecia long after chemotherapy is rare. In over 30 years of treating several thousand women with breast cancer, I have observed only 4 or 5 cases of prolonged, substantial alopecia that may have been caused by chemotherapy.

Defining alopecia as permanent or irreversible based on the time since chemotherapy is inherently unreliable. As used in the adverse event reports and clinical studies, alopecia is recorded or reported as an unwanted side effect. This is why the word "ongoing" is used to describe alopecia. Alopecia in the sense of being "permanent" or "irreversible" would require a medical diagnosis made by a clinician. Clinically-speaking, "permanent" or "irreversible" alopecia is a type of scarring alopecia where the hair follicle is no longer able to produce hair. Adverse event reports or clinical study data cannot be appropriately characterized as cases of "permanent" or "irreversible" alopecia, let alone connected to chemotherapy at the exclusion of other causes, without such clinical evaluation.[44]

---

[41] Kindler, HL, et al. Multicenter, Double-Blind, Placebo-Controlled, Randomized Phase II Trial of Gemcitabine/Cisplatin Plus Bevacizumab or Placebo in Patients with Malignant Mesothelioma, J Clin Onc., 2012;30(2):2509-15; Karrison, T. Final Analysis of a Multi-Center Double-Blind, Placebo-Controlled, Randomized Phase II Trial of Gemcitabine/Cisplatin (GC) Plus Bevacizumab (B) or Placebo (P) in Patients (Pts) with Malignant Mesothelioma (MM), J Clin Onc. 2007; 25:7526-7526.

[42] Avastin Label (2014-2016) ("Avastin may exacerbate these reactions when combined with chemotherapeutic agents. Examples include . . . nail disorders or alopecia with paclitaxel").

[43] Yang, X, et al. Treatment of Permanent Chemotherapy-Induced Alopecia with Low Dose Oral Minoxidil, Australas J Dermatol. 2015;57(4):e130-e132; Fonia, A., et al. Permanent Alopecia in Patients with Breast Cancer After Taxane Chemotherapy and Adjuvant Hormonal Therapy: Clinicopathologic Findings in a Cohort of 10 Patients, J. Am Acad Dermatol. 2017;76(5):948-57; Pires, Eugénia Matos, Rita Ramos Pinheiro, and André Lencastre. Alopécia Permanente Pós-Quimioterapia com Resposta Favorável ao Minoxidil Tópico, Journal of the Portuguese Society of Dermatology and Venereology. 2017:75:297-299.

[44] Sibaud, V., et al. Dermatological Adverse Events with Taxane Chemotherapy, Eur J Dermatol. 2016;26(5):427-443.

Alopecia after chemotherapy has not been consistently defined in the literature. Additionally, the literature discussing alopecia after chemotherapy contains significant limitations. Ordinarily, the patients seemingly were exposed to multiple pre-existing, breast-cancer-related, and breast-cancer-treatment-related risk factors for hair loss. Retrospective studies introduce biases or confounding factors undermining any reliable conclusions. The pathology findings are not consistently described in the literature either.

Moreover, women cannot avoid the potential risk of persistent alopecia by avoiding a Taxotere-containing regimen. The only other regimens available with similar efficacy are Taxol-containing regimens. Yet, Taxol therapy results in hair loss and has been associated with alopecia after the conclusion of chemotherapy.[45] Further, in Taxol-containing regimens, patients are given Adriamycin and cyclophosphamide—both of which have been associated with alopecia after the completion of chemotherapy. This would also be true with respect to the CMF chemotherapy regimen, which, while inferior in terms of efficacy to taxane based regimens, has been advocated by some as a cost-saving approach. Parenthetically, if CMF is being recommended for cost-saving purposes, despite its reduced efficacy, this would need to be disclosed to the patient in the informed consent process.

Even if alopecia after the completion of chemotherapy can occur with Taxotere-containing regimens, there is no reliable evidence that the incidence of alopecia after chemotherapy is any greater than that seen with Taxol-containing regimens.

Contrary to plaintiffs' experts' opinions, which cite only a small number of publications, including abstracts, of such reports, reports of alopecia after chemotherapy are not only consistently described with Taxotere, but are common with other chemotherapies.[46]

---

[45] Freites-Martinez, A., et al., Assessment of Quality of Life and Treatment Outcomes of Patients with Persistent Postchemotherapy Alopecia, JAMA Dermatol. 2019:155(6); 724-728.

[46] Alkeraye, S., et al. Persistent Alopecia Induced by Vismodegib, J Am Acad Dermatol. 2015;72(5 Supp.:AB189; Baker, BW, et al. Busulphan/Cyclophosphamide Conditioning for Bone Marrow Transplantation May Lead to Failure of Hair Regrowth, Bone Marrow Transplantation. 1991; 7(1):43-47; Beisecker, A., et al. Side Effects of Adjuvant Chemotherapy: Perceptions of Node-Negative Breast Cancer Patients. Psychooncology. 1997;6(2):85-93; Berglund, G., et al. Late Effects of Adjuvant Chemotherapy and Postoperative Radiotherapy on Quality of Life Among Breast Cancer Patients, Eur J Cancer. 1991;27(9):1075-81; Bresters, D., et al. Permanent Diffuse Alopecia After Haematopoietic Stem Cell Transplantation in Childhood, Bone Marrow Transplant. 2017;52(7):984-988; Choi, M. Clinical Characteristics of Chemotherapy-Induced Alopecia in Childhood, JAMA Dermatol. 2014;70(3):499-505; Crown, J., et al. Incidence of Permanent Alopecia Following Adjuvant Chemotherapy in Women With Early Stage Breast Cancer, J Clin Oncol. 2017;35(15):Supp. Abstract e21576; De Jonge, ME, et al.

Even where there are more reports in the literature of alopecia after one chemotherapy versus another, this is not level one evidence of a greater association because case reports are not prospective, they are not controlled, we do not know the differences in the patients treated with the medicines, and we do not know the number of patients treated with the medicine overall.  For example, a given adverse event may be more numerous with medicine x over medicine y but only because so many more patients take medicine x, or because, as we believe with third generation chemotherapies, patients survive to live long enough to report the event.

As an oncologist, even if alopecia after chemotherapy occurs with Taxotere-containing regimens, I would still often recommend to women that they use Taxotere-containing regimens over Taxol-containing regimens.

**Cooling Caps**

Cooling caps were not approved by the FDA at the time Ms. Kahn underwent chemotherapy.  There is a theoretical risk of scalp metastases when a patient uses a cooling cap.  If a patient has a scalp metastasis, they have Stage IV breast cancer.

---

Relationship Between Irreversible Alopecia and Exposure to Cyclophosphamide, Thiotepa and Carboplatin (CTC) in High-Dose Chemotherapy, Bone Marrow Transplant. 2002;30:593-597; Jäger, E., et al. Combination of 5-Fluorouracil, Adriamycin, Ifosfamide and Cisplatin in Metastatic Adult Soft Tissue Sarcoma: Results of a Phase II Study, Oncol. 1996;53(1):58-63; Jung, MY, et al. A Clinical Study of Chemotherapy-Induced Permanent Alopecia, Korean J Dermatol. 2013;51(12):933-938; Ljungman, P., et al. Busulfan Concentration in Relation to Permanent Alopecia in Recipients of Bone Marrow Transplants, Bone Marrow Transplant. 1995; 15(6):869-871; Motl, S., et al. Recurring Chemotherapy-Associated Alopecia Areata: Case Report and Literature Review, Pharmacotherapy. 2003;23(1):104-108; Schrama, JG, et al. Phase II Study of a Multi-course High-dose Chemotherapy Regimen Incorporating Cyclophosphamide, Thiotepa, and Carboplatin in Stage IV Breast Cancer, Bone Marrow Transplant. 2001; 28:173-180; Unal, Olcun Umit, et al. Two-week Combination Chemotherapy with Gemcitabine, High-dose Folinic Acid and 5-fluorouracil (GEMFUFOL) as First-line Treatment of Metastatic Biliary Tract Cancers, Asian Pacific Journal of Cancer Prevention. 2013;14:5263-5267; Goksel, Tuncay, et al. A Prospective, Multicentre Clinical Trial Comparing Cisplatin Plus Gemcitabine with Cisplatin Plus Etoposide in Patients with Locally Advanced and Metastatic Non-small Cell Lung Cancer, Respirology. 2005;10:456-463; Rosati, Gerardo, et al. A Phase II Study of Paclitaxel/Cisplatin Combination in Patients with Metastatic Breast Cancer Refractory to Anthracycline-based Chemotherapy, Tumor J. 2000;86(3):207-210; Daly, M., et al. A Short and Intensive Single-agent Cisplatin Regimen for Recurrent Carcinoma of the Uterine Cervix, International Journal of Gynecological Cancer. 1996;6:61-67.

**Clinical Trials**

I will discuss clinical trials. I have worked on clinical trials for breast cancer chemotherapy regimens. Generally speaking, there are three phases to clinical trials and drug development. Phase I involves testing a new drug to determine dosing of the drug. Phase II considers how well the drug works for therapy given cancer type and setting. Phase III addresses whether the drug or combination of drugs is better than the previous standard treatment. In most cases, the role of a phase III clinical trial for early breast cancer adjuvant chemotherapy drugs is to compare two treatment regimens to determine if one regimen has greater efficacy but does not have an unacceptable increase in the side effect profile. The types of side effects that are most important to researchers are life-threatening side effects. As such, for a researcher on a clinical trial, alopecia rates are not a primary focus and are not objectively documented.

Each clinical trial will enroll a diverse and unique group of patients; we have learned with time that comparing the results of one trial with another introduces bias, is not valid, and can lead to erroneous conclusions. We have learned that sound conclusions regarding the relative efficacy and toxicity of two different regimens can only be obtained when the two groups are treated in the same trial and assignment of patients to each group is random.

Because alopecia is not a usual primary endpoint in clinical trials on breast cancer, and is not consistently tracked, evaluated, and documented, comparing rates of ongoing alopecia after the completion of chemotherapy between one trial and another trial does not yield accurate conclusions. Reported rates of alopecia after the completion of chemotherapy may not be tracked consistently, or at all, particularly in patients in whom the disease progressed, who were on other regimens prior to the trial, or who continued on to other regimens or therapies after the trial.

When a clinical trial shows an efficacy benefit of one regimen over another in early breast cancer, with an acceptable side effect profile, that regimen is adopted by oncologists. Oncologists do not wait additional years before using that regimen to see what other potential side effects might emerge. This is because the goal of chemotherapy is to save lives. Lives would be lost through unnecessary delay in the adoption and use of effective regimens.

The Sparano publications actually support that for the adjuvant treatment of breast cancer, Taxotere administered every three weeks provides a survival benefit compared to Taxol administered every three weeks.

**TAX 316 (BCIRG 001)**

TAX 316 was a clinical trial, performed by the Breast Cancer International Research Group, Ltd. and sponsored by Sanofi as part of its post-marketing commitment to the FDA, which looked at the efficacy of Taxotere in the adjuvant setting. This clinical trial was a multicenter Phase III randomized trial comparing docetaxel in combination with doxorubicin and cyclophosphamide (TAC) versus 5-fluorouracil in combination with doxorubicin and cyclophosphamide (FAC) as adjuvant treatment of operable breast cancer patients with positive axillary lymph nodes. Both regimens were administered for a total of six cycles unless treatment was precluded by relapse, subject refusal, or unacceptable toxicities. The primary objective was to compare disease-free survival (DFS). Overall survival (OS) was the main secondary objective and was defined as the time interval between the date of randomization and the date of death.

Enrollment for the TAX 316 study began in 1997 and concluded in 1999. A total of 1,480 patients (744 TAC / 736 FAC) were enrolled in the TAX 316 study. At the 55 month interim follow-up, disease-free survival was 75% among TAC-treated patients compared to 68% among FAC-treated patients. This represented a 28% reduction in the risk of relapse. The efficacy benefits reported in the 55 month interim report were maintained in the 10-year follow up.[54]

It is my understanding that Plaintiffs claim that the results of the TAX 316 study provide support for the position that docetaxel causes permanent alopecia. For a number of reasons, that is incorrect.

First, at the 55 month interim analysis, 3.0% (22/744) patients treated in the TAC regimen were recorded as having persistent alopecia and 3.9% (29/744) were recorded as having alopecia into the follow up period at the 10 year mark. This does not mean that 3.9% of patients remained without hair regrowth at 10 years. Instead, it means that when measured at any point into the follow up period, which could be as early as one to three months after chemotherapy treatment, a patient was recorded with alopecia and was never identified as having had that alopecia resolve. As in all clinical trials, for a variety of reasons patients are lost to follow up over time. Without an affirmative report of

---

[54] Mackey, J., et al. Adjuvant Docetaxel, Doxorubicin, and Cyclophosphamide in Node-Positive Breast Cancer: 10-year Follow-up of the Phase 3 Randomised BCIRG 001 Trial, Lancet Oncol. 2013;14(1):72-80.

resolution, their alopecia continued to be recorded as part of the 3.9% number. But because patients are lost to follow up, progressed to other chemotherapy treatments due to relapse, or died, the 3.9% number cannot be interpreted as meaning that 3.9% of women had ongoing alopecia at 10 years. Consequently, the TAX316 study only reported on "ongoing" alopecia, it did not report on "permanent" or "persistent" alopecia. The distinction is important, because for the majority of patients identified as having "ongoing" alopecia, there is no documentary evidence to support any claim that those patients had alopecia more than six months after chemotherapy. (**Figure A**).[55]

Second, all patients who were recorded as having persistent alopecia were also treated with doxorubicin and cyclophosphamide, both of which carry reports of persistent alopecia in patients not treated Taxotere.[56] As such, any alopecia that was attributable to the chemotherapy regimen would also be attributable to doxorubicin or cyclophosphamide.

Third, the difference in rates of reported alopecia after the completion of chemotherapy between the two arms is not statistically significant. In the FAC arm, which did not include treatment with Taxotere, the 55-month interim follow-up reported that 1.2% (9/736) of FAC patients experienced persistent alopecia, and 2.2% (16/736) of FAC patients experienced persistent alopecia at the 10-year mark.

## GEICAM 9805

GEICAM 9805, a compliment to the TAX 316 study, was the first taxane-based study to exclusively enroll women with node-negative early stage breast cancer that was considered to be at high risk for recurrence. The study was conducted by Grupo Espanol de Investigacion en Cancer de Mama, a Spanish non-profit scientific cooperative group devoted to breast cancer.[57] The study was sponsored by Sanofi. The study compared disease-free survival after treatment with docetaxel in combination with doxorubicin and cyclophosphamide (TAC) to disease-free survival after treatment with 5-fluorouracil in combination with doxorubicin and cyclophosphamide (FAC) as adjuvant treatment of

---

[55] *See also* Expert Report of Dr. Ellen Chang, April 17, 2020; Expert Report of Dr. Lee-Jen Wei, April 17, 2020; Sanofi_02368838-922.

[56] Masidonski, P., et al. Permanent Alopecia in Women Being Treated for Breast Cancer, Clin J Oncol Nurs. 2009;13(1):13-14; Yagata, H., et al. Abstract P5-15-17: National survey long-term recovery from chemotherapy-induced hair loss in patients with breast cancer. Cancer Research. http://cancerres.aacrjournals.org/content/75/7_Supplement/P5-15-17; Kim, GM, et al. Chemotherapy-induced Irreversible Alopecia in Early Breast Cancer Patients, Breast Cancer Res Treat. 2017 Jun;163(3):527-533.

[57] Martin, Miguel, et al. Adjuvant Docetaxel for High-Risk, Node-Negative Bresat Cancer, N Engl J Med. 2010;363(23):2200-2210.

high risk operable breast cancer patients with negative axillary lymph nodes.

Enrollment for GEICAM 9805 began in 2001 and ended in 2003. A total of 1,060 patients (539 TAC / 521 FAC) were enrolled in the study.[58] The study concluded that, as compared with adjuvant FAC, adjuvant TAC improved the rate of disease-free survival among women with high-risk, node-negative breast cancer. At the 77 month follow-up, disease-free survival was 87.8% among TAC-treated patients compared to 81.8% among FAC-treated patients.[59] This represented a 32% reduction in the risk of recurrence with TAC. The efficacy advantage of TAC over FAC observed at 77 months was maintained in the 10 year follow up.

With respect to alopecia, like TAX 316, GEICAM 9805 recorded instances of persistent alopecia in both arms of the study. At the end of the 10 year follow-up period, 3 cases of persistent alopecia were observed in the TAC group (539) and 1 case of persistent alopecia in the FAC group (521).[60]

Additionally, it is important to remember that patients in the TAC arm of this study received ("A") doxorubicin and ("C") cyclophosphamide in addition to ("T") docetaxel. Both A and C carry reports of persistent alopecia. As such, any alopecia attributable to the chemotherapy regimen could be attributable to A or C. Finally, there is no statistical difference between the rates of alopecia between the two study arms.

**FDA Regulation and Drug Development**

Because of my work on clinical trials, I am familiar with aspects of FDA regulation. I will discuss drug development and FDA regulation.

The FDA approval process beings with an Investigational New Drug (IND) application. I will discuss this process, including the information the IND provides to the FDA.

Another part of the FDA approval process is the New Drug Application (NDA). The FDA must approve the NDA before the drug can be sold in the United States. I will

---

[58] Martin, Miguel, et al. Adjuvant Docetaxel for High-Risk, Node-Negative Bresat Cancer, N Engl J Med. 2010;363(23):2200-2210.

[59] Martin, Miguel, et al. Adjuvant Docetaxel for High-Risk, Node-Negative Bresat Cancer, N Engl J Med. 2010;363(23):2200-2210.

[60] Although the study notes that 9.2% of patients had persistent alopecia, it was measuring the number of ongoing cases of alopecia (49) from the group of patients in the safety population. The safety population (532) differs from the randomized TAC population (539) because some patients in the randomized population never received Taxotere treatment.