# EXHIBIT B

# EXHIBIT C

Materials Reviewed by Gerald Miletello, M.D.

**Elizabeth Kahn**
- Medical Records
    - University of Pittsburg
    - Blue Cross Blue Shield
    - Infusion Pharmacy Ochsner Health System
    - Jefferson Parish Public Schools
    - Lieselotte Tansey Breast Center at Ochsner
    - Margaret Pelitere
    - Marilyn Ray
    - MD Claiborne & Associates
    - Metairie Road Dermatology
    - Ochsner Baptist Health Medical Center
    - Oschner Center for Primary Care and Wellness
    - Ochsner Clinic Dermatology
    - Oschner Health Center – Elmwood
    - Ochsner Health System
    - Robert Balkan
    - Plaintiff Provided Records
- Photographs produced by Elizabeth Kahn
- Deposition and Exhibits of Elizabeth Kahn, 12/7/17
- Deposition and Exhibits of Shevonda Thomas, 1/10/18
- Deposition and Exhibits of Carl Kardinal, 1/17/18
- Deposition and Exhibits of Elizabeth Kahn, 1/31/18
- Deposition and Exhibits of Zoe Larned, 2/22/18
- Deposition and Exhibits of Martin Claiborne, 10/12/18
- Deposition and Exhibits of Melanie Zazulak, 2/4/20
- Deposition and Exhibits of Margaret Roberie, 2/21/20
- Deposition and Exhibits of Jessica Coller Ochsner, 2/27/20
- Deposition and Exhibits of Kristin Johnson, 2/27/20
- Deposition and Exhibits of Ralph Corsetti, 3/3/20
- Plaintiff Fact Sheets
- Responses to Written Discovery

Expert Report of Linda Bosserman, 11/9/18
Expert Report of Ellen Feigal, 11/6/18
Expert Report of Linda Bosserman, 10/21/19
Expert Report of Ellen Feigal, 10/21/19
Expert Report of Ellen Feigal, 3/23/20
Expert Report of Linda Bosserman, 4/3/20

Deposition and Exhibits for Linda Bosserman, 12/3/18
Deposition and Exhibits for Linda Bosserman, 12/10/18
Deposition and Exhibits for Ellen Feigal, 12/7/18
Deposition and Exhibits for Ellen Feigal, 1/11/19
Deposition and Exhibits for Linda Bosserman, 11/22/19
Deposition and Exhibits for Ellen Feigal, 11/21/19

Deposition for Ellen Feigal, 4/10/20
Deposition for Linda Bosserman, 4/17/20

Expert Report of Azael Freites-Martinez
Expert Report of Porcia Love
Expert Report of Jerry Shapiro
Expert Report of Chandra Smart

**Medical Literature**

Albain, KS, et al. Gemcitabine Plus Paclitaxel Versus Paclitaxel Monotherapy in Patients With Metastatic Breast Cancer and Prior Anthracycline Treatment, J Clin Oncol. 2008;26:3950-57.

Alkeraye, S., et al. Persistent Alopecia Induced by Vismodegib. J Am Acad Dermatol. 2015;72(5 Supp.:AB189.

Amat, S., et al. "Neoadjuvant docetaxel for operable breast cancer induces a high pathological response and breast-conservation rate." *British journal of cancer* 88.9 (2003): 1339.

Anampa, J., Progress in adjuvant chemotherapy for breast cancer: an overview, BMC Medicine (2015) 13:195.

Baker, BW, et al. Busulphan/Cyclophosphamide Conditioning for Bone Marrow Transplantation May Lead to Failure of Hair Regrowth. Bone Marrow Transplantation. 1991; 7(1):43-47.

Basilio, Flávia Machado Alves, et al. "Clinical and histological study of permanent alopecia after bone marrow transplantation." *Anais brasileiros de dermatologia* 90.6 (2015): 814-821.

Batchelor, *Hair and Cancer Chemotherapy: Consequences and Nursing Care—A Literature Study*, 10 Euro. J. Cancer Care 147-163 (2001).

Bear, H.D., "Bevacizumab Added to Neoadjuvant Chemotherapy for Breast Cancer," New England Journal of Medicine; 366(4): January 26, 2012.

Beisecker, A., et al. Side Effects of Adjuvant Chemotherapy: Perceptions of Node-Negative Breast Cancer Patients. Psychooncology. 1997;6(2):85-93.

Berglund, G., et al. Late Effects of Adjuvant Chemotherapy and Postoperative Radiotherapy on Quality of Life Among Breast Cancer Patients. Eur J Cancer. 1991;27(9):1075-81.

Bertrand M.  Abstract P3-09-15: Permanent chemotherapy induced alopecia in early breast cancer patients after (neo) adjuvant chemotherapy: Long term follow up. http://cancerres.aacrjournals.org/content/73/24_Supplement/P3-09-15

Bolis, Giorgio, et al. "Paclitaxel 175 or 225 mg per meters squared with carboplatin in advanced ovarian cancer: a randomized trial." American Society of Clinical Oncology, 2004; 22(4); 686-690.

Bourgeois H. *Long Term Persistent Alopecia and Suboptimal Hair Regrowth after Adjuvant Chemotherapy for Breast Cancer: Alert for an Emerging Side Effect: ALOPERS Observatory*. Cancer Res December 15, 2009, 63; 3174

Bourgeois H. ERALOP stud: *Hair regrowth after adjuvant FED-docetaxel chemotherapy for early breast cancer in the real life*. Journal of Clinical Oncology, 2014.

Bresters, D., et al. Permanent Diffuse Alopecia After Haematopoietic Stem Cell Transplantation in Childhood. Bone Marrow Transplantation. 2017;52(7):984-988.

Choi, M. Clinical Characteristics of Chemotherapy-Induced Alopecia in Childhood. J Am Acad Dermatol. 2014;70(3):499-505.

Crown, J., Incidence of Permanent Alopecia Following Adjuvant Chemotherapy in Women w/ Early Stage Breast Cancer. J Clin Oncol. 2017;35(15):Supp. Abstract e21576.

Daly, M., et al. "A short and intensive single-agent cisplatin regimen for recurrent carcinoma of the uterine cervix." *International Journal of Gynecological Cancer* 6.1 (1996): 61-67.

De Jonge, ME, et al. Relationship Between Irreversible Alopecia and Exposure to Cyclophosphamide, Thiotepa and Carboplatin (CTC) in High-Dose Chemotherapy. Bone Marrow Transplantation. 2002;30:593-597.

Dent, R. et al., Triple-Negative Breast Cancer: Clinical Features and Patterns of Recurrence, Clin. Cancer Res.

Fabio Puglisi et al., *Letter to the Editor: Tamoxifen-Induced Total Alopecia*, 143(12) Annals of Internal Medicine 1154-55 (2001).

Feher, O., et al. "First-line gemcitabine versus epirubicin in postmenopausal women aged 60 or older with metastatic breast cancer: a multicenter, randomized, phase III study." *Annals of Oncology* 16.6 (2005): 899-908.

Fonia et al., *Permanent Alopecia in Patients with Breast Cancer After Taxane Chemotherapy and Adjuvant Hormonal Therapy: Clinicopathologic Findings in a Cohort of 10 Patients*, 76(5) J. Am. Acad. Dermatol. 948-57 (2017).

Freites-Martinez, A., et al., Assessment of Quality of Life and Treatment Outcomes of Patients with Persistent Postchemotherapy Alopecia, J. of Am. Med. Ass'n Dermatology, 2019.

Gallicchio et al., Aromatase Inhibitor Therapy and Hair Loss Among Breast Cancer Survivors, 142(2) Breast Cancer Research and Treatment 435-443 (2013).

Gallicchio, *A Prospective Study of Aromatase Inhibitor Therapy Initiation and Self-Reported Side Effects*, 25(9) Support Care Cancer 2697-2705 (2017).

Goksel, Tuncay, et al. "A prospective, multicentre clinical trial comparing cisplatin plus gemcitabine with cisplatin plus etoposide in patients with locally advanced and metastatic non-

small cell lung cancer." *Respirology* 10.4 (2005): 456-463.

Jäger, E., et al. Combination of 5-Fluorouracil, Adriamycin, Ifosfamide and Cisplatin in Metastatic Adult Soft Tissue Sarcoma: Results of a Phase II Study. Oncol. 1996;53(1):58-63.

Jones et al., *Docetaxel with Cyclophosphamide Is Associated with an Overall Survival Benefit Compared with Doxorubicin and Cyclophosphamide: 7 Year Follow-up of U.S. Oncology Research Trial 9735*, 27 J. Clin. Oncol. 1177-83 (2009).

Jones et al., *Phase III Trial Comparing Doxorubicin Plus Cyclophosphamide with Docetaxel Plus Cyclophosphamide as Adjuvant Therapy for Operable Breast Cancer,* 24(34) J. Clin Oncol. 5381-87 (2006).

Jung, MY, et al. A Clinical Study of Chemotherapy-Induced Permanent Alopecia. 51(12) Korean J Dermatol. 2013;51(12):933-938.

Kaley, T. and DeAngelis, L., Therapy of chemotherapy-induced peripheral neuropathy, British Journal of Haematology, 2009, 145, 3-14.

Kim GM, Kim S, Park HS, Kim JY, Nam S, Park S, Kim S, Kim D, Sohn J. *Chemotherapy-induced irreversible alopecia in early breast cancer patients*. Breast Cancer Res Treat. 2017 Jun;163(3):527-533.

Kluger N, Jacot W, Frouin E, Rigau V, Poujol S, Dereure O, Guillot B, Romieu G, Bessis D. *Permanent scalp alopecia related to breast cancer chemotherapy by sequential fluorouracil/epirubicin/cyclophosphamide (FEC) and docetaxel: a prospective study of 20 patients*. Ann Oncol. 2012 Nov;23(11):2879-84.

Laccourreye, O., et al., Ten-year outcome of curative "exclusive" chemotherapy in N0M0 squamous cell carcinoma of the larynx and pharynx with complete clinical response, Head & Neck, 2019:1-7.

Lin, R, et al. Systematic Causes of Hair Loss, Ann Med. 2016 Sep;48(6):393-402.

Ljungman, P. Busulfan Concentration in Relation to Permanent Alopecia in Recipients of Bone Marrow Transplants. Bone Marrow Transplant. 1995; 15(6):869-871.

Martín M, *Epirubicin Plus Cyclophosphamide Followed by Docetaxel Versus Epirubicin Plus Docetaxel Followed by Capecitabine As Adjuvant Therapy for Node-Positive Early Breast Cancer: Results From the GEICAM/2003-10 Study*. Clin Oncol. 2015 Nov 10;33(32):3788-95.

Masidonski, P., et al. Permanent Alopecia in Women Being Treated for Breast Cancer, Clin J Oncol Nurs. 2009;13(1):13-14.

Miteva, M, et al. Permanent Alopecia After Systemic Chemotherapy: A Clinicopathological Study of 10 Cases, Am J Dermopathol. 2011;33(4):345-350.

Motl, S., et al. Recurring Chemotherapy-Associated Alopecia Areata: Case Report and Literature Review. Pharmacotherapy. 2003;23(1):104-108.

NCCN Guidelines v.2 2008

NCCN Guidelines v.2 2009

Palamaras et al., *Letter to Editor: Permanent Chemotherapy-Induced Alopecia: A Review*, 2011 J. Am. Acad. Derm. 604-606 (2011).

Palmieri, F. and Perez, E, Managing the Early and Locally Advanced Breast Cancer Patient at High Risk for Recurrence: Recent Advances and Nursing Implications, Seminal Oncology Nursing, 2008.

Park et. al, *Pattern Alopecia During Hormonal Anticancer Therapy in Patients with Breast Cancer*, 26(6) Annals of Dermatology 743-46 (2014).

Paus R, Haslam IS, Sharov AA, Botchkarev VA. *Pathobiology of chemotherapy-induced hair loss*. Lancet Oncol. 2013 Feb;14(2):e50-9.

Pires, EM. *Case of Permanent Chemotherapy-Induced Alopecia with Response to Topical Minoxidil*. Revista SPDV 75(3) 2017.

Prevezas, C., et al. Irreversible and Severe Alopecia Following Docetaxel and Paclitaxel Cytotoxic Therapy for Breast Cancer. Brit J Derm. 2009;160(4):883-885.

Rook, A, & Dawber, R.P.R. Diseases of the Hair and Scalp, Oxford: Blackwell Scientific Publications (1982). Print.

Rosati, Gerardo, et al. "A phase II study of paclitaxel/cisplatin combination in patients with metastatic breast cancer refractory to anthracycline-based chemotherapy." *Tumori Journal* 86.3 (2000): 207-210.

Schmidinger, Manuela, et al. "Docetaxel monotherapy in heavily pretreated metastatic breast cancer: a multicenter, community-based feasibility trial." *Cancer chemotherapy and pharmacology* 47.1 (2001): 57-62.

Schrama, JG, et al. Phase II Study of a Multi-course High-dose Chemotherapy Regimen Incorporating Cyclophosphamide, Thiotepa, and Carboplatin in Stage IV Breast Cancer, Bone Marrow Transplantation. 2001; 28:173-180.

Sedlacek SM. *Persistent significant alopecia (PSA) from adjuvant docetaxel after doxorubicin/cyclophosphamide (AC) chemotherapy in women with breast cancer.* Breast Cancer Res Treat 100(Supple 1), 2006.

Sibaud V, Lebœuf NR, Roche H, Belum VR, Gladieff L, Deslandres M, Montastruc M, Eche A, Vigarios E, Dalenc F, Lacouture ME. *Dermatological adverse events with taxane chemotherapy*. Eur J Dermatol. 2016 Oct 1;26(5):427-443.

Sjöström, Johanna, et al. "Docetaxel compared with sequential methotrexate and 5-fluorouracil in patients with advanced breast cancer after anthracycline failure: a randomised phase III study with crossover on progression by the Scandinavian Breast Group." *European Journal of Cancer* 35.8 (1999): 1194-1201.

Sparano J. Supplementary Appendix.  Supplement to: Sparano JA, Wang M, Martino S, et al. Weekly paclitaxel in the adjuvant treatment of breast cancer. N Engl J Med 2008;358:1663-71.

Sparano JA, Wang M, Martino S, Jones V, Perez EA, Saphner T, Wolff AC, Sledge GW Jr, Wood WC, Davidson NE. *Weekly paclitaxel in the adjuvant treatment of breast cancer*. N Engl J Med. 2008 Apr 17;358(16):1663-71

Sparano JA, Zhao F, Martino S, Ligibel JA, Perez EA, Saphner T, Wolff AC, Sledge GW Jr, Wood WC, Davidson NE. *Long-Term Follow-Up of the E1199 Phase III Trial Evaluating the Role of Taxane and Schedule in Operable Breast Cancer*.  J Clin Oncol. 2015 Jul 20;33(21):2353-60.

Sparano, J. Protocol: *Long-Term Follow-Up of the E1199 Phase III Trial Evaluating the Role of Taxane and Schedule in Operable Breast Cancer*.

Sperling LC, Cowper SE, Knopp EA. An Atlas of Hair Pathology with Clinical Correlations. Chapter 35. Second edition. New York & London: Informa Healthcare, 2012

Tallon B, Blanchard E, Goldberg LJ. *Permanent chemotherapy-induced alopecia: case report and review of the literature*. J Am Acad Dermatol. 2010 Aug;63(2):333-6.

Thorp, N, Swift F, Arundell D, Wong, H.  Abstract P5-17-04: *Long term hair loss in patients with early breast cancer receiving docetaxel chemotherapy. C*ancer Research. http://cancerres.aacrjournals.org/content/75/9_supplement/P5-17-04.short

Tosti A, Palamaras I, Miteva M, Misciali C. *Docetaxel and permanent alopecia*. J Am Acad Dermatol. 2013 May;68(5):e151.

Tosti, A., et al. Permanent Alopecia after Busulfan Chemotherapy. Br J of Dermatol. 2005;152(5):1056-8.

Unal, Olcun Umit, et al. "Two-week combination chemotherapy with gemcitabine, high-dose folinic acid and 5 fluorouracil (GEMFUFOL) as first-line treatment of metastatic biliary tract cancers." *Asian Pacific Journal of Cancer Prevention* 14.9 (2013): 5263-5267.

Yagata H.  *National Survey of long-term recovery from chemotherapy-induced hair loss in breast cancer patients*.  https://www.csp.or.jp/hor/seika/2014_hor20_sabcs_yagata.pdf

Yagata, H.  Abstract P5-15-17: National survey long-term recovery from chemotherapy-induced hair loss in patients with breast cancer. Cancer Research. http://cancerres.aacrjournals.org/content/75/7_Supplement/P5-15-17

Yang, X, et al. Treatment of Permanent Chemotherapy-Induced Alopecia with Low Dose Oral Minoxidil. Australas J Dermatol. 2015;57(4):e130-e132.

Yeager C., et al. Treatment of Chemotherapy-Induced Alopecia, Dermatologic Therapy. 2011;24(4):432-442.

All references identified in my expert report.