# EXHIBIT C

```
 0   01


 2                  UNITED STATES DISTRICT COURT

 3                  EASTERN DISTRICT OF LOUISIANA

 4

 5

 6                                        MDL No. 2740

 7    IN RE:   TAXOTERE                   Section:  "H"
      (DOCETAXEL) PRODUCTS
 8    LIABILITY LITIGATION                Judge Milazzo

 9                                        Mag. Judge North

10    * * * * * * * * * * * * * * * * * * * * * * * * *

11              The videotaped deposition of GERALD

12    MILETELLO, M.D., taken in connection with the captioned

13    cause, pursuant to the following stipulations before

14    RITA A. DEROUEN, Certified Court Reporter, at Irwin

15    Fritchie Urquhart & Moore, LLC, 400 Convention Street,

16    Suite 1001, Baton Rouge, Louisiana 70802, on the 7th of

17    February, 2019, beginning at 9:06 a.m.

18

19

20

21

22

23

24

25
```

```
 1     feel like.
 2     BY MR. SCHANKER:
 3         Q.   So I just want to make sure you're clear on my
 4     question and your response, if I may.
 5         A.   Uh-huh.
 6         Q.   So you are testifying here today that Sanofi
 7     told you as a provider that Taxotere had a causal
 8     association of a common side effect of permanent or
 9     irreversible hair loss?
10               MR. KAUFMAN:  Object to the form.
11         A.   Sanofi told me that Taxotere could cause
12     alopecia.  And in my clinical practice in 33 years, I
13     have yet to see a permanent alopecia in a Taxotere
14     patient, and I've treated hundreds of them.
15     BY MR. SCHANKER:
16         Q.   So my question, Doctor --
17               MR. SCHANKER:  And I move to strike that
18     part of your response that was nonresponsive.
19     BY MR. SCHANKER:
20         Q.   My question to you is, focusing on this:
21     You're telling me that Sanofi told you or warned you as
22     a prescriber of a causal association of a common side
23     effect of permanent hair loss with the use of Taxotere?
24               MR. KAUFMAN:  Same objection.
25     BY MR. SCHANKER:
```