# EXHIBIT D

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4   IN RE:  TAXOTERE (DOCETAXEL)     )
     PRODUCTS LIABILITY LITIGATION    )
 5                                    )   MDL No. 2740
                                      )   SECTION: "H"
 6                                    )   Judge Milazzo
     This Document Relates To:        )   Mag. Judge North
 7   ALL CASES                        )
     _____)
 8
 9
10
11              VIDEOTAPED DEPOSITION OF
12            JOHN A. GLASPY, M.D., M.P.H.
13
14
15            Friday, January 18, 2019
16              10:06 A.M. TO 4:19 P.M.
17
18               Los Angeles, California
19
20
21
22
23            Golkow Litigation Services
24
25
```

```
 1   on television.
 2           And the commercial, to me -- I
 3   misunderstood it.  I thought they were saying:  When
 4   a woman gets chemotherapy, in general, all the hair
 5   on her head falls out.
 6           And I thought "permanent" meant that never
 7   changed.  They didn't recover.
 8           I've only seen that four or five times in
 9   30-some years.  I haven't seen that very often at
10   all.  And because we use Taxotere, that surprised
11   me.
12           I think, in looking at the cases we have
13   and reading the literature that's been produced,
14   that when we say "permanent alopecia," we're talking
15   about suboptimal recovery or less recovery after --
16   after chemotherapy.
17           I have always told my patients that the
18   hair is likely to be different when it comes back.
19   And being thinner is one of those things that
20   happens in these chemotherapy regimens and hormone
21   therapy regimens that people get.
22           So if we call it that, then that is a more
23   common occurrence.
24           And then reading all this has been
25   interesting, but also frustrating, because looking
```