# EXHIBIT E

John A. Glaspy, M.D.

```
 1           UNITED STATES DISTRICT COURT
 2           EASTERN DISTRICT OF LOUISIANA
 3      *******************************
 4      IN RE:  TAXOTERE
 5      (DOCETAXEL) PRODUCTS          MDL No. 2740
 6      LIABILITY LITIGATION          Section: "H"
 7                                    Judge Milazzo
 8      This Document Relates to:   Mag. Judge North
 9      All Cases
10      *******************************
11
12              Remote Videotaped Deposition of
13      JOHN A. GLASPY, M.D., held at the location
14      of the witness in Los Angeles, California,
15      commencing at 9:05 a.m., on the 13th of May,
16      2020, before Maureen O'Connor Pollard,
17      Registered Diplomate Reporter, Realtime
18      Systems Administrator, Certified Shorthand
19      Reporter.
20                       - - -
21
              GOLKOW LITIGATION SERVICES
22        877.370.3377 ph | 917.591.5672 fax
                  deps@golkow.com
23
24
25
```

John A. Glaspy, M.D.

1  literature part of the question, so now
2  you're saying I haven't put any methodology
3  into generating opinions about drugs and
4  alopecia.
5           Do you want to keep it
6  restricted to my analysis of literature, or
7  is my personal experience going to creep in
8  here?
9      Q.    I know that you have your
10 personal experience, and I know that you have
11 listed, as you have in all of your prior
12 reports, the cases of persistent alopecia
13 have been reported with, and then you list 15
14 drugs after that statement.
15           What I am trying to understand
16 is, did you go through a methodology of
17 reviewing the literature, randomized
18 controlled trials, and apply a causation
19 analysis such as the Bradford Hill or
20 something similar to it to attempt to
21 investigate the relationship between
22 cyclophosphamide and permanent
23 chemotherapy-induced induced hair loss or
24 alopecia, however you want to define that
25 term?

John A. Glaspy, M.D.

1          A.     I did not, and that is because
2     you've asked a literature interpretation
3     question.  Yes, I have not.
4          Q.     Okay.  And again, I understand
5     that you have your personal experience and
6     you have eyeballed women who have come into
7     your office, I think is how we discussed it
8     the last time, correct?
9          A.     That's correct.
10                You've been nice enough to tell
11    me what you're worried about, that something
12    happened in a trial that was traumatic and
13    you're going to try and prevent it this time.
14                Here's my sensitivity.  There
15    is a school of thought that says you get
16    somebody to say something to keep it short,
17    and then read that back to them as though
18    it's a totally limiting part of their
19    opinions.  So I'm trying to leave the fact in
20    there that -- what I talked about earlier
21    about oncologists and alopecia, and I don't
22    want to repeat the whole -- what you call the
23    speech, so I won't.
24         Q.     Okay.
25         A.     But I want to leave that part

1   of the answer to every question, we can cut
2   and paste it or something, so that I don't
3   give -- limit my degrees of freedom in being
4   told at a trial "you've said this was it for
5   you and Cytoxan," right?
6          Q.     Right.
7          A.     It is it for me in the
8   literature on Cytoxan, you bet.  And it's not
9   causal that I conclude, it's association, and
10  we talked about this in the last deposition
11  and I will stand by what I said there.
12         Q.     Okay.  Let me ask it this way,
13  because I understand that you have your
14  personal experience and 30-plus years as an
15  oncologist, and I understand that you have
16  included in your report the statements that
17  we've gone over the last time we were
18  together, the cases of persistent alopecia
19  have been reported with, and then a list of
20  15 drugs.
21              Beyond your experience and
22  beyond what is stated in your report that
23  cases of persistent alopecia have been
24  reported with cyclophosphamide, have you
25  attempted to apply any other methodology by

John A. Glaspy, M.D.

1    way of reviewing literature, randomized
2    control trials, or other data to investigate
3    a relationship between cyclophosphamide and
4    permanent chemotherapy-induced alopecia?
5         A.    I have not.
6               MR. STRONGMAN:  Objection to
7         form.
8         A.    Thank you for a beautiful
9    question.  There's an objection.  But that --
10   BY MR. MICELI:
11        Q.    I'm going to try --
12        A.    But that does it for me.
13        Q.    Okay.  I'm going to try to ask
14   it that way, then, for each of the rest of
15   them.
16              For -- aside from your personal
17   experience of decades as an oncologist, and
18   your statement that cases of persistent
19   alopecia have been reported with Adriamycin,
20   have you attempted to apply a methodology
21   based upon a literature review or review of
22   randomized control trial data, and apply a
23   Bradford Hill or other similar methodology to
24   attempt to investigate a relationship between
25   Adriamycin and permanent chemotherapy-induced

```
 1     alopecia, however that is defined?
 2               MR. STRONGMAN:  Objection.
 3        Form.
 4        A.    I have not.
 5   BY MR. MICELI:
 6        Q.    The answer, Doctor, was?
 7        A.    I have not.
 8        Q.    Okay.  And I'm going to
 9   shortcut it by saying have you done so
10   with -- have you gone through that, such a
11   process, in an attempt to apply a methodology
12   by way of a literature search or review of
13   randomized control trial data and applying a
14   Bradford Hill or other similar criteria or
15   causation analysis to investigate the
16   relationship between Xeloda and permanent
17   chemotherapy-induced alopecia, however it's
18   defined?
19        A.    I have not.
20               MR. STRONGMAN:  Same objection.
21   BY MR. MICELI:
22        Q.    Okay.  Have you done so -- have
23   you attempted to apply a methodology by way
24   of literature search, review of randomized
25   controlled trial data, and an application of
```

John A. Glaspy, M.D.

```
 1    a Bradford Hill or other similar causation
 2    analysis to investigate the relationship
 3    between Avastin and permanent
 4    chemotherapy-induced alopecia, however that
 5    term could be defined?
 6                MR. STRONGMAN:  Objection.
 7        Form.
 8        A.    I have not.
 9    BY MR. MICELI:
10        Q.    Okay.  Doctor, if you could
11    just hold off, I know we're going to get it
12    on the written record, I know Jon wants to
13    make his objections, I want to make sure I
14    get a clear answer and a clear record.
15                Doctor, understanding your
16    experience, your decades of experience as a
17    clinical oncologist and your prior statements
18    in your report that cases of persistent
19    chemotherapy -- strike that.
20                Understanding your decades of
21    experience as a clinical oncologist, and the
22    statement in your report that cases have been
23    reported -- cases of persistent alopecia have
24    been reported with the use of tamoxifen, have
25    you attempted to apply a methodology by way
```

1    of review of literature and/or randomized

2    controlled trial data in an attempt to

3    investigate the relationship, the causal

4    relationship, between tamoxifen and permanent

5    alopecia, however that term could be defined?

6          MR. STRONGMAN:  Objection.

7      Form.

8      A.    I have not.

9    BY MR. MICELI:

10      Q.    Okay.  Dr. Glaspy, recognizing

11   your decades of experience as a clinical

12   oncologist and your statement in your report

13   that cases of persistent alopecia have been

14   reported with the use of Taxol or paclitaxel,

15   have you attempted to apply a methodology by

16   way of literature search and/or review of

17   randomized controlled clinical trial data and

18   apply a Bradford Hill or other similar

19   causation analysis in an attempt to

20   investigate the relationship between Taxol

21   and permanent chemotherapy-induced alopecia?

22          MR. STRONGMAN:  Objection.

23      Form.

24      A.    I have not.

25          ///

John A. Glaspy, M.D.

```
 1    BY MR. MICELI:
 2         Q.    Okay.  And you have not done so
 3    with regard to 5-FU, correct?
 4               MR. STRONGMAN:  Same.
 5         A.    I have not.
 6    BY MR. MICELI:
 7         Q.    Okay.  And with epirubicin you
 8    have not done so either, have you?
 9         A.    That's correct.
10               MR. STRONGMAN:  Same objection.
11         A.    I have not.
12    BY MR. MICELI:
13         Q.    And with regard to methotrexate
14    you have not done so?
15               MR. STRONGMAN:  Same objection.
16         A.    I have not.
17    BY MR. MICELI:
18         Q.    Okay.  And you have not
19    attempted to apply a methodology by way of
20    literature search and/or randomized clinical
21    trial data, and application of a Bradford
22    Hill or other similar causation analysis in
23    an attempt to investigate the relationship
24    between Gemzar and permanent
25    chemotherapy-induced alopecia, correct?
```

1             MR. STRONGMAN:  Objection.
2       Form.
3       A.    That's correct.
4    BY MR. MICELI:
5       Q.    Okay.  In fact, you have not
6    included in your report any methodology --
7    any attempt at applying a methodology by way
8    of literature search, review of randomized
9    controlled trial data, and the application of
10   a Bradford Hill or other causation analysis
11   to investigate the relationship between any
12   drug and permanent chemotherapy-induced
13   alopecia, correct?
14            MR. STRONGMAN:  Objection.
15      Form.
16      A.    Yes, any chemotherapy drug,
17   that's true, yes.
18   BY MR. MICELI:
19      Q.    Okay.  Thank you.
20            Doctor, do you know who Matthew
21   Suffness is?
22      A.    I don't think so.
23      Q.    How about David Kingston?
24      A.    I don't -- the name doesn't
25   ring a bell, but I'm not great with names,