# EXHIBIT F

1           UNITED STATES DISTRICT COURT

2           EASTERN DISTRICT OF LOUISIANA

3    ******************************

4    IN RE:  TAXOTERE

5    (DOCETAXEL) PRODUCTS          MDL No. 2740

6    LIABILITY LITIGATION           Section: "H"

7                                   Judge Milazzo

8    This Document Relates to:   Mag. Judge North

9    All Cases

10   ******************************

11

12           Remote Videotaped Deposition of

13   GERALD P. MILETELLO, M.D., held at the location

14   of the deponent in Baton Rouge, Louisiana,

15   commencing at 10:14 a.m. on the 21st of May,

16   2020, before Maureen O'Connor Pollard,

17   Registered Diplomate Reporter, Realtime

18   Systems Administrator, Certified Shorthand

19   Reporter.

20                   – – –

21

              GOLKOW LITIGATION SERVICES

22       877.370.3377 ph | 917.591.5672 fax

              deps@golkow.com

23

24

25

Gerald P. Miletello, M.D.

1    Ms. Kahn's hair loss, correct?

2         A.    Correct.

3         Q.    And you would defer to a

4    qualified dermatologist on that, right?

5         A.    I would.

6         Q.    Now, Doctor, when I had the

7    opportunity to take your deposition

8    previously, you indicated for me that you

9    believed that you had seen delayed or

10   incomplete hair regrowth with three types of

11   drugs, and I'll refer you to page 9 of your

12   report just to give you a context.

13              Do you have that in front of

14   you, page 9?

15        A.    I do.

16        Q.    And if we look at the last full

17   paragraph, do you see that there?

18        A.    Yes, I do.

19        Q.    Where it starts with, "Cases of

20   delayed hair regrowth"?

21        A.    Right.

22        Q.    And previously, I just want to

23   make sure we're on the same page here, and

24   you let me know if we are, I had asked you a

25   question, and you indicated in your

Gerald P. Miletello, M.D.

1    deposition that you believed that three of

2    the drugs listed in that particular paragraph

3    on page 9, that there were cases of delayed

4    hair regrowth or incomplete hair regrowth

5    reported with Adriamycin, Taxol, and

6    fluorouracil.

7              Do you recall that?

8        A.    Yes, I do.

9        Q.    Okay.  And I just want to make

10   sure as we're working through this, is

11   that -- those other drugs that are listed

12   there, should I be asking you questions about

13   those, or are you not -- is it fair to say

14   that you have not seen cases of delayed hair

15   regrowth or incomplete hair regrowth with

16   those other drugs listed there, other than

17   the three that I just laid out for you?

18       A.    That's correct.  That has not

19   changed at all since our last deposition.

20       Q.    I lost volume with

21   Dr. Miletello.

22       A.    I'm sorry.

23       Q.    Can you all still hear him?

24       A.    Yeah.  I said that has not

25   changed since our last deposition, the 5-FU,

Gerald P. Miletello, M.D.

1    Taxol, and Adriamycin were the only three

2    drugs that I've seen delayed hair regrowth.

3          Q.    Okay.

4          A.    That has not changed.  Is that

5    clear?

6          Q.    Yes, I got that.  Thanks for

7    repeating.

8          A.    No problem.

9          Q.    So let me -- thank you for

10   clarifying that as well.  I'll focus on -- at

11   this point I'm just focused on those three

12   drugs, then, with my questions, okay?

13         A.    Sure.

14         Q.    I won't ask you questions about

15   those others.  Fair enough?

16         A.    That's fair.

17         Q.    Not at this time.

18               So with regard to your report,

19   would you agree that nowhere in your report

20   do you offer an opinion that Adriamycin

21   causes pCIA, permanent chemotherapy-induced

22   alopecia?  Do you agree with that?

23               MR. KEENAN:  Object to the

24         form.

25         A.    I don't have a specific thing.

Gerald P. Miletello, M.D.

```
 1    I just know that I have seen permanent hair

 2    loss with the three drugs, the Adriamycin,

 3    Taxol, and 5-FU.

 4         Q.    Okay?

 5         A.    Not common, but the only ones

 6    I've seen within the 30 years I've been in

 7    practice.

 8         Q.    And so as we work through this,

 9    my question specifically to you is, nowhere

10    in your report do you offer an opinion that

11    Adriamycin causes permanent

12    chemotherapy-induced alopecia, correct?

13         A.    That's correct, I don't have a

14    statement to that effect.

15         Q.    And you did not attempt to

16    apply any sort of systematic literature

17    search or review the data from randomly

18    controlled trials to investigate whether a

19    causal relationship exists between Adriamycin

20    and permanent chemotherapy-induced alopecia,

21    correct?

22         A.    Not per se, yes, that's

23    correct.

24         Q.    You didn't attempt to offer any

25    kind of opinion that valid scientific
```

Gerald P. Miletello, M.D.

1  evidence exists that Adriamycin causes pCIA,

2  right?

3          A.     I have read that Adriamycin --

4  I'm not sure we call it pCIA, but just

5  complete hair loss, but it has been reported.

6          Q.     So my question to you is, in

7  your report did you attempt to offer an

8  opinion that valid scientific evidence exists

9  that Adriamycin causes pCIA from a causation

10 standpoint?

11         A.     I did not offer -- I do not

12 recall offering that in my report, you're

13 correct.

14         Q.     Now, nowhere in your report do

15 you offer any evidence of clinical trials

16 that you were aware of that show that

17 Adriamycin appears to cause pCIA, correct?

18         A.     I didn't state it in my report,

19 but there are reports of permanent hair loss

20 with Adriamycin.

21         Q.     And specifically my question to

22 you is, did you offer in your report any

23 evidence of clinical trials demonstrating or

24 showing that Adriamycin causes pCIA?

25         A.     I did not put that in my

Gerald P. Miletello, M.D.

1    report.

2         Q.    And as you sit here now, you're

3    not aware of any specific clinical trial that

4    you can share with us, are you, that shows

5    evidence that Adriamycin causes pCIA?

6         A.    Off the top of my head, no, I

7    cannot give you a clinical trial.

8         Q.    And nowhere in your report do

9    you offer any specific literature that

10   demonstrates that Adriamycin causes pCIA,

11   correct?

12        A.    That's correct.

13        Q.    Do you know in the literature,

14   the medical -- the relevant medical

15   literature, how many cases of Adriamycin

16   associated with pCIA there are?  Do you have

17   any idea at all?

18        A.    No, I don't.  I know it's a

19   small percentage, but I don't have an exact

20   number.

21        Q.    Are you familiar with the term

22   Bradford Hill criteria?

23        A.    I've heard of it.  I don't know

24   much details about it, but I've heard of it.

25        Q.    And just -- I'm asking you this

Gerald P. Miletello, M.D.

1    and you may -- from your answer I guess --

2    your previous answer I'm guessing the

3    response, but did you perform any sort of

4    Bradford Hill analysis utilizing those

5    criteria for general causation related to

6    Adriamycin and pCIA in this case?

7         A.    No, I did not.

8         Q.    And would you agree that when

9    you say you have heard or seen cases in your

10   practice where Adriamycin was administered

11   and then there appeared to be incomplete hair

12   regrowth, that in those cases you did not

13   perform a differential diagnosis on that

14   patient to determine scientific causation,

15   fair enough?

16        A.    That's correct, they did not

17   have biopsies or anything.

18        Q.    So would you agree that you

19   don't have any scientific evidence, as you

20   understand that, of causation existing

21   between Adriamycin and permanent

22   chemotherapy-induced alopecia, is that fair

23   enough?

24        A.    Just 30 years clinical

25   experience in treating patients, and knowing

Gerald P. Miletello, M.D.

1  someone had nothing else going on in their

2  life but receiving this one drug and

3  developed alopecia and it never returned, and

4  there was no other etiology for it, that -- I

5  feel that's pretty strong evidence.

6      Q.    Now, I want to ask you to just

7  work through this with the various drugs that

8  you indicated, first of all, that you've seen

9  in your practice, continuing along with that

10  where, to quote from your report, that "Cases

11  of delayed hair regrowth or incomplete hair

12  regrowth have been reported," fair enough?

13      A.    Correct.  Yes.

14      Q.    And so Taxotere -- or, excuse

15  me, Taxol, nowhere in your report do you

16  offer an opinion that Taxol causes pCIA,

17  correct?

18      A.    That's correct.

19      Q.    And you haven't done any kind

20  of or attempted to apply a systematic

21  literature search to determine whether Taxol

22  causes pCIA, right?

23      A.    No, I have not.

24      Q.    You haven't studied, done any

25  kind of research to see if there's any

Gerald P. Miletello, M.D.

1    randomly controlled trials to investigate

2    whether a causal relationship between Taxol

3    and pCIA exists, correct?

4         A.    I read in the literature where

5    it's been reported, but I did not include

6    anything in my report to that effect.

7         Q.    And could you cite me, as we're

8    talking at this point, to any randomly

9    control trials that support the proposition

10    of a causal relationship existing between

11    Taxol and pCIA?

12         A.    Not off the top of my head, I

13    can't give you a reference.

14         Q.    And you're not going to offer

15    some sort of opinion that valid scientific

16    evidence exists to establish a causal

17    relationship between Taxol and pCIA, you're

18    not going to try to come into court and do

19    that, right?

20         A.    No, I'm not.

21         Q.    And nowhere in your report do

22    you cite any evidence that -- of a clinical

23    trial that you're aware of that shows that

24    Taxol causes pCIA, correct?

25         A.    That's correct, I do not have

Gerald P. Miletello, M.D.

1    that in my report.

2         Q.    And you don't in your report

3    cite to any literature, or case reports for

4    that matter, that reference Taxol causing

5    pCIA, correct?

6         A.    That's correct.

7         Q.    Do you have any idea in the

8    literature how many, if any, case reports

9    there are of Taxol in association with pCIA?

10        A.    No, I don't.  I know it's a

11   small number, but just like it is for all of

12   them, all of the drugs that do it.

13        Q.    And similar question, you did

14   not perform any sort of Bradford Hill

15   analysis on causation between Taxol and pCIA,

16   applying the criteria, did you?

17        A.    That's correct, I did not.

18        Q.    And again, if you say that you

19   may have seen Taxol associated with pCIA or

20   incomplete hair regrowth on a patient in your

21   practice, in those examples you did not

22   perform any kind of differential diagnosis on

23   that patient to determine scientific

24   causation, correct?

25        A.    That's correct.

Gerald P. Miletello, M.D.

1          Q.     So then you'd agree you don't

2     have any scientific evidence of Taxol causing

3     pCIA, correct?

4          A.     You're correct, just my

5     clinical experience.

6          Q.     And then you cited

7     fluorouracil, 5-FU?

8          A.     Mm-hmm, that's correct.

9          Q.     Nowhere in your report do you

10    offer an opinion that 5-FU, fluorouracil,

11    causes pCIA, correct?

12         A.     That's correct.

13         Q.     And you haven't attempted to

14    apply any systematic literature search or

15    review of data from randomly controlled

16    trials to investigate whether a causal

17    relationship exists between 5-FU,

18    fluorouracil, and pCIA, correct?

19         A.     No, I haven't, that's correct.

20         Q.     And along those lines, you're

21    not going to offer the opinion that valid

22    scientific evidence establishes that

23    fluorouracil, or 5-FU, causes pCIA, correct?

24         A.     Correct.

25         Q.     And nowhere in your report do

Gerald P. Miletello, M.D.

1    you offer any evidence of any clinical trials

2    that you're aware of that demonstrate that

3    5-FU, fluorouracil, causes pCIA, correct?

4           A.    That's correct.

5           Q.    And as a matter of fact, you're

6    not aware of any clinical trials that

7    indicate or demonstrate that, correct?

8           A.    That's correct.

9           Q.    And with regard to the

10   literature, nowhere in your report do you

11   cite to literature, or case reports for that

12   matter, that support the proposition that

13   fluorouracil, 5-FU, causes pCIA, right?

14          A.    That's correct.

15          Q.    Do you have any idea how many,

16   if any, case reports there are in the

17   relevant medical literature that support a

18   causal association or indicate a causal

19   association between fluorouracil and 5-FU?

20          A.    No, I'm not.  No.

21          Q.    And Bradford Hill criteria, you

22   performed no such analysis, causation

23   analysis on 5-FU, fluorouracil, and pCIA?

24          A.    That's correct.

25          Q.    And you would agree when you

Gerald P. Miletello, M.D.

1    say you may have seen in your practice 5-FU,

2    or fluorouracil, appear to be associated with

3    pCIA, you did not perform a differential

4    diagnosis on that patient to determine

5    scientific causation, correct?

6         A.    No, I didn't.  But it was the

7    only drug this lady was receiving, and never

8    grew hair back for ten years.

9         Q.    And did -- just to make sure

10   the record is clear, Dr. Miletello, did you

11   do any differential diagnosis on that patient

12   in which you considered her full medical

13   history, gathered those medical records,

14   understood the full patient history, and

15   studied that issue scientifically to perform

16   a differential diagnosis?

17        A.    I did.  I reviewed every drug

18   she had ever taken, and actually did --

19   because I'd never seen this with

20   5-fluorouracil before, and was quite

21   interested to see, and this lady was not

22   happy that she lost her hair because I'd

23   never mentioned hair loss to her.  I told her

24   the one good thing, you rarely -- but since I

25   have seen hair loss with it, but not to the

Gerald P. Miletello, M.D.

1   degree she had it.  So I did do a lot of

2   research on her, and there was -- like I

3   said, I did not do biopsies, but I did --

4   that was the only thing she received that

5   could have caused her hair loss.

6         Q.     Did you do a dermatological

7   exam to rule out any other forms of alopecia

8   in that case?

9         A.     No.  She did not see a

10  dermatologist or get biopsies or anything.

11        Q.     And specifically you did not

12  perform, though, a dermatological exam to

13  rule out other forms of alopecia in her case?

14        A.     No, I did not.

15        Q.     As a matter of fact, you did

16  not rule out other forms of alopecia in her

17  case, did you?

18        A.     As far as biopsies, that would

19  have been the only other thing she needed,

20  and no, we did not do biopsies on her.  This

21  was all clinical judgment.

22        Q.     And you would agree as a

23  medical doctor that that one case doesn't

24  form legitimate scientific evidence to

25  establish causation of a pCIA by

Gerald P. Miletello, M.D.

1    fluorouracil, correct?

2              MR. KEENAN:  Object to the

3         form.

4         A.    I think in this case it did.

5    There was no other reason for her to have

6    lost her hair.  I think it's something -- it

7    goes back to the other drugs that we see

8    permanent hair loss with that -- anything is

9    possible in medicine, nothing is 100 percent,

10   and this is a perfect example of something we

11   did not expect, out of the ordinary, but it

12   happened.

13   BY MR. SCHANKER:

14        Q.    Did you rule -- just so I'm

15   clear, and I don't want to be repetitive,

16   with regard to this one particular patient,

17   did you -- please tell us everything you did

18   to rule out all other forms of alopecia.

19        A.    Mainly I checked all of her

20   endocrinological functions, such as thyroid

21   disease, to make sure she wasn't hyperthyroid

22   which can cause hair loss, reviewed all of

23   the drugs and everything that she had been

24   exposed to.  So from that standpoint, felt

25   very comfortable.  And the lady did perfectly

Gerald P. Miletello, M.D.

```
 1    fine, it was strictly hair loss from this
 2    drug.  And I don't know of any other tests,
 3    short of a biopsy, which I don't know would
 4    have shown us anything.
 5              But we did clinical evaluation,
 6    we did all the routine blood tests that you
 7    would do looking for an endocrine problem
 8    which she did not have, and that's what we
 9    did.
10         Q.    What, if anything, did you do
11    to rule out alopecia areata?
12         A.    I didn't do anything.  The next
13    step -- the only thing this lady needed that
14    we didn't do was a biopsy.
15         Q.    What, if anything, did you do
16    to rule out cicatricial alopecia?
17         A.    I didn't.  Like I said, I
18    didn't.  She needed a biopsy to rule out
19    those things, and we didn't do any of that.
20    I did not do any of that.
21         Q.    What, if anything, did you do
22    to rule out antigen effluvium?
23         A.    Nothing.
24         Q.    Doctor, nowhere in your report
25    do you offer an opinion that cyclophosphamide
```

Gerald P. Miletello, M.D.

1    causes pCIA, correct?

2         A.    That's correct.

3         Q.    And you're not going to try to

4    come into court and say that, are you?

5         A.    I don't plan on it, no.

6         Q.    Nowhere in your report do you

7    offer an opinion that Xeloda causes pCIA, do

8    you?

9         A.    None other than it's an oral

10   form of 5-FU, and I consider toxicities to be

11   the same.

12        Q.    Doctor, you have not attempted

13   to apply a systematic literature search or

14   review of data from randomly controlled

15   trials to investigate whether a causal

16   relationship exists between Xeloda and pCIA,

17   correct?

18        A.    That's correct.

19        Q.    And you won't try to offer an

20   opinion that valid scientific evidence

21   establishes that Xeloda causes pCIA, will

22   you, in court?

23        A.    That's correct.

24        Q.    And nowhere in your report do

25   you offer evidence that any clinical trial

Gerald P. Miletello, M.D.

1   exists that you're aware of that shows that

2   Xeloda causes pCIA, correct?

3          A.     That's correct.

4          Q.     And, in fact, as you sit here,

5   you are not aware of any clinical trial that

6   demonstrates any sort of causal association

7   between Xeloda and pCIA, right?

8          A.     Correct.

9          Q.     And nowhere in your report do

10   you cite to any literature, or case reports

11   for that matter, that attempt to demonstrate

12   or associate Xeloda and pCIA, correct?

13          A.     Correct.

14          Q.     Do you have any idea if there

15   are any case reports in the literature at all

16   associating Xeloda with permanent

17   chemotherapy-induced alopecia or incomplete

18   hair regrowth?

19          A.     I can't give you a specific,

20   but I think there is stuff in the literature.

21   I think you can find it on just about every

22   drug that we've given, there's some reports

23   of it.  But I can't give you a specific cite.

24          Q.     And you have no idea from a --

25   numerically how many case reports, if any,

Gerald P. Miletello, M.D.

1    there may be?

2          A.     No, I don't.

3          Q.     And you were not asked to

4    perform any Bradford Hill criteria analysis

5    on causation between Xeloda and pCIA, were

6    you?

7          A.     No, I wasn't.

8          Q.     And you didn't perform such

9    analysis, correct?

10         A.     No, I didn't.

11         Q.     Would you agree when you say

12   that you may have seen case reports or in

13   your practice Xeloda and then what appears to

14   be incomplete hair regrowth, that you have

15   not performed any differential diagnosis in

16   that scenario on a patient to determine

17   scientific causation?

18         A.     That's correct.

19         Q.     So you'd agree that you don't

20   have any valid scientific evidence of

21   causation with regard to Xeloda and pCIA,

22   right?

23         A.     Correct.

24                MR. KEENAN:  Object to form.

25                ///

Gerald P. Miletello, M.D.

 1    BY MR. SCHANKER:

 2         Q.     Doctor, let's talk about

 3    Avastin.

 4                Nowhere in your report do you

 5    offer an opinion that Avastin causes pCIA,

 6    correct?

 7         A.     That's correct.

 8         Q.     And you're not going to try to

 9    come into court and claim that Avastin causes

10    pCIA, are you?

11         A.     No, I'm not.

12         Q.     Nowhere in your report do you

13    offer an opinion that tamoxifen causes

14    permanent hair loss or lack of hair regrowth

15    permanently, correct?

16                MR. KEENAN:  Object to form.

17         A.     No.  I think tamoxifen

18    definitely -- there's data to support its

19    slowing hair growth and causing at least

20    thinning of hair, not complete alopecia, but

21    thinning of hair.  And I think I've stated

22    that with the tamoxifen or the aromatase

23    inhibitors, there's definitely data to

24    support that.

25                ///

Gerald P. Miletello, M.D.

1    BY MR. SCHANKER:

2        Q.    Specifically with regard to

3    tamoxifen and your report, you do not offer

4    an opinion in your report that tamoxifen

5    causes -- and I'm talking about duration

6    here, that it causes permanent hair loss,

7    correct?

8              MR. KEENAN:  Object to the

9        form.

10       A.    It causes hair loss.  I did not

11   give a specific duration.

12   BY MR. SCHANKER:

13       Q.    So you're not --

14       A.    It definitely causes hair loss.

15       Q.    I'm sorry, I talked over you.

16       A.    I did not give a duration, but

17   it definitely causes hair loss, and I've

18   stated that, I'm certain, in my report.

19       Q.    But you're not planning to come

20   into court and try to offer an opinion that

21   tamoxifen causes permanent hair loss,

22   correct?

23       A.    That's correct.

24       Q.    With regard to epirubicin,

25   Doctor, nowhere in your report do you offer

Gerald P. Miletello, M.D.

1    an opinion that epirubicin causes pCIA or

2    permanent hair loss, correct?

3          A.    That's correct.

4          Q.    And you're not planning to come

5    into court and offer any such opinion,

6    correct?

7          A.    Correct.

8          Q.    Methotrexate, nowhere in your

9    report do you offer an opinion that

10   methotrexate causes pCIA, correct?

11         A.    That's correct.

12         Q.    And you're not planning to come

13   into court and offer any such opinion, is

14   that right?

15         A.    That's correct.

16         Q.    Gemzar, nowhere in your report

17   do you offer an opinion that Gemzar causes

18   pCIA or permanent hair loss, do you?

19         A.    Correct.

20         Q.    And you're not planning to come

21   into court and offer any such opinion, right?

22         A.    No, I'm not.

23         Q.    With regard to any drug at all,

24   nowhere in your report do you offer an

25   opinion that any drug causes pCIA, do you?

Gerald P. Miletello, M.D.

1          MR. KEENAN:  Object to the

2     form.

3          A.     I'm sorry, Darin, could you

4     repeat that?  You cut out.  I didn't hear

5     exactly what you said.

6     BY MR. SCHANKER:

7          Q.     Thank you.  Am I putting you to

8     sleep there?

9          A.     No, no.  I'm listening, I just

10    -- it didn't come through, the last word.

11         Q.     Okay.  You're too kind.

12         A.     I'm wide awake.

13         Q.     So focusing on any, just any

14    drug at all, it's kind of a catch-all because

15    I want to make sure we're covering this

16    thoroughly.  I apologize for the tedious

17    aspect of this.  But with regard to any drug

18    at all, and I'm trying to go through the

19    report and narrow these issues just to

20    clearly understand, nowhere in your report do

21    you actually offer an opinion on causation,

22    causation, between any drug and permanent,

23    irreversible hair loss?

24         A.     That's correct.

25         MR. KEENAN:  Object to the