# EXHIBIT G

Page 1

1          IN THE UNITED STATES DISTRICT COURT
2           FOR THE EASTERN DISTRICT OF LOUISIANA
3    _____
                                    )
4    IN RE:  TAXOTERE (DOCETAXEL)  )MDL No. 2740
     PRODUCTS LIABILITY LITIGATION)
5                                   )Section:  H
     This Document Relates to:      )
6                                   )
     Antoinette Durden,             )
7    Case No. 2:16-cv-16635;        )
     Tanya Francis,                 )
8    Case No. 2:16-cv-17410;        )
     Barbara Earnest,               )
9    Case No. 2:16-cv-17144         )
     _____)
10
11
12
13
14    VIDEOTAPED DEPOSITION OF LINDA D. BOSSERMAN, M.D.
15               Costa Mesa, California
16              Monday, December 3, 2018
17                    Volume I
18
19
20
21   Reported by:
     DENISE BARDSLEY
22   CSR No. 11241
23   Job No. 3134931
24
25   PAGES 1 - 314

```
 1        Q    And the title of the article is "Scalp
 2   Metastases and Scalp Cooling For Chemotherapy-
 3   Induced Alopecia Prevention," correct?
 4        A    Yes, uh-huh.
 5        Q    This is an article from 2006; is that
 6   correct?
 7        A    Yes.
 8        Q    And in the article it says study of 227
 9   breast cancer patients, correct?
10        A    Yes.
11        Q    And in that study 2 developed scalp
12   metastasis, correct?
13        A    Yes.
14        Q    So that's 2 out of 227, correct?
15        A    Yes.
16        Q    And in your practice using Taxotere, you
17   have treated hundreds of patients, correct?
18        A    Yes.
19        Q    And in your practice, you have had two that
20   you believe may have had permanent hair loss,
21   correct?
22        A    Yes.
23        Q    Well less than 1 percent of patients that
24   you have treated, correct?
25        A    That's why individual --
```