# EXHIBIT H

# EXPERT REPORT OF

## Antonella Tosti, M.D.

## September 15, 2020

I am a Fredric Brandt Endowed Professor of Dermatology at the University of Miami. I have been involved in the diagnosis and treatment of hair disorders for more than 30 years and see hair patients on a daily basis in Miami and in Europe.

I was born and trained in Italy, and I was full Professor of Dermatology at the University of Bologna until 2010. I have been full Professor at University of Miami since then.

I am among the developers of a new non-invasive method for the diagnosis of hair and scalp disorders named dermoscopy or trichoscopy, and I published the first comprehensive paper on this topic in 2006.[1] I have published many peer reviewed articles on trichoscopy, and the first book/atlas on hair and scalp dermoscopy with pathological correlations in 2007.[2] The book was translated in other languages and the 2nd edition of this book was published in 2015.[3] I have been invited to teach hair disorders and trichoscopy worldwide, and have trained hundreds of dermatologists to utilize this technique to properly examine their patients.[4]

I was president and founding member of the European Hair Research Society (1989) and am now president of the American Hair Research Society and president of the International Society of Trichoscopy. I am editor of 30 Textbooks, including 6 on diagnosis and treatment of Hair Disorders.

I am the author of more than 600 peer reviewed papers, with an h-index of 60 on Scopus.[5]

My Curriculum Vitae, fee schedule, and prior deposition testimony are attached as **Exhibits A**, **B**, and **C**, respectively.

## Hair Anatomy and Physiology

---

[1] Elisabeth K. Ross, Colombina Vicenzi & Antonella Tosti, *Videodermoscopy in the Evaluation of Hair and Scalp Disorders*, 55(5) J. AM. ACAD. DERMATOL. 799 (2006).
[2] Antonella Tosti, *Dermoscopy of Hair and Scalp Disorders: With Clinical and Pathological Correlations* (1st ed. 2007).
[3] Antonella Tosti (ed.), *Dermoscopy of the Hair and Nails* (2nd ed. 2015).
[4] *Antonella Tosti*, WIKIPEDIA, https://en.wikipedia.org/wiki/Antonella_Tosti (Nov. 5, 2018).
[5] In 2005, the h-index was proposed by Jorge Hirsch, PhD and published in the *Proceedings of the National Academy of Sciences of the United States of America*. Jorge E. Hirsch, *An Index to Quantify an Individual's Scientific Research Output*, 102(46) PROC. NATL. ACAD. SCI. U.S.A. 16569 (2005).
An h-index of 60 means that I have authored at least 60 publications that have each been cited at least 60 times. Professor Hirsch reckons that after 20 years of research, an h-index of 20 is good, 40 is outstanding, and 60 is truly exceptional. The advantage of the h-index is that it combines productivity (i.e., number of papers produced) and impact (number of citations) in a single number.

combination and monotherapy.[36] There is consistent, sufficient, and reliable evidence within the scientific literature that Taxotere/docetaxel, when used in regimens with anthracyclines and doxorubicin, is a substantially contributing factor to PCIA.[37]

I also co-authored an article published in 2019 in *JAMA Dermatology* that collected cases of PCIA from three cancer centers. These cases included patients who received chemotherapy for different types of cancer and not only breast cancer.[38] The aim of this study was evaluating the quality of life of patients with PCIA and not the frequency of PCIA from any of the regimens; therefore, this is not a prevalence study.[39] There were 80 cases of PCIA in regimens with Taxotere/docetaxel or Taxol/paclitaxel and 18 cases reported in regimens without Taxotere/docetaxel or Taxol/paclitaxel.[40] Cases with other potential causes of alopecia such as androgenetic alopecia, thyroid conditions, and telogen effluvium were excluded.[41] Taxotere/docetaxel and Taxol/paclitaxel are related drugs—referred to as taxanes. The study does not provide any information about the prevalence of PCIA from Taxotere/docetaxel versus Taxol/paclitaxel. However, of interest the study does note that the only chemotherapy regimen with which patients reported Grade 2 alopecia was Taxotere/docetaxel.[42]

The studies I have analyzed in the aggregate demonstrate that Taxotere/docetaxel is far more commonly reported as being associated with PCIA than any other chemotherapy regimen.[43] I have also personally seen patients with PCIA from Taxotere/docetaxel regimens, but I have never seen patients with PCIA from Taxol/paclitaxel or other non-Taxotere regimens within my own clinical practices in Europe and the United States. I saw my first case of PCIA from Taxotere/docetaxel in 2006.

As a result of my analysis in the case, and my review of the conclusions of other expert reports in this matter, I learned that the randomized studies with Taxotere regimens for breast cancer—sponsored by the manufacturer, Sanofi, revealed that Taxotere regimens had a statistically increased rate of PCIA, when controlled for Adriamycin/doxorubicin and cyclophosphamide.[44]

---

[36] H. Bourgeois, *Long Term Persistent Alopecia and Suboptimal Hair Regrowth After Adjuvant Chemotherapy for Breast Cancer.* 2009. *Long Term Persistent Alopecia and Suboptimal Hair Regrowth after Adjuvant Chemotherapy for Breast Cancer: Alert for Emerging Side Effect: French ALOPERS Observatory*, 21(8) ANNALS OF ONCOL. Viii83-84 (2010). 30(b)(6) Depositions of Michael Kopreski, MD, including all exhibits. Nanae Hangai, MD, PhD, Global Safety Officer, "Clinical Overview: Docetaxel and Permanent Alopecia" Sanofi_00829529-65.
[37] *See* **Exhibit E** – Articles on Permanent Alopecia Following Breast Cancer Chemotherapy.
[38] Azael Freites-Martinez, MD et al., *Assessment of Quality of Life and Treatment Outcomes of Patients with Persistent Postchemotherapy Alopecia*, JAMA DERMATOL. (published online March 6, 2019).
[39] *Id.*
[40] *Id.* at E3. Among the 80 cases, 47 were paclitaxel regimens, 31 were docetaxel regimens, and 2 were paclitaxel and docetaxel regimens.
[41] *Id.*
[42] *Id.*
[43] *See* **Exhibit E** – Articles on Permanent Alopecia Following Breast Cancer Chemotherapy.
[44] TAX 316 Clinical Study Report (Jan. 21, 2004) at p. 5, Sanofi_02640584. TAX 316 Clinical Study Report (Sept. 9, 2010) at p. 37, Sanofi_02645236. GEICAM 9805 Clinical Study Report (Nov. 9, 2009) at 111, Sanofi_01061868. Rule 26 Expert Report of David Madigan, PhD (March 23, 2020); Rule 26 Expert Report of Ellen Feigal, M.D. (March 23, 2020).

History, clinical examination, dermoscopy, and pathology show that Ms. Kahn is affected by permanent alopecia after systemic chemotherapy (PCIA). Ms. Kahn was administered Taxotere in the context of a Taxotere regimen with capecitabine, bevacizumab, doxorubicin, and cyclophosphamide. The use of Taxotere/docetaxel with doxorubicin (an anthracycline) and cyclophosphamide is on the label for Taxotere, so it is a reasonably foreseeable use. The addition of Taxotere to her chemotherapy regimen is the cause of Ms. Kahn's PCIA. Taxotere/docetaxel has been shown to consistently cause this side effect by numerous studies. I have also personally seen patients with PCIA from Taxotere/docetaxel regimens.  Doxorubicin and cyclophosphamide have been on the market since 1974 and 1959, respectively; yet the first reported cases of PCIA outside the bone marrow transplant context were in the 2000s, once Taxotere was on the market. We did not see the problem of PCIA until Taxotere was added to chemotherapy regimens. Therefore, Taxotere regimens cause PCIA. There are no cases of PCIA reported with capecitabine or bevacizumab. In the adjuvant treatment of breast cancer, there are only 39 cases of permanent alopecia reported with non-taxane regimens with anthracyclines and cyclophosphamide in comparison with 568 reported cases with taxane regimens—424 of which are Taxotere/docetaxel regimens.[74] The use of Taxotere in Ms. Kahn's regimen was, to a reasonable degree of scientific certainty, the factor that substantially contributed to causing her PCIA. Her use of Tamoxifen is not the cause of her PCIA because the history, clinical presentation, and chronology of the alopecia exclude endocrine therapy. Doxorubicin, cyclophosphamide, capecitabine, and bevacizumab were not the cause of Ms. Kahn's PCIA—independent of Taxotere. Furthermore, none of the other chemotherapies used in the treatment of breast cancer carry such a high risk of causing PCIA as Taxotere/docetaxel. Taxotere/docetaxel has the most reports of PCIA reported in the literature compared to any other drug Ms. Kahn received.  My review of the scientific literature and the conclusions of the expert reports of Dr. Madigan and Dr. Feigal shows that there is not a signal of PCIA with her chemotherapy drugs other than Taxotere/docetaxel. There is only a strong causal association between Taxotere/docetaxel and PCIA. Taxotere's use in the regimen was the substantial contributing factor to Ms. Kahn's PCIA.

Respectfully Submitted,

Antonella Tosti, M.D.

September, 15, 2020

---

[74] *See* **Exhibit E** – Articles on Permanent Alopecia Following Breast Cancer Chemotherapy.