# EXHIBIT I

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CASE No.  2:16-cv-17039

ELIZABETH KAHN,

         Plaintiffs,

v.

SANOFI-AVENTIS U.S. L.L.C. and
SANOFI US SERVICE, INC.

         Defendant
_____/

Remote Proceedings
September 29, 2020
10:03 a.m. - 4:39 p.m.

VIDEO DEPOSITION OF ANTONELLA TOSTI, M.D.
(Via Teleconference)
Taken before SUZANNE VITALE, R.P.R., F.P.R.
and Notary Public for the State of Florida at Large,
pursuant to Notice of Taking Deposition filed in the
above cause.

1     Q.   Don't you think, to be able to get a full
2  perspective of the case, that you would need to see
3  what Sanofi's experts say on these matters?
4          MR. LAMBERT:  Object to form.
5          THE WITNESS:  I didn't review.
6  BY MR. STRONGMAN:
7     Q.   Were you ever provided Sanofi's expert
8  reports in this case?
9     A.   No, I was not provided, but my conclusions
10 are not only based to Dr. Madigan or Dr. Feigal
11 expert report.  I just read those.
12    Q.   Well, are you relying on Dr. Madigan's
13 conclusions as part of the basis for your opinions
14 in this case?
15         MR. LAMBERT:  Object to form.
16         THE WITNESS:  I have my opinion, and my
17      opinion is based on my experience, on my review
18      of the literature and on my personal experience
19      with this problem.
20         Then I also read the report that confirmed
21      what I already told.
22 BY MR. STRONGMAN:
23    Q.   And in medicine, it's important to read
24 information that provides the other side of the
25 story, too, correct?

1          MR. LAMBERT:  Object to form.
2          THE WITNESS:  I didn't understand the
3     question.
4  BY MR. STRONGMAN:
5     Q.   Do you know whether or not Sanofi's
6  experts agree with what Dr. Madigan concluded?
7     A.   I imagine that they don't, but I don't
8  know.
9     Q.   Isn't it important to consider Sanofi's
10 position on the statistical issues in this case in
11 forming your opinions?
12         MR. LAMBERT:  Object to form.
13         THE WITNESS:  My opinion is not based on
14     statistics.
15         My opinion is based on medical experience,
16     on literature.  I'm not a statistician.  So I
17     don't really understand this.
18 BY MR. STRONGMAN:
19    Q.   Well, you made a specific point of citing
20 and relying on Dr. Madigan and Dr. Feigal's reports
21 in your report, correct?
22    A.   Not exactly.  Those are part of the -- of
23 the puzzle, you know, are part of what I consider.
24 But my opinion is not just based on their reports.
25    Q.   And I'm not suggesting that it's just

Page 191

1   Q.  And you called them Taxotere regimens in
2   your report, correct?
3   A.  I don't have the report under my eyes.
4   Yes, those are regimens.
5   Q.  I could call them adriamycin regimens as
6   well, couldn't I?
7           MR. LAMBERT:  Object to form.
8           THE WITNESS:  I think that you can call
9       also adriamycin regimen.  It doesn't change the
10      content.
11  BY MR. STRONGMAN:
12  Q.  Did you do any analysis of how many total
13  reports there were for any adriamycin-containing
14  regimen?
15  A.  Without the Taxotere, I did.  And I found,
16  I think, 39.
17  Q.  My question was a little bit different,
18  Doctor.
19          Did you do any specific count of how many
20  reports there were in the literature of PCIA with a
21  patient that received an adriamycin-containing
22  regimen even if it also had docetaxel or paclitaxel
23  or cyclophosphamide with it?
24  A.  You know, I believe that we go and put all
25  these numbers together, and that's what we get, you

1   know.  I don't think that's the purpose of my
2   search.
3           I'm not an oncologist, you know.  I
4   believe there's a problem, and I did a search to see
5   how many Taxotere were there, and I'm saying most of
6   them are in association.
7           So I believe that Taxotere is a key factor
8   for the problem, but the problem often occurs with
9   an association of drugs.
10      Q.   And so part of your determination that
11  Taxotere is the factor -- main factor was that you
12  counted up the reports from the literature and found
13  more reports with Taxotere?
14      A.   No.  The beginning of that is my
15  experience.  I've seen many patients with this
16  problem during my life.  I describe these cases in
17  the beginning.
18          So this is my medical experience, first of
19  all.  And then, of course, through the literature
20  and then, you know, I read all the expert reports
21  and the other information we were talking
22  tomorrow and those -- today, sorry, and those are
23  part of the reason I formed my opinion.
24          It's just not counting the cases.
25      Q.   And you would agree with me that you

Page 193

1 cannot point me to any authority that says counting
2 case reports in the medical literature is an
3 appropriate way to determine relative risk, correct?
4     A.   Counting case report, no.  But I quoted
5 the prospective and retrospective studies, which are
6 very good to evaluate.
7         Case reports are the single of the
8 problem.  So any problem, first time you see a case
9 report.
10         Look now with the COVID.  We see case
11 reports, and then we learn that many side effects --
12 many consequence of this disease, even in the skin.
13         So case report are to begin with, the
14 single, and then you have to do studies and you
15 confirm the idea.
16     Q.   So, Doctor, you would agree with me that
17 just counting case reports in the medical literature
18 is not an appropriate way to determine relative
19 risk, correct?
20        MR. LAMBERT:  Object to form.
21        THE WITNESS:  Counting cases, no, but
22    relying on prospective and retrospective
23    studies that are there, yes.
24 BY MR. STRONGMAN:
25     Q.   So when you put out the number of 568

Page 196

1     Q.   You would also agree that cyclophosphamide
2  does carry at least some risk of causing PCIA,
3  correct?
4     A.   Yes.
5          MR. LAMBERT:  Object to form.
6          THE WITNESS:  Yes, small.
7  BY MR. STRONGMAN:
8     Q.   And you would agree with me that you'd at
9  least need to consider the risks of PCIA with the
10 other chemotherapies that Ms. Kahn received in
11 addition to Taxotere when you formed your opinions
12 in this case, correct?
13    A.   Yes, I did consider.  I also considered my
14 experience and what has been published and
15 everything to form my opinion.
16         So I believe that, you know, all of them
17 had possible role, but Taxotere had the key role in
18 causing the problem.
19    Q.   You would also agree that taxol carries a
20 risk of causing PCIA, correct?
21    A.   Yes, I do.  Less commonly than Taxotere,
22 but more commonly probably than the other drugs.
23    Q.   And you would agree with me that there are
24 patients who took Taxotere and don't have PCIA,
25 correct?

1      A.   Yes.
2      Q.   And there is a -- it looks like an
3 August 2020 article entitled "Alopecia Related to
4 Systemic Cancer Therapy" by Drs. Rugo and Lacouture;
5 is that correct?
6      A.   Yes.
7      Q.   Dr. Tosti, if you wouldn't mind taking us
8 through the significance of this paper to Ms. Kahn's
9 case.
10     A.   I didn't understand the question.
11     Q.   Would you describe for us the significance
12 of this study?
13     A.   I think it's important because, in the
14 last few years, these permanent alopecia from
15 chemotherapy has been explained to the doctor, so
16 the CME article and this book, which is a very, very
17 important source for doctors to rely to update
18 themself.
19          We make doctor aware of the side effect
20 because what I believe right now is that doctors
21 don't really know particularly, you know -- again,
22 many doctors don't know, and so it's not
23 recognized.
24          So this is important because the condition
25 is discussed, and it's important for every doctor to

Page 209

1      know.
2                In this paper, at page 7, they describe
3      the possibility of permanent alopecia after standard
4      dose chemotherapy.  They say, "There is now
5      convincing evidence of permanent or prolonged
6      alopecia after standard-dose chemotherapy for breast
7      cancer (particularly with the docetaxel and clearly
8      related to both dose per infusion and duration of
9      exposure).  There is one case serious suggesting
10     cases of delayed recovery with paclitaxel, although
11     this is uncommon with current dosing schedules.
12               "The impact of alopecia and potential
13     alternative chemotherapy approaches should be
14     discussed with each patient before the initiation of
15     therapy that may lead to alopecia.  The preemptive
16     approach is important for minimizing the emotional
17     distress associated with hair loss.  For patients
18     with breast cancer who are receiving docetaxel at
19     doses of 75 milligrams per square meter or above per
20     infusion, it is important to advise patients about
21     the risk of prolonged and permanent alopecia.  Scalp
22     cooling may prevent permanent alopecia, although the
23     data are limited."
24          Q.   So, Dr. Tosti, are these conclusions in
25     this UpToDate article, are those consistent with

Page 210

1  your findings in this case that Taxotere cause this
2  kind of permanent chemotherapy-induced alopecia?
3           MR. STRONGMAN:  Object to form.
4           THE WITNESS:  Yes, these are consistent
5       with my experience with the permanent alopecia
6       from chemotherapy and with the finding I found
7       in Ms. Kahn.
8  BY MR. LAMBERT:
9       Q.   Dr. Tosti, you were shown Exhibits 24 and
10  25.  We don't have to look at them right now, but
11  those were articles in the 1990s, the late 1990s
12  having to do with metastatic or advanced cancers,
13  correct?
14       A.   Yes, correct.
15       Q.   I'll represent to you that Exhibit 24
16  indicates a median survival rate between 10 and a
17  half and 13 months.
18           Is that consistent with what you reviewed
19  on Exhibit 24?
20       A.   Yes.  Those were advanced cancer.
21       Q.   And likewise, in Exhibit 25, there was a
22  median survival of 44 to 47 weeks?
23       A.   Yes.
24       Q.   I looked at the methods for the study that
25  was shown to you in Exhibit 25, and the patients in

Veritext Legal Solutions
800-227-8440                                        973-410-4040