# EXHIBIT A

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

***************************************************************
IN RE:   TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

                              Civil Action No. 16-MD-2740
                              Section "H"(5)
                              New Orleans, Louisiana
                              September 5, 2019

THIS DOCUMENT RELATES TO ALL CASES
***************************************************************


                    TRANSCRIPT OF MOTION HEARING
             HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
                    UNITED STATES DISTRICT JUDGE


APPEARANCES:

FOR THE PLAINTIFFS:

                    DAWN BARRIOS
                    BARRIOS KINGSDORF & CASTEIX
                    701 POYDRAS STREET
                    SUITE 3650
                    NEW ORLEANS, LA 70139

                    MATTHEW PALMER LAMBERT
                    GAINSBURGH BENJAMIN DAVID MEUNIER
                    & WARSHAUER
                    1100 POYDRAS STREET
                    SUITE 2800
                    NEW ORLEANS, LA 70163

                    DARIN SCHANKER
                    BACHUS & SCHANKER
                    1899 WYNKOOP STREET
                    SUITE 700
                    DENVER, CO 80202

                    CHRISTOPHER COFFIN
                    PENDLEY BAUDIN & COFFIN
                    1515 POYDRAS STREET
                    NEW ORLEANS, LA 70112
```

| | | |
|---|---|---|
| 01:42:20PM | 1 | cases of permanent alopecia -- |
| 01:42:23PM | 2 |      THE COURT:  But that would certainly be fodder for |
| 01:42:27PM | 3 | cross-examination for your expert.  This is what I'm |
| 01:42:30PM | 4 | thinking.  This is what my notes say.  Plaintiff has the |
| 01:42:33PM | 5 | burden of proof.  You have the burden of proof on causation |
| 01:42:36PM | 6 | and the defendants have to challenge that.  Now, I think they |
| 01:42:41PM | 7 | have to have a good faith basis for the challenge.  I |
| 01:42:47PM | 8 | think -- you can't throw out just speculative questions on |
| 01:42:54PM | 9 | cross-examination.  It's got to be a good faith basis for you |
| 01:42:58PM | 10 | to question the expert, but I think they're going to have to |
| 01:43:02PM | 11 | be able to question your experts about other chemotherapy |
| 01:43:06PM | 12 | drugs that were prescribed to Ms. Earnest and whether or not |
| 01:43:10PM | 13 | those caused permanent alopecia and I'm not going to preclude |
| 01:43:15PM | 14 | them from -- from challenging your causation experts. |
| 01:43:22PM | 15 |      MR. SCHANKER:  And, Your Honor, I think specifically |
| 01:43:25PM | 16 | we're thinking about whether it be in opening statement or at |
| 01:43:27PM | 17 | other times at trial to try to infer that there is some sort |
| 01:43:31PM | 18 | of causation analysis that's taking place when there |
| 01:43:35PM | 19 | absolutely has not been.  There's no evidence in this case |
| 01:43:37PM | 20 | that A or C, none presented by any expert, that A or C caused |
| 01:43:42PM | 21 | it.  Certainly I understand what you're saying about |
| 01:43:45PM | 22 | cross-examination and, obviously, it's different.  Did T |
| 01:43:47PM | 23 | cause it?  Did Taxotere cause it?  But there does need to be |
| 01:43:52PM | 24 | a good faith basis that A or C did and, obviously, we can |
| 01:43:55PM | 25 | watch that closely on cross-examination.  But some sort of |