# EXHIBIT C

## Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)         *
PRODUCTS LIABILITY LITIGATION       *   Docket No.: 16-MD-2740
                                    *   Section "H(5)"
                                    *   New Orleans, Louisiana
Relates to: Barbara Earnest         *   September 18, 2019
Case No.: 16-CV-17144               *
* * * * * * * * * * * * * * * * * *

DAY 3 - AFTERNOON SESSION
TRANSCRIPT OF JURY TRIAL BEFORE
THE HONORABLE JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiffs:   Barrios Kingsdorf & Casteix, LLP
                      BY: DAWN M. BARRIOS, ESQ.
                      701 Poydras Street
                      Suite 3650
                      New Orleans, Louisiana 70139

For the Plaintiffs:   Gainsburgh Benjamin David Meunier
                        & Warshauer, LLC
                      BY: M. PALMER LAMBERT, ESQ.
                      1100 Poydras Street
                      Suite 2800
                      New Orleans, Louisiana 70163

For the Plaintiffs:   Pendley Baudin & Coffin, LLP
                      BY: CHRISTOPHER L. COFFIN, ESQ.
                      1100 Poydras Street
                      Suite 2505
                      New Orleans, Louisiana 70163

OFFICIAL TRANSCRIPT

## Page 2

APPEARANCES:

For the Plaintiffs:   Gibbs Law Group, LLP
                      BY: KAREN BARTH MENZIES, ESQ.
                      6701 Center Drive West
                      Suite 1400
                      Los Angeles, California 90045

For the Plaintiffs:   Bachus & Schanker, LLC
                      BY: J. KYLE BACHUS, ESQ.
                          DARIN L. SCHANKER, ESQ.
                      1899 Wynkoop Street
                      Suite 700
                      Denver, Colorado 80202

For the Plaintiffs:   Fleming Nolen & Jez, LLP
                      BY: RAND P. NOLEN, ESQ.
                      2800 Post Oak Boulevard
                      Suite 4000
                      Houston, Texas 77056

For the Plaintiffs:   DAVID F. MICELI, LLC
                      BY: DAVID F. MICELI, ESQ.
                      Post Office Box 2519
                      Carrollton, Georgia 30112

For the Plaintiffs:   Morgan & Morgan, P.A.
                      BY: EMILY C. JEFFCOTT, ESQ.
                      700 S. Palafox Street
                      Suite 95
                      Pensacola, Florida 32502

For the Sanofi        Irwin Fritchie Urquhart
Defendants:             & Moore, LLC
                      BY: DOUGLAS J. MOORE, ESQ.
                      400 Poydras Street
                      Suite 2700
                      New Orleans, Louisiana 70130

OFFICIAL TRANSCRIPT

## Page 3

APPEARANCES:

For the Sanofi        Shook Hardy & Bacon, LLP
Defendants:           BY: HARLEY V. RATLIFF, ESQ.
                          JON A. STRONGMAN, ESQ.
                      2555 Grand Boulevard
                      Kansas City, Missouri 64108

For the Sanofi        Shook Hardy & Bacon, LLP
Defendants:           BY: HILDY M. SASTRE, ESQ.
                      201 Biscayne Boulevard, Suite 3200
                      Miami, Florida 33131

Official Court Reporter:   Jodi Simcox, RMR, FCRR
                           500 Poydras Street
                           Room HB-275
                           New Orleans, Louisiana 70130
                           (504) 589-7780

Proceedings recorded by mechanical stenography, transcript produced by computer.

OFFICIAL TRANSCRIPT

## Page 4

I N D E X

                                                     Page

DAVID MADIGAN
   Cross-Examination By Mr. Strongman:                670
   Redirect Examination By Mr. Miceli:                723

JEAN-PHILIPPE AUSSEL
   Videotaped deposition                              739

LAURA MASSEY PLUNKETT
   Direct Examination By Mr. Nolen:                   789
   Cross-Examination By Ms. Sastre:                   826
   Redirect Examination By Mr. Nolen:                 916

OFFICIAL TRANSCRIPT

## Page 193

858

LAURA MASSEY PLUNKETT - CROSS

5:22PM 1  A.  You did.
5:22PM 2  Q.  All right. Now --
5:22PM 3         THE COURT: The jury can make a determination whether
5:22PM 4  that was --
5:22PM 5         MS. SASTRE: I'm sorry, Your Honor?
5:22PM 6         THE COURT: Mr. Nolen was standing up to object, and
5:22PM 7  I overruled him before he got to say it.
5:22PM 8         MS. SASTRE: I thought you were telling me something.
5:22PM 9  Okay. All right. No problem. Thank you, Judge.
5:22PM10  BY MS. SASTRE:
5:22PM11  Q.  Okay. Let's do this, Dr. Plunkett. So let's talk about
5:22PM12  that a little further. Okay.
5:22PM13       When you say that there's a group of chemotherapy
5:22PM14  drugs and they're associated with hair loss, I'd like to make a
5:22PM15  list with you. Can we do that?
5:22PM16  A.  Sure.
5:22PM17  Q.  Okay. Great. So first let's start with Taxol. Okay. Is
5:22PM18  Taxol associated with hair loss as a chemotherapy drug?
5:22PM19  A.  Yes. It is if you're -- and I assume -- but I want to
5:22PM20  make sure we understand when I'm talking here, I'm talking
5:23PM21  about drug-induced hair loss, which is the -- not the same as
5:23PM22  permanent alopecia. It's two different things.
5:23PM23  Q.  We're going make a list. The next thing we'll talk about
5:23PM24  is whether those drugs with associated with persistent or
5:23PM25  permanent alopecia. Okay?

OFFICIAL TRANSCRIPT

## Page 194

859

LAURA MASSEY PLUNKETT - CROSS

5:23PM 1  A.  Okay. So we're not doing just drug-induced alopecia, or
5:23PM 2  you are -- are you going to do both?
5:23PM 3  Q.  We're going to do both. We're going to take it one step
5:23PM 4  at a time. Okay?
5:23PM 5  A.  Okay. That's fine.
5:23PM 6  Q.  Okay. Very good. So, Doctor, first, with regard to
5:23PM 7  Taxol, you would agree with me that Taxol has been associated
5:23PM 8  with alopecia; correct?
5:23PM 9  A.  Drug-induced reversible alopecia, yes, it has.
5:23PM10  Q.  Okay. So I'm going to write "Taxol" here.
5:23PM11       You would agree with me that Adriamycin has also been
5:24PM12  associated with alopecia or hair loss; correct?
5:24PM13  A.  Yes. It's the same drug as doxorubicin, but that's right.
5:24PM14  Q.  Okay. Did you know that Ms. Earnest took Adriamycin? You
5:24PM15  didn't; right?
5:24PM16  A.  I didn't know her therapy. But I assumed, if she was
5:24PM17  taking Taxol, she was on the combination regimen, which would
5:24PM18  include that.
5:24PM19  Q.  Okay. So Adriamycin is on our list. All right.
5:24PM20       You would agree with me that Cytoxan has been
5:24PM21  associated with alopecia; correct?
5:24PM22  A.  Yes, it has. This drug-induced alopecia, yes.
5:24PM23  Q.  And you'd also agree with me that a drug by the name of
5:24PM24  5-FU or 5-fluorouracil has also been associated with alopecia;
5:24PM25  correct?

OFFICIAL TRANSCRIPT

## Page 195

860

LAURA MASSEY PLUNKETT - CROSS

5:24PM 1  A.  Yes, with the reversible drug-induced, it has.
5:24PM 2  Q.  Okay. And that's a drug that's frequently used in
5:25PM 3  combination with place and Cytoxan; correct?
5:25PM 4  A.  Yes. It was part of the clinical trials. The FAC was
5:25PM 5  5-FU, Adriamycin, Cytoxan. And then the other, TAC, was,
5:25PM 6  instead of 5-FU, Taxol.
5:25PM 7  Q.  Okay. So I'll write "5-FU" here. Okay.
5:25PM 8       And that was the as you said the first drug if one of
5:25PM 9  the arms of the TAX 316 clinical trial; correct?
5:25PM10  A.  It was an interchangeable drug. You took Taxol or you
5:25PM11  took 5-FU, and the other drugs were the same.
5:25PM12  Q.  And because it's almost 5:30 and I'm sure everyone's
5:25PM13  tired, you would agree with me there's other drugs we could put
5:25PM14  on that list; right?
5:25PM15  A.  Yes. Many drugs used to kill cancer cells will cause
5:25PM16  drug-induced alopecia, hair loss. It's common as a reversible
5:25PM17  side effect.
5:26PM18  Q.  Okay. Now, let's move on to the next step in the chart
5:26PM19  that we're making. Okay?
5:26PM20  A.  Okay.
5:26PM21  Q.  So you would agree with me that you identified permanent
5:26PM22  hair loss as a hazard, a hazard of the Taxol; correct?
5:26PM23  A.  There are some case reports, yes. That's true.
5:26PM24  Q.  Okay. So I wrote "persistent" here. I'm going to change
5:26PM25  it. I'm going to write "permanent." Okay?

OFFICIAL TRANSCRIPT

## Page 196

861

LAURA MASSEY PLUNKETT - CROSS

5:26PM 1  A.  I think the reports would fit either definition.
5:26PM 2  Sometimes it's called one and sometimes it's called the other.
5:26PM 3  Q.  Okay. But let me just be clear. When it came to Taxol
5:26PM 4  and the research and the work you did, you specifically
5:26PM 5  identified permanent hair loss as a hazard of Taxol; true?
5:26PM 6  A.  Within case reports, yes. There were some case reports.
5:27PM 7  Q.  Let's talk about Adriamycin. You identified permanent
5:27PM 8  hair loss as a hazard of Adriamycin; correct?
5:27PM 9  A.  Same answer. There are some case reports for that as
5:27PM10  well. Not as many, but there are some.
5:27PM11  Q.  But it's something you saw in the literature; correct?
5:27PM12  A.  Yes, there are some case reports.
5:27PM13  Q.  Okay. And if we move to Cytoxan -- well, let me actually
5:27PM14  stop for a moment.
5:27PM15       Did you review the Adriamycin label?
5:27PM16  A.  I believe that was on my reliance materials, yes.
5:27PM17  Q.  Okay.
5:27PM18  A.  I think I tell you that in my report, that I looked at the
5:27PM19  labeling for the drugs that were used in combination with
5:27PM20  Taxotere.
5:27PM21  Q.  Okay. And did you see that it says "reverse complete
5:27PM22  alopecia occurs in most cases"?
5:27PM23  A.  I don't recall the words. I would have to pull it back
5:27PM24  out. But let me look at my report. I might have it in here,
5:27PM25  if you want me to -- I just don't recall the specific wording

OFFICIAL TRANSCRIPT

## Page 205

870

LAURA MASSEY PLUNKETT - CROSS

5:49PM 1    intended to confuse the jury. It's intended to confuse the
5:50PM 2    jury. It's the May 8th, 2003. I don't know that this is the
5:50PM 3    label that would have been in existence at the time this drug
5:50PM 4    was prescribed.
5:50PM 5         THE COURT: I don't think that's the issue. I think
5:50PM 6    the issue is -- is that -- I believe the argument is Adriamycin
5:50PM 7    causes permanent alopecia. So that is -- I think it's for that
5:50PM 8    limited purpose.
5:50PM 9         MR. NOLEN: Your Honor, I would just add for the
5:50PM10    record that this is another one of those deals where you throw
5:50PM11    everything up against the wall and see what sticks. Because
5:50PM12    the reality is -- the reality is is that there is no
5:50PM13    statistically significant -- you can't prove statistically
5:50PM14    significant association between Adriamycin and permanent hair
5:50PM15    loss. We have done that research, Your Honor.
5:50PM16         THE COURT: Okay. I'm not telling you --
5:50PM17         MS. SASTRE: I don't know about it. I don't even
5:50PM18    know what that is.
5:50PM19         THE COURT: That's way past what I'm talking about
5:51PM20    here.
5:51PM21         MR. NOLEN: So you put it in, it's misleading.
5:51PM22         THE COURT: The question is whether or not this
5:51PM23    should come in. I think you questioned her about it, the
5:51PM24    document -- did she review this document?
5:51PM25         MS. SASTRE: She has three Adriamycin labels on her

OFFICIAL TRANSCRIPT

## Page 206

871

LAURA MASSEY PLUNKETT - CROSS

5:51PM 1    reliance list, yes, Your Honor. She just said she reviewed
5:51PM 2    them. She reviewed them also in particular --
5:51PM 3         THE COURT: He can't help it.
5:51PM 4         MS. SASTRE: She reviewed them in particular, Your
5:51PM 5    Honor, because she also read them carefully because there's
5:51PM 6    clinical information contained within them. And a lot of her
5:51PM 7    opinions are based upon clinical information within the labels.
5:51PM 8    I mean, Judge, this case is -- Adriamycin is an issue that's
5:51PM 9    alive and well in this case in numerous respects.
5:51PM10         MR. NOLEN: Your Honor, that clinical information
5:51PM11    that all of her opinions are based on --
5:51PM12         THE COURT: Listen, I'm not going to do an assessment
5:51PM13    of whether or not -- and I think that gives you just whether or
5:51PM14    not it's relevant.
5:51PM15         MR. NOLEN: I did not elicit that testimony. And,
5:51PM16    therefore, again, it's 611. It exceeds the scope. So that's
5:52PM17    another objection.
5:52PM18         MS. SASTRE: It's a label for a drug she took, Judge.
5:52PM19    I'm just a little bit beside myself. It's a label for a drug
5:52PM20    she took.
5:52PM21         THE COURT: I don't think you need to be beside
5:52PM22    yourself.
5:52PM23         MS. SASTRE: Okay. I'm sorry. I'm tired, Judge. I
5:52PM24    apologize.
5:52PM25         THE COURT: We all are.

OFFICIAL TRANSCRIPT

## Page 207

872

LAURA MASSEY PLUNKETT - CROSS

5:52PM 1         MS. SASTRE: Okay.
5:52PM 2         THE COURT: I'm going to allow it. The jury can make
5:52PM 3    a determination as to what it means.
5:52PM 4         (WHEREUPON, the following proceedings were held in
5:52PM 5    open court.)
5:53PM 6         MS. SASTRE: Your Honor, the defendant would move in
5:53PM 7    Exhibit D-388-D, then, Adriamycin labeling into evidence.
5:53PM 8         THE COURT: Over plaintiff's objection, let it be
5:53PM 9    admitted.
5:53PM10    BY MS. SASTRE:
5:53PM11    Q.  Okay. Very good.
5:53PM12         I'll just go ahead and put it up on the ELMO just
5:53PM13    because we have it right here. And so what we were talking
5:53PM14    about Dr. Plunkett is underneath the adverse reaction section,
5:53PM15    Adriamycin states "reversible complete alopecia occurs in most
5:53PM16    cases." Correct?
5:53PM17    A.  That's what is stated, which means most women will lose
5:53PM18    their hair as a result of drug, which I believe is true, that
5:53PM19    drug-induced alopecia.
5:53PM20    Q.  Okay. All right. Thank you.
5:53PM21         Now, if we go back to the chart that we're making,
5:53PM22    let's talk about Cytoxan for a moment. Okay?
5:54PM23    A.  Okay.
5:54PM24    Q.  You said that you knew or you found out recently that
5:54PM25    Mrs. Earnest took Adriamycin; correct?

OFFICIAL TRANSCRIPT

## Page 208

873

LAURA MASSEY PLUNKETT - CROSS

5:54PM 1    A.  I assume. I said I assume she did based on the fact that
5:54PM 2    she was -- she was taking it for breast cancer -- well, I say
5:54PM 3    taking it, Taxotere, as an adjuvant treatment. So I assume
5:54PM 4    that she was taking Adriamycin and cyclophosphamide, but I
5:54PM 5    don't know for sure. I'm not a case-specific expert.
5:54PM 6    Q.  Okay. Well, your assumptions were right. So Cytoxan, you
5:54PM 7    just used the word "cyclophosphamide"?
5:54PM 8    A.  Yes.
5:54PM 9    Q.  And just to be clear, Cytoxan is cyclophosphamide;
5:54PM10    correct?
5:54PM11    A.  Yes. And I'm using that word because that's what's in the
5:54PM12    literature most of the time.
5:54PM13    Q.  Okay. Is it okay if we use the term "Cytoxan"?
5:54PM14    A.  That's fine.
5:54PM15    Q.  Okay. Very good.
5:54PM16         So you now know that Mrs. Earnest was also taking
5:54PM17    Cytoxan; correct?
5:54PM18    A.  If you're going to tell me that's true, I will believe
5:54PM19    that's true.
5:54PM20    Q.  Okay. All right. So with regard to, again, your work in
5:55PM21    this case, your search, your review, your analysis of the
5:55PM22    literature, you would agree with me that you identified
5:55PM23    permanent hair loss as a hazard of Cytoxan; correct?
5:55PM24    A.  In terms of case reports, yes, there are some case
5:55PM25    reports.

OFFICIAL TRANSCRIPT