# EXHIBIT D

Page 1166

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY         Docket No.: 16-MD-2740
LITIGATION         Section "H(5)"
September 20, 2019
New Orleans, Louisiana

Relates To: Barbara Earnest,
Case No.: 16-CV-17144

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

DAY 5, MORNING SESSION
TRANSCRIPT OF JURY TRIAL PROCEEDINGS
HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

APPEARANCES:
For the Plaintiffs:     Barrios, Kingsdorf & Casteix, LLP
                        BY: DAWN BARRIOS, ESQ.
                        701 Poydras Street
                        Suite 3650
                        New Orleans, Louisiana 70139

For the Plaintiffs:     Gainsburgh, Benjamin, David,
                        Meunier & Warshauer, LLC
                        BY: PALMER LAMBERT, ESQ.
                        2800 Energy Centre
                        1100 Poydras Street
                        New Orleans, Louisiana 70163-2800

Page 1167

APPEARANCES:
For the Plaintiffs:     David F. Micelli, LLC.
                        BY: DAVID F. MICELI, ESQ.
                        P. O. Box 2519
                        Carrolllton, GA 30112

For the Plaintiffs:     Gibbs Law Group, LLP
                        BY: KAREN BARTH MENZIES, ESQ.
                        6701 Center Drive West, Suite 1400
                        Los Angeles, California 90045

For the Plaintiffs:     Pendley, Baudin & Coffin, LLP
                        BY: CHRISTOPHER COFFIN, ESQ.
                        1100 Poydras Street
                        Suite 2505
                        New Orleans, Louisiana 70163

For the Plaintiffs:     Bachus & Schanker, LLC
                        BY: DARIN SCHANKER, ESQ.
                        BY: J. KYLE BACHUS, ESQ.
                        1899 Wynkoop Street
                        Suite 700
                        Denver, Colorado 80202

For the Plaintiffs:     Fleming, Nolen & Jez, LLP
                        BY: RAND P. NOLEN, ESQ.
                        2800 Post Oak Boulevard
                        Suite 4000
                        Houston, Texas 77056

For the Plaintiffs:     Morgan and Morgan
                        BY: EMILY C. JEFFCOTT, ESQ.
                        7010 S. Palafox Street, Suite 95
                        Pensacola, Florida 32502

Page 1168

APPEARANCES:

For Sanofi-Aventis U.S.,
LLC and Sanofi US
Services, Inc.:         Irwin Fritchie Urquhart
                        & Moore, LLC
                        BY: DOUGLAS J. MOORE, ESQ.
                        400 Poydras Street, Suite 2700
                        New Orleans, Louisiana 70130

For Sanofi-Aventis U.S.,
LLC and Sanofi US
Services, Inc.:         Shook Hardy & Bacon, LLP
                        BY: HARLEY V. RATLIFF, ESQ.
                        BY: JON A. STRONGMAN, ESQ.
                        2555 Grand Boulevard
                        Kansas City, Missouri 64108

For Sanofi-Aventis U.S.,
LLC and Sanofi US
Services, Inc.:         Shook Hardy & Bacon, LLP
                        BY: HILDY M. SASTRE, ESQ.
                        201 Biscayne Boulevard
                        Suite 3200
                        Miami, Florida 33131

Official Court Reporter: Cathy Pepper, CRR, RMR, CCR
                        Certified Realtime Reporter
                        Registered Merit Reporter
                        500 Poydras Street, Room B-275
                        New Orleans, Louisiana 70130
                        (504) 589-7779
                        Cathy_Pepper@laed.uscourts.gov

Proceedings recorded By mechanical stenography. Transcript produced by computer-aided transcription.

Page 1169

INDEX

                                                          PAGE

ELLEN G. FEIGAL, MD, (CONTINUED)..................... 1170
DIRECT EXAMINATION (CONTINUED) BY MR. MICELI......... 1170
CROSS-EXAMINATION BY MR. STRONGMAN................... 1214
REDIRECT EXAMINATION BY MR. MICELI................... 1243
LINDA BOSSERMAN, MD, FACP, FASCO..................... 1248
VOIR DIRE EXAMINATION BY MS. MENZIES................. 1248
DIRECT EXAMINATION BY MS. MENZIES.................... 1259
CROSS-EXAMINATION BY MR. STRONGMAN................... 1275
REDIRECT EXAMINATION BY MS. MENZIES.................. 1284
LUNCHEON RECESS...................................... 1285

1 (Pages 1166 to 1169)

Page 1218

1  MR. MICELI: Same objection, Your Honor.
2  THE COURT: I think we're now really going far afield
3  of what her direct testimony was and her qualifications.
4  EXAMINATION BY MR. STRONGMAN:
5  Q. Now, Doctor, with regard to the opinions that you offered
6  today regarding causation, you would agree with me, Doctor,
7  that there have been cases of permanent hair loss reported with
8  Taxol, correct?
9  A. Correct.
10 Q. You would agree with me that there have been cases of
11 permanent hair loss reported with cyclophosphamide, correct?
12 A. I actually don't have isolated cyclophosphamide in here,
13 unless it's pooled with Freites-Martinez's article. But it's
14 captured in my table.
15 Q. Well, Doctor, let me just ask the question again. You
16 would agree that there have been cases of permanent hair loss
17 reported with cyclophosphamide, correct?
18 A. I can't tell from the Freites-Martinez paper, to tell you
19 the truth, but if it was, it was in that paper.
20 MR. STRONGMAN: May I approach the witness, Your Honor?
21 THE COURT: Yes, you may.
22 THE WITNESS: Oh, I'm sorry. It is in the AC regimen,
23 so yes.
24 EXAMINATION BY MR. STRONGMAN:
25 Q. So let me just ask the question again, so we have a clear

Page 1219

1  reference.
2  A. I'm sorry, I thought you were talking about monotherapy.
3  So my apologies.
4  Q. Would you agree with me that there have been cases of
5  permanent hair loss reported with cyclophosphamide?
6  A. Yes. Yes.
7  Q. Would you agree with me that there have been cases of
8  permanent hair loss reported with Adriamycin?
9  A. Correct.
10 Q. Would you agree with me that there have been cases of
11 permanent hair loss reported with the AC regimen?
12 A. Well, now I am a little confused. I was including the
13 cyclophosphamide in the anthracycline answer, with combo.
14 Q. But you would agree with me that in the AC regimen combo,
15 there have been cases of permanent hair loss?
16 A. Yes, I do agree.
17 Q. You would agree with me that there have been cases
18 reported of permanent hair loss with the AC Taxol regimen,
19 correct?
20 A. I believe that's captured in some of the cases I have on
21 the --
22 Q. So the answer is yes?
23 A. Yes. I'd have to look at the specifics of the article,
24 but I believe those were in combo.
25 Q. Now, you talked through a chart of literature that you

Page 1220

1  reviewed; is that correct?
2  A. That's correct.
3  Q. Okay. One of the things that you did was you searched the
4  literature, and you came up with these articles, and then you
5  counted the reports; is that correct?
6  A. Well, I reviewed the articles.
7  Q. Fair enough.
8  But then you counted the reports, correct?
9  A. Yes. I looked at the number of events that were reported
10 in those papers, so I accurately described what was in the
11 papers.
12 Q. I think you explained that your search was -- I think you
13 called it comprehensive, but not exhaustive; is that correct?
14 A. That's a correct description.
15 Q. You certainly remember during your deposition you were
16 shown some articles that had reports with other drugs that you
17 had not found during your original search, correct?
18 A. They handed me articles that I had not found on my
19 original search, but I read them in realtime and, after reading
20 them, decided one would have gone in, the others would have
21 not. Two were actually incorrect and were corrected in the
22 literature.
23 Q. I think you testified several times that the topic under
24 consideration was Taxotere, right? That's what you've said
25 today multiple times, correct?

Page 1221

1  A. Yes, that's my impression of why we're all here today.
2  Q. You were laser focused on Taxotere, correct?
3  A. Well, I was focused on issues relevant to Taxotere in the
4  setting of the treatments that breast cancer patients received.
5  So I looked at the regimens, if that's what you're asking.
6  MR. STRONGMAN: May I approach, Your Honor?
7  THE COURT: Yes, you may.
8  EXAMINATION BY MR. STRONGMAN:
9  Q. Now, Dr. Feigal, one more question. During your direct
10 examination with Mr. Miceli, you did not offer any opinions
11 about the overall exposure in the entire patient population for
12 each individual drug, correct?
13 A. Well, I did talk about -- I thought I talked about the
14 cumulative dose for those papers.
15 Q. Let me just ask it a different way. You didn't offer any
16 opinions about how many patients worldwide were exposed to one
17 drug or another drug or another drug, correct?
18 A. Worldwide?
19 Q. Yes.
20 A. No.
21 Q. You didn't offer any opinions about that, correct?
22 A. I didn't offer opinion on worldwide exposure.
23 Q. Now, what I've handed you is the Crown poster, correct?
24 A. Correct.
25 Q. Crown is included in your list; is it not?

Page 1234

1  5-fluorouracil, correct?
2  A. Correct.
3  Q. We know that 45 were exposed to some type of
4  anthracycline, which was the Adriamycin, correct?
5  A. Right. I'm just confused why you listed it twice, but
6  that's okay.
7     THE COURT: That's -- that's -- Mr. Strongman.
8     THE WITNESS: I also don't see the 29 anywhere on this
9  chart.
10    THE COURT: Doctor, you really just need to answer
11 Mr. Strongman's questions.
12 EXAMINATION BY MR. STRONGMAN:
13 Q. Now I want to talk about TAX316 very briefly, Doctor.
14    Let me just ask one question. I want to make sure I
15 understood your answer. So this is the chart that you had
16 showed the jury with Mr. Miceli, correct?
17 A. You know, I'm really sorry, I can't see that from here.
18 Q. Do you have that one in front of you still?
19 A. Well, I don't know what you're holding.
20    THE COURT: The chart that Mr. Miceli gave you.
21 EXAMINATION BY MR. STRONGMAN:
22 Q. Do you have that one in front you still?
23 A. Yeah, yeah, yeah.
24 Q. Did you prepare this chart yourself?
25 A. Yes.

Page 1235

1  Q. You typed it up?
2  A. Yes. Well, they provided the visual for the trial, but I
3  provided the table.
4  Q. The actual -- you actually typed up this table?
5  A. Yes, this is the data I put together.
6     MR. MICELI: Your Honor, I object to the form of the
7  question, asked and answered.
8     THE COURT: Sustained.
9     MR. MICELI: Thank you.
10 EXAMINATION BY MR. MICELI:
11 Q. Doctor, if I understand what you said earlier, is that
12 when you put -- you wrote Taxotere here, correct?
13 A. That's correct.
14 Q. The reason that you didn't include the A and the C was
15 because it didn't fit in that cell; is that correct?
16 A. Correct.
17 Q. You didn't think about maybe making it a landscape
18 version, so you could include that information?
19 A. I'm just saying in headers -- no, I didn't have a big
20 header. It was a Taxotere, and it was implied these are
21 Taxotere regimens. None of these are monotherapy.
22 Q. So, Doctor, we can also agree that when you looked at the
23 TAX316 data, just like with the Taxotere arm, there were cases
24 of what you're calling irreversible alopecia in the
25 non-Taxotere arm, correct?

Page 1236

1  A. That's correct.
2  Q. So, Doctor, my question to you is, for these -- there were
3  16 of them, correct?
4  A. That's correct.
5  Q. For those 16, was it the F that caused the permanent
6  alopecia, was it the A that caused the permanent alopecia, or
7  was it the C that caused the permanent alopecia?
8  A. I just call it a non-taxane arm.
9  Q. Well, Doctor, that wasn't my question.
10 A. I didn't isolate the 16 according to which part of the
11 combo, that is correct.
12 Q. Doctor, sitting here today, can you tell me that it was
13 the F that caused the permanent alopecia in 16, yes or no?
14 A. Highly unlikely, because there is nothing in the
15 literature about the 5- FU.
16 Q. Doctor, sitting here today, can you tell me, yes or no,
17 whether it was the A that caused the permanent alopecia in
18 those 16 patients?
19 A. It could be either A or C or both.
20 Q. And so you would agree with me that it could have been the
21 A, the C, or both, correct?
22 A. It could have been both, right.
23 Q. Now, Doctor, you also asked -- were asked some questions
24 about, I think, biologic plausibility, correct?
25 A. That's correct.

Page 1237

1  Q. And mechanism of action, do you remember that?
2  A. Yes.
3  Q. And stem cells, do you remember that?
4  A. Yes.
5  Q. And I think you said you had quite a bit of -- quite a bit
6  of experience with stem cells, I think, was -- something along
7  those lines, right?
8  A. Not specifically on hair stem cells, but on stem cell
9  research.
10 Q. And when you were discussing your opinions with us, you
11 believed that the theory -- and I know it's a theory -- would
12 be that Taxotere damages stem cells in some fashion, correct?
13 A. I think what I said in my depos and here is that the
14 hypothesis is that it damages stem cells and/or the signalling
15 between -- the communication. So it may not affect the stem
16 cells directly. It may affect the communication signals
17 between stem cells. That is --
18 Q. And I think? I'm sorry. Are you finished? Go ahead.
19 A. May I explain?
20 Q. You may. Certainly.
21 A. That is in addition to the known mechanism of action in
22 terms of damaging hair cells and rapidly dividing cells. So we
23 already know that Taxotere, as a cytotoxic chemotherapy, does
24 cause hair loss. There is no question about that. So it's on
25 top of what we already know about the product.