# EXHIBIT E

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4
                                                  )
 5    In Re:                                      )
      TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY     )
 6    LITIGATION,                                 )
                                                  )MDL No. 2740
 7                                                )
      This document relates to:                   )SECTION: H
 8                                                )
      Sheila Crayton, Case No. 2:16-cv-05923,     )
 9    Cynthia Thibodeaux, Case No. 2:16-cv-15859  )
                                                  )
10                                                )
      _____     )
11                                                )
12
13
14
15         VIDEOTAPED DEPOSITION OF ELLEN FEIGAL, M.D.
16                   Los Angeles, California
17                 Thursday, November 21, 2019
18
19
20
21    Stenographically Reported by:
      AMANDA J. KALLAS
22    CSR No. 13901
23    Job No. 3775935
24    PAGES 1 - 331
25
```

1  AC or CMF.  And I don't have -- I can't dissect them
2  out.  I'm just saying it's AC or it's CMF; I think
3  there's only one paper for CMF.
4      Q   Okay.  Are there papers with AC?
5      A   Correct.
6      Q   And C in AC is cytoxan?
7      A   Say this again.
8      Q   The C in AC is cytoxan, Cyclophosphamide?
9      A   Yes.
10         THE WITNESS:  Do you need us to spell that?
11  Okay.
12  BY MR. MOORE:
13     Q   There's also a risk of persisting alopecia
14  associated with endocrine therapy, yes?
15     A   Right; but the topic is persisting
16  chemotherapy induced alopecia, not alopecia with
17  endocrine therapy.
18     Q   You mentioned something about background
19  rate.  What is a background rate?
20     A   Well, I'm just saying in the -- in a control
21  arm, there may be in the population, and it's evenly
22  distributed if there's a background rate.
23     Q   Okay.
24     A   Of anything.
25     Q   Are you able to tell me -- and have you