# EXHIBIT G

Nov (9)

Bone Marrow Transplantation (2002) 30, 593–597
© 2002 Nature Publishing Group All rights reserved 0268–3369/02 $25.00
www.nature.com/bmt



## Post-transplant complications

# Relationship between irreversible alopecia and exposure to cyclophosphamide, thiotepa and carboplatin (CTC) in high-dose chemotherapy

ME de Jonge[1], RAA Mathôt[1], O Dalesio[3], ADR Huitema[1], S Rodenhuis[2] and JH Beijnen[1]

[1]Department of Pharmacy and Pharmacology, The Netherlands Cancer Institute/Slotervaart Hospital, Amsterdam, The Netherlands; [2]Department of Medical Oncology, The Netherlands Cancer Institute, Amsterdam, The Netherlands; and [3]Biometrics Department, The Netherlands Cancer Institute, Amsterdam, The Netherlands

**Summary:**

**Reversible alopecia is a commonly observed, important and distressing complication of chemotherapy. Permanent alopecia, however, is rare after standard-dose therapy, but has occasionally been observed after high-dose chemotherapy with cyclophosphamide, thiotepa and carboplatin (CTC). We evaluated the relationships between total exposure to these three compounds and their different metabolites in the high-dose CTC regimen, and the subsequent development of irreversible alopecia. Twenty-four patients received two or three courses of high-dose CTC, each followed by peripheral blood progenitor cell transplantation. Plasma levels of cyclophosphamide, its active metabolite 4-hydroxycyclophosphamide, thiotepa, its active metabolite tepa, and carboplatin were determined, and the area-under-the-plasma concentration-versus-time curves (AUC) of the compounds were calculated. Eight of the 24 patients included in the study developed permanent alopecia, while seven had normal hair regrowth and nine patients developed incomplete and/or thin hair regrowth. The carboplatin AUC and the summed AUC of thiotepa and tepa were both significantly associated with increasing irreversibility of hair loss. These results suggest that high exposure to carboplatin and the sum of the thiotepa and tepa exposure may lead to the development of permanent alopecia. This knowledge could guide therapeutic drug monitoring in order to prevent the occurrence of permanent alopecia and thereby improve the patients' quality of life.**
*Bone Marrow Transplantation* (2002) **30**, 593–597.
doi:10.1038/sj.bmt.1703695
**Keywords:** irreversible alopecia; carboplatin; cyclophosphamide; thiotepa

Correspondence: ME de Jonge, Department of Pharmacy and Pharmacology, The Netherlands Cancer Institute/Slotervaart Hospital, Louwesweg 6, 1066 EC, Amsterdam, The Netherlands
Received 11 February 2002; accepted 26 June 2002

Alopecia is a commonly observed side-effect of chemotherapeutic agents. Oncologists generally do not regard chemotherapy-induced alopecia (CIA) as a dose-limiting side-effect, since it is nearly always temporary. However, hair loss can be emotionally devastating for a chemotherapy patient and may lead to refusal of treatment.[1,2]

In CIA, the cytotoxic drugs damage actively proliferating follicle cells, probably in an apoptosis-related manner, which leads to alopecia. The sensitivity of hair follicle cells to anticancer agents is related to their state of proliferation. Many anticancer agents that cause alopecia, target specific phases of the cell cycle and are therefore selectively toxic to growing cells.[3,4] Alopecia induced by chemotherapy usually starts 2 to 4 weeks after the initial treatment. Fortunately, most patients experience only temporary hair loss. Hair normally returns upon cessation of chemotherapy, although sometimes in a different color or with a new texture.[3] Complete recovery usually takes about 6 months.[4,5] Hair regrowth will not occur, however, when hair follicles are irreversibly damaged by chemotherapy. The mechanism of this irreversible damage causing permanent alopecia is unknown. To our knowledge, cases of permanent (chemotherapy-induced) alopecia have only been reported after high doses of busulphan in combination with cyclophosphamide followed by bone marrow transplantation.[6–9]

In our hospital, we have observed incomplete scalp hair regrowth and permanent hair loss in some patients undergoing high-dose chemotherapy with cyclophosphamide, carboplatin and thiotepa (CTC) with peripheral blood progenitor cell transplantation. This high-dose combination is used in the treatment of several solid tumors.[10–13] We have observed that patients receiving only a single course of high-dose CTC always had complete regrowth of their hair within half a year after cessation of chemotherapy. However, the administration of more than one course of CTC led in some patients to very thin and/or incomplete hair regrowth or to the development of permanent alopecia.

In this study, the relationship between the occurrence of permanent alopecia and total exposure to the components of the CTC regimen was determined. Exposure was determined calculating the area-under-the-plasma concentration-time-curve (AUC) for cyclophosphamide and its cytotoxic

metabolite 4-hydroxycyclophosphamide, thiotepa and its active metabolite tepa, and carboplatin.

**Patients and methods**

*Patients*

All patients took part in a number of clinical studies that employed the CTC high-dose chemotherapy regimen with peripheral blood progenitor cell transplantation as described previously.[10–13] Briefly, patients had advanced breast, germ-cell or ovarian cancer. Normal cardiac, renal, hepatic, hematopoietic and pulmonary function was required. The Committee on the Medical Ethics of the Netherlands Cancer Institute had approved all individual protocols and written informed consent was obtained from all patients.

*Treatment*

The high-dose chemotherapy regimen consisted of cyclophosphamide, thiotepa and carboplatin (CTC). One course in the CTC regimen[10,11] consisted of 4 days of chemotherapy with cyclophosphamide (1500 mg/m$^2$/day) in a 1-h infusion, immediately followed by carboplatin (400 mg/m$^2$/day or dosed on the basis of the modified Calvert formula[14] with 5 mg/min/ml as daily target AUC) in a 1-h infusion and thiotepa (120 mg/m$^2$/day) divided over two 30-min infusions. The second daily dose of thiotepa was administered 12 h after the first dose. The 'tiny' CTC (tCTC) regimen[12] consisted of the same treatment schedule but incorporated precisely two-thirds of the dose of each agent in the CTC regimen. Patients either received two courses of full-dose CTC or multiple courses of tCTC, when possible every 4 weeks. The details of the CTC and tCTC regimens have been published previously.[10–13]

*Sampling and analyses*

Blood samples were collected from a double lumen intravenous catheter inserted in a subclavian vein. During a course, blood samples were collected prior to the start of the infusions on all 4 days of chemotherapy. Complete pharmacokinetic profiles were assessed on 2 separate days. Samples were taken 30 min after the start of cyclophosphamide infusion ($t = 30$) and at $t = 60$ (end of cyclophosphamide infusion), 90, 120 (end of carboplatin infusion), 150 (end of thiotepa infusion), 165, 180, 210, 285, 390 and 660 min. On day 5, an additional sample was collected approximately 22 h after the last cyclophosphamide infusion. Sampling procedures as well as analytical methods for the determination of plasma concentrations of cyclophosphamide, 4-hydroxycyclophosphamide, carboplatin (free fraction), thiotepa and tepa have been reported previously.[15]

*Pharmacokinetic analyses*

Population pharmacokinetic models of carboplatin, thiotepa (and its metabolite tepa) and cyclophosphamide (and its metabolite 4-hydroxycyclophosphamide) were used as described by Huitema *et al*.[15] Based on these population pharmacokinetic models, which were obtained using the non-linear mixed effect modeling program NONMEM (double precision, version V 1.1), individual AUC values of one course were calculated for all drugs and metabolites using Bayesian analysis.[16] Patient's cumulative exposure to the compounds was calculated by summation of the AUCs of the separate courses.

*Definition and grading of alopecia*

The extent of hair regrowth after chemotherapy in this study was graded as follows: normal hair regrowth, incomplete hair regrowth (readily visible thinning of hair, not requiring a wig), or permanent alopecia (requiring a wig). Hair growth was evaluated 6–24 months after the last CTC chemotherapy. A clinician who was unaware of the patient's pharmacokinetic parameters performed the grading.

*Statistical analyses*

Statistical analyses were performed using SAS version 8.2. A proportional odds model (ordered logit model) was used to study the association of the degree of hair regrowth as an ordinal dependent variable with independent variables (cumulative exposure to the different compounds, age and gender). To simultaneously study the effect of the significant covariates ($P$ value <0.05), a stepwise procedure was used (with a $P$ value 0.10 to remove from the model). Significance of the models was assessed with the log likelihood-ratio test.

**Results**

A total number of 24 (male/female: 6/18) patients was included (median age 43 (16–59)). They all received either two or three courses of high-dose chemotherapy, in total 63 courses. In Table 1, the details of the patient population and treatment are summarized. From the group of patients with metastatic breast cancer, two patients did not receive a third course of tCTC and two did not receive cyclophosphamide in the third course due to excessive toxicity in previous courses.

Full plasma concentration time curves were obtained on 2 separate days during each course. For each course the AUC was calculated by Bayesian analysis on the basis of the individual plasma-concentrations and the population pharmacokinetic parameters. Cyclophosphamide, thiotepa and carboplatin data were available for all patients. For three patients, data of both tepa and 4-hydroxycyclophosphamide were not available. These missing data were simulated on the basis of the parent compounds thiotepa and cyclophosphamide, respectively. In four patients, plasma concentration time curves were not available for their last course. As a result pharmacokinetic parameters from the former course(s) were used to calculate the exposure during this last course.

All patients lost all their scalp hair during chemotherapy. Most patients had lost their hair already during previous

Table 1   Patients, treatment and results

| Disease | Regimen | Number of patients | Permanent alopecia | Incomp hair regrowth | Normal hair regrowth |
|---|---|---|---|---|---|
| Metastatic breast cancer | 3× tCTC | 15 | 4[b] | 6[a] | 5[a] |
| Relapsing germ cell cancer | 2× CTC | 4 | 2 | 1 | 1 |
| Refractory germ cell cancer | 3× tCTC | 2 | 2 | 0 | 0 |
| Relapsing ovarian cancer | 2× tCTC | 3 | 0 | 2 | 1 |
| Total | | 24 | 8 | 9 | 7 |

[a]Two patients did not receive a third tCTC course.
[b]Two thirds of courses were administered without cyclophosphamide.

chemotherapy or as a result of the chemotherapy used for peripheral stem cell mobilization. When evaluating the patients 6–24 months after the last CTC chemotherapy, eight patients had developed irreversible alopecia and nine patients had readily visible diminished and/or uneven hair growth. Seven patients had no hair growth abnormalities (Table 1). One patient with total alopecia had, however, a fully regrown moustache.

The median cumulative AUC values for all compounds are shown in Table 2, stratified on the basis of their effect on hair regrowth. Univariate analyses revealed that increasing exposure to carboplatin ($P = 0.007$) and thiotepa and tepa ($P = 0.04$) is associated with an increasing degree of permanent hair loss. No such association was found for the exposure to cyclophosphamide ($P = 0.40$) or 4-hydroxycyclophosphamide ($P = 0.55$), for age ($P = 0.50$) or for gender ($P = 0.09$). In a multivariate model, both exposure to carboplatin ($P = 0.01$) and thiotepa and tepa ($P = 0.05$) could be included.

## Discussion

Patients typically experience reversible alopecia as a moderately stressful condition that diminishes body image satisfaction.[17] Among the side-effects of cancer chemotherapeutic agents, reversible alopecia is often singled out as one of the major physical side-effects.[1,18] Consequently, permanent (or irreversible) alopecia is far more distressing. Currently there is no effective preventive therapy for CIA. Treatments for the prevention of CIA have been proposed or are under investigation. Local treatments with scalp cooling[19] or (pre-) treatment with cyclosporin A,[5,20,21] calcitriol analogs[22–25] and other compounds[4,26] have been described. However, results from these therapies have generally been disappointing. In order to maintain the quality of life of patients after high-dose chemotherapy, it is important to investigate whether treatments could be optimized to prevent the occurrence of irreversible alopecia.

In this study, we describe the relationships between the occurrence of permanent alopecia and the cumulative exposures to cyclophosphamide, thiotepa and carboplatin (and their relevant metabolites). In general, drug exposure is an important determinant of toxicity and, potentially, efficacy.[27] We focused on the exposure to all compounds in the CTC chemotherapy regimen because it is likely that permanent alopecia reflects the effects of the combination of the anti-neoplastic agents and their metabolites.

In order to estimate exposure to thiotepa, the exposure of its active metabolite tepa (a result of oxidative desulfuration of thiotepa by hepatocytes) was also taken into account. Thiotepa and tepa have comparable alkylating activity.[28] As a result, only summed AUCs were used in the statistical analyses. The summed AUC of thiotepa and tepa is mainly determined by the AUC of tepa, which is 1.5–2 fold greater than the AUC of the parent compound.

Cyclophosphamide is a non-cytotoxic prodrug and undergoes complex metabolism. It requires hydroxylation by hepatic cytochromes p450 to exert its cytotoxic activity. Its metabolite 4-hydroxycyclophosphamide is thought to enter target cells and it decomposes spontaneously to yield phosphoramide mustard, the ultimate cytotoxic agent. In contrast to 4-hydroxycyclophosphamide, phosphoramide mustard cannot enter the cell. The measured plasma concentration of 4-hydroxycyclophosphamide is therefore a good marker of the alkylating activity of cyclophospham-

Table 2   Median cumulative exposure to the chemotherapeutics and their relevant metabolites

| Compound | Median total AUC (lower-upper) | | |
|---|---|---|---|
| | Permanent alopecia ($n = 8$) | Incomplete hair regrowth ($n = 9$) | Normal hair regrowth ($n = 7$) |
| Carboplatin (mg/min/ml) | 47 (41–52) | 37 (30–44) | 41 (30–46) |
| Thiotepa/tepa ($\mu$M/h) | 871 (677–1240) | 716 (447–1210) | 628 (382–872) |
| Cyclophosphamide ($\mu$M/h) | 12 500 (8300–18 300) | 12 700 (7100–19 200) | 12 700 (6700–16 100) |
| 4-Hydroxycyclophosphamide ($\mu$M/h) | 314 (217–395) | 295 (178–434) | 286 (249–330) |

ide.[29] Relationships between this metabolite and toxicity have been described.[15] The cyclophosphamide AUC is inversely related to its effectiveness and toxicity because of the inverse relation between cyclophosphamide AUC and the bioactivation of cyclophosphamide.[30] In this study, both the exposure to cyclophosphamide and to its metabolite 4-hydroxycyclophosphamide were determined and used separately for data analyses.

Despite the relatively small number of patients included in the study, it is clear that patients experiencing permanent alopecia had significantly higher exposures to both carboplatin and thiotepa and tepa. These results suggest that high exposure to these compounds can cause permanent damage to hair follicles, resulting in irreversible alopecia. Multivariate regression was applied to provide insight into the potential for predicting hair regrowth with the exposure to the compounds. First carboplatin, the most significant variable ($P = 0.01$), was included. Then the combined thiotepa and tepa exposure was included in the model, indicating that the combined thiotepa and tepa exposure provides additional prognostic information with respect to hair regrowth.

According to Koppel et al,[3] carboplatin given in conventional dose has a low potential for causing reversible alopecia. On the contrary, reversible hair loss has been known to occur with both cyclophosphamide and thiotepa. Cyclophosphamide especially is a drug with a high potential for inducing reversible alopecia.[2] Cyclophosphamide is often used in CIA mouse models to induce alopecia.[20,24] Moreover, a dose-dependent induction of reversible alopecia has been described for this compound.[20,22] In spite of its high potential for inducing reversible alopecia, no relationship between cyclophosphamide or 4-hydroxycyclophosphamide exposure and permanent alopecia was observed in our study. Carboplatin, on the contrary, has a low potential for causing reversible alopecia, but our study shows a strong relationship between irreversible alopecia and carboplatin exposure. This contrasts with our expectations since permanent alopecia was never observed in patients treated with high-dose carboplatin regimens in our hospital.[31]

Besides relating hair regrowth to exposure to the individual compounds in the therapy, relationships with age and gender were also evaluated. No relationship of permanent alopecia to age was found. Concerning gender, only six of the 24 patients in the study were male. Four of them developed irreversible alopecia while the other two developed normal and incomplete hair regrowth, respectively. It is tempting to speculate that in males, the development of a male baldness pattern is accelerated by high-dose chemotherapy. However, no significant association between the degree of hair loss and male sex was found. More data are needed to investigate whether irreversible alopecia is more frequent in men than in women.

In this study, there may be some bias due to differences between the protocols in which the patients were included. The differences comprise the antineoplastic agents used pre- and post treatment and the dose intensity per course. Patients were pretreated with chemotherapeutic agents (all of which are associated with alopecia[3]) in conventional doses for stem-cell mobilization. Only three patients received treatment with oral paclitaxel after the last CTC course. Because permanent alopecia is rarely observed with conventional doses of chemotherapy, it was assumed that pre- or post treatment of the patients has a marginal influence on outcomes in this study. Dose intensity, however, may be an important factor in the development of permanent alopecia because toxicity of oncolytics may correlate with exposure (AUC), but also with maximal concentrations in plasma ($C_{max}$). In our study, peak plasma levels in the tCTC regimen were lower than peak plasma levels with full-dose CTC (data not shown). Nevertheless, irreversible alopecia is frequently observed in patients receiving tCTC. This could be an indication that the maximum plasma concentration of the compounds does not play a significant role in the development of permanent alopecia.

High-dose chemotherapy regimens mainly focus on the benefits of the high dose (improved treatment of tumors). However, the superiority of high-dose chemotherapy over standard-dose treatment is still unclear for many tumors, such as breast cancer.[32] In the CTC high-dose chemotherapy regimen it is still not known what exposures to cyclophosphamide, thiotepa or carboplatin are optimal to achieve the desired anti-tumor effect. However, some relations between exposure of the separate compounds and toxicity have been established.[15] From our data it is clear that high exposure to carboplatin and thiotepa/tepa may contribute to the development of permanent alopecia. Although other severe and life-threatening toxicities may be of more importance than permanent alopecia, this toxicity should at least be taken into account in the optimization of the therapy when a balance between effectiveness and toxicity is sought. Moreover, patients should be aware of the potential of thiotepa and/or carboplatin in the CTC high-dose chemotherapy regimen to cause permanent alopecia.

### Acknowledgements

This research was supported with a grant from the Dutch Cancer Society (project NKI 2001-2420).

### References

1 Coates A, Abraham S, Kaye SB et al. On the receiving end – patient perception of the side-effects of cancer chemotherapy. Eur J Cancer Clin Oncol 1983; 19: 203–208.
2 Welch D, Lewis K. Alopecia and chemotherapy. Am J Nurs 1980; 80: 903–905.
3 Koppel RA, Boh EE. Cutaneous reactions to chemotherapeutic agents. Am J Med Sci 2001; 321: 327–335.
4 Hussein M. Chemotherapy-induced alopecia: new developments. South Med J 1993; 86: 489–496.
5 Shirai A, Tsunoda H, Tamaoki T, Kamiya T. Topical application of cyclosporin A induces rapid-remodeling of damaged anagen hair follicles produced in cyclophosphamide administered mice. J Derm Sci 2001; 27: 7–13.
6 Tran D, Sinclair RD, Schwarer AP, Chow CW. Permanent alopecia following chemotherapy and bone marrow transplantation. Aus J Dermatol 2000; 41: 106–108.
7 Ljungman P, Hassan M, Békássy AN et al. Busulfan concentration in relation to permanent alopecia in recipients of bone

marrow transplants. *Bone Marrow Transplant* 1995; **15**: 869–871.
8  Baker BW, Wilson CL, Davis AL *et al.* Busulphan/cyclophosphamide conditioning for bone marrow transplantation may lead to failure of hair re-growth. *Bone Marrow Transplant* 1991; **7**: 43–47.
9  Vowels M, Chan LL, Giri N *et al.* Factors affecting hair regrowth after bone marrow transplantation. *Bone Marrow Transplant* 1993; **12**: 347–350.
10  Rodenhuis S, Baars JW, Schornagel JH *et al.* Feasibility and toxicity study of a high-dose chemotherapy regimen for auto-transplantation incorporating carboplatin, cyclophosphamide and thiotepa. *Ann Oncol* 1992; **3**: 855–860.
11  Rodenhuis S, Richel DJ, Van Der Wall E *et al.* Randomised trial of high-dose chemotherapy and haemopoietic progenitor-cell support in operable breast cancer with extensive axillary lymph-node involvement. *Lancet* 1998; **352**: 515–521.
12  Rodenhuis S, Westerman A, Holtkamp MJ *et al.* Feasibility of multiple courses of high-dose cyclophosphamide, thiotepa, and carboplatin for breast cancer or germ cell cancer. *J Clin Oncol* 1996; **14**: 1473–1483.
13  Rodenhuis S, De Wit R, De Mulder PHM *et al.* A multi-center prospective phase II study of high-dose chemotherapy in germ-cell cancer patients relapsing from complete remission. *Ann Oncol* 1999; **10**: 1467–1473.
14  Calvert AH, Newell DR, Gumbrell LA *et al.* Carboplatin dosage: prospective evaluation of a simple formula based on renal function. *J Clin Oncol* 1989; **7**: 1748–1756.
15  Huitema ADR, Spaander M, Mathôt RAA *et al.* Relationship between exposure and toxicity in high-dose chemotherapy with cyclophosphamide, thioTEPA and carboplatin. *Ann Oncol* 2002; **13**: 374–384.
16  Beal SL, Sheiner LB. User's Guides. NONMEM Project Group, University of California at San Francisco, San Francisco, 1998.
17  Cash TF. The psychosocial consequences of androgenic alopecia: a review of the research literature. *Br J Dermatol* 1999: **144**: 398–405.
18  Tierney A, Taylor J, Closs SJ *et al.* Hair loss due to cytotoxic chemotherapy: a prospective descriptive study. *Br J Cancer* 1990; **62**: 527–528.
19  Katsimbri P, Bamias A, Pavlidis N. Prevention of chemotherapy-induced alopecia using an effective scalp cooling system. *Eur J Cancer* 2000; **36**: 766–771.
20  Paus R, Handjiski B, Eichmuller S, Czarnetzki BM. Chemotherapy-induced alopecia in mice. Induction by cyclophosphamide, inhibition by cyclosporin A, and modulation by dexamethasone. *Am J Pathol* 1994; **144**: 719–734.
21  Hussein AM, Stuart A, Peters WP. Protection against chemotherapy-induced alopecia by cyclosporin A in the newborn rat animal model. *Dermatology* 1995; **190**: 192–196.
22  Chen G, Baechle A, Nevins TD *et al.* Protection against cyclophosphamide-induced alopecia and inhibition of mammary tumor growth by topical 1,25-dihydroxyvitamin D3 in mice. *Int J Cancer* 1998; **75**: 303–309.
23  Hidalgo M, Rinaldi D, Medina G *et al.* A phase I trial of topical topitriol (calcitriol, 1,25-dihydroxyvitamin D3) to prevent chemotherapy-induced alopecia. *Anti-Cancer Drugs* 1999; **10**: 393–395.
24  Paus R, Schilli MB, Handjiski B *et al.* Topical calcitriol enhances normal hair regrowth but does not prevent chemotherapy-induced alopecia in mice. *Cancer Res* 1996; **56**: 4438–4443.
25  Jimenez JJ, Yunis AA. Protection from chemotherapy-induced alopecia by 1,25-dihydroxyvitamin D3. *Cancer Res* 1992; **52**: 5123–5125.
26  Peters EM, Foitzik K, Paus R *et al.* A new strategy for modulating chemotherapy-induced alopecia, using PTH/PTHrP receptor agonist and antagonist. *J Invest Dermatol* 2001; **117**: 173–178.
27  Van Den Bongard HJGD, Mathôt RAA, Beijnen JH, Schellens JHM. Pharmacokinetically guided administration of chemotherapeutic agents. *Clin Pharmacokinet* 2000; **39**: 345–367.
28  Van Maanen MJ, Smeets CJM, Beijnen JH. Chemistry, pharmacology and pharmacokinetics of N,N',N''-triethylenethiophosphoramide (thiotepa). *Cancer Treat Rev* 2000; **26**: 257–268.
29  Moore MJ. Clinical pharmacokinetics of cyclophosphamide. *Clin Pharmacokinet* 1991; **20**: 194–208.
30  Ayash LJ, Wright JE, Tretyakov O *et al.* Cyclophosphamide pharmacokinetics: correlation with cardiac toxicity and tumor response. *J Clin Oncol* 1992; **10**: 995–1000.
31  Ten Bokkel Huinink WW, Dercksen MW, Van Tinteren H. Further studies to ameliorate toxicity of carboplatin. *Semin Oncol* 1994; **21**: 27–33.
32  Rodenhuis S. The status of high-dose chemotherapy in breast cancer. *The Oncologist* 2000; **5**: 369–375.