# EXHIBIT S

```
                                                          Page 1

 1               UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF LOUISIANA
 2
                      MDL No. 2740
 3                    SECTION:  H
 4    IN RE: TAXOTERE (DOCETAXEL)
 5    PRODUCTS LIABILITY LITIGATION
 6    This Document Relates To:
 7    Sheila Crayton, Case No. 2:17-cv-05923;
      Cynthia Thibodeaux, Case No. 2:16-cv-15859;
 8    _____/
 9                          1633 North Bayshore Drive
                            Miami, Florida
10                          December 12, 2019
                            9:08 a.m. - 6:13 p.m.
11
12            VIDEO DEPOSITION OF ANTONELLA TOSTI, M.D.
13        Taken before SUZANNE VITALE, R.P.R., F.P.R.
14    and Notary Public for the State of Florida at Large,
15    pursuant to Notice of Taking Deposition filed in the
16    above cause.
17
18
19
20
21
22
23
24
25
```

Page 64

1     not been defined?
2              MR. SCHANKER:  Objection, form.
3              THE WITNESS:  I agree.
4     BY MR. SEARS:
5         Q.   Do you agree that there's no test that can
6     be used to determine which chemotherapy drug caused
7     PCIA in any specific patient?
8              MR. SCHANKER:  Objection, form.
9              THE WITNESS:  Yes, I agree.
10    BY MR. SEARS:
11        Q.   So what are some problems with reaching
12    conclusions about causation from small studies?
13             MR. SCHANKER:  Objection, form.
14             THE WITNESS:  I don't think this is my
15        field of expertise.
16    BY MR. SEARS:
17        Q.   Are you going to offer an opinion about
18    whether any specific chemotherapy drug causes
19    persistent chemotherapy-induced alopecia?
20             MR. SCHANKER:  Objection, form.
21             THE WITNESS:  Yes, I am, but from the
22        literature and from my experience.
23    BY MR. SEARS:
24        Q.   So you're relying on the literature as a
25    basis for your conclusion that specific chemotherapy