# EXHIBIT T

Page 1

1         IN THE UNITED STATES DISTRICT COURT
2         FOR THE EASTERN DISTRICT OF LOUISIANA
3
4   In Re: TAXOTERE (DOCETAXEL)            )
    PRODUCTS LIABILITY LITIGATION           )
5                                           )
    THIS DOCUMENT RELATES TO:               )
6                                           )MDL NO. 2740
                                            )
7   CYNTHIA THIBODEAUX, CASE NO.            )Section H
    2:16-CV-15859                           )
8                                           )
    SHEILA CRAYTON, CASE NO.                )
9   2:17-CV-05923                           )
10
11    VIDEOTAPED DEPOSITION OF CURTIS THOMPSON, M.D.
12             Taken on behalf of Defendants
13                      * * *
14             BE IT REMEMBERED THAT pursuant to
15   the Federal Rules of Civil Procedure, the
16   videotaped deposition of CURTIS THOMPSON,
17   M.D. was taken before Rosemary Tanzer, a
18   Registered Professional Reporter and a
19   Certified Shorthand Reporter for Oregon and
20   Washington, on Thursday, November 21, 2019,
21   commencing at the hour of 9:07 a.m., at THE
22   HILTON HOTEL, 921 SW Sixth Avenue, Portland,
23   Oregon.
24                      * * *
25

1    question?  I'll agree with you whatever it
2    was.
3    Q    BY MR. SEARS:  Okay.  I'll take that.
4               MR. SEARS:  We're about ready
5    to switch topics.  We've been going an hour
6    and a half.
7               MR. SCHANKER:  Let's take a
8    break.
9               THE VIDEOGRAPHER:  We're off
10   the record at 2:26 p.m.
11              (Break in proceedings.)
12              THE VIDEOGRAPHER:  We're back
13   on the record at 2:20 p.m. -- 2:40 p.m.
14   Sorry.
15   Q    BY MR. SEARS:  You ready to keep going?
16      A    Yes.
17      Q    So the first time I deposed you, you
18   said you were not in a position to make a
19   claim or distinction about if a specific
20   chemotherapy drug caused ongoing alopecia in
21   any specific individual.  Do you remember
22   that?
23      A    Yes.
24      Q    What sort of training or knowledge do
25   you think a person would need to have to make

Page 202

1      that claim or distinction?
2                    MR. SCHANKER:  Objection.
3      Form.
4         A    I think they would have to do a whole
5      lot more research.  Maybe have a time machine
6      to go in the future when we have more
7      experience with some of these drugs.
8         Q    BY MR. SEARS:  Did you see any
9      photographs of the top or the crown or vertex
10     of Ms. Thibodeaux's scalp prior to when she
11     underwent chemotherapy?
12                   MR. SCHANKER:  Objection.
13     Form.
14        A    Yesterday I saw some photos.
15        Q    BY MR. SEARS:  Did you see more
16     photos than what you had attached to your
17     rule 26 report?
18        A    No.  It was just those.
19        Q    Would you agree that none of those
20     photos show the top of her scalp before she
21     underwent chemotherapy?
22        A    I just remember her having a full
23     head of hair, but I didn't really scrutinize
24     them.  I was more taken about the after
25     photos.