# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE JANE TRICHE MILAZZO |
| *Beverly Stefanski V. Sanofi-Aventis U.S. LLC, et al.,* **Civil Action No.: 2:18-cv-09633** | MAG. JUDGE MICHAEL B. NORTH |

**PLAINTIFF'S MOTION TO VACATE VOLUNTARY DISMISSAL WITH RESPECT TO SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC., SANOFI-AVENTIS U.S. LLC, AND SANOFI-AVENTIS U.S. LLC D/B/A WINTHROP U.S.**

Plaintiff, Beverly Stefanski, by and through the undersigned Counsel of Record pursuant to Rule 41 of the *Federal Rules of Civil Procedure,* hereby files this Motion to Vacate Voluntary Dismissal, Document No. 3177, with respect to Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, and Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S. Plaintiff is seeking relief from the dismissal of claims with respect to all Sanofi Defendants, pursuant to Federal Rule of Civil Procedure 60(b)(6).

At the time the Voluntary Dismissal of Prejudice was filed on October 17, 2018, Plaintiff's treating medical facility had provided information pertaining to the National Drug Code for the Taxotere/Docetaxel chemotherapy received by Plaintiff, which has now been discovered as erroneous. The Statement of Chemotherapy identified Sagent Pharmaceuticals as the manufacturer of the Taxotere/Docetaxel received by Plaintiff at Allegheny Cancer Center. The four (4) cycles of Taxotere/Docetaxel chemotherapy that were administered to Plaintiff in 2011 actually predate the approval of Sagent's New Drug Application in 2013. Since the filing of the voluntary dismissal of the Sanofi entities, Allegheny Cancer Center/Cancer Institute at Allegheny Health amended the Statement of Chemotherapy to indicate "NDC Unknown." Plaintiff Stefanski

has since been attempting to obtain correct product identification. On August 3, 2020, the medical records were uploaded in Centrality as Document No. 488951.

Plaintiff seeks to vacate the stipulation of dismissal with prejudice with respect to Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, and Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S. and reinstate Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, and Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S. as the original Defendants in this action until Plaintiff is able to correctly identify the manufacturers of the Taxotere/Docetaxel.

Upon vacating the dismissal of the Sanofi Defendants, Plaintiff will subsequently file a Notice of Voluntary Dismissal with Prejudice as to the Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc. entities.

Dated this 8th day of July, 2021                                   Respectfully submitted,

                                                                  **PULASKI KHERKHER, PLLC**

                                                                  */s/ Leslie LaMacchia*
                                                                  Leslie LaMacchia
                                                                  Adam Pulaski
                                                                  2925 Richmond, Suite 1725
                                                                  Houston, TX 77098
                                                                  Tel: (713) 664-4555
                                                                  Fax: (713) 664-7543
                                                                  llamacchia@pulaskilawfirm.com
                                                                  adam@pulaskilawfirm.com
                                                                  *Attorneys for Plaintiff*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on July 8, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: July 8, 2021                              */s/ Leslie LaMacchia*