UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "N" (5) |
| | JUDGE JANE TRICHE MILAZZO |
| *Beverly Stefanski V. Sanofi-Aventis U.S. LLC, et al.,* Civil Action No.: 2:18-cv-09633 | MAG. JUDGE MICHAEL B. NORTH |

## ORDER

IT IS SO ORDERED that Plaintiff's Motion to Vacate Voluntary Dismissal with respect to Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, and Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S. is hereby GRANTED, and that Plaintiff's claims against Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, and Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S. are hereby Reinstated.

Signed this _____ day of _____ 2021.

_____
Honorable Jane T. Milazzo
U.S. District Judge