# EXHIBIT A

Page 1

1                UNITED STATES DISTRICT COURT

2                EASTERN DISTRICT OF LOUISIANA

3

4    ELIZABETH KAHN,

5    Plaintiff,

6     vs.                          Case No. 2:16-cv-17039

7    SANOFI S.A., SANOFI-AVENTIS U.S.

     L.L.C., SANOFI US SERVICE, INC., and

8    AVENTIS-PHARMA S.A.,

9    Defendants.

10

                    *  *  *  *  *  *  *  *  *  *

11

12   CYNTHIA THIBODEAUX,

13   Plaintiff,

14    vs.                          Case No. 2:16-cv-15859

15   SANOFI S.A., SANOFI-AVENTIS U.S.

     L.L.C., SANOFI US SERVICE, INC., and

16   AVENTIS-PHARMA S.A.

17   Defendants.

18

19         Videotape Deposition of CARL KARDINAL, M.D.,

20   taken on behalf of the defendants, at the residence of

21   Carl Kardinal, M.D., 6008 Dornagh Court, in the city

22   of Columbia, State of Missouri, on the 17th day of

23   January 2018, before Heather L. Shallow, Certified

24   Court Reporter, Registered Professional Reporter,

25   Registered Merit Reporter.        Job No. NJ2783240

1  was considerably less common with docetaxel than with

2  paclitaxel?

3          MR. MICELI:  Object to the form of the

4  question.

5       A.  Well, I'll agree to that, yeah.

6       Q.  (By Ms. Bieri)  Can you --

7       A.  Neurotoxicity with paclitaxel was a big

8  concern.

9       Q.  And tell me a little bit more about the

10  neurotoxicity that was associated with paclitaxel.

11  What would that look like for a patient?  Or what

12  could that look like for a patient?

13       A.  Well, there was sensory neuropathy which,

14  you know, that people would have abnormal sensation in

15  their hands and feet.  May be severe enough to

16  interfere with their gait.  The -- there appeared to

17  be less neurotoxicity with docetaxel than there was

18  with paclitaxel which was one of the reasons I tended

19  to use docetaxel in preference to paclitaxel.

20       Q.  Did -- were you aware of any cases of

21  permanent neuropathy with paclitaxel?

22       A.  At the time, no.

23       Q.  Ever?

24       A.  See, I can't say ever.  You know, I retired

25  way before "ever" happened.

1          Q.   Well, you can tell me if you're aware of any

2     cases of permanent neuropathy with paclitaxel.

3          A.   Permanent is defined as when I stopped

4     practicing.

5          Q.   For you.  Okay.

6          A.   You know.  I mean, I can't say permanent is

7     permanent.

8          Q.   Okay.

9          A.   You know.  There were patients that retained

10    the neuropathy at the time I retired.  So that --

11         Q.   Are you familiar with cases of long lasting

12    neuropathy --

13         A.   Yes.

14         Q.   -- with paclitaxel?

15         A.   With paclitaxel, yes.  Perhaps less so with

16    docetaxel.

17         Q.   Would you dispute that in the chapter of The

18    Chemotherapy Source Book you wrote, "Neuromuscular

19    toxicity is considerably less common with docetaxel"?

20         A.   If I said it then, I believe it now.

21         Q.   Were there concerns with infusion reactions

22    related to paclitaxel?

23         A.   Yes.

24         Q.   Can you tell me a little bit about those?

25         A.   I can't tell you too much because we didn't

1  -- we didn't use paclitaxel nearly as much as

2  docetaxel.

3        Q.  But you were aware that -- were you aware of

4  concerns of infusion reactions with paclitaxel?

5              MR. MICELI:  Object to the form.

6        A.  Yes.

7        Q.  (By Ms. Bieri)  In -- I'll represent to you

8  that in the 2008 Chemotherapy Source Book you wrote

9  that docetaxel was the drug of choice in breast

10  cancer.

11        A.  Well, I thought it was at the time.

12        Q.  So what things did you consider when

13  choosing Taxotere, docetaxel, over other

14  chemotherapeutic agents?

15        A.  Well, mostly I was comparing taxanes, and

16  the neuropathy with paclitaxel was greater than it was

17  with docetaxel.

18        Q.  I also saw language, "Docetaxel is the most

19  active agent yet available for the treatment of

20  advanced breast cancer.  Docetaxel may have some

21  activity in paclitaxel resistant breast cancer."

22        A.  If I said it, it must be true.

23              MR. MICELI:  Object to the form.

24        Q.  (By Ms. Bieri)  Do you know, sitting here

25  today, what you were referring to -- what was being

1  when they were speaking.  Have you ever seen an

2  agreement between Sanofi and any doctor regarding

3  consulting?

4          A.   No.

5          Q.   Do you know what Sanofi requires regarding

6  disclosures of that relationship?

7          A.   No.  Nor have I been involved or seen or

8  witnessed or -- nor have I been a consultant for

9  Sanofi.

10         Q.   And Doctor, I think I just have about --

11  just a few more questions.  If I'm remembering

12  correctly, Mr. Miceli phrased a question that if you

13  knew -- something to the effect of if you knew that

14  Taxotere had a risk of persistent hair loss and a

15  patient expressed a concern about persistent hair

16  loss, you would potentially prescribe Taxol to that

17  patient.  Was that your testimony?

18              MR. MICELI:  Object to the form.

19         A.   No.

20         Q.   (By Ms. Bieri)  Sorry.  Tell me your

21  testimony.

22         A.   If Sanofi said that Taxotere may cause

23  permanent hair loss, then that should, at a minimum,

24  be included in the consent form for the use of that

25  drug.  And if they stated that the incidence of

Page 220

1   permanent hair loss were X percent or whatever, those

2   things should be made known to the patient.

3          Q.   Let me ask you this:   Would it be misleading

4   to you, Doctor, if Sanofi told you that there was a

5   risk associated with a drug even though there was no

6   substantial evidence?

7          A.   What?

8               MR. MICELI:   Hold on.   Object to the form of

9   the question.

10          A.   I mean, that's not even a question.

11          Q.   (By Ms. Bieri)   It is.   Do you remember

12   Mr. Miceli talking to you about --

13          A.   Try again.

14          Q.   Do you remember Mr. Miceli talking to you

15   about the term "substantial evidence"?

16          A.   That's --

17          Q.   I'm trying to reorient you because I think

18   you thought my question was out of left field.

19          A.   Well, if I remember -- you're not coming

20   across right now at all.

21          Q.   I apologize.   Thank you for telling me.   Let

22   me try again.

23          A.   Yes.

24          Q.   If a drug manufacturer didn't have

25   substantial evidence to support something, would it