# EXHIBIT B

```
 1          UNITED STATES DISTRICT COURT
 2          EASTERN DISTRICT OF LOUISIANA
 3   *******************************
 4   IN RE:  TAXOTERE
 5   (DOCETAXEL) PRODUCTS          MDL No. 2740
 6   LIABILITY LITIGATION          Section: "H"
 7                                 Judge Milazzo
 8   This Document Relates to:  Mag. Judge North
 9   All Cases
10   *******************************
11
12           Remote Videotaped Deposition of
13   JOHN A. GLASPY, M.D., held at the location
14   of the witness in Los Angeles, California,
15   commencing at 9:05 a.m., on the 13th of May,
16   2020, before Maureen O'Connor Pollard,
17   Registered Diplomate Reporter, Realtime
18   Systems Administrator, Certified Shorthand
19   Reporter.
20                     - - -
21
              GOLKOW LITIGATION SERVICES
22       877.370.3377 ph | 917.591.5672 fax
                  deps@golkow.com
23
24
25
```

```
 1    which you include as a reference for this
 2    statement in your report or in your Exhibit
 3    B, Materials Reviewed, correct?
 4         A.    That's correct, because I don't
 5    think it's relevant to the issues in the
 6    case.
 7         Q.    That's not my question, though.
 8               My question is, and you've
 9    already said that you agree with me, you
10    understand that the purpose of doing a report
11    is so that I know what you're going to say,
12    and I have an opportunity to test those
13    opinions by seeing what you rely upon?
14    That's why we do these depositions, right?
15               MR. STRONGMAN:  Objection.
16         Form.
17         A.    That's correct.  I think we've
18    already established that we're not going to
19    get up there and say Taxotere is a better
20    drug than Taxol.
21    BY MR. MICELI:
22         Q.    Right.
23         A.    We're going to -- if we talk
24    about the differences, it's going to be
25    largely related to neuropathy that we've
```

```
 1            Q.    Okay.
 2            A.    That would be foreshadowing for
 3     some future deposition.  But anyway...
 4            Q.    Is that what you're referring
 5     to here primarily?
 6            A.    What's that?
 7            Q.    Is that what you're referring
 8     to here primarily, the HER2-positive
 9     situation?
10            A.    No.  That's one big advantage.
11                  The other ones we've touched on
12     when we're talking about HER2-negatives,
13     there's the number of days of steroid use
14     which can cause problems especially for
15     diabetics, there's the -- because we have to
16     use the Taxol weekly, and that increases the
17     number of days that patients receive
18     steroids.  There's the neuropathy issue that
19     we've talked about before, and I don't have
20     anything more to add today.  But those are
21     the situations where they offer advantages.
22                  Finally, if you are someone who
23     is interested in not giving Adriamycin in
24     early breast cancer because of the leukemia
25     and the heart damage risks, the best data we
```

John A. Glaspy, M.D.

1    adverse event with any drug.  I would say
2    that --
3         Q.    Maybe it is too broad.  Okay.
4               But we went through a moment
5    ago the TAX 311 Tables 46 and 48 that
6    demonstrated certain toxicities being greater
7    with Taxotere over Taxol in that clinical
8    study, correct?
9         A.    That's correct, we did go over
10   it.
11        Q.    Okay.  And you don't disagree
12   with what is depicted in the final clinical
13   study report tables for that study, for that
14   particular study, do you?
15        A.    I think they accurately reflect
16   what the case report form said.  I vehemently
17   disagree with what they appear to show.  We
18   didn't talk about that.
19              I think every practicing
20   oncologist on the planet knows that Taxol
21   causes more neuropathy than Taxotere.
22   Taxotere has other toxicities that are worse
23   than Taxol.  But in terms of neuropathy, we
24   all believe that.  I think that her treating
25   oncologists believe it, too.