Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4    ELIZABETH KAHN,
 5    Plaintiff,
 6     vs.                          Case No. 2:16-cv-17039
 7    SANOFI S.A., SANOFI-AVENTIS U.S.
      L.L.C., SANOFI US SERVICE, INC., and
 8    AVENTIS-PHARMA S.A.,
 9    Defendants.
10
                    * * * * * * * * * *
11
12    CYNTHIA THIBODEAUX,
13    Plaintiff,
14     vs.                          Case No. 2:16-cv-15859
15    SANOFI S.A., SANOFI-AVENTIS U.S.
      L.L.C., SANOFI US SERVICE, INC., and
16    AVENTIS-PHARMA S.A.
17    Defendants.
18
19           Videotape Deposition of CARL KARDINAL, M.D.,
20    taken on behalf of the defendants, at the residence of
21    Carl Kardinal, M.D., 6008 Dornagh Court, in the city
22    of Columbia, State of Missouri, on the 17th day of
23    January 2018, before Heather L. Shallow, Certified
24    Court Reporter, Registered Professional Reporter,
25    Registered Merit Reporter.         Job No. NJ2783240
```


Page 71

1    A.   What did I say?
2    Q.   Your name is listed as the first author.
3    A.   All right.  What did I say?
4    Q.   Well, it talks about the development of
5  taxanes and indicating that paclitaxel, the prototype
6  taxane, came from the bark of the Pacific yew tree --
7    A.   Right.
8    Q.   -- and had supply concerns.  Do you recall
9  what you were referring to in that publication about
10 the supply concerns related to paclitaxel?
11   A.   Not -- no.
12   Q.   Okay.  In terms of -- you said they have
13 different toxicities.
14   A.   Yes.
15   Q.   Can you tell me, in 2008, for example, would
16 you -- would you say that paclitaxel was associated
17 with cardiotoxicity more so than docetaxel?
18        MR. MICELI:  Object to the form.
19   A.   Neither of the drugs were terribly
20 cardiotoxic.  I mean certainly not like Adriamycin.
21   Q.   (By Ms. Bieri)  Any thoughts on the use of
22 paclitaxel with Adriamycin?
23   A.   I have no specific recollection, you know,
24 memory of that.
25   Q.   Would you agree that neuromuscular toxicity

Page 72

1    was considerably less common with docetaxel than with
2    paclitaxel?
3            MR. MICELI:  Object to the form of the
4    question.
5        A.   Well, I'll agree to that, yeah.
6        Q.   (By Ms. Bieri)  Can you --
7        A.   Neurotoxicity with paclitaxel was a big
8    concern.
9        Q.   And tell me a little bit more about the
10   neurotoxicity that was associated with paclitaxel.
11   What would that look like for a patient?  Or what
12   could that look like for a patient?
13       A.   Well, there was sensory neuropathy which,
14   you know, that people would have abnormal sensation in
15   their hands and feet.  May be severe enough to
16   interfere with their gait.  The -- there appeared to
17   be less neurotoxicity with docetaxel than there was
18   with paclitaxel which was one of the reasons I tended
19   to use docetaxel in preference to paclitaxel.
20       Q.   Did -- were you aware of any cases of
21   permanent neuropathy with paclitaxel?
22       A.   At the time, no.
23       Q.   Ever?
24       A.   See, I can't say ever.  You know, I retired
25   way before "ever" happened.

Page 73

```
 1        Q.   Well, you can tell me if you're aware of any
 2   cases of permanent neuropathy with paclitaxel.
 3        A.   Permanent is defined as when I stopped
 4   practicing.
 5        Q.   For you.  Okay.
 6        A.   You know.  I mean, I can't say permanent is
 7   permanent.
 8        Q.   Okay.
 9        A.   You know.  There were patients that retained
10   the neuropathy at the time I retired.  So that --
11        Q.   Are you familiar with cases of long lasting
12   neuropathy --
13        A.   Yes.
14        Q.   -- with paclitaxel?
15        A.   With paclitaxel, yes.  Perhaps less so with
16   docetaxel.
17        Q.   Would you dispute that in the chapter of The
18   Chemotherapy Source Book you wrote, "Neuromuscular
19   toxicity is considerably less common with docetaxel"?
20        A.   If I said it then, I believe it now.
21        Q.   Were there concerns with infusion reactions
22   related to paclitaxel?
23        A.   Yes.
24        Q.   Can you tell me a little bit about those?
25        A.   I can't tell you too much because we didn't
```

Page 74

1   -- we didn't use paclitaxel nearly as much as
2   docetaxel.
3       Q.  But you were aware that -- were you aware of
4   concerns of infusion reactions with paclitaxel?
5           MR. MICELI:  Object to the form.
6       A.  Yes.
7       Q.  (By Ms. Bieri)  In -- I'll represent to you
8   that in the 2008 Chemotherapy Source Book you wrote
9   that docetaxel was the drug of choice in breast
10  cancer.
11      A.  Well, I thought it was at the time.
12      Q.  So what things did you consider when
13  choosing Taxotere, docetaxel, over other
14  chemotherapeutic agents?
15      A.  Well, mostly I was comparing taxanes, and
16  the neuropathy with paclitaxel was greater than it was
17  with docetaxel.
18      Q.  I also saw language, "Docetaxel is the most
19  active agent yet available for the treatment of
20  advanced breast cancer.  Docetaxel may have some
21  activity in paclitaxel resistant breast cancer."
22      A.  If I said it, it must be true.
23          MR. MICELI:  Object to the form.
24      Q.  (By Ms. Bieri)  Do you know, sitting here
25  today, what you were referring to -- what was being

Page 77

1  Q. One, did you believe that in prescribing --
2  did you prescribe Taxotere because you thought that it
3  would help your patients survive?
4  MR. MICELI: Object to the form.
5  A. Yes. I didn't pick it over Taxol for that
6  because I'm sure both the taxanes were fairly
7  equivalent in terms of survival.
8  Q. (By Ms. Bieri) Well, you said a couple
9  different things about --
10  A. I don't doubt it.
11  Q. No, I just want to make sure I understand
12  what your position is. Are you saying that you
13  believe that Taxotere does or does not have some
14  superiority in efficacy to Taxol?
15  MR. MICELI: Object to the form.
16  A. No.
17  Q. (By Ms. Bieri) You don't know one way or
18  the other?
19  A. (Shakes head.) No.
20  Q. Have you ever read any studies regarding the
21  efficacy rates of Taxotere versus Taxol?
22  A. I've been retired for multiple years. I
23  have not tended to keep up with every little thing.
24  Q. Sure. And I wasn't even trying to limit it
25  to when you retired. Just if you had any recollection

Page 104

1   Q.  Because the incidence of significant hair
2   thinning that you saw in patients with Adriamycin, it
3   was rare, you didn't specifically warn them of the
4   risk of persistent significant hair thinning; correct?
5       A.  Correct.
6       Q.  If -- if Miss Kahn had said to you, "I don't
7   know if I want to be an NSABP B-40," what, if
8   anything, would you offer her as an alternative?
9       A.  I would have treated her very -- very
10  similarly.
11      Q.  And what does that mean?
12      A.  Meaning I would have used Adriamycin and
13  cyclophosphamide followed by a taxane.
14      Q.  And if Miss Thibodeaux had said --
15      A.  Same.
16      Q.  And I forgive -- forgive me for doing this
17  but I have to do the full question for the record.  If
18  Miss Thibodeaux had said, "Is there another option
19  other than being in a clinical trial?" what would you
20  have recommended to her?
21      A.  I would have recommended treating her with
22  Adriamycin and Cytoxan followed by a taxane.
23      Q.  Followed by Taxotere?
24          MR. MICELI:  Object to the form.
25      A.  Taxane.  Either.  Usually Taxotere is what I

1   would use.
2       Q.  You typically used Taxotere?
3       A.  I used Taxotere because of the -- has lesser
4   neurological toxicity than Taxol.
5       Q.  So then would you have recommended Taxotere
6   over Taxol?
7           MR. MICELI:  Object to the form.
8       A.  Yes.
9       Q.  (By Ms. Bieri)  Do you agree that saying
10  hair generally grows back is not the same as saying
11  hair always grows back?
12      A.  They're not exactly the same.  To say it
13  generally grows back, that doesn't necessarily mean
14  always.
15      Q.  Did you recommend to Miss Kahn NSABP --
16  strike that.
17      A.  B-40.
18      Q.  Strike that.  If the Taxotere label, which I
19  understand you can't remember when you last looked at
20  other than from Plaintiffs' counsel about a month
21  ago -- if the Taxotere label had said, "In most cases,
22  normal hair growth should return.  In some cases,
23  frequency not known, permanent hair loss has been
24  observed," would that change your recommendation that
25  Miss Kahn participate in NSABP B-40?

Page 106

1  A. No.
2  Q. If -- I'm going to ask you the question same
3  about Miss Thibodeaux, for the record. If the
4  Taxotere label had said, "In most cases, normal hair
5  growth should return. In some cases, frequency not
6  known, permanent hair loss has been observed," would
7  that change your recommendation that Miss Thibodeaux
8  participate in NSABP B-40?
9  A. No.
10 Q. Can you say, to a reasonable degree of
11 medical certainty, that Miss Kahn would survive --
12 would have survived if she didn't participate in NSABP
13 B-40?
14       MR. MICELI: Object to the form.
15 A. Well, she would have been treated
16 essentially the same.
17 Q. (By Ms. Bieri) I'm not talking about
18 comparisons right now. We know Miss Kahn was treated
19 with NSABP B-40; right?
20 A. Mm-hmm.
21 Q. And we know that she has survived; correct?
22 Can you --
23 A. Wouldn't be talking here if she hadn't
24 survived.
25 Q. Can you say that you know, to a reasonable

Page 107

1   degree of medical certainty, what her outcome would
2   have been if she had been on some other chemotherapy
3   regimen?
4           MR. MICELI:  Object to the form.
5       A.  We probably would have treated her the same,
6   as I said.  Or very similarly.
7       Q.  (By Ms. Bieri)  With ACT; correct?
8       A.  Right.
9       Q.  And you believe she would have survived on
10  ACT?
11      A.  Same risk.
12      Q.  Can you say, to a reasonable degree of
13  medical certainty -- let me ask you that about
14  Miss Thibodeaux.  Can you say, to a reasonable degree
15  of medical certainty, that Miss Thibodeaux's outcome
16  would have been the same if she had undertaken a
17  different chemotherapy regimen?
18          MR. MICELI:  Object to the form.
19      A.  Well, I wouldn't -- you're talking about
20  treating her with totally different drugs and --
21      Q.  (By Ms. Bieri)  What I'm saying is we know
22  what she was treated with; right?
23      A.  Yes.
24      Q.  Can you say if she was treated with
25  something else, not what she received in NSABP B-40,