# EXHIBIT B

Page 1

1                    UNITED STATES DISTRICT COURT

                     EASTERN DISTRICT OF LOUISIANA

2                    CASE NO. 2:16-cv-17039

3

4      ELIZABETH KAHN,                    ) VIDEOCONFERENCE

                                            VIDEOTAPED

5                                        ) DEPOSITION OF:

                     Plaintiff,          )

6                                        )

          v.                             ) LINDA

7                                        ) BOSSERMAN, M.D.

                                         )

8      SANOFI S.A., SANOFI-AVENTIS       )

       U.S. L.L.C., SANOFI US SERVICE,   )

9      INC., and AVENTIS-PHARMA S.A.,    )

                                         )

10                   Defendants.         )

       _____ )

11

12

13                   TRANSCRIPT of the stenographic notes of

14     the proceedings in the above-entitled matter, as

15     taken by and before ELLEN J. GODINO, CCR, RPR, CRCR,

16     held via Zoom videoconference from multiple

17     locations, with the witness located at 3803 Seashore

18     Drive, Newport Beach, California on Friday, April 17,

19     2020, commencing at 11:34 a.m.

20

21

22

23

24

25

1    the breast tissue.  Correct?

2         A.    I have to go back and see if that was --

3    where that was stated.  I don't remember the size of

4    the tumor for her breast, if she would have been a

5    good candidate.  I don't recall that offhand.

6         Q.    Can you just at least generally agree

7    with me that one the purposes for neoadjuvant therapy

8    is often to shrink the tumor before surgery?

9         A.    That is a common goal for some patients,

10   yes.

11        Q.    And what we know based on the clinical

12   trial documents, was that at the beginning of the

13   clinical trial, the longest diameter of the lesion

14   was four centimeters, and after the docetaxel

15   regimen, the longest diameter of the lesion was one

16   centimeter.  Correct?

17        A.    We know that what was measurable

18   clinically was four centimeters.  After the

19   docetaxel/capecitabine component, it measured one

20   centimeter, clinically.

21        Q.    And that is a good thing.  Correct?

22        A.    We would hope so.

23        Q.    And one of the other purposes of

24   neoadjuvant therapy is to gauge whether or not the

25   tumor is responding to the chemotherapy.  Correct?