# EXHIBIT C

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3     * * * * * * * * * * * * * * * * * * * * * *
 4   ELIZABETH KAHN,                     CASE NO.
         Plaintiff.                      2:16-cv-17039
 5   v.
     SANOFI S.A.,
 6   SANOFI-AVENTIS U.S.,
     L.L.C., SANOFI US
 7   SERVICE, INC., and
     AVENTIS-PHARMA, S.A.,
 8       Defendants.
     and
 9   CYNTHIA THIBODEAUX,                 CASE NO.
         Plaintiff,                      2:16-cv-15859
10   v.
     SANOFI S.A.,
11   SANOFI-AVENTIS U.S.,
     L.L.C., SANOFI US
12   SERVICE, INC., and
     AVENTIS-PHARMA, S.A.,
13       Defendants.
14
15     * * * * * * * * * * * * * * * * * * * * * *
16
                         DEPOSITION
17                          OF
18                   DR. ZOE LARNED
19        Taken on Wednesday, February 21, 2018
20             Commencing at 1:05 p.m.
21                     at the
22         GAYLE & TOM BENSON CANCER CENTER
23              1514 Jefferson Highway
24              New Orleans, Louisiana
25    Job No. NJ2816476
```

Page 40

1   A.   Yes.
2   Q.   And they are not interchangeable, correct?
3   A.   Correct.
4        MS. PEREZ REYNOLDS:  Object to form.
5   BY MS. BIERI:
6   Q.   Just so you know, her job is to make
7   objections, and you can still answer the question.
8   A.   Okay.
9   Q.   I'm sure it's a little bit off-putting to
10  you, but she's doing her job.
11  A.   Okay.
12  Q.   So I know it feels weird.
13       And is it your opinion that Docetaxel is a
14  good, effective drug that saves lives?
15  A.   Yes.
16  Q.   Okay.
17       Talking about side effects of chemotherapy,
18  is it fair to say that you can't predict the
19  specific side effects that a particular patient is
20  going to get?
21       MR. MAHER:  Object to form.
22  A.   Yes.
23  Q.   And do you warn patients that there are
24  unknowns with chemotherapy?
25  A.   Yes.

```
                                                      Page 53
 1   cases, normal hair growth should return.  In some
 2   cases, frequency not known, permanent hair loss has
 3   been observed," would that change your opinion of
 4   Taxotere?
 5            MS. PEREZ REYNOLDS:  Object to form.
 6            MR. MAHER:  Objection to form.
 7        A.  No.
 8        Q.  Would it cause you to warn any differently
 9   than you do?
10        A.  No.
11        Q.  When you prescribe Taxotere, are you doing
12   so because you believe it will give your patients
13   the best chance of surviving and beating their
14   breast cancer?
15        A.  Yes.
16            MS. PEREZ REYNOLDS:  Object to form.
17            MS. BIERI:  Are you getting the witness'
18            answers?
19            THE REPORTER:  Yes.
20            MS. BIERI:  You can go ahead.
21            THE REPORTER:  I would ask that you speak
22            up.
23            THE WITNESS:  Sure.
24            THE REPORTER:  And you're doing really well
25            now.
```

1   persistent hair loss, if anything?
2       A.  I don't know the specific verbiage, no.
3       Q.  I think when you were speaking with Mr.
4   Maher, he asked you if you thought that it was a
5   good idea to include the language that's in
6   Exhibit 16, which was -- do you remember that
7   discussion?
8       A.  Yes, uh-huh.
9       Q.  Did you think it -- why do you think it's a
10  good idea?  Is it because of this litigation?
11      A.  Yeah.  I think lawyers did that.
12      Q.  Do you -- so in your experience, your
13  clinical experience, is the incidence, if any, of
14  persistent hair loss with Taxotere specifically, as
15  opposed to the other drugs we've talked about, low?
16          MS. PEREZ REYNOLDS:  Object to form.
17      A.  Yes.
18      Q.  And do you agree that the chemotherapy
19  regimen that Ms. Kahn took that included Taxotere
20  was effective for her?
21      A.  Yes.
22      Q.  And can you say with a reasonable degree of
23  medical certainty that she would be alive today if
24  she took a different regimen?
25          MS. PEREZ REYNOLDS:  Object to form.

1   A.  Well, you know, she obviously was on a
2   clinical trial.  She could have gotten standard of
3   care, and yes, she would likely would be alive on
4   standard of care regimens as well.
5   Q.  And do you know, was the standard of care
6   TAC?
7   A.  Yes.
8   Q.  Taxotere?
9   A.  Right.
10  Q.  So can you say to a reasonable degree of
11  medical certainty that Ms. Kahn would have a full
12  head of hair today had she received Taxol instead of
13  Taxotere?
14      MS. PEREZ REYNOLDS:  Object to form.
15  A.  I cannot say that.
16  Q.  Can you say to a reasonable degree of
17  medical certainty that Ms. Thibodeaux would have a
18  full head of hair today if she had received Taxol
19  instead of Taxotere?
20  A.  I can't say that.
21      MS. PEREZ REYNOLDS:  Object to form.
22  A.  I can't say that.
23  Q.  Do you believe that the benefits of Taxotere
24  outweigh the risks -- the potential risks of
25  persistent or permanent hair loss?