# EXHIBIT D

Page 1

```
 1            UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4
 5   * * * * * * * * * * * * * * * * * * * * *
                                       *
 6   ELIZABETH KAHN,                   *  CASE NO.
             Plaintiffs                *  2:16-CV-17039
 7                                     *
                                       *
 8   VERSUS                            *
                                       *
 9                                     *
     SANOFI S.A., ET AL        *
10           Defendants                *
                                       *
11   * * * * * * * * * * * * * * * * * * * * *
12
13
14
15
16
17
18     Job No. NJ2756392
19
20            Deposition of ELIZABETH SARA
21   KAHN, taken on Thursday, December 7, 2017,
22   commencing at 8:34 a.m., at the law offices
23   of Pendley, Baudin & Coffin, 1515 Poydras
24   Street, Suite 1400, New Orleans, Louisiana
25   70112.
```

Page 179

1     A.   Yes.
2          MR. COFFIN:
3               Object to form.
4          THE WITNESS:
5               Oh.  Sorry.
6          MR. COFFIN:
7                It was asked and answered.
8          THE WITNESS:
9               Yeah.
10         MR. COFFIN:
11              She already asked that question.
12         THE WITNESS:
13              She did.
14  EXAMINATION BY MS. BIERI:
15     Q.   Did he offer you any other options if
16  you chose not to be in the clinical trial?
17     A.   Well, I would get standard of care,
18  whatever that would be.  Yes, I didn't have
19  to go into the clinical trial.
20     Q.   What did he tell you was standard of
21  care?
22     A.   I don't remember now.
23     Q.   But you trusted his recommendation
24  that the clinical trial was a good option for
25  you.

Page 180

1      A.   That particular -- yes, I trusted
2    that particular recommendation.
3      Q.   And you thought that was going to
4    give you your best chance of survival?
5      A.   Yes.
6      Q.   At that appointment, the first
7    meeting on April 22nd, were you given any
8    materials on the clinical trial?
9      A.   I'm sure I was.  I don't remember.
10     Q.   If you don't remember, how are you
11   sure that you were?
12     A.   Because they constantly gave me
13   papers, and that's why I kept that binder, so
14   that everything was in there.  And I would
15   imagine, if you look in that binder, you will
16   find information about the clinical trial.
17     Q.   I'm trying to figure out if at that
18   appointment, you got any information about
19   the clinical trial.
20     A.   I probably did, but I can't tell you
21   that it came exactly at that appointment.
22     Q.   So you got something about the
23   clinical trial.  Was it an informed consent
24   -- was it an informed consent document that
25   told you about what the trial was going to be