# EXHIBIT E

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4   * * * * * * * * * * * * * * * * * * * * * * * * *
 5   ELIZABETH KAHN
 6       Plaintiff,
 7                             CASE NO. 2:16-cv-17039
     VERSUS
 8

     SANOFI S.A.,
 9   SANOFI-AVENTIS U.S.
     L.L.C., SANOFI US
10   SERVICE, INC., and
     AVENTIS-PHARMA S.A.,
11
         Defendants.
12   * * * * * * * * * * * * * * * * * * * * * * * * *
13
14
15
16       Videotaped Deposition of STEVEN SEEBOL, taken at
17   Pendley, Baudin & Coffin, 1100 Poydras Street, Suite
18   2505, New Orleans, Louisiana 70163, on Tuesday, March
19   10th, 2020, at 1:02 p.m.
20
21
22
23
24   By:  Ashlee B. Ancalade
25   Registered Professional Reporter
```

1

```
 1       Q    Do you remember how you felt when you heard
 2   that news?
 3       A    It was pretty devastating.
 4       Q    Did you feel afraid or worried?
 5       A    Sure.  Both.
 6       Q    At that time, what were you worried about?
 7       A    Well, cancer is a very -- is the kind of
 8   thing that people worry about, so -- and there's --
 9   mortality is always in the equation.
10       Q    When she was first diagnosed, what was your
11   primary concern?
12       A    How we were going to deal with it.
13       Q    Was it finding a way to cure the cancer?
14       A    Probably.
15       Q    Were you worried at that time about the side
16   effects she might experience from the treatment?
17       A    Probably.  Excuse me.
18       Q    It's okay.
19            Did you discuss with Elizabeth how she felt
20   when she was first diagnosed with cancer?
21       A    Of course.
22       Q    Could you tell me how she was feeling at that
23   time.
24       A    She was pretty upset about it.
25       Q    What was her primary concern at that time?
```

87