# EXHIBIT F

John A. Glaspy, M.D.

```
 1            UNITED STATES DISTRICT COURT
 2            EASTERN DISTRICT OF LOUISIANA
 3     *******************************
 4     IN RE:   TAXOTERE
 5     (DOCETAXEL) PRODUCTS         MDL No. 2740
 6     LIABILITY LITIGATION         Section: "H"
 7                                  Judge Milazzo
 8     This Document Relates to:    Mag. Judge North
 9     All Cases
10     *******************************
11
12              Remote Videotaped Deposition of
13     JOHN A. GLASPY, M.D., held at the location
14     of the witness in Los Angeles, California,
15     commencing at 9:05 a.m., on the 13th of May,
16     2020, before Maureen O'Connor Pollard,
17     Registered Diplomate Reporter, Realtime
18     Systems Administrator, Certified Shorthand
19     Reporter.
20                       - - -
21
                 GOLKOW LITIGATION SERVICES
22          877.370.3377 ph | 917.591.5672 fax
                    deps@golkow.com
23
24
25
```

John A. Glaspy, M.D.

1                MR. STRONGMAN:  Objection.
2       Form.
3    BY MR. MICELI:
4       Q.    Okay.  Now, on page 15 you make
5    the statement that -- at the bottom of the
6    page in the first paragraph under "Taxotere
7    And Taxol Are Not Interchangeable," the last
8    sentence of that paragraph you state that,
9    "In some clinical situations
10   Taxotere-containing regimens offer benefits
11   over Taxol-containing regimens for the
12   treatment of early breast cancer."
13             Do you see that?
14       A.    I do.
15       Q.    Okay.  And again, I know we
16   concede equal efficacy when used according to
17   weekly versus three weeks Taxol and Taxotere
18   respectively, but you don't offer a reference
19   here to a clinical study or a randomized
20   controlled trial that demonstrates that
21   Taxotere is superior -- or a Taxotere regimen
22   is superior to a Taxol regimen in any given
23   clinical situation, do you?
24       A.    Nor do I state --
25                MR. STRONGMAN:  Objection.

```
 1              Form.
 2         A.    Nor do I state inferior.
 3               I'm sorry.  I'll try to slow
 4    down.
 5               What I state is that it has
 6    advantages.
 7    BY MR. MICELI:
 8         Q.    Okay.
 9         A.    And we talked about them
10    before, and we'll probably talk about them
11    again, there are times when it has
12    advantages.
13         Q.    When you say "there are times"
14    -- I'm sorry.  I apologize, Dr. Glaspy.
15         A.    So, for instance, because this
16    was -- this is part of the generic lead-ins,
17    not the patient-specific part of the report.
18               And so it was written to be
19    applicable to several of the cases that may
20    come up.  One of those is HER2-positive
21    patients.  We don't have to get into the
22    weeds of that now, but in HER2-positive
23    patients Taxotere offers advantages of
24    avoiding the need to give them Adriamycin,
25    and Adriamycin and Herceptin do not mix well.
```

1      Q.    Okay.

2      A.    That would be foreshadowing for
3   some future deposition.  But anyway...

4      Q.    Is that what you're referring
5   to here primarily?

6      A.    What's that?

7      Q.    Is that what you're referring
8   to here primarily, the HER2-positive
9   situation?

10     A.    No.  That's one big advantage.
11           The other ones we've touched on
12  when we're talking about HER2-negatives,
13  there's the number of days of steroid use
14  which can cause problems especially for
15  diabetics, there's the -- because we have to
16  use the Taxol weekly, and that increases the
17  number of days that patients receive
18  steroids.  There's the neuropathy issue that
19  we've talked about before, and I don't have
20  anything more to add today.  But those are
21  the situations where they offer advantages.
22           Finally, if you are someone who
23  is interested in not giving Adriamycin in
24  early breast cancer because of the leukemia
25  and the heart damage risks, the best data we

John A. Glaspy, M.D.

1  have for non-Adriamycin-based regimens is
2  with Taxotere.
3          And so for -- so the
4  non-Adriamycin-containing current leading
5  regimens in breast cancer involve Taxotere,
6  because there just hasn't been trials with
7  Taxol.  I think we talked about that two
8  depositions ago.
9       Q.    Okay.
10      A.    So that's it.  Those are the
11 places it offers advantages.
12          I'm not saying that there's a
13 time when it clearly beats Taxol head-to-head
14 in an efficacy endpoint, as long as the Taxol
15 is used every week.
16      Q.    Okay.  The issue concerning
17 steroids that you mentioned, that's a known
18 risk?
19      A.    It's known to doctors that when
20 you give steroids to somebody who is
21 prediabetic or diabetic, you get a lot of
22 phone calls in the middle of the night with
23 glucoses of 400 that you have to deal with.
24      Q.    Okay.
25      A.    And so we like to avoid

John A. Glaspy, M.D.

1         Q.    Right.

2               But you're not going to offer

3    the opinion that Taxotere going into her

4    treatment course gave Ms. Kahn the best

5    chance to survive her diagnosis of early

6    stage breast cancer, are you?

7         A.    No, I would -- my opinion is

8    that the survival is best with a taxane.

9         Q.    Right.

10        A.    And there are two roads to

11   that.

12        Q.    Right.

13              But even, as I just said, even

14   if she received the non-taxane regimen, we

15   don't know, she could have the same exact

16   outcome, can't she?

17        A.    Yes.  Yes, that's possible.

18        Q.    Okay.  And you will not offer

19   the opinion that Taxotere gave Ms. Kahn the

20   best chance of preventing her cancer from

21   returning, can you?

22        A.    I would -- if somebody said

23   Taxotere compared to no taxane, I would say

24   that the Taxotere gave her her best chance.

25              If you said a taxane-based