# EXHIBIT G

**In re: Taxotere (Docetaxel) Products Liability Litigation (MDL No. 2740)**

**Expert Report of John Glaspy, M.D.**

**Date Submitted:  April 29, 2019**

1

During in vivo testing, the Taxotere molecule showed greater anti-cancer activity than Taxol.

Phase I clinical trials for Taxotere began in 1990, which addressed dosing and administration schedules. Phase II studies began in 1992, and by 1994, Taxotere was in Phase III clinical trials for multiple indications. In 1996, the FDA approved Taxotere for treatment of metastatic breast cancer with progression or relapse after previous anthracycline-based chemotherapy. In 1998, the FDA approved Taxotere for treatment of locally advanced or metastatic breast cancer after failure of prior chemotherapy. Then, in 2004, the FDA approved Taxotere for adjuvant treatment of operable node-positive breast cancer in combination with doxorubicin and cyclophosphamide.

In general, Taxotere is not given as a monotherapy in the adjuvant treatment of early breast cancer. It is given as part of a multi-drug chemotherapy regimen. Taxotere is more effective when used as part of a multi-drug chemotherapy regimen. When used in the adjuvant treatment for breast cancer, Taxotere is generally administered in a 75 mg/m$^2$ dose that is generally given every 21 days for 4-6 cycles in combination with other chemotherapy drugs.

While the FDA approves drugs for very specific indications, drugs, including Taxotere, are frequently used by oncologists "off label."

Taxotere is approved to treat breast cancer, non-small cell lung cancer, gastric adenocarcinoma, squamous cell head and neck cancers, and hormone refractory prostate cancer. Taxol does not share the same approved indications as Taxotere.

Taxotere is a life-saving drug. It is included on the WHO's list of essential medicines, which is defined as "the most efficacious, safe, and cost-effective medicines for priority conditions."

**Taxotere (Docetaxel) and Taxol (Paclitaxel) Are Not Interchangeable**

While Taxol and Taxotere are both taxanes, they are not the same drug. They have different drug profiles, different toxicities, and are prescribed for different indications. In some clinical situations taxotere-containing regimens offer benefits over Taxol-containing regimens for the treatment of early breast cancer.

Preferred chemotherapy regimens are based on clinical trials. As such, one chemotherapy drug cannot be swapped out for another chemotherapy drug in a regimen.