# EXHIBIT H

John A. Glaspy, M.D.

```
 1                  UNITED STATES DISTRICT COURT
 2                  EASTERN DISTRICT OF LOUISIANA
 3
 4   IN RE: TAXOTERE (DOCETAXEL)  )
     PRODUCTS LIABILITY           )  No. MDL No. 2740
 5   LITIGATION                   )  SECTION: "H"
                                  )  JUDGE MILAZZO
 6   This Document Relates To:    )  MAG. JUDGE NORTH
     ALL CASES                    )
 7   _____)
 8
 9
                       THURSDAY, JANUARY 9, 2020
10
11           VIDEO DEPOSITION OF JOHN A. GLASPY,
12       M.D., held at 2049 Century Park East,
13       Suite 3000, Los Angeles, California
14       90067, commencing at 9:20 a.m. on the
15       above date before Lindsay Pinkham,
16       Certified Shorthand Reporter No. 3716,
17       CCRR.
18
19                           ---
20              GOLKOW LITIGATION SERVICES
21         877.370.3366 ph | 917.591.5672 fax
22                   deps@golkow.com
23
24
25
```

1  this study going in was it refused to let us use growth

2  factors, which we knew was necessary in the

3  Taxotere-based arms to make them safer.  And the

4  protocol refused to let you give them to people unless

5  they'd had a febrile neutropenia episode.  And they

6  found out something that we sort of knew before they did

7  the experiment, that it's a bad idea.

8       Q    So with Taxotere you should -- strike that.

9            What you take away from that, then, is with

10  Taxotere, it's necessary to premedicate to try to

11  prevent febrile neutropenia, more so than it is in the

12  Taxol setting.

13       A    With these doses in this setting, yes, that's

14  the case.

15       Q    All right.  We may be coming back to that, so

16  you may want to set it aside.  But I'm going to go to

17  page -- stay on page 15 of your report.

18       A    Uh-huh.

19       Q    You state that Taxol has higher rates of

20  neuropathy and worse neuropathy than Taxotere; correct?

21       A    Correct.

22       Q    Now I want to show you the next exhibit to the

23  deposition, and this is the Sparano 2008 article.

24            (Deposition Exhibit 14 was marked

25            for identification.)

```
 1        Q    BY MR. MICELI:  You're familiar with this
 2   study; correct?
 3        A    I am.
 4        Q    I just want to focus on table 2 in this study.
 5   And that will be on page 1670.  Are you there with me?
 6        A    I'm still getting figures.  Let's see if I can
 7   find tables.  There we go.  So there's table 2.  Got it.
 8        Q    And if you look at the last two, table 2 is
 9   toxic effects of paclitaxel and docetaxel; correct?
10        A    Yes.
11        Q    And when you look at neuropathy, grade 3 or 4,
12   in the paclitaxel, every week there were 8.  And in the
13   docetaxel, every three weeks there were 4; correct?
14        A    Yes.
15        Q    In the paclitaxel every three weeks there were
16   5, and in the docetaxel weekly there were 6.  Correct?
17        A    Grade 3 to 4?  Yes.
18        Q    So do you find those results in a study that
19   included 4,950 women with axillary lymph node positive
20   or high-risk lymph node negative breast cancer, do you
21   find 8 -- and because paclitaxel is used weekly
22   primarily; correct?
23        A    It's now used weekly, yes.
24        Q    And docetaxel is usually used every three
25   weeks; correct?
```

```
 1        A    That's correct.
 2        Q    So I'm going to focus my attention on the
 3   center two columns, the weekly paclitaxel and the
 4   docetaxel every three weeks.  Okay?
 5        A    Yes.
 6        Q    Given the number of patients, slightly under
 7   5,000 patients in this study, is the 8 versus 4 grade
 8   3/4 neuropathy episodes clinically significant to you?
 9        A    No.  The neuropathy question has to do with all
10   grades of neuropathy.  And that's where the differences
11   emerge.  Because you can stop it from getting to grade 4
12   when people have it by holding the drug.
13        Q    Okay, understood.  We're going to get down to
14   the all grades in a moment, and actually grade 2, 3, or
15   4.
16             But grade 3 -- when we look at grades 2, 3, and
17   4, not in this chart, but just generally, those are
18   common toxicity criteria gradings; correct?
19        A    They are.
20        Q    Okay.  And 1 is the lowest and 4 is the
21   highest.
22        A    That's correct.
23        Q    Okay.  Meaning 1 is the mildest and 4 is the
24   most severe.
25        A    That's correct.
```

```
 1      Q    Okay.  So when you're looking at grade 2
 2   neuropathies, are you looking at reversible
 3   neuropathies?
 4      A    Sometimes.
 5      Q    Would it be most times?
 6      A    Probably most.  But it's not a big probable.
 7      Q    And 3/4 would be the severe to debilitating
 8   type?
 9      A    3/4?
10      Q    Yes.
11      A    Is immediately severe, debilitating.  People
12   who have grade 2 that doesn't go away really don't like
13   it.  People don't like to not be able to feel their toes
14   or have pain in their feet and that kind of thing.  Even
15   though they're fully functional.
16      Q    And the Sparano table 2, is the 27 versus 16 in
17   the weekly paclitaxel and the docetaxel every three
18   weeks, is the 27 and 16 clinically significant to you?
19      A    If it's real, yes.  Because this is bad
20   neuropathy we're talking about now.  If it's real and
21   it's not by happenstance.  To be fair, we were talking
22   this morning about, there's a difference between numbers
23   being different in a randomized trial and that
24   difference being due to the drug.
25      Q    Okay.  And I guess what I'm trying to get at
```

1    here, Doctor, is that you don't get a strikingly or a

2    clinically significant difference in the numbers until

3    you include the grade 2 as it's depicted in this chart.

4    Right?

5         A    Well -- yeah, you're right.  That's correct.

6         Q    And what we do know about Ms. Thibodeaux is

7    that she used Taxotere and she still got neuropathy.

8         A    Yes.

9         Q    And you can't offer an opinion, or you will not

10   offer an opinion, that because she got Taxotere and had

11   neuropathy, that she would within a reasonable degree of

12   scientific certainty have neuropathy had she used a

13   Taxol-containing regimen.

14             MR. STRONGMAN:  Objection.  Form.

15             THE WITNESS:  I think I would be willing to

16   opine that she probably would have had neuropathy from

17   Taxol.  The mechanism is common, and we have learned not

18   to just switch taxanes when you're trying to stop

19   neuropathy.  It's get rid of the taxane.

20        Q    BY MR. MICELI:  How would you make the

21   determination to a reasonable degree of scientific or

22   medical certainty that she likely would have had the

23   same or -- the similar or worse neuropathy with Taxol,

24   had she used the Taxol-containing regimen?

25        A    It's a probability opinion, and it's based on

1  the following.  Number one, the mechanisms of the
2  neuropathy from the two drugs.  This is one of the
3  places where they're similar.  They have the same
4  mechanism.  That's number one.  So if one did it, the
5  more powerful one at doing it is more likely than not to
6  do it.
7          Secondly, in switch studies where -- not
8  studies, but when people have tried anecdotally to
9  switch from Taxol to Taxotere, or Taxotere to Taxol
10 because of neuropathy, to avoid seeing it, they don't
11 stop seeing it.  They actually see more of it.
12         So for those two -- remember, for me to say
13 reasonable medical probability, it has to be over
14 51 percent.  I'm comfortable that there's a greater than
15 50 percent chance she would have had neuropathy from
16 Taxol as well.
17    Q    Can you cite us to anything, either in your
18 report or outside of your report, that would support
19 that conclusion?
20    A    No.  Just common sense.
21    Q    Clinical experience?
22    A    And common sense, yeah.
23    Q    Now, if we go up this chart to the top line,
24 neutropenia.
25         THE VIDEOGRAPHER:  Counsel, I'm sorry, I'm