# EXHIBIT B

**In re: Taxotere (Docetaxel) Products Liability Litigation (MDL No. 2740)**

**Expert Report of John Glaspy, M.D.**

**Date Submitted: April 29, 2019**

1

discuss the NDA process, including the information that the NDA provides to the FDA. I will discuss continuing reporting requirements following approval of the NDA.

The underlying data from TAX 311, TAX 316, and GEICAM 9805 were all submitted to the FDA. Submitting underlying data from clinical trials to the FDA is common, required and accepted. When the FDA has access to the underlying data from a study, it cannot be said that this information was "suppressed," and the FDA has the necessary information to make conclusions about the drug and labeling. Because this information was submitted to the FDA for Taxotere, the FDA had and has the information it needed in making labeling decisions.

**Labels of Chemotherapy Drugs and Taxotere Label**

I will discuss labels/prescribing information for chemotherapy drugs, including Taxotere. I will also discuss that the FDA works with companies, like Sanofi, in developing the label. As a practicing medical oncologist, I am familiar with the prescribing information (PI) for many chemotherapeutic drugs. Many chemotherapy drugs' prescribing information warn of very severe life-threatening risks, such as toxic and septic death, heart failure, fatal gastrointestinal bleeding, pulmonary embolism, neurotoxicity. As a clinician, I warn my patients of these severe risks. Yet, despite these very severe risks, nearly all of my patients choose to have chemotherapy. This is because killing cancer cells is the primary focus of cancer treatment and the benefits are believed to outweigh the risks.

In addition to warning of very severe side effects, many chemotherapy drugs' prescribing information contain warnings about alopecia. For example, the prescribing information for doxorubicin states, "Your hair may re-grow after your treatment." Likewise, the label for cyclophosphamide states that alopecia "occurs commonly." And the label for Taxol states that alopecia has been "observed in almost all patients."

Similarly, information regarding alopecia has always been included on the Taxotere label. "Alopecia" was listed as an adverse reaction in the PI beginning in 1996. The patient counseling information also stated, "Once you have completed all of your treatments, hair generally grows back." I interpret "hair generally grows back" as leaving open the possibility that hair may not grow back and being synonymous with the statement "hair usually grows back."

In 2004, when Taxotere was approved for the adjuvant treatment of breast cancer, Sanofi submitted a proposed label that included the addition of adjuvant side effects data and persistent alopecia information from TAX 316. The FDA approved some portions of the

35

proposed label. Yet, the FDA removed the proposed section of the label relating to "other persistent reactions," which discussed persistent alopecia. Nevertheless, "alopecia" has been reported on the label since 1996.

Then, in May 2010, "hair loss" was listed in the patient counseling information and the FDA struck the language which included the phrase "hair generally grows back." In 2015, the label was revised to include a statement that "cases of permanent alopecia have been reported."

Case reports of adverse events are on the low end of the evidentiary hierarchy and do not establish causation. Moreover, the 2015 label modification is not supplemental or inconsistent with the information provided in prior iterations of the label.

The Taxotere label has always been consistent with the known side effect risk profile for Taxotere.

As a practicing medical oncologist, I have always understood the language in the PI to mean there can be circumstances that the hair may not grow back. "Alopecia" is a medical term, which simply means hair loss. There is no temporal element associated with the medical term alopecia.

The modifications that have occurred to the Taxotere label regarding alopecia have had no impact on my practice or my decision to use Taxotere. The changes that have occurred to the Taxotere label regarding alopecia have had no impact on the discussions I have with my patients regarding the side effects of Taxotere. The benefit/risk profile of Taxotere remains the same. Taxotere containing regimens to treat both HER2+ and HER2- breast cancer in an adjuvant setting are among the optimal regimens.

**Sources of Information Available to Medical Oncologists**

Very frequently, side effects from chemotherapy drugs emerge after clinical trials and FDA approval. These types of side effects are called post-marketing side-effects. Oncologists typically learn about these side effects from sources other than the drug manufacturer. This is because many sources of information are available to oncologists, including their own clinical experience, medical literature, discussions with colleagues, and oncology meetings. Oncologists often learn about post-marketing side effects through those sources, not from label changes or the drug manufacturer. An example of a post-marketing side effect was the cardiac toxicity seen from Adriamycin.