# EXHIBIT D

# EXPERT REPORT OF JANET B. ARROWSMITH, M.D., F.A.C.P, F.A.C.E.
# IN RE TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION
# SUBMITTED DECEMBER 9, 2019

**I.      BACKGROUND**

1. I earned my undergraduate degree in zoology from Duke University in 1972 and my medical degree in 1979 from Tulane University School of Medicine.

2. I am board-certified in Internal Medicine and licensed to practice medicine in the State of New Mexico. I am an epidemiologist, trained through the Epidemic Intelligence Service (EIS) of the U.S. Centers for Disease Control and Prevention (CDC). I am an elected Fellow of the American College of Physicians and an elected Fellow of the American College of Epidemiology.

3. As part of the CDC training, I was assigned to the postmarket safety surveillance division of the U.S. Food and Drug Administration's (FDA) Center for Drug Evaluation and Research (CDER).  As an EIS officer and later as an FDA medical epidemiologist and medical officer, I received training and experience in the application of the laws and regulations that govern the pre-market development, review, approval, labeling and postmarket safety review for pharmaceutical and other medical products intended for the U.S. market. I became very familiar with FDA's practices in the review, approval, and labeling of drugs intended for the U.S. market. My training and experience through the CDC program and at FDA provided me with the skills and knowledge necessary to practice pharmacoepidemiology, a subspecialty of the science of epidemiology having to do with assessing the safety of marketed pharmaceutical products.

4. The CDC training program encompassed two years from July 1, 1984 through June 30, 1986, during which I received training in food, drug, biological product and medical

11. My hourly fee for document review, testimony and other activities in this matter is $750.00 per hour. I have testified on behalf of both defendants and plaintiffs in products liability litigation. I hold all opinions expressed in this report to a reasonable degree of expert certainty or probability.

**II.   SUMMARY OF FINDINGS AND OPINIONS**

    a. *Taxotere was appropriately developed and evaluated by Sanofi's predecessor manufacturer. The necessary and complete data set was provided to FDA.*

    b. *FDA thoroughly reviewed the preclinical and clinical Taxotere data throughout the development process and twice requested outside consultation on the Taxotere NDA from the Oncology Drugs Advisory Committee.*

    c. *The initial and subsequent approvals and the approved labeling for Taxotere were appropriate and based on good science and good regulatory principles.*

    d. *Information on alopecia has been included in Taxotere labeling beginning with the initial approval through the present. Inclusion of "alopecia" in the Adverse Reactions section was and is appropriate as alopecia does not meet the regulatory definition of a serious adverse reaction as provided in 21 C.F.R. 312.32 and in 21 C.F.R. 314.80.*

    e. *From initial approval up to 2010, the Taxotere Patient Package Insert, which undergoes review and approval by FDA, indicated that hair loss associated with the use of Taxotere "generally grows back". This statement was removed by FDA during a 2010 labeling review. The exact reason for FDA's edits is unclear, although FDA made similar changes to the Patient Package Inserts for other taxanes in the same time period.*

    f. *In 2004, based on clinical trials data, Sanofi included a statement in draft labeling that proposed listing what it termed "Other persistent reactions", which included alopecia among the several listed as associated with Taxotere chemotherapy regimens. FDA removed this section from the labeling without further comment. In my opinion, Sanofi's inclusion of this statement was appropriate; FDA's reasoning for its removal is unclear and was within its regulatory authority for control of medical product labeling.*

    g. *The 2011 Sanofi document "Clinical Overview Docetaxel – Persistent Alopecia" was methodologically and scientifically appropriate in responding to the request by the French regulatory agency for a review of reports of persistent alopecia.*

    h. *Regulatory and labeling decisions may vary from country to country. In my experience, FDA makes independent regulatory decisions and is not bound to follow decisions made by other, non-U.S. regulatory agencies. For instance, in*