# EXHIBIT F

```
                                                          Page 1
 1            UNITED STATES DISTRICT COURT
 2            EASTERN DISTRICT OF LOUISIANA
 3
 4   ELIZABETH KAHN,
 5   Plaintiff,
 6    vs.                          Case No. 2:16-cv-17039
 7   SANOFI S.A., SANOFI-AVENTIS U.S.
     L.L.C., SANOFI US SERVICE, INC., and
 8   AVENTIS-PHARMA S.A.,
 9   Defendants.
10
                     * * * * * * * * * *
11
12   CYNTHIA THIBODEAUX,
13   Plaintiff,
14    vs.                          Case No. 2:16-cv-15859
15   SANOFI S.A., SANOFI-AVENTIS U.S.
     L.L.C., SANOFI US SERVICE, INC., and
16   AVENTIS-PHARMA S.A.
17   Defendants.
18
19           Videotape Deposition of CARL KARDINAL, M.D.,
20   taken on behalf of the defendants, at the residence of
21   Carl Kardinal, M.D., 6008 Dornagh Court, in the city
22   of Columbia, State of Missouri, on the 17th day of
23   January 2018, before Heather L. Shallow, Certified
24   Court Reporter, Registered Professional Reporter,
25   Registered Merit Reporter.         Job No. NJ2783240
```

Page 105

1   would use.
2          Q.   You typically used Taxotere?
3          A.   I used Taxotere because of the -- has lesser
4   neurological toxicity than Taxol.
5          Q.   So then would you have recommended Taxotere
6   over Taxol?
7               MR. MICELI:  Object to the form.
8          A.   Yes.
9          Q.   (By Ms. Bieri)  Do you agree that saying
10  hair generally grows back is not the same as saying
11  hair always grows back?
12         A.   They're not exactly the same.  To say it
13  generally grows back, that doesn't necessarily mean
14  always.
15         Q.   Did you recommend to Miss Kahn NSABP --
16  strike that.
17         A.   B-40.
18         Q.   Strike that.  If the Taxotere label, which I
19  understand you can't remember when you last looked at
20  other than from Plaintiffs' counsel about a month
21  ago -- if the Taxotere label had said, "In most cases,
22  normal hair growth should return.  In some cases,
23  frequency not known, permanent hair loss has been
24  observed," would that change your recommendation that
25  Miss Kahn participate in NSABP B-40?