# EXHIBIT G

Page 1

```
 1           UNITED STATES DISTRICT COURT
 2           EASTERN DISTRICT OF LOUISIANA
 3    * * * * * * * * * * * * * * * * * * * * * *
 4   ELIZABETH KAHN,                      CASE NO.
          Plaintiff.                      2:16-cv-17039
 5   v.
     SANOFI S.A.,
 6   SANOFI-AVENTIS U.S.,
     L.L.C., SANOFI US
 7   SERVICE, INC., and
     AVENTIS-PHARMA, S.A.,
 8        Defendants.
     and
 9   CYNTHIA THIBODEAUX,                  CASE NO.
          Plaintiff,                      2:16-cv-15859
10   v.
     SANOFI S.A.,
11   SANOFI-AVENTIS U.S.,
     L.L.C., SANOFI US
12   SERVICE, INC., and
     AVENTIS-PHARMA, S.A.,
13        Defendants.
14
15    * * * * * * * * * * * * * * * * * * * * * *
16
                        DEPOSITION
17                         OF
18                  DR. ZOE LARNED
19       Taken on Wednesday, February 21, 2018
20            Commencing at 1:05 p.m.
21                   at the
22        GAYLE & TOM BENSON CANCER CENTER
23             1514 Jefferson Highway
24             New Orleans, Louisiana
25   Job No. NJ2816476
```

Page 54

```
 1              THE WITNESS:  Okay.
 2              MS. BIERI: Go ahead.
 3              THE REPORTER:  But there are moments when
 4          you're talking about what you know or you're
 5          looking at the -- and cutting her off
 6          because you see where it's going.
 7              THE WITNESS:  Okay.
 8              THE REPORTER:  So I don't know what you
 9          know.
10              THE WITNESS:  Got it.
11              THE REPORTER:  Thank you.
12   BY MS. BIERI:
13       Q.   What -- what does alopecia mean?  Do you
14   know what the definition of alopecia is?
15       A.   Sure.  It's hair loss.
16       Q.   And is it your understanding that alopecia
17   can be temporary or permanent?
18       A.   Yes.
19       Q.   And do you agree that the term alopecia by
20   itself can mean either temporary or permanent?
21              MS. PEREZ REYNOLDS:  Object to form.
22       A.   Yes.
23       Q.   Do you agree that it's been known for a long
24   time that certain chemotherapy agents can cause
25   permanent changes to hair?
```