# EXHIBIT H

Page 329

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

- - -

IN RE: TAXOTERE  
(DOCETAXEL) PRODUCTS : MDL No. 2740  
LIABILITY LITIGATION : Section H(5)

_____

This Document Relates to:  
All Cases

- - -

December 13, 2018

- - -

MICHAEL S. KOPRESKI, M.D.

(VOLUME II)

- - -

Transcript of the videotaped deposition of Sanofi U.S. Services, Inc., pursuant to Fed. R. Civ. P. 30(b)(6) held at McElroy Deutsch Mulvaney & Carpenter, LLP, 1300 Mt. Kemble Avenue, Morristown, New Jersey, commencing 9:11 a.m. on the above-referenced date, as taken by and before Constance E. Perks, CRR, CRC, RSA, a Federally-Approved Certified Realtime Reporter and Notary Public.

- - -

GOLKOW TECHNOLOGIES, INC.  
ph 877.370.3377  |  fax 917.591.5672  
deps@golkow.com

Michael S. Kopreski, M.D.

```
                                                     Page 438
 1   included in the company core safety              11:07:10
 2   information.                                     11:07:13
 3         Q.    And let's look at                    11:07:14
 4   unexpected.  Okay?  That's the one right         11:07:16
 5   above it.                                        11:07:18
 6         A.    Yes, and --                          11:07:19
 7         Q.    Unexpected.  So --                   11:07:19
 8         A.    As you said, similar                 11:07:19
 9   language.  ADR whose nature, severity,           11:07:21
10   and spec -- specific --                          11:07:26
11         Q.    Specificity.                         11:07:26
12         A.    -- sorry, my throat is               11:07:26
13   getting a little dry -- or outcome is not        11:07:28
14   consistent with the term or description          11:07:31
15   used in the labeling.                            11:07:33
16         Q.    In the label, right?                 11:07:34
17         A.    Or the package insert.               11:07:35
18         Q.    Which the label.                     11:07:37
19         A.    Yes.                                 11:07:37
20         Q.    Right.                               11:07:39
21               Do you agree with me that            11:07:52
22   the word "alopecia," or the word "hair           11:07:53
23   loss" in the Taxotere label does not             11:08:02
24   address the nature, severity,                    11:08:04
25   specificity, and outcome of permanent            11:08:08
```

Michael S. Kopreski, M.D.

|  |  | Page 439 |
|---|---|---|
| 1 | alopecia? | 11:08:12 |
| 2 | A. That is not my opinion. I | 11:08:12 |
| 3 | wouldn't agree with you because it -- | 11:08:14 |
| 4 | because the very nature of alopecia is | 11:08:18 |
| 5 | one that includes alopecia that -- that | 11:08:24 |
| 6 | does not recover for a prolonged period | 11:08:29 |
| 7 | of time, or may not recover. I think | 11:08:33 |
| 8 | that -- | 11:08:37 |
| 9 | Q. The word -- | 11:08:37 |
| 10 | MR. KEENAN: Uh-uh. Let him | 11:08:38 |
| 11 | finish. | 11:08:40 |
| 12 | MR. BACHUS: Okay. | 11:08:40 |
| 13 | MR. KEENAN: Let him finish. | 11:08:40 |
| 14 | MR. BACHUS: I thought he | 11:08:40 |
| 15 | was finished. | 11:08:40 |
| 16 | MR. KEENAN: Please don't | 11:08:41 |
| 17 | interrupt him. | 11:08:41 |
| 18 | MR. BACHUS: I thought he | 11:08:42 |
| 19 | was finished. | 11:08:43 |
| 20 | THE WITNESS: No. | 11:08:44 |
| 21 | BY MR. BACHUS: | 11:08:46 |
| 22 | Q. Absolutely. I thought he | 11:08:46 |
| 23 | was finished. | 11:08:48 |
| 24 | A. That when -- when one looks | 11:08:48 |
| 25 | at the word in terms of labeling | 11:08:49 |

Michael S. Kopreski, M.D.

|  |  | Page 446 |
|---|---|---|
| 1 | BY MR. BACHUS: | 11:13:53 |
| 2 | Q. All right. And resolution | 11:13:53 |
| 3 | is an outcome, isn't it? | 11:13:54 |
| 4 | A. I -- the -- | 11:14:00 |
| 5 | Q. Didn't you say that already? | 11:14:01 |
| 6 | A. I -- I -- I -- I did. The | 11:14:03 |
| 7 | -- the -- the resolution I would consider | 11:14:04 |
| 8 | an outcome. | 11:14:08 |
| 9 | Q. Okay. And -- | 11:14:09 |
| 10 | A. Ongoing I would also | 11:14:13 |
| 11 | consider an outcome. | 11:14:17 |
| 12 | Q. The -- the word alopecia or | 11:14:18 |
| 13 | hair loss cannot warn of both temporary | 11:14:20 |
| 14 | and irreversible alopecia because | 11:14:22 |
| 15 | temporary and persistent, or temporary | 11:14:24 |
| 16 | and permanent, are not consistent terms, | 11:14:28 |
| 17 | correct? | 11:14:31 |
| 18 | A. That's not correct. | 11:14:32 |
| 19 | Q. Is temporary the same -- is | 11:14:33 |
| 20 | temporary -- | 11:14:35 |
| 21 | A. Oh, I'm sorry. What is the | 11:14:35 |
| 22 | question you're asking? Whether the word | 11:14:36 |
| 23 | alopecia -- | 11:14:38 |
| 24 | Q. Whether the word temporary | 11:14:38 |
| 25 | -- I'm sorry. Let me -- let me restate | 11:14:40 |