# EXHIBIT I

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
- - -

| | | |
|---|---|---|
| IN RE: TAXOTERE | : | MDL NO. 2740 |
| (DOCETAXEL) PRODUCTS | : | SECTION: "N" |
| LIABILITY LITIGATION | : | (5) |
| | : | JUDGE |
| THIS DOCUMENT RELATES | : | ENGELHARDT |
| TO: | : | MAG. JUDGE |
| | : | NORTH |
| ALL CASES | : | |

VOLUME I
- - -
September 6, 2018
- - -

Videotaped deposition of MICHAEL S. KOPRESKI, M.D., taken pursuant to notice, was held at the law offices of McElroy Deutsch, 1300 Mt. Kemble Avenue, Morristown, New Jersey, beginning at 9:16 a.m., on the above date, before Michelle L. Gray, a Registered Professional Reporter, Certified Shorthand Reporter, Certified Realtime Reporter, and Notary Public.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph| 917.591.5672
deps@golkow.com

1  more than six months after treatment,
2  that that aspect in 1999, at the end of
3  1999, that that was a new aspect of
4  alopecia to Sanofi in 1999?
5           A.   I wouldn't say it's a new
6  aspect.  Okay.  Alopecia is known to have
7  variable recovery and it's known within
8  the art, and within oncology, that some
9  patients have prolonged recovery.  You
10 know, I saw -- I saw the case in my own
11 practice as an oncologist.  And I think
12 that would be a standard observation of
13 many oncologists who have seen many
14 patients.
15                As I was saying, the more
16 frequent something is, if the event
17 occurs, for example, in 5 percent.  Then
18 one in 20 patients an oncologist is
19 treating would see such cases.
20                So that -- that concept of
21 differential recovery is implicit, and it
22 be known to the oncologist reading the
23 term "alopecia."
24                So I think that was

1 recognized once you put alopecia into the
2 label before -- alopecia is in the label
3 before 1999.
4    Q.    Let me ask a follow-up
5 question.
6    A.    Okay.
7    Q.    Is it your testimony under
8 oath today on behalf of Sanofi and
9 binding to Sanofi, that Sanofi knew that
10 a portion of its patient population using
11 docetaxel or Taxotere before the year
12 2000, knew this before the year 2000,
13 knew that a portion of its patient
14 population would have alopecia that would
15 be ongoing for greater than six months?
16 Is that your testimony?
17    A.    I think my testimony is that
18 the term "alopecia" implies a difference
19 in recovery times.
20    The exhibits -- the exhibits
21 that you showed was that Sanofi had
22 received information about different
23 durations of alopecia.
24    So I -- you know, what