# EXHIBIT J

Frances Polizzano, PharmD

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
- - -

| | | |
|---|---|---|
| IN RE:  TAXOTERE | : | MDL NO. 2740 |
| (DOCETAXEL) PRODUCTS | : | SECTION: "N" |
| LIABILITY LITIGATION | : | (5) |
| | : | JUDGE |
| THIS DOCUMENT RELATES | : | ENGELHARDT |
| TO: | : | MAG. JUDGE |
| | : | NORTH |
| ALL CASES | : | |

- - -
February 28, 2018
- - -

Videotaped deposition of FRANCES POLIZZANO, PharmD, taken pursuant to notice, was held at the law offices of DLA Piper, 51 John F. Kennedy Parkway, Short Hills, New Jersey, beginning at 9:01 a.m., on the above date, before Michelle L. Gray, a Registered Professional Reporter, Certified Shorthand Reporter, Certified Realtime Reporter, and Notary Public.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph| 917.591.5672
deps@golkow.com

Page 369

```
 1        correct.
 2   BY MR. RATLIFF:
 3        Q.   And to your knowledge, Fran,
 4   Taxotere -- or alopecia has always been
 5   listed in the docetaxel core company data
 6   sheet; is that correct?
 7             MR. BACHUS:  Object to the
 8        form.
 9             THE WITNESS:  That is
10        correct.
11   BY MR. RATLIFF:
12        Q.   And what does the term
13   "alopecia" mean to you as we sit here, as
14   reflected historically in the Taxotere
15   label?
16             MR. BACHUS:  Object to the
17        form.
18             THE WITNESS:  Alopecia is a
19        term that sort of encompasses a
20        range of -- ranging from anything
21        from you have nothing to
22        permanent.  So it could be
23        transient.  It could be temporary.
24        It could be persisting.  It's the
```

1          full spectrum of hair loss.
2     BY MR. RATLIFF:
3          Q.   So it doesn't say alopecia
4     will always be temporary?
5          A.   No, it does not.
6          Q.   And it doesn't say alopecia
7     will never be permanent; is that correct?
8          A.   That's true.
9          Q.   Okay.  And is -- in your
10    experience Fran, in the regulatory
11    department, is it common that over the
12    lifecycle of a drug, that the language,
13    the safety language, may change in the
14    label?
15         A.   Yes, that's very common.  In
16    the beginning when we first start with
17    the labels, they're based on clinical
18    studies which is for a finite period of
19    time.  But over time, we start getting
20    information from either other studies or
21    also from postmarketing use.  And so it's
22    an evolving reflection of the safety
23    profile.
24         Q.   Okay.  Why don't you set