# EXHIBIT K

Lesley Fierro

```
 1              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF LOUISIANA
 2
                          -  -  -
 3
                                   :
 4    IN RE: TAXOTERE         :
      (DOCETAXEL) PRODUCTS    : MDL No. 2740
 5    LIABILITY LITIGATION    : Section H(5)
      _____ : JUDGE MILAZZO
 6                            : MAG. JUDGE NORTH
      This Document Relates to: :
 7    All Cases               :
 8
 9
10                        -  -  -
11                  January 17, 2019
12                        -  -  -
13                  LESLEY FIERRO
14                        -  -  -
15
16            Transcript of the videotaped
      deposition of LESLEY FIERRO, pursuant to
17    the Federal Rules of Civil Procedure, held
      at Nexsen Pruet, 400 Main Street, Suite 100A
18    Main Street Office Campus, Hilton Head Island,
      South Carolina, 29926, commencing 9:00 a.m. on
19    the above-referenced date, as taken by and
      before Karen Kidwell, RMR, CRR, CRC, and Notary
20    Public.
21                        -  -  -
22
23
24            GOLKOW TECHNOLOGIES, INC.
          ph 877.370.3377  |  fax 917.591.5672
25                deps@golkow.com
```

Lesley Fierro

1          of those discussions.  So --

2    BY MR. WOOL:

3          Q.    And -- I'm sorry.  Were you done?

4          A.    So I mean -- but in my mind, the approved

5    labeling, which is basically the best information to

6    share with health care professionals and consumers, I

7    do have that information.

8          Q.    And you can share information that's

9    consistent with that labeling, correct?

10         A.    Correct.

11         Q.    And you believe that "hair generally grows

12   back," or the word "alopecia," convey information

13   about both temporary alopecia and permanent alopecia,

14   correct?

15         A.    I believe it's a broad term, and yes, you

16   can take it to mean all aspects of alopecia.

17         Q.    So if alopecia is in the label, then, it

18   would not be inconsistent with the label, and

19   therefore you could update all of your forms to put a

20   simple sentence that says "Cases of permanent

21   alopecia have been reported," couldn't you?

22              MR. DePAZ:  Object to the form.

23              THE WITNESS:  Theoretically, we -- we

24        could have.

25

Lesley Fierro

1   back.  It doesn't really tell you whether it will

2   grow back or it won't grow back.

3          Q.   Does alopecia, to you, exclude temporary

4   alopecia?

5          A.   No.

6          Q.   Does it exclude permanent alopecia?

7          A.   No.

8          Q.   Prior to today -- let me start my question

9   over.

10          Who would have been responsible for

11   drafting this document?

12          A.   The department is divided -- the medical

13   information department, with myself as the head, is

14   divided into therapeutic areas.  Each therapeutic

15   area has three or four individuals working on the

16   products in that therapeutic area.  In this case, the

17   oncology therapeutic area would be responsible for

18   drafting these documents.

19          Q.   Let me ask you one more question regarding

20   "hair generally grows back."  Is that a guarantee

21   that hair will grow back?

22          MR. WOOL:  Object to form.

23          THE WITNESS:  No.

24   BY MR. DePAZ:

25          Q.   I'd like to move to Exhibit 8.