# EXHIBIT L

Jean-Philippe Aussel

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

*******************************

IN RE:  TAXOTERE (DOCETAXEL)

PRODUCTS LIABILITY                    MDL No. 2740

LITIGATION                            Section: "H"

                                      Judge MILAZZO

This Document Relates to:      Mag. Judge North

All Cases

*******************************


 VIDEOTAPED DEPOSITION OF JEAN-PHILIPPE AUSSEL



            Thursday, October 11th, 2018

                  8:58 a.m.




        Held At:

                DLA Piper UK LLP

                160 Aldersgate Street

                London, United Kingdom


        REPORTED BY:

        Maureen O'Connor Pollard, RMR, CLR, CSR

Jean-Philippe Aussel

Page 85

1      A.     Correct.

2      Q.     And this informed consent we've been
3   looking at from this time period is an informed
4   consent for a prostate cancer study, right?

5      A.     Yes.  Correct.  TAX327 is a study in
6   metastatic prostate cancer.  3501 is a study in
7   earlier stages of prostate cancer, correct.

8      Q.     And then if we look at the next page,
9   we see that Sanofi reports alopecia, correct?

10     A.     Yes.  Correct.

11     Q.     And then if we look back at the
12  informed consent, for that alopecia Sanofi has
13  translated that for patients to mean reversible
14  hair loss, correct?

15            MR. RATLIFF:  Object to form.

16     A.     Correct.

17  BY MR. WOOL:

18     Q.     Is it your belief, Mr. Aussel, that
19  when Sanofi tells doctors alopecia, that they
20  are telling doctors about both permanent and
21  reversible alopecia?

22            MR. RATLIFF:  Object to form.

23     A.     I don't know.  I mean, the label says
24  alopecia.  I don't know what was agreed with the
25  health authorities about the details to be

Jean-Philippe Aussel

Page 86

1   provided regarding alopecia.  I don't know what
2   was the -- what the specialists in labeling
3   meant when listing this specific adverse event.
4   As it is, I can't really comment.  But the form
5   of alopecia, I mean the incidence of alopecia,
6   there's no specific qualifier.
7   BY MR. WOOL:
8        Q.    But if we look at the informed consent
9   from this time period, Sanofi is telling
10  patients that reversible hair loss is a reported
11  adverse event, correct?
12            MR. RATLIFF:  Object to form.
13       A.    This is correct.
14  BY MR. WOOL:
15       Q.    In anywhere in this Taxotere section
16  is Sanofi telling patients that permanent hair
17  loss has been reported?
18            MR. RATLIFF:  Object to form.
19       A.    This is a question.  Yes.  Correct.
20  BY MR. WOOL:
21       Q.    So you're agreeing with me that
22  there's no warning in this section of Sanofi
23  telling patients that permanent hair loss has
24  been reported following the use of Taxotere?
25            MR. RATLIFF:  Object to form.