# EXHIBIT M

Paul Chew, M.D.

```
 1           UNITED STATES DISTRICT COURT
 2           EASTERN DISTRICT OF LOUISIANA
 3                      - - -
 4
     IN RE:  TAXOTERE         :  MDL No. 2740
 5   (DOCETAXEL) PRODUCTS     :
     LIABILITY LITIGATION     :  SECTION: "H"
 6                            :
                              :  JUDGE MILAZZO
 7   This Document Relates    :
     To:   ALL CASES          :  MAG. JUDGE
 8                            :  NORTH
 9
                         - - -
10
                   December 13, 2018
11
                         - - -
12
13           Videotape realtime
     deposition of PAUL CHEW, M.D., taken
14   pursuant to notice, was held at the law
     offices of DLA Piper, 51 John F. Kennedy
15   Parkway, Suite 120, Short Hills, New
     Jersey, beginning at 8:33 a.m., on the
16   above date, before Kimberly A. Cahill, a
     Federally Approved Registered Merit
17   Reporter and Notary Public.
18
19                      - - -
20
21
             GOLKOW LITIGATION SERVICES
22        877.370.3377 ph| 917.591.5672
                 deps@golkow.com
23
24
```

Paul Chew, M.D.

1           A.    Yes, I do.
2           Q.    And I think your testimony
3    was that the words "permanent and
4    irreversible" to your knowledge did not
5    appear in the USPI.
6           A.    Yes.
7           Q.    Do you agree with that?
8           A.    Yes.
9           Q.    But you will agree that the
10   term "alopecia," without limitation, has
11   been in the Taxotere label since it has
12   entered the market in the United States.
13   Would you agree with that?
14          A.    Yes.
15               MR. MARKOFF:  Object to the
16          form.
17   BY MR. RATLIFF:
18          Q.    And in your opinion as a
19   medical doctor, do you find that to be
20   sufficient to put prescribers on notice
21   that when you take Taxotere, whether it
22   is single-agent monotherapy or in
23   combination with other alopecia-causing
24   chemotherapies, that hair loss is likely

Paul Chew, M.D.

1   to happen and it's what -- the severity,

2   degree, duration is going to depend

3   patient by patient?

4              MR. MARKOFF:  Object to the

5        form.

6              THE WITNESS:  It does depend

7        on patient to patient, yes.

8   BY MR. RATLIFF:

9        Q.   And then if you'll turn to

10  page 6, I just want to touch on this very

11  briefly.  You'll see the last -- I guess

12  the third big bullet point.  Do you see

13  that?  It says "In patients"?

14       A.   Yes.

15       Q.   And it says:  In patients

16  treated with docetaxel (Taxotere), the

17  following classes of widely marketed

18  anticancer agents are often associated to

19  docetaxel in sequential and combination

20  regimens.  Since these agents are known

21  to cause alopecia, they are likely to

22  contribute to the severity and duration

23  of alopecia.

24             And then there is a broad