# EXHIBIT N

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

*******************************

IN RE:   TAXOTERE (DOCETAXEL)

PRODUCTS LIABILITY                MDL No. 2740

LITIGATION                        Section: "N"(5)

                                  Judge Engelhardt

This Document Relates to:         Mag. Judge North

All Cases

*******************************


VIDEOTAPED DEPOSITION OF NANAE HANGAI, MD, PhD



Thursday, February 1st, 2018

9:10 a.m.


Held At:

Ropes & Gray LLP

800 Boylston Street

Boston, Massachusetts


REPORTED BY:

Maureen O'Connor Pollard, RMR, CLR, CSR

Page 354

1   updated in 2000 -- roughly December of 2015 to
2   include some language in the postmarketing
3   section.
4            Do you recall that?
5      A.   Yes.
6      Q.   Prior to that update, do you believe
7   that the USPI adequately warned about alopecia,
8   whether it be temporary, short-term, or
9   longstanding?
10           MS. MENZIES:  Object to form.
11     A.   Adequately reported.
12  BY MR. RATLIFF:
13     Q.   Why do you say that?
14           MS. MENZIES:  Object to form.
15     A.   Because alopecia was listed in the
16  USPI.
17  BY MR. RATLIFF:
18     Q.   Would you look at Exhibit 12?  I
19  actually do have one more question.
20           MS. MENZIES:  We know.
21           MR. RATLIFF:  Classic lawyer mistake.
22           MS. MENZIES:  That's never happened
23  before.
24  BY MR. RATLIFF:
25     Q.   Actually, you know what?  Nanae, why