# EXHIBIT O

```
 1            UNITED STATES DISTRICT COURT

 2            EASTERN DISTRICT OF LOUISIANA

 3

 4

 5   *******************************

 6   IN RE:  TAXOTERE (DOCETAXEL)     MDL NO. 2740

 7   PRODUCTS LIABILITY LITIGATION     SECTION H

 8   THIS DOCUMENT RELATES TO:        JUDGE MILAZZO

 9   ALL CASES                         MAG. JUDGE NORTH

10   *******************************

11

12

13              VIDEOTAPED DEPOSITION OF:

14              EMANUEL PALATINSKY, M.D.

15                ROPES & GRAY LLP

16                Prudential Tower

17                800 Boylston Street

18               Boston, Massachusetts

19            August 10, 2018        8:38 a.m.

20

21

22

23               Darlene M. Coppola

24             Registered Merit Reporter

25             Certified Realtime Reporter
```

Emanuel Palatinsky, M.D.

```
 1      alopecia.

 2              Correct?

 3                      MR. RATLIFF:  Object to form.

 4      A.   I remember testifying that I did not

 5      have any objection to that.

 6      BY MR. BACHUS:

 7      Q.   And I asked whether you agreed or

 8      disagreed with it.  And you said that you

 9      agreed with it.

10      A.   I said that I did not have any

11      objection to that.

12      Q.   So do you agree or disagree that

13      doctors and patients in Europe were warned

14      about the possibility of the irreversibility

15      of alopecia in 2011, and that women in the

16      United States were not?

17                      MR. RATLIFF:  Object to form.

18      A.   I'm not saying that women in the

19      United States were not warned about persistent

20      alopecia.

21              I don't see where -- where do you draw

22      that conclusion from?

23      BY MR. BACHUS:

24      Q.   You tell me.  How were the women in

25      the United States warned about the potential
```

Emanuel Palatinsky, M.D.

```
 1        for the irreversibility of alopecia through

 2        the US label?

 3             A.   Is this the end of your question?

 4             Q.   Yes.

 5             A.   They were warned about persistent

 6        alopecia because the concept of persistent

 7        alopecia is inherent to alopecia.

 8                  A physician reading the USPI and a

 9        patient reading the patient -- the product

10        information leaflet will know that alopecia

11        could be reversible or it might not be

12        reversible.

13             Q.   Other than through the word alopecia,

14        would you agree with me that in 2011, women in

15        the United States were not otherwise warned

16        about the possibility of reversibility of

17        alopecia?

18                       MR. RATLIFF:  Object to form.

19             A.   Quite clear, clearly understand what

20        you want to know, I just answered that the

21        word "alopecia" is sufficient to warn a

22        patient of the possibility of irreversibility

23        of alopecia.

24        BY MR. BACHUS:

25             Q.   Is there --
```

Emanuel Palatinsky, M.D.

```
 1                      MR. RATLIFF:  The page is 8867

 2      followed by 8868.

 3                      MR. BACHUS:  And you've asked

 4      him to look at 8868?

 5                      MR. RATLIFF:  That's what we're

 6      on now.

 7                      MR. BACHUS:  Okay.  Thank you.

 8      BY MR. RATLIFF:

 9          Q.   You'll see the section on "Hair loss."

10               Do you see that?

11          A.   Yes, I can see that.

12          Q.   And it says, "Loss of hair occurs in

13      most patients taking Taxotere, including hair

14      on your underarm, pubic hair, eyebrows and

15      eyelashes."

16               And then it goes on to state, "Hair

17      loss will begin after the first few

18      treatments.  And it varies from patient to

19      patient.

20               "Once you've completed all your

21      treatments, hair generally ... generally grows

22      back."

23               What does that statement mean to you

24      as a global safety officer and as a doctor and

25      medical professional?
```

Emanuel Palatinsky, M.D.

1           MR. BACHUS:  Object to form.

2       A.  It tells me that this document is

3   communicating to the reader that in a majority

4   of patients, the hair loss will recover, and

5   in a minority of patients, it may not.

6   BY MR. RATLIFF:

7       Q.  And is that statement -- is that

8   statement true the entire time that you were

9   the global safety officer for Taxotere?

10          MR. BACHUS:  Object to form.

11      A.  I think the statement is -- yeah, is

12  valid.  Was demonstrated to be true.

13  BY MR. RATLIFF:

14      Q.  It was never a promise that after

15  taking Taxotere your hair would regrow back

16  exactly as it was?

17      A.  Right.

18          MR. BACHUS:  Object to form.

19      A.  I've never seen that.

20  BY MR. RATLIFF:

21      Q.  And has Sanofi ever made, in your

22  knowledge, a promise or guarantee to patients

23  that if they take Taxotere, certainly in

24  combination with other chemotherapies, that

25  their hair will always grow back exactly as it

Emanuel Palatinsky, M.D.

1      was before they went through chemotherapy?

2          A.   I've never seen such a thing.

3          Q.   Would anyone make that promise?

4                    MR. BACHUS:  Object to form.

5          A.   Can you please repeat your question.

6      BY MR. RATLIFF:

7          Q.   Would -- can you think of any reason

8      why -- why would anyone -- would anyone make

9      that kind of promise, I guarantee...

10         A.   I don't know who -- who could be the

11     person who makes that type of promise.  It's

12     impossible.

13                   MR. BACHUS:  Same objection to

14     the last question when it was rephrased.

15     BY MR. RATLIFF:

16         Q.   Will you grab Exhibit 6,

17     Dr. Palatinsky.

18         A.   6, I have it.

19         Q.   Exhibit 6, Dr. Palatinsky, was a

20     series of tables from PSUR 27, I believe.

21                   Does that sound about right?

22         A.   Yes.

23         Q.   There were a lot of questions

24     yesterday about what a preferred term is.

25                   And what is a preferred term?

Emanuel Palatinsky, M.D.

1       Q.   Dr. Palatinsky, I'm handing you what's

2    been marked as Exhibit 35.  I'll represent to

3    you that this is a copy of the United States

4    package insert, otherwise known as the US

5    label, as it stood on November of 2014.

6            Are you familiar with the USPI?

7       A.   Yes, I'm very familiar with the USPI.

8       Q.   And yesterday and a little bit today,

9    in fact, you were asked repeatedly whether the

10   term irreversible alopecia appeared in the

11   USPI.

12           Do you -- do you remember all those

13   questions?

14      A.   Yes, I remember an extensive number of

15   questions.

16      Q.   As you sit here today as a doctor, as

17   a medical professional, someone with an

18   expertise in safety, do you consider the

19   United States package insert to have

20   adequately advised physicians of the risk that

21   alopecia may be persistent?

22                MR. BACHUS:  Object to the

23   form.

24      A.   The document is adequate to indicate

25   that there is that risk.