# EXHIBIT P

Gina L. Vestea, PharmD

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
- - -

| | | |
|---|---|---|
| IN RE:  TAXOTERE | : | MDL NO. 2740 |
| (DOCETAXEL) PRODUCTS | : | SECTION: "N" |
| LIABILITY LITIGATION | : | (5) |
| | : | JUDGE |
| THIS DOCUMENT RELATES | : | ENGELHARDT |
| TO: | : | MAG. JUDGE |
| | : | NORTH |
| ALL CASES | : | |

- - -
February 27, 2018
- - -

Videotaped deposition of
GINA L. VESTEA, PharmD, taken pursuant to
notice, was held at the law offices of
DLA Piper, 51 John F. Kennedy Parkway,
Short Hills, New Jersey, beginning at
9:08 a.m., on the above date, before
Michelle L. Gray, a Registered
Professional Reporter, Certified
Shorthand Reporter, Certified Realtime
Reporter, and Notary Public.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph| 917.591.5672
deps@golkow.com

Gina L. Vestea, PharmD

Page 481

1        A.    Yes.
2        Q.    And is it true that at some
3   points the Taxotere label has referred to
4   alopecia as a broader term?
5        A.    Yes.
6        Q.    And at other times, is it
7   true that the patient information had
8   said that once you have completed all
9   your treatments, hair generally grows
10  back?
11       A.    Yes.
12       Q.    And then today in the
13  present, there's language that cases of
14  permanent alopecia have been reported,
15  isn't there?
16       A.    Yes.
17       Q.    Counsel never actually
18  showed you any of the versions of the
19  United States labeling for Taxotere, did
20  he?
21       A.    No.
22       Q.    Do you feel, though, as a
23  Sanofi employee in regulatory affairs,
24  that all iterations of that labeling with

1   respect to alopecia were truthful?
2         A.    Yes.
3         Q.    Do you feel as a regulatory
4   affairs employee at Sanofi that all
5   iterations of that label on permanent
6   alopecia were accurate?
7         A.    Yes.
8         Q.    And do you also feel that as
9   an employee of regulatory affairs at
10  Sanofi, that all iterations of that label
11  with respect to persistent alopecia and
12  Taxotere -- with respect to alopecia were
13  reasonable?
14        A.    Yes.
15        Q.    And in regulatory affairs,
16  do you often find it appropriate to defer
17  to FDA about how exactly the severity or
18  temporality of adverse events are
19  described?
20        A.    Yes.
21        Q.    During your time at the
22  company, do you believe that your
23  colleagues at Sanofi took patient safety
24  seriously?