# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT** |
| THIS DOCUMENT RELATES TO:<br><br>Patti Krehl | Civil Action No.: 2:17-cv-14419 |

**NOW COMES** Plaintiff, Patti Krehl, by and through the undersigned counsel, who respectfully brings this Motion pursuant to 15(a)(2) of the Federal Rules of Civil Procedure. Plaintiff hereby moves for leave to file an Amended Short Form Complaint, as attached hereto as Exhibit A.

Plaintiff's counsel conferred with counsel for Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S Inc., Sanofi-Aventis U.S. LLC, Sandoz Inc., Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Sun Pharma Global FZE, Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., Pfizer Inc., Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc. who agreed, in the interest of judicial economy, not to oppose the motion for leave to amend.

Dated this 8th day of July, 2021

/s/ *Daniel P. Markoff*
Daniel P. Markoff

Atkins and Markoff
9211 Lake Hefner Parkway
Oklahoma City, OK 73129
405-607-8757
Dmarkoff@atkinsandmarkoff.com

## CERTIFICATE OF COMPLIANCE

In compliance with Local Rule 7.6, Defendant Liaison Counsel has been contacted, and Defendants did not indicate any opposition to the relief requested.

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: July 8, 2021 /s/*Daniel P. Markoff*

# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N"(5) |
| | JUDGE ENGELHARDT |
| PATTI KREHL | MAG. JUDGE NORTH |
| Plaintiff(s), | COMPLANT & JURY DEMAND |
| vs. | Civil Action No.: 2:17-CV-14419 |
| Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi Aventis US LLC and Sagent Pharmaceuticals, | |
| Defendant(s). | |

## SECOND AMENDED SHORT FORM COMPLAINT

Plaintiff(s) incorporate by reference the Amended Master Long Form Complaint and Jury Demand filed in the above-referenced case on March 31, 2017. Pursuant to Pretrial Order No. 15, this Amended Short Form Complaint adopts allegations and encompasses claims as set forth in the Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1. Plaintiff:
   **PATTI KREHL**

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

3. Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

4. Current State of Residence: **PENNSYLVANIA**

5. State in which Plaintiff(s) allege(s) injury: **PENNSYLVANIA**

6. Defendants (check all Defendants against whom a Complaint is made):

   a. Taxotere Brand Name Defendants

   - ☐ A. Sanofi S.A.
   - ☐ B. Aventis Pharma S.A.
   - ☒ C. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.
   - ☒ D. Sanofi-Aventis U.S. LLC

   b. Other Brand Name Drug Sponsors, Manufacturers, Distributors

   - ☐ A. Sandoz Inc.
   - ☐ B. Accord Healthcare, Inc.
   - ☐ C. McKesson Corporation d/b/a McKesson Packaging
   - ☐ D. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.
   - ☐ E. Hospira, Inc.
   - ☐ F. Sun Pharma Global FZE
   - ☐ G. Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.
   - ☐ H. Pfizer Inc.
   - ☐ I. Actavis LLC f/k/a Actavis Inc.
   - ☐ J. Actavis Pharma, Inc.

2

☐ K.   Other:  Sagent Pharmaceuticals

7. Basis for Jurisdiction:

☒ Diversity of Citizenship

☒ Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

In accordance with this Court's Pretrial Order Nos 4 (Dkt. 122) and 37 (Dkt 318), this case may be directly filed into MDL 2740

8. Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

Eastern District of Louisiana

9. Brand Product(s) used by Plaintiff (check applicable):

☒ A.   Taxotere

☐ B.   Docefrez

☐ C.   Docetaxel Injection

☐ D.   Docetaxel Injection Concentrate

☐ E.   Unknown

☐ F.   Other:

3

10. First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

> June 2014 to December 2014

11. State in which Product(s) identified in question 9 was/were administered:

> PENNSYLVANIA

12. Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> Disfiguring permanent alopecia beginning approximately UNKNOWN 2014 and continuing to date.

13. Counts in Master Complaint brought by Plaintiff(s):

- [x] Count I – Strict Products Liability - Failure to Warn
- [ ] Count II – Strict Products Liability for Misrepresentation
- [x] Count III – Negligence
- [x] Count IV – Negligent Misrepresentation
- [x] Count V – Fraudulent Misrepresentation
- [x] Count VI – Fraudulent Concealment
- [x] Count VII – Fraud and Deceit
- [ ] Count VIII – Breach of Express Warranty (Sanofi Defendants only)

- [ ] Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

4

14. Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

By: Daniel P. Markoff, OBA# 14886
Bria Hanlon, OBA# 32412
ATKINS & MARKOFF
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Facsimile: (405) 607-8749
Email: dmarkoff@atkinsandmarkoff.com
Email: bhanlon@atkinsandmarkoff.com