# EXHIBIT A

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

****************************************************************
IN RE:   TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

                         Civil Action No. 16-MD-2740
                         Section "H"(5)
                         New Orleans, Louisiana
                         September 5, 2019

THIS DOCUMENT RELATES TO ALL CASES
****************************************************************


                    TRANSCRIPT OF MOTION HEARING
          HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
                   UNITED STATES DISTRICT JUDGE


APPEARANCES:

FOR THE PLAINTIFFS:

                         DAWN BARRIOS
                         BARRIOS KINGSDORF & CASTEIX
                         701 POYDRAS STREET
                         SUITE 3650
                         NEW ORLEANS, LA 70139

                         MATTHEW PALMER LAMBERT
                         GAINSBURGH BENJAMIN DAVID MEUNIER
                         & WARSHAUER
                         1100 POYDRAS STREET
                         SUITE 2800
                         NEW ORLEANS, LA 70163

                         DARIN SCHANKER
                         BACHUS & SCHANKER
                         1899 WYNKOOP STREET
                         SUITE 700
                         DENVER, CO 80202

                         CHRISTOPHER COFFIN
                         PENDLEY BAUDIN & COFFIN
                         1515 POYDRAS STREET
                         NEW ORLEANS, LA 70112
```

|   |   |   |
|---|---|---|
| 03:38:01PM | 1 | this conversation. |
| 03:38:01PM | 2 | THE COURT:  I'll tell you from the outset, my first |
| 03:38:04PM | 3 | issue was, you know, the fact that I think there's some |
| 03:38:09PM | 4 | testimony -- and, again, I'm getting -- that Sanofi shut out |
| 03:38:15PM | 5 | some of these people from Facebook.  I think that's a 403 |
| 03:38:20PM | 6 | issue.  I don't know whether that has anything to do with it. |
| 03:38:23PM | 7 | And it would be very, very prejudicial. |
| 03:38:25PM | 8 | On the other hand, if advocacy groups were contacting |
| 03:38:32PM | 9 | you with these reports, what do you do with it? |
| 03:38:36PM | 10 | MR. STRONGMAN:  And, Your Honor, I think you're |
| 03:38:37PM | 11 | exactly right.  The bulk of our motion deals with -- and it's |
| 03:38:41PM | 12 | in the documents and it's in the deposition testimony, deals |
| 03:38:44PM | 13 | with the fact, like you were saying about Ms. Ledlie posting |
| 03:38:51PM | 14 | a bunch of negative posts about our company on a Facebook |
| 03:38:56PM | 15 | page not designed for that purpose.  And so what was done |
| 03:38:58PM | 16 | was, that was changed and there was a post put up that said |
| 03:39:02PM | 17 | if you have a medical complaint, here is the |
| 03:39:07PM | 18 | pharmacovigilance process you go through.  Please contact the |
| 03:39:12PM | 19 | medical department, file a med watch form, et cetera.  So |
| 03:39:18PM | 20 | with regard to notice, that all is a pharmacovigilance arm |
| 03:39:22PM | 21 | and that -- that was done.  So all of this peripheral |
| 03:39:26PM | 22 | stopping the voices and shutting them out, that is all |
| 03:39:29PM | 23 | entirely irrelevant and a 403 issue, as Your Honor has said. |
| 03:39:34PM | 24 | But whether or not we had notice of them in terms of the |
| 03:39:38PM | 25 | pharmacovigilance piece, we did and there are adverse event |

| | | |
|---|---|---|
| 03:39:44PM | 1 | reports on that and that went through that system.  So that's |
| 03:39:46PM | 2 | not in debate.  It's simply this Facebook, you're shutting |
| 03:39:54PM | 3 | down voices type of thing that's going on and we feel 401 and |
| 03:39:58PM | 4 | 403. |
| 03:40:00PM | 5 | THE COURT:  Thank you. |
| 03:40:00PM | 6 | Ms. Menzies. |
| 03:40:03PM | 7 | MS. MENZIES:  Thank you, Your Honor.  I might have |
| 03:40:04PM | 8 | some good news for you. |
| 03:40:05PM | 9 | THE COURT:  I am hoping against all hope. |
| 03:40:08PM | 10 | MS. MENZIES:  We don't want to get into the details |
| 03:40:11PM | 11 | of Ms. Ledlie.  We don't want to get into the details of |
| 03:40:15PM | 12 | Taxotere -- the Taxotears. |
| 03:40:15PM | 13 | THE COURT:  I think that's clearly 403.  That's any |
| 03:40:19PM | 14 | probative value is outweighed by the prejudicial. |
| 03:40:24PM | 15 | MS. MENZIES:  The problem, Your Honor, is that the |
| 03:40:26PM | 16 | motion that they filed on these issues is very broad.  As you |
| 03:40:28PM | 17 | note, they want to get rid of all the argument and evidence |
| 03:40:31PM | 18 | related to Shirley Ledlie, fine.  Taxotears, fine.  The |
| 03:40:35PM | 19 | problem is, is the fact that women were contacting the |
| 03:40:39PM | 20 | company, whether it was Shirley Ledlie or -- |
| 03:40:41PM | 21 | THE COURT:  I think he's saying that's fine. |
| 03:40:44PM | 22 | MS. MENZIES:  So we may have to take a name out.  We |
| 03:40:47PM | 23 | may have to -- the fact that there were women contacting the |
| 03:40:49PM | 24 | company -- |
| 03:40:49PM | 25 | THE COURT:  Are we going back to back-dooring adverse |

| | | |
|---|---|---|
| 03:49:51PM | 1 | that was done by Dr. Madigan and Dr. Kessler and that's where |
| 03:49:55PM | 2 | it should stay.  Thank you. |
| 03:50:14PM | 3 | THE COURT:  You know, I have to tell you, I'm not |
| 03:50:17PM | 4 | inclined to admit this evidence.  I do think it's a 403 |
| 03:50:23PM | 5 | issue.  I think if we found out that they were not accepting |
| 03:50:27PM | 6 | adverse event reports, that would be one thing, but what you |
| 03:50:35PM | 7 | had is angry women posting on social media the fact that they |
| 03:50:39PM | 8 | wanted them off of their Facebook page. |
| 03:50:42PM | 9 | Now, it could be at some point become impeachment, |
| 03:50:46PM | 10 | and if that's the issue, you know, then I'll deal with it. |
| 03:50:47PM | 11 | If they say, you know -- that may be.  But out the box, I |
| 03:50:56PM | 12 | just think it's a 403 issue.  If they refuse to accept |
| 03:51:00PM | 13 | adverse event reports, that would be one thing, but that's |
| 03:51:04PM | 14 | not what I heard.  What I heard is they tell them to make the |
| 03:51:09PM | 15 | complaint in the proper way that we're going to assess it, |
| 03:51:13PM | 16 | not on Facebook. |
| 03:51:15PM | 17 | Now, we may find ourselves -- watch what you ask for, |
| 03:51:22PM | 18 | you just might get it.  If you open the door, I don't allow |
| 03:51:26PM | 19 | peeking in and shutting it real quick.  It's open and then |
| 03:51:33PM | 20 | it's fair game.  Okay? |
| 03:51:37PM | 21 | MS. MENZIES:  Thank you, Your Honor. |
| 03:51:39PM | 22 | THE COURT:  All right.  2015 label change. |
| 03:51:43PM | 23 | MR. STRONGMAN:  Yes, Your Honor. |
| 03:51:44PM | 24 | We're to the last one on the to argue list, thank |
| 03:51:48PM | 25 | goodness.  And this one is pretty straightforward in terms of |