# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
- - -

| | | |
|---|---|---|
| IN RE: TAXOTERE | : | MDL NO. 2740 |
| (DOCETAXEL) PRODUCTS | : | SECTION: "N" |
| LIABILITY LITIGATION | : | (5) |
| | : | JUDGE |
| THIS DOCUMENT RELATES | : | ENGELHARDT |
| TO: | : | MAG. JUDGE |
| | : | NORTH |
| ALL CASES | : | |

- - -

October 10, 2018

- - -

Videotaped deposition of MADELINE MALIA, taken pursuant to notice, was held at the law offices of Shook Hardy & Bacon, 2001 Market Street, Philadelphia, Pennsylvania beginning at 9:11 a.m., on the above date, before Michelle L. Gray, a Registered Professional Reporter, Certified Shorthand Reporter, Certified Realtime Reporter, and Notary Public.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph| 917.591.5672
deps@golkow.com

Page 319

1 took down every post of Shirley Ledlie's,
2 correct?
3            MR. STRONGMAN:  Objection.
4       Form.
5            THE WITNESS:  I can't -- I
6       can't comment.  I don't recall
7       actively taking down any of her
8       posts.  There was, on the
9       Sanofi-Aventis -- so the
10      Sanofi-Aventis TV, I can't comment
11      on, I wasn't involved at all.
12           The unofficial
13      Sanofi-Aventis Facebook page that
14      I mentioned, we didn't take down
15      or even request that her posts was
16      removed, as far as I can remember.
17      It wasn't a page that was owned or
18      operated by Sanofi in any -- in
19      any way.  So...
20 BY MS. MENZIES:
21      Q.   Do you recall Sanofi deleted
22 all of Shirley Ledlie's posts that they
23 could, blocked her from the websites, and
24 reported her to Facebook?

Page 320

1        A.    What I do remember is that
2   on the Sanofi-Aventis Voices page, that
3   that was specifically supposed to be
4   U.S.-only employees.  And so it wasn't
5   that the -- the Facebook page was not
6   initially developed with the right
7   parameters, basically.  And they updated
8   the page to be for U.S. -- for U.S.
9   employees only, as it was intended to be.
10  And so in that way, any ex-US, or anyone
11  with an outside U.S. IP address would
12  have been removed.  So I don't know -- I
13  don't know if there was any posts that
14  were removed prior to that.
15            MS. MENZIES:  Let me move to
16        strike as nonresponsive and ask
17        the question again.
18  BY MS. MENZIES:
19       Q.    Do you recall and isn't it
20  true that Sanofi removed Shirley Ledlie's
21  posts, blocked Shirley Ledlie, and
22  reported her to Facebook?
23            MR. STRONGMAN:  Objection.
24        Form.