# EXHIBIT C

| | |
|---|---|
| From: | Spitaletta, Sabrina PH/US |
| Sent: | Thursday, March 11, 2010 8:08 PM |
| To: | Burch, Stacy PH/US; Malia, Madeline PH/US |
| Subject: | RE: Facebook |

The information below is what we have posted (and was approved) for VOICES.   We can just use the "what is VOICES" paragraph?

## *Objectives:*
**What is Our VOICES?**

Our VOICES is the sanofi-aventis U.S. Grassroots and Civic Involvement Network. As people who work in the healthcare industry, we have the opportunity to be well-informed and reach out to help educate others. We will make our voices heard at a state and national level on issues of importance to patients, families, friends, our network and our company. We will reach outward, as well as communicate within the company to create a stronger grassroots network. We will take action and share our information and our viewpoints with our elected officials in order to help contribute to public policy as it relates to healthcare industry topics and issues.

The description on the main page is:
sanofi-aventis US grassroots network. www.ourvoices.sanofi-aventis.us

On the "Boxes" page it says this:

## *VOICES*
Vitalize, Organize, Involve, Communicate, Educate, Serve

**V**italize our voice
**O**rganize our support structure
**I**nvolve and extend the network to retirees, family,
   friends and the community
**C**ommunicate effectively and timely
**E**ducate on relevant topics to inform network for action
**S**erve our community by providing resources

*For U.S. Residents Only*

## *Contact Information:*
Citizen Advocacy Through Education and Action

Join today. And recruit others!

Find Your VOICE

Associate Vice President, Grassroots and Civic Action Programs at sanofi-aventis U.S.: ourvoices@sanofi-aventis.com

## *Objectives:*

1

Confidential                                                                                                         Sanofi_05950665

**What is Our VOICES?**

Our VOICES is the sanofi-aventis U.S. Grassroots and Civic Involvement Network. As people who work in the healthcare industry, we have the opportunity to be well-informed and reach out to help educate others. We will make our voices heard at a state and national level on issues of importance to patients, families, friends, our network and our company. We will reach outward, as well as communicate within the company to create a stronger grassroots network. We will take action and share our information and our viewpoints with our elected officials in order to help contribute to public policy as it relates to healthcare industry topics and issues.

## *Company Info*
sanofi-aventis U.S.

**WHO WE ARE**

Sanofi-aventis U.S., headquartered in Bridgewater, NJ, is committed to maintaining the innovative approach initiated by our parent company, headquartered in Paris, France, to impact the dimensions of global healthcare. Our dedication to the company core values results in better medical research, medicine and access for patients, education and support for families and communities across the U.S. and around the world.

**Global Reach Through Local Implementation**
Our mission is to work harder, better and faster in the field of healthcare to bring great innovative products to millions of patients the world over, while helping to make treatments more widely accessible. We bring together the talents, skills and know-how of our employees to realize this mission as well as our ambitious goals for the future.

**Sanofi-aventis in the U.S.**
Sanofi-aventis employs approximately 15,000 employees in the U.S. at 17 geographical sites throughout the country. In addition, there are approximately 16,000 retired employees across the U.S. The U.S. headquarters is located in Bridgewater, NJ. Sanofi-aventis employees are represented throughout 50 states.

---

**From:** Malia, Madeline PH/US
**Sent:** Thursday, March 11, 2010 11:24 AM
**To:** Baxter, Elizabeth PH/US; Burch, Stacy PH/US; Boyd, Noelle PH/US; Spitaletta, Sabrina PH/US
**Cc:** Tsui, Emmy PH/US; Cox, Jack PH/US
**Subject:** RE: Facebook

We are getting an official statement up on the Voices site urgently.  It will be up by end of day -- hopefully.

In the meantime, if you have questions about what is happening please contact me or Stacy.  We want to manage this quickly and swiftly, and therefore do not want to raise it widely within the company until we have next steps clearly outlined.

*Madeline M Malia*
**U.S. Communications**
sanofi-aventis

55 Corporate Drive, P.O. Box 5925
Bridgewater, NJ 08807
Direct: 908.981.5687
Mobile: 609.651.1323
Email: madeline.malia@sanofi-aventis.com

Confidential                                                                                                       Sanofi_05950666

**From:** Baxter, Elizabeth PH/US
**Sent:** Thursday, March 11, 2010 11:21 AM
**To:** Burch, Stacy PH/US; Boyd, Noelle PH/US; Spitaletta, Sabrina PH/US; Malia, Madeline PH/US
**Cc:** Tsui, Emmy PH/US; Cox, Jack PH/US
**Subject:** RE: Facebook

Sabrina, Madeline,

Can you send us the definition of SA Voices page?

Thanks,
Elizabeth

---

**From:** Burch, Stacy PH/US
**Sent:** Thursday, March 11, 2010 10:57 AM
**To:** Boyd, Noelle PH/US; Spitaletta, Sabrina PH/US; Malia, Madeline PH/US
**Cc:** Baxter, Elizabeth PH/US; Tsui, Emmy PH/US; Cox, Jack PH/US
**Subject:** RE: Facebook

Noelle-

Thanks for sending this along. We are working to have an official disclaimer on the SA Voices page as well as a post about how they people should reach out to s-a should they have any questions or concerns on products or the company. In addition, we are working on a communication to the blogger community on the current situation and what steps s-a is taking to handle this as well as future social media posts.

Thanks,

Stacy Burch
Director, Corporate Reputation and Digital Communications
stacy.burch@sanofi-aventis.com
908.981.4359
201.410.5982 (Mobile)

---

**From:** Boyd, Noelle PH/US
**Sent:** Thursday, March 11, 2010 10:48 AM
**To:** Spitaletta, Sabrina PH/US; Malia, Madeline PH/US; Burch, Stacy PH/US
**Cc:** Baxter, Elizabeth PH/US; Tsui, Emmy PH/US; Cox, Jack PH/US
**Subject:** FW: Facebook

Not sure if you've seen this already... FYI. I have asked Elizabeth and Emmy to let John Mack know that VOICES is not the same as the DVT Facebook page. Let us know if you need us to let John know anything else in that email/conversation (not sure if anything else is inaccurate here). Thanks.

-Noelle

---

**From:** Shaddock, Hampton [mailto:Hampton.Shaddock@bm.com]
**Sent:** Thursday, March 11, 2010 10:31 AM
**To:** Boyd, Noelle PH/US; Baxter, Elizabeth PH/US

3

Confidential                                                                                           Sanofi_05950667

**Cc:** Anselmo, Claire; BM DVT Team
**Subject:** Facebook

FYI – We need to discuss.

**Pharmamarketing Blog**

Thursday, March 11, 2010

# Patient "Unadvocate" Lays Siege to sanofi-aventis VOICES Facebook Page. Where's S-A's Social Media VOICE?



<span style="border:1px dashed">Redacted - PII</span> and who-knows-how-many-more-phony-FB-aliases -- the patient who claims sanofi-aventis (S-A) mislead her about the side effects of cancer drug Taxotere (see "sanofi aventis Feels the Social Media Pain. But Is It Authentic?") -- is laying siege to S-A's VOICES Facebook page. Maybe some of these other people are real friends of Shirley and not just fake FB accounts. Only Shirley knows for sure. She has recruited at least one real person-- her daughter -- to post for her:
"Hello John," Shirley posted to my FB Wall yesterday, "just to tell you your freind (sic) was right. The SA voices is the real deal. I posted and the same day my post had vanished and i was blocked. So i posted again and within 5 mins my other name was blocked and removed. I think they have someone sitting there waiting for me - so my daughter is going to post for me while i open another account."
Today, the VOICES page is flooded with messages from Shirley et al similar to this one posted by "Redacted - PII"
"If your company is typical of the blinkered attitude that big drug companies take when faced with genuine grievances from the poor people that have suffered by using your products - well no wonder that intelligent people are so cynical about the merits of the huge pharmaceutical machine.

"Just because things test fine on the poor animals that are... See More... See more used does not mean that humans will also do well on them. You need to modify certain things with Taxotere and you should be falling on your knees thanking some of these women who have information that will help you. Surely feedback like theirs is vital to your organisation. If you truly cared about improving people's lives through your product you would contact these women and find out about their stories - not just delete their posts and pretend that all is fine in the Sanofi-Aventis garden"
You can find all the posts by visiting the VOICES FB page, but in case they are removed by S-A, I've collected them here.

The VOICES FB page is a legit S-A page, which focuses on support of Deep Vein Thrombosis (DVT) prevention and awareness. This is an unbranded site. VOICES is an acronym for **Vitalize, Organize, Involve, Communicate, Educate, Serve**.

This attack smells to me like an organized campaign designed by professional PR people who might be employed by a law firm representing Shirley in a current or planned lawsuit against S-A. I asked Shirley: "Don't you think you are going too far? While you may have a legitimate issue with S-A, is flooding its FB page about DVT (VOICES) ethical on your part? I suppose you have a lawsuit against S-A brewing. If so, why don't you reveal that in your posts? Let me know -- I am blogging now!"
She responded almost immediately: "Hi John, no lawsuit that we know of. They refuse to answer my registered posted letter and emails so............"

4

Probably the papers have not yet been served, therefore no "lawsuit"!

**Where's the Terms of Use Policy?**
In any case, S-A has made a faux pas and has NOT taken its own advice about posting a Terms of Use policy on its VOICES Facebook page. In comments to the FDA, S-A stated that
"It is advisable for company sites to include clearly-stated Terms of Use ... For unbranded (non-promotional) sites, such as those devoted to disease awareness, sanofi-aventis recommends the following Term of use:

'This site is not intended as a forum for discussing specific products or other treatments. It's best to talk to your doctor about specific treatments. You may want to contact our Medical Information Department for product specific questions at 1-800-xxx-xxxx.'"
I searched the VOICES FB page and could not find any Terms of Use statement.

**Where is S-A's Social Media VOICE?**
S-A sure is getting a lesson on how to handle social media communications! *What it needs to do quickly is to get **vitalized**, **organize** its response, **involve** its legal and PR people, **communicate** with Shirley, and **educate** themselves about social media so that they better serve their FB community!*

P.S. I was just informed that all the posts I mentioned are now gone from the VOICES FB page. I, however, still find the comments posted to the site's Wall. In case you think I made all this up, I took a screen shot of the top few posts this morning. Here it is:

Confidential                                                                                              Sanofi_05950669



As I mentioned above, you can find all the posts copied here.

Email this • Digg This! • Save to del.icio.us

Debra Gaynor | Chief Business Strategist
**Marina Maher Communications, Inc.** | *Building Brand Relationships*

830 Third Avenue, New York, New York  10022

t: 212.485.6883 | m: 917.224.2524   | e: DGaynor@mahercomm.com

*The Holmes Report: A Best Agency to Work For*

www.marinamahercommunications.com

www.mahercomm.com/blog

Confidential                                                                                   Sanofi_05950670

*MMC is a partner in WORLDCOM, the world's largest network of independently owned public relations agencies*

The information, and any attachments contained in this email may contain confidential and/or privileged information and is intended solely for the use of the intended named recipient(s). Any disclosure or dissemination in whatever form, by another other than the intended recipient is strictly prohibited. If you have received this transmission in error, please contact the sender and destroy this message and any attachments. Thank you.

Confidential                                                                                                    Sanofi_05950671