# EXHIBIT E

Page 1

```
 1          UNITED STATES DISTRICT COURT
 2            EASTERN DISTRICT OF LOUISIANA
 3
 4
 5   **********************
                              *
 6   ELIZABETH KAHN,          *   CASE NO.
             Plaintiffs       *   2:16-CV-17039
 7                            *
                              *
 8   VERSUS                   *
                              *
 9                            *
     SANOFI S.A., ET AL       *
10           Defendants       *
                              *
11   **********************
12
13
14
15
16
17
18      Job No. NJ2756392
19
20            Deposition of ELIZABETH SARA
21   KAHN, taken on Thursday, December 7, 2017,
22   commencing at 8:34 a.m., at the law offices
23   of Pendley, Baudin & Coffin, 1515 Poydras
24   Street, Suite 1400, New Orleans, Louisiana
25   70112.
```

Page 22

1  signed and completed.  Right?  I mean, that's
2  -- I just -- I know when I signed with my
3  lawyers.
4      Q.  Okay.  Let's start there.
5      A.  Okay.
6      Q.  When did you sign with your lawyers?
7      A.  November 2016.
8      Q.  When did you decide that you wanted
9  to sue Sanofi?
10     A.  Well, I didn't even know -- I didn't
11 know the lawsuit existed.  It was sometime
12 during the summer or fall of 2016.  I don't
13 remember exactly the date.
14         I was talking to a very old friend of
15 mine, and she was very hesitant, but told me,
16 Have you seen the ads on TV, that there are
17 lawsuits being held against the drug company
18 that makes Taxotere, and that the suits were
19 because of permanent hair loss.
20         And so I immediately went home and
21 went to look at my list of drugs that I took
22 during chemotherapy, and lo and behold, I had
23 taken Taxotere.  So then both my husband and
24 I started to read up on the computer, to see
25 what was going on, and that's when we

Page 23

1   contacted our lawyers.
2        Q.   Okay.  I'm going to --
3        A.   Or decide to contact the lawyers.
4        Q.   Okay.  I'm going to break that down
5   into a few pieces.
6        A.   Okay.
7        Q.   You said that in the summer or fall
8   of 2016, a friend spoke to you about ads.
9        A.   Uh-huh (affirmative).
10       Q.   What friend was that?
11       A.   My friend Leslie McDermott.
12       Q.   And I don't want you to guess, but is
13  there any way that you can narrow down the
14  time frame more than summer --
15       A.   Okay.
16       Q.   -- or fall of '16?
17       A.   Yes.  Because she lives on the North
18  Shore, which is an hour away from here.  So
19  generally, it was probably -- it was sometime
20  in the summer, but it wouldn't have been any
21  later probably than Labor Day.  So it
22  wouldn't have been -- it probably wasn't
23  after mid-September of 2016.  But I can't
24  give you a definitive date.  It was probably
25  sometime between July and September.

Page 25

1  told me about what the ad said.
2  EXAMINATION BY MS. BIERI:
3      Q.  And had you -- let me back you up one
4  second.  Had you seen any ads for Taxotere --
5      A.  No.
6      Q.  -- prior to speaking to
7  Ms. McDermott?
8      A.  No, did not.
9      Q.  And did she tell you who had put the
10 ad out, who was running the ad?
11     A.  No, she did not.  She just said they
12 were -- she saw them.
13     Q.  But an ad for litigation involving
14 Taxotere.
15     A.  Yes.  It was an ad for litigation,
16 yes.
17     Q.  And after you spoke to her, you said
18 you and your husband started to read up on
19 the computer.  Is that right?
20     A.  Uh-huh (affirmative).
21     Q.  Tell me what you searched and what
22 sites you looked at.
23     A.  This is over a year ago.  I don't
24 remember what sites.  We just -- we'd go to
25 Google and type up -- you know, usually, the

Page 84

1    A.    No advertisements.
2    Q.    Written or visual, is that accurate?
3    A.    Correct.
4    Q.    Have you seen any articles discussing
5  Taxotere?
6    A.    When -- articles when?
7    Q.    Any time.
8    A.    No.  Only after I heard about, from
9  my friend, that -- about the advertisements
10 for Taxotere lawsuits.  Other than that, I
11 never saw any articles.
12   Q.    So prior to talking to your friend in
13 the summer or early fall of 2016, you'd not
14 seen any articles discussing Taxotere.
15   A.    No, I did not.
16   Q.    Do you believe you've seen articles
17 discussing Taxotere since then?
18   A.    Yes.
19   Q.    And do you have printed copies of
20 those?
21   A.    No, I do not.
22   Q.    Were they just -- when you say
23 articles, what do you remember about what you
24 saw, what you're referring to?
25   A.    Research online about Taxotere, and

Page 85

1  I wanted to see what's said now about the
2  side effects, and that's what I -- I looked
3  online.
4      Q.  So I'm kind of -- I'm understanding
5  you generally, but not specifically.  You
6  looked at something online --
7      A.  Uh-huh (affirmative).
8      Q.  -- about Taxotere after your friend
9  told you about the plaintiffs' law firm
10 advertisements, correct?
11     A.  Correct.
12     Q.  Okay.  How many things online did you
13 look at?
14     A.  I can't answer that.  I don't know.
15 I don't remember.
16     Q.  Did you look at articles from
17 scientific journals?
18     A.  I don't read scientific journals very
19 well, so it probably was not that.  But there
20 are a lot of medical online that's written
21 for the layman, so it would have been
22 something that was written for a layman.
23     Q.  So this is my one opportunity to talk
24 to you and to get to find out what you know.
25     A.  Uh-huh (affirmative).

Page 249

```
 1  know that -- I've heard the packages are now
 2  -- it mentions that.  It didn't mention it
 3  then, and my doctor didn't tell me.
 4       Q.   And is that something your counsel
 5  told you?
 6            MR. COFFIN:
 7                 Object to the form.
 8                 Don't answer that question.
 9            THE WITNESS:
10                 No.
11  EXAMINATION BY MS. BIERI:
12       Q.   Can you answer that question without
13  revealing attorney-client privilege?
14            MR. COFFIN:
15                 Which one?  Which question?
16            MS. BIERI:
17                 She just told me what she thought
18  Sanofi knew, and I'm asking her what's the
19  basis of that knowledge.
20            THE WITNESS:
21                 The Internet -- the research that
22  we did on the Internet.
23  EXAMINATION BY MS. BIERI:
24       Q.   When did you research that on the
25  Internet?
```

```
                                                      Page 250

 1        A.   After I talked to my friend Leslie in
 2   summer of 2016, and it was sometime after
 3   that, you know, the next month, before I got
 4   counsel, that we did some - my husband and I
 5   did some research.
 6        Q.   And what did you see when you did
 7   your research?
 8        A.   That Sanofi knew that Taxotere could
 9   cause permanent hair loss to a percentage of
10   patients, and they told their patients in
11   Europe and they -- before they told their
12   patients -- many years before they told the
13   patients in the United States.
14        Q.   And you're not talking about telling
15   patients.  Do you really mean --
16        A.   No.  I mean telling doctors, is what
17   I mean.  Sorry.
18        Q.   So it's your assumption that none of
19   your doctors knew that permanent alopecia was
20   a potential side effect of Taxotere.
21             MR. COFFIN:
22                  Object to the form.
23             THE WITNESS:
24                  Well --
25   EXAMINATION BY MS. BIERI:
```