# EXHIBIT A

# Expert Report of Ellen G. Feigal, M.D.

*MDL - 2740 Taxotere (Docetaxel) Products Liability Litigation*

*Eastern District of Louisiana United States District Court*

I served as the Acting President during extended periods when the President was away, handling all of the leadership and management supervisory roles, including the President's role in the Institute of Medicine review of CIRM and at Board meetings that occurred during his absences.

**Partner: NDA Partners LLC** (NDAP): November 2014 – present

I am a Partner in NDA Partners, a global strategy consulting firm specializing in expert product development and regulatory advice to medical product developers.  NDAP was founded in 2003 by former senior regulatory agency staff, pharmaceutical industry executives, and academic experts who have played a major role in medical product development, drug regulations and program management over the past several decades. The company has focused on improving the development efficiency and speed and commercial success rate of medical products since its founding.

**Adjunct Professor, Sandra Day O'Connor College of Law, Arizona State University (ASU):** Spring 2015 – present

I am an Adjunct Professor in the Sandra Day O'Connor College of Law, Arizona State University where I teach two courses:  1) Research Ethics in Human Subjects Research and the Law; and 2) FDA Drug law.

## II.    Scope of this Report

I have been asked to review permanent alopecia in patients with early stage breast cancer who were treated with Taxotere/docetaxel, specifically: the epidemiology, detection, diagnosis and staging of breast cancer, the treatment options, and how decisions regarding the risks and benefits of treatment options are discussed between physicians and their patients.  I have also been asked to provide my assessment on the causal relationship of Taxotere/docetaxel to permanent chemotherapy-induced alopecia in the adjuvant treatment of patients with breast cancer.

## III.    Breast Cancer Epidemiology, Diagnosis and Staging:[1,2]

---

[1] American Cancer Society, *Breast Cancer Facts & Figures 2018*, Atlanta:  American Cancer Society, Inc. 2018

[2] American Cancer Society, *Breast Cancer Facts & Figures 2019-2020*, Atlanta:  American Cancer Society, Inc. 2019.

**Cancer:**  Cancer is the Latin word for crab. The ancients used the word to mean a malignancy, possibly related to the crab-like tenacity a malignant tumor shows in grasping the tissues it invades. Cancer may also be called a malignancy, a malignant tumor, or a neoplasm (literally, a new growth).  Cancer is not one disease, but a group of more than 100 different and distinctive diseases characterized by the uncontrolled growth and spread of abnormal cells. If the spread is not controlled, it can result in death. Cancer can start almost anywhere in the human body, which is made up of over a trillion cells.  Most cancers are named for the type of cell or organ in which they start, e.g., breast cancer originates in the breast.  Although the reason why the disease develops remains unknown for many cancers, there are many known causes, including lifestyle factors, such as tobacco use, alcohol consumption and obesity, and non-modifiable factors, such as gender, older age, inherited genetic mutations from parents, hormones, and immune conditions. These risk factors may act simultaneously or in sequence to initiate and/or promote cancer growth.

**Breast Cancer:** In the U.S. in 2019, there will be an estimated 268,600 new cases of invasive breast cancer diagnosed in women; 2,670 cases diagnosed in men; and an additional 48,100 cases of in situ breast lesions diagnosed in women.[3]  There had been an approximately 13% decrease in the invasive breast cancer rate between 1999 and 2004, thought to be primarily due to the decreased use of menopausal hormones following publication in  2002 of clinical trial results demonstrating a higher risk of breask cancer and heart disease among menopausal hormone users, and also  due to small declines in breast cancer screening since 2000.[4]  In the most recent time period from 2012 to 2016, for which data are available, invasive breast cancer incidence rates increased by 0.3% per year.  The incidence rate for invasive breast cancer has been slowly increasing since 2004.

**Symptoms and Signs of Breast Cancer:**  Most breast cancer is detected at an early, localized stage through mammography screening. Breast cancer, when detected early, often has no symptoms or signs. When symptoms or signs do occur, the most common sign is a lump or

---

[3] *Id.*

[4] *Id.* In the U.S. in 2019, there will be an estimated 42,260 cases of breast cancer deaths (41,760 women, 500 men).  The overall breast cancer death rate increased by 0.4% per year from 1975 to 1989 and peaked at 33.2 (per 100,000) in 1989, then declined by 40% through 2017. This progress, which is attributed to improvements in early detection (through screening, as well as increased awareness) and treatment, translates to an estimated 375,900 fewer breast cancer deaths than would have been expected if the death rate had remained at its peak. The annual percent decline from 1988 to 2011 was 1.9% and from 2011 to 2017 was 1.3% per year.