# EXHIBIT C

**Appendix A**
**List of Additional Materials Reviewed and Cited in**
**Dr. Laura Plunkett's Supplemental Report**

In addition to the materials specifically referenced and/or discussed within my March 13, 2020 Report and accompanying appendices, and the references set forth in my Supplemental Report, the additional materials considered are as follows:

**Depositions & Deposition Exhibits:**

Dr. Sunil Gupta
Dr. Amy Freedman
Dr. Janet Arrowsmith

**Expert Reports:**

Dr. David Madigan, 10/20/2019, 03/23/2020
Dr. David Kessler's Original and Supplemental Report, and documents cited therein
Dr. Janet Arrowsmith, 12/09/2019

**Other Documents:**

USFDA regulations for drugs in 21 CFR parts 200 to 499 and parts 201.57, 314.70, and 314.80 in particular
FDA, 2006 Guidance on Adverse Reactions: Section of Labeling
FDA, 2012 Drug Safety Report
January 2006 PLR Final Rule
Taxotere's labels for 1999 through 2020 found at the FDA website known as "drugs@fda"