# EXHIBIT D

C-1

**Exhibit C – Materials relied upon**

**David Ross, MD, PhD, MBI**
**Exhibit C - LIST OF DOCUMENTS REVIEWED**

I. **All references in the content and footnotes of my report.**

II. **Expert Reports**

- Ellen G. Feigal, M.D., March 23, 2020
- David A. Kessler, M.D., November 6, 2018
- David A. Kessler, M.D., Supplemental Report, October 21, 2019
- David Madigan, M.D., March 23, 2020
- Laura M. Plunkett, Ph.D., DABT, March 13, 2020
- Janet Arrowsmith, M.D., December 9, 2019

III. **Depositions and Exhibits**

- Janet Arrowsmith, M.D., July 29, 2020
- Jean Phillipe Aussel
- Kim Bassi
- Amy Freedman
- Vanina Groult
- Sunil Gupta
- Linda Gustavson
- Nanae Hangai
- Michael S. Kopreski M.D.
- Pierre Mancini
- Gerrit Nijveldt
- Emanuel Palatinsky (Vol. 1 & 2)
- Frances Polizzano
- Isabelle Richard-Cassin
- Gina Vestea

IV. **Sanofi Documents**

| | | | | |
|---|---|---|---|---|
| Sanofi_00193549 | Sanofi_00260841 | Sanofi_00261412 | Sanofi_00262467 | Sanofi_00265619 |
| Sanofi_00792534 | Sanofi_00265621 | Sanofi_00354859 | Sanofi_00355202 | Sanofi_00356704 |
| Sanofi_00792535 | Sanofi_00377402 | Sanofi_00377460 | Sanofi_00377534 | Sanofi_00377610 |
| Sanofi_01019994 | Sanofi_00377628 | Sanofi_00378386 | Sanofi_00378483 | Sanofi_00378516 |
| Sanofi_01294774 | Sanofi_00378556 | Sanofi_00378671 | Sanofi_00379020 | Sanofi_00379104 |
| Sanofi_01294924 | Sanofi_00379158 | Sanofi_00379163 | Sanofi_00385012 | Sanofi_00387684 |
| Sanofi_01902063 | Sanofi_00423681 | Sanofi_00423835 | Sanofi_00423875 | Sanofi_00548387 |
| Sanofi_01954872 | Sanofi_00548432 | Sanofi_00548479 | Sanofi_00548527 | Sanofi_00548608 |
| Sanofi_02649521 | Sanofi_00548613 | Sanofi_00549915 | Sanofi_00553474 | Sanofi_00559177 |
| Sanofi_03847507 | Sanofi_00559178 | Sanofi_00559182 | Sanofi_00559223 | Sanofi_00574334 |

| | | | | |
|---|---|---|---|---|
| Sanofi_03929385 | Sanofi_00723830 | Sanofi_00724262 | Sanofi_00724344 | Sanofi_00724381 |
| Sanofi_03935020 | Sanofi_00739320 | Sanofi_00739370 | Sanofi_00739377 | Sanofi_00740326 |
| Sanofi_04014414 | Sanofi_00740432 | Sanofi_00741049 | Sanofi_00742162 | Sanofi_00742213 |
| Sanofi_04196129 | Sanofi_00742920 | Sanofi_00743074 | Sanofi_00743140 | Sanofi_00743171 |
| Sanofi_04353203 | Sanofi_00743431 | Sanofi_00743637 | Sanofi_00744351 | Sanofi_00744433 |
| Sanofi_05273484 | Sanofi_00745133 | Sanofi_00747973 | Sanofi_00748227 | Sanofi_00748267 |
| Sanofi_05319538 | Sanofi_00748626 | Sanofi_00748735 | Sanofi_00748738 | Sanofi_00748741 |
| Sanofi_05935025 | Sanofi_00748780 | Sanofi_00749022 | Sanofi_00749233 | Sanofi_00749236 |
| Sanofi_05956179 | Sanofi_00749249 | Sanofi_00749317 | Sanofi_00749772 | Sanofi_00749850 |
| Sanofi_05969184 | Sanofi_00749905 | Sanofi_00749997 | Sanofi_00750033 | Sanofi_00772857 |
| Sanofi_05969189 | Sanofi_00791228 | Sanofi_00791306 | Sanofi_00791311 | Sanofi_00791480 |
| Sanofi_05969194 | Sanofi_00791486 | Sanofi_00791553 | Sanofi_00792335 | Sanofi_00792534 |
| Sanofi_05969205 | Sanofi_00792535 | Sanofi_00795081 | Sanofi_00795425 | Sanofi_00800098 |
| Sanofi_05969209 | Sanofi_00800102 | Sanofi_01030475 | Sanofi_01031668 | Sanofi_01035459 |
| Sanofi_02368838 | Sanofi_01036095 | Sanofi_01038470 | Sanofi_01038956 | Sanofi_01039911 |
| Sanofi_01009835 | Sanofi_01039954 | Sanofi_01039963 | Sanofi_01040010 | Sanofi_01040067 |
| Sanofi_01029968 | Sanofi_01040110 | Sanofi_01040511 | Sanofi_01040521 | Sanofi_01040633 |
| Sanofi_03049281 | Sanofi_01041391 | Sanofi_01042731 | Sanofi_01045285 | Sanofi_01045286 |
| Sanofi_05251292 | Sanofi_01045383 | Sanofi_01061749 | Sanofi_01061758 | Sanofi_01062191 |
| Sanofi_02833623 | Sanofi_01062463 | Sanofi_01065794 | Sanofi_01065799 | Sanofi_01067558 |
| Sanofi_00002949 | Sanofi_01086042 | Sanofi_01086045 | Sanofi_01091522 | Sanofi_01101022 |
| Sanofi_00010820 | Sanofi_01102046 | Sanofi_01112867 | Sanofi_01115456 | Sanofi_01192189 |
| Sanofi_00012443 | Sanofi_01233019 | Sanofi_01234159 | Sanofi_01234391 | Sanofi_01246527 |
| Sanofi_00012568 | Sanofi_01246596 | Sanofi_01246597 | Sanofi_01259408 | Sanofi_01268143 |
| Sanofi_00060898 | Sanofi_01268180 | Sanofi_01280958 | Sanofi_01293003 | Sanofi_01295037 |
| Sanofi_00063576 | Sanofi_01296736 | Sanofi_01296737 | Sanofi_01299071 | Sanofi_01299072 |
| Sanofi_00110998 | Sanofi_01299161 | Sanofi_01302842 | Sanofi_01315435 | Sanofi_01330786 |
| Sanofi_00111059 | Sanofi_01336880 | Sanofi_01343874 | Sanofi_01343875 | Sanofi_01349956 |
| Sanofi_00111164 | Sanofi_01363709 | Sanofi_01363974 | Sanofi_01383369 | Sanofi_01383493 |
| Sanofi_00111212 | Sanofi_01397018 | Sanofi_01434354 | Sanofi_01500984 | Sanofi_01550903 |
| Sanofi_00136563 | Sanofi_01573469 | Sanofi_01590762 | Sanofi_01594206 | Sanofi_01622327 |
| Sanofi_00168863 | Sanofi_01694853 | Sanofi_01704444 | Sanofi_01718843 | Sanofi_01736469 |
| Sanofi_00180262 | Sanofi_01738277 | Sanofi_01762959 | Sanofi_01771877 | Sanofi_01773761 |
| Sanofi_00197757 | Sanofi_01774800 | Sanofi_01780168 | Sanofi_01827598 | Sanofi_01827599 |
| Sanofi_00207523 | Sanofi_01827600 | Sanofi_01827615 | Sanofi_01827616 | Sanofi_01827617 |
| Sanofi_00207658 | Sanofi_01843199 | Sanofi_01845590 | Sanofi_01845607 | Sanofi_02012589 |
| Sanofi_00800585 | Sanofi_02415352 | Sanofi_01019193 | Sanofi_01021777 | Sanofi_01026382 |
| Sanofi_00805192 | Sanofi_01026479 | Sanofi_01026734 | Sanofi_01027709 | Sanofi_01028829 |
| Sanofi_00805353 | Sanofi_01029269 | Sanofi_01029318 | Sanofi_01029474 | Sanofi_02438226 |
| Sanofi_00806479 | Sanofi_02441042 | Sanofi_02489593 | Sanofi_02540992 | Sanofi_02544368 |
| Sanofi_00811958 | Sanofi_02546388 | Sanofi_02589772 | Sanofi_02635100 | Sanofi_02640580 |
| Sanofi_00812060 | Sanofi_02645200 | Sanofi_02664951 | Sanofi_02678216 | Sanofi_02681765 |
| Sanofi_00812349 | Sanofi_02705871 | Sanofi_02725955 | Sanofi_02833652 | Sanofi_02835508 |
| Sanofi_00814048 | Sanofi_02844717 | Sanofi_02979423 | Sanofi_02983317 | Sanofi_02983325 |
| Sanofi_00814793 | Sanofi_02983328 | Sanofi_03152018 | Sanofi_03213169 | Sanofi_03284091 |
| Sanofi_00816348 | Sanofi_03287106 | Sanofi_03287115 | Sanofi_03333249 | Sanofi_03336646 |

| | | | | |
|---|---|---|---|---|
| Sanofi_00816749 | Sanofi_03336649 | Sanofi_03336652 | Sanofi_03343523 | Sanofi_03353197 |
| Sanofi_00819004 | Sanofi_03403513 | Sanofi_03406859 | Sanofi_03426146 | Sanofi_03497270 |
| Sanofi_00828912 | Sanofi_03643994 | Sanofi_03928809 | Sanofi_03942772 | Sanofi_03943317 |
| Sanofi_00829566 | Sanofi_04153677 | Sanofi_04154773 | Sanofi_0435320 | Sanofi_04430668 |
| Sanofi_00829725 | Sanofi_04439621 | Sanofi_04451595 | Sanofi_04453510 | Sanofi_04460197 |
| Sanofi_00829788 | Sanofi_04469884 | Sanofi_04484826 | Sanofi_04490670 | Sanofi_04508007 |
| Sanofi_00831625 | Sanofi_04508281 | Sanofi_04508889 | Sanofi_04512616 | Sanofi_04534603 |
| Sanofi_00831626 | Sanofi_04535983 | Sanofi_04611056 | Sanofi_04611811 | Sanofi_04613689 |
| Sanofi_00831693 | Sanofi_04613712 | Sanofi_04614439 | Sanofi_04614662 | Sanofi_04614726 |
| Sanofi_00831696 | Sanofi_04614727 | Sanofi_04617443 | Sanofi_04617919 | Sanofi_04622380 |
| Sanofi_00832334 | Sanofi_04623507 | Sanofi_04623815 | Sanofi_04627324 | Sanofi_04627432 |
| Sanofi_00837648 | Sanofi_04627986 | Sanofi_04628199 | Sanofi_04628609 | Sanofi_04628610 |
| Sanofi_00837649 | Sanofi_04628611 | Sanofi_04629431 | Sanofi_04629734 | Sanofi_04629825 |
| Sanofi_00837654 | Sanofi_04630477 | Sanofi_04632873 | Sanofi_04632931 | Sanofi_04633925 |
| Sanofi_00837661 | Sanofi_04633935 | Sanofi_04634621 | Sanofi_04634907 | Sanofi_04635928 |
| Sanofi_00837663 | Sanofi_04666990 | Sanofi_04691723 | Sanofi_04691789 | Sanofi_04691790 |
| Sanofi_00837665 | Sanofi_04691845 | Sanofi_04720678 | Sanofi_04725297 | Sanofi_04727359 |
| Sanofi_00837717 | Sanofi_04731188 | Sanofi_04738179 | Sanofi_04740213 | Sanofi_04743810 |
| Sanofi_00837809 | Sanofi_04745211 | Sanofi_04746009 | Sanofi_04746748 | Sanofi_04748570 |
| Sanofi_00838148 | Sanofi_04752742 | Sanofi_04756909 | Sanofi_04756910 | Sanofi_04761947 |
| Sanofi_00956551 | Sanofi_04810916 | Sanofi_04815573 | Sanofi_04816552 | Sanofi_04817016 |
| Sanofi_00966555 | Sanofi_04817118 | Sanofi_04817130 | Sanofi_04818699 | Sanofi_04819697 |
| Sanofi_00966605 | Sanofi_04833024 | Sanofi_04835618 | Sanofi_04836071 | Sanofi_04836545 |
| Sanofi_00966846 | Sanofi_04841734 | Sanofi_04850129 | Sanofi_04856272 | Sanofi_04864365 |
| Sanofi_00968736 | Sanofi_04864389 | Sanofi_04870250 | Sanofi_04876332 | Sanofi_04876344 |
| Sanofi_00974332 | Sanofi_04876549 | Sanofi_04876794 | Sanofi_04878450 | Sanofi_04898855 |
| | Sanofi_04915545 | Sanofi_04915551 | Sanofi_04977753 | Sanofi_05059732 |
| | Sanofi_05059757 | Sanofi_0506126 | Sanofi_01113658 | Sanofi_05061309 |
| | Sanofi_05061390 | Sanofi_05061402 | Sanofi_05061406 | Sanofi_05070433 |
| | Sanofi_05072412 | Sanofi_05072486 | Sanofi_05072540 | Sanofi_05073810 |
| | Sanofi_05073839 | Sanofi_05074000 | Sanofi_05074733 | Sanofi_05075741 |
| | Sanofi_05076030 | Sanofi_05076067 | Sanofi_05077504 | Sanofi_05077564 |
| | Sanofi_05078200 | Sanofi_05078296 | Sanofi_05078408 | Sanofi_05175940 |
| | Sanofi_05186533 | Sanofi_05187973 | Sanofi_05207927 | Sanofi_05250957 |
| | Sanofi_05252078 | Sanofi_05254685 | Sanofi_05270512 | Sanofi_05277377 |
| | Sanofi_05289714 | Sanofi_05338593 | Sanofi_05429052 | Sanofi_05430925 |
| | Sanofi_05435035 | Sanofi_05446745 | Sanofi_05446835 | Sanofi_05458759 |
| | Sanofi_05617796 | Sanofi_05656087 | Sanofi_05665386 | Sanofi_05932643 |
| | Sanofi_06236975 | | | |

V.  **FDA Documents**

    07.30.1992 - 020262 Approval Ltr
    07.23.1993 - 020262 s002 Approval Ltr
    04.13.1994 - 020262 s004 Approval Ltr

08.16.1994 - 020262 s003 s004 Approval Ltr 0
4.01.1996 - 020262 s012 Approval Ltr
04.02.1998 - 020262 s022 Approval Ltr
05.14.1996 - 020449 Approval Package
01.06.1998 - 020449 s004 Approval Package
01.06.1998 - 020449 s004 Approval Ltr
06.22.1998 - 020449_S005 Approval Package
06.22.1998 - 020449_S005_ADMINDOCS
06.22.1998 - 020449_S005_APPROV
06.22.1998 - 020449_S005_BIOPHARM
06.22.1998 - 020449_S005_CHEMR
06.22.1998 - 020449_S005_CORRES
06.22.1998 - 020449_S005_FONSI
06.22.1998 - 020449_S005_MEDR
06.22.1998 - 020449_S005_STATR
01.22.1998 - 020449_S006 Approval Package
01.22.1998 - 020449_S006_ADMINDOCS
01.22.1998 - 020449_S006_APPROV
01.22.1998 - 020449_S006_BIOPHARM
01.22.1998 - 020449_S006_CHEMR
01.22.1998 - 020449_S006_CORRES
01.22.1998 - 020449_S006_FONSI
01.22.1998 - 020449_S006_MEDR
01.22.1998 - 020449_S006_STATR
12.23.1999 - 020449_S011 Approval Package
12.23.1999 - 020449_S011_ADMINDOCS
12.23.1999 - 020449_S011_APPROV
12.23.1999 - 020449_S011_BIOPHARMR
12.23.1999 - 020449_S011_CHEMR
12.23.1999 - 020449_S011_CORRES
12.23.1999 - 020449_S011_MEDR
12.23.1999 - 020449_S011_PRNTLBL
12.23.1999 - 020449_S011_STATR
04.24.2003 - 020449_S016 Approval Package
04.24.2003 - 020449_S016_ADMINDOCS
04.24.2003 - 020449_S016_APPROV
04.24.2003 - 020449_S016_CHEMR
04.24.2003 - 020449_S016_PRNTLBL
07.09.2002 - 020449_S017_ADMINDOCS
07.09.2002 - 020449_S017_APPROV
07.09.2002 - 020449_S017_PRNTLBL
07.09.2002 - 020449_S017_S019_S022 Approval Package 1
1.27.2002 - 020449_S018 Approval Package
11.27.2002 - 020449_S018_ADMINDOCS
11.27.2002 - 020449_S018_APPROV
11.27.2002 - 020449_S018_BIOPHARM

4

11.27.2002 - 020449_S018_CHEMR
11.27.2002 - 020449_S018_CORRES
11.27.2002 - 020449_S018_MEDR
11.27.2002 - 020449_S018_PRNTLBL
11.27.2002 - 020449_S018_STATR
07.30.2002 - 020449_S017_S019_S022 Approval Package
07.30.2002 - 020449slr017,019,022ltr
07.30.2002 - 020449slr022_taxotere_lbl
01.30.2003 - 020449_S017_S019_S022 Approval Package
01.30.2003 - 020449slr017,019,022ltr
01.30.2003 - 020449slr022_taxotere_lbl
05.19.2004 - 020449_S028 Approval Package
05.19.2004 - 020449_S028_ADMIN
05.19.2004 - 020449_S028_APPROV
05.19.2004 - 020449_S028_BIOPHARMR
05.19.2004 - 020449_S028_CHEMR
05.19.2004 - 020449_S028_MEDR
05.19.2004 - 020449_S028_PRNTLBL
08.18.2004 - 020449 _S029_PRNTLBL
08.18.2004 - 020449_S029_ADMINCORRES
08.18.2004 - 020449_S029_APPROV (adjuvant/ESBC indication)
08.18.2004 - 020449_S029_BIOPHARMR
08.18.2004 - 020449_S029_CHEMR
08.18.2004 - 020449_S029_MEDR
08.18.2004 - 020449_S029_STATR
08.18.2004 - 020449_S029 Approval Package
01.06.2005 - 020449s031ltr
08.11.2005 - 020449s033lbl
08.11.2005 - 020449s033ltr
11.05.2005 - 020449s034ltr
03.22.2006 - 020449Orig1s035
03.22.2006 - 020449S035lbl
03.22.2006 - 020449S035ltr
03.22.2006 - 020449Orig1s035 Approval Package
06.07.2006 - 020449s036lbl
06.07.2006 - 020449s036LTR
10.17.2006 - 020449_S039_Admin
10.17.2006 - 020449_S039_Approval_Package [Full]
10.17.2006 - 020449_S039_Clinical_Review
10.17.2006 - 020449_S039_Labeling
10.17.2006 - 020449_S039_Medical_Reviews
10.17.2006 - 020449_S039_Other_Reviews
10.17.2006 - 020449_S039_Statistical_Reviews
10.17.2006 - 020449_S039_Summary_Review
10.17.2006 - 020449_S039 Approval Package
06.03.2010 - 020449Orig1s043

5

06.03.2010 - 020449_S043 Approval Package
04.20.2010 - 020449s044lbl
04.20.2010 - 020449s044,020449s053ltr
09.28.2007 - 020449s045lbl
09.28.2007 - 020449s045ltr
09.28.2007 - 020449_S045 Approval Package
04.20.2010 - 020449s044,020449s053ltr
04.20.2010 - 020449s053lbl
08.02.2010 - 020449Orig1s054
08.02.2010 - 020449_S054 Approval Package
05.13.2010 - 020449s059lbl
05.13.2010 - 020449s059ltr
04.13.2012 - 020449s063lbl
09.07.2011 - 020449s064lbl
09.07.2011 - 020449s064ltr
12.15.2011 - 020449s065lbl
12.15.2011 - 020449s065ltr
06.26.2013 - 020449Orig1s069ltr
06.26.2013 - 020449s069lbl
12.13.2013 - 020449Orig1s071ltr
12.13.2013 - 020449s071lbl
12.13.2014 - 020449Orig1s073ltr
12.13.2014 - 020449s073lbl
12.11.2015 - 020449Orig1s075
12.11.2015 - 020449Orig1s075ltr
12.11.2015 - 020449s075lbl
12.11.2015 - 020499Orig1s075 Approval Package
10.05.2018 - 020449Orig1s079ltr
10.05.2018 - 020449s079lbl

**VI. Additional FDA Documents**
- DOCETAXEL injection, for intravenous use, Initial U.S. Approval 1996, NDA 020449
- Relevant FDA Approved Labeling for the following:
  - Taxotere
  - Adriamycin
  - Cyclophosphamide
  - Paclitaxel
  - 5-Fluorouracil
  - Xeloda
  - Avastin

**VII. Code of Federal Regulations**
- Title 21: Food and Drugs, Parts 200-299, Revised April 1, 2019
- Title 21: Food and Drugs, Parts 300-499, Revised April 1, 2019

6

VIII. <u>**Miscellaneous**</u>
- House of Representatives, 98th Congress, 2d Session, Rept. 98-857, Part 2, *Drug Price Competition and Patent Term Restoration Act of 1984*, August 1, 1984
- Public Law 87-781, October 10, 1962
- Medical Dictionary for Regulatory Activities Terminology (MedDRA) – Alopecia – Classes (http://bioportal.bioontology.org/ontologies/MEDDRA?p=classes&conceptid=10001760)
- National Library of Medicine: ICD10PCS https://www.nlm.nih.gov/research/umls/sourcereleasedocs/current/ICD10PCS/stats.html