UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Dusty Roth**
**Case No.: 2:18-cv-08078**

## STATEMENT OF PLAINTIFF'S COUNSEL

    I represent Dusty Roth, whose case was on a Notice of Non-Compliance heard by the Court on May 25, 2021. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

    The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: July 8, 2021                                    /s/ Evan P. Fontenot
                                                                  Evan P. Fontenot, La. Bar No. 37685
                                                                  Pendley, Baudin & Coffin, LLP
                                                                  24110 Eden Street
                                                                  Plaquemine, LA 70764
                                                                  (225) 687-6396
                                                                  efontenot@pbclawfirm.com