UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |
| *Jacqueline Snowden, et al., v. Sanofi U.S. Services, Inc., et al.,* Case No.  2:19-cv-11441 | |

### NON-TRIAL POOL PLAINTIFF JACQUELINE SNOWDEN' STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have

appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own

costs, on Plaintiff JACQUELINE SNOWDEN' averment of the basis for dismissal as follows:

### YOU <u>MUST</u> CHECK ALL THAT APPLY

___ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

___ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

_X_ Other

If warranted under the circumstances, Plaintiff JACQUELINE SNOWDEN' may seek relief

from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated the 8th day of July, 2021

**NAPOLI SHKOLNIK PLLC**

By: /s/ Hunter Shkolnik
Hunter Shkolnik, Esq.
270 Munoz Rivera Avenue, Suite 201
Hato Rey, PR 00918
(212) 397-1000
Email: hunter@napolilaw.com
*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 8, 2021 I electronically filed the foregoing with the Clerk of the

Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of

record who are CM/ECF participants.

Dated: 8th day of July, 2021                                    /s/ Hunter Shkolnik
                                                               Hunter Shkolnik, Esquire