# EXHIBIT A

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)      *   Docket No.: 16-MD-2740
PRODUCTS LIABILITY LITIGATION    *   Section "H(5)"
                                 *   New Orleans, Louisiana
Relates to: Barbara Earnest      *   September 17, 2019
Case No.: 16-CV-17144            *
* * * * * * * * * * * * * * * * *

DAY 2 - AFTERNOON SESSION
TRANSCRIPT OF JURY TRIAL BEFORE
THE HONORABLE JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiffs:    Barrios Kingsdorf & Casteix, LLP
                       BY: DAWN M. BARRIOS, ESQ.
                       701 Poydras Street
                       Suite 3650
                       New Orleans, Louisiana 70139

For the Plaintiffs:    Gainsburgh Benjamin David Meunier
                         & Warshauer, LLC
                       BY: M. PALMER LAMBERT, ESQ.
                       1100 Poydras Street
                       Suite 2800
                       New Orleans, Louisiana 70163

For the Plaintiffs:    Pendley Baudin & Coffin, LLP
                       BY: CHRISTOPHER L. COFFIN, ESQ.
                       1100 Poydras Street
                       Suite 2505
                       New Orleans, Louisiana 70163

OFFICIAL TRANSCRIPT

Page 2

APPEARANCES:

For the Plaintiffs:    Gibbs Law Group, LLP
                       BY: KAREN BARTH MENZIES, ESQ.
                       6701 Center Drive West
                       Suite 1400
                       Los Angeles, California 90045

For the Plaintiffs:    Bachus & Schanker, LLC
                       BY: J. KYLE BACHUS, ESQ.
                           DARIN L. SCHANKER, ESQ.
                       1899 Wynkoop Street
                       Suite 700
                       Denver, Colorado 80202

For the Plaintiffs:    Fleming Nolen & Jez, LLP
                       BY: RAND P. NOLEN, ESQ.
                       2800 Post Oak Boulevard
                       Suite 4000
                       Houston, Texas 77056

For the Plaintiffs:    DAVID F. MICELI, LLC
                       BY: DAVID F. MICELI, ESQ.
                       Post Office Box 2519
                       Carrollton, Georgia 30112

For the Plaintiffs:    Morgan & Morgan, P.A.
                       BY: EMILY C. JEFFCOTT, ESQ.
                       700 S. Palafox Street
                       Suite 95
                       Pensacola, Florida 32502

For the Sanofi         Irwin Fritchie Urquhart
Defendants:              & Moore, LLC
                       BY: DOUGLAS J. MOORE, ESQ.
                       400 Poydras Street
                       Suite 2700
                       New Orleans, Louisiana 70130

OFFICIAL TRANSCRIPT

Page 3

APPEARANCES:

For the Sanofi     Shook Hardy & Bacon, LLP
Defendants:        BY: HARLEY V. RATLIFF, ESQ.
                       JON A. STRONGMAN, ESQ.
                   2555 Grand Boulevard
                   Kansas City, Missouri 64108

For the Sanofi     Shook Hardy & Bacon, LLP
Defendants:        BY: HILDY M. SASTRE, ESQ.
                   201 Biscayne Boulevard, Suite 3200
                   Miami, Florida 33131

Official Court Reporter:   Jodi Simcox, RMR, FCRR
                           500 Poydras Street
                           Room HB-275
                           New Orleans, Louisiana 70130
                           (504) 589-7780

Proceedings recorded by mechanical stenography, transcript produced by computer.

OFFICIAL TRANSCRIPT

Page 4

I N D E X

                                                    Page

DAVID KESSLER
    Direct Examination By Mr. Nolen:                 381
    Cross-Examination By Mr. Strongman:              388
    Redirect Examination By Mr. Nolen:               506

PROFFER
    Examination By Mr. Strongman:                    528

PROFFER
    Examination By Mr. Miceli:                       534

OFFICIAL TRANSCRIPT

Page 121

497

DAVID KESSLER - CROSS

4:01PM 1   anticipate I will hear is that Ms. Earnest should have taken
4:01PM 2   Taxol.
4:01PM 3           MR. MICELI:  That's not what you'll only hear.
4:01PM 4           THE COURT:  I understand.  But I think it's
4:01PM 5   absolutely pertinent that there is this other study that your
4:01PM 6   expert relied on that said we have reports of
4:01PM 7   chemotherapy-induced alopecia associated with Taxol.
4:01PM 8           And I don't think Adriamycin was on the list,
4:01PM 9   but the other --
4:01PM10           MR. STRONGMAN:  Cytoxan.
4:01PM11           THE COURT:  -- Cytoxan was listed.
4:01PM12           MR. MICELI:  I think what we're concerned about is
4:01PM13   the thiotepa, busulfan, carboplatin, which were never part of
4:01PM14   the discussion with -- between Dr. Carinder and Ms. Earnest,
4:01PM15   and that's what Your Honor ruled on on plaintiff's motion in
4:02PM16   limine No. 9, that was not going to be coming in.
4:02PM17           And the problem is that we've been having a lot
4:02PM18   of conferences up here with you.  And I apologize for that.
4:02PM19   But they bit off a lot in the opening.  Then they bit off some
4:02PM20   more.  And the cookie is going to be gone because they nibble
4:02PM21   around and they keep violating these MILs.  And by the end,
4:02PM22   they have a full belly of what they want.  And what we then
4:02PM23   have is there's nothing left in these MILs.
4:02PM24           MR. STRONGMAN:  Your Honor, I'm happy to rephrase the
4:02PM25   question and only focus on those two.  But in the opening

OFFICIAL TRANSCRIPT

Page 122

498

DAVID KESSLER - CROSS

4:02PM 1   statement, the plaintiff's slide said, "Unlike other
4:02PM 2   chemotherapies."  And I'm not going to go into those other
4:02PM 3   drugs.  I just simply read --
4:02PM 4           THE COURT:  This is what I'm going to do.
4:02PM 5           MR. STRONGMAN:  Fair enough.
4:02PM 6           THE COURT:  I'm going to tell the jury that they
4:02PM 7   should disregard that last question.  Why don't you rephrase
4:02PM 8   the question to those drugs that are pertinent to this issue.
4:02PM 9           But let me tell you something, you know, what I
4:02PM10   understand is Dr. Carinder's deposition was the only option he
4:03PM11   had was Taxol.  I don't know if any of that's in his -- because
4:03PM12   as I appreciate it now, there's a different story about what
4:03PM13   Dr. Carinder is going to say was in his toolbox.
4:03PM14           MR. MICELI:  Well, I think that when Dr. Carinder's
4:03PM15   deposition was taken, what he said was in his toolbox is Taxol
4:03PM16   and FEC, and FUC, and that's what we discussed with the Court
4:03PM17   during the motions in limine.
4:03PM18           THE COURT:  I understand that, Mr. Miceli.  But let
4:03PM19   me back this train up because I was in the conferences with
4:03PM20   counsel regarding slides associated with opening statements.
4:03PM21   And it's like, well, now, there's six things he could
4:03PM22   recommend.  Before it was just two or three.
4:03PM23           So, you know, I don't want them to be limited.
4:03PM24   If there -- if there is -- and you're going to tell me right
4:03PM25   now if there's something else on that laundry list that

OFFICIAL TRANSCRIPT

Page 123

499

DAVID KESSLER - CROSS

4:04PM 1   Mr. Strongman just went through that is going to be in
4:04PM 2   Dr. Carinder's toolbox.
4:04PM 3           MR. MICELI:  It's not going to be.  Particularly,
4:04PM 4   Your Honor, what Mr. Strongman has brought up were medicines
4:04PM 5   for bone marrow transplant preconditioning.
4:04PM 6           THE COURT:  Listen, we're going to fix it because
4:04PM 7   it -- I don't know if those are chemotherapy drugs.  I don't
4:04PM 8   know that.
4:04PM 9           But if this is related to bone marrow
4:04PM10   transplants, it's not related and it would be totally
4:04PM11   confusing.  I'm going to tell the jury they should disregard
4:04PM12   that last question, and you rephrase it.  Just say --
4:04PM13           MR. STRONGMAN:  Just the two.
4:04PM14           THE COURT:  -- to include -- and use the drugs
4:04PM15   associated as well as any drug that was in Dr. Carinder's
4:04PM16   toolbox.
4:04PM17           MR. MICELI:  For early-stage breast cancer.  And
4:04PM18   that's all that was highlighted in the agreement in our slides.
4:04PM19           THE COURT:  Fair enough.  Fair enough.
4:04PM20           MR. STRONGMAN:  While we're up here, Rand --
4:04PM21           THE COURT:  Yes.
4:04PM22           MR. STRONGMAN:  One thing that we had talked about
4:04PM23   was the 2004, and I wanted to -- I'm not interested in causing
4:04PM24   a huge thing about that, a brouhaha about that.  But I guess I
4:05PM25   feel like I have to ask the Court's guidance on whether I can

OFFICIAL TRANSCRIPT

Page 124

500

DAVID KESSLER - CROSS

4:05PM 1   ask about the FDA's strikeout of that language in the 2004
4:05PM 2   proposal or not.
4:05PM 3           THE COURT:  I think this is something that we're
4:05PM 4   going to have to have a more robust discussion that's going to
4:05PM 5   take more time than we have here.  So we're going to do this
4:05PM 6   after court today.
4:05PM 7           Unfortunately, I know Dr. Kessler is going to be
4:05PM 8   gone.
4:05PM 9           MR. STRONGMAN:  Right.
4:05PM10           THE COURT:  But --
4:05PM11           MR. MICELI:  There are other issues we'll need to
4:05PM12   take up at that time, and I don't think we can waste the time
4:05PM13   with the jury sitting here.
4:05PM14           MR. STRONGMAN:  I'm just saying that I think -- you
4:05PM15   understand that I think it's relevant.  I think Dr. Kessler is
4:05PM16   the witness for me to cross-examine on it.  And if Your Honor
4:05PM17   tells me I cannot, I won't.
4:05PM18           THE COURT:  Then let's not.  But we will talk about.
4:05PM19           MR. STRONGMAN:  Thank you.  Thank you.
4:06PM20           (WHEREUPON, the following proceedings were held in
4:06PM21   open court.)
4:06PM22           THE COURT:  Members of the jury, you should disregard
4:06PM23   that last question.
4:06PM24           I'm now going to ask Mr. Strongman to rephrase
4:06PM25   the question.

OFFICIAL TRANSCRIPT