# EXHIBIT D

# Module 1 Table of Contents

| Description | Electronic archive folder/file |
|---|---|
| Module 1 | |
| 1.1 Cover Letter | \cover.pdf |
| 1.2 356h Form | \356h.pdf |
| 1.4 Administrative Documents | |
|    1.4.1 Patent Information | other\patinfo.pdf |
|    1.4.2 Patent Information and Certification | other\patcert.pdf |
|    1.4.3 Debarment Certification | other\debar.pdf |
|    1.4.4 Field Copy Certification | other\fieldcer.pdf |
|    1.4.5 User Fee Cover Sheet | other\userfee.pdf |
|       1.4.5.1 User Fee Cover Sheet | other\userfee.pdf |
|       1.4.5.2 User Fee Check | other\userfee.pdf |
|    1.4.6 Financial Disclosure | other\financial.pdf |
|    1.4.7 Letters of Authorization for reference to other applications | other\authorize.pdf |
|    1.4.8 Waiver Request | other\waiver.pdf |
|    1.4.9 Environmental Assessment or request for categorical exclusion | other\environ.pdf |
|    1.4.10 Statements of claimed exclusivity and associated certifications | other\exclusive.pdf |
| 1.5 Prescribing Information | |
|    Labeling Table of Contents | labeling\labeltoc.pdf |
|    1.5.1 Proposed Labeling Text | labeling\proposed.pdf |

| | |
|---|---|
| 1.5.2 Current Labeling Text | *labeling\currrent.pdf* |
| 1.5.3 Approved Labeling Text | *labeling\approved.pdf* |
| 1.6 Annotated Labeling Text | *labeling\summary.pdf* |
| Annotations | *labeling\summary.pdf* |
| 1.7 Labeling History | *labeling\history.pdf* |
| 1.8 Documentation on the INN and USAN | *other\inn and usan.pdf* |
| 1.9 Summary of all interactions | *other\interactions.pdf* |
| 1.10 Risk Management | *other\risk management.pdf* |

Confidential                                                      Sanofi_05597226

# Module 2 Table of Contents

| Description | Electronic folder/file name |
|---|---|
| Summary | |
| 2.1 Module 2 CTD Table of Contents | summary\sumtoc.pdf |
| 2.2 CTD Introduction | summary\2.2 ctd introduction.pdf |
| 2.3 Quality Overall Summary | summary\2.3 quality overall summary.pdf |
| 2.4 Nonclinical Overview | summary\2.4 nonclinical overview.pdf |
| 2.5 Clinical Overview | summary\2.5 clinical overview.pdf |
| 2.6 Nonclinical Written and Tabulated Summary | summary\2.6 nonclinical summary.pdf |
| 2.7 Clinical Summary | |
| 2.7.1 Biopharmaceutic and Analytical Methods Summary | summary\2.7.1 clinical summary.pdf |
| 2.7.2 Clinical Pharmacology Summary | summary\2.7.2 clinical pharmacology summary.pdf |
| 2.7.3 Clinical Efficacy Summary | summary\2.7.3 clinical efficacy summary.pdf |
| 2.7.4 Clinical Safety Summary | summary\2.7.4 clinical safety summary.pdf |
| 2.7.5 Literature References | summary\2.7.5 literature references.pdf |
| 2.7.6 Synopses of Individual Studies | summary\2.7.6 synopses of individual studies.pdf |

Confidential                                                                 Sanofi_05597227

# Module 5 Table of Contents

| Description | Electronic folder/file name |
|---|---|
| Module 5 Clinical Study Reports | |
| 5.1 Module 5 Table of Contents | *clinstat\clintoc.pdf* |
| 5.2 Tabular Listing of all Clinical Studies (clinstat) | *clinstat\52tabularlistingofallclinicalstu.pdf* |
| 5.3 Clinical Study Reports and Related Information | |
| 5.3.1 Reports of Biopharmaceutic Studies | *clinstat\5.3.1 reports of biopharmaceutic studies.pdf* |
| 5.3.2 Reports of Studies Pertinent to Pharmacokinetics using Human Biomaterials | *clinstat\5.3.2 pk studies using human biomaterial.pdf* |
| 5.3.3 Reports of Human Pharmacokinetics (PK) Studies | *clinstat\5.3.3 reports of human pharmacokinetics (pk) studies.pdf* |
| 5.3.4 Reports of Human Pharmacodynamics (PD) Studies | *clinstat\5.3.4 reports of human (pd) studies.pdf* |
| 5.3.5 Reports of Efficacy and Safety Studies | |
| 5.3.5.1 Study Reports of Controlled Clinical Studies Pertinent to the Claimed Indication | |
| 5.3.5.1.1 Study 316 | *clinstat\5.3.5.1.1 study 316\316.pdf* |
| 5.3.5.1.1 Study 316a | *clinstat\5.3.5.1.1 study 316\316a.pdf* |
| 5.3.5.1.1 Study 316b | *clinstat\5.3.5.1.1 study 316\316b.pdf* |
| 5.3.5.1.1 Study 316c | *clinstat\5.3.5.1.1 study 316\316c.pdf* |
| 5.3.5.1.1 Study 316d | *clinstat\5.3.5.1.1 study 316\316d.pdf* |
| 5.3.5.2 Study Reports of Uncontrolled Clinical Studies | *clinstat\5.3.5.2 uncontrolled clinical studies.pdf* |
| 5.3.5.3 Reports of Analyses of Data from More Than One Study | *clinstat\5.3.5.3 analyses of data more than one study.pdf* |
| 5.3.5.4 Other Study | |

| | | |
|---|---|---|
| | Reports | |
| | Study 702 | clinstat\5.3.5.4 study 702\5.3.5.4 study 702.pdf |
| | Study 307 | clinstat\5.3.5.4 study 307\5.3.5.4 study 307.pdf |
| | Study 307a | clinstat\5.3.5.4 study 307\307a.pdf |
| | Study 307b | clinstat\5.3.5.4 study 307\307b.pdf |
| | Study 321 | clinstat\5.3.5.4 study 321\321.pdf |
| | Study ES1 301 | clinstat\5.3.5.4 study es1 301\es1 301.pdf |
| | Study ES1 301a | clinstat\5.3.5.4 study es1 301\ES1 301a.pdf |
| | Study ES1 301b | clinstat\5.3.5.4 study es1 301\ES1 301b.pdf |
| | NSABP B-30 Report. | clinstat\5.3.5.4 study nsabp b_30\5.3.5.4 nsabp b30.pdf |
| 5.3.6 Reports of Postmarketing Experience | | |
| | PSUR 10 | clinstat\5.3.6 psur10.pdf |
| | PSUR 11 | clinstat\5.3.6 psur11.pdf |
| | PSUR 12 | clinstat\5.3.6 psur12.pdf |
| | PSUR 13 | clinstat\5.3.6 psur13.pdf |
| | PSUR 14 | clinstat\5.3.6 psur14.pdf |
| | PSUR 14a | clinstat\5.3.6 psur14a.pdf |
| | PSUR 14b | clinstat\5.3.6 psur14b.pdf |
| 5.3.7 Case Report Forms and Individual Patient Listings | | |
| | 5.3.7.1 Case Report Tabulations (CRTs) and Patient Listings | crt\crttoc.pdf |
| | 5.3.7.2 Case Report Forms (CRFs) | crf\crftoc.pdf |
| 5.4 Publications | | |
| | Baille 1998 | clinstat\pubs\baille1998.pdf |
| | Bear 2003 | clinstat\pubs\bear2003.pdf |
| | Bonadonna 1976 | clinstat\pubs\bonadonna1976.pdf |
| | Bonnadonna 1995 | clinstat\pubs\bonadonna1995.pdf |
| | Budman 1998 | clinstat\pubs\budman1998.pdf |
| | Bull 1978 | clinstat\pubs\bull1978.pdf |
| | Buzdar 1997 | clinstat\pubs\buzdar1997.pdf |
| | Buzzoni 1991 | clinstat\pubs\buzzoni1991.pdf |

Confidential                                                              Sanofi_05597229

| | |
|---|---|
| Carpenter 1994 | clinstat\pubs\carpenter1994.pdf |
| Chan 1999 | clinstat\pubs\chan1999.pdf |
| Citron 2003 | clinstat\pubs\citron2003.pdf |
| Crump 2003 | clinstat\pubs\crump2003.pdf |
| Diamandidou 1996 | clinstat\pubs\diamandidou1996.pdf |
| Early breast cancer trialists collaborative group 1992 | clinstat\pubs\earlybreastcancertrialistscollab1992.pdf |
| Early breast cancer trialists collaborative group 1998 | clinstat\pubs\earlybreastcancertrialistscollab1998.pdf |
| Early breast cancer trialists collaborative group 2000 | clinstat\pubs\earlybreastcancertrialistscollab2000.pdf |
| FDA SAP comments | clinstat\pubs\fdasapcomments.pdf |
| FDA interim analysis 2 | clinstat\pubs\fdainterimanalysis.pdf |
| FDA pre-sNDA comments | clinstat\pubs\fda pre-snda comments.pdf |
| Ferguson 1982 | clinstat\pubs\ferguson1982.pdf |
| Fisher 1975 | clinstat\pubs\fisher1975.pdf |
| Fisher 1986 | clinstat\pubs\fisher1986.pdf |
| Fisher 1990 | clinstat\pubs\fisher1990.pdf |
| Fossati 1998 | clinstat\pubs\fossati1998.pdf |
| Freedman 1982 | clinstat\pubs\freedman1982.pdf |
| French Agency 2000-Oct-06 | clinstat\pubs\frenchagency20001006.pdf |
| French Agency 2003-Nov-24 | clinstat\pubs\frenchagency20031124.pdf |
| Gehl 1996 | clinstat\pubs\gehl1996.pdf |
| German Agency 16 December 03 | clinstat\pubs\germanagency121603.pdf |
| Gianni 1995 | clinstat\pubs\gianni1995.pdf |
| Giordano 2002 | clinstat\pubs\giordano2002.pdf |
| Goldhirsch 2001 | clinstat\pubs\goldhirsch2001.pdf |
| Haagensen 1977 | clinstat\pubs\haagensen1977.pdf |
| Henderson 2003 | clinstat\pubs\henderson2003.pdf |
| Hortobagyi 2001 | clinstat\pubs\hortobagyi2001.pdf |

Confidential                                                            Sanofi_05597230

| | |
|---|---|
| Hutcheon 2003 | clinstat\pubs\hutcheon 2003.pdf |
| Hutchins 1998 | clinstat\pubs\hutchins1998.pdf |
| Ibrahim 2000 | clinstat\pubs\ibrahim2000.pdf |
| Ibrahim 2002 | clinstat\pubs\ibrahim2002.pdf |
| Jones 1975 | clinstat\pubs\jones1975.pdf |
| Kouroussis 2000 | clinstat\pubs\kouroussis2000.pdf |
| Kreis 2000 | clinstat\pubs\kreis2000.pdf |
| Levine 1998 | clinstat\pubs\levine1998.pdf |
| Moliterni 1991 | clinstat\pubs\moliterni1991.pdf |
| Nabholtz 1999 | clinstat\pubs\nabholtz1999.pdf |
| Nabholtz 2001 | clinstat\pubs\nabholtz2001.pdf |
| Nabholtz 2003 | clinstat\pubs\nabholtz2003.pdf |
| Ravdin 2003 | clinstat\pubs\ravdin2003.pdf |
| Schwartz 1987 | clinstat\pubs\schwartz1987.pdf |
| SEER Clinical Statistics Review 1973-1999 | clinstat\pubs\seerclinicalstatisticsreview.pdf |
| Shapiro 2001 | clinstat\pubs\shapiro2001.pdf |
| Shottenfeld 1976 | clinstat\pubs\shottenfeld1976.pdf |
| Sjostrom 1999 | clinstat\pubs\sjostrom1999.pdf |
| Smalley 1977 | clinstat\pubs\smalley1977.pdf |
| Stemmler 2002 | clinstat\pubs\stemmler2002.pubs.pdf |
| Swedish Agency 15 December 03 | clinstat\pubs\swedishagency151203.pdf |
| Taxotere PI 2003 | clinstat\pubs\taxoterepi2003.pdf |
| Trudeau 2003 | clinstat\pubs\trudeau2003.pdf |
| Valagussa 1978 | clinstat\pubs\valagussa1978.pdf |
| Weiss 2000 | clinstat\pubs\weiss2000.pdf |

Confidential                                                                                      Sanofi_05597231