# EXHIBIT G

Page 1

1              UNITED STATES DISTRICT COURT
2              EASTERN DISTRICT OF LOUISIANA
3     * * * * * * * * * * * * * * * * * * * * * * *
4    ELIZABETH KAHN,                        CASE NO.
          Plaintiff,                      2:16-cv-15397
5    v.
     SANOFI S.A.,
6    SANOFI-AVENTIS U.S.,
     L.L.C., SANOFI US
7    SERVICE, INC.,
          Defendants.
8
9
10    * * * * * * * * * * * * * * * * * * * * * * *
11
                         VIDEOTAPED
12                    EXPERT DEPOSITION
                            OF
13                   DAVID ROSS, M.D.
14         taken on Thursday, March 4, 2021
15            Commencing at 9:11 a.m.
16                         at
17                        Zoom
                  Baltimore, Maryland
18
19
20
21
22
23
24
25

1   2004 submission to the FDA, correct?
2          MR. MICELI:  Object to the form.
3       A.   Can you be a little more clear?  When
4   you say "proposed", what exactly do you mean by
5   that?  I just want to be clear we're talking about
6   the same thing.
7       Q.   Let's look at the details.  So I guess
8   let me do that first.  In that Paragraph No. 85,
9   sub-part D you asked the question:  "Did Sanofi ever
10  seek to update section 6 of its label prior to May
11  29th, 2008 to include an adverse reaction as
12  described in nature, severity and duration of PCIA?"
13          Correct?
14      A.   Yes.
15      Q.   Do you have an opinion as to whether
16  Sanofi ever tried to include in section 6 of its
17  label prior to May 29th, 2008, information on
18  alopecia in the TAX316 55-month interim report?
19          MR. MICELI:  Object to the form.
20      A.   Do I have an opinion as to whether they
21  sought to include it?  My opinion is they did not.
22      Q.   Okay.
23          I've introduced Exhibit No. 12 and let
24  me know when that pops up for you, doctor.
25          (Whereupon Exhibit No. 12 was marked