# EXHIBIT H

Aventis Pharmaceuticals 

March 17, 2004

Richard Pazdur, M.D., Director
Division of Oncology Drug Products (HFD-150)
Center for Drug Evaluation and Research
Food and Drug Administration
Woodmont 2 Document Room
1451 Rockville Pike
Rockville, Maryland 20852

### NDA 20-449: TAXOTERE® (docetaxel) Injection Concentrate

**Supplemental New Drug Application:** *Adjuvant Treatment of Patients With Operable Node-Positive Breast Cancer*

Dear Dr. Pazdur:

Provided herewith, in accordance with 21 CFR Section 314.70, is a Supplemental New Drug Application (sNDA) that contains clinical safety and efficacy data to support approval for TAXOTERE® in combination with doxorubicin and cyclophosphamide for the adjuvant treatment of patients with operable node-positive breast cancer.

This application includes results from study TAX 316, a prospective, multicenter, randomized Phase III study which compared the efficacy and safety of adjuvant TAXOTERE 75 mg/m$^2$, doxorubicin 50 mg/m$^2$ and cyclophosphamide 500 mg/m$^2$ to that of adjuvant doxorubicin 50 mg/m$^2$, fluorouracil 500 mg/m$^2$ and cyclophosphamide 500 mg/m$^2$. These results, (based upon a second planned interim analysis of data from the subject study, with a median follow-up of 55 months), demonstrate both significantly longer disease-free survival (DFS) and overall survival (OS) for patients treated with TAXOTERE combined with AC (TAC) compared to those treated with 5-fluorouracil combined with AC (FAC). In consideration of the maturity of the TAX 316 study results, the effects on DFS and OS seen with TAC are both compelling and unique in this early disease setting. Importantly, the results of TAX 316 also support a conclusion of net benefit with TAC in women with both hormone-receptor negative and hormone-receptor positive disease, thus confirming the broad applicability of the results to all patients with node positive breast cancer. Given that such results clearly represent an advance in the adjuvant treatment of node-positive breast cancer, it is respectfully requested that this application be considered for priority review. Further information on the results of TAX 316 is provided below.

Aventis Pharmaceuticals Inc. · www.aventis.com
200 Crossing Boulevard · PO Box 6890 · Bridgewater, NJ 08807-0890 · Telephone (908) 304-7000

Confidential                                                                                      Sanofi_05597232

In TAX 316, TAC-treated patients had a 28% reduction in the risk of disease recurrence compared to those treated with FAC (hazard ratio = 0.72, 95% CI [0.59-0.88], p = 0.001). This therapeutic effect was observed in patient subgroups known to have a poor prognosis, including hormone-receptor negative patients (hormone-receptor positive: p=0.0076; hormone-receptor negative: p=0.0296). In this study, TAC was associated with a 30% reduction in the risk of death compared to FAC (hazard ratio = 0.70, 95% CI [0.53 – 0.91], p = 0.008).

During the TAX 316 treatment period, the most common toxicity in TAC-treated subjects was related to neutropenia and fever. Nevertheless, appropriate clinical management allowed more than 90% of TAC-treated subjects to receive the full 6 cycles of chemotherapy as planned in the protocol. The incidence of infection, regardless of severity, was 39.4% and 36.3% in the TAC and FAC treated arms, respectively. Non-hematologic toxicities were generally reported more frequently in the TAC arm (nausea and vomiting presenting as an exception), however only six percent of the patients receiving TAC discontinued therapy as a consequence of an adverse event. Further, at 55 months' median follow-up, there were more deaths among FAC-treated patients (n=129, 18%) than TAC-treated patients (n=91, 12%); the vast majority of these deaths were attributable to recurrent breast cancer (78/91 and 116/129 in the TAC and FAC arms, respectively).

This sNDA was the subject of a pre-sNDA meeting request dated July 29, 2003, (Serial No. 1107, IND 35,555). FDA responses to the pre-sNDA questions posed by Aventis, (questions that were designed to optimize for an efficient review of the application), were considered by Aventis as complete enough to allow for the expedient preparation of the application without the need for a pre-SNDA meeting. As mentioned in conjunction with that pre-sNDA request, this application also includes data from other clinical studies that are relevant to assessments of safety for the TAC regimen or for TAXOTERE in the adjuvant breast cancer setting. (One of these studies, TAX 307, was a Phase IV commitment; please see further information below.)

Breast cancer is not a significant clinical problem in the pediatric population. Although the incidence in the adult population generally increases with age, the incidence of breast cancer in females under the age of 18 is less than 0.1 per 100 [Ries et al. (ed.), SEER Cancer Statistics Review, 1975-2000, National Cancer Institute, accessed March 8, 2004; available at URL http://seer.cancer.gov/csr/1975_2000/results_merged/sect_04_breast.pdf]. Consequently, studies of the efficacy and safety of TAXOTERE for the adjuvant treatment of breast cancer in the pediatric population are highly impracticable due to the limited number of available patients, and TAXOTERE is not likely to be used in a substantial number of pediatric patients in this treatment setting. Thus, in accordance with Sections 505B(a)(4)(A)(i) and 505B(a)(4)(A)(iii)(II) of the Federal Food, Drug, and Cosmetic Act, as amended by the Pediatric Research Equity Act of 2003, Aventis hereby requests a full waiver of the requirement to submit an assessment of the efficacy and safety of TAXOTERE for the indication proposed in this application.

This application includes SAS transport files that range from 58.7 MB to 102 MB in size. The 1999 FDA Guidance for Industry, "Providing Regulatory Submissions in Electronic Format – General Considerations" indicates that the maximum size of SAS transport files should be 25 MB.

Confidential                                                                                                       Sanofi_05597233

NDA 20,449 Efficacy Supplement
March 17, 2004
Page 3

However, in an electronic mail correspondence dated March 3, 2004 to Mr. Stewart Mittnacht (Aventis), Mr. Kenneth Edmunds, Jr. (OIM, FDA) indicated that SAS transport files included in this application which exceed 25 MB would be acceptable.

In accordance with the 1999 FDA Guidance for Industry, "Providing Regulatory Submissions in Electronic Format – General Considerations", a copy of this cover letter, Form FDA 356h, and digital tape containing the full contents of the application have been sent under separate cover to:

> Central Document Room
> Center for Drug Evaluation and Research
> Food and Drug Administration
> 12229 Wilkins Avenue
> Rockville, Maryland 20852

The User Fee for this supplemental New Drug Application has been submitted according to the Prescription Drug User Fee Act. A fee of $286,750 was submitted via check number 0009162536 on February 4, 2004 with User Fee Identification Number 4700.

A complete index for the contents of this application is provided in this application. The electronic archival copy of this application consists of 1 DLT 35/70 Digital Tape (approximately 5 GB). Aventis certifies that all electronic media have been scanned and found to be free of any known computer viruses (Symantec Antivirus Corporate Edition, Program Version 7.50.846, current DEFS Version 60308r 3/8/04, Scan Engine 4.1.0.6).

With the submission of this application, and to further optimize for an efficient review of this application, Aventis personnel will work with FDA to schedule a meeting as soon as possible so that an overview of the application content can be presented to relevant Review Staff. Aventis would like to propose May 11, May 12, or May 13, 2004 as potential dates for this meeting. Further, Aventis would like to extend an offer of a demonstration of this electronic application as well. This demonstration may be scheduled either in conjunction with the submission overview meeting or as a separate meeting, depending on the preference of the Division Review Staff.

Finally, reference is made to the March 9, 2004 submission to IND 35,555 (Serial No. 1140) by Aventis of a final report for study RP56976-307 (TAX 307), "A Multicenter, Randomized, Phase III Trial Comparing Docetaxel in Combination with Doxorubicin and Cyclophosphamide (TAC) to 5-Fluorouracil in Combination with Doxorubicin and Cyclophosphamide (FAC) as First Line Chemotherapy for Metastatic Breast Cancer." A Phase IV commitment to complete and submit a final report for this study was made by Aventis (then, Rhône-Poulenc Rorer) in a June 15, 1998 submission to NDA 20-449/S-005. In accordance with the May 14, 1996 approval letter for NDA 20-449, which requested that final reports of studies addressing Phase 4 commitments be submitted to IND 35,555, with copies of the submission cover letters submitted to the NDA, notification of the submission of this report for a Phase IV commitment is herewith made to the NDA. A copy of the study report for study TAX 307 is included in this Application. With the submission of this study report, Aventis proposes that this Phase IV commitment is now fulfilled.

Confidential                                                                 Sanofi_05597234

*NDA 20,449 Efficacy Supplement*
*March 17, 2004*
*Page 4*

Dr. Michael Rozycki will have primary responsibility for responding to any Agency requests on the application. He may be reached at 908-304-6412, or by fax at 908-304-6549. We look forward to working closely with FDA Review Staff so that the application review can be as efficient as possible.

Sincerely,

[signature: Cheryl Anderson]

Cheryl Anderson
Senior Director and Oncology Therapeutic Area Head
Global Regulatory Liaison
Aventis Pharmaceuticals, Inc.
Mail Code: BX2-209G
200 Crossing Boulevard
PO Box 6890
Bridgewater, NJ 08807-0890
Telephone 908 394 6471
Fax 908 304 6549
E-mail: Cheryl.anderson2@aventis.com

Confidential                                                                                                   Sanofi_05597235