# EXHIBIT I



*Aventis Pharma*

**Sponsor**
Aventis Pharmaceuticals, Inc.
Route 202-206, PO Box 6800
Bridgewater, NJ 08807-0800, USA

# 2.7.4 CLINICAL SUMMARY SAFETY

## 2.7.4 Summary of Clinical Safety

---

**Date:** 13 March 2004 **Document Number:**

The information in this document is the property of Aventis Pharma and is confidential. Neither the document nor the information contained therein may be reproduced or disclosed outside Aventis Pharma without the written consent of the company.

# TABLE OF CONTENTS

**LIST OF TABLES** ....................4

**LIST OF ABBREVIATIONS AND DEFINITIONS OF TERMS** ....................6

**1 EXPOSURE TO THE DRUG** ....................8

1.1 OVERALL SAFETY EVALUATION PLAN AND NARRATIVES OF SAFETY STUDIES ....................8

1.1.1 Safety evaluation plan ....................8

1.1.2 Narratives of safety studies ....................9

1.1.2.1 TAX 702 ....................9

1.1.2.2 TAX 307 ....................10

1.1.2.3 TAX 316 (Pivotal study) ....................12

1.1.2.4 TAX 321 ....................14

1.1.2.5 GEICAM 9805 (TAX.ES1.301) ....................16

1.2 OVERALL EXTENT OF EXPOSURE ....................17

1.3 DEMOGRAPHIC AND OTHER CHARACTERISTICS OF STUDY POPULATION (PIVOTAL STUDY, TAX 316) ....................19

1.3.1 Demographic data ....................19

1.3.2 Pre-existing signs and symptoms ....................22

1.3.2.1 Prior history of other neoplasm ....................23

1.3.3 Concomitant and post-chemotherapy treatments ....................23

1.3.3.1 Further chemotherapy before any event ....................24

**2 ADVERSE EVENTS** ....................25

2.1 COMMON ADVERSE EVENTS ....................27

2.1.1 Overview of TEAEs ....................27

2.1.2 Adverse events in the treatment period ....................28

2.1.3 Adverse events in the follow-up period ....................34

2.1.4 Serious adverse events ....................37

2.1.5 Withdrawals due to adverse events ....................39

2.2 DEATHS ....................40

2.3 SPECIAL SAFETY ....................41

2.3.1 Neutropenic complications, infection and G-CSF use ....................41

2.3.2 Cardiovascular toxicity ....................43

2.3.3 Fluid retention ....................46

Confidential Sanofi_05524597

2.3.4 Gastrointestinal toxicities ....................46
2.3.5 Secondary malignancies ....................47

**3 CLINICAL LABORATORY EVALUATIONS ....................49**

3.1 HEMATOLOGICAL TOXICITY ....................49

3.2 NON-HEMATOLOGIC LABORATORY ABNORMALITIES ....................49

**4 OTHER OBSERVATIONS RELATED TO SAFETY ....................50**

4.1 TAX 321 ....................50
4.1.1 Demographics and baseline characteristics ....................50
4.1.2 Overall extent of exposure ....................51
4.1.3 Adverse events ....................51
4.1.4 Hematologic toxicities ....................52
4.1.5 Special safety and adverse events during follow-up ....................53
4.1.5.1 Clinical laboratory evaluations ....................56

4.2 GEICAM 9805 (TAX.ES1.301) ....................56
4.2.1 Demographic and other characteristics ....................56
4.2.2 Overall extent of exposure ....................57
4.2.3 Adverse events ....................59
4.2.3.1 Impact of primary G-CSF prophylaxis ....................60

4.3 OTHER ONGOING STUDIES ....................63
4.3.1 NSABP B-30 ....................63

**5 SAFETY IN SPECIAL GROUPS AND SITUATIONS ....................65**

5.1 ANALYSIS OF ADVERSE EVENTS BY AGE AND RACE ....................65

**6 POSTMARKETING DATA ....................69**

6.1 OVERVIEW ....................69

6.2 SPONTANEOUS ADVERSE EVENTS IN BREAST CANCER PATIENTS TREATED WITH TAXOTERE, DOXORUBICIN AND CYCLOPHOSPHAMIDE COMBINATION THERAPY ....................71

**7 OVERALL SUMMARY AND CONCLUSIONS ....................73**

**8 APPENDICES ....................75**

8.1 TABULAR LISTING OF ALL STUDIES ....................75

Confidential Sanofi_05524598

## LIST OF TABLES

Table 1 – Cumulative actual dose, dose intensity, and RDI by drug (TAX 316) ........ 18

Table 2 – Duration of treatment delay, by subject and by cycle (TAX 316) ........ 18

Table 3 – Reasons for dose delay and reduction, by subject and by cycle (TAX 316) ........ 19

Table 4 – Demographic data (TAX 316) ........ 20

Table 5 – Adjuvant radiotherapy after study chemotherapy (TAX 316) ........ 24

Table 6 – Further chemotherapy before any event (TAX 316) ........ 24

Table 7 – Overview of AEs regardless of causal relationship (TAX 316) ........ 28

Table 8 – TEAEs regardless of relationship during treatment period (TAX 316) ........ 29

Table 9 – TEAEs considered related to study treatment during treatment period (TAX 316) ........ 32

Table 10 – Subjects with selected AEs during treatment period that persisted into follow-up period (TAX 316) ........ 35

Table 11 – AEs starting or worsening during follow-up, by causality assessment (TAX 316) ........ 36

Table 12 – Serious TEAEs during the treatment period occurring in at least one subject (TAX 316) ........ 38

Table 13 – Serious adverse events during follow-up, by causality assessment (TAX 316) ........ 39

Table 14 – Deaths occurring during treatment or follow-up periods (TAX 316) ........ 40

Table 15 – G-CSF use by subject and by cycle, overall (TAX 316) ........ 42

Table 16 – Rates of febrile neutropenia and neutropenic infection with and without prophylactic G-CSF, by cycle (TAX 316) ........ 43

Table 17 – Number (%) of subjects with treatment-emergent cardiac adverse events during treatment period, overall and by severity grading (worst grade recorded) (TAX 316) ........ 44

Table 18 – Relative decrease in LVEF, by evaluable subject (TAX 316) ........ 45

Table 19 – Clinically significant treatment-emergent cardiac function adverse events during treatment and/or follow-up periods (TAX 316) ........ 45

Table 20 – Number (%) of subjects with select treatment-emergent gastrointestinal adverse events during treatment period – overall, severe and serious adverse events, and subjects withdrawn for adverse event (D/C) (TAX 316) ........ 47

Table 21 – Age and performance status at baseline, ITT population (TAX 321) ........ 50

Table 22 – Cumulative actual dose, dose intensity and RDI, safety population (TAX 321) ........ 51

Table 23 – Overview of adverse events during treatment period and follow-up, safety population (TAX 321) ........ 52

Table 24 – AEs during follow-up by and causality assessment, safety population (TAX 321) ........ 54

Table 25 – Overall summary of cardiotoxicity, safety population (TAX 321) ........ 55

Table 26 – Demographic and baseline characteristics (GEICAM 9805) ........ 56

Table 27 – Cumulative actual dose, dose intensity, and RDI by drug (GEICAM 9805) ........ 58

Table 28 – Overview of TEAEs regardless of causal relationship (GEICAM 9805) ........ 59

Confidential Sanofi_05524599

Table 29 – Number (%) of subjects with treatment-emergent adverse events (TEAE), regardless of relationship, pre- and post-amendment, overall and severe (GEICAM 9805) ........................................... 60

Table 30 – Distribution of febrile neutropenia, by subject and by cycle (GEICAM 9805) ........................... 62

Table 31 – Percent of subjects with fever, febrile neutropenia and infection, regardless of relationship (worst grade reported) (NSABP B-30)........................................................................................... 64

Table 32 – Overview of TEAEs regardless of causal relationship, by age (TAX 316) ................................ 65

Table 33 – Number (%) of TAC subjects with selected hematologic and non-hematologic toxicities and SAEs, regardless of relationship, by age (TAX 316)........................................................................ 66

Table 34 – Overview of TEAEs regardless of causal relationship, by race (TAX 316)............................... 67

Table 35 – Number (%) of TAC subjects with selected TEAEs, regardless of relationship, by race (TAX 316)........................................................................................................................................... 67

Table 36 – Ten most frequent adverse events reported from the postmarketing experience in patients with breast cancer, regardless of staging, treated with Taxotere, doxorubicin and cyclophosphamide (Aventis postmarketing safety data, 10 February 2004) ............................................................................. 71

Table 37 – Reports of efficacy and safety studies ......................................................................... 75

Confidential Sanofi_05524600

## LIST OF ABBREVIATIONS AND DEFINITIONS OF TERMS

| | |
|---|---|
| A | Adriamycin (doxorubicin) |
| AE | Adverse event |
| ALAT | Alanine aminotransferase (same as SGPT) |
| ANC | Absolute neutrophil count |
| ASAT | Aspartate aminotransferase (sames as SGOT) |
| BCIRG | Breast Cancer International Research Group |
| CDS | Corporate data sheet |
| CHF | Congestive heart failure |
| CIOMS | Council for International Organisations of Medical Sciences |
| CFR | Code of Federal Regulations |
| CI | Confidence interval |
| COSTART | Coding Symbols for Thesaurus of Adverse Reaction Terms |
| CRF | Case report form |
| CSR | Clinical study report |
| DFS | Disease-free survival |
| ER | Estrogen receptor |
| FAC | 5-fluorouracil, doxorubicin and cyclophosphamide |
| FN | Febrile neutropenia |
| G-CSF | Granulocyte colony-stimulating factor |
| GEICAM | Grupo Español de la Investigación en Cáncer de Mama |
| HDCT | High-dose chemotherapy |
| ITT | Intent-to-treat |

Confidential                                            Sanofi_05524601

| | |
|---|---|
| IV | Intravenous |
| LT | Life-threatening |
| LVEF | Left ventricular ejection fraction |
| min | Minute(s) |
| MUGA | Multiple-gated aquisition |
| NA | Not applicable |
| NCI | National Cancer Institute |
| NCI-CTC | National Cancer Institute Common Toxicity Criteria |
| NOS | Not otherwise specified |
| NSABP | National Surgical Adjuvant Breast and Bowel Project |
| PgR | Progesterone receptor |
| PSUR | Periodic Update Safety Report |
| RDI | Relative dose intensity |
| SAE | Serious adverse event |
| SGOT | Serum glutamic oxalacetic transaminase (same as ASAT) |
| SGPT | Serum glutamic pyruvic transaminase (same as ALAT) |
| SOC | System organ class |
| SPM | Second primary malignancy |
| TAC | Taxotere, doxorubicin and cyclophosphamide |
| TAF | Taxotere, doxorubicin and 5-fluorouracil |
| TEAE | Treatment-emergent adverse event |
| TMX | Tamoxifen |
| UNL | Upper normal limit |
| wk | Week(s) |
| XRT | Radiotherapy |

Confidential                                          Sanofi_05524602

# 1 EXPOSURE TO THE DRUG

## 1.1 OVERALL SAFETY EVALUATION PLAN AND NARRATIVES OF SAFETY STUDIES

### 1.1.1 Safety evaluation plan

This Summary of Clinical Safety is based primarily on the findings of TAX 316, the pivotal study submitted in support of the use of Taxotere®, given in combination with doxorubicin and cyclophosphamide, in the adjuvant treatment of women with operable breast cancer and involved axillary lymph nodes. The safety results of this study are discussed in full as they speak to both the acute and longer-term safety issues associated with Taxotere administration in the population of interest. Supplemental safety findings from supportive studies in both the metastatic (TAX 702, TAX 307) as well as comparable adjuvant (TAX 321, GEICAM 9805) breast cancer populations are also included where relevant. All available safety findings of the supportive studies can be found in their individual study reports in 5.3.5.4 Other Study Reports.

The development of Taxotere, given in combination with doxorubicin and cyclophosphamide (TAC), as an adjuvant regimen initially followed its clinical evaluation in populations of subjects with metastatic breast cancer (TAX 702, single-arm phase II; TAX 307, randomized phase III comparison of TAC vs. 5-fluorouracil + AC [FAC]). These studies demonstrated an acceptable and manageable safety profile and formed the basis for testing TAC vs. FAC in an adjuvant breast cancer population. TAX 316 tested TAC vs. FAC in subjects with risk of recurrence defined by any axillary lymph node involvement. TAX 321 tested TAC alone vs. TAC with high-dose chemotherapy (TAC+HDCT) in a node-positive population with 4 or more involved lymph nodes. TAX 321 was subsequently terminated early due to the long-term safety concerns of the use of mitoxantrone (part of HDCT) in an adjuvant treatment setting. At the time of early termination, 80 subjects had received TAC alone and provide additional, albeit limited, safety data on the TAC regimen in an adjuvant setting. Furthermore, GEICAM 9805 is testing TAC vs. FAC in a population of subjects with high-risk, node-negative breast cancer. This ongoing trial was amended to include primary G-CSF prophylaxis with TAC treatment (i.e., from cycle 1). An unplanned interim safety analysis was subsequently conducted in order to confirm the impact on safety of G-CSF when used in this manner, and the results of this analysis are included.

Due to differences in patient populations and the status of the trials, the results of these studies are not integrated. TAX 307 and TAX 702 are informative in that they demonstrated a safety profile that was subsequently confirmed in TAX 316 and TAX 321. GEICAM 9805 provides additional data concerning the use of primary G-CSF prophylaxis as standard supportive care for the administration of TAC. The safety data from these supportive studies are only discussed where relevant to the findings in the pivotal study, TAX 316.

Confidential Sanofi_05524603

### 1.1.2 Narratives of safety studies

#### *1.1.2.1 TAX 702*

TAX 702 (5.3.5.4 Study 702), a phase II study of Taxotere, doxorubicin and cyclophosphamide (TAC) in the treatment of metastatic breast cancer, was conducted to determine the tumor response rate in metastatic breast cancer subjects. The secondary objectives were to determine the duration of response and the time to progression of the TAC regimen in this group of subjects as well as to examine the safety profile of the combination in these subjects.

Eligible subjects included women (age 18-75 years) with metastatic breast cancer with performance status ≥60% who provided written or witnessed oral informed consent. Subjects may have previous hormonal therapy as either adjuvant treatment and/or treatment for metastatic disease. No prior chemotherapy for metastatic disease was permitted. Postmenopausal subjects with positive hormone receptors must have received and failed at least one hormonal treatment. Subjects may have had prior anticancer chemotherapy without anthracycline (doxorubicin or epirubicin) in the adjuvant or neo-adjuvant setting but must have fully recovered from any toxicities. Subjects were required to have at least one measurable (bi- or uni-dimensionally measurable) target lesion. Subjects must have had adequate hematologic, hepatic and renal function as determined by laboratory evaluation. In addition, normal cardiac function, confirmed by LVEF (MUGA scan or echocardiography), was required. Pregnant or lactating subjects were excluded, and subjects of childbearing potential had to have negative pregnancy test results. Subjects were also excluded on the basis of the pre-existence of serious medical conditions as defined in 5.3.5.4, CSR 702, Appendix I.A.1. Protocol

On day 1 and repeated every 3 weeks, subjects received doxorubicin 50 mg/m² as a 15-min IV infusion followed immediately by cyclophosphamide 500 mg/m² as a 15-min IV infusion, followed a half hour later by Taxotere 75 mg/m² as a 1-hour IV infusion. Subjects received up to 8 cycles of treatment in the absence of progression or unacceptable toxicity.

Fifty-four subjects (median age 52.5 years, range 33-70) were enrolled and treated, 47 of whom were evaluable for efficacy. Median Karnofsky performance status was 90 (range 60-100). Bone, visceral and liver involvement were noted in 59.3%, 68.5% and 31.5% of subjects, respectively; 17 subjects (31.5%) received prior adjuvant chemotherapy. A total of 359 cycles were administered with a median of 8 cycles per subject (range 1-9). The median relative dose intensities (RDIs) of Taxotere, doxorubicin and cyclophosphamide were 0.97 (range 0.74 - 1.03), 0.98 (range 0.78-1.03) and 0.97 (0.74-1.03), respectively.

The most frequent adverse events were neutropenia and/or its complications. Grade 4 neutropenia was observed in all subjects, but it was short-lasting, with a median duration of 7 days (range, 1-22), and the median neutrophil count on day 22+3 was 3.9 x1000/mm³ at all cycles. Febrile neutropenia requiring IV antibiotics and/or subject hospitalization was observed in 34.0% of subjects. Grade 3 infection was observed in one subject. No septic death was observed. Prophylactic ciprofloxacin was to be used in all subjects subsequent to the second amendment to the protocol. Grade 3 nausea was observed in 5 subjects and no grade 3-4 vomiting was observed. Grade 3 stomatitis was observed in 3 subjects. Two subjects presented with congestive heart failure after a median cumulative dose of doxorubicin of 393 mg/m² (range, 49-464) and a median

follow-up of 32.1 months (range, 4.9–37.9). One of these subjects subsequently died from congestive heart failure in the follow-up period. In addition, 3 subjects required withdrawal from therapy due to compromised cardiac function. With a median cumulative dose of Taxotere of 561 mg/m² (range, 75-696), fluid retention was observed in 18 subjects (33.3%). It was severe in 1 subject, requiring withdrawal from therapy.

In conclusion, this phase II study of the combination of Taxotere with doxorubicin and cyclophosphamide was the first demonstration of the activity and safety of TAC given in doses and schedules consistent with TAX 316. With respect to safety in this population of subjects with metastatic breast cancer, the observation of what appears to be enhanced hematological toxicities, especially as it relates to neutropenia and its complications is the most important finding. However, as a single-arm study, it is not possible to draw firm conclusions even in this regard and a randomized comparison was indicated for both safety and efficacy. TAX 702 provided the evidence that the TAC regimen as per the schema of administration in this study appeared to be feasible, in this subject population and warranted further evaluation.

#### *1.1.2.2 TAX 307*

TAX 307 ([5.3.5.4 Study 307]) was a prospective, non-blinded, randomized, multicenter phase III trial comparing Taxotere in combination with doxorubicin and cyclophosphamide (TAC) to 5-fluorouracil in combination with doxorubicin and cyclophosphamide (FAC) as first-line chemotherapy for metastatic breast cancer. It was conducted to compare time to progression after treatment with these 2 treatment regimens in subjects with metastatic breast cancer previously untreated with chemotherapy for metastatic disease. The secondary objectives were to compare response rate, duration of response, survival, toxicity and quality of life in the 2 treatment arms.

Eligible subjects were women 18 years of age or older with metastatic breast cancer and measurable and/or evaluable disease. Subjects may have received prior chemotherapy in the adjuvant or neoadjuvant setting only; however, subjects who had previously received chemotherapy with paclitaxel or Taxotere were excluded. Subjects must not have received prior chemotherapy for metastatic disease and could not have blastic bone metastases, mixed bone metastases in absence of at least 2 clear lytic lesions, lymphangitic carcinomatosis, ascites, pleural effusion, and/or irradiated non-progressive lesions as the only manifestations of metastatic disease. Subjects with brain or leptomeningeal involvement, other serious illnesses or medical conditions were also excluded.

On day 1 and repeated every 3 weeks, subjects on the TAC arm received Taxotere 75 mg/m² as a 1-hour IV infusion in combination with doxorubicin 50 mg/m² as an IV infusion over 5–60 min and cyclophosphamide 500 mg/m² as an IV infusion over 1–60 min. Similarly, on day 1 and repeated every 3 weeks, subjects on the FAC arm received 5-fluorouracil 500 mg/m² as an IV infusion over 1–60 min in combination with doxorubicin 50 mg/m² as an IV infusion over 5–60 min and cyclophosphamide 500 mg/m² administered as an IV infusion over 1–60 min. Subjects were to receive at least 6–8 cycles of treatment up to a total cumulative doxorubicin dose of 550 mg/m² (including prior anthracycline/anthracenedione use) or until disease progression, unacceptable toxicity or withdrawal of consent.

A total of 484 subjects were randomized and 475 were treated (238 TAC, 237 FAC).

Confidential Sanofi_05524605

Overall, the median number of cycles administered was 6 in both treatment groups (range, 1-8 in the TAC arm and 1-9 in the FAC arm). In the TAC arm, the median cumulative doses administered were: 452 mg/m² Taxotere (range, 2-632), 3020 mg/m² cyclophosphamide (range, 448-4165), and 301 mg/m² doxorubicin (range, 45-416). This represented a median dose intensity of 24.05 mg/m²/week Taxotere, 161.72 mg/m²/week cyclophosphamide and 16.11 mg/m²/week doxorubicin. The relative dose intensity was ≥0.96 for each drug.

In the FAC arm, the median cumulative doses administered were: 3055 mg/m² 5-fluorouracil (range, 475-4570), 3052 mg/m² cyclophosphamide (range, 475-4570) and 305 mg/m² doxorubicin (range, 48-457). This represented median dose intensities of 157.86 mg/m²/week 5-fluorouracil, 158.16 mg/m²/week cyclophosphamide and 15.76 mg/m²/week doxorubicin. The relative dose intensity was 0.95 for each drug.

All subjects in the TAC arm experienced at least 1 adverse event regardless of relationship with 60.9% of subjects having an NCI grade 3-4 and/or COSTART severe/life-threatening adverse event, while all but one FAC subjects in the FAC arm experienced at least one adverse event, with 53.4% having NCI grade 3-4 and/or severe/life-threatening adverse event (5.3.5.4, CSR 307, Appendix II.F.1 Safety Table 5.01). The most frequently reported adverse events in both arms included asthenia, alopecia, hematological disorders, fever in absence of infection, nausea, vomiting and stomatitis. Toxicities commonly associated with Taxotere (e.g., neuro-sensory, skin, nail changes, myalgia and peripheral edema) were higher in the TAC arm but were infrequently severe.

There was a higher incidence of febrile neutropenia (30.7%) and infection (7.6%) in the TAC-treated subjects as compared to the FAC-treated subjects (5.5% and 3.8%, respectively). The rates of septic death were similar between the 2 arms (1.7% TAC, 1.3% FAC). There were 5 toxic deaths (4 septic deaths and 1 non-septic death) in the TAC arm and 3 toxic deaths (all septic) in the FAC arm.

There were more discontinuations due to AEs in the TAC group with 40 subjects (16.5%) discontinuing treatment compared to 20 subjects (8.3%) in the FAC arm. There was also a higher number of SAEs related to TAC. A total of 115 TAC-treated subjects (48.3%) experienced related SAEs compared to 30 FAC-treated subjects (12.7%).

The incidence of cardiac toxicity was comparable between the treatment groups: 11 subjects in the TAC arm discontinued treatment due to cardiac function as compared to 7 in the FAC arm; for cardiac dysrhythmia, 4 in the TAC arm discontinued as compared to 1 in FAC.

Twelve TAC-treated subjects and 7 FAC-treated subjects died within 30 days of their last infusion of study chemotherapy (5.3.5.4, CSR 307, Appendix II.F.1 SAE Table 9.08). In total, there were 7 drug-related deaths in the TAC arm and 3 in the FAC arm, including 2 TAC-treated subjects whose deaths were reported as unrelated to the study treatment by the investigators but for which Aventis felt that possible causal relationship could not be ruled out.

TAX 307 permitted the first randomized evaluation of safety of the direct substitution of Taxotere for 5-fluorouracil in combination with doxorubicin and cyclophosphamide (TAC vs. FAC). In this regard, this randomized comparison in a population of women with metastatic breast cancer

Confidential Sanofi_05524606

confirmed the safety findings of the single-arm evaluation of TAC in TAX 702. In particular, the greater hematological toxicity of TAC was associated with a higher incidence of febrile neutropenia, although the incidence of septic deaths in this study population with established metastatic breast cancer was similar between the two treatment arms. Overall, the acute toxicities associated with TAC use were manageable. Any conclusions with respect to longer-term toxicities (e.g., CHF) must be interpreted with caution, as the duration of follow-up and life expectancy of these subjects does not permit any valid conclusions to be drawn. In summary, Taxotere, in combination with doxorubicin and cyclophosphamide, is a treatment option for subjects with metastatic breast cancer previously untreated with chemotherapy. The acute safety profile is consistent with the previously described profile associated with adding Taxotere to doxorubicin and cyclophosphamide in a metastatic subject population (TAX 702) in a single-arm study.

#### *1.1.2.3 TAX 316 (Pivotal study)*

TAX 316 (5.3.5.1.1 Study 316), a multicenter, non-blinded, randomized phase III trial comparing Taxotere in combination with doxorubicin and cyclophosphamide (TAC) to 5-fluorouracil in combination with doxorubicin and cyclophosphamide (FAC) as adjuvant treatment of operable breast cancer subjects with axillary lymph node involvement, was conducted to compare disease-free survival (DFS) after treatment with these 2 treatment regimens in women with operable breast cancer and positive axillary lymph nodes. The secondary objectives were to compare overall survival, safety and quality of life in the 2 treatment arms.

Eligible subjects were women between 18 and 70 years of age with operable, axillary-lymph-node-positive breast cancer who had undergone mastectomy or breast-conserving surgery within 60 days prior to enrollment.

TAC consisted of the combination of doxorubicin 50 mg/m² given as IV infusion, cyclophosphamide 500 mg/m² as IV infusion and Taxotere 75 mg/m² as 1-hour IV infusion given on day 1 every 3 weeks. FAC consisted of the combination of doxorubicin 50 mg/m² as IV infusion, cyclophosphamide 500 mg/m² as IV infusion and 5-fluorouracil 500 mg/m² as a 15-min IV infusion given on day 1 every 3 weeks. Subjects received 6 cycles of study treatment, unless relapse or unacceptable toxicities occurred.

Relapse was defined as any clinical or radiologic evidence of tumor recurrence including the central nervous system. Any evidence of malignant disease was to be reported. In the event of relapse, follow-up was to continue for survival. Criteria used to define relapse are listed in the study protocol (5.3.5.1, CSR 316, Appendix I.A. Protocol and protocol Amendments).

A total of 1491 subjects were randomized and 1480 were treated (744 TAC, 736 FAC). The median age was 49 years in both treatment arms. The number of subjects with 1-3 lymph nodes and 4+ lymph nodes was similar in the 2 treatment groups (1-3: 463 TAC and 460 FAC; 4+: 282 TAC and 286 FAC). The most common primary tumor size was pT2 in both treatment arms (392 TAC, 383 FAC). The two treatment groups were well balanced with respect to baseline demographic and clinical characteristics, including the principal prognostic factors: number of positive axillary lymph nodes, menopausal status, estrogen and progesterone receptor status, and overexpression of HER2/neu.

Confidential Sanofi_05524607

At least 1 treatment-emergent adverse event (TEAE) was reported on all subjects during the study period. However, more subjects on TAC experienced at least one NCI grade 3-4 or COSTART severe/LT TEAE (TAC: 36.3%; FAC: 26.6%), TEAE reported as serious (TAC: 36.0%; FAC: 9.2%), or NCI grade 3 or 4 or COSTART severe/LT TEAE reported as serious (TAC: 10.2%; FAC: 4.9%) event. An AE was listed as a reason for discontinuing study medication in 45 (6.0%) subjects on TAC and 8 (1.1%) subjects on FAC, with fever in absence of infection and allergy being the most common reasons for withdrawal among TAC-treated subjects. There were 4 deaths within 30 days of the treatment period (2 in TAC and 2 in FAC) and 1 death in each treatment group was attributed to study drug adverse events. In the follow-up period (>30 days of study drug), there were 3 additional deaths (1 in TAC and 2 in FAC) attributed to study drug toxicity.

The ten most common TEAEs (regardless of severity grades) in the TAC treatment group, in the order of decreasing frequency, were: alopecia (97.8%), anemia (91.5%), asthenia (80.8%), nausea (80.5%), neutropenia (71.4%), stomatitis (69.4%), amenorrhea (61.7% of pre-menopausal subjects), fever in absence of infection (46.5%), vomiting (44.5%) and pain (44.5%). In the FAC treatment group, the ten most common TEAEs in the order of decreasing frequency were: alopecia (97.1%), nausea (88.0%), neutropenia (82.0%), anemia (71.7%), asthenia (71.2%), vomiting (59.2%), stomatitis (52.9%), amenorrhea (52.4% of pre-menopausal subjects), pain (37.5%) and infection (36.3%).

Grade 3-4 or severe events were infrequent, with the exception of neutropenia (65.5% and 49.3% for the TAC and FAC arms, respectively). Febrile neutropenia (FN) was reported more frequently on the TAC arm (24.7%) than on the FAC arm (2.5%). While infection rates were similar in the two treatment groups (39.4% in TAC with 3.9% grades 3-4, 36.3% in FAC with 2.1% grades 3-4), neutropenic infection rates were higher in the TAC group (12.1%) than in the FAC group (6.3%). There were no septic deaths in either treatment arm. As expected, use of G-CSF was associated with fewer febrile neutropenia and neutropenic infection events in subsequent cycles although it did not eliminate all events. In the TAC treatment cycles, there was 3.1% of FN and 2.2% of neutropenic infection with G-CSF prophylaxis, as compared to 6.0% FN and 3.0% neutropenic infection in the absence of prophylactic G-CSF.

The majority of TEAEs persisting at the start of the follow-up period resolved. However, amenorrhea remained ongoing in 57.1% of TAC-treated subjects and 54.3% of FAC-treated subjects whose events persisted into the follow-up period. Neurosensory, peripheral edema, and arthralgia events did not resolve in >10% of subjects on either treatment arm. Based on the menopausal status at entry into study, 31.6% of 420 TAC and 25.1% of 403 FAC pre-menopausal subjects had ongoing amenorrhea at the median follow-up of 55 months. Alopecia remained ongoing in 3.2% (n = 22/687) of TAC-treated subjects compared with 1.4% (n = 9/642) of FAC-treated subjects and incidence of ongoing neuro-sensory toxicity, nail disorder and peripheral edema were similar in both groups. It should be noted, however, that since there were more TAC events initially, there also remained more TAC-treated subjects with ongoing neuro-sensory toxicity (n = 9/73) and peripheral edema (n = 18/112) than FAC-treated subjects (n = 2/15 and 3/19, respectively).

Among infrequent but clinically important events, congestive heart failure (CHF) (cardiac function grade 3-4) was reported in 1.6% (95% CI 0.8%-2.8%) and 0.5% (95% CI 0.1%-1.4%)

Confidential Sanofi_05524608

for TAC-treated and FAC-treated subjects, respectively. Although 1 subject on each arm died due to cardiac failure, CHF was reported as resolved in 7/12 subjects treated with TAC and 2/4 subjects treated with FAC. Colitis was reported among 7 subjects (<1%) on the TAC arm and 1 subject on the FAC arm, while these serious events led to treatment discontinuation in 4 subjects, there were no deaths. As of 15 July 2003 and with a median follow-up time of 55 months, there were 3 subjects diagnosed with leukemia (2 in TAC, 1 in FAC). After the study cut-off date of 15 July 2003, 1 additional case of leukemia was reported to Aventis in a TAC-treated subject. There were no reports of myelodysplatic syndrome.

This study demonstrated the safety profile of TAC compared to FAC when administered in a randomized trial to a population of women with operable breast cancer and axillary lymph node involvement. The toxicity profiles of both TAC and FAC were predictable, manageable and consistent with previous observations in a metastatic population. During the treatment period, TAC was associated with greater hematological toxicity than FAC, including a higher overall incidence of infections considered SAEs. However, both treatment arms had a relatively low incidence of grade 3-4 infection. Other toxicities were consistent with those previously described for Taxotere, alone and in combination, and were manageable. During the follow-up period, the reporting of additional adverse events was comparable for TAC vs. FAC subjects.

#### *1.1.2.4 TAX 321*

TAX 321 (5.3.5.4 Study 321) was a multicenter, randomized trial comparing Taxotere in combination with doxorubicin and cyclophosphamide (TAC) to TAC followed by high-dose chemotherapy with mitoxantrone, cyclophosphamide and vinorelbine (HDCT) with autologous peripheral stem-cell transplantation and G-CSF in the adjuvant treatment of operable breast cancer with 4 or more positive axillary lymph nodes. It was conducted to compare disease-free survival (DFS) between these 2 treatments. The original secondary objectives were to compare overall survival (OS), toxicity and quality of life between the 2 treatment arms and to evaluate pathologic and molecular markers as predictors of efficacy. Socioeconomic data were to be collected in order to be able to perform an analysis by health care jurisdiction as needed.

This study was terminated early due to the long-term safety concerns (in particular related to the risk of leukemia) of mitoxantrone when used in non-metastatic settings. This summary presents data on the cohort of subjects treated with TAC alone, which provides additional safety information related to the impact of TAC in a population of women with node-positive breast cancer without evidence of distant metastases.

Eligible subjects included women between 18 and 65 years of age, inclusive, with histologically proven invasive breast cancer with at least 4 positive axillary lymph nodes (pN1), treated by definitive surgery including axillary node dissection no more than 60 days before study registration; Karnofsky performance status ≥90%; normal cardiac function confirmed by LVEF measurement; adequate bone marrow, renal and hepatic function; complete staging work up within 3 months prior to registration; negative pregnancy test. Subjects with any of the following were to be excluded: prior systemic anticancer therapy for breast cancer; prior anthracycline therapy or taxoids for any malignancy; prior radiation therapy for breast cancer; bilateral invasive breast cancer; any T4 or N2 or known N3 or M1 breast cancer; pre-existing motor or sensory

Confidential Sanofi_05524609

neurotoxicity ≥ NCI grade 2; other serious illness or medical condition (as specified in the protocol); ASAT and/or ALAT >1.5x UNL associated with alkaline phosphatase >2.5x UNL; past or current history of any other neoplasm, except for: curatively treated non-melanoma skin cancer; in situ carcinoma of the cervix; other cancer curatively treated and with no evidence of disease for at least 10 years; ipsilateral ductal carcinoma in situ of the breast; lobular carcinoma in situ of the breast (ipsilateral or contralateral); chronic treatment with corticosteroids unless initiated >6 months prior to study entry and at low dose (≤20 mg methylprednisolone or equivalent); concurrent treatment with ovarian hormonal replacement therapy; concurrent treatment with other experimental drugs or with any other anti-cancer therapy.

137 subjects were enrolled into the study: 69 were randomized to TAC and all were treated with at least one cycle of study therapy, and 68 subjects were randomized to TAC+HDCT. Prior to the early termination of the study, 56 went on to complete the HDCT portion of the treatment protocol (1 subject withdrew consent). The remaining 11 subjects did not receive HDCT and their safety results are pooled with the TAC arm subjects for the analysis of safety. Therefore, while the intent-to-treat (ITT) population consisted of 69 TAC subjects, the TAC safety cohort consisted of a total of 80 TAC-treated subjects. In the TAC (ITT) group, median age was 47 (range, 26-60) and median Karnofsky performance status was 100 (range, 90-100). The majority of subjects had invasive ductal breast carcinoma, stage T2 tumors with a median number of 7 positive lymph nodes.

Overall, 433 cycles were administered to TAC subjects. The median number of cycles administered in the TAC group was 6 (range, 1-6). The median relative dose intensities (RDIs) of Taxotere, doxorubicin, cyclophosphamide were 0.98 (range, 0.00–1.02), 0.99 (range, 0.20–1.03) and 0.99 (range, 0.00–1.03), respectively.

Hematological toxicities in subjects receiving TAC alone included grade 4 neutropenia (53.8% of subjects and 21.7% of cycles), febrile neutropenia requiring IV antibiotics (30.0% of subjects and 7.6% of cycles) and drug-related neutropenic infection (3.8% of subjects and 0.8% of cycles). Anemia was frequent but rarely severe. Blood transfusions were utilized in 3.8% of subjects. Thrombocytopenia occurred in 35.0% of subjects and in 14.9% of cycles. It was rarely grade 3 (0.8% of cycles) and never grade 4. No subjects received platelet transfusions. Treatment-related stomatitis occurred in 73.8% of subjects and was grade 3 in 4 subjects (5.0%) with no grade 4 reported. The incidence and severity of cardiac toxicity was low and was generally limited to asymptomatic LVEF decrease.

There were no septic deaths with TAC alone. Five subjects (6.3%) died during the follow-up period, including 3 from breast cancer, 1 from acute respiratory distress syndrome unrelated to treatment, and 1 from acute myelogenous leukemia related to study chemotherapy.

The safety results resulting from this abbreviated study of TAC in a group of women with high-risk, node-positive breast cancer provide additional data for the first time in a cohort of subjects without established metastatic disease collected after an initial randomization for baseline characteristics. While the abbreviated nature of the study resulted in a limited safety population also precludes the evaluation of any longer-term safety issues, the safety data from the on-treatment portion is similar to the TAX 316 population and is provided in additional detail, where relevant, in subsequent sections. This TAC safety data is consistent with what was observed in

Confidential                                                                                      Sanofi_05524610

trials of Taxotere, given in combination with doxorubicin and cyclophosphamide (TAX 702, TAX 307) in subjects with established metastatic breast cancer, especially as it relates to hematological complications.

#### *1.1.2.5 GEICAM 9805 (TAX.ES1.301)*

GEICAM 9805 (5.3.5.4, 5.3.5.4 Study ES1 301) is a prospective, parallel, non-blinded, randomized, positive-controlled, multinational trial comparing TAC (Taxotere, doxorubicin and cyclophosphamide) with FAC (5-fluorouracil, doxorubicin and cyclophosphamide) as adjuvant chemotherapy following primary surgery for breast cancer. It is being conducted by the Grupo Español de Investigación en Cáncer de Mama (GEICAM), a Spanish cooperative breast cancer research group, to compare DFS with these treatments in women with operable, axillary-lymph-node-negative breast cancer. Secondary endpoints include OS, safety and quality of life.

Subsequent to the initiation of the study, the protocol was amended to require primary G-CSF prophylaxis in all TAC-treated subjects (Protocol Amendment No. 3). GEICAM subsequently made the decision to conduct an unplanned interim safety analysis on 448 subjects with completed CRFs (TAC: 109 pre-amendment, 115 post-amendment; FAC: 111 and 113, respectively), with the purpose of confirming the impact on safety of G-CSF when used in this manner in an adjuvant treatment population. Safety data presented in this submission is based on the repeat analysis conducted by Aventis using the interim safety analysis cohort defined by GEICAM. The study has since completed accrual but there have been insufficient events to conduct the protocol-defined efficacy analyses. However, the mitigating effects of G-CSF used as primary prophylaxis for subjects receiving TAC as an adjuvant regimen are of clinical interest. Therefore, the results of the interim safety analysis are included as part of this marketing application.

All 448 subjects included in this interim safety analysis experienced at least one TEAE during treatment. Serious TEAEs were more frequently noted in TAC than in FAC, but most TEAEs were grade 1-2 or mild to moderate in severity. There were more TEAEs leading to dose reduction or discontinuation in the TAC arm, while TEAEs leading to dose delays were more common with FAC. There were no deaths during the treatment period.

With the introduction of primary G-CSF prophylaxis, the rates of grade 3-4 or severe/life-threatening TEAEs were reduced in the TAC arm (50.4% pre-amendment vs. 20.0% post-amendment), as was the incidence of serious TEAEs (43.1% vs. 17.3%). Reductions were primarily seen in fever in absence of infection (48.6% vs. 26.0%), stomatitis (72.4% vs. 53.9%) and infection (53.1% vs. 38.2%). There were also decreases in the rates of TEAEs leading to dose reduction (31 vs. 11 cycles) or discontinuation (8 vs. 3 subjects). As expected, there were no notable changes in the FAC arm with respect to the rates of TEAEs, SAEs and AEs resulting in dose delay and/or discontinuation, as Amendment No. 3 did not add any new intervention to this treatment arm.

Following the introduction of primary G-CSF prophylaxis, reductions were seen in the TAC arm with respect to the incidence of febrile neutropenia (23.8% pre-amendment vs. 3.4% post-amendment), fever during neutropenia (regardless of severity grade; 35.7% vs. 10.4%) and neutropenic infection (regardless of relationship; 28.4% vs. 6.9%). The post-amendment rates of

Confidential Sanofi_05524611

febrile neutropenia and neutropenic infection in the TAC arm were comparable to those in the FAC post-amendment cohort, while fever during neutropenia remained higher in TAC-treated subjects.

As the scope of this interim safety analysis included TEAEs during the treatment period but not in the follow-up period, the outcome and/or persistence of longer-term safety issues was not evaluated.

The administration of primary G-CSF prophylaxis was associated with a reduction in the incidence of febrile neutropenia and neutropenic infection in this non-randomized cohort analysis. These preliminary safety results suggest the possible impact of G-CSF when used in this manner in a population receiving Taxotere-based adjuvant chemotherapy for breast cancer.

## 1.2 OVERALL EXTENT OF EXPOSURE

The pivotal study submitted in support of this application, TAX 316, addressed the specific efficacy results in the adjuvant treatment setting and is also the primary source of data regarding the safety profile of Taxotere, given in combination with doxorubicin and cyclophosphamide. TAX 316 is therefore the source of all information presented henceforth, unless otherwise noted.

TAX 316 randomized 1491 subjects and 1480 (99.3%) were treated with any study chemotherapy. For the purposes of safety analyses, subjects are analyzed according to the treatment they actually received regardless of randomization group. Thus, 744 subjects in TAC and 736 subjects in FAC are evaluable for safety analysis. Safety information on 1 subject who received 3 cycles of TAF and then 3 cycles of TAC is included with data on the TAC cohort.

A total of 4272 cycles of TAC were administered to 743 subjects, 3940 (92.2%) were at the dose planned in the protocol; 4348 cycles of FAC were administered to 736 subjects, 4269 (98.2%) were at the dose planned in the protocol. The median number of cycles administered in each treatment group was 6 (range, 1–6). More than 90% of all cycles were given at the per-protocol doses (Source: 5.3.5.1, CSR 316, Appendix II.F.1 Table 3.01, Table 3.02-a, Table 3.02-b).

Table 1 describes cumulative actual dose, dose intensity, and relative dose intensity by drug.

Confidential Sanofi_05524612

**Table 1 – Cumulative actual dose, dose intensity, and RDI by drug (TAX 316)**

| Drugs | n | Cumulative actual dose (mg/m²) | | Dose intensity (mg/m²/wk) | | RDI | |
|---|---|---|---|---|---|---|---|
| | | Median | Range | Median | Range | Median | Range |
| **Treatment received: TAC** | | | | | | **0.99** | **[0.67 – 1.13]** |
| Taxotere | 743 | 448.5 | [3.2 – 630.1] | 24.68 | [1.06 – 35.29] | 0.99 | [0.04 – 1.41] |
| Doxorubicin | 743 | 299.3 | [49.3 – 321.2] | 16.49 | [12.34 – 17.68] | 0.99 | [0.74 – 1.06] |
| Cyclophosphamide | 743 | 2994.5 | [493.0 – 3212.1] | 165.14 | [123.43 – 202.10] | 0.99 | [0.74 – 1.21] |
| **Treatment received: FAC** | | | | | | **0.98** | **[0.63 – 1.08]** |
| 5-fluorouracil | 736 | 2997.5 | [491.5 – 3248.9] | 162.79 | [104.45 – 179.58] | 0.98 | [0.63 – 1.08] |
| Doxorubicin | 736 | 299.7 | [49.2 – 321.1] | 16.27 | [10.47 – 17.96] | 0.98 | [0.63 – 1.08] |
| Cyclophosphamide | 736 | 2997.7 | [491.5 – 3248.9] | 162.84 | [105.14 - 179.58] | 0.98 | [0.63 – 1.08] |

RDI: relative dose intensity
Ref: 5.3.5.1, CSR 316, Appendix II.F.1 Table 3.03 , Table 3.04

The durations of treatment delays were similar for the 2 treatment groups, with only about 1% of cycles in either treatment group delayed by >7 days, as described in Table 2.

**Table 2 – Duration of treatment delay, by subject and by cycle (TAX 316)**

| Duration of treatment delay | TAC | | FAC | |
|---|---|---|---|---|
| | Number of subjects (N=743) n (%) | Number of cycles (N=4272) n (%) | Number of subjects (N=736) n (%) | Number of cycles (N=4348) n (%) |
| No delay | 564 (75.9) | 4051 (94.8) | 449 (61.0) | 3829 (88.1) |
| Any delay | 179 (24.1) | 221 (5.2) | 287 (39.0) | 519 (11.9) |
| Delayed 4–7 days | 138 (18.6) | 178 (4.2) | 234 (31.8) | 459 (10.6) |
| Delayed >7 days | 41 (5.5) | 43 (1.0) | 53 (7.2) | 60 (1.4) |

Ref: 5.3.5.1, CSR 316, Appendix II.F.1 Table 3.05, Table 3.06

Table 3 summarizes the reasons for treatment delay and dose reduction by subject and by cycle.

Confidential Sanofi_05524613

**Table 3 – Reasons for dose delay and reduction, by subject and by cycle (TAX 316)**

| Reason for dose delay/reduction | TAC | | FAC | |
|---|---|---|---|---|
| | Number of subjects (N=743) n (%) | Number of cycles (N=4272) n (%) | Number of subjects (N=736) n (%) | Number of cycles (N=4348) n (%) |
| **Reason for dose delay** | | | | |
| Study-drug-related adverse event: | | | | |
| Hematological toxicity | 44 (5.9) | 51 (1.2) | 187 (25.4) | 343 (7.9) |
| Non-hematological toxicity | 25 (3.4) | 27 (0.6) | 11 (1.5) | 11 (0.3) |
| Both hematological and non-hematological toxicities | 3 (0.4) | 3 (0.1) | 1 (0.1) | 1 (<0.1) |
| Non-study-drug-related adverse event | 27 (3.6) | 28 (0.7) | 34 (4.6) | 36 (0.8) |
| Other | 102 (13.7) | 112 (2.6) | 107 (14.5) | 128 (2.9) |
| **Reason for dose reduction** | | | | |
| Study-drug-related adverse event: | | | | |
| Hematological toxicity | 43 (5.8) | 43 (1.0) | 6 (0.8) | 6 (0.1) |
| Non-hematological toxicity | 49 (6.6) | 55 (1.3) | 16 (2.2) | 18 (0.4) |
| Both hematological and non-hematological toxicities | 5 (0.7) | 5 (0.1) | 0 (0.0) | 0 (0.0) |
| Non-study-drug-related adverse event | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) |
| Other | 1 (0.1) | 1 (<0.1) | 0 (0.0) | 0 (0.0) |
| Missing | 5 (0.7) | 5 (0.1) | 0 (0.0) | 0 (0.0) |

Ref: 5.3.5.1, CSR 316, Appendix II.F.1, Dose delay: Table 3.08-a, Table 3.08-b ; Dose reduction: Table 3.09-a, Table 3.09-b

Treatment delay due to "other" reasons (administrative, logistical or subject convenience) was comparable for TAC-treated and FAC-treated subjects (13.7% vs. 14.5%, respectively), while hematologic toxicity leading to treatment delay was more common in FAC-treated subjects (25.4% vs. 5.9% in TAC-treated subjects).

Most of the dose reductions were due to study-drug-related adverse events (AEs). Reasons for dose reduction in TAC-treated subjects included both hematological and non-hematological toxicity. In the FAC subjects, non-hematological toxicity was more frequently the reason for dose reduction.

## 1.3 DEMOGRAPHIC AND OTHER CHARACTERISTICS OF STUDY POPULATION (PIVOTAL STUDY, TAX 316)

### 1.3.1 Demographic data

Demographic and baseline characteristics of the ITT population are summarized in Table 4. The treatment groups were well balanced with respect to age, performance status, menopausal status, prior surgery, breast cancer staging and histology, and nodal and hormone-receptor status at baseline. A small number of subjects were randomized in the wrong nodal stratum, but the distribution of this anomaly is similar in frequency between the 2 treatment groups.

Confidential Sanofi_05524614

**Table 4 – Demographic data (TAX 316)**

| | Number of subjects (%) | |
|---|---|---|
| | **TAC (N=745)** | **FAC (N=746)** |
| **Age** | | |
| Median (range) | 49 (26-70) | 49 (23-70) |
| ≥65 | 48 (6.4%) | 41 (5.5%) |
| **Race** | | |
| Caucasian | 683 (91.7) | 673 (90.2) |
| Non-Caucasian | 62 (8.3) | 73 (9.8) |
| **Performance status** | | |
| Median (range) | 100 (80-100) | 100 (80-100) |
| 80 | 24 (3.2) | 20 (2.7) |
| 90 | 141 (18.9) | 153 (20.5) |
| 100 | 580 (77.9) | 573 (76.8) |
| **Menopausal status** | | |
| Pre-menopausal | 372 (49.9) | 359 (48.1) |
| Post-menopausal | 247 (33.2) | 251 (33.6) |
| Other, age <50 years | 49 (6.6) | 50 (6.7) |
| Other, age ≥50 years | 77 (10.3) | 86 (11.5) |
| **Prior surgery** | | |
| At least one[a] type of surgery for breast cancer | 745 (100.0) | 746 (100.0) |
| Lumpectomy | 115 (15.4) | 122 (16.4) |
| Quadrantectomy/ segmental | 185 (24.8) | 186 (24.9) |
| Mastectomy | 445 (59.7) | 438 (58.7) |
| **Staging at first diagnosis** | | |
| Primary tumor site | | |
| Left breast | 381 (51.1) | 371 (49.7) |
| Right breast | 364 (48.9) | 375 (50.3) |
| Primary tumor size | | |
| PT1: ≤2 cm | 296 (39.7) | 320 (42.9) |
| PT2: 2-5 cm | 392 (52.6) | 383 (51.3) |
| PT3: >5 cm | 57 (7.7) | 43 (5.8) |
| Regional lymph nodes | | |
| PN1: metastasis to movable ipsilateral axillary nodes | 744 (99.9) | 744 (99.7) |
| PN2: metastasis to ipsilateral axillary lymph nodes fixed to one another or two structures | 1 (0.1) | 2 (0.3) |
| Distant metastases | | |
| M0: None | 744 (99.9) | 742 (99.5) |
| M1: Distant metastasis present | 1 (0.1) | 4 (0.5) |

Confidential Sanofi_05524615

| | Number of subjects (%) | |
|---|---|---|
| | TAC (N=745) | FAC (N=746) |
| **Histology at first diagnosis** | | |
| Histopathological Type | | |
| Invasive ductal NOS | 551 (74.0) | 581 (77.9) |
| Invasive lobular, classic or variants | 74 (9.9) | 55 (7.4) |
| Other | 120 (16.1) | 110 (14.7) |
| Histopathological grade (differentiation) | | |
| G1 (Good) | 134 (18.0) | 129 (17.3) |
| G2 (Moderate) | 346 (46.4) | 325 (43.6) |
| G3 (Poor) | 259 (34.8) | 288 (38.6) |
| GX (Not assessed) | 6 (0.8) | 4 (0.5) |
| Margins | | |
| Free | 742 (99.6) | 743 (99.6) |
| Involved by the tumor | 3 (0.4) | 3 (0.4) |
| **Resected/positive lymph nodes** | | |
| Number of resected lymph nodes | | |
| Median (range) | 14 (6–50) | 14 (6–42) |
| Number of resected lymph nodes | | |
| 6-8 | 102 (13.7) | 91 (12.2) |
| 9-10 | 95 (12.8) | 111 (14.9) |
| 11-12 | 105 (14.1) | 99 (13.3) |
| 13-15 | 149 (20.0) | 151 (20.2) |
| 16-20 | 177 (23.8) | 172 (23.1) |
| >20 | 117 (15.7) | 122 (16.4) |
| Number of positive lymph nodes | | |
| Median (range) | 3 (1–28) | 3 (1–30) |
| Number of positive lymph nodes | | |
| 1-3 | 463 (62.1) | 460 (61.7) |
| 4-10 | 222 (29.8) | 232 (31.1) |
| >10 | 60 (8.1) | 54 (7.2) |
| Number of positive lymph nodes (as per randomization) | | |
| 1-3 | 467 (62.7) | 459 (61.5) |
| ≥4 | 278 (37.3) | 287 (38.5) |

Confidential Sanofi_05524616

| | Number of subjects (%) | |
|---|---|---|
| | TAC (N=745) | FAC (N=746) |
| **Hormone receptor status** | | |
| Positive ER and/or PgR | 567 (76.1) | 565 (75.7) |
| ER+/PgR+ | 454 (60.9) | 449 (60.2) |
| ER+/PgR- | 101 (13.6) | 105 (14.1) |
| ER-/PgR+ | 8 (1.1) | 5 (0.7) |
| ER+/PgR unknown | 3 (0.4) | 6 (0.8) |
| ER unknown/PgR+ | 1 (0.1) | 0 (0.0) |
| Negative (ER and PgR both negative) | 175 (23.5) | 178 (23.9) |
| Unknown | | |
| ER- and PgR unknown | 3 (0.4) | 3 (0.4) |
| ER unknown and PgR- | 0 (0.0) | 0 (0.0) |

ER: estrogen receptor; NOS: not otherwise specified; PgR: progesterone receptor

[a] If a subject had the same surgical procedure more than once, the subject is counted only once.

Ref: 5.3.5.1, CSR 316, Appendix II.F.1 Table 2.01, Table 2.02, Table 2.03 ,Table 2.04, Table 2.05-c, Table 2.06, Table 2.07-c

Subsequent to an Independent Data Monitoring Committee recommendation (October 2001), menopausal status was defined according to the guidelines of the US NCI-funded Cooperative Groups Common Data Element Committee. Thus, subjects were considered to be pre-menopausal if their last menses occurred within 6 months of enrollment, they had not previously undergone bilateral ovariectomy, and were not receiving estrogen-replacement therapy. Subjects were considered to be post-menopausal if their last menses occurred >12 months prior to enrollment or if they had undergone prior bilateral ovariectomy but no prior hysterectomy. Subjects who could not be categorized by these criteria were grouped by age <50 or ≥50 years.

All subjects underwent primary surgery for breast cancer prior to study enrollment; the distribution of these surgical procedures are displayed by strata for axillary lymph node involvement (1-3; 4+) is shown in 5.3.5.1, CSR 316, Appendix II.F.1 Table 2.04 Ten subjects also received other prior antitumor treatments: 1 additional surgery subsequent to primary breast cancer surgery and prior to adjuvant chemotherapy (FAC), 4 radiotherapy (1 TAC, 3 FAC), 1 chemotherapy (TAC) and 4 hormonal therapy (2 TAC, 2 FAC) (Source: 5.3.5.1, CSR 316, Appendix II.F.1 Table 2.18).

### 1.3.2 Pre-existing signs and symptoms

The incidence and pattern of pre-existing signs and symptoms were typical for a population of this type (i.e., asymptomatic or mild pre-existing signs or symptoms consistent with eligibility requirements) and were similar in both treatment groups. There was a small number of NCI grade 1 or (rarely) grade 2 abnormalities among these parameters, which were evenly distributed between the 2 treatment groups.

Confidential Sanofi_05524617

Two TAC-treated subjects and 3 FAC-treated subjects had an LVEF below normal on either MUGA or echocardiography. In addition, 3 TAC-treated subjects and 1 FAC-treated subject had shortening fractions below normal.

#### *1.3.2.1 Prior history of other neoplasm*

Forty-four subjects (3.0%) had histories of other neoplasm, 23 (1.5%) within the last 10 years. In situ carcinoma of the cervix (17 cases, 38.6%) and basal cell skin carcinoma (8 cases, 18.2%) were the most commonly identified types. The type and timing of previous neoplasms was similar for the 2 treatment groups.

### 1.3.3 Concomitant and post-chemotherapy treatments

The only concomitant medication prespecified in the protocol was the administration of prophylactic oral antibiotics to subjects randomized to the TAC group. Antiemetics were prescribed according to individual center and investigator standards. G-CSF use was restricted to secondary prophylaxis (i.e., in all cycles following the first episode of febrile neutropenia or documented infection) (see 5.3.5.1, CSR 316, Appendix I.A.1, Section 5.1.6 Recombinant Granulocyte Colony Stimulating Factor (G-CSF/ Granocyte(/ Neupogen)).

The protocol defined that women with tumors that were positive for estrogen and/or progesterone receptors should be prescribed adjuvant tamoxifen for 5 years following study chemotherapy in the absence of a contraindication or subject refusal. More than 95% of hormone-receptor-positive subjects in each treatment group received tamoxifen (with or without another agent). At the time of the current interim analysis, the median duration of tamoxifen treatment was 4.0 years (range, 0–5.5) in both treatment groups. More than 80% of subjects receiving tamoxifen in each group had done so for at least 3 years (Source: 5.3.5.1, CSR 316, Appendix II.F.1 Table 3.10-a).

Adjuvant radiotherapy was to be prescribed to subjects who had undergone breast-conserving surgery or, in the case of mastectomy, if recommended per the individual institution guidelines.

Confidential Sanofi_05524618

**Table 5 – Adjuvant radiotherapy after study chemotherapy (TAX 316)**

| | Number of subjects (%) | |
|---|---|---|
| | **TAC (N=744)** | **FAC (N=736)** |
| Any adjuvant radiotherapy | 512 (68.8) | 529 (71.9) |
| Breast-conserving surgery | 300 (40.3) | 303 (41.2) |
| with radiotherapy | 285 (38.3) | 293 (39.8) |
| without radiotherapy | 15 (2.0) | 10 (1.4) |
| Mastectomy | 444 (59.7) | 433 (58.8) |
| with radiotherapy | 227 (30.5) | 236 (32.1) |
| without radiotherapy | 217 (29.2) | 197 (26.8) |

Ref: 5.3.5.1, CSR 316, Appendix II.F.1 Table 3.11-a

#### *1.3.3.1 Further chemotherapy before any event*

The protocol defined that subjects, in the absence of recurrent breast cancer or the development of a second primary malignancy, were not to receive additional chemotherapy after completion of the 6 cycles of protocol therapy. In violation of the protocol, 44 subjects went on to receive additional chemotherapy before any event (32 TAC, 12 FAC). The distribution of the types of chemotherapy administered is summarized in Table 6. Additional details (e.g., reason for administration, doses, schedule) are not available, as they were not reported to BCIRG/Aventis.

**Table 6 – Further chemotherapy before any event (TAX 316)**

| Types of chemotherapy | Number of subjects (%) | |
|---|---|---|
| | **TAC (N=745)** | **FAC (N=746)** |
| Any taxane-containing regimen | 1 (0.1) | 7 (0.9) |
| Any Taxotere-containing regimen | 0 (0.0) | 4 (0.5) |
| Any paclitaxel-containing regimen | 1 (0.1) | 3 (0.4) |
| Anthracycline-containing regimen (no taxanes) | 28 (3.8) | 2 (0.3) |
| Other | 2 (0.3) | 2 (0.3) |
| Missing | 1 (0.1) | 1 (0.1) |
| All | 32 (4.3) | 12 (1.6) |

Ref: 5.3.5.1, CSR 316, Appendix II.F.1 Table 4.29-a, Table 4.29-b

Confidential Sanofi_05524619

## 2 ADVERSE EVENTS

At each contact with the subject, the investigator sought information on adverse events by specific questioning and by clinical examination. All adverse events were recorded on an adverse event CRF. All signs, symptoms and abnormal diagnostic procedures were to be grouped together and recorded as a single diagnosis, although the component parts of the diagnosis may also have been listed. The period of observation for adverse events extended from the date of randomization to 30 days after the last intravenous infusion of study drug. The clinical course of an adverse event was followed until resolution, stabilization, or until it was determined that study treatment or participation was not the cause.

Adverse events were coded using NCI-CTC v1.0 whenever possible or applicable; otherwise, COSTART terminology was used and the event was graded as mild, moderate, severe or life-threatening. Selected AE terms (NCI and COSTART) were pre-printed on the CRF and AEs reported using non-NCI terms were reviewed with the investigator to determine whether an NCI term might apply. Investigators were responsible for assigning the relationship to study treatment for all AEs (none, remote, possible or probable). All AEs were classified as either serious or non-serious. For each treatment cycle, the maximum severity and drug relationship occurring within that cycle were to be recorded for each AE. Worsening of the disease under study was normally to be measured by efficacy parameters, and was only to be recorded as an AE if the outcome was serious.

The primary presentation of adverse events in the Summary of Clinical Safety is based on TEAEs. A TEAE was defined as any event not present prior to the initiation of treatment or any event already present that worsened in intensity during the on-treatment period. Worsening was defined as an increase of at least one grade in intensity for an adverse event. Seriousness or relationship to study medication was not part of the definition of a TEAE. TEAEs were summarized by subject and by cycle for each treatment group. The worst NCI grade (for NCI-gradable adverse events), or maximum severity (for COSTART classifications), was presented for TEAEs.

A serious adverse event (SAE) was any event that was fatal, life-threatening, required or prolonged hospitalization, resulted in persistent or significant disability or incapacity, was a congenital anomaly or birth defect, or was an important medical event. Important medical events were those that might not have been immediately life-threatening or meeting other serious criteria, but might have jeopardized subjects, and might have required intervention to prevent one of the other serious outcomes listed above. Only the main event leading to the “serious” classification was to be reported as serious. Associated events were not to be classified as serious. TEAEs meeting the “serious” classification are displayed as serious TEAEs (STEAEs) in this discussion.

In describing a cluster of adverse events that are coded to NCI-CTC v1.0 and COSTART, NCI grade 3-4 events and COSTART severe/life-threatening events are collectively referred to as “severe” events in the following safety discussion.

Confidential Sanofi_05524620

***Recording and management of specific adverse events***

Study eligibility criteria required that baseline LVEF be greater than the lower limit of normal for the institution. During the treatment and follow-up periods, LVEF was measured as clinically indicated – e.g., at any time that a subject exhibited signs or symptoms that the investigator deemed possibly related to abnormal cardiac function. Subjects who experienced an LVEF reduction during the course of study treatment were to undergo repeat LVEF measurements every 6 months during the first year of follow-up and annually thereafter until recovery of normal values. LVEF was to be determined by the same method used at baseline. A specific CRF page was provided for recording of LVEF data. Consistent with NCI-CTC v1.0, a decrease in LVEF was to be reported as a "cardiac function" event. As per the Schwartz criteria [Schwartz 1987], subjects who, during the course of the study, developed both a 10% absolute decrease in LVEF and an LVEF below the lower limit of normal for the institution were considered to have cardiotoxicity and were therefore withdrawn from the study.

Fever in absence of infection was recorded using NCI-CTC v1.0. Febrile neutropenia and neutropenic infection were variables derived from raw entries in the database. Febrile neutropenia was defined in this protocol as grade ≥2 fever in absence of infection (oral temperature ≥38.1°C) concomitant (i.e., measured within 24 hours) with grade 4 neutropenia (ANC <0.5 x$10^9$/L), requiring IV antibiotics and/or hospitalization. It was to be recorded on the special CRF page provided for that purpose. Neutropenic infection was defined as grade ≥2 infection concomitant (i.e., measured within 24 hours) with grade ≥3 neutropenia (ANC <1.0 x$10^9$/L).

Any second primary malignancy occurring during the treatment or follow-up periods was to be considered as an important medical event, and therefore an SAE. The development of ipsilateral tumors of the breast that were histologically identical to the primary tumor were reported as breast cancer relapse (an efficacy endpoint) rather than second primary malignancies.

Events associated with fluid retention (edema, effusion) were graded using protocol-defined guidelines. When applicable, "peripheral edema," "pleural effusion," "pericardial effusion" and "ascites" were to be recorded separately as AEs. The highest grade of edema or effusion was to be recorded using the severity grading criteria described in protocol Appendix IV (5.3.5.1, CSR 316, Appendix I.A.1. Protocol).

All laboratory data from tests called for by the protocol were to be recorded on the CRF regardless of result. For tests not called for by the protocol, results could be recorded if relevant. No abnormalities on laboratory testing were to be recorded as AEs on the CRF except for those which were serious or which caused study discontinuation without some other syndrome (e.g., discontinuation from the study due to an asymptomatic prolonged alkaline phosphatase crisis). If laboratory abnormalities were associated with symptoms, only the symptoms were to be reported on the AE pages of the CRF. However, any laboratory abnormality considered significant by the investigator but not reported either as part of a syndrome in the AE pages or as a test value in the laboratory test pages of the CRF was to be reported on the AE pages. Laboratory adverse events were derived and NCI-graded by statistical programming based on the laboratory values recorded in the hematology and biochemistry sections of the CRF.

Confidential Sanofi_05524621

***Deaths***

All deaths occurring during the study were documented on the death report section of the CRF, regardless of cause. The cause of death was to be documented as study treatment toxicity (septic or non-septic); toxicity due to chemotherapy given after relapse; breast cancer, malignant disease other than breast cancer; or "other." Autopsy reports were to be collected whenever possible and submitted to the study file. Deaths occurring during the follow-up period were reported as SAEs only if classified as possibly or probably related to study treatment.

## 2.1 COMMON ADVERSE EVENTS

### 2.1.1 Overview of TEAEs

At least one TEAE was reported for every subject during the study. The rates of TEAEs were similar in both groups (100% TAC and 99.7% FAC) while the severe events were more common in TAC-treated subjects (36.3%) than in FAC-treated subjects (26.6%) and the events considered serious in TAC-treated subjects occurred at a higher incidence (36.0%) than in FAC (9.2%) treated subjects. The majority of this difference was due to fever in absence of infection and infection. Of note, the incidence of related severe TEAEs was 33.1% in TAC-treated subjects and 22.1% in FAC-treated subjects; related STEAEs were reported in 34.1% of TAC- and 6.7% of FAC-treated subjects; and related grade 3-4 and severe/LT SAE occurred at 8.3% in TAC- and 2.6% in FAC-treated subjects. Deaths due to adverse events were balanced between the 2 treatment groups: there were 4 deaths within 30 days of the treatment period (2 in each treatment group) and 1 death in each group was related to study treatment. In the follow-up period (>30 days of study drug), there were 3 additional deaths (1 TAC and 2 FAC) attributed to study drug toxicity. Study-drug-related events resulting in death were heart arrest and cardiac function/dysrhythmias in 2 TAC-treated subjects and pulmonary embolism, cardiac function and cardiac dysrhythmias in 3 FAC-treated subjects.

Confidential Sanofi_05524622

**Table 7 – Overview of AEs (TAX 316)**

| | Number of subjects (%) | | | |
|---|---|---|---|---|
| | TAC (N=744) | | FAC (N=736) | |
| | Treatment period | Follow-up[a] | Treatment period | Follow-up[a] |
| Experiencing at least: | | | | |
| one AE[b] | 744 (100.0) | 502 (67.5) | 734 (99.7) | 480 (65.2) |
| one AE related[c] to study treatment | 744 (100.0) | NA | 734 (99.7) | NA |
| one G3-4 or severe[d] AE | 270 (36.3) | 88 (11.8) | 196 (26.6) | 59 (8.0) |
| one G3-4 or severe[d] AE related[c] to study treatment | 246 (33.1) | NA | 163 (22.1) | NA |
| one SAE | 268 (36.0) | 21 (2.8) | 68 (9.2) | 9 (1.2) |
| one SAE related[c] to study treatment | 254 (34.1) | 16 (2.2) | 49 (6.7) | 6 (0.8) |
| one G3-4 or related[c] SAE | 76 (10.2) | 18 (2.4) | 36 (4.9) | 9 (1.2) |
| one G3-4 or severe[d] SAE related[c] to study treatment | 62 (8.3) | 14 (1.9) | 19 (2.6) | 6 (0.8) |
| Discontinued due to AE | 45 (6.0) | NA | 8 (1.1) | NA |
| Death due to AE | 1 (0.1) | 1 (0.1) | 1 (0.1) | 2 (0.3) |

G3-4: grade 3-4; NA: not applicable
[a] For non-SAEs, follow-up AEs are those starting or worsening during follow-up. For SAEs, follow-up AEs are those starting as or becoming serious during follow-up.
[b] Includes TEAEs during treatment period and AEs during follow-up.
[c] Investigator assessment – related: possible or probably related to study medication during treatment phase, or related to study chemotherapy during follow-up.
[d] Recorded as worst grade per subject.
Ref: 5.3.5.1, CSR 316, Appendix II.F.1 Table 1.04, Table 5.01, Table 5.08-a, Table 5.09, Table 9.01-a, Table 9.01-b, Table 10.02, Table 10.03

### 2.1.2 Adverse events in the treatment period

Overall, the types of TEAEs reported were similar in both treatment arms during the treatment period, with most but not all events more frequently reported for TAC-treated subjects than FAC-treated subjects. TEAEs in general were common on both arms, but individual severe events were infrequent with the exception of neutropenia (TAC: 65.5% and FAC: 49.3%).

The most common TEAEs regardless of severity grades among TAC subjects were: alopecia (97.8%), anemia (91.5%), asthenia (80.8%), nausea (80.5%), neutropenia (71.4%), stomatitis (69.4%), amenorrhea (61.7%), fever in absence of infection (46.5%), vomiting (44.5%), pain (44.5%) and infection (39.4%). The frequency of severe events among these frequently reported TEAE was as follows: anemia (4.3%), asthenia (11.2%), nausea (5.1%), neutropenia (65.5%), stomatitis (7.1%), fever in the abasence of infection (1.3%) vomiting (4.3%), pain (3.8%) and infection (3.9). Additional severe TEAEs reported in ≥1% of TAC-treated subjects, in decreasing order of frequency, were diarrhea (3.8%), anorexia (2.2%), thrombocytopenia (2.0%), dyspepsia

Confidential Sanofi_05524623

(2.0%), pulmonary (1.6%), neuro-headache (1.3%), allergy (1.3%), neuro-constipation (1.1%), vasodilatation (1.1%) and neuro-mood (1.2%).

The most frequent TEAE among regardless of severity grades among FAC subjects were alopecia (97.1%), nausea (88.0%), neutropenia (82.0%), anemia (71.7%), asthenia (71.2%), vomiting (59.2%), stomatitis (52.9%), amenorrhea (52.4%), pain (37.5%), infection (36.3%) and fever in absence of infection (17.1%). The frequency of severe events among these frequently reported TEAE was as follows: nausea (9.5%), neutropenia (49.3%), anemia (1.6%), asthenia (5.6%), vomiting (7.3%), stomatitis (2.0%), pain (1.8%), infection (2.2%) and fever in absence of infection (0.0%). Additional severe TEAE occurring at ≥1% of FAC-treated subjects in decreasing order of frequency were diarrhea (1.8%), neuro-constipation (1.4%), anorexia (1.2%), thrombocytopenia (1.2%), neuro-headache (1.8%) and neuro-mood (1.2%).

TEAEs more commonly reported with TAC compared with FAC (>10% difference) included: fever in absence of infection, febrile neutropenia, fluid retention (peripheral edema and lymphedema), anemia, myalgia, stomatitis, neuro-sensory, taste perversion, thrombocytopenia, and arthralgia. However, vomiting and neutropenia were observed more frequently with FAC than with TAC (>10% difference).

**Table 8 – TEAEs regardless of relationship during treatment period (TAX 316)**

| TEAE by term | Source of TEAE Term | Number of subjects (%) | | | |
|---|---|---|---|---|---|
| | | TAC (N=744) | | FAC (N=736) | |
| | | All grades | Grade 3-4 or severe/LT[a] | All grades | Grade 3-4 or severe/LT[a] |
| Alopecia | N | 728 (97.8) | NA[b] | 715 (97.1) | NA[b] |
| Anemia[c] | Lab[d] | 680 (91.5) | 32 (4.3) | 526 (71.7) | 12 (1.6) |
| Asthenia | C | 601 (80.8) | 83 (11.2) | 524 (71.2) | 41 (5.6) |
| Nausea | N | 599 (80.5) | 38 (5.1) | 648 (88.0) | 70 (9.5) |
| Neutropenia[c,e] | Lab[d] | 530 (71.4) | 486 (65.5) | 600 (82.0) | 361 (49.3) |
| Stomatitis | N | 516 (69.4) | 53 (7.1) | 389 (52.9) | 15 (2.0) |
| Amenorrhea[f] | C | 259 (61.7) | NA[b] | 211 (52.4) | NA[b] |
| Fever in absence of infection[g] | N | 346 (46.5) | 10 (1.3) | 126 (17.1) | 0 (0.0) |
| Vomiting | N | 331 (44.5) | 32 (4.3) | 436 (59.2) | 54 (7.3) |
| Pain | C | 331 (44.5) | 28 (3.8) | 276 (37.5) | 13 (1.8) |
| Infection[g] | N | 293 (39.4) | 29 (3.9) | 267 (36.3) | 16 (2.2) |
| Thrombocytopenia[c] | Lab[d] | 293 (39.4) | 15 (2.0) | 203 (27.7) | 9 (1.2) |
| Diarrhea | N | 262 (35.2) | 28 (3.8) | 205 (27.9) | 13 (1.8) |
| Neuro-constipation | N | 252 (33.9) | 8 (1.1) | 234 (31.8) | 10 (1.4) |

Confidential Sanofi_05524624

| TEAE by term | Source of TEAE Term | Number of subjects (%) | | | |
|---|---|---|---|---|---|
| | | TAC (N=744) | | FAC (N=736) | |
| | | All grades | Grade 3-4 or severe/LT[a] | All grades | Grade 3-4 or severe/LT[a] |
| Peripheral edema | C | 251 (33.7) | 4 (0.5) | 93 (12.6) | 1 (0.1) |
| Lymphedema | C | 33 (4.4) | 0 (0.0) | 9 (1.2) | 0 (0.0) |
| Edema | C | 6 (0.8) | 1 (0.1) | 6 (0.8) | 0 (0.0) |
| Generalized edema | C | 1 (0.1) | 1 (0.1) | 1 (0.1) | 0 (0.0) |
| Face edema | C | 14 (1.9) | 0 (0.0) | 5 (0.7) | 0 (0.0) |
| Taste perversion | C | 207 (27.8) | 5 (0.7) | 111 (15.1) | 0 (0.0) |
| Vasodilatation | C | 201 (27.0) | 8 (1.1) | 156 (21.2) | 4 (0.5) |
| Myalgia | C | 199 (26.7) | 6 (0.8) | 73 (9.9) | 0 (0.0) |
| Skin | N | 197 (26.5) | 6 (0.8) | 130 (17.7) | 3 (0.4) |
| Neuro-sensory | N | 190 (25.5) | 0 (0.0) | 75 (10.2) | 0 (0.0) |
| Febrile neutropenia[c,e,g] | Derived[h] | 183 (24.7) | NA | 18 (2.5) | NA |
| Dyspepsia | C | 180 (24.2) | 15 (2.0) | 135 (18.3) | 1 (0.1) |
| Anorexia | C | 161 (21.6) | 16 (2.2) | 130 (17.7) | 9 (1.2) |
| Weight gain or loss | N | 158 (21.2) | 3 (0.4) | 133 (18.1) | 1 (0.1) |
| Neuro-headache | N | 147 (19.8) | 10 (1.3) | 161 (21.9) | 13 (1.8) |
| Arthralgia | C | 144 (19.4) | 4 (0.5) | 66 (9.0) | 2 (0.3) |
| Pulmonary | N | 138 (18.5) | 12 (1.6) | 72 (9.8) | 5 (0.7) |
| Nail disorder | C | 138 (18.5) | 3 (0.4) | 106 (14.4) | 1 (0.1) |
| Neuro-mood | N | 132 (17.7) | 9 (1.2) | 117 (15.9) | 9 (1.2) |
| Insomnia | C | 122 (16.4) | 0 (0.0) | 83 (11.3) | 1 (0.1) |
| Neutropenic infection[c,e,g] | Derived[h] | 90 (12.1) | NA | 46 (6.3) | NA |
| Local toxicity | N | 105 (14.1) | 3 (0.4) | 92 (12.5) | 2 (0.3) |
| Cough increased | C | 102 (13.7) | 0 (0.0) | 72 (9.8) | 1 (0.1) |
| Allergy | N | 100 (13.4) | 10 (1.3) | 27 (3.7) | 1 (0.1) |
| Rhinitis | C | 92 (12.4) | 0 (0.0) | 99 (13.5) | 1 (0.1) |
| Lacrimation disorder | C | 84 (11.3) | 1 (0.1) | 52 (7.1) | 0 (0.0) |
| Abdominal pain | C | 81 (10.9) | 5 (0.7) | 39 (5.3) | 0 (0.0) |
| Hemorrhage | N | 63 (8.5) | 1 (0.1) | 55 (7.5) | 2 (0.3) |
| Pharyngitis | C | 71 (9.5) | 1 (0.1) | 58 (7.9) | 2 (0.3) |
| Dizziness | C | 65 (8.7) | 1 (0.1) | 50 (6.8) | 0 (0.0) |
| Rectal disorder | C | 64 (8.6) | 5 (0.7) | 37 (5.0) | 1 (0.1) |
| Cardiac dysrhythmias | N | 59 (7.9) | 2 (0.3) | 44 (6.0) | 2 (0.3) |
| Chills | C | 53 (7.1) | 3 (0.4) | 30 (4.1) | 0 (0.0) |
| Neuro-cortical | N | 38 (5.1) | 4 (0.5) | 47 (6.4) | 5 (0.7) |

Confidential Sanofi_05524625

| TEAE by term | Source of TEAE Term | Number of subjects (%) | | | |
|---|---|---|---|---|---|
| | | TAC (N=744) | | FAC (N=736) | |
| | | All grades | Grade 3-4 or severe/LT[a] | All grades | Grade 3-4 or severe/LT[a] |
| Conjunctivitis | C | 38 (5.1) | 2 (0.3) | 51 (6.9) | 1 (0.1) |
| Neuro-motor | N | 28 (3.8) | 1 (0.1) | 16 (2.2) | 0 (0.0) |
| Hypotension | N | 19 (2.6) | 0 (0.0) | 8 (1.1) | 1 (0.1) |
| Neuro-cerebellar | N | 18 (2.4) | 1 (0.1) | 15 (2.0) | 0 (0.0) |
| Cardiac function | N | 12 (1.6) | 1 (0.1) | 5 (0.7) | 1 (0.1) |
| Syncope | C | 12 (1.6) | 4 (0.5) | 9 (1.2) | 2 (0.3) |
| Neuro-hearing | N | 10 (1.3) | 0 (0.0) | 6 (0.8) | 0 (0.0) |
| Neuro-vision[i] | N | 10 (1.3) | 3 (0.4) | 14 (1.9) | 3 (0.4) |
| Pulmonary embolism | C | 6 (0.8) | 3 (0.4) | 4 (0.5) | 1 (0.1) |
| Phlebitis | C | 9 (1.2) | 0 (0.0) | 6 (0.8) | 0 (0.0) |
| Deep thrombophlebitis | C | 4 (0.5) | 2 (0.3) | 8 (1.1) | 3 (0.4) |
| Thrombosis | C | 0 (0.0) | 0 (0.0) | 1 (0.1) | 0 (0.0) |
| Lung disorder | C | 5 (0.7) | 1 (0.1) | 5 (0.7) | 0 (0.0) |
| Lung fibrosis | C | 1 (0.1) | 1 (0.1) | 0 (0.0) | 0 (0.0) |
| Lung edema | C | 2 (0.3) | 1 (0.1) | 1 (0.1) | 0 (0.0) |
| Colitis | C | 6 (0.8) | 4 (0.5) | 1 (0.1) | 0 (0.0) |
| Enteritis | C | 1 (0.1) | 1 (0.1) | 0 (0.0) | 0 (0.0) |
| Large intestine perforation | C | 1 (0.1) | 1 (0.1) | 0 (0.0) | 0 (0.0) |
| Hypertension | N | 7 (0.9) | 1 (0.1) | 3 (0.4) | 1 (0.1) |
| Cardiac ischemia | N | 4 (0.5) | 3 (0.4) | 2 (0.3) | 0 (0.0) |
| Cardiac pericardial | N | 3 (0.4) | 0 (0.0) | 1 (0.1) | 0 (0.0) |
| Shock | C | 1 (0.1) | 1 (0.1) | 2 (0.3) | 1 (0.1) |
| TTP | C | 1 (0.1) | 1 (0.1) | 0 (0.0) | 0 (0.0) |
| Renal dysfunction | C | 1 (0.1) | 1 (0.1) | 0 (0.0) | 0 (0.0) |
| Renal failure | C | 1 (0.1) | 1 (0.1) | 0 (0.0) | 0 (0.0) |

C: reported event, COSTART term; LT: life-threatening; N: reported event, NCI term; NA: not applicable; TTP: thrombotic thrombocytopenic purpura

[a] Worst grade reported

[b] Alopecia – NCI criteria include only grades 1 and 2. Amenorrhea and menstrual disorder – CRF did not call for severity grading.

[c] % calculated among subject evaluable for this particular toxicity (Anemia, Neutropenia, Febrile neutropenia, Thrombocytopenia).

[d] NCI severity grade was derived based on reported laboratory data;

[e] Regardless of prophylactic G-CSF

[f] Amenorrhea – N and % calculated among pre-menopausal subjects – N=420 for TAC, N=403 for FAC.

[g] Fever in absence of infection includes febrile neutropenia; infection includes neutropenic infection.

[h] See 5.3.5.1, CSR 316, Appendix I.A.1. Protocol for description of derivation of febrile neutropenia and neutropenic infection data

[i] Although NCI-CTC v1.0 does not allow for grade 1-2 neuro-vision grading, investigators reported grade 1-2 when subject experienced blurred vision or other non-NCI-defined visual deficits/abnormalities.

Ref: 5.3.5.1, CSR 316, Appendix II.F.1 Table 5.02 , Table 5.03, grade 3-4 Table 5.04, Neutropenia Table 7.01-a , Anemia, Thrombocytopenia Table 7.02, Febrile neutropenia Table 6.07-a, Neutropenic infection Table 6.11-a.

Confidential Sanofi_05524626

The overall incidence of TEAEs during treatment period that were considered by the investigator to be at least possibly related to study treatment is shown below in Table 9.

**Table 9 – TEAEs considered related to study treatment during treatment period (TAX 316)**

| TEAE by term | Source of TEAE Term | Number of subjects (%) | | | |
|---|---|---|---|---|---|
| | | TAC (N=744) | | FAC (N=736) | |
| | | Overall | Grade 3-4 or severe/LT[a] | Overall | Grade 3-4 or severe/LT[a] |
| Alopecia | N | 727 (97.7) | NA[b] | 715 (97.1) | NA[b] |
| Nausea | N | 598 (80.4) | 38 (5.1) | 643 (87.4) | 70 (9.5) |
| Asthenia | C | 589 (79.2) | 82 (11.0) | 511 (69.4) | 38 (5.2) |
| Stomatitis | N | 514 (69.1) | 53 (7.1) | 387 (52.6) | 15 (2.0) |
| Amenorrhea[c] | C | 242 (57.6) | NA[b] | 194 (48.1) | NA[b] |
| Fever in absence of infection[d] | N | 321 (43.1) | 9 (1.2) | 97 (13.2) | 0 (0.0) |
| Vomiting | N | 317 (42.6) | 32 (4.3) | 428 (58.2) | 54 (7.3) |
| Diarrhea | N | 230 (30.9) | 24 (3.2) | 173 (23.5) | 7 (1.0) |
| Taste perversion | C | 204 (27.4) | 5 (0.7) | 111 (15.1) | 0 (0.0) |
| Infection[d] | N | 202 (27.2) | 24 (3.2) | 128 (17.4) | 10 (1.4) |
| Peripheral edema | C | 199 (26.7) | 3 (0.4) | 53 (7.2) | 0 (0.0) |
| Face edema | C | 10 (1.3) | 0 (0.0) | 4 (0.5) | 0 (0.0) |
| Lung edema | C | 2 (0.3) | 1 (0.1) | 0 (0.0) | 0 (0.0) |
| Lymphedema | C | 2 (0.3) | 0 (0.0) | 0 (0.0) | 0 (0.0) |
| Generalized edema | C | 1 (0.1) | 1 (0.1) | 1 (0.1) | 0 (0.0) |
| Neuro-sensory | N | 177 (23.8) | 0 (0.0) | 58 (7.9) | 0 (0.0) |
| Myalgia | C | 170 (22.8) | 6 (0.8) | 59 (8.0) | 0 (0.0) |
| Neuro-constipation | N | 168 (22.6) | 3 (0.4) | 158 (21.5) | 9 (1.2) |
| Vasodilatation | C | 151 (20.3) | 7 (0.9) | 117 (15.9) | 3 (0.4) |
| Anorexia | C | 148 (19.9) | 16 (2.2) | 121 (16.4) | 9 (1.2) |
| Dyspepsia | C | 142 (19.1) | 11 (1.5) | 102 (13.9) | 0 (0.0) |
| Pain | C | 138 (18.5) | 10 (1.3) | 97 (13.2) | 1 (0.1) |
| Nail disorder | C | 137 (18.4) | 3 (0.4) | 102 (13.9) | 1 (0.1) |
| Skin | N | 137 (18.4) | 5 (0.7) | 80 (10.9) | 2 (0.3) |
| Weight gain or loss | N | 113 (15.2) | 2 (0.3) | 68 (9.2) | 0 (0.0) |
| Arthralgia | C | 112 (15.1) | 3 (0.4) | 42 (5.7) | 2 (0.3) |
| Local toxicity | N | 97 (13.0) | 3 (0.4) | 84 (11.4) | 2 (0.3) |
| Pulmonary | N | 93 (12.5) | 8 (1.1) | 38 (5.2) | 1 (0.1) |
| Allergy | N | 78 (10.5) | 8 (1.1) | 16 (2.2) | 0 (0.0) |
| Lacrimation disorder | C | 73 (9.8) | 1 (0.1) | 47 (6.4) | 0 (0.0) |
| Neuro-headache | N | 63 (8.5) | 7 (0.9) | 80 (10.9) | 6 (0.8) |
| Abdominal pain | C | 54 (7.3) | 4 (0.5) | 24 (3.3) | 0 (0.0) |
| Insomnia | C | 52 (7.0) | 0 (0.0) | 29 (3.9) | 0 (0.0) |

Confidential Sanofi_05524627

| TEAE by term | Source of TEAE Term | Number of subjects (%) | | | |
|---|---|---|---|---|---|
| | | TAC (N=744) | | FAC (N=736) | |
| | | Overall | Grade 3-4 or severe/LT[a] | Overall | Grade 3-4 or severe/LT[a] |
| Rhinitis | C | 51 (6.9) | 0 (0.0) | 37 (5.0) | 1 (0.1) |
| Pharyngitis | C | 47 (6.3) | 1 (0.1) | 32 (4.3) | 1 (0.1) |
| Neuro-mood | N | 38 (5.1) | 5 (0.7) | 34 (4.6) | 2 (0.3) |
| Conjunctivitis | C | 34 (4.6) | 2 (0.3) | 44 (6.0) | 1 (0.1) |
| Hemorrhage | N | 31 (4.2) | 1 (0.1) | 20 (2.7) | 0 (0.0) |
| Cardiac dysrhythmias | N | 29 (3.9) | 1 (0.1) | 21 (2.9) | 2 (0.3) |
| Cough increased | C | 23 (3.1) | 0 (0.0) | 16 (2.2) | 1 (0.1) |
| Neuro-cortical | N | 21 (2.8) | 2 (0.3) | 29 (3.9) | 2 (0.3) |
| Neuro-motor | N | 21 (2.8) | 0 (0.0) | 11 (1.5) | 0 (0.0) |
| Hypotension | N | 11 (1.5) | 0 (0.0) | 4 (0.5) | 0 (0.0) |
| Cardiac function | N | 10 (1.3) | 1 (0.1) | 2 (0.3) | 0 (0.0) |
| Neuro-cerebellar | N | 8 (1.1) | 1 (0.1) | 6 (0.8) | 0 (0.0) |
| Neuro-vision[e] | N | 6 (0.8) | 1 (0.1) | 10 (1.4) | 1 (0.1) |
| Syncope | C | 4 (0.5) | 0 (0.0) | 3 (0.4) | 0 (0.0) |
| Neuro-hearing | N | 4 (0.5) | 0 (0.0) | 1 (0.1) | 0 (0.0) |
| Cardiac ischemia | N | 3 (0.4) | 3 (0.4) | 0 (0.0) | 0 (0.0) |
| Cardiac pericardial | N | 2 (0.3) | 0 (0.0) | 0 (0.0) | 0 (0.0) |
| Pulmonary embolism | C | 3 (0.4) | 1 (0.1) | 1 (0.1) | 1 (0.1) |
| Phlebitis | C | 5 (0.7) | 0 (0.0) | 3 (0.4) | 0 (0.0) |
| Deep thrombophlebitis | C | 2 (0.3) | 2 (0.3) | 3 (0.4) | 1 (0.1) |
| Thrombosis | C | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) |
| Colitis | C | 3 (0.4) | 2 (0.3) | 1 (0.1) | 0 (0.0) |
| Enteritis | C | 1 (0.1) | 1 (0.1) | 0 (0.0) | 0 (0.0) |
| Large intestine perforation | C | 1 (0.1) | 1 (0.1) | 0 (0.0) | 0 (0.0) |
| Lung disorder | C | 1 (0.1) | 1 (0.1) | 1 (0.1) | 0 (0.0) |
| Lung fibrosis | C | 1 (0.1) | 1 (0.1) | 0 (0.0) | 0 (0.0) |
| Lung edema | C | 2 (0.3) | 1 (0.1) | 0 (0.0) | 0 (0.0) |
| Hypertension | N | 1 (0.1) | 0 (0.0) | 0 (0.0) | 0 (0.0) |
| Shock | C | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) |
| TTP | C | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) |
| Renal dysfunction | C | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) |
| Renal failure | C | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) |

C: reported event, COSTART term; N: reported event, NCI term; NA: not applicable; TTP: thrombotic thrombocytopenic purpura
[a] Worst grade reported
[b] Alopecia – NCI criteria include only grades 1 and 2. Amenorrhea – CRF did not call for severity grading.
[c] Amenorrhea – N and % calculated among pre-menopausal subjects – N=420 for TAC, N=403 for FAC.
[d] Fever in absence of infection includes febrile neutropenia; infection includes neutropenic infection.
[e] Although NCI-CTC v1.0 does not allow for grade 1-2 neuro-vision grading, investigators reported grade 1-2 when subject experienced blurred vision or other non-NCI-defined visual deficits/abnormalities.
Ref: 5.3.5.1, CSR 316, Appendix II.F.1 Table 5.13 -a, Table 5.13 -b , grade 3-4 Table 5.14 .

Confidential Sanofi_05524628

As anticipated, the results of a by-cycle analysis for both TEAEs regardless of relationship and TEAEs considered possibly or probably related to treatment (Source: 5.3.5.1, CSR 316, Appendix II.F.1 Table 5.06 and Table 5.15, respectively) were similar to those of the by-subject analysis.

### 2.1.3 Adverse events in the follow-up period

AEs during the follow-up period include TEAEs that persisted into the follow-up period and AEs that started or worsened during the follow-up period. For AEs starting or worsening during the follow-up period, investigators were asked to identify the most likely cause as study chemotherapy drugs, tamoxifen, radiotherapy, tumor or other. These AEs were evaluated and data captured during protocol-defined, routine follow-up visits. Data on the duration of these persistent AEs are not available.

Table 10 displays selected TEAEs that were first documented during the treatment period and persisted into the follow-up period. Most, but not all, TEAEs were followed into the follow-up period. Investigators defined which ongoing TEAEs were to be followed. As a result, the denominator for each event is unique and reflects the actual number of subjects followed in this time frame for the identified TEAE. However, it should be noted that investigators did continue to record data on the vast majority of TEAEs from the study treatment period. Among TEAEs that persisted after the treatment period, data available at 55 months' median follow-up on events common to chemotherapy (e.g., alopecia, amenorrhea), anticipated for a Taxotere-containing regimen (e.g., neurosensory, peripheral edema), and of potential long-term toxicity (e.g., cardiac) are described below.

The types of TEAEs persisting at the start of the follow-up period were similar in both arms and these events resolved in the majority of cases, with the exception of amenorrhea, which remained ongoing in 57.1% of TAC-treated subjects and 54.3% of FAC-treated subjects. Based on the menopausal status at entry into study, 31.6% of 421 TAC and 24.7% 409 FAC pre-menopausal subjects had ongoing amenorrhea at the median follow-up of 55 months. Alopecia remained ongoing in 3.2% (n = 22/687) of TAC-treated subjects compared with 1.4% (n = 9/642) of FAC-treated subjects and incidence of ongoing neuro-sensory toxicity, nail disorder and peripheral edema were similar in both groups. It should be noted, however, that since there were more TAC events initially, there also remained more TAC-treated subjects with ongoing neuro-sensory toxicity (n = 9/73) and peripheral edema (n = 18/112) than FAC-treated subjects (n = 2/15 and 3/19, respectively).

Confidential Sanofi_05524629

**Table 10 – Subjects with selected AEs during treatment period that persisted into follow-up period (TAX 316)**

| Adverse event by term | Source of AE term | Number of subjects (%) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | TAC (N=744) | | | | FAC (N=736) | | | |
| | | Treatment | | Follow-up[a] | | Treatment | | Follow-up[a] | |
| | | Overall | Followed into the F/U period | Resolved | Ongoing | Overall | Followed into the F/U period | Resolved | Ongoing |
| Alopecia | N | 728 (97.8) | 687 (92.3) | 656 (95.5) | 22 (3.2) | 715 (97.1) | 642 (87.2) | 626 (97.5) | 9 (1.4) |
| Amenorrhea[b] | C | 259 (61.7) | 233 (55.5) | 90 (38.6) | 133 (57.1) | 211 (52.4) | 186 (46.2) | 76 (40.9) | 101 (54.3) |
| Neuro-sensory | N | 190 (25.5) | 73 (9.8) | 62 (84.9) | 9 (12.3) | 75 (10.2) | 15 (2.0) | 13 (86.7) | 2 (13.3) |
| Peripheral edema | C | 251 (33.7) | 112 (15.1) | 92 (82.1) | 18 (16.1) | 92 (12.5) | 19 (2.6) | 14 (73.7) | 3 (15.8) |
| Myalgia | C | 198 (26.6) | 28 (3.8) | 23 (82.1) | 2 (7.1) | 73 (9.9) | 4 (0.5) | 4 (100) | 0 (0.0) |
| Arthralgia | C | 144 (19.4) | 23 (3.1) | 18 (78.3) | 3 (13.0) | 66 (9.0) | 6 (0.8) | 5 (83.3) | 1 (16.7) |
| Neuro-motor | N | 28 (3.8) | 7 (0.9) | 7 (100) | 0 (0.0) | 16 (2.2) | 1 (0.1) | 1 (100) | 0 (0.0) |
| Cardiac function | N | 12 (1.6) | 5 (0.7) | 5 (100) | 0 (0.0) | 5 (0.7) | 3 (0.4) | 3 (100) | 0 (0.0) |
| Skin | N | 197 (26.5) | 21 (2.8) | 18 (85.7) | 3 (14.3) | 130 (17.7) | 12 (1.6) | 11 (91.7) | 1 (8.3) |
| Nail disorder | C | 138 (18.5) | 106 (14.2) | 102 (96.2) | 3 (2.8) | 106 (14.4) | 82 (11.1) | 75 (91.5) | 4 (4.9) |

C: reported event, COSTART term; F/U: follow-up; N: reported event, NCI term
[a] Percentages are calculated based on the number of subjects followed for each event during follow-up.
[b] Amenorrhea – N and % calculated among pre-menopausal subjects (N=420 for TAC, N=403 for FAC).
Ref: 5.3.5.1, CSR 316, Appendix II.F.1 Table 5.05

Table 11 displays events starting or worsening during the follow-up period. All events coded to NCI terms and those occurring at >1% coded to COSTART terms are displayed by investigator assessment of causality attributed to study drug, tamoxifen, or radiotherapy. Overall, 502 (67.5%) TAC-treated subjects and 480 (65.2%) FAC-treated subjects had AEs that started or worsened during the follow-up period with events attributed to study drug, tamoxifen or radiotherapy. Except for neuro-sensory events, which were more frequent in the TAC subjects at 3.9% as compared to 0.7% for FAC subjects, both the types and rates of AEs starting or worsening during the follow-up period were similar for the 2 treatment groups.

Amenorrhea was reported as starting or worsening during the follow-up period in 86 (20.5%) pre-menopausal TAC subjects and in 95 (23.6%) pre-menopausal FAC subjects (5.3.5.1, CSR 316, Appendix II.F.1 Table 5.08-b). Delayed-onset amenorrhea was attributed to study chemotherapy in 76 (18.1%) TAC subjects and in 79 (19.6%) FAC subjects (5.3.5.1, CSR 316, Appendix II.F.1 Table 5.10-b). The most frequent AE attributed to tamoxifen was vasodilatation, which occurred at comparable rates for both TAC and FAC, treated subjects (21.8% TAC versus 24.3% FAC) while the rate of AEs attributed to radiotherapy was equally low for both treatment groups and asthenia was the main event at rates of 3.5% in TAC and 4.3% in FAC-treated subjects.

Confidential Sanofi_05524630

**Table 11 – AEs starting or worsening during follow-up, by causality assessment (TAX 316)**

| Adverse event[a] | Source of AE term[b] | Number of subjects (%) | | | | | |
|---|---|---|---|---|---|---|---|
| | | TAC (N=744) | | | FAC (N=736) | | |
| | | Causality: study drug | Causality: tamoxifen | Causality: XRT | Causality: study drug | Causality: tamoxifen | Causality: XRT |
| Amenorrhea[c] | C | 76 (18.1) | 5 (1.2) | 0 (0.0) | 79 (19.6) | 16 (4.0) | 1 (0.2) |
| Neuro-sensory | N | 29 (3.9) | 1 (0.1) | 5 (0.7) | 5 (0.7) | 0 (0.0) | 2 (0.3) |
| Vasodilatation | C | 20 (2.7) | 162 (21.8) | 0 (0.0) | 17 (2.3) | 179 (24.3) | 3 (0.4) |
| Asthenia | C | 20 (2.7) | 3 (0.4) | 26 (3.5) | 16 (2.2) | 7 (1.0) | 32 (4.3) |
| Menstrual disorder | C | 14 (1.9) | 3 (0.4) | 0 (0.0) | 9 (1.2) | 8 (1.1) | 0 (0.0) |
| Alopecia | N | 13 (1.7) | 4 (0.5) | 0 (0.0) | 17 (2.3) | 2 (0.3) | 0 (0.0) |
| Cardiac function | N | 13 (1.7) | 0 (0.0) | 0 (0.0) | 8 (1.1) | 0 (0.0) | 0 (0.0) |
| Arthralgia | C | 11 (1.5) | 2 (0.3) | 0 (0.0) | 6 (0.8) | 0 (0.0) | 2 (0.3) |
| Nail disorder | C | 10 (1.3) | 1 (0.1) | 0 (0.0) | 10 (1.4) | 0 (0.0) | 0 (0.0) |
| Weight gain/loss | N | 7 (0.9) | 25 (3.4) | 0 (0.0) | 10 (1.4) | 23 (3.1) | 0 (0.0) |
| Neuro-cortical | N | 7 (0.9) | 3 (0.4) | 0 (0.0) | 0 (0.0) | 1 (0.1) | 0 (0.0) |
| Skin | N | 6 (0.8) | 5 (0.7) | 196 (26.3) | 1 (0.1) | 6 (0.8) | 208 (28.3) |
| Peripheral edema | C | 4 (0.5) | 5 (0.7) | 25 (3.4) | 3 (0.4) | 6 (0.8) | 9 (1.2) |
| Edema | C | 1 (0.1) | 1 (0.1) | 10 (1.3) | 0 (0.0) | 2 (0.3) | 20 (2.7) |
| Lymphedema | C | 0 (0.0) | 0 (0.0) | 14 (1.9) | 0 (0.0) | 0 (0.0) | 7 (1.0) |
| Generalized edema | C | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 2 (0.3) | 0 (0.0) |
| Infection | N | 3 (0.4) | 3 (0.4) | 3 (0.4) | 2 (0.3) | 0 (0.0) | 2 (0.3) |
| Pain | C | 2 (0.3) | 5 (0.7) | 14 (1.9) | 1 (0.1) | 3 (0.4) | 28 (3.8) |
| Hemorrhage | N | 1 (0.1) | 19 (2.6) | 0 (0.0) | 0 (0.0) | 24 (3.3) | 0 (0.0) |
| Skin discoloration | C | 1 (0.1) | 0 (0.0) | 12 (1.6) | 0 (0.0) | 0 (0.0) | 17 (2.3) |
| Neuro-mood | N | 1 (0.1) | 5 (0.7) | 1 (0.1) | 3 (0.4) | 14 (1.9) | 0 (0.0) |
| Leukorrhea | C | 0 (0.0) | 26 (3.5) | 0 (0.0) | 0 (0.0) | 16 (2.2) | 0 (0.0) |
| Nausea | N | 0 (0.0) | 19 (2.6) | 2 (0.3) | 0 (0.0) | 11 (1.5) | 2 (0.3) |
| Vulvovaginal disorder | C | 0 (0.0) | 11 (1.5) | 0 (0.0) | 1 (0.1) | 15 (2.0) | 0 (0.0) |
| Sweating | C | 0 (0.0) | 10 (1.3) | 0 (0.0) | 1 (0.1) | 11 (1.5) | 0 (0.0) |
| Neuro-headache | N | 0 (0.0) | 9 (1.2) | 1 (0.1) | 1 (0.1) | 2 (0.3) | 0 (0.0) |
| Exfoliative dermatitis | C | 0 (0.0) | 0 (0.0) | 23 (3.1) | 0 (0.0) | 0 (0.0) | 34 (4.6) |
| Skin hypertrophy | C | 0 (0.0) | 0 (0.0) | 14 (1.9) | 0 (0.0) | 0 (0.0) | 9 (1.2) |
| Skin disorder | C | 0 (0.0) | 0 (0.0) | 13 (1.7) | 0 (0.0) | 0 (0.0) | 10 (1.4) |
| Dry skin | C | 0 (0.0) | 0 (0.0) | 11 (1.5) | 0 (0.0) | 0 (0.0) | 10 (1.4) |
| Radiation injury | C | 0 (0.0) | 0 (0.0) | 15 (2.0) | 0 (0.0) | 0 (0.0) | 21 (2.9) |

Confidential Sanofi_05524631

| Adverse event[a] | Source of AE term[b] | Number of subjects (%) | | | | | |
|---|---|---|---|---|---|---|---|
| | | TAC (N=744) | | | FAC (N=736) | | |
| | | Causality: study drug | Causality: tamoxifen | Causality: XRT | Causality: study drug | Causality: tamoxifen | Causality: XRT |
| Lung fibrosis | C | 0 (0.0) | 0 (0.0) | 13 (1.7) | 1 (0.1) | 0 (0.0) | 9 (1.2) |
| Fibrocystic breast | C | 0 (0.0) | 0 (0.0) | 12 (1.6) | 0 (0.0) | 0 (0.0) | 14 (1.9) |
| Vascular disorder | C | 0 (0.0) | 0 (0.0) | 12 (1.6) | 0 (0.0) | 0 (0.0) | 15 (2.0) |

XRT: radiotherapy
[a] Occurring in at least 1% of subjects in either treatment group in causality categories displayed.
[b] C: reported event, COSTART term; N: reported event, NCI term
[c] Amenorrhea – N and % calculated among pre-menopausal subjects (N=420 for TAC, N=403 for FAC)
Ref: 5.3.5.1, CSR 316, Appendix II.F.1 Table 5.10-a, Table 5.10-b

### 2.1.4   Serious adverse events

As with all TEAEs, SAEs were more common in the TAC subjects than in the FAC subjects, as shown in Table 12.  Except for serious fever in absence of infection and infection, all other reported SAEs were similar between treatment groups.

The most frequently reported serious TEAEs during the treatment period in both treatment groups were fever in absence of infection and infection.

Confidential                                                          Sanofi_05524632

**Table 12 – Serious TEAEs during the treatment period occurring in at least one subject (TAX 316)**

| SAE | Source of AE term | Number of subjects (%) | | | | | |
|---|---|---|---|---|---|---|---|
| | | TAC (N=744) | | | FAC (N=736) | | |
| | | All | Related | G3-4 or severe/LT[a] | All | Related | G3-4 or severe/LT[a] |
| Fever in absence of infection[b] | N | 189 (25.4) | 189 (25.4) | 7 (0.9) | 27 (3.7) | 27 (3.7) | 0 (0.0) |
| Infection | N | 57 (7.7) | 52 (7.0) | 23 (3.1) | 21 (2.9) | 14 (1.9) | 11 (1.5) |
| Vomiting | N | 11 (1.5) | 11 (1.5) | 5 (0.7) | 6 (0.8) | 6 (0.8) | 6 (0.8) |
| Nausea | N | 8 (1.1) | 8 (1.1) | 8 (1.1) | 3 (0.4) | 3 (0.4) | 3 (0.4) |
| Diarrhea | N | 6 (0.8) | 6 (0.8) | 4 (0.5) | 1 (0.1) | 1 (0.1) | 1 (0.1) |
| Colitis | C | 5 (0.7) | 2 (0.3) | 4 (0.5) | 1 (0.1) | 1 (0.1) | 0 (0.0) |
| Pulmonary embolus | C | 5 (0.7) | 2 (0.3) | 3 (0.4) | 4 (0.5) | 1 (0.1) | 1 (0.1) |
| Stomatitis | N | 5 (0.7) | 5 (0.7) | 4 (0.5) | 0 (0.0) | 0 (0.0) | 0 (0.0) |
| Allergy | N | 4 (0.5) | 4 (0.5) | 3 (0.4) | 0 (0.0) | 0 (0.0) | 0 (0.0) |
| Abdominal pain | C | 3 (0.4) | 3 (0.4) | 2 (0.3) | 0 (0.0) | 0 (0.0) | 0 (0.0) |
| Dehydration | C | 3 (0.4) | 2 (0.3) | 1 (0.1) | 2 (0.3) | 2 (0.3) | 2 (0.3) |
| Pulmonary | N | 3 (0.4) | 1 (0.1) | 2 (0.3) | 0 (0.0) | 0 (0.0) | 0 (0.0) |
| Syncope | C | 3 (0.4) | 0 (0.0) | 2 (0.3) | 1 (0.1) | 0 (0.0) | 1 (0.1) |
| Accidental injury | C | 2 (0.3) | 0 (0.0) | 1 (0.1) | 0 (0.0) | 0 (0.0) | 0 (0.0) |
| Asthenia | C | 2 (0.3) | 2 (0.3) | 2 (0.3) | 0 (0.0) | 0 (0.0) | 0 (0.0) |
| Chest pain | C | 2 (0.3) | 2 (0.3) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) |
| Cholecystitis | C | 2 (0.3) | 0 (0.0) | 2 (0.3) | 0 (0.0) | 0 (0.0) | 0 (0.0) |
| Dyspepsia | C | 2 (0.3) | 2 (0.3) | 1 (0.1) | 0 (0.0) | 0 (0.0) | 0 (0.0) |
| Esophagitis | C | 2 (0.3) | 2 (0.3) | 2 (0.3) | 1 (0.1) | 1 (0.1) | 1 (0.1) |
| Granulocytes | C | 2 (0.3) | 2 (0.3) | 2 (0.3) | 1 (0.1) | 1 (0.1) | 1 (0.1) |
| Hemorrhage | N | 2 (0.3) | 1 (0.1) | 1 (0.1) | 4 (0.5) | 0 (0.0) | 2 (0.3) |
| Hypotension | N | 2 (0.3) | 1 (0.1) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) |
| Neuro-mood | N | 2 (0.3) | 1 (0.1) | 2 (0.3) | 1 (0.1) | 0 (0.0) | 1 (0.1) |
| Pain | C | 2 (0.3) | 2 (0.3) | 1 (0.1) | 0 (0.0) | 0 (0.0) | 0 (0.0) |
| Deep thrombophlebitis | C | 1 (0.1) | 1 (0.1) | 1 (0.1) | 4 (0.5) | 1 (0.1) | 3 (0.4) |
| Cardiac dysrhythmias | N | 0 (0.0) | 0 (0.0) | 0 (0.0) | 2 (0.3) | 2 (0.3) | 2 (0.3) |

C: reported event, COSTART term; G3-4: grade 3-4; LT: life-threatening; N: reported event, NCI term
[a] Grade 3 or 4 or severe/life-threatening, regardless of relationship
[b] Includes 167 TAC subjects and 16 FAC subjects with febrile neutropenia.
Ref: 5.3.5.1, CSR 316, Appendix II.F.1 Table 6.08-a, Table 9.04 , Table 9.05 , Table 9.08

Few SAEs were reported during the follow-up period, as shown in Table 13. The most frequent of these were cardiac function and cardiac dysrhythmias for both TAC- and FAC-treated subjects. Other SAEs during the follow-up period were sporadic. Only one, a case of deep thrombophlebitis



Confidential Sanofi_05524633

in a TAC-treated subject, was attributed to tamoxifen, and no SAEs were attributed to radiotherapy.

**Table 13 – Serious adverse events during follow-up, by causality assessment (TAX 316)**

| Adverse event[a] | Source of AE term | Number of subjects (%) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | TAC (N=744) | | | | FAC (N=736) | | | |
| | | Study drug | TMX | Tumor | Other | Study drug | TMX | Tumor | Other |
| Cardiac function | N | 10 (1.3) | 0 (0.0) | 0 (0.0) | 1 (0.1) | 3 (0.4) | 0 (0.0) | 0 (0.0) | 1 (0.1) |
| Cardiac dysrhythmias | N | 2 (0.3) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 2 (0.3) | 0 (0.0) | 0 (0.0) | 1 (0.1) |
| Alopecia | N | 2 (0.3) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) |
| Acute leukemia | C | 1 (0.1) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) |
| Acute myeloblastic leukemia | C | 1 (0.1) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 1 (0.1) | 0 (0.0) | 0 (0.0) | 0 (0.0) |
| Infection | N | 1 (0.1) | 0 (0.0) | 0 (0.0) | 1 (0.1) | 1 (0.1) | 0 (0.0) | 0 (0.0) | 0 (0.0) |
| Lung edema | C | 1 (0.1) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) |
| Neuro-sensory | N | 1 (0.1) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) |
| Urinary retention | C | 1 (0.1) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) |
| Pulmonary embolus | C | 1 (0.1) | 0 (0.0) | 0 (0.0) | 1 (0.1) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) |
| Lung fibrosis | C | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 1 (0.1) | 0 (0.0) | 0 (0.0) | 0 (0.0) |
| Syncope | C | 1 (0.1) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) |

C: reported event, COSTART term; N: reported event, NCI term; TMX: tamoxifen
[a] Only events that were study-drug-related in at least one arm are displayed.
Ref: 5.3.5.1, CSR 316, Appendix II.F.1 Table 9.17

### 2.1.5 Withdrawals due to adverse events

Forty-five subjects in the TAC arm (6.0%) were withdrawn from study due to a total of 57 AEs, and 8 subjects in the FAC arm (1.1%) were withdrawn due to a total of 12 AEs. The most frequently reported AE terms leading to discontinuation were fever in absence of infection (13 events), allergy (9 events), colitis/large intestine perforation/enteritis (n = 5, 0.6%), cardiac function/cardiac ischemia (4 events) and infection (3 events). Two events of each of the following led to withdrawal of TAC treatment: pulmonary toxicity, diarrhea, nausea, asthenia, and pain (Source: 5.3.5.1, CSR 316, Appendix II.F.1 Table 1.04-a).

Among the 8 withdrawals in the FAC-treated subjects, 3 were due to infection and 3 were due to cardiac events (2 cardiac function and 1 cardiac dysrhythmia).

In addition to treatment discontinuation due to adverse events, 17 TAC subjects (2.3%) and 17 FAC subjects (2.3%) withdrew consent (Source: 5.3.5.1, CSR 316, Appendix II.F.1 Table 1.04). The most frequently cited reason for TAC-treated subjects withdrawing consent was side effects/AE (n = 11), while FAC subjects refused consent primarily due to randomization to a non-Taxotere-containing regimen (n = 8). Four FAC subjects withdrew consent due to side effects or AEs.

Confidential Sanofi_05524634

## 2.2 DEATHS

As of 15 July 2003 (the event cut-off date for this report), among the 1480 treated subjects, 91 TAC-treated subjects (12.2%) and 129 FAC-treated subjects (17.5%) had died. One subject was randomized to FAC but never received the study treatment; she died 40 months after randomization. All deaths reported to date either during treatment or follow-up were as follows:

**Table 14 – Deaths occurring during treatment or follow-up periods (TAX 316)**

| Cause of death | TAC (N=744) n (%) | FAC (N=736) n (%) |
|---|---|---|
| Alive at safety cut-off date | 653 (87.8) | 607 (82.5) |
| Dead at safety cut-off date | 91 (12.2) | 129 (17.5) |
| Dead ≤30 days after last study treatment | 2 (0.3) | 2 (0.3) |
| Toxic death due to chemotherapy | | |
| Septic | 0 (0.0) | 0 (0.0) |
| Non-septic | 1 (0.1) | 1 (0.1) |
| Non-toxic death | | |
| Breast cancer | 0 (0.0) | 0 (0.0) |
| Malignant disease, other than breast | 0 (0.0) | 0 (0.0) |
| Other | 1 (0.1) | 1 (0.1) |
| Dead >30 days after last study treatment | 89 (12.0) | 127 (17.3) |
| Toxic death due to study chemotherapy | | |
| Septic | 0 (0.0) | 0 (0.0) |
| Non-septic | 1 (0.1) | 2 (0.3) |
| Non-toxic death | | |
| Death due to additional chemotherapy | 1 (0.1) | 1 (0.1) |
| Breast cancer | 78 (10.5) | 116 (15.8) |
| Malignant disease, other than breast cancer | 3 (0.4) | 4 (0.5) |
| Other | 6 (0.8) | 4 (0.5) |

Ref: 5.3.5.1, CSR 316, Appendix II.F.1 Table 10.01, Table 10.02, Table 10.03

In each study group, 2 subjects died within 30 days of their last study treatment, one in each group from non-septic toxicity due to study chemotherapy (TAC: heart arrest [possible] and FAC: pulmonary embolism [probable]) and one in each group from causes considered by the investigator to be unrelated to study drugs (TAC: pulmonary embolism and FAC: shock).

Among the 89 TAC subjects who died more than 30 days after their last study treatment, 78 died due to complications of breast cancer. Of the remaining 11 deaths, one was considered due to non-septic toxicity (cardiac function/dysrhythmia) from study chemotherapy, one due to toxicity from additional chemotherapy received after completion of study treatment, 3 to malignant disease other than breast cancer, and 6 to other causes.

Among the 127 FAC subjects who died more than 30 days after their last study treatment, 116 died due to complications of breast cancer. Of the remaining 11 deaths, 2 were considered due to

Confidential Sanofi_05524635

non-septic toxicity (one cardiac function and one dysrhythmia) from study chemotherapy, one to toxicity from additional chemotherapy received after completion of study treatment, 4 to malignant disease other than breast cancer, and 4 to other causes.

## 2.3 SPECIAL SAFETY

### 2.3.1 Neutropenic complications, infection and G-CSF use

Overall neutropenia, regardless of G-CSF use, was documented more frequently in FAC-treated subjects (82.0%) compared to TAC-treated subjects (71.4%), but grade 4 neutropenia was more common in the TAC-treated subjects (60.6% vs. 23.9% in FAC-treated subjects). Similarly, by cycle, neutropenia was more common with FAC (56.8% of cycles) than with TAC (44.6% of cycles), although grade 4 neutropenia was more common with TAC (29.9% of cycles vs. 8.6% of cycles with FAC) (Source: 5.3.5.1, CSR 316, Appendix II.F.1 Table 7.03-a ).

Fever during neutropenia, defined as grade ≥2 fever concomitant with grade 4 neutropenia, occurred in 28.3% of evaluable TAC-treated subjects and 2.9% of evaluable FAC-treated subjects. Febrile neutropenia (FN) was defined as fever during neutropenia requiring IV antibiotics and/or hospitalization, and occurred in 24.7% of evaluable TAC-treated subjects and 2.5% of evaluable FAC-treated subjects. FN occurred during the first cycle of treatment in 85.8% of cases in the TAC group, and 14.2% of TAC-treated subjects experienced FN in more than 1 cycle of treatment.

An important aspect of febrile neutropenia as defined in TAX 316 is the requirement that subjects required medical management with either IV antibiotics and/or hospitalization in the treatment of concurrent fever ≥ grade 2 and neutropenia grade 4 occurring within 24 hours. Thus, the incidence of febrile neutropenia, as presently defined, may not be fully represent the occurrence of febrile episodes with neutropenia but provides valuable information concerning how often subjects in this study were managed with either IV antibiotics and/or with hospitalization for fever of grade 2 or higher and concurrent grade 4 neutropenia: 24.7% of TAC-treated subjects, 5.4% of TAC cycles.

Infection was recorded in 39.4% of TAC-treated subjects, with a severity grading of grade 3 in 3.8% and grade 4 in 0.1%, and was reported as serious in 7.7%. The incidence of infection in FAC-treated subjects was 36.3%, with a severity grading of grade 3 in 2.0% and grade 4 in 0.1%, and was reported as serious in 2.9% (Source: 5.3.5.1, CSR 316, Appendix II.F.1 Table 9.04).

Neutropenic infection was recorded in 12.1% of evaluable TAC-treated subjects and 6.3% of evaluable FAC-treated subjects. Among these events, infection was grade 3-4 in 2.6% of TAC-treated subjects and 1.0% of FAC-treated subjects.

The protocol did not allow for the use of G-CSF as primary prophylaxis (i.e., prior to the occurrence of febrile neutropenia and/or other documented infection) but did require the use of G-CSF as secondary prophylaxis (i.e., in all cycles following the first episode of febrile neutropenia or documented infection) and permitted its use as a curative treatment in the case of febrile neutropenia or infection or as treatment for delayed recovery of absolute neutrophil count

Confidential Sanofi_05524636

at day 21. Prophylactic antibiotic therapy was compulsory for subjects treated with TAC while subjects on FAC were to be given prophylactic antibiotics following an episode of febrile neutropenia or infection. The choice of antibiotics was at the discretion of the investigator although ciprofloxacin 500 mg p.o. b.i.d. for 10 days starting at day 5 of each cycle was recommended (see Section 1.3.3).

Table 15 displays G-CSF use for TAC- and FAC-treated subjects by subject and by total number of chemotherapy cycles administered. As would be expected from the incidence of febrile neutropenia, more subjects on TAC received secondary prophylaxis with G-CSF as defined in the protocol (TAC: 29.2%; FAC: 5.6%). The use of G-CSF as primary prophylaxis (a protocol violation) was similar in both arms. G-CSF was introduced as curative treatment for febrile neutropenia or infection in 21.8% and 12.2% of subjects on TAC and FAC, respectively. As would be expected, the nature of the differences in G-CSF use displayed per cycle is similar to that seen in subjects treated.

**Table 15 – G-CSF use by subject and by cycle, overall (TAX 316)**

| G-CSF Use[a] | TAC n (%) | FAC n (%) |
|---|---|---|
| Total subjects treated | 744 | 736 |
| Number of subjects who received prophylactic G-CSF | 250 (33.6) | 93 (12.6) |
| Number of subjects who received any G-CSF secondary prophylaxis | 217 (29.2) | 41 (5.6) |
| Number of subjects who received any G-CSF primary prophylaxis[b] | 52 (7.0) | 57 (7.7) |
| Number of subjects who received any therapeutic G-CSF treatment | 162 (21.8) | 90 (12.2) |
| Total cycles administered | 4278 | 4348 |
| Number of cycles in which prophylactic G-CSF was administered | 940 (22.0) | 319 (7.3) |
| Number of cycles in which G-CSF was administered as secondary prophylaxis | 799 (18.7) | 126 (2.9) |
| Number of cycles in which G-CSF was administered as primary prophylaxis[b] | 141 (3.3) | 193 (4.4) |
| Number of cycles in which curative G-CSF was administered | 217 (5.1) | 153 (3.5) |

[a] If G-CSF was given for more than one indication, subject or cycle was counted in each category.
[b] Use of G-CSF as primary prophylaxis was a protocol violation.
Ref. 5.3.5.1, CSR 316, Appendix II.F.1 Table 6.01, Table 6.02, Table 6.04, Table 6.05

As shown in Table 16, there were fewer events of febrile neutropenia and neutropenic infection associated with the use of G-CSF.

**Table 16 – Rates of febrile neutropenia and neutropenic infection with and without prophylactic G-CSF, by cycle (TAX 316)**

| | Number of cycles (%) | | | |
|---|---|---|---|---|
| | TAC | | FAC | |
| | - G-CSF | + G-CSF | - G-CSF | + G-CSF |
| Evaluable cycles for febrile neutropenia | 3114 | 896 | 3704 | 303 |
| Febrile neutropenia | 187 (6.0) | 28 (3.1) | 19 (0.5) | 1 (0.3) |
| Evaluable cycles for neutropenic infection | 3114 | 897 | 3704 | 303 |
| Neutropenic infection | | | | |
| Overall | 93 (3.0) | 20 (2.2) | 56 (1.5) | 0 (0.0) |
| Grade 3-4 infection | 17 (0.5) | 3 (0.3) | 7 (0.2) | 0 (0.0) |

Ref. 5.3.5.1, CSR 316, Appendix II.F.1 Table 6.09-b , Table 6.09-c, Table 6.12-b, Table 6.12-c .

### 2.3.2 Cardiovascular toxicity

Cardiovascular AEs, regardless of relationship to study treatment, were observed in 94 (12.6%) of TAC subjects and 60 (8.2%) of FAC subjects (Appendix II.F.1 Table 6.15-b).

For an overview of the cardiovascular toxicity in the study, the following NCI terms were selected: cardiac dysrhythmias, cardiac ischemia, cardiac function, hypertension, and hypotension. The COSTART terms “shock” and “heart arrest” were also used. The protocol required that all congestive heart failure (CHF; cardiac function grade 3 or 4) was to be reported as serious. These terms are displayed in Table 17, in the order of decreasing frequency of report for the TAC arm. Although the incidence of each event was low, there were more cardiovascular toxicity events in the TAC arm than in FAC, in particular cardiac dysrhythmias (7.9% vs. 6.0%), hypotension (2.6% vs. 1.1%) and cardiac function (1.6% vs. 0.7%).

Confidential Sanofi_05524638

**Table 17 – Number (%) of subjects with treatment-emergent cardiac adverse events during treatment period, overall and by severity grading (worst grade recorded) (TAX 316)**

| Adverse event by term[a] | Number of subjects (%) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | TAC (N=744) | | | | FAC (N=736) | | | |
| | Overall | Severe | SAE[b] | D/C[a] | Overall | Severe | SAE[b] | D/C[a] |
| Cardiac dysrhythmias (N) | 59 (7.9) | 2 (0.3) | 0 (0.0) | 0 (0.0) | 44 (6.0) | 2 (0.3) | 2 (0.3) | 1 (0.1) |
| Hypotension (N) | 19 (2.6) | 0 (0.0) | 2 (0.3) | 0 (0.0) | 8 (1.1) | 1 (0.1) | 0 (0.0) | 0 (0.0) |
| Cardiac function (N) | 12 (1.6) | 1 (0.1) | 0 (0.0) | 2 (0.3) | 5 (0.7) | 1 (0.1) | 1 (0.1) | 2 (0.3) |
| Hypertension (N) | 7 (0.9) | 1 (0.1) | 0 (0.0) | 0 (0.0) | 3 (0.4) | 1 (0.1) | 0 (0.0) | 0 (0.0) |
| Cardiac ischemia (N) | 4 (0.5) | 3 (0.4) | 1 (0.1) | 2 (0.3) | 2 (0.3) | 0 (0.0) | 0 (0.0) | 0 (0.0) |
| Shock (C) | 1 (0.1) | 1 (0.1) | 1 (0.1) | 0 (0.0) | 2 (0.3) | 1 (0.1) | 1 (0.1) | 0 (0.0) |
| Heart arrest (C) | 1 (0.1) | 1 (0.1) | 1 (0.1) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) |

[a] N: NCI term; C: COSTART term; D/C: discontinuation
[b] Same subject may be counted in more than one category-see text.
Ref: 5.3.5.1, CSR 316, Appendix II.F.1 Table 1.04-a, Table 6.15-b, Table 9.04

There were 4 subjects who discontinued due to cardiac events in the TAC arm (2 due to cardiac function and 2 due to cardiac ischemia) while there were 3 discontinuations in the FAC arm (1 due to cardiac dysrhythmias, and 2 due to cardiac function). Subject 26904 (see narrative in 5.3.5.1, CSR 316, Section 13. ADVERSE EVENT NARRATIVES) had grade 3 cardiac function and grade 3 cardiac ischemia concomitantly reported during cycle 5. Only cardiac ischemia was considered serious by the investigator and was listed as the reason for study chemotherapy discontinuation. During the follow-up phase, cardiac function was subsequently reported as grade 1.

Left ventricular ejection fraction (LVEF) was measured at baseline as a requirement of the protocol, and repeat measurements were only performed when considered clinically relevant by the investigator. As a result, LVEF data after treatment are available in 66/744 subjects (8.9%) in the TAC arm and 48/736 (6.5%) in the FAC arm. As shown in Table 18, among subjects with LVEF assessment done during the treatment period, 20 of 66 (30.3%) TAC-treated subjects and 18 of 48 (37.5%) of FAC-treated subjects had no decrease in LVEF. A ≥10% decline in LVEF was noted in 43.9% of subjects in the TAC group and in 31.2% in the FAC group. Among subjects who were evaluable for LVEF, 14/66 (21.2%) in TAC and 4/48 (8.3%) in FAC were reported to have LVEF declines to levels below the lower limit of normal. All subjects (in either arm) with a decrease in LVEF had a cumulative dose of ≤300 mg/m² of doxorubicin administered as part of the protocol (Source: 5.3.5.1, CSR 316, Appendix II.F.1 Table 6.16-aG).

Confidential Sanofi_05524639

**Table 18 – Relative decrease in LVEF, by evaluable subject (TAX 316)**

| Decrease in LVEF | Number of subjects (%) | |
|---|---|---|
| | TAC (N=66) | FAC (N=48) |
| No LVEF decrease | 20 (30.3) | 18 (37.5) |
| LVEF decrease 10%-20% | 14 (21.2) | 10 (20.8) |
| Decrease within normal limits[a] | 11 (16.7) | 9 (18.8) |
| Decrease below lower normal limit[a] | 3 (4.5) | 1 (2.1) |
| LVEF decrease >20% | 15 (22.7) | 5 (10.4) |
| Decrease within normal limits[a] | 4 (6.1) | 2 (4.2) |
| Decrease below lower normal limit[a] | 11 (16.7) | 3 (6.3) |

[a] lower normal limit replaced by 50% if normal limit missing
Ref: 5.3.5.1, CSR 316, Appendix II.F.1 Table 6.15-a

Table 19 summarizes clinically significant cardiac function adverse events reported during treatment and follow-up.

**Table 19 – Clinically significant treatment-emergent cardiac function adverse events during treatment and/or follow-up periods (TAX 316)**

| Cardiac event | Number of subjects | |
|---|---|---|
| | TAC | FAC |
| Congestive heart failure (cardiac function grade 3-4): | 12 | 4 |
| grade 3 (mild, responsive to therapy) | 9 | 4 |
| grade 4 (severe, refractory) | 3 | 0 |
| Serious adverse event – cardiac function | 11 | 4 |
| Death due to CHF | 1 | 1 |

Ref: Appendix II.F.1 Table 5.12, Table 9.06, Table 10.06

In total, 12 TAC-treated subjects and 4 FAC-treated subjects were reported to have developed CHF (grade 3-4 cardiac function) at some point during the treatment or follow-up phase. CHF was documented as emerging before the completion of study chemotherapy (both cycle 5) in 1 subject on both arms, while CHF was a post-treatment emergent event in the remaining 14 subjects. All subjects reporting CHF had each received a cumulative dose of doxorubicin of ≤300 mg/m² (as per protocol) during the conduct of the study, while 1 subject on FAC (15607) was known to have received additional anthracycline in the follow-up period for metastatic breast cancer.

Subject 42203, who had been treated with TAC, was reported to have developed a "cardiomyopathy grade 3" during the follow-up phase (see narrative in 5.3.5.1, CSR 316, Section 13. ADVERSE EVENT NARRATIVES). The case was reported to the Aventis Global Pharmacovigilance and Epidemiology Team but, as verification of this event as CHF was unsuccessful, it does not

Confidential Sanofi_05524640

appear in the database as CHF, and further information regarding clarification of the actual diagnosis and outcome is not available.

Overall, the incidence of documented episodes of CHF was 1.6% (95% CI 0.8%-2.8%) and 0.5% (95% CI 0.1%-1.4%) for TAC-treated and FAC-treated subjects, respectively. Although 1 subject on each arm died due to cardiac failure, CHF was reported as resolved in 7/12 subjects treated with TAC and 2/4 subjects treated with FAC. In addition 7 of 12 TAC subjects and 1 of 4 FAC subjects had received left breast irradiation.

### 2.3.3 Fluid retention

Fluid retention was defined as one or more of the following signs or symptoms: edema/peripheral edema/lung edema, effusion (pleural effusion, ascites, pericardial effusion), and/or weight gain. These individual symptoms were captured using the corresponding COSTART terms. Severity criteria for the composite adverse event term "fluid retention" are presented in Appendix 4 of the study protocol (5.3.5.1, CSR 316, Appendix I.A.1. Protocol).

Fluid retention was reported as drug-related in 261 subjects (35.1%) on the TAC arm and was graded as mild in 174 subjects (23.4%), moderate in 80 (10.8%) and severe in 7 (0.9%). On the FAC arm, fluid retention was reported as drug-related in 108 subjects (14.7%), and was graded as mild in 79 subjects (10.7%), moderate in 28 (3.8%) and severe in 1 (0.1%). The worst severity of fluid retention was recorded during the treatment phase for both TAC (97.7% or 255/261 subjects) and FAC (92.6% or 100/108 subjects) (5.3.5.1, CSR 316, Appendix II.F.1 Table 6.13-b).

One fluid retention SAE (peripheral edema) was reported on the FAC arm, considered by the investigator to be unrelated to study treatment (5.3.5.1, CSR 316, Appendix II.F.1 Table 9.12), and 1 subject on the TAC arm (12317) was discontinued from study during cycle 4 due to severe, peripheral edema and fluid retention that was considered possibly related to study treatment but not reported by the investigator as an SAE.

Peripheral edema and/or weight gain were the most frequent signs and symptoms of fluid retention in both TAC-treated subjects (257 of 261 fluid retention events, 98%) and FAC-treated subjects (108 of 108 fluid retention events, 100%). Pericardial effusion was reported in 2 subjects and lung edema in 3 subjects in the TAC arm.

### 2.3.4 Gastrointestinal toxicities

Nausea, vomiting, stomatitis and diarrhea were the most common gastrointestinal events reported for both TAC- and FAC-treated subjects, as shown in Table 20. Overall, nausea (88.0% FAC, 80.5% TAC) and vomiting (59.2% FAC, 44.5%) were more common in FAC-treated subjects while stomatitis (69.4% TAC, 52.9% FAC) and diarrhea (35.2% TAC, 27.9% FAC) were more common in TAC-treated subjects. Gastrointestinal events that were either considered serious and/or led to discontinuation were infrequent, but were reported more often in TAC-treated subjects. In the TAC-treated subjects, 1.1% nausea, 1.5% vomiting, 0.7% stomatitis, and 0.8% diarrhea were serious. Six (0.3%) of these gastrointestinal events led to discontinuation. In the FAC-treated subjects, 0.4% nausea, 0.8% vomiting, and 0.1% diarrhea were serious and there was no discontinuation due to these events. In addition to nausea, vomiting, stomatitis and diarrhea,

Confidential Sanofi_05524641

there were colitis/enteritis/intestinal perforation events (regardless of relationship) reported for 7 TAC-treated subjects and 1 FAC-treated subject. None of these were fatal, but they were all considered serious and resulted in treatment discontinuation 5 of these 7 TAC-treated subjects.

**Table 20 – Number (%) of subjects with select treatment-emergent gastrointestinal adverse events during treatment period – overall, severe and serious adverse events, and subjects withdrawn for adverse event (D/C) (TAX 316)**

| Adverse event by term[a] | Number of subjects (%) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | TAC (N=744) | | | | FAC (N=736) | | | |
| | Overall | Severe | SAE[b] | D/C[a] | Overall | Severe | SAE[b] | D/C[a] |
| Nausea (N) | 599 (80.5) | 38 (5.1) | 8 (1.1) | 2 (0.3) | 648 (88.0) | 70 (9.5) | 3 (0.4) | 0 (0.0) |
| Vomiting (N) | 331 (44.5) | 32 (4.3) | 11 (1.5) | 1 (0.1) | 436 (59.2) | 54 (7.3) | 6 (0.8) | 0 (0.0) |
| Stomatitis (N) | 516 (69.4) | 53 (7.1) | 5 (0.7) | 1 (0.1) | 389 (52.9) | 15 (2.0) | 0 (0.0) | 0 (0.0) |
| Diarrhea (N) | 262 (35.2) | 28 (3.8) | 6 (0.8) | 2 (0.3) | 205 (27.9) | 13 (1.8) | 1 (0.1) | 0 (0.0) |
| Colitis (C) | 6 (0.8) | 4 (0.5) | 5 (0.7) | 3 (0.4) | 1 (0.1) | 0 (0.0) | 1 (0.1) | 0 (0.0) |
| Enteritis (C) | 1 (0.1) | 1 (0.1) | 1 (0.1) | 1 (0.1) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) |
| Large intestine perforation (C) | 1 (0.1) | 1 (0.1) | 1 (0.1) | 1 (0.1) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) |

[a] N: NCI term; C: COSTART term; D/C: discontinuation
[b] Same subject may be counted in more than one category-see text.
Ref: 5.3.5.1, CSR 316, Appendix II.F.1 Table 1.04-a, Table 5.02 , Table 5.04, Table 9.04

### 2.3.5 Secondary malignancies

The occurrence of a second primary malignancy (SPM) – except for non-melanoma skin cancer, in situ carcinoma of the cervix and in situ carcinoma of the breast – was defined in the protocol as an efficacy endpoint. However, SPMs occurring after a breast cancer relapse were not recorded as efficacy events. There were 29 SPMs (20 efficacy events) among TAC-treated subjects and 34 SPMs (26 efficacy events) among FAC-treated subjects (Source: 5.3.5.1, CSR 316, Appendix II.F.1 Table 4.04-b).

As of 15 July 2003 and with a median follow-up time of 55 months, 2 subjects (40701, 13510) in the TAC arm (0.3%) and 1 (24105 – diagnosis listed as "missing" in 5.3.5.1, CSR 316, Appendix II.F.1 Table 4.04-b ; see also 5.3.5.1, CSR 316, Section 13. ADVERSE EVENT NARRATIVES) in the FAC arm (0.1%) had been diagnosed with leukemia. No cases of myelodysplasia were reported on either treatment arm. After the study cut-off date of 15 July 2003, one additional case of leukemia was reported to the Aventis Global Pharmacovigilance and Epidemiology Team in a subject (10621) who received TAC as part of this study. In addition to the leukemias, one subject on TAC (30002) was diagnosed with a lymphoma involving the skin.

Contralateral breast cancer was diagnosed in 9 subjects on the TAC arm and 10 subjects on the FAC arm.

On the TAC arm, a total of 18 subjects developed second malignancies other than contralateral breast cancer or leukemia (this number excludes the leukemia case reported after database lock),

Confidential Sanofi_05524642

including colorectal (n = 1), ovarian (n = 1), non-melanoma skin (n = 5), melanoma (n = 1) and lung cancer (n = 2).

On the FAC arm, a total of 23 subjects developed second malignancies other than contralateral breast cancer or leukemia, including colorectal (n = 6), ovarian (n = 1), non-melanoma skin (n = 2), melanoma (n = 3), endometrium (n = 5) and lung cancer (n = 3).

Confidential                                              Sanofi_05524643

# 3 CLINICAL LABORATORY EVALUATIONS

## 3.1 HEMATOLOGICAL TOXICITY

The protocol specified that blood counts were to be checked routinely every 3 weeks, on day 21 or 22 of the chemotherapy cycle. Additional blood counts were obtained during the course of each cycle only if clinically indicated. Hematology data are presented as worst NCI grade recorded per subject or per cycle during the study treatment period. Neutropenia was previously presented in Section 2.3.1 and thus is omitted from this section.

The incidence of anemia was higher in TAC subjects: (91.5%, grade 3 in 3.9% and grade 4 in 0.4%) than in FAC subjects (71.7%, grade 3 in 1.5% and grade 4 in 0.1%). Transfusions of packed red blood cells were required in 34 (4.6%) TAC subjects and in 11 (1.5%) FAC subjects (Source: 5.3.5.1, CSR 316, Appendix II.F.1 Table 7.08).

Thrombocytopenia was recorded in 39.4% of TAC subjects, mostly grade 1 (33.0%) or grade 2 (4.4%), and in 27.7% of FAC subjects, mostly grade 1 (24.0%) or grade 2 (2.5%). Platelet transfusions were required in one TAC subject and in 3 FAC subjects (Source: 5.3.5.1, CSR 316, Appendix II.F.1 Table 7.08 ).

## 3.2 NON-HEMATOLOGIC LABORATORY ABNORMALITIES

The majority of laboratory abnormalities in TAX 316 were grade 1 with low numbers of grade 2. There were only very few cases of grade 3-4 abnormalities. In TAC-treated subjects, these included total bilirubin (grade 3, n = 6; grade 4, n = 1), creatinine (grade 4, n = 1), and SGOT and SGPT (grade 3, n = 1 each). In FAC-treated subjects, these included SGOT (grade 3, n = 3 and grade 4, n = 1), SGPT (grade 3, n = 5 and grade 4, n = 1) and total bilirubin (grade 3, n = 4 and grade 4, n = 3) (Source: 5.3.5.1, CSR 316, Appendix II.F.1 Table 8.01).

There were 2 TAC subjects with serious TEAEs involving renal insufficiency, both considered remotely related to treatment, and 1 TAC subject was withdrawn from study because of elevated transaminases. This subject developed transaminase elevations during cycle 1, which worsened in cycle 2 but resolved by the 6-month follow-up visit.

There was 1 FAC subject with a serious TEAE involving severe hyponatremia (sodium 125 mmol/L) during cycle 2, which was attributed to vomiting and antiemetic medication (tropisetron). Hyponatremia resolved following rehydration.

Confidential Sanofi_05524644

# 4 OTHER OBSERVATIONS RELATED TO SAFETY

The safety results of supportive studies TAX 321 and GEICAM 9805 are summarized in this section as these studies also were conducted in the adjuvant setting.

## 4.1 TAX 321

This study was conducted to compare TAC alone to TAC+HDCT as adjuvant therapy for subjects with high-risk, node-positive breast cancer. It was terminated early due to concerns regarding the safety profile of HDCT (mitoxantrone) when used in this setting (see Section 1.1.2.4 for a narrative description of the study). As the safety results of interest are for those associated with TAC treatment, data on subjects who received TAC alone are included. It should be noted that there were 11 subjects who were randomized to the TAC+HDCT arm but received only TAC (without HDCT). Safety results from these subjects are presented together with the results from the 69 subjects randomized to the TAC group (ITT population), for a total TAC safety population of 80 subjects.

The safety data for the TAC regimen report mainly on AEs considered related by the investigator. These data are consistent with observations from the much larger pivotal trial, TAX 316.

### 4.1.1 Demographics and baseline characteristics

Subject demographics for the 69 subjects in the ITT population were similar to those for subjects in TAX 316 (Table 4).

**Table 21 – Age and performance status at baseline, ITT population (TAX 321)**

| Characteristic | Unit | TAC (N=69) |
|---|---|---|
| Age | | |
| Median (range) | years | 47 (26 - 60) |
| ≥50 - ≤65 | N (%) | 26 (37.7) |
| Karnofsky performance status | | |
| Median (range) | | 100 (90 - 100) |
| 90 | N (%) | 11 (15.9) |
| 100 | N (%) | 58 (84.1) |

Ref: 5.3.5.4, CSR 321, Appendix II.F.1 Table 2.01

In the ITT population (n = 69), the most commonly reported histological tumor type was invasive ductal carcinoma, reported in 55 subjects (79.7%), and the median number of positive lymph nodes was 7 (range, 4–24) (5.3.5.4, CSR 321, Appendix II.F.1 Table 2.04). Positive estrogen and/or progesterone receptor status was reported in 55 subjects (79.7%) (5.3.5.4, CSR 321, Appendix II.F.1 Table 2.05).

Confidential Sanofi_05524645

Almost half of the ITT population (33/69, 47.8%) had stage T2 tumors (i.e., measuring between 2 and 5 cm). All subjects had evidence of tumor involvement of at least 4 axillary lymph nodes (pN1) as defined by the protocol and none of the subjects had metastatic disease (5.3.5.4, CSR 321, Appendix II.F.1 Table 2.02). Three subjects (4.3%) had received prior anticancer therapy for other tumors (radiotherapy in 2 cases and surgery in 2 cases) (5.3.5.4, CSR 321, Appendix II.F.1 Table 2.10).

### 4.1.2 Overall extent of exposure

A total of 433 cycles of TAC were administered to 80 subjects; 416 cycles (96.1%) were at the protocol-planned dose. The median number of cycles administered was 6 (range, 1-6) (Source: 5.3.5.4, CSR 321, Appendix II.F.1 Table 3.02a).

The median cumulative doses of Taxotere, doxorubicin and cyclophosphamide are shown in Table 22.

**Table 22 – Cumulative actual dose, dose intensity and RDI, safety population (TAX 321)**

| Drug | Cumulative actual dose (mg/m²) | | Dose intensity (mg/m²/wk) | | RDI | |
|---|---|---|---|---|---|---|
| | Median | Range | Median | Range | Median | Range |
| Taxotere | 450 | [0 – 468] | 24.51 | [0.00 – 25.61] | 0.98 | [0.00 – 1.02] |
| Doxorubicin | 299 | [10 – 313] | 16.47 | [3.37 – 17.22] | 0.99 | [0.20 – 1.03] |
| Cyclophosphamide | 2997 | [0 – 3128] | 165.31 | [0.00 – 172.17] | 0.99 | [0.00 – 1.03] |

Ref: 5.3.5.4, CSR 321, Appendix II.F.1 Table 3.03

A total of 402/433 (92.8%) cycles were administered every 21 days as per protocol, without delay. Of the 31 delayed cycles, 8 cycles were delayed by more than 7 days. As in TAX 316, the most common reason for treatment delay was "Other" (mainly logistics) (16/31; 51.6%) followed by hematological toxicity (6/31; 19.4%) (5.3.5.4, CSR 321, Appendix II.F.1 Table 3.05, Table 3.08b).

Ten cycles (2.3%) were administered at reduced doses. No subject had their dose reduced more than once. The most common reason for dose reduction was hematological toxicity (6 cycles) (5.3.5.4, CSR 321, Appendix II.F.1 Table 3.05, Table 3.09b).

### 4.1.3 Adverse events

The overall incidence of adverse events during the treatment period and follow-up were similar to those reported in the pivotal TAX 316, as seen in Table 23.

Confidential Sanofi_05524646

**Table 23 – Overview of adverse events during treatment period and follow-up, safety population (TAX 321)**

| Type of AE | Number of subjects (%) (N=80) | |
|---|---|---|
| | Treatment period | Follow-up |
| All AE | 80 (100) | 73 (91.3) |
| Related AE | 80 (100) | 71 (88.8) |
| Grade 3/4 or severe AE[a] | 33 (41.3) | 12 (15.0) |
| Related grade 3/4 or severe AE[a] | 30 (37.5) | 6 (7.5) |
| Serious AE | 34 (42.5) | 1 (1.3) |
| Related serious AE | 33 (41.3) | 1 (1.3) |
| Discontinued due to AE | 4 (5.0) | NA |
| Death due to AE | 0 (0.0) | 1 (1.3) |

NA: not applicable
[a] grade 3/4: grade 3 or 4 (NCI term), severe (COSTART)
Ref: 5.3.5.4, CSR 321, Appendix II.F.1 Table 5.01 , Table 5.10, Table 9.00

During the treatment period, the most frequently reported drug-related AEs, regardless of severity, were: alopecia (95.0%), asthenia (88.8%), anemia (86.3%), nausea (83.8%), stomatitis (73.8%), neutropenia (63.8%), vomiting (55.0%), fever in absence of infection (43.8%), diarrhea (40.0%), constipation (38.8%) and pain (37.5%).

Four patients (5.0%) were withdrawn from the study due to a total of five AEs. Three of these events were recorded as serious.

No subjects on TAX 321 died within 30 days of their last administration of study chemotherapy and 5 subjects (6.3%) died more than 30 days from their last TAC treatment. Breast cancer was the cause of death for 3 subjects, acute respiratory distress syndrome (unrelated and occurring 292 days after last IV infusion) for 1 subjects, and acute myeloblastic leukemia (related) in 1 subject.

### 4.1.4 Hematologic toxicities

All adverse event rates are calculated based on the safety population (N=80).

Anemia was observed in 86.3% of subjects, and was generally grade 1 (60.0%) or grade 2 (21.3%). Grade 3 anemia was observed in 4 subjects (5.0%); there was no grade 4 anemia. Transfusions of packed red blood cells were required in 3 subjects (3.8%).

Neutropenia occurred in 51/80 (63.8%) of subjects, with grade 4 severity in 43 (53.8%). It should be noted that 4 subjects received priming G-CSF as though they were to undergo HDCT.

Thrombocytopenia was observed in 28 subjects (35.0%), and was generally grade 1 (27.5%). Grades 2 and 3 were each observed in 3 subjects (3.8%); there was no grade 4 thrombocytopenia. No subjects received platelet transfusions.

Confidential Sanofi_05524647

Fever during neutropenia, defined as grade 4 neutropenia concomitant with grade ≥2 fever, occurred in 35.0% of subjects. Febrile neutropenia was defined as fever during neutropenia requiring IV antibiotics and/or hospitalization, and occurred in 33.8% of subjects, most of whom (30.0%) received IV antibiotics. One subject was recorded with fever during neutropenia but was not hospitalized and did not receive IV antibiotics. FN occurred within the first 3 cycles in 88.9% of cases (Source: 5.3.5.4, CSR 321, Appendix II.F.1 Table 9.01).

Neutropenic infection was observed in 5.0% of subjects regardless of G-CSF use and was mostly drug-related (Source: 5.3.5.4, CSR 321, Appendix II.F.1 Table 6.01c). With G-CSF prophylaxis, the incidence of neutropenic infection was 3.3% and was not considered drug-related. (Source: 5.3.5.4, CSR 321, Appendix II.F.1 Table 6.01b).

### 4.1.5 Special safety and adverse events during follow-up

#### *Adverse events during follow-up*

Adverse events continuing unchanged from the treatment period and AEs starting or worsening during follow-up are presented in Table 24. Most subjects (91.3%) experienced one or more AEs during follow-up (Source: 5.3.5.4, CSR 321, Appendix II.F.1 Table 5.11a). AEs recorded during the follow-up period were coded on the CRF with respect to causality as related to: study chemotherapy, tamoxifen, radiotherapy, tumor, or other. Adverse events during the follow-up period in TAX 321 include both AEs occurring in the treatment period that persisted into the follow-up period and those starting or worsening during follow-up. Similar to the TAX 316 safety results, vasodilatation and skin toxicity were the most common events attributed to tamoxifen and radiotherapy, respectively, while alopecia, amenorrhea and asthenia were attributed mainly to study drug.

Confidential Sanofi_05524648

**Table 24 – AEs during follow-up by and causality assessment, safety population (TAX 321)**

| Adverse event[a] | Number (%) of patients (N=80) | | | |
|---|---|---|---|---|
| | AE present during follow-up | | | AE starting or worsening during follow-up |
| | Causality: Study drug | Causality: Tamoxifen | Causality: Radiotherapy | All |
| Alopecia | 69 (86%) | 0 (0%) | 1 (1%) | 1 (1%) |
| Amenorrhea | 29 (36%) | 0 (0%) | 1 (1%) | 5 (6%) |
| Asthenia | 24 (30%) | 2 (2%) | 10 (12%) | 13 (16%) |
| Cardiac function | 10 (12%) | 0 (0%) | 1 (1%) | 4 (5%) |
| Nail disorder | 10 (12%) | 0 (0%) | 1 (1%) | 2 (2%) |
| Vasodilatation | 9 (11%) | 18 (22%) | 0 (0%) | 21 (26%) |
| Neuro-sensory | 9 (11%) | 0 (0%) | 1 (1%) | 9 (11%) |
| Neuro-mood | 8 (10%) | 1 (1%) | 0 (0%) | 5 (6%) |
| Peripheral edema | 8 (10%) | 2 (2%) | 11 (14%) | 15 (19%) |
| Taste perversion | 6 (7%) | 0 (0%) | 0 (0%) | 1 (1%) |
| Skin | 4 (5%) | 0 (0%) | 24 (30%) | 22 (28%) |
| Weight gain or loss | 4 (5%) | 0 (0%) | 1 (1%) | 1 (1%) |
| Pain | 5 (6%) | 0 (0%) | 3 (4%) | 13 (16%) |
| Menstrual disorder | 4 (5%) | 1 (1%) | 0 (0%) | 3 (4%) |
| Stomatitis | 3 (4%) | 0 (0%) | 1 (1%) | 2 (2%) |
| Arthralgia | 3 (4%) | 0 (0%) | 0 (0%) | 3 (4%) |
| Infection | 1 (1%) | 0 (0%) | 1 (1%) | 4 (5%) |
| Exfoliative dermatitis | 0 (0%) | 0 (0%) | 7 (9%) | 7 (9%) |
| Skin discoloration | 0 (0%) | 0 (0%) | 7 (9%) | 7 (9%) |
| Lung fibrosis | 0 (0%) | 0 (0%) | 4 (5%) | 4 (5%) |
| Sweating | 2 (2%) | 3 (4%) | 0 (0%) | 1 (1%) |

[a] NCI and COSTART terms included if reported by at least 3 patients in either treatment arm.
Ref: 5.3.5.4, CSR 321, Appendix II.F.1 Table 5.06, Table 5.11a

### *Cardiotoxicity*

The protocol specified that, in addition to baseline LVEF, measurements would be repeated at the end of cycle 4 and if clinically indicated. Cardiotoxicity was reported as AE reports of the NCI term cardiac function and/or LVEF decrease as measured by MUGA or echocardiogram.

No subjects died or discontinued study treatment due to cardiotoxicity. Subjects received a median number of 6 cycles (range, 1-6) of TAC, and a cumulative dose of doxorubicin of 299.3 mg/m² (range, 10.1-312.8) (Source: 5.3.5.4, CSR 321, Appendix II.F.1 Table 3.03). The NCI adverse event term cardiac function was reported in 13 subjects (16.3%) during the study and/or follow-up period (Table 25). In 12 subjects (15.0%), the events were reported as drug-related by

Confidential Sanofi_05524649

the investigator. All events reported as cardiac function were based on asymptomatic LVEF decrease. There were no episodes of documented CHF.

**Table 25 – Overall summary of cardiotoxicity, safety population (TAX 321)**

| | Relationship to treatment | |
|---|---|---|
| | **Any** n (%) | **Related** n (%) |
| Subjects with cardiac function (NCI term) | 13 (16.3) | 12 (15.0) |
| reported as asymptomatic LVEF decrease: | | |
| NCI cardiac function grade 1[a] | 11 (17.7) | 10 (16.1) |
| NCI cardiac function grade 2[a] | 2 (3.2) | 2 (3.2) |
| reported as congestive heart failure: | 0 | 0 |
| LVEF decrease (Schwartz's criteria)[b] | 1 (1.3) | 1 (1.3) |
| Absolute LVEF decrease ≥ 20% | 0 | 0 |
| Subjects withdrawn due to any cardiotoxicity | 0 | 0 |

[a] % of patients with LVEF decrease calculated among the evaluable patients (N=62)
[b] Schwartz's criteria: absolute decrease in LVEF ≥ 10, associated with a decline to a level ≤ the lower normal limit per institution
Ref: 5.3.5.4, CSR 321, Appendix II.F.1 Table 1.04a, Table 5.02a, Table 5.02b, Table 5.08a, Table 5.08b, Table 6.08

Sixty-two subjects were evaluable for analysis of LVEF changes, 24 of whom (38.7%) had some LVEF decreases from baseline as assessed by MUGA or echocardiogram. Seven subjects (11.3%) had decreases of 10%–20%, including 2 with decreases to below the lower limit of normal, and 1 subject (1.3%) had a decrease >20% but remaining within normal limits.

### *Fluid retention*

Subjects had a median cumulative dose of Taxotere of 450 mg/m² (range, 0-468), drug-related fluid retention was observed in 26 subjects (32.5%). The specific symptoms reported were edema in 21 subjects (26.3%), weight gain in 3 subjects (3.8%) and both edema and weight gain in 2 subjects (2.5%). Symptoms were mild in 16 subjects (20.0%), moderate in 9 subjects (11.3%) and severe in one subject (1.3%). No episodes of fluid retention were considered serious and none led to discontinuation of study chemotherapy.

### *Acute myeloid leukemia/myelodysplastic syndrome*

As of 18 December 2002 and with a median follow-up time of 26 months (range, 0-45 months), one subject developed acute myeloid leukemia (Source: 5.3.5.4, CSR 321, Appendix II.F.1 Table 4.01c). It occurred 24 months after completion of TAC chemotherapy. The subject received AML chemotherapy with cytarabine, fludarabine and idarubicin and died from her AML 7 months later.

Confidential Sanofi_05524650

#### *4.1.5.1 Clinical laboratory evaluations*

The majority of abnormalities were grade 1, there were a few cases of grade 2 or grade 3 abnormalities, but none of grade 4. No subject discontinued treatment due to a biochemical laboratory adverse events.

## 4.2 GEICAM 9805 (TAX.ES1.301)

This study was conducted to compare the efficacy and safety of TAC vs. FAC in subjects with operable breast cancer without involved axillary lymph nodes (see Section 1.1.2.5 for narrative on this study). The safety data presented here are based on an unplanned interim safety analysis that followed the implementation of the third amendment to the study protocol, which required the use of primary G-CSF prophylaxis (i.e., from cycle 1) in all TAC-treated subjects.

### 4.2.1 Demographic and other characteristics

The TAC and FAC treatment groups were comparable for most demographic and baseline characteristics, as were the pre- and post-amendment cohort. In the FAC group, the number of subjects aged ≥65 was lower post-amendment (4.4%) than pre-amendment (9.0%). Subjects' demographic data and baseline characteristics were as follows:

**Table 26 – Demographic and baseline characteristics (GEICAM 9805)**

| | TAC | | FAC | |
|---|---|---|---|---|
| | Pre-amendment (N=109) n (%) | Post-amendment (N=115) n (%) | Pre-amendment (N=111) n (%) | Post-amendment (N=113) n (%) |
| **Age** | | | | |
| Median | 50 | 48 | 48 | 51 |
| Range | 23-70 | 29-70 | 23-73 | 28-67 |
| <35 | 11 (10.1) | 9 (7.8) | 8 (7.2) | 7 (6.2) |
| 35-49 | 42 (38.5) | 50 (43.5) | 58 (52.3) | 45 (39.8) |
| 50-64 | 48 (44.0) | 46 (40.0) | 35 (31.5) | 56 (49.6) |
| ≥65 | 8 (7.3) | 10 (8.7) | 10 (9.0) | 5 (4.4) |
| **Race** | | | | |
| Caucasian | 107 (98.2) | 115 (100.0) | 110 (99.1) | 109 (96.5) |
| Hispanic | 2 (1.8) | 0 (0.0) | 1 (0.9) | 4 (3.5) |
| **Karnofsky Performance Status** | | | | |
| Median | 100 | 100 | 100 | 100 |
| Range | 80-100 | 90-100 | 90-100 | 90-100 |
| 80 | 1 (0.9) | 0 (0.0) | 0 (0.0) | 0 (0.0) |
| 90 | 22 (20.2) | 15 (13.0) | 19 (17.1) | 18 (15.9) |
| 100 | 86 (78.9) | 100 (87.0) | 92 (82.9) | 95 (84.1) |

Ref: 5.3.5.4, CSR GEICAM 9805, Appendix II.F.1 Table 07

Confidential Sanofi_05524651

#### 4.2.2 Overall extent of exposure

A total of 220 subjects (109 TAC, 111 FAC) were randomized prior to the approval of the amendment (i.e., pre-amendment group) and 228 subjects (115 TAC, 113 FAC) were randomized afterward (i.e., post-amendment group). In view of the fact that the amendment was introduced during the active recruitment of subjects, it should be noted that there were 80 subjects (43 TAC, 37 FAC) who were on study therapy at the time of amendment approval.

In the TAC group, 1305 cycles were administered to 224 subjects, 1033 (79.2%) of these were at the planned dose and schedule. In the FAC group, 1332 cycles were administered to 224 subjects, 1012 (76.0%) of these at the planned dose and schedule (Source: 5.3.5.4, CSR GEICAM 9805, Appendix II.F.1 Table 11).

The median number of cycles administered to each treatment group was 6 (range, 1-6 in TAC group, 2-6 in FAC group). In the TAC group, 90.8% of the pre-amendment cohort and 95.7% of the post-amendment cohort completed the protocol-defined course of 6 cycles of therapy. In the FAC group, 95.5% and 100.0%, respectively, completed 6 cycles of therapy.

In both treatment groups, the median cumulative doses and RDIs of study drugs were comparable in the pre- and post-amendment cohorts.

Cumulative actual dose, dose intensity, and RDI by drug are displayed in Table 27.

Confidential Sanofi_05524652

**Table 27 – Cumulative actual dose, dose intensity, and RDI by drug (GEICAM 9805)**

| Drugs | N | Cumulative actual dose (mg/m²) | | Actual dose intensity (mg/m²/week) | | RDI | |
|---|---|---|---|---|---|---|---|
| | | Median | Range | Median | Range | Median | Range |
| **TAC pre-amendment** | | | | | | | |
| Taxotere | 109 | 445.7 | 74.5 – 464.2 | 24.6 | 18.7 – 25.9 | 1.0 | 0.8 – 1.0 |
| Doxorubicin | 109 | 298.6 | 49.5 – 310.4 | 16.5 | 12.9 – 17.3 | 1.0 | 0.8 – 1.0 |
| Cyclophosphamide | 109 | 2988.2 | 497.6 – 3599.3 | 165.2 | 130.9 – 200.0 | 1.0 | 0.8 – 1.2 |
| **TAC post-amendment** | | | | | | | |
| Taxotere | 115 | 448.8 | 149.0 – 465.6 | 24.7 | 19.0 – 25.8 | 1.0 | 0.8 – 1.0 |
| Doxorubicin | 115 | 299.7 | 99.3 – 310.4 | 16.5 | 12.7 – 17.2 | 1.0 | 0.8 – 1.0 |
| Cyclophosphamide | 115 | 2995.2 | 999.8 – 3103.7 | 165.1 | 126.6 – 172.3 | 1.0 | 0.8 – 1.0 |
| **FAC pre-amendment** | | | | | | | |
| 5-fluorouracil | 111 | 3002.3 | 900.6 – 3261.0 | 163.3 | 135.4 – 177.0 | 1.0 | 0.8 – 1.1 |
| Doxorubicin | 111 | 300.5 | 99.6 – 326.1 | 16.4 | 13.3 – 17.7 | 1.0 | 0.8 – 1.1 |
| Cyclophosphamide | 111 | 3002.3 | 996.1 – 3261.0 | 163.6 | 135.8 – 177.0 | 1.0 | 0.8 – 1.1 |
| **FAC post-amendment** | | | | | | | |
| 5-fluorouracil | 113 | 2999.0 | 2399.6 – 3119.4 | 163.4 | 127.3 – 174.3 | 1.0 | 0.8 – 1.1 |
| Doxorubicin | 113 | 299.7 | 240.0 – 311.9 | 16.3 | 12.7 – 17.2 | 1.0 | 0.8 – 1.0 |
| Cyclophosphamide | 113 | 2999.0 | 2399.6 – 3119.4 | 163.4 | 127.3 – 174.3 | 1.0 | 0.8 – 1.1 |

Ref: 5.3.5.4, CSR GEICAM 9805, Appendix II.F.1 Table 09, Table 10

The duration of treatment delays was similar pre- and post-amendment within each treatment group. Very few cycles required dose delays of >7 days in both TAC- and FAC-treated subjects.

With TAC, the most frequently reported reason for treatment delay was "Other" (primarily administrative), accounting for 16 cycles (1.2%). Hematological toxicity was the second most frequently reported reason for treatment delay in the TAC group, accounting for 10 cycles (0.8%). In the FAC group, hematological toxicity was the most commonly reported reason for treatment delay (80 cycles, 6.0%), with "Other" (primarily administrative) reasons accounting for most of the remaining delays (20 cycles, 1.5%).

Most of the dose reductions were due to study drug related adverse events (AEs). In the TAC group, 40 cycles (3.1%) were administered at reduced doses, and in the FAC group, 12 cycles (0.9%) were administered at reduced doses (5.3.5.1, CSR GEICAM 9805, Appendix II.F.1 Table 11). Dose reductions in the TAC group occurred due to hematological and non-hematological toxicities (22 and 19 cycles, respectively), while the majority of dose reductions in the FAC group (9/12 cycles) occurred due to non-hematological toxicities (5.3.5.1, CSR GEICAM 9805, Appendix II.F.1 Table 13).

The frequency of dose reductions due to hematological toxicities in the TAC group tended to decrease with the addition of primary G-CSF prophylaxis to the treatment regimen (2.2% pre-

Confidential Sanofi_05524653

amendment vs. 1.2% post-amendment), as did dose reductions for non-hematological toxicities (2.4% pre-amendment vs. 0.6% post-amendment). In the FAC group, the frequency of dose reductions for either hematological or non-hematological toxicities remained comparable pre- and post-amendment.

### 4.2.3 Adverse events

The overall incidence of treatment-emergent adverse events (TEAEs), SAEs, AEs leading to discontinuation and death is displayed in Table 28.

**Table 28 – Overview of TEAEs regardless of causal relationship (GEICAM 9805)**

| Type of event | Number of subjects (%) | | | |
|---|---|---|---|---|
| | TAC | | FAC | |
| | Pre-amendment (N=109) | Post-amendment (N=115) | Pre-amendment (N=111) | Post-amendment (N=113) |
| one TEAE | 109 (100.0) | 115 (100.0) | 111 (100.0) | 113 (100.0) |
| one severe TEAE | 55 (50.5) | 23 (20.0) | 30 (27.0) | 30 (26.5) |
| one serious TEAE (STEAE) | 47 (43.1) | 20 (17.4) | 3 (2.7) | 5 (4.4) |
| one severe STEAE | 10 (9.2) | 8 (7.0) | 2 (1.8) | 2 (1.8) |
| AE leading to discontinuation | 8 (7.3) | 3 (2.6) | 2 (1.8) | 0 (0.0) |
| AE leading to death | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) |

Ref: 5.3.5.4, CSR GEICAM 9805, Appendix II.F.1 Table 04, Table 14, Table 25, Table 37, Table 38

The overall incidence of TEAEs was higher for TAC-treated subjects than for FAC-treated subjects, as were grade 3-4 TEAEs, serious TEAEs, and TEAEs leading to discontinuation. There were no deaths due to adverse events among TAC- or FAC-treated subjects.

Overall, in the TAC arm, the 10 most commonly reported TEAEs (regardless of severity grade), in order of decreasing frequency, were: alopecia (97.8%), nausea (76.8%), asthenia (76.3%), stomatitis (62.9%), vomiting (51.8%), infection (45.5%), amenorrhea NOS (38.9%), fever in absence of infection (37.1%), neuro-constipation (30.4%) and diarrhea (28.6%).

Overall, in the FAC arm, the 10 most commonly reported TEAEs (regardless of severity grade), in order of decreasing frequency, were: alopecia (98.2%), nausea (79.9%), vomiting (63.4%), asthenia (61.6%), stomatitis (56.3%), infection (47.3%), neuro-constipation (32.6%), menstruation irregular (25.5%), amenorrhea NOS (24.2%) and pain NOS (20.5%).

The following events occurred more frequently in TAC overall than in FAC overall, regardless of severity grading, with a >10% difference: fever in absence of infection, myalgia, amenorrhea NOS, peripheral edema, diarrhea, asthenia and arthralgia. Vomiting occurred >10% more frequently in FAC than in TAC overall.

Confidential Sanofi_05524654

#### *4.2.3.1 Impact of primary G-CSF prophylaxis*

Table 29 displays TEAEs in the pre- and post-amendment cohorts for both TAC- and FAC-treated subjects. The main objective of the interim safety analysis of GEICAM 9805 was to evaluate the impact of primary G-CSF prophylaxis on safety, with particular attention to febrile neutropenia rates among the pre- and post-amendment cohorts.

**Table 29 – Number (%) of subjects with treatment-emergent adverse events (TEAE), regardless of relationship, pre- and post-amendment, overall and severe (GEICAM 9805)**

| Adverse event by term | Source of AE Term[a] | Number of subjects (%) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | TAC | | | | FAC | | | |
| | | pre-amendment (N=109) | | post-amendment (N=115) | | pre-amendment (N=111) | | post-amendment (N=113) | |
| | | Overall | Severe | Overall | Severe | Overall | Severe | Overall | Severe |
| Alopecia[b] | N | 105 (96.3) | 11 (10.1) | 114 (99.1) | 3 (2.6) | 111 (100.0) | 15 (13.5) | 109 (96.5) | 9 (8.0) |
| Nausea | N | 86 (78.9) | 8 (7.3) | 86 (74.8) | 3 (2.6) | 92 (82.9) | 3 (2.7) | 87 (77.0) | 7 (6.2) |
| Asthenia | M | 84 (77.1) | 23 (21.1) | 87 (75.7) | 4 (3.5) | 67 (60.4) | 1 (0.9) | 71 (62.8) | 1 (0.9) |
| Stomatitis | N | 79 (72.5) | 7 (6.4) | 62 (53.9) | 3 (2.6) | 65 (58.6) | 3 (2.7) | 61 (54.0) | 3 (2.7) |
| Infection | N | 58 (53.2) | 3 (2.8) | 44 (38.3) | 2 (1.7) | 53 (47.7) | 2 (1.8) | 53 (46.9) | 4 (3.5) |
| Fever in absence of infection | N | 53 (48.6) | 0 (0.0) | 30 (26.1) | 0 (0.0) | 15 (13.5) | 0 (0.0) | 10 (8.8) | 0 (0.0) |
| Vomiting | N | 53 (48.6) | 4 (3.7) | 63 (54.8) | 4 (3.5) | 73 (65.8) | 5 (4.5) | 69 (61.1) | 12 (10.6) |
| Diarrhea | N | 33 (30.3) | 7 (6.4) | 31 (27.0) | 1 (0.9) | 17 (15.3) | 2 (1.8) | 12 (10.6) | 0 (0.0) |
| Neuro-constipation | N | 33 (30.3) | 1 (0.9) | 35 (30.4) | 0 (0.0) | 35 (31.5) | 1 (0.9) | 38 (33.6) | 1 (0.9) |
| Peripheral edema | M | 25 (22.9) | 0 (0.0) | 25 (21.7) | 0 (0.0) | 3 (2.7) | 0 (0.0) | 9 (8.0) | 0 (0.0) |
| Lymphedema | M | 3 (2.8) | 0 (0.0) | 2 (1.7) | 0 (0.0) | 1 (0.9) | 0 (0.0) | 1 (0.9) | 0 (0.0) |
| Face edema | M | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 1 (0.9) | 0 (0.0) |
| Breast edema | M | 1 (0.9) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) |
| Swelling NOS | M | 1 (0.9) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 1 (0.9) | 0 (0.0) |
| Abdominal pain upper | M | 24 (22.0) | 1 (0.9) | 18 (15.7) | 0 (0.0) | 18 (16.2) | 0 (0.0) | 19 (16.8) | 0 (0.0) |
| Abdominal pain NOS | M | 6 (5.5) | 0 (0.0) | 3 (2.6) | 0 (0.0) | 1 (0.9) | 0 (0.0) | 2 (1.8) | 0 (0.0) |
| Amenorrhea NOS[c] | M | 27 (37.5) | 0 (0.0) | 31 (40.3) | 0 (0.0) | 19 (24.1) | 0 (0.0) | 19 (24.4) | 0 (0.0) |
| Menstruation irregular[c] | M | 19 (26.4) | 0 (0.0) | 22 (28.6) | 0 (0.0) | 24 (30.4) | 0 (0.0) | 16 (20.5) | 0 (0.0) |
| Anorexia | M | 25 (22.9) | 2 (1.8) | 21 (18.3) | 0 (0.0) | 16 (14.4) | 1 (0.9) | 22 (19.5) | 0 (0.0) |
| Dysgeusia | M | 24 (22.0) | 2 (1.8) | 18 (15.7) | 0 (0.0) | 16 (14.4) | 0 (0.0) | 18 (15.9) | 0 (0.0) |
| Myalgia | M | 24 (22.0) | 3 (2.8) | 28 (24.3) | 0 (0.0) | 7 (6.3) | 0 (0.0) | 1 (0.9) | 0 (0.0) |
| Nail disorder NOS | M | 24 (22.0) | 1 (0.9) | 25 (21.7) | 0 (0.0) | 15 (13.5) | 0 (0.0) | 23 (20.4) | 0 (0.0) |
| Pain NOS | M | 22 (20.2) | 1 (0.9) | 34 (29.6) | 2 (1.7) | 21 (18.9) | 0 (0.0) | 25 (22.1) | 0 (0.0) |
| Arthralgia | M | 22 (20.2) | 0 (0.0) | 23 (20.0) | 0 (0.0) | 7 (6.3) | 0 (0.0) | 8 (7.1) | 0 (0.0) |
| Skin | N | 19 (17.4) | 0 (0.0) | 23 (20.0) | 1 (0.9) | 11 (9.9) | 0 (0.0) | 17 (15.0) | 0 (0.0) |
| Neuro-sensory | N | 17 (15.6) | 0 (0.0) | 17 (14.8) | 0 (0.0) | 11 (9.9) | 0 (0.0) | 14 (12.4) | 1 (0.9) |
| Dyspepsia | M | 15 (13.8) | 2 (1.8) | 12 (10.4) | 0 (0.0) | 13 (11.7) | 1 (0.9) | 9 (8.0) | 0 (0.0) |
| Hot flushes NOS | M | 14 (12.8) | 0 (0.0) | 18 (15.7) | 0 (0.0) | 14 (12.6) | 1 (0.9) | 16 (14.2) | 0 (0.0) |

Confidential Sanofi_05524655

| Adverse event by term | Source of AE Term[a] | Number of subjects (%) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | TAC | | | | FAC | | | |
| | | pre-amendment (N=109) | | post-amendment (N=115) | | pre-amendment (N=111) | | post-amendment (N=113) | |
| | | Overall | Severe | Overall | Severe | Overall | Severe | Overall | Severe |
| Neuro-headache | N | 11 (10.1) | 0 (0.0) | 15 (13.0) | 0 (0.0) | 16 (14.4) | 1 (0.9) | 16 (14.2) | 0 (0.0) |
| Neuro-mood | N | 10 (9.2) | 1 (0.9) | 11 (9.6) | 0 (0.0) | 13 (11.7) | 0 (0.0) | 8 (7.1) | 0 (0.0) |
| Allergy | N | 9 (8.3) | 0 (0.0) | 3 (2.6) | 0 (0.0) | 2 (1.8) | 1 (0.9) | 2 (1.8) | 0 (0.0) |
| Weight gain/loss | N | 9 (8.3) | 0 (0.0) | 9 (7.8) | 0 (0.0) | 4 (3.6) | 0 (0.0) | 2 (1.8) | 0 (0.0) |
| Insomnia | M | 5 (4.6) | 0 (0.0) | 2 (1.7) | 0 (0.0) | 7 (6.3) | 0 (0.0) | 5 (4.4) | 0 (0.0) |
| Local | N | 5 (4.6) | 0 (0.0) | 3 (2.6) | 0 (0.0) | 3 (2.7) | 0 (0.0) | 2 (1.8) | 0 (0.0) |
| Neuro-cortical | N | 5 (4.6) | 0 (0.0) | 1 (0.9) | 0 (0.0) | 5 (4.5) | 0 (0.0) | 4 (3.5) | 0 (0.0) |
| Neuro-motor | N | 6 (5.5) | 0 (0.0) | 3 (2.6) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 1 (0.9) | 0 (0.0) |
| Cough | M | 4 (3.7) | 0 (0.0) | 9 (7.8) | 0 (0.0) | 5 (4.5) | 0 (0.0) | 3 (2.7) | 0 (0.0) |
| Dysuria | M | 3 (2.8) | 0 (0.0) | 2 (1.7) | 0 (0.0) | 2 (1.8) | 0 (0.0) | 2 (1.8) | 0 (0.0) |
| Hemorrhage | N | 3 (2.8) | 0 (0.0) | 3 (2.6) | 0 (0.0) | 1 (0.9) | 0 (0.0) | 1 (0.9) | 0 (0.0) |
| Neuro-hearing | N | 2 (1.8) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 1 (0.9) | 0 (0.0) |
| Pulmonary | N | 0 (0.0) | 0 (0.0) | 8 (7.0) | 0 (0.0) | 3 (2.7) | 0 (0.0) | 5 (4.4) | 0 (0.0) |
| Pulmonary embolism | M | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 1 (0.9) | 0 (0.0) | 0 (0.0) | 0 (0.0) |
| Phlebitis NOS | M | 0 (0.0) | 0 (0.0) | 1 (0.9) | 0 (0.0) | 3 (2.7) | 0 (0.0) | 4 (3.5) | 0 (0.0) |
| Thrombosis | M | 0 (0.0) | 0 (0.0) | 1 (0.9) | 1 (0.9) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) |
| Cardiac dysrhythmias | N | 0 (0.0) | 0 (0.0) | 4 (3.5) | 0 (0.0) | 2 (1.8) | 0 (0.0) | 2 (1.8) | 0 (0.0) |
| Cardiac function | N | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 1 (0.9) | 0 (0.0) |
| Hypertension | N | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 1 (0.9) | 0 (0.0) |
| Hypotension | N | 0 (0.0) | 0 (0.0) | 2 (1.7) | 0 (0.0) | 2 (1.8) | 0 (0.0) | 3 (2.7) | 0 (0.0) |
| Neuro-vision[d] | N | 0 (0.0) | 0 (0.0) | 3 (2.6) | 0 (0.0) | 2 (1.8) | 0 (0.0) | 2 (1.8) | 0 (0.0) |

[a] M: reported event, MedDRA term; N: reported event, NCI term
[b] Alopecia – NCI criteria include only grades 1 and 2. Amenorrhea and menstrual disorder – CRF did not call for severity grading.
[c] Amenorrhea NOS and menstruation irregular – N and % calculated among premenopausal subjects: N=72 for TAC-pre, N=77 for TAC-post, N=79 for FAC-pre, N=78 for FAC-post.
[d] Although NCI-CTC v1.0 does not allow for grade 1-2 neuro-vision grading, investigators reported grade 1-2 when subject experienced blurred vision or other non-NCI-defined visual deficits/abnormalities.
Ref: 5.3.5.4, CSR GEICAM 9805, Appendix II.F.1 Table 16a, Table 16b, Table 18, Table 22, Table 24

Following the introduction of primary G-CSF prophylaxis in the TAC arm, there were notable differences in the frequency of fever in absence of infection (48.6% pre-amendment vs. 26.1% post-amendment), stomatitis (72.5% vs. 53.9%) and infection (regardless of neutrophil count; 53.2% vs. 38.3%). Although the post-amendment frequency of fever in absence of infection remained higher in TAC compared with FAC (26.1% vs. 8.8%, respectively), the frequencies of infection (all grades: 38.3% vs. 46.9%; grade 3-4: 1.7% vs. 3.5%) and stomatitis (all grades: 53.9% vs. 54.0%; grade 3-4: 2.6% vs. 2.7%) were comparable between the two arms.

Confidential Sanofi_05524656

In addition, in the TAC arm, dysgeusia, abdominal pain upper and allergy decreased by >5% from the pre-amendment cohort to the post-amendment cohort, while vomiting and pain NOS increased by >5%.

In the pre-amendment cohorts, febrile neutropenia and fever during neutropenia occurred much more frequently with TAC than with FAC. In the post-amendment cohorts, the frequency of febrile neutropenia and fever during neutropenia was reduced significantly in TAC-treated subjects, as shown in Table 30. Fever during neutropenia, however, was still more frequent in the post-amendment TAC cohort compared with FAC.

**Table 30 – Distribution of febrile neutropenia, by subject and by cycle (GEICAM 9805)**

| | Number (%) | | | |
|---|---|---|---|---|
| | TAC | | FAC | |
| | pre-amendment | post-amendment | pre-amendment | post-amendment |
| Total number of subjects | 109 (100) | 115 (100) | 111 (100) | 113 (100) |
| Subjects with febrile neutropenia per protocol | 26 (23.9) | 4 (3.5) | 1 (0.9) | 2 (1.8) |
| Subjects with fever during neutropenia | 39 (35.8) | 12 (10.4) | 3 (2.7) | 4 (3.5) |
| Total number of cycles | 626 (100) | 679 (100) | 654 (100) | 678 (100) |
| Cycles with febrile neutropenia per protocol | 32 (5.1) | 4 (0.6) | 1 (0.2) | 2 (0.3) |
| Cycles with fever during neutropenia | 51 (8.1) | 13 (1.9) | 3 (0.5) | 5 (0.7) |

Ref: 5.3.5.4, CSR GEICAM 9805, Table 39 , Table 40

Similar to the by-subject analysis, incidence of febrile neutropenia in the TAC group decreased from 5.1% of cycles pre-amendment to 0.6% of cycles post-amendment, and fever during neutropenia decreased from 8.1% to 1.9%. In the FAC group, the incidences of febrile neutropenia and fever during neutropenia remained similar pre- and post-amendment and were comparable to the post-amendment incidence in TAC subjects.

It should be noted that within the FAC group, the incidences of TEAEs between the pre- and post-amendment cohorts were similar. However, nausea and menstruation irregular decreased by >5% from the pre-amendment cohort to the post-amendment cohort, while peripheral edema, anorexia, nail disorder NOS and skin increased by >5%.

A total of 13 subjects discontinued study therapy due to AE (11 TAC, 2 FAC). The most frequent AEs cited as reasons for discontinuation on the TAC arm were fever in absence of infection, which led to 3 discontinuations, diarrhea, infection and asthenia, accounting for 2 discontinuations each. There was a decrease in the number of TAC-treated subjects experiencing AE leading to study discontinuation (8 pre-amendment vs. 3 post-amendment). No AE led to the discontinuation of more than one subject on the FAC arm, and there were no discontinuations due to AE in the FAC arm during the post-amendment treatment period (Source: 5.3.5.4, CSR GEICAM 9805, Appendix II.F.1 Table 04, Table 30 and Table 31).

Confidential Sanofi_05524657

There were no deaths on GEICAM 9805 during the treatment period, nor any treatment-related deaths in the follow-up period. Seven subjects (6 TAC-treated, 1 FAC-treated) died of progressive disease during follow-up. The interval between study drug administration and death ranged from 84 to 756 days. Subject narratives for these deaths are provided in 5.3.5.4, CSR GEICAM 9805, Patient Narratives.

## 4.3    OTHER ONGOING STUDIES

### 4.3.1    NSABP B-30

The National Surgical Adjuvant Breast and Bowel Project (NSABP) is currently sponsoring a 3-group randomized trial to compare adjuvant Adriamycin and cyclophosphamide followed by Taxotere (AC6T), Adriamycin and Taxotere (AT), and Adriamycin, Taxotere and cyclophosphamide (ATC) in breast cancer subjects with positive axillary lymph nodes (NSABP B-30 [5.3.5.4, NSABP B-30 Report.pdf]). It is being conducted to examine the effectiveness of 3 doxorubicin/Taxotere-containing regimens in women with operable, axillary-lymph-node-positive breast cancer.

This trial was initially designed to include 3 treatment arms:

- **Arm 1:** Adriamycin 60 mg/m² and cyclophosphamide 600 mg/m² every 21 days x 4 followed by Taxotere 100 mg/m² every 21 days x 4.

- **Arm 2:** Adriamycin 60 mg/m² and Taxotere 60 mg/m² every 21 days x 4 with secondary GCSF support.

- **Arm 3:** Adriamycin 60 mg/m², Taxotere 60 mg/m² and cyclophosphamide 600 mg/m² every 21 days x 4 with primary granulocyte colony-stimulating factor (G-CSF) support.

In September 2000, after 1609 (of 4000 planned) subjects had been enrolled in the study, the treatment arms were modified due to the toxicity reported up to that point. One septic death had been reported in each of Arm 1 and Arm 2 while 4 septic deaths had been reported in Arm 3. The incidence of neutropenic fever on the 3 arms was 21%, 20% and 20%, respectively. After reviewing this data and considering the preliminary safety data presented subsequent to the first interim analysis of the clinical study, TAX 316, the NSABP amended Arms 2 and 3 of the B-30 protocol by reducing the adriamycin and cyclophosphamide doses and increasing the Taxotere dose as follows:

- **Arm 2:** Adriamycin **50** mg/m² and Taxotere **75** mg/m² every 21 days x 4 with primary GCSF support.

- **Arm 3:** Adriamycin **50** mg/m², Taxotere **75** mg/m² and cyclophosphamide **500** mg/m² every 21 days x 4 with primary G-CSF support.

Arm 3 subsequent to this amendment replicates the dosages of A, T and C used for the TAC reatment arm of TAX 316. However, these doses are administered with primary prophylactic G-CSF in order to further mitigate the incidence of hematological toxicity.

Confidential                                                   Sanofi_05524658

There is no scheduled interim safety analysis for NSABP B-30. The NSABP agreed to provide safety data for Arm 3 subjects randomized subsequent to the September 2000 amendment that was available on 25 November 2003 (an arbitrarily determined date). As these safety data are not fully representative of the entire safety experience of Arm 3 subjects due to the ongoing nature of the study and the safety database remaining open, only the main hematologic toxicities of interest from TAX 316 – namely, fever, febrile neutropenia and infection – are displayed in Table 31.

**Table 31 – Percent of subjects with fever, febrile neutropenia and infection, regardless of relationship (worst grade reported) (NSABP B-30)**

| Adverse event term | Grade 0-2 | Grade 3 | Grade 4 | Grade 5 |
|---|---|---|---|---|
| Fever | 100% | <1% | 0 | 0 |
| Febrile neutropenia | 85% | 15% | 1% | 0 |
| Infection | 94% | 6% | 1% | <1% |

Ref: 5.3.5.4, , Appendix 1 Statistical Tables

Of note, NCI-CTC version 2.0 is used for the reporting of events in NSABP B-30.

There was 1 septic death due to infection (grade 5) and 5 additional deaths for other reasons reported (5.3.5.4, Appendix 1 Statistical Tables ).

A display of the data as of 25 November 2003 can be found in 5.3.5.4, NSABP B-30 Report.pdf. This trial is presently ongoing. The full analysis is anticipated to be conducted in 2007.

Confidential Sanofi_05524659

# 5 SAFETY IN SPECIAL GROUPS AND SITUATIONS

Safety data on Taxotere, in combination with doxorubicin and cyclophosphamide, administered as adjuvant chemotherapy to subgroups defined by age and/or race/ethnicity are provided below for TAX 316. It should be noted that the sample sizes for these subgroups are limited and should be interpreted cautiously.

## 5.1 ANALYSIS OF ADVERSE EVENTS BY AGE AND RACE

The vast majority of subjects who consented to participate on TAX 316 were less than the age of 65 years at the time of randomization. The median age was 49 years for both TAC- and FAC-randomized subjects. Forty-eight subjects on TAC and 41 subjects on FAC were ≥65 years of age, all of whom experienced TEAEs. The incidence of severe TEAEs was similar in the age subgroups. The incidence of SAEs was higher in the ≥65-year subgroup as compared to the <65-year subgroup for both TAC-treated (45.8% vs. 35.3%, respectively) and FAC-treated subjects (24.4% vs. 8.3%, respectively). Also within this subpopulation, there was one death due to study drug toxicity in each treatment arm. Table 32 displays an overview of AE occurrence by age for TAC and FAC.

**Table 32 – Overview of TEAEs regardless of causal relationship, by age (TAX 316)**

| Type of event | Number of subjects (%) | | | |
|---|---|---|---|---|
| | TAC (N=744) | | FAC (N=736) | |
| | <65 (N=696) | ≥65 (N=48) | <65 (N=695) | ≥65 (N=41) |
| one TEAE | 696 (100.0) | 48 (100.0) | 693 (99.7) | 41 (100.0) |
| one severe TEAE | 252 (36.2) | 18 (37.5) | 181 (26.0) | 15 (36.6) |
| one serious TEAE (STEAE) | 246 (35.3) | 22 (45.8) | 58 (8.3) | 10 (24.4) |
| AE leading to death | 1 (0.1) | 1 (2.1) | 2 (0.3) | 1 (2.4) |

Ref: 5.3.5.1, CSR 316, Appendix II.F.1 Table 5.01_a, Table 5.01_b, Table 9.01-a_b, Table 10.04_a , Table 10.04_b, Table 4.01-c

Table 33 displays selected hematologic and non-hematologic toxicities and SAEs in the two age groups among TAC-treated subjects.

Confidential Sanofi_05524660

**Table 33 – Number (%) of TAC subjects with selected hematologic and non-hematologic toxicities and SAEs, regardless of relationship, by age (TAX 316)**

| Event | <65 years old (N=696) n (%) | ≥65 years old (N=48) n (%) |
|---|---|---|
| Febrile neutropenia | 164 (23.6) | 19 (39.6) |
| Neutropenic infection | 85 (12.2) | 5 (10.4) |
| Fluid retention | 245 (35.2) | 16 (33.3) |
| Cardiovascular toxicity | 87 (12.5) | 7 (14.6) |
| Grade 3-4 neutropenia | 452 (65.1) | 34 (70.8) |
| Grade 3-4 anemia | 26 (3.7) | 6 (12.5) |
| Grade 3-4 thrombocytopenia | 11 (1.6) | 4 (8.3) |
| Treatment-emergent SAE | 246 (35.3) | 22 (45.8) |
| Fever in absence of infection | 171 (24.6) | 18 (37.5) |
| Infection | 53 (7.6) | 4 (8.3) |

Ref: 5.3.5.1, CSR 316, Appendix II.F.1 Table 6.07-a_a, Table 6.07-a_b, Table 6.11-a_a, Table 6.11-a_b, Table 6.13-a_a, Table 6.13-a_b, Table 6.15-b_a, Table 6.15-b_b, Table 7.01-a_a, Table 7.01-a_b, Table 7.02_a, Table 7.02_b, Table 9.04_a, Table 9.04_b

An analysis of TEAEs regardless of relationship reported among subjects ≥65 years of age showed that they were similar to those reported in subjects <65 years of age. However, as shown in Table 33, it can be noted that there were apparent differences in the incidence of febrile neutropenia (39.6% vs. 23.6%), grade 3-4 anemia (12.5% vs. 3.7%) and grade 3-4 thrombocytopenia (8.3% vs. 1.6%). Among other AEs, anorexia was reported in 33% (16/48) of subjects ≥65 years of age and 20.8% (145/696) of subjects <65 years of age (Appendix II.F.2 Table 5.02_a, Table 5.02_b).

There were 62 subjects on the TAC arm and 73 subjects on the FAC arm who were listed as "non-Caucasian," and 52% and 41% of non-Caucasian subjects on TAC and FAC, respectively, were of Black, Asian or Hispanic origin. Race information was not available in 30.6% of non-Caucasian, TAC-treated subjects and 32.9% of non-Caucasian, FAC-treated subjects. All subjects in the TAC-treated group, Caucasian and non-Caucasian, experienced TEAEs. Table 34 displays an overview of AE occurrence by race for TAC and FAC. The incidences of severe and serious TEAEs were higher in non-Caucasian subjects in both treatment groups.

Confidential Sanofi_05524661

**Table 34 – Overview of TEAEs regardless of causal relationship, by race (TAX 316)**

| Type of event | Number of subjects (%) | | | |
|---|---|---|---|---|
| | TAC (N=744) | | FAC (N=736) | |
| | Caucasian (N=682) | Non-Caucasian (N=62) | Caucasian (N=664) | Non-Caucasian (N=72) |
| one TEAE | 682 (100.0) | 62 (100.0) | 663 (99.8) | 71 (98.6) |
| one severe TEAE | 244 (35.8) | 26 (41.9) | 172 (25.9) | 24 (33.3) |
| one serious TEAE (STEAE) | 241 (35.3) | 27 (43.5) | 59 (8.9) | 9 (12.5) |
| AE leading to death | 2 (0.3) | 0 (0.0) | 3 (0.5) | 0 (0.0) |

Ref: 5.3.5.1, CSR 316, Appendix II.F.1 Table 5.01_c, Table 5.01_d, Table 9.01-a_c, Table 9.01-a_d, Table 10.04_c, Table 10.04_d

Table 35 displays selected hematologic and non-hematologic toxicities and SAEs in the two race categories among TAC-treated subjects.

**Table 35 – Number (%) of TAC subjects with selected TEAEs, regardless of relationship, by race (TAX 316)**

| Event | Number of subjects (%) | |
|---|---|---|
| | Caucasian (N=682) | Non-Caucasian (N=62) |
| Febrile neutropenia | 164 (24.1) | 19 (31.1) |
| Neutropenic infection | 78 (11.5) | 12 (19.7) |
| Fluid retention | 235 (34.5) | 26 (41.9) |
| Cardiovascular toxicity | 81 (11.9) | 13 (21.0) |
| Grade 3-4 neutropenia | 434 (63.7) | 52 (85.2) |
| Grade 3-4 anemia | 28 (4.1) | 4 (6.5) |
| Grade 3-4 thrombocytopenia | 12 (1.8) | 3 (4.8) |
| STEAE | 241 (35.3) | 27 (43.5) |
| Fever in absence of infection | 171 (25.1) | 18 (29.0) |
| Infection | 49 (7.2) | 8 (12.9) |

Ref: 5.3.5.1, CSR 316, Appendix II.F.1 Table 6.07-a_c, Table 6.07-a_d, Table 6.11-a_d, Table 6.11-a_c, Table 6.11-a_d, Table 6.13-a_c, Table 6.13-a_d, Table 6.15-b_c, Table 6.15-b_d, Table 7.01-a_c, Table 7.01-a_d, Table 7.02_c, Table 7.02_d, Table 9.04_c, Table 9.04_d.

An analysis of TEAEs regardless of relationship reported among non-Caucasian subjects showed that they were similar to those reported in Caucasian subjects. However, it can be noted that there were apparent increases in the incidence of febrile neutropenia (31.1% vs. 24.1%), neutropenic infection (19.7% vs. 11.5%), cardiovascular toxicity (21.0% vs. 11.9%), grade 3-4 neutropenia (85.2% vs. 63.7%) and grade 3-4 thrombocytopenia (4.8% vs. 1.8%).

Confidential Sanofi_05524662

In addition, the following events were reported more frequently among the non-Caucasian subjects in the TAC arm as compared to Caucasian subjects: allergy (25.8% vs. 12.3%), neuro-headache (29.0% vs. 18.9%), vomiting (54.8% vs. 43.5%) and taste perversion (37.1% vs. 27.0%) (Source: 5.3.5.1, CSR 316, Appendix II.F.1 Table 5.02_c and Table 5.02_d).

While these apparent differences in TEAEs in TAC-treated subjects were observed for both age- and race-stratified subpopulations, the limited sample size for the elderly and non-Caucasian subgroups makes any meaningful comparison of results inappropriate.

Confidential                                            Sanofi_05524663

# 6 POSTMARKETING DATA

## 6.1 OVERVIEW

The worldwide postmarketing safety experience is reflected in the Periodic Safety Update Reports (PSURs). These reports have been compiled according to ICH E2C recommendations and contain adverse-event reports received by Aventis and its affiliates from any source, including events from clinical trials, postmarketing clinical trials, spontaneous notifications, and cases from the medical literature and health authorities. Each of these PSURs contains a narrative summary and analysis of the safety information received during the respective reporting period, and a description of any actions taken, such as labeling changes, by regulators or Aventis because of adverse drug experiences.

In the US, only PSURs 10, 11,12, 13 and 14 are included in Module 5.3.6 Reports of Postmarketing Experience of this CTD , by agreement with the FDA (FDA's response to sponsor's pre-sNDA briefing document), since PSURs 1-9 were already submitted in the previous NDA supplement S-018 (first-line treatment of non-small cell lung cancer) submitted on 01 February 2002. In the European Union, PSURs 10, 11, 12, 13, and 14 are not included in this CTD because they have already been submitted separately; PSURs 9 and 10 were submitted on 01 April 2002, PSURs 11 and 12 were submitted on 13 February 2003, and PSURs 13 and 14 were submitted on 17 February 2004. All adverse-event line listings and individual forms describing each case narrative are available upon request from Aventis.

Analyses of cumulative safety data have been performed and presented in these PSURs as part of ongoing signal detection efforts and in response to requests from Regulatory Authorities. PSUR 10 included a cumulative review of pulmonary fibrosis, which resulted in a change to the corporate data sheet (CDS) to incorporate pulmonary fibrosis, and a review of interstitial pneumonia, which, because it was already a listed event in the CDS, did not result in any changes.

PSUR 11 contained cumulative reviews of cardiac tamponade, hematologic malignancies, liver failure, and pancreatitis, none of which identified findings that resulted in any changes to the CDS.

PSUR 12 contained a cumulative review of chronic hepatitis B virus reactivation associated with Taxotere. Results of this reviewed showed the estimated rate of HBV reactivation to be within the range expected in the setting of chemotherapy, and resulted in no changes to the CDS, which already described hepatitis as a rare adverse event.

PSUR 13 contained no cumulative safety reviews.

PSUR 14 contained cumulative reviews on the following topics:

- Serious gastrointestinal toxicity including neutropenic enterocolitis associated with Taxotere use.

Confidential Sanofi_05524664

- Interstitial pneumonia among non-small cell lung cancer (NSCLC) patients receiving weekly Taxotere therapy in Japan.
- Liver failure associated with Taxotere use.
- Pancreatitis associated with Taxotere use.
- Secondary hematologic malignancies associated with Taxotere use.
- Immediate hypersensitivity and anaphylactic reactions following Taxotere administration in cases reporting previous treatment with paclitaxel.
- Supportive treatment administered before, during and after Taxotere infusion for reported cases of visual disturbance (scotomata).

The results from these seven cumulative safety reviews in PSUR 14 did not indicate any new risks with Taxotere that are not yet identified in the CDS. Nevertheless, in accordance with the Japanese Health Authority, a cautionary statement was added to the Japanese package insert stating that ILD (Interstitial Lung Disease) with a rate of 6/48 in NSCLC patients in a Taxotere weekly schedule trial of 35 mg/m² administered on days 1, 8 and 15 every 4 weeks has been observed. In addition, although toxic deaths and information concerning liver dysfunction are currently described in the CDS, information related to liver dysfunction will be reassessed when the pharmacokinetic and toxicities data from a phase I study (TAX 008) entitled "Phase I study of Taxotere® (docetaxel, RP 56976) for cancer patients with liver dysfunction due to malignancies" become available.

During the period from 1 April 1994 to 30 September 2003, approximately 568,228 patients worldwide received Taxotere from commercial marketing, either alone or in combination with other anticancer agents for the treatment of various cancers. Patient exposure from market experience was calculated using the following methodology: the total number of 20-mg vials multiplied by 20 mg plus the total number of 80-mg vials multiplied by 80 mg equaled the total number of milligrams sold; the average Body Surface Area was 1.7 m² multiplied by the recommended dose of 100 mg/m² equaled 170 mg per patient cycle; the total number of milligrams sold divided by 170 mg per patient per cycle equaled the total number of cycles. On average, patients receive 5 cycles of Taxotere. Therefore the total number of cycles divided by 5 is equal to the approximate number of patients who received Taxotere. This patient exposure calculation has been used since the initial market authorization and assumes a dosage of 100 mg/m². While Taxotere used in combination is dosed at 75 mg/m², this original calculation is still used for consistency over time.

The safety-related sections of the Taxotere company core safety information have been revised over time as exposure to Taxotere has increased and new safety information has become available, and, therefore, adequately reflect the currently available worldwide postmarketing experience. Review of the cumulative PSURs yielded findings consistent with the safety profile observed in TAX 316.

Serious adverse events are listed in the individual PSURs.

Confidential Sanofi_05524665

## 6.2 SPONTANEOUS ADVERSE EVENTS IN BREAST CANCER PATIENTS TREATED WITH TAXOTERE, DOXORUBICIN AND CYCLOPHOSPHAMIDE COMBINATION THERAPY

The safety profile of Taxotere as received from the spontaneous reporting system was obtained from the Aventis safety database. The MedDRA terminology, version 6.0, was used for coding of reported adverse events into Preferred Terms (PTs) and corresponding MedDRA System Organ Classes (SOC). A search was conducted for any spontaneous reports from worldwide sources, as received by Aventis as of 10 February 2004, for cases of breast cancer on Taxotere therapy, with doxorubicin and cyclophosphamide, either as concomitant and/or co-suspect chemotherapy for the indication of breast cancer, regardless of disease stage.

This database search identified a total of 173 spontaneous reports containing 440 adverse events, 295 of which were nonserious and 145 of which were serious (see APPENDIX 8.2).

The 5 system organ classes (SOCs) with the most adverse events reported under them were, in descending order of frequency, skin and subcutaneous tissue disorders (88 AE terms), general disorders and skin conditions (60 AE terms), gastrointestinal disorders (58 AE terms), respiratory, thoracic and mediastinal disorders (45 AE terms), and blood and lymphatic system disorders (33 AE terms). The 5 SOCs with the most serious adverse events (SAEs) reported under them were, in descending order of frequency, respiratory, thoracic, and mediastinal disorders (27 AE terms), gastrointestinal disorders (21 AE terms), blood and lymphatic disorders (21 AE terms), general disorders and administration site conditions (12 AE terms), and nervous system disorders (10 AE terms).

The 10 most common adverse events are shown in Table 36.

**Table 36 – Ten most frequent adverse events reported from the postmarketing experience in patients with breast cancer, regardless of staging, treated with Taxotere, doxorubicin and cyclophosphamide (Aventis postmarketing safety data, 10 February 2004)**

| Adverse Event | Nonserious AEs | SAEs | Total Number of Reported Events |
|---|---|---|---|
| Neutropenia | 4 | 10 | 14 |
| Rash | 12 | 1 | 13 |
| Alopecia | 12 | 1 | 13 |
| Dyspnea | 6 | 6 | 12 |
| Neutropenia | 4 | 7 | 11 |
| Hypersensitivity | 6 | 5 | 11 |
| Dyspnea | 4 | 6 | 10 |
| Skin disorder | 8 | 1 | 9 |
| Oedema peripheral | 9 | 0 | 9 |
| Nail disorder | 8 | 1 | 9 |
| Stomatitis | 2 | 6 | 8 |
| Pain | 8 | 0 | 8 |

Confidential Sanofi_05524666

The 10 most commonly reported adverse events are all listed events in the Core Data Sheet for Taxotere. Not surprisingly, the majority of these events involved the skin and subcutaneous disorders SOC. The most frequent adverse events from the postmarketing experience appear consistent with the safety profile obtained from TAX 316. Of note, there were 12 adverse events of dyspnea, 6 serious and 6 nonserious, reported for 10 cases representing 8 patients. The dyspnea events resolved in all but 1 patient (200316750US), and concomitant hypoxia was reported in a single patient, who had asthma and transient events after each of the first 3 cycles, but no laboratory data were provided to substantiate the hypoxia (cases 200312762US, 200312770US, and 200312773US). Although asthma was not reported as a possible explanation for the events in this patient, it may have been a contributor. Dyspnea was most likely a symptom of other reported adverse events in the remaining 7 patients, including hypersensitivity reactions in 4 (cases 200221695GDDC, DE01-05882, 200316052US, and US01-24668), painful conditions in 1 (case 200316750US), painful conditions plus generalized edema in 1 (case 200114431US), and pulmonary fibrosis (reported as nonserious) in the setting of previous methotrexate therapy in 1 (case GB01-06164). CIOMS forms for these cases are located in APPENDIX 8.3.

Adverse events of particular interest in TAX 316 were infrequently reported in the postmarketing setting. Congestive heart failure was reported in 2 patients in association with doxorubicin therapy (cases 200311552US and 200311685US). Gastrointestinal adverse events related to possible colitis were reported in 3 patients; 1 (case 200221977US) had fatal gastrointestinal necrosis of an unspecified intestinal site and from an unspecified cause, 1 (case 200314512US) had a perforated colon of unspecified cause, and 1 (case 200219480US) had fatal necrotizing enterocolitis associated with neutropenia and sepsis. Secondary leukemia was reported in 2 patients (cases 200111333EU and 200110626JP). CIOMS forms for these cases are located in 200110626JP .

The overall safety findings as reported from the spontaneous reporting system did not show any new safety concerns; the vast majority of reported events were expected events, either related to Taxotere therapy, singly or in combination with doxorubicin and cyclophosphamide, or to the underlying conditions.

Confidential Sanofi_05524667

# 7 OVERALL SUMMARY AND CONCLUSIONS

Taxotere, in combination with doxorubicin and cyclophosphamide (TAC), was associated with a safety profile that is consistent with the known toxicity of the individual drugs and with that reported previously in studies in the metastatic breast cancer setting.

Six cycles of the protocol-defined TAC and FAC regimens were successfully delivered to >90% of women randomized as part of TAX 316. There was a higher incidence of toxicity in the acute treatment period among TAC-treated subjects as compared to FAC-treated subjects and the administration of TAC was associated with an acute risk of a hypersensitivity reaction leading to discontinuation in 9 (1.2%) TAC-treated subjects. During the acute treatment phase (cycles 1–6 plus 30 days), 24.7% of TAC-treated subjects developed febrile neutropenia. Subjects were more likely to experience febrile neutropenia in cycles 1 or 2, although it could occur in any treatment cycle. This toxicity was managed with medical interventions including intravenous antibiotic administration (with or without hospitalization) and the initiation of G-CSF support in subsequent cycles. Dose delay and/or reduction were indicated only when secondary G-CSF failed to mitigate the occurrence of febrile neutropenia. The incidence of clinically documented severe infection was low with both TAC (3.9%) and FAC (2.2%). TAX 316 required secondary G-CSF prophylaxis – i.e., in response to a neutropenic event – which resulted in fewer events in subsequent cycles. The preliminary safety data from GEICAM 9805 suggest that primary G-CSF prophylaxis (i.e., from cycle 1) may be an effective strategy to further reduce the risk of neutropenic complications.

Non-hematologic toxicities such as alopecia, asthenia, amenorrhea, nausea, vomiting, diarrhea, stomatitis, neuro-sensory and fluid retention (peripheral edema and lymphedema) were expected for the Taxotere-containing regimen. While there was a higher frequency of nausea and vomiting among FAC-treated subjects and more stomatitis and diarrhea among TAC-treated subject, for all gastrointestinal events combined, more events were severe, met serious criteria and led to discontinuation in TAC-treated subjects than in FAC-treated subjects.

The follow-up data from TAX 316 demonstrated that most toxicities resolved. Amenorrhea persisted in 57.1% of TAC-treated subjects, which was comparable to FAC-treated subjects (54.3%). A review of other toxicities persisting in the follow-up period showed that the rates of persistent toxicities were similar between treatment groups, although more TAC-treated subjects experienced peristent alopecia, neurosensory toxicity and peripheral edema, as there were more subjects experiencing these events initially.

At a median follow-up of 55 months, safety data suggest that the risk of leukemia with TAC is not enhanced beyond that already described with anthracycline-based adjuvant chemotherapy programs. Similarly, although the incidence of CHF was higher with TAC (1.6%, 95% CI [0.8%–2.8%]) than with FAC (0.5%, 95% CI [0.1%–1.4%]), the overall difference was neither statistically significant nor inconsistent with previously reported rates of doxorubicin-associated cardiotoxicity.

Confidential Sanofi_05524668

This study demonstrated the safety profile of TAC compared to FAC when administered in a randomized trial to a population of women with operable breast cancer and axillary lymph node involvement.  The toxicity profiles of both TAC and FAC were predictable, manageable and consistent with previous observations in a metastatic population.  During the treatment period, TAC was associated with greater hematological toxicity than FAC, including a higher overall incidence of infections considered SAEs.  However, both treatment arms had a relatively low incidence of grade 3-4 infections.  During the follow-up period, the reporting of additional adverse events was comparable for TAC vs. FAC subjects.

The higher incidence of toxicity from the adjuvant treatment period with TAC and the safety data available at median follow-up of 55 months should be interpreted in the context of significant improvement in both disease-free and overall survival among women with operable breast cancer. The results from TAX 316 indicate that TAC is an appropriate adjuvant chemotherapy option in women with operable breast cancer and support the proposed indication in this marketing application.

Confidential                                    Sanofi_05524669

# 8 APPENDICES

## 8.1 TABULAR LISTING OF ALL STUDIES

**Table 37 – Reports of efficacy and safety studies**

| Type of Study | Study Identifier<br>Location of Study Report | Objective(s) of the Study | Study Design and Type of Control | Test Product(s);<br>Dosage Regimen;<br>Route of Administration | Number of Subjects | Healthy Subjects or Diagnosis of Subjects | Duration of Treatment | Study Status;<br>Type of Report |
|---|---|---|---|---|---|---|---|---|
| **Phase III studies – operable breast cancer** | | | | | | | | |
| ***Ongoing*** | | | | | | | | |
| Efficacy | 316<br>(RP56976V-316)<br>5.3.5.1.1 Study 316 | Compare the disease-free survival (DSF) and overall survival of TAC vs. FAC. Also to assess the safety of the treatments in subjects with operable breast cancer. | Multicenter, randomized, open label | TAC: (every 3 weeks)<br>Doxorubicin 50 mg/m²<br>Cyclophosphamide 500 mg/m²<br>Taxotere 75 mg/m²<br>FAC: (every 3 weeks)<br>Doxorubicin 50 mg/m²<br>Cyclophosphamide 500 mg/m²<br>5-Fluorouracil 500 mg/m²<br>Infusion, i.v. | 1416 planned (708 per treatment group)<br>1491 included in the 2nd interim analysis | Women with operable breast cancer and positive axillary lymph nodes | 6 cycles of study treatment (approx. 5 months) | Ongoing<br>Interim |

Continued on next page

Confidential Sanofi_05524670

| Type of Study | Study Identifier<br><br>Location of Study Report | Objective(s) of the Study | Study Design and Type of Control | Test Product(s);<br><br>Dosage Regimen;<br><br>Route of Administration | Number of Subjects | Healthy Subjects or Diagnosis of Subjects | Duration of Treatment | Study Status;<br><br>Type of Report |
|---|---|---|---|---|---|---|---|---|
| Efficacy | GEICAM 9805<br>Final Study Report | Compare the disease-free survival (DSF) and overall survival of TAC vs. FAC as adjuvant chemotherapy following primary surgery for breast cancer. The purpose of the interim analysis was to evaluate the impact of granulocyte colony-stimulating factor (G-CSF) prophylaxis on safety. | Multicenter, randomized, prospective, parallel-group, positive controlled, non-blinded | TAC: (every 3 weeks)<br>Doxorubicin 50 mg/m²<br>Cyclophosphamide 500 mg/m²<br>Taxotere 75 mg/m²<br><br>FAC: (every 3 weeks)<br>Doxorubicin 50 mg/m²<br>Cyclophosphamide 500 mg/m²<br>5-Fluorouracil 500 mg/m²<br><br>Infusion, i.v. | 1060 planned (530 per treatment group)<br><br>448 included in the interim safety analysis | Women with high risk operable breast cancer and negative axillary lymph nodes | 6 cycles of study treatment (approx. 5 months) | Ongoing<br><br>Interim |

Continued on next page

Confidential Sanofi_05524671

| Type of Study | Study Identifier<br>Location of Study Report | Objective(s) of the Study | Study Design and Type of Control | Test Product(s);<br>Dosage Regimen;<br>Route of Administration | Number of Subjects | Healthy Subjects or Diagnosis of Subjects | Duration of Treatment | Study Status;<br>Type of Report |
|---|---|---|---|---|---|---|---|---|
| **Phase III studies – operable breast cancer** | | | | | | | | |
| ***Completed*** | | | | | | | | |
| Safety<br>(terminated) | 321<br>(RP56976V–321)<br>Final Study Report | Compare the toxicity of TAC vs. TAC followed by high dose chemotherapy (HDCT) with autologous peripheral stem cell transplantation and granulocyte colony-stimulating factor (G-CSF), in subjects with operable breast cancer. | Multicenter, open-label, randomized, positive controlled | TAC: (every 3 weeks)<br>Doxorubicin 50 mg/m²<br>Cyclophosphamide 500 mg/m²<br>Taxotere 75 mg/m²<br>HDCT: (every 3 weeks)<br>Mitoxantrone 16 mg/m² per day<br>Cyclophosphamide 6 mg/m²<br>Vinorelbine 85 mg/m²<br>Infusion, i.v. | 476 planned (238 per treatment group)<br>137 included in the report at time study was terminated | Women with operable breast cancer and four or more positive axillary nodes | TAC: 6 cycles (approx. 5 months)<br>TAC + HDCT: 4 cycles and autologous peripheral stem cell transplantation (approx. 4 months) | Terminated<br>(due to safety concerns of mitoxantrone)<br>Final |

Continued on next page

Confidential Sanofi_05524672

| Type of Study | Study Identifier<br>Location of Study Report | Objective(s) of the Study | Study Design and Type of Control | Test Product(s);<br>Dosage Regimen;<br>Route of Administration | Number of Subjects | Healthy Subjects or Diagnosis of Subjects | Duration of Treatment | Study Status;<br>Type of Report |
|---|---|---|---|---|---|---|---|---|
| **Studies in metastatic breast cancer** | | | | | | | | |
| Efficacy | 307<br>(RP56976V-307)<br>Final Study Report | Compare time to progression, response rate, and duration of response of TAC vs. FAC administered every 3 weeks and assess the safety of the treatments in subjects with metastatic breast cancer | Multicenter, randomized, open label | TAC: (every 3 weeks)<br>Doxorubicin 50 mg/m²<br>Cyclophosphamide 500 mg/m²<br>Taxotere 75 mg/m²<br>FAC: (every 3 weeks)<br>Doxorubicin 50 mg/m²<br>Cyclophosphamide 500 mg/m²<br>5-Fluorouracil 500 mg/m²<br>Infusion, i.v. | 472 planned (236 per treatment group)<br>475 enrolled | Women with metastatic breast cancer | 6-8 cycles of study treatment (approx. 5-6 months) | Completed<br>Final |
| Efficacy | 702<br>(RP56976V-702)<br>Final Study Report | Evaluate the response rate, duration of response and time to progression of TAC administered every 3 weeks in subjects with metastatic breast cancer | Multicenter, open label, uncontrolled | TAC: (every 3 weeks)<br>Doxorubicin 50 mg/m²<br>Cyclophosphamide 500 mg/m²<br>Taxotere 75 mg/m²<br>Infusion, i.v. | 55 enrolled | Women with metastatic progressive breast cancer | 8 cycles of study treatment (approx. 6 months) | Completed<br>Final |

FAC: 5-fluorouracil in combination with doxorubicin and cyclophosphamide, QoL: Quality of Life, TAC: Taxotere in combination with doxorubicin and cyclophosphamide

NDA 20449 Taxotere (Docetaxel) Aventis, Inc. 2.7.4 clinical safety summary.pdf, pg 79

## APPENDIX 8.2 – LISTINGS OF SPONTANEOUS ADVERSE EVENTS BY PREFERED TERM AND SYSTEM ORGAN CLASS

**Aventis – Confidential** Page 1

Confidential Sanofi_05524674

**Adverse Event Overview (Diagnosis)**
**Spontaneous Cases with an Indication of Breast Cancer for Docetaxel Cases with Doxorubicin and Cyclophosphamide**

| Preferred Term | Adverse Event Count (Case Count) | | | | | |
|---|---|---|---|---|---|---|
| | Serious | | Non-Serious | | Total | |
| Rash | 1 | (1) | 12 | (11) | 13 | (12) |
| Alopecia | 1 | (1) | 12 | (11) | 13 | (12) |
| Neutropenia | 10 | (7) | 4 | (4) | 14 | (11) |
| Hypersensitivity | 5 | (5) | 6 | (6) | 11 | (11) |
| Dyspnoea | 6 | (6) | 6 | (4) | 12 | (10) |
| Skin disorder | 1 | (1) | 8 | (8) | 9 | (9) |
| Oedema peripheral | 0 | (0) | 9 | (9) | 9 | (9) |
| Nail disorder | 1 | (1) | 8 | (8) | 9 | (9) |
| Stomatitis | 6 | (6) | 2 | (2) | 8 | (8) |
| Pain | 0 | (0) | 8 | (8) | 8 | (8) |
| Mucosal inflammation | 3 | (3) | 5 | (5) | 8 | (8) |
| Lacrimation increased | 2 | (2) | 6 | (6) | 8 | (8) |
| Erythema | 1 | (1) | 7 | (6) | 8 | (7) |
| Fluid retention | 1 | (1) | 5 | (5) | 6 | (6) |
| Pleural effusion | 5 | (5) | 0 | (0) | 5 | (5) |
| Flushing | 1 | (1) | 4 | (4) | 5 | (5) |
| Fatigue | 1 | (1) | 4 | (4) | 5 | (5) |
| Diarrhoea | 1 | (1) | 4 | (4) | 5 | (5) |
| Dermatitis exfoliative | 0 | (0) | 5 | (5) | 5 | (5) |
| Arthralgia | 1 | (1) | 4 | (4) | 5 | (5) |
| Vomiting | 0 | (0) | 4 | (4) | 4 | (4) |
| Pericardial effusion | 4 | (4) | 0 | (0) | 4 | (4) |
| Oedema | 2 | (1) | 3 | (3) | 5 | (4) |
| Neuropathy | 0 | (0) | 4 | (4) | 4 | (4) |
| Nausea | 0 | (0) | 4 | (4) | 4 | (4) |
| Myalgia | 1 | (1) | 3 | (3) | 4 | (4) |
| Gastrointestinal disorder | 1 | (1) | 3 | (3) | 4 | (4) |
| Chest discomfort | 1 | (1) | 3 | (3) | 4 | (4) |
| Paraesthesia | 0 | (0) | 4 | (3) | 4 | (3) |
| Palmar-plantar erythrodysaesthesia syndrome | 0 | (0) | 3 | (3) | 3 | (3) |
| Oral pain | 0 | (0) | 3 | (3) | 3 | (3) |
| Leukopenia | 4 | (3) | 0 | (0) | 4 | (3) |
| Hypoaesthesia | 1 | (1) | 2 | (2) | 3 | (3) |
| Febrile neutropenia | 4 | (3) | 0 | (0) | 4 | (3) |
| Dry skin | 0 | (0) | 3 | (3) | 3 | (3) |
| Dry mouth | 0 | (0) | 3 | (3) | 3 | (3) |
| Dacryostenosis acquired | 3 | (3) | 0 | (0) | 3 | (3) |
| Constipation | 1 | (1) | 2 | (2) | 3 | (3) |

| Preferred Term | Adverse Event Count (Case Count) | | | | | |
|---|---|---|---|---|---|---|
| | Serious | | Non-Serious | | Total | |
| Asthenia | 1 | (1) | 2 | (2) | 3 | (3) |
| Anaemia | 0 | (0) | 3 | (3) | 3 | (3) |
| White blood cell count increased | 0 | (0) | 2 | (2) | 2 | (2) |
| White blood cell count decreased | 1 | (1) | 1 | (1) | 2 | (2) |
| Weight decreased | 2 | (2) | 0 | (0) | 2 | (2) |
| Urticaria | 0 | (0) | 2 | (2) | 2 | (2) |
| Tinnitus | 0 | (0) | 3 | (2) | 3 | (2) |
| Thrombocytopenia | 1 | (1) | 2 | (1) | 3 | (2) |
| Swelling face | 0 | (0) | 2 | (2) | 2 | (2) |
| Sepsis | 2 | (2) | 0 | (0) | 2 | (2) |
| Pulmonary fibrosis | 2 | (1) | 2 | (1) | 4 | (2) |
| Pruritus | 0 | (0) | 2 | (2) | 2 | (2) |
| Pneumonitis | 2 | (2) | 0 | (0) | 2 | (2) |
| Onychomadesis | 0 | (0) | 2 | (2) | 2 | (2) |
| Onycholysis | 1 | (1) | 2 | (2) | 3 | (2) |
| Neuropathy peripheral | 1 | (1) | 1 | (1) | 2 | (2) |
| Nasal congestion | 0 | (0) | 2 | (2) | 2 | (2) |
| Localised exfoliation | 1 | (1) | 1 | (1) | 2 | (2) |
| Interstitial lung disease | 3 | (2) | 0 | (0) | 3 | (2) |
| Insomnia | 0 | (0) | 2 | (2) | 2 | (2) |
| Influenza like illness | 0 | (0) | 3 | (2) | 3 | (2) |
| Haemorrhage | 1 | (1) | 1 | (1) | 2 | (2) |
| Eye redness | 0 | (0) | 2 | (2) | 2 | (2) |
| Epistaxis | 0 | (0) | 2 | (2) | 2 | (2) |
| Dysgeusia | 1 | (1) | 1 | (1) | 2 | (2) |
| Chest pain | 1 | (1) | 2 | (1) | 3 | (2) |
| Cardiac failure congestive | 2 | (2) | 0 | (0) | 2 | (2) |
| Bone pain | 0 | (0) | 2 | (2) | 2 | (2) |
| Bone marrow depression | 1 | (1) | 1 | (1) | 2 | (2) |
| Blister | 0 | (0) | 3 | (2) | 3 | (2) |
| Back pain | 0 | (0) | 2 | (2) | 2 | (2) |
| Appendicitis perforated | 2 | (2) | 0 | (0) | 2 | (2) |
| Abdominal pain | 1 | (1) | 1 | (1) | 2 | (2) |
| Weight increased | 0 | (0) | 1 | (1) | 1 | (1) |
| Ventricular hypertrophy | 0 | (0) | 1 | (1) | 1 | (1) |
| Venous thrombosis limb | 1 | (1) | 0 | (0) | 1 | (1) |
| Vasculitis cerebral | 1 | (1) | 0 | (0) | 1 | (1) |
| Urine odour abnormal | 0 | (0) | 1 | (1) | 1 | (1) |
| Upper respiratory tract infection | 0 | (0) | 1 | (1) | 1 | (1) |
| Trichiasis | 0 | (0) | 1 | (1) | 1 | (1) |
| Tongue disorder | 0 | (0) | 1 | (1) | 1 | (1) |

| Preferred Term | Adverse Event Count (Case Count) | | | | | |
|---|---|---|---|---|---|---|
| | Serious | | Non-Serious | | Total | |
| Tongue coated | 0 | (0) | 1 | (1) | 1 | (1) |
| Swelling | 0 | (0) | 1 | (1) | 1 | (1) |
| Skin toxicity | 0 | (0) | 1 | (1) | 1 | (1) |
| Skin reaction | 0 | (0) | 1 | (1) | 1 | (1) |
| Skin discolouration | 0 | (0) | 1 | (1) | 1 | (1) |
| Skin desquamation | 0 | (0) | 1 | (1) | 1 | (1) |
| Sinusitis | 0 | (0) | 1 | (1) | 1 | (1) |
| Rheumatoid arthritis | 0 | (0) | 1 | (1) | 1 | (1) |
| Respiratory failure | 2 | (1) | 0 | (0) | 2 | (1) |
| Pyrexia | 0 | (0) | 1 | (1) | 1 | (1) |
| Pulmonary oedema | 0 | (0) | 1 | (1) | 1 | (1) |
| Pulmonary embolism | 1 | (1) | 0 | (0) | 1 | (1) |
| Proctalgia | 0 | (0) | 1 | (1) | 1 | (1) |
| Postnasal drip | 0 | (0) | 1 | (1) | 1 | (1) |
| Polyneuropathy | 1 | (1) | 0 | (0) | 1 | (1) |
| Pollakiuria | 0 | (0) | 1 | (1) | 1 | (1) |
| Pneumonia fungal | 1 | (1) | 0 | (0) | 1 | (1) |
| Pneumonia aspiration | 1 | (1) | 0 | (0) | 1 | (1) |
| Pneumonia | 2 | (1) | 0 | (0) | 2 | (1) |
| Photosensitive rash | 0 | (0) | 1 | (1) | 1 | (1) |
| Peritoneal abscess | 1 | (1) | 0 | (0) | 1 | (1) |
| Peripheral sensory neuropathy | 1 | (1) | 0 | (0) | 1 | (1) |
| Peripheral motor neuropathy | 1 | (1) | 0 | (0) | 1 | (1) |
| Pericarditis | 1 | (1) | 0 | (0) | 1 | (1) |
| Parotitis | 1 | (1) | 0 | (0) | 1 | (1) |
| Pain of skin | 1 | (1) | 0 | (0) | 1 | (1) |
| Pain in extremity | 0 | (0) | 1 | (1) | 1 | (1) |
| Osteoarthritis | 0 | (0) | 2 | (1) | 2 | (1) |
| Oropharyngeal swelling | 0 | (0) | 1 | (1) | 1 | (1) |
| Oral mucosal blistering | 0 | (0) | 1 | (1) | 1 | (1) |
| Oral fungal infection | 0 | (0) | 1 | (1) | 1 | (1) |
| Oral candidiasis | 0 | (0) | 1 | (1) | 1 | (1) |
| Oesophagitis | 1 | (1) | 0 | (0) | 1 | (1) |
| Neuropathic pain | 0 | (0) | 1 | (1) | 1 | (1) |
| Necrotising colitis | 1 | (1) | 0 | (0) | 1 | (1) |
| Nail discolouration | 0 | (0) | 1 | (1) | 1 | (1) |
| Nail bed tenderness | 0 | (0) | 1 | (1) | 1 | (1) |
| Muscular weakness | 0 | (0) | 1 | (1) | 1 | (1) |
| Multi-organ failure | 1 | (1) | 0 | (0) | 1 | (1) |
| Meningitis viral | 1 | (1) | 0 | (0) | 1 | (1) |
| Lymphoedema | 0 | (0) | 1 | (1) | 1 | (1) |

| Preferred Term | Adverse Event Count (Case Count) | | | | | |
|---|---|---|---|---|---|---|
| | Serious | | Non-Serious | | Total | |
| Lymphadenopathy | 0 | (0) | 1 | (1) | 1 | (1) |
| Lung infiltration | 0 | (0) | 1 | (1) | 1 | (1) |
| Localised infection | 0 | (0) | 1 | (1) | 1 | (1) |
| Leukocytosis | 0 | (0) | 1 | (1) | 1 | (1) |
| Laryngitis | 0 | (0) | 1 | (1) | 1 | (1) |
| Large intestine perforation | 1 | (1) | 0 | (0) | 1 | (1) |
| Keratoconjunctivitis sicca | 0 | (0) | 1 | (1) | 1 | (1) |
| Joint swelling | 0 | (0) | 1 | (1) | 1 | (1) |
| Intestinal spasm | 0 | (0) | 1 | (1) | 1 | (1) |
| Intestinal ischaemia | 1 | (1) | 0 | (0) | 1 | (1) |
| Intervertebral disc protrusion | 1 | (1) | 0 | (0) | 1 | (1) |
| Injection site reaction | 0 | (0) | 1 | (1) | 1 | (1) |
| Injection site pruritus | 0 | (0) | 2 | (1) | 2 | (1) |
| Injection site discolouration | 0 | (0) | 1 | (1) | 1 | (1) |
| Infusion related reaction | 0 | (0) | 1 | (1) | 1 | (1) |
| Incontinence | 0 | (0) | 1 | (1) | 1 | (1) |
| Ileus | 1 | (1) | 0 | (0) | 1 | (1) |
| Hypokalaemia | 1 | (1) | 0 | (0) | 1 | (1) |
| Hypertrichosis | 0 | (0) | 1 | (1) | 1 | (1) |
| Hypertension | 1 | (1) | 0 | (0) | 1 | (1) |
| Hirsutism | 0 | (0) | 1 | (1) | 1 | (1) |
| Hepatic steatosis | 0 | (0) | 1 | (1) | 1 | (1) |
| Hepatic enzyme increased | 0 | (0) | 1 | (1) | 1 | (1) |
| Heart rate increased | 0 | (0) | 1 | (1) | 1 | (1) |
| Hearing impaired | 0 | (0) | 1 | (1) | 1 | (1) |
| Headache | 0 | (0) | 1 | (1) | 1 | (1) |
| Haematochezia | 1 | (1) | 0 | (0) | 1 | (1) |
| Granulocytopenia | 1 | (1) | 0 | (0) | 1 | (1) |
| Glossodynia | 0 | (0) | 1 | (1) | 1 | (1) |
| Gastrointestinal necrosis | 1 | (1) | 0 | (0) | 1 | (1) |
| Gastritis | 1 | (1) | 0 | (0) | 1 | (1) |
| Gastric ulcer | 1 | (1) | 0 | (0) | 1 | (1) |
| Feeling cold | 0 | (0) | 1 | (1) | 1 | (1) |
| Face oedema | 0 | (0) | 1 | (1) | 1 | (1) |
| Eyelid margin crusting | 0 | (0) | 1 | (1) | 1 | (1) |
| Eye pruritus | 0 | (0) | 1 | (1) | 1 | (1) |
| Eye disorder | 0 | (0) | 1 | (1) | 1 | (1) |
| Extravasation | 0 | (0) | 1 | (1) | 1 | (1) |
| Exanthem | 0 | (0) | 1 | (1) | 1 | (1) |
| Encephalopathy | 1 | (1) | 0 | (0) | 1 | (1) |
| Dysuria | 0 | (0) | 1 | (1) | 1 | (1) |

| Preferred Term | Adverse Event Count (Case Count) | | | | | |
|---|---|---|---|---|---|---|
| | Serious | | Non-Serious | | Total | |
| Dyspnoea exertional | 0 | (0) | 1 | (1) | 1 | (1) |
| Dysphagia | 0 | (0) | 1 | (1) | 1 | (1) |
| Dyschezia | 0 | (0) | 1 | (1) | 1 | (1) |
| Dysaesthesia | 0 | (0) | 1 | (1) | 1 | (1) |
| Dilatation ventricular | 0 | (0) | 1 | (1) | 1 | (1) |
| Dilatation atrial | 0 | (0) | 1 | (1) | 1 | (1) |
| Diastolic dysfunction | 0 | (0) | 1 | (1) | 1 | (1) |
| Death | 1 | (1) | 0 | (0) | 1 | (1) |
| Cryptogenic organizing pneumonia | 1 | (1) | 0 | (0) | 1 | (1) |
| Cough | 0 | (0) | 1 | (1) | 1 | (1) |
| Convulsion | 1 | (1) | 0 | (0) | 1 | (1) |
| Conjunctivitis | 0 | (0) | 1 | (1) | 1 | (1) |
| Clostridium colitis | 1 | (1) | 0 | (0) | 1 | (1) |
| Cellulitis | 1 | (1) | 0 | (0) | 1 | (1) |
| Cardiac arrest | 1 | (1) | 0 | (0) | 1 | (1) |
| CSF test abnormal | 0 | (0) | 1 | (1) | 1 | (1) |
| Burning sensation | 0 | (0) | 1 | (1) | 1 | (1) |
| Bronchospasm | 1 | (1) | 0 | (0) | 1 | (1) |
| Blood pressure decreased | 1 | (1) | 0 | (0) | 1 | (1) |
| Blood potassium decreased | 0 | (0) | 1 | (1) | 1 | (1) |
| Blindness | 1 | (1) | 0 | (0) | 1 | (1) |
| Blepharospasm | 0 | (0) | 1 | (1) | 1 | (1) |
| Bladder pain | 0 | (0) | 1 | (1) | 1 | (1) |
| Autoimmune disorder | 1 | (1) | 0 | (0) | 1 | (1) |
| Asthma | 1 | (1) | 0 | (0) | 1 | (1) |
| Apnoea | 1 | (1) | 0 | (0) | 1 | (1) |
| Anxiety | 0 | (0) | 1 | (1) | 1 | (1) |
| Anorexia | 0 | (0) | 1 | (1) | 1 | (1) |
| Anasarca | 1 | (1) | 0 | (0) | 1 | (1) |
| Anaphylactic shock | 1 | (1) | 0 | (0) | 1 | (1) |
| Amnesia | 1 | (1) | 0 | (0) | 1 | (1) |
| Acute respiratory distress syndrome | 1 | (1) | 0 | (0) | 1 | (1) |
| Acute promyelocytic leukaemia | 1 | (1) | 0 | (0) | 1 | (1) |
| Acute myelomonocytic leukaemia | 1 | (1) | 0 | (0) | 1 | (1) |
| Abdominal symptom | 0 | (0) | 1 | (1) | 1 | (1) |
| Abdominal pain upper | 0 | (0) | 2 | (1) | 2 | (1) |
| **TOTALS:** | **145** | **(78)** | **295** | **(116)** | **440** | **(173)** |

**TOTAL CASES: 173**

**Adverse Event Overview**
**Spontaneous Cases with an Indication of Breast Cancer for Docetaxel Cases with Doxorubicin and Cyclophosphamide**

| Primary System Organ Class / Preferred Term | Adverse Event Count (Case Count) Serious | | Non-Serious | |
|---|---|---|---|---|
| **Blood and lymphatic system disorders** | **21** | **(15)** | **12** | **(8)** |
| Anaemia | 0 | (0) | 3 | (3) |
| Bone marrow depression | 1 | (1) | 1 | (1) |
| Febrile neutropenia | 4 | (3) | 0 | (0) |
| Granulocytopenia | 1 | (1) | 0 | (0) |
| Leukocytosis | 0 | (0) | 1 | (1) |
| Leukopenia | 4 | (3) | 0 | (0) |
| Lymphadenopathy | 0 | (0) | 1 | (1) |
| Neutropenia | 10 | (7) | 4 | (4) |
| Thrombocytopenia | 1 | (1) | 2 | (1) |
| **Cardiac disorders** | **8** | **(8)** | **4** | **(1)** |
| Cardiac arrest | 1 | (1) | 0 | (0) |
| Cardiac failure congestive | 2 | (2) | 0 | (0) |
| Diastolic dysfunction | 0 | (0) | 1 | (1) |
| Dilatation atrial | 0 | (0) | 1 | (1) |
| Dilatation ventricular | 0 | (0) | 1 | (1) |
| Pericardial effusion | 4 | (4) | 0 | (0) |
| Pericarditis | 1 | (1) | 0 | (0) |
| Ventricular hypertrophy | 0 | (0) | 1 | (1) |
| **Ear and labyrinth disorders** | **0** | **(0)** | **4** | **(2)** |
| Hearing impaired | 0 | (0) | 1 | (1) |
| Tinnitus | 0 | (0) | 3 | (2) |
| **Endocrine disorders** | **0** | **(0)** | **1** | **(1)** |
| Hirsutism | 0 | (0) | 1 | (1) |
| **Eye disorders** | **6** | **(5)** | **14** | **(12)** |
| Blepharospasm | 0 | (0) | 1 | (1) |
| Blindness | 1 | (1) | 0 | (0) |
| Conjunctivitis | 0 | (0) | 1 | (1) |
| Dacryostenosis acquired | 3 | (3) | 0 | (0) |
| Eye disorder | 0 | (0) | 1 | (1) |
| Eye pruritus | 0 | (0) | 1 | (1) |
| Eye redness | 0 | (0) | 2 | (2) |
| Eyelid margin crusting | 0 | (0) | 1 | (1) |
| Keratoconjunctivitis sicca | 0 | (0) | 1 | (1) |
| Lacrimation increased | 2 | (2) | 6 | (6) |
| **Gastrointestinal disorders** | **21** | **(18)** | **37** | **(23)** |
| Abdominal pain | 1 | (1) | 1 | (1) |
| Abdominal pain upper | 0 | (0) | 2 | (1) |

| Primary System Organ Class<br>Preferred Term | Adverse Event Count (Case Count) | | | |
|---|---|---|---|---|
| | Serious | | Non-Serious | |
| Abdominal symptom | 0 | (0) | 1 | (1) |
| Appendicitis perforated | 2 | (2) | 0 | (0) |
| Constipation | 1 | (1) | 2 | (2) |
| Diarrhoea | 1 | (1) | 4 | (4) |
| Dry mouth | 0 | (0) | 3 | (3) |
| Dyschezia | 0 | (0) | 1 | (1) |
| Dysphagia | 0 | (0) | 1 | (1) |
| Gastric ulcer | 1 | (1) | 0 | (0) |
| Gastritis | 1 | (1) | 0 | (0) |
| Gastrointestinal disorder | 1 | (1) | 3 | (3) |
| Gastrointestinal necrosis | 1 | (1) | 0 | (0) |
| Glossodynia | 0 | (0) | 1 | (1) |
| Haematochezia | 1 | (1) | 0 | (0) |
| Ileus | 1 | (1) | 0 | (0) |
| Intestinal ischaemia | 1 | (1) | 0 | (0) |
| Intestinal spasm | 0 | (0) | 1 | (1) |
| Large intestine perforation | 1 | (1) | 0 | (0) |
| Nausea | 0 | (0) | 4 | (4) |
| Necrotising colitis | 1 | (1) | 0 | (0) |
| Oesophagitis | 1 | (1) | 0 | (0) |
| Oral mucosal blistering | 0 | (0) | 1 | (1) |
| Oral pain | 0 | (0) | 3 | (3) |
| Proctalgia | 0 | (0) | 1 | (1) |
| Stomatitis | 6 | (6) | 2 | (2) |
| Tongue coated | 0 | (0) | 1 | (1) |
| Tongue disorder | 0 | (0) | 1 | (1) |
| Vomiting | 0 | (0) | 4 | (4) |
| **General disorders and administration site conditions** | **12** | **(9)** | **48** | **(37)** |
| Anasarca | 1 | (1) | 0 | (0) |
| Asthenia | 1 | (1) | 2 | (2) |
| Chest discomfort | 1 | (1) | 3 | (3) |
| Chest pain | 1 | (1) | 2 | (1) |
| Death | 1 | (1) | 0 | (0) |
| Extravasation | 0 | (0) | 1 | (1) |
| Fatigue | 1 | (1) | 4 | (4) |
| Feeling cold | 0 | (0) | 1 | (1) |
| Influenza like illness | 0 | (0) | 3 | (2) |
| Infusion related reaction | 0 | (0) | 1 | (1) |
| Injection site discolouration | 0 | (0) | 1 | (1) |
| Injection site pruritus | 0 | (0) | 2 | (1) |
| Injection site reaction | 0 | (0) | 1 | (1) |

| **Primary System Organ Class** Preferred Term | **Adverse Event Count (Case Count)** Serious | | Non-Serious | |
|---|---|---|---|---|
| Mucosal inflammation | 3 | (3) | 5 | (5) |
| Multi-organ failure | 1 | (1) | 0 | (0) |
| Oedema | 2 | (1) | 3 | (3) |
| Oedema peripheral | 0 | (0) | 9 | (9) |
| Pain | 0 | (0) | 8 | (8) |
| Pyrexia | 0 | (0) | 1 | (1) |
| Swelling | 0 | (0) | 1 | (1) |
| **Hepatobiliary disorders** | **0** | **(0)** | **1** | **(1)** |
| Hepatic steatosis | 0 | (0) | 1 | (1) |
| **Immune system disorders** | **7** | **(7)** | **6** | **(6)** |
| Anaphylactic shock | 1 | (1) | 0 | (0) |
| Autoimmune disorder | 1 | (1) | 0 | (0) |
| Hypersensitivity | 5 | (5) | 6 | (6) |
| **Infections and infestations** | **10** | **(9)** | **6** | **(6)** |
| Cellulitis | 1 | (1) | 0 | (0) |
| Clostridium colitis | 1 | (1) | 0 | (0) |
| Laryngitis | 0 | (0) | 1 | (1) |
| Localised infection | 0 | (0) | 1 | (1) |
| Meningitis viral | 1 | (1) | 0 | (0) |
| Oral candidiasis | 0 | (0) | 1 | (1) |
| Oral fungal infection | 0 | (0) | 1 | (1) |
| Parotitis | 1 | (1) | 0 | (0) |
| Peritoneal abscess | 1 | (1) | 0 | (0) |
| Pneumonia | 2 | (1) | 0 | (0) |
| Pneumonia fungal | 1 | (1) | 0 | (0) |
| Sepsis | 2 | (2) | 0 | (0) |
| Sinusitis | 0 | (0) | 1 | (1) |
| Upper respiratory tract infection | 0 | (0) | 1 | (1) |
| **Injury, poisoning and procedural complications** | **0** | **(0)** | **3** | **(2)** |
| Blister | 0 | (0) | 3 | (2) |
| **Investigations** | **4** | **(4)** | **8** | **(7)** |
| Blood potassium decreased | 0 | (0) | 1 | (1) |
| Blood pressure decreased | 1 | (1) | 0 | (0) |
| CSF test abnormal | 0 | (0) | 1 | (1) |
| Heart rate increased | 0 | (0) | 1 | (1) |
| Hepatic enzyme increased | 0 | (0) | 1 | (1) |
| Weight decreased | 2 | (2) | 0 | (0) |
| Weight increased | 0 | (0) | 1 | (1) |
| White blood cell count decreased | 1 | (1) | 1 | (1) |
| White blood cell count increased | 0 | (0) | 2 | (2) |
| **Metabolism and nutrition disorders** | **2** | **(2)** | **6** | **(6)** |

| Primary System Organ Class / Preferred Term | Adverse Event Count (Case Count) Serious | | Non-Serious | |
|---|---|---|---|---|
| Anorexia | 0 | (0) | 1 | (1) |
| Fluid retention | 1 | (1) | 5 | (5) |
| Hypokalaemia | 1 | (1) | 0 | (0) |
| **Musculoskeletal and connective tissue disorders** | **3** | **(3)** | **17** | **(14)** |
| Arthralgia | 1 | (1) | 4 | (4) |
| Back pain | 0 | (0) | 2 | (2) |
| Bone pain | 0 | (0) | 2 | (2) |
| Intervertebral disc protrusion | 1 | (1) | 0 | (0) |
| Joint swelling | 0 | (0) | 1 | (1) |
| Muscular weakness | 0 | (0) | 1 | (1) |
| Myalgia | 1 | (1) | 3 | (3) |
| Osteoarthritis | 0 | (0) | 2 | (1) |
| Pain in extremity | 0 | (0) | 1 | (1) |
| Rheumatoid arthritis | 0 | (0) | 1 | (1) |
| **Neoplasms benign, malignant and unspecified (incl cysts and** | **2** | **(2)** | **0** | **(0)** |
| Acute myelomonocytic leukaemia | 1 | (1) | 0 | (0) |
| Acute promyelocytic leukaemia | 1 | (1) | 0 | (0) |
| **Nervous system disorders** | **10** | **(7)** | **16** | **(13)** |
| Amnesia | 1 | (1) | 0 | (0) |
| Burning sensation | 0 | (0) | 1 | (1) |
| Convulsion | 1 | (1) | 0 | (0) |
| Dysaesthesia | 0 | (0) | 1 | (1) |
| Dysgeusia | 1 | (1) | 1 | (1) |
| Encephalopathy | 1 | (1) | 0 | (0) |
| Headache | 0 | (0) | 1 | (1) |
| Hypoaesthesia | 1 | (1) | 2 | (2) |
| Neuropathic pain | 0 | (0) | 1 | (1) |
| Neuropathy | 0 | (0) | 4 | (4) |
| Neuropathy peripheral | 1 | (1) | 1 | (1) |
| Paraesthesia | 0 | (0) | 4 | (3) |
| Peripheral motor neuropathy | 1 | (1) | 0 | (0) |
| Peripheral sensory neuropathy | 1 | (1) | 0 | (0) |
| Polyneuropathy | 1 | (1) | 0 | (0) |
| Vasculitis cerebral | 1 | (1) | 0 | (0) |
| **Psychiatric disorders** | **0** | **(0)** | **3** | **(2)** |
| Anxiety | 0 | (0) | 1 | (1) |
| Insomnia | 0 | (0) | 2 | (2) |
| **Renal and urinary disorders** | **0** | **(0)** | **5** | **(2)** |
| Bladder pain | 0 | (0) | 1 | (1) |
| Dysuria | 0 | (0) | 1 | (1) |
| Incontinence | 0 | (0) | 1 | (1) |

| Primary System Organ Class<br>Preferred Term | Adverse Event Count (Case Count) | | | |
|---|---|---|---|---|
| | Serious | | Non-Serious | |
| Pollakiuria | 0 | (0) | 1 | (1) |
| Urine odour abnormal | 0 | (0) | 1 | (1) |
| **Respiratory, thoracic and mediastinal disorders** | **27** | **(23)** | **18** | **(12)** |
| Acute respiratory distress syndrome | 1 | (1) | 0 | (0) |
| Apnoea | 1 | (1) | 0 | (0) |
| Asthma | 1 | (1) | 0 | (0) |
| Bronchospasm | 1 | (1) | 0 | (0) |
| Cough | 0 | (0) | 1 | (1) |
| Cryptogenic organizing pneumonia | 1 | (1) | 0 | (0) |
| Dyspnoea | 6 | (6) | 6 | (4) |
| Dyspnoea exertional | 0 | (0) | 1 | (1) |
| Epistaxis | 0 | (0) | 2 | (2) |
| Interstitial lung disease | 3 | (2) | 0 | (0) |
| Lung infiltration | 0 | (0) | 1 | (1) |
| Nasal congestion | 0 | (0) | 2 | (2) |
| Oropharyngeal swelling | 0 | (0) | 1 | (1) |
| Pleural effusion | 5 | (5) | 0 | (0) |
| Pneumonia aspiration | 1 | (1) | 0 | (0) |
| Pneumonitis | 2 | (2) | 0 | (0) |
| Postnasal drip | 0 | (0) | 1 | (1) |
| Pulmonary embolism | 1 | (1) | 0 | (0) |
| Pulmonary fibrosis | 2 | (1) | 2 | (1) |
| Pulmonary oedema | 0 | (0) | 1 | (1) |
| Respiratory failure | 2 | (1) | 0 | (0) |
| **Skin and subcutaneous tissue disorders** | **8** | **(7)** | **80** | **(57)** |
| Alopecia | 1 | (1) | 12 | (11) |
| Dermatitis exfoliative | 0 | (0) | 5 | (5) |
| Dry skin | 0 | (0) | 3 | (3) |
| Erythema | 1 | (1) | 7 | (6) |
| Exanthem | 0 | (0) | 1 | (1) |
| Face oedema | 0 | (0) | 1 | (1) |
| Hypertrichosis | 0 | (0) | 1 | (1) |
| Localised exfoliation | 1 | (1) | 1 | (1) |
| Nail bed tenderness | 0 | (0) | 1 | (1) |
| Nail discolouration | 0 | (0) | 1 | (1) |
| Nail disorder | 1 | (1) | 8 | (8) |
| Onycholysis | 1 | (1) | 2 | (2) |
| Onychomadesis | 0 | (0) | 2 | (2) |
| Pain of skin | 1 | (1) | 0 | (0) |
| Palmar-plantar erythrodysaesthesia syndrome | 0 | (0) | 3 | (3) |
| Photosensitive rash | 0 | (0) | 1 | (1) |

| Primary System Organ Class / Preferred Term | Adverse Event Count (Case Count) Serious | | Non-Serious | |
|---|---|---|---|---|
| Pruritus | 0 | (0) | 2 | (2) |
| Rash | 1 | (1) | 12 | (11) |
| Skin desquamation | 0 | (0) | 1 | (1) |
| Skin discolouration | 0 | (0) | 1 | (1) |
| Skin disorder | 1 | (1) | 8 | (8) |
| Skin reaction | 0 | (0) | 1 | (1) |
| Skin toxicity | 0 | (0) | 1 | (1) |
| Swelling face | 0 | (0) | 2 | (2) |
| Trichiasis | 0 | (0) | 1 | (1) |
| Urticaria | 0 | (0) | 2 | (2) |
| **Vascular disorders** | **4** | **(4)** | **6** | **(6)** |
| Flushing | 1 | (1) | 4 | (4) |
| Haemorrhage | 1 | (1) | 1 | (1) |
| Hypertension | 1 | (1) | 0 | (0) |
| Lymphoedema | 0 | (0) | 1 | (1) |
| Venous thrombosis limb | 1 | (1) | 0 | (0) |
| **TOTALS:** | **145** | **(78)** | **295** | **(116)** |
| **TOTAL CASES:** | | **173** | | |

**APPENDIX 8.3 – REFERENCED CIOMS FORMS**

Confidential                                                    Sanofi_05524686

CIOMS FORM

# SUSPECT ADVERSE REACTION REPORT

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first,last) | 1a. COUNTRY | 2. DATE OF BIRTH Day | Month | Year | 2a. AGE | 3. SEX | 4-6. REACTION ONSET Day | Month | Year |
|---|---|---|---|---|---|---|---|---|---|
| ?? | JAPAN | UNK | UNK | UNK | 42 yrs | F | NI | AUG | 2000 |

7 + 13 DESCRIBE REACTION(S) (including relevant tests/lab data)

| Event (Decode) | Origin of Term | Nature of Event |
|---|---|---|
| ACUTE PROMYELOCYTIC LEUKAEMIA (ACUTE PROMYELOCYTIC LEUKAEMIA) | Reporter | |

Citation: The 40th Chugoku-Shikoku district of Japanese Society of Hematology, page 12 (10/Feb/2001); A case of secondary acute promyelocytic leukaemia after chemotherapy for recurrent breast cancer

Additional serious indicators: medically important
*

8-12 CHECK ALL APPROPRIATE TO ADVERSE REACTION

- ☐ PATIENT DIED
- ☐ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- ☐ INVOLVED PERSISTENCE OR SIGNIFICANT DISABILITY OR INCAPACITY
- ☐ LIFE THREATENING

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG 1of 6 (include generic name)
docetaxel (DOCETAXEL)

15. DAILY DOSE(S)
NI

16. ROUTE(S) OF ADMINISTRATION
NI

17. INDICATION(S) FOR USE
Breast cancer

18. THERAPY DATES (from/to)
??-JAN-99 to ??-JAN-99

19. THERAPY DURATION
<1 month

20. DID REACTION ABATE AFTER STOPPING DRUG?
☐ YES ☐ NO ☒ NA

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
☐ YES ☐ NO ☒ NA

## III. CONCOMITANT DRUGS AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (exclude those used to treat reaction)
NI

23. OTHER RELEVANT HISTORY (e.g. diagnostics, allergics, pregnancy with last month of period, etc.)
Relevant history: Mastectomy in 1996
Pregnant: UNK

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER
Global Drug Surveillance
Aventis Pharma
Bridgewater NJ 08876-1258
Route 202/206

Spontaneous report

24b. MFR CONTROL NO.
200110626JP

24c. DATE RECEIVED BY MANUFACTURER
19-FEB-2001

24d. REPORT SOURCE
☐ STUDY ☒ LITERATURE
☒ HEALTH PROFESSIONAL

DATE OF THIS REPORT
13-FEB-2004

25a. REPORT TYPE
☒ INITIAL ☐ FOLLOWUP

NI - No information available at this time UNK - Information unknown

DRAFT

* Item completed on continuation page(s)

CIOMS FORM

# SUSPECT ADVERSE REACTION REPORT

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first,last) | 1a. COUNTRY | 2. DATE OF BIRTH Day | Month | Year | 2a. AGE | 3. SEX | 4-6. REACTION ONSET Day | Month | Year |
|---|---|---|---|---|---|---|---|---|---|
| ?? | | | | | | | | | |

7 + 13 DESCRIBE REACTION(S) (including relevant tests/lab data)

8-12 CHECK ALL APPROPRIATE TO ADVERSE REACTION

- ☐ PATIENT DIED
- ☐ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- ☐ INVOLVED PERSISTENCE OR SIGNIFICANT DISABILITY OR INCAPACITY
- ☐ LIFE THREATENING

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG 2of 6 (include generic name)
methotrexate (METHOTREXATE)

20. DID REACTION ABATE AFTER STOPPING DRUG? ☐ YES ☐ NO ☐ NA

15. DAILY DOSE(S)
NI

16. ROUTE(S) OF ADMINISTRATION
NI

17. INDICATION(S) FOR USE
NI

21. DID REACTION REAPPEAR AFTER REINTRO-DUCTION? ☐ YES ☐ NO ☐ NA

18. THERAPY DATES (from/to)
??-MAY-96 to ??-MAY-96

19. THERAPY DURATION
<1 month

## III. CONCOMITANT DRUGS AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (exclude those used to treat reaction)

23. OTHER RELEVANT HISTORY (e.g. diagnostics, allergics, pregnancy with last month of period, etc.)

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER

24b. MFR CONTROL NO.
200110626JP

24c. DATE RECEIVED BY MANUFACTURER

24d. REPORT SOURCE ☐ STUDY ☐ LITERATURE ☐ HEALTH PROFESSIONAL

DATE OF THIS REPORT

25a. REPORT TYPE ☐ INITIAL ☐ FOLLOWUP

NI - No information available at this time UNK - Information unknown

 DRAFT

* Item completed on continuation page(s)

CIOMS FORM

## SUSPECT ADVERSE REACTION REPORT

### I. REACTION INFORMATION

| 1. PATIENT INITIALS (first,last) | 1a. COUNTRY | 2. DATE OF BIRTH Day | Month | Year | 2a. AGE | 3. SEX | 4-6. REACTION ONSET Day | Month | Year |
|---|---|---|---|---|---|---|---|---|---|
| ?? | | | | | | | | | |

7 + 13 DESCRIBE REACTION(S) (including relevant tests/lab data)

8-12 CHECK ALL APPROPRIATE TO ADVERSE REACTION

- ☐ PATIENT DIED
- ☐ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- ☐ INVOLVED PERSISTENCE OR SIGNIFICANT DISABILITY OR INCAPACITY
- ☐ LIFE THREATENING

### II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG 3of 6 (include generic name)

fluorouracil (FLUOROURACIL)

20. DID REACTION ABATE AFTER STOPPING DRUG? ☐ YES ☐ NO ☐ NA

15. DAILY DOSE(S)

NI

16. ROUTE(S) OF ADMINISTRATION

NI

17. INDICATION(S) FOR USE

NI

21. DID REACTION REAPPEAR AFTER REINTRO-DUCTION? ☐ YES ☐ NO ☐ NA

18. THERAPY DATES (from/to)

??-MAY-96 to ??-MAY-96

19. THERAPY DURATION

<1 month

### III. CONCOMITANT DRUGS AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (exclude those used to treat reaction)

23. OTHER RELEVANT HISTORY (e.g. diagnostics, allergics, pregnancy with last month of period, etc.)

### IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER

24b. MFR CONTROL NO.

200110626JP

24c. DATE RECEIVED BY MANUFACTURER

24d. REPORT SOURCE

☐ STUDY ☐ LITERATURE
☐ HEALTH PROFESSIONAL

DATE OF THIS REPORT

25a. REPORT TYPE

☐ INITIAL ☐ FOLLOWUP

NI - No information available at this time UNK - Information unknown

DRAFT

* Item completed on continuation page(s)

CIOMS FORM

## SUSPECT ADVERSE REACTION REPORT

### I. REACTION INFORMATION

| 1. PATIENT INITIALS (first,last) | 1a. COUNTRY | 2. DATE OF BIRTH Day | Month | Year | 2a. AGE | 3. SEX | 4-6. REACTION ONSET Day | Month | Year |
|---|---|---|---|---|---|---|---|---|---|
| ?? | | | | | | | | | |

7 + 13 DESCRIBE REACTION(S) (including relevant tests/lab data)

8-12 CHECK ALL APPROPRIATE TO ADVERSE REACTION

☐ PATIENT DIED

☐ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION

☐ INVOLVED PERSISTENCE OR SIGNIFICANT DISABILITY OR INCAPACITY

☐ LIFE THREATENING

### II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG 4of 6 (include generic name)

cyclophosphamide (CYCLOPHOSPHAMIDE)

20. DID REACTION ABATE AFTER STOPPING DRUG?

☐ YES ☐ NO ☐ NA

15. DAILY DOSE(S)

NI/NI

16. ROUTE(S) OF ADMINISTRATION

NI

17. INDICATION(S) FOR USE

NI

21. DID REACTION REAPPEAR AFTER REINTRO-DUCTION?

☐ YES ☐ NO ☐ NA

18. THERAPY DATES (from/to)

*

19. THERAPY DURATION

<1 month/<1 month

### III. CONCOMITANT DRUGS AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (exclude those used to treat reaction)

23. OTHER RELEVANT HISTORY (e.g. diagnostics, allergics, pregnancy with last month of period, etc.)

### IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER

24b. MFR CONTROL NO.

200110626JP

24c. DATE RECEIVED BY MANUFACTURER

24d. REPORT SOURCE

☐ STUDY ☐ LITERATURE

☐ HEALTH PROFESSIONAL

DATE OF THIS REPORT

25a. REPORT TYPE

☐ INITIAL ☐ FOLLOWUP

NI - No information available at this time UNK - Information unknown

DRAFT

* Item completed on continuation page(s)

CIOMS FORM

# SUSPECT ADVERSE REACTION REPORT

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first,last) | 1a. COUNTRY | 2. DATE OF BIRTH | | | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | | | 8-12 CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Day | Month | Year | | | Day | Month | Year | |
| ?? | | | | | | | | | | |

7 + 13 DESCRIBE REACTION(S) (including relevant tests/lab data)

☐ PATIENT DIED
☐ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
☐ INVOLVED PERSISTENCE OR SIGNIFICANT DISABILITY OR INCAPACITY
☐ LIFE THREATENING

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG 5of 6 (include generic name)
dexamethazone (DEXAMETHAZON)

20. DID REACTION ABATE AFTER STOPPING DRUG?
☐ YES ☐ NO ☐ NA

15. DAILY DOSE(S)
NI/NI

16. ROUTE(S) OF ADMINISTRATION
NI

17. INDICATION(S) FOR USE
NI

21. DID REACTION REAPPEAR AFTER REINTRO-DUCTION?
☐ YES ☐ NO ☐ NA

18. THERAPY DATES (from/to)
*

19. THERAPY DURATION
<1 month/<1 month

## III. CONCOMITANT DRUGS AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (exclude those used to treat reaction)

23. OTHER RELEVANT HISTORY (e.g. diagnostics, allergics, pregnancy with last month of period, etc.)

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER

24b. MFR CONTROL NO.
200110626JP

24c. DATE RECEIVED BY MANUFACTURER

24d. REPORT SOURCE
☐ STUDY ☐ LITERATURE
☐ HEALTH PROFESSIONAL

DATE OF THIS REPORT

25a. REPORT TYPE
☐ INITIAL ☐ FOLLOWUP

NI - No information available at this time UNK - Information unknown

DRAFT

* Item completed on continuation page(s)

CIOMS FORM

## SUSPECT ADVERSE REACTION REPORT

### I. REACTION INFORMATION

| 1. PATIENT INITIALS (first,last) | 1a. COUNTRY | 2. DATE OF BIRTH Day | Month | Year | 2a. AGE | 3. SEX | 4-6. REACTION ONSET Day | Month | Year |
|---|---|---|---|---|---|---|---|---|---|
| ?? | | | | | | | | | |

7 + 13 DESCRIBE REACTION(S) (including relevant tests/lab data)

8-12 CHECK ALL APPROPRIATE TO ADVERSE REACTION

- ☐ PATIENT DIED
- ☐ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- ☐ INVOLVED PERSISTENCE OR SIGNIFICANT DISABILITY OR INCAPACITY
- ☐ LIFE THREATENING

### II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG 6of 6 (include generic name)
doxorubicin (DOXORUBICIN)

20. DID REACTION ABATE AFTER STOPPING DRUG?
☐ YES ☐ NO ☐ NA

15. DAILY DOSE(S)
NI

16. ROUTE(S) OF ADMINISTRATION
NI

17. INDICATION(S) FOR USE
NI

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
☐ YES ☐ NO ☐ NA

18. THERAPY DATES (from/to)
??-NOV-99 to ??-NOV-99

19. THERAPY DURATION
<1 month

### III. CONCOMITANT DRUGS AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (exclude those used to treat reaction)

23. OTHER RELEVANT HISTORY (e.g. diagnostics, allergics, pregnancy with last month of period, etc.)

### IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER

24b. MFR CONTROL NO.
200110626JP

24c. DATE RECEIVED BY MANUFACTURER

24d. REPORT SOURCE
☐ STUDY ☐ LITERATURE
☐ HEALTH PROFESSIONAL

DATE OF THIS REPORT

25a. REPORT TYPE
☐ INITIAL ☐ FOLLOWUP

NI - No information available at this time UNK - Information unknown

DRAFT

* Item completed on continuation page(s)

CIOMS FORM

| CONTINUES PREVIOUS PAGE | 1. PATIENT INITIALS (first,last) | 24b. MFR CONTROL NO. |
|---|---|---|
| | ?? | 200110626JP |

7 + 13 DESCRIBE REACTION(S) (including relevant tests/lab data)

[continuation:] Narrative: This case was from the 40th Chugoku-Shikoku district of Japanese Society of Hematology, page 12 (10/Feb/2001)

Title:
A case of secondary acute promyelocytic leukaemia after chemotherapy for recurrent breast cancer
Yoshimasa Suetsugu et al. (Kawasaki Medical College Hospital, Dept. of Hematology)

This 42-year-old female patient was diagnosed left breast cancer at Kawasaki Medical College Hospital and underwent mastectomy of the left breast in May 1996. Chemotherapy with methotrexate, fluorouracil and cyclophosphamide (CPM) was conducted as adjuvant chemotherapy after mastectomy. In January 1999, chemotherapy with docetaxel and dexamethazone (DXM) was given because recurrence of the metastases to cervical lymph nodes on the left side was observed. Thereafter lymph nodes became smaller. In November, chemotherapy with doxorubicin (DXR), CPM and DXM was administered because cervical lymph nodes had swollen again. In August 2000, pancytopenia was observed and the patient was introduced to the Department of Hematology at the same hospital. Based on bone marrow findings, M3 was suspected and the patient was admitted to the hospital on September 25.
Symptoms at the time of hospitalization: no particular findings with exception of 3 lymph nodes (3cm) which were palpable on the left side of the neck.
Clinical findings at the time of hospitalization: WBC 800/ul, Hb 9.6g/dl, Plt 128000/ul, LDH 493IU/L
There were no concomitant symptoms of DIC. Bone marrow showed high-grade hyperplasia with 77.0% of strongly atypical promyelocytes containning faggot cells. CD2, 13,33 and 34 Surface antigens were positive. Chromosomal analysis revealed t(15;17)- translocation and chromosomal aberrations including trisomy 8 and 21. PML-RAR alpha mRNA was confirmed by PCR.
Course after hospitalization: the patient was diagnosed therapy-related acute myelocytic leukemia (tAML) FAB M3. Remission induction therapy with 70mg of all trans retinoic acid (ATRA) was initiated on October 3. A tendency towards myeloid differentiation was observed in the bone marrow on November 7. The patient is still receiving ATRA therapy. Radiation therapy of the cervical lymph nodes has also been given.
Discussion:
1. In previous reports on tAML, M2 and M4 were frequently reported but M3 was only rarely.
2. Secondary cancers were mainly reported related to the use of alkylating agents and topoisomerase inhibitors (Topo II). CPM was used in this case, but the time between its use and the onset of tAML was relatively shorter (4 years).
3. M3 as tAML has been reported in cases in which Topo II (especially etoposide and mitoxantrone) had been used. In this case, however, only DXR had been administered.
4. Though it is difficult to identify the drug causing tAML in this case, it was reported as an interesting case which provides good reason to consider a causal relationship with previous therapy.

Evaluator's comment: Aventis Company Comment on 27/Feb/2001
The assessment of this case of acute promyelocytic leukemia is based on the following: A 42-year-old female patient experienced the event 1 year and 7 months after the administration of docetaxel. Based on the information received for this case, a reasonable possibility of a causal relationship between the event and treatment with docetaxel cannot be excluded.
However, the patient received several chemotherapy which provides an alternative explanation for the cause of the reported event.
Acute promyelocytic leukemia is unlabeled in the Core Data Sheet for docetaxel.

18. THERAPY DATES (from/to)(Suspect #4)
??-MAY-96 to ??-MAY-96/??-NOV-99 to ??-NOV-99

18. THERAPY DATES (from/to)(Suspect #5)
??-JAN-99 to ??-JAN-99/??-NOV-99 to ??-NOV-99

Confidential Sanofi_05524693

CIOMS FORM

## SUSPECT ADVERSE REACTION REPORT

### I. REACTION INFORMATION

| 1. PATIENT INITIALS (first,last) | 1a. COUNTRY | 2. DATE OF BIRTH Day | Month | Year | 2a. AGE | 3. SEX | 4-6. REACTION ONSET Day | Month | Year |
|---|---|---|---|---|---|---|---|---|---|
| | SPAIN | NI | NI | NI | 44 yrs | F | NI | OCT | 2000 |

8-12 CHECK ALL APPROPRIATE TO ADVERSE REACTION

- ☒ PATIENT DIED
- ☐ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- ☐ INVOLVED PERSISTENCE OR SIGNIFICANT DISABILITY OR INCAPACITY
- ☐ LIFE THREATENING

7 + 13 DESCRIBE REACTION(S) (including relevant tests/lab data)

| Event (Decode) | Origin of Term | Nature of Event |
|---|---|---|
| ACUTE MYELOMONOCYTIC LEUKEMIA (FATAL) (ACUTE MYELOMONOCYTIC LEUKAEMIA) | Reporter | |

Narrative: Initial Report from Spanish Health Authorities (Reg. No. 808012344 / ACN C20010071) received on 22-FEB-2001.
This report involves a 44-year-old female patient who received docetaxel, doxorubicin and cyclophosphamide 4 times from July 1998 to January 1999 for breast cancer. *

### II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG 1of 3 (include generic name)
TAXOTERE (DOCETAXEL)

15. DAILY DOSE(S)
160 MG Concentrate for infusion

16. ROUTE(S) OF ADMINISTRATION
intravenous

17. INDICATION(S) FOR USE
BREAST CANCER

18. THERAPY DATES (from/to)
??-JUL-98 to ??-JAN-99

19. THERAPY DURATION
6 months

20. DID REACTION ABATE AFTER STOPPING DRUG?
☐ YES ☐ NO ☒ NA

21. DID REACTION REAPPEAR AFTER REINTRO-DUCTION?
☐ YES ☐ NO ☒ NA

### III. CONCOMITANT DRUGS AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (exclude those used to treat reaction)
NI

23. OTHER RELEVANT HISTORY (e.g. diagnostics, allergics, pregnancy with last month of period, etc.)
Date of death: ??-???-2000
Cause(s) of death: ACUTE MYELOMONOCYTIC LEUKEMIA
Pregnant: UNK

### IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER
Global Drug Surveillance
Aventis Pharma
Bridgewater NJ 08876-1258
Route 202/206

Spontaneous report

24b. MFR CONTROL NO.
200111333EU

24c. DATE RECEIVED BY MANUFACTURER
22-FEB-2001

24d. REPORT SOURCE
☐ STUDY ☐ LITERATURE
☐ HEALTH PROFESSIONAL

DATE OF THIS REPORT
13-FEB-2004

25a. REPORT TYPE
☒ INITIAL ☐ FOLLOWUP

NI - No information available at this time UNK - Information unknown

 DRAFT

* Item completed on continuation page(s)

NDA 20449 Taxotere (Docetaxel) Aventis, Inc. 2.7.4 clinical safety summary.pdf, pg 100

CIOMS FORM

# SUSPECT ADVERSE REACTION REPORT

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first,last) | 1a. COUNTRY | 2. DATE OF BIRTH | | | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | | | 8-12 CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Day | Month | Year | | | Day | Month | Year | |

7 + 13 DESCRIBE REACTION(S) (including relevant tests/lab data)

☐ PATIENT DIED
☐ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
☐ INVOLVED PERSISTENCE OR SIGNIFICANT DISABILITY OR INCAPACITY
☐ LIFE THREATENING

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG 2of 3 (include generic name)
GENOXAL (CYCLOPHOSPHAMIDE)

20. DID REACTION ABATE AFTER STOPPING DRUG?
☐ YES ☐ NO ☐ NA

15. DAILY DOSE(S)
3.8 MG Solution for injection

16. ROUTE(S) OF ADMINISTRATION
intravenous

21. DID REACTION REAPPEAR AFTER REINTRO-DUCTION?
☐ YES ☐ NO ☐ NA

17. INDICATION(S) FOR USE
BREAST CANCER

18. THERAPY DATES (from/to)
??-JUL-98 to ??-JAN-99

19. THERAPY DURATION
6 months

## III. CONCOMITANT DRUGS AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (exclude those used to treat reaction)

23. OTHER RELEVANT HISTORY (e.g. diagnostics, allergics, pregnancy with last month of period, etc.)

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER

24b. MFR CONTROL NO.
200111333EU

24c. DATE RECEIVED BY MANUFACTURER

24d. REPORT SOURCE
☐ STUDY ☐ LITERATURE
☐ HEALTH PROFESSIONAL

DATE OF THIS REPORT

25a. REPORT TYPE
☐ INITIAL ☐ FOLLOWUP

NI - No information available at this time UNK - Information unknown **Page 2 of 4** DRAFT * Item completed on continuation page(s)

Confidential Sanofi_05524695

CIOMS FORM

## SUSPECT ADVERSE REACTION REPORT

### I. REACTION INFORMATION

| 1. PATIENT INITIALS (first,last) | 1a. COUNTRY | 2. DATE OF BIRTH Day | Month | Year | 2a. AGE | 3. SEX | 4-6. REACTION ONSET Day | Month | Year |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

7 + 13 DESCRIBE REACTION(S) (including relevant tests/lab data)

8-12 CHECK ALL APPROPRIATE TO ADVERSE REACTION

- ☐ PATIENT DIED
- ☐ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- ☐ INVOLVED PERSISTENCE OR SIGNIFICANT DISABILITY OR INCAPACITY
- ☐ LIFE THREATENING

### II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG 3of 3 (include generic name)
ADRIAMYCIN (DOXORUBICIN)

20. DID REACTION ABATE AFTER STOPPING DRUG? ☐ YES ☐ NO ☐ NA

15. DAILY DOSE(S)
384 MG Solution for injection

16. ROUTE(S) OF ADMINISTRATION
intravenous

17. INDICATION(S) FOR USE
BREAST CANCER

21. DID REACTION REAPPEAR AFTER REINTRODUCTION? ☐ YES ☐ NO ☐ NA

18. THERAPY DATES (from/to)
??-JUL-98 to ??-JAN-99

19. THERAPY DURATION
6 months

### III. CONCOMITANT DRUGS AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (exclude those used to treat reaction)

23. OTHER RELEVANT HISTORY (e.g. diagnostics, allergics, pregnancy with last month of period, etc.)

### IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER

24b. MFR CONTROL NO.
200111333EU

24c. DATE RECEIVED BY MANUFACTURER

24d. REPORT SOURCE
☐ STUDY ☐ LITERATURE
☐ HEALTH PROFESSIONAL

DATE OF THIS REPORT

25a. REPORT TYPE
☐ INITIAL ☐ FOLLOWUP

NI - No information available at this time UNK - Information unknown

DRAFT

* Item completed on continuation page(s)

CIOMS FORM

| CONTINUES PREVIOUS PAGE | 1. PATIENT INITIALS (first,last) | 24b. MFR CONTROL NO. 200111333EU |
|---|---|---|

7 + 13 DESCRIBE REACTION(S) (including relevant tests/lab data)

[continuation:] In October 2000, she developed acute myelomonocytic leukemia.
She died due to this acute myelomonocytic leukemia (exact date of death unknown, in 2000).
No further information is available.

This follow-up information was received on January 21, 2002:
The dose /m2 that was prescribed to the patient is not available. Nevertheless, as it is indicated at the initial notification, the total cumulative dose was 640 mg, given in 4 different administrations. Which is equivalent to an overage dose of 160 mg/administration.
Taking into account that the patient weigh was 57 kg, and the recommended dose for Taxotere is 100 mg/m2 of corporal surface, it is suggested that the patient's height was 1.58.

Evaluator's comment: Initial report for addendum received on January 21, 2002: The The follow-up information does not change the previous assessment of this case of fatal acute myelomonocytic leukemia which is based on the following: A 44-year-old female patient developed acute myelomonocytic leukemia approximately 22 months after receiving a total of four courses of combination chemotherapy (docetaxel, doxorubicin and cyclophosphamide). She died due to acute myelomonocytic leukemia on an unknown date (in 2000).
Based on the information received for this case a reasonable possibility of a causal relationship between the reported event and treatment with docetaxel cannot be excluded. However, cyclophosphamide, alkylating agent, and doxorubicin have known carcinogenic effect and may also have contributed to the event.
Acute myelomonocytic leukemia is unlisted in the Company Core Data Sheet for docetaxel.

Confidential Sanofi_05524697

CIOMS FORM

# SUSPECT ADVERSE REACTION REPORT

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first,last) | 1a. COUNTRY | 2. DATE OF BIRTH Day | Month | Year | 2a. AGE | 3. SEX | 4-6. REACTION ONSET Day | Month | Year |
|---|---|---|---|---|---|---|---|---|---|
| TS | UNITED STATES | 18 | NOV | 1946 | 54 yrs | F | 14 | FEB | 2001 |

8-12 CHECK ALL APPROPRIATE TO ADVERSE REACTION

- ☐ PATIENT DIED
- ☒ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- ☐ INVOLVED PERSISTENCE OR SIGNIFICANT DISABILITY OR INCAPACITY
- ☐ LIFE THREATENING

7 + 13 DESCRIBE REACTION(S) (including relevant tests/lab data)

| Event (Decode) | Origin of Term | Nature of Event |
|---|---|---|
| GENERALIZED EDEMA (ANASARCA) | Reporter | |
| weight gain (WEIGHT INCREASED) | Reporter | |
| PERIPHERAL NEUROPATHY (NEUROPATHY PERIPHERAL) | Reporter | |
| numbness and tingling in hands, arms, feet, and toes (PARAESTHESIA) | Reporter | |
| generalized burning of the skin (BURNING SENSATION) | Reporter | |

*

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG 1of 3 (include generic name)
TAXOTERE (DOCETAXEL) (batch #: UNK)

15. DAILY DOSE(S)
every 3 weeks Solution for injection

16. ROUTE(S) OF ADMINISTRATION
intravenous

17. INDICATION(S) FOR USE
BREAST CANCER

18. THERAPY DATES (from/to)
??-OCT-00 to 9-FEB-01

19. THERAPY DURATION
3 months

20. DID REACTION ABATE AFTER STOPPING DRUG? ☐ YES ☐ NO ☐ NA

21. DID REACTION REAPPEAR AFTER REINTRO-DUCTION? ☐ YES ☐ NO ☐ NA

## III. CONCOMITANT DRUGS AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (exclude those used to treat reaction)
Name: wellbutrin (AMFEBUTAMONE HYDROCHLORIDE), Dates: Unknown to NI, Dose: NI
Name: folic acid (FOLIC ACID), Dates: ??-JUL-2000, continuing, Dose: NI
Name: zoloft (SERTRALINE HYDROCHLORIDE), Dates: ??-JUL-2000, continuing, Dose: 50 MG every day, *

23. OTHER RELEVANT HISTORY (e.g. diagnostics, allergics, pregnancy with last month of period, etc.)
Relevant history: NO MENTION OF RELEVANT HISTORY
Pregnant: UNK

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER
Global Drug Surveillance
Aventis Pharma
Bridgewater NJ 08876-1258
Route 202/206

Spontaneous report

24b. MFR CONTROL NO.
200114431US

24c. DATE RECEIVED BY MANUFACTURER
09-JUN-2001

24d. REPORT SOURCE
☐ STUDY ☐ LITERATURE
☒ HEALTH PROFESSIONAL

DATE OF THIS REPORT
13-FEB-2004

25a. REPORT TYPE
☒ INITIAL ☐ FOLLOWUP

NI - No information available at this time UNK - Information unknown

DRAFT

* Item completed on continuation page(s)

CIOMS FORM

# SUSPECT ADVERSE REACTION REPORT

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first,last) | 1a. COUNTRY | 2. DATE OF BIRTH Day | Month | Year | 2a. AGE | 3. SEX | 4-6. REACTION ONSET Day | Month | Year |
|---|---|---|---|---|---|---|---|---|---|
| TS | | | | | | | | | |

7 + 13 DESCRIBE REACTION(S) (including relevant tests/lab data)

8-12 CHECK ALL APPROPRIATE TO ADVERSE REACTION

- ☐ PATIENT DIED
- ☐ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- ☐ INVOLVED PERSISTENCE OR SIGNIFICANT DISABILITY OR INCAPACITY
- ☐ LIFE THREATENING

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG 2of 3 (include generic name)
ADRIAMYCIN (DOXORUBICIN)

15. DAILY DOSE(S)
NI

16. ROUTE(S) OF ADMINISTRATION
NI

17. INDICATION(S) FOR USE
BREAST CANCER

18. THERAPY DATES (from/to)
??-SEP-00 to 3-DEC-00

19. THERAPY DURATION
3 months

20. DID REACTION ABATE AFTER STOPPING DRUG?
☐ YES ☐ NO ☐ NA

21. DID REACTION REAPPEAR AFTER REINTRO-DUCTION?
☐ YES ☐ NO ☐ NA

## III. CONCOMITANT DRUGS AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (exclude those used to treat reaction)

23. OTHER RELEVANT HISTORY (e.g. diagnostics, allergics, pregnancy with last month of period, etc.)

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER

24b. MFR CONTROL NO.
200114431US

24c. DATE RECEIVED BY MANUFACTURER

24d. REPORT SOURCE
☐ STUDY ☐ LITERATURE
☐ HEALTH PROFESSIONAL

DATE OF THIS REPORT

25a. REPORT TYPE
☐ INITIAL ☐ FOLLOWUP

NI - No information available at this time UNK - Information unknown

DRAFT

* Item completed on continuation page(s)

CIOMS FORM

## SUSPECT ADVERSE REACTION REPORT

### I. REACTION INFORMATION

| 1. PATIENT INITIALS (first,last) | 1a. COUNTRY | 2. DATE OF BIRTH Day | Month | Year | 2a. AGE | 3. SEX | 4-6. REACTION ONSET Day | Month | Year |
|---|---|---|---|---|---|---|---|---|---|
| TS | | | | | | | | | |

7 + 13 DESCRIBE REACTION(S) (including relevant tests/lab data)

8-12 CHECK ALL APPROPRIATE TO ADVERSE REACTION

- ☐ PATIENT DIED
- ☐ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- ☐ INVOLVED PERSISTENCE OR SIGNIFICANT DISABILITY OR INCAPACITY
- ☐ LIFE THREATENING

### II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG 3of 3 (include generic name)

CYTOXAN (CYCLOPHOSPHAMIDE)

20. DID REACTION ABATE AFTER STOPPING DRUG? ☐ YES ☐ NO ☐ NA

| 15. DAILY DOSE(S) | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| NI | NI |

17. INDICATION(S) FOR USE

BREAST CANCER

21. DID REACTION REAPPEAR AFTER REINTRO-DUCTION? ☐ YES ☐ NO ☐ NA

| 18. THERAPY DATES (from/to) | 19. THERAPY DURATION |
|---|---|
| ??-SEP-00 to 23-DEC-00 | 3 months |

### III. CONCOMITANT DRUGS AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (exclude those used to treat reaction)

23. OTHER RELEVANT HISTORY (e.g. diagnostics, allergics, pregnancy with last month of period, etc.)

### IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER

24b. MFR CONTROL NO.

200114431US

24c. DATE RECEIVED BY MANUFACTURER

24d. REPORT SOURCE ☐ STUDY ☐ LITERATURE ☐ HEALTH PROFESSIONAL

DATE OF THIS REPORT

25a. REPORT TYPE ☐ INITIAL ☐ FOLLOWUP

NI - No information available at this time UNK - Information unknown

DRAFT

* Item completed on continuation page(s)

CIOMS FORM

| **CONTINUES PREVIOUS PAGE** | 1. PATIENT INITIALS (first,last) TS | 24b. MFR CONTROL NO. 200114431US |
|---|---|---|

7 + 13 DESCRIBE REACTION(S) (including relevant tests/lab data)

[continuation:] PAIN IN THE JOINTS (ARTHRALGIA) Reporter
MUCOSITIS (MUCOSAL INFLAMMATION) Company
sore throat (PHARYNGOLARYNGEAL PAIN) Reporter
sore mouth (ORAL PAIN) Reporter
sore nose (NASAL PASSAGE IRRITATION) Reporter
LOSS OF HAIR (ALOPECIA) Reporter
NAIL CHANGES (NAIL DISORDER) Reporter
CONSTIPATION (CONSTIPATION) Reporter
SHORTNESS OF BREATH (DYSPNOEA) Reporter
EXTREME FATIGUE (FATIGUE) Reporter

Narrative: Addendum 30-Jul-2001: Follow-up information received from consumer who is a nurse. The consumer is a 54 year old female with a history of allergy to sulfa (hives and generalized swelling), depression, high cholesterol, and smoker who initiated therapy with Taxotere (docetaxel) every 3 weeks for 3 months for breast cancer from Oct-2000 to 09-Feb-2001. The consumer experienced a sore throat, mouth, and nose. She also noted generalized edema, tingliness, numbness, peripheral neuropathy with generalized burning sensation of the skin, loss of hair, nail changes, weight gain, and constipation. She also described having shortness of breath and extreme fatigue. After Taxotere was stopped on 09-Feb-01, the fatigue, edema, and shortness of breath had decreased. She was treated with Edecrin (etacrynic acid) for the edema. The consumer reported being hospitalized from 14-Feb-01 to 16-Feb-01 for the reported events. At the time of this report, she continued to have burning and edema. Relevant concomitant medications include Adriamycin (doxorubicin), Cytoxan (cyclophosphamide), and Wellbutrin (amfebutamone hcl).

Relevant tests: MUGA scan (2001): negative

Evaluator's comment: Aventis Company Comment for addendum dated 30-Jul-2001: The assessment of this case of mucositis, peripheral neuropathy, loss of hair, nail changes, weight gain, constipation, shortness of breath, and extreme fatigue is based on the following: a 54 year old female was receiving docetaxel for breast cancer when she experienced the aforementioned adverse events and was hospitalized. The fatigue and shortness of breath improved upon discontinuation of docetaxel. Based on the information received, a reasonable possibility of a causal relationship between the reported events and treatment with docetaxel cannot be excluded. However, this case is lacking details surrounding the events, diagnostics performed to rule out other causes, caring physician's causal assessment, and outcome, making the assessment of this case limited.

Sore throat, mouth, and nose; hair loss, nail changes, constipation, peripheral neuropathy, edema, shortness of breath, and fatigue are listed in the Core Data Sheet for docetaxel.

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (exclude those used to treat reaction)

[continuation:] Indications: depression
Name: lipitor (ATORVASTATIN), Dates: ??-JUL-2001, continuing, Dose: 10 MG every day, Indications: elevated cholesterol

Confidential Sanofi_05524701

CIOMS FORM

## SUSPECT ADVERSE REACTION REPORT

### I. REACTION INFORMATION

| 1. PATIENT INITIALS (first,last) | 1a. COUNTRY | 2. DATE OF BIRTH Day | Month | Year | 2a. AGE | 3. SEX | 4-6. REACTION ONSET Day | Month | Year |
|---|---|---|---|---|---|---|---|---|---|
| ?? | UNITED STATES | UNK | UNK | UNK | 41 yrs | F | 19 | AUG | 2002 |

7 + 13 DESCRIBE REACTION(S) (including relevant tests/lab data)

| Event (Decode) | Origin of Term | Nature of Event |
|---|---|---|
| SEPTIC DEATH (BLOOD CULTURE POSITIVE CLOSTRIDIUM SEPTICUM) (SEPSIS) | Reporter | |
| NECROTIZING ENTEROCOLITIS (NECROTISING COLITIS) | Reporter | |
| WHITE BLOOD CELL COUNT = 0.5 (WHITE BLOOD CELL COUNT DECREASED) | Reporter | |

*

8-12 CHECK ALL APPROPRIATE TO ADVERSE REACTION

- [x] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OR SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING

### II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG 1of 1 (include generic name)
TAXOTERE (DOCETAXEL)

20. DID REACTION ABATE AFTER STOPPING DRUG?
[ ] YES [ ] NO [x] NA

15. DAILY DOSE(S)
75 MG/M**2 cyclically

16. ROUTE(S) OF ADMINISTRATION
NI

17. INDICATION(S) FOR USE
NODE POSITIVE BREAST CANCER

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
[ ] YES [ ] NO [x] NA

18. THERAPY DATES (from/to)
12-AUG-02 to 12-AUG-02

19. THERAPY DURATION
1 day

### III. CONCOMITANT DRUGS AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (exclude those used to treat reaction)

Name: ADRIAMYCIN (DOXORUBICIN), Dates: 12-AUG-2002 to 12-AUG-2002, Dose: 50 MG/M**2 cyclically, Indications: NODE POSITIVE BREAST CANCER
Name: CYTOXAN (CYCLOPHOSPHAMIDE), Dates: 12-AUG-2002 to 12-AUG-2002, Dose: 500 MG/M**2 cyclically, *

23. OTHER RELEVANT HISTORY (e.g. diagnostics, allergics, pregnancy with last month of period, etc.)

Date of death: 19-AUG-2002
Cause(s) of death: SEPSIS - FATAL
Concomitant diseases(s): STAGE II BREAST CANCER (T2,N1,MO)
Pregnant: UNK

### IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER
Global Drug Surveillance
Aventis Pharma
Bridgewater NJ 08876-1258
Route 202/206

Spontaneous report

24b. MFR CONTROL NO.
200219480US

24c. DATE RECEIVED BY MANUFACTURER
18-SEP-2002

24d. REPORT SOURCE
[ ] STUDY [ ] LITERATURE
[x] HEALTH PROFESSIONAL

DATE OF THIS REPORT
13-FEB-2004

25a. REPORT TYPE
[x] INITIAL [ ] FOLLOWUP

NI - No information available at this time UNK - Information unknown

DRAFT

* Item completed on continuation page(s)

CIOMS FORM

| CONTINUES PREVIOUS PAGE | 1. PATIENT INITIALS (first,last) | 24b. MFR CONTROL NO. |
|---|---|---|
| | ?? | 200219480US |

7 + 13 DESCRIBE REACTION(S) (including relevant tests/lab data)

[continuation:]
Additional serious indicators: medically important

Narrative: Initial Report 18-Sep-2002: This spontaneous post-marketing case from the United States was reported by a physician via a sales representative and involves a 41 year old female patient receiving docetaxel (Taxotere) for adjuvant breast cancer (dosage, schedule and therapy dates unknown). Relevant medical history and concomitant medications include doxorubicin (Adriamycin), cyclophosphamide (Cytoxan) and pegfilgrastim (Neulasta). The patient was reported to have suffered a septic death. No other information provided at this time.

Addendum for follow-up received 07-Oct-2002: Follow-up received from the physician. The patient received docetaxel 75mg/m**2 on 12-Aug-2002 for node positive breast cancer. She also received doxorubicin 50mg/m**2, cyclophosphamide 500mg/m**2 and pegfilgrastim 6mg. The event (septic death) occurred on 19-Aug-2002. Blood cultures were positive for Clostridium septicum. The patient had a limited abnormal autopsy which showed necrotizing endocarditis. The physician reported that the patient had no other medical history. The physician reported the causal assessment between the events and docetaxel as possible.

Addendum for follow-up received 22-Oct-2002: Follow-up received from the physician. The physician reports the patient developed necrotic enterocolitits (not endocarditis). The patient had stage II breast cancer (T2, N1, M0). On 31-Jul-2002 the White blood cell count was 7.3, 28% segs, the hematocrit was 38.4 and platelets were 350. On 19-Aug-2002, the white blood cell count was 0.5, platelets 146 and hematocrit was 37.9. Additional concomitant medication included dexamethasone (Decadron), multivitamins and promethazine (Phenergan).

Evaluator's comment: Aventis Company Comment follow-up dated 22-Oct-2002: New follow-up information received does not change the previous assessment of this case.
This single case by itself does not alter the current known benefit-risk for the product.

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (exclude those used to treat reaction)

[continuation:] Indications: NODE POSITIVE BREAST CANCER
Name: NEULASTA, Dates: 13-AUG-2002 to 13-AUG-2002, Dose: 6 MG, Route: subcutaneous
Name: DECADRON (DEXAMETHASONE) (batch #: UNK), Dates: Unknown to Unknown, Dose: 16 MG, Indications: PRE-MEDICATION
Name: PHENERGAN (PROMETHAZINE HYDROCHLORIDE), Dates: NI to NI, Dose: as needed
Name: MULTIVITAMIN, Dates: Unknown to Unknown, Dose: NI

Confidential Sanofi_05524703

CIOMS FORM

# SUSPECT ADVERSE REACTION REPORT

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first,last) | 1a. COUNTRY | 2. DATE OF BIRTH Day | Month | Year | 2a. AGE | 3. SEX | 4-6. REACTION ONSET Day | Month | Year |
|---|---|---|---|---|---|---|---|---|---|
| CGB | BRAZIL | UNK | UNK | UNK | 33 yrs | F | 28 | NOV | 2002 |

7 + 13 DESCRIBE REACTION(S) (including relevant tests/lab data)

| Event (Decode) | Origin of Term | Nature of Event |
|---|---|---|
| RASH CUTANEOUS (RASH) | Reporter | |
| BREATHLESSNESS (DYSPNOEA) | Reporter | |
| INTENSE ABDOMINAL PAIN (ABDOMINAL PAIN) | Reporter | |
| OBDORMITION IN THE UPPER AND INFERIOR MEMBERS (HYPOAESTHESIA) | Reporter | |

Additional serious indicators: medically important *

8-12 CHECK ALL APPROPRIATE TO ADVERSE REACTION

- ☐ PATIENT DIED
- ☐ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- ☐ INVOLVED PERSISTENCE OR SIGNIFICANT DISABILITY OR INCAPACITY
- ☐ LIFE THREATENING

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG 1of 1 (include generic name)

TAXOTERE (DOCETAXEL) (batch #s: 2H739, 2K240, 2C501, 2B417)

15. DAILY DOSE(S)

115 MG/M**2 Solution for infusion/NI/NI/NI

16. ROUTE(S) OF ADMINISTRATION

intravenous/NI/NI/NI

17. INDICATION(S) FOR USE

BREAST CANCER

18. THERAPY DATES (from/to)

28-NOV-02 to 28-NOV-02/NI/NI/NI

19. THERAPY DURATION

1 day/NI/NI/NI

20. DID REACTION ABATE AFTER STOPPING DRUG?

☐ YES ☐ NO ☒ NA

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?

☐ YES ☐ NO ☒ NA

## III. CONCOMITANT DRUGS AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (exclude those used to treat reaction)

Name: DECADRON (DEXAMETHASONE) (batch #: UNK), Dates: 28-NOV-2002 to 28-NOV-2002, Dose: 20 MG, Indications: PRE MED
Name: CYCLOPHOSPHAMIDE (CYCLOPHOSPHAMIDE) (batch #: UNK), Dates: 28-NOV-2002 to 28-NOV-2002, Dose: 900 *

23. OTHER RELEVANT HISTORY (e.g. diagnostics, allergics, pregnancy with last month of period, etc.)

Relevant history: NO MENTION OF RELEVANT DISEASE
Pregnant: UNK

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER

Global Drug Surveillance
Aventis Pharma
Bridgewater NJ 08876-1258
Route 202/206

Spontaneous report

24b. MFR CONTROL NO.

200221695GDDC

24c. DATE RECEIVED BY MANUFACTURER

03-DEC-2002

24d. REPORT SOURCE

☐ STUDY ☐ LITERATURE
☒ HEALTH PROFESSIONAL

DATE OF THIS REPORT

13-FEB-2004

25a. REPORT TYPE

☒ INITIAL ☐ FOLLOWUP

NI - No information available at this time UNK - Information unknown

DRAFT

* Item completed on continuation page(s)

CIOMS FORM

| CONTINUES PREVIOUS PAGE | 1. PATIENT INITIALS (first,last) | 24b. MFR CONTROL NO. |
|---|---|---|
| | CGB | 200221695GDDC |

7 + 13 DESCRIBE REACTION(S) (including relevant tests/lab data)

[continuation:]
Narrative: Initial report: This serious spontaneous report from Brazil (EA 20020462) was received from a nurse and involves a 33 year old female patient who received therapy with Taxotere (docetaxel) 115 mg/m2 intravenously on 28-Nov-2002 for treatment of breast cancer. Relevant medical history was not reported. Concomitant medications included dexamethasone (Decadron), cyclophosphamide, and doxorubicin. On 28-Nov-2002, 5 minutes after the start of the docetaxel infusion, the patient experienced a cutaneous rash, breathlessness, intense abdominal pain and obdormition in the upper and inferior members. The patient completed the docetaxel infusion and presented a complete recovery. Treatment measures were not reported.

Reporter's assessment of causal relationship: Probable

Addendum dated 30-Dec-02: Patient initials corrected per ASO.

Evaluator's comment: Aventis Company Comment 11-Dec-2002: This single case by itself does not alter the current known benefit-risk for the product.

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (exclude those used to treat reaction)

[continuation:] MG Solution for infusion, Route: intravenous, Indications: BREAST CANCER
Name: DOXORUBICIN (DOXORUBICIN) (batch #: UNK), Dates: 28-NOV-2002 to 28-NOV-2002, Dose: 75 MG Solution for infusion, Route: intravenous, Indications: BREAST CANCER

CIOMS FORM

## SUSPECT ADVERSE REACTION REPORT

### I. REACTION INFORMATION

| 1. PATIENT INITIALS (first,last) | 1a. COUNTRY | 2. DATE OF BIRTH Day | Month | Year | 2a. AGE | 3. SEX | 4-6. REACTION ONSET Day | Month | Year |
|---|---|---|---|---|---|---|---|---|---|
| ?? | UNITED STATES | UNK | UNK | UNK | 60 yrs | F | UNK | UNK | UNK |

8-12 CHECK ALL APPROPRIATE TO ADVERSE REACTION
- ☒ PATIENT DIED
- ☒ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- ☐ INVOLVED PERSISTENCE OR SIGNIFICANT DISABILITY OR INCAPACITY
- ☐ LIFE THREATENING

7 + 13 DESCRIBE REACTION(S) (including relevant tests/lab data)

| Event (Decode) | Origin of Term | Nature of Event |
|---|---|---|
| FATAL NECROTIC BOWEL (GASTROINTESTINAL NECROSIS) | Reporter | |

Narrative: Initial report: This spontaneous postmarketing case, received from a sales representative on behalf of a physician, involves a 60 year old female who initiated therapy with Taxotere (docetaxel) for breast cancer, dose and therapy dates not known. This was the patient's first cycle of docetaxel, Adriamycin (doxorubicin), and cyclophosphamide. About 7-12 days after receiving chemotherapy the patient was *

### II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG 1of 1 (include generic name)
TAXOTERE (DOCETAXEL) (batch #: UNK)

15. DAILY DOSE(S)
NOT PROVIDED

16. ROUTE(S) OF ADMINISTRATION
NI

17. INDICATION(S) FOR USE
BREAST CANCER

18. THERAPY DATES (from/to)
Unknown to UNK

19. THERAPY DURATION
Unknown

20. DID REACTION ABATE AFTER STOPPING DRUG?
☐ YES ☐ NO ☒ NA

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
☐ YES ☐ NO ☒ NA

### III. CONCOMITANT DRUGS AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (exclude those used to treat reaction)
Name: ADRIAMYCIN (DOXORUBICIN), Dates: Unknown to Unknown, Dose: NOT PROVIDED, Indications: BREAST CANCER
Name: CYCLOPHOSPHAMIDE (CYCLOPHOSPHAMIDE), Dates: Unknown to Unknown, Dose: NOT PROVIDED, Indications: BREAST CANCER

23. OTHER RELEVANT HISTORY (e.g. diagnostics, allergics, pregnancy with last month of period, etc.)
Date of death: Unknown
Cause(s) of death: NECROTIC BOWEL
Relevant history: NO MENTION OF RELEVANT MEDICAL HISTORY
Pregnant: NA

### IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER
Global Drug Surveillance
Aventis Pharma
Bridgewater NJ 08876-1258
Route 202/206

Spontaneous report

24b. MFR CONTROL NO.
200221977US

24c. DATE RECEIVED BY MANUFACTURER
03-DEC-2002

24d. REPORT SOURCE
☐ STUDY ☐ LITERATURE
☒ HEALTH PROFESSIONAL

DATE OF THIS REPORT
13-FEB-2004

25a. REPORT TYPE
☒ INITIAL ☐ FOLLOWUP

NI - No information available at this time UNK - Information unknown

 DRAFT

* Item completed on continuation page(s)

CIOMS FORM

| **CONTINUES PREVIOUS PAGE** | 1. PATIENT INITIALS (first,last) ?? | 24b. MFR CONTROL NO. 200221977US |
|---|---|---|

7 + 13 DESCRIBE REACTION(S) (including relevant tests/lab data)

[continuation:] admitted to the hospital for symptoms of a necrotic bowel (NOS). The patient died about 4 days ago of a necrotic bowel. Treatment measures were not provided. Medical history and concomitant medication were not provided.

Reporter's assessment of causal relationship: Not provided.

Evaluator's comment: Aventis Company Comment 04-Dec-2002: A 60-year-old female patient received her first cycle of docetaxel in combination with doxorubicin and cyclophosphamide. Approximately one (1) week after the last dose of the cancer chemotherapy, the patient experienced necrotic bowel and subsequently expired from the necrotic bowel. Based on the limited information for this case, a reasonable possibility of a causal relationship between the reported event and docetaxel cannot be excluded. The concomitant medication (doxorubicin and cyclophosphamide) provides an alternative explanation for the reported event. Additional information has been requested.

This single case by itself does not alter the current known benefit-risk for the product.

Necrotic bowel is unlisted in the Core Data Sheet for Taxotere (docetaxel).

Confidential Sanofi_05524707

CIOMS FORM

# SUSPECT ADVERSE REACTION REPORT

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first,last) | 1a. COUNTRY | 2. DATE OF BIRTH Day | Month | Year | 2a. AGE | 3. SEX | 4-6. REACTION ONSET Day | Month | Year |
|---|---|---|---|---|---|---|---|---|---|
| ?? | UNITED STATES | UNK | UNK | UNK | 56 yrs | F | NI | NOV | 2002 |

8-12 CHECK ALL APPROPRIATE TO ADVERSE REACTION

- ☐ PATIENT DIED
- ☒ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- ☐ INVOLVED PERSISTENCE OR SIGNIFICANT DISABILITY OR INCAPACITY
- ☐ LIFE THREATENING

7 + 13 DESCRIBE REACTION(S) (including relevant tests/lab data)

| Event (Decode) | Origin of Term | Nature of Event |
|---|---|---|
| PATIENT WENT INTO CHF (CARDIAC FAILURE CONGESTIVE) | Reporter | |
| dyspnea (DYSPNOEA) | Reporter | |
| ejection fraction 32% (EJECTION FRACTION DECREASED) | Reporter | |

Narrative: Initial report 17-Feb-03: This is an initial spontaneous postmarketing report received from a physician via a sales representative regarding a patient of unknown *

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG 1of 1 (include generic name)
TAXOTERE (DOCETAXEL) (batch #: UNK)

15. DAILY DOSE(S)
75 MG/M**2

16. ROUTE(S) OF ADMINISTRATION
NI

17. INDICATION(S) FOR USE
BREAST CANCER

18. THERAPY DATES (from/to)
??-NOV-02 to ??-DEC-02

19. THERAPY DURATION
1 month

20. DID REACTION ABATE AFTER STOPPING DRUG?
☐ YES ☐ NO ☐ NA

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
☐ YES ☐ NO ☐ NA

## III. CONCOMITANT DRUGS AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (exclude those used to treat reaction)
Name: CYTOXAN (CYCLOPHOSPHAMIDE) (batch #: UNK), Dates: Unknown to Unknown, Dose: NI, Indications: BREAST CANCER
Name: ADRIAMYCIN (DOXORUBICIN) (batch #: UNK), Dates: Unknown to NI, Duration: Unknown, Dose: NI, *

23. OTHER RELEVANT HISTORY (e.g. diagnostics, allergics, pregnancy with last month of period, etc.)
Relevant history: MASTECTOMY
Pregnant: UNK

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER
Global Drug Surveillance
Aventis Pharma
Bridgewater NJ 08876-1258
Route 202/206

Spontaneous report

24b. MFR CONTROL NO.
200311552US

24c. DATE RECEIVED BY MANUFACTURER
17-FEB-2003

24d. REPORT SOURCE
☐ STUDY ☐ LITERATURE
☒ HEALTH PROFESSIONAL

DATE OF THIS REPORT
13-FEB-2004

25a. REPORT TYPE
☒ INITIAL ☐ FOLLOWUP

NI - No information available at this time UNK - Information unknown

 DRAFT

* Item completed on continuation page(s)

CIOMS FORM

| **CONTINUES PREVIOUS PAGE** | 1. PATIENT INITIALS (first,last) ?? | 24b. MFR CONTROL NO. 200311552US |
|---|---|---|

7 + 13 DESCRIBE REACTION(S) (including relevant tests/lab data)

[continuation:] age and gender who received single agent Taxotere (docetaxel) (therapy dates, dosage, and indication for use not provided) and experienced congestive heart failure (onset date not provided). Concomitant medication and relevant medical history were not provided.
Reporter's assessment of causal relationship: Physician stated he "was sure it was the Taxotere".

Addendum for follow up received 19-Mar-03:
A 56 year old female patient received Taxotere (docetaxel) therapy in Nov- and Dec-2002 for breast cancer. Prior treatment included Cytoxan (cyclophosphamide) and Adriamycin (doxorubicin) as adjuvant therapy. Relevant medical history included cancer of the breast, a mastectomy, and a MUGA ejection fraction of 65% post mastectomy. According to the reporter, the patient experienced dyspnea following the first dose of Taxotere in Nov-2002 and again experienced it after the second dose in Dec-2002 which required hospitalization. The MUGA ejection fraction after the second dose was 32%. Lot numbere/expiration date were unknown.

Evaluator's comment: Aventis Company Comment: Addendum for follo-up dated 19-Mar-03: This single case by itself does not alter the current known benefit-risk for this product.

Congestive heart failure (in the context of "heart failure") is listed in the Core Data Sheet for docetaxel.

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (exclude those used to treat reaction)

[continuation:] Indications: BREAST CANCER

Confidential Sanofi_05524709

CIOMS FORM

## SUSPECT ADVERSE REACTION REPORT

### I. REACTION INFORMATION

| 1. PATIENT INITIALS (first,last) | 1a. COUNTRY | 2. DATE OF BIRTH Day | Month | Year | 2a. AGE | 3. SEX | 4-6. REACTION ONSET Day | Month | Year |
|---|---|---|---|---|---|---|---|---|---|
| ?? | UNITED STATES | UNK | UNK | UNK | 28 yrs | F | NI | NI | NI |

7 + 13 DESCRIBE REACTION(S) (including relevant tests/lab data)

| Event (Decode) | Origin of Term | Nature of Event |
|---|---|---|
| CONGESTIVE HEART FAILURE (CARDIAC FAILURE CONGESTIVE) | Reporter | |
| left ventricular ejection fraction 15% (EJECTION FRACTION DECREASED) | Reporter | |
| shortness of breath (DYSPNOEA) | Reporter | |

Additional serious indicators: medically important *

8-12 CHECK ALL APPROPRIATE TO ADVERSE REACTION

- ☐ PATIENT DIED
- ☐ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- ☐ INVOLVED PERSISTENCE OR SIGNIFICANT DISABILITY OR INCAPACITY
- ☐ LIFE THREATENING

### II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG 1of 1 (include generic name)
TAXOTERE (DOCETAXEL) (batch #: UNK)

15. DAILY DOSE(S)
100 MG every 3 weeks

16. ROUTE(S) OF ADMINISTRATION
NI

17. INDICATION(S) FOR USE
ADJUVANT BREAST CANCER

18. THERAPY DATES (from/to)
Unknown to UNK

19. THERAPY DURATION
Unknown

20. DID REACTION ABATE AFTER STOPPING DRUG?
☐ YES ☐ NO ☐ NA

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
☐ YES ☐ NO ☐ NA

### III. CONCOMITANT DRUGS AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (exclude those used to treat reaction)
Name: ADRIAMYCIN (DOXORUBICIN) (batch #: UNK), Dates: Unknown to Unknown, Dose: 50 MG/M**2, Indications: ADJUVANT BREAST CANCER
Name: CYCLOPHOSPHAMIDE (CYCLOPHOSPHAMIDE) (batch #: UNK), Dates: Unknown to Unknown, Dose: NI, *

23. OTHER RELEVANT HISTORY (e.g. diagnostics, allergics, pregnancy with last month of period, etc.)
Concomitant diseases(s): MITRAL VALVE PROLAPSE
Pregnant: UNK

### IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER
Global Drug Surveillance
Aventis Pharma
Bridgewater NJ 08876-1258
Route 202/206

Spontaneous report

24b. MFR CONTROL NO.
200311685US

24c. DATE RECEIVED BY MANUFACTURER
20-FEB-2003

24d. REPORT SOURCE
☐ STUDY ☐ LITERATURE
☒ HEALTH PROFESSIONAL

DATE OF THIS REPORT
13-FEB-2004

25a. REPORT TYPE
☒ INITIAL ☐ FOLLOWUP

NI - No information available at this time UNK - Information unknown

DRAFT

* Item completed on continuation page(s)

CIOMS FORM

| CONTINUES PREVIOUS PAGE | 1. PATIENT INITIALS (first,last) ?? | 24b. MFR CONTROL NO. 200311685US |
|---|---|---|

7 + 13 DESCRIBE REACTION(S) (including relevant tests/lab data)

[continuation:]
Narrative: Initial report 20-Feb-03: This is an initial spontaneous postmarketing report received from a physician regarding a 28 year old female patient who initiated therapy with Taxotere (docetaxel) 100 mg every 3 weeks for adjuvant breast cancer along with Adriamycin (doxorubicin) 300 mg and cyclophosphamide and right sided radiation. Relevant medical history included mitral valve prolapse which was diagnosed "earlier."
According to the reporter, the patient experienced shortness of breath with 10% ejection fraction. No additional details were provided.
Reporter's assessment of causal relationship: Not provided.

Addendum for follow up received 10-Apr-03:
Additional information was provided via MedWatch form. The patient's left ventricular ejection fraction was 15%. She received Taxotere (docetaxel) 100 mg every 3 weeks for 6 cycles and Adriamycin 50 mg/m2 (300 mg/m2 total dose) for 6 cycles. The physician noted the congestive heart failure was most likely secondary to Taxotere and the onset was within 2 months after the last dose. The event is ongoing. Lot number/ expiration date were unknown to the reporter.
Reporter's assessment of causal relationship: Possible.

Evaluator's comment: Aventis Company Comment: Addendum for follow-up dated 10-Apr-03: This single case by itself does not alter the current known benefit-risk for this product.

Congestive heart failure (in the context of "heart failure") is listed in the Core Data Sheet for docetaxel.

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (exclude those used to treat reaction)

[continuation:] Indications: ADJUVANT BREAST CANCER
Name: RADIATION THERAPY (RADIATIONS THERAPY NOS) (batch #: UNK), Dates: Unknown to Unknown, Dose: NI, Indications: ADJUVANT BREAST CANCER

Confidential Sanofi_05524711

CIOMS FORM

# SUSPECT ADVERSE REACTION REPORT

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first,last) | 1a. COUNTRY | 2. DATE OF BIRTH Day | Month | Year | 2a. AGE | 3. SEX | 4-6. REACTION ONSET Day | Month | Year |
|---|---|---|---|---|---|---|---|---|---|
| JH | UNITED STATES | 12 | FEB | 1962 | 40 yrs | F | 23 | JAN | 2003 |

7 + 13 DESCRIBE REACTION(S) (including relevant tests/lab data)

| Event (Decode) | Origin of Term | Nature of Event |
|---|---|---|
| SHORTNESS OF BREATH, INTERMITTENT (DYSPNOEA) | Reporter | |
| hypoxia (HYPOXIA) | Reporter | |
| WBC COUNT 38,000/CMM (WHITE BLOOD CELL COUNT INCREASED) | Reporter | |

Narrative: Initial report 25-Mar-2003: This case refers to Taxotere (docetaxel) cycle #1. This postmarketing case reported by a physician involves a 40 year old female *

8-12 CHECK ALL APPROPRIATE TO ADVERSE REACTION

- ☐ PATIENT DIED
- ☒ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- ☐ INVOLVED PERSISTENCE OR SIGNIFICANT DISABILITY OR INCAPACITY
- ☐ LIFE THREATENING

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG 1of 5 (include generic name)
TAXOTERE (DOCETAXEL) (batch #: UNK)

15. DAILY DOSE(S)
NI

16. ROUTE(S) OF ADMINISTRATION
NI

17. INDICATION(S) FOR USE
BREAST CANCER

18. THERAPY DATES (from/to)
20-JAN-03 to 20-JAN-03

19. THERAPY DURATION
1 day

20. DID REACTION ABATE AFTER STOPPING DRUG?
☐ YES ☐ NO ☐ NA

21. DID REACTION REAPPEAR AFTER REINTRO-DUCTION?
☐ YES ☐ NO ☐ NA

## III. CONCOMITANT DRUGS AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (exclude those used to treat reaction)
Name: NEULASTA (batch #: UNK), Dates: 21-JAN-2003, continuing, Dose: 6 MG every 3 weeks Solution for injection, Route: subcutaneous, Indications: NEUTROPENIA ASSOCIATED WITH CHEMOTHERAPY

23. OTHER RELEVANT HISTORY (e.g. diagnostics, allergics, pregnancy with last month of period, etc.)
Relevant history: NO ALLERGY REPORTED
Concomitant diseases(s): ASTHMA
Pregnant: UNK

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER
Global Drug Surveillance
Aventis Pharma
Bridgewater NJ 08876-1258
Route 202/206

Spontaneous report

24b. MFR CONTROL NO.
200312762US

24c. DATE RECEIVED BY MANUFACTURER
25-MAR-2003

24d. REPORT SOURCE
☐ STUDY ☐ LITERATURE
☒ HEALTH PROFESSIONAL

DATE OF THIS REPORT
13-FEB-2004

25a. REPORT TYPE
☒ INITIAL ☐ FOLLOWUP

NI - No information available at this time UNK - Information unknown

DRAFT

* Item completed on continuation page(s)

CIOMS FORM

# SUSPECT ADVERSE REACTION REPORT

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first,last) | 1a. COUNTRY | 2. DATE OF BIRTH Day / Month / Year | 2a. AGE | 3. SEX | 4-6. REACTION ONSET Day / Month / Year |
|---|---|---|---|---|---|
| JH | | | | | |

7 + 13 DESCRIBE REACTION(S) (including relevant tests/lab data)

8-12 CHECK ALL APPROPRIATE TO ADVERSE REACTION

- ☐ PATIENT DIED
- ☐ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- ☐ INVOLVED PERSISTENCE OR SIGNIFICANT DISABILITY OR INCAPACITY
- ☐ LIFE THREATENING

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG 2of 5 (include generic name)

DOXORUBICIN (DOXORUBICIN) (batch #: UNK)

20. DID REACTION ABATE AFTER STOPPING DRUG? ☐ YES ☐ NO ☐ NA

15. DAILY DOSE(S)

NI

16. ROUTE(S) OF ADMINISTRATION

NI

21. DID REACTION REAPPEAR AFTER REINTRO-DUCTION? ☐ YES ☐ NO ☐ NA

17. INDICATION(S) FOR USE

BREAST CANCER

18. THERAPY DATES (from/to)

20-JAN-03 to 20-JAN-03

19. THERAPY DURATION

1 day

## III. CONCOMITANT DRUGS AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (exclude those used to treat reaction)

23. OTHER RELEVANT HISTORY (e.g. diagnostics, allergics, pregnancy with last month of period, etc.)

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER

24b. MFR CONTROL NO.

200312762US

24c. DATE RECEIVED BY MANUFACTURER

24d. REPORT SOURCE ☐ STUDY ☐ LITERATURE ☐ HEALTH PROFESSIONAL

DATE OF THIS REPORT

25a. REPORT TYPE ☐ INITIAL ☐ FOLLOWUP

NI - No information available at this time UNK - Information unknown

DRAFT

* Item completed on continuation page(s)

CIOMS FORM

## SUSPECT ADVERSE REACTION REPORT

### I. REACTION INFORMATION

| 1. PATIENT INITIALS (first,last) | 1a. COUNTRY | 2. DATE OF BIRTH Day | Month | Year | 2a. AGE | 3. SEX | 4-6. REACTION ONSET Day | Month | Year | 8-12 CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|---|---|---|---|
| JH | | | | | | | | | | ☐ PATIENT DIED<br>☐ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION<br>☐ INVOLVED PERSISTENCE OR SIGNIFICANT DISABILITY OR INCAPACITY<br>☐ LIFE THREATENING |

7 + 13 DESCRIBE REACTION(S) (including relevant tests/lab data)

### II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG 3of 5 (include generic name)

CYCLOPHOSPHAMIDE (CYCLOPHOSPHAMIDE) (batch #: UNK)

20. DID REACTION ABATE AFTER STOPPING DRUG? ☐ YES ☐ NO ☐ NA

15. DAILY DOSE(S)

NI

16. ROUTE(S) OF ADMINISTRATION

NI

17. INDICATION(S) FOR USE

BREAST CANCER

21. DID REACTION REAPPEAR AFTER REINTRO-DUCTION? ☐ YES ☐ NO ☐ NA

18. THERAPY DATES (from/to)

20-JAN-03 to 20-JAN-03

19. THERAPY DURATION

1 day

### III. CONCOMITANT DRUGS AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (exclude those used to treat reaction)

23. OTHER RELEVANT HISTORY (e.g. diagnostics, allergics, pregnancy with last month of period, etc.)

### IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER

24b. MFR CONTROL NO.

200312762US

24c. DATE RECEIVED BY MANUFACTURER

24d. REPORT SOURCE ☐ STUDY ☐ LITERATURE ☐ HEALTH PROFESSIONAL

DATE OF THIS REPORT

25a. REPORT TYPE ☐ INITIAL ☐ FOLLOWUP

NI - No information available at this time UNK - Information unknown

DRAFT

* Item completed on continuation page(s)

CIOMS FORM

# SUSPECT ADVERSE REACTION REPORT

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first,last) | 1a. COUNTRY | 2. DATE OF BIRTH Day / Month / Year | 2a. AGE | 3. SEX | 4-6. REACTION ONSET Day / Month / Year |
|---|---|---|---|---|---|
| JH | | | | | |

7 + 13 DESCRIBE REACTION(S) (including relevant tests/lab data)

8-12 CHECK ALL APPROPRIATE TO ADVERSE REACTION

- ☐ PATIENT DIED
- ☐ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- ☐ INVOLVED PERSISTENCE OR SIGNIFICANT DISABILITY OR INCAPACITY
- ☐ LIFE THREATENING

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG 4of 5 (include generic name)

GRANISETRON HCL (GRANISETRON HYDROCHLORIDE) (batch #: UNK)

20. DID REACTION ABATE AFTER STOPPING DRUG? ☐ YES ☐ NO ☐ NA

| 15. DAILY DOSE(S) | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| NI | NI |

17. INDICATION(S) FOR USE

NI

21. DID REACTION REAPPEAR AFTER REINTRO-DUCTION? ☐ YES ☐ NO ☐ NA

| 18. THERAPY DATES (from/to) | 19. THERAPY DURATION |
|---|---|
| 20-JAN-03, continuing | NI |

## III. CONCOMITANT DRUGS AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (exclude those used to treat reaction)

23. OTHER RELEVANT HISTORY (e.g. diagnostics, allergics, pregnancy with last month of period, etc.)

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER

24b. MFR CONTROL NO.

200312762US

24c. DATE RECEIVED BY MANUFACTURER

24d. REPORT SOURCE ☐ STUDY ☐ LITERATURE ☐ HEALTH PROFESSIONAL

DATE OF THIS REPORT

25a. REPORT TYPE ☐ INITIAL ☐ FOLLOWUP

NI - No information available at this time UNK - Information unknown

DRAFT

* Item completed on continuation page(s)

CIOMS FORM

# SUSPECT ADVERSE REACTION REPORT

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first,last) | 1a. COUNTRY | 2. DATE OF BIRTH Day | Month | Year | 2a. AGE | 3. SEX | 4-6. REACTION ONSET Day | Month | Year |
|---|---|---|---|---|---|---|---|---|---|
| JH | | | | | | | | | |

7 + 13 DESCRIBE REACTION(S) (including relevant tests/lab data)

8-12 CHECK ALL APPROPRIATE TO ADVERSE REACTION

- ☐ PATIENT DIED
- ☐ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- ☐ INVOLVED PERSISTENCE OR SIGNIFICANT DISABILITY OR INCAPACITY
- ☐ LIFE THREATENING

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG 5of 5 (include generic name)

DEXAMETHASONE (DEXAMETHASONE) (batch #: UNK)

15. DAILY DOSE(S)

NI

16. ROUTE(S) OF ADMINISTRATION

NI

17. INDICATION(S) FOR USE

NI

18. THERAPY DATES (from/to)

20-JAN-03, continuing

19. THERAPY DURATION

NI

20. DID REACTION ABATE AFTER STOPPING DRUG?

☐ YES ☐ NO ☐ NA

21. DID REACTION REAPPEAR AFTER REINTRO-DUCTION?

☐ YES ☐ NO ☐ NA

## III. CONCOMITANT DRUGS AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (exclude those used to treat reaction)

23. OTHER RELEVANT HISTORY (e.g. diagnostics, allergics, pregnancy with last month of period, etc.)

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER

24b. MFR CONTROL NO.

200312762US

24c. DATE RECEIVED BY MANUFACTURER

24d. REPORT SOURCE

☐ STUDY ☐ LITERATURE
☐ HEALTH PROFESSIONAL

DATE OF THIS REPORT

25a. REPORT TYPE

☐ INITIAL ☐ FOLLOWUP

NI - No information available at this time UNK - Information unknown

DRAFT

* Item completed on continuation page(s)

CIOMS FORM

| CONTINUES PREVIOUS PAGE | 1. PATIENT INITIALS (first,last) | 24b. MFR CONTROL NO. |
|---|---|---|
| | JH | 200312762US |

7 + 13 DESCRIBE REACTION(S) (including relevant tests/lab data)

[continuation:] with breast cancer and a history of asthma received cycle 1 chemotherapy [Adriamycin (doxorubicin), Taxotere, cyclophosphamide] on 20-Jan-2003 and Neulasta was initiated the following day. Two days later [23-Jan-03], the patient was hospitalized for intermittent shortness of breath with hypoxia; a pulmonary embolus was ruled out. An echocardiogram, chest x-ray, and pulmonary function test were ruled out. An echocardiogram and pulmonary function test were negative. In addition, a white blood cell count of 38,000/cmm was noted on 23-Jan-03. The symptoms of hypoxia/shortness of breath resolved within 48 hours. Treatment details were not provided. The physician reported the dyspnea and hypoxia moderate, felt the events were unlikey caused by Neulasta.
Adriamycin (doxorubicin), Taxotere, cyclophosphamide, Kytril (granisetron), and Decadron (dexamethasone) were identified as co-suspect drugs.

Addendum for follow-up dated 08-Apr-2003: Received MedWatch form from the physician with no new information.

Evaluator's comment: Aventis Company Comment: Addendum for follow-up dated 08-Apr-2003: This single case by itself does not alter the current known benefit-risk for the product.

Shortness of breath, intermittent (in the context of "dyspnea") is listed in the the Core Data Sheet for docetaxel; WBC (white blood cell count) 38,000 is unlisted.

Confidential Sanofi_05524717

CIOMS FORM

# SUSPECT ADVERSE REACTION REPORT

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first,last) | 1a. COUNTRY | 2. DATE OF BIRTH Day | Month | Year | 2a. AGE | 3. SEX | 4-6. REACTION ONSET Day | Month | Year |
|---|---|---|---|---|---|---|---|---|---|
| JH | UNITED STATES | 12 | FEB | 1962 | 40 yrs | F | 09 | FEB | 2003 |

7 + 13 DESCRIBE REACTION(S) (including relevant tests/lab data)

| Event (Decode) | Origin of Term | Nature of Event |
|---|---|---|
| SHORTNESS OF BREATH, INTERMITTENT (DYSPNOEA) | Reporter | |
| hypoxia (HYPOXIA) | Reporter | |
| WBC COUNT 55,000/CMM (WHITE BLOOD CELL COUNT INCREASED) | Reporter | |

Narrative: Initial report 25-Mar-2003: This case refers to Taxotere (docetaxel) cycle #2. This postmarketing case reported by a physician involves a 40 year old female *

8-12 CHECK ALL APPROPRIATE TO ADVERSE REACTION

- ☐ PATIENT DIED
- ☒ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- ☐ INVOLVED PERSISTENCE OR SIGNIFICANT DISABILITY OR INCAPACITY
- ☐ LIFE THREATENING

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG 1of 5 (include generic name)
TAXOTERE (DOCETAXEL) (batch #: UNK)

15. DAILY DOSE(S)
NI

16. ROUTE(S) OF ADMINISTRATION
NI

17. INDICATION(S) FOR USE
BREAST CANCER

18. THERAPY DATES (from/to)
6-FEB-03 to 6-FEB-03

19. THERAPY DURATION
1 day

20. DID REACTION ABATE AFTER STOPPING DRUG?
☐ YES ☐ NO ☐ NA

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
☐ YES ☐ NO ☐ NA

## III. CONCOMITANT DRUGS AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (exclude those used to treat reaction)
Name: NEULASTA (batch #: UNK), Dates: 07-FEB-2003 to 12-FEB-2003, Dose: 6 MG every 3 weeks Solution for injection, Route: subcutaneous, Indications: NEUTROPENIA ASSOCIATED WITH CHEMOTHERAPY

23. OTHER RELEVANT HISTORY (e.g. diagnostics, allergics, pregnancy with last month of period, etc.)
Relevant history: NO ALLERGY REPORTED
Concomitant diseases(s): ASTHMA
Pregnant: UNK

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER
Global Drug Surveillance
Aventis Pharma
Bridgewater NJ 08876-1258
Route 202/206

Spontaneous report

24b. MFR CONTROL NO.
200312770US

24c. DATE RECEIVED BY MANUFACTURER
25-MAR-2003

24d. REPORT SOURCE
☐ STUDY ☐ LITERATURE
☒ HEALTH PROFESSIONAL

DATE OF THIS REPORT
13-FEB-2004

25a. REPORT TYPE
☒ INITIAL ☐ FOLLOWUP

NI - No information available at this time UNK - Information unknown

DRAFT

* Item completed on continuation page(s)

CIOMS FORM

## SUSPECT ADVERSE REACTION REPORT

### I. REACTION INFORMATION

| 1. PATIENT INITIALS (first,last) | 1a. COUNTRY | 2. DATE OF BIRTH Day | Month | Year | 2a. AGE | 3. SEX | 4-6. REACTION ONSET Day | Month | Year | 8-12 CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|---|---|---|---|
| JH | | | | | | | | | | ☐ PATIENT DIED<br>☐ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION<br>☐ INVOLVED PERSISTENCE OR SIGNIFICANT DISABILITY OR INCAPACITY<br>☐ LIFE THREATENING |

7 + 13 DESCRIBE REACTION(S) (including relevant tests/lab data)

### II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG 2of 5 (include generic name)

DOXORUBICIN (DOXORUBICIN) (batch #: UNK)

20. DID REACTION ABATE AFTER STOPPING DRUG? ☐ YES ☐ NO ☐ NA

15. DAILY DOSE(S)

NI

16. ROUTE(S) OF ADMINISTRATION

NI

17. INDICATION(S) FOR USE

BREAST CANCER

21. DID REACTION REAPPEAR AFTER REINTRO-DUCTION? ☐ YES ☐ NO ☐ NA

18. THERAPY DATES (from/to)
6-FEB-03 to 6-FEB-03

19. THERAPY DURATION
1 day

### III. CONCOMITANT DRUGS AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (exclude those used to treat reaction)

23. OTHER RELEVANT HISTORY (e.g. diagnostics, allergics, pregnancy with last month of period, etc.)

### IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER

24b. MFR CONTROL NO.

200312770US

24c. DATE RECEIVED BY MANUFACTURER

24d. REPORT SOURCE ☐ STUDY ☐ LITERATURE ☐ HEALTH PROFESSIONAL

DATE OF THIS REPORT

25a. REPORT TYPE ☐ INITIAL ☐ FOLLOWUP

NI - No information available at this time UNK - Information unknown

DRAFT

* Item completed on continuation page(s)

CIOMS FORM

# SUSPECT ADVERSE REACTION REPORT

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first,last) | 1a. COUNTRY | 2. DATE OF BIRTH Day | Month | Year | 2a. AGE | 3. SEX | 4-6. REACTION ONSET Day | Month | Year |
|---|---|---|---|---|---|---|---|---|---|
| JH | | | | | | | | | |

7 + 13 DESCRIBE REACTION(S) (including relevant tests/lab data)

8-12 CHECK ALL APPROPRIATE TO ADVERSE REACTION

- ☐ PATIENT DIED
- ☐ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- ☐ INVOLVED PERSISTENCE OR SIGNIFICANT DISABILITY OR INCAPACITY
- ☐ LIFE THREATENING

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG 3of 5 (include generic name)

CYCLOPHOSPHAMIDE (CYCLOPHOSPHAMIDE) (batch #: UNK)

15. DAILY DOSE(S)

NI

16. ROUTE(S) OF ADMINISTRATION

NI

17. INDICATION(S) FOR USE

BREAST CANCER

18. THERAPY DATES (from/to)

6-FEB-03 to 6-FEB-03

19. THERAPY DURATION

1 day

20. DID REACTION ABATE AFTER STOPPING DRUG?

☐ YES ☐ NO ☐ NA

21. DID REACTION REAPPEAR AFTER REINTRO-DUCTION?

☐ YES ☐ NO ☐ NA

## III. CONCOMITANT DRUGS AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (exclude those used to treat reaction)

23. OTHER RELEVANT HISTORY (e.g. diagnostics, allergics, pregnancy with last month of period, etc.)

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER

24b. MFR CONTROL NO.

200312770US

24c. DATE RECEIVED BY MANUFACTURER

24d. REPORT SOURCE

☐ STUDY ☐ LITERATURE
☐ HEALTH PROFESSIONAL

DATE OF THIS REPORT

25a. REPORT TYPE

☐ INITIAL ☐ FOLLOWUP

NI - No information available at this time UNK - Information unknown

DRAFT

* Item completed on continuation page(s)

CIOMS FORM

# SUSPECT ADVERSE REACTION REPORT

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first,last) | 1a. COUNTRY | 2. DATE OF BIRTH Day / Month / Year | 2a. AGE | 3. SEX | 4-6. REACTION ONSET Day / Month / Year | 8-12 CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|
| JH | | | | | | ☐ PATIENT DIED<br>☐ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION<br>☐ INVOLVED PERSISTENCE OR SIGNIFICANT DISABILITY OR INCAPACITY<br>☐ LIFE THREATENING |

7 + 13 DESCRIBE REACTION(S) (including relevant tests/lab data)

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG 4of 5 (include generic name)

GRANISETRON HCL (GRANISETRON HYDROCHLORIDE) (batch #: UNK)

20. DID REACTION ABATE AFTER STOPPING DRUG? ☐ YES ☐ NO ☐ NA

| 15. DAILY DOSE(S) | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| NI | NI |

17. INDICATION(S) FOR USE

NI

21. DID REACTION REAPPEAR AFTER REINTRO-DUCTION? ☐ YES ☐ NO ☐ NA

| 18. THERAPY DATES (from/to) | 19. THERAPY DURATION |
|---|---|
| 6-FEB-03, continuing | NI |

## III. CONCOMITANT DRUGS AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (exclude those used to treat reaction)

23. OTHER RELEVANT HISTORY (e.g. diagnostics, allergics, pregnancy with last month of period, etc.)

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER

24b. MFR CONTROL NO.

200312770US

24c. DATE RECEIVED BY MANUFACTURER

24d. REPORT SOURCE ☐ STUDY ☐ LITERATURE ☐ HEALTH PROFESSIONAL

DATE OF THIS REPORT

25a. REPORT TYPE ☐ INITIAL ☐ FOLLOWUP

NI - No information available at this time UNK - Information unknown

DRAFT

* Item completed on continuation page(s)

CIOMS FORM

## SUSPECT ADVERSE REACTION REPORT

### I. REACTION INFORMATION

| 1. PATIENT INITIALS (first,last) | 1a. COUNTRY | 2. DATE OF BIRTH Day | Month | Year | 2a. AGE | 3. SEX | 4-6. REACTION ONSET Day | Month | Year | 8-12 CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|---|---|---|---|
| JH | | | | | | | | | | ☐ PATIENT DIED ☐ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION ☐ INVOLVED PERSISTENCE OR SIGNIFICANT DISABILITY OR INCAPACITY ☐ LIFE THREATENING |

7 + 13 DESCRIBE REACTION(S) (including relevant tests/lab data)

### II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG 5of 5 (include generic name)
DEXAMETHASONE (DEXAMETHASONE) (batch #: UNK)

20. DID REACTION ABATE AFTER STOPPING DRUG? ☐ YES ☐ NO ☐ NA

15. DAILY DOSE(S)
NI

16. ROUTE(S) OF ADMINISTRATION
NI

17. INDICATION(S) FOR USE
NI

21. DID REACTION REAPPEAR AFTER REINTRO-DUCTION? ☐ YES ☐ NO ☐ NA

18. THERAPY DATES (from/to)
6-FEB-03, continuing

19. THERAPY DURATION
NI

### III. CONCOMITANT DRUGS AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (exclude those used to treat reaction)

23. OTHER RELEVANT HISTORY (e.g. diagnostics, allergics, pregnancy with last month of period, etc.)

### IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER

24b. MFR CONTROL NO.
200312770US

24c. DATE RECEIVED BY MANUFACTURER

24d. REPORT SOURCE
☐ STUDY ☐ LITERATURE
☐ HEALTH PROFESSIONAL

DATE OF THIS REPORT

25a. REPORT TYPE
☐ INITIAL ☐ FOLLOWUP

NI - No information available at this time UNK - Information unknown

DRAFT

* Item completed on continuation page(s)

CIOMS FORM

| CONTINUES PREVIOUS PAGE | 1. PATIENT INITIALS (first,last) JH | 24b. MFR CONTROL NO. 200312770US |
|---|---|---|

7 + 13 DESCRIBE REACTION(S) (including relevant tests/lab data)

[continuation:] with breast cancer and a history of asthma received cycle 2 chemotherapy [Adriamycin (doxorubicin), Taxotere, cyclophosphamide] on 06-Feb-2003 and Neulasta was administered the following day. On 09-Feb-2003, the patient was hospitalized for intermittent shortness of breath with hypoxia; the symptoms resolved within 48 hours. Patient's WBC count was 55,000/cmm on 13-Feb-03. Treatment details were not provided. The physician reported the dyspnea and hypoxia moderate and unlikely caused by Neulasta. Adriamycin (doxorubicin), Taxotere, cyclophosphamide , Kytril (granisetron), and Decadron (dexamethasone) were identified as co-suspect drugs.

Addendum for follow-up dated 08-Apr-2003: Received MedWatch form from the physician with no new information.

Evaluator's comment: Aventis Company Comment: Addendum for follow-up dated 08-Apr-2003: New Follow-up information received does not change the previous assessment of this case. This single case by itself does not alter the current known benefit-risk for the product.

Shortness of breath, intermittent (in the context of "dyspnea") is listed in the the Core Data Sheet for docetaxel; wbc count of 55,000 is unlisted.

Confidential Sanofi_05524723

CIOMS FORM

# SUSPECT ADVERSE REACTION REPORT

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first,last) | 1a. COUNTRY | 2. DATE OF BIRTH Day | Month | Year | 2a. AGE | 3. SEX | 4-6. REACTION ONSET Day | Month | Year |
|---|---|---|---|---|---|---|---|---|---|
| JH | UNITED STATES | 12 | FEB | 1962 | 40 yrs | F | NI | NI | NI |

7 + 13 DESCRIBE REACTION(S) (including relevant tests/lab data)

| Event (Decode) | Origin of Term | Nature of Event |
|---|---|---|
| SHORTNESS OF BREATH, INTERMITTENT (DYSPNOEA) | Reporter | |
| hypoxia (HYPOXIA) | Reporter | |

Narrative: Initial report 25-Mar-2003: This case refers to Taxotere (docetaxel) cycle #3. This postmarketing case reported by a physician involves a 40 year old female with breast cancer and a history of asthma received cycle 3 chemotherapy without Neulasta support and the symptoms recurred. The physician reported the dyspnea and hypoxia *

8-12 CHECK ALL APPROPRIATE TO ADVERSE REACTION

- ☐ PATIENT DIED
- ☐ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- ☐ INVOLVED PERSISTENCE OR SIGNIFICANT DISABILITY OR INCAPACITY
- ☐ LIFE THREATENING

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG 1of 5 (include generic name)
TAXOTERE (DOCETAXEL) (batch #: UNK)

15. DAILY DOSE(S)
NI

16. ROUTE(S) OF ADMINISTRATION
NI

17. INDICATION(S) FOR USE
BREAST CANCER

18. THERAPY DATES (from/to)
Unknown to 4-MAR-03

19. THERAPY DURATION
Unknown

20. DID REACTION ABATE AFTER STOPPING DRUG?
☐ YES ☐ NO ☐ NA

21. DID REACTION REAPPEAR AFTER REINTRO-DUCTION?
☐ YES ☐ NO ☐ NA

## III. CONCOMITANT DRUGS AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (exclude those used to treat reaction)
Name: NO MENTION OF CONCOMITANT DRUG (NO INFORMATION ON FURTHER MEDICATION),

23. OTHER RELEVANT HISTORY (e.g. diagnostics, allergics, pregnancy with last month of period, etc.)
Relevant history: ASTHMA NOS
Concomitant diseases(s): MALIGNANT NEOPLASM BREAST CANCER
Pregnant: UNK

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER
Global Drug Surveillance
Aventis Pharma
Bridgewater NJ 08876-1258
Route 202/206

Spontaneous report

24b. MFR CONTROL NO.
200312773US

24c. DATE RECEIVED BY MANUFACTURER
25-MAR-2003

24d. REPORT SOURCE
☐ STUDY ☐ LITERATURE
☒ HEALTH PROFESSIONAL

DATE OF THIS REPORT
13-FEB-2004

25a. REPORT TYPE
☒ INITIAL ☐ FOLLOWUP

NI - No information available at this time UNK - Information unknown

 DRAFT

* Item completed on continuation page(s)

CIOMS FORM

# SUSPECT ADVERSE REACTION REPORT

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first,last) | 1a. COUNTRY | 2. DATE OF BIRTH Day | Month | Year | 2a. AGE | 3. SEX | 4-6. REACTION ONSET Day | Month | Year |
|---|---|---|---|---|---|---|---|---|---|
| JH | | | | | | | | | |

7 + 13 DESCRIBE REACTION(S) (including relevant tests/lab data)

8-12 CHECK ALL APPROPRIATE TO ADVERSE REACTION

- ☐ PATIENT DIED
- ☐ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- ☐ INVOLVED PERSISTENCE OR SIGNIFICANT DISABILITY OR INCAPACITY
- ☐ LIFE THREATENING

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG 2of 5 (include generic name)

DOXORUBICIN (DOXORUBICIN) (batch #: UNK)

20. DID REACTION ABATE AFTER STOPPING DRUG? ☐ YES ☐ NO ☐ NA

| 15. DAILY DOSE(S) | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| NI | NI |

17. INDICATION(S) FOR USE

NI

21. DID REACTION REAPPEAR AFTER REINTRO-DUCTION? ☐ YES ☐ NO ☐ NA

| 18. THERAPY DATES (from/to) | 19. THERAPY DURATION |
|---|---|
| Unknown to 4-MAR-03 | Unknown |

## III. CONCOMITANT DRUGS AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (exclude those used to treat reaction)

23. OTHER RELEVANT HISTORY (e.g. diagnostics, allergics, pregnancy with last month of period, etc.)

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER

24b. MFR CONTROL NO.

200312773US

24c. DATE RECEIVED BY MANUFACTURER

24d. REPORT SOURCE ☐ STUDY ☐ LITERATURE ☐ HEALTH PROFESSIONAL

DATE OF THIS REPORT

25a. REPORT TYPE ☐ INITIAL ☐ FOLLOWUP

NI - No information available at this time UNK - Information unknown

DRAFT

* Item completed on continuation page(s)

CIOMS FORM

## SUSPECT ADVERSE REACTION REPORT

### I. REACTION INFORMATION

| 1. PATIENT INITIALS (first,last) | 1a. COUNTRY | 2. DATE OF BIRTH Day / Month / Year | 2a. AGE | 3. SEX | 4-6. REACTION ONSET Day / Month / Year | 8-12 CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|
| JH | | | | | | ☐ PATIENT DIED<br>☐ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION<br>☐ INVOLVED PERSISTENCE OR SIGNIFICANT DISABILITY OR INCAPACITY<br>☐ LIFE THREATENING |

7 + 13 DESCRIBE REACTION(S) (including relevant tests/lab data)

### II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG 3of 5 (include generic name)
CYCLOPHOSPHAMIDE (CYCLOPHOSPHAMIDE) (batch #: UNK)

20. DID REACTION ABATE AFTER STOPPING DRUG? ☐ YES ☐ NO ☐ NA

15. DAILY DOSE(S)
NI

16. ROUTE(S) OF ADMINISTRATION
NI

17. INDICATION(S) FOR USE
NI

21. DID REACTION REAPPEAR AFTER REINTRO-DUCTION? ☐ YES ☐ NO ☐ NA

18. THERAPY DATES (from/to)
Unknown to 4-MAR-03

19. THERAPY DURATION
Unknown

### III. CONCOMITANT DRUGS AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (exclude those used to treat reaction)

23. OTHER RELEVANT HISTORY (e.g. diagnostics, allergics, pregnancy with last month of period, etc.)

### IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER

24b. MFR CONTROL NO.
200312773US

24c. DATE RECEIVED BY MANUFACTURER

24d. REPORT SOURCE
☐ STUDY ☐ LITERATURE
☐ HEALTH PROFESSIONAL

DATE OF THIS REPORT

25a. REPORT TYPE
☐ INITIAL ☐ FOLLOWUP

NI - No information available at this time UNK - Information unknown

DRAFT

* Item completed on continuation page(s)

CIOMS FORM

# SUSPECT ADVERSE REACTION REPORT

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first,last) | 1a. COUNTRY | 2. DATE OF BIRTH Day | Month | Year | 2a. AGE | 3. SEX | 4-6. REACTION ONSET Day | Month | Year |
|---|---|---|---|---|---|---|---|---|---|
| JH | | | | | | | | | |

7 + 13 DESCRIBE REACTION(S) (including relevant tests/lab data)

8-12 CHECK ALL APPROPRIATE TO ADVERSE REACTION

- ☐ PATIENT DIED
- ☐ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- ☐ INVOLVED PERSISTENCE OR SIGNIFICANT DISABILITY OR INCAPACITY
- ☐ LIFE THREATENING

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG 4of 5 (include generic name)
GRANISETRON HCL (GRANISETRON HYDROCHLORIDE) (batch #: UNK)

15. DAILY DOSE(S)
NI

16. ROUTE(S) OF ADMINISTRATION
NI

17. INDICATION(S) FOR USE
NI

18. THERAPY DATES (from/to)
Unknown to 4-MAR-03

19. THERAPY DURATION
Unknown

20. DID REACTION ABATE AFTER STOPPING DRUG?
☐ YES ☐ NO ☐ NA

21. DID REACTION REAPPEAR AFTER REINTRO-DUCTION?
☐ YES ☐ NO ☐ NA

## III. CONCOMITANT DRUGS AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (exclude those used to treat reaction)

23. OTHER RELEVANT HISTORY (e.g. diagnostics, allergics, pregnancy with last month of period, etc.)

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER

24b. MFR CONTROL NO.
200312773US

24c. DATE RECEIVED BY MANUFACTURER

24d. REPORT SOURCE
☐ STUDY ☐ LITERATURE
☐ HEALTH PROFESSIONAL

DATE OF THIS REPORT

25a. REPORT TYPE
☐ INITIAL ☐ FOLLOWUP

CIOMS FORM

# SUSPECT ADVERSE REACTION REPORT

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first,last) | 1a. COUNTRY | 2. DATE OF BIRTH Day | Month | Year | 2a. AGE | 3. SEX | 4-6. REACTION ONSET Day | Month | Year |
|---|---|---|---|---|---|---|---|---|---|
| JH | | | | | | | | | |

7 + 13 DESCRIBE REACTION(S) (including relevant tests/lab data)

8-12 CHECK ALL APPROPRIATE TO ADVERSE REACTION

- ☐ PATIENT DIED
- ☐ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- ☐ INVOLVED PERSISTENCE OR SIGNIFICANT DISABILITY OR INCAPACITY
- ☐ LIFE THREATENING

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG 5of 5 (include generic name)
DEXAMETHASONE (DEXAMETHASONE) (batch #: UNK)

20. DID REACTION ABATE AFTER STOPPING DRUG? ☐ YES ☐ NO ☐ NA

15. DAILY DOSE(S)
NI

16. ROUTE(S) OF ADMINISTRATION
NI

17. INDICATION(S) FOR USE
NI

21. DID REACTION REAPPEAR AFTER REINTRO-DUCTION? ☐ YES ☐ NO ☐ NA

18. THERAPY DATES (from/to)
Unknown to 4-MAR-03

19. THERAPY DURATION
Unknown

## III. CONCOMITANT DRUGS AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (exclude those used to treat reaction)

23. OTHER RELEVANT HISTORY (e.g. diagnostics, allergics, pregnancy with last month of period, etc.)

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER

24b. MFR CONTROL NO.
200312773US

24c. DATE RECEIVED BY MANUFACTURER

24d. REPORT SOURCE
☐ STUDY ☐ LITERATURE
☐ HEALTH PROFESSIONAL

DATE OF THIS REPORT

25a. REPORT TYPE
☐ INITIAL ☐ FOLLOWUP

NI - No information available at this time UNK - Information unknown

DRAFT

* Item completed on continuation page(s)

Confidential Sanofi_05524728

CIOMS FORM

| CONTINUES PREVIOUS PAGE | 1. PATIENT INITIALS (first,last) JH | 24b. MFR CONTROL NO. 200312773US |
|---|---|---|

7 + 13 DESCRIBE REACTION(S) (including relevant tests/lab data)

[continuation:] moderate and unlikely that the events may have been caused by Neulasta. Adriamycin (doxorubicin), Taxotere, cyclophosphamide, Kytril (granisetron), and Decadron (dexamethasone) were identified as co-suspect drugs.
Patient's white blood cell count on 14-Feb-2003 was 39,500/cmm, 21-Feb-2003--12,300/cmm, 06-Mar-2003--9,600/cmm, and 07-Mar-2003--5,600/cmm.
All labs are WNL and on file.

Addendum for follow-up dated 08-Apr-2003: Received MedWatch form from the physician with no new information.

CIOMS FORM

# SUSPECT ADVERSE REACTION REPORT

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first,last) | 1a. COUNTRY | 2. DATE OF BIRTH Day | Month | Year | 2a. AGE | 3. SEX | 4-6. REACTION ONSET Day | Month | Year |
|---|---|---|---|---|---|---|---|---|---|
| | UNITED STATES | NI | NI | NI | UNK | UNK | UNK | UNK | UNK |

8-12 CHECK ALL APPROPRIATE TO ADVERSE REACTION

- ☐ PATIENT DIED
- ☒ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- ☐ INVOLVED PERSISTENCE OR SIGNIFICANT DISABILITY OR INCAPACITY
- ☐ LIFE THREATENING

7 + 13 DESCRIBE REACTION(S) (including relevant tests/lab data)

| Event (Decode) | Origin of Term | Nature of Event |
|---|---|---|
| PERFORATED COLON (LARGE INTESTINE PERFORATION) | Reporter | |

Narrative: Initial report 13-May-2003: This spontaneous post-marketing case from the United States was reported by a physician and involves a patient (age and gender unspecified) receiving docetaxel (Taxotere) for breast cancer (dosage, schedule and therapy dates unknown). The patient was concomitantly receiving doxorubicin and cyclophosphamide. Relevant medical history and concomitant medication are unknown. The *

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG 1of 1 (include generic name)
TAXOTERE (DOCETAXEL) (batch #: UNK)

15. DAILY DOSE(S)
NI

16. ROUTE(S) OF ADMINISTRATION
NI

17. INDICATION(S) FOR USE
BREAST CANCER

18. THERAPY DATES (from/to)
Unknown to NI

19. THERAPY DURATION
NI

20. DID REACTION ABATE AFTER STOPPING DRUG?
☐ YES ☐ NO ☒ NA

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
☐ YES ☐ NO ☒ NA

## III. CONCOMITANT DRUGS AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (exclude those used to treat reaction)
Name: ADRIAMYCIN (DOXORUBICIN), Dates: Unknown to NI, Dose: NI
Name: CYTOXAN (CYCLOPHOSPHAMIDE), Dates: Unknown to NI, Dose: NI

23. OTHER RELEVANT HISTORY (e.g. diagnostics, allergics, pregnancy with last month of period, etc.)
Relevant history: NO MENTION OF RELEVANT DISEASE
Pregnant: UNK

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER
Global Drug Surveillance
Aventis Pharma
Bridgewater NJ 08876-1258
Route 202/206

Spontaneous report

24b. MFR CONTROL NO.
200314512US

24c. DATE RECEIVED BY MANUFACTURER
13-MAY-2003

24d. REPORT SOURCE
☐ STUDY ☐ LITERATURE
☒ HEALTH PROFESSIONAL

DATE OF THIS REPORT
13-FEB-2004

25a. REPORT TYPE
☒ INITIAL ☐ FOLLOWUP

NI - No information available at this time UNK - Information unknown

DRAFT

* Item completed on continuation page(s)

CIOMS FORM

| CONTINUES PREVIOUS PAGE | 1. PATIENT INITIALS (first,last) | 24b. MFR CONTROL NO. 200314512US |
|---|---|---|

7 + 13 DESCRIBE REACTION(S) (including relevant tests/lab data)

[continuation:] patient was hospitalized after developing a perforated colon. Remedial measures and outcome are unknown.

Evaluator's comment: Aventis Company Comment 13-May-2003: This single case by itself does not alter the current known benefit-risk for this product.

Perforated colon (in context of "gastrointetinal perforation") is considered listed in the Core Data Sheet for docetaxel.

Confidential Sanofi_05524731

CIOMS FORM

# SUSPECT ADVERSE REACTION REPORT

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first,last) | 1a. COUNTRY | 2. DATE OF BIRTH Day | Month | Year | 2a. AGE | 3. SEX | 4-6. REACTION ONSET Day | Month | Year |
|---|---|---|---|---|---|---|---|---|---|
| | UNITED STATES | NI | NI | NI | 46 yrs | F | 09 | JUN | 2003 |

8-12 CHECK ALL APPROPRIATE TO ADVERSE REACTION
- ☐ PATIENT DIED
- ☐ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- ☐ INVOLVED PERSISTENCE OR SIGNIFICANT DISABILITY OR INCAPACITY
- ☐ LIFE THREATENING

7 + 13 DESCRIBE REACTION(S) (including relevant tests/lab data)

| Event (Decode) | Origin of Term | Nature of Event |
|---|---|---|
| ITCHY EYES (EYE PRURITUS) | Reporter | |
| SHORTNESS OF BREATH (DYSPNOEA) | Reporter | |

Narrative: Initial report 30-Jun-2003: On 09-Jun-03, female patient was staretd on TAC regimen for breast cancer. She received Taxotere (docetaxel) first, followed by doxorubicin 50mg/m^2 (final dose of 85mg). Immediately after, she complained of itchy eyes and shortness of breath. The patient did not experience any adverse sequelae from the event and has not received another dose since that time. *

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG 1of 2 (include generic name)
TAXOTERE (DOCETAXEL) (batch #: 3C757/3C6144)

20. DID REACTION ABATE AFTER STOPPING DRUG? ☐ YES ☐ NO ☒ NA

15. DAILY DOSE(S)
50 MG/M**2

16. ROUTE(S) OF ADMINISTRATION
NI

21. DID REACTION REAPPEAR AFTER REINTRODUCTION? ☐ YES ☐ NO ☒ NA

17. INDICATION(S) FOR USE
BREAST CANCER

18. THERAPY DATES (from/to)
9-JUN-03 to NI

19. THERAPY DURATION
NI

## III. CONCOMITANT DRUGS AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (exclude those used to treat reaction)
Name: CYTOXAN (CYCLOPHOSPHAMIDE), Dates: Unknown to NI, Dose: NI
Name: MEDICATION NOS, Dates: Unknown to NI, Dose: NI, Indications: PREMEDICATION

23. OTHER RELEVANT HISTORY (e.g. diagnostics, allergics, pregnancy with last month of period, etc.)
Relevant history: NO MENTION OF RELEVANT DISEASE
Pregnant: UNK

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER
Global Drug Surveillance
Aventis Pharma
Bridgewater NJ 08876-1258
Route 202/206

Spontaneous report

24b. MFR CONTROL NO.
200316052US

24c. DATE RECEIVED BY MANUFACTURER
30-JUN-2003

24d. REPORT SOURCE
☐ STUDY ☐ LITERATURE
☒ HEALTH PROFESSIONAL

DATE OF THIS REPORT
13-FEB-2004

25a. REPORT TYPE
☒ INITIAL ☐ FOLLOWUP

NI - No information available at this time UNK - Information unknown

DRAFT

* Item completed on continuation page(s)

CIOMS FORM

## SUSPECT ADVERSE REACTION REPORT

### I. REACTION INFORMATION

| 1. PATIENT INITIALS (first,last) | 1a. COUNTRY | 2. DATE OF BIRTH | | | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | | | 8-12 CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Day | Month | Year | | | Day | Month | Year | |

7 + 13 DESCRIBE REACTION(S) (including relevant tests/lab data)

☐ PATIENT DIED
☐ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
☐ INVOLVED PERSISTENCE OR SIGNIFICANT DISABILITY OR INCAPACITY
☐ LIFE THREATENING

### II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG 2of 2 (include generic name)
DOXORUBICIN (DOXORUBICIN) (batch #: UNKNOWN)

20. DID REACTION ABATE AFTER STOPPING DRUG? ☐ YES ☐ NO ☐ NA

15. DAILY DOSE(S)
50 MG/M**2

16. ROUTE(S) OF ADMINISTRATION
NI

21. DID REACTION REAPPEAR AFTER REINTRO-DUCTION? ☐ YES ☐ NO ☐ NA

17. INDICATION(S) FOR USE
BREAST CANCER

18. THERAPY DATES (from/to)
9-JUN-03 to NI

19. THERAPY DURATION
NI

### III. CONCOMITANT DRUGS AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (exclude those used to treat reaction)

23. OTHER RELEVANT HISTORY (e.g. diagnostics, allergics, pregnancy with last month of period, etc.)

### IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER

24b. MFR CONTROL NO.
200316052US

24c. DATE RECEIVED BY MANUFACTURER

24d. REPORT SOURCE
☐ STUDY ☐ LITERATURE
☐ HEALTH PROFESSIONAL

DATE OF THIS REPORT

25a. REPORT TYPE
☐ INITIAL ☐ FOLLOWUP

NI - No information available at this time UNK - Information unknown

DRAFT

* Item completed on continuation page(s)

NDA 20449 Taxotere (Docetaxel) Aventis, Inc. 2.7.4 clinical safety summary.pdf, pg 139

CIOMS FORM

| CONTINUES PREVIOUS PAGE | 1. PATIENT INITIALS (first,last) | 24b. MFR CONTROL NO. 200316052US |
|---|---|---|

7 + 13 DESCRIBE REACTION(S) (including relevant tests/lab data)

[continuation:]
Addendum for follow-up received 16-Jul-2003: Follow-up received by pharmacist: Lot number was provided. Patient was rechallenged on 01-Jul-03 with no problem. Additional premedication was added and order of administration of medications were changed: first doxorubicin, next cyclophosphamide, then docetaxel.

Page 3 of 3

Confidential Sanofi_05524734

CIOMS FORM

**SUSPECT ADVERSE REACTION REPORT**

**I. REACTION INFORMATION**

| 1. PATIENT INITIALS (first,last) | 1a. COUNTRY | 2. DATE OF BIRTH Day | Month | Year | 2a. AGE | 3. SEX | 4-6. REACTION ONSET Day | Month | Year |
|---|---|---|---|---|---|---|---|---|---|
| | UNITED STATES | NI | NI | NI | 47 yrs | F | 18 | JUL | 2003 |

7 + 13 DESCRIBE REACTION(S) (including relevant tests/lab data)

| Event (Decode) | Origin of Term | Nature of Event |
|---|---|---|
| SEVERE PAIN ON HER SKIN (PAIN OF SKIN) | Reporter | |
| SHORTNESS OF BREATH (DYSPNOEA) | Reporter | |
| ESOPHAGITIS (OESOPHAGITIS) | Reporter | |
| difficulty swallowing (DYSPHAGIA) | Reporter | |
| GASTRITIS (GASTRITIS) | Reporter | |
| chest pain (CHEST PAIN) | Reporter | |
| sore sternum (CHEST PAIN) | Reporter | * |

8-12 CHECK ALL APPROPRIATE TO ADVERSE REACTION

- ☐ PATIENT DIED
- ☒ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- ☐ INVOLVED PERSISTENCE OR SIGNIFICANT DISABILITY OR INCAPACITY
- ☐ LIFE THREATENING

**II. SUSPECT DRUG(S) INFORMATION**

14. SUSPECT DRUG 1of 1 (include generic name)
TAXOTERE (DOCETAXEL) (batch #s: 3A522/3B527, 3C757/3C642)

15. DAILY DOSE(S)
120 MG once Solution for injection/NI

16. ROUTE(S) OF ADMINISTRATION
intravenous/NI

17. INDICATION(S) FOR USE
BREAST CANCER

18. THERAPY DATES (from/to)
17-JUL-03 to 17-JUL-03/NI

19. THERAPY DURATION
1 day/NI

20. DID REACTION ABATE AFTER STOPPING DRUG?
☐ YES ☐ NO ☐ NA

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
☐ YES ☐ NO ☐ NA

**III. CONCOMITANT DRUGS AND HISTORY**

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (exclude those used to treat reaction)
Name: ADRIAMYCIN (DOXORUBICIN), Dates: Unknown to Unknown, Dose: 4 CYCLES, Indications: BREAST CANCER
Name: CYCLOPHOSPHAMIDE (CYCLOPHOSPHAMIDE), Dates: Unknown to Unknown, Dose: 4 CYCLES, Indications: BREAST CANCER *

23. OTHER RELEVANT HISTORY (e.g. diagnostics, allergics, pregnancy with last month of period, etc.)
Relevant history: LUMPECTOMY, NO KNOWN DRUG ALLERGIES
Concomitant diseases(s): CHEMICAL IMBALANCE SINCE 1980, IRRITABLE BOWEL SYNDROME, GASTROESOPHAGEAL REFLUX DISEASE
Risk factor(s): had radiation therapy *

**IV. MANUFACTURER INFORMATION**

24a. NAME AND ADDRESS OF MANUFACTURER
Global Drug Surveillance
Aventis Pharma
Bridgewater NJ 08876-1258
Route 202/206

Spontaneous report

24b. MFR CONTROL NO.
200316750US

24c. DATE RECEIVED BY MANUFACTURER
24-JUL-2003

24d. REPORT SOURCE
☐ STUDY ☐ LITERATURE
☒ HEALTH PROFESSIONAL

DATE OF THIS REPORT
13-FEB-2004

25a. REPORT TYPE
☒ INITIAL ☐ FOLLOWUP

NI - No information available at this time UNK - Information unknown

DRAFT

* Item completed on continuation page(s)

CIOMS FORM

| CONTINUES PREVIOUS PAGE | 1. PATIENT INITIALS (first,last) | 24b. MFR CONTROL NO. 200316750US |
|---|---|---|

7 + 13 DESCRIBE REACTION(S) (including relevant tests/lab data)

[continuation:] MILD OR MINIMAL ULCERS (GASTRIC ULCER) Reporter
BULGING/HERNIATED DISC (INTERVERTEBRAL DISC PROTRUSION) Reporter
right leg pain (PAIN IN EXTREMITY) Reporter
right leg numbness (HYPOAESTHESIA) Reporter

Narrative: Initial report: This spontaneous postmarketing case, received from a nurse, involves a 47 year old female who initiated therapy with Taxotere (docetaxel) 120mg on 17-Jul-2003 for breast cancer. She had previously received 4 cycles of Adriamycin (doxorubicin)/cyclophosphamide, radiation and Taxol (paclitaxel). On 18-Jul-2003 the patient began experiencing severe pain on her skin, shortness of breath, chest pain, right leg pain and numbness, difficulty swallowing, esophagitis, and a sore sternum. She was hospitalized on 23-Jul-2003 and placed on a morphine pump for pain and Pepcid (famotidine) IV. Her chest x-ray and EKG were normal. All labs were good. These events are ongoing. Therapy with docetaxel was discontinued. Medical history is significant for a lumpectomy, breast cancer, a chemical imbalance, irritable bowel syndrome, and gastroesophageal reflux disease. Concomitant medication included Zofran (ondansetron), trazodone, and Protonix (pantoprazole).

Reporter's assessment of causal relationship: Possible.

Addendum for follow up received 06-Aug-2003:
Nurse returned transcribed Medwatch with the following information: Nurse stated the events are ongoing. The patient had an EGD performed which revealed gastritis, and mild or minimal ulcers. She had been on Protonix (pantoprazole) and was switched to Prevacid (lansoprazole). An MRI was done to evaluate her right leg numbness and this revealed a bulging/herniated disc.

Evaluator's comment: Aventis Company Comment: Addendum for follow up received 06-Aug-2003:

The patient's underlying pre-existing history of irritable bowel syndrome and gastroesophageal reflux disease suggests the patient's predisposition for the gastritis and mild or minimal ulcers. The patient's history of gastroesophageal reflux disease provides an alternative explanation for the esophagitis. There is no information to suggest an association between the bulging/herniated disc and docetaxel therapy.

Severe pain on her skin (in the context of "generalized or localized pain"), shortness of breath (in the context of "dyspnea"), and esophagitis (in the context of "stomatitis") are listed in the docetaxel Core Data Sheet; gastritis, and mild or minimal ulcers, bulging/herniated disc are unlisted.

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (exclude those used to treat reaction)

[continuation:] Name: RADIATION (RADIATIONS THERAPY NOS), Dates: Unknown to Unknown, Dose: NI, Indications: BREAST CANCER
Name: TAXOL (TAXOL), Dates: Unknown to Unknown, Dose: NI, Indications: BREAST CANCER
Name: ZOFRAN (ONDANSETRON HYDROCHLORIDE), Dates: Unknown to Unknown, Dose: NI
Name: TRAZODONE (TRAZODONE), Dates: Unknown to Unknown, Dose: NI
Name: PROTONIX (PANTOPRAZOLE SODIUM), Dates: Unknown to Unknown, Dose: NI

23. OTHER RELEVANT HISTORY (e.g. diagnostics, allergics, pregnancy with last month of period, etc.)

[continuation:] Pregnant: UNK

Confidential Sanofi_05524736

CIOMS FORM

# SUSPECT ADVERSE REACTION REPORT

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first,last) | 1a. COUNTRY | 2. DATE OF BIRTH Day | Month | Year | 2a. AGE | 3. SEX | 4-6. REACTION ONSET Day | Month | Year |
|---|---|---|---|---|---|---|---|---|---|
| S-R | GERMANY | 19 | JAN | 1942 | 57 yrs | F | NI | NI | NI |

7 + 13 DESCRIBE REACTION(S) (including relevant tests/lab data)

| Event (Decode) | Origin of Term | Nature of Event |
|---|---|---|
| REDNESS (ERYTHEMA) | Reporter | |
| DYSPNEA (DYSPNOEA) | Reporter | |
| HYPERTENSION (HYPERTENSION) | Reporter | |
| HYPERSENSITIVITY REACTION (HYPERSENSITIVITY) | Company | |

Narrative:
SPONTANEOUS CASE FROM GERMANY. *

8-12 CHECK ALL APPROPRIATE TO ADVERSE REACTION

☐ PATIENT DIED
☐ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
☐ INVOLVED PERSISTENCE OR SIGNIFICANT DISABILITY OR INCAPACITY
☐ LIFE THREATENING

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG 1of 3 (include generic name)
TAXOTERE (DOCETAXEL)

20. DID REACTION ABATE AFTER STOPPING DRUG?
☐ YES ☐ NO ☒ NA

15. DAILY DOSE(S)
100 MG/M**2 Concentrate for infusion

16. ROUTE(S) OF ADMINISTRATION
intravenous

17. INDICATION(S) FOR USE
BREAST CANCER

21. DID REACTION REAPPEAR AFTER REINTRO-DUCTION?
☐ YES ☐ NO ☒ NA

18. THERAPY DATES (from/to)
NI

19. THERAPY DURATION
NI

## III. CONCOMITANT DRUGS AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (exclude those used to treat reaction)
NI

23. OTHER RELEVANT HISTORY (e.g. diagnostics, allergics, pregnancy with last month of period, etc.)
NI

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER
Global Drug Surveillance
Aventis Pharma
Bridgewater NJ 08876-1258
Route 202/206

Spontaneous report

24b. MFR CONTROL NO.
DE01-05882

24c. DATE RECEIVED BY MANUFACTURER
04-JAN-2000

24d. REPORT SOURCE
☐ STUDY ☐ LITERATURE
☒ HEALTH PROFESSIONAL

DATE OF THIS REPORT
13-FEB-2004

25a. REPORT TYPE
☒ INITIAL ☐ FOLLOWUP

NI - No information available at this time UNK - Information unknown

DRAFT

* Item completed on continuation page(s)

CIOMS FORM

# SUSPECT ADVERSE REACTION REPORT

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first,last) | 1a. COUNTRY | 2. DATE OF BIRTH Day / Month / Year | 2a. AGE | 3. SEX | 4-6. REACTION ONSET Day / Month / Year | 8-12 CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|
| S-R | | | | | | ☐ PATIENT DIED<br>☐ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION<br>☐ INVOLVED PERSISTENCE OR SIGNIFICANT DISABILITY OR INCAPACITY<br>☐ LIFE THREATENING |

7 + 13 DESCRIBE REACTION(S) (including relevant tests/lab data)

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG 2of 3 (include generic name)
DOXORUBICIN (DOXORUBICIN)

20. DID REACTION ABATE AFTER STOPPING DRUG? ☐ YES ☐ NO ☐ NA

15. DAILY DOSE(S)
NI

16. ROUTE(S) OF ADMINISTRATION
NI

21. DID REACTION REAPPEAR AFTER REINTRO-DUCTION? ☐ YES ☐ NO ☐ NA

17. INDICATION(S) FOR USE
BREAST CANCER

18. THERAPY DATES (from/to)
NI

19. THERAPY DURATION
NI

## III. CONCOMITANT DRUGS AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (exclude those used to treat reaction)

23. OTHER RELEVANT HISTORY (e.g. diagnostics, allergics, pregnancy with last month of period, etc.)

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER

24b. MFR CONTROL NO.
DE01-05882

24c. DATE RECEIVED BY MANUFACTURER

24d. REPORT SOURCE
☐ STUDY ☐ LITERATURE
☐ HEALTH PROFESSIONAL

DATE OF THIS REPORT

25a. REPORT TYPE
☐ INITIAL ☐ FOLLOWUP

NI - No information available at this time UNK - Information unknown

DRAFT

* Item completed on continuation page(s)

CIOMS FORM

## SUSPECT ADVERSE REACTION REPORT

### I. REACTION INFORMATION

| 1. PATIENT INITIALS (first,last) | 1a. COUNTRY | 2. DATE OF BIRTH Day / Month / Year | 2a. AGE | 3. SEX | 4-6. REACTION ONSET Day / Month / Year |
|---|---|---|---|---|---|
| S-R | | | | | |

7 + 13 DESCRIBE REACTION(S) (including relevant tests/lab data)

8-12 CHECK ALL APPROPRIATE TO ADVERSE REACTION

- ☐ PATIENT DIED
- ☐ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- ☐ INVOLVED PERSISTENCE OR SIGNIFICANT DISABILITY OR INCAPACITY
- ☐ LIFE THREATENING

### II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG 3of 3 (include generic name)

CYCLOPHOSPHAMIDE (CYCLOPHOSPHAMIDE)

15. DAILY DOSE(S)

NI

16. ROUTE(S) OF ADMINISTRATION

NI

17. INDICATION(S) FOR USE

BREAST CANCER

18. THERAPY DATES (from/to)

NI

19. THERAPY DURATION

NI

20. DID REACTION ABATE AFTER STOPPING DRUG?

☐ YES ☐ NO ☐ NA

21. DID REACTION REAPPEAR AFTER REINTRO-DUCTION?

☐ YES ☐ NO ☐ NA

### III. CONCOMITANT DRUGS AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (exclude those used to treat reaction)

23. OTHER RELEVANT HISTORY (e.g. diagnostics, allergics, pregnancy with last month of period, etc.)

### IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER

24b. MFR CONTROL NO.

DE01-05882

24c. DATE RECEIVED BY MANUFACTURER

24d. REPORT SOURCE

☐ STUDY ☐ LITERATURE
☐ HEALTH PROFESSIONAL

DATE OF THIS REPORT

25a. REPORT TYPE

☐ INITIAL ☐ FOLLOWUP

NI - No information available at this time UNK - Information unknown

DRAFT

* Item completed on continuation page(s)

CIOMS FORM

| CONTINUES PREVIOUS PAGE | 1. PATIENT INITIALS (first,last) S-R | 24b. MFR CONTROL NO. DE01-05882 |
|---|---|---|

7 + 13 DESCRIBE REACTION(S) (including relevant tests/lab data)

[continuation:] AFFILIATE CONTROL NUMBER: 200005-S.

COMPARATIVE AGENT : DOXORUBICIN + CYCLOPHOSPHAMIDE

REPORT 0:

---------

THIS 57 YEAR-OLD FEMALE PATIENT WITH BREAST CANCER RECEIVED A COURSE OF DOCETAXEL (IV, 100 MG/M2) IN COMBINATION WITH DOXORUBICIN AND CYCLOPHOSPHAMIDE (DATE NOT SPECIFIED).

FIVE MINUTES AFTER THE BEGINNING OF THE INFUSION, SHE DEVELOPED REDNESS, DYSPNEA AND HYPERTENSION.

THESE EVENTS RECOVERED.

THE PHYSICIAN CONSIDERS THESE EVENTS AS NOT SERIOUS AND AS PROBABLY RELATED TO DOCETAXEL.

Confidential Sanofi_05524740

CIOMS FORM

# SUSPECT ADVERSE REACTION REPORT

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first,last) | 1a. COUNTRY | 2. DATE OF BIRTH Day | Month | Year | 2a. AGE | 3. SEX | 4-6. REACTION ONSET Day | Month | Year |
|---|---|---|---|---|---|---|---|---|---|
| I-H | GREAT BRITAIN | NI | NI | NI | NI | F | NI | NI | NI |

7 + 13 DESCRIBE REACTION(S) (including relevant tests/lab data)

| Event (Decode) | Origin of Term | Nature of Event |
|---|---|---|
| PULMONARY FIBROSIS (PULMONARY FIBROSIS) | Reporter | |
| SHORTNESS OF BREATH (DYSPNOEA) | Reporter | |
| PULMONARY FIBROSIS (PULMONARY FIBROSIS) | Company | |
| SHORTNESS OF BREATH (DYSPNOEA) | Company | |

Narrative: *

8-12 CHECK ALL APPROPRIATE TO ADVERSE REACTION

- ☐ PATIENT DIED
- ☐ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- ☐ INVOLVED PERSISTENCE OR SIGNIFICANT DISABILITY OR INCAPACITY
- ☐ LIFE THREATENING

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG 1of 1 (include generic name)

TAXOTERE (DOCETAXEL)

20. DID REACTION ABATE AFTER STOPPING DRUG? ☐ YES ☐ NO ☐ NA

15. DAILY DOSE(S)

Concentrate for infusion

16. ROUTE(S) OF ADMINISTRATION

intravenous

17. INDICATION(S) FOR USE

BREAST CANCER

21. DID REACTION REAPPEAR AFTER REINTRO-DUCTION? ☐ YES ☐ NO ☐ NA

18. THERAPY DATES (from/to)

NI to ??-JUL-99

19. THERAPY DURATION

NI

## III. CONCOMITANT DRUGS AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (exclude those used to treat reaction)

Name: CYCLOPHOSPHAMIDE (CYCLOPHOSPHAMIDE), Dates: NI to NI, Dose: NI, Indications: BREAST CANCER
Name: METHOTREXATE (METHOTREXATE), Dates: NI to NI, Dose: NI, Indications: BREAST CANCER
Name: DOXORUBICIN (DOXORUBICIN), Dates: NI to NI, Dose: NI, Indications: BREAST CANCER *

23. OTHER RELEVANT HISTORY (e.g. diagnostics, allergics, pregnancy with last month of period, etc.)

NI

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER

Global Drug Surveillance
Aventis Pharma
Bridgewater NJ 08876-1258
Route 202/206

Spontaneous report

24b. MFR CONTROL NO.

GB01-06164

24c. DATE RECEIVED BY MANUFACTURER

04-NOV-1999

24d. REPORT SOURCE

☐ STUDY ☐ LITERATURE
☒ HEALTH PROFESSIONAL

DATE OF THIS REPORT

13-FEB-2004

25a. REPORT TYPE

☒ INITIAL ☐ FOLLOWUP

NI - No information available at this time UNK - Information unknown

DRAFT

* Item completed on continuation page(s)

CIOMS FORM

| CONTINUES PREVIOUS PAGE | 1. PATIENT INITIALS (first,last) I-H | 24b. MFR CONTROL NO. GB01-06164 |
|---|---|---|

7 + 13 DESCRIBE REACTION(S) (including relevant tests/lab data)

[continuation:] SPONTANEOUS CASE : UK.

AFFILIATE CONTROL NUMBER : 10542.

REPORT O :

__________

A HOSPITAL PHARMACIST REPORTS THAT A FEMALE PATIENT RECEIVING TAXOTERE FOR BREAST CANCER DEVELOPED PULMONARY FIBROSIS WITH SHORTNESS OF BREATH (NO DATES PROVIDED).

THE PATIENT RECEIVED A TOTAL OF 6 CYCLES OF TAXOTERE. SHE HAS ALSO RECEIVED CYCLOPHOSPHAMIDES, METHOTREXATE, DOXORUBICIN, VINORELBINE AND FLUOROURACIL WITHIN THE PAST THREE MONTHS.

THE REPORTER CONSIDERED THE EVENTS (PULMONARY FIBROSIS, SHORTNESS OF BREATH) AS NOT SERIOUS. THE CAUSALITY IS PENDING.

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (exclude those used to treat reaction)

[continuation:] Name: VINORELBINE (VINORELBINE), Dates: NI to NI, Dose: NI, Indications: BREAST CANCER
Name: FLUOROURACIL (FLUOROURACIL), Dates: NI to NI, Dose: NI, Indications: BREAST CANCER

CIOMS FORM

# SUSPECT ADVERSE REACTION REPORT

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first,last) | 1a. COUNTRY | 2. DATE OF BIRTH Day | Month | Year | 2a. AGE | 3. SEX | 4-6. REACTION ONSET Day | Month | Year |
|---|---|---|---|---|---|---|---|---|---|
| --- | UNITED STATES | NI | NI | NI | 55 yrs | F | NI | NI | NI |

7 + 13 DESCRIBE REACTION(S) (including relevant tests/lab data)

| Event (Decode) | Origin of Term | Nature of Event |
|---|---|---|
| CHEST PAIN (CHEST PAIN) | Reporter | |
| SHORTNESS OF BREATH (DYSPNOEA) | Reporter | |
| STOMACH PAIN (ABDOMINAL PAIN UPPER) | Reporter | |
| CHEST PAIN (CHEST PAIN) | Company | |
| SHORTNESS OF BREATH (DYSPNOEA) | Company | |
| STOMACH PAIN (ABDOMINAL PAIN UPPER) | Company | |

*

8-12 CHECK ALL APPROPRIATE TO ADVERSE REACTION

- ☐ PATIENT DIED
- ☐ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- ☐ INVOLVED PERSISTENCE OR SIGNIFICANT DISABILITY OR INCAPACITY
- ☐ LIFE THREATENING

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG 1of 1 (include generic name)
TAXOTERE (DOCETAXEL)

20. DID REACTION ABATE AFTER STOPPING DRUG?
☒ YES ☐ NO ☐ NA

15. DAILY DOSE(S)
Concentrate for infusion

16. ROUTE(S) OF ADMINISTRATION
intravenous

17. INDICATION(S) FOR USE
PRIMARY BREAST CANCER

18. THERAPY DATES (from/to)
NI

19. THERAPY DURATION
NI

21. DID REACTION REAPPEAR AFTER REINTRO-DUCTION?
☐ YES ☐ NO ☐ NA

## III. CONCOMITANT DRUGS AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (exclude those used to treat reaction)

Name: DECADRON (DEXAMETHASONE), Dates: NI to NI, Dose: 4 MG, Route: oral, Indications: PRE-MED
Name: DOXORUBICIN (DOXORUBICIN), Dates: NI to NI, Dose: NI, Route: intravenous, Indications: BREAST CANCER
Name: CYTOXAN (CYCLOPHOSPHAMIDE), Dates: NI to NI, Dose: NI, Indications: BREAST CANCER

23. OTHER RELEVANT HISTORY (e.g. diagnostics, allergics, pregnancy with last month of period, etc.)

Concomitant diseases(s): INSULIN DEPENDENT DIABETES MELLITUS

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER
Global Drug Surveillance
Aventis Pharma
Bridgewater NJ 08876-1258
Route 202/206

Spontaneous report

24b. MFR CONTROL NO.
US01-24668

24c. DATE RECEIVED BY MANUFACTURER
08-MAY-2000

24d. REPORT SOURCE
☐ STUDY ☐ LITERATURE
☒ HEALTH PROFESSIONAL

DATE OF THIS REPORT
13-FEB-2004

25a. REPORT TYPE
☒ INITIAL ☐ FOLLOWUP

NI - No information available at this time UNK - Information unknown

DRAFT

* Item completed on continuation page(s)

CIOMS FORM

| CONTINUES PREVIOUS PAGE | 1. PATIENT INITIALS (first,last) --- | 24b. MFR CONTROL NO. US01-24668 |
|---|---|---|

7 + 13 DESCRIBE REACTION(S) (including relevant tests/lab data)

[continuation:]
Narrative: SPONTANEOUS CASE FROM UNITED STATES

A PHARMACIST REPORTS A 55-YEAR-OLD FEMALE PATIENT WITH BREAST CANCER RECEIVED DOCETAXEL AND 15 SECONDS INTO THE INFUSION DEVELOPED SEVERE CHEST PAIN, SHORTNESS OF BREATH, AND STOMACH PAIN. SYMPTOMS ABATED WITH BENADRYL AND DECADRON. PATIENT IS AN INSULIN-DEPENDENT DIABETIC.

NO FURTHER INFORMATION IS EXPECTED.

REL HISTORY:
INSULIN-DEPENDENT.
DIABETIC.

Confidential Sanofi_05524744