# EXHIBIT L

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
- - -

| | | |
|---|---|---|
| IN RE:  TAXOTERE | : | MDL NO. 2740 |
| (DOCETAXEL) PRODUCTS | : | SECTION: "N" |
| LIABILITY LITIGATION | : | (5) |
| | : | JUDGE |
| THIS DOCUMENT RELATES | : | ENGELHARDT |
| TO: | : | MAG. JUDGE |
| | : | NORTH |
| ALL CASES | : | |

- - -
February 28, 2018
- - -

Videotaped deposition of
FRANCES POLIZZANO, PharmD, taken pursuant
to notice, was held at the law offices of
DLA Piper, 51 John F. Kennedy Parkway,
Short Hills, New Jersey, beginning at
9:01 a.m., on the above date, before
Michelle L. Gray, a Registered
Professional Reporter, Certified
Shorthand Reporter, Certified Realtime
Reporter, and Notary Public.


- - -


GOLKOW LITIGATION SERVICES
877.370.3377 ph| 917.591.5672
deps@golkow.com

Frances Polizzano, PharmD

Page 27

1  BY MR. BACHUS:
2       Q.   Sure.  Do you agree that a
3  drug manufacturer must provide
4  informative and accurate information in
5  its label to effectively communicate with
6  doctors?
7            MR. RATLIFF:  Object to
8       form.
9            THE WITNESS:  Yeah.  So we
10      continue to monitor -- health --
11      let's see.
12           Manufacturers continue to
13      monitor for their products, and
14      then based on those assessments,
15      they'll make a determination on
16      whether a label needs to be
17      updated and they could propose to
18      the FDA a labeling update.
19           Having said that, it's up to
20      the agency to make the final
21      decision.  They have the final say
22      on what is in the USPI.
23 BY MR. BACHUS:
24      Q.   Let me see if I can re-ask

Frances Polizzano, PharmD

Page 28

1  the question.  Okay.  Just a statement.
2  It's okay if you want to disagree with
3  it.  But if you agree with it, I
4  appreciate if you just tell me that you
5  agree with it.  Okay.
6           Do you agree that a drug
7  manufacturer must provide informative and
8  accurate information in its label to
9  effectively communicate with doctors?
10          MR. RATLIFF:  Same
11     objection.
12          THE WITNESS:  Yes, and they
13     do that by constant monitoring of
14     the product.  You know, the label
15     is a living document that is
16     constantly changing over its
17     life -- lifecycle.
18  BY MR. BACHUS:
19     Q.  Okay.  Do you agree that a
20  drug manufacturer must avoid providing
21  false or misleading information in its
22  label?
23          MR. RATLIFF:  Object to
24     form.

```
 1              THE WITNESS:  Yes.  We --
 2         you're not -- you would not want
 3         to mislead or any of that.  But
 4         again, that is continually done
 5         through, you know, the company is
 6         reviewing the information.  But
 7         also the agency is reviewing the
 8         information.  And --
 9    BY MR. BACHUS:
10         Q.   My -- I don't mean to
11    interrupt you.  But I only have seven
12    hours with you, and I just want to make
13    sure I use it the best that I can use it
14    for giving me answers to the questions
15    that I'm actually asking.  Does that seem
16    fair to you?
17              MR. RATLIFF:  Kyle, I think
18         she's trying to answer your
19         questions.
20    BY MR. BACHUS:
21         Q.   Okay.  Well, the question is
22    whether you agree or disagree with the
23    following --
24         A.   I said yes.  I already had
```

Page 30

```
 1   said that.  What I was saying --
 2        Q.    Okay.  But then you go on --
 3   then you go on to this --
 4             MR. RATLIFF:  Kyle, let her
 5        finish.
 6   BY MR. BACHUS:
 7        Q.    -- very long narrative
 8   that's really not responsive, and it's
 9   not helpful to the process.  I have a
10   very limited amount of time today.
11             MR. RATLIFF:  Fran, you can
12        answer the questions however you
13        want to answer the questions.
14             MR. BACHUS:  Well...
15             THE WITNESS:  I think it's
16        important that I'm able to provide
17        the context of when you're asking
18        for a yes and no answers --
19   BY MR. BACHUS:
20        Q.    Let me ask --
21        A.    -- because --
22        Q.    Let me ask it this way:
23   Tell me when it would be appropriate for
24   a manufacturer to provide false or
```

Page 31

1 misleading information in its label?
2     A.   It would not be.
3     Q.   Okay.  Then why is it hard
4 when I ask you to agree that a drug
5 manufacturer must avoid providing false
6 or misleading information in its label,
7 why is it hard for you to just say,
8 "Mr. Bachus, you're absolutely right.  I
9 agree with you"?
10         MR. RATLIFF:  Object to
11     form.
12         THE WITNESS:  I just want to
13     make sure that it is clear --
14 BY MR. BACHUS:
15    Q.   I'm --
16    A.   -- where --
17        MR. RATLIFF:  Let her
18     finish, Kyle.
19 BY MR. BACHUS:
20    Q.   Go ahead.
21    A.   You want everything in black
22 and white.  And I understand that.  But I
23 also want to make sure that it is clear
24 that we understand the context of how

Frances Polizzano, PharmD

Page 32

1  these things work.
2      Q.   Well, you got a letter
3  yourself, which we'll look at in a few
4  minutes, where the FDA personally in
5  writing told you this exact same
6  statement.  And I'm just wondering why
7  you're having difficulty agreeing to it
8  now.
9           MR. RATLIFF:  It's not --
10          object to form.
11          THE WITNESS:  Can I see the
12          letter then?
13 BY MR. BACHUS:
14     Q.   Sure.  Let me ask you again.
15 We'll look at it in a minute.  I've got a
16 couple of things that I want to do first.
17 But I want to ask the question and see
18 whether you agree or disagree.
19          A drug manufacturer must
20 avoid providing false or misleading
21 information in its label.  Do you agree
22 with that?
23     A.   And I've said yes.
24     Q.   Thank you.

1      A.    I don't --
2      Q.    Do you agree that a drug
3  manufacturer must avoid using ineffective
4  language in its label if the result is
5  providing misleading communication about
6  the drug's side effects?
7           MR. RATLIFF:  Object to
8      form.
9           THE WITNESS:  Could you
10     repeat that?
11 BY MR. BACHUS:
12     Q.    Sure.  Do you agree that a
13 drug manufacturer must avoid using
14 ineffective language in its label if the
15 result is providing misleading
16 communication about the drug's side
17 effects?
18          MR. RATLIFF:  Same
19     objection.
20          THE WITNESS:  Sorry.  Could
21     you repeat one more time?
22 BY MR. BACHUS:
23     Q.    Sure.  Do you agree that a
24 drug manufacturer must avoid using

Page 34

1  ineffective language in its label if the
2  result of doing so provides misleading
3  communication about the drug's side
4  effects?
5       A.   Well, the manufacturer would
6  propose the language to the agency, and
7  the FDA would have the final say of what
8  would go into the label.
9       Q.   Otherwise, you agree with
10 the statement?
11           MR. RATLIFF:  Same
12       objection.
13 BY MR. BACHUS:
14      Q.   Because that's the question.
15 Whether you agree with the statement, or
16 whether you disagree with the statement.
17 That's the actual question.  Do you want
18 me to restate -- restate the statement?
19           MR. RATLIFF:  What question?
20 BY MR. BACHUS:
21      Q.   Let me restate it one more
22 time.
23           MR. RATLIFF:  What question
24       is pending?

Page 35

1         MR. BACHUS:  There's only
2     one question that's been pending
3     about this.
4  BY MR. BACHUS:
5         Q.   Do you agree or disagree
6  with the following statement:  A drug
7  manufacturer must avoid using ineffective
8  language in its label if doing so results
9  in providing misleading communication
10 about the drug's side effects?
11        MR. RATLIFF:  Object to
12     form.
13        THE WITNESS:  Yes, but I
14     think it's important to keep in
15     mind that we're submitting
16     information to the agency, and
17     again, it's the -- you know,
18     they're reviewing all of that
19     information before it's finalized
20     and approved.
21 BY MR. BACHUS:
22        Q.   Okay.  Thank you.
23             Do you agree that a drug
24 manufacturer must make sure that its

 1   warnings remain adequate for as long as
 2   the drug is on the market?
 3              MR. RATLIFF:  Object to
 4        form.
 5              THE WITNESS:  Yes.  And I
 6        think we do do that through our --
 7        we're constant super -- you know,
 8        surveying the safety information
 9        and providing it to the agency.
10   BY MR. BACHUS:
11        Q.   Do you agree that changes
12   being effected regulation permits a
13   manufacturer to unilaterally change a
14   drug label to reflect newly acquired
15   information subject to later FDA review
16   and approval?
17              MR. RATLIFF:  Object to
18        form.
19              THE WITNESS:  I'm sorry.  I
20        don't understand your question
21        exactly.
22   BY MR. BACHUS:
23        Q.   Sure.  I'll read --
24        A.   Rephrase it, please.

 1      Q.    Yes, ma'am.  My question is
 2  whether you agree or disagree with the
 3  following statement.  Here is the
 4  statement:
 5            Do you agree that the
 6  changes being effected, CBE, regulation,
 7  permits a manufacturer to unilaterally
 8  change a drug label to reflect newly
 9  acquired information subject to later FDA
10  review and approval?
11      A.    Yes.  According to
12  regulation, we're trying to get the
13  information out prior to the agency
14  providing their response.
15      Q.    Do you agree that drug
16  manufacturers are allowed to strengthen
17  an FDA-approved warning label without FDA
18  approval through the CBE process?
19      A.    I'm sorry.  I don't
20  understand the question.  I'll be honest.
21      Q.    Sure.  Let me see if I can
22  make it more clear for you.
23            And again, the question is
24  whether you agree or disagree with the

 1   following statement.  And here's the
 2   statement:
 3              Drug manufacturers are
 4   allowed to strengthen an FDA-approved
 5   warning label without FDA approval
 6   through the CBE process?
 7              MR. RATLIFF:  Object to
 8        form.
 9              THE WITNESS:  But
10        ultimate -- the FDA has the final
11        say on what the label would be.
12   BY MR. BACHUS:
13        Q.    So you disagree with that
14   statement?
15        A.    No.  You can propose it.
16   But ultimately the FDA has the final say
17   of what would go into the USPI.
18        Q.    Well, under the CBE process
19   you can actually implement a label change
20   to strengthen a warning and then
21   subsequently go through a review process,
22   correct?
23        A.    You're getting the
24   information out, but then they are having