Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CASE No.  2:16-cv-17039

ELIZABETH KAHN,

        Plaintiffs,

v.

SANOFI-AVENTIS U.S. L.L.C. and
SANOFI US SERVICE, INC.

        Defendant
_____/

Remote Proceedings
September 29, 2020
10:03 a.m. - 4:39 p.m.

VIDEO DEPOSITION OF ANTONELLA TOSTI, M.D.
(Via Teleconference)
Taken before SUZANNE VITALE, R.P.R., F.P.R.
and Notary Public for the State of Florida at Large,
pursuant to Notice of Taking Deposition filed in the
above cause.

Page 7

1    A.   Yes.
2    Q.   Do you stand by the testimony that you
3    gave under oath at the Earnest trial?
4    A.   Yes.
5    Q.   Very good.
6         Doctor, I know that we're in unusual
7    circumstances here doing this deposition virtually.
8    And if you have any technological problems today or
9    any questions or hiccups with it, please just let us
10   know and we'll make sure to get everything sorted
11   out and get it working, okay?
12   A.   Thank you very much.
13   Q.   Very good.
14        Now, what did you do to prepare for your
15   deposition today?
16   A.   I did a lot.  I studied all the medical
17   records.  I studied all of the articles that have
18   been published.  I read many depositions that are
19   listed in one of my exhibit.  And, basically, I
20   review everything.
21   Q.   Did you do anything last night, for
22   example, to prepare?
23   A.   Yes, I did.  I spent all the last few days
24   preparing.
25   Q.   Very good.

Page 62

1                    Then I took the biopsy.  My resident put
2       the sutures.  Then we talk a little bit more about
3       her possibility, and then that's it.
4            Q.   Right at the end there, you say you talk a
5       little bit more about -- did you say the
6       possibilities?
7            A.   Yes.  I discuss a little bit with her
8       possible treatment options.
9            Q.   What do you recall discussing with
10      Ms. Kahn regarding the possible treatment options?
11           A.   I told her that maybe minoxidil can
12      provide mild improvement, not something big, but
13      mild improvement.  And that was what I discussed
14      with her.
15           Q.   Did you discuss anything else other than
16      minoxidil --
17           A.   No.
18           Q.   -- in terms of treatment?
19           A.   No.
20           Q.   Did you provide Ms. Kahn with a
21      prescription for minoxidil?
22           A.   No, but minoxidil is over the counter.  It
23      doesn't require a prescription.
24           Q.   Did Ms. Kahn indicate whether or not she
25      was going to try minoxidil for her hair?

Page 63

1   A.   No.
2   Q.   And did -- strike that.
3        Prior to your visit with Ms. Kahn, had she
4   ever tried any treatment options for her hair?
5   A.   From her deposition, I understood that she
6   tried biotin, but she didn't tell me when we talk.
7   Q.   Did you ask her about whether or not she
8   had ever tried any treatment options for her hair?
9   A.   Yes.  I ask her if she consulted the
10  doctor, and she told me she spoke with a
11  dermatologist, even if it's not in the dermatologist
12  notes, and basically they told her there was nothing
13  she could do.
14  Q.   So we'll get to that, but she said that
15  she did ask her dermatologists about her hair?
16  A.   She told me that.  It's in my note.
17  Q.   Right.  And she also indicated that she
18  talked to her oncologist about her hair as well; is
19  that right?
20  A.   Yes.
21  Q.   Prior to seeing you, do you know whether
22  or not Ms. Kahn had ever seen a doctor for any kind
23  of workup related to her alopecia?
24       MR. LAMBERT:  Object to form.
25       THE WITNESS:  As far as I saw from the

1           medical record, she saw a dermatologist several
2           times. The dermatologist doesn't write on the
3           records about the alopecia, but she saw the
4           dermatologist for actinic keratosis of the
5           scalp, which are, by definition, something that
6           happens when the skin is exposed to the sun.
7     BY MR. STRONGMAN:
8           Q.   Can you spell that for us, that condition
9     that you just mentioned that she saw the
10    dermatologist for her scalp?
11          A.   Actinic, A-C-T-I-N-I-C. Keratosis,
12    K-E-R-A-T-O-S-I-S.
13          Q.   What is that condition?
14          A.   It's a precancer due to sun, sun-induced
15    precancer. And this happens on skin that is exposed
16    to the sun. So it's something that is very unusual
17    on the scalp except for bald men.
18          Q.   And when did Ms. Kahn see a dermatologist
19    about actinic keratosis?
20          A.   I think several times. You know, I think
21    she saw the dermatologist during the time, many
22    time.
23          Q.   Do you recall, based on your review of the
24    records, when Ms. Kahn first saw a dermatologist for
25    actinic keratosis?

Page 65

1  A. I don't recall in this moment.
2  Q. How long does it typically take for
3  actinic keratosis to develop?
4  A. I don't think there are study on that.
5  Depends on skin type and depends on, you know, the
6  UV index.  New Orleans is definitely faster than in
7  New York.
8  Q. In general, is that a condition that will
9  develop over a course of years?
10  A. No.  I've seen patients developing in
11  months.
12  Q. Going back to Ms. Kahn's visit with her
13  dermatologist.  You did view -- strike that.
14       Going back to Ms. Kahn's visits with her
15  dermatologists.  You did review the records from
16  those treaters, correct?
17  A. Yes, I did.
18  Q. You would agree with me that there was
19  nothing in the dermatology records for Ms. Kahn
20  regarding anything on alopecia, correct?
21       MR. LAMBERT:  Object to form.
22       THE WITNESS:  Yes.
23  BY MR. STRONGMAN:
24  Q. And you also reviewed the depositions of
25  her dermatologists, correct?

Page 67

1  correct?
2      A.  You know, but you're also asking a doctor
3  many years afterwards if he had written, he should
4  only answer yes, because otherwise he's not being
5  precise.
6      Q.  And specifically, do you remember the name
7  of the dermatologists that we're referring to here?
8      A.  I don't remember their name, but I'm sure
9  it's a woman.
10     Q.  And does the name Dr. Coller Ochsner ring
11 a bell with you?
12     A.  Yes, I think it's her.
13     Q.  And so you're not saying that Dr. Coller
14 Ochsner is wrong when she testified that she has no
15 record of Ms. Kahn ever raising alopecia concerns
16 with her, correct?
17     A.  I'm not saying she's wrong.
18         MR. LAMBERT:  Object to form.
19         THE WITNESS:  I'm saying that if she had
20     actinic keratosis in the scalp, she should have
21     alopecia, because that's never been described
22     with a full head of hair.  So it's no way she
23     had alopecia.
24 BY MR. STRONGMAN:
25     Q.  Did you see any documents from any

Page 69

1    their care and treatment of Ms. Kahn?
2            MR. LAMBERT:  Object to form.
3            THE WITNESS:  I believe it.
4    BY MR. STRONGMAN:
5        Q.   And you believe they're telling the truth,
6    correct?
7        A.   I believe they're telling the truth, but
8    if they're telling that the patient, that there
9    might be six actinic keratosis in the scalp, they
10   show very well that that patient has alopecia,
11   because you cannot have those lesions if the head is
12   covered.
13       Q.   What else did Ms. Kahn tell you about her
14   history when you asked her on that September 4, 2020
15   visit?
16       A.   I think everything she told me is in my
17   note.
18       Q.   And so she told you about her chemotherapy
19   treatments; is that correct?
20       A.   She told me about the chemotherapy.
21       Q.   And she told you that she had taken
22   Tamoxifen, correct?
23       A.   Yes.
24       Q.   And then she also told you that she had
25   normal hair density before this illness, is what it