# EXHIBIT 4

Mamina M. Turegano, M.D.

```
 1            UNITED STATES DISTRICT COURT
 2            EASTERN DISTRICT OF LOUISIANA
 3     -------------------------------X
 4     IN RE: TAXOTERE (DOCETAXEL)     MDL No. 2740
 5     PRODUCTS LIABILITY LITIGATION   SECTION: "H"
 6                                     JUDGE MILAZZO
       This Document Relates To:       MAG. JUDGE NORTH
 7     ALL CASES
 8     -------------------------------X
 9
10
11                      — — —
12              Friday, October 23, 2020
                        — — —
13
14
15
16
17         Remote Videotaped Oral Deposition of
       MAMINA M. TUREGANO, M.D., held at the
18     location of the witness, commencing at
       9:33 a.m. CDT, on the above date, before
19     Michael E. Miller, Fellow of the Academy of
       Professional Reporters, Certified Court
20     Reporter, Registered Diplomate Reporter,
       Certified Realtime Reporter and Notary
21     Public.
22
23                      — — —
24            GOLKOW LITIGATION SERVICES
          877.370.3377 ph | 917.591.5672 fax
25               deps@golkow.com
```

```
 1    correct?
 2         A.    I -- it looks like I do not.
 3         Q.    Okay.  No dermatologist saw her
 4    pre cancer treatment and diagnosed her with
 5    alopecia, did they?
 6         A.    Not that I saw in her records.
 7         Q.    Okay.  And we've already talked
 8    about how you don't diagnose alopecia from
 9    photographs alone, right?
10               MR. SEARS:  Objection, form.
11         A.    Well, depends on what platform
12    or what you're referring to, because I do
13    diagnose alopecia with photographs through my
14    online tele-dermatology platform.
15    BY MR. LAMBERT:
16         Q.    Okay.  Do you believe that the
17    photographs of Ms. Kahn prior to chemotherapy
18    are sufficient for you to make a diagnosis
19    that she had alopecia before chemotherapy?
20         A.    Yes.
21         Q.    Okay.  And what else do you
22    base that statement on?
23         A.    Her history of how she's had
24    difficulty just growing her hair; that her
25    hair was fine, so she always kept it short;
```

```
 1    and that -- her pretty significant family
 2    history of hair loss.  And then the fact that
 3    she's also had actinic keratoses, which are
 4    precancerous lesions on her scalp.
 5              These are indicative of, you
 6    know, long-term sun exposure.  So the
 7    thinning of the scalp is definitely a risk
 8    factor for actinic keratoses, so having
 9    actinic keratoses on the scalp, I mean, you
10    really only see it in people who have
11    thinning of the scalp, but it would have to
12    be longstanding.
13              So those would be my reasons.
14         Q.   Okay.  Let me ask you -- let me
15    start with the first -- I'll start where you
16    ended there.
17              Actinic keratosis, what is the
18    basis for your statement that that takes
19    years to develop?  Can it take years to
20    develop or can it be also fairly quick in
21    terms of development?
22         A.   Yeah.  I mean, well, typically
23    with actinic keratoses, it would be very rare
24    to see them before the age of 40, and so that
25    is a typical indicator.
```

```
 1                    Yeah, I mean you definitely
 2    don't -- I haven't ever seen it in children
 3    or kids -- I mean, children or teenagers or
 4    really people in their twenties, rarely in
 5    the thirties if they're very fair skinned or
 6    have had a significant history of sun
 7    exposure.
 8                    So it takes a long time for the
 9    sun damage to accumulate to then lend the
10    skin to be predisposed to making actinic
11    keratoses.
12         Q.    What medical literature or
13    scientific authority do you cite for that
14    proposition?
15         A.    Based on just my education
16    throughout residency and my clinical
17    practice.
18         Q.    The thinner your hair is on the
19    top of your scalp probably the quicker you
20    can get actinic keratosis; is that fair?
21         A.    That's fair to say.  I see --
22    patients who have less hair on the top of the
23    scalp, I see more actinic keratoses there.
24         Q.    Let's also talk about you
25    reviewed Ms. Kahn's hairdresser's deposition,
```