# Taxotere 2000-2004
# Strategic Plan

## "The Cornerstone of Cancer Therapy"



Confidential

Sanofi_00739377

# Strategic Intent

We believe that by aggressively marketing Taxotere's superior clinical profile, results of phase II and III clinical trials, and by producing data in combination with novel therapeutic agents, we will position Taxotere as the cornerstone of therapy for breast, lung, prostate/bladder, SCCHN, and gastric cancer, and we will generate yearly sales of over $500M by 2004.

Confidential

Sanofi_00739378

# Strategic Plan
## *Major Assumptions*

- Uninterrupted clinical program will support planned sNDA timeline

- We will capture 70% of MBC, and grow adjuvant market share to at least 25% by 2004

- We will capture at least 10% of NCSLC in 2000, growing to 30% by 2004

- We will be the first taxane to market for HRPC, and we will capture at least 10% share in 2000, growing to 45% by 2004

Confidential



Confidential

# Strategic Plan
## *Major Assumptions*

- Clinical trial results will support moving to earlier treatment settings (Adjuvant breast, 1st line NSCLC)

- Increased resources for promotion, publications, and training

- No new taxane introductions before 2002

- Novel therapeutics will require combination with cytotoxics

- Reimbursement will change...APC's?

Confidential

# Strategic Plan
## *Marketing Issues: External*

- Incomplete differentiation vs. paclitaxel (generic)
- Toxicity perceptions remain
- Loyalty to paclitaxel
- Adjuvant, weekly, + Herceptin...Taxol 1st's
- Fierce competition for breast cancer market share
- Behind Taxol and Gemzar at NSCLC launch
- Industry cooperation for early stage combination studies, and dissemination of data

Confidential

# Strategic Plan
## *Marketing Issues: External*

- High media and investigator interest in novel combinations

- Efficacy gains with added toxicity unacceptable

- Survival

- "Synergy"

- Sequence vs. combination?

- NCI philosophy...do phase III studies

- Dominant Network Presence = greater volume-based contracting

Confidential

Sanofi_00739383

# Strategic Plan
## *Marketing Issues: Internal*

- Aventis integration short term distraction
- Must keep "academic" focus
- Sales training is more complex, invest time now
- Sales/marketing messages more complex
- Future growth dependent on successful launch of new indications
- Maximize FDAMA
- Supply chain issues…vial ratio, demand, "underfill"

Confidential

# Strategic Plan
## *Marketing Issues: Internal*

- Tax 311
- "Stamp out neuropathy"
- Improving thought leader management
- Creating "standard of care" status
- Branding Taxotere + Adriamycin
- Speed
- Communication
- Preparation for generic paclitaxel...ASP erosion?

Sanofi_00739385

# Strategic Plan
## *Cancer Research Summary*

- Anticancer agents are the most widely researched pharmaceuticals in the world. Ranked by number of agents in development, they are:

  - breast cancer agents

  - prostate cancer agents

  - melanoma agents

  - ovarian cancer agents

- Developmental focus is shifting to Angiogenisis inhibitors and apoptosis agonists

- As of May 1999, there were 1,422 anticancer projects in development worldwide (Scrip, June 1999)

Confidential

Sanofi_00739386

# Strategic Plan
## *Objectives*

- Continued market share gains in breast cancer

- Successful launch of NSCLC indication(s)

- First to market in combination with Herceptin for Adjuvant treatment of Her-2/*neu* (+) breast cancer

- First to market +/- estramustine for the treatment of prostate cancer

- First to market for SCCHN

- Completion of combination trials

- Maximize reimbursement opportunities

Confidential



Confidential

Sanofi_00739388



Critical Success Factor:
*Major Indications Timeline*

$440M

$300M

| 2000 | 2001 | 2002 | 2003 |
| --- | --- | --- | --- |
| NSCLC AT-Breast SCCHN | HRPC (accelerated) | Adjuvant Breast / HRPC | Gastric |

Sanofi_00739389

**Strategic Plan**

*Taxotere Breast Cancer Positioning*

Taxotere is the cornerstone of therapy in the treatment of breast cancer, with significantly superior response and survival rates as a single agent or in combination, and with a favorable safety profile

Confidential

Sanofi_00739390



The trends in earlier treatment of breast cancer increase Taxotere's market potential.*

Previous Target Market

Metastatic Breast Cancer

# patients 119,883

New Target Market

Metastatic and Stages II, node pos, III, IV

# patients 161,776

*Year 2000 figures

Sanofi_00739391

# Strategic Plan

## *Market Trends: Breast Cancer*

- Taxane market is increasing
  - Taxotere is the #1 drug used to treat MBC
- Weekly usage of Taxanes also increasing
  - Changing paradigm: Palliative approach to 1st line
  - Weekly favorable to doublet therapy
  - Trend is toward single agent sequential therapy for MBC
- Adjuvant usage of Taxanes increasing
- Herceptin usage increasing
  - Smaller number of eligible patients than previously thought
  - Cardiac toxicity may prevent adjuvant adoption

Sanofi_00739392

# Strategic Plan

## *Market Trends: Breast Cancer*

- Gemzar, Xeloda, Navelbine, impact is primarily in the salvage setting
  - Salvage / 2nd line market is crowded
- Intense competition for stage IV breast cancer patients
- BMS moving Carbo into treatment of breast cancer
  - Will Herceptin in the adjuvant setting move Adria out?
- New products move quickly into combinations for early use
- Interest in monoclonals high
- Many salvage agents have failed to move higher

Sanofi_00739393

# Most oncologists use Taxotere in breast cancer; only a small minority do not use Taxotere at all



% ONCs

| | |
|---|---|
| Jul-96 | 2 7 % |
| Dec-96 | 5 9 % |
| Mar-97 | 6 1 % |
| Jul-97 | 7 3 % |
| Nov-97 | 7 6 % |
| Feb-98 | 8 4 % |
| Jun-98 | 8 4 % |
| Dec-98 | 8 7 % |
| May '99 | 8 9 % |

Source:  Taxotere Tracking, Wave 16, May 1999; n=150

Sanofi_00739394

# Audit data confirms the fact that Taxotere is dominating the metastatic breast cancer market.



SOURCE: Tandem Cancer Patient Audit, Jan 1995 to March 1999 projected patients / month, excludes hormone-only pts
*Includes single agent or combination therapy; includes regimens with Adria

Sanofi_00739395

# Cornerstone of Breast Cancer Therapy

2000 ⟶ 2004

| | Current Therapy | Study | Outcome |
|---|---|---|---|
| **Adjuvant** | | | |
| -Node (-) | ACx4 ➔ Taxane x4 | E2197 | AT/Same |
| -Node (+) | ACx4 ➔ Taxane x4 | Tax316 | TAC/Same |
| -Her 2 (+) | ACx4 ➔ Taxane x4 | BCIRG | TCH/TLH |
| **1st Line** | Taxane comb. | 306/GIA | AT or TH |
| | Taxane q3 weeks | 303/304 | Same |
| | Taxane weekly +/- | GIA | Novel Agents |
| **2nd Line** | Taxane weekly | GIA's | Same |
| | Other agents | GIA's | Novel Agents |

Sanofi_00739396



# Strategic Plan
## *Projected Breast Cancer Sales by Line of Therapy*

Sanofi_00739397

# Strategic Plan
## *Taxotere NSCLC Positioning*

Taxotere is one of the most effective agents in the treatment of NSCLC with proven survival achieved without compromising quality of life, and a favorable safety profile suitable for combination with other cytotoxic agents

Sanofi_00739398

# Strategic Plan
## *Market Trends: NSCLC*

- The treatment of NSCLC in the first-line setting is dominated by Taxol/Carbo

- Second-line treatment includes Taxol, Taxotere, Navelbine, & Gemzar, as a single agent or in combination regimens

- Oncologists seek to balance quality of life (toxicity) with survival when selecting a treatment regimen

- Oncologists are looking for alternatives to Taxol/Carbo

- Usage of Gemzar alone and in combination therapy is growing

- Navelbine is being used second or third line therapy

Confidential

# Strategic Plan
## *Incidence of NSCLC by Stage*



Source: American Cancer Society, 1999

Confidential

# Major Regimens in Stage III/IV NSCLC



Legend:
- Taxol + carbo
- Navelbine +/-
- Gemzar +/-
- carbo/cis + VP16
- Taxol +/-
- Taxotere +/-

SOURCE: Tandem Cancer Patient Audit, January 1997 to March 1999
projected patients / month

Confidential

Sanofi_00739401



Major Regimens in 2nd Line Stage III/IV NSCLC

Legend:
- Taxol + carbo
- Navelbine +/-
- Gemzar +/-
- Taxol +/-
- Taxotere +/- carbo
- other

% of projected patients per month

Q1 1997, Q2 1997, Q3 1997, Q4 1997, Q1 1998, Q2 1998, Q3 1998, Q4 1998, Q1 1999

*Total drug usage for each quarter may total to more than 100% because of combination regimens

SOURCE: Tandem Cancer Patient Audit, Q1/97 - Q1/99 projected patients / month

Confidential

Sanofi_00739402

# Market Share
## Stage III/IV NSCLC (4/98 - 3/99)

| | All | 1st | 2nd |
|---|---|---|---|
| Taxol | 46% | 55.52% | 21.06% |
| Taxotere | 4% | 3.51% | 5.09% |
| Gemzar | 15% | 8.75% | 45.59% |
| Navelbine | 21% | 18.56% | 29% |

% of Patients/month

Tandem Cancer Audit

Confidential

Sanofi_00739403

# Cornerstone of NSCLC Therapy

2000 ———→ 2004

| | Current Therapy | Study | Outcome |
|---|---|---|---|
| **1st Line** | Taxol/Carbo<br><br>GIA/Tax326 | E1594<br>Tax705<br>Tax308 | Taxotere +/-<br>Platinum or<br>Gemzar...<br>Herceptin? |
| **2nd Line<br>(1999)** | Gemzar<br>Navelbine<br>Taxol | Lilly, Glaxo<br>Promotion | Same or New<br>Agents |
| **2nd Line<br>(2000)** | Taxotere | Tax320<br>Tax317 | Taxotere |

Sanofi_00739404



## Strategic Plan
### Projected Sales for NSCLC

# Strategic Plan
## *Taxotere HRPC Positioning*

Taxotere as a single agent or in combination is the most active agent in the treatment of Hormone Refractory Prostate Cancer, with a predictable and favorable safety profile

Sanofi_00739406

# Strategic Plan
## *HRPC Market Size*

- Prostate cancer is the most commonly diagnosed cancer and the second leading cause of cancer related death among men

- 179,300 newly diagnosed cases and 37,000 deaths expected to occur in 1999 (ACS 1999)

- Roughly 36% of these new cases are expected to be diagnoses of advanced disease (T3 & T4)

  - progression to a hormone refractory state will generally occur within 18 to 36 months in these patients

Confidential

# Strategic Plan
## *HRPC Market Size*

- Estimated incidence of HRPC in the US is roughly 76,400 (Onkos. Decision Resources, 1998)

- 10,696 projected chemotherapy recipients each year (Tandem Cancer Patient Audit, Apr98 – Mar99)

- Currently, approximately 14% of HRPC patients receive chemotherapy

Confidential



# Strategic Plan
## *Major Regimens in HRPC*

SOURCE: Tandem Cancer
Patient Audit, Apr 98 to
March 99

Confidential

## SWOG 9916

# A Multicenter, Randomized Phase III Study of Docetaxel + Estramustine versus Mitoxantrone + Prednisone in Patients with Hormone-Refractory Prostate Cancer

Hormone-
Refractory
Advanced Prostate
Cancer

RANDOMIZE

Taxotere 60 mg/m$^2$ d2
+ Estramustine 280 mg TID
d1-5
Q 3 Weeks

Mitoxantrone 12 mg/m$^2$ d1
+ Prednisone 5 mg BID
d1-21
Q 3 Weeks

Confidential

Sanofi_00739410

# Cornerstone of HRPC Therapy



2000 ──────► 2004

**Adjuvant**

Surgery/Radiation/Hormonal Therapy → GIA's → Taxotere +/- RT, p53, Hormones

**Refractory**

Mitoxantrone-based Estramustine-based → S9916 Tax X → Taxotere +/- Emcyt or Prednisone

Sanofi_00739411



Strategic Plan
*Projected Sales from HRPC*

Confidential

Sanofi_00739412



Confidential

Sanofi_00739413



# Strategic Plan
## Customer Segments

**TACTICS**

- Medical Affairs/Liaisons
- Marketing
- General/Academic Tactics
- Network Mgr/Sales/Marketing
- General/Community Tactics

**CUSTOMER SEGMENT**

- Cooperative Groups
- Opinion Leaders
- Academic Cancer Centers
- Networks
- Community Cancer Centers

**2000–2004 Tumor Type Marketing Focus**

Sanofi_00739414

# Strategic Goals
## *Taxotere GIA Program*

- **Generate new clinical information**
  - Investigator-initiated studies
- **Relationship development**
  - Thought leaders
  - Cooperative groups
- **Support for other areas in the company**
  - R&D/Medical Affairs/Sales & Marketing

Confidential

Sanofi_00739415



*Clinical Oncology Programs*
Organizational Chart

Michael Boyer
Sr. Manager

Maria Lankford
Mgr, East CL's

Mark Albers
Mgr, West CL's

Project Leaders
Wendy Palmby
Denise Reilly
Bev Jacquelin

7 Clinical Liaisons

7 Clinical Liaisons

Admin Assistant

Confidential

*Clinical Oncology Program*
## Taxotere GIA Studies

| GIA | Active | In Process | Complete | Total |
|---|---|---|---|---|
| Preclinical | 18 | 15 | 28 | 61 |
| Clinical | 155 | 139 | 54 | 348 |
| Breast | 58 | 42 | 20 | 120 |
| Lung | 34 | 22 | 15 | 71 |
| Prostate | 18 | 24 | 3 | 45 |
| GI | 9 | 10 | 3 | 22 |
| Head & Neck | 2 | 9 | 4 | 15 |
| Gyn | 4 | 7 | 0 | 11 |
| Bladder | 3 | 6 | 0 | 9 |
| Hem | 3 | 1 | 0 | 4 |
| Other | 24 | 18 | 9 | 51 |

(as of June 1999)

Confidential

# TAXOTERE GIA
## *Breast Cancer*

- **Indications:**
  - First-line metastatic disease
  - Neo-Adjuvant/Adjuvant
  - Induction therapy

- **Combinations:**
  - Doxorubicin    . CTX       . 5FU
  - Gemcitabine    . Navelbine . Doxil    . Mitoxantrone .
  - Emcyt    . +/- GCSF    . +/- Cipro   . Herceptin

- **Schedules:** Conventional, Dose Dense, Weekly, Sequential

Confidential

Sanofi_00739418

# Priority Studies
## *Taxotere GIA Program*

- **Breast cancer**
  - Weekly vs Q3 week 1st line MBC (Rivera)
  - Weekly Taxotere + Herceptin (Nicholson)
  - Q3 week Taxotere + Herceptin (Burris)

- **NSCLC**
  - Txt/carbo vs Txl/carbo (Langer)
  - Wkly Txt/gem vs wkly Txl/gem (Natale)

- **Prostate cancer**
  - Txt/emcyt vs mitoxantrone/prednisone (SWOG)

Sanofi_00739419

# Future Direction
## *Taxotere GIA Program*

- **Activation / Accrual / Publication**
  - target key studies
  - abstract & manuscript development
- **New study concepts**
  - build on phase I & II studies
  - key investigators & groups
- **Combination with new compounds**

Confidential



Confidential



Sanofi_00739422



Realistic Forecast 2000-2004 / Composition of Sales

Legend:
- Gastric
- H&N NEO
- H&N Local
- 2nd Line Ovarian
- 1st Line Ovarian
- HRPC
- 2nd Line NSCLC
- 1st Line NSCLC
- 2nd Line Breast
- 1st Line Breast
- Adjuvant Breast

Years: 1999, 2000, 2001, 2002, 2003, 2004

Sales in $(000): $0, $50,000, $100,000, $150,000, $200,000, $250,000, $300,000, $350,000, $400,000, $450,000, $500,000, $550,000

Sanofi_00739423

**Taxotere Sales Growth/Year (%)1999-2004**

# Taxotere Sales 2000-2004

| Sales | 99JF | 00P | 01P* | 02P | 03P | 04P |
|---|---|---|---|---|---|---|
| Demand Units | 279,865 | 336,000 | 403,000 | 450,000 | 525,000 | 593,000 |
| Demand Unit Growth (%) | 36% | 20% | 20% | 12% | 16% | 13% |
| Demand Sales (in $M) | $246 | $300 | $340 | $385 | $440 | $500 |
| Demand Sales Increase | 40% | 22% | 14% | 14% | 14% | 14% |
| List Price Increase | 5% | 5% | 3% ? | 3% ? | 3% ? | ? |
| DALP | $910 | $955 | $984 | $1,014 | $1,044 | $1,044 |
| Average Discount** | 5% | 7% | 14% | 17% | 19% | 19% |
| Average Sales Price | $862 | $890 | $845 | $845 | $845 | $845 |

\*  Assumes launch of generic paclitaxel
\*\* Effect on ASP of discount against <u>all</u> sales

Sanofi_00739425

# How Robust Are Projections That Taxotere Sales Will Hold Up Well?



**Perceived differences between Taxol and Taxotere are small**

- 'The reason to pick one over another is pretty soft in most cases'
- 'The differences are real but small and in favor of Taxotere in BC'

**The reasons underlying use are not always clear**

- Some say Taxotere is better but still use more Taxol
- Usage may depend on familiarity & patient preference

**Lack of clear clinical advantage may raise doubt over Taxotere's continued use**

- Taxotere use will fall if its reimbursement position places it at a disadvantage to the generic

**Conclusion :**
**HMOs' and Medicare's reimbursement of Taxotere will be critical**

Sanofi_00739426

# Are Third Party Payers Thought Likely To Restrict Taxotere Use?

## The oncologists divided equally in their views

Several reasons were cited for this view :

"As much as they like control, they realize there are a lot of medical/legal implications in doing that and they don't want to get involved in lawsuits"

"They can't force us to use a generic instead of Taxotere"

"They are fairly dumb in oncology and can't keep up with the latest literature"

**No third party controls expected**

The following points were made :

"it is highly likely that payers will be highly motivated to control Taxotere use in that situation"

"you may need prior authorization to be able to use Taxotere or it simply might not be reimbursed"

**Attempts to control Taxotere use thought likely**

**Conclusion:  While payers can't force clinical judgments they can place effective disincentives in the way of Taxotere**

Sanofi_00739427

# Financial Disincentives To Use Taxotere Could Well Impact On Physician Behavior

Only one of the oncologists was in a capitation scheme :

*'it will only impact on HMO employees, most oncologists have own practice, so limited effect on them'*

*'don't expect this to catch on in oncology'*

*'a 10% discount will be enough to start triggering switching'*

**Capitation**

**Awareness of PPS was not universal but comments were:**

*'If there's a reimbursement ceiling it will favor generics'*

*'PPS will affect chemo reimbursement and we'll just get reimbursed much less for these drugs'*

*'hospitals will restructure from out-patient to office based and rent space from the hospital to avoid this'*

**Medicare reimbursement**

**Awareness of PPS was not universal but comments were:**

*'Effect will depend on financial status of the patient, so a 5% discount will be enough'*

*'you would protect your territory by using the taxane which is best covered by reimbursement - probably the generic'*

*'Taxotere use might fall by 50%'*

**Impact of APCs**



Sanofi_00739428

# Strategic Plan

The goal in 2000 must be to continue to differentiate

- With...
  - oncologists
  - managed care
  - Medicare

- Continue to generate data supporting Taxotere's superiority

- Determine contracting strategy

- Determine pricing strategy

Confidential

# Strategic Plan
## *Lifecycle Management*

- By Q1-2000, stopper for 20 mg diluent vial will be changed to capture less volume

- By Q1-2000, volume of diluent for 20 mg vial will be increased by 5%

- Develop Taxotere/Gemzar combination for NSCLC, bladder, and pancreatic cancer. Conduct randomized phase III versus Taxol/Carbo in NSCLC and bladder cancer

Confidential

# Strategic Plan
## *Lifecycle Management*

- Aggressively pursue combinations with novel agents. Evaluate use patents in combination with p53, Gastrimmune, etc.

- Maximally explore and differentiate anti-angiogenesis potential

- Maximally explore and differentiate combination with Radiation therapy

- Further study in hematological malignancies (TR)

- File opportunistic sNDA's (ovarian)

Confidential

# Strategic Plan
## *Lifecycle Management*

- Rationale to rapidly develop Taxotere Lyophilisate:

  - Market approval for liposomal delivery of:

    Doxorubicin (Doxil, Evacet)

    Amphotericin B (TLC)

  - Pharmacia & Upjohn developing liposomal paclitaxel (started phase II)

  - Market need to improve therapeutic index of taxanes

  - Additional Patent protection through 2014

Sanofi_00739432

# Strategic Plan
## *Taxotere Lyophilisate*

- Phase I profile encouraging:

  - Stable in vial at room temperature for 18 months

  - Stable in solution for 8 hours

  - No in-line filter

  - Bolus or 15-30 minute infusion?

  - No HSR, premeds not necessary, less neuropathy

  - Phase II dose is 100 mg/m2

  - "New" product or new formulation

Confidential

Taxotere's Therapeutic "Wall"

| | Breast Cancer | Lung Cancer | Prostate Cancer | Other Cancers |
|---|---|---|---|---|
| Doxorubicin | Herceptin | Navelbine | Prednisone | Gastrimmune |
| | Carbo/CDDP | XRT | p53 | C225 |
| Gemzar | Carbo/CDDP | | Estramustine | 5-FU |

Confidential

# Strategic Plan
## *RPR 109881A*

Rationale:

- Select a compound with potential activity against metastatic colon cancer (refractory to docetaxel and paclitaxel)

- RPR 109881A is much less recognized by highly resistant cell lines (MDR1) than docetaxel

- Similar toxicological profile to current taxanes

- Preliminary results of the AUC ratio for brain/plasma in mice show rapid penetration

Confidential

# Strategic Plan
## *RPR 109881A*

- Global phase II program started (US and Germany)
  - Burris and Fossella
- Dose is 75-90 mg/m2, one hour, q3 weeks
- Study: Brain Metastasis of NSCLC
- Timeline:
  - clinical supply for phase II...July 1999
  - start accrual to phase II...August 1999
  - access activity in brain, submit ASCO abstract by December 1999

Confidential