# EXHIBIT 13

Page 1

```
 1          UNITED STATES DISTRICT COURT
 2            EASTERN DISTRICT OF LOUISIANA
 3
 4
 5   * * * * * * * * * * * * * * * * * * * * * *
                                *
 6   ELIZABETH KAHN,            *   CASE NO.
             Plaintiffs         *   2:16-CV-17039
 7                              *
                                *
 8   VERSUS                     *
                                *
 9                              *
     SANOFI S.A., ET AL         *
10          Defendants          *
                                *
11   * * * * * * * * * * * * * * * * * * * * * *
12
13
14
15
16
17
18     Job No. NJ2756392
19
20          Deposition of ELIZABETH SARA
21   KAHN, taken on Thursday, December 7, 2017,
22   commencing at 8:34 a.m., at the law offices
23   of Pendley, Baudin & Coffin, 1515 Poydras
24   Street, Suite 1400, New Orleans, Louisiana
25   70112.
```

Page 156

1       A.   Well, my mother had breast cancer; my
2    sister had breast cancer.  So in my mind, it
3    was -- there was a high chance that I would
4    have breast cancer.
5       Q.   So even before you got the biopsy
6    results, you thought, this is probably breast
7    cancer.
8       A.   Yes.
9       Q.   And so you get the biopsy results.
10   And what are you thinking?  How are you
11   feeling?
12      A.   Well, it's devastating news, and
13   then, once you recover from the devastation,
14   then it's, like, okay, how are we going to
15   fight this.  And that's what I -- you know,
16   the stance I took after getting diagnosed.
17      Q.   And by fighting it, you mean:  I'm
18   going to beat cancer, and I'm going to
19   survive.
20      A.   Yes.
21      Q.   And that was your ultimate goal.
22           MR. COFFIN:
23               Object to the form.
24           THE WITNESS:
25               It was one of my goals.

Page 157

1    EXAMINATION BY MS. BIERI:
2        Q.   What were your other goals?
3        A.   To be as whole as possible once it
4    was finished, so that I wouldn't be reminded
5    every day, that I had cancer.
6        Q.   Would you have taken a lower
7    percentage of survival to save breast tissue?
8             MR. COFFIN:
9                  Object to the form.
10            THE WITNESS:
11                 When I sat down with my surgeon,
12   who was the first doctor that I saw after my
13   -- after I knew, after my biopsy, he had
14   several options, and we talked about all
15   those options.  And one of the options was
16   lumpectomy or mastectomy.
17                 And so, in that kind of -- in
18   that sense -- and so I got to make the
19   decision on what -- I think he talked about
20   the efficacy of both, and then I made a
21   decision on what treatment I wanted.
22   EXAMINATION BY MS. BIERI:
23       Q.   Did you think that you could
24   accomplish having a lumpectomy -- how did you
25   think you could have -- did you think you

1          You can't say that you would be alive

2     today if you hadn't taken Taxotere, correct?

3          A.  I had -- my treatment was a

4     multifaceted treatment, and I don't know what

5     -- which thing was the most beneficial.  I

6     have no clue what -- if I had one thing or

7     not had one thing, what would have made a

8     difference.

9          Q.  So you can't say.

10         A.  Can't say.

11         Q.  So now that you survived breast

12    cancer, nine-plus years, are you contending

13    that you would not have taken Taxotere if you

14    had known that there was a risk of persisting

15    hair loss?

16         A.  If my doctor had told me that one of

17    the side effects of Taxotere was permanent

18    hair loss, I would have asked him, what are

19    my other options.  Just like when I was told

20    about the surgery, about a mastectomy, I

21    wanted to know what my other options were.

22         Q.  If you had been told that there was a

23    10 percent chance of permanent or persisting

24    hair loss, would you have asked about other

25    options?

1    A.  Yes, I would have.

2    Q.  If there was a 7 percent chance of

3  permanent or persisting hair loss, would you

4  have asked about other options?

5    A.  Yes, I think I would have.

6    Q.  If there was a 5 percent chance of

7  permanent or persisting hair loss, would you

8  have asked about other options?

9    A.  I think if I saw the words permanent

10  hair loss anywhere, I would have asked for

11  other options.

12    Q.  If you had been told that there was a

13  3 percent chance of permanent or persisting

14  hair loss, would you have asked for other

15  options?

16    A.  And then that gets tricky because you

17  can pull out the paper that talked about

18  those damages that 3 percent or less had, and

19  that I signed off on.  So I can't -- when it

20  gets down to percentages, I don't know.

21    Q.  So are you saying you're afraid to

22  give me your testimony because of how it

23  impacts the other --

24    A.  No.  It's just, I can't -- I don't

25  know.  I can tell you, at 10 percent, I

Page 303

1    certainly would.  When you start going down

2    in smaller numbers, I can't give you a

3    definitive answer what I would have said at

4    the time.  In hindsight, I would say I would

5    definitely ask for other options.

6         Q.  Sure.  How is that --

7         A.  But that doesn't, you know.

8         Q.  You would have asked for other

9    options, had you been told that Taxotere had

10   the risk of potential persisting or permanent

11   hair loss; is that right?

12        A.  If I was told that Taxotere could

13   have caused permanent hair loss, I would have

14   asked what my other options are.

15        Q.  So does that mean that you made sure

16   that for your other drugs that you took, to

17   inquire whether they caused permanent or

18   persisting hair loss?

19             MR. COFFIN:

20                  Object to the form.

21             MS. BIERI:

22                  I'm asking if that's what it

23   means.

24             THE WITNESS:

25                  My doctors told me my hair would

```
                                          Page 304
 1   come back.  My doctors told me my hair loss
 2   was temporary.  So they knew what drugs I was
 3   taking, they knew what the side effects were,
 4   and they're telling me that I don't have to
 5   worry about my hair.  I'm going to lose it
 6   with chemotherapy, but it's going to come
 7   back like it was before.
 8   EXAMINATION BY MS. BIERI:
 9        Q.  I think we were two ships passing in
10   the night.
11        A.  Uh-huh (affirmative).
12        Q.  I was asking something a hundred
13   percent different.
14        A.  Okay.  Then I don't understand your
15   question at all.
16        Q.  Okay.  If you're saying that a
17   warning about persisting hair loss or --
18   would have caused you to ask for other
19   options, I'm asking if that's your -- is that
20   your position?
21            MR. COFFIN:
22                Object to the form.
23            THE WITNESS:
24                I don't know what you're saying.
25                Oh, excuse me.
```

```
                                           Page 305
 1   EXAMINATION BY MS. BIERI:
 2       Q.  Okay.
 3       A.  I don't understand what you're saying
 4   to me at all.
 5       Q.  Did you tell me that if someone had
 6   told you that persisting hair loss was a
 7   potential side effect, that you would have
 8   asked for other options?
 9           MR. COFFIN:
10               Object to the form.
11           THE WITNESS:
12               Yes.  I would have asked to see
13   what my other options were, yes.
14   EXAMINATION BY MS. BIERI:
15       Q.  Were you sure to ask your doctors,
16   when you were prescribed other medications,
17   about whether they had a risk of permanent or
18   persisting hair loss?
19           MR. COFFIN:
20               Object to the form.
21           THE WITNESS:
22               Okay.  I don't exactly know what
23   you're asking me.
24   EXAMINATION BY MS. BIERI:
25       Q.  Well, let me ask it another way.
```

```
                                        Page 338
 1   and it would be forever, or if it would be --
 2   it would end when you ended the drug?
 3       Q.  So if it were temporary, you would
 4   take it?
 5       A.  Well, I took chemotherapy, knowing
 6   that I was going to lose my hair.  I would
 7   have temporary hair loss.
 8       Q.  So today, if you were told that a
 9   drug had a risk of hair thinning or partial
10   hair loss, that you thought was temporary,
11   would you take it?
12           MR. COFFIN:
13               Object to the form.
14           THE WITNESS:
15               Well, if a doctor could assure me
16   that it was temporary hair loss; but if they
17   could not, then I would probably talk to them
18   about, what are my -- I wouldn't probably.  I
19   would talk to them about what my other
20   options are.
21   EXAMINATION BY MS. BIERI:
22       Q.  Are you going to take tamoxifen
23   tomorrow?
24       A.  I'm taking tamoxifen until -- through
25   April.
```