# EXHIBIT 14



*Partnering With Your Patients Along Their Journey*

Confidential

Sanofi_01038470

## Coping with the Side Effects of Chemotherapy

# Alopecia (Hair Loss)

Side Effect Tearsheets

### What is alopecia?

Alopecia (a-lo-PEE-shee-ah) is another word for hair loss or thinning of the hair.[1] It is a common, yet temporary, side effect of some cancer medicines.[2,3] Alopecia can occur anywhere on the body[1] and may happen after a few treatments.[2] Currently, there are no medicines that can prevent hair loss during treatment.[4]

### How can I prepare for the changes that may occur?

- Before treatment starts, have your hair cut short. It will help you prepare mentally for the change in your appearance[5]
  – If your hair is long enough, consider having a wig made from your own hair[3]
  – Shop for a wig, toupee, or turban soon after your diagnosis[3]

- Talk to family and friends about how you feel, or join a support group with people who are going through or have gone through the same experience[5]

### What are some steps I can take to care for my scalp?

- Keep your scalp clean with a moisturizing shampoo and conditioner[2]

- Use gentle lotions or creams on your scalp when needed; and use a sunscreen, hat, scarf, or wig to protect your scalp[2]

### Will my hair grow back?

- If you do lose your hair, it will usually grow back after the treatments are over[2]

- It may grow back while you are still having treatments[3]

- Your hair may grow back a different color or texture[2]

### When my hair grows back, how should I take care of it?

- If you usually wash your hair daily, limit the number of times to twice a week[5]

- If you usually blow-dry your hair at a high temperature, use a lower heat setting[2]

- Gently style your hair with soft brushes and wide-tooth combs[5]

The information contained herein is not comprehensive and is intended only as a guide.

### Talk to your doctor or nurse to find out if the medicines you are taking may cause alopecia, and the appropriate ways to deal with it.

### Other suggestions from your healthcare providers:

_____

_____

**References: 1.** National Cancer Institute. Chemotherapy and you: a guide to self-help during cancer treatment. National Institutes of Health; 2003. NIH Publication No. 03-1136. **2.** American Cancer Society. Making treatment decisions: how do I deal with losing my hair? Available at: http://www.cancer.org. Accessed July 6, 2006. **3.** American Cancer Society. Treatment topics & resources: hair loss. Available at: http://www.cancer.org. Accessed July 6, 2006. **4.** Breastcancer.org. Hair loss: alopecia. Available at: http://www.breastcancer.org/tre_sys_chemo_hairloss.html. Accessed July 7, 2006. **5.** People Living With Cancer. Hair loss (alopecia). Available at: http://www.plwc.org. Accessed July 7, 2006.

US.DOC.06.07.023  7/06  Printed in U.S.A.
©2006 sanofi-aventis U.S. LLC



sanofi aventis