# EXHIBIT 15

Lesley Fierro

```
 1                UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA
 2

                              - - -
 3
                                         :
 4   IN RE: TAXOTERE                     :
     (DOCETAXEL) PRODUCTS                : MDL No. 2740
 5   LIABILITY LITIGATION                : Section H(5)
     _____      : JUDGE MILAZZO
 6                                       : MAG. JUDGE NORTH
     This Document Relates to:           :
 7   All Cases                            :
 8
 9
10                            - - -
11                      January 17, 2019
12                            - - -
13                       LESLEY FIERRO
14                            - - -
15
16            Transcript of the videotaped
     deposition of LESLEY FIERRO, pursuant to
17   the Federal Rules of Civil Procedure, held
     at Nexsen Pruet, 400 Main Street, Suite 100A
18   Main Street Office Campus, Hilton Head Island,
     South Carolina, 29926, commencing 9:00 a.m. on
19   the above-referenced date, as taken by and
     before Karen Kidwell, RMR, CRR, CRC, and Notary
20   Public.
21                            - - -
22
23
24            GOLKOW TECHNOLOGIES, INC.
          ph 877.370.3377  |  fax 917.591.5672
25                  deps@golkow.com
```

Lesley Fierro

 1    updated in 2002, Sanofi knew that alopecia might be

 2    reversible, and that was their way of telling

 3    patients when this was updated in 2002?

 4              MR. DePAZ:  Object to form.

 5              THE WITNESS:  I don't -- ask me the

 6       question again.

 7              MR. WOOL:  Repeat the question, please.

 8              I can read it back.

 9    BY MR. WOOL:

10       Q.   So is it your testimony that when this was

11    updated in 2002, Sanofi knew that alopecia might be

12    irreversible, and that this was their way of telling

13    patients that when this was updated?

14              MR. DePAZ:  Objection to form.

15              THE WITNESS:  So, first thing is, I -- I'd

16       need to know what the package insert looked like

17       before 2002, and when it was used to update.  I

18       don't in fact know whether this update has

19       anything to do with hair loss, the package

20       insert update.

21    BY MR. WOOL:

22       Q.   Let me ask -- let me ask you this:  As a

23    pharmacist, do you understand today that Taxotere can

24    cause permanent hair loss?

25              MR. DePAZ:  Objection to form.

 1                THE WITNESS:  Correct, yes.
 2     BY MR. WOOL:
 3         Q.   When did you learn that?
 4         A.   I can't tell you specifically when I
 5     learned it.  I mean, I certainly learned in pharmacy
 6     school that chemotherapeutic agents can cause hair
 7     loss.
 8         Q.   I didn't ask about hair loss.  I asked
 9     about permanent hair loss.
10         A.   I don't know that I ever learned about
11     permanent hair loss specifically.  And really, until
12     a caller came in and asked us details around hair
13     loss is really the first time that I thought about,
14     you know, what is -- you know, what are they really
15     asking about?  What does it mean for the hair loss?
16         Q.   Have you read the Taxotere label before,
17     any of them?
18         A.   Not in the last five years, since I've
19     been retired.
20         Q.   When -- when you were working at Sanofi,
21     you then, I assume, had read the Taxotere label?
22         A.   So I was responsible for every product,
23     every therapeutic area.  Did I read all of the
24     package inserts regularly?  No.
25              You know, the way the department was

```
 1   InTouch Solutions, posted on the Sanofi's Facebook
 2   page, correct?
 3              MR. DePAZ:  Objection to form.
 4              THE WITNESS:  Right.
 5   BY MR. WOOL:
 6       Q.   And then she concludes the same way, "You
 7   are receiving this message in accordance with
 8   Sanofi-Aventis corporate guidelines."  Correct?
 9       A.   Correct.
10       Q.   Are you familiar with Taxol?
11       A.   It's a competitor to Taxotere.
12       Q.   Okay.  Then somebody from med info, Rubin
13   Bedell, forwarded this to pharmacovigilance and to
14   you that same day, correct?
15       A.   Correct.
16       Q.   Do you remember receiving any of these?
17       A.   No, not specifically.
18            (Exhibit 15 was marked for identification.)
19   BY MR. WOOL:
20       Q.   I'm going to hand you what I'll mark as
21   Exhibit 15.
22            Now, if we look down below, it appears
23   this e-mail was forwarded a couple of times.  It
24   appears the original e-mail is from Jim Dayton.  Do
25   you see that?
```

```
 1         A.    Yes.
 2         Q.    And that was on April 18th, 2010, correct?
 3         A.    Yes.
 4         Q.    So just over a month after those two prior
 5   e-mails we just looked at?
 6         A.    Correct.
 7         Q.    And he reports, "I am monitoring the
 8   SA Voices Facebook page on behalf of Sanofi-Aventis,
 9   and I -- "and discovered the following comment."
10   Correct?
11         A.    Correct.
12         Q.    And the comment he's reporting from
13   Facebook is that "Facebook user" -- blank, because
14   it's been redacted.  Do you see that? --
15         A.    Yes.
16         Q.    -- "posted, 'My medical team has spoken to
17   you, and therefore I have been informed that your
18   drug Taxotere has done this to me.  Why do you ignore
19   me and refuse to contact me?  Why don't you explain
20   to me why your drug Taxotere has permanently
21   disfigured me and hundreds of others?'"
22               Did I read that right?
23         A.    Yes.
24         Q.    "You say it is very rare, but very rare
25   means less than .01 percent, and that's just not
```

```
 1   true.  And you know it."
 2        A.   Yes, I see that.
 3        Q.   Okay.  So then it appears next in this
 4   chain -- oh, and then it concludes, "You are
 5   receiving this message in accordance with
 6   Sanofi-Aventis corporate guidelines."  Correct?
 7        A.   Correct.
 8        Q.   So the e-mail somehow makes its way to
 9   Stacy Burch.  Do you know Stacy Burch, or remember
10   her?
11        A.   Yes.
12        Q.   And who is Stacy Burch?
13        A.   She was in the communications department.
14        Q.   Okay.  And she writes back to Jim, and
15   what does she ask Jim?
16        A.   She says, "Jim, did you all remove the
17   comment and report?"
18        Q.   And so Jim responds to her an hour and
19   3 minutes later.  And what does he respond?
20        A.   "Yes, the comment was repeated, cut and
21   paste 32 times on multiple posts.  All were removed,
22   and the user was reported and banned."
23        Q.   And that e-mail gets forwarded to you,
24   correct?
25        A.   That e-mail gets forwarded to the med info
```

```
 1    mailbox.
 2         Q.   I'm sorry --
 3         A.   I'm not -- I'm not the one monitoring the
 4    med info mailbox, but yes.
 5         Q.   So his e-mail that all the 32 posts were
 6    removed and the user was reported and banned, was
 7    sent to med info, and med info then sent it to you
 8    and pharmacovigilance, correct?
 9         A.   Correct.
10         Q.   Now, this was sent to you.  What do you
11    understand him to mean when he says, "The user was
12    reported and banned"?
13              MR. DePAZ:  Objection to form.
14              THE WITNESS:  I don't want to speculate
15         what he means.  I mean, I don't want to
16         speculate what he means.  I -- I mean, they --
17         everyone at InTouch was fully trained on making
18         sure that anything that came into the mailbox
19         was reported to USPV.  So I'm going to assume
20         that he does not mean that they were reported
21         and discarded.  He means that they were removed
22         from the website, cut and paste and put into
23         some other form that made its way to USPV.
24    BY MR. WOOL:
25         Q.   And USPV is the pharmacovigilance
```

1  department, correct?

2       A.   Pharmacovigilance, yes.

3       Q.   All right.  And -- I understand, I think,
4  where the confusion is.

5            By "removed," it means removed from the
6  Facebook page, not taken out of the pharmacovigilance
7  database, correct?

8            MR. DePAZ:  Objection to form.

9            THE WITNESS:  Correct.

10 BY MR. WOOL:

11      Q.   Okay.  And when the user was reported,
12 that meant reported to Facebook, correct?

13           MR. DePAZ:  Objection to form.

14           THE WITNESS:  I -- I don't know
15      specifically if he means reported to Facebook or
16      reported to Sanofi.  But an effort was made to
17      make sure that they did not continue posting.

18 BY MR. WOOL:

19      Q.   And -- and that's the person being banned
20 from the page?

21           MR. DePAZ:  Objection to form.

22           THE WITNESS:  Presumably, yes.

23 BY MR. WOOL:

24      Q.   So the person could no longer continue to
25 post?

Lesley Fierro

```
 1          Q.   So -- but this is what -- this is what
 2   InTouch Solutions has logged in that cell?
 3               MR. DePAZ:  Object to form.
 4   BY MR. WOOL:
 5          Q.   And if we look over to "Product
 6   mentioned," it says "Yes."  Do you see that?
 7          A.   Yes.
 8          Q.   It says it mentioned Taxotere, right?
 9          A.   Correct.
10          Q.   And then under "Plan of action," it says,
11   "Post removed, user blocked and reported."  Correct?
12          A.   Correct.
13          Q.   And if they are following Sanofi's
14   instructions, "Reported" would mean that they
15   reported them to Facebook, and doing so would take
16   down all the posts by that user, correct?
17               MR. DePAZ:  Object to form.
18               THE WITNESS:  Correct.
19   BY MR. WOOL:
20          Q.   Okay.  Let's look at the comment by
21   Shirley Ledlie.  Do you see -- that's the fifth down.
22          A.   Okay.
23          Q.   "Stop hiding the figures."  Is that
24   what -- how her comment begins?
25          A.   Yes.
```

1      Q.   "I did say I wouldn't stop till there was

2   global publicity.  You can't shut up women that you

3   disfigure."  You see that?

4      A.   Yes.

5      Q.   Now, it does appear that the post was

6   removed, correct?

7           MR. DePAZ:  Object to form.

8           THE WITNESS:  Correct.

9   BY MR. WOOL:

10     Q.   So Sanofi did shut her up in that

11  instance?

12          MR. DePAZ:  Object to form.

13          THE WITNESS:  It appears that that's true,

14     correct?

15          MR. DePAZ:  Object to form.

16          THE WITNESS:  Correct.

17  BY MR. WOOL:

18     Q.   Let's look on the second page.  In the

19  middle, there's sort of a big box under "Comment"

20  that starts with "John Mack."

21     A.   Yes.

22     Q.   Do you know who John Mack is?

23     A.   I don't know him specifically, but I know

24  he -- he moderated a -- a Facebook -- I don't know

25  what you called it back then, like a live Facebook --

```
 1   the med info e-mail address, correct?
 2       A.   When there was a -- yes, when it met the
 3   guidelines for sending it to us.
 4       Q.   And those were eventually forwarded on to
 5   you, correct?
 6            MR. DePAZ:  Object to form.
 7            THE WITNESS:  They were forwarded on to
 8       the med info mailbox, and I was copied.
 9   BY MR. WOOL:
10       Q.   So let's look at Dushyant Gupta's comment.
11   Okay?
12       A.   Yes.
13       Q.   Do you see the middle of the page?
14       A.   I see two of them.
15       Q.   Let's look at the second one.  It says,
16   "What is Voices all about?"  Do you see that?
17       A.   Yes.
18       Q.   "Can you please explain me the primary
19   objectives behind starting Voices and about its
20   history?"
21            And then there's a parenthetical that says
22   "Discussions tab."  Right?
23       A.   Correct.
24       Q.   And then if you go over to "Plan of
25   Action," it says, "Post remains on discussions."
```

```
 1    Right?
 2         A.   Yes.
 3         Q.   "Joan, Stacy, and Sabrina contacted re how
 4    to proceed, approved response posted."  Correct?
 5         A.   Correct.
 6         Q.   And then if you look down, two lines below
 7    the "Comment" field --
 8         A.   Uh-huh.
 9         Q.   -- that we were just looking at. it
10    appears to be the response that InTouch Solutions on
11    Sanofi's behalf sent to Mr. Gupta, correct?
12              MR. DePAZ:  Object to form.
13              THE WITNESS:  It's a post that is on this
14         Sanofi-Aventis Voices.
15    BY MR. WOOL:
16         Q.   And it says, "Thank you for your question,
17    Dushyant, and interest in Sanofi-Aventis Voices."  Do
18    you see that?
19         A.   Yes.
20         Q.   And then it continues, "Voices is the
21    Sanofi-Aventis U.S. grassroot and civic involvement
22    network," right?
23         A.   Correct.
24         Q.   "As people who work in the health care
25    profession, we have the opportunity to be well
```

Lesley Fierro

1    informed and reach out to help inform others."  Is
2    that correct?
3            A.   Correct.
4            Q.   "We will make our Voices heard throughout
5    the community on issues of importance to patients,
6    our network, and our company."  Correct?
7            A.   Correct.
8            Q.   So it appears that InTouch, on behalf of
9    Sanofi, is explaining that the point of the Voices
10   Facebook page is for there to be an opportunity to be
11   well informed, correct?
12               MR. DePAZ:  Object to form.
13               THE WITNESS:  They're saying that the
14        purpose of this -- of this Facebook page is to
15        inform others on issues of importance to
16        patients, our network, and the company.
17   BY MR. WOOL:
18           Q.   Okay.
19           A.   I mean, the purpose of the -- the specific
20   purpose of the Voices page was not to solicit adverse
21   events, but it was to inform others about, you know,
22   issues of interest.
23           Q.   Isn't that something that these women who
24   are reporting their permanent alopecia were also
25   doing?  They were reporting an adverse event, and