# EXHIBIT 17

Amy Freedman

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

                         -  -  -
 3

     IN RE: TAXOTERE           :
 4   (DOCETAXEL)               : MDL No. 2740
     PRODUCTS LIABILITY        :
 5   LITIGATION                : SECTION: "H"
                               :
 6   This Document             :
     Relates To                : JUDGE MILAZZO
 7   ALL CASES                 : MAG. JUDGE NORTH
 8
                         -  -  -
 9
                     OCTOBER 26, 2018
10
                         -  -  -
11

12           Videotape deposition of AMY
13   FREEDMAN, taken pursuant to notice, was
14   held at the law offices of Gibbons PC,
15   50 West State Street, Suite 1104
16   Trenton, New Jersey 08608, beginning at
17   8:59 a.m., on the above date, before
18   Amanda Dee Maslynsky-Miller, a Certified
19   Court Reporter for the State of New
20   Jersey.
21
22                       -  -  -
23         GOLKOW LITIGATION SERVICES
        877.370.3377 ph| 917.591.5672 fax
24             deps@golkow.com
```

Golkow Litigation Services                                    Page 1

1         A.    Correct.

2         Q.    Another one of those would

3   be data mining, looking at --

4         A.    No, I didn't mention data

5   mining.

6         Q.    You didn't mention those.

7   I'm asking whether that is, in fact, a

8   source.

9         A.    It didn't exist then.

10        Q.    Literature surveillance --

11        A.    Yes.

12        Q.    -- would be another example,

13  right?

14        A.    Yes.

15        Q.    What other examples can you

16  provide of safety issue or safety signal

17  detection sources?

18        A.    And we considered a health

19  authority request as a safety signal as

20  well.

21        Q.    If a health authority made a

22  request -- and a health authority could

23  be the FDA, it could be the -- a foreign

24  regulatory authority like the EMA,

1    correct?

2         A.    Yes.

3         Q.    If and when a health

4    authority brought a formal request for

5    information on a safety issue, that was

6    considered, internally at the company, to

7    be a safety signal, correct?

8         A.    Again, the language was not

9    defined as such, the guidance module did

10   not exist.

11              But it was a safety concern,

12   and we would respond to the question from

13   the health authority.

14        Q.    In today's parlance it would

15   be considered a safety signal?

16        A.    Yes.

17        Q.    And that parlance didn't

18   exist at the time, and so it was referred

19   to as a safety issue, but the same

20   consequence, a regulatory authority

21   raises a safety issue, that's considered

22   by the company internally as that's --

23   what was safety issue but now would be a

24   safety signal, correct?

Amy Freedman

1          A.    It would.  It would mean
2     that it merits further evaluation.
3          Q.    Right.
4          A.    That's all it means.  We
5     would evaluate it.
6          Q.    Going back to the time frame
7     in question, this 2003-2006 time frame,
8     and we've discussed safety issue/safety
9     signal detection sources as the ICSR
10    review, aggregate case review, literature
11    surveillance.
12              Can you add to that list or
13    is that -- does that encompass your
14    recollection of safety signal sources?
15              MR. MCCULLY:  Object to
16        form.
17              THE WITNESS:  It's what I
18        recollect.
19    BY MR. BACHUS:
20         Q.    Were you responsible, during
21    that 2003 to 2006 time frame, for
22    conducting literature surveillance
23    related to docetaxel?
24         A.    I reviewed literature in

Amy Freedman

1    that Taxotere could cause irreversible
2    alopecia in 2006, right?
3                MR. MCCULLY:  Object to the
4         form.
5    BY MR. BACHUS:
6         Q.    By these documents.
7                MR. MCCULLY:  Object to
8         form.
9                THE WITNESS:  It's in the
10        label.
11   BY MR. BACHUS:
12        Q.    And when you refer to "the
13   label," which label are you referring to?
14        A.    Any. Pick one.
15        Q.    USPI?
16        A.    SMPC, the patient leaflet or
17   the USPI, if I remember correctly, has it
18   in it.  The IB.  The core safety data
19   sheet.
20        Q.    Just going back, my question
21   was, to make sure I have the question
22   actually answered on the record, based
23   upon your knowledge at Sanofi in 2006,
24   Sanofi knew that Taxotere could cause


1  irreversible alopecia in 2006, correct?

2          A.   Yes.

3               MR. MCCULLY:  Object to

4       form.

5               THE WITNESS:  Well, they

6       were listed events.  They were

7       certainly considered listed

8       events.

9  BY MR. BACHUS:

10         Q.   Well, aside from being

11 listed or unlisted, I just would like you

12 to answer the question.

13         A.   Sanofi had to be aware.

14         Q.   That -- by 2006 that their

15 product could cause irreversible alopecia

16 in patients, right?

17              MR. MCCULLY:  Object to

18      form.

19              THE WITNESS:  Sanofi was

20      aware and appropriately labeled

21      it.

22 BY MR. BACHUS:

23         Q.   I'll hand you what has been

24 marked as Exhibit Number 12.