# EXHIBIT 18

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * * | 16-MD-2740 |
| | * | Section H |
| Relates to:  Barbara Earnest 16-CV-17144 | * * | September 23, 2019 |
| * * * * * * * * * * * * * * * * | * | |

DAY 6 - AFTERNOON SESSION
TRANSCRIPT OF JURY TRIAL BEFORE
THE HONORABLE JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE

Appearances:

| | |
|---|---|
| For the Plaintiffs: | Barrios Kingsdorf & Casteix, LLP<br>BY:  DAWN M. BARRIOS, ESQ.<br>701 Poydras Street, Suite 3650<br>New Orleans, Louisiana 70139 |
| For the Plaintiffs: | Gainsburgh Benjamin David Meunier<br>  & Warshauer, LLC<br>BY:  M. PALMER LAMBERT, ESQ.<br>1100 Poydras Street, Suite 2800<br>New Orleans, Louisiana 70163 |
| For the Plaintiffs: | Pendley Baudin & Coffin, LLP<br>BY:  CHRISTOPHER L. COFFIN, ESQ.<br>1100 Poydras Street, Suite 2505<br>New Orleans, Louisiana 70163 |
| For the Plaintiffs: | Gibbs Law Group, LLP<br>BY:  KAREN BARTH MENZIES, ESQ.<br>6701 Center Drive West, Suite 1400<br>Los Angeles, California 90045 |

LESLEY FIERRO - EXAMINATION

1     Do you recall that as part of your job duties?
2 A. I was responsible to build and maintain a system within
3 medical information for handling inquiries, as well as putting
4 together the documents that were necessary to answer the
5 questions. It was not just the call center; it's the entire
6 medical information --
7 Q. Okay.
8 A. -- function.
9 Q. Did medical information services ever proactively send out
10 information to consumers or doctors about any drug that Sanofi
11 sold?
12 A. Not that I'm aware of.
13 Q. So the communications that you are sending out, then, are
14 going to be reactive communications to somebody originally
15 asking medical information services a question, correct?
16 A. That's correct.
17 Q. How would a call center employee know what to send a
18 doctor if a doctor called and asked about Taxotere and hair
19 loss?
20 A. If there was a standard document on that topic, the call
21 center would use that letter to respond -- health care
22 professional or consumer.
23     If there was no standard letter or there was nothing
24 contained in any of the standard letters, then they would
25 escalate the inquiry to the therapeutic area that handled the

```
04:27  1   product.  They would then initiate -- they would talk to the
04:27  2   physician to see what they want.  And then they would initiate,
04:27  3   if appropriate, a literature search, which is then sent to the
04:27  4   physician, and it's attached to a templated standard cover
04:27  5   letter.
04:27  6   Q.    Let me ask you this:  As a pharmacist, do you understand
04:27  7   today that Taxotere can cause permanent hair loss?
04:27  8   A.    Correct, yes.
04:27  9   Q.    When did you learn that?
04:27 10   A.    I can't tell you specifically when I learned it.  I mean,
04:27 11   I certainly learned in pharmacy school that chemotherapeutic
04:27 12   agents can cause hair loss.
04:27 13   Q.    I didn't ask about hair loss; I asked about permanent hair
04:27 14   loss.
04:27 15   A.    I don't know that I ever learned about permanent hair loss
04:27 16   specifically.  And, really, until a caller came in and asked us
04:28 17   details around hair loss is really the first time that I
04:28 18   thought about, you know, what is -- you know, what are they
04:28 19   really asking about, what does it mean for the hair loss.
04:28 20   Q.    When you were working at Sanofi, you then, I assume, had
04:28 21   read the Taxotere label.
04:28 22   A.    So I was responsible for every product, every therapeutic
04:28 23   area.  Did I read all of the package inserts regularly?  No.
04:28 24         You know, the way the department was organized, there
04:28 25   was an oncology therapeutic area that was responsible to
```