# EXHIBIT 19

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE:  TAXOTERE (DOCETAXEL)          *
PRODUCTS LIABILITY LITIGATION        *      Docket No.: 16-MD-2740
                                     *      Section "H(5)"
                                     *      New Orleans, Louisiana
Relates to:  Barbara Earnest         *      September 18, 2019
Case No.: 16-CV-17144                *
* * * * * * * * * * * * * * * * * *


DAY 3 - AFTERNOON SESSION
TRANSCRIPT OF JURY TRIAL BEFORE
THE HONORABLE JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE


<u>APPEARANCES</u>:


For the Plaintiffs:          Barrios Kingsdorf & Casteix, LLP
                             BY:  DAWN M. BARRIOS, ESQ.
                             701 Poydras Street
                             Suite 3650
                             New Orleans, Louisiana 70139



For the Plaintiffs:          Gainsburgh Benjamin David Meunier
                                & Warshauer, LLC
                             BY:  M. PALMER LAMBERT, ESQ.
                             1100 Poydras Street
                             Suite 2800
                             New Orleans, Louisiana 70163



For the Plaintiffs:          Pendley Baudin & Coffin, LLP
                             BY:  CHRISTOPHER L. COFFIN, ESQ.
                             1100 Poydras Street
                             Suite 2505
                             New Orleans, Louisiana 70163


OFFICIAL TRANSCRIPT

| | | |
|---|---|---|
| 2:39PM | 1 | **Jean-Philippe Aussel** was played.) |
| 2:39PM | 2 | Q.    My name is Zachary Wool, and I represent the plaintiff in |
| 2:39PM | 3 | this matter.  And we're here today for your deposition. |
| 2:39PM | 4 | Do your colleagues call you Dr. Aussel or Mr. Aussel? |
| 2:39PM | 5 | A.   I prefer Mr. Aussel.  I'm not a medical doctor.  In |
| 2:39PM | 6 | France, we don't use to call people "doctor" if they are not a |
| 2:39PM | 7 | medical doctor. |
| 2:39PM | 8 | Q.   To your understanding, can Taxotere cause permanent hair |
| 2:39PM | 9 | loss? |
| 2:39PM | 10 | A.   As part of my responsibilities within Sanofi, my |
| 2:39PM | 11 | responsibility was to make sure the data collected from the |
| 2:40PM | 12 | clinical trials were accurate, reliable, clean, and complete. |
| 2:40PM | 13 | And then my job was to make sure they are reported as such in |
| 2:40PM | 14 | the statistical analysis, in the clinical study reports. |
| 2:40PM | 15 | And then we have some teams within Sanofi that were |
| 2:40PM | 16 | in charge of interpreting the data, reporting to authorities, |
| 2:40PM | 17 | discussing with authorities and discuss what is meaningful with |
| 2:40PM | 18 | the authorities. |
| 2:40PM | 19 | And, more importantly, for the oncologists, they |
| 2:40PM | 20 | are -- it's their job and their duty to assess what is |
| 2:40PM | 21 | meaningful as a side effect, to inform the patients, to discuss |
| 2:40PM | 22 | individually with the patients.  So that's my understanding. |
| 2:40PM | 23 | Q.   I'd like go a little bit through your background. |
| 2:40PM | 24 | You've been with Sanofi a long time, haven't you? |
| 2:40PM | 25 | A.   Yes.  That's correct, yes. |

2:47PM  1  clinical operations or R&D anymore.  I went to a department

2:47PM  2  which is called global health to be a project director in

2:47PM  3  malaria, actually.

2:47PM  4       So the department objective is to provide access to

2:47PM  5  medicines to people in need, especially in the low- or

2:47PM  6  middle-income countries; Africa, for example.  So I am in

2:47PM  7  charge of the malaria programs.

2:47PM  8  Q.   Can you just explain, in basic terms, what a clinical

2:47PM  9  trial is?

2:47PM  10 A.   We do clinical trials to assess the effect of either

2:47PM  11 efficacy or safety of new products that are not yet on the

2:48PM  12 market, meaning that are not yet prescribed and authorized.

2:48PM  13      So we do clinical trials with different phases.  So

2:48PM  14 the first phase, what you call Phase I, is we try to find the

2:48PM  15 right dose and define the toxicities of the brand-new drugs

2:48PM  16 that we have with us that were never tested in humans.

2:48PM  17      And then when this is clarified, we go to Step 2,

2:48PM  18 which is the Phase II studies.  We try to investigate what best

2:48PM  19 indication, in oncology, for example, the product may work

2:48PM  20 best.  Is it in lung cancer?  In breast cancer?  So we do some

2:48PM  21 studies with dose-defining the Phase I but with more patients.

2:48PM  22 And we want to better access the activity of the drug in this

2:48PM  23 case and to continue to define the safety profile.

2:48PM  24      And then when we have promising results and good

2:49PM  25 results in terms of efficacy, safety for the drug in the

OFFICIAL TRANSCRIPT

| | | |
|---|---|---|
| 2:49PM | 1 | specific indication, in the specific population, we move to |
| 2:49PM | 2 | what we call Phase III.  And Phase III is the big trials where |
| 2:49PM | 3 | we compare our drug to the existing standard of care, usually. |
| 2:49PM | 4 | In some cases -- not in oncology, but in some cases, it also |
| 2:49PM | 5 | actually is placebo.  But in oncology, there is almost never a |
| 2:49PM | 6 | placebo. |
| 2:49PM | 7 | And we conduct large international -- large |
| 2:49PM | 8 | first-rate trials with many patients.  And those trials usually |
| 2:49PM | 9 | are meant to support our registration dossier with the health |
| 2:49PM | 10 | authorities to assure the benefit/risk of the product. |
| 2:49PM | 11 | Q.   And can you explain briefly what a clinical trial protocol |
| 2:49PM | 12 | is? |
| 2:49PM | 13 | A.   A protocol define what the objective of the study, what it |
| 2:49PM | 14 | is all about, what is the rationale, why the study is conducted |
| 2:49PM | 15 | to explain to oncologists why the -- I mean, to inform |
| 2:49PM | 16 | oncologists what is the context and whether you agree to |
| 2:50PM | 17 | conduct the study, yes or no. |
| 2:50PM | 18 | And it tells also the objectives and the way we are |
| 2:50PM | 19 | going to collect data, how it's to be collected, what are the |
| 2:50PM | 20 | duties of the investigator in terms of reporting both what he |
| 2:50PM | 21 | supposed to report, when he's supposed to report it, how |
| 2:50PM | 22 | frequently, some -- also administrative considerations.  So |
| 2:50PM | 23 | that's basically what it is. |
| 2:50PM | 24 | Q.   We talked a little bit about the clinical study protocol. |
| 2:50PM | 25 | That delivers the objectives of a study; correct? |

|   |   |   |
|---|---|---|
| 2:50PM | 1 | A.   Yes, correct. |
| 2:50PM | 2 | Q.   And it includes how the data will be collected; correct? |
| 2:50PM | 3 | A.   Yes, correct. |
| 2:50PM | 4 | Q.   And how the data will be documented; right? |
| 2:50PM | 5 | A.   Yes, correct. |
| 2:50PM | 6 | Q.   And part of your role early on was to oversee the |
| 2:50PM | 7 | documentation of data; correct? |
| 2:50PM | 8 | A.   Yes.  That was what I explained. |
| 2:50PM | 9 | Q.   And then the clinical trial protocol also says how data is |
| 2:50PM | 10 | going to be reported; is that right? |
| 2:50PM | 11 | A.   Yes.  It says that there will be a study report.  It does |
| 2:51PM | 12 | not insist on the content of the study report because we cannot |
| 2:51PM | 13 | predict what will be in the report at that time.  But it says |
| 2:51PM | 14 | that the study will be reported.  It's our duty to report the |
| 2:51PM | 15 | results of trial anyway. |
| 2:51PM | 16 | Q.   Now, when patients enroll in a clinical trial, they sign a |
| 2:51PM | 17 | document called an informed consent; is that correct? |
| 2:51PM | 18 | A.   Yes, it is. |
| 2:51PM | 19 | Q.   And what is your understanding of what informed consent |
| 2:51PM | 20 | is? |
| 2:51PM | 21 | A.   This is a document that is provided to the patients.  It |
| 2:51PM | 22 | has to be provided in a language that the patient can |
| 2:51PM | 23 | understand.  And it is to explain to the patient what are the |
| 2:51PM | 24 | objectives of the study they will be participating in, what |
| 2:51PM | 25 | will be the procedures that he will have to follow -- blood |

| | | |
|---|---|---|
| 2:51PM | 1 | samples, CT scans, whatever -- and what are the expectations |
| 2:51PM | 2 | from this trial, why are we doing this trial, and what -- also |
| 2:51PM | 3 | the risks the patients may face when taking the drug based on |
| 2:52PM | 4 | the knowledge we have about the drug at that time. |
| 2:52PM | 5 | Q.   And because a clinical trial is effectively an |
| 2:52PM | 6 | experiment -- you're agreeing with that statement? |
| 2:52PM | 7 | A.   Yes.  It is clearly an experiment, yes. |
| 2:52PM | 8 | Q.   Because these patients are participating in an experiment, |
| 2:52PM | 9 | the informed consents generally warn of side effects that the |
| 2:52PM | 10 | company knows about; correct? |
| 2:52PM | 11 | A.   Correct. |
| 2:52PM | 12 | Q.   And it also lets them know that there may be unknown side |
| 2:52PM | 13 | effects that the company does not yet know about because the |
| 2:52PM | 14 | drug is still in an experimental stage; correct? |
| 2:52PM | 15 | A.   Yes, correct.  And those are the adverse events that are |
| 2:52PM | 16 | known and may be discovered with the clinical trial as well, |
| 2:52PM | 17 | sure. |
| 2:52PM | 18 | Q.   Are you familiar with what a clinical study report is? |
| 2:52PM | 19 | A.   Yes, I am. |
| 2:52PM | 20 | Q.   Can you briefly explain what a clinical study report is. |
| 2:52PM | 21 | A.   A clinical study report's objective is to report the |
| 2:52PM | 22 | results of the study.  There is typically a long |
| 2:52PM | 23 | introduction -- a long section reminding what the protocol was, |
| 2:53PM | 24 | especially if there were any amendments to the protocol during |
| 2:53PM | 25 | the course of the study, for whatever reasons. |

OFFICIAL TRANSCRIPT

| | | |
|---|---|---|
| 2:53PM | 1 | And then there's a section, of course, on the |
| 2:53PM | 2 | results -- the more graphic results, meaning the type of |
| 2:53PM | 3 | patients that were included, efficacy results, safety results, |
| 2:53PM | 4 | what are the other end points, quality of life, socioeconomic, |
| 2:53PM | 5 | whatever is collected in the study. |
| 2:53PM | 6 | Q.    So to distill it down, the report basically reports the |
| 2:53PM | 7 | findings of the study with regards to efficacy; correct? |
| 2:53PM | 8 | A.    Efficacy, safety.  Everything that was collected is |
| 2:53PM | 9 | recorded in the report. |
| 2:53PM | 10 | Q.    And you've co-authored clinical study reports before, |
| 2:53PM | 11 | haven't you? |
| 2:53PM | 12 | A.    Yes.  It was part of my role, especially at that time, |
| 2:53PM | 13 | quite a long time ago.  Within Sanofi, the trial managers |
| 2:53PM | 14 | contribute -- because we contributed to the collection of the |
| 2:53PM | 15 | data, to the cleaning of the data, to make sure the data are |
| 2:54PM | 16 | correct, reliable, and so on.  We are part of the co-author of |
| 2:54PM | 17 | the report, yes.  There's a long list of co-authors. |
| 2:54PM | 18 | Q.    And earlier you talked about -- when I asked you about |
| 2:54PM | 19 | clinical trials, you mentioned that these trials are often |
| 2:54PM | 20 | conducted to get an indication for use for a product in a |
| 2:54PM | 21 | country before a product is on the market; correct? |
| 2:54PM | 22 | A.    Yes.  Correct.  This is what we call internally the R&D |
| 2:54PM | 23 | trials.  Or in R&D, we conduct trials mostly for this goal, |
| 2:54PM | 24 | trying to find an indication and to get a registration dossier, |
| 2:54PM | 25 | a market of authorization, correct. |

OFFICIAL TRANSCRIPT