# EXHIBIT 20

```
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA


IN RE:  TAXOTERE (DOCETAXEL)           *
        PRODUCTS LIABILITY             *   Docket No.: 16-MD-2740
        LITIGATION                     *   Section "H(5)"
                                       *   September 16, 2019
Relates To:  Barbara Earnest,          *   New Orleans, Louisiana
Case No.: 16-CV-17144                  *
* * * * * * * * * * * * * * * * * * * *


                    DAY 1, AFTERNOON SESSION
              TRANSCRIPT OF JURY TRIAL PROCEEDINGS
          HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
                   UNITED STATES DISTRICT JUDGE



APPEARANCES:

For the Plaintiffs:          Barrios, Kingsdorf & Casteix, LLP
                             BY:  DAWN BARRIOS, ESQ.
                             701 Poydras Street
                             Suite 3650
                             New Orleans, Louisiana 70139


For the Plaintiffs:          Gainsburgh, Benjamin, David,
                               Meunier & Warshauer, LLC
                             BY:  PALMER LAMBERT, ESQ.
                             2800 Energy Centre
                             1100 Poydras Street
                             New Orleans, Louisiana 70163-2800
```

OFFICIAL TRANSCRIPT

| | | | |
|---|---|---|---|
| 4:11PM | 1 | A. | Yes. |
| 4:11PM | 2 | Q. | And by whom are you currently employed? |
| 4:11PM | 3 | A. | By Sanofi. |
| 4:11PM | 4 | Q. | All right. And in what capacity are you employed there |
| 4:11PM | 5 | | currently? |
| 4:11PM | 6 | A. | I'm in regulatory affairs. And, currently, I'm in the |
| 4:11PM | 7 | | labeling department, working on consumer health products. |
| 4:11PM | 8 | Q. | Do you have a title? |
| 4:11PM | 9 | A. | Associate director. |
| 4:11PM | 10 | Q. | Do you have a full title of your job? |
| 4:11PM | 11 | A. | That's -- it's associate director, labeling manager. |
| 4:12PM | 12 | Q. | Okay. Are you a senior manager on oncology products? |
| 4:12PM | 13 | A. | I was. Not now, but I was. |
| 4:12PM | 14 | Q. | Okay. When were you a senior manager for oncology |
| 4:12PM | 15 | | products at Sanofi in the U.S. regulatory affairs department? |
| 4:12PM | 16 | A. | From June of 2013 until probably October of 2016. |
| 4:12PM | 17 | Q. | And then in October of 2016 your job changed? |
| 4:12PM | 18 | A. | Within my department, I moved to support cardiovascular |
| 4:12PM | 19 | | products. |
| 4:12PM | 20 | Q. | And how long have you been with the company? |
| 4:12PM | 21 | A. | Since 2000, May 2000. |
| 4:12PM | 22 | Q. | All right. And you have a doctorate degree? |
| 4:13PM | 23 | A. | A PharmD, yes. |
| 4:13PM | 24 | Q. | All right. Do you agree with me that a label must contain |
| 4:13PM | 25 | | language that accurately informs the prescribing physician as |

| | | |
|---|---|---|
| 4:13PM | 1 | to common adverse events? |
| 4:13PM | 2 | A.  Yes, I agree. |
| 4:13PM | 3 | Q.  A drug manufacturer must warn about common side effects |
| 4:13PM | 4 | that were known to the manufacturer at the time of |
| 4:13PM | 5 | distribution? |
| 4:13PM | 6 | A.  Yes, I would agree. |
| 4:13PM | 7 | Q.  If a drug manufacturer fails to warn about common side |
| 4:13PM | 8 | effects that were known at the time of distribution, then the |
| 4:13PM | 9 | drug manufacturer's warning is inadequate? |
| 4:13PM | 10 | A.  I mean, I would agree with that. |
| 4:13PM | 11 | Q.  Do you agree that a drug manufacturer must make sure that |
| 4:13PM | 12 | its labeling continues to reflect the current knowledge |
| 4:13PM | 13 | concerning common risks posed by its drug? |
| 4:14PM | 14 | A.  Yes.  And we -- companies do that by, again, submitting |
| 4:14PM | 15 | reports where they're continually monitoring the product to the |
| 4:14PM | 16 | agency. |
| 4:14PM | 17 | Q.  Sure.  Do you agree that a drug manufacturer must provide |
| 4:14PM | 18 | informative and accurate information in its label to |
| 4:14PM | 19 | effectively communicate with doctors? |
| 4:14PM | 20 | A.  Yes.  So we continue to -- the health -- manufacturers |
| 4:14PM | 21 | continue to monitor for their products, and then based on those |
| 4:14PM | 22 | assessments, they'll make a determination on whether a label |
| 4:14PM | 23 | needs to be updated.  And they could propose to the FDA a |
| 4:14PM | 24 | labeling update. |
| 4:14PM | 25 | Having said that, it's up to the agency to make the |

| | | |
|---|---|---|
| 4:14PM | 1 | final decision.  They have the final say on what is in the |
| 4:14PM | 2 | USPI. |
| 4:15PM | 3 | Q.   Do you agree that a drug manufacturer must provide |
| 4:15PM | 4 | informative and accurate information in its label to |
| 4:15PM | 5 | effectively communicate with doctors? |
| 4:15PM | 6 | A.   Yes, and they do that by constant monitoring of the |
| 4:15PM | 7 | product.  You know, the label is a living document that is |
| 4:15PM | 8 | constantly changing over its life -- life cycle. |
| 4:15PM | 9 | Q.   Under the "Frequency of Adverse Drug Reaction" section, do |
| 4:15PM | 10 | you agree with me that the incidents of adverse event that |
| 4:15PM | 11 | occurs in -- in 1 percent to less than 10 percent of patients |
| 4:15PM | 12 | that utilize the drug would be characterized as a common or |
| 4:15PM | 13 | frequent adverse drug reaction? |
| 4:15PM | 14 | A.   Yes, according to this document. |
| 4:15PM | 15 | Q.   Good evening, Fran.  How are you? |
| 4:15PM | 16 | A.   Good. |
| 4:15PM | 17 | Q.   And there were a lot of questions about safety signal |
| 4:16PM | 18 | detection and sources for safety signal detection. |
| 4:16PM | 19 | Do you remember that? |
| 4:16PM | 20 | A.   Yes. |
| 4:16PM | 21 | Q.   Okay.  Who would be responsible at Sanofi for safety |
| 4:16PM | 22 | signal detection? |
| 4:16PM | 23 | A.   That would be our safety group. |
| 4:16PM | 24 | Q.   And who would be responsible at Sanofi for evaluating the |
| 4:16PM | 25 | safety or side effects or potential side effects of a product? |