# EXHIBIT 22

John A. Glaspy, M.D.

```
 1                UNITED STATES DISTRICT COURT

 2                EASTERN DISTRICT OF LOUISIANA

 3

 4   IN RE: TAXOTERE (DOCETAXEL)   )
     PRODUCTS LIABILITY            )  No. MDL No. 2740
 5   LITIGATION                    )  SECTION: "H"
                                   )  JUDGE MILAZZO
 6   This Document Relates To:     )  MAG. JUDGE NORTH
     ALL CASES                     )
 7   _____ )

 8

 9
                   THURSDAY, JANUARY 9, 2020
10

11           VIDEO DEPOSITION OF JOHN A. GLASPY,

12       M.D., held at 2049 Century Park East,

13       Suite 3000, Los Angeles, California

14       90067, commencing at 9:20 a.m. on the

15       above date before Lindsay Pinkham,

16       Certified Shorthand Reporter No. 3716,

17       CCRR.

18

19                         ---

20              GOLKOW LITIGATION SERVICES

21         877.370.3366 ph | 917.591.5672 fax

22                  deps@golkow.com

23

24

25
```

```
 1   setting.
 2       Q    Thank you for correcting me.  That's what I
 3   meant to say.
 4       A    Okay.  We don't need to clean it up?
 5       Q    I'll ask again.
 6            The progression of developing a chemotherapy
 7   drug is first establish its effectiveness and favorable
 8   toxicity profile in the metastatic setting, and then
 9   move on to the adjuvant setting.
10       A    Right.  And there's a reason for that.  That's
11   how breast cancer has always worked.  Because adjuvant
12   trials are incredibly arduous.  They take a long time,
13   because you're trying to prevent an event.
14            And now that we have standard of care, you're
15   trying do a better job of prevention of that event than
16   is already being done.  And you have to follow people
17   for a long time to get your end points.  So these trials
18   cost hundreds of millions of dollars.
19            So you look for signals in a place like
20   metastatic breast cancer, where you have a tumor that
21   you can look at, and you can find out in six weeks if
22   the treatment works.  You can see the tumor shrink.
23            It won't cure people, but it will, if it
24   shrinks the tumor, then that's some promise, and if that
25   stays shrunk for a long time, then that's even more
```

John A. Glaspy, M.D.

```
 1   promise.
 2           And then you might be able to convince everyone
 3   that we should invest the energy and resources in taking
 4   this to the adjuvant setting.  Why?  Because in the
 5   adjuvant setting, cure is the end point.  In the
 6   metastatic setting, it's too late for that.
 7      Q    Metastatic setting, if a person doesn't respond
 8   to a particular chemotherapy, you switch them to another
 9   one in hopes that that second one will work, and you
10   continue until you find one, or that person ultimately
11   passes, unfortunately; correct?
12      A    Yes.
13      Q    So you don't have the opportunity in a
14   metastatic breast cancer study to treat, complete, and
15   follow something for a long-term, adverse event.  Is
16   that fair to say?
17      A    You're less likely to get adverse event data on
18   long-term adverse events, because the median time to
19   progression is on the order of six months.
20      Q    Okay.
21      A    And so you don't get that.
22           Also, it's impossible to study toxicity of a
23   chemotherapy drug that somebody started with without
24   confounding it if they're currently on a different
25   chemotherapy drug.  So the fact that they switched
```