# EXHIBIT 30

Docetaxel-CCDS-v27-LRC-17-July-2012.doc

In addition to gastrointestinal events reflected in the above table, 7 patients were reported to have colitis/enteritis/large intestine perforation. Two of these patients required treatment discontinuation; no deaths due to these events occurred during the treatment period.[66]

- Cardiovascular events

The following treatment emergent cardiovascular events were reported during the study period: arrhythmias, all grades (6.2%),[66] hypotension, all grades (1.9%)[67] and CHF (3.5%).[67] Twenty-six patients in the TAC group developed CHF during the study period, with most cases reported in the follow-up period. CHF lead to death in 2 TAC patients and to 4 FAC patients.[68] The risk of CHF is higher in the TAC group in the first year.[69]

- Acute Myeloid Leukemia (AML)/Myelodysplastic Syndrome[70]

AML occurred in 3 of 744 (0.4%) patients who received *TM*, doxorubicin, and cyclophosphamide and in 1 of 736 (0.1%) patients who received fluorouracil, doxorubicin and cyclophosphamide. One TAC patient died due to AML during the follow up period.[71]

- Other persistent reactions

TAX 316

The most common adverse events persisting into the follow-up period in TAC patients were alopecia (92.3%), asthenia (31.7%), and amenorrhea (27.2%). Among the adverse events that persisted into the follow-up period in >1% of patients, the majority of events resolved; however, amenorrhea (59.9%), and lymphoedema (54.5%) remained ongoing in TAC patients.[72]

The following table presents treatment emergent adverse events (TEAEs) observed in 532 patients with node negative breast cancer, who were treated with *TM* 75 mg/m² every 3 weeks in combination with doxorubicin and cyclophosphamide.

Table 12 - Clinically important treatment related adverse events in patients receiving *TM* in combination with doxorubicin and cyclophosphamide. (GEICAM 9805)[73],[74]

| Body system<br>Adverse event | *TM* 75 mg/m² + Doxorubicin 50 mg/m² + Cyclophosphamide 500 mg/m² | |
|---|---|---|
| | n = 532 | |
| | All grades (%) | Grade 3/4 (%) |
| *Infections and infestations* | | |
| Infection | 15.4 | 1.1 |
| Neutropenic infection | 6.6 | 1.3 |
| *Blood and lymphatic system disorders* | | |
| Anemia | 94.7 | 1.3 |
| Neutropenia | 71.1 | 50.8 |
| Thrombocytopenia | 12.0 | 1.1 |

Confidential                                                                                                                                             Sanofi_04942173

Docetaxel-CCDS- v27-LRC-17-July-2012.doc

|  | Without primary G-CSF prophylaxis (n=111) n (%) | With primary G-CSF prophylaxis (n=421) n (%) |
|---|---|---|
| Neutropenic infection (Grade 3-4) | 2 (1.8) | 5 (1.2) |

Of the 532 patients treated with TAC, 28.2% experienced severe and TEAEs[76]. Dose reductions due to hematologic toxicity occurred in 1.5% of cycles[77][78]. 4.7 percent of patients discontinued treatment due to adverse events; fever in the absence of infection and neutropenia being the most common reasons for withdrawal[79][80]. No patients died within 30 days of their last study treatment[81][82]. No death was considered to be related to TM[83][84].

Fever and Infection
There were no deaths due to sepsis[85].

Gastrointestinal events
No cases of colitis/enteritis/large intestine perforation were reported. Other gastrointestinal events are reflected in the above table[86][87].

Cardiovascular events
At 77 months median follow-up one patient was reported to have Congestive Heart Failure (CHF). The condition resolved[88].

Acute Leukemia / Myelodysplastic Syndrome[89]
At a median follow-up time of 77 months, acute leukemia occurred in 1 of 532 (0.2%) patients who received *TM*, doxorubicin, and cyclophosphamide. No cases were reported in patients who received fluorouracil, doxorubicin and cyclophosphamide. No patient was diagnosed with myelodysplastic syndrome in either treatment groups.

Other persistent reactions[89] ← GEICAM 9805
The following events were observed to be ongoing at the median follow-up time of 77 months: alopecia (n = 3/49), amenorrhea (n = 7/18), lymphoedema (4/5), peripheral sensory neuropathy (3/10).

11.1.2 Combination Therapy with *TM* and capecitabine for Breast cancer[81]
For the *TM*+ capecitabine combination therapy the most frequent treatment-related undesirable effects (≥5%) reported in a phase III trial in breast cancer patients failing anthracycline treatment are presented in the following table.

Table 14 - Summary of at least remotely related adverse events reported in ≥5% of patients treated with *TM* and capecitabine in combination.

| Body system Adverse event | capecitabine with docetaxel (n = 251) | |
|---|---|---|
|  | Total % | Grade 3 / 4 % |

Confidential                                                                                         Sanofi_04942174

BegDoc: Sanofi_04942173
EndDoc: Sanofi_04942174
BegAttach: Sanofi_04942169
EndAttach: Sanofi_04942174
PageCount: 2
Custodian: Palatinsky, Emanuel
All Custodians: Palatinsky, Emanuel
Date Created: 12/13/2012
Date Last Modified: 12/13/2012
DocType: Document
Original FilePath: \HardDrive\PalatinskyEmanuel_nm48656_HardDrive\nm48656_C__Users_nm48656\Documents\Outlook Files\pst folders\Personal Folders.pst\Top of Personal Folders\Z Personal Folders 2011 in C\Products\Z Other Products\Docetaxel\RSI\Labeling\South Africa\RE: Docetaxel case #2011SA019469 longstanding alopecia\TAX CCDS Persistent Alopecia.pdf
FileName: TAX CCDS Persistent Alopecia.pdf
FileExt: pdf
MD5 Hash: f2afeca40a38a5a2897b09291e4b4472
File Size: 462757
EMAIL Folder Path:
From:
To:
Subject:
Date Sent:
Date Received:
CC:
BCC:
Confidentiality: Confidential
Redacted:
Embedded: False
Conversation Index Value: