# EXHIBIT 31

| | |
|---|---|
| **From:** | [redacted] |
| **Sent:** | Thursday, January 17, 2013 8:52 PM |
| **To:** | Palatinsky, Emanuel R&D/US; [redacted] |
| **Cc:** | Shen, Liji R&D/US; Bhavaraju, Sai R&D/US; Shun, Zhenming R&D/US; [redacted] |
| **Subject:** | RE: Docetaxel: EMA Request for clarification - Additional signal identified with docetaxel - Persistent Alopecia |

as i said, i'll get back to you by monday so i think it's ok to say that they will get our answer by the end of the next week

---

**From:** Palatinsky, Emanuel R&D/US
**Sent:** Thursday, January 17, 2013 7:36 PM
**To:** [redacted]
**Cc:** Shen, Liji R&D/US; Bhavaraju, Sai R&D/US; Shun, Zhenming R&D/US; [redacted]
**Subject:** RE: Docetaxel: EMA Request for clarification - Additional signal identified with docetaxel - Persistent Alopecia

Yes, [redacted], it is understood.  Dear Pierre, do you have a date that Isabelle can mention in her dialogue with the Agency?

Emanuel

---

**From:** [redacted]
**Sent:** Thursday, January 17, 2013 1:34 PM
**To:** Palatinsky, Emanuel R&D/US; [redacted]
**Cc:** Shen, Liji R&D/US; Bhavaraju, Sai R&D/US; Shun, Zhenming R&D/US; [redacted]
**Subject:** RE: Docetaxel: EMA Request for clarification - Additional signal identified with docetaxel - Persistent Alopecia

Thank you Emanuel but I have to give a date to the EMA.
Kind regards
[redacted]

---

**From:** Palatinsky, Emanuel R&D/US
**Sent:** Thursday, January 17, 2013 7:33 PM
**To:** [redacted]
**Cc:** Shen, Liji R&D/US; Bhavaraju, Sai R&D/US; Shun, Zhenming R&D/US; [redacted]
**Subject:** RE: Docetaxel: EMA Request for clarification - Additional signal identified with docetaxel - Persistent Alopecia

Dear [redacted], I confirm that I will be able to approve our response document as soon as I will see the persistent alopecia data from the two studies.

Warm regards.

Emanuel

1

**From:** ▮
**Sent:** Thursday, January 17, 2013 1:30 PM
**To:** ▮ Palatinsky, Emanuel R&D/US
**Cc:** Shen, Liji R&D/US; Bhavaraju, Sai R&D/US; Shun, Zhenming R&D/US; ▮
**Subject:** RE: Docetaxel: EMA Request for clarification - Additional signal identified with docetaxel - Persistent Alopecia

Thank you ▮

▮ and Emanuel,
Could you please confirm that we will be able to send our response by next week. Indeed, the EMA has requested to receive our response by tomorrow which seems impossible and I have to come back to us by tomorrow with a proposed sending date.
Thank you
Kind regards
▮

---

**From:** ▮
**Sent:** Thursday, January 17, 2013 6:38 PM
**To:** Palatinsky, Emanuel R&D/US
**Cc:** Shen, Liji R&D/US; Bhavaraju, Sai R&D/US; Shun, Zhenming R&D/US; ▮
**Subject:** RE: Docetaxel: EMA Request for clarification - Additional signal identified with docetaxel - Persistent Alopecia

Hi Emmanuel and ▮,
These are old studies so i have to look at this myself as it would take me as much time as to explain it to someone else.

I'll do it by Monday next week
best
▮

---

**From:** Palatinsky, Emanuel R&D/US
**Sent:** Thursday, January 17, 2013 5:35 PM
**To:** ▮
**Cc:** Shen, Liji R&D/US; Bhavaraju, Sai R&D/US; Shun, Zhenming R&D/US; ▮
**Subject:** RE: Docetaxel: EMA Request for clarification - Additional signal identified with docetaxel - Persistent Alopecia

Dear ▮, do you have anyone in your team who can extract these figures for us, thus completing the response?

Regards.

Emanuel

---

**From:** ▮
**Sent:** Thursday, January 17, 2013 11:32 AM
**To:** Palatinsky, Emanuel R&D/US; ▮
**Cc:** Shen, Liji R&D/US; Bhavaraju, Sai R&D/US; Shun, Zhenming R&D/US; ▮
**Subject:** RE: Docetaxel: EMA Request for clarification - Additional signal identified with docetaxel - Persistent Alopecia
**Importance:** High

Emanuel, ▮

2

Confidential                                                                                     Sanofi_04938220

Here attached the response document to be completed.
Thank you for your prompt support.
Kind regards

---

**From:** Palatinsky, Emanuel R&D/US
**Sent:** Thursday, January 17, 2013 4:58 PM
**To:** [redacted]; [redacted]
**Cc:** Shen, Liji R&D/US; Bhavaraju, Sai R&D/US; Shun, Zhenming R&D/US; [redacted]
**Subject:** RE: Docetaxel: EMA Request for clarification - Additional signal identified with docetaxel - Persistent Alopecia

[redacted], I have provided my recommendations on December 4, 2012. The response should state:

> The frequency and incidence of patients with persistent alopecia, respectively from the pivotal breast cancer studies TAX316 and GEICAM9805 is as follows: *[PASTE HERE DATA FROM TAX316 CSR TABLE 7, AND GEICAM9805 CSR TABLE 47]*.

Dear [redacted] do you have anyone in your team who can extract these figures for us?

Emanuel

---

**From:** [redacted]
**Sent:** Thursday, January 17, 2013 10:53 AM
**To:** [redacted]; Palatinsky, Emanuel R&D/US
**Cc:** Shen, Liji R&D/US; Bhavaraju, Sai R&D/US; Shun, Zhenming R&D/US; [redacted]
**Subject:** RE: Docetaxel: EMA Request for clarification - Additional signal identified with docetaxel - Persistent Alopecia
**Importance:** High

Dear Emanuel, Dear [redacted]

I come back to you in regard to the alopecia request received from the European Agency.
Thank you to le me know if we will be able to respond by next week as the EMA just reminded us and has asked to respond by tomorrow (e-mail attached).
Many thanks for your support.
Kind regards

---

**From:** [redacted]
**Sent:** Thursday, December 20, 2012 10:43 AM
**To:** [redacted]; Palatinsky, Emanuel R&D/US
**Cc:** Shen, Liji R&D/US; Bhavaraju, Sai R&D/US; Shun, Zhenming R&D/US; [redacted]
**Subject:** RE: Docetaxel: EMA Request for clarification - Additional signal identified with docetaxel - Persistent Alopecia

Dear [redacted] Dear Emanuel,

The person in charge of Labeling is [redacted].
If a Labeling update is needed, the wording will be discussed during a LWG organized by [redacted].
Best regards

Confidential                                                                    Sanofi_04938221

**From:** ▮
**Sent:** Thursday, December 20, 2012 12:11 AM
**To:** Palatinsky, Emanuel R&D/US; ▮
**Cc:** Shen, Liji R&D/US; Bhavaraju, Sai R&D/US; Shun, Zhenming R&D/US
**Subject:** RE: Docetaxel: EMA Request for clarification - Additional signal identified with docetaxel - Persistent Alopecia

Hi Emanuel

I'll write some text when i can find some time to do it (i.e. during the christmas break i guess) to report and summarize the results as i have no single minute before and Isabelle mentioned that early January is ok.

It's really unfortunate that no one can make some medical writing to help us here as it's going beyond my role to write regulatory answers when it's it not statistical text or complex interpretation of the results. I have to review and correct but we are not primary author in general for these regulatory documents. Anyway, I understand the special context and you are in the same situation as I am so I will do it when i have time to do it.

For the label, if some language has to be prepared, I would expect Isabelle to coordinate this and identify who can do that but I would like to have someone else being accountable for that (i.e anyone from label team?).

Best,
▮

---

**From:** Palatinsky, Emanuel R&D/US
**Sent:** Wednesday, December 19, 2012 4:13 PM
**To:** ▮
**Cc:** Shen, Liji R&D/US; Bhavaraju, Sai R&D/US
**Subject:** FW: Docetaxel: EMA Request for clarification - Additional signal identified with docetaxel - Persistent Alopecia

Dear ▮ please see page 6 in the attached 1st draft document. I suggest that beside the frequency and incidence of persistent alopecia for each of the two studies, we also specify the safety population and the duration of follow up, to provide context, and also to have a text ready for the label, in case we are asked to add this new information. If you think that it's clearer to provide the two sets of data in a table format instead of a bullet list, however, that is fine with me. I welcome your feedback.

Emanuel

---

**From:** ▮
**Sent:** Wednesday, December 19, 2012 10:01 AM
**To:** Palatinsky, Emanuel R&D/US; ▮
**Cc:** ▮ Lu, Ling-Min R&D/US; Tsukurov, Olga GZ/US; ▮ ; Shen, Liji R&D/US; Bhavaraju, Sai R&D/US
**Subject:** RE: Docetaxel: EMA Request for clarification - Additional signal identified with docetaxel - Persistent Alopecia

Bonjour Emanuel,

The response doc is attached
Kind regards
▮

---

**From:** Palatinsky, Emanuel R&D/US
**Sent:** Wednesday, December 19, 2012 3:45 PM
**To:** ▮
**Cc:** ▮ ; Lu, Ling-Min R&D/US; Tsukurov, Olga GZ/US; ▮ ; Shen, Liji R&D/US; Bhavaraju, Sai R&D/US
**Subject:** RE: Docetaxel: EMA Request for clarification - Additional signal identified with docetaxel - Persistent Alopecia

4

Confidential                                                                                                          Sanofi_04938222

Dear Isabelle, please provide a template document with the question from the EMA, on which Pierre and I can draft our response (containing only the information about persistent alopecia in text, rather than the original CSR tables).

Regards.

Emanuel

---

**From:** [redacted]
**Sent:** Wednesday, December 19, 2012 9:36 AM
**To:** [redacted]; Palatinsky, Emanuel R&D/US
**Cc:** [redacted]; Lu, Ling-Min R&D/US; Tsukurov, Olga GZ/US; [redacted]; Shen, Liji R&D/US; Bhavaraju, Sai R&D/US
**Subject:** RE: Docetaxel: EMA Request for clarification - Additional signal identified with docetaxel

Thanks [redacted], I think it's much more clear to me now.

I can follow the answer preparation it as i have been involved in previous discussions. I think all the material is available in Domasys with clinical study reports (no need to more stat tables) as mentioned by Emmanuel below and the proposed wording is also fine to me. Maybe it would however be better to only provide information on alopecia which is extracted from Table 7 and Table 47 (in respective CSRs) to avoid generation further questions on other information contained in these tables.

> The MAH is providing the following two tables that illustrate the frequency and incidence of patients with persistent alopecia, respectively from the pivotal breast cancer studies TAX316 and GEICAM9805. [PASTE HERE TAX316 TABLE 7, AND GEICAM9805 TABLE 47].

I will review the draft answer when available. Let me know if you need something else from me at this time.

Best,

[redacted]

[redacted]
Deputy Global Head, Oncology Biostatistics
Sanofi R&D
[redacted]

---

**From:** [redacted]
**Sent:** Wednesday, December 19, 2012 3:11 PM
**To:** [redacted]; Palatinsky, Emanuel R&D/US
**Cc:** [redacted]; Lu, Ling-Min R&D/US; Tsukurov, Olga GZ/US;
**Subject:** RE: Docetaxel: EMA Request for clarification - Additional signal identified with docetaxel

Dear [redacted]

The request received from the European Medicines Agency is:
*It is mentioned in the product information: "Taxotere in combination with doxorubicin and cyclophosphamide: alopecia G3/4: <0,1%". Could you please clarify the number/percentage of patients with long term/permanent alopecia from the pivotal breast cancer studies ?*

Dear Emanuel,

Would it be possible for you to provide me the response to this EMA request by January 2013 (there is no deadline but the request has been received on 26 November and has to be answered in a reasonable time) ?

Thank you

Confidential                                                                                              Sanofi_04938223

Best regards

[REDACTED]
Regulatory Affairs Europe
Oncology, Anti-infective & Cardio-thrombosis

---

**From:** [REDACTED]
**Sent:** Friday, December 14, 2012 2:22 PM
**To:** Palatinsky, Emanuel R&D/US; [REDACTED]
**Cc:** [REDACTED]; Lu, Ling-Min R&D/US; Tsukurov, Olga GZ/US
**Subject:** RE: Docetaxel: EMA Request for clarification - Additional signal identified with docetaxel

Dear All,
I cannot provide a feedback at this moment as i do not have enough information and understanding of the issue and I do not see what is the question and feedback you are expecting from me?

Could you explain a little bit further the background and the questions you have for me?
Thanks
[REDACTED]

[REDACTED]
Deputy Global Head, Oncology Biostatistics
Sanofi R&D

---

**From:** Palatinsky, Emanuel R&D/US
**Sent:** Friday, December 14, 2012 2:12 PM
**To:** [REDACTED]
**Cc:** [REDACTED]; Lu, Ling-Min R&D/US; Tsukurov, Olga GZ/US
**Subject:** RE: Docetaxel: EMA Request for clarification - Additional signal identified with docetaxel

Dear [REDACTED] and All, has Pierre provided his feedback?

Who is going to write the response for the additional data on persistent alopecia? What is the timeline?

Best regards.

Emanuel

---

**From:** [REDACTED]
**Sent:** Friday, December 14, 2012 3:24 AM
**To:** Palatinsky, Emanuel R&D/US; [REDACTED]
**Cc:** [REDACTED]; Lu, Ling-Min R&D/US; Tsukurov, Olga GZ/US
**Subject:** RE: Docetaxel: EMA Request for clarification - Additional signal identified with docetaxel

Bonjour Emanuel,

Could you please update me about the progress of the response to Alopecia EMA request.
Thank you
Kind regards
[REDACTED]

Confidential                                                                                                                    Sanofi_04938224

**From:** Palatinsky, Emanuel R&D/US
**Sent:** Tuesday, December 04, 2012 2:56 PM
**To:** ███
**Cc:** ███; Lu, Ling-Min R&D/US; Tsukurov, Olga GZ/US
**Subject:** RE: Docetaxel: EMA Request for clarification - Additional signal identified with docetaxel

Dear ███, at a closer inspection, I need to correct my prior statement about alopecia. Data about "... *the number/percentage of patients with long term/permanent alopecia from the pivotal breast cancer studies*" were actually not provided by us in the response document submitted in March 2010. There, we reported in detail about the persistent alopecia in GEICAM9805 (response to question 17), and we pooled (or integrated) the TEAEs between the two breast cancer adjuvant pivotal studies TAX316 and GEICAM9805 in response to question 20, though we were not requested to analyze the pooled TEAEs persistent in follow-up. Therefore, their request is justified, and I would propose to address it as follows:

> The MAH is providing the following two tables that illustrate the frequency and incidence of patients with persistent alopecia, respectively from the pivotal breast cancer studies TAX316 and GEICAM9805. [PASTE HERE TAX316 TABLE 7, AND GEICAM9805 TABLE 47].

I do not believe that there is any need to integrate or further analyze these findings. In any event, I am copying ███ because I am not sure about the statistician assigned to docetaxel. Best regards.

Emanuel

---

**From:** ███
**Sent:** Friday, November 30, 2012 10:14 AM
**To:** Palatinsky, Emanuel R&D/US; ███; Lu, Ling-Min R&D/US; Tsukurov, Olga GZ/US
**Cc:** ███
**Subject:** RE: Docetaxel: EMA Request for clarification - Additional signal identified with docetaxel

Dear Emanuel,

Regarding alopecia, you will find attached the EMA request to which we have to answer. The update of the SmPC in relation to the cases of persisting alopecia has been submitted to the European Auhorities in September 2011 without supportive CO.

Regarding TMA, the cumulative review has to be submitted to the European Authorities independently of the PSURs. It is to note that the next docetaxel PSUR covering the period from 01-Dec-2010 to 31-Nov-2013 will be submitted by 28-Feb-2014 in EU. So, the TMA signal has to be handled as the dronedarone/GFJ interaction signal.
Regarding the submission deadline of this TMA cumulative review, it is requested to submit no later than 90 days (28 February 2013) after the receipt of the e-mail.

These points will be discussed during our meetings next week.

Kind regards

███

---

**From:** Palatinsky, Emanuel R&D/US
**Sent:** Friday, November 30, 2012 12:26 AM
**To:** ███; Lu, Ling-Min R&D/US; Tsukurov, Olga GZ/US
**Cc:** ███
**Subject:** RE: Docetaxel: EMA Request for clarification - Additional signal identified with docetaxel

Dear ███,

7

1. Regarding alopecia, I don't know which "*first email*" the EMA contact person is referring to. After we find out the precise question, we will be able to draft our answer. In the meantime, has the EMA ever formally responded to our submission on this topic that you have referenced in your message? A preliminary review of persistent alopecia was part of PSUR#28: after the AFSSAPS had requested Sanofi to review all the reports of persistent alopecia, including the literature, on 09-JUL-2010, we have completed a CO on 06-JAN-2011. As a consequence, our SmPC now mentions in §4.8 (post-marketing) that cases of persisting alopecia have been reported.
2. The issue of CYP450-3A4 inhibitors needs to be deliberated carefully together with the dronedarone team.
3. TMS is already under constant special monitoring and review in our PSURs, and therefore I do not see the need for it to be handled as the dronedarone/GFJ interaction signals; I will ensure that the case definition and strategy for the TMA category is updated as well according with the current request, to be used in the present PSUR#32 (DLP is tomorrow, November 30). What is not clear to me is how did you obtain the deadline of 28-FEB-2013, since the 90 days are counted not from the receipt of the request but from "the receipt of these conclusions", whatever this means; I interpreted this language as the date when the pertinent CO on TMA is completed after SMC endorsement and approval.

We will discuss all these topics collegially at the meeting scheduled on December 4 (dronedarone), and in other separate meetings (GFJ, alopecia, and TMA; who will set these other meetings up?).

Kind regards.

Emanuel

---

**From:** [redacted]
**Sent:** Thursday, November 29, 2012 11:08 AM
**To:** [redacted]; Palatinsky, Emanuel R&D/US; [redacted]
**Cc:** [redacted]
**Subject:** FW: Docetaxel: Request for clarification - Additional signal identified with docetaxel
**Importance:** High

Dear all,

Further to the requests received from the EMA, please note that:

- **Regarding the request in relation to alopecia,** the EMA has confirmed that our response can be sent via e-mail. In order to respond to this point, we propose the following answer:

"Please be informed that the points have already been addressed in March 2010 within the SANOFI response dossier to the List of Outstanding Issues received in the framework of the docetaxel variations EMEA/H/0073/II/090 for Taxotere (eCTD sequence 026) and EMEA/H/0808/II/012 for Docetaxel Winthrop (eCTD sequence 025). In the case that further additional data should be provided, would it be possible to receive a formal request in order to submit the response document to all CHMP members ?"

=> *Thank you to let me know if you have any comment regarding this proposal*

- **Regarding the request in relation to Eudravigilance signal regarding interaction between docetaxel, cytochrome P450-3A inhibitors, dronedarone and grapefruit juice**, the EMA has clarified that:

- in the case where, after reviewing available safety data on this matter, the MAH considers that an update of the product information is needed, this should be submitted as a type II variation with the supporting documentation by 27 January 2013.
- in the case where, after reviewing available safety data on this matter, the MAH considers that there is no impact on the product information, the response together with the rationale/justification should be submitted as a post authorisation measure (previously called FUM) to CHMP by 27 January 2013.

- In addition, the EMA has informed that **another signal has been identified in Eudravigilance for for docetaxel regarding the risk of Thrombotic microangiopathy (TMA).**

Confidential                                                                                                                                                    Sanofi_04938226

It is requested to conduct a cumulative review of cases from all sources reporting the following PTs: thrombotic microangiopathy (TMA), haemolytic uraemic syndrome (HUS), thrombotic thrombocytopenic purpura (TTP) and microangiopathic haemolytic anaemia (MAHA). Cases should be discussed specifically with regard to time to onset (in terms of cycles of chemotherapy treatment), concomitant treatment and any reported changes in ADAMTS-13 metalloprotease levels.

This should be provided without any delay and no later than 90 days (28 February 2013) after the receipt of these conclusions.
This signal will be handled in the same way as the signal related to concomitant use with cytochrome P450 inhibitors.

Please note that a meeting will be organized in the coming days to discuss the new identified signal.

Do not hesitate to contact me if you require further information.

Best regards

-----Original Message-----
From: Vleminckx Camille [mailto:
Sent: Wednesday, November 28, 2012 6:06 PM
To:
Cc: Taxotere-73; Docetaxel.Winthrop-808
Subject: RE: Docetaxel: Request for clarification - Additional signal identified with docetaxel

Dear

Thanks for your email and for acknowledging the receipt of the requests. Regarding the first email related to alopecia this is rather a clarification question from CHMP members for which feedback can be sent to me via email.

Regarding the signal related to concomitant use with cytochrome P450-3A inhibitors, I would like to clarify that this signal was not handled by the PRAC because it was identified before the date of implementation of the Regulation (EU) No 1235/2010 and Directive 2010/84/EU. Hence, as a transitional measure, this signal is being handled under the process in place for such signals before the implementation of the above Regulation and Directive. In relation to your question on the type of submission there are two possibilities:

- in the case where, after reviewing available safety data on this matter, the MAH considers that an update of the product information is needed, this should be submitted as a type II variation with the supporting documentation

- in the case where, after reviewing available safety data on this matter, the MAH considers that there is no impact on the product information, the response together with the rationale/justification should be submitted as a post authorisation measure (previously called FUM) to CHMP.

I would also like to inform you that another signal has been identified in Eudravigilance for docetaxel regarding the risk of Thrombotic microangiopathy (TMA). 18 cases of thrombotic microangiopathies have been received in EudraVigilance in association with docetaxel, including 3 originating from literature (notably 2 are from 2011 and 1 from 2010). Whereas 11 cases do not provide sufficient detail or present potential confounding by concomitant medicines, in the remaining 7 cases (3 fatal) the role of docetaxel is either suspected or can not be ruled out. Of note, 6 of these 7 cases occurred within days/after the first cycle of docetaxel, and three are further evidenced by the decrease in ADAMTS-13 metalloprotease - notably, in one case, this test was later repeated [in the absence of docetaxel] and was within normal limits.

In the view of the published literature and reports contained in EudraVigilance, the Rapporteurs are of the view that the MAH should conduct a cumulative review of cases from all sources reporting the following PTs: thrombotic microangiopathy (TMA), haemolytic uraemic syndrome (HUS), thrombotic thrombocytopenic purpura (TTP) and microangiopathic haemolytic anaemia (MAHA). Cases should be discussed specifically with regard to time to onset (in terms of cycles of chemotherapy treatment), concomitant treatment and any reported changes in ADAMTS-13 metalloprotease levels.

This should be provided without any delay and no later than 90 days after the receipt of these conclusions.

For clarification, this signal will be handled in the same way as the signal related to concomitant use with cytochrome P450 inhibitors

Confidential                                                                                                           Sanofi_04938227

since it was also identified before the date of implementation of the Regulation (EU) No 1235/2010 and Directive 2010/84/EU.

Please feel free to contact me if you need any other clarifications in this regard.

Thanks and kind regards

Camille

Camille VLEMINCKX
Human Medicines Development and Evaluation Safety & Efficacy of Medicines

>European Medicines Agency
>
>
>

This message and any attachment contain information which may be confidential or otherwise protected from disclosure. It is intended for the addressee(s) only and should not be relied upon as legal advice unless it is otherwise stated. If you are not the intended recipient(s) (or authorised by an addressee who received this message), access to this e-mail, or any disclosure or copying of its contents, or any action taken (or not taken) in reliance on it is unauthorised and may be unlawful. If you have received this e-mail in error, please inform the sender immediately.
P Please consider the environment before printing this e-mail

---

From:
Sent: 28 November 2012 12:33
To: Vleminckx Camille
Cc: Taxotere-73; Docetaxel.Winthrop-808
Subject: Docetaxel: Request for clarification
Importance: High

Dear Camille,

Further to both attached requests received for docetaxel, I would like to have a phone conversation with you in order to clarify:
- these requests since they are not mention in the November PRAC agenda
- to whom the requested information has to be submitted

- how to submit these requested data


Would you please let me know when I could call you in order to discuss these points.
Many thanks for your feedback.
Best regards


Regulatory Affairs Europe
Oncology, Anti-infective & Cardio-thrombosis


---
This e-mail has been scanned for all known viruses by European Medicines Agency.
---

Confidential                                              Sanofi_04938228