# EXHIBIT 36

Taxotere® and Persistent Alopecia
*Planning for possible questions about persistent alopecia, Taxotere © and Social Media Strategy*

COMMUNICATION PLAN

Date Created:  March 9, 2010
Date Last Updated:  March 15, 2010 9:30 pm

**CONTENTS:**
A.  Response Team                              [INSERT PAGE]
B.  Facebook Activity                          [INSERT PAGE]
C.  Online Monitoring                          [INSERT PAGE]
D.  Strategy for Engaging the Patient          [INSERT PAGE]
E.  Media Strategy and Spokespeople            [INSERT PAGE]
F.  Disclaimer Language/Wall Posting           [INSERT PAGE]

**BACKGROUND (for internal use only)**

Following a recent article in *Globe and Mail* (March 4, 2010) – which highlighted the stories of two patients who experienced permanent hair loss following treatment with Taxotere – a number of online news sources/blogs began to follow and comment on the story. The story was picked up by one journalist via Twitter (Rita Rubin, *USA Today*) and a few digital/pharma marketing consultants/bloggers -- including PharmaMarketing (John Mack) and World of DTC Marketing (Rich Meyer) who tweeted about the "news" from a business and social media perspective.

Tweeters and PharmaMarketing articles have mostly been interested in how a specific patient, Shirley Ledlie (A.K.A. "Ann Adams") has utilized online means to further her cause and how the company reacted to her actions.  BNET, Pharmalot, CafePharma and PharmaMarketing are a few of the online sources that have covered this case history. The articles focused on the patient's use of the official and unofficial sanofi-aventis Facebook pages and the perception that the company had no reaction to the situation.

General online patient discussions (patient-to-patient) and responses to the tweets mentioned above have been primarily focused on sharing personal stories and directing peers (other patients) to speak with their physicians.  There is primarily one highly active and vocal patient (Shirley, A.K.A. "Ann Adams") whose frustration is directed at the company.  This patient and sanofi-aventis may be entering into litigation.

**GUIDING PRINCIPLES**

- Sanofi-aventis should use transparency in addressing the issue, in a compassionate manner, on both the sanofi-aventis Voices Facebook page as well as any unofficial sanofi-aventis Facebook page(s)

- Terms and Conditions for use should be posted on all sanofi-aventis US social media sites (whether sanofi-aventis hosted or housed on an Independent 3rd party site such as Facebook)

1

- Once final, sanofi-aventis US will issue guidelines to employees outlining terms for personal use of social media (which will directly impact at least one of the unofficial sanofi-aventis Facebook pages)

## RECOMMENDATIONS

- Streamline number of members involved in core response team to allow for quick internal decision-making and fast turnaround time for future scenarios.

## NEXT STEPS

- Unofficial sanofi-aventis site management. Determine policy for partnerships/alliances with non-sanofi-aventis sponsored sites.
- Notify employees to direct external patient inquiries (i.e. inquiries from Shirley) to medical information/safety/FDA (per disclaimer below).
- Notify employees of Internal Social Media guidelines.
- Key learnings. Assess full scope of events and company response; identify what went well and where the company will need to tighten the response plan moving forward; coordinate meeting with Communication Department and INCC.
- Assess potential for sharing key learnings with DDMAC/FDA. [Where did this come from? I would like to discuss.]

---

### A.)   RESPONSE TEAM

| Core Team: | Legal Counsel: | Regulatory: |
|---|---|---|
| - Ivan Nelson<br>- Stacy Burch<br>- Joan Mikardos<br>- Allison Gassaro -- legal<br>- Mark Gaydos (Gina Vestea) – regulatory<br>- Ira Steinberg (Grannum Sant) – medical<br>- Madeline Malia<br>- Sabrina Spitaletta | - Dirk Hellner<br>- Susan Hart-White<br>- Ana Maria Garcia<br>- Julie Heymann<br>- Isabelle Pignot | - Craig Audet<br>- Gina Vestea |
| **Consulted:**<br>- Irene Eugene-Jolchine | **Medical/Pharmocovigilence:**<br>- Linda Scarazzini | **Informed:**<br>- Dennis Urbaniak |

2

Confidential                                                                                           Sanofi_05932262

|   |   |   |
|---|---|---|
| • Geoffroy Bessaud<br><br>• Isabelle Mazenc<br><br>• Angela Lazaryan<br><br>• Sophie Jaeger | • Amel Lahmar | • Louis Allesandrine<br><br>• Laure Thibaud<br><br>• Lisa Buffington<br><br>• Geoffroy Bessaud |

**Contact Information:**

| Name | Title | Cell Phone |
|---|---|---|
| Madeline Malia | US Communications | 609-651-1323 |
| Stacy Burch | US Communications | 201-410-5982 |
| Joan Mikardos | Senior Director, Media | 908-239-5735 |
| Sabrina Spitaletta | AVP, Grassroots and Civil Actions Programs | 917-692-2833 |

---------------------------------------------------------------------------------------------------------------

**B.)   FACEBOOK ACTIVITY**

- Sanofi-aventis TV:  (Global) Monitor, immediately remove posts; post disclaimer. Comments function is active.  [Ivan Nelson]

- Sanofi-aventis VOICES Facebook pages:  (US only) As there were already two Facebook pages, the VOICES Fan page was put on hold while the company assessed which site (either the Facebook Profile page or the Fan page) would be the best venue for engaging VOICES members moving forward.  The decision was made to stay with the existing FAN page where currently nearly 400 members are signed-up.  The Facebook Fan page now includes a disclaimer and allows for comments. The site is monitored on an ongoing basis. Posts that violate the terms of use are immediately removed.  [Sabrina Spitaletta]

- Unofficial sanofi-aventis Facebook page:  (Global)
    o US Communications, Madeline Malia, has posted statement informing visitors that the site is not endorsed or monitored by sanofi-aventis.
    o **Privileged - Attorney-Client Communication**
    o Recommendation is to work with the owner of the non-official Facebook page to bring it in-line with the social media policy for the company [This should only be if sanofi-aventis assumes some level of influence/control over the site's content.]

3

- <u>DVT Coalition:</u> (US only) Monitor, immediately remove posts that violate the terms of use. Disclaimer is posted.  Comments function is active. [Sharon Rubin/Emmy Tsui] Currently, monitoring is only in place during normal business hours.  [This should be updated based on our discussion yesterday afternoon.]

NOTE:  Shirley/Ann will not be blocked from any of the above listed sanofi-aventis controlled sites.  [If she posts product-specific information, these will be immediately removed.]

### C.)     ONLINE MONITORING

- Facebook VOICES:
    - List: http://www.facebook.com/terms.php?ref=pf#!/pages/sanofi-aventis-VOICES/57090460817?ref=ts
    - Process: Facebook will be monitored on an hourly basis within the first 30 minutes of each hour throughout a 24 hour timeframe. This monitoring will be in place for at least 48 hours or until another plan is in place. Over the next few days this will be done by internal employees (all of whom were trained during the social media pilots) – continuing plan is to use InTouch solutions who were trained during the initial social media pilots with s-a. Joan is working to secure scope of work for InTouch to start. Working with InTouch to confirm if comments postings can be disabled during non-business hours and on the weekends on Facebook Fan pages. If this is possible, this will be the plan implemented with InTouch.
    - Responsible: The table below lists the schedule for 24 hour monitoring.

|  | 15-Mar Monday | 16-Mar Tuesday | 17-Mar Wednesday | 18-Mar Thursday | 19-Mar Friday | 20-Mar Saturday | 21-Mar Sunday |
|---|---|---|---|---|---|---|---|
| 12am-7am |  | <----------------------------- Ivan & Global team -----------------------------> | | | | | |
| 7-8am |  | Lisa | Lisa | Lisa | Lisa |  |  |
| 8-9am |  | Laura | Laura | Laura | Laura |  |  |
| 9-10am |  | Carrie | Carrie | Carrie | Carrie |  |  |
| 10-11am |  | Carrie | Carrie | Carrie | Carrie |  |  |
| 11am-12pm |  | Noelle | Noelle | Noelle | Noelle |  |  |
| 12-1pm |  | Nicole | Nicole | Joan | Nicole |  |  |
| 1-2pm |  | Lisa | Lisa | Lisa | Lisa |  |  |
| 2-3pm |  | Joan | Joan | Joan | Joan |  |  |
| 3-4pm |  | Laura | Laura | Laura | Laura |  |  |
| 4-5pm |  | Nicole | Nicole | Nicole | Nicole |  |  |
| 5-6pm | Emmy | Emmy | Emmy | Emmy | Emmy |  |  |
| 6-7pm |  | Emmy | Emmy | Emmy | Emmy | Emmy |  |
| 7-8pm | Joan | Joan | Joan | Joan | Joan |  |  |

4

Confidential                                                                                                     Sanofi_05932264

| 8-9pm | Jessica | Jessica | Jessica | Jessica | Jessica |
| --- | --- | --- | --- | --- | --- |
| 9-10pm | Jessica | Jessica | Jessica | Jessica | Jessica |
| 10-11pm | Joan | Joan | Joan | Joan | Joan |
| 11pm-12am | Joan | Joan | Joan | Joan | Joan |

- Facebook:
  - List: All US Social media sites include DVT Coalition Facebook; AFStat Twitter, GoMeals Twitter, GoInsulin You Tube (no comments here), GoMeals iPhone APP (while there is no two-way dialogue when you download an iPhone APP, users can post comments) [I was not aware comments were enabled for the iPhone app and would like to know whether user comments are generally viewable or directed to s-a only, as is the case with Twitter.]
  - Process: Monitoring sites using keywords to detect additional patient posts or mentions of issue. [Monitoring goes well beyond keywords. It covers the mention of any specific product, AE report, and a number of other categories.]
  - Responsible: Publicis Consultants and Ivan Nelson

- Social Marketing Bloggers:
  - List: John Mack, Eileen O'Brien, Christine Truelove, Jonathan Richman, Sally Church, Daphene Leigh, Chris Iaofolla (PRforPharma)
  - Responsible: Publicis Consultants

- Sanofi-aventis operated sites:
  - List: All US Social media sites include DVT Coalition Facebook; AFStat Twitter, GoMeals Twitter, GoInsulin You Tube (no comments here), GoMeals iPhone APP (while there is no two-way dialogue when you download an iPhone APP, users can post comments)
  - Responsible: Ivan Nelson and InTouch Solutions

- Twitter
  - List: John Mack, Eileen O'Brien, Christine Truelove, Jonathan Richman, Sally Church, Daphene Leigh, Chris Iaofolla (PRforPharma)
  - Responsible: Ivan Nelson

In addition to the above social media sites, blogs and forums, the following key words will be used to monitor this incident on other social media and online news outlets:

- Madeline Malia
- Shirley Ledlie (and aliases: Ann Adams, Melissa Ledlie, Jasper Boon, Julie Kahn)
- Taxotere
- Sanofi-aventis
- Permanent alopecia
- Persistent alopecia
- Permanent hair loss
- Persistent hair loss

### D.) STRATEGY FOR PATIENT ENGAGEMENT

5

Confidential                                                               Sanofi_05932265

- Listen to conversations and when appropriate, develop personalized/customized responses that reinforce current standard sanofi-aventis procedures for adverse event reporting and privacy issues. Product responses should include url link to disclaimer and fair balance.

- Personal conversations and engagement with the patient will not take place due to pending litigation.

- Direct patient product inquiries to the medical information/safety hotline or the FDA (see disclaimer language below).

### E.) MEDIA STRATEGY and SPOKEPEOPLE

- **Reactive Plan:** In light of pending litigation, the strategy for engaging media and bloggers will be on a reactive basis only. Messages will focus on and bridge back to the company social media strategy. The company will formulate a response about how privacy issues prevent the company from responding to detailed questions about how sanofi-aventis has engaged or responded to Shirley. Starting Monday, March 15, the Communications Team will start responding to inquiries that have come directly to Dennis Urbaniak in the last few days including: MedAd News (Chris Truelove), Bnet (Jim Edwards), John Mack (pharmamkting.blogspot.com), Sally Church (Pharmastrategyblog.com) and Jon Richman (DoseofDigital.com).

- **Proactive Plan:** Within two weeks of the Fan page "relaunch" (March 15th), the Core Response Team (listed above) will prepare a Key Learnings document to evaluate the company's standing in the social media space and identify lessons learned and best practices. The Communication team will develop a message track to convey the ongoing commitment and shared learnings with key online industry bloggers/news outlets.

- **Spokespeople:** Madeline Malia and Jack Cox (Communications)

    *For broader interviews, to be coordinated/accompanied by Communications listed above: Craig Audet and Mark Gaydos (Regulatory), Dennis Urbaniak*

### F.) ISSUES MANAGEMENT
- Conduct daily conference calls with Core Response Team for updates and to discuss strategy.
- Currently scheduled for 9 am ET:   Dial in number: (877) 213-9444/ International Dial In: (972) 484-5677.   Host Code (Madeline Only): 110705.  Participant Code: 946536

### G.) DISCLAIMER LANGUAGE/WALL POSTING

US SANOFI-AVENTIS VOICES FACEBOOK PAGE

- **VOICES Description to be included under "Information" on left of page:**

6

Confidential                                                                                          Sanofi_05932266

*"Our VOICES" is the sanofi-aventis US Grassroots and Civic Involvement Network. As people who work in the healthcare industry, we have the opportunity to be well-informed and reach out to help educate others. We will make our voices heard at a state and national level on issues of importance to patients, families, friends, our network and our company. We will reach outward, as well as communicate within the company to create a stronger grassroots network. We will take action and share our information and our viewpoints with our elected officials in order to help contribute to public policy as it relates to healthcare industry topics and issues."*

*FULL DISCLAIMER:*

*"This page is not intended as a forum for discussing sanofi-aventis' or other companies products including the reporting of side effects associated with the use of prescription drugs.  As such, Postings that contain product discussions may be removed by sanofi-aventis.  Please visit www.sanofi-aventis.us/live/us/en/layout.jsp?scat=8D52920D-5655-4CCB-A499-EE05C6172519 for information on sanofi-aventis products.  For product-related or other questions, please visit contactus.sanofi-aventis.us/default.aspx to contact the appropriate sanofi-aventis department.  If you, or someone you know, have possibly experienced a side effect while taking any sanofi-aventis product, please contact our Drug Safety department at 1-800-633-1610, option 2, or via fax at 1-908-203-7783.  You are also encouraged to report negative side effects of prescription drugs to the FDA.  To do so, visit www.fda.gov/medwatch or call 1-800-FDA-1088.  Postings may be reviewed by sanofi-aventis and may be subject to removal if they are deemed to be inappropriate or inconsistent with the intended use of this site. We reserve the right to block users who violate the terms of use."*

- **Wall Posting**

*"Dear sanofi-aventis VOICES visitors, at sanofi-aventis US, we are committed to addressing the healthcare needs of patients and to developing safe and effective treatment solutions that meet patient needs.  The sanofi-aventis VOICES page is not intended as a forum for discussing sanofi-aventis US or other companies' products.  If you wish to communicate your feedback and experiences regarding any of our products, please contact sanofi-aventis US (1-800-633-1610, option 2) or the Food and Drug Administration (http://www.fda.gov/Safety/MedWatch/HowToReport/DownloadForms/default.htm or 1-800-FDA-1088"*

**UNOFFICIAL sanofi-aventis FACEBOOK PAGE**

- *Dear Facebook visitors, this is Madeline Malia, Director of Communications with sanofi-aventis US, please be aware that this Facebook page is not a sanofi-aventis US created or sponsored site – and therefore is not endorsed or monitored by sanofi-aventis US Any comments posted on this page do not reflect the views or opinions of sanofi-aventis US*

# # #

Confidential                                                                                                    Sanofi_05932267