# EXHIBIT 38

## sanofi-aventis VOICES Facebook Page Comment Monitoring Report

| Post Date | Comment | Sentiment | Inappropriate Language Used | Potential Adverse Event | Product Mentioned | Compliance Issue | Corporate Comment | Plan of Action |
|---|---|---|---|---|---|---|---|---|
| 3/10/2010 | Mellissa Ledlie When will you inform oncologists that there is a problem with your chemo drug taxotere? Why dont you want women to know they could be left permanently disfigured? Because they will want to choose a different drug not made by you. The net is closing in on you Sanofi. Its no longer your dirty little secret ... | Negative | No | No | Yes | No | No | Post removed, user blocked and reported |
| 3/10/2010 | Janette Ludgate Sanofi Aventis - Stop hiding the truth about how your drug Taxotere can cause permanent hairloss in women. You are disfiguring women and NOT giving them the ...choice of choosing another drug - one that is not made by you!See more | Negative | No | No | Yes | No | No | Post removed, user blocked and reported |
| 3/10/2010 | Mellissa Ledlie I would like to know if any of the women working at Sanofi would use the drug if they knew of the side effects??? | Negative | No | No | No | No | No | Post removed, user blocked and reported |
| 3/10/2010 | Jasper Boon Sanofi Aventis - Stop hiding the truth about how your drug Taxotere can cause permanent hairloss in women. You are disfiguring women and NOT giving them the ... | Negative | No | No | Yes | No | No | Post removed, user blocked and reported |
| 3/10/2010 | Shirley Ledlie Stop hiding the figures. I did say i wouldnt stop till there was global publicity - you cant shut up women that you disfigure | Negative | No | No | No | No | No | Post removed, user blocked and reported |
| 3/11/2010 | Rebecca Ludgate Sanofi Aventis - Stop hiding the truth about how your drug Taxotere can cause permanent hairloss in women. You are disfiguring women and NOT giving them the ...choice of choosing another Sanofi Aventis - Stop hiding the truth about how your drug Taxotere can cause permanent hairloss in women. You are disfiguring women and NOT giving them the ...choice of choosing another drug - one that is not made by you!Sanofi Aventis - Stop hiding the truth about how your drug Taxotere can cause permanent hairloss in women. You are disfiguring women and NOT giving them the ...choice of choosing another drug - one that is not made by you! | Negative | No | No | Yes | No | No | Post removed, user blocked and reported |

EXHIBIT 17
WIT: Fierio
DATE: 1-17-19
K. KIDWELL, RMR, CRR, CRC

| Post Date | Comment | Sentiment | Inappropriate Language Used | Potential Adverse Event | Product Mentioned | Compliance Issue | Corporate Comment | Plan of Action |
|---|---|---|---|---|---|---|---|---|
| 3/31/2010 | Carol Smith The drug Taxotere produced by Sanofi Aventis has disfigured me and hundreds more women and men. You keep quiet about this side effect. I will change that | Negative | No | Yes | Yes | No | No | Posted 39 times on the Wall and Discussions sections of the page. All posts removed. User was reported and permanently banned from the page. Email was sent to med.info@sanofi-aventis.com to report possible adverse event and product mention. |
| 4/3/2010 | John Mack As a "voice" in the national debate on healthcare reform, sanofi-aventis and the rest of the pharmaceutical industry, played a role in shaping the legislation that was recently signed into law. I'd like to hear S-A's "voice" on this issue: what aspects of the new law will benefit the patients who need your products and may not have had access before? Is this a big deal for S-A? What don't you like about the law? | Neutral | No | No | No | No | Yes | Emailed USCorporate.Compliance@sanofi-aventis.com with the posted message. Left the post live on the new discussion thread. Copied Joan and Jim Dayton on the email to Corporate Compliance. sanofiVOICES response on 4-5-2010: Thank youfor your important question about health care reform. As sanofi-aventis, U.S., our underlying belief is that all Americans should have access to affordable and quality health care... and this legislation takes us one step closer. We believe it is important to be a part of any major decisions or reform that will affect patients and the industry as a whole. While there will be considerable cost to our company and industry, we thought it was important to be a part of the solution. As with most majoy policy changes, the new law contains some challenging provisions. As the Administration, Congress and the states move to implement this new law, we will continue to champion patients and work for solutions that support innovation nd future medical advancements so patients can live longer, healthier and more productive lives. We are committed to identifying solutions and participating in the process. THe PhRMA site also provides additional information about teh current state of health care reform. (http://www.phrma.org/platform_for_a_healthy_ameri ca). |
| 4/6/2010 | John Mack I see that there are 20 feedback comments but I can't view them. How do I view feedback to these posts? | Neutral | No | No | No | No | No | Left the post live on the Wall as feedback. |
| 4/6/2010 | Brad Einarsen I get the same (22 comments) but when I click to show them the option disappears. Facebook is in eternal beta, so we may be seeing a count of posts removed for not adhering to the terms of use. | Neutral | No | No | No | No | No | Left the post live on the Wall as feedback. |

| Post Date | Comment | Sentiment | Inappropriate Language Used | Potential Adverse Event | Product Mentioned | Compliance Issue | Corporate Comment | Plan of Action |
|---|---|---|---|---|---|---|---|---|
| 4/6/2010 | Brad Einarsen This is that airline disease that makes the news on occasion. I wonder if adding information to the in-flight infotainment system ... it probably happens more often than a plane crash.

Of course, if that is the yardstick then we'd end up adding way too much information... | Neutral | No | No | No | No | No | Left the post live on the Wall as feedback. |
| 4/7/2010 | Sue White So, you should say in your T&C that only positive comments are allowed! Dennis Urbaniak on John Macks blog radio yesterday. You said that people can leave comments on the 'faces' wall. Not when you block them they cant.. So what you should of said is you can leave comments as long as they are positive and that SA dont block you. | Negative | No | No | No | No | No | Posted 3 times on the Wall. All posts removed. |
| 4/7/2010 | Sue White You can see with this photo how your breast cancer drug Taxotere has left me disfigured. You keep the data for this adverse side effect very quiet because you dont want women choosing Taxol instead which is not made by you. | Negative | No | Yes | Yes | No | No | Posted 4 times on the Wall of the page. All posts removed. User was reported and permanently banned from the page. Email was sent to med.info@sanofi-aventis.com to report possible adverse event and product mention. |
| 4/7/2010 | Sue White Your drug Taxotere has left me looking like this permanently - have you heard of non disclosure, of course you have | Negative | No | Yes | Yes | No | No | Posted 23 times on the Wall  of the page. All posts removed. User was reported and permanently banned from the page. Email was sent to med.info@sanofi-aventis.com to report possible adverse event and product mention. |
| 4/13/2010 | Dianna Prescot Helen Rix from Sanofi in the UK says quote " The exact number of patients who may experience this side effect is not known " well, Helen, it is YOUR companys drug dont you think you better find out? | Negative | No | No | No | No | No | Posted 39 times on the Wall of the page. All posts removed. User was reported and permanently banned from page. |
| 4/13/2010 | Dianna Prescot This is a photo of my scalp 4 years after finishing Taxotere. If i had known i would of chosen a different drug - but thats why you keep this adverse side effect quiet isnt it - NON DISCLOSURE, your company knows all about non disclosure for adverse side effects doesnt it! | Negative | No | Yes | Yes | No | No | Posted 32 times on the Wall of the page. All posts removed. User was reported and permanently banned from page. Email was sent to med.info@sanofi-aventis.com. |

| Post Date | Comment | Sentiment | Inappropriate Language Used | Potential Adverse Event | Product Mentioned | Compliance Issue | Corporate Comment | Plan of Action |
|---|---|---|---|---|---|---|---|---|
| 4/18/2010 | Shelly Brown My medical team have spoken to you and therefore i have been informed that YOUR DRUG Taxotere has done this to me. Why do you ignore me and REFUSE to contact me? Why dont you explain to me why your drug Taxotere has permanatly disfigured me and hundreds of others? You say its very rare BUT very rare means less than 0.01% and thats just NOT true is it - and you know it. | Negative | No | Yes | Yes | No | No | Posted 29 times to the Wall of the page. All posts removed. User was reported and permanently banned from the page. Email was sent to med.info@sanofi-aventis.com |
| 6/15/2010 | Dushyant Gupta:  Why am I unable to view comments here? | Neutral | No | No | No | No | No | Post remains on Wall: Joan, Stacy, and Sabrina contacted re: how to proceed; Approved response posted |
| 6/15/2010 | Dushyant Gupta:  What is VOICES all about   Can you please explain me the primary objectives behind starting VOICES and about it's history (Discussions Tab) | Neutral | No | No | No | No | No | Post remains on Discussions: Joan, Stacy, and Sabrina contact re: how to proceed; Approved response posted |
| 6/15/2010 | Reply to Dushyant Gupta's post on 6/15/2010<br><br>sanofi-aventis VOICES On our Facebook page, visitor comments that violate our terms of use are removed. When a comment is removed, Facebook retains a count of total comments for any given post. That is why you may be seeing a comment count but no comments. | Neutral | No | No | No | No | No | No action, Post remains on Wall |
| 6/15/2010 | Reply to Dushyant Gupta's post on 6/15/2010<br><br>sanofi-aventis VOICES Thank you for your question, Dushyant, and interest in sanofi-aventis VOICES. VOICES is the sanofi-aventis U.S. grassroots and civic involvement network. As people who work in the health care profession, we have the opportunity to be well-informed and reach out to help inform others. We will make our voices heard throughout the community on issues of importance to patients, our network and our company. If you want to learn more about Voices please visit our website at http://ourvoices.sanofi-aventis.us/. | Neutral | No | No | No | No | No | No action, Post remains on Wall |

| Post Date | Comment | Sentiment | Inappropriate Language Used | Potential Adverse Event | Product Mentioned | Compliance Issue | Corporate Comment | Plan of Action |
|---|---|---|---|---|---|---|---|---|
| 6/17/2010 | Dushyant Gupta: So basically you are trying to unite healthcare professionals across the globe to help you impart patient education and all the knowledge that these pros posses right? (Discussions Tab) | Neutral | No | No | No | No | No | No action, Post remains on Discussions. |
| 6/21/2010 | Reply to VOICES post on 3/16/2010<br><br>James Howlett: Youcan learn more about the global pharma & biotech industry at the Pharma IQ. Get news, podcast interviews, video features, online seminars & conference presentations all for free. Take a look at http://www.facebook.com/PharmaIQ | Neutral | No | No | No | No | No | No action, Post remains on Wall |
| 6/21/2010 | sanofi-aventis VOICES Sanofi-aventis U.S. has a voluntary grassroots network called VOICES. The network provides access to information on various U.S. health policy topics that may impact and/or be of interest to employees, friends and family members. It is not a forum to discuss specific diseases or patient care. | Neutral | No | No | No | No | No | No action, Post remains on Wall |
| 6/25/2010 | Chain: Strategy from Bayer, Eli Lilly and more: | Neutral | No | No | No | No | No | No action, Post remains on Wall |
| 7/2/2010 | VOICES personally i.e. via personal message of | Neutral | No | No | No | No | No | No action, Post remains in Discussion |
| 7/12/2010 | it has | Neutral | No | No | No | No | No | No action, Post remains on Wall |
| 7/15/2010 | Danielle Malloy: Can I really post a reply here? | Neutral | No | No | No | No | No | No action, Post remains in Discussion |
| 8/20/2010 | Stephane Chanroux: Can I really post? | Neutral | No | No | No | No | No | No action, Post remains in Discussion |