# EXHIBIT 40

**From:** Vestea, Gina GZ/US
**Sent:** Thursday, March 05, 2015 6:07 PM
**To:** Polizzano, Frances R&D/US
**Subject:** FW: URGENT- Audit result respoinse needed

I would suggest contacting Dennis for this search.  Call me if you want to discuss.

---

**From:** Nijveldt, Gerrit-Jan R&D/US
**Sent:** Thursday, March 05, 2015 12:59 PM
**To:** Polizzano, Frances R&D/US; ▮▮▮▮▮▮▮▮▮▮
**Cc:** ▮▮▮▮▮▮▮▮▮▮▮▮; Sammeta, Vijay R&D/US; Elicone, Mary R&D/US; Vestea, Gina GZ/US; Gupta, Sunil R&D/US
**Subject:** RE: URGENT- Audit result respoinse needed

Dear All,

Can we at least find out since when the terms were added in the CCDS (it was not in 2009) - Vanina.
When we know that can we do a search in communication with FDA if we ever submitted this and if it was refused by FDA - Fran.

As this is an audit finding we have to response asap.

Thanks

Gerrit

---

**From:** Polizzano, Frances R&D/US
**Sent:** Thursday, March 05, 2015 12:29 PM
**To:** ▮▮▮▮▮▮▮▮▮▮
**Cc:** ▮▮▮▮▮▮▮▮▮▮▮; Nijveldt, Gerrit-Jan R&D/US; Sammeta, Vijay R&D/US; Elicone, Mary R&D/US; Vestea, Gina GZ/US; Gupta, Sunil R&D/US
**Subject:** RE: URGENT- Audit result respoinse needed

Dear ▮▮▮▮▮,

The questions related to the Taxotere USPI from this labeling desk audit as well as the updates to the docetaxel CCDS labeling changes in question were when the USPI was under the responsibility of GRA Labeling.  I do not feel that I can adequately respond to this request as I do not have access to all the necessary information and history behind the initial labeling audit.

Best regards,
Fran

---

**From:** ▮▮▮▮▮▮▮▮▮▮
**Sent:** Thursday, March 05, 2015 11:44 AM
**To:** Polizzano, Frances R&D/US
**Cc:** ▮▮▮▮▮▮▮▮▮▮▮; Nijveldt, Gerrit-Jan R&D/US; Sammeta, Vijay R&D/US; Elicone, Mary R&D/US
**Subject:** RE: URGENT- Audit result respoinse needed

1

Confidential
Sanofi_01383493

Dear Fran,
Could you please deal with Audit questions on Taxotere USPI. Many thanks in advance.

Kind regards,

███████

███████████

Global Regulatory Affairs
Labeling, Oncology and Nutraceuticals

███████████

███████████



---

**De :** Nijveldt, Gerrit-Jan R&D/US
**Envoyé :** jeudi 5 mars 2015 13:32
**À :** Sammeta, Vijay R&D/US; Elicone, Mary R&D/US; █████████████
**Cc :** █████████████
**Objet :** URGENT- Audit result respoinse needed
**Importance :** Haute

**URGENT**

Dear All,

As this is an audit outcome we must response asap.
Even if you were not responsible at the time for the USPI can you work with the person who did to find out what happened and let me know the answers, if possible by the end of day tomorrow.
For these three product (zolpidem, enoxaparin and docetaxel) the USPI was not in line with the CCDS.

Thanks,

Gerrit

---

**From:** Stathatos, Theresa M. R&D/US
**Sent:** Wednesday, March 04, 2015 2:50 PM
**To:** Nijveldt, Gerrit-Jan R&D/US
**Cc:** █████████████
**Subject:** RE: Labeling Desk Audit Follow-up.xlsx

Dear Gerrit,

Just want to follow-up on the question from last week's audit of US GxP.
Have you found any answers so far for the three products findings?
We are writing the audit report now. Do you think it is possible to have answers by the end of the week?
If there are reasons for the omissions (as I am sure there must/could be) I would not like to add them as findings to the report.

Best regards,
teri

Confidential

Sanofi_01383494