# EXHIBIT 44



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Food and Drug Administration
Silver Spring MD 20993

NDA 020449

**SUPPLEMENT REQUEST**

sanofi-aventis U.S. LLC
Attention: Fran Polizzano, PharmD
Senior Manager, US Regulatory Affairs Marketed Products
55 Corporate Drive, Mail Stop: 55C-205A
Bridgewater, NJ 08807

Dear Dr. Polizzano:

Please refer to your New Drug Application (NDA) for Taxotere® (docetaxel) Injection Concentrate, 20 mg/mL and 80 mg/4 mL.

We have recently reviewed your response to the Agency's information request dated April 10, 2015.

## PRESCRIBING INFORMATION

Your prescribing information (PI), approved in Physician Labeling Rule (PLR) format, must conform to the content and format regulations found at 21 CFR 201.56(d) and 201.57. Your PI must contain a summary of the essential scientific information needed for the safe and effective use of your product and must be informative and accurate and neither promotional in tone nor false or misleading. You must update your PI when new information becomes available that causes the labeling to become inaccurate, false, or misleading [see 21 CFR 201.56(a)].

Based on our review of your currently approved PI, we have identified the following labeling issues that need updating:

1. Provide any additional information regarding permanent or irreversible alopecia.
2. Amend the package insert in Section 6.2 (Postmarketing Experience) (and patient information, if appropriate) to add information on permanent or irreversible alopecia.

Submit draft PI as a supplement to this application, addressing all of the identified issues. To facilitate review of your submission, provide a highlighted or marked-up copy that shows all your proposed changes, as well as a clean Word version. The marked-up copy should also include annotations that support all your proposed changes, including annual reportable changes. Your supplement must include updated content of labeling in structured product labeling (SPL) format, according to 21 CFR 314.50(l)(1)(i).
(see http://www.fda.gov/ForIndustry/DataStandards/StructuredProductLabeling/default.htm).

The supplement should be submitted within 60 days.

Reference ID: 3827211

Confidential                                                                          Sanofi_00837649

Case 2:16-md-02740-JTM-MBN   Document 13036-45   Filed 07/08/21   Page 3 of 5

NDA 020449
Page 2

If you have any questions, contact Sakar Wahby, Regulatory Project Manager, at (240) 402-5364 or email me at sakar.wahby@fda.hhs.gov.

                Sincerely,

                *{See appended electronic signature page}*

                Geoffrey Kim, MD
                Division Director
                Division of Oncology Products 1
                Office of Hematology and Oncology Products
                Center for Drug Evaluation and Research

Reference ID: 3827211

Confidential                              Sanofi_00837650

---------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

---------------------------------------------------------------------------------------------

/s/

--------------------------------------------------

GEOFFREY S KIM
10/02/2015

Reference ID: 3827211

Confidential                                                                                   Sanofi_00837651

BegDoc: Sanofi_00837649
EndDoc: Sanofi_00837651
BegAttach: Sanofi_00837648
EndAttach: Sanofi_00837653
PageCount: 3
Custodian: Polizzano, Frances
All Custodians: Polizzano, Frances
Date Created: 10/02/2015
Date Last Modified: 10/02/2015
DocType: Document
Original FilePath: \Email\Exchange\PolizzanoFrances_NM60913_Exchange.pst\Top of Personal Folders\_TRANSITORY FOLDER\Docetaxel\USPI Updates\2015-1-2-11 Permanent Alopecia\RE: FDA Communication, NDA020449/Taxotere-/sanofi-aventis/Supplement Request\9-30-15 NDA 20449 Supplement Request.pdf
FileName: 9-30-15 NDA 20449 Supplement Request.pdf
FileExt: pdf
MD5 Hash: fa4983b63d921194e7aaf057482f23ab
File Size: 103068
EMAIL Folder Path:
From:
To:
Subject:
Date Sent:
Date Received:
CC:
BCC:
Confidentiality: Confidential
Redacted:
Embedded: False
Conversation Index Value: