# EXHIBIT 50

# EXPERT REPORT OF JANET B. ARROWSMITH, M.D., F.A.C.P, F.A.C.E.
# IN RE TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION
# SUBMITTED DECEMBER 9, 2019

## I.   BACKGROUND

1.   I earned my undergraduate degree in zoology from Duke University in 1972 and my medical degree in 1979 from Tulane University School of Medicine.

2.   I am board-certified in Internal Medicine and licensed to practice medicine in the State of New Mexico. I am an epidemiologist, trained through the Epidemic Intelligence Service (EIS) of the U.S. Centers for Disease Control and Prevention (CDC). I am an elected Fellow of the American College of Physicians and an elected Fellow of the American College of Epidemiology.

3.   As part of the CDC training, I was assigned to the postmarket safety surveillance division of the U.S. Food and Drug Administration's (FDA) Center for Drug Evaluation and Research (CDER).  As an EIS officer and later as an FDA medical epidemiologist and medical officer, I received training and experience in the application of the laws and regulations that govern the pre-market development, review, approval, labeling and postmarket safety review for pharmaceutical and other medical products intended for the U.S. market. I became very familiar with FDA's practices in the review, approval, and labeling of drugs intended for the U.S. market. My training and experience through the CDC program and at FDA provided me with the skills and knowledge necessary to practice pharmacoepidemiology, a subspecialty of the science of epidemiology having to do with assessing the safety of marketed pharmaceutical products.

4.   The CDC training program encompassed two years from July 1, 1984 through June 30, 1986, during which I received training in food, drug, biological product and medical

143.  Sanofi and FDA have appropriately evaluated the safety and effectiveness data for Taxotere throughout product development, during the approval processes, and through careful postmarket safety surveillance. The labeling has been updated repeatedly and as needed to reflect new safety and effectiveness data. Sanofi's postmarket studies and safety surveillance of Taxotere is consistent with the good pharmacovigilance and pharmacoepidemiologic assessments and practices recommended by FDA. Sanofi complied with FDA regulations and with industry standards in its review and submission of information supporting its NDA and sNDAs. Through its postmarket safety submissions, labeling submissions, and clinical study submissions, Sanofi repeatedly and appropriately shared the information it had on alopecia with FDA.

144.  FDA analyzed relevant safety and effectiveness data during the development, approval and postmarket surveillance of Taxotere. Both premarket and postmarket scientists and regulatory personnel were involved in the review of these data. FDA's regulatory decisions were based on a thorough and attentive appraisal of the data for Taxotere. FDA clearly relied on its experience and resources for drug product decision-making in general, including drug product approval and labeling as well as its experience and knowledge of both Taxotere specifically and of taxanes more generally. Sanofi conducted appropriate studies of Taxotere after marketing approval in order to further evaluate the efficacy and safety of the product. The prescriber and patient labeling for Taxotere have at all times complied with FDA regulations and provided the essential information to patients and prescribers for the safe and effective use of the product.

**REVIEW OF PLAINTIFFS' EXPERTS' REPORTS**

145.  Before addressing the specifics of Plaintiffs' experts' reports, it should be noted that Plaintiffs' experts conflate reports of alopecia with reports of "permanent" or "irreversible"

Kessler moot in that the question was answered by FDA and Sanofi was required to comply with FDA's decisions on labeling in order to legally market Taxotere in the U.S.

169. I hold these opinions to a reasonable degree of medical, scientific and regulatory probability. I reserve the right to respond to additional Plaintiff expert reports, rebuttal reports, deposition or trial testimony.


*Janet B. Arrowsmith, M.D.*

Janet B. Arrowsmith, M.D.
Corrales New Mexico