# EXHIBIT 51

# Janet Arrowsmith

## Exhibit B – List of Materials Reviewed

| | |
|---|---|
| Sanofi_000001 | Sanofi_00168582 |
| Sanofi_000011 | Sanofi_001687 |
| Sanofi_000019 | Sanofi_00168863 |
| Sanofi_000027 | Sanofi_00168970 |
| Sanofi_00002930 | Sanofi_00169041 |
| Sanofi_00002962 | Sanofi_00169425 |
| Sanofi_000031 | Sanofi_00169439 |
| Sanofi_000057 | Sanofi_00169459 |
| Sanofi_000083 | Sanofi_00169566 |
| Sanofi_000109 | Sanofi_00169584 |
| Sanofi_000140 | Sanofi_00169609 |
| Sanofi_000175 | Sanofi_00169617 |
| Sanofi_000213 | Sanofi_00169629 |
| Sanofi_000254 | Sanofi_00169652 |
| Sanofi_000295 | Sanofi_00169677 |
| Sanofi_000297 | Sanofi_00169715 |
| Sanofi_000338 | Sanofi_00169735 |
| Sanofi_000393 | Sanofi_00169743 |
| Sanofi_000450 | Sanofi_00170301 |
| Sanofi_000508 | Sanofi_00170442 |
| Sanofi_000566 | Sanofi_00172043 |
| Sanofi_00057995 | Sanofi_00172097 |
| Sanofi_000628 | Sanofi_00172288 |
| Sanofi_000690 | Sanofi_00173930 |
| Sanofi_000752 | Sanofi_00174095 |
| Sanofi_000815 | Sanofi_00174101 |
| Sanofi_000855 | Sanofi_00174289 |
| Sanofi_000918 | Sanofi_00177611 |
| Sanofi_00095968 | Sanofi_00178912 |
| Sanofi_001045 | Sanofi_00178913 |
| Sanofi_001106 | Sanofi_00178914 |
| Sanofi_001169 | Sanofi_00178922 |
| Sanofi_001317 | Sanofi_00178926 |
| Sanofi_00132565 | Sanofi_00178927 |
| Sanofi_00132568 | Sanofi_00178930 |
| Sanofi_001407 | Sanofi_00178931 |
| Sanofi_001410 | Sanofi_00178932 |
| Sanofi_001445 | Sanofi_00178954 |
| Sanofi_001569 | Sanofi_00178955 |
| Sanofi_001681 | Sanofi_00178958 |
| Sanofi_00168288 | Sanofi_00178959 |

Sanofi_00179205
Sanofi_00179206
Sanofi_00179374
Sanofi_00179376
Sanofi_00179379
Sanofi_00179382
Sanofi_00179384
Sanofi_00179385
Sanofi_00179386
Sanofi_00179387
Sanofi_00179389
Sanofi_00179391
Sanofi_00179392
Sanofi_00179408
Sanofi_00179419
Sanofi_00179425
Sanofi_00179429
Sanofi_00179434
Sanofi_00179442
Sanofi_00179447
Sanofi_00179453
Sanofi_00179461
Sanofi_00179465
Sanofi_00179471
Sanofi_00179474
Sanofi_00179480
Sanofi_00179486
Sanofi_00179491
Sanofi_00179499
Sanofi_00179507
Sanofi_00179538
Sanofi_00179556
Sanofi_00179587
Sanofi_00179591
Sanofi_00180234
Sanofi_00180262
Sanofi_00180442
Sanofi_00183664
Sanofi_00183764
Sanofi_00183790
Sanofi_00183926
Sanofi_00183966
Sanofi_00190996
Sanofi_00190997
Sanofi_00190998
Sanofi_00190999

Sanofi_00191003
Sanofi_00191007
Sanofi_00191008
Sanofi_00191009
Sanofi_00191011
Sanofi_00191043
Sanofi_00191044
Sanofi_00191083
Sanofi_00191087
Sanofi_00191088
Sanofi_00191089
Sanofi_00191092
Sanofi_00191106
Sanofi_00191114
Sanofi_00191117
Sanofi_00191118
Sanofi_00191119
Sanofi_00191120
Sanofi_00191121
Sanofi_00191122
Sanofi_00191123
Sanofi_00191124
Sanofi_00191125
Sanofi_00191126
Sanofi_00191127
Sanofi_00191128
Sanofi_00191129
Sanofi_00191130
Sanofi_00191131
Sanofi_00191132
Sanofi_00191133
Sanofi_00191135
Sanofi_00191138
Sanofi_00191141
Sanofi_00191143
Sanofi_00191146
Sanofi_00191154
Sanofi_00191160
Sanofi_00191189
Sanofi_00191206
Sanofi_00191209
Sanofi_00191222
Sanofi_00191229
Sanofi_001913
Sanofi_00191306
Sanofi_00191329

Sanofi_00191333
Sanofi_00191337
Sanofi_00191341
Sanofi_00191345
Sanofi_00191347
Sanofi_00191357
Sanofi_00191370
Sanofi_001922
Sanofi_001925
Sanofi_00193549
Sanofi_00194841
Sanofi_00194855
Sanofi_00195008
Sanofi_001973
Sanofi_00197757
Sanofi_00197759
Sanofi_00197839
Sanofi_00197904
Sanofi_00197905
Sanofi_00197924
Sanofi_00197926
Sanofi_00201046
Sanofi_00201052
Sanofi_00201055
Sanofi_00201056
Sanofi_00201057
Sanofi_00201063
Sanofi_00201087
Sanofi_00201089
Sanofi_00201491
Sanofi_00201968
Sanofi_00201968.
Sanofi_00202893
Sanofi_00202894
Sanofi_00202895
Sanofi_002032
Sanofi_002034
Sanofi_00203422
Sanofi_00203448
Sanofi_00204343
Sanofi_00204344
Sanofi_00204345
Sanofi_00204346
Sanofi_00204347
Sanofi_00204348
Sanofi_00204349
Sanofi_00204373
Sanofi_00204381
Sanofi_00204382
Sanofi_00204383
Sanofi_00204385
Sanofi_00204387
Sanofi_00204391
Sanofi_00204393
Sanofi_00204651
Sanofi_00204756
Sanofi_00204757
Sanofi_00204760
Sanofi_00204763
Sanofi_00204773
Sanofi_00204775
Sanofi_00204779
Sanofi_00204783
Sanofi_00204787
Sanofi_00204795
Sanofi_00204800
Sanofi_00205054
Sanofi_00205069
Sanofi_00205484
Sanofi_00205956
Sanofi_00206207
Sanofi_00207463
Sanofi_00207578
Sanofi_00207641
Sanofi_00207641.
Sanofi_00207658
Sanofi_00207778
Sanofi_00210524
Sanofi_00210673
Sanofi_00210706
Sanofi_00213479
Sanofi_00215704
Sanofi_00215728
Sanofi_00215917
Sanofi_00216553
Sanofi_002228
Sanofi_002230
Sanofi_002242
Sanofi_002247
Sanofi_002252
Sanofi_00229036
Sanofi_00229037

Sanofi_00229038
Sanofi_00229039
Sanofi_00229040
Sanofi_00229041
Sanofi_00229042
Sanofi_00229044
Sanofi_00229045
Sanofi_00229046
Sanofi_00229047
Sanofi_00229048
Sanofi_00229091
Sanofi_00229103
Sanofi_00229126
Sanofi_00229127
Sanofi_00229128
Sanofi_00229130
Sanofi_00229136
Sanofi_00229137
Sanofi_00229138
Sanofi_00229260
Sanofi_00229504
Sanofi_00229507
Sanofi_00229513
Sanofi_00229518
Sanofi_00229520
Sanofi_00229521
Sanofi_00229524
Sanofi_00229536
Sanofi_00229539
Sanofi_00229540
Sanofi_00229543
Sanofi_00229552
Sanofi_00229569
Sanofi_00229571
Sanofi_00229575
Sanofi_00229583
Sanofi_00229587
Sanofi_00231182
Sanofi_00231192
Sanofi_00231203
Sanofi_00231292
Sanofi_00233554
Sanofi_00233676
Sanofi_00233707
Sanofi_00235905
Sanofi_00237772
Sanofi_00237773
Sanofi_00237776
Sanofi_00237790
Sanofi_00237820
Sanofi_00237821
Sanofi_00237906
Sanofi_00237907
Sanofi_00237968
Sanofi_00237969
Sanofi_00238097
Sanofi_00238098
Sanofi_00239360
Sanofi_00239361
Sanofi_00239425
Sanofi_00239426
Sanofi_00239696
Sanofi_00239714
Sanofi_00239715
Sanofi_002399
Sanofi_00239987
Sanofi_00239988
Sanofi_00240109
Sanofi_00240110
Sanofi_00240153
Sanofi_00240154
Sanofi_00240334
Sanofi_00240335
Sanofi_00240545
Sanofi_00240546
Sanofi_00240549
Sanofi_00241025
Sanofi_00241043
Sanofi_00241044
Sanofi_00241426
Sanofi_00241444
Sanofi_00241445
Sanofi_00241752
Sanofi_00241753
Sanofi_00241754
Sanofi_00242142
Sanofi_00242212
Sanofi_00242232
Sanofi_00242252
Sanofi_00242272
Sanofi_00242307
Sanofi_00242327

Sanofi_00242379
Sanofi_00242399
Sanofi_00242440
Sanofi_00242442
Sanofi_00242444
Sanofi_00242448
Sanofi_00242449
Sanofi_00242450
Sanofi_00242453
Sanofi_00242456
Sanofi_00242479
Sanofi_00242480
Sanofi_00242707
Sanofi_00242708
Sanofi_00243207
Sanofi_00243823
Sanofi_00243827
Sanofi_00247613
Sanofi_00247614
Sanofi_00247615
Sanofi_00247639
Sanofi_00258640
Sanofi_00259029
Sanofi_00259314
Sanofi_00259315
Sanofi_00260836
Sanofi_00260973
Sanofi_00261556
Sanofi_00261759
Sanofi_00262024
Sanofi_00262043
Sanofi_00262135
Sanofi_00263108
Sanofi_00263109
Sanofi_00263110
Sanofi_00263128
Sanofi_00263142
Sanofi_00263143
Sanofi_00263144
Sanofi_00263145
Sanofi_00263181
Sanofi_00263182
Sanofi_00263190
Sanofi_00263212
Sanofi_00263225
Sanofi_00263228
Sanofi_00263233
Sanofi_00263238
Sanofi_00263249
Sanofi_00263264
Sanofi_00263270
Sanofi_00263274
Sanofi_00263278
Sanofi_00263282
Sanofi_00263283
Sanofi_00263284
Sanofi_00263286
Sanofi_00263289
Sanofi_00263568
Sanofi_00263569
Sanofi_00263576
Sanofi_00263577
Sanofi_00263578
Sanofi_00263755
Sanofi_00263784
Sanofi_00263789
Sanofi_00263795
Sanofi_00263799
Sanofi_00264454
Sanofi_00264455
Sanofi_00264458
Sanofi_00264459
Sanofi_00264462
Sanofi_00264463
Sanofi_00264466
Sanofi_00264469
Sanofi_00264471
Sanofi_00264473
Sanofi_00264489
Sanofi_00264493
Sanofi_00264494
Sanofi_00264815
Sanofi_00264831
Sanofi_00264836
Sanofi_00264854
Sanofi_00265288
Sanofi_00265619
Sanofi_00265621
Sanofi_00265624
Sanofi_00266009
Sanofi_00267970
Sanofi_00267971

Sanofi_00267972
Sanofi_00267973
Sanofi_00267981
Sanofi_00267986
Sanofi_00268120
Sanofi_00268121
Sanofi_00268210
Sanofi_00268211
Sanofi_00268212
Sanofi_00268213
Sanofi_00268215
Sanofi_00268502
Sanofi_00268507
Sanofi_00268513
Sanofi_00268514
Sanofi_00268523
Sanofi_00268534
Sanofi_00268547
Sanofi_00268553
Sanofi_00268559
Sanofi_00268573
Sanofi_00268590
Sanofi_00268610
Sanofi_00268629
Sanofi_00268638
Sanofi_00268641
Sanofi_00268647
Sanofi_00268651
Sanofi_00268654
Sanofi_00268656
Sanofi_00268659
Sanofi_00268660
Sanofi_00268661
Sanofi_00268676
Sanofi_00268679
Sanofi_00268684
Sanofi_00268687
Sanofi_00268698
Sanofi_00268704
Sanofi_00268712
Sanofi_00268718
Sanofi_00268722
Sanofi_00268728
Sanofi_00268743
Sanofi_00268747
Sanofi_00268751
Sanofi_00268755
Sanofi_00268757
Sanofi_00268767
Sanofi_00268798
Sanofi_00268804
Sanofi_00268810
Sanofi_00268815
Sanofi_00268823
Sanofi_00268824
Sanofi_00268919
Sanofi_00269907
Sanofi_00269908
Sanofi_00269909
Sanofi_00269910
Sanofi_00269911
Sanofi_00269913
Sanofi_00269920
Sanofi_00269923
Sanofi_00269928
Sanofi_00269942
Sanofi_00269946
Sanofi_00269950
Sanofi_00269956
Sanofi_00269975
Sanofi_00270028
Sanofi_00270043
Sanofi_00270048
Sanofi_00270053
Sanofi_00270055
Sanofi_00270057
Sanofi_00270059
Sanofi_00270061
Sanofi_00270063
Sanofi_00270065
Sanofi_00270066
Sanofi_00270067
Sanofi_00270068
Sanofi_00270069
Sanofi_00270070
Sanofi_00270336
Sanofi_00270337
Sanofi_00270338
Sanofi_00270339
Sanofi_00270341
Sanofi_00270344
Sanofi_00270345

Sanofi_00270366
Sanofi_00270367
Sanofi_00270376
Sanofi_00270379
Sanofi_00270409
Sanofi_00270421
Sanofi_00270429
Sanofi_00270434
Sanofi_00270447
Sanofi_00270454
Sanofi_00270465
Sanofi_00270481
Sanofi_00270507
Sanofi_00270524
Sanofi_00270549
Sanofi_00270571
Sanofi_00270578
Sanofi_00270593
Sanofi_00270600
Sanofi_00270610
Sanofi_00270622
Sanofi_00270632
Sanofi_00270638
Sanofi_00270644
Sanofi_00271605
Sanofi_00271725
Sanofi_00271762
Sanofi_00275675
Sanofi_00275677
Sanofi_00275682
Sanofi_00275683
Sanofi_00275684
Sanofi_00275686
Sanofi_00275687
Sanofi_00275715
Sanofi_00275717
Sanofi_00275719
Sanofi_00275771
Sanofi_00275773
Sanofi_00275775
Sanofi_00275781
Sanofi_00275943
Sanofi_00276693
Sanofi_00276696
Sanofi_00276721
Sanofi_00276728
Sanofi_00276729
Sanofi_00276944
Sanofi_00276945
Sanofi_00278580
Sanofi_00285852
Sanofi_00286018
Sanofi_00286125
Sanofi_00288689
Sanofi_00291105
Sanofi_00292510
Sanofi_00292512
Sanofi_00292514
Sanofi_00292516
Sanofi_00293252
Sanofi_00293253
Sanofi_00293257
Sanofi_00293258
Sanofi_00293259
Sanofi_00293260
Sanofi_00293264
Sanofi_00293266
Sanofi_00293271
Sanofi_00293273
Sanofi_00293275
Sanofi_00293281
Sanofi_00293283
Sanofi_00293363
Sanofi_00293881
Sanofi_00293883
Sanofi_00293889
Sanofi_00293912
Sanofi_00293913
Sanofi_00294147
Sanofi_00294148
Sanofi_00296329
Sanofi_00296990
Sanofi_00297068
Sanofi_00297069
Sanofi_00297077
Sanofi_00297078
Sanofi_00297081
Sanofi_00297082
Sanofi_00297085
Sanofi_00297086
Sanofi_00297089
Sanofi_00297090

| | |
|---|---|
| Sanofi_00297093 | Sanofi_00356704 |
| Sanofi_00297095 | Sanofi_00359098 |
| Sanofi_00297097 | Sanofi_00359723 |
| Sanofi_00297098 | Sanofi_00359820 |
| Sanofi_00297218 | Sanofi_00360048 |
| Sanofi_00300459 | Sanofi_00374855 |
| Sanofi_00304081 | Sanofi_00380160 |
| Sanofi_00304453 | Sanofi_00380304 |
| Sanofi_00304537 | Sanofi_00384656 |
| Sanofi_00304777 | Sanofi_00384722 |
| Sanofi_00304779 | Sanofi_00384789 |
| Sanofi_00312939 | Sanofi_00384946 |
| Sanofi_00315109 | Sanofi_00385012 |
| Sanofi_00317731 | Sanofi_00385127 |
| Sanofi_00320214 | Sanofi_00385608 |
| Sanofi_00320215 | Sanofi_00387684 |
| Sanofi_00320216 | Sanofi_00387776 |
| Sanofi_00320218 | Sanofi_00387799 |
| Sanofi_00320219 | Sanofi_00390147 |
| Sanofi_00320225 | Sanofi_00390536 |
| Sanofi_00320266 | Sanofi_00398322 |
| Sanofi_00320268 | Sanofi_00398366 |
| Sanofi_00320392 | Sanofi_00399196 |
| Sanofi_00321073 | Sanofi_00399197 |
| Sanofi_00321085 | Sanofi_00416321 |
| Sanofi_00337551 | Sanofi_00424014 |
| Sanofi_00337580 | Sanofi_00424018 |
| Sanofi_00337954 | Sanofi_00424049 |
| Sanofi_00337958 | Sanofi_00424052 |
| Sanofi_00338044 | Sanofi_00424053 |
| Sanofi_00338117 | Sanofi_00424061 |
| Sanofi_00338122 | Sanofi_00424065 |
| Sanofi_00354861 | Sanofi_00424149 |
| Sanofi_00354944 | Sanofi_00424151 |
| Sanofi_00354991 | Sanofi_00424157 |
| Sanofi_00355030 | Sanofi_00424283 |
| Sanofi_00355079 | Sanofi_00424297 |
| Sanofi_00355130 | Sanofi_00424322 |
| Sanofi_00355202 | Sanofi_00424326 |
| Sanofi_00355557 | Sanofi_00424383 |
| Sanofi_00355565 | Sanofi_00424414 |
| Sanofi_00355568 | Sanofi_00424417 |
| Sanofi_00355622 | Sanofi_00424474 |
| Sanofi_00355704 | Sanofi_00424515 |
| Sanofi_00356438 | Sanofi_00424542 |
| Sanofi_00356667 | Sanofi_00424567 |

| | |
|---|---|
| Sanofi_00424722 | Sanofi_00811973 |
| Sanofi_00424723 | Sanofi_00811991 |
| Sanofi_00424729 | Sanofi_00812057 |
| Sanofi_00424730 | Sanofi_00813022 |
| Sanofi_00424733 | Sanofi_00829466 |
| Sanofi_00427233 | Sanofi_00829529 |
| Sanofi_00427491 | Sanofi_00829566 |
| Sanofi_00428144 | Sanofi_00829568 |
| Sanofi_00428581 | Sanofi_00836220 |
| Sanofi_00429520 | Sanofi_00974332 |
| Sanofi_00429538 | Sanofi_00974747 |
| Sanofi_00429539 | Sanofi_00987998 |
| Sanofi_00429679 | Sanofi_00988009 |
| Sanofi_00429754 | Sanofi_00988010 |
| Sanofi_00429962 | Sanofi_00988011 |
| Sanofi_00430062 | Sanofi_00988012 |
| Sanofi_00430223 | Sanofi_00988015 |
| Sanofi_00430265 | Sanofi_00988062 |
| Sanofi_00430337 | Sanofi_00988063 |
| Sanofi_00432070 | Sanofi_00988064 |
| Sanofi_00432170 | Sanofi_00988065 |
| Sanofi_00432374 | Sanofi_00988066 |
| Sanofi_00502775 | Sanofi_00988165 |
| Sanofi_00548387 | Sanofi_00988166 |
| Sanofi_00548479 | Sanofi_00988167 |
| Sanofi_00552154 | Sanofi_00988218 |
| Sanofi_00552427 | Sanofi_00988266 |
| Sanofi_00559175 | Sanofi_00988304 |
| Sanofi_00584433 | Sanofi_00988389 |
| Sanofi_00611898 | Sanofi_00988461 |
| Sanofi_00612298 | Sanofi_00988462 |
| Sanofi_00654954 | Sanofi_00988463 |
| Sanofi_00654998 | Sanofi_00988507 |
| Sanofi_00664455 | Sanofi_00988551 |
| Sanofi_00672294 | Sanofi_00988552 |
| Sanofi_00721629 | Sanofi_00988595 |
| Sanofi_00723916 | Sanofi_00988679 |
| Sanofi_00724262 | Sanofi_00988680 |
| Sanofi_00724381 | Sanofi_00988681 |
| Sanofi_00792534 | Sanofi_00988682 |
| Sanofi_00792535 | Sanofi_00988737 |
| Sanofi_00793355 | Sanofi_00988778 |
| Sanofi_00798650 | Sanofi_00988819 |
| Sanofi_00805192 | Sanofi_00988820 |
| Sanofi_00805353 | Sanofi_00988821 |
| Sanofi_00811938 | Sanofi_00988857 |

Sanofi_00988858
Sanofi_00988859
Sanofi_00988933
Sanofi_00988934
Sanofi_00988971
Sanofi_00988972
Sanofi_00988973
Sanofi_00988974
Sanofi_00988975
Sanofi_00988976
Sanofi_00988977
Sanofi_00988978
Sanofi_00989046
Sanofi_00989047
Sanofi_00989051
Sanofi_00989058
Sanofi_00989059
Sanofi_00989061
Sanofi_00989071
Sanofi_00989081
Sanofi_00989082
Sanofi_00989114
Sanofi_00989115
Sanofi_00989116
Sanofi_00989117
Sanofi_00989192
Sanofi_00989255
Sanofi_00989311
Sanofi_00989322
Sanofi_00989332
Sanofi_00989363
Sanofi_00989364
Sanofi_00989450
Sanofi_00989527
Sanofi_00989573
Sanofi_00989643
Sanofi_00989653
Sanofi_00989654
Sanofi_00989711
Sanofi_00989756
Sanofi_00989757
Sanofi_00989758
Sanofi_00989759
Sanofi_00989810
Sanofi_00989851
Sanofi_00989908
Sanofi_00989909
Sanofi_00989910
Sanofi_00989911
Sanofi_00989983
Sanofi_00989984
Sanofi_00990031
Sanofi_00990032
Sanofi_00990100
Sanofi_00990149
Sanofi_00990150
Sanofi_00990205
Sanofi_00990206
Sanofi_00990207
Sanofi_00990208
Sanofi_00990247
Sanofi_00990304
Sanofi_01010829
Sanofi_01010860
Sanofi_01010863
Sanofi_01010904
Sanofi_01010905
Sanofi_01010906
Sanofi_01010907
Sanofi_01010908
Sanofi_01010909
Sanofi_01010910
Sanofi_01010911
Sanofi_01010912
Sanofi_01019994
Sanofi_01026553
Sanofi_01036328
Sanofi_01046076
Sanofi_01046255
Sanofi_01046914
Sanofi_01049911
Sanofi_01053843
Sanofi_01053966
Sanofi_01058193
Sanofi_01058629
Sanofi_01089548
Sanofi_01090268
Sanofi_01091427
Sanofi_01091478
Sanofi_01091602
Sanofi_01092589
Sanofi_01092616

Sanofi_01094524
Sanofi_01095352
Sanofi_01095353
Sanofi_01097078
Sanofi_01099677
Sanofi_01099725
Sanofi_01112272
Sanofi_01113662
Sanofi_01171966
Sanofi_01179384
Sanofi_01192189
Sanofi_01199707
Sanofi_01211087
Sanofi_01214860
Sanofi_01215058
Sanofi_01249350
Sanofi_01254297
Sanofi_01254309
Sanofi_01259408
Sanofi_01264126
Sanofi_01268143
Sanofi_01288423
Sanofi_01288483
Sanofi_01294774
Sanofi_01294924
Sanofi_01296737
Sanofi_01296925
Sanofi_01305334
Sanofi_01334870
Sanofi_01336786
Sanofi_01338629
Sanofi_01359015
Sanofi_01378343
Sanofi_01380011
Sanofi_01396915
Sanofi_01425297
Sanofi_01573202
Sanofi_01574962
Sanofi_01849733
Sanofi_01900758
Sanofi_01901985
Sanofi_01902063
Sanofi_01902288
Sanofi_01904190
Sanofi_01906281
Sanofi_01923983

Sanofi_01954872
Sanofi_01967352
Sanofi_01967651
Sanofi_01967715
Sanofi_01967718
Sanofi_01967782
Sanofi_02191215
Sanofi_02279908
Sanofi_02318937
Sanofi_02320933
Sanofi_02322152
Sanofi_02335541
Sanofi_02360845
Sanofi_02368838
Sanofi_02373528
Sanofi_02398387
Sanofi_02398661
Sanofi_02398860
Sanofi_02399060
Sanofi_02399259
Sanofi_02399339
Sanofi_02399458
Sanofi_02399688
Sanofi_02399766
Sanofi_02399791
Sanofi_02399814
Sanofi_02399831
Sanofi_02399848
Sanofi_02399863
Sanofi_02399876
Sanofi_02399884
Sanofi_02399899
Sanofi_02399918
Sanofi_02399930
Sanofi_02399937
Sanofi_02399981
Sanofi_02400032
Sanofi_02400084
Sanofi_02400109
Sanofi_02400139
Sanofi_02400174
Sanofi_02400213
Sanofi_02400327
Sanofi_02400358
Sanofi_02416558
Sanofi_02649521

Sanofi_02680024
Sanofi_02986066
Sanofi_02994797
Sanofi_03037226
Sanofi_0324136
Sanofi_03242135
Sanofi_03277176
Sanofi_03333249
Sanofi_03847507
Sanofi_03929385
Sanofi_03935020
Sanofi_04014414
Sanofi_04153679
Sanofi_04196129
Sanofi_04353203
Sanofi_04519947
Sanofi_04523341
Sanofi_04539390
Sanofi_04539472
Sanofi_04566526
Sanofi_04587103
Sanofi_04689433
Sanofi_04720187
Sanofi_04744172
Sanofi_04762425
Sanofi_04798108
Sanofi_04809393
Sanofi_04809647
Sanofi_04815868
Sanofi_04816436
Sanofi_04817139
Sanofi_04817146
Sanofi_04817147
Sanofi_04834679
Sanofi_04838251
Sanofi_04838631
Sanofi_04839703
Sanofi_04839847
Sanofi_04840085
Sanofi_04840115
Sanofi_04840162
Sanofi_04985815
Sanofi_05110737
Sanofi_05111242
Sanofi_05173852
Sanofi_05208517

Sanofi_05252078
Sanofi_05273484
Sanofi_05319538
Sanofi_05330452
Sanofi_05341518
Sanofi_05351120
Sanofi_05413055
Sanofi_05437932
Sanofi_05437933
Sanofi_05452228
Sanofi_05452231
Sanofi_05503576
Sanofi_05503627
Sanofi_05503640
Sanofi_05503656
Sanofi_05506803
Sanofi_05506851
Sanofi_05506899
Sanofi_05506940
Sanofi_05506941
Sanofi_05506943
Sanofi_05506944
Sanofi_05506945
Sanofi_05506947
Sanofi_05506948
Sanofi_05506995
Sanofi_05506997
Sanofi_05506999
Sanofi_05507000
Sanofi_05507002
Sanofi_05507004
Sanofi_05507005
Sanofi_05507008
Sanofi_05507089
Sanofi_05507130
Sanofi_05507136
Sanofi_05507138
Sanofi_05507140
Sanofi_05507142
Sanofi_05507143
Sanofi_05507144
Sanofi_05507147
Sanofi_05507148
Sanofi_05507160
Sanofi_05507161
Sanofi_05507163

| | |
|---|---|
| Sanofi_05507223 | Sanofi_05507401 |
| Sanofi_05507225 | Sanofi_05509737 |
| Sanofi_05507231 | Sanofi_05509891 |
| Sanofi_05507236 | Sanofi_05584486 |
| Sanofi_05507238 | Sanofi_05585387 |
| Sanofi_05507243 | Sanofi_05586488 |
| Sanofi_05507245 | Sanofi_05587544 |
| Sanofi_05507246 | Sanofi_05589804 |
| Sanofi_05507247 | Sanofi_05592080 |
| Sanofi_05507248 | Sanofi_05594434 |
| Sanofi_05507249 | Sanofi_05597225 |
| Sanofi_05507250 | Sanofi_05597232 |
| Sanofi_05507254 | Sanofi_05935025 |
| Sanofi_05507257 | Sanofi_05956179 |
| Sanofi_05507259 | Sanofi_05969184 |
| Sanofi_05507261 | Sanofi_05969189 |
| Sanofi_05507263 | Sanofi_05969194 |
| Sanofi_05507264 | Sanofi_05969205 |
| Sanofi_05507265 | Sanofi_05969209 |
| Sanofi_05507271 | Sanofi_06248477 |
| Sanofi_05507313 | Sanofi_06248592 |
| Sanofi_05507317 | Sanofi_06248593 |
| Sanofi_05507318 | Sanofi_06248675 |
| Sanofi_05507320 | Sanofi_06248677 |
| Sanofi_05507321 | Sanofi_06248976 |
| Sanofi_05507322 | Sanofi_06248980 |
| Sanofi_05507323 | Sanofi_06248986 |
| Sanofi_05507325 | Sanofi_06249056 |
| Sanofi_05507326 | Sanofi_06249282 |
| Sanofi_05507327 | Sanofi_06249375 |
| Sanofi_05507328 | Sanofi_06249445 |
| Sanofi_05507332 | Sanofi_06249459 |
| Sanofi_05507363 | Sanofi_06249471 |
| Sanofi_05507366 | Sanofi_06249474 |
| Sanofi_05507397 | Sanofi_06249740 |

| | |
|---|---|
| 020449Orig1s075 | 021660s022lbl |
| 020449Orig1s079ltr | 021660s025s026s029lbl |
| 021660lbl | FDA Nov 2015 Email |
| 021660ltr | |

Ayoub, J. P., Vicente Valero, and Gabriel N. Hortobagyi. "Tamoxifen-induced female androgenetic alopecia in a patient with breast cancer." Annals of internal medicine 126.9 (1997): 745.

Baker, B. W., et al. "Busulphan/cyclophosphamide conditioning for bone marrow transplantation may lead to failure of hair regrowth." Bone marrow transplantation 7.1 (1991): 43-47.

Basilio, Flávia Machado Alves, et al. "Clinical and histological study of permanent alopecia after bone marrow transplantation." Anais brasileiros de dermatologia 90.6 (2015): 814-821.

Batchelor, Dallas. "Hair and cancer chemotherapy: consequences and nursing care–a literature study." European journal of cancer care 10.3 (2001): 147-163.

Beisecker, Analee E., et al. "Side effects of adjuvant chemotherapy: perceptions of node-negative breast cancer patients." Psycho-Oncology: Journal of the Psychological, Social and Behavioral Dimensions of Cancer 6.2 (1997): 85-93.

Berglund, Gunilla, et al. "Late effects of adjuvant chemotherapy and postoperative radiotherapy on quality of life among breast cancer patients." European Journal of Cancer and Clinical Oncology 27.9 (1991): 1075-1081.

Bertrand, M., et al. "Abstract P3-09-15: Permanent chemotherapy induced alopecia in early breast cancer patients after (neo) adjuvant chemotherapy: Long term follow up." (2013): P3-09.

Bourgeois, H., et al. "Long Term Persistent Alopecia and Suboptimal Hair Regrowth after Adjuvant Chemotherapy for Breast Cancer: Alert for an Emerging Side Effect: ALOPERS Observatory." Cancer Research 69.24 Suppl (2009): 3174

Bourgeois, Hugues Pierre, et al. "ERALOP study: Hair regrowth after adjuvant FEC-docetaxel chemotherapy for early breast cancer in the real life." Journal of Clinical Oncology 32.15 Suppl (2014): e12014

Brain, E., et al. "High rate of extra-haematological toxicity compromises dose-dense sequential adjuvant chemotherapy for breast cancer." British journal of cancer 105.10 (2011): 1480.

Bresters, D., et al. "Permanent diffuse alopecia after haematopoietic stem cell transplantation in childhood." Bone marrow transplantation 52.7 (2017): 984.

Carlini, P., et al. "Alopecia in a premenopausal breast cancer woman treated with letrozole and triptorelin." Annals of oncology 14.11 (2003): 1689-1690.

Champagne, C., M. Taylor, and P. Farrant. "Permanent chemotherapy-induced nonscarring alopecia and premature ovarian failure." Clinical and experimental dermatology 40.5 (2015): 589-590.

Choi, M. "Permanent alopecia: 19 case reports." Reactions 1565 (2015): 34-22.

Choi, Mira, et al. "Clinical characteristics of chemotherapy-induced alopecia in childhood." Journal of the American Academy of Dermatology 70.3 (2014): 499-505.

Crown, John P., et al. "Incidence of permanent alopecia following adjuvant chemotherapy in women with early stage breast cancer." Journal of Clinical Oncology 35.15 Suppl (2017): e21576

de Jonge, Milly E., et al. "Relationship between irreversible alopecia and exposure to cyclophosphamide, thiotepa and carboplatin (CTC) in high-dose chemotherapy." Bone marrow transplantation 30.9 (2002): 593.

Fonia, Athina, et al. "Permanent alopecia in patients with breast cancer after taxane chemotherapy and adjuvant hormonal therapy: Clinicopathologic findings in a cohort of 10 patients." Journal of the American Academy of Dermatology 76.5 (2017): 948-957.

Freites-Martinez, Azael, et al. "Endocrine therapy–induced alopecia in patients with breast cancer." JAMA dermatology 154.6 (2018): 670-675.

Gallicchio, L., et al. "Menopausal-type symptoms among breast cancer patients on aromatase inhibitor therapy." Climacteric 15.4 (2012): 339-349.

Gallicchio, Lisa, Carla Calhoun, and Kathy Helzlsouer. "A prospective study of aromatase inhibitor therapy initiation and self-reported side effects." Supportive Care in Cancer 25.9 (2017): 2697-2705.

Gallicchio, Lisa, Carla Calhoun, and Kathy J. Helzlsouer. "Aromatase inhibitor therapy and hair loss among breast cancer survivors." Breast cancer research and treatment 142.2 (2013): 435-443.

Gallicchio, Lisa, Carla Calhoun, and Kathy J. Helzlsouer. "Hair loss associated with aromatase inhibitor treatment among breast cancer patients." Journal of Clinical Oncology 35.15 Suppl (2017): e21619-e21619.

Gateley, C. A., and N. J. Bundred. "Alopecia and breast disease." BMJ 314.7079 (1997): 481.

Hoskins, Carol Noll. "Breast cancer treatment-related patterns in side effects, psychological distress, and perceived health status." Oncology nursing forum. 24.9 (1997) 1575-1583.

Jäger, E., et al. "Combination of 5-fluorouracil, adriamycin, ifosfamide and cisplatin in metastatic adult soft tissue sarcoma: results of a phase II study." Oncology 53.1 (1996): 58-63.

Jung, Mi Young, and Dong Youn Lee. "A Clinical Study of Chemotherapy-Induced Permanent Alopecia." Korean Journal of Dermatology 51.12 (2013): 933-938.

Kang, D., et al. "PS046 Incidence of permanent chemotherapy-induced alopecia among breast cancer patients: A five-year prospective cohort study." Support Care Cancer 25.suppl_2 (2017): S54

Kang, Danbee, et al. "Permanent Chemotherapy-Induced Alopecia in Patients with Breast Cancer: A 3-Year Prospective Cohort Study." The Oncologist (2018): theoncologist-2018.

Kim, Gun Min, et al. "Chemotherapy-induced irreversible alopecia in early breast cancer patients." Breast Cancer Research and Treatment 163.3 (2017): 527-533.

Kluger, N., et al. "Permanent scalp alopecia related to breast cancer chemotherapy by sequential fluorouracil/epirubicin/cyclophosphamide (FEC) and docetaxel: a prospective study of 20 patients." Annals of oncology 23.11 (2012): 2879-2884.

Ljungman, P., et al. "Busulfan concentration in relation to permanent alopecia in recipients of bone marrow transplants." Bone marrow transplantation 15.6 (1995): 869-871.

Machado, M., J. S. Moreb, and S. A. Khan. "Six cases of permanent alopecia after various conditioning regimens commonly used in hematopoietic stem cell transplantation." Bone marrow transplantation 40.10 (2007): 979.

Martín, M., et al. "Persistent major alopecia following adjuvant docetaxel for breast cancer: incidence, characteristics, and prevention with scalp cooling." Breast Cancer Research and Treatment (2018): 1-8.

Martín, Miguel, et al. "Epirubicin plus cyclophosphamide followed by docetaxel versus epirubicin plus docetaxel followed by capecitabine as adjuvant therapy for node-positive early breast cancer: results from the GEICAM/2003-10 Study." Journal of Clinical Oncology 33.32 (2015): 3788-3795.

Masidonski, Pat, and Suzanne M. Mahon. "Permanent alopecia in women being treated for breast cancer." Clinical journal of oncology nursing 13.1 (2009): 13-14.

Miteva, Mariya, et al. "Permanent alopecia after systemic chemotherapy: a clinicopathological study of 10 cases." The American Journal of dermatopathology 33.4 (2011): 345-350.

Motl, Susannah E., and Christopher Fausel. "Recurring chemotherapy-associated alopecia areata: case report and literature review." Pharmacotherapy: The Journal of Human Pharmacology and Drug Therapy 23.1 (2003): 104-108.

Nabholtz, J. M., et al. "Phase II study of docetaxel, doxorubicin, and cyclophosphamide as first-line chemotherapy for metastatic breast cancer." Journal of clinical oncology 19.2 (2001): 314-321.

Nonomura, Yumi, et al. "Female pattern hair loss possibly caused by tamoxifen: androgen receptor expression in the outer root sheath in the affected area." The Journal of dermatology 39.12 (2012): 1060-1061.

Palamaras, Ioulios, et al. "Permanent chemotherapy-induced alopecia: a review." Journal of the American Academy of Dermatology 64.3 (2011): 604-606.

Park, Jin, et al. "Pattern alopecia during hormonal anticancer therapy in patients with breast cancer." Annals of dermatology 26.6 (2014): 743-746.

Perez-Crespo, Maria, et al. "Irreversible alopecia due to busulphan in a 7-year-old girl." European Journal of Dermatology 19.2 (2009): 192-193.

Pires, Eugénia Matos, Rita Ramos Pinheiro, and André Lencastre. "Alopécia Permanente Pós-Quimioterapia com Resposta Favorável ao Minoxidil Tópico." Revista da Sociedade Portuguesa de Dermatologia e Venereologia 75.3 (2018): 297-299.

Prevezas, C., et al. "Irreversible and severe alopecia following docetaxel or paclitaxel cytotoxic therapy for breast cancer." British Journal of Dermatology 160.4 (2009): 883-885.

Puglisi, Fabio, Giuseppe Aprile, and Alberto Sobrero. "Tamoxifen-induced total alopecia." Annals of internal medicine 134.12 (2001): 1154-1155.

Rossi, A., et al. "Aromatase inhibitors induce 'male pattern hair loss' in women?." Annals of oncology 24.6 (2013): 1710-1711.

Saggar, Vishal, et al. "Alopecia with endocrine therapies in patients with cancer." The oncologist 18.10 (2013): 1126-1134.

Schrama, J. G., et al. "Phase II study of a multi-course high-dose chemotherapy regimen incorporating cyclophosphamide, thiotepa, and carboplatin in stage IV breast cancer." Bone marrow transplantation 28.2 (2001): 173.

Sedlacek, S. M. "Persistent significant alopecia (PSA) from adjuvant docetaxel after doxorubicin/cyclophosphamide (AC) chemotherapy in women with breast cancer." Breast Cancer Research and Treatment 100 (2006): S116.

Tallon, Ben, Elizabeth Blanchard, and Lynne J. Goldberg. "Permanent chemotherapy-induced alopecia: case report and review of the literature." Journal of the American Academy of Dermatology 63.2 (2010): 333-336.

Thorp, Nicola J., et al. "Abstract P5-17-04: Long term hair loss in patients with early breast cancer receiving docetaxel chemotherapy." (2015): P5-17.

Tosti, Antonella, et al. "Docetaxel and permanent alopecia." Journal of the American Academy of Dermatology 68.5 (2013): e151.

Tran, D., et al. "Permanent alopecia following chemotherapy and bone marrow transplantation." Australasian journal of dermatology 41.2 (2000): 106-108.

Werbel, T., and P. R. Cohen. "Persistent Alopecia in a Breast Cancer Patient Following Taxane Chemotherapy and Adjuvant Endocrine Therapy: Case Report and Review of Post-treatment Hair Loss in Oncology Patients with Breast Cancer." Cureus 10.7 (2018).

Yagata, Hiroshi, et al. "Abstract P5-15-17: National survey of long-term recovery from chemotherapy-induced hair loss in patients with breast cancer." Cancer Research (2015): P5-15.

Deposition Transcripts and Exhibits of 30(b)(6) Michael Kopreski
Deposition Transcript and Exhibits of Michael Kopreski
Deposition Transcript and Exhibits of Amy Freedman
Deposition Transcript and Exhibits of Andris Ortmanis
Deposition Transcript and Exhibits of Barry Childs
Deposition Transcript and Exhibits of Christelle Lamoril
Deposition Transcript and Exhibits of Emanuel Palatinsky
Deposition Transcript and Exhibits of Fran Poloizzano
Deposition Transcript and Exhibits of Gerrit-Jan Nijveldt
Deposition Transcript and Exhibits of Gina Vestea
Deposition Transcript and Exhibits of Isabelle Richard-Cassin
Deposition Transcript and Exhibits of Jean Pierre-Aussel
Deposition Transcript and Exhibits of Kim Bassi
Deposition Transcript and Exhibits of Linda Gustavson
Deposition Transcript and Exhibits of Madeline Malia
Deposition Transcript and Exhibits of Mark Gaydos
Deposition Transcript and Exhibits of Michael Amoroso
Deposition Transcript and Exhibits of Nanae Hangai
Deposition Transcript and Exhibits of Pierre Mancini
Deposition Transcript and Exhibits of Shang Jen
Deposition Transcript and Exhibits of Sunil Gupta
Deposition Transcript and Exhibits of Suzanne Thornton Jones
Deposition Transcript and Exhibits of Theresa Stathatos
Deposition Transcript and Exhibits of Vanina Groult
Deposition Transcript and Exhibits of Paul Chew
Deposition Transcript and Exhibits of Michael Rozyicki

Expert Report and Appendices of David Kessler (2018)
Expert Report and Appendices of David Madigan (2018)
Expert Report and Appendices of Ellen Feigal (2018)
Expert Report and Appendices of Laura Plunkett (2018)

Expert Report and Appendices of David Kessler (2019)
Expert Report and Appendices of David Madigan (2019)
Expert Report and Appendices of Ellen Feigal (2019)
Expert Report and Appendices of Laura Plunkett (2019)

Deposition Transcript and Exhibits of David Kessler (2018)
Deposition Transcript and Exhibits of David Madigan (2018)
Deposition Transcript and Exhibits of Ellen Feigal (2018)
Deposition Transcript and Exhibits of Laura Plunkett (2018)

Deposition Transcript of David Kessler (2019)
Deposition Transcript and Exhibits of David Madigan (2019)

Trial Testimony of David Kessler (9/17/2019)

Exhibit A to 30(b)(6) Objections and Responses

Materials cited in my Report