# EXHIBIT 53

1        IN THE UNITED STATES DISTRICT COURT
2      FOR THE EASTERN DISTRICT OF LOUISIANA
3                    -  -  -
4

      IN RE:  TAXOTERE       :   MDL NO. 2740
5      (DOCETAXEL) PRODUCTS   :   SECTION: "N"
      LIABILITY LITIGATION   :   (5)
6                            :   JUDGE
      THIS DOCUMENT RELATES  :   ENGELHARDT
7      TO:                    :   MAG. JUDGE
                             :   NORTH
8      ALL CASES              :
9                    -  -  -
10                  August 10, 2018
11                    -  -  -
12
13            Videotaped deposition of
     KIMBERLY A. BASSI, taken pursuant to
14    notice, was held at the law offices of
     DLA Piper, 51 John F. Kennedy Parkway,
15    Short Hills, New Jersey, beginning at
     9:03 a.m., on the above date, before
16    Michelle L. Gray, a Registered
     Professional Reporter, Certified
17    Shorthand Reporter, Certified Realtime
     Reporter, and Notary Public.
18
19                    -  -  -
20

          GOLKOW LITIGATION SERVICES
21        877.370.3377 ph| 917.591.5672
              deps@golkow.com
22
23
24

Kimberly A. Bassi

1         identification as Exhibit

2         Bassi-20.)

3    BY MR. MICELI:

4         Q.    I'll show you what's been

5    marked Exhibit 20 to your deposition.  Do

6    you recognize this e-mail, series of

7    e-mails?

8         A.    Let me review.  Okay.

9         Q.    This is a little bit

10   different from the way we handled the

11   other e-mail strings we've seen.  On Page

12   1 of this e-mail is an e-mail from you to

13   Sandrine Micallef.

14        A.    Micallef.

15        Q.    Micallef.  And she's a

16   French biostatistician, correct?

17        A.    Correct.

18        Q.    And you're e-mailing her on

19   March 26th, 2010.  Right?

20        A.    Yes.

21        Q.    Okay.  And there's March 18,

22   2010, e-mail from a Clarisa Biglieri?

23        A.    Correct.

24        Q.    Okay.  And where is she

Kimberly A. Bassi

1    from, is that Argentina?

2            A.    Correct.

3            Q.    All right.  And then let's

4    go flip to the back, because the Pages 3

5    and 2, moving forward, there's a series

6    of e-mails from April of 2009.  And the

7    first one is from Agathe Garcia, who's

8    with, appears to be CIRG, which is

9    cancer -- is it research group?  It's

10   BCIRG, but it's -- just dropped the B,

11   right?

12           A.    Correct.

13           Q.    Okay.  To you, and the title

14   is, the subject is "TAX316 missing

15   ten-year follow-up information," right?

16           A.    Correct.

17           Q.    And she is forwarding to you

18   a -- it says, "Please find attached the

19   last updated tracking of information

20   still outstanding regarding the dates of

21   the ten-year follow-up visits," right?

22           A.    Correct.

23           Q.    Okay.  Now, we've already

24   spoken about one in the Slovak Republic

Kimberly A. Bassi

1  that you were chasing down.  And now this

2  is one in Uruguay, right?

3           MR. McRAE:  Object to the

4        form.

5           THE WITNESS:  This looks

6        like -- this doesn't look like

7        missing data.  This looks like we

8        have data, but we don't have a

9        covering IRB.

10 BY MR. MICELI:

11       Q.   Okay.  Well, let's go to the

12 next page where it's talking about -- at

13 the bottom, it says, "Can you confirm the

14 date of the closure for Garbino?"

15 Garbino is Dr. Garbino; is that right?

16       A.   Correct.

17       Q.   Okay.  "We will use this as

18 info for the missing ten-year data,"

19 correct?

20       A.   Correct.

21       Q.   That's what you're writing

22 in April of 2009, you are going to use

23 something in place of, or as info for the

24 missing ten-year data, right?

Kimberly A. Bassi

1                MR. McRAE:  Object to the

2        form.

3                THE WITNESS:  So, in the CSR

4        reporting, we have the opportunity

5        to write narratives or information

6        regarding certain situations that

7        happened during the conduct of the

8        study.  So something like this,

9        there probably would likely be a

10       notation in the CSR defining why

11       the data is missing.

12   BY MR. MICELI:

13       Q.    Now, again, I'm going to ask

14   you because we've been through this with

15   me already.  Now, are you saying that's

16   what happened, or that can happen and you

17   don't know whether it's in the CSR for

18   TAX316?

19               MR. McRAE:  Object to the

20       form.

21               THE WITNESS:  I don't know.

22   BY MR. MICELI:

23       Q.    Okay.  So it's something

24   that could be included in the CSR.  We

Kimberly A. Bassi

1   don't know as we are reading this today,

2   right?

3          A.   Correct.

4          Q.   Did you look at this e-mail

5   in preparation for today?

6          A.   No.

7          Q.   Okay.  Going up the page,

8   Clarisa Biglieri on April 13th of '09

9   informs you that Dr. Garbino's site

10  closed on April 15, 2008, right?

11         A.   Yes.

12         Q.   Okay.  And then it says, the

13  next one from you says -- e-mail from you

14  on March 18, 2010, which is now beyond

15  the mid-February database lock date,

16  right?

17         A.   Correct.

18         Q.   Okay.  You say, "Dear

19  Clarisa and Ingrid, can you confirm the

20  actual date that Dr. Garbino did not have

21  the EC covering him?"  Right?

22         A.   Correct.

23         Q.   What is an EC?

24         A.   It's the IRB EC,

1   institutional review board ethics

2   committee.

3           Q.    Oh, okay.  IRB EC.  Okay.

4   And you're -- and you're trying to find

5   out about this Dr. Garbino, when he was

6   not under an institutional review board

7   ethics committee, which means he's not

8   approved to practice under -- in the

9   hospital, right?

10              MR. McRAE:  Object to the

11          form.

12              THE WITNESS:  Correct.

13  BY MR. MICELI:

14          Q.    Okay.  If you're not

15  approved by an ethics committee, you're

16  not going to be in the hospital, and

17  you're not going to be doing the Sanofi

18  trial, are you?

19          A.    Can you repeat the question?

20          Q.    Let me strike that one.

21              If we go to the next one,

22  and it says -- Clarisa Biglieri writes

23  back to you and says, "This was July 2000

24  when he left Hospital Policial"?  Is that

Kimberly A. Bassi

1    how you say that?

2         A.    I guess so.

3         Q.    Okay.  So one month after

4    you started Sanofi, this doctor who is a

5    study investigator leaves his hospital,

6    is not under an institutional review

7    board ethics committee for approval to

8    practice in a hospital, and you're asking

9    questions about him in 2009, right?

10                MR. McRAE:  Object to the

11         form.

12                THE WITNESS:  Correct.

13   BY MR. MICELI:

14        Q.    Those are all accurate

15   statements, correct?

16        A.    Correct.

17        Q.    Okay.  Now, what was it that

18   happened between July of 2000 and March

19   of 2009 that allowed you to not know

20   anything about what Dr. Garbino was

21   actually not doing rather than doing?

22                MR. McRAE:  Object to the

23         form.

24                THE WITNESS:  Can you repeat

1       the question?

2  BY MR. MICELI:

3       Q.    Sure.  What was it that

4  happened between July 2000 and March of

5  2009 that allowed you, as the clinical

6  trial manager and trial leader, to not

7  know what Dr. Garbino was up to?  He had

8  been out of the hospital for nine years

9  when you wrote your e-mail, right?

10              MR. McRAE:  Object to the

11        form.

12              THE WITNESS:  Correct.

13  BY MR. MICELI:

14       Q.    And you didn't have any

15  knowledge of that until 2009 when you're

16  corresponding with Clarisa Biglieri?

17       A.    So actually further in the

18  e-mail, it was brought to my attention in

19  2006 from the country.

20       Q.    Okay.

21       A.    I think they were trying to

22  resolve it locally, and then they

23  escalated.

24       Q.    That's right.  Because here

Kimberly A. Bassi

1    it says that it was brought to your

2    attention in 2006, and you spent a good

3    year trying to get him an ethics

4    committee and discussing with good -- is

5    that GCP, good clinical practices, and

6    QA, quality assurance?

7         A.    Correct.

8         Q.    You were trying to get this

9    gentleman who had been out of his

10   hospital and not able to get under an

11   ethics committee institutional review

12   board in some place to continue to be a

13   study investigator for Sanofi, right?

14             MR. McRAE:  Object to the

15        form.

16             THE WITNESS:  Correct.

17   BY MR. MICELI:

18        Q.    Okay.  Why were you doing

19   that?

20        A.    There was probably patients

21   that were being treated, and if he is not

22   an approved site, we would have to censor

23   the data and keep it out of the study

24   report.

1    Q.    So a doctor that can't get

2  under an ethics committee's umbrella,

3  you're trying to help find a place where

4  he can land so he can keep treating

5  patients in Sanofi's study.  That's what

6  you're telling us?

7              MR. McRAE:  Object to the

8         form.

9              THE WITNESS:  I think that

10         was the intention.

11  BY MR. MICELI:

12    Q.    Okay.  I'm going to show you

13  this one briefly.  No, I'm not either.

14  That's all right.

15              (Document marked for

16         identification as Exhibit

17         Bassi-21.)

18  BY MR. MICELI:

19    Q.    I'll show you what we've

20  marked as Exhibit 21 to your deposition.

21  The only thing that I want to address

22  here -- this is April of 2010, right?

23  This e-mail?

24    A.    April of 2010.