# EXHIBIT 55

**From:** Bassi, Kimberly R&D/US
**Sent:** Tuesday, February 02, 2010 7:27 PM
**To:** Ackerman, Judie R&D/US
**Subject:** RE: XRP6976 TAX 316/BCIRG 001 (EFC6041) Patient 24801 SOR - Site Koza SK00005

No, I was going to send them another message.
Martin Rek from the CRU in Czech Republic did correpond to tell me TAX 316 is run by Medical Affairs in Slovakia and this study is not under his umbrella.
(see attached).

Kimberly A. Bassi, BS

Sanofi-aventis
Senior Manager
International Clinical Trial Management/Oncology



---

**From:** Ackerman, Judie R&D/US
**Sent:** Tuesday, February 02, 2010 2:24 PM
**To:** Bassi, Kimberly R&D/US
**Subject:** FW: XRP6976 TAX 316/BCIRG 001 (EFC6041) Patient 24801 SOR - Site Koza SK00005

Did Robert ever respond to you? Or anyone from this CRU?

---

**From:** Bassi, Kimberly R&D/US
**Sent:** Wednesday, January 27, 2010 11:49 AM
**To:** [redacted]; 'Svetlovska, Daniela'
**Cc:** Ackerman, Judie R&D/US; [redacted]
**Subject:** XRP6976 TAX 316/BCIRG 001 (EFC6041) Patient 24801 SOR - Site Koza SK00005
**Importance:** High

Dear [redacted]:



EXHIBIT 19
Bassi-
Date: 8-70-78
MLG, CSR, RPR, CRR

1

I am writing in FU to my voicemail. The database Lock of 29 Jan 09 has been postponed until Mid Feb due to missing data for 62 patients.
There is one patient listed on the listing in Slovak Republic. My recollection based on the emails attached is that this patient died in late 2006. There was the need for more CRF forms which were sent, but the forms were never received. Further FU requesting these data has gone unanswered.

The last data we have is from 2 Feb 2006 an ABB FU visit. My understanding that a further ABBFU with death, death report form, and other forms may be needed.

Please be so kind to review your files for this site and patient and forward the missing documents to BCIRG in Edmonton Canada.
You can send them via PDF or FAX if it's easier. Please contact me to confirm you received this transmission and will work to provide the final details.

I have included an attachment of former emails concerning this same case.

Thank you for your continued cooperation to get in the final data.
Kim

Kimberly A. Bassi, BS

Sanofi-aventis
Senior Manager
International Clinical Trial Management/Oncology



Confidential                                                                                     Sanofi_03935911