# EXHIBIT 57

John A. Glaspy, M.D., M.P.H.

```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF LOUISIANA
 3
 4   IN RE:  TAXOTERE (DOCETAXEL)     )
     PRODUCTS LIABILITY LITIGATION    )
 5                                    )   MDL No. 2740
                                      )   SECTION: "H"
 6                                    )   Judge Milazzo
     This Document Relates To:        )   Mag. Judge North
 7   ALL CASES                        )
     _____)
 8
 9
10
11             VIDEOTAPED DEPOSITION OF
12           JOHN A. GLASPY, M.D., M.P.H.
13
14
15           Friday, January 18, 2019
16            10:06 A.M. TO 4:19 P.M.
17
18             Los Angeles, California
19
20
21
22
23         Golkow Litigation Services

24
25
```

Golkow Litigation Services                                        Page 1

John A. Glaspy, M.D., M.P.H.

1    AC Taxol.  Right?

2        A.   Yes.  Yeah.  I'll -- except in the Slaymon

3    trial, where ACT was Taxotere.  The T was Taxotere.

4             We already knew by then from -- or we know

5    that Taxol and Taxotere both work to make the

6    chemotherapy regimen more effective after AC.

7             And as long as, if you use the Taxotere,

8    you give it every three weeks; and if you use the

9    Taxol, you give it more often than that, you give it

10   weekly, or every two weeks, then they will both

11   produce similar impacts on the survival.

12            We don't know if they're saving the same

13   patients.  But the outcomes, the cure rates, the

14   relapse risks, are the same.

15            But if you don't -- if you use the Taxol

16   every three weeks, it's inferior.  So you have to

17   give the Taxol more often.

18       Q.   Now I'm going to ask your experience with

19   what I sometimes call cooling caps, or cold caps.

20            When did you first utilize cooling caps or

21   cold caps for -- to prevent hair loss in

22   chemotherapy and early stage breast cancer?

23       A.   As soon as the modern ones became

24   available.  There was a cold cap craze back in the

25   '80s and they didn't work.  And they didn't work