# EXHIBIT 60

1                UNITED STATES DISTRICT COURT

2                EASTERN DISTRICT OF LOUISIANA

3      ******************************

4      IN RE:  TAXOTERE (DOCETAXEL)

5      PRODUCTS LIABILITY              MDL No. 2740

6      LITIGATION                      Section: "H"

7                                      Judge MILAZZO

8      This Document Relates to:    Mag. Judge North

9      All Cases

10     ******************************

11

12      VIDEOTAPED DEPOSITION OF JEAN-PHILIPPE AUSSEL

13

14

15              Thursday, October 11th, 2018

16                   8:58 a.m.

17

18

19          Held At:

20              DLA Piper UK LLP

21              160 Aldersgate Street

22              London, United Kingdom

23

24     REPORTED BY:

25     Maureen O'Connor Pollard, RMR, CLR, CSR

Jean-Philippe Aussel

1   BY MR. WOOL:

2       Q.    They're not talking about permanent

3   rash, are they?

4       A.    No, they are not.

5       Q.    And they're not talking about

6   permanent hair loss, are they?

7             MR. RATLIFF:  Object to form.

8       A.    They're not either.

9   BY MR. WOOL:

10      Q.    Okay.  I'd like you to turn to page --

11  so you'll see if you flip through here, it

12  appears that the patient leaflet appears twice

13  in this copy.

14      A.    Yes.

15      Q.    That is how it is given to us.  I'm

16  not sure why.

17            But if we turn to Page 9 at the

18  bottom, Sanofi_000009.

19      A.    Okay.

20      Q.    It's a little bit hard to read.

21      A.    Yes, it is.

22      Q.    But this appears to be the original

23  label for Taxotere, correct, in the United

24  States?

25      A.    If you tell me.

Jean-Philippe Aussel

 1   patient information leaflet, correct?

 2        A.    Yes.

 3        Q.    And if we turn to Page 2, at the

 4   bottom there's a Hair Loss section.

 5              Do you see that?

 6        A.    I can see that, yes.

 7        Q.    And it says, "Loss of hair occurs in

 8   most patients taking Taxotere (including the

 9   hair on your head, underarm hair, pubic hair,

10   eyebrows, and eyelashes)," correct?

11        A.    Yes.

12        Q.    And it says, "Hair loss will begin

13   after the first few treatments and varies from

14   patient to patient," correct?

15        A.    Yes.

16        Q.    And then it says, "Once you have

17   completed all your treatments, hair generally

18   grows back," correct?

19        A.    Yes.

20        Q.    That's the same language that we saw

21   in the original 1996 label, isn't it?

22        A.    Yes.

23        Q.    And you had testified that this

24   section is not talking about permanent hair

25   loss, correct?

Jean-Philippe Aussel

1      A.     Yes.  I mean, I can hardly interpret

2    what the people in charge of labeling meant

3    here, but that's my interpretation.

4      Q.     And then if we look at the informed

5    consent, that confirms our understanding,

6    because it warns of reversible hair loss as a

7    reported side effect of Taxotere, correct?

8             MR. RATLIFF:  Object to form.

9      A.     Yes.

10   BY MR. WOOL:

11     Q.     And both this patient leaflet and the

12   informed consent are written in language for

13   patients to understand, correct?

14     A.     I think so, yes.

15     Q.     Do you see anything inconsistent

16   between the warning for reversible hair loss in

17   the informed consent and the statement "hair

18   generally grows back"?

19             MR. RATLIFF:  Object to form.

20     A.     No, I don't see any inconsistency, but

21   I --

22   BY MR. WOOL:

23     Q.     This is -- I'm sorry.

24     A.     No inconsistency that I can

25   appreciate.

Jean-Philippe Aussel

1       Q.     And it says, "Breast cancer remains

2    the key priority for Taxotere due to importance

3    of sales potential and differentiation versus

4    Taxol," correct?

5       A.     Correct.

6       Q.     And this is in 1998?

7       A.     1998.

8       Q.     When you were working on Taxotere in

9    1998 and in the time after that, were you aware

10   that Taxotere was a key priority for Sanofi?

11             MR. RATLIFF:  Object to form.

12      A.     Yeah, they say that the breast cancer

13   indication is a key priority for Taxotere.  It

14   doesn't say Taxotere is a key priority for

15   Sanofi.

16   BY MR. WOOL:

17      Q.     I'll withdraw the question.

18             So were you aware that breast cancer

19   was a key priority for Taxotere?

20      A.     Yes.

21      Q.     And that was back in 1998 --

22      A.     Yeah, yeah.

23      Q.     -- at the time of this e-mail?

24      A.     Yes.

25      Q.     And here it says -- I've been informed

Jean-Philippe Aussel

 1   clearly means.  I was not part of oversee of

 2   those who wrote that, and I was not attending

 3   these meetings about the strategic product

 4   information, so I don't know what they are

 5   meaning by this statement.

 6   BY MR. WOOL:

 7       Q.     And then two points below that under

 8   "Market share gain" it says, "Focus on early

 9   stage disease representing the largest growth

10   potential," correct?

11       A.     Mm-hmm, yes.

12       Q.     And TAX316 is a study that relates to

13   early stage cancer, correct?

14       A.     Yes.  Correct.

15       Q.     And the TAC regimen that the women

16   received who had early stage breast cancer --

17   strike that.

18              If you turn to section 1.7, which is

19   the next -- one second.

20              A significant portion of your career

21   at Sanofi has been devoted to assisting in

22   developing or completing studies with data to

23   support new indications for the use of Taxotere,

24   correct?

25       A.     Especially the first part of my

Jean-Philippe Aussel

1   career, yes, when I was in R&D it was the case.

2       Q.    And here -- and your focus early on

3   when you were leading TAX315 was on early stage

4   breast cancer, correct?

5       A.    Sorry, I didn't catch the first words.

6       Q.    When you were working on TAX316 and

7   TAX315, those were early stage breast cancer

8   studies, correct?

9       A.    Yes.

10      Q.    And here we have the Strategic Product

11  Summary saying that the focus should be on early

12  stage disease representing the largest growth

13  potential, correct?

14      A.    Yes.  Correct.

15      Q.    Then if we flip the page to

16  section 1.7, we have "Key messages."

17            Do you see that?

18      A.    Yes.

19      Q.    "Invest to grow Taxotere market share

20  and develop new markets," correct?

21      A.    Yes.

22      Q.    And here the first point is to

23  "Leverage the portfolio of indications and data

24  to sell Taxotere with consistent image,

25  positioning, strategy and message across all