# EXHIBIT 61

Andris Ortmanis

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2

                         -  -  -
 3

     IN RE: TAXOTERE        :
 4   (DOCETAXEL)            : MDL No. 2740
     PRODUCTS LIABILITY     :
 5   LITIGATION             : SECTION: "H"
                            :
 6   This Document          :
     Relates To             : JUDGE MILAZZO
 7   ALL CASES              : MAG. JUDGE NORTH
 8
                         -  -  -
 9              November 30, 2018
                    Volume II
10                       -  -  -
11
12              Continued videotape
13   deposition of ANDRIS ORTMANIS, taken
14   pursuant to notice, was held at the law
15   offices of DLA Piper, 51 John F. Kennedy
16   Parkway, Suite 120, Short Hills, New
17   Jersey 07078, beginning at 9:05 a.m., on
18   the above date, before Amanda Dee
19   Maslynsky-Miller, a Certified Court
20   Reporter for the State of New Jersey.
21
22                       -  -  -
23          GOLKOW LITIGATION SERVICES
        877.370.3377 ph| 917.591.5672 fax
24              deps@golkow.com
```

1  say that I specifically recognize this
2  one as being distinct from others that we
3  did.
4       Q.   What role, if any, would you
5  have had in connection with preparing
6  this document?
7       A.   Well, if there were any
8  indications at that time that I was
9  working on, I imagine I would have
10 contributed to those.  But I would have
11 to review those in particular to see if I
12 did or if I did not, or if I recall that
13 I did or did not, or if any of the
14 content has been specifically ascribed to
15 me.
16      Q.   Under the executive summary
17 on Page Number 2, it says, Taxotere
18 remains a highly successful cytotoxic
19 agent, reaching over $935 million in
20 demand sales in its eleventh year, 2007,
21 on the market.
22           Do you see that?
23      A.   I do.
24      Q.   And it continues, In spite

1  of a lack of interest from physicians for
2  cytotoxic agents.
3         Do you see that?
4     A.  I do.
5     Q.  What did that mean?
6     A.  Well, what I interpret it to
7  mean is that physicians are -- at least
8  some people, I imagine, are interested in
9  what is -- what are new drugs and new
10 classes of agents and new therapeutic
11 interventions that they can look forward
12 to, to help treat patients.
13        And sometimes if a drug,
14 however effective, has been used by them,
15 they may already feel that they have all
16 the experience and knowledge on it that
17 they need, even in the face of new
18 emerging data and clinical -- clinical
19 data.
20    Q.  And did Sanofi, at this
21 time, have any cancer treatment drugs in
22 the pipeline?
23        MR. KAUFMAN:  Object to the
24 form.

1                THE WITNESS:  Yes, I believe
2         they did.  But I could not pass
3         the test on what those were.
4    BY MR. GRIFFIN:
5         Q.    Next sentence says, Revenue
6    goals for 2008 are to achieve blockbuster
7    status of $1 billion plus.
8               Do you see that?
9         A.    I do.
10        Q.    And that goal was achieved?
11              MR. KAUFMAN:  Object to the
12        form.
13   BY MR. GRIFFIN:
14        Q.    Correct?
15        A.    I don't know for a fact that
16   that goal was achieved in 2008.  But I do
17   know that that goal was achieved before
18   Taxotere lost its patent.
19        Q.    Do you recall you and your
20   colleagues in the marketing department
21   celebrating the fact that the drug had
22   exceeded $1 billion in sales?
23        A.    I recall that we marked --
24   no, I don't recall -- I don't even recall