# EXHIBIT 62

```
08:38:49   1                    UNITED STATES DISTRICT COURT
           2                    EASTERN DISTRICT OF LOUISIANA
           3   ****************************************************************
           4   IN RE:  TAXOTERE (DOCETAXEL)        Docket No. 16-MD-2740
               PRODUCTS LIABILITY LITIGATION      Section H
           5                                      New Orleans, LA
               Relates to:  Barbara Earnest       Monday, September 23, 2019
           6                16-CV-17144
           7   ****************************************************************
           8                    TRANSCRIPT OF TRIAL PROCEEDINGS
                       HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
           9                    UNITED STATES DISTRICT JUDGE
                                 DAY 6, MORNING SESSION
          10
          11   APPEARANCES:
          12   FOR THE PLAINTIFF:            BACHUS & SCHANKER, LLC
                                             BY:  DARIN L. SCHANKER, ESQ.
          13                                      J. KYLE BACHUS, ESQ.
                                             1899 Wynkoop St., Suite 700
          14                                 Denver, CO 80202
          15                                 FLEMING NOLEN & JEZ
                                             BY:  RAND P. NOLEN, ESQ.
          16                                 2800 Post Oak Blvd., Suite 4000
                                             Houston, TX 77056
          17
                                             GIBBS LAW GROUP, LLP
          18                                 BY:  KAREN B. MENZIES, ESQ.
                                             6701 Center Drive West, 14th Floor
          19                                 Los Angeles, CA 90045
          20                                 DAVID F. MICELI, LLC
                                             BY:  DAVID F. MICELI, ESQ.
          21                                 P.O. Box 2519
                                             Carrollton, GA 30112-0046
          22
                                             PENDLEY BAUDIN & COFFIN
          23                                 BY:  CHRISTOPHER L. COFFIN, ESQ.
                                             2505 Energy Centre
          24                                 1100 Poydras St.
                                             New Orleans, LA 70163
          25
```

```
09:12:28  1    A.  The fellows weren't allowed to meet with the representatives.
09:12:32  2    Q.  Okay.  Doctor, do you know what a "Dear doctor letter" is from
09:12:37  3    a pharmaceutical company?
09:12:38  4    A.  No, not really.
09:12:41  5    Q.  Let's work through this.  Have you ever received a letter from
09:12:47  6    a pharmaceutical company to you as a prescribing physician
09:12:52  7    informing you about some side effects of a drug?
09:12:56  8    A.  Very infrequently.
09:13:01  9    Q.  Have you ever --
09:13:02 10    A.  I think I've received one, but, I mean, I can't even remember
09:13:07 11    what it was.
09:13:07 12    Q.  And that gets to the point.  Do you recall ever receiving such
09:13:12 13    a letter from Sanofi warning you about Taxotere's risk of permanent
09:13:19 14    hair loss?
09:13:19 15    A.  No.
09:13:20 16    Q.  Did you ever receive an e-mail from Sanofi, prior to treating
09:13:32 17    Barbara Earnest in 2011, warning you about the drug Taxotere's risk
09:13:38 18    of permanent hair loss?
09:13:40 19    A.  No.
09:13:40 20    Q.  Do pharmaceutical companies -- have you ever received from a
09:13:51 21    pharmaceutical company a reprint of a journal article that they
09:13:54 22    want you to read?
09:13:55 23    A.  Yes.
09:13:55 24    Q.  To the best of your knowledge, prior to treating Barbara
09:14:01 25    Earnest in 2011, did Sanofi ever send you a reprint of a journal
```