# EXHIBIT 63

**Taxotere Rule 26 Report**

By: Linda D Bosserman, MD, FACP, FASCO
    Medical Oncologist and Breast Cancer Specialist
    City of Hope Medical Group
    4900 Rivergrade Road Suite 120, Office 1125
    Irwindale, CA 91706,

April 3, 2020

**Biography**

My name is Linda Bosserman, MD, FACP, FASCO, and I am an Assistant Clinical Professor, medical oncologist and value-based care leader at City of Hope. In addition to having served on the American Society of Clinical Oncology (ASCO) Board of Directors, the Pathways Task Force and the Guidelines Implementation Group, I currently serve on the Clinical Practice Committee, the Practice Guidelines Implementation Network and the Pathways Task Force. I have been an ASCO member since 1990 and have served on the Public Issues Committee, Quality Care Symposium and Oncology Practice Conference Planning Committees, and I served as the chair of the 2019 Oncology Practice Conference.

I have served as Chief Quality Officer and Chief Medical Officer for the Cancer Clinics of Excellence; Secretary and Board of Directors member of the Community Oncology Alliance; Chair of the Cancer Committee for the San Antonio Community Hospital; Director of the Psycho-Social Oncology, and Comprehensive Breast Programs; then as Associate and Medical Director of the Robert and Beverly Lewis Family Cancer Care Center in Pomona, California. I served on the Board of Directors for the California American Cancer Society and chaired their state-wide Breast Cancer Committee. I participated in the White House Physician Forum on Health Reform in 2009 and in many clinical research trials, primarily for breast cancer.

1

with docetaxel regimens was not shared with Ms. Kahn and her husband for consideration in making their final chemotherapy regimen decision.[76]

**Oncologists Were Not Told and Did Not Know That Taxotere Had an Increased Risk of Permanent Hair Loss.**

The Taxotere labeling and other materials circulated and communicated to oncologists, mentioned the adverse event of alopecia; which I understood to refer to the well-known adverse effect of temporary alopecia.  The Taxotere label did not mention cases of permanent alopecia until 2015, but even then, the label did not include a warning for PCIA.  I did not receive a dear doctor letter notifying me of the adverse event of PCIA.

As a result of my work as an expert in the Taxotere MDL, I have learned additional information about Taxotere and the risk of PCIA. Much of this information is set forth in the Rule 26 Report of Ellen Feigal, MD, Section XI, Taxotere -Docetaxel and Alopecia, subsections B and C including table 2.  I have not copied this material but intend to rely on it as though set forth in this report in full.

I was in practice during the years that Sanofi exclusively marketed docetaxel. I followed and participated in the clinical trials and later was aware of its addition to adjuvant regimens on the NCCN guidelines. Sanofi actively marketed Taxotere through its drug sales representatives, lunch and learn events for doctors and their staff, evening dinner meetings, practice- and patient-focused handouts, medical-science liaisons and talks at national meetings.  During that time, I would have expected the company to fully and accurately communicate the risk of PCIA so I could accurately and fully inform my patients.

---

[76] Deposition of Dr. Carl Karidnal at 87:2-88:17; 139:20-140:9; 141:22-143:1; see also Deposition of Elizabeth Kahn at 17:23-19:5, 192:6-193:21, 205:21-206:19, 254:20-255:4.

4) Given Ms. Kahn's stage and tumor features and the lack of lymph node involvement with a pleomorphic lobular type breast cancer, she and her husband were correct in actively participating in informed consent discussions with her oncologist, Dr. Kardinal and his oncology nurse, Shevonda Thomas in gathering and weighing information on her treatment choices.  There were several treatment options with equal efficacy to reduce her recurrence risk and improve her overall survival, while valuing her preferences for different acute, chronic and permanent toxicities like PCIA which would have a major impact on her quality of life.

5) Sanofi failed to timely and accurately warn physicians of the risk of PCIA associated with the use of Taxotere, alone or in regimens, for use in the adjuvant setting in early stage breast cancer.  Only Sanofi had this data from their proprietary, privately held clinical trial results that thousands of women and their clinicians participated in with the expectation of full disclosure of safety and efficacy results.

6) All other opinions as expressed in the body of my report.


Date:  April 3, 2020                                  *Linda D Bosserman, MD, FAACP, FASCO*
                                                                 Linda D Bosserman, MD, FACP, FASCO