# EXHIBIT 64

## Sanofi_05061406

**The parties are currently meeting and conferring regarding this document.**



Reference: 0006-6328

21st November 2008



Dear 

Thank you for your enquiry requesting the following information on Taxotere - docetaxel:

**Taxotere and incidence of permanent alopecia**

As you are aware from the Taxotere Summary of Product Characteristics alopecia is a very common (≥10% incidence) side effect seen with all licensed combinations of docetaxel. As you can appreciate, it is very difficult to determine the incidence of permanent alopecia as most of the information regarding alopecia will have come from clinical trials which are of limited period. Therefore for your interest, please find below information on prolonged alopecia, with one reference of non-reversible alopecia being identified.

In particular, clinical studies involving 100mg/m² monotherapy[1] showed one case of non-reversible alopecia at the end of the study and studies involving Taxotere in combination with doxorubicin and cyclophosphamide[2] observed alopecia to be ongoing at the median follow-up time of 55 months in 3% of patients at the end of the chemotherapy.

There are no specific fully published studies assessing the incidence of prolonged alopecia in patients receiving docetaxel chemotherapy. One retrospective review presented at the San Antonio Breast Cancer Symposium in 2006[3] assessed prolonged significant alopecia in breast cancer patients. Patients received various chemotherapy and were stratified based on regimen; Group A - doxorubicin without taxane, Group B - doxorubicin with paclitaxel, and Group C - doxorubicin with docetaxel. Of the 496 patient assessed, 7 had prolonged significant alopecia at a median of five years follow up. All of these patients were in Group C having received docetaxel as AC-T, although two had discontinued docetaxel after one dose due to toxicities.

Aventis Pharma Ltd trading as sanofi aventis – Trading address One Onslow Street Guildford GU1 4YS – Tel: 01483 505515 – Fax: (0) 1483 535432. Registered in England 01535640 – Registered office Aventis House 50 Kings Hill Avenue West Malling ML19 4AH

Confidential                                                                                                         Sanofi_05061406

I hope that the information is of interest to you. If you have any further enquiries regarding Taxotere - docetaxel then please contact us.

Yours sincerely

Shahanaz Kobir MSc
**Senior Medical Information Officer**

**References**

1. Chan S, Friedrichs K, Noel D et al. Prospective randomized trial of docetaxel versus doxorubicin in patients with metastatic breast cancer. Journal of Clinical Oncology, 1999 Vol 17 (8) p2341-54 1999;

2. Martin M, Pienkowski T, Mackey J et al. Adjuvant docetaxel for node-positive breast cancer.. New England Journal of Medicine, 2005 Vol 352 (22) p2302-13 2005;

3. Sedlacek SM. Persistent significant alopecia (PSA) from adjuvant docetaxel after doxorubicin/cyclophosphamide (AC) chemotherapy in women with breast cancer.. 29th Annual San Antonio Breast Cancer Symposium, San Antionio, 14-17 Dec 2006 (Abstr 2105) 2006;

Confidential                                                                                     Sanofi_05061407