# EXHIBIT 66

## Sanofi_05969194

**The parties are currently meeting and conferring regarding this document.**



Reference: 0023-3792

21st December 2015

Redacted – Privacy

Dear Redacted – Privacy

Thank you for writing to us to share your experience with hair loss following chemotherapy with Taxotere - docetaxel as part of your treatment for breast cancer. You have also informed us that, several years later, your follicles have not recovered and the hair loss seems to be permanent. We can certainly appreciate the many traumatic impacts this would bring.

All medicines can cause side effects and unfortunately in the case of chemotherapy drugs these are sometimes wide-ranging and/or unpredictable in an individual patient. As you have correctly mentioned, although hair loss is a common side effect of docetaxel, the kind of irreversible hair loss which you have suffered is a very rare. As stated in the Summary of Product Characteristics (SPC - a version of the Patient Information Leaflet whose primary purpose is to provide product information to doctors and other healthcare professionals), irreversible hair loss has only been observed in one patient of over 1000 receiving docetaxel as a single chemotherapy agent.

Based on the available evidence, a decision on selecting a suitable treatment plan is reached following a discussion between the patient and their doctor. In line with strict industry regulations, Sanofi keeps a record of all reported adverse events that may be linked with any of its products. This ensures we are doing everything we can to make the often-complex choice on treatment plan as informed as possible. In keeping with this system, we have passed your experiences on to the relevant safety department.

We regret that we cannot offer you any tangible solution or compensation following your grave misfortune but we extend to you our sincerest sympathy.

Yours sincerely,



**Medical Information Officer**

Aventis Pharma Ltd trading as Sanofi – Tel +44 (0) 1483 505 515 – Fax +44 (0) 1483 535 432
Registered in England 01535640 – Registered office One Onslow Street, Guildford, Surrey, GU1 4YS

sanofi-aventis Ireland Limited trading as Sanofi, Citywest Business Campus, Dublin 24, Ireland - Tel: +353 1. 40.35.600 - Fax: +353 1.40.35.601
Registered in Dublin, Ireland No. 166500 Directors: M. Dickens, J.G. Gaul, J. Hendrickx (B)

Confidential

Sanofi_05969195