# EXHIBIT 67

**Sanofi_05969189**

**The parties are currently meeting and conferring regarding this document.**



Reference: 0019-4503

13th March 2014

Redacted – Privacy

Dear Redacted – Privacy

Thank you for your enquiry requesting the following information on Taxotere - docetaxel:

As you may be aware from the Summary of Product Characteristics (SPC) for Taxotere, it states:

4.8 Undesirable effects

The most commonly reported adverse reactions of docetaxel alone are: neutropenia (which was reversible and not cumulative; the median day to nadir was 7 days and the median duration of severe neutropenia (< 500 cells/mm3) was 7 days), anaemia, alopecia, nausea, vomiting, stomatitis, diarrhoea and asthenia. The severity of adverse events of docetaxel may be increased when docetaxel is given in combination with other chemotherapeutic agents.

Very common adverse reactions - Alopecia

Skin and subcutaneous tissue disorders

Very rare: one case of alopecia non-reversible at the end of the study. 73% of the cutaneous reactions were reversible within 21 days.

Skin and subcutaneous tissue disorders

In study TAX316, alopecia persisting into the follow-up period after the end of chemotherapy was reported in 687 TAC patients and 645 FAC patients.

At the end of the follow-up period, alopecia was observed to be ongoing in 29 TAC patients (4.2%) and 16 FAC patients (2.4%).

After an extensive search of our in-house database and biomedical literature, I was able to find one case report of irreversible alopecia occurring with docetaxel treatment, and several papers regarding the prevention of alopecia using cold-cap therapies which may be of use to you. Please find the summarised the information below.

Aventis Pharma Ltd trading as Sanofi – Tel +44 (0) 1483 505 515 – Fax  +44 (0) 1483 535 432
Registered in England 01535640 – Registered office One Onslow Street, Guildford, Surrey, GU1 4YS

sanofi-aventis Ireland Limited trading as Sanofi, Citywest Business Campus, Dublin 24, Ireland  - Tel: +353 1. 40.35.600  - Fax: +353 1.40.35.601
Registered in Dublin, Ireland No. 166500 Directors: M. Dickens, J.G. Gaul, J.Hendrickx (B)

Confidential                                                                                                                         Sanofi_05969189

Prevezas et al[1] reported two cases of severe and irreversible alopecia following chemotherapy with the taxanes docetaxel or paclitaxel (one of which is for docetaxel). A 58 year-old female patient developed diffuse and irreversible alopecia after being treated with six cycles of docetaxel 75mg/m-2 every 3 weeks for a local recurrence. She had also been receiving letrozole 2.5mg daily since her last conditioning regimen.

Clinical examination showed a diffuse alopecia with characteristics of androgenetic hair loss and absence of scalp fibrosis. Transverse sections of scalp biopsy using a 4-mm punch showed reduced hair follicle density with an increased number of vellus hairs. There was a mild dermal lymphocytic infiltrate, but no peribulbar inflammation or fibrosis was documented. Treatment with topical 5% minoxidil 1.5mL twice daily produced a discrete amelioration which was secondary to an increase of the volume of the persisting hair. No response had been documented at the rest of the scalp.

A study by Auvinen et al[2] analysed the effectiveness of scalp cooling caps in preventing alopecia among 64 patients. The patients were given one of the following chemotherapeutic treatments: doxorubicin 60 mg/m /sup 2 / , docetaxel 80 mg/m /sup 2/ , FEC (5-fluorouracil 600 mg/m /sup 2/, epirubicin 60mg/m /sup 2/ , cyclophosphamide 600mg/m /sup 2/ ) or the combination of three cycles of docetaxel (80 mg/m /sup 2/ ) followed by three cycles of FEC (5-fluorouracil 600 mg/m /sup 2/ , epirubicin 60 mg/m /sup 2/ , cyclophosphamide 600 mg/m /sup 2/ ). All the chemotherapy treatments were given in a three-weekly schedule. Patients with early stage disease were given six adjuvant chemotherapy cycles, while patients with metastatic disease were given nine chemotherapy cycles. The patients were provided with detailed instructions on how to treat the hair at home for one to three days after the chemotherapy treatment. Hair loss was evaluated after the third, sixth and final treatments. In the final results, major hair loss was avoided in all patients given doxorubicin treatment, in 83.3% of patients given docetaxel treatment, in 76.5% of patients given FEC treatment, and in 78% of patients given docetaxel followed by FEC. In the final evaluation, 87.5% of the patients considered the avoidance of hair loss to be important. Only 20.3% of the patients needed to use a wig. The authors concluded that this study showed that all the patient groups studied gained some benefit by using scalp cooling caps.

Ridderheim et al [3] examined the efficacy and safety of a new digitized, controlled, scalp-cooling system to prevent chemotherapy-induced alopecia. Seventy-four female cancer patients who received 13 varying chemotherapy regimens were included in a nonrandomized pilot study. The Digni 2-3 with Dignicap system consists of a refrigerator unit and a control unit integrated into a mobile cabinet and connected to a tight-fitting cooling cap. This system maintained a constant scalp temperature of +5 degrees C for many hours. In this study, 60 patients were treated for ovarian cancer with either taxane or epirubicin combination chemotherapy. Eight patients with Hodgkin's lymphoma, three with breast cancer, two with endometrial cancer, and one with sarcoma were also included.

Confidential

Photo documentation and patient assessment of hair loss and discomfort were performed. In anthracycline-treated patients, total prevention of hair loss was observed, whereas hair loss in paclitaxel/docetaxel-treated patients was minimal to none. The combination of anthracycline and taxane resulted in more hair loss, but only three of six patients used a wig. Scalp cooling was generally very well tolerated; only two of 74 patients discontinued use of the cold cap due to discomfort. No scalp metastases occurred over a median follow-up period of 15 months. The authors concluded that the digitized, controlled, scalp-cooling system represented an effective and safe device that should be clinically evaluated in a randomized trial and in studies using other chemotherapy regimens to determine optimal temperatures and durations of cooling for maximal efficacy.

Macduff at al[4] aimed to establish the effectiveness of scalp cooling in preventing alopecia for patients with breast cancer who received the trial combination chemotherapy of Epirubicin and Docetaxel. Doubt remains about the general effectiveness of scalp cooling in preventing hair loss for patients receiving chemotherapy. There is very little information available about its specific effectiveness with combinations of Taxanes and Anthracycline drugs. Of the 40 patients who received this drug combination, 10 were included in a pilot study whereas the remaining 30 constituted the main study sample. A randomized controlled study was undertaken whereby the intervention group received scalp cooling via gel cool caps and the control group received no specific preventative intervention. Nurses assessed participants' hair loss using a modified version of the WHO scale at seven time points and also recorded hair loss photographically. Two independent experts rated the photographs using the same scale. Patients self-reported in relation to overall hair loss, hair condition, levels of emotional upset, negativity about appearance, hair re-growth and wig use. Significantly greater hair loss was apparent in the control group during most of the treatment period. However, the level of protection afforded by the cool caps was relatively poor with this chemotherapy combination. The authors concluded that the marginal benefits of scalp cooling in this context must be clearly explained to patients.

Christodoulou et al [5] studied the effectiveness of the MSC cold cap system to prevent chemotherapy-induced alopecia. The system was applied in 83 cancer patients (mean age 49.8 years) undergoing chemotherapy with alopecia-causing agents. Seven patients did not tolerate the system. Seventy-six patients were evaluable for assessment; 26 received anthracycline (group A), 33 taxane (group T), 5 anthracycline plus taxane (group AT), 7 intravenous etoposide (group E) and 5 ifosfamide with or without other alopecia-causing drugs (group I). In group A, 18 patients received conventional (subgroup Ac) and 8 high doses (subgroup Ah). In group T, 8 patients received docetaxel (subgroup D) and 25 paclitaxel (subgroup P). Alopecia grade 0-1 (Dean's system) was considered as treatment success. Grade 0-1 alopecia was achieved in 49/76 (64.5%) patients: group T 23/33 (69.6%), subgroup P 16/25 (64%) and subgroup D 7/8 (87.5%); group A

18/26 (69.2%), subgroup Ac 16/18 (88.8%) and subgroup Ah 2/8 (25%); group AT 1/5 (20%); group E 6/7 (85.7%), and group I 1/5 (20%). The authors concluded that the MSC cold cap system is effective in preventing alopecia from anthracycline, etoposide or taxane but not from anthracycline-taxane combinations or ifosfamide-containing regimens.

Alopecia is a distressing side-effect of cancer treatment. Taxanes (TX), anthracyclines (ANR) and etoposide (ET) have been consistently associated with significant alopecia. Katsimbri et al [6] studied an effective scalp cooling system, the Penguin Cold Cap system™ for the prevension of chemotherapy-induced alopecia in 70 patients receiving chemotherapy, including one of the following major alopecia-causing agents: Group A. TX based regimes (without ANR): Group B. TX + ANR: Group C ANR-based regimes (without TX): group D. ET-based regimes. Protection from hair loss was achieved by maintaining scalp temperatures below 15 degrees C before, during and after chemotherapy by frequent changing of the caps. Assessment was carried out using a grading system from 0 to 4. Grades 0-2 were considered as satisfactory hair protection. Whilst Grades 3-4 were considered failures. 57 patients were evaluable for assessment. An overall 81% protection was achieved. In groups C and D 11 of 12 patients (92%) had no alopecia. Whilst 30 of 34 patients (88%) treated with taxanes had adequate hair protection. In group B, 4 of 11 patients (36%) had adequate hair protection. The system was well tolerated and is a very effective method for protection from hair loss caused by TX, ANR and ET. The authors concluded that their results were comparable with and in most cases better than those reported in other studies using various alopecia preventive methods.

I hope that the information is of interest to you. If you have any further enquiries regarding Taxotere - docetaxel then please contact us.

Yours sincerely


**Medical Information Scientist**

**References**

1. Prevezas C, Pinquier L et al, Matard B. Irreversible and severe alopecia following docetaxel or paclitaxel cytotoxic therapy for breast cancer.. British Journal of Dermatology, 2009 Vol 160 (4) p883-885 2009;

Confidential                                                                                           Sanofi_05969192

2. Auvinen PK, Maehoenen UA, Soininen KM et al. The effectiveness of a scalp cooling cap in preventing chemotherapy-induced alopecia.. Tumori, 2010 Vol 96 (2) p271-275 2010;

3. Ridderheim M, Bjurberg M, Gustavason A. Scalp hypothermia to prevent chemotherapy-induced alopecia is effective and safe: a pilot study of a new digitized scalp-cooling system used in 74 patients.. Supportive Care in Cancer, 2003 Vol 11 p371-77 2003;

4. Macduff C, Mackenzie T, Hutcheon A et al. The effectiveness of scalp cooling in preventing alopecia for patients receiving epirubicin and docetaxel. European Journal of Cancer Care, 2003 Vol 12 p154-61 2003;

5. Christodoulou C, Klouvas G, Efstathiou E et al. Effectiveness of the MSC cold cap system in the prevention of chemotherapy-induced alopecia.. Oncology, 2002 Vol 62 p97-102 2002;

6. Katsimbri P, Bamias A, Pavlidis N. Prevention of chemotherapy-induced alopecia using an effective scalp cooling system. European Journal of Cancer, 2000 Vol 36 p766-771 2000;

Confidential                                                                                           Sanofi_05969193