# EXHIBIT 68

**Sanofi_05969209**

**The parties are currently meeting and conferring regarding this document.**



Reference: 0009-5682

11th May 2010

Redacted – Privacy

Dear Redacted – Privacy

Thank you for your enquiry requesting the following information on Taxotere - docetaxel, received via my colleague Amanda Logue :

**Taxotere - Prolonged alopecia in breast cancer patients**

As you are aware from the Taxotere Summary of Product Characteristics alopecia is a very common (≥10% incidence) side effect seen with all licensed combinations of docetaxel. In particular, clinical studies involving 100mg/m² monotherapy[1] showed one case of non-reversible alopecia at the end of the study and studies involving Taxotere in combination with doxorubicin and cyclophosphamide[2] observed alopecia to be ongoing at the median follow-up time of 55 months in 3% of patients at the end of the chemotherapy.

There is limited data on the incidence of prolonged alopecia in patients receiving docetaxel chemotherapy and no specific fully published studies on this subject.

One retrospective review presented at the San Antonio Breast Cancer Symposium in 2006[3] assessed prolonged significant alopecia in breast cancer patients. Patients received various chemotherapy and were stratified based on regimen; Group A - doxorubicin without taxane, Group B - doxorubicin with paclitaxel, and Group C - doxorubicin with docetaxel. Of the 496 patient assessed, 7 had prolonged significant alopecia at a median of five years follow up. All of these patients were in Group C having received docetaxel as AC-T, although two had discontinued docetaxel after one dose due to toxicities.

Prevezas et al[4] report a case of irreversible and severe alopecia, as a result of docetaxel therapy for local recurrence of breast cancer. The patient - a 58-year-old woman, treated with six cycles of 75mg/m² docetaxel, and 2.5mg of letrozole daily, showed a diffuse hair loss with characteristics of androgenetic alopecia without scalp fibrosis. This was confirmed by transverse scalp biopsy which showed reduced hair follicle density with a higher number of vellus hairs. The patient was treated with 1.5ml of topical 5% minoxidil twice daily and produced a slight improvement, secondary to an increase in the volume of persisting hair. The rest of the scalp was non-responsive.

Aventis Pharma Ltd trading as Sanofi – Tel +44 (0) 1483 505 515 – Fax +44 (0) 1483 535 432
Registered in England 01535640 – Registered office One Onslow Street, Guildford, Surrey, GU1 4YS

sanofi-aventis Ireland Limited trading as Sanofi, Citywest Business Campus, Dublin 24, Ireland - Tel: +353 1. 40.35.600 - Fax: +353 1.40.35.601
Registered in Dublin, Ireland No. 166500 Directors: M. Dickens, J.G. Gaul, J.Hendrickx (B)

Confidential                                                                                                                                   Sanofi_05969209

The authors speculate that the irreversibility can only be attributed to the cytotoxicity of docetaxel, whilst the androgenetic pattern on the existing hair follicles can be explained by the action of the aromatase inhibitor - letrozole. Hair loss of such severity due to letrozole has not been previously described, and does not seem feasible in the authors' opinion. They suggest that potential reasons for the irreversibility could be permanent damage of the stem cells in either the hair bulge- or the matrix keratinocytes; or possible sensitivity of the hair follicle to these drugs.

*From your enquiry it seems that no patient is involved. However, if this is not the case, I would be grateful if you could let our Pharmacovigilance Department know and provide them with whatever details you have as a matter of urgency. They can be contacted on 01483 554242. Please quote our reference number in any future correspondence with the company.*

I hope that the information is of interest to you. If you have any further enquiries regarding Taxotere - docetaxel then please contact us.

Yours sincerely


**Medical Information Officer**

**References**

1. Chan S, Friedrichs K, Noel D et al. Prospective randomized trial of docetaxel versus doxorubicin in patients with metastatic breast cancer. Journal of Clinical Oncology, 1999 Vol 17 (8) p2341-54 1999;

2. Martin M, Pienkowski T, Mackey J et al. Adjuvant docetaxel for node-positive breast cancer.. New England Journal of Medicine, 2005 Vol 352 (22) p2302-13 2005;

3. Sedlacek SM. Persistent significant alopecia (PSA) from adjuvant docetaxel after doxorubicin/cyclophosphamide (AC) chemotherapy in women with breast cancer.. 29th Annual San Antonio Breast Cancer Symposium, San Antonio, 14-17 Dec 2006 (Abstr 2105) 2006;

4. Prevezas C, Pinquier L et al, Matard B. Irreversible and severe alopecia following docetaxel or paclitaxel cytotoxic therapy for breast cancer.. British Journal of Dermatology, 2009 Vol 160 (4) p883-885 2009;

Confidential
Sanofi_05969210