UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO Elizabeth Kahn, Case No. 2:16-cv-17039 | |

### ORDER

Considering the foregoing Motion for Leave to Exceed Page Limit for Plaintiff's Omnibus Opposition to Defendants' Motions *in Limine*,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file Plaintiff's Omnibus Opposition to Defendants' Motions *in Limine* into the record in this matter.

New Orleans, Louisiana, this ___ day of July, 2021.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE