**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: "H" (5) |
| | ) | |
| This document relates to all cases | ) | |

## <u>MINUTE ENTRY</u>

On July 9, 2021, the Court held a status conference with lead and liaison counsel. The parties updated the Court on the status of the case.

**IT IS ORDERED** that briefing on Designations of Deposition Testimony from Dr. Michael Kopreski shall be filed by July 14, 2021. Any opposition thereto shall be filed by July 19, 2021.

(JS-10:00:60)

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**