UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Carmella Cora
Case No.: 2:20-cv-02663

## DECLARATION

　　I, Lowell W. Finson, have attempted to reach my client, Carmella Cora, on the following dates: 2/1/21, 2/22/21, 3/11/21, 3/26/21, 4/1/21, 4/8/21, 4/19/21, 4/23/21, 4/28/21, 4/29/21, 4/30/21, 5/1/21, 5/2/21, 5/3/21, 5/4/21, 5/7/21, 5/11/21, 5/14/21, 5/20/21, 5/21/21, 6/2/21 and 6/6/21, by X telephone, X e-mail, X text message, _ social media, X U.S. Mail, _ Certified Mail, _ other, and my client has not been responsive to my communications to date.

　　I declare that the foregoing is true and correct to the best of my knowledge.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Lowell W. Finson*
　　　　　　　　　　　　　　　　　　　　　　　Lowell W. Finson
　　　　　　　　　　　　　　　　　　　　　　　AZ Bar No. 010872
　　　　　　　　　　　　　　　　　　　　　　　FINSON LAW FIRM
　　　　　　　　　　　　　　　　　　　　　　　126 Westwind Mall
　　　　　　　　　　　　　　　　　　　　　　　Marina Del Rey, CA 90292
　　　　　　　　　　　　　　　　　　　　　　　Tel. 602.377.2903
　　　　　　　　　　　　　　　　　　　　　　　Fax 310.425.3278
　　　　　　　　　　　　　　　　　　　　　　　lowell@finsonlawfirm.com

　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*