UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2740 ) ) |
| **This Document Relates to:** | ) SECTION "H" (5) ) |
| *Deborah Reeves v. Sanofi-Aventis U.S. LLC, et al.;* *Case No. 2:18-cv-13203* | ) HON. JUDGE JANE TRICHE MILAZZO ) ) ) MAG. JUDGE MICHAEL NORTH |

# NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Deborah Reeves.

Dated: July 13, 2021

Respectfully submitted,

*/s/ Leslie LaMacchia*

Leslie LaMacchia, Esq.
Adam Pulaski, Esq.
PULASKI LAW FIRM, PLLC
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555 Phone
(713) 664-7543 Fax
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com

*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

| | |
|---|---|
| Dated: July 13, 2021 | Respectfully submitted, |
| | /s/ Leslie LaMacchia |
| | Leslie LaMacchia, Esq.<br>Adam Pulaski, Esq.<br>PULASKI LAW FIRM, PLLC<br>2925 Richmond Avenue, Suite 1725<br>Houston, TX 77098<br>(713) 664-4555 Phone<br>(713) 664-7543 Fax<br>llamacchia@pulaskilawfirm.com<br>adam@pulaskilawfirm.com |
| | *Attorneys for the Plaintiff* |