# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2740 |
| **This Document Relates to:** | ) ) | SECTION "H" (5) |
| *Deborah Reeves v. Sanofi-Aventis U.S. LLC, et al.;* *Case No. 2:18-cv-13203* | ) ) ) ) ) | HON. JUDGE JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, Leslie LaMacchia for the Plaintiff and moves this Honorable Court for an Order substituting Kinyana Smith on behalf of her deceased mother, Deborah Reeves, for the following reasons:

1. On December 10, 2018, Deborah Reeves filed a Complaint in the above referenced matter.

2. On January 21, 2020, Deborah Reeves passed away.

3. Plaintiff's daughter, Kinyana Smith, notified Plaintiff's counsel of her mother's passing and her interest in continuing this lawsuit on her behalf.

4. Kinyana Smith is in the process of being named as the Personal Representative of the Estate of Deborah Reeves.

5. Notice of Deborah Reeves's death was submitted to this Honorable Court on July 13, 2021 (See Exhibit A).

6. The decedent's daughter, Kinyana Smith, is the Proper Party Plaintiff and wishes to be substituted on behalf of Deborah Reeves in this case.

Wherefore, movant prays for said substitution.

Dated:       July 13, 2021

>Respectfully submitted,
>
>*/s/ Leslie LaMacchia*
>Leslie LaMacchia, Esq.
>Adam Pulaski, Esq.
>PULASKI KHERKHER, PLLC
>2925 Richmond Avenue, Suite 1725
>Houston, TX 77098
>(713) 664-4555 Phone
>(713) 664-7543 Fax
>llamacchia@pulaskilawfirm.com
>adam@pulaskilawfirm.com
>
>*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13 day of July 2021, a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

>*/s/ Leslie LaMacchia*
>Leslie LaMacchia, Esq.