UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2740 |
| **This Document Relates to:** | ) ) | SECTION "H" (5) |
| *Deborah Reeves v. Sanofi-Aventis U.S. LLC, et al.;* *Case No. 2:18-cv-13203* | ) ) ) ) | HON. JUDGE JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the undersigned counsel has filed Plaintiff's Motion to Substitute Party before the Honorable Jane Triche Milazzo.

Dated:   July 13, 2021

                                           Respectfully submitted,

                                           */s/ Leslie LaMacchia*
                                           Leslie LaMacchia, Esq.
                                           Adam Pulaski, Esq.
                                           PULASKI KHERKHER, PLLC
                                           2925 Richmond Avenue, Suite 1725
                                           Houston, TX 77098
                                           (713) 664-4555 Phone
                                           (713) 664-7543 Fax
                                           llamacchia@pulaskilawfirm.com
                                           adam@pulaskilawfirm.com

                                           *Attorneys for the Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13 day of July 2021, a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

*/s/ Leslie LaMacchia*
Leslie LaMacchia, Esq.