# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2740 |
| **This Document Relates to:** | ) ) | SECTION "H" (5) |
| *Deborah Reeves v. Sanofi-Aventis U.S. LLC, et al.;* | ) ) | HON. JUDGE JANE TRICHE MILAZZO |
| *Case No. 2:18-cv-13203* | ) ) | MAG. JUDGE MICHAEL NORTH |

## ORDER

Considering the foregoing Motion to Substitute:

IT IS ORDERED that the Plaintiff's Motion to Substitute Party is hereby GRANTED, and

that Kinyana Smith, be substituted as the proper party plaintiff, herein.

Signed New Orleans, Louisiana this ____ day of _____, 2021.


_____
Hon. Jane Triche Milazzo
United States District Judge