UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:

Elizabeth Kahn, Case No. 2:16-cv-17039.

### SANOFI'S REQUEST FOR ORAL ARGUMENT ON RENEWED MOTION FOR RECONSIDERATION

**NOW INTO COURT**, through undersigned counsel, come Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi"), who respectfully request oral argument on Defendants' Renewed Motion for Reconsideration.[1] Sanofi seeks the opportunity to address the specific factual and legal reasons why its Motion for Summary Judgment should be granted following the Fifth Circuit's decision in *Durden* and respectfully submits that oral argument will assist the Court. *See In re Taxotere (Docetaxel) Prod. Liab. Litig.* (*Durden*), No. 20-30495, 2021 WL 2373490 (5th Cir. June 9, 2021).

This Motion is currently noticed for submission before the Honorable Jane Triche Milazzo of the United States District Court for the Eastern District of Louisiana on the 14th day of July, 2021, at 9:30 a.m. Sanofi requests oral argument at the Court's earliest convenience or, alternatively, on August 10, 2021.

---

[1] Rec. Doc. 12916.

Respectfully submitted,

| | |
|---|---|
| */s/ Douglas J. Moore* | Harley V. Ratliff |
| Douglas J. Moore (Bar No. 27706) | Jon Strongman |
| **IRWIN FRITCHIE URQUHART & MOORE LLC** | Adrienne L. Byard |
| 400 Poydras Street, Suite 2700 | **SHOOK, HARDY & BACON L.L.P.** |
| New Orleans, LA  70130 | 2555 Grand Boulevard |
| Telephone: 504-310-2100 | Kansas City, Missouri 64108 |
| Facsimile:  504-310-2120 | Telephone: 816-474-6550 |
| dmoore@irwinllc.com | Facsimile:  816-421-5547 |
| | hratliff@shb.com |
| | jstrongman@shb.com |
| | abyard@shb.com |

*Counsel for Sanofi Defendants
Sanofi US Services Inc. and
sanofi-aventis U.S. LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*