MINUTE ENTRY
MILAZZO, J.
JULY 9, 2021

JS-10: 00:48

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| THIS DOCUMENT RELATES TO: ) | |
| **16-17039 Elizabeth Kahn** | |

### ORAL ARGUMENT
*U.S. District Judge Jane Triche Milazzo presiding*

COURT REPORTER: KAREN IBOS
LAW CLERK: EMILY SCHROETER/MONICA BERGERON
CASE MANAGER: CHERIE STOUDER

APPEARANCES:  DAVID MICELI, ON BEHALF OF PLAINTIFFS
DOUG MOORE, JOHN STRONGMAN AND
HARLEY RATLIFF ON BEHALF OF DEFENDANTS, SANOFI

Court begins at 9:37 a.m.
Counsel make appearances on the record.

The following motions are argued by counsel and taken under submission by the Court:

>   Motion to Exclude Supplemental Opinions of Dr. Laura Plunkett
>   **(Doc. 12575)**
>   Motion to Exclude Expert Testimony of Dr. David Ross **(Doc. 12576)**
>   Motion to Strike Untimely Supplemental Expert Report of Ellen T. Chang or Alternatively to Exclude Any Opinions Not Offered in her Original Report **(Doc. 12582)**

Matter adjourned at 10:25 a.m.

