**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| VIKKI BUCKHEIT | MDL NO: 2740 |
| Plaintiff | |
| | |
| v. | SECTION: N (5) |
| | |
| ACCORD HEALTHCARE, INC., HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC., HOSPIRA, INC., ACTAVIS LLC f/k/a ACTAVIS INC., ACTAVIS PHARMA, INC. and SAGENT PHARMACEUTICALS, INC. | |
| Defendants. | JUDGE: JANE TRICHE MILAZZO |
| | |
| | MAG. JUDGE MICHAEL NORTH |
| | |
| | **JURY TRIAL DEMANDED** |

**AMENDED SHORT FORM COMPLAINT (Effective as of January 4, 2018)**

Plaintiff(s) incorporate by reference the Amended Master Long Form Complaint and Jury Demand filed in the above-referenced case on July 25, 2017. Pursuant to Pretrial Order No. 15, this Short Form Complaint adopts allegations and encompasses claims as set forth in the Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1. Plaintiff:

VIKKI BUCKHEIT

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

   _____

3. Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   _____

4. Current State of Residence: TEXAS

5. State in which Plaintiff(s) allege(s) injury: TEXAS

6.  Defendants (check all Defendants against whom a Complaint is made):

    a.  Taxotere Brand Name Defendants

         _____  A.  Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

         _____  B.   Sanofi-Aventis U.S. LLC

    b.  Other Brand Name Drug Sponsors, Manufacturers, Distributors

         _____  A.  Sandoz Inc.

         X\_\_\_\_\_  B.  Accord Healthcare, Inc.

         _____  C.  McKesson Corporation d/b/a McKesson Packaging

         X\_\_\_\_\_  D.  Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

         X\_\_\_\_\_  E.  Hospira, Inc.

         _____  F.  Sun Pharma Global FZE

         _____  G.  Sun Pharmaceutical Industries, Inc. f/k/a Caraco

         Pharmaceutical Laboratories Ltd.

         _____  H  Pfizer Inc.

         X\_\_\_\_\_  I.  Actavis LLC f/k/a Actavis Inc.

         X\_\_\_\_\_  J.  Actavis Pharma, Inc.

         X\_\_\_\_\_  K.  Other:  Sagent Pharmaceuticals, Inc.

7.  Basis for Jurisdiction:

    x\_\_\_\_\_  Diversity of Citizenship

    _____  Other (any additional basis for jurisdiction must be pled in sufficient detail as

    required by the applicable Federal Rules of Civil Procedure):

8. Venue:

    District Court and Division in which remand and trial is proper and where you might

have otherwise filed this Short Form Complaint absent the direct filing Order entered by this

Court:  Brazoria County Court

9. Brand Product(s) used by Plaintiff (check applicable):

<div style="margin-left:4em">

X_____  A.      Taxotere

_____  B.      Docefrez

X_____  C.      Docetaxel Injection

X_____  D.      Docetaxel Injection Concentrate

_____  E.      Unknown

_____  F.      Other:

</div>

10. First date and last date of use (or approximate date range, if specific dates are unknown) for

Products identified in question 9: March 10, 2015 to May 12, 2015

11. State in which Product(s) identified in question 9 was/were administered: TEXAS

12. Nature and extent of alleged injury (including duration, approximate date of onset (if known),

and description of alleged injury): permanent hair loss from May 12, 2015 to present day

13. Counts in Master Complaint brought by Plaintiff(s):

<div style="margin-left:4em">

 x  Count I – Strict Products Liability -Failure to Warn

x   Count III – Negligence

x   Count IV – Negligent Misrepresentation

x   Count V – Fraudulent Misrepresentation

x   Count VI – Fraudulent Concealment

x   Count VII – Fraud and Deceit

x   Other: Plaintiff(s) may assert the additional theories and/or State Causes

of Action against Defendant(s) identified by selecting "Other" and setting

forth such claims below. If Plaintiff(s) includes additional theories of

recovery, for example, Redhibition under Louisiana law or state consumer

protection claims, the specific facts and allegations supporting additional

theories must be pleaded by Plaintiff in sufficient detail as required by the

</div>

applicable Federal Rules of Civil Procedure.

Respectfully submitted,

RAY HODGE & ASSOCIATES, L.L.C.


 /s/ Ryan E. Hodge
Ryan E. Hodge, #16180
8558 W. 21st St. N., Suite 300
Wichita, KS 67205
(316) 269-1414
(316) 263-6019 (fax)
Attorney for Plaintiff