# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| *This Documents Relates to:* Denise Gordeev v. Sanofi-Aventis U.S. LLC, et al. | : : : | JUDGE MILAZZO |
| Civil Action No. 2:17-cv-09879 | : : : | MAG. JUDGE MICHAEL NORTH |

## NOTICE AND SUGGESTION OF DEATH

TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Denise Gordeev.

Dated this 14th day of July, 2021.

    Respectfully submitted by,

    /s/ *Michael P. McGartland*
    MS Bar No. 100487
    McGartland Law Firm, PLLC
    University Centre I, Suite 500
    1300 South University Drive
    Fort Worth, Texas 76107
    Telephone:   (817) 332-9300
    Facsimile:   (817) 332-9301
    mike@mcgartland.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of July, 2021, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

    By:   /s/ *Michael P. McGartland*
           Michael P. McGartland