# EXHIBIT 6

# Plan 2001 - 2005:
## Taxotere - Objectives



- **Position Taxotere as the cornerstone of therapy for breast, lung, prostate, ovarian, head/neck and gastric cancers**
- **Attain "leadership" status in the cytotoxic market**
- **Accelerate product development**
  - approval of new indications
  - publication of key clinical trials
  - initiation of new clinical trials
  - approval of new taxanes
- **Exceed sales of $460 million in 2001 (+42% vs. 2000 ex-Factory)**
  - +24% in breast
  - +49% in lung
  - +63% in prostate
- **Build Aventis taxane sales to $1 billion by 2010**

Confidential - not to be distributed outside AVENTIS

Confidential

Sanofi_00749772

1

# Plan 2001 - 2005:
## Taxotere - Key Assumptions



- **Taxotere maintains nearly 100% formulary inclusion**
- **Availability of paclitaxel generics provides opportunity for Taxotere**
- **Continued short-term market share gains in breast cancer**
- **Successful completion of trials in early stage disease with novel agents**
- **Number of patients treated with chemotherapy dramatically increases for prostate and 2nd-line NSCLC**
- **New indications approved on current DIA timeline**
  - First taxane to market for Head & Neck and Prostate Cancer
  - First taxane to market in combination with Herceptin for adjuvant breast
- **Modest decrease in chemotherapy reimbursement rates**
- **Increase in RE's from 175 to 225 in 2002 and beyond**
- **Launch of new taxanes**
  - TAX 109 (Q3 2004)
  - Lyophilisate (Q4 2004)

# Plan 2001 - 2005:
## Taxotere - Main Findings of Market Research/ Advisory Boards/Focus Groups Conducted



- **Positive perceptions of Taxotere brand continue to grow**
  - The "active" taxane
  - Less neuropathy compared to paclitaxel
  - Less cardiotoxocity when combined with other agents
  - Preference to use with Herceptin is increasing
  - Lack of cross-resistance with paclitaxel
  - Shorter infusion time
- **Not as widely studied as paclitaxel, paclitaxel use is a "habit"**
- **Increased experience with Taxotere is generally associated with growing preference and … users expect utilization to increase (breast and lung)**
- **Encourage continued promotion of the "difference" and Phase III trials**
- **Predominantly used as single-agent therapy**

Confidential

# Plan 2001 - 2005:
## Taxotere - Core Product Strategy & Positioning

*Aventis*

- **Strategy**
  Continue aggressive promotional and development plan, adding new indications to:
  - increase market share across all targeted tumor types
  - expand market/use of taxanes

- **Positioning**
  Taxotere, the most active taxane, is the cornerstone of treatment in solid tumors with unmatched efficacy and tolerability, both alone and in combination with other agents, in both advanced and early stage disease.



## Plan 2001 - 2005:
### Taxotere — Accelerators, Decelerators and Key Issues

### Accelerators

- Reimbursement changes favor Taxotere
- Approval of new indications ahead of schedule
- Tax 311 demonstrates superiority
- Novel combinations demonstrate synergy

### Decelerators

- Generic paclitaxel gains formulary and/or reimbursement advantage versus Taxotere
- Delay in approval of new indications
- New agents *replacing Txt as SOC*

### Key Issues

- Differentiation of the taxanes
- Clinical superiority established
- Investment level commensurate with leadership objective
- Continued development of new taxanes