# EXHIBIT 10



# DOCETAXEL
## All formulations

## COMPANY CORE DATA SHEET

REFERENCED VERSION
- **FOR INTERNAL USE ONLY**

| | | | |
|---|---|---|---|
| Approval Date: | 28 June 2011 | Version: 26 | Total number of pages: 75 |
| Revision Date: | 28 June 2011 | | |

Property of the sanofi-aventis group - strictly confidential

Confidential

Sanofi_00805192

Docetaxel-CCDSv26-LRC-28-June-2011.doc

## 8 PREGNANCY

Docetaxel has been shown to be both embryotoxic and foetotoxic in rabbits and rats, and to reduce fertility in rats.

Docetaxel may cause foetal harm when administered to pregnant women. Therefore, docetaxel must not be used during pregnancy.

Women of childbearing age receiving docetaxel should be advised to avoid becoming pregnant, and to inform the treating physician immediately should this occur.

## 9 LACTATION

It is not known whether docetaxel is excreted in human milk.

Because of the potential for adverse reactions in nursing infants, breast feeding must be discontinued for the duration of docetaxel therapy.

## 10 DRIVING A VEHICLE OR PERFORMING OTHER HAZARDOUS TASKS

## 11 ADVERSE REACTIONS

*The following CIOMS frequency rating is used, when applicable:*
*Very common $\geq 10\%$; Common $\geq 1$ and $<10\%$ ; Uncommon $\geq 0.1$ and $<1\%$;*
*Rare $\geq 0.01$ and $<0.1\%$; Very rare $<0.01\%$, Unknown (cannot be estimated from available data).*

### 11.1 CLINICAL STUDIES

The adverse reactions considered to be possibly or probably related to the administration of docetaxel have been obtained from patients treated with docetaxel as a single agent or in combination; these patients had normal LFTs at baseline. The following narrative describes the adverse reactions experienced by patients treated with docetaxel as a single agent at 100 mg/m², in clinical trials and postmarketing studies. Unless otherwise noted, the tables present a summary of the following groups: among the patients who received docetaxel as monotherapy, 1312 patients[50] received 100 mg/m² and 121 patients[51] received 75 mg/m² of *TM*, 258 patients received 75 mg/m² of *TM* with 50 mg/m² of doxorubicin. These reactions were described using the NCI Common Toxicity Criteria and the COSTART terms.

- **Haematology**

Bone marrow suppression[52] and other haematologic adverse reactions to docetaxel include:

Confidential                                                                                  Sanofi_00805207