# EXHIBIT 17

Amy Freedman

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2
                          - - -
 3
    IN RE: TAXOTERE           :
 4  (DOCETAXEL)                : MDL No. 2740
    PRODUCTS LIABILITY         :
 5  LITIGATION                 : SECTION: "H"
                               :
 6  This Document              :
    Relates To                 : JUDGE MILAZZO
 7  ALL CASES                  : MAG. JUDGE NORTH
 8
                          - - -
 9
                    OCTOBER 26, 2018
10
                          - - -
11
12          Videotape deposition of AMY
13  FREEDMAN, taken pursuant to notice, was
14  held at the law offices of Gibbons PC,
15  50 West State Street, Suite 1104
16  Trenton, New Jersey 08608, beginning at
17  8:59 a.m., on the above date, before
18  Amanda Dee Maslynsky-Miller, a Certified
19  Court Reporter for the State of New
20  Jersey.
21
22                        - - -
23        GOLKOW LITIGATION SERVICES
       877.370.3377 ph| 917.591.5672 fax
24           deps@golkow.com
```

1        A.    Correct.
2        Q.    Another one of those would
3   be data mining, looking at --
4        A.    No, I didn't mention data
5   mining.
6        Q.    You didn't mention those.
7   I'm asking whether that is, in fact, a
8   source.
9        A.    It didn't exist then.
10       Q.    Literature surveillance --
11       A.    Yes.
12       Q.    -- would be another example,
13  right?
14       A.    Yes.
15       Q.    What other examples can you
16  provide of safety issue or safety signal
17  detection sources?
18       A.    And we considered a health
19  authority request as a safety signal as
20  well.
21       Q.    If a health authority made a
22  request -- and a health authority could
23  be the FDA, it could be the -- a foreign
24  regulatory authority like the EMA,

1  correct?
2       A.   Yes.
3       Q.   If and when a health
4  authority brought a formal request for
5  information on a safety issue, that was
6  considered, internally at the company, to
7  be a safety signal, correct?
8       A.   Again, the language was not
9  defined as such, the guidance module did
10 not exist.
11           But it was a safety concern,
12 and we would respond to the question from
13 the health authority.
14      Q.   In today's parlance it would
15 be considered a safety signal?
16      A.   Yes.
17      Q.   And that parlance didn't
18 exist at the time, and so it was referred
19 to as a safety issue, but the same
20 consequence, a regulatory authority
21 raises a safety issue, that's considered
22 by the company internally as that's --
23 what was safety issue but now would be a
24 safety signal, correct?

Case 2:16-md-02740-JTM-MBN   Document 13055-17   Filed 07/13/21   Page 5 of 7

Amy Freedman

 1           A.    It would.  It would mean
 2   that it merits further evaluation.
 3           Q.    Right.
 4           A.    That's all it means.  We
 5   would evaluate it.
 6           Q.    Going back to the time frame
 7   in question, this 2003-2006 time frame,
 8   and we've discussed safety issue/safety
 9   signal detection sources as the ICSR
10   review, aggregate case review, literature
11   surveillance.
12                 Can you add to that list or
13   is that -- does that encompass your
14   recollection of safety signal sources?
15                 MR. MCCULLY:  Object to
16         form.
17                 THE WITNESS:  It's what I
18         recollect.
19   BY MR. BACHUS:
20           Q.    Were you responsible, during
21   that 2003 to 2006 time frame, for
22   conducting literature surveillance
23   related to docetaxel?
24           A.    I reviewed literature in

1   that Taxotere could cause irreversible
2   alopecia in 2006, right?
3              MR. MCCULLY:  Object to the
4         form.
5   BY MR. BACHUS:
6         Q.    By these documents.
7              MR. MCCULLY:  Object to
8         form.
9              THE WITNESS:  It's in the
10        label.
11  BY MR. BACHUS:
12        Q.    And when you refer to "the
13  label," which label are you referring to?
14        A.    Any. Pick one.
15        Q.    USPI?
16        A.    SMPC, the patient leaflet or
17  the USPI, if I remember correctly, has it
18  in it.  The IB.  The core safety data
19  sheet.
20        Q.    Just going back, my question
21  was, to make sure I have the question
22  actually answered on the record, based
23  upon your knowledge at Sanofi in 2006,
24  Sanofi knew that Taxotere could cause

Amy Freedman

```
 1   irreversible alopecia in 2006, correct?
 2          A.   Yes.
 3               MR. MCCULLY:  Object to
 4      form.
 5               THE WITNESS:  Well, they
 6      were listed events.  They were
 7      certainly considered listed
 8      events.
 9   BY MR. BACHUS:
10          Q.   Well, aside from being
11   listed or unlisted, I just would like you
12   to answer the question.
13          A.   Sanofi had to be aware.
14          Q.   That -- by 2006 that their
15   product could cause irreversible alopecia
16   in patients, right?
17               MR. MCCULLY:  Object to
18      form.
19               THE WITNESS:  Sanofi was
20      aware and appropriately labeled
21      it.
22   BY MR. BACHUS:
23          Q.   I'll hand you what has been
24   marked as Exhibit Number 12.
```