# EXHIBIT 18

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
IN RE:  TAXOTERE (DOCETAXEL)      *    16-MD-2740
PRODUCTS LIABILITY LITIGATION     *
                                  *    Section H
                                  *
Relates to:  Barbara Earnest      *    September 23, 2019
             16-CV-17144          *
* * * * * * * * * * * * * * * *   *
```

DAY 6 - AFTERNOON SESSION
TRANSCRIPT OF JURY TRIAL BEFORE
THE HONORABLE JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE

Appearances:

| | |
|---|---|
| For the Plaintiffs: | Barrios Kingsdorf & Casteix, LLP<br>BY:  DAWN M. BARRIOS, ESQ.<br>701 Poydras Street, Suite 3650<br>New Orleans, Louisiana 70139 |
| For the Plaintiffs: | Gainsburgh Benjamin David Meunier<br>  & Warshauer, LLC<br>BY:  M. PALMER LAMBERT, ESQ.<br>1100 Poydras Street, Suite 2800<br>New Orleans, Louisiana 70163 |
| For the Plaintiffs: | Pendley Baudin & Coffin, LLP<br>BY:  CHRISTOPHER L. COFFIN, ESQ.<br>1100 Poydras Street, Suite 2505<br>New Orleans, Louisiana 70163 |
| For the Plaintiffs: | Gibbs Law Group, LLP<br>BY:  KAREN BARTH MENZIES, ESQ.<br>6701 Center Drive West, Suite 1400<br>Los Angeles, California 90045 |

LESLEY FIERRO - EXAMINATION

| | | |
|---|---|---|
| 04:25 | 1 | Do you recall that as part of your job duties? |
| 04:25 | 2 | A.   I was responsible to build and maintain a system within |
| 04:25 | 3 | medical information for handling inquiries, as well as putting |
| 04:25 | 4 | together the documents that were necessary to answer the |
| 04:25 | 5 | questions.  It was not just the call center; it's the entire |
| 04:25 | 6 | medical information -- |
| 04:26 | 7 | Q.   Okay. |
| 04:26 | 8 | A.   -- function. |
| 04:26 | 9 | Q.   Did medical information services ever proactively send out |
| 04:26 | 10 | information to consumers or doctors about any drug that Sanofi |
| 04:26 | 11 | sold? |
| 04:26 | 12 | A.   Not that I'm aware of. |
| 04:26 | 13 | Q.   So the communications that you are sending out, then, are |
| 04:26 | 14 | going to be reactive communications to somebody originally |
| 04:26 | 15 | asking medical information services a question, correct? |
| 04:26 | 16 | A.   That's correct. |
| 04:26 | 17 | Q.   How would a call center employee know what to send a |
| 04:26 | 18 | doctor if a doctor called and asked about Taxotere and hair |
| 04:26 | 19 | loss? |
| 04:26 | 20 | A.   If there was a standard document on that topic, the call |
| 04:26 | 21 | center would use that letter to respond -- health care |
| 04:26 | 22 | professional or consumer. |
| 04:26 | 23 | If there was no standard letter or there was nothing |
| 04:26 | 24 | contained in any of the standard letters, then they would |
| 04:26 | 25 | escalate the inquiry to the therapeutic area that handled the |

LESLEY FIERRO - EXAMINATION

```
04:27  1   product.  They would then initiate -- they would talk to the
04:27  2   physician to see what they want.  And then they would initiate,
04:27  3   if appropriate, a literature search, which is then sent to the
04:27  4   physician, and it's attached to a templated standard cover
04:27  5   letter.
04:27  6   Q.   Let me ask you this:  As a pharmacist, do you understand
04:27  7   today that Taxotere can cause permanent hair loss?
04:27  8   A.   Correct, yes.
04:27  9   Q.   When did you learn that?
04:27 10   A.   I can't tell you specifically when I learned it.  I mean,
04:27 11   I certainly learned in pharmacy school that chemotherapeutic
04:27 12   agents can cause hair loss.
04:27 13   Q.   I didn't ask about hair loss; I asked about permanent hair
04:27 14   loss.
04:27 15   A.   I don't know that I ever learned about permanent hair loss
04:27 16   specifically.  And, really, until a caller came in and asked us
04:28 17   details around hair loss is really the first time that I
04:28 18   thought about, you know, what is -- you know, what are they
04:28 19   really asking about, what does it mean for the hair loss.
04:28 20   Q.   When you were working at Sanofi, you then, I assume, had
04:28 21   read the Taxotere label.
04:28 22   A.   So I was responsible for every product, every therapeutic
04:28 23   area.  Did I read all of the package inserts regularly?  No.
04:28 24        You know, the way the department was organized, there
04:28 25   was an oncology therapeutic area that was responsible to
```