# EXHIBIT 19

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
IN RE: TAXOTERE (DOCETAXEL)          *
PRODUCTS LIABILITY LITIGATION        *   Docket No.: 16-MD-2740
                                     *   Section "H(5)"
                                     *   New Orleans, Louisiana
Relates to: Barbara Earnest          *   September 18, 2019
Case No.: 16-CV-17144                *
* * * * * * * * * * * * * * * * * *
```

DAY 3 - AFTERNOON SESSION
TRANSCRIPT OF JURY TRIAL BEFORE
THE HONORABLE JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiffs:           Barrios Kingsdorf & Casteix, LLP
                              BY:  DAWN M. BARRIOS, ESQ.
                              701 Poydras Street
                              Suite 3650
                              New Orleans, Louisiana 70139


For the Plaintiffs:           Gainsburgh Benjamin David Meunier
                                & Warshauer, LLC
                              BY:  M. PALMER LAMBERT, ESQ.
                              1100 Poydras Street
                              Suite 2800
                              New Orleans, Louisiana 70163


For the Plaintiffs:           Pendley Baudin & Coffin, LLP
                              BY:  CHRISTOPHER L. COFFIN, ESQ.
                              1100 Poydras Street
                              Suite 2505
                              New Orleans, Louisiana 70163


OFFICIAL TRANSCRIPT

| | | |
|---|---|---|
| 2:39PM | 1 | Jean-Philippe Aussel was played.) |
| 2:39PM | 2 | Q. My name is Zachary Wool, and I represent the plaintiff in |
| 2:39PM | 3 | this matter. And we're here today for your deposition. |
| 2:39PM | 4 | Do your colleagues call you Dr. Aussel or Mr. Aussel? |
| 2:39PM | 5 | A. I prefer Mr. Aussel. I'm not a medical doctor. In |
| 2:39PM | 6 | France, we don't use to call people "doctor" if they are not a |
| 2:39PM | 7 | medical doctor. |
| 2:39PM | 8 | Q. To your understanding, can Taxotere cause permanent hair |
| 2:39PM | 9 | loss? |
| 2:39PM | 10 | A. As part of my responsibilities within Sanofi, my |
| 2:39PM | 11 | responsibility was to make sure the data collected from the |
| 2:40PM | 12 | clinical trials were accurate, reliable, clean, and complete. |
| 2:40PM | 13 | And then my job was to make sure they are reported as such in |
| 2:40PM | 14 | the statistical analysis, in the clinical study reports. |
| 2:40PM | 15 | And then we have some teams within Sanofi that were |
| 2:40PM | 16 | in charge of interpreting the data, reporting to authorities, |
| 2:40PM | 17 | discussing with authorities and discuss what is meaningful with |
| 2:40PM | 18 | the authorities. |
| 2:40PM | 19 | And, more importantly, for the oncologists, they |
| 2:40PM | 20 | are -- it's their job and their duty to assess what is |
| 2:40PM | 21 | meaningful as a side effect, to inform the patients, to discuss |
| 2:40PM | 22 | individually with the patients. So that's my understanding. |
| 2:40PM | 23 | Q. I'd like go a little bit through your background. |
| 2:40PM | 24 | You've been with Sanofi a long time, haven't you? |
| 2:40PM | 25 | A. Yes. That's correct, yes. |

|         |    |                                                                        |
|---------|----|------------------------------------------------------------------------|
| 2:47PM  | 1  | clinical operations or R&D anymore.  I went to a department            |
| 2:47PM  | 2  | which is called global health to be a project director in              |
| 2:47PM  | 3  | malaria, actually.                                                     |
| 2:47PM  | 4  | So the department objective is to provide access to                    |
| 2:47PM  | 5  | medicines to people in need, especially in the low- or                 |
| 2:47PM  | 6  | middle-income countries; Africa, for example.  So I am in              |
| 2:47PM  | 7  | charge of the malaria programs.                                        |
| 2:47PM  | 8  | Q.   Can you just explain, in basic terms, what a clinical             |
| 2:47PM  | 9  | trial is?                                                              |
| 2:47PM  | 10 | A.   We do clinical trials to assess the effect of either              |
| 2:47PM  | 11 | efficacy or safety of new products that are not yet on the             |
| 2:48PM  | 12 | market, meaning that are not yet prescribed and authorized.            |
| 2:48PM  | 13 | So we do clinical trials with different phases.  So                    |
| 2:48PM  | 14 | the first phase, what you call Phase I, is we try to find the          |
| 2:48PM  | 15 | right dose and define the toxicities of the brand-new drugs            |
| 2:48PM  | 16 | that we have with us that were never tested in humans.                 |
| 2:48PM  | 17 | And then when this is clarified, we go to Step 2,                      |
| 2:48PM  | 18 | which is the Phase II studies.  We try to investigate what best        |
| 2:48PM  | 19 | indication, in oncology, for example, the product may work             |
| 2:48PM  | 20 | best.  Is it in lung cancer?  In breast cancer?  So we do some         |
| 2:48PM  | 21 | studies with dose-defining the Phase I but with more patients.         |
| 2:48PM  | 22 | And we want to better access the activity of the drug in this          |
| 2:48PM  | 23 | case and to continue to define the safety profile.                     |
| 2:48PM  | 24 | And then when we have promising results and good                       |
| 2:49PM  | 25 | results in terms of efficacy, safety for the drug in the               |

|  |  |
|---|---|
| 2:49PM | 1 | specific indication, in the specific population, we move to |
| 2:49PM | 2 | what we call Phase III.  And Phase III is the big trials where |
| 2:49PM | 3 | we compare our drug to the existing standard of care, usually. |
| 2:49PM | 4 | In some cases -- not in oncology, but in some cases, it also |
| 2:49PM | 5 | actually is placebo.  But in oncology, there is almost never a |
| 2:49PM | 6 | placebo. |
| 2:49PM | 7 | And we conduct large international -- large |
| 2:49PM | 8 | first-rate trials with many patients.  And those trials usually |
| 2:49PM | 9 | are meant to support our registration dossier with the health |
| 2:49PM | 10 | authorities to assure the benefit/risk of the product. |
| 2:49PM | 11 | Q.    And can you explain briefly what a clinical trial protocol |
| 2:49PM | 12 | is? |
| 2:49PM | 13 | A.    A protocol define what the objective of the study, what it |
| 2:49PM | 14 | is all about, what is the rationale, why the study is conducted |
| 2:49PM | 15 | to explain to oncologists why the -- I mean, to inform |
| 2:49PM | 16 | oncologists what is the context and whether you agree to |
| 2:50PM | 17 | conduct the study, yes or no. |
| 2:50PM | 18 | And it tells also the objectives and the way we are |
| 2:50PM | 19 | going to collect data, how it's to be collected, what are the |
| 2:50PM | 20 | duties of the investigator in terms of reporting both what he |
| 2:50PM | 21 | supposed to report, when he's supposed to report it, how |
| 2:50PM | 22 | frequently, some -- also administrative considerations.  So |
| 2:50PM | 23 | that's basically what it is. |
| 2:50PM | 24 | Q.    We talked a little bit about the clinical study protocol. |
| 2:50PM | 25 | That delivers the objectives of a study; correct? |

| Time | # | |
|---|---|---|
| 2:50PM | 1 | A. Yes, correct. |
| 2:50PM | 2 | Q. And it includes how the data will be collected; correct? |
| 2:50PM | 3 | A. Yes, correct. |
| 2:50PM | 4 | Q. And how the data will be documented; right? |
| 2:50PM | 5 | A. Yes, correct. |
| 2:50PM | 6 | Q. And part of your role early on was to oversee the |
| 2:50PM | 7 | documentation of data; correct? |
| 2:50PM | 8 | A. Yes. That was what I explained. |
| 2:50PM | 9 | Q. And then the clinical trial protocol also says how data is |
| 2:50PM | 10 | going to be reported; is that right? |
| 2:50PM | 11 | A. Yes. It says that there will be a study report. It does |
| 2:51PM | 12 | not insist on the content of the study report because we cannot |
| 2:51PM | 13 | predict what will be in the report at that time. But it says |
| 2:51PM | 14 | that the study will be reported. It's our duty to report the |
| 2:51PM | 15 | results of trial anyway. |
| 2:51PM | 16 | Q. Now, when patients enroll in a clinical trial, they sign a |
| 2:51PM | 17 | document called an informed consent; is that correct? |
| 2:51PM | 18 | A. Yes, it is. |
| 2:51PM | 19 | Q. And what is your understanding of what informed consent |
| 2:51PM | 20 | is? |
| 2:51PM | 21 | A. This is a document that is provided to the patients. It |
| 2:51PM | 22 | has to be provided in a language that the patient can |
| 2:51PM | 23 | understand. And it is to explain to the patient what are the |
| 2:51PM | 24 | objectives of the study they will be participating in, what |
| 2:51PM | 25 | will be the procedures that he will have to follow -- blood |

| | | |
|---|---|---|
| 2:51PM | 1 | samples, CT scans, whatever -- and what are the expectations |
| 2:51PM | 2 | from this trial, why are we doing this trial, and what -- also |
| 2:51PM | 3 | the risks the patients may face when taking the drug based on |
| 2:52PM | 4 | the knowledge we have about the drug at that time. |
| 2:52PM | 5 | Q.   And because a clinical trial is effectively an |
| 2:52PM | 6 | experiment -- you're agreeing with that statement? |
| 2:52PM | 7 | A.   Yes.  It is clearly an experiment, yes. |
| 2:52PM | 8 | Q.   Because these patients are participating in an experiment, |
| 2:52PM | 9 | the informed consents generally warn of side effects that the |
| 2:52PM | 10 | company knows about; correct? |
| 2:52PM | 11 | A.   Correct. |
| 2:52PM | 12 | Q.   And it also lets them know that there may be unknown side |
| 2:52PM | 13 | effects that the company does not yet know about because the |
| 2:52PM | 14 | drug is still in an experimental stage; correct? |
| 2:52PM | 15 | A.   Yes, correct.  And those are the adverse events that are |
| 2:52PM | 16 | known and may be discovered with the clinical trial as well, |
| 2:52PM | 17 | sure. |
| 2:52PM | 18 | Q.   Are you familiar with what a clinical study report is? |
| 2:52PM | 19 | A.   Yes, I am. |
| 2:52PM | 20 | Q.   Can you briefly explain what a clinical study report is. |
| 2:52PM | 21 | A.   A clinical study report's objective is to report the |
| 2:52PM | 22 | results of the study.  There is typically a long |
| 2:52PM | 23 | introduction -- a long section reminding what the protocol was, |
| 2:53PM | 24 | especially if there were any amendments to the protocol during |
| 2:53PM | 25 | the course of the study, for whatever reasons. |

|  |  |
|---|---|
| 2:53PM | 1 |
| 2:53PM | 2 |
| 2:53PM | 3 |
| 2:53PM | 4 |
| 2:53PM | 5 |

2:53PM  1    And then there's a section, of course, on the
2:53PM  2  results -- the more graphic results, meaning the type of
2:53PM  3  patients that were included, efficacy results, safety results,
2:53PM  4  what are the other end points, quality of life, socioeconomic,
2:53PM  5  whatever is collected in the study.
2:53PM  6  Q.  So to distill it down, the report basically reports the
2:53PM  7  findings of the study with regards to efficacy; correct?
2:53PM  8  A.  Efficacy, safety. Everything that was collected is
2:53PM  9  recorded in the report.
2:53PM 10  Q.  And you've co-authored clinical study reports before,
2:53PM 11  haven't you?
2:53PM 12  A.  Yes. It was part of my role, especially at that time,
2:53PM 13  quite a long time ago. Within Sanofi, the trial managers
2:53PM 14  contribute -- because we contributed to the collection of the
2:53PM 15  data, to the cleaning of the data, to make sure the data are
2:54PM 16  correct, reliable, and so on. We are part of the co-author of
2:54PM 17  the report, yes. There's a long list of co-authors.
2:54PM 18  Q.  And earlier you talked about -- when I asked you about
2:54PM 19  clinical trials, you mentioned that these trials are often
2:54PM 20  conducted to get an indication for use for a product in a
2:54PM 21  country before a product is on the market; correct?
2:54PM 22  A.  Yes. Correct. This is what we call internally the R&D
2:54PM 23  trials. Or in R&D, we conduct trials mostly for this goal,
2:54PM 24  trying to find an indication and to get a registration dossier,
2:54PM 25  a market of authorization, correct.