# EXHIBIT 23

John A. Glaspy, M.D.

```
 1           UNITED STATES DISTRICT COURT
 2           EASTERN DISTRICT OF LOUISIANA
 3    *******************************
 4    IN RE:  TAXOTERE
 5    (DOCETAXEL) PRODUCTS           MDL No. 2740
 6    LIABILITY LITIGATION           Section: "H"
 7                                   Judge Milazzo
 8    This Document Relates to:   Mag. Judge North
 9    All Cases
10    *******************************
11
12             Remote Videotaped Deposition of
13    JOHN A. GLASPY, M.D., held at the location
14    of the witness in Los Angeles, California,
15    commencing at 9:05 a.m., on the 13th of May,
16    2020, before Maureen O'Connor Pollard,
17    Registered Diplomate Reporter, Realtime
18    Systems Administrator, Certified Shorthand
19    Reporter.
20                      - - -
21
              GOLKOW LITIGATION SERVICES
22       877.370.3377 ph | 917.591.5672 fax
                 deps@golkow.com
23

24

25
```

John A. Glaspy, M.D.

1    already covered in my previous deposition.
2    And I do not believe Taxotere is, from an
3    efficacy standpoint, more effective than
4    Taxol.
5         Q.    Okay.
6         A.    Once we figured out how to use
7    Taxol, then the 311 data and this data are no
8    longer helpful in choosing the chemotherapy
9    regimen for a patient.
10        Q.    Excellent.  Okay.  Thank you.
11   You went somewhere before I even got there in
12   my outline, and I appreciate it.
13              The Sparano paper demonstrates
14   equal efficacy of AC plus weekly Taxol versus
15   TAC every three weeks, correct?
16        A.    That's correct.
17        Q.    So we have a clinical study,
18   and a published clinical study, that
19   demonstrates in a clinical setting equal
20   efficacy between Taxotere and Taxol, right?
21        A.    Yes.
22              MR. STRONGMAN:  Objection.
23        Form.
24        A.    I think I've accepted that and
25   put in the report that as long as you give

John A. Glaspy, M.D.

1  talked about some individual trials that show
2  that.  And if we're expanding it to all
3  taxanes, the ACT versus AC trials that aren't
4  relevant to this case also bear on that
5  point, but they're all included in the
6  Cochrane analysis.
7          Q.    Right.
8                My question is, that -- let me
9  ask it differently.
10               That sentence is consistent
11 with the Cochrane Review, correct?
12         A.    It is.
13         Q.    And the Cochrane Review, and I
14 think you and I have agreed to this
15 throughout this deposition, refers to
16 taxanes, not Taxotere specifically, correct?
17         A.    That's correct.
18         Q.    Right.
19               And Wilson, the Wilson, et al
20 Cochrane Review does not provide a basis for
21 claiming that Taxotere regimens are superior
22 to Taxol regimens, correct?
23         A.    That's correct.  In fact, I've
24 already testified that I think that Taxotere
25 and Taxol are equivalent in early breast

1   cancer provided that Taxol is given weekly.
2         Q.    Right.  I'm not worried -- I
3   think I'm clear on what you say.  I'm more
4   concerned about what may get said at trial,
5   not necessarily by you.  But I want to make
6   sure that you and I are clear on this because
7   the jury wants to listen to experts.
8               You will not offer the opinion
9   at trial that Wilson, et al in the Cochrane
10  analysis supports an opinion that Taxotere
11  regimens are superior to Taxol regimens in
12  the adjuvant care of early stage breast
13  cancer, correct?
14        A.    That's correct.
15        Q.    Okay.  Because such a
16  proposition based on the Wilson Cochrane --
17  Wilson, et al Cochrane Review would not be an
18  accurate reflection of that review, correct?
19        A.    That's my opinion, yes.
20        Q.    Thank you.
21              Now, Dr. Glaspy, how are you
22  doing right now?  Because I could take a
23  five-minute break or I can plow forward.
24        A.    I'm doing fine.
25        Q.    Okay.  Very good.

```
 1    cyclophosphamide saves lives?
 2         A.    Yes.
 3         Q.    5-FU saves lives?
 4         A.    In breast cancer that's been
 5    hard to show, in early breast cancer.
 6         Q.    Okay.  Taxol saves lives in
 7    early breast cancer?
 8         A.    That's correct.
 9         Q.    Okay.  And cyclophosphamide is
10    FDA-approved?
11         A.    Yes.
12         Q.    Still prescribed by doctors in
13    the United States for early stage breast
14    cancer adjuvant care?
15         A.    Yes.
16         Q.    5-FU is FDA-approved?
17         A.    I don't know what the approval
18    is, whether it's approved for early breast
19    cancer or not.
20         Q.    Okay.
21         A.    I'd have to pull out the
22    paperwork.  But it's an FDA-approved drug.
23         Q.    And you don't know whether or
24    not it's still prescribed by physicians --
25    let me ask you this.
```