# EXHIBIT 25

Page 1

1          UNITED STATES DISTRICT COURT
2          EASTERN DISTRICT OF LOUISIANA
3   * * * * * * * * * * * * * * * * * * * *
4   ELIZABETH KAHN,                    CASE NO.
         Plaintiff,                    2:16-cv-15397
5   v.
    SANOFI S.A.,
6   SANOFI-AVENTIS U.S.,
    L.L.C., SANOFI US
7   SERVICE, INC.,
         Defendants.
8
9
10  * * * * * * * * * * * * * * * * * * * *
11
                    VIDEOTAPED
12                EXPERT DEPOSITION
                       OF
13              DAVID ROSS, M.D.
14     taken on Thursday, March 4, 2021
15         Commencing at 9:11 a.m.
16                    at
17                   Zoom
              Baltimore, Maryland

Page 31

1  to section No. 6.  So if it's relevant, I would
2  have.  If it determined -- if it's not, I do not
3  believe that I would have reviewed it.
4       Q.   Can you articulate for me the precise
5  methodology that you used to determine whether a
6  document was relevant.
7       A.   Can I articulate the precise
8  methodology?  So again, let me refer back to how
9  this would be handled by an FDA reviewer who is
10 reviewing an NDA with clinical study reports, animal
11 toxicology reports and other sections that comprise
12 not tens of thousands or hundreds of thousands, but
13 millions of pages of data.  So that's a broader
14 review than what I'm talking about here.  If a
15 medical officer is going to be concerned, for
16 example, with is this drug -- as a response --
17 response shown by all tests reasonably applicable,
18 that the sponsor has demonstrated the drug is safe
19 and is there substantial evidence of efficacy.  It
20 would be impossible certainly, if you have a
21 priority review and this was done for Taxotere, for
22 a medical officer to look at every single page.  It
23 simply cannot be done.  So they're going to rely on
24 reviewers, scientists and other disciplines to do
25 that.

Page 32

1               As I've outlined in my report, that's
2       what I did here with regard to Drs. Madigan,
3       Feingold and Plunkett.  Now that's part of the
4       methodology.  But when you say "precise", this is
5       not an engineering problem.  This is not like, you
6       know, did you use a laser at such and such a
7       wavelength to determine whatever metric.  It is not
8       a physics problem.  My review was, basically, I
9       would say the methodology that I would have used at
10      the FDA.  And again, it's not like the National
11      Bureau of Standards, if you will.  So I would say
12      methodology for any regulatory problem, is going to
13      be based on the regulatory standard.  That is the
14      key issue.  And then, what are the relevant data.
15      And there is no one-size-fits-all answer to that.
16      There just isn't.
17          Q.   And doctor, I understand what you're
18      trying to articulate is what a medical reviewer
19      would do at the FDA, correct?
20          A.   What I'm trying to articulate?  I just
21      described it.  I'm not -- I don't know if I'm trying
22      to articulate.  But please, go ahead.
23          Q.   My question was not about what someone
24      at the FDA might do.  My question is precisely what
25      you did to determine whether a particular document

Page 33

1  was relevant for review or not in this case.
2           (Witness peruses document.)
3           MR. MICELI:  Object to the form to the
4      extent that was a question.
5      A.   So if I may, I'm going to refer back to
6  Paragraph No. 30 of my report and let me just read
7  this.  So this is under "Methods":  "In analyzing
8  FDA regulatory issues to offer opinions in this
9  matter, I take the same approach that I employed as
10 an FDA reviewer charged with making recommendations
11 regarding a regulatory decision in my review of
12 NDA's and SNDA's. "
13          So that, I think, states how I
14 approached it and that would apply to your question
15 regarding relevancy.
16      Q.   Doctor, can you tell me how many pages
17 of documents are included under the Sanofi document
18 section of Exhibit C in your expert report?
19      A.   Not off the top of my head, no.
20      Q.   It's voluminous, right?
21      A.   That is correct.
22      Q.   Were you provided those documents in
23 paper form or electronically?
24      A.   Electronically.
25      Q.   And let's take the very first document