# EXHIBIT 26

FILE PRODUCED NATIVELY

EXHIBIT SDW
37 Mancini
3-23-18

Confidential                                                                          Sanofi_01282459



# RESPONSE TO AGENCY REQUEST

## INFORMATION ON DOCETAXEL AND ALOPECIA TOPIC DATED ON 26-Nov-2012

Date:	22 January 2013		Total number of pages:	2

Response to Agency Request  
XRP6976 - docetaxel  
22 January 2013

# TABLE OF CONTENTS

TITLE PAGE ................................................................................................................. 1

TABLE OF CONTENTS .............................................................................................. 2

AGENCY QUESTION / REQUEST FOR INFORMATION ITEM NO. 1: ................. 3

Response to Agency Request  
XRP6976 - docetaxel

22 January 2013

## AGENCY QUESTION / REQUEST FOR INFORMATION ITEM NO. 1:

It is mentioned in the product information: "Taxotere in combination with doxorubicin and cyclophosphamide: alopecia G3/4: <0,1%". Could you please clarify the number/percentage of patients with long term/permanent alopecia from the pivotal breast cancer studies?

**Sanofi response:**

The MAH provides below the following data that illustrate the frequency and incidence of patients with persistent alopecia, respectively from the pivotal breast cancer studies TAX316 and GEICAM9805:

- TAX316: in the TAC group, 728 (97.8%) patients experienced alopecia during the treatment period. Among those patients, alopecia persisted into the post-treatment period in 687 patients (92.3%). By the end of the follow-up period, 29 TAC patients (4.2%) still had persistent alopecia. In the FAC group, a total of 715 patients (97.1%) experienced alopecia during treatment, including 645 patients (87.6%) with alopecia persisting during the follow-up period. By the end of the follow-up period, 16 FAC patients (2.5%) still had persistent alopecia.

- GEICAM9805: in the TAC group, 514 (96.6%) patients experienced alopecia during the treatment period. Among those patients, alopecia persisted into the post-treatment period in 49 patients (9.2%). By the end of the follow-up period, 3 TAC patients (6.1%) still had persistent alopecia. In the FAC group, a total of 508 patients (97.9%) had alopecia during treatment, including 35 patients (6.7%) with alopecia persisting during the follow-up period. By the end of the follow-up period, 1 FAC patient (2.9%) still had persistent alopecia.

Section 4.8 of the SmPC of docetaxel mentions that alopecia persisting into the follow-up period after the end of chemotherapy was reported in 687 TAC patients and 645 FAC patients in study TAX316. At the end of the follow-up period, alopecia was observed to be ongoing in 29 TAC patients (4.2%) and 16 FAC patients (2.4%). In its postmarketing section, the SmPC mentions also that cases of persisting alopecia have been reported.