# EXHIBIT 28

**From:** Palatinsky, Emanuel R&D/US
**Sent:** Wednesday, March 17, 2010 11:59 AM
**To:** ▌▌▌▌▌▌▌; Giuseppi, Ana-Carolina R&D/US
**Cc:** Malia, Madeline PH/US; Scarazzini, Linda PH/US; ▌▌▌▌▌▌▌
**Subject:** RE: TAXOTERE Social Media: Media Q&A and Comm Plan

Dear ▌▌▌, I have provided my point of view in my dialogue with Carolina, in response to her clear request. On the other hand, I am not sure about what type of conclusion the team needs from GPE. I am looking forward to receiving a little more context so I can provide a helpful contribution.

Best regards.

Emanuel

---

**From:** ▌▌▌▌▌▌▌
**Sent:** Wednesday, March 17, 2010 4:47 AM
**To:** Giuseppi, Ana-Carolina R&D/US; Palatinsky, Emanuel R&D/US
**Cc:** Malia, Madeline PH/US; Scarazzini, Linda PH/US; ▌▌▌▌▌▌▌
**Subject:** RE: TAXOTERE Social Media: Media Q&A and Comm Plan

Dear Ana-Carolina and Emanuel,

Many thanks for your feedback!

Would it be possible to provide your conclusion to the team?

Best regards,
▌▌▌▌▌
CRA Labeling
tel. ▌▌▌▌
fax ▌▌▌▌

---

**From:** Giuseppi, Ana-Carolina R&D/US
**Sent:** Tuesday, March 16, 2010 7:47 PM
**To:** Giuseppi, Ana-Carolina R&D/US; Palatinsky, Emanuel R&D/US
**Cc:** ▌▌▌▌▌▌▌ Malia, Madeline PH/US; Scarazzini, Linda PH/US; ▌▌▌▌
**Subject:** RE: TAXOTERE Social Media: Media Q&A and Comm Plan

Dear ▌▌▌▌,
I did not see the latest version of the document prior to providing my comments below. I have received a copy and I agree we do not need to include incidence in this Q&A given the overall purpose of the document.
Thank you!
Kind regards,
Carolina

---

**From:** Giuseppi, Ana-Carolina R&D/US
**Sent:** Tuesday, March 16, 2010 2:18 PM

1

**To:** Palatinsky, Emanuel R&D/US
**Cc:** ▮▮▮▮▮▮▮; Malia, Madeline PH/US; Scarazzini, Linda PH/US; ▮▮▮▮▮▮▮
**Subject:** RE: TAXOTERE Social Media: Media Q&A and Comm Plan

Thank you Emanuel...

Dear ▮▮▮,

Please refer to the feedback I got from my Clinical Safety counterpart.

Thank you!
Kind regards,
Carolina

---

**From:** Palatinsky, Emanuel R&D/US
**Sent:** Tuesday, March 16, 2010 2:13 PM
**To:** Giuseppi, Ana-Carolina R&D/US
**Subject:** RE: TAXOTERE Social Media: Media Q&A and Comm Plan

Dear Carolina, the current docetaxel CCDS version 23 presents persistent alopecia at 55 months in 22/687 (3%) from one study (TAX316), and 3/49 (6%) at 77 months in a different study (GEICAM9805). Even if we make the reasonable assumption that persistent alopecia after more than 4 years is consistent with "permanent" alopecia, I cannot estimate the general incidence rate of permanent alopecia when docetaxel is administered in combination with other chemotherapy agents on the basis of only two studies (both using the adjuvant TAC regimen in breast cancer).

Given these limitations, I cannot say more than "*persistent alopecia was reported in 3 to 6% of patients in two studies where adjuvant docetaxel was administered in combination with doxorubicin, and cyclophosphamide for breast cancer*".

Regards.

Emanuel

---

**From:** Giuseppi, Ana-Carolina R&D/US
**Sent:** Tuesday, March 16, 2010 1:21 PM
**To:** Giuseppi, Ana-Carolina R&D/US; Palatinsky, Emanuel R&D/US
**Subject:** RE: TAXOTERE Social Media: Media Q&A and Comm Plan

If we pool them together we could get the ~3% they are talking about... Let me know what do you think...? Thanks!
C

---

**From:** Giuseppi, Ana-Carolina R&D/US
**Sent:** Tuesday, March 16, 2010 1:16 PM
**To:** Palatinsky, Emanuel R&D/US

Confidential                                                                                              Sanofi_05252079

**Subject:** FW: TAXOTERE Social Media: Media Q&A and Comm Plan
**Importance:** High

Dear Emanuel,

I agree with ▉▉▉. From the Excel (from the CCDS), we have different incidence 3/49 at 77 months (6%), and 22/682 at 55 months (3%)...

Do you have additional comments? Please let me know so that we can provide a consolidated answer to the group.

Thank you!
Kind regards,
Carolina

---

**From:** ▉▉▉
**Sent:** Tuesday, March 16, 2010 12:23 PM
**To:** Malia, Madeline PH/US
**Cc:** Gassaro, Allison PH/US; ▉▉▉; ▉▉▉; Gaydos, Mark PH/US; Steinberg, Ira PH/US; Hart-White, Susan PH/US; Garcia, Anamaria PH/US; Scarazzini, Linda PH/US; Audet, Craig PH/US; Vestea, Gina PH/US; ▉▉▉; Burch, Stacy PH/US; Spitaletta, Sabrina PH/US; Mikardos, Joan PH/US; ▉▉▉; Urbaniak, Dennis PH/US; Buffington, Lisa A. PH/US; ▉▉▉; Allesandrine, Louis PH/US; Hawthorne, Paul PH/US; Giuseppi, Ana-Carolina R&D/US; ▉▉▉
**Subject:** RE: TAXOTERE Social Media: Media Q&A and Comm Plan

Dear Madeline,

Thank you for these documents.

Do we have the supportive data for the statement:

- Permanent alopecia is a rare, but potential side effect that affects about 3 percent of patients treated with Taxotere in combination with other chemotherapy drugs.

If this incidence is based on the clinical trials, it may be different from one study to another. Moreover, I am not sure if it is useful to put the exact percentage since it may change in the future studies. The input from GPE regarding this question may be helpful.

I would like also to draw your attention to the wording of the Labeling particularly in the USPI (please see the table attached). The Q&A document should be adapted accordingly.

Best regards,
▉▉▉

---

**From:** ▉▉▉
**Sent:** Tuesday, March 16, 2010 4:24 PM
**To:** Malia, Madeline PH/US
**Cc:** Gassaro, Allison PH/US; ▉▉▉; ▉▉▉; Gaydos, Mark PH/US; Steinberg, Ira PH/US; Hart-White, Susan PH/US; Garcia, Anamaria PH/US; Scarazzini, Linda PH/US; Audet, Craig PH/US; Vestea, Gina PH/US; ▉▉▉; Burch, Stacy PH/US; Spitaletta, Sabrina PH/US; Mikardos, Joan PH/US; ▉▉▉; Urbaniak, Dennis PH/US; Buffington, Lisa A. PH/US; ▉▉▉; Allesandrine, Louis PH/US; Hawthorne, Paul PH/US; Giuseppi, Ana-Carolina R&D/US; ▉▉▉
**Subject:** TR: TAXOTERE Social Media: Media Q&A and Comm Plan

3

Tks a lot Madeline
A point is not clear for me: the core messages for blog discussions are meant for individuals based in the US. Is it impossible to have blog discussions outside of the US in that case? In case it is possible to have blog discussions outside of the US, the answers concerning the side-effects reporting to the authorities (other than the FDA) and the costs should be adapted.
Thanks in advance for the clarification.
Kind regards,

---

**De :** Malia, Madeline PH/US
**Envoyé :** mardi 16 mars 2010 02:40
**À :** Gassaro, Allison PH/US; ; ; Gaydos, Mark PH/US; Steinberg, Ira PH/US; Hart-White, Susan PH/US; Garcia, Anamaria PH/US; Scarazzini, Linda PH/US; Audet, Craig PH/US
**Cc :** ; Vestea, Gina PH/US; ; Burch, Stacy PH/US; Spitaletta, Sabrina PH/US; Mikardos, Joan PH/US; ; ; Urbaniak, Dennis PH/US; Buffington, Lisa A. PH/US; ; Allesandrine, Louis PH/US; Hawthorne, Paul PH/US
**Objet :** TAXOTERE Social Media: Media Q&A and Comm Plan

Dear Colleagues:

Thank you for your quick response and guidance in addressing the Taxotere-related social media activity over the past week.

As mentioned, we have fleshed out the communication plan as well as a more robust Q&A for responding to media/new bloggers. Please review (specifically the Q&A) and provide your comments/feedback/approval -- if possible -- by mid-day tomorrow (Tuesday, March 16th). As we anticipate receiving a round of inquiries over the next few days in response to the updated Facebook VOICES Fan page, which is now active.

Thank you in advance and please let me know if you have any questions you would like to discuss in more detail.

Best,
Madeline



*Madeline M Malia*
**U.S. Communications**
**sanofi-aventis**

Direct:
Mobile:
Email:

---

**From:** Malia, Madeline PH/US
**Sent:** Monday, March 15, 2010 12:59 PM
**To:** Gassaro, Allison PH/US; ; ; Gaydos, Mark PH/US; Steinberg, Ira PH/US; Hart-White, Susan PH/US; Garcia, Anamaria PH/US; Scarazzini, Linda PH/US; Audet, Craig PH/US
**Cc:** ; Vestea, Gina PH/US; ; Burch, Stacy PH/US; Spitaletta, Sabrina PH/US; Mikardos, Joan PH/US; ; Urbaniak, Dennis PH/US; Buffington, Lisa A. PH/US; 
**Subject:** TAXOTERE Social Media: Media Inquiry (REVIEW REQUESTED)

Dear Colleagues:

4

Confidential　　　　　　　　　　　　　　　　　　　　　　　　　　Sanofi_05252081

We received a media inquiry from MedAd News to respond to the following questions around the recent social media activity tied to Taxotere and alopecia. A more robust Q&A document and communication plan will be coming shortly.

In the meantime, please review/respond/approve the answers below by 3 pm ET today (Monday, March 15).

Thank you in advance for your comments.

Best,
Madeline

-------------------------------------------------------------


**Did Shirley Ledlie post first to the fake Sanofi-Aventis page, or was she posting simultaneously to the fake page as well as the real Voices page?**
- From what we were able to determine, she posted to the unofficial sanofi-aventis Facebook page first.

**Who was responsible for monitoring the Voices page? Was it Sanofi-Aventis' policy to allow open comment, or was an oversight in the design of the page and the company's social media policy.**
- The sanofi-aventis VOICES page is a grassroots and civic involvement network intended to provide current and former sanofi-aventis employees and their families and friends with information about the company and the health care industry.   The site is monitored by members of the internal sanofi-aventis VOICES team.

**All of Ms. Ledlie's comments have been removed from the Voices page, which she considers to have "shut down." Will Sanofi-Aventis be reopening the page to monitored comment, or will the company remove its presence from Facebook all together?**
- Sanofi-aventis is committed to participating in the social media space and believes it is an important resource for engaging the public and providing important information in real-time.
- Sanofi-aventis has been working to consolidate our online presence to more efficiently manage of our resources and to help the company respond quickly to the public's inquires.
- In the case of the VOICES page, there were two existing sanofi-aventis VOICES pages (a standard page and a "Fan" page) – we made the decision to combine sites rather than providing the same information in two places.  This was plan was already underway.
- The site was not removed or shut down, instead, we have redirected Fans to the primary and already existing Facebook page (search "sanofi-aventis VOICES").  All of the Fans from this page (including Shirley/Ann) have been invited to join us on this main VOICES page.
-  The comments function was not disabled.  And visitors on the new page have the ability to provide comments.


**What measures have Sanofi-Aventis pursued to get the fake page taken down? What has Facebook indicated that it can do?**
- There are several "unofficial" Facebook pages bearing the sanofi-aventis name or the logo – and it is wonderful that employees have started pages to engage one another and share their experiences working with or at the company.
- The company is working get in contact with the owners of this particular Facebook page as well as with our legal team to determine the best course of action and to assess the possibility of partnering to manage the page.

**What measures will Sanofi-Aventis be taking in its corporate communications department to ensure that something like this does not happen again?**
- Because social media is evolving at a rapid rate, the company continues to refine our extensive guidelines regarding how to address dialogue about our company on social media sites such as Facebook and Twitter.  This includes providing guidelines for Terms of Use on sanofi-aventis social media sites, how sanofi-aventis social media sites will be managed, and specific protocols for responding to comments.
- Specific to the VOICES page, the Facebook page now includes these Terms of Use.

Confidential                                                                                                                                        Sanofi_05252082

BegDoc: Sanofi_05252078
EndDoc: Sanofi_05252082
BegAttach:
EndAttach:
PageCount: 5
Custodian: Palatinsky, Emanuel
All Custodians: Palatinsky, Emanuel
Date Created: 02/22/2017
Date Last Modified: 02/22/2017
DocType: Email
Original FilePath: \Email\Journal\PalatinskyEmanuel_NM48656_Journal_0002.pst\Top-of Personal Folders\Root Items\RE: TAXOTERE Social Media:  Media-Q&A and Comm Plan
FileName:
FileExt:
MD5 Hash: ff9c60145d3659963f6196ef530cacb8
File Size: 61478
EMAIL Folder Path:
From: "Palatinsky, Emanuel R&D/US"
To: ; "Giuseppi, Ana-Carolina R&D/US"
Subject: RE: TAXOTERE Social Media:  Media Q&A and Comm Plan
Date Sent: 03/17/2010
Date Received: 03/17/2010
CC: "Malia, Madeline PH/US" ; "Scarazzini, Linda PH/US"
BCC:
Confidentiality: Confidential
Redacted:
Embedded: False
Conversation Index Value: 01cac460dbf12d4e59f4756141a9a55b73fecc04fa1a0011c24880-001c73da60000238a8000002574c80000038b4100000e24140000103b1a00000f-9e910001d7635d00006a6eee0