# EXHIBIT 29

**From:**         Palatinsky, Emanuel R&D/US
**Sent:**         Thursday, December 13, 2012 4:04 PM
**To:**           █████████
**Subject:**    RE: Docetaxel case #2011SA019469 longstanding alopecia

Dear █████,

Please see the attachment.  Warm regards.

Emanuel

_____

**From:** ████████████████
**Sent:** Wednesday, December 12, 2012 2:30 AM
**To:** Palatinsky, Emanuel R&D/US; ██████████████
**Cc:** GMO-Medical-Information; Lu, Ling-Min R&D/US; Tsukurov, Olga GZ/US
**Subject:** RE: Docetaxel case #2011SA019469 longstanding alopecia

Thanks you Emanuel for your comprehensive response

Just one question. Please point me to where in the CCDS persistent alopecia is mentioned, I cannot find it

Thanks again
Kind regards

█████

_____

**From:** Palatinsky, Emanuel R&D/US
**Sent:** 11 December 2012 04:47 PM
**To:** ████████████████
**Cc:** GMO-Medical-Information; Lu, Ling-Min R&D/US; Tsukurov, Olga GZ/US
**Subject:** RE: Docetaxel case #2011SA019469 longstanding alopecia

Dear █████

In this serious report (Mfr.Ctrl.No. 2011SA019469), the patient received 4 cycles of docetaxel 100 mg/m$^2$, following 2 cycles of FEC. We do not have much information about baseline health status, co-morbidities, and concomitant medications.

I will address first the patient's question on persistent alopecia (item #1 below), and subsequently also the questions from you (items #2-5).

1. Information regarding persistent alopecia is communicated to the HCPs through the local data sheet in the Side Effects and Special Precautions section of the South Africa PI (version: 23-FEB-2007).  On page 18, under the section "Other persistent reactions", alopecia is the first ADR listed with regards to the adjuvant TAC regimen.

2. The current grading of alopecia in the NCI CTCAE system has grades 1 and 2 (the latter being consistent with what happened to this particular patient).  In the majority of our phase III study protocols initiated more than a decade ago, however, it was a common practice that ADRs that could not be graded using the NCI CTC available at that time were to be graded as mild (asymptomatic), moderate (symptomatic but not interfering significantly with function), severe (causing significant interference with function), or life threatening –corresponding to the current 4-grade system of non-fatal AEs.  Based on this convention, it has been a common practice in our labels to follow the same standard terminology used in the old clinical trials (i.e., "severe" as an equivalent of grade 3).  Please note that the NCI CTCAE definition of the worst severity of alopecia (grade 2) does not capture persistence; that is why the

1

Confidential

Sanofi_04942169

docetaxel CCDS mentions specifically alopecia among the most common persistent ADRs (see § 11.1.1).

3. The reported incidence of persistent alopecia during follow up in clinical trials is between 4.2% (29 of 687 patients from the TAX316 study) and 6.1% (3 of 49 patients from the XRP6976-ES1.301 study, or GEICAM9805). Please note that the denominator represents the number of patients with alopecia present at the beginning of the follow up, while the numerator refers to the number of patients with unresolved (persistent) alopecia at the latest follow up visit.

4. The subject of persistent alopecia has been investigated by Sanofi in 2010 and the conclusions have been reported in PSUR #28. In summary, 116 reports of persistent alopecia were analyzed; persistent alopecia is confounded by concomitant anticancer medications that are known to cause alopecia; moreover, in 10 cases, the onset of alopecia pre-dated the first administration of the docetaxel therapy. Among the remaining cases, 39% had an outcome reported as "recovering", 13% had "recovered with sequelae", and 3% actually recovered from alopecia. The 3 documented cases of resolution after more than 12 months from the last dose of chemotherapy with docetaxel indicate that the severity and duration of alopecia in patients exposed to docetaxel is not predictable. Finally, a review of the literature did not disclose a direct pathogenetic mechanism for docetaxel to induce persistent alopecia. Taxoids are known to be associated very commonly with alopecia (particularly when these molecules are administered in combination with other chemotherapy agents).

5. Persistent alopecia is a listed ADR in the CCDS of docetaxel.

Do not hesitate to let me know if you have more questions. Best regards.

Emanuel

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Tuesday, December 04, 2012 10:50 AM
**To:** ▮▮▮▮▮; Palatinsky, Emanuel R&D/US; GMO-Medical-Information
**Cc:** ▮▮▮▮▮
**Subject:** RE: case #2011SA019469 longstanding alopecia

**Dear** ▮▮▮▮▮,
Thank you for your mail. I am forwarding your query to Enamuel Palatinsky who is the GSO for Taxotere as well as the Global Medical Information Team.

**Dear Emanuel and GMO,**
Please see the email below pertaining to a patient who experienced lonstanding alopecia after Taxotere exposure which was received in the Global PV mailbox this morning. The affiliate has outlined her local investigations and is also asking for additional information. Thank you to copy the PV mailbox with your reply.

Kind regards,
▮▮▮▮▮

**From:** ▮▮▮▮▮
**Sent:** Tue 12/4/2012 12:49 PM
**To:** ▮▮▮▮▮
**Subject:** RE: case #2011SA019469 longstanding alopecia

Dear colleagues

Background:
I refer to case #2011SA019469.

This patient was treated with Taxotere, epirubicin and cyclophosphamide for breast cancer in Aug-2008.

2

Confidential

Sanofi_04942170

In Mar-2011 her Dr reported via our rep her adverse event experience of alopecia which was still ongoing from 2008. We never received FU info from the Dr at the time.

Then on 20-March 2012 we received follow-up information that the "longstanding alopecia" was still ongoing.

The question is now being asked by the patient how the information regarding longstanding alopecia is communicated to doctors as it is not included in the local labelling.

Local PV investigation:
I have looked at the current CCDS for docetaxel dated 19-Jul-12 and note that there is no change regarding alopecia i.e. it still states alopecia (79% and 0.5% severe) monotherapy, in combination with doxorubicin + cyclophosphamide 97.7% (N/A Gr 3/4) and 92.3% persistent.

According to WHO criteria Gr3 = reversible complete hair loss and Gr4 = irreversible complete hair loss.

The CDS refers to incidence of "severe" alopecia I cannot see anything mentioned about grading or incidence of permanent/longstanding/reversible

I've looked in the PSUR covering period 01-Dec-11 to 31-May-12 and found 18 "serious" cases of alopecia (2 solicited + 16 unsolicited).

Please can you assist me on a few points:

- What is our incidence of "permanent"/"longstanding"/"irreversible" alopecia?

- Is this being investigated by the company?

- Would permanent alopecia be considered unlisted?

- Please can you assist with any further information

I understand that this information is confidential and cannot be shared outside of the company

Thanks
Kind regards

Affiliate Pharmacovigilance Head
Medical Department
sanofi-aventis south africa (pty) ltd

a member of the SANOFI Group



<< OLE Object: Picture (Device Independent Bitmap) >>
🌲 Please consider the environment before printing this email!
<< OLE Object: Picture (Device Independent Bitmap) >>

Sanofi-aventis South Africa accredited Best Employer 2012/13 for the 7th successive time.
'Because Health Matters'

"The information contained in this communication is confidential and may be legally privileged. It is intended solely for the use of the individual or entity to whom it is addressed and others authorised to receive it. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or taking action in reliance of the contents of this information is strictly prohibited and may be unlawful. Sanofi-aventis South Africa (Pty) Ltd. is neither liable for the proper, complete transmission of the information contained in this communication nor any delay in its receipt."

3

4

Confidential                                                        Sanofi_04942172

BegDoc: Sanofi_04942169
EndDoc: Sanofi_04942172
BegAttach: Sanofi_04942169
EndAttach: Sanofi_04942174
PageCount: 4
Custodian: Palatinsky, Emanuel
All Custodians: Palatinsky, Emanuel
Date Created: 12/13/2012
Date Last Modified: 12/13/2012
DocType: Email
Original FilePath: \HardDrive\PalatinskyEmanuel_nm48656_HardDrive\nm48656_C__Use-
        rs_nm48656\Documents\Outlook Files\pst folders\Personal Folders.p-
        st\Top of Personal Folders\Z Personal Folders 2011 in C\Products\-
        Z Other Products\Docetaxel\RSI\Labeling\South Africa\RE: Docetaxe-
        l case #2011SA019469 longstanding alopecia
FileName:
FileExt:
MD5 Hash: cd75f6c61b8354612668b868caa6386b
File Size: 524824
EMAIL Folder Path:
From: "Palatinsky, Emanuel R&D/US" <"/o=hmr/ou=exchange administrative group (fy-
        dibohf23spdlt)/cn=recipients/cn=emanuel.palatinsky">
To: "█████████████████████████
Subject: RE: Docetaxel case #2011SA019469 longstanding alopecia
Date Sent: 12/13/2012
Date Received: 12/13/2012
CC:
BCC:
Confidentiality: Confidential
Redacted:
Embedded: False
Conversation Index Value: 01cdd7ae4ba1aeeff9d1d6d34387896e716f4a4463930023013920-
        00442caa40