# EXHIBIT 32

**From:**
**Sent:** Wednesday, September 04, 2013 1:10 PM
**To:** Palatinsky, Emanuel R&D/US
**Cc:**
**Subject:** RE: Eudralink - Response to the EMA question on docetaxel and alopecia

As we are talking about safety, I would rather tell them N=744 patients who were randomized to and treated with TAC treatment.

-----Message d'origine-----
De :
Envoyé : mercredi 4 septembre 2013 14:43 À : Palatinsky, Emanuel R&D/US;                                                Cc :
                          Objet : FW: Eudralink - Response to the EMA question on docetaxel and alopecia

Dear Emanuel, Dear      ,

Further to the response submitted to the EMA in July 2013 regarding docetaxel and alopecia, the EMA came back to me with the below feedback.
The EMA requests the total number of patients in the TAC group of the TAX316 study (information already provided with the submission of the TAX316 study reports(final and follow-up).
If you agree I will give them the requested information ie. N=745 assessed patients in the TAC group.
Thank you in advance for your feedback
Kind regards

-----Original Message-----
From: Vleminckx Camille [mailto:                                    ]
Sent: Tuesday, September 03, 2013 6:43 PM
To:
Cc: Taxotere-73
Subject: RE: Eudralink - Response to the EMA question on docetaxel and alopecia

Dear      ,

Thank you for providing this information on docetaxel and alopecia. The Rapporteur team has reviewed your response.

It was noted that the frequency included in the table for the two breast cancer studies (TAX316, GEICAM9805) is not in line with the data included under the description of selected adverse reactions below the table : "Description of selected adverse reactions for adjuvant therapy with Docetaxel Winthrop 75 mg/m² in combination with doxorubicin and cyclophosphamide in patients with node positive (TAX 316) and node negative (GEICAM 9805) breast cancer Skin and subcutaneous tissue disorders In study TAX316, alopecia persisting into the follow-up period after the end of chemotherapy was reported in 687 TAC patients and 645 FAC patients.
At the end of the follow-up period, alopecia was observed to be ongoing in 29 TAC patients (4.2%) and 16 FAC patients (2.4%).)))"

The table referred to 2 breast cancer studies : TAX316 and GEICAM 9805. The provided justification was based on GEICAM 9805 results. Number of alopecia derived from the TAX316 are lacking and should be taken into account.

1

Confidential                                                                                                          Sanofi_01363130

As the median follow up was 96 months in the TAX 316 and 77 months in the GEICAM study, we may consider that persistent alopecia observed at the end of the follow up is an irreversible alopecia, that could be graded as grade 3 alopecia. As indicated by the MAH, 1 grade 3 alopecia was reported in the TAC group from the GEICAM 9805 study, that included 539 patients. Thus, the percentage is 0.0018, which is less than 0.1%.

Grade 3 alopecia was reported in 687 TAC patients during the follow up and, among them, this was ongoing in 29 TAC patients (4.2%) in TAX316 study.

To allow calculation of the correct percentage combining both studies, there is an need to have the total number of patients in the TAC group in TAX 316 (not only those having alopecia during the follow up).

Could you please provide this information as soon as possible?

Thanks and kind regards

Camille


Camille VLEMINCKX
Human Medicines Development and Evaluation Safety & Efficacy of Medicines Ext. 7664  Desk 1-643b European Medicines Agency


-----Original Message-----
From:
Sent: 03 July 2013 16:05
To: Vleminckx Camille
Cc: Taxotere-73
Subject: RE: Eudralink - Response to the EMA question on docetaxel and alopecia

Dear Camille,

Please be informed that I just sent the Sanofi's response to the below request via Eudralink.
Kind regards


Regulatory Affairs Europe
Oncology, Anti-infective & Cardio-thrombosis


-----Original Message-----
From: Vleminckx Camille [mailto:
Sent: Monday, July 01, 2013 10:34 AM
To:
Cc: Taxotere-73
Subject: FW: Eudralink - Response to the EMA question on docetaxel and alopecia
Importance: High

Confidential                                                                                                                                    Sanofi_01363131

Dear ███,
I could not find your response regarding the below email. Could you please come back to us by Wednesday 3rd of July.
Thanks and kind regards
Camille

Camille VLEMINCKX
Human Medicines Development and Evaluation Safety & Efficacy of Medicines Ext. 7664  Desk 1-643b European Medicines Agency

-----Original Message-----
From: Vleminckx Camille
Sent: 18 February 2013 18:33
To: ███
Cc: Taxotere-73
Subject: RE: Eudralink - Response to the EMA question on docetaxel and alopecia

Dear ███,

Thank you very much for providing clarification on the risk of alopecia for Taxotere in combination with doxorubicin and cyclophosphamide in patients with node-positive and node-negative breast cancer.

After reviewing your response the Rapporteur is of the view that it is still not clear how the frequency of '<0.1%' was obtained since there was no definition of grade 3 and 4 alopecia in the pivotal studies TAX 316 and the GEICAM9805. In these studies the NCI CTC criteria were used as basis for AE reporting and the respective versions 1.0. and 2.0. did not provide a definition for grade 3 and grade 4 alopecia.

Could you please clarify this point?

Please feel free to contact me should you need any clarifications on the above.

Looking forward to receiving your feedback on this matter.

Thanks and kind regards

Camille

Camille VLEMINCKX
Human Medicines Development and Evaluation Safety & Efficacy of Medicines

This message and any attachment contain information which may be confidential or otherwise protected from disclosure. It is intended for the addressee(s) only and should not be relied upon as legal advice unless it is otherwise stated. If you are not the intended recipient(s) (or authorised by an addressee who received this message), access to this e-mail, or any disclosure or copying of its contents, or any action taken (or not taken) in reliance on it is unauthorised and may be unlawful. If you have received this e-mail in error, please inform the sender immediately.
P Please consider the environment before printing  this e-mail

Confidential                                                                                                                                  Sanofi_01363132

-----Original Message-----
From: █████████████████████████████████████████████████
Sent: 23 January 2013 10:25
To: Taxotere-73
Subject: Eudralink - Response to the EMA question on docetaxel and alopecia



++++++++++++++++++++++++++++++++++++++++++++++++
You have been sent a package by ████████████████████████████████

To retrieve your package use the hyperlink below

https://eudralink.ema.europa.eu/dl.php?d=8ec06e98e
The package will expire on Sun, 24 Mar 2013 10:24:47 +0000 HOW TO PICK UP YOUR PACKAGE:

If the Web address above is highlighted, click on it to open a browser window. You will automatically be taken to the package.

If the Web address above is not highlighted, follow these steps:
- Open a Web browser window.
- Copy and paste the entire Web address into the "location" or "address" bar of the browser.
- Press enter.

Once you arrive at the Web page, you can access the package.

++++++++++++++++++++++++++++++++++++++++++++++++

---

This e-mail has been scanned for all known viruses by European Medicines Agency.

---

---

This e-mail has been scanned for all known viruses by European Medicines Agency.

---

Confidential                                                                                                          Sanofi_01363133