# EXHIBIT 33

| | EXECUTIVE SUMMARY | |
|---|---|---|
| SANOFI | Private & Confidential | - Page 1 of 7 - |

| | |
|---|---|
| **Inn / main brand** | DOCETAXEL<br>Taxotere and Docetaxel Winthrop |
| **Formulation & dosage** | Two-vial formulation: Concentrate and Solvent for solution for infusion<br>20 mg/0.5 ml and 80 mg/2 ml<br>One-vial formulation: Concentrate for solution for infusion<br>20 mg/1 ml, 80 mg/4 ml and 160 mg/8 ml |
| **Topic** | ☐ Initial submission<br>☐ LCM:<br>☒ **Maintenance: safety-related**<br>☐ Other: |
| **Labeling texts** | ☒ CCDS ☐ CCDM ☐ GLU ☐ CCSI<br>☒ USPI ☒ EUSPC ☐ JPI ☐ Other: |
| **Source issue and Background and Summary of Recommendation** | ☒Internal: specify department: US-Legal<br><br>*Breast cancer, adjuvant setting:*<br>*Update with TAX316 (node>0) and GEICAM (node <0) 10-year follow-up data*<br><br>**Background**<br>**TAX316**: TAC (Taxotere-Doxorubicin-Cyclophosphamide) treatment in node positive patients with Breast cancer, adjuvant setting:<br><br>• **CCDS v26 (LRC 28-June-2011):**<br>  update with TAX316 10-year FU data: addition of persisting events<br>  (part of EU-FUM for above mentioned indication approved in 2004 to submit the 10-year FU CSR for TAX316)<br>• *EU-SPC in line with CCDS v26:* PO 11Sept2011<br>• *USPI: implementation plan approved by LRC at 28June2011 LRC meeting:*<br>  • **Submission:** *Postpone until FDA assessment of TAX316 CSR received.*<br>  • **Industrial implementation:** *Postpone until FDA assessment of TAX316 CSR received*<br>• **Currently:** *no information available on FDA feedback on TAX316 CSR.*<br>• *Presentation of USPI in line with CCDS v26 (June2011, TAX316 10-year follow-up data): LRC of 16Dec2016*<br>• **Privileged - Attorney-Client Communication**<br>• *LRC 16Mar2017: harmonization of CCDS/ EU-SPC/ USPI with TAX316 10-year FU data*<br><br>**Background**<br>**GEICAM**: TAC (Taxotere-Doxorubicin-Cyclophosphamide) treatment in node negative patients with Breast cancer, adjuvant setting (with one or more high risk factors):<br><br>• **CCDS v29 (LRC 12-November-2014):**<br>  update with GEICAM 10-year FU data: addition of persisting events<br>  (Post-Authorization Measure in Europe to update the EU-SPC with GEICAM follow-up data at 8-10 years) |

{ FILENAME }

Confidential                                                                                                                    Sanofi_05173852

| | EXECUTIVE SUMMARY | |
|---|---|---|
| SANOFI | Private & Confidential | - Page 2 of 7 - |

| | |
|---|---|
| | • *EU-SPC in line with CCDS v29: PO 25Apr2014*<br>• *USPI: Indication linked to GEICAM not approved in the US*<br>• *The LWG had the same approach for Labeling update with GEICAM FU update as for TAX316*<br>• *LRC 16Mar2017: harmonization of CCDS/ EU-SPC with GEICAM 10-year FU data*<br><br>☒ Internal:<br>LWG proposes Docetaxel CCDS/ EU-SPC/ USPI update/ harmonization with persisting events, linked to TAX316 (update of the 3 Labeling documents) and GEICAM (CCDS/ EU-SPC update) 10-year follow-up data. |
| **Objectives/Issues** | ☐ New Labeling Document Creation<br>☒ Update: CCDS/ EU-SPC/ USPI – Adverse events section<br>*For Taxotere and docetaxel Winthrop EU-Labelings and US-Labelings* |
| ***LWG meeting dates*** | ○ 16-Feb-2017  –  22-Feb-2017  –  3-Mar-2017 |

| ***Participants*** | **Permanent** | **Ad Hoc** |
|---|---|---|
| | **GRA Labeling: Vanina Groult** | Global Statistics: Jeanne DEVIN |
| | GPE:    Nanae Hangai (GSO) | US Legal:<br>Harley RATLIFF - Jason STEINHART - Erin LESLIE |
| | GRA-US/Global: Sunil GUPTA<br>GRA-EU: Christelle LAMORIL | US Advertising and Promotion:<br>Marybeth TOSCANO |
| |  Global Medical:<br>Arvind SINGH, Ayse OZATILGAN | US Medical Oncology: Ted SZATROWSKI |

| | |
|---|---|
| **Supportive Data/ Documentation (date and authors)** | – **TAX316:**<br>**CLINICAL STUDY REPORT**-Docetaxel-TAX316 (EFC6041/BCIRG001) 10-year follow-up- 09-Sep-2010<br>– **GEICAM:**<br>**ABBREVIATED CLINICAL STUDY REPORT (FOLLOW-UP)-** Docetaxel-TAX.ES1.301/GEICAM 9805- 8-year and 10-year follow-up-02-Dec-2013 and **Appendix 14.2.7 Adverse event data-**02-Dec-2013 |
| **Safety Topics combined Y/N** | – No |
| **SMC decision date(s) per topic (if applicable)** | – Not applicable |
| **In case SMC to LRC >90 days add reason** | |

| | |
|---|---|
| **Outcome LWG** | ☒ to LRC 16 March  2017<br>☐ no further action or update recommended |

{ FILENAME }

| EXECUTIVE SUMMARY | | |
|---|---|---|
| SANOFI | Private & Confidential | - Page 3 of 7 - |

| LRC | ☐ LRC meeting 16 March 2017<br>☒ LRC by circulation | **16-Mar-2017** |
|---|---|---|
| **Summary of changes** | The following Labeling sections are proposed for update (for CCDS, EU-labeling and US-Labeling: harmonization): Blue text added - red text deleted<br><br>*For Taxotere and docetaxel Winthrop EU-Labelings and US-Labelings:*<br><br>**11. ADVERSE REACTIONS**<br>**11.1 Clinical Studies**<br><br>**11.1.1 Combination therapy with \*TM\* in the adjuvant treatment of operable node–positive and high risk node negative breast cancer**<br><br>TAX316 10-year follow-up data – CCDS update<br><br>• Acute Myeloid Leukemia (AML)/Myelodysplastic Syndrome<br>After 10 years of follow up, in study TAX316, AML occurred in 3 of 744 (0.4%) patients who received \*TM\*, doxorubicin, and cyclophosphamide and in 1 of 736 (0.1%) patients who received fluorouracil, doxorubicin and cyclophosphamide. One TAC patient died due to AML during the follow up period (median follow-up time of 8 years). Myelodysplastic syndrome occurred in 2 of 744 (0.3%) patients who received \*TM\*, doxorubicin, and cyclophosphamide and in 1 of 736 (0.1%) patients who received fluorouracil, doxorubicin and cyclophosphamide.<br><br>• Other persistent reactions<br>~~The most common adverse events persisting into the follow-up period in TAC patients were alopecia (92.3%), asthenia (31.7%), and amenorrhea (27.2%). Among the adverse events that persisted into the follow-up period~~ in >1% of patients, the ~~majority of events resolved; however, amenorrhea (59.9%), and lymphoedema (54.5%) remained ongoing in TAC patients.~~<br>In Study TAX316, the most common adverse events persisting into the follow-up period in TAC patients are described in below table (median follow-up time of 8 years). Among the adverse events that persisted into the follow-up period the majority of events resolved.<br><br>**Table xx– Persistent reactions in patients receiving \*TM\* in combination with doxorubicin and cyclophosphamide. (TAX316)** |

{ FILENAME }

Confidential                                                                                                                                  Sanofi_05173854

| EXECUTIVE SUMMARY | | |
|---|---|---|
|  | **Private & Confidential** | - Page 4 of 7 - |

[Illegible/faded table at top showing TAC (n=746) data with columns "Persisting into the follow-up period N (%)" and "Ongoing at the end of the follow-up period N (%)" for rows: Alopecia, Asthenia, Amenorrhea, Lymphoedema, Peripheral oedema, Peripheral sensory neuropathy]

### GEICAM 10-year follow-up data – CCDS update

- **Persistent reactions**

~~The most common adverse events persisting into the follow-up period (median follow-up time of 10 years and 5 months) were alopecia~~ (49 patients, 9.2%), **amenorrhea** (18 patients, 3.4%) and **asthenia** (12 patients, 2.3%).

~~Among the adverse events that persisted into the follow-up period in >1% of patients, the majority of events resolved; however, amenorrhea (7 patients, 1.3%), peripheral sensory neuropathy (3 patients, 0.6%) and asthenia (2 patients, 0.4%) remained ongoing at the end of the follow-up period.~~

**In Study GEICAM 9805, the most common adverse events persisting into the follow-up period in TAC patients** are described in below table **(median follow-up time of 10 years and 5 months). Among the adverse events that persisted into the follow-up period the majority of events resolved.**

Table xx  Persisting reactions in patients receiving *TM* in combination with doxorubicin and cyclophosphamide. (GEICAM 9805)

|  | *TM* 75 mg/m$^2$ + Doxorubicin 50 mg/m$^2$ + Cyclophosphamide 500 mg/m$^2$ n = 532 | |
|---|---|---|
|  | **Persisting into the follow-up period N (%)** | **Ongoing at the end of the follow-up period N (%)** |
| **Alopecia*** | 49 (9.2) | 3 (0.6) |
| **Asthenia** | 12 (2.3) | 2 (0.4) |
| **Amenorrhea** | 18 (3.4) | 7 (1.3) |
| **Lymphoedema** | 5 (0.9) | 4 (0.8) |
| **Peripheral oedema** | 4 (0.8) | 0 (0) |
| **Peripheral sensory neuropathy** | 10 (1.9) | 3 (0.6) |

\* **Alopecia** related to study drug **started or worsened during the follow-up period** in

{ FILENAME }

Confidential                                                                                                        Sanofi_05173855

| | |
|---|---|
| | **EXECUTIVE SUMMARY** |
| SANOFI | Private & Confidential - Page 5 of 7 - |

| | |
|---|---|
| | 42 patients (7.9%).<br><br>• **Cardiovascular events**<br>Three patients (0.6%) developed congestive heart failure during the follow-up period. At the end of the follow-up period (median follow-up time of 10 years and 5 months), no patients had CHF in TAC arm and ~~One~~ 1 patient died because of dilated cardiomyopathy.<br><br>***EU-SPC and USPI updates are in line with CCDS update.*** |
| **LRC decision**<br>**16 March 2017** | ☐ Approved without change<br>☒ Approved with changes *specify: changes are highlighted in yellow*<br><br><u>TAX316:</u><br><br>**Acute Myeloid Leukemia (AML)/Myelodysplastic Syndrome**<br>**After 10 years of follow up,  in study TAX316, …**<br><br>**Other persistent reactions**<br>**In Study TAX316,  the most common adverse events that started during the treatment period and persisted** ~~persisting~~ **into the follow-up period in TAC patients** are described in ~~below~~ the table 12 **(median follow-up time of 8 years)**. ~~Among the adverse events that persisted into the follow-up period~~ **The majority of the events that had persisted resolved during the follow-up period.**<br><br>**Table 12**/Column 2:<br><u>Persisting from the treatment period into the follow-up period</u><br><br>Same comments as for CCDS apply to US-Labelings and EU-Labelings for Docetaxel Winthrop~~and Taxotere~~.<br><br><u>GEICAM:</u><br>*Same comments as for Tax316 comments on slides 9 apply.*<br><br>☐ Return to LWG *action item(s) if available*<br>☐ Recommends no changes to labeling<br>☐ Other *specify* |

Formatted: Font color: Black, Highlight
Formatted: Font color: Black, Highlight
Formatted: Font color: Black, Highlight
Formatted: Font color: Black, Highlight
Formatted: Font color: Black, Highlight
Formatted: Font color: Black, Highlight
Formatted: Font color: Black, Highlight
Formatted: Font color: Black, Highlight
Formatted: Font color: Black, Highlight
Formatted: No underline, Font color: Black, Highlight
Formatted: Indent: Left:  0"

{ FILENAME }

| EXECUTIVE SUMMARY | |
|---|---|
| ![Sanofi] Private & Confidential | - Page 6 of 7 - |

**Country Specific Instructions for Submission and Implementation**

**I. All <u>Direct</u> Action Countries:**

*(note to RLOM: Only keep applicable timelines. Delete the rest)*

| Timeline for Submission | Timeline for Industrial Implementation* |
|---|---|
| Within 90 days from Dispatch of Corporate Package | Within 180 days from Regulatory Authority approval |

* Industrial Implementation i.e. release from the manufacturing site

*Note*: Local regulations may be stricter, in that case Direct Action country to follow their local regulations/guidelines.

**II. <u>Reference</u> Countries:** Based on information available in SHARE at the date of this letter, the following countries are identified as reference for Docetaxel, and should send a copy of the agency approval letters to the "RnD-GRA-reference-MA" dedicated mailbox upon Regulatory Authority approval: Europe and South Africa.

**III. All <u>Deferred</u> Action Countries (countries that need to wait for approval in a reference country):**

- Safety Information Letter to be sent to your Regulatory Authority within 21 calendar days after notification by your Global Regulatory Affairs Country/Region Manager (once the safety change in the reference country is submitted).
    o List of countries exempt from SIL submission is maintained at Region level.

- **Submission and implementation according to the following timelines in the table below:**

| Timeline for Submission | Timeline for Industrial Implementation* |
|---|---|
| After the approval in the reference country and within the timelines required by the submission category rule** to which your country belongs. | Within180 days from Regulatory Authority approval |

* Industrial Implementation i.e. QP release from the manufacturing site
** Countries are classified into 3 different categories for submission, i.e.:

{ FILENAME }

Sanofi_05173857
Confidential

# EXECUTIVE SUMMARY

**Private & Confidential** - Page 7 of 7 -

- "SW90" country: Submission must be done within 90 calendar days after Regional dispatch
- "SW180" country: Submission must be done within 180 calendar days after Regional dispatch
- "SW360" country: Submission must be done within 360 calendar days after Regional dispatch

The country classification used for monitoring is maintained at Region level.

{ FILENAME }

Sanofi_05173858

Confidential