# EXHIBIT 34

**From:** Garcia, Anamaria PH/US
**Sent:** Friday, March 12, 2010 11:27 AM
**To:** Gaydos, Mark PH/US
**Subject:** Re: BLOG Discussion: Taxotere and permanent hair loss

### Privileged - Attorney-Client Communication

**From:** Gaydos, Mark PH/US
**To:** Gassaro, Allison PH/US; Garcia, Anamaria PH/US; Malia, Madeline PH/US
**Cc:** Hart-White, Susan PH/US
**Sent:** Fri Mar 12 02:03:56 2010
**Subject:** Re: BLOG Discussion: Taxotere and permanent hair loss

### Privileged - Attorney-Client Communication

**From:** Gassaro, Allison PH/US
**To:** Garcia, Anamaria PH/US; Gaydos, Mark PH/US; Malia, Madeline PH/US
**Cc:** Hart-White, Susan PH/US
**Sent:** Thu Mar 11 20:36:24 2010
**Subject:** Re: BLOG Discussion: Taxotere and permanent hair loss

### Privileged - Attorney-Client Communication

**From:** Garcia, Anamaria PH/US
**To:** Gassaro, Allison PH/US; Gaydos, Mark PH/US; Malia, Madeline PH/US
**Cc:** Hart-White, Susan PH/US
**Sent:** Thu Mar 11 19:25:13 2010
**Subject:** FW: BLOG Discussion: Taxotere and permanent hair loss

### Privileged - Attorney-Client Communication

**From:** Mikardos, Joan PH/US
**Sent:** Wednesday, April 22, 2009 2:23 PM
**To:** Gassaro, Allison PH/US; Gaydos, Mark PH/US; Malia, Madeline PH/US/EXT; Fierro, Lesley PH/US; Garcia, Anamaria PH/US; Kobina, Svetlana PH/US
**Cc:** Allesandrine, Louis PH/US; Buffington, Lisa A. PH/US; Rullo, Barbara PH/US; Steinhart, Jason PH/US; Kanovsky, Stephen PH/US
**Subject:** RE: BLOG Discussion: Taxotere and permanent hair loss

### Privileged - Attorney-Client Communication


EXHIBIT Malia 6
Date: 10 10 18
MLG, CSR, RPR, CRR

Confidential   Sanofi_05446835

**From:** Gassaro, Allison PH/US
**Sent:** Wednesday, April 22, 2009 10:34 AM
**To:** Gaydos, Mark PH/US; Malia, Madeline PH/US/EXT; Fierro, Lesley PH/US; Garcia, Anamaria PH/US; Kobina, Svetlana PH/US
**Cc:** Allesandrine, Louis PH/US; Buffington, Lisa A. PH/US; Mikardos, Joan PH/US; Rullo, Barbara PH/US; Steinhart, Jason PH/US; Kanovsky, Stephen PH/US
**Subject:** Re: BLOG Discussion: Taxotere and permanent hair loss

## Privileged - Attorney-Client Communication

**From:** Gaydos, Mark PH/US
**To:** Malia, Madeline PH/US/EXT; Fierro, Lesley PH/US; Garcia, Anamaria PH/US; Kobina, Svetlana PH/US
**Cc:** Allesandrine, Louis PH/US; Buffington, Lisa A. PH/US; Gassaro, Allison PH/US; Mikardos, Joan PH/US; Rullo, Barbara PH/US
**Sent:** Wed Apr 22 08:31:28 2009
**Subject:** RE: BLOG Discussion: Taxotere and permanent hair loss

## Privileged - Attorney-Client Communication

**From:** Malia, Madeline PH/US/EXT
**Sent:** Tuesday, April 21, 2009 8:52 PM
**To:** Fierro, Lesley PH/US; Garcia, Anamaria PH/US; Kobina, Svetlana PH/US; Gaydos, Mark PH/US
**Cc:** Allesandrine, Louis PH/US; Buffington, Lisa A. PH/US; Gassaro, Allison PH/US; Mikardos, Joan PH/US; Rullo, Barbara PH/US
**Subject:** BLOG Discussion: Taxotere and permanent hair loss
**Importance:** High

## Privileged - Attorney-Client Communication

Confidential                                                                                                    Sanofi_05446836

# Privileged - Attorney-Client Communication

*Madeline M Malia*
U.S. Communications
sanofi-aventis



**From:** Redacted - PII
**Sent:** Tuesday, April 21, 2009 9:32 AM
**To:** Redacted - PII
**Cc:** Redacted - PII    Peron, Marisol PH/US; Redacted - PII
**Subject:** Re: Taxotere and permanent hair loss

Hello ladies:

Each time I hear from another of you with permanent hair loss it only strengthens my goal for the class action suit. I think what bothers me most is that no one, from the drug company has even had the courtesy to offer to research the origin of the permanent hair loss, they must think that we will either 'go away' or 'die off'. Well, I have decided to 'live' and to make it my life's goal to force this pharmaceutical industry to show some compassion, some empathy for what they have done to us.
I too despise having to wear a wig all the time. I KNOW that something could be done to restore our hair but their is not enough money in that sort of research as their is in the manufacturing and sales of 'taxotere'. The wigs are costly, uncomfortable and hinder our lifestyles. If I could afford the treatment from the NY doctor I would have continued with him --- his hair 'formula' did make a difference in the coverage on my head but i couldn't afford it and I know that the longer you wait, the less likely the hair is to return.
I am writing to all congressmen and am also submitting proposals to all 'talk' shows to have this as a topic. I am doing this in the US and I know that some of you are doing it internationally.

Please share our forum with all others who 'are' or who 'are considering' using taxotere. I feel very positive about the success of our efforts with the current Presidential Administration --- Cancer is Big Business - just as Aerospace, Auto Industry, banking, etc ... and this administration is beginning to hold people accountable.

3

Confidential                                                                                       Sanofi_05446837

**Have a blessed day -**

**and don't miss a chance to show someone how much you love them!**

Redacted - PII

--- On Tue, 4/21/09, Redacted - PII wrote:

From: Redacted - PII
Subject: Taxotere and permanent hair loss
To: Redacted - PII
Date: Tuesday, April 21, 2009, 2:41 AM

Hello Redacted - PII

I have read the comments in some of your blogs regarding Taxotere and permanent hair loss and I am in complete agreement with you regarding the issue of non-disclosure. It's amazing to me, the ignorance that abounds in the comments you've received from some women; they simply don't get it!

When I underwent Herception treatment, I was informed that there was a risk of heart damage and decided to go ahead with the treatment, but it was MY decision. My heart was monitered for any adverse changes throughout the course of the treatment and I was comfortable with the decision I made. When that choice is taken away from you because of non-disclosure, it is an assault and is inexcusable. It is very clear that this company's main concern is for their own financial gain without any regard for individuals suffering permanent side affects from their drug. It is my understanding that they knew about the risk of permanent hair loss as early as 2002. I started chemo therapy in 2004 and my hair never grew back; it looks pretty much the same as yours. I repeatedly asked my onchologist about the fact that my hair was not growing back and finally, sometime in 2006, he admitted they were finding this occurance in approximately 7% of women who undergo Taxotere treatment.

I have tried just about everything, inluding vitamins, supplements and even Monoxidil, but five years later, my head looks pretty much the same as it did shortly after the treatment. I find wigs to be burdonsome and completely uncomfortable and have opted for hats instead, but I miss my hair. My quality of life has been adversely affected by this both physically and financially, but most of all psychologically.

There are other options for cancer treatment including types of chemotherapy that do not cause permanent hair loss. Unfortunately, I was robbed of that option; stripped of the opportunity to make a different choice because of a simple lack of disclosure. It is clear that Sanofi-Aventis made a concious decision to omit this information from their literature and to conveniently not provide doctors with the facts. This was intentional and there can be no reason for this kind of mistruth other than financial gain. They know that women care immensely about their appearance and that hair is an extremely important part of that. Otherwise there would not be a multi-billion dollar industry built around hair and hair products.

---

Rediscover Hotmail®: Get quick friend updates right in your inbox. Check it out.

Confidential                                                          Sanofi_05446838