# EXHIBIT 39

# crisis management & AE reporting

## SANOFI'S "TAXOTERRORIST"

### Situation

- Disgruntled patient used Facebook and YouTube to express anger about Taxotere side effects

### Governance, Policy & Workflow

- Implemented terms & conditions, 24/7 monitoring & moderation

- Adopted Facebook moderation app, established workflows

### Results

- Sanofi properties remained online

- Workflows and guidelines for social media set the standard for today

- Led to the development of our PharmaWall tool



19