# EXHIBIT 42

| | |
|---|---|
| **From:** | Hangai, Nanae R&D/US |
| **Sent:** | Wednesday, April 08, 2015 5:52 PM |
| **To:** | Atluri, Sarada R&D/US |
| **Cc:** | Grenke, Rebecca R&D/US; Jen, Shang R&D/US; Urbancik, Gregory PH/US |
| **Subject:** | RE: FDA Information Request:  NDA 020449, TAXOTERE® (docetaxel) Injection Concentrate, 20 mg/mL and 80 mg/4 mL |

Dear Sarada,

Thank you.
Please use the one I attached.
I corrected some spacing and typo.

What should I do the date and title??

Nana

**From:** Atluri, Sarada R&D/US
**Sent:** Wednesday, April 08, 2015 1:38 PM
**To:** Hangai, Nanae R&D/US
**Cc:** Grenke, Rebecca R&D/US; Jen, Shang R&D/US
**Subject:** RE: FDA Information Request: NDA 020449, TAXOTERE® (docetaxel) Injection Concentrate, 20 mg/mL and 80 mg/4 mL

It would help If I included it. Sorry!!

**From:** Hangai, Nanae R&D/US
**Sent:** Wednesday, April 08, 2015 1:37 PM
**To:** Atluri, Sarada R&D/US
**Cc:** Grenke, Rebecca R&D/US; Jen, Shang R&D/US
**Subject:** RE: FDA Information Request: NDA 020449, TAXOTERE® (docetaxel) Injection Concentrate, 20 mg/mL and 80 mg/4 mL

Dear Sarada,

Thank you, but where is the attachment??

N

**From:** Atluri, Sarada R&D/US
**Sent:** Wednesday, April 08, 2015 1:34 PM
**To:** Hangai, Nanae R&D/US
**Cc:** Grenke, Rebecca R&D/US; Jen, Shang R&D/US
**Subject:** RE: FDA Information Request: NDA 020449, TAXOTERE® (docetaxel) Injection Concentrate, 20 mg/mL and 80 mg/4 mL

Hi Nanae,

1

Confidential                                                                                                                            Sanofi_04878450

I transferred all the info into a template. Please review the attached document and let me know if its ok and ready to be uploaded into DOMASYS. Please send any corresponding dcuments that are needed for this submission.

Best regards,
Sarada

---

**From:** Hangai, Nanae R&D/US
**Sent:** Wednesday, April 08, 2015 11:31 AM
**To:** Atluri, Sarada R&D/US
**Cc:** Grenke, Rebecca R&D/US
**Subject:** FW: FDA Information Request: NDA 020449, TAXOTERE® (docetaxel) Injection Concentrate, 20 mg/mL and 80 mg/4 mL
**Importance:** High

Dear Sarada,

Please use this one.

I found MedDRA version should be 17.1, not 18.0
I corrected.
Nana

---

**From:** Hangai, Nanae R&D/US
**Sent:** Wednesday, April 08, 2015 10:51 AM
**To:** Atluri, Sarada R&D/US; Grenke, Rebecca R&D/US
**Cc:** Urbancik, Gregory PH/US; Polizzano, Frances R&D/US; Jen, Shang R&D/US
**Subject:** FW: FDA Information Request: NDA 020449, TAXOTERE® (docetaxel) Injection Concentrate, 20 mg/mL and 80 mg/4 mL

Dear Sarada and Rebecca,

Please find final clean version of document for FDA.

Warm regards,
Nana

---

**From:** Gupta, Sunil R&D/US
**Sent:** Wednesday, April 08, 2015 10:34 AM
**To:** Hangai, Nanae R&D/US
**Subject:** RE: FDA Information Request: NDA 020449, TAXOTERE® (docetaxel) Injection Concentrate, 20 mg/mL and 80 mg/4 mL

**I will look through it within the next hour**

**Sunil Gupta, MD**
**Associate Vice-President,**
**Global Regulatory Affairs**
**Sanofi Oncology**

Confidential                                                                                                      Sanofi_04878451

**From:** Hangai, Nanae R&D/US
**Sent:** Wednesday, April 08, 2015 10:32 AM
**To:** Gupta, Sunil R&D/US
**Cc:** Urbancik, Gregory PH/US; Ray, Pranav PH/US; Jen, Shang R&D/US; Grenke, Rebecca R&D/US; Atluri, Sarada R&D/US; Polizzano, Frances R&D/US
**Subject:** FW: FDA Information Request: NDA 020449, TAXOTERE® (docetaxel) Injection Concentrate, 20 mg/mL and 80 mg/4 mL

Dear Sunil

Did you have a chance to look at updated version?
Gregory found one missing character as below, I corrected.
If you do agree the updated version, we will process the document to meet the timeline.
Please let us know.

Warm regards,
Nana


**Nanae Hangai, MD  PhD**
Global Safety Officer
SSRM Oncology Group
Global Pharmacovigilance and Epidemiology
Sanofi

[redacted]

---

**From:** Urbancik, Gregory PH/US
**Sent:** Wednesday, April 08, 2015 10:25 AM
**To:** Hangai, Nanae R&D/US
**Subject:** RE: FDA Information Request: NDA 020449, TAXOTERE® (docetaxel) Injection Concentrate, 20 mg/mL and 80 mg/4 mL

Nana,

I noticed in the last paragraph, trial was spelled incorrectly and the phase was left out.

GEICAM 9806 study was a randomized phase III trial comparing docetaxel in combination with

**Gregory T. Urbancik**
Global Regulatory Affairs, Oncology
sanofi-aventis U.S. LLC, A SANOFI COMPANY

---

**From:** Hangai, Nanae R&D/US
**Sent:** Tuesday, April 07, 2015 9:05 PM
**To:** Gupta, Sunil R&D/US; Polizzano, Frances R&D/US; Urbancik, Gregory PH/US
**Cc:** Ray, Pranav PH/US; Jen, Shang R&D/US; Grenke, Rebecca R&D/US
**Subject:** RE: FDA Information Request: NDA 020449, TAXOTERE® (docetaxel) Injection Concentrate, 20 mg/mL and 80 mg/4 mL

Dear All,

Confidential                                                                                                              Sanofi_04878452

Please find enclosed revised version upon Sunil's comments.

After detail review of long standing alopecia cases again, I consider alopecia lasting more than 2 years with not recovered outcome as "permanent" alopecia.
Now total 89 cases are considered as "Permanent" alopecia.

Nana

**Nanae Hangai, MD PhD**
Global Safety Officer
SSRM Oncology Group
Global Pharmacovigilance and Epidemiology
Sanofi

---

**From:** Gupta, Sunil R&D/US
**Sent:** Tuesday, April 07, 2015 10:55 AM
**To:** Hangai, Nanae R&D/US; Polizzano, Frances R&D/US; Urbancik, Gregory PH/US
**Cc:** Ray, Pranav PH/US; Jen, Shang R&D/US; Grenke, Rebecca R&D/US
**Subject:** RE: FDA Information Request: NDA 020449, TAXOTERE® (docetaxel) Injection Concentrate, 20 mg/mL and 80 mg/4 mL

**My comments on this document**

**Sunil Gupta, MD**
**Associate Vice-President,**
**Global Regulatory Affairs**
**Sanofi Oncology**

---

**From:** Hangai, Nanae R&D/US
**Sent:** Tuesday, April 07, 2015 9:40 AM
**To:** Polizzano, Frances R&D/US; Urbancik, Gregory PH/US
**Cc:** Ray, Pranav PH/US; Jen, Shang R&D/US; Grenke, Rebecca R&D/US; Gupta, Sunil R&D/US
**Subject:** RE: FDA Information Request: NDA 020449, TAXOTERE® (docetaxel) Injection Concentrate, 20 mg/mL and 80 mg/4 mL

Dear Greg and Fran

Please find enclosed document regarding FDA request for permanent alopecia associated with docetaxel.

Warm regards,
Nana

Confidential                                                                                                    Sanofi_04878453

**From:** Polizzano, Frances R&D/US
**Sent:** Thursday, April 02, 2015 2:00 PM
**To:** Hangai, Nanae R&D/US
**Cc:** Gupta, Sunil R&D/US; Ray, Pranav PH/US; Urbancik, Gregory PH/US; Jen, Shang R&D/US; Grenke, Rebecca R&D/US
**Subject:** RE: FDA Information Request: NDA 020449, TAXOTERE® (docetaxel) Injection Concentrate, 20 mg/mL and 80 mg/4 mL

Hi Nana,

As I will be out of the office from April 3rd through April 12th, could you please send GPE's summary of permanent partial or total alopecia associated with docetaxel use to everyone on this email when the document is finalized.  In my absence, Greg Urbancik will send the summary document to the FDA via email and official submission next Friday (April 10th).  Becky Grenke will be the publisher in Regulatory Operations for this submission.  Please provide the finalized summary document to Becky by next Wednesday (April 8th).

If you have any questions, please let Greg know.

Thanks,
Fran

---

**From:** Hangai, Nanae R&D/US
**Sent:** Wednesday, April 01, 2015 9:28 AM
**To:** Polizzano, Frances R&D/US
**Cc:** Gupta, Sunil R&D/US; Ray, Pranav PH/US; Urbancik, Gregory PH/US; Jen, Shang R&D/US
**Subject:** RE: FDA Information Request: NDA 020449, TAXOTERE® (docetaxel) Injection Concentrate, 20 mg/mL and 80 mg/4 mL

I am working on it.
I'm writing right now.

Nana

---

**From:** Polizzano, Frances R&D/US
**Sent:** Wednesday, April 01, 2015 9:22 AM
**To:** Hangai, Nanae R&D/US
**Cc:** Gupta, Sunil R&D/US; Ray, Pranav PH/US; Urbancik, Gregory PH/US; Jen, Shang R&D/US
**Subject:** RE: FDA Information Request: NDA 020449, TAXOTERE® (docetaxel) Injection Concentrate, 20 mg/mL and 80 mg/4 mL

Hi Nana,

Can you please provide a status update on the summary of cases of permanent partial or total alopecia associated with docetaxel use requested by the FDA?

Thanks,
Fran

---

**From:** Hangai, Nanae R&D/US
**Sent:** Monday, March 23, 2015 10:45 AM
**To:** Polizzano, Frances R&D/US
**Cc:** Gupta, Sunil R&D/US; Ray, Pranav PH/US; Urbancik, Gregory PH/US; Jen, Shang R&D/US
**Subject:** RE: FDA Information Request: NDA 020449, TAXOTERE® (docetaxel) Injection Concentrate, 20 mg/mL and 80 mg/4 mL

5

Confidential                                                                                                                    Sanofi_04878454

Dear Fran,

I got it, I and shang will work on this issue and provide the output ASAP,

Nana

---

**From:** Polizzano, Frances R&D/US
**Sent:** Monday, March 23, 2015 10:33 AM
**To:** Hangai, Nanae R&D/US
**Cc:** Gupta, Sunil R&D/US; Ray, Pranav PH/US; Urbancik, Gregory PH/US
**Subject:** FW: FDA Information Request: NDA 020449, TAXOTERE® (docetaxel) Injection Concentrate, 20 mg/mL and 80 mg/4 mL
**Importance:** High

Hi Nanae,

As discussed, the FDA is requesting a summary of cases of permanent partial or total alopecia associated with docetaxel use. The deadline for Sanofi's response is Friday, April 10th by close of business. In order to meet this timeline for the official submission, Regulatory Operations will need to receive GPE's summary of these cases by Wednesday, April 8th.

Please let me know if you have any questions.

Thanks,
Fran

---

**From:** Cross Jr, Frank H
**Sent:** Monday, March 23, 2015 8:59 AM
**To:** Polizzano, Frances R&D/US
**Subject:** FDA Information Request: NDA 020449, TAXOTERE® (docetaxel) Injection Concentrate, 20 mg/mL and 80 mg/4 mL
**Importance:** High

Dear Dr. Polizzano,

By return e-mail and official submission, please provide your response by COB, EDT, April 10, 2015, to the following:

Please provide a summary of cases of permanent partial or total alopecia associated with docetaxel use.

Sincerely,

*Frank Cross, Jr.*

Frank Cross, Jr., MA, MT (ASCP)
Senior Regulatory Health Project Manager
Division of Oncology Products 1
Office of Hematology and Oncology Products
Office of New Drugs
Center for Drug Evaluation and Research
US Food and Drug Administration

6

Confidential                                                                                                          Sanofi_04878455



This e-mail and any accompanying attachments may be privileged, confidential, contain protected health information about an identified patient or be otherwise protected from disclosure. State and federal law protect the confidentiality of this information. If the reader of this message is not the intended recipient; you are prohibited from using, disclosing, reproducing or distributing this information; you should immediately notify the sender by telephone or e-mail and delete this e-mail.

Confidential　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Sanofi_04878456