# EXHIBIT 43



Sanofi research & development
55 Corporate Drive, PO Box 5925
Bridgewater, NJ 08807
U.S.A.

# RESPONSE TO AGENCY REQUEST

| Date: | **08-Apr-2015** | Total number of pages: | 25 |
| --- | --- | --- | --- |

Confidential                                                                 Sanofi_01259408

Response to Agency Request                        08-Apr-2015
XRP6976 - Docetaxel – GPE-BW-2015-00311

# TABLE OF CONTENTS

TITLE PAGE ..................................................................................................................................1

TABLE OF CONTENTS...............................................................................................................2

LIST OF TABLES .........................................................................................................................3

AGENCY QUESTION / REQUEST FOR INFORMATION ITEM NO. 1: .......................................4

Confidential                                                                Sanofi_01259409

Response to Agency Request                    08-Apr-2015
XRP6976 - Docetaxel – GPE-BW-2015-00311

## LIST OF TABLES

Table 1 - Case reports by reporter ................................................................................................4

Table 2 - Case reports by outcome and reporter ..........................................................................5

Table 3 - Cases reported long-standing alopecia by source..........................................................5

Table 4 - Outcome of cases reported long-standing alopecia ......................................................6

Table 5 - Outcome of cases reported "permanent" alopecia.........................................................6

Table 6 - Summary of cases reported "permanent" alopecia .......................................................7

Confidential                                                        Sanofi_01259410

## AGENCY QUESTION / REQUEST FOR INFORMATION ITEM NO. 1:

FDA requested to provide a summary of cases of permanent partial or total alopecia associated with docetaxel use.

**Sanofi response:**

**REVIEW OF SANOFI GLOBAL PHARMACOVIGILANCE DATABASE**

**METHODOLOGY**

On 24-MAR-2014, a cumulative search was performed in the Sanofi Global Pharmacovigilance adverse event database called Application for Worldwide Adverse Event Reporting and Evaluation (AWARE), on Oracle software (Adverse Event Reporting System [AERS]) database, using MedDRA version 17.1 to detect associated cases from all report sources containing a diagnosis including the HLT with "alopecia".

**RESULTS**

The queries retrieved total of 2,118 cases which are summarized in Table 1.

**Table 1 - Case reports by reporter**

|  | Solicited | UnSolicited | Total |
|---|---|---|---|
| Consumer | 8 | 220 | 228 |
| Healthcare professional | 1163 | 727 | 1890 |
| Total | 1171 | 947 | 2118 |

1,659 cases reported female patients, 323 cases reported male patients, 131 cases reported unknown gender, and 5 cases did not report any (blank).

An indication of use of docetaxel was reported in 1,997 cases, the most reported indication was "breast cancer" (n=996 (47.0%)), and 1,349 cases (63.7%) reported any kinds of breast cancer (breast cancer adjuvant, breast cancer metastatic, breast cancer recurrent) as an indication. Other commonly reported indications were non-small cell lung cancer (n=226), prostate cancer (n=45), ovarian cancer (n=34), neoplasms malignant (n=22), and lung neoplasm malignant (n=21). The outcome of the alopecia is shown in Table 2.

Confidential                                                    Sanofi_01259411

**Table 2 - Case reports by outcome and reporter**

| Outcome | Solicited cases | Unsolicited cases | All cases |
|---|---|---|---|
| Unknown* | 897 | 404 | 1301 |
| Not recovered | 128 | 238 | 366 |
| Recovering | 87 | 183 | 270 |
| Recovered | 51 | 83 | 134 |
| Recovered w/sequelae | 6 | 36 | 42 |
| Fatal** | 1 | 3 | 4 |
| Stabilized | 1 | 0 | 1 |
| **Total** | **1171** | **947** | **2118** |

*includes blank

**Fatal outcome reported to other ADRs, cause of death was reported other medical condition.

Majority (61.4%) of cases reported unknown outcome.

> ➢ **Long-standing alopecia (e.g., Permanent, Persistent, Irreversible, Chronic)**

The verbatim which is possibly reporting of long standing alopecia would be the term including such as "permanent", "persistent", "chronic", "irreversible" , "hair never grown back", or "hair has not yet grown back".  Total of 135 cases (6.4%) reported the verbatim which indicates "long standing" alopecia.  The summary of these 135 cases is shown in Table 3.

Table 3 - Cases reported long-standing alopecia by source

|  | Solicited | UnSolicited | Total |
|---|---|---|---|
| **Consumer** | 0 | 25 | **25** |
| **Healthcare professional** | 1 | 109 | **110** |
| **Total** | 1 | 134 | **135** |

Of these 135 reports, 119 cases reported female patients and others did not specify the gender.

The most common docetaxel indication was any kinds of breast cancer (n=116 (85.9%)).  Other specified indications were cancer in chest (n=1), ovarian cancer (n=1), and liver metastasis (n=1).

Among these 135 cases, 81 cases (60.0%) defined that the patients received combination treatment.  The most commonly reported regimen was FEC-T (n=37), followed by TAC (n=11), AC-T (n=5), TCH (n=5), and EC-T (n=4).  Also some of patients were treated with anastrozole (n=10), letrozole (n=11), tamoxifen (n=9), and exetamene (n=2).

The outcome of the alopecia in these 135 cases is shown in Table 4.

**Table 4 - Outcome of cases reported long-standing alopecia**

| Outcome | N |
|---|---|
| Not recovered | 77 |
| Recovering | 33 |
| Recovered w sequelae | 6 |
| Recovered | 2 |
| Unknown | 17 |
| Total | 135 |

2 cases reported that alopecia recovered in 2 years 4 months (n=1) and unknown duration (n=1). Since the final information or follow-up information was not provided in the majority of cases, the final outcome of long-standing alopecia remains not clear.

60 cases reported alopecic which verbatim including "permanent" and 18 cases reported irreversible alopecia. Also 11 cases reported alopecia lasting more than 2 years, and not recovered.  These 89 cases are to be considered as "permanent alopecia".

> ➢ **Permanent alopecia**

89 cases reported verbatim including word of "permanent" or "irreversible", or alopecia lasted more than 2 years with outcome of not recovered/Recovering/UNK.  88 cases were unsolicited reports, in which73 cases were from HCP (includes 9 literature reports and 12 registry reports) and 16cases were from consumer.  78 cases reported female patients, 11 cases did not specify the gender.  71 cases (79.8%) reported any types of breast cancer as docetaxel indication and one case reported ovarian cancer as an indication. Other cases did not either specified or report an indication.  Combination regimen were defined in 57 cases (64.0%) which are FEC-T (n=25), AC-T (n=9), TAC (n=4), EC-T (n=4), and TCH (n=3).  Some of patients who received combination regimen, experienced alopecia prior to receiving docetaxel and prolonged after receiving docetaxel.   Also 17 cases reported use of letrozole, anastrozole, or exemestane, which are also known to cause alopecia.  Most of the cases did not report exact date of drug was given nor exact date of onset.  Duration of alopecia was, when it was reported, between a few months and 8 years.  Outcome of "permanent" alopecia is listed in the Table 5.

**Table 5 - Outcome of cases reported "permanent" alopecia**

| Outcome | N |
|---|---|
| Not recovered | 56 |
| Recovering | 20 |
| Recovered w sequelae | 5 |
| Unknown | 8 |
| Total | 89 |

Confidential                                                    Sanofi_01259413

Response to Agency Request        08-Apr-2015
XRP6976 - Docetaxel – GPE-BW-2015-00311

Summary of 89 cases reported "permanent" alopecia is showed in Table 6.

**Table 6 - Summary of cases reported "permanent" alopecia**

| Mfr. Ctrl. No. Source Age/Sex Indication Country | AE date from Outcome Last dose docetaxel | Regimen Relevant Concomitant medications | Comments |
|---|---|---|---|
| 200410497US HCP UNK/F Breast cancer USA | UNK Recovering UNK | AT-T | Pt receiving docetaxel experienced irreversible hair loss. The patients received courses of doxorubicin and cyclophosphamide followed by docetaxel for breast cancer. |
| 200410498US HCP UNK/F Breast cancer USA | UNK Recovering UNK | AT-T | Pt receiving docetaxel experienced irreversible hair loss. The patients received courses of doxorubicin and cyclophosphamide followed by docetaxel for breast cancer. |
| 200410499US HCP UNK/F Breast cancer USA | UNK Recovering UNK | AT-T | Pt receiving docetaxel experienced irreversible hair loss. The patients received courses of doxorubicin and cyclophosphamide followed by docetaxel for breast cancer. |
| 200410500US HCP UNK/F Breast cancer USA | UNK Recovering UNK | AT-T | Pt receiving docetaxel experienced irreversible hair loss. The patients received courses of doxorubicin and cyclophosphamide followed by docetaxel for breast cancer. |
| 200410501US HCP UNK/F Breast cancer USA | UNK Recovering UNK | AT-T | Pt receiving docetaxel experienced irreversible hair loss. The patients received courses of doxorubicin and cyclophosphamide followed by docetaxel for breast cancer. |

Confidential      Sanofi_01259414

Response to Agency Request                          08-Apr-2015
XRP6976 - Docetaxel – GPE-BW-2015-00311

| Mfr. Ctrl. No. Source Age/Sex Indication Country | AE date from Outcome Last dose docetaxel | Regimen Relevant Concomitant medications | Comments |
|---|---|---|---|
| 200517176US HCP 56/F Breast cancer IIB USA | UNK Recovering 16-DEC-1999 | AC-T tamoxifen | Pt. received AC-T, alopecia for 6 years after chemotherapy. |
| 200517206US HCP 57/F Breast cancer IIA USA | UNK Recovering UNK | AC-TC(capecitabine) | Pt received AC-TC (capecitabine) 4 cycles of TC. No hair growth after chemotherapy for 2 years. |
| 200517220US HCP 43/F Breast cancer I USA | UNK Recovering UNK | AC-T | Pt received AC-T, 4 cycles of T.  Permanent hair loss for 1.5 years |
| 200517227US HCP 54/F Breast cancer IIB USA | UNK Recovering UNK | AC-T | Pt received AC-T, 4 cycles of T. Permanent hair loss of 3 years after end of chemotherapy. |
| 200517242US HCP 48/F Breast cancer IIB USA | UNK Recovering UNK | AC-T | Pt received AC-T, 4 cycles of T. Permanent hair loss for nearly 3 years. |

Confidential                          Sanofi_01259415

Response to Agency Request                                08-Apr-2015
XRP6976 - Docetaxel – GPE-BW-2015-00311

| Mfr. Ctrl. No.<br>Source<br>Age/Sex<br>Indication<br>Country | AE date from<br>Outcome<br>Last dose docetaxel | Regimen<br>Relevant Concomitant medications | Comments |
|---|---|---|---|
| 200517502US<br>HCP<br>UNK/UNK<br>Early stage breast cancer<br>USA | UNK<br>UNK<br>UNK | UNK | Patients are experiencing irreversible hair loss long after completing docetaxel. |
| 200611968GDDC<br>HCP<br>51/F<br>Metastatic Breast cancer<br>Denmark | 03-JAN-2003<br>Not recovered<br>03-JAN-2003 | T+Epirubicin+Topotecan | Pt received docetaxel with epirubicin.  Due to suspect of extravasation of epirubicin she received Topotecan. Alopecia for3 years. |
| 200613510FR<br>HCP<br>36/F<br>Breast cancer<br>France | 15-MAR-2005<br>Recovered with sequelae<br>25-JUL-2005 | FEC-T | Alopecia started during pt receiving FEC. She did not receive corrective treatment. Alopecia for more than 1 year. |
| 200810318US<br>HCP<br>55/F<br>Breast cancer<br>USA | FEB-2007<br>Not recovered<br>25-JAN-2007 | UNK | Pt reported that she still has not had any hair growth in the past 2 years after taking docetaxel. |
| 200814351FR<br>HCP<br>61/F<br>Breast cancer<br>France | OCT-2003<br>Recovering<br>04-DEC-2003 | T-FEC | Pt received 4 cycles of T follwed by 2 Cycles of FEC 100.<br><br>In Oct-2003, between the 2nd and the 3rd  cycle, the patient experienced alopecia.<br><br>On 10-Mar-2009, alopecia is still persisting 5 years after discontinuation of docetaxel. |

Confidential                                Sanofi_01259416

Response to Agency Request                              08-Apr-2015
XRP6976 - Docetaxel – GPE-BW-2015-00311

| Mfr. Ctrl. No. Source Age/Sex Indication Country | AE date from Outcome Last dose docetaxel | Regimen Relevant Concomitant medications | Comments |
|---|---|---|---|
| 200818380US HCP UNK/F Breast cancer USA | UNK Recovering UNK | UNK | Pt experienced irreversible or "permanent" alopecia. |
| 200911361FR HCP 71/F Breast cancer France | 26-DEC-2005 Recovering 21-MAR-2006 | FEC-T | Pt received FEC-T.  24 days after initiation of FEC, she experienced alopecia.  On 05-Dec-2008, alopecia was still persisting (grade 1). |
| 200911634FR HCP 58/F Recurrent breast cancer France | UNK Recovered with sequelae UNK | Letrozole | Literature report.  Pt developed diffuse and irreversible alopecia 7 years ago, after being treated with 6 cycles of docetaxel. She had also been receiving letrozole daily since her last conditioning regimen. |
| 200912512FR Consumer UNK/F UNK France | UNK Not recovered 2008 | UNK | Pt experienced loss of hair, eyebrows, and eyelashes (permanent).  Docetaxel was discontinued 1 year ago with only regrow of hair and eyebrows. |
| 200913512US Consumer UNK/F UNK USA | UNK UNK UNK | UNK | Pt received docetaxel and experienced permanent hair loss. |

Confidential                                                                                      Sanofi_01259417

Response to Agency Request                    08-Apr-2015
XRP6976 - Docetaxel – GPE-BW-2015-00311

| Mfr. Ctrl. No. Source Age/Sex Indication Country | AE date from Outcome Last dose docetaxel | Regimen Relevant Concomitant medications | Comments |
|---|---|---|---|
| 200914579GDDC HCP 56/F Cancer mammae Denmark | UNK Not recovered 26-NOV-2007 | EC-TH | Pt received EC-TH, with 3 cycles of TH.  She experienced almost total alopecia for 1 year after docetaxel treatment. |
| 200915996US Consumer UNK/F Breast cancer USA | JAN-2005 Recovering UNK | UNK | Pt received 4 treatments of docetaxel. Her hair returned except top of her head, she looked like a bald man. |
| 200916856GDDC Consumer UNK/F UNK United Kingdom | UNK UNK UNK | FEC-T | Pt received docetaxel, and reported "permanently bald". |
| 200917507US HCP 60/F Early stage breast cancer USA | UNK Recovering UNK | TCH Letrozole | Pt completed 6 cycles of TCH regimen on 13-Jul-2008, and one year of trastuzumab on March 2009. In June 2009, she still had evidence of alopecia of the scalp, eyebrows and eyelashes (irreversible alopecia). |
| 200917511US HCP UNK/UNK Early stage breast cancer USA | UNK Recovering UNK | TCH | Pt receiving TCH regimen for early stage breast cancers that have experienced irreversible alopecia. |

Confidential                    Sanofi_01259418

Response to Agency Request                          08-Apr-2015
XRP6976 - Docetaxel – GPE-BW-2015-00311

| Mfr. Ctrl. No.<br>Source<br>Age/Sex<br>Indication<br>Country | AE date from<br>Outcome<br>Last dose docetaxel | Regimen<br>Relevant Concomitant medications | Comments |
|---|---|---|---|
| 200917512US<br>HCP<br>UNK/UNK<br>UNK<br>USA | UNK<br>Recovering<br>UNK | UNK | Pt have experienced irreversible alopecia. |
| 200919200US<br>HCP<br>64/F<br>Early stage breast cancer<br>USA | UNK<br>Not recovered<br>UNK | TAC<br>Anastrozole | Pt completed 6 cycles of TAC regimen and also received anastrozole. She had experienced irreversible alopecia. |
| 200919206US<br>HCP<br>62/F<br>Early stage breast cancer<br>USA | UNK<br>Not recovered<br>APR-2009 | Cyclophosphamide<br>Anastrozole<br>Letrozole | Pt had 5 cycles of docetaxel + cyclopshophamide and received anastrozole and letrozole.  She had experienced irreversible alopecia. |
| 200919604GDDC<br>HCP<br>UNK/F<br>Chemotherapy for breast<br>Denmark | 09-JAN-2009<br>Recovering<br>20-FEB-2008 | TEC<br>Anti-hormonal treatment (NOS) | This 48-50 years old female received TEC between 26-Oct-2007 and 20-Feb-2008. On unknown date she experienced permanent baldness for 1.5 years. |
| 200919915GDDC<br>HCP<br>53/F<br>Breast cancer<br>Denmark | 24-SEP-2007<br>Not recovered<br>07-JAN-2008 | EC-T<br>Tamoxifen | The patient started treatment with EC (3 cycles) on 24-SEP-2007. Docetaxel was started on 26-NOV-2007. She also received Tamoxifen.  She experienced permanent hair loss. |

Confidential                                                                                     Sanofi_01259419

Response to Agency Request   08-Apr-2015
XRP6976 - Docetaxel – GPE-BW-2015-00311

| Mfr. Ctrl. No. Source Age/Sex Indication Country | AE date from Outcome Last dose docetaxel | Regimen Relevant Concomitant medications | Comments |
|---|---|---|---|
| 2009SA000350 HCP 53/F Breast cancer Canada | Feb-2007 Not recovered MAY-2007 | FEC-T | Pt started FEC-T in Feb 2007 and she lost all her hair in Feb-2007. As of 26-OCT-2009 she had ongoing hair loss and only about 1/4 of the hair she had prior to treatments had regrown. |
| 2010SA004972 HCP UNK/UNK UNK USA | UNK Not recovered 18-FEB-2008 | UNK | Pt received 5 cycles of docetaxel.  Initially she reported that her hair had still not grown back on 15-JAN-2009.  As of 30-JUN-2011, alopecia was still ongoing. |
| 2010SA013331 Consumer UNK/F Breast cancer Canada | UNK Not recovered UNK | UNK | From non-scientific journal. Unspecified number of patients experienced permanent hair loss. |
| 2010SA014951 HCP 64/F Breast cancer United Kingdom | UNK Not recovered 19-OCT-2007 | FEC-T | The patient received 4 cycles of EC followed by 4 cycles of T. She experienced permanent alopecia and male type alopecia for 2.5 years. |
| 2010SA014954 HCP 47/F Breast cancer United Kingdom | UNK Not recovered 25-NOV-2008 | FEC-T Tamoxifen | The patient received 4 cycles of FEC followed by 4 cycles of T, and also received tamoxifen.  She experienced irreversible alopecia. |

Property of the Sanofi group - strictly confidential

Confidential   Sanofi_01259420

Response to Agency Request                     08-Apr-2015
XRP6976 - Docetaxel – GPE-BW-2015-00311

| Mfr. Ctrl. No.<br>Source<br>Age/Sex<br>Indication<br>Country | AE date<br>from<br>Outcome<br>Last dose<br>docetaxel | Regimen<br>Relevant<br>Concomitant<br>medications | Comments |
|---|---|---|---|
| 2010SA015961<br>HCP<br>75/F<br>Breast cancer<br>France | 2006<br>Not recovered<br>JUL-2006 | FEC-T<br>Letrozole | Report from registry for Permanent Alopecia (ALOPERS). Pt received 3 cycled of FEC followed by 3 cycles of T. She also received letrozole. She experienced permanent alopecia. |
| 2010SA016176<br>HCP<br>69/F<br>Breast cancer<br>France | 2006<br>Not recovered<br>JUN-2006 | FEC-T<br>Letrozole | Report from registry for Permanent Alopecia (ALOPERS). Pt received 3 cycled of FEC followed by 3 cycles of T. She also had been receiving letrozole. She experienced permanent alopecia. |
| 2010SA016255<br>HCP<br>55/F<br>Breast cancer<br>France | 2007<br>Not recovered<br>AUG-2007 | FEC-T<br>Letrozole | Report from registry for Permanent Alopecia (ALOPERS). Pt received 3 cycled of FEC followed by 3 cycles of T. She also received letrozole. She experienced permanent alopecia. |
| 2010SA016311<br>HCP<br>66/F<br>Breast cancer<br>France | 2005<br>Not recovered<br>SEP-2005 | FEC-T<br>Anastrozole<br>Tamoxifen | Report from registry for Permanent Alopecia (ALOPERS). Pt received 3 cycled of FEC followed by 3 cycles of T. She also received anastrozole and tamoxifen.  She experienced permanent alopecia (type of male baldness). |
| 2010SA016351<br>HCP<br>53/F<br>Breast cancer<br>France | 2005<br>Not recovered<br>SEP-2005 | FEC-T<br>Anastrozole<br>Tamoxifen<br>Levothyroxin | Report from registry for Permanent Alopecia (ALOPERS).  Pt received 3 cycled of FEC followed by 3 cycles of T. She also received anastrozole and then tamoxifen.  She experienced permanent alopecia. |
| 2010SA016358<br>HCP<br>74/F<br>Breast cancer<br>France | 2005<br>Not recovered<br>DEC-2005 | FEC-T<br>Anastrozole<br>Letrozole | Report from registry for Permanent Alopecia (ALOPERS).  Pt received 3 cycled of FEC followed by 3 cycles of T. She also received anastrozole and then letrozole for 2 years.  She experienced permanent alopecia. |

Confidential                                                                                     Sanofi_01259421

Response to Agency Request                    08-Apr-2015
XRP6976 - Docetaxel – GPE-BW-2015-00311

| Mfr. Ctrl. No. Source Age/Sex Indication Country | AE date from Outcome Last dose docetaxel | Regimen Relevant Concomitant medications | Comments |
|---|---|---|---|
| 2010SA016519 HCP 58/F Breast cancer France | 2005 Not recovered JUL-2005 | FEC-T Anastrozole Exemestane | Report from registry for Permanent Alopecia (ALOPERS).  Pt received 3 cycled of FEC followed by 3 cycles of T. She also received anastrozole and then exmestane.  She experienced permanent alopecia. |
| 2010SA017491 HCP 53/F Mamma Carcinoma Netherland | 10-SEP-2009 Not recovered 10-SEP-2009 | UNK | The patient received docetaxel, and experienced permanent alopecia. She did not recovered from her hair loss 5 months after last dose. |
| 2010SA018141 HCP 45/F Breast cancer Germany | MAY-2008 Not recovered 02-MAY-2008 | TAC Lapatinib | PT received TAC and lapatinib. In May-2008 she suffered from irreversible scarred alopecia (diagnosed by dermatological assessment). |
| 2010SA021691 HCP 44/F Breast cancer France | 2006 Not recovered MAR-2006 | FEC-T | Report from registry for Permanent Alopecia (ALOPERS).  Pt received 4 cycled of FEC followed by 2 cycles of T. She experienced permanent alopecia. |
| 2010SA021705 HCP 62/F Breast cancer France | 2008 Not recovered OCT-2008 | FEC-T Letrozole | Report from registry for Permanent Alopecia (ALOPERS).  Pt received 4 cycled of FEC followed by 2 cycles of T. She also received letrozole. She experienced permanent alopecia with a very slow regrowth of lashes, eyebrows, and pubic hairs. |

Confidential                                                                    Sanofi_01259422

Response to Agency Request                                    08-Apr-2015
XRP6976 - Docetaxel – GPE-BW-2015-00311

| Mfr. Ctrl. No. Source Age/Sex Indication Country | AE date from Outcome Last dose docetaxel | Regimen Relevant Concomitant medications | Comments |
|---|---|---|---|
| 2010SA021786 HCP 57/F Breast cancer France | 2005 Not recovered 13-OCT-2005 | FEC-T Exemestan | Report from registry for Permanent Alopecia (ALOPERS).  Pt received 3 cycled of FEC followed by 3 cycles of T. She also received exemestane. She experienced permanent alopecia. She had a hypothermic helmet treatment during chemotherapy. |
| 2010SA021805 HCP 48/F Breast cancer France | 2007 Not recovered DEC-2005 | FEC-T | Report from registry for Permanent Alopecia (ALOPERS).  Pt received 3 cycled of FEC followed by 3 cycles of T. She experienced permanent alopecia. |
| 2010SA021814 HCP 51/F Breast cancer France | 2007 Not recovered SEP-2007 | FEC-T Anaztazole | Report from registry for Permanent Alopecia (ALOPERS).  Pt received 3 cycled of FEC followed by 3 cycles of T. She also received anastrozole. She experienced permanent alopecia. |
| 2010SA029530 HCP 63/F Breast cancer USA | 2009 Not recovered 2008 | UNK | Pt experienced permanent alopecia. 1.5 years after last docetaxel dose. |
| 2010SA033950 HCP UNK/F Breast cancer India | JUN-2008 Recovering UNK | FEC-T | Pt erceived 3 cycles of FEC followed by T.  after 1st cycle FEC she experienced alopecia.  After one year and 9 months, her hair growth is better but is extremely thin. Event was reported as irreversible alopecia. |

Confidential                                                                 Sanofi_01259423

Response to Agency Request                                08-Apr-2015
XRP6976 - Docetaxel – GPE-BW-2015-00311

| Mfr. Ctrl. No. Source Age/Sex Indication Country | AE date from Outcome Last dose docetaxel | Regimen Relevant Concomitant medications | Comments |
|---|---|---|---|
| 2010SA037839 Consumer 61/F Breast cancer USA | MAR-2008 Not recovered MAR-2008 | TAC Trastuzumab | Pt received TAC therapy for eight cycles and then dropped Adriamycin and added trastuzumab for sixteen cycles. She developed hair loss with the first cycle and considered it as permanent because there were very sparse hair on head and eyelashes. |
| 2010SA037846 HCP UNK/UNK UNK USA | UNK Not recovered UNK | UNK | The nurse reported that several patients developed permanent alopecia after receiving docetaxel. |
| 2010SA054321 HCP 52/F Ovarian cancer France | 2002 Recovered with sequelae UNK | Carboplatin | Pt experienced persistent androgenic alopecia while being treated with docetaxel and carboplatin. Immediately after the first course, she experienced hair loss. At the end of Aug-2010, she had dermatological consultation and an irreversible, incapacitating and androgenic alopecia was diagnosed. |
| 2010SA056436 Consumer 62/F Breast cancer USA | UNK Not recovered AUG-2008 | UNK | Pt experienced alopecia after receiving docetaxel (MAY to AUG-2008).  She also received another agent (NOS).  As of 23-MAR-2011, alopecia is still ongoing. |
| 2010SA058914 HCP UNK/F Cancer (NOS) France | UNK Recovered with sequelae UNK | UNK | The patient experienced permanent alopecia after being treated with docetaxel. |

Confidential                                                                Sanofi_01259424

Response to Agency Request                              08-Apr-2015
XRP6976 - Docetaxel – GPE-BW-2015-00311

| Mfr. Ctrl. No. Source Age/Sex Indication Country | AE date from Outcome Last dose docetaxel | Regimen Relevant Concomitant medications | Comments |
|---|---|---|---|
| 2010SA065969 HCP 34/F Chemotherapy Denmark | MAR-2009 Not recovered 20-JAN-2009 | EC-T | The patient received 3 cycles of EC followed by 3 cycles of T as adjuvant therapy.  She experienced permanent hair loss since 01-Mar-2009, i.e. 12 weeks after initiation of docetaxel and 5.5 weeks after its discontinuation. She had large areas on the head with very little hair and bald patches. |
| 2010SA067453 Consumer UNK/F UNK Canada | UNK Not recovered UNK | TAC | The patient experienced permanent hair loss after receiving docetaxel for unknown indication. |
| 2010SA071050 HCP UNK/F UNK Canada | UNK Not recovered UNK | UNK | The patient experienced permanent hair loss after receiving docetaxel for unknown indication. |
| 2011SA000113 Consumer UNK/F Breast cancer USA | UNK Not recovered 2000 | UNK | The patient reported that her hair never came back after receiving docetaxel for breast cancer. |
| 2011SA002555 HCP 73/F Breast cancer Denmark | UNK Not recovered 25-APR-2008 | EC-T | Pt received EC-T for breast cancer. Alopecia started during her treatment. In the following years the hair growth was sparse at different places on the scalp, but there was still full view of the scalp. She had only left with very little and thin hair. |

Confidential                                                                              Sanofi_01259425

Response to Agency Request                    08-Apr-2015
XRP6976 - Docetaxel – GPE-BW-2015-00311

| Mfr. Ctrl. No.<br>Source<br>Age/Sex<br>Indication<br>Country | AE date<br>from<br>Outcome<br>Last dose<br>docetaxel | Regimen<br>Relevant<br>Concomitant<br>medications | Comments |
|---|---|---|---|
| 2011SA019469<br>HCP<br>38/F<br>Adjuvant chemotherapy for breast cancer<br>South Africa | AUG-2008<br>Not recovered<br>27-AUG-2008 | FEC-T | Pt received FEC followed by T (27-AUG-2008 to 27-OCT-2008). She lost all her hair while on docetaxel therapy. As of 20-MAR-2012, she has not<br>experienced any meaningful hair regrowth over the past 40 months since completing therapy. |
| 2011SA025822<br>HCP<br>54/F<br>Breast cancer<br>Germany | 18-MAR-2010<br>Recovered with sequelae<br>UNK | Cyclopshophamide | Investigator sponsored study report.  Pt<br>received chemotherapy with docetaxel in combination with cyclophosphamide at an unspecified date<br>for breast cancer. On 18-Mar-2010 she developed irreversible alopecia areata. |
| 2011SA031001<br>HCP<br>72/F<br>Breast cancer<br>Ireland | 20-NOV-2008<br>Not recovered<br>OCT-2008 | Cyclophosphamide<br>Anastrozole | The patient received 4 cycles of docetaxel and cyclophosphamide for breast cancer followed by asnatrozole.  She experienced permanent alopecia with a loss of hair on the scalp, eyebrows, eyelashes and body. |
| 2011SA037855<br>HCP<br>47/F<br>Breast cancer<br>Canada | MAR-2010<br>Not recovered<br>15-MAR-2010 | TAC-T | The patient received 4 cycles of TAC followed by additional 4 cycles of T.  She experienced permanent hair loss on her head, brows, lashes, and pubic area. She had only very little hair grown back on the plaque-like areas of the head. |
| 2011SA039358<br>Consumer<br>UNK/F<br>UNK<br>USA | UNK<br>UNK<br>UNK | UNK | The patient stated that many female consumers on therapy with docetaxel (Taxotere) had been left permanently bald. |

Confidential                    Sanofi_01259426

Response to Agency Request          08-Apr-2015
XRP6976 - Docetaxel – GPE-BW-2015-00311

| Mfr. Ctrl. No. Source Age/Sex Indication Country | AE date from Outcome Last dose docetaxel | Regimen Relevant Concomitant medications | Comments |
|---|---|---|---|
| 2011SA044846 HCP 40/F Breast cancer Switzerland | UNK Not recovered 01-DEC-2010 | FEC-T | The patient received 3 cycles of FEC followed by 3 cycles of T.  She experienced total hair loss which remains still not reversible. |
| 2011SA053122 HCP 54/F Breast adenocarcinoma France | 2005 Not recovered 01-SEP-2005 | FEC-T | Pt received FEC followed by T (30-JUN-2005 to 01-SEP-2005), and experienced alopecia in 2005.   As of 20-JUN-2011, alopecia was persistent. |
| 2011SA063162 HCP UNK/UNK Breast cancer USA | UNK Not recovered UNK | UNK | Literature reported biopsy results of patients with permanent alopecia after receiving docetaxel. |
| 2011SA064882 HCP UNK/UNK Breast cancer USA | UNK Not recovered UNK | UNK | Literature reported biopsy results of patients with permanent alopecia after receiving docetaxel. |
| 2011SA064883 HCP UNK/UNK Breast cancer USA | UNK Not recovered UNK | UNK | Literature reported biopsy results of patients with permanent alopecia after receiving docetaxel. |

Confidential          Sanofi_01259427

Response to Agency Request                    08-Apr-2015
XRP6976 - Docetaxel – GPE-BW-2015-00311

| Mfr. Ctrl. No. Source Age/Sex Indication Country | AE date from Outcome Last dose docetaxel | Regimen Relevant Concomitant medications | Comments |
|---|---|---|---|
| 2011SA064884 HCP UNK/UNK Breast cancer USA | UNK Not recovered UNK | UNK | Literature reported biopsy results of patients with permanent alopecia after receiving docetaxel. |
| 2011SA064885 HCP UNK/UNK Breast cancer USA | UNK Not recovered UNK | UNK | Literature reported biopsy results of patients with permanent alopecia after receiving docetaxel. |
| 2011SA064886 HCP UNK/UNK Breast cancer USA | UNK Not recovered UNK | UNK | Literature reported biopsy results of patients with permanent alopecia after receiving docetaxel. |
| 2012SA021642 Consumer 61/F Breast cancer USA | JUN-2011 Not recovered 01-OCT-2011 | TAC | The patient experienced permanent hair loss after receiving 2nd cycle of TAC.  She received total 6 cycles until 01-OCT-2011.  The event permanent hair loss was ongoing at the time of report on 02-May-2012. |
| 2012SA045539 HCP 50/F Breast cancer France | UNK UNK UNK | FEC-T Letrozole | Literature report. Pt presented with acute reversible hair loss after receiving FEC-T. She had poor, fine hair and low eyebrow density. Two years after the completion of therapy with docetaxel, dermatological examination revealed that the hair loss was persistent and it was diffuse or mainly affected the vertex. The sparse hair was unusually fine. The partial alopecia also affected the eyelashes, eyebrows and other body hair. |

Confidential                    Sanofi_01259428

Response to Agency Request                    08-Apr-2015
XRP6976 - Docetaxel – GPE-BW-2015-00311

| Mfr. Ctrl. No. Source Age/Sex Indication Country | AE date from Outcome Last dose docetaxel | Regimen Relevant Concomitant medications | Comments |
|---|---|---|---|
| 2012SA045540 HCP 45/F Breast cancer France | UNK Recovering UNK | FEC-T Trastuzumab | Literature report. Pt presented with acute reversible hair loss after receiving FEC-T. She had poor, fine hair and low eyebrow density. Two years after the completion of therapy with docetaxel, dermatological examination revealed that the hair loss was persistent and it was diffuse or mainly affected the vertex. The sparse hair was unusually fine. The partial alopecia also affected the eyelashes, eyebrows and other body hair. |
| 2012SA069306 HCP UNK/F UNK USA | UNK Not recovered 11-FEB-2011 | UNK | The patient experienced permanent hair loss with male pattern after receiving docetaxel for unknown indication. |
| 2012SA073436 HCP 40/F Breast cancer as adjuvant therapy Belgium | JUN-2011 Not recovered 16-AUG-2011 | FEC-T | Pt received 4 cycles of FEC followed by T (docetaxel started on 14JUN2011).  Since mid-June she experienced irreversible alopecia. |
| 2012SA086983 HCP UNK/F UNK Belgium | UNK Not recovered UNK | EC-T | The patient received EC followed by 4 cycles of T. She also received letrozole.  Unknown date she experienced permanent alopecia. |
| 2013SA072420 HCP 53/F Hormone sensitive breast cancer Hungary | UNK Not recovered 21-JUN-2010 | TEC | Pt received 6 cycles of TEC.  On an unknown date during the therapy, she lost her hair, and it had not grown back normally till the time of report (permanent alopecia) for 3 years. |

Confidential                    Sanofi_01259429

Response to Agency Request                          08-Apr-2015
XRP6976 - Docetaxel – GPE-BW-2015-00311

| Mfr. Ctrl. No. Source Age/Sex Indication Country | AE date from Outcome Last dose docetaxel | Regimen Relevant Concomitant medications | Comments |
|---|---|---|---|
| 2013SA085343 HCP 49/F Breast cancer United Kingdom | 01-APR-2012 Not recovered 16-MAY-2012 | UNK | After a latency of 18 days, on 01-Apr-2012 the patient experienced irreversible alopecia. |
| 2014SA022488 Consumer 34/F Breast cancer USA | UNK Not recovered 11-NOV-2013 | TCH Tamoxifen | Pt received 6 cycles of TCH.  She experienced permanent alopecia after receiving docetaxel. Her last dose was more than 7 months ago and she was still bald. |
| 2014SA043886 HCP UNK/F UNK France | UNK UNK UNK | UNK | Pt experienced permanent hair loss after receiving docetaxel for unknown indication. |
| 2014SA076106 HCP UNK/F Breast cancer France | UNK Not recovered UNK | FECT | Literature reported 26 out of 79 patients experienced alopecia lasting more than 6 months (permanent alopecia) after receiving FECT combination therapy. |
| 2014SA113239 Consumer 28/F UNK Canada | 01-JAN-2006 Not recovered UNK | UNK | Pt experienced permanent alopecia after receiving docetaxel, approximately 8 years ago. |
| 2014SA117949 Consumer 52/F Chemotherapy Unite Kingdom | 06-MAY-2012 Not recovered 17-AUG-2014 | UNK | Pt experienced permanent hair loss one day after receiving docetaxel. |

Property of the Sanofi group - strictly confidential

Confidential                          Sanofi_01259430

Response to Agency Request                          08-Apr-2015
XRP6976 - Docetaxel – GPE-BW-2015-00311

| Mfr. Ctrl. No.  Source  Age/Sex  Indication  Country | AE date from  Outcome  Last dose docetaxel | Regimen  Relevant Concomitant medications | Comments |
|---|---|---|---|
| 2014SA173462  HCP  50/F  Breast cancer  Unite Kingdom | UNK  UNK  UNK | UNK | Pt had developed permanent hair lost, an unknown duration after starting treatment with docetaxel (Taxotere). |
| 2015SA022330  Consumer  UNK/F  Chemotherapy  USA | UNK  UNK  UNK | UNK | Pt had taken 10 different chemo drugs over the past 7 years. She reported that she developed permanent alopecia from Taxotere. |

## Summary

Total of 2118 cases reported alopecia.  Among these cases, 89 cases reported "permanent alopecia".  Most cases reported female patients with breast cancer.  Majority of these patients were treated with combination treatments.

## Conclusions

It was concluded that alopecia occurs very commonly.  Permanent alopecia is mostly reported in the female patients with breast cancer.   The available evidence does not show that permanent alopecia is caused by docetaxel alone.

Treatments (combination regimens):

FEC-T: fluorouracil + epirubicin + cyclophosphamide followed by docetaxel

TAC: docetaxel + doxorubicin + cyclophosphamide

AC-T: doxorubicin+ cyclophosphamide followed by docetaxel

TCH: docetaxel + carboplatin+trastuzumab

EC-T: epirubicin + cyclophosphamide followed by docetaxel

FEC-TH: fluorouracil + epirubicin + cyclophosphamide followed by docetaxel + trastuzumab

TEC: docetaxel + epirubicin + cyclophosphamide

Confidential                          Sanofi_01259431

Response to Agency Request                    08-Apr-2015
XRP6976 - Docetaxel – GPE-BW-2015-00311

**Additional information:**
  ➢  Reference safety information

Alopecia is listed among most commonly reported adverse reactions in the docetaxel CCDS v29
(12-NOV-2014), and USPI (NOV-2014).


  ➢  Clinical experience with docetaxel

GEICAM 9806 study was a randomized phase III trial comparing docetaxel in combination with
doxorubicin and cyclophosphamide (TAC) versus 5-fluorouracil in combination with doxorubicin
and cyclophosphamide (FAC) as adjuvant treatment of high risk operable breast cancer patients
with negative axillary lymph nodes conducted in Spain.  From longtime follow-up (medial follow-
up time of 10 years 5 months) result from this study, in the TAC arm, the most common adverse
event persistent to follow-up period was alopecia (49 patients, 9.2%).  Also alopecia associated to
study drugs started or worsening during follow-up period was reported in 47 patients (7.9%).

Confidential                                                                    Sanofi_01259432

BegDoc: Sanofi_01259408
EndDoc: Sanofi_01259432
BegAttach: Sanofi_01259407
EndAttach: Sanofi_01259432
PageCount: 25
Custodian: Hangai, Nanae
All Custodians: Hangai, Nanae
Date Created: 04/08/2015
Date Last Modified: 04/08/2015
DocType: Document
Original FilePath: \Email\Exchange\HangaiNanae_NM54300_Exchange.pst\Top of Perso-
        nal Folders\Recovered_Group3\Empty message with one attachment do-
        ceta~1.pdf (262981 bytes)\docetaxel-health+authority-response-alo-
        pecia-report.pdf
FileName: docetaxel-health+authority-response-alopecia-report.pdf
FileExt: pdf
MD5 Hash: 3b205569121ff0713a81e021c1abdb04
File Size: 259379
EMAIL Folder Path:
From:
To:
Subject:
Date Sent:
Date Received:
CC:
BCC:
Confidentiality: Confidential
Redacted:
Embedded: False
Conversation Index Value: