# EXHIBIT 52

| | |
|---|---|
| **From:** | Bassi, Kimberly R&D/US |
| **Sent:** | Friday, March 26, 2010 2:45 PM |
| **To:** | |
| **Subject:** | FW: Tax316-Missing 10-YR FUP information - Uruguay. |
| **Sensitivity:** | Confidential |

Here is the information.

He left his hospital on bad terms in July 2000.

He was covered he thought for a while, but then there were legal proceedings that went back and forth and he truly wasn't covered and no other EC could cover him.

It wasn't brought to my attention until late 2006 spent a good year trying to find him an EC and discussing with GCP QA, etc.

Subsequently he was closed (2008) at the convenience of the site/CRU.

Attached are meeting minutes from our discussion on how to handle.   Please retain in your confidences.
We were not able to transfer the patients, nor could we find a another EC.

Kimberly A. Bassi, BS
Sanofi-aventis, U.S.
Senior Manager
International Clinical Trial Management/Oncology



---

**From:**
**Sent:** Thursday, March 18, 2010 3:15 PM
**To:** Bassi, Kimberly R&D/US
**Subject:** RE: Tax316-Missing 10-YR FUP information - Uruguay.

Dear Kim

This was in July 2000, when he left Hospital Policial

Kind regards





1

**De:** Bassi, Kimberly R&D/US
**Enviado el:** jueves, 18 de marzo de 2010 16:07
**Para:**
**Asunto:** RE: Tax316-Missing 10-YR FUP information - Uruguay.

Dear         and         :

Can you confirm the actual date that Dr. Garbino did not have the EC covering him?

Kimberly A. Bassi, BS
Sanofi-aventis, U.S.
Senior Manager
International Clinical Trial Management/Oncology

---

**From:**
**Sent:** Monday, April 13, 2009 1:01 PM
**To:** Bassi, Kimberly R&D/US;
**Subject:** RE: Tax316-Missing 10-YR FUP information - Uruguay.

Dear Kim,

Site closure visit on April 15th 2008.

Kind regards

---

**De:** Bassi, Kimberly R&D/US
**Enviado el:** viernes, 10 de abril de 2009 13:23
**Para:**
**CC:**
**Asunto:** FW: Tax316-Missing 10-YR FUP information - Uruguay.

Dear         and         :

Can you confirm the date of the closure for Garbino. We will use this as info for the missing 10 year data. Thanks, Kim

Kimberly A. Bassi, BS
Sanofi-aventis

2

Confidential                                                                                          Sanofi_03930090

Senior Manager
International Clinical Trial Management



**From:**
**Sent:** Tuesday, April 07, 2009 4:42 AM
**To:** Bassi, Kimberly R&D/US
**Subject:** Tax316-Missing 10-YR FUP information

Dear Kim,

Please find attached the last updated tracking of information still outstanding regarding the dates of the 10-year FUP visits.

Don't hesitate to contact me if you need further information.
Kind regards,
Agathe

**Agathe GARCIA**
**Study Manager**
**CIRG, division of TRIO**

3