# EXHIBIT 53

Kimberly A. Bassi

```
1      IN THE UNITED STATES DISTRICT COURT
2    FOR THE EASTERN DISTRICT OF LOUISIANA
3                      - - -
4
     IN RE:  TAXOTERE         :   MDL NO. 2740
5    (DOCETAXEL) PRODUCTS     :   SECTION: "N"
     LIABILITY LITIGATION     :   (5)
6                             :   JUDGE
     THIS DOCUMENT RELATES    :   ENGELHARDT
7    TO:                      :   MAG. JUDGE
                              :   NORTH
8    ALL CASES                :
9                      - - -
10              August 10, 2018
11                     - - -
12
13              Videotaped deposition of
     KIMBERLY A. BASSI, taken pursuant to
14   notice, was held at the law offices of
     DLA Piper, 51 John F. Kennedy Parkway,
15   Short Hills, New Jersey, beginning at
     9:03 a.m., on the above date, before
16   Michelle L. Gray, a Registered
     Professional Reporter, Certified
17   Shorthand Reporter, Certified Realtime
     Reporter, and Notary Public.
18
19                     - - -
20
           GOLKOW LITIGATION SERVICES
21      877.370.3377 ph| 917.591.5672
                deps@golkow.com
22
23
24
```

1              identification as Exhibit
2         Bassi-20.)
3    BY MR. MICELI:
4         Q.    I'll show you what's been
5    marked Exhibit 20 to your deposition.  Do
6    you recognize this e-mail, series of
7    e-mails?
8         A.    Let me review.  Okay.
9         Q.    This is a little bit
10   different from the way we handled the
11   other e-mail strings we've seen.  On Page
12   1 of this e-mail is an e-mail from you to
13   Sandrine Micallef.
14        A.    Micallef.
15        Q.    Micallef. And she's a
16   French biostatistician, correct?
17        A.    Correct.
18        Q.    And you're e-mailing her on
19   March 26th, 2010.  Right?
20        A.    Yes.
21        Q.    Okay.  And there's March 18,
22   2010, e-mail from a Clarisa Biglieri?
23        A.    Correct.
24        Q.    Okay.  And where is she

1  from, is that Argentina?
2       A.   Correct.
3       Q.   All right.  And then let's
4  go flip to the back, because the Pages 3
5  and 2, moving forward, there's a series
6  of e-mails from April of 2009.  And the
7  first one is from Agathe Garcia, who's
8  with, appears to be CIRG, which is
9  cancer -- is it research group?  It's
10 BCIRG, but it's -- just dropped the B,
11 right?
12      A.   Correct.
13      Q.   Okay.  To you, and the title
14 is, the subject is "TAX316 missing
15 ten-year follow-up information," right?
16      A.   Correct.
17      Q.   And she is forwarding to you
18 a -- it says, "Please find attached the
19 last updated tracking of information
20 still outstanding regarding the dates of
21 the ten-year follow-up visits," right?
22      A.   Correct.
23      Q.   Okay.  Now, we've already
24 spoken about one in the Slovak Republic

1   that you were chasing down.  And now this
2   is one in Uruguay, right?
3               MR. McRAE:  Object to the
4       form.
5               THE WITNESS:  This looks
6       like -- this doesn't look like
7       missing data.  This looks like we
8       have data, but we don't have a
9       covering IRB.
10  BY MR. MICELI:
11      Q.   Okay.  Well, let's go to the
12  next page where it's talking about -- at
13  the bottom, it says, "Can you confirm the
14  date of the closure for Garbino?"
15  Garbino is Dr. Garbino; is that right?
16      A.   Correct.
17      Q.   Okay.  "We will use this as
18  info for the missing ten-year data,"
19  correct?
20      A.   Correct.
21      Q.   That's what you're writing
22  in April of 2009, you are going to use
23  something in place of, or as info for the
24  missing ten-year data, right?

1              MR. McRAE:  Object to the
2        form.
3              THE WITNESS:  So, in the CSR
4        reporting, we have the opportunity
5        to write narratives or information
6        regarding certain situations that
7        happened during the conduct of the
8        study.  So something like this,
9        there probably would likely be a
10       notation in the CSR defining why
11       the data is missing.
12  BY MR. MICELI:
13       Q.   Now, again, I'm going to ask
14  you because we've been through this with
15  me already.  Now, are you saying that's
16  what happened, or that can happen and you
17  don't know whether it's in the CSR for
18  TAX316?
19             MR. McRAE:  Object to the
20       form.
21             THE WITNESS:  I don't know.
22  BY MR. MICELI:
23       Q.   Okay.  So it's something
24  that could be included in the CSR.  We

1  don't know as we are reading this today,
2  right?
3        A.   Correct.
4        Q.   Did you look at this e-mail
5  in preparation for today?
6        A.   No.
7        Q.   Okay.  Going up the page,
8  Clarisa Biglieri on April 13th of '09
9  informs you that Dr. Garbino's site
10 closed on April 15, 2008, right?
11       A.   Yes.
12       Q.   Okay.  And then it says, the
13 next one from you says -- e-mail from you
14 on March 18, 2010, which is now beyond
15 the mid-February database lock date,
16 right?
17       A.   Correct.
18       Q.   Okay.  You say, "Dear
19 Clarisa and Ingrid, can you confirm the
20 actual date that Dr. Garbino did not have
21 the EC covering him?"  Right?
22       A.   Correct.
23       Q.   What is an EC?
24       A.   It's the IRB EC,

Kimberly A. Bassi

1   institutional review board ethics
2   committee.
3         Q.   Oh, okay.  IRB EC.  Okay.
4   And you're -- and you're trying to find
5   out about this Dr. Garbino, when he was
6   not under an institutional review board
7   ethics committee, which means he's not
8   approved to practice under -- in the
9   hospital, right?
10              MR. McRAE:  Object to the
11        form.
12              THE WITNESS:  Correct.
13  BY MR. MICELI:
14        Q.   Okay.  If you're not
15  approved by an ethics committee, you're
16  not going to be in the hospital, and
17  you're not going to be doing the Sanofi
18  trial, are you?
19        A.   Can you repeat the question?
20        Q.   Let me strike that one.
21              If we go to the next one,
22  and it says -- Clarisa Biglieri writes
23  back to you and says, "This was July 2000
24  when he left Hospital Policial"?  Is that

Kimberly A. Bassi

1   how you say that?
2         A.    I guess so.
3         Q.    Okay.  So one month after
4   you started Sanofi, this doctor who is a
5   study investigator leaves his hospital,
6   is not under an institutional review
7   board ethics committee for approval to
8   practice in a hospital, and you're asking
9   questions about him in 2009, right?
10              MR. McRAE:  Object to the
11        form.
12              THE WITNESS:  Correct.
13  BY MR. MICELI:
14        Q.    Those are all accurate
15  statements, correct?
16        A.    Correct.
17        Q.    Okay.  Now, what was it that
18  happened between July of 2000 and March
19  of 2009 that allowed you to not know
20  anything about what Dr. Garbino was
21  actually not doing rather than doing?
22              MR. McRAE:  Object to the
23        form.
24              THE WITNESS:  Can you repeat

Kimberly A. Bassi

1        the question?
2   BY MR. MICELI:
3        Q.   Sure.  What was it that
4   happened between July 2000 and March of
5   2009 that allowed you, as the clinical
6   trial manager and trial leader, to not
7   know what Dr. Garbino was up to?  He had
8   been out of the hospital for nine years
9   when you wrote your e-mail, right?
10            MR. McRAE:  Object to the
11       form.
12            THE WITNESS:  Correct.
13  BY MR. MICELI:
14       Q.   And you didn't have any
15  knowledge of that until 2009 when you're
16  corresponding with Clarisa Biglieri?
17       A.   So actually further in the
18  e-mail, it was brought to my attention in
19  2006 from the country.
20       Q.   Okay.
21       A.   I think they were trying to
22  resolve it locally, and then they
23  escalated.
24       Q.   That's right.  Because here

```
1    it says that it was brought to your
2    attention in 2006, and you spent a good
3    year trying to get him an ethics
4    committee and discussing with good -- is
5    that GCP, good clinical practices, and
6    QA, quality assurance?
7         A.    Correct.
8         Q.    You were trying to get this
9    gentleman who had been out of his
10   hospital and not able to get under an
11   ethics committee institutional review
12   board in some place to continue to be a
13   study investigator for Sanofi, right?
14              MR. McRAE:  Object to the
15         form.
16              THE WITNESS:  Correct.
17   BY MR. MICELI:
18         Q.    Okay.  Why were you doing
19   that?
20         A.    There was probably patients
21   that were being treated, and if he is not
22   an approved site, we would have to censor
23   the data and keep it out of the study
24   report.
```

Kimberly A. Bassi

1          Q.    So a doctor that can't get
2    under an ethics committee's umbrella,
3    you're trying to help find a place where
4    he can land so he can keep treating
5    patients in Sanofi's study.  That's what
6    you're telling us?
7                MR. McRAE:  Object to the
8          form.
9                THE WITNESS:  I think that
10         was the intention.
11   BY MR. MICELI:
12         Q.    Okay.  I'm going to show you
13   this one briefly.  No, I'm not either.
14   That's all right.
15               (Document marked for
16         identification as Exhibit
17         Bassi-21.)
18   BY MR. MICELI:
19         Q.    I'll show you what we've
20   marked as Exhibit 21 to your deposition.
21   The only thing that I want to address
22   here -- this is April of 2010, right?
23   This e-mail?
24         A.    April of 2010.