# EXHIBIT 54

| | |
|---|---|
| **From:** | Chuck Hayward |
| **Sent:** | Wednesday, April 03, 2002 2:10 PM |
| **To:** | Bassi, Kimberly PH/US |
| **Subject:** | Re: FW: Seidler center: batch 2 of patient 11009 |

Kim,

I think we should still attempt to retrieve as much clean data as possible.
Eventhough the sites complain they did contract to supply the data. And the more clean data Aventis has the better report Aventis can generate. What the sites are upset about is that for so long there was no activity with this study then all of a sudden everything is needed yesterday. If we send the sites any more IRFs lets give them at 2 days to respond instead of answering them that day.
Some of the centers are going to complain no matter what but some have been very accomadating and maybe we could acknowledge their effort in some way. Just an idea. Please give me a call and we can discuss in more detail.

Best Regards,

Chuck

wrote:

> What is your honest opinion about this question.
>
> > -----Original Message-----
> > From:
> > Sent: Tuesday, April 02, 2002 6:01 PM
> > To: Bassi, Kimberly PH/US
> > Cc:
> Haregewoin, Abebe PH/US;
> > Subject:   RE: Seidler center: batch 2 of patient 11009
> > Importance: High
> >
> > Dear Kim, does that mean that we should not send you additional
> > batch 2
> IRFs and only deal with information already collected? Please give me
> know your answer by tomorrow in order for us not to lose any more time
> writing batch 2 iRFs for US patients.
> > Many tyhanks.
> >
> > Kind regards,
> >
> >
> > -----Message d'origine-----
> > De : Bassi, Kimberly PH/US
> > Envoyé :    mardi 2 avril 2002 23:01
> > À :
> > Cc :
> > Objet :   RE: Seidler center: batch 2 of patient 11009



1

Confidential

Sanofi_04168367

```
>>
>>I forwarded this IRF to the study center via PPD.
>>We are reaching the point of dimished returns.  Perhaps the sites
>>are just
>complaining, but from the feedback I received several study centers
>have refused to answer anything further.
>>
>>For example:  Dr. Charles Vogel's study center refuses not only to
>>not
>answer TAX 313, but also TAX 307 and TAX 316.
>>        Dr. Dugan and his staff had a meeting during the
>>visit to
>discuss at which point they won't address anymore.
>>
>>Two (2) study centers yelled at me over the phone on Friday (29
>>March
>2002).
>>
>>We are at the point where we have done everything we can do,
>email/phone/fax and visits.
>>Do you have any other suggestions?
>>
>>      -----Original Message-----
>>      From:
>>      Sent:   Tuesday, April 02, 2002 3:47 PM
>>      To:     Bassi, Kimberly PH/US
>>      Cc:
>>      Subject:        Seidler center: batch 2 of patient 11009
>>      Importance:     High
>>
>>       << File: IRF-11009.DOC >>
>>      Dear Kim,
>>
>>      Please find attached the IRFs of patient 11009 randomized at
>>Dr
>Seidler center.
>>      Could you please manage to get answers to these IRFs today (
>>April,
>2nd) and fax them to me.
>>
>>
>>      many thanks
>>
>>
>>      Clinical research associate
>>      Study RP 56976-V313
>>
>>
>>
>>
```

Confidential                                                      Sanofi_04168368