# EXHIBIT 57

John A. Glaspy, M.D., M.P.H.

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3

 4   IN RE:  TAXOTERE (DOCETAXEL)    )
     PRODUCTS LIABILITY LITIGATION   )
 5                                   )   MDL No. 2740
                                     )   SECTION: "H"
 6                                   )   Judge Milazzo
     This Document Relates To:       )   Mag. Judge North
 7   ALL CASES                       )
     _____)
 8

 9

10

11            VIDEOTAPED DEPOSITION OF

12         JOHN A. GLASPY, M.D., M.P.H.

13

14

15          Friday, January 18, 2019

16           10:06 A.M. TO 4:19 P.M.

17

18          Los Angeles, California

19

20

21

22

23          Golkow Litigation Services

24

25
```

John A. Glaspy, M.D., M.P.H.

 1   AC Taxol.  Right?
 2       A.   Yes.  Yeah.  I'll -- except in the Slaymon
 3   trial, where ACT was Taxotere.  The T was Taxotere.
 4            We already knew by then from -- or we know
 5   that Taxol and Taxotere both work to make the
 6   chemotherapy regimen more effective after AC.
 7            And as long as, if you use the Taxotere,
 8   you give it every three weeks; and if you use the
 9   Taxol, you give it more often than that, you give it
10   weekly, or every two weeks, then they will both
11   produce similar impacts on the survival.
12            We don't know if they're saving the same
13   patients.  But the outcomes, the cure rates, the
14   relapse risks, are the same.
15            But if you don't -- if you use the Taxol
16   every three weeks, it's inferior.  So you have to
17   give the Taxol more often.
18       Q.   Now I'm going to ask your experience with
19   what I sometimes call cooling caps, or cold caps.
20            When did you first utilize cooling caps or
21   cold caps for -- to prevent hair loss in
22   chemotherapy and early stage breast cancer?
23       A.   As soon as the modern ones became
24   available.  There was a cold cap craze back in the
25   '80s and they didn't work.  And they didn't work