# **EXHIBIT 58**

**Taxotere Rule 26 Report**

By: Linda D Bosserman, MD, FACP, FASCO
    Medical Oncologist and Breast Cancer Specialist
    City of Hope Medical Group
    4900 Rivergrade Road Suite 120, Office 1125
    Irwindale, CA 91706,

**Biography**

My name is Linda Bosserman, MD, FACP, FASCO, and I am an Assistant Clinical Professor, medical oncologist and value-based care leader at City of Hope. In addition to having served on the American Society of Clinical Oncology (ASCO) Board of Directors, the Pathways Task Force and the Guidelines Implementation Group, I currently serve on the Clinical Practice Committee, the Practice Guidelines Implementation Network and the Pathways Task Force. I have been an ASCO member since 1990 and have served on the Public Issues Committee, Quality Care Symposium and Oncology Practice Conference Planning Committees, and I served as the chair of the 2019 Oncology Practice Conference.

I have served as Chief Quality Officer and Chief Medical Officer for the Cancer Clinics of Excellence; Secretary and Board of Directors member of the Community Oncology Alliance; Chair of the Cancer Committee for the San Antonio Community Hospital; Director of the Psycho-Social Oncology, and Comprehensive Breast Programs; then as Associate and Medical Director of the Robert and Beverly Lewis Family Cancer Care Center in Pomona, California. I served on the Board of Directors for the California American Cancer Society and chaired their state-wide Breast Cancer Committee. I participated in the White House Physician Forum on Health Reform in 2009 and in many clinical research trials, primarily for breast cancer.

I received my undergraduate degree in biochemistry with highest honors from the University of California, Berkeley, and my medical degree from Stanford University. I performed

1

**History of Scalp Cooling to prevent Chemotherapy Hair Loss**
Since the 1970s, scalp cooling has been used to prevent temporary chemotherapy-induced alopecia.[26] Several cooling systems were devised such as ice and fluid cooling turbans[27], cold air hoods[28], and cryogel caps[29]. Gel caps, as depicted below, generally replaced other cooling methods due to relative ease of use.[30]



[31]

*Studies by 2005*

By 2005, scalp cooling had become recognized as "an increasingly effective method to prevent chemotherapy-induced hair loss."[32] According to Grevelman and Breed's meta-analysis published in Annals of Oncology in 2005, six of seven randomized studies demonstrated a significant advantage when scalp cooling was used in the prevention of temporary alopecia.[33] In

---

[26] J.T. Luce et al., *Prevention of Alopecia by Scalp Cooling of Patients Receiving Adriamycin*, 57(1) CANCER CHEMOTHERAPY REPORTS 108 (1973).
[27] A.R. Timothy et al., *Influence of Scalp Hypothermia on Doxorubicin Related Alopecia*, 80(1) LANCET 663 (1980); R. Guy et al., *Scalp Cooling by Thermocirculator*, 24 LANCET 937 (1982).
[28] Luce et al.; R.P. Symonds et al., *Adriamycin Alopecia Prevented by Cold Air Scalp Cooling*, 9(5) AM. J. CLIN. ONCOL. 454 (1986); Lynn Adams et al., *The Prevention of Hair Loss from Chemotherapy by the Use of Cold-Air Scalp-Cooling*, 1(5) EUROPEAN J. CANCER CARE 16 (1992).
[29] Justine E. Anderson et al., *Prevention of Doxorubicin-Induced Alopecia by Scalp Cooling in Patients with Advanced Breast Cancer*, 282 BRITISH MED. JOURNAL 423 (1981); L. Vendelbo Johansen, *Scalp Hypothermia in the Prevention of Chemotherapy-Induced Alopecia*, 24(2) ACTA RADIOLOGICA: ONCOLOGY 113 (1985).
[30] D. Batchelor, RN, MSN, *Hair and Cancer Chemotherapy: Consequences and Nursing Care – A Literature Study*, 10 EUROPEAN J. CANCER CARE 147, 153-54 (2001).
[31] Johansen at 114 (Figures 1-3).
[32] E.G. Grevelman & W.P.M. Breed, *Prevention of Chemotherapy-Induced Hair Loss by Scalp Cooling*, 16 ANNALS OF ONCOLOGY 352, 357 (2005).
[33] *Id.* at 352.

4) Given Ms. Thibodeaux's tumor type and staging, and the lack of lymph node involvement, Ms. Thibodeaux's potential benefit from adjuvant chemotherapy was minimal. It is my opinion that Ms. Thibodeaux did not need a Taxotere containing regimen with a negligible benefit over a non-Taxotere containing regimen as set out herein. Taxotere offered no appreciable benefit over other non-Taxotere or non-Taxane containing regimens.

5) That Sanofi failed to timely and accurately warn physicians of the risk of PCIA associated with the use Taxotere, alone or in regimens, for the use in the adjuvant setting in early stage breast cancer.

6) All other opinions as expressed in the body of my report.

Date: October 21, 2019        *Linda D Bosserman, MD, FAACP, FASCO*
                              Linda D Bosserman, MD, FACP, FASCO