# EXHIBIT 59

**Excerpts of the Deposition of Emanuel Palatinsky**

**August 9, 2018**

**The parties are currently meeting and conferring regarding this document.**

```
 1                UNITED STATES DISTRICT COURT

 2                EASTERN DISTRICT OF LOUISIANA

 3

 4

 5    *******************************

 6    IN RE:  TAXOTERE (DOCETAXEL)      MDL NO. 2740

 7    PRODUCTS LIABILITY LITIGATION     SECTION H

 8    THIS DOCUMENT RELATES TO:         JUDGE MILAZZO

 9    ALL CASES                         MAG. JUDGE NORTH

10    *******************************

11

12

13              VIDEOTAPED DEPOSITION OF:

14                EMANUEL PALATINSKY, M.D.

15                   ROPES & GRAY LLP

16                   Prudential Tower

17                  800 Boylston Street

18                 Boston, Massachusetts

19           August 9, 2018        8:52 a.m.

20

21

22

23               Darlene M. Coppola

24             Registered Merit Reporter

25            Certified Realtime Reporter
```

Emanuel Palatinsky, M.D.

1        permanent hair loss and you -- because time

2        has passed, you were unable to definitively

3        provide a timetable, correct?

4              A.   Yes, I cannot recall.

5              Q.   What we -- what we do know is that at

6        least by Friday, January 26, 2007, Sanofi did

7        have an expectation that some of its users

8        would experience permanent hair loss,

9        correct?

10                      MR. RATLIFF:  Object to form.

11             A.   There was knowledge that reports -- or

12       at least a single report was known to have

13       been received.

14       BY MR. BACHUS:

15             Q.   But in terms of answering that

16       question of when in time did Sanofi begin

17       expecting that some of the users of its

18       product would experience permanent hair loss,

19       this document from January of 2007 let us know

20       that by that time, permanent hair loss is on

21       the radar as a potential adverse event because

22       it's included in this list of side effects

23       that we know about at present, correct?

24                      MR. RATLIFF:  Object to form.

25             A.   The document tells me that at that

Emanuel Palatinsky, M.D.

```
 1      time, we knew of at least one report of
 2      permanent hair loss.
 3      BY MR. BACHUS:
 4           Q.   And here, at least, when you were
 5      making a determination as to what was the best
 6      warning of that potential side effect, you, as
 7      the global safety officer, in this document
 8      made the decision to delete the word "hair
 9      loss" and leave in "permanent hair loss,"
10      correct?
11           A.   Yes, I did.
12           Q.   Does this document, Exhibit No. 19,
13      refresh your recollection in any way about how
14      long prior to or before January 26, 2007 that
15      permanent hair loss was an expected potential
16      result of the use of the product?
17           A.   No.
18                MR. RATLIFF:  Object to form.
19           A.   It doesn't.
20
21           (Exhibit No. 20 marked for
22      identification.)
23
24                (Witness reviews document.)
25
```