# EXHIBIT 60

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3     *******************************

 4    IN RE:  TAXOTERE (DOCETAXEL)

 5    PRODUCTS LIABILITY            MDL No. 2740

 6    LITIGATION                    Section: "H"

 7                                  Judge MILAZZO

 8    This Document Relates to:     Mag. Judge North

 9    All Cases

10     *******************************

11

12     VIDEOTAPED DEPOSITION OF JEAN-PHILIPPE AUSSEL

13

14

15            Thursday, October 11th, 2018

16                   8:58 a.m.

17

18

19        Held At:

20             DLA Piper UK LLP

21             160 Aldersgate Street

22             London, United Kingdom

23

24    REPORTED BY:

25    Maureen O'Connor Pollard, RMR, CLR, CSR
```

```
 1   BY MR. WOOL:
 2       Q.    They're not talking about permanent
 3   rash, are they?
 4       A.    No, they are not.
 5       Q.    And they're not talking about
 6   permanent hair loss, are they?
 7             MR. RATLIFF:  Object to form.
 8       A.    They're not either.
 9   BY MR. WOOL:
10       Q.    Okay.  I'd like you to turn to page --
11   so you'll see if you flip through here, it
12   appears that the patient leaflet appears twice
13   in this copy.
14       A.    Yes.
15       Q.    That is how it is given to us.  I'm
16   not sure why.
17             But if we turn to Page 9 at the
18   bottom, Sanofi_000009.
19       A.    Okay.
20       Q.    It's a little bit hard to read.
21       A.    Yes, it is.
22       Q.    But this appears to be the original
23   label for Taxotere, correct, in the United
24   States?
25       A.    If you tell me.
```

Jean-Philippe Aussel

```
 1   patient information leaflet, correct?
 2       A.   Yes.
 3       Q.   And if we turn to Page 2, at the
 4   bottom there's a Hair Loss section.
 5            Do you see that?
 6       A.   I can see that, yes.
 7       Q.   And it says, "Loss of hair occurs in
 8   most patients taking Taxotere (including the
 9   hair on your head, underarm hair, pubic hair,
10   eyebrows, and eyelashes)," correct?
11       A.   Yes.
12       Q.   And it says, "Hair loss will begin
13   after the first few treatments and varies from
14   patient to patient," correct?
15       A.   Yes.
16       Q.   And then it says, "Once you have
17   completed all your treatments, hair generally
18   grows back," correct?
19       A.   Yes.
20       Q.   That's the same language that we saw
21   in the original 1996 label, isn't it?
22       A.   Yes.
23       Q.   And you had testified that this
24   section is not talking about permanent hair
25   loss, correct?
```

Jean-Philippe Aussel

 1      A.    Yes.  I mean, I can hardly interpret
 2   what the people in charge of labeling meant
 3   here, but that's my interpretation.
 4      Q.    And then if we look at the informed
 5   consent, that confirms our understanding,
 6   because it warns of reversible hair loss as a
 7   reported side effect of Taxotere, correct?
 8            MR. RATLIFF:  Object to form.
 9      A.    Yes.
10   BY MR. WOOL:
11      Q.    And both this patient leaflet and the
12   informed consent are written in language for
13   patients to understand, correct?
14      A.    I think so, yes.
15      Q.    Do you see anything inconsistent
16   between the warning for reversible hair loss in
17   the informed consent and the statement "hair
18   generally grows back"?
19            MR. RATLIFF:  Object to form.
20      A.    No, I don't see any inconsistency, but
21   I --
22   BY MR. WOOL:
23      Q.    This is -- I'm sorry.
24      A.    No inconsistency that I can
25   appreciate.

1   Q.   And it says, "Breast cancer remains
2   the key priority for Taxotere due to importance
3   of sales potential and differentiation versus
4   Taxol," correct?
5   A.   Correct.
6   Q.   And this is in 1998?
7   A.   1998.
8   Q.   When you were working on Taxotere in
9   1998 and in the time after that, were you aware
10  that Taxotere was a key priority for Sanofi?
11       MR. RATLIFF:  Object to form.
12  A.   Yeah, they say that the breast cancer
13  indication is a key priority for Taxotere.  It
14  doesn't say Taxotere is a key priority for
15  Sanofi.
16  BY MR. WOOL:
17  Q.   I'll withdraw the question.
18       So were you aware that breast cancer
19  was a key priority for Taxotere?
20  A.   Yes.
21  Q.   And that was back in 1998 --
22  A.   Yeah, yeah.
23  Q.   -- at the time of this e-mail?
24  A.   Yes.
25  Q.   And here it says -- I've been informed

1  clearly means.  I was not part of oversee of

2  those who wrote that, and I was not attending

3  these meetings about the strategic product

4  information, so I don't know what they are

5  meaning by this statement.

6  BY MR. WOOL:

7      Q.    And then two points below that under

8  "Market share gain" it says, "Focus on early

9  stage disease representing the largest growth

10 potential," correct?

11     A.    Mm-hmm, yes.

12     Q.    And TAX316 is a study that relates to

13 early stage cancer, correct?

14     A.    Yes.  Correct.

15     Q.    And the TAC regimen that the women

16 received who had early stage breast cancer --

17 strike that.

18           If you turn to section 1.7, which is

19 the next -- one second.

20           A significant portion of your career

21 at Sanofi has been devoted to assisting in

22 developing or completing studies with data to

23 support new indications for the use of Taxotere,

24 correct?

25     A.    Especially the first part of my

Jean-Philippe Aussel

```
 1   career, yes, when I was in R&D it was the case.
 2       Q.    And here -- and your focus early on
 3   when you were leading TAX315 was on early stage
 4   breast cancer, correct?
 5       A.    Sorry, I didn't catch the first words.
 6       Q.    When you were working on TAX316 and
 7   TAX315, those were early stage breast cancer
 8   studies, correct?
 9       A.    Yes.
10       Q.    And here we have the Strategic Product
11   Summary saying that the focus should be on early
12   stage disease representing the largest growth
13   potential, correct?
14       A.    Yes.  Correct.
15       Q.    Then if we flip the page to
16   section 1.7, we have "Key messages."
17             Do you see that?
18       A.    Yes.
19       Q.    "Invest to grow Taxotere market share
20   and develop new markets," correct?
21       A.    Yes.
22       Q.    And here the first point is to
23   "Leverage the portfolio of indications and data
24   to sell Taxotere with consistent image,
25   positioning, strategy and message across all
```