# EXHIBIT 62

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

*****************************************************************

IN RE:  TAXOTERE (DOCETAXEL)         Docket No. 16-MD-2740
PRODUCTS LIABILITY LITIGATION        Section H
                                     New Orleans, LA
Relates to:  Barbara Earnest         Monday, September 23, 2019
             16-CV-17144

*****************************************************************

                    TRANSCRIPT OF TRIAL PROCEEDINGS
            HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
                    UNITED STATES DISTRICT JUDGE
                       DAY 6, MORNING SESSION


APPEARANCES:

FOR THE PLAINTIFF:            BACHUS & SCHANKER, LLC
                              BY:  DARIN L. SCHANKER, ESQ.
                                   J. KYLE BACHUS, ESQ.
                              1899 Wynkoop St., Suite 700
                              Denver, CO 80202

                              FLEMING NOLEN & JEZ
                              BY:  RAND P. NOLEN, ESQ.
                              2800 Post Oak Blvd., Suite 4000
                              Houston, TX 77056

                              GIBBS LAW GROUP, LLP
                              BY:  KAREN B. MENZIES, ESQ.
                              6701 Center Drive West, 14th Floor
                              Los Angeles, CA 90045

                              DAVID F. MICELI, LLC
                              BY:  DAVID F. MICELI, ESQ.
                              P.O. Box 2519
                              Carrollton, GA 30112-0046

                              PENDLEY BAUDIN & COFFIN
                              BY:  CHRISTOPHER L. COFFIN, ESQ.
                              2505 Energy Centre
                              1100 Poydras St.
                              New Orleans, LA 70163
```

```
09:12:28  1   A.  The fellows weren't allowed to meet with the representatives.
09:12:32  2   Q.  Okay.  Doctor, do you know what a "Dear doctor letter" is from
09:12:37  3   a pharmaceutical company?
09:12:38  4   A.  No, not really.
09:12:41  5   Q.  Let's work through this.  Have you ever received a letter from
09:12:47  6   a pharmaceutical company to you as a prescribing physician
09:12:52  7   informing you about some side effects of a drug?
09:12:56  8   A.  Very infrequently.
09:13:01  9   Q.  Have you ever --
09:13:02 10   A.  I think I've received one, but, I mean, I can't even remember
09:13:07 11   what it was.
09:13:07 12   Q.  And that gets to the point.  Do you recall ever receiving such
09:13:12 13   a letter from Sanofi warning you about Taxotere's risk of permanent
09:13:19 14   hair loss?
09:13:19 15   A.  No.
09:13:20 16   Q.  Did you ever receive an e-mail from Sanofi, prior to treating
09:13:32 17   Barbara Earnest in 2011, warning you about the drug Taxotere's risk
09:13:38 18   of permanent hair loss?
09:13:40 19   A.  No.
09:13:40 20   Q.  Do pharmaceutical companies -- have you ever received from a
09:13:51 21   pharmaceutical company a reprint of a journal article that they
09:13:54 22   want you to read?
09:13:55 23   A.  Yes.
09:13:55 24   Q.  To the best of your knowledge, prior to treating Barbara
09:14:01 25   Earnest in 2011, did Sanofi ever send you a reprint of a journal
```