# EXHIBIT 70

## Sanofi_04797747

**The parties are currently meeting and conferring regarding this document.**

# FILE PRODUCED NATIVELY



Confidential                                          Sanofi_04797747





Dear Healthcare Professional,

**RE: Stopper coring with use of large gauge needles when preparing one-vial Taxotere® (docetaxel) Injection Concentrate and Docetaxel Injection Concentrate**

Sanofi-aventis U.S. and Winthrop U.S., a business of sanofi-aventis U.S. LLC, wish to inform you of important information regarding the preparation of one-vial Taxotere and Docetaxel Injection Concentrate manufactured by Winthrop U.S.

We have received reports of particles in the transfer syringe when preparing one-vial Taxotere with a 19 gauge needle. Sanofi-aventis retained these samples and the particle fragments were identified as rubber from the stoppers. Further examination of the stoppers confirmed their compliance with specification requirements.

There is an increase in the potential for stopper coring when large gauge needles are used in the preparation of one-vial Taxotere. Based on additional fragmentation studies conducted by sanofi-aventis, **a 21-gauge needle** should be used when withdrawing the required amount of Taxotere from the vial. Taxotere should always be inspected visually for particulate matter or discoloration prior to administration whenever the solution and container permit. Sanofi-aventis has not received any reports of stopper coring using a 21-gauge needle during the preparation of Taxotere.

The same stopper that is used for manufacturing one-vial Taxotere is also used for manufacturing the Winthrop U.S. brand of Docetaxel Injection Concentrate. Therefore, Winthrop U.S. is providing the same recommendations for preparing Docetaxel Injection Concentrate.

Please refer to section 2.9 Preparation and Administration of the enclosed prescribing information for one-vial Taxotere and the Winthrop docetaxel brand (specifically step 2), which has been updated with information regarding the appropriate size needle to be used when preparing either product.

Taxotere is indicated for the treatment of patients with locally advanced or metastatic breast cancer after failure of prior chemotherapy.

Taxotere in combination with doxorubicin and cyclophosphamide is indicated for the adjuvant treatment of patients with operable node-positive breast cancer.

Taxotere as a single agent is indicated for the treatment of patients with locally advanced or metastatic non-small cell lung cancer after failure of prior platinum-based chemotherapy.

Taxotere in combination with cisplatin is indicated for the treatment of patients with unresectable, locally advanced or metastatic non-small cell lung cancer who have not previously received chemotherapy for this condition.

Taxotere in combination with prednisone is indicated for the treatment of patients with androgen-independent (hormone-refractory) metastatic prostate cancer.

Taxotere in combination with cisplatin and fluorouracil is indicated for the treatment of patients with advanced gastric adenocarcinoma, including adenocarcinoma of the gastroesophageal junction, who have not received prior chemotherapy for advanced disease.

Taxotere in combination with cisplatin and fluorouracil is indicated for the induction treatment of patients with locally advanced squamous cell carcinoma of the head and neck.

Sanofi-aventis U.S. is committed to ensuring that healthcare professionals continue to have the information necessary to prescribe and prepare Taxotere. Should you have any questions or require additional information, our Medical Information Services Department is available at 1-800-633-1610 (option #1) from 9am to 8pm (EST) Monday–Friday.

We also encourage you to report any adverse events experienced by your patients. To report adverse events occurring in connection with the use of Taxotere, call 1-800-633-1610 (option #2). Alternatively, this information may be reported to FDA's MedWatch Reporting System by phone at 1-800-FDA-1088, by facsimile at 1-800-FDA-0178, or by mail using the Form 3500 available at http://www.fda.gov/medwatch/index.html.

**Important Safety Information for Taxotere**

**WARNING**

- The incidence of treatment-related mortality associated with Taxotere® therapy is increased in patients with abnormal liver function, in patients receiving higher doses, and in patients with non-small cell lung carcinoma and a history of prior treatment with platinum-based chemotherapy who receive Taxotere® as a single agent at a dose of 100 mg/m$^2$

- Taxotere® should not be given to patients with bilirubin > upper limit of normal (ULN), or to patients with AST and/or ALT > 1.5 X ULN concomitant with alkaline phosphatase > 2.5 X ULN

    — Patients with elevations of bilirubin or abnormalities of transaminase concurrent with alkaline phosphatase are at increased risk for the development of grade 4 neutropenia, febrile neutropenia, infections, severe thrombocytopenia, severe stomatitis, severe skin toxicity, and toxic death

    — Patients with isolated elevations of transaminase > 1.5 X ULN also had a higher rate of febrile neutropenia grade 4 but did not have an increased incidence of toxic death

    — Bilirubin, AST or ALT, and alkaline phosphatase values should be obtained prior to each

> cycle of Taxotere® therapy
>
> - Taxotere® therapy should not be given to patients with neutrophil counts of < 1500 cells/mm$^3$
>
>   — In order to monitor the occurrence of neutropenia, which may be severe and result in infection, frequent blood-cell counts should be performed on all patients receiving Taxotere®
>
> - Severe hypersensitivity reactions characterized by generalized rash/erythema, hypotension and/or bronchospasm, or very rarely fatal anaphylaxis, have been reported in patients who received a 3-day dexamethasone premedication
>
>   — Hypersensitivity reactions require immediate discontinuation of Taxotere® infusion and administration of appropriate therapy
>
> - Taxotere® must not be given to patients who have a history of severe hypersensitivity reactions to Taxotere® or to other drugs formulated with polysorbate 80
>
> - Severe fluid retention occurred in 6.5% (6/92) of patients despite use of a 3-day dexamethasone premedication regimen. It was characterized by one or more of the following events: poorly tolerated peripheral edema, generalized edema, pleural effusion requiring urgent drainage, dyspnea at rest, cardiac tamponade, or pronounced abdominal distention (due to ascites)

- Neutropenia (<2,000 neutrophils/mm$^3$) occurs in virtually all patients given 60-100 mg/m$^2$ of Taxotere® and grade 4 neutropenia (<500 cells/mm$^3$) occurs in 85% of patients given 100 mg/m$^2$ and 75% of patients given 60 mg/m$^2$

- Patients should be premedicated with oral corticosteroids prior to each Taxotere® administration to reduce the incidence and severity of fluid retention. Patients with pre-existing effusions should be closely monitored from the first dose for possible exacerbation of the effusions

- Treatment-related acute myeloid leukemia (AML) or myelodysplasia has occurred in patients given anthracyclines and/or cyclophosphamide, including use with Taxotere® in **adjuvant therapy** of breast cancer

- Localized erythema of the extremities with edema followed by desquamation has been observed

  — In case of severe skin toxicity, an adjustment in dosage is recommended

- Severe neurosensory symptoms (e.g. paresthesia, dysesthesia, pain) were observed in 5.5% (53/965) of **metastatic breast cancer** patients, and resulted in treatment discontinuation in 6.1%

3

- — When these symptoms occur, dosage must be adjusted; if symptoms persist, treatment should be discontinued

- Severe asthenia was reported in 14.9% (144/965) of **metastatic breast cancer** patients, but led to treatment discontinuation in only 1.8%

  - — Symptoms of fatigue and weakness may last a few days up to several weeks and may be associated with deterioration of performance status in patients with progressive disease

- Taxotere® can cause fetal harm when administered to pregnant women. Women of childbearing potential should be advised to avoid becoming pregnant during therapy with Taxotere®

- The most common adverse reactions across all Taxotere® indications are infections, neutropenia, anemia, febrile neutropenia, hypersensitivity, thrombocytopenia, neuropathy, dysgeusia, dyspnea, constipation, anorexia, nail disorders, fluid retention, asthenia, pain, nausea, diarrhea, vomiting, mucositis, alopecia, skin reactions and myalgia

- In patients treated with TCF for gastric cancer, the incidence of serious adverse events was higher in patients ≥65 years than in younger patients. Adverse events (all grades) occurring at rates ≥10% higher in elderly patients included lethargy, stomatitis, diarrhea, dizziness, edema, and febrile neutropenia/neutropenic infection

- Taxotere® should be administered in a facility equipped to manage possible complications (e.g. anaphylaxis)

For additional information about Taxotere, please see the enclosed full prescribing information, including boxed **WARNING**.

Sincerely,


Charles Hugh-Jones, MD
Vice President, Head U.S. Medical Affairs Oncology
55 Corporate Drive
Bridgewater, NJ  08807


Enclosure:  Taxotere® (docetaxel) Injection Concentrate full prescribing information
            Docetaxel Injection Concentrate full prescribing information

4

BegDoc: Sanofi_04797747  
EndDoc: Sanofi_04797747  
BegAttach:  
EndAttach:  
PageCount: 1  
Custodian: DOMASYS  
All Custodians:  
Date Created: 03/28/2011  
Date Last Modified: 03/28/2011  
DocType: Document  
Original FilePath: \2011 - LRC Meeting Minutes\LRC Meetings (04-April-2011)\One--vial draft DDL_Needle Gauge_to LRC.doc  
FileName: One-vial draft DDL_Needle Gauge_to LRC.doc  
FileExt: doc  
MD5 Hash: 3cab4417f8cfb4bb32ce9286d6dc6146  
File Size: 151552  
EMAIL Folder Path:  
From:  
To:  
Subject:  
Date Sent:  
Date Received:  
CC:  
BCC:  
Confidentiality: Confidential  
Redacted:  
Embedded: False  
Conversation Index Value: