MINUTE ENTRY
MILAZZO, J.
July 9, 2021

JS-10:02:30

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740  SECTION: "H" (5) |
| **This document relates to all cases** | ) | |

# MINUTE ENTRY

On July 9, 2021, the Court held a show cause hearing. Certain participants appeared in person: Dawn Barrios, Claire Berg, Kelly Brilleaux, and Julie Callsen. Other participants appeared by video and by telephone.

Court Reporter:   Karen Ibos

Law Clerk:   Monica Bergeron

Case Manager:   Cherie Stouder

**IT IS ORDERED** that the cases listed in the attached Exhibit A, titled "Stipulation of Dismissal List," in addition to the cases of Barbara Peters, 20-181; Movell Holloway, 19-11588; Jaqueline Snowden, 19-11441; and Angela Lamb, 19-4318; are **DISMISSED WITH PREJUDICE** based on stipulations filed by counsel.

**IT IS FURTHER ORDERED** that the cases listed in the attached Exhibit B, titled "Declaration of No Contact List," are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the cases listed in the attached Exhibit C, titled "Statement of No Defense List," in addition to the case of Dusty Roth, 18-8078; are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that the following case from the call docket is **DISMISSED WITH PREJUDICE** for reasons stated on the record: Caroline Boyd, 17-12184.

_____
**HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**