July 9, 2021
Stipulation of Dismissal List

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed | Docket |
|---|---|---|---|---|---|---|---|---|
| 1 | Gaynor | Sandra | 2:19-cv-14300 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Sanofi | The Carlson Law Firm | 7/2/2021 | 12971 |
| 2 | Guzman | Carmen | 2:19-cv-13267 | Non-Compliance with CMO 12A (Partial Dismissal Needed) | 505 | Reyes\|Browne\|Reilley | 7/2/2021 | 12960 |
| 3 | Jordan-Pack | Donna | 2:20-cv-02668 | PFS Not Substantially Complete - Proof of Injury - only "before" photo shows Plaintiff wearing a wig; No CMO 12A | 505 | Finson Law Firm LLC | 7/2/2021 | 12972 |
| 4 | McMillan | LaShon | 2:19-cv-14297 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Sanofi | Kirtland & Packard, LLP | 7/2/2021 | 12969 |
| 5 | Williams | Patricia | 2:17-cv-13394 | No CMO 12A | Sanofi | McGartland Law Firm, PLLC | 7/6/2021 | 12976 |