July 9, 2021
Declaration of No Contact List

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed | Docket |
|---|---|---|---|---|---|---|---|---|
| 1 | Odling | Ruby | 2:18-cv-08597 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Sanofi | Cutter Law PC | 6/29/2021 | 12937 |
| 2 | Robinson | Muriel | 2:19-cv-14438 | Shell PFS; PFS Not Substantially Complete - No before photos; after photos are not dated; No authorizations; No PTO 71A | Sanofi | Atkins & Markoff | 7/6/2021 | 12976 |
| 3 | Thomas | Szollia | 2:21-cv-00034 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Both Sanofi and 505 | Fears | Nachawati | 5/28/2021 | 12756 |
| 4 | Williams | Patricia | 2:18-cv-11104 | PFS Not Substantially Complete - No Proof of Use; No CMO 12A | Sanofi | Fears | Nachawati | 5/28/2021 | 12754 |