July 9, 2021
Statement of No Defense List

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed | Docket |
|---|---|---|---|---|---|---|---|---|
| 1 | Graning | Beverly | 2:19-cv-14417 | PFS Not Substantially Complete - No before photos; No PFS Declaration; No PTO 71A Statement | 505 | Atkins & Markoff | 7/6/2021 | 12976 |
| 2 | Sanchious | Wanda | 2:19-cv-14441 | Shell PFS; PFS Not Substantially Complete - No PFS Declaration; No before photos; No after/current photos; No authorizations; No PTO 71A | Both Sanofi and 505 | Atkins & Markoff | 7/6/2021 | 12978 |
| 3 | Ulibarri | Frances | 2:17-cv-11453 | Authorizations (HIPAA authorization is not dated; Insurance authorization - Plaintiff improperly inserted the name of a single insurer in the addressee line) | Sanofi | Bachus & Schanker, LLC | 7/6/2021 | 12973 |
| 4 | Vidal | Hope | 2:18-cv-13461 | PFS Not Substantially Complete - Plaintiff failed to provide information for second cancer diagnosis/treatment; photos may not be representative | Sanofi | Bachus & Schanker, LLC | 7/6/2021 | 12974 |