# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | SECTION: "N" (5) |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE JANE TRICHE MILAZZO |
| Beverly Stefanski v. Sanofi-Aventis US LLC, et al., Civil Action No. 2:18-cv-09633 | MAG. JUDGE MICHAEL B. NORTH |

## ORDER

Before the Court is Plaintiff's Motion to Withdraw Plaintiff's Motion to Vacate Voluntary Dismissal with respect to Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, and Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S., **IT IS ORDERED** that the Motion is **GRANTED**, and that Plaintiff's Motion to Vacate Voluntary Dismissal with respect to Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, and Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S., is hereby withdrawn.

Signed this 12th day of July 2021.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE