# EXHIBIT A

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

*********************************************************************

IN RE:   TAXOTERE (DOCETAXEL)          Docket No. 16-MD-2740
PRODUCTS LIABILITY LITIGATION          Section H
                                       New Orleans, LA
Relates to:  Barbara Earnest           Thursday, September 26, 2019
             16-CV-17144

*********************************************************************

                    TRANSCRIPT OF TRIAL PROCEEDINGS
              HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
                       UNITED STATES DISTRICT JUDGE
                         DAY 9, MORNING SESSION


APPEARANCES:

FOR THE PLAINTIFF:              BACHUS & SCHANKER, LLC
                                BY:  DARIN L. SCHANKER, ESQ.
                                     J. KYLE BACHUS, ESQ.
                                1899 Wynkoop St., Suite 700
                                Denver, CO 80202

                                FLEMING NOLEN & JEZ
                                BY:  RAND P. NOLEN, ESQ.
                                2800 Post Oak Blvd., Suite 4000
                                Houston, TX 77056

                                GIBBS LAW GROUP, LLP
                                BY:  KAREN B. MENZIES, ESQ.
                                6701 Center Drive West, 14th Floor
                                Los Angeles, CA 90045

                                DAVID F. MICELI, LLC
                                BY:  DAVID F. MICELI, ESQ.
                                P.O. Box 2519
                                Carrollton, GA 30112-0046

                                PENDLEY BAUDIN & COFFIN
                                BY:  CHRISTOPHER L. COFFIN, ESQ.
                                2505 Energy Centre
                                1100 Poydras St.
                                New Orleans, LA 70163
```

```
 1                                    BARRIOS KINGSDORF & CASTEIX
                                      BY:  DAWN M. BARRIOS, ESQ.
 2                                    701Poydras St., Suite 3650
                                      New Orleans, LA 70139
 3
                                      GAINSBURGH BENJAMIN DAVID
 4                                    MEUNIER & WARSHAUER
                                      BY:  M. PALMER LAMBERT, ESQ.
 5                                    2800 Energy Centre
                                      1100 Poydras St.
 6                                    New Orleans, LA 70163

 7                                    MORGAN & MORGAN
                                      BY:  EMILY C. JEFFCOTT, ESQ.
 8                                    700 S. Palafox St., Suite 95
                                      Pensacola, FL 32502
 9

10   FOR THE DEFENDANT:                SHOOK HARDY & BACON
                                      BY:  HILDY M. SASTRE, ESQ.
11                                    201 Biscayne Blvd., Suite 3200
                                      Miami, FL 33131
12
                                      SHOOK HARDY & BACON
13                                    BY:  JON A. STRONGMAN, ESQ.
                                           HARLEY V. RATLIFF, ESQ.
14                                    2555 Grand Blvd.
                                      Kansas City, MO 64108
15
                                      IRWIN FRITCHIE URQUHART & MOORE
16                                    BY:  DOUGLAS J. MOORE, ESQ.
                                      400 Poydras St., Suite 2700
17                                    New Orleans, LA 70130

18
     Official Court Reporter:          Karen A. Ibos, CCR, RPR, CRR, RMR
19                                    500 Poydras Street, B-275
                                      New Orleans, Louisiana 70130
20                                    (504) 589-7776

21

        Proceedings recorded by mechanical stenography, transcript
22   produced by computer.

23

24

25
```

I N D E X

                                                    PAGE/LINE:

CLOSING ARGUMENTS

  By Mr. Schanker                                    2157/25

  By Ms. Sastre                                      2188/18

  By Mr. Schanker                                     2219/9


JURY CHARGE                                          2227/14


VERDICT                                              2245/24

10:37:01  1              Now, what do I mean when I say that?  If you want to know
10:37:06  2   what was going on with those 29 patients and those 16 patients, you
10:37:11  3   have to look at the underlying information on each one of them to
10:37:16  4   see did they truly report ongoing alopecia or permanent hair loss.
10:37:23  5   The only person in this trial to do that was Dr. Kopreski, and he
10:37:28  6   did it at plaintiff's request.  Dr. Kopreski told you that he
10:37:32  7   looked at the underlying data patient by patient, record by record,
10:37:36  8   and what do you find when you do that?  It's not 29 patients with
10:37:39  9   ongoing alopecia in the Taxotere arm.  It's six.  And it's not 16
10:37:44 10   in the FAC arm.  It's four.  And remember, this is out of over 700
10:37:51 11   patients on each one of these sides.
10:37:54 12              Now, why is that so?  Because what happened, ladies and
10:37:59 13   gentlemen, is that, unfortunately, some of the patients in this
10:38:03 14   study passed away.  They also happened because some of the patients
10:38:08 15   left the study.  But in that case, these patients were still
10:38:12 16   counted as having ongoing or permanent alopecia at the conclusion
10:38:19 17   of the study.  But if you want to know what really happened with
10:38:23 18   TAX316, just like a book, you have to read the book to know how the
10:38:27 19   story ends.  And the only person in this case that did that was
10:38:30 20   Dr. Kopreski.
10:38:31 21              Now, Dr. Madigan, plaintiff's expert on statistics, the
10:38:36 22   biostatistician, even he had to admit with these numbers, 6 and 3,
10:38:39 23   it's just not statistically significant.  And what that means is
10:38:44 24   it's not meaningful.  You heard Dr. Plunkett talk about it, she
10:38:48 25   said it could just be due to chance.

10:38:50 1    And, ladies and gentlemen, if the numbers from TAX316 are
10:38:53 2 not meaningful to Dr. Madigan, how can they support the opinion of
10:38:57 3 the rest of the experts in this case who rely upon it?  The whole
10:39:02 4 case fails once you look at what's under the hood with TAX316.
10:39:10 5    Now, I'm sure someone from the plaintiff's side is going
10:39:14 6 to get up here and say, "Well, even if the numbers were six and
10:39:17 7 three, it was still greater with Taxotere.  Ladies and gentlemen,
10:39:20 8 this was a study involving over 1,400 women.  And when you're
10:39:25 9 talking about the numbers of six and three in that context, it's so
10:39:29 10 small that it's not meaningful.  It would be like if I put one
10:39:33 11 piece of paper here and two pieces on top of each other here.  When
10:39:40 12 you look, you couldn't see the difference.  It's not meaningful,
10:39:44 13 the difference.
10:39:46 14    What else did you hear about TAX316?  You were told that
10:39:50 15 even if the numbers are 29 and 16, that it's not statistically
10:39:54 16 significant.  Dr. Kessler told you that, Dr. Madigan.  That means
10:39:59 17 it's meaningless.  That's what that means.  Their own experts
10:40:03 18 admitted that.
10:40:05 19    Don't forget about the patients on the right-hand side of
10:40:07 20 the page.  They never took Taxotere.  And what happened?  They
10:40:11 21 reported persistent permanent hair loss.  Never took a drop of
10:40:17 22 Taxotere.
10:40:17 23    And let me say one other thing about TAX316.  TAX316 was
10:40:22 24 not a study that was engineered or developed to study hair loss.
10:40:26 25 It was looking at efficacy.  Is Taxotere effective?  And when they

```
15:01:27   1            Anything further?
15:01:30   2            MR. SCHANKER:  No, thank you, your Honor.
15:01:32   3            MS. SASTRE:  No, thank you.
15:01:33   4            THE COURT:  Court's adjourned.
15:01:34   5       (WHEREUPON, THE PROCEEDINGS WERE CONCLUDED.)
           6
           7                        * * * * *
           8
           9
          10                   REPORTER'S CERTIFICATE
          11
          12       I, Karen A. Ibos, CCR, Official Court Reporter, United
          13  States District Court, Eastern District of Louisiana, do hereby
          14  certify that the foregoing is a true and correct transcript, to the
          15  best of my ability and understanding, from the record of the
          16  proceedings in the above-entitled and numbered matter.
          17
          18
          19                       ___/s/ Karen A. Ibos_____
          20                       Karen A. Ibos, CCR, RPR, CRR, RMR
          21                       Official Court Reporter
          22
          23
          24
          25
```