UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2740 |
| **This Document Relates to:** | ) ) | SECTION "H" (5) |
| *Deborah Reeves v. Sanofi-Aventis U.S. LLC, et al.;* *Case No. 2:18-cv-13203* | ) ) ) ) ) | HON. JUDGE JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |

## ORDER

Considering the foregoing Motion to Substitute:

IT IS ORDERED that the Plaintiff's Motion to Substitute Party is hereby GRANTED, and that Kinyana Smith, be substituted as the proper party plaintiff, herein.

Signed New Orleans, Louisiana this 14th day of July, 2021.

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE