UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL 2740 |
| | SEC. "H"(5) |
| THIS DOCUMENT RELATES TO: Cindy Smith, No. 18-7702 | JUDGE MILAZZO |

## JUDGMENT

Considering the briefing submitted by counsel and for reasons issued July 14, 2021 (Doc. 13064);

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff Cindy Smith's case is hereby **DISMISSED WITH PREJUDICE**.

Signed in New Orleans, Louisiana this 14th day of July, 2021.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**