## UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VIKKI BUCKHEIT<br>　　　　　　　　　Plaintiff | MDL NO: 2740 |
| v. | SECTION: H (5) |
| ACCORD HEALTHCARE, INC., HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC., HOSPIRA, INC., ACTAVIS LLC f/k/a ACTAVIS INC., ACTAVIS PHARMA, INC. and SAGENT PHARMACEUTICALS, INC.<br>　　　　　　　　　Defendants. | JUDGE: JANE TRICHE MILAZZO |

CIVIL ACTION NO. 2:19-cv-12625

### PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff Vikki Buckheit respectfully requests leave of Court to file an Amended Short Form Complaint to include Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc. as defendants.

Plaintiff requests that if this motion is granted, the attached Second Amended Short Form Complaint (Exhibit A) be filed as of the date of this motion.

Plaintiff alleges that based on recent discovery Actavis should also be named in conjunction with Defendants because Plaintiff's chemotherapy was administered from March 10, 2015 to May 12, 2015 with the NDC code 25021-222-04.

It is alleged that recent discovery Sagent sold Actavis-manufactured products under Actavis' NDA from 2013 to 2016.

Pursuant to Local Rule 7.6 and PTO 37A, Plaintiff's counsel conferred with counsel and there is no opposition to this motion for leave to amend, based on the understanding and agreement that Defendants do not waive any defenses including but not limited to defenses based on jurisdiction or statute of limitations, by agreeing not to contest this motion. The parties

agree that all defenses are preserved.

Under Federal Rule of Civil Procedure 15(a), leave of Court to amend a petition should be freely giving when justice so requires. Here, Plaintiff is attempting to name the correct Defendant(s) in the litigation. Plaintiff contends that no party will be prejudiced by this change, as this case is still in the early phases of litigation. As a result, it is hereby requested that this Motion for Leave to File a Second Amended Short Form Complaint be granted.

DATED: July 15, 2021

Respectfully submitted,

RAY HODGE & ASSOCAITES, L.L.C.

/s/ Ryan E. Hodge
Ryan E. Hodge, #16180
8558 W. 21st St. N., Suite 300
Wichita, KS 67205
(316) 269-1414
(316) 263-6019 (fax)
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: July 15, 2021

/s/ Ryan E. Hodge
Ryan E. Hodge, #16180