UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | : | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Wanda Stewart v. Sandoz Inc.* *Case No. 2:17-cv-10817* | : : :: | |

# **ORDER**

Considering the Motion for Leave to File Reply Memorandum in Support Defendant Sandoz Inc.'s Bill of Costs;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that the proposed Sandoz Inc.'s Reply Memorandum in Support of Bill of Costs is hereby entered into the Court's docket.

Signed in New Orleans, Louisiana this 15th day of July, 2021.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

2