IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| *This Documents Relates to:* Denise Booth v. Sanofi-Aventis U.S. LLC, et al. | : : : : | JUDGE MILAZZO |
| Civil Action No. 2:17-cv-05590 | : : | MAG. JUDGE MICHAEL NORTH |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Shanae Brielle Higgenbotham on behalf of her deceased mother, Denise Booth.

1. Denise Booth filed a products liability lawsuit against Defendants on June 7, 2017.

2. Subsequently, after filing the lawsuit, plaintiffs' counsel was notified that Denise Booth died on July 30, 2018.

3. Denise Booth's product liability action against Defendants survived her death and was not extinguished.

4. Plaintiff filed a Notice and Suggestion of Death on July 14, 2021.

5. Shanae Brielle Higgenbotham, surviving daughter of Denise Booth, and is the Administrator of her estate, is a proper party to substitute for plaintiff-decedent Denise Booth and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

6. Undersigned counsel provided Defendant's counsel a copy of this Motion on July 14, 2021 and Defendant's counsel consented to this Motion.

Based on the foregoing, Shanae Brielle Higgenbotham requests that this Court grant her request for substitution as plaintiff in this action.

Dated this 15th day of July, 2021.

Respectfully submitted by,

/s/ *Michael P. McGartland*
MS Bar No. 100487
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone:   (817) 332-9300
Facsimile:   (817) 332-9301
mike@mcgartland.com

## CERTIFICATION

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with defense counsel and there was no opposition to this motion.

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of July, 2021, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

By:   /s/ *Michael P. McGartland*
          Michael P. McGartland