# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY** | : | **MDL NO. 2740** |
| | : | **SECTION "H" (5)** |
| *This Documents Relates to:* Denise Booth v. Sanofi-Aventis U.S. LLC, et al. | : | **JUDGE MILAZZO** |
| Civil Action No. 2:17-cv-05590 | : | **MAG. JUDGE MICHAEL NORTH** |

## ORDER ON MOTION TO SUBSTITUTE PARTY PLAINTIFF

THIS CAUSE, having come before this Honorable Court on Shanae Brielle Higgenbotham's Motion to Substitute Party Plaintiff, and the Court, being fully advised in the premises, hereby states:

IT IS ORDER AND ADJUDGED THAT:

1. Motion is GRANTED.

2. Shanae Brielle Higgenbotham, as surviving daughter and duly appointed Administrator of the Estate of Denise Booth, deceased, is substituted as Plaintiff in this action.

Dated this ___ day of _____, 2021.

_____
HONORABLE JANE TRICHE MILAZZO
United States District Court Judge