**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | **MDL NO. 2740** |
| | **SECTION "N" (5)** |
| **THIS DOCUMENT RELATES TO:** | |
| | **JUDGE JANE TRICHE MILAZZO** |
| ***Beverly Stefanski V. Sanofi-Aventis U.S. LLC, et al.,*** **Civil Action No.: 2:17-cv-15724** | **MAG. JUDGE MICHAEL B. NORTH** |

**PLAINTIFF'S MOTION TO VACATE VOLUNTARY DISMISSAL WITH RESPECT TO SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC., SANOFI-AVENTIS U.S. LLC, AND SANOFI-AVENTIS U.S. LLC D/B/A WINTHROP U.S.**

Plaintiff, Beverly Stefanski, by and through the undersigned Counsel of Record pursuant to Rule 41 of the *Federal Rules of Civil Procedure,* hereby files this Motion to Vacate Voluntary Dismissal, Document No. 3177, with respect to Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, and Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S.  Plaintiff is seeking relief from the dismissal of claims with respect to all Sanofi Defendants, pursuant to Federal Rule of Civil Procedure 60(b)(6).

At the time the Voluntary Dismissal of Prejudice was filed on October 17, 2018, Plaintiff's treating medical facility had provided information pertaining to the National Drug Code for the Taxotere/Docetaxel chemotherapy received by Plaintiff, which has now been discovered as erroneous.  The Statement of Chemotherapy identified Sagent Pharmaceuticals as the manufacturer of the Taxotere/Docetaxel received by Plaintiff at Allegheny Cancer Center.  The four (4) cycles of Taxotere/Docetaxel chemotherapy that were administered to Plaintiff in 2011 actually predate the approval of Sagent's New Drug Application in 2013.  Since the filing of the voluntary dismissal of the Sanofi entities, Allegheny Cancer Center/Cancer Institute at Allegheny Health amended the Statement of Chemotherapy to indicate "NDC Unknown."  On August 3,

2020, the medical records were uploaded in Centrality as Document No. 488951.

Plaintiff seeks to vacate the stipulation of dismissal with prejudice with respect to Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, and Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S. and reinstate Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, and Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S. as the original Defendants in this action.

Upon vacating the dismissal of the Sanofi Defendants, Plaintiff will subsequently file a Notice of Voluntary Dismissal with Prejudice as to the Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc. entities.

Dated this 15th day of July, 2021                     Respectfully submitted,

                                                      **PULASKI KHERKHER, PLLC**

                                                      */s/ Leslie LaMacchia*
                                                      Leslie LaMacchia
                                                      Adam Pulaski
                                                      2925 Richmond, Suite 1725
                                                      Houston, TX 77098
                                                      Tel: (713) 664-4555
                                                      Fax: (713) 664-7543
                                                      llamacchia@pulaskilawfirm.com
                                                      adam@pulaskilawfirm.com
                                                      *Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 15, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: July 15, 2021                                   */s/ Leslie LaMacchia*