# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "N" (5) |
| *Beverly Stefanski V. Sanofi-Aventis U.S. LLC, et al.,* Civil Action No.: 2:17-cv-15724 | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL B. NORTH |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiff will submit an accompanying Motion to Vacate Notice of Voluntary Dismissal on the 28th day of July, 2021, before the Honorable Triche Milazzo of the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130. Oral argument has not been requested.

Respectfully submitted,

**PULASKI KHERKHER, PLLC**

*/s/ Leslie LaMacchia*
Leslie LaMacchia
Adam Pulaski
2925 Richmond, Suite 1725
Houston, TX 77098
Tel: (713) 664-4555
Fax: (713) 664-7543
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: July 15, 2021                              */s/ Leslie LaMacchia*