UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| Robin Milligan                                    , | : : | |
| Plaintiff(s), | : : | Civil Action No.:  2:18-cv-11977 |
| vs. | : : : : | |
| Sanofi-Aventis U.S. LLC and Sanofi US Services, Inc, | : : | |
| Defendant(s). | : : | |
| ------------------------------------------------------------ | : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO FILE AND AMEND COMPLAINT**

COMES NOW Plaintiff, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully moves the Court for leave to amend the Complaint filed in this action.[1] Plaintiff's original Complaint was filed in the Eastern District of Louisiana November 30, 2018 (*Robin Milligan v. Sanofi-Aventis U.S. LLC and Sanofi US Services, Inc.*, Case No. 2:18-cv-11977), and Plaintiff served Defendants pursuant to PTO 9.

Plaintiff seeks to amend their complaint to correct an inadvertent scrivener's error on the Venue designation in the original complaint. Thus, Plaintiff's proposed amendment would correct this error.

---

[1] Plaintiff's counsel consulted with defense counsel regarding this motion and defense counsel does not oppose this motion.

1

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with Defense counsel, and there is no opposition to this motion.

Respectfully submitted this 15th day of July, 2021.

/s/ Rhett A. McSweeney
Rhett A. McSweeney, #269542
David M. Langevin, #329563
McSweeney/Langevin
2116 Second Avenue South
Minneapolis, MN 55404
Phone: (612) 542-4646
Fax: (612) 454-2678
dave@westrikeback.com
ram@westrikeback.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: July 15, 2021

/s/ Rhett A. McSweeney
Rhett A. McSweeney

2