UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                                    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                              SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**
*The cases listed in the attached Exhibit A*

**UNOPPOSED MOTION TO SUBSTITUTE COUNSEL OF RECORD**

Plaintiffs, listed in the attached Exhibit A, respectfully request that Jane L. Calamusa, of the firm of Rosen Harwood, P.A., 2200 Jack Warner Parkway, Suite 200, Tuscaloosa, Alabama 35401, be substituted for Chad L. Hobbs of the same law firm, as counsel of record for Plaintiffs.

Dated: July 15, 2021

By:  */s/     Jane L. Calamusa*
One of the Attorneys for the Plaintiff(s)
Jane L. Calamusa
ASB-5640-A26C
jcalamusa@rosenharwood.com
ROSEN HARWOOD, P.A.
2200 Jack Warner Parkway, Suite 200
Tuscaloosa, Alabama 35401
(205) 344-5000

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, of 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: July 15, 2021

                                                  */s/ Jane L. Calamusa*