UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**
*The cases listed in the attached Exhibit A*

# EXHIBIT A
## UNOPPOSED MOTION TO SUBSTITUTE COUNSEL OF RECORD

| Last | First | Case No. |
|---|---|---|
| Bedsworth | Roberta | 2:19-cv-12890 |
| Bibbs | Lisa | 2:20-cv-00267 |
| Black | Dana | 2:19-cv-01173 |
| Chagas | Christina | 2:20-cv-00022 |
| Clark | Dorothy | 2:19-cv-01748 |
| Dunn | Theresa | 2:19-cv-07154 |
| Gatlin | Julie | 2:20-cv-00016 |
| Figgs Dorsey | Wilhemenia | 2:20-cv-00241 |
| Humphreys | Sheryl | 2:19-cv-10100 |
| Jewell | Cynthia | 2:18-cv-14340 |
| Latta | Faye | 2:19-cv-10322 |
| Lindsay | Amy | 2:20-cv-00026 |
| Miller | Debra | 2:19-cv-11613 |
| Miller | Kym | 2:19-cv-12170 |
| Moffett | Kindolyn | 2:19-cv-12825 |
| Ortiz | Irene | 2:19-cv-09544 |
| Parsons | Shirley | 2:19-cv-02174 |
| Pettis | Learlee | 2:19-cv-09443 |
| Rosh | Sandra | 2:19-cv-13331 |
| Russell | Debra | 2:21-cv-00384 |
| Spencer | Celia | 2:20-cv-00045 |
| Staples | Alice | 2:20-cv-00072 |
| Stevens | Judith | 2:18-cv-14278 |
| Stilts | Roxanne | 2:19-cv-01606 |
| Watters | Theresea | 2:21-cv-00382 |