UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
*The cases listed in the attached Exhibit A*

Considering the foregoing Motion to Substitute Counsel of Record:

**IT IS ORDERED** that the Motion is **GRANTED** and that Jane L. Calamusa, of the firm of Rosen Harwood, P.A., be substituted for Chad L. Hobbs, as counsel of record for plaintiffs identified in the attached Exhibit A.

New Orleans, Louisiana this_____ day of_____, 2021.

_____
JUDGE JANE TRICHE MILAZZO