UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO | |
| *Sheila Crayton* | HON. JANE TRICHE MILAZZO |
| Case No. 2:17-cv-05923 | |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE OUT OF TIME RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO TAX COSTS [REC. DOC. 12171] IN THE MATTER OF SHEILA CRAYTON VS SANOFI

Plaintiff Sheila Crayton, respectfully requests leave to file a Response in Opposition to Defendant's Motion to Tax Costs [REC. DOC. 12171]   This pleading, attached, will further assist the Court in evaluating Sanofi's Bill of Costs by providing specific evidence of erroneous and duplicative costs of which Defendants were likely not aware at the time of its submission.  Plaintiff has notified opposing counsel of her intent to file July 14, 2021, and having received no opposition, files the instant motion.

Date: July 15, 2021

Respectfully submitted,

/s Richard L. Root
Richard L. Root La# 19988
Betsy Barnes La# 19473
Morris Bart, LLC
601 Poydras Street
24th Floor
New Orleans, LA 70130
Phone: (504) 525-8000
Fax: (504) 599-3392
Email: rroot@morrisbart.com
bbarnesl@morrisbart.com
Attorneys for Plaintiff