# INVOICE



| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 1225395 | 7/17/2018 | |
| Order No. | Order Date | Case No. |
| 33119.069 | 6/12/2018 | 2:17-CV-05923 (p-key 1960) |

| Case Name |
|---|
| Shelia Crayton v. Sanofi S.A., et al. |

| Records Pertaining To |
|---|
| Sheila Crayton (aka Shelia M. Crayton, Shelia M. Gilmore, Shelia G. Crayto |


EXHIBIT B

Harley V. Ratliff
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO  64108

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Carlos Rodriguez Fierro, M.D.<br>Health Information Management<br>Cardiology Center<br>1111 Medical Center Boulevard<br>Suite S-350<br>Marrero, LA  70072 | Harley V. Ratliff<br>Shook, Hardy & Bacon L.L.P.<br>2555 Grand Boulevard<br>Kansas City, MO  64108 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

Record Requests: Special Rate

    Sheila Crayton (aka Shelia M. Crayton, Shelia M. Gilmore, Shelia G. Crayton) (Medical & Billing)

| | | | | |
|---|---|---|---|---|
| Record Request/Follow Up | 1.00 | Request | @ | 36.00 | 36.00 |
| No Records Statement | 1.00 | Pages | @ | 10.00 | 10.00 |
| Document Services Fee | 1.00 | Hours | @ | 10.00 | 10.00 |

| | |
|---|---|
| TOTAL DUE  >>> | $56.00 |
| AFTER 10/15/2018 PAY | $60.48 |

We thank you for your prompt payment of this invoice.
We are happy to serve you at 216-621-9660.

| | |
|---|---|
| (-) Payments/Credits: | 56.00 |
| (+) Finance Charges/Debits: | 4.48 |

Tax ID: 20-3132569

Phone: (816) 474-6550   Fax:(816) 421-5547

*Please detach bottom portion and return with payment.*

Harley V. Ratliff
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO  64108

| | | | |
|---|---|---|---|
| Order No. | : 33119.069 | BU ID | : LRS |
| Case No. | : 2:17-CV-05923 (p-key 1960) | | |
| Case Name | : Shelia Crayton v. Sanofi S.A., et al. | | |
| Invoice No. | : 1225395 | Invoice Date | : 7/17/2018 |
| Total Due | : $0.00 | | |

Remit To: Veritext Records
       1100 Superior Avenue
       Suite 1820
       Cleveland, OH  44114

PAYMENT WITH CREDIT CARD   AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature:

# INVOICE



| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 1228366 | 9/21/2018 | |
| **Order No.** | **Order Date** | **Case No.** |
| 33119.074 | 7/18/2018 | 2:17-CV-05923 (p-key 1960) |

| Case Name |
|---|
| Shelia Crayton v. Sanofi S.A., et al. |

| Records Pertaining To |
|---|
| Sheila Crayton (aka Shelia M. Crayton, Shelia M. Gilmore, Shelia G. Crayto |

Harley V. Ratliff
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO  64108

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Carlos Rodriguez Fierro, M.D.<br>Health Information Management<br>Cardiology Center<br>1111 Medical Center Boulevard<br>Suite S-350<br>Marrero, LA  70072 | Harley V. Ratliff<br>Shook, Hardy & Bacon L.L.P.<br>2555 Grand Boulevard<br>Kansas City, MO  64108 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

Record Requests: Special Rate
    Sheila Crayton (aka Shelia M. Crayton, Shelia M. Gilmore, Shelia G.
    Crayton) (Medical & Billing)      25.00  Request

|  |  |  |  |  |
|---|---|---|---|---|
| Record Request/Follow Up | 1.00 | Request | @ 36.00 | 36.00 |
| Copy of Digital Records (level 1) | 1.00 | Pages | @ 10.00 | 10.00 |
| Document Services Fee | 1.00 | Hours | @ 10.00 | 10.00 |

TOTAL DUE >>>      $56.00
AFTER 12/20/2018 PAY      $60.48

We thank you for your prompt payment of this invoice.
We are happy to serve you at 216-621-9660.

(-) Payments/Credits:      56.00
(+) Finance Charges/Debits:      4.48

Tax ID: 20-3132569      Phone: (816) 474-6550     Fax:(816) 421-5547

*Please detach bottom portion and return with payment.*

Harley V. Ratliff
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO  64108

| | | | | |
|---|---|---|---|---|
| Order No. | : 33119.074 | | BU ID | : LRS |
| Case No. | : 2:17-CV-05923 (p-key 1960) | | | |
| Case Name | : Shelia Crayton v. Sanofi S.A., et al. | | | |
| Invoice No. | : 1228366 | | Invoice Date | : 9/21/2018 |
| Total Due | : $0.00 | | | |

Remit To:   **Veritext Records**
        **1100 Superior Avenue**
        **Suite 1820**
        **Cleveland, OH  44114**

**PAYMENT WITH CREDIT CARD**     AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE



| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 1231000 | 11/9/2018 | |
| Order No. | Order Date | Case No. |
| 33119.096 | 9/28/2018 | 2:17-CV-05923 (p-key 1960) |

| Case Name |
|---|
| Shelia Crayton v. Sanofi S.A., et al. |

| Records Pertaining To |
|---|
| Sheila Crayton (aka Shelia M. Crayton, Shelia M. Gilmore, Shelia G. Crayto |

Harley V. Ratliff
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO  64108

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Carlos Rodriguez Fierro, M.D.<br>Health Information Management<br>Cardiology Center<br>1111 Medical Center Boulevard<br>Suite S-350<br>Marrero, LA  70072 | Harley V. Ratliff<br>Shook, Hardy & Bacon L.L.P.<br>2555 Grand Boulevard<br>Kansas City, MO  64108 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| | | | | |
|---|---|---|---|---|
| Sheila Crayton (aka Shelia M. Crayton, Shelia M. Gilmore, Shelia G. Crayton) (Medical) | 95.00 | Request | | |
| Record Request/Follow Up | 1.00 | Request | @ 36.00 | 36.00 |
| Copy of Digital Records (level 1) | 95.00 | Pages | @ 0.15 | 14.25 |
| Document Services Fee | 1.00 | Hours | @ 10.00 | 10.00 |
| | TOTAL DUE >>> | | | $60.25 |
| | AFTER 2/7/2019 PAY | | | $65.07 |

We thank you for your prompt payment of this invoice.
We are happy to serve you at 216-621-9660.

| (-) Payments/Credits: | 60.25 |
|---|---|
| (+) Finance Charges/Debits: | 4.82 |
| (=) New Balance: | 0.00 |

Tax ID: 20-3132569                                                                                     Phone: (816) 474-6550   Fax:(816) 421-5547

*Please detach bottom portion and return with payment.*

Harley V. Ratliff
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO  64108

| | | | | |
|---|---|---|---|---|
| Order No. | : 33119.096 | BU ID | : LRS |
| Case No. | : 2:17-CV-05923 (p-key 1960) | | |
| Case Name | : Shelia Crayton v. Sanofi S.A., et al. | | |
| Invoice No. | : 1231000 | Invoice Date | : 11/9/2018 |
| Total Due | : $0.00 | | |

Remit To:  **Veritext Records**
**1100 Superior Avenue**
**Suite 1820**
**Cleveland, OH  44114**

| PAYMENT WITH CREDIT CARD | AMEX  MasterCard  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 1236830 | 3/13/2019 | |
| Order No. | Order Date | Case No. |
| 33119.123 | 2/25/2019 | 2:17-CV-05923 (p-key 1960) |

| Case Name |
|---|
| Shelia Crayton v. Sanofi S.A., et al. |

| Records Pertaining To |
|---|
| Sheila Crayton (aka Shelia M. Crayton, Shelia M. Gilmore, Shelia G. Crayto |

Harley V. Ratliff
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Carlos Rodriguez Fierro, M.D.<br>Health Information Management<br>Cardiology Center<br>1111 Medical Center Boulevard<br>Suite S-350<br>Marrero, LA 70072 | Harley V. Ratliff<br>Shook, Hardy & Bacon L.L.P.<br>2555 Grand Boulevard<br>Kansas City, MO 64108 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

Record Requests: Special Rate
   Sheila Crayton (aka Shelia M. Crayton, Shelia M. Gilmore, Shelia G. Crayton) (Medical)   22.00

| | | | | |
|---|---|---|---|---|
| Custodian Fee | 1.00 | | @ 44.44 | 44.44 |
| Record Request/Follow Up | 1.00 | Request | @ 36.00 | 36.00 |
| Copy of Digital Records (level 1) | 1.00 | Pages | @ 10.00 | 10.00 |
| Document Services Fee | 1.00 | Hours | @ 10.00 | 10.00 |

TOTAL DUE >>>   $100.44
AFTER 6/11/2019 PAY   $108.48

We thank you for your prompt payment of this invoice.
We are happy to serve you at 216-621-9660.

(-) Payments/Credits:   100.44

Tax ID: 20-3132569   Phone: (816) 474-6550   Fax:(816) 421-5547

*Please detach bottom portion and return with payment.*

Harley V. Ratliff
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108

| | | | | |
|---|---|---|---|---|
| Order No. | : 33119.123 | BU ID | : LRS |
| Case No. | : 2:17-CV-05923 (p-key 1960) | | |
| Case Name | : Shelia Crayton v. Sanofi S.A., et al. | | |
| Invoice No. | : 1236830 | Invoice Date | : 3/13/2019 |
| Total Due | : $0.00 | | |

Remit To:   **Veritext Records**
   **1100 Superior Avenue**
   **Suite 1820**
   **Cleveland, OH 44114**

PAYMENT WITH CREDIT CARD   AMEX MasterCard VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 1237314 | 3/26/2019 | |
| Order No. | Order Date | Case No. |
| 33119.123 | 2/25/2019 | 2:17-CV-05923 (p-key 1960) |

| Case Name |
|---|
| Shelia Crayton v. Sanofi S.A., et al. |

| Records Pertaining To |
|---|
| Sheila Crayton (aka Shelia M. Crayton, Shelia M. Gilmore, Shelia G. Crayto |

Harley V. Ratliff
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO  64108

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Carlos Rodriguez Fierro, M.D.<br>Health Information Management<br>Cardiology Center<br>1111 Medical Center Boulevard<br>Suite S-350<br>Marrero, LA 70072 | Harley V. Ratliff<br>Shook, Hardy & Bacon L.L.P.<br>2555 Grand Boulevard<br>Kansas City, MO  64108 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| | | | | |
|---|---|---|---|---|
| Sheila Crayton (aka Shelia M. Crayton, Shelia M. Gilmore, Shelia G. Crayton) (Medical) | 28.00 | | | |
| Custodian Fee | 1.00 | @ | 52.00 | 52.00 |
| Copy of Digital Records (level 1) | 1.00 Pages | @ | 10.00 | 10.00 |
| Document Services Fee | 1.00 Hours | @ | 10.00 | 10.00 |

TOTAL DUE >>>   $72.00
AFTER 6/24/2019 PAY   $77.76

We thank you for your prompt payment of this invoice.
We are happy to serve you at 216-621-9660.

(-) Payments/Credits:   72.00
(+) Finance Charges/Debits:   5.76
(=) New Balance:   0.00

Tax ID: 20-3132569

Phone: (816) 474-6550   Fax:(816) 421-5547

*Please detach bottom portion and return with payment.*

Harley V. Ratliff
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO  64108

Order No.   : 33119.123   BU ID   : LRS
Case No.   : 2:17-CV-05923 (p-key 1960)
Case Name   : Shelia Crayton v. Sanofi S.A., et al.

Invoice No.   : 1237314   Invoice Date   : 3/26/2019
Total Due   : $0.00

Remit To:   Veritext Records
1100 Superior Avenue
Suite 1820
Cleveland, OH  44114

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:   Phone#:
Billing Address:
Zip:   Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE



| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 1248914 | 12/20/2019 | |
| **Order No.** | **Order Date** | **Case No.** |
| 33119.123 | 2/25/2019 | 2:17-CV-05923 (p-key 1960) |

| Case Name |
|---|
| Shelia Crayton v. Sanofi S.A., et al. |

| Records Pertaining To |
|---|
| Sheila Crayton (aka Shelia M. Crayton, Shelia M. Gilmore, Shelia G. Crayton |

Harley V. Ratliff
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO  64108

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Carlos Rodriguez Fierro, M.D.<br>Health Information Management<br>Cardiology Center<br>1111 Medical Center Boulevard<br>Suite S-350<br>Marrero, LA  70072 | Harley V. Ratliff<br>Shook, Hardy & Bacon L.L.P.<br>2555 Grand Boulevard<br>Kansas City, MO  64108 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

Sheila Crayton (aka Shelia M. Crayton, Shelia M. Gilmore, Shelia G. Crayton) (Medical & Billing)

| | | | | |
|---|---|---|---|---|
| Records Subpoena/Request Resubmitted | 1.00 | Request | @ 20.00 | 20.00 |
| Record Request/Follow Up | 1.00 | Request | @ 36.00 | 36.00 |
| | | **TOTAL DUE >>>** | | **$56.00** |
| | | AFTER 3/19/2020 PAY | | $60.48 |

We thank you for your prompt payment of this invoice.
We are happy to serve you at 216-621-9660.
Go ahead and close out this case.  We can always reopen if we need to.  Thanks. - Fawn Alkire

| | |
|---|---|
| (-) Payments/Credits: | 56.00 |
| (+) Finance Charges/Debits: | 4.48 |
| (=) New Balance: | 0.00 |

**Tax ID:** 20-3132569

Phone: (816) 474-6550    Fax:(816) 421-5547

*Please detach bottom portion and return with payment.*

Harley V. Ratliff
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO  64108

| | | | | |
|---|---|---|---|---|
| Order No. | : 33119.123 | | BU ID | : LRS |
| Case No. | : 2:17-CV-05923 (p-key 1960) | | | |
| Case Name | : Shelia Crayton v. Sanofi S.A., et al. | | | |
| Invoice No. | : 1248914 | | Invoice Date | : 12/20/2019 |
| Total Due | : $0.00 | | | |

Remit To:   Veritext Records
            1100 Superior Avenue
            Suite 1820
            Cleveland, OH  44114

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature:

# INVOICE



| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 1246021 | 10/10/2019 | |
| Order No. | Order Date | Case No. |
| 33119.164 | 9/18/2019 | 2:17-CV-05923 (p-key 1960) |

**Case Name**

Shelia Crayton v. Sanofi S.A., et al.

**Records Pertaining To**

Sheila Crayton (aka Shelia M. Crayton, Shelia M. Gilmore, Shelia G. Crayto

Harley V. Ratliff
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO  64108

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Carlos Rodriguez Fierro, M.D.<br>Health Information Management<br>Cardiology Center<br>1111 Medical Center Boulevard<br>Suite S-350<br>Marrero, LA  70072 | Harley V. Ratliff<br>Shook, Hardy & Bacon L.L.P.<br>2555 Grand Boulevard<br>Kansas City, MO  64108 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| | | | | | |
|---|---|---|---|---|---|
| Sheila Crayton (aka Shelia M. Crayton, Shelia M. Gilmore, Shelia G. Crayton) (Medical) | | 10.00 | Request | | |
| Record Request/Follow Up | | 1.00 | Request | @ | 36.00 | 36.00 |
| Copy of Digital Records (level 1) | | 1.00 | Pages | @ | 20.00 | 20.00 |
| Document Services Fee | | 1.00 | Hours | @ | 10.00 | 10.00 |
| Secure File Hosting | | 1.00 | Adm Fee | @ | 15.00 | 15.00 |

TOTAL DUE  >>>   $81.00
AFTER 1/8/2020 PAY   $87.48

We thank you for your prompt payment of this invoice.
We are happy to serve you at 216-621-9660.

(-) Payments/Credits:   81.00
(+) Finance Charges/Debits:   6.48

Tax ID: 20-3132569

Phone: (816) 474-6550   Fax:(816) 421-5547

*Please detach bottom portion and return with payment.*

Harley V. Ratliff
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO  64108

Order No.   : 33119.164   BU ID   : LRS
Case No.   : 2:17-CV-05923 (p-key 1960)
Case Name   : Shelia Crayton v. Sanofi S.A., et al.

Invoice No.   : 1246021   Invoice Date   : 10/10/2019
Total Due   : $0.00

Remit To:   Veritext Records
1100 Superior Avenue
Suite 1820
Cleveland, OH  44114

**PAYMENT WITH CREDIT CARD**   AMEX MasterCard VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____   Phone#: _____
Billing Address: _____
Zip: _____   Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____