UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
*Sheila Crayton*     HON. JANE TRICHE MILAZZO
Case No. 2:17-cv-05923

**PROPOSED ORDER**

Considering the foregoing Motion filed by Plaintiff Sheila Crayton, for Leave to file a Response in Opposition to Defendant's Motion to Tax Costs;

IT IS ORDERED that Plaintiff's Motion is GRANTED, and that Sheila Crayton's proposed Response in Opposition to Bill of Costs is hereby entered into the Court's docket

_____
**Hon. Jane Triche Milazzo**