MINUTE ENTRY
MILAZZO, J.
July 15, 2021

JS-10:00:15

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740  SECTION: "H" (5) |
| This document relates to all cases | | |

## MINUTE ENTRY

On July 15, 2021, the Court held a telephone status conference with Dawn Barrios, Palmer Lambert, David Miceli, Doug Moore, John Olinde, Richmond Moore, and Neelum Wadhwani. The parties updated the Court on the status of the case.

_____