UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)  )      MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION )
                              )      SECTION: "H" (5)
                              )
This document relates to:     )
Elizabeth Kahn, 16-17039      )

## ORDER

**IT IS ORDERED** that Defendants' Request for Oral Argument (R. Doc. 13047) is hereby **GRANTED**. Oral argument on Defendants' Motion for Reconsideration (R. Doc. 12916) is hereby **SET** for July 29, 2021 at 9:30 a.m.

**IT IS FURTHER ORDERED** that oral argument on certain Motions in Limine is hereby **SET** for August 10, 2021 at 9:30 a.m. The parties are instructed to submit to the Court a list of the motions to be argued.

**IT IS FURTHER ORDERED** that an in-person conference to discuss deposition designations is hereby **SET** for August 12, 2021 at 10:00 a.m.

**IT IS FURTHER ORDERED** that the final pretrial conference in this matter, currently set for August 11, 2021, is hereby **RESET** for August 12, 2021 at 2:00 p.m.

New Orleans, Louisiana, this 16th of July, 2021.

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE