## UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VIKKI BUCKHEIT<br>                    Plaintiff<br><br>v.<br><br>ACCORD HEALTHCARE, INC., HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC., HOSPIRA, INC., ACTAVIS LLC f/k/a ACTAVIS INC., ACTAVIS PHARMA, INC. and SAGENT PHARMACEUTICALS, INC.<br><br>Defendants. | MDL NO: 2740<br><br>SECTION: H (5)<br><br>JUDGE:  JANE TRICHE MILAZZO<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** |

<u>**CIVIL ACTION NO. 2:19-cv-12625**</u>

### <u>ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT</u>

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiff's Motion for Leave to File Amended Short Form Complaint in the above captioned matter.

SO ORDERED this 16th of July, 2021

_____
JANE TRICHE MILAZZO
UNITED STATES DISRICT JUDGE

1