UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| Robin Milligan                 , <br><br>    Plaintiff(s),<br><br>vs.<br><br><br><br> Sanofi-Aventis U.S. LLC and Sanofi US Services, Inc.<br><br>    Defendant(s). | : : : : : : : : : : : : | <br><br>Civil Action No.: 2:18-cv-11977 |

**ORDER**

    Upon Plaintiff's Motion for Leave to file an Amended Complaint and for good cause shown, it is hereby Ordered that the Plaintiff may file the Amended Short Form Complaint which was attached as Exhibit A to Plaintiff's Motion.

This the 19th day of July, 2021.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE