UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO | SECTION "H" (5) |
| *Sheila Crayton* | HON. JANE TRICHE MILAZZO |
| Case No. 2:17-cv-05923 | **PROPOSED ORDER** |

Considering the foregoing Motion filed by Plaintiff Sheila Crayton, for Leave to file a Response in Opposition to Defendant's Motion to Tax Costs;

IT IS ORDERED that Plaintiff's Motion is GRANTED, and that Sheila Crayton's proposed Response in Opposition to Bill of Costs is hereby entered into the Court's docket

Signed this 19th day of July, 2021.

**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**