# INVOICE





| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 1225762 | 7/24/2018 | |
| Order No. | Order Date | Case No. |
| 33119.060 | 5/22/2018 | 2:17-CV-05923 (p-key 1960) |
| Case Name | | |
| Shelia Crayton v. Sanofi S.A., et al. | | |
| Records Pertaining To | | |
| Sheila Crayton (aka Shelia M. Crayton, Shelia M. Gilmore, Shelia G. Crayto | | |

Harley V. Ratliff
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO  64108

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Social Security Administration<br>Records Department<br>400 Poydras Street<br>Suite 500<br>New Orleans, LA  70130 | Harley V. Ratliff<br>Shook, Hardy & Bacon L.L.P.<br>2555 Grand Boulevard<br>Kansas City, MO  64108 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| | | | | |
|---|---|---|---|---|
| Sheila Crayton (aka Shelia M. Crayton, Shelia M. Gilmore, Shelia G. Crayton) (Medical & Billing) | 644.00 | | | |
| Custodian Fee | 1.00 | @ | 62.00 | 62.00 |
| Record Request/Follow Up | 1.00 Request | @ | 36.00 | 36.00 |
| Copy of Digital Records (level 1) | 644.00 Pages | @ | 0.15 | 96.60 |
| Document Services Fee | 1.00 Hours | @ | 10.00 | 10.00 |
| | TOTAL DUE >>> | | | $204.60 |
| | AFTER 10/22/2018 PAY | | | $220.97 |

We thank you for your prompt payment of this invoice.
We are happy to serve you at 216-621-9660.

| | |
|---|---|
| (-) Payments/Credits: | 204.60 |
| (+) Finance Charges/Debits: | 16.37 |
| (=) New Balance: | 0.00 |

**Tax ID:** 20-3132569                                   Phone: (816) 474-6550   Fax:(816) 421-5547

*Please detach bottom portion and return with payment.*

Harley V. Ratliff
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO  64108

| | | | | |
|---|---|---|---|---|
| Order No. | : 33119.060 | | BU ID | : LRS |
| Case No. | : 2:17-CV-05923 (p-key 1960) | | | |
| Case Name | : Shelia Crayton v. Sanofi S.A., et al. | | | |
| Invoice No. | : 1225762 | | Invoice Date | : 7/24/2018 |
| **Total Due** | **: $0.00** | | | |

Remit To:   Veritext Records
            1100 Superior Avenue
            Suite 1820
            Cleveland, OH  44114

| PAYMENT WITH CREDIT CARD | AMEX  MasterCard  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 1247667 | 11/20/2019 | |

| Order No. | Order Date | Case No. |
|---|---|---|
| 33119.076 | 7/27/2018 | 2:17-CV-05923 (p-key 1960) |

| Case Name |
|---|
| Shelia Crayton v. Sanofi S.A., et al. |

| Records Pertaining To |
|---|
| Sheila Crayton (aka Shelia M. Crayton, Shelia M. Gilmore, Shelia G. Crayto |

Harley V. Ratliff
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Social Security Administration<br>Records Department<br>400 Poydras Street<br>Suite 500<br>New Orleans, LA 70130 | Harley V. Ratliff<br>Shook, Hardy & Bacon L.L.P.<br>2555 Grand Boulevard<br>Kansas City, MO 64108 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| | | | | |
|---|---|---|---|---|
| Sheila Crayton (aka Shelia M. Crayton, Shelia M. Gilmore, Shelia G. Crayton) (Social Security) | 350.00 | | | |
| Custodian Fee | 1.00 | @ | 106.00 | 106.00 |
| Record Request/Follow Up | 1.00 Request | @ | 36.00 | 36.00 |
| Copy of Digital Records (level 1) | 350.00 Pages | @ | 0.15 | 52.50 |
| Document Services Fee | 1.00 Hours | @ | 10.00 | 10.00 |
| Secure File Hosting | 1.00 Adm Fee | @ | 15.00 | 15.00 |
| | TOTAL DUE >>> | | | $219.50 |
| | AFTER 2/18/2020 PAY | | | $237.06 |

We thank you for your prompt payment of this invoice.
We are happy to serve you at 216-621-9660.

(-) Payments/Credits: 219.50
(+) Finance Charges/Debits: 17.56

Tax ID: 20-3132569

Phone: (816) 474-6550   Fax:(816) 421-5547

*Please detach bottom portion and return with payment.*

Harley V. Ratliff
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108

| | | | | |
|---|---|---|---|---|
| Order No. | : 33119.076 | BU ID | : LRS |
| Case No. | : 2:17-CV-05923 (p-key 1960) | | |
| Case Name | : Shelia Crayton v. Sanofi S.A., et al. | | |
| Invoice No. | : 1247667 | Invoice Date | : 11/20/2019 |
| **Total Due** | **: $0.00** | | |

Remit To:  Veritext Records
1100 Superior Avenue
Suite 1820
Cleveland, OH 44114

**PAYMENT WITH CREDIT CARD**   AMEX MasterCard VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature:



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 1230326 | 10/29/2018 | |
| Order No. | Order Date | Case No. |
| 33119.080 | 8/14/2018 | 2:17-CV-05923 (p-key 1960) |

| Case Name |
|---|
| Shelia Crayton v. Sanofi S.A., et al. |

| Records Pertaining To |
|---|
| Sheila Crayton (aka Shelia M. Crayton, Shelia M. Gilmore, Shelia G. Crayton |

Harley V. Ratliff
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO  64108

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Social Security Administration<br>Records Department<br>Division of Earnings and Business Services<br>6100 Wabash Avenue<br>Baltimore, MD  21215 | Harley V. Ratliff<br>Shook, Hardy & Bacon L.L.P.<br>2555 Grand Boulevard<br>Kansas City, MO  64108 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| | | | | |
|---|---|---|---|---|
| Sheila Crayton (aka Shelia M. Crayton, Shelia M. Gilmore, Shelia G. Crayton) (Social Security) | 7.00 | | | |
| Custodian Fee | 1.00 | | @ 115.00 | 115.00 |
| Request Authorization | 1.00 Request | | @ 36.00 | 36.00 |
| Record Request/Follow Up | 1.00 Request | | @ 36.00 | 36.00 |
| Copy of Digital Records (level 1) | 1.00 Pages | | @ 10.00 | 10.00 |
| Document Services Fee | 1.00 Hours | | @ 10.00 | 10.00 |

TOTAL DUE >>>  $207.00
AFTER 1/27/2019  PAY  $223.56

We thank you for your prompt payment of this invoice.
We are happy to serve you at 216-621-9660.

(-) Payments/Credits:  207.00
(+) Finance Charges/Debits:  16.56

Tax ID: 20-3132569

Phone: (816) 474-6550   Fax:(816) 421-5547

*Please detach bottom portion and return with payment.*

Harley V. Ratliff
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO  64108

Order No.    : 33119.080        BU ID    : LRS
Case No.     : 2:17-CV-05923 (p-key 1960)
Case Name    : Shelia Crayton v. Sanofi S.A., et al.

Invoice No.  : 1230326          Invoice Date : 10/29/2018
**Total Due** : **$0.00**

Remit To:   Veritext Records
            1100 Superior Avenue
            Suite 1820
            Cleveland, OH  44114

PAYMENT WITH CREDIT CARD    AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature:



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 1248915 | 12/20/2019 | |
| **Order No.** | **Order Date** | **Case No.** |
| 33119.137 | 3/20/2019 | 2:17-CV-05923 (p-key 1960) |

| Case Name |
|---|
| Shelia Crayton v. Sanofi S.A., et al. |

| Records Pertaining To |
|---|
| Sheila Crayton (aka Shelia M. Crayton, Shelia M. Gilmore, Shelia G. Crayto |

Harley V. Ratliff
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO  64108

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Social Security Administration<br>Records Department<br>Division of Earnings and Business Services<br>6100 Wabash Avenue<br>Baltimore, MD  21215 | Harley V. Ratliff<br>Shook, Hardy & Bacon L.L.P.<br>2555 Grand Boulevard<br>Kansas City, MO  64108 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

Sheila Crayton (aka Shelia M. Crayton, Shelia M. Gilmore, Shelia G. Crayton) (Social Security)

    Record Request/Follow Up      1.00  Request  @  36.00  36.00

TOTAL DUE >>>  $36.00

AFTER 3/19/2020  PAY  $38.88

We thank you for your prompt payment of this invoice.
We are happy to serve you at 216-621-9660.
Go ahead and close out this case.  We can always reopen if we need to.  Thanks. - Fawn Alkire

(-) Payments/Credits:  36.00
(+) Finance Charges/Debits:  2.88
(=) New Balance:  0.00

Tax ID: 20-3132569      Phone: (816) 474-6550   Fax:(816) 421-5547

*Please detach bottom portion and return with payment.*

Harley V. Ratliff
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO  64108

| | | | | |
|---|---|---|---|---|
| Order No. | : 33119.137 | | BU ID | : LRS |
| Case No. | : 2:17-CV-05923 (p-key 1960) | | | |
| Case Name | : Shelia Crayton v. Sanofi S.A., et al. | | | |
| Invoice No. | : 1248915 | | Invoice Date | : 12/20/2019 |
| **Total Due** | **: $0.00** | | | |

Remit To:     Veritext Records
                1100 Superior Avenue
                Suite 1820
                Cleveland, OH  44114

**PAYMENT WITH CREDIT CARD**  AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE



| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 1248928 | 12/20/2019 | |
| Order No. | Order Date | Case No. |
| 33119.175 | 12/2/2019 | 2:17-CV-05923 (p-key 1960) |

| Case Name |
|---|
| Shelia Crayton v. Sanofi S.A., et al. |

| Records Pertaining To |
|---|
| Sheila Crayton (aka Shelia M. Crayton, Shelia M. Gilmore, Shelia G. Crayto |

Harley V. Ratliff
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO  64108

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Social Security Administration<br>Records Department<br>400 Poydras Street<br>Suite 500<br>New Orleans, LA  70130 | Harley V. Ratliff<br>Shook, Hardy & Bacon L.L.P.<br>2555 Grand Boulevard<br>Kansas City, MO  64108 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

Sheila Crayton (aka Shelia M. Crayton, Shelia M. Gilmore, Shelia G. Crayton) (Social Security)
 Record Request/Follow Up    1.00 Request   @   36.00   36.00

TOTAL DUE >>>   $36.00
AFTER 3/19/2020 PAY   $38.88

We thank you for your prompt payment of this invoice.
We are happy to serve you at 216-621-9660.
Go ahead and close out this case.  We can always reopen if we need to.  Thanks. - Fawn Alkire

(-) Payments/Credits:   36.00
(+) Finance Charges/Debits:   2.88
(=) New Balance:   0.00

Tax ID: 20-3132569    Phone: (816) 474-6550  Fax:(816) 421-5547

*Please detach bottom portion and return with payment.*

Harley V. Ratliff
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO  64108

| | | | | |
|---|---|---|---|---|
| Order No. | : 33119.175 | | BU ID | : LRS |
| Case No. | : 2:17-CV-05923 (p-key 1960) | | | |
| Case Name | : Shelia Crayton v. Sanofi S.A., et al. | | | |
| Invoice No. | : 1248928 | | Invoice Date | : 12/20/2019 |
| **Total Due** | : **$0.00** | | | |

Remit To:   Veritext Records
    1100 Superior Avenue
    Suite 1820
    Cleveland, OH  44114

**PAYMENT WITH CREDIT CARD**   AMEX MasterCard VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: