# INVOICE



| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 1226848 | 8/16/2018 | |
| **Order No.** | **Order Date** | **Case No.** |
| 33119.068 | 6/12/2018 | 2:17-CV-05923 (p-key 1960) |

| Case Name |
|---|
| Shelia Crayton v. Sanofi S.A., et al. |

| Records Pertaining To |
|---|
| Sheila Crayton (aka Shelia M. Crayton, Shelia M. Gilmore, Shelia G. Crayton |



Harley V. Ratliff
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO  64108

| Records From | Ordered By | Reference Info. |
|---|---|---|
| New Orleans Eye Specialists<br>Medical/Billing Department<br>3434 Prytania St<br>Suite 250<br>New Orleans, LA  70115 | Harley V. Ratliff<br>Shook, Hardy & Bacon L.L.P.<br>2555 Grand Boulevard<br>Kansas City, MO  64108 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| | | | | | |
|---|---|---|---|---|---|
| Sheila Crayton (aka Shelia M. Crayton, Shelia M. Gilmore, Shelia G. Crayton) (Medical) | | 10.00 | | | |
| Custodian Fee | | 1.00 | | @ 7.00 | 7.00 |
| Record Request/Follow Up | | 1.00 | Request | @ 36.00 | 36.00 |
| Copy of Digital Records (level 1) | | 1.00 | Pages | @ 10.00 | 10.00 |
| Document Services Fee | | 1.00 | Hours | @ 10.00 | 10.00 |
| | TOTAL DUE >>> | | | | $63.00 |
| | AFTER 11/14/2018  PAY | | | | $68.04 |

We thank you for your prompt payment of this invoice.
We are happy to serve you at 216-621-9660.

| (-) Payments/Credits: | 63.00 |
|---|---|
| (+) Finance Charges/Debits: | 5.04 |
| (=) New Balance: | 0.00 |

Tax ID: 20-3132569

Phone: (816) 474-6550    Fax:(816) 421-5547

*Please detach bottom portion and return with payment.*

Harley V. Ratliff
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO  64108

| | | | | |
|---|---|---|---|---|
| Order No. | : 33119.068 | | BU ID | : LRS |
| Case No. | : 2:17-CV-05923 (p-key 1960) | | | |
| Case Name | : Shelia Crayton v. Sanofi S.A., et al. | | | |
| Invoice No. | : 1226848 | | Invoice Date | : 8/16/2018 |
| **Total Due** | **: $0.00** | | | |

Remit To:   Veritext Records
            1100 Superior Avenue
            Suite 1820
            Cleveland, OH  44114

**PAYMENT WITH CREDIT CARD**     AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____   Phone#: _____
Billing Address: _____
Zip: _____   Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 1227182 | 8/22/2018 | |
| **Order No.** | **Order Date** | **Case No.** |
| 33119.068 | 6/12/2018 | 2:17-CV-05923 (p-key 1960) |

**Case Name**

Shelia Crayton v. Sanofi S.A., et al.

**Records Pertaining To**

Sheila Crayton (aka Shelia M. Crayton, Shelia M. Gilmore, Shelia G. Crayto

Harley V. Ratliff
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO  64108

| Records From | Ordered By | Reference Info. |
|---|---|---|
| New Orleans Eye Specialists<br>Medical/Billing Department<br>3434 Prytania St<br>Suite 250<br>New Orleans, LA  70115 | Harley V. Ratliff<br>Shook, Hardy & Bacon L.L.P.<br>2555 Grand Boulevard<br>Kansas City, MO  64108 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

Record Requests: Special Rate

Sheila Crayton (aka Shelia M. Crayton, Shelia M. Gilmore, Shelia G. Crayton) (Billing)    8.00 Pages

    Copy of Digital Records (level 1)      1.00 Pages @ 10.00    10.00

    Document Services Fee      1.00 Hours @ 10.00    10.00

| | |
|---|---|
| TOTAL DUE >>> | $20.00 |
| AFTER 11/20/2018  PAY | $21.60 |
| (-) Payments/Credits: | 20.00 |
| (+) Finance Charges/Debits: | 1.60 |
| (=) New Balance: | 0.00 |

We thank you for your prompt payment of this invoice.
We are happy to serve you at 216-621-9660.

**Tax ID:** 20-3132569      Phone: (816) 474-6550    Fax:(816) 421-5547

*Please detach bottom portion and return with payment.*

Harley V. Ratliff
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO  64108

| | | | |
|---|---|---|---|
| Order No. | : 33119.068 | BU ID | : LRS |
| Case No. | : 2:17-CV-05923 (p-key 1960) | | |
| Case Name | : Shelia Crayton v. Sanofi S.A., et al. | | |
| Invoice No. | : 1227182 | Invoice Date | : 8/22/2018 |
| **Total Due** | **: $0.00** | | |

**Remit To:**   Veritext Records
            1100 Superior Avenue
            Suite 1820
            Cleveland, OH  44114

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 1242929 | 7/17/2019 | |
| Order No. | Order Date | Case No. |
| 33119.131 | 3/20/2019 | 2:17-CV-05923 (p-key 1960) |

| Case Name |
|---|
| Shelia Crayton v. Sanofi S.A., et al. |

| Records Pertaining To |
|---|
| Sheila Crayton (aka Shelia M. Crayton, Shelia M. Gilmore, Shelia G. Crayto |

Harley V. Ratliff
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO  64108

| Records From | Ordered By | Reference Info. |
|---|---|---|
| New Orleans Eye Specialists<br>Medical/Billing Department<br>3434 Prytania St<br>Suite 250<br>New Orleans, LA  70115 | Harley V. Ratliff<br>Shook, Hardy & Bacon L.L.P.<br>2555 Grand Boulevard<br>Kansas City, MO  64108 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

Sheila Crayton (aka Shelia M. Crayton, Shelia M. Gilmore, Shelia G. Crayton) (Billing)   5.00 Pages

| | | | | |
|---|---|---|---|---|
| Copy of Digital Records (level 1) | 1.00 | Pages | @ 20.00 | 20.00 |
| Document Services Fee | 1.00 | Hours | @ 10.00 | 10.00 |

TOTAL DUE >>>   $30.00
AFTER 10/15/2019 PAY   $32.40

We thank you for your prompt payment of this invoice.
We are happy to serve you at 216-621-9660.

(-) Payments/Credits:   30.00
(+) Finance Charges/Debits:   2.40
(=) New Balance:   0.00

Tax ID: 20-3132569                                                                                   Phone: (816) 474-6550   Fax:(816) 421-5547

*Please detach bottom portion and return with payment.*

Harley V. Ratliff
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO  64108

Order No.   : 33119.131          BU ID        : LRS
Case No.    : 2:17-CV-05923 (p-key 1960)
Case Name   : Shelia Crayton v. Sanofi S.A., et al.

Invoice No. : 1242929            Invoice Date : 7/17/2019
Total Due   : $0.00

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____   Phone#: _____
Billing Address: _____
Zip: _____   Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To:   Veritext Records
            1100 Superior Avenue
            Suite 1820
            Cleveland, OH  44114



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 1237912 | 4/12/2019 | |
| Order No. | Order Date | Case No. |
| 33119.131 | 3/20/2019 | 2:17-CV-05923 (p-key 1960) |
| Case Name | | |
| Shelia Crayton v. Sanofi S.A., et al. | | |
| Records Pertaining To | | |
| Sheila Crayton (aka Shelia M. Crayton, Shelia M. Gilmore, Shelia G. Crayto | | |

Harley V. Ratliff
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO  64108

| Records From | Ordered By | Reference Info. |
|---|---|---|
| New Orleans Eye Specialists<br>Medical/Billing Department<br>3434 Prytania St<br>Suite 250<br>New Orleans, LA  70115 | Harley V. Ratliff<br>Shook, Hardy & Bacon L.L.P.<br>2555 Grand Boulevard<br>Kansas City, MO  64108 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

|  |  |  |  |  |
|---|---|---|---|---|
| Sheila Crayton (aka Shelia M. Crayton, Shelia M. Gilmore, Shelia G. Crayton) (Medical) | 7.00 | Request | | |
| Record Request/Follow Up | 1.00 | Request | @ 36.00 | 36.00 |
| Copy of Digital Records (level 1) | 1.00 | Pages | @ 10.00 | 10.00 |
| Document Services Fee | 1.00 | Hours | @ 10.00 | 10.00 |
| | | TOTAL DUE >>> | | $56.00 |
| | | AFTER 7/11/2019 PAY | | $60.48 |

We thank you for your prompt payment of this invoice.
We are happy to serve you at 216-621-9660.

| (-) Payments/Credits: | 56.00 |
|---|---|
| (+) Finance Charges/Debits: | 4.48 |
| (=) New Balance: | 0.00 |

**Tax ID:** 20-3132569                                       Phone: (816) 474-6550    Fax:(816) 421-5547

*Please detach bottom portion and return with payment.*

Harley V. Ratliff
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO  64108

| Order No. | : 33119.131 | BU ID | : LRS |
|---|---|---|---|
| Case No. | : 2:17-CV-05923 (p-key 1960) | | |
| Case Name | : Shelia Crayton v. Sanofi S.A., et al. | | |
| Invoice No. | : 1237912 | Invoice Date | : 4/12/2019 |
| **Total Due** | **: $0.00** | | |

**Remit To:**  **Veritext Records**
**1100 Superior Avenue**
**Suite 1820**
**Cleveland, OH  44114**

**PAYMENT WITH CREDIT CARD**                 AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 1235734 | 2/13/2019 | |
| **Order No.** | **Order Date** | **Case No.** |
| 33119.112 | 2/4/2019 | 2:17-CV-05923 (p-key 1960) |

| Case Name |
|---|
| Shelia Crayton v. Sanofi S.A., et al. |

| Records Pertaining To |
|---|
| Sheila Crayton (aka Shelia M. Crayton, Shelia M. Gilmore, Shelia G. Crayto |

Harley V. Ratliff
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO  64108

| Records From | Ordered By | Reference Info. |
|---|---|---|
| New Orleans Eye Specialists<br>Medical/Billing Department<br>3434 Prytania St<br>Suite 250<br>New Orleans, LA  70115 | Harley V. Ratliff<br>Shook, Hardy & Bacon L.L.P.<br>2555 Grand Boulevard<br>Kansas City, MO  64108 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

Record Requests: Special Rate
   Sheila Crayton (aka Shelia M. Crayton, Shelia M. Gilmore, Shelia G. Crayton) (Medical & Billing)

| | | | | |
|---|---|---|---|---|
| Record Request/Follow Up | 1.00 | Request | @ 36.00 | 36.00 |
| No Records Statement | 1.00 | Pages | @ 10.00 | 10.00 |
| Document Services Fee | 1.00 | Hours | @ 10.00 | 10.00 |

| | |
|---|---|
| TOTAL DUE >>> | $56.00 |
| AFTER 5/14/2019 PAY | $60.48 |

We thank you for your prompt payment of this invoice.
We are happy to serve you at 216-621-9660.

| | |
|---|---|
| (-) Payments/Credits: | 56.00 |
| (+) Finance Charges/Debits: | 4.48 |
| (=) New Balance: | 0.00 |

**Tax ID:** 20-3132569                                                                                                                 Phone: (816) 474-6550   Fax:(816) 421-5547

*Please detach bottom portion and return with payment.*

Harley V. Ratliff
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO  64108

| | | | | |
|---|---|---|---|---|
| Order No. | : 33119.112 | | BU ID | : LRS |
| Case No. | : 2:17-CV-05923 (p-key 1960) | | | |
| Case Name | : Shelia Crayton v. Sanofi S.A., et al. | | | |
| Invoice No. | : 1235734 | | Invoice Date | : 2/13/2019 |
| **Total Due** | : **$0.00** | | | |

**Remit To:**  Veritext Records
           1100 Superior Avenue
           Suite 1820
           Cleveland, OH  44114

**PAYMENT WITH CREDIT CARD** 

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: