# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**

**Elizabeth Kahn, No. 16-cv-17039**

## DECLARATION OF HARLEY V. RATLIFF IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL

I, Harley V. Ratliff, declare as follows:

1. I have personal knowledge of the facts attested to in this declaration and, if called as a witness, could testify competently as to those facts.

2. On November 10, 2020, I had a telephone call with Dr. Michael Kopreski.

3. On the call, I asked Dr. Kopreski whether he would voluntarily testify in person or live via video in connection with the *Kahn* trial. I also asked whether he would voluntarily provide additional deposition testimony as a possible alternative to live trial testimony.

4. In response, Dr. Kopreski told me he was not willing to do any of the above. He also told me that his position would not change. As such, I asked Dr. Kopreski to explain.

5. Dr. Kopreski stated that, at this point, he had been retired for nearly three years and did not want to have further involvement in litigation. He stated that he wanted to put that part of his life behind him. He further explained that his previous involvement in this case had required him to devote significant time and energy in terms of preparing for and then giving deposition testimony on multiple occasions. He stated that this process had covered nearly a year of his life, taking him away from family and retirement.

6. Dr. Kopreski also stated that he found the litigation process extremely unpleasant and that he felt his treatment by opposing counsel had been, at times, abusive and disrespectful. He further stated that he felt that the deposition process had been used to unfairly attack his character and reputation.

7. Finally, Dr. Kopreski said he believed that he had fulfilled his responsibilities in this case to fully prepare and provide the testimony required.

8. I thanked Dr. Kopreski for his time and the call adjourned.

9. On July 18, 2021, I had a second call with Dr. Kopreski. I again asked him if he was willing to voluntarily testify, either at trial or in the form of an additional deposition.

10. Dr. Kopreski told me that his position had not changed and his reasons remained the same as set forth above. In addition, Dr. Kopreski told me he had a number of family commitments in August, including the surgery of a close family member scheduled to take place in late August and to which he needed to be physically present.

11. I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge.

Executed on: July 19, 2021.

                                                                                              Harley V. Ratliff