# EXHIBIT E

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2740 |
| | : : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO ALL CASES | : : : | HON. JANE T. MILAZZO |

**PLAINTIFFS' NOTICE OF DEPOSITION
OF SANOFI U.S. PURSUANT TO FED. R. CIV. P. 30(b)(6)
FOR "TABLE 3" REPORTS FROM 01/01/2012 TO 12/31/2018**

**TO:** DEFENDANTS SANOFI U.S. SERVICES, INC.
F/K/A SANOFI-AVENTIS U.S. INC., and SANOFI-AVENTIS U.S. LLC
Harley Ratliff
SHOOK HARDY & BACON, LLP
2555 Grand Blvd
Kansas City, MO 64108

**PLEASE TAKE notice**, that pursuant to Fed. R. Civ. P. 30(b)(6), the video-recorded, stenographic deposition of Sanofi U.S. Services, Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC (hereinafter "SANOFI") will be taken before a qualified Notary Public at **DLA Piper, 51 John F. Kennedy Parkway, Suite 120, Short Hills, NJ 07078** on **February __ and __, 2019 at 8:00 a.m.**, and thereafter by adjournment until the same shall be completed.

Pursuant to Fed. R. Civ. P. 30(b)(3), Plaintiffs intend to utilize a stenographic method of recording which permits the "real time" instant visual display of testimony.

Pursuant to Fed. R. Civ. P. 30(b)(3)(A), the deposition testimony will be recorded by stenographic and audiovisual means. The deposition will be videotaped and be available to view

live during the deposition to interested party attorneys. Plaintiffs reserve the right to use at the trial of this action the video recording of the deposition.

## DEFINITIONS AND INSTRUCTIONS

The following definitions apply to this Notice of Deposition and are deemed to be incorporated into each subject listed below:

1. "YOU", "YOUR", and "DEFENDANT", means party-Defendants Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc., and their responses shall be consistent with the Stipulation of Terms Related to Defendants, Sanofi and Aventis Pharma S.A. (Doc. 1072). Defendants will include Foreign sources and locations in responding to each area of inquiry. Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc. will respond in accordance with information known or reasonably available to them and the Foreign sources and locations will not exclude sources or information based on the dismissal of the Sanofi S.A. and Aventis Pharma S.A.

2. "TAXOTERE" is used to refer, as broadly as possible, to docetaxel (TAXOTERE®), a chemotherapy agent used in the treatment of cancer. Also included in the definition of Taxotere are any chemical equivalents marketed in the United States or any foreign countries.

4. "Relating to," "related to", "relate to," "referring to," "refer to," "reflecting," "reflect," "concerning," or "concern" shall mean evidencing, regarding, , discussing, embodying, describing, summarizing, containing, constituting, showing, mentioning, reflecting, pertaining to, dealing with, referring to in any way or manner, or in any way logically or factually, connecting with the matter described in that paragraph, including documents attached to or used in the preparations of or concerning the preparation of the documents.

5. "Or" and "and" will be used interchangeably.

7. Per Magistrate Judge North's Order, each deponent is instructed to produce at the beginning of the deposition: a list of any and all documents reviewed or read upon in preparation for the deposition;

8. Each deponent is instructed to produce at the beginning of the deposition: Copies of any and all documents or tangible things related to or referring to the subjects listed in this notice contained in the deponent's files, papers, or other materials; and a copy of his/her resume or C.V.

## DEPOSITION SUBJECT MATTER

Pursuant to Federal Rules of Civil Procedure, Rule 30(b)(6), the deponent is required to designate and fully prepare one or more officers, directors, employees, or managing agents, or other persons who consent to testify on its behalf, and whom it has fully prepared to testify regarding all information that is known or reasonably available regarding the following designated areas:

1. Reports of any kind between 01/01/2012 and 12//31/2018 regarding persisting alopecia being associated and/or related in any way with the use of TAXOTERE (alone or in combination) regardless of the source of such report(s), and including but not limited to the following potential sources:

   a. Solicited reports;
   b. Unsolicited reports;
   c. Global pharmacovigilance database;
   d. ICSRs;
   e. Scientific Literature;
   f. Product Complaints Database;
   g. Company Sponsored Websites;
   h. Clinical Trials and Other Studies in Humans;

i. Non-Clinical Safety Information;

j. Pharmacoepidemiology Studies;

k. Media;

l. Competitive Intelligence;

m. Queries/Requests from Regulatory Authorities;

n. Safety Information Tracking Systems;

o. Adverse Events reported;

p. Other means.

The deponent shall have knowledge of all such reports, including, but not limited to the reports existing in the following Reference Numbered/Bates Numbered documents:

### TABLE 3:

|     | Bates Beg Number | Estimated Date of Report | Reference No. |
|-----|------------------|--------------------------|---------------|
| 1.  | Sanofi_02705693 | 1/26/2012 | 2012SA005439 |
| 2.  | Sanofi_02705693 | 1/29/2012 | 2012SA006229 |
| 3.  | Sanofi_02705693 | 2/13/2012 | 2012SA009199 |
| 4.  | Sanofi_02705693 | 2/13/2012 | 2012SA009216 |
| 5.  | Sanofi_02705693 | 2/13/2012 | 2012SA009900 |
| 6.  | Sanofi_02705693 | 12/13/2012 | 2012SA009903 |
| 7.  | Sanofi_02705693 | 2/23/2012 | 2012SA012042 |
| 8.  | Sanofi_02705693 | 2/23/2012 | 2012SA012048 |
| 9.  | Sanofi_02705693 | 2/21/2012 | 2012SA012576 |
| 10. | Sanofi_02705693 | 3/6/2012 | 2012SA015017 |
| 11. | Sanofi_02705693 | 3/6/2012 | 2012SA015025 |
| 12. | Sanofi_02705693 | 3/9/2012 | 2012SA015910 |
| 13. | Sanofi_02705693 | 3/14/2012 | 2012SA016949 |
| 14. | Sanofi_02705693 | 3/13/2012 | 2012SA016953 |
| 15. | Sanofi_02705693 | 3/13/2012 | 2012SA016955 |
| 16. | Sanofi_02705693 | 3/23/2012 | 2012SA020286 |
| 17. | Sanofi_02705693 | 3/23/2015 | 2012SA020287 |
| 18. | Sanofi_02705693 | 3/23/2012 | 2012SA020290 |
| 19. | Sanofi_02705693 | 5/2/2012 | 2012SA021642 |
| 20. | Sanofi_02705693 | 4/4/2012 | 2012SA023408 |
| 21. | Sanofi_02705693 | 4/3/2012 | 2012SA023489 |
| 22. | Sanofi_02705693 | 4/24/2012 | 2012SA029670 |
| 23. | Sanofi_02705693 | 6/18/2012 | 2012SA043476 |
| 24. | Sanofi_02705693 | 6/18/2012 | 2012SA045539 |
| 25. | Sanofi_02705693 | 6/18/2012 | 2012SA045540 |
| 26. | Sanofi_02705693 | 6/18/2012 | 2012SA045541 |
| 27. | Sanofi_02705693 | 6/28/2012 | 2012SA046135 |
| 28. | Sanofi_02705693 | 7/9/2012 | 2012SA048910 |

|     | Bates Beg Number | Estimated Date of Report | Reference No. |
|-----|------------------|--------------------------|---------------|
| 29. | Sanofi_02705693  | 8/8/2012                 | 2012SA058547  |
| 30. | Sanofi_02705693  | 8/15/2012                | 2012SA058655  |
| 31. | Sanofi_02705693  | 8/29/2012                | 2012SA063020  |
| 32. | Sanofi_02705693  | 9/4/2012                 | 2012SA063823  |
| 33. | Sanofi_02705693  | 9/14/2012                | 2012SA069306  |
| 34. | Sanofi_02705693  | 10/4/2012                | 2012SA073436  |
| 35. | Sanofi_02705693  | 10/11/2012               | 2012SA074742  |
| 36. | Sanofi_02705693  | 10/24/2012               | 2012SA078281  |
| 37. | Sanofi_02705693  | 10/24/2012               | 2012SA079252  |
| 38. | Sanofi_02705693  | 11/15/2012               | 2012SA084418  |
| 39. | Sanofi_02705693  | 11/19/2012               | 2012SA085253  |
| 40. | Sanofi_02705693  | 11/21/2012               | 2012SA086070  |
| 41. | Sanofi_02705693  | 11/27/2012               | 2012SA086983  |
| 42. | Sanofi_02705693  | 11/28/2012               | 2012SA087306  |
| 43. | Sanofi_02705693  | 11/21/2012               | 2012SA087557  |
| 44. | Sanofi_02705693  | 11/21/2012               | 2012SA087558  |
| 45. | Sanofi_02705693  | 11/21/2012               | 2012SA087559  |
| 46. | Sanofi_02705693  | 11/30/2012               | 2012SA088346  |
| 47. | Sanofi_02705693  | 12/11/2012               | 2012SA091914  |
| 48. | Sanofi_02705693  | 12/24/2012               | 2012SA094716  |
| 49. | Sanofi_02705693  | 2/14/2013                | 2013SA014695  |
| 50. | Sanofi_02705693  | 3/1/2013                 | 2013SA022150  |
| 51. | Sanofi_02705693  | 3/22/2013                | 2013SA031022  |
| 52. | Sanofi_02705693  | 4/19/2013                | 2013SA041468  |
| 53. | Sanofi_02705693  | 4/23/2013                | 2013SA042435  |
| 54. | Sanofi_02705693  | 4/23/2013                | 2013SA042456  |
| 55. | Sanofi_02705693  | 4/25/2013                | 2013SA043330  |
| 56. | Sanofi_02705693  | 4/22/2013                | 2013SA043342  |
| 57. | Sanofi_02705693  | 4/26/2013                | 2013SA043772  |
| 58. | Sanofi_02705693  | 4/25/2013                | 2013SA044050  |
| 59. | Sanofi_02705693  | 4/25/2013                | 2013SA044052  |
| 60. | Sanofi_02705693  | 4/25/2013                | 2013SA045084  |
| 61. | Sanofi_02705693  | 5/7/2013                 | 2013SA046434  |
| 62. | Sanofi_02705693  | 5/23/2013                | 2013SA053079  |
| 63. | Sanofi_02705693  | 5/23/2013                | 2013SA053081  |
| 64. | Sanofi_02705693  | 5/23/2013                | 2013SA053087  |
| 65. | Sanofi_02705693  | 5/23/2013                | 2013SA053089  |
| 66. | Sanofi_02705693  | 5/23/2013                | 2013SA053099  |
| 67. | Sanofi_02741785  | 6/10/2013                | 2013SA059846  |
| 68. | Sanofi_02705693  | 6/12/2013                | 2013SA060199  |
| 69. | Sanofi_02619936  | 6/6/2013                 | 2013SA061304  |
| 70. | Sanofi_02705693  | 6/6/2013                 | 2013SA061304  |
| 71. | Sanofi_02705693  | 6/6/2013                 | 2013SA061311  |
| 72. | Sanofi_02705693  | 6/6/2013                 | 2013SA061318  |

|      | Bates Beg Number | Estimated Date of Report | Reference No. |
|------|------------------|--------------------------|---------------|
| 73.  | Sanofi_02705693  | 6/6/2013                 | 2013SA061321  |
| 74.  | Sanofi_02705693  | 6/6/2013                 | 2013SA061329  |
| 75.  | Sanofi_02705693  | 6/6/2013                 | 2013SA061332  |
| 76.  | Sanofi_02705693  | 6/6/2013                 | 2013SA061342  |
| 77.  | Sanofi_02705693  | 6/6/2013                 | 2013SA061346  |
| 78.  | Sanofi_02619936  | 6/6/2013                 | 2013SA061348  |
| 79.  | Sanofi_02705693  | 6/6/2013                 | 2013SA061356  |
| 80.  | Sanofi_02705693  | 6/6/2013                 | 2013SA061367  |
| 81.  | Sanofi_02705693  | 6/6/2013                 | 2013SA061368  |
| 82.  | Sanofi_02705693  | 6/6/2013                 | 2013SA061375  |
| 83.  | Sanofi_02705693  | 6/6/2013                 | 2013SA061381  |
| 84.  | Sanofi_02705693  | 6/6/2013                 | 2013SA061390  |
| 85.  | Sanofi_02705693  | 6/6/2013                 | 2013SA061399  |
| 86.  | Sanofi_02705693  | 6/6/2013                 | 2013SA061419  |
| 87.  | Sanofi_02705693  | 7/10/2013                | 2013SA070028  |
| 88.  | Sanofi_02705693  | 7/16/2013                | 2013SA072420  |
| 89.  | Sanofi_02705693  | 8/5/2013                 | 2013SA078649  |
| 90.  | Sanofi_00829441  | 8/26/2013                | 2013SA085343  |
| 91.  | Sanofi_02705693  | 9/23/2013                | 2013SA094723  |
| 92.  | Sanofi_02705693  | 9/27/2013                | 2013SA097008  |
| 93.  | Sanofi_02705693  | 10/4/2013                | 2013SA099441  |
| 94.  | Sanofi_02705693  | 11/21/2013               | 2013SA122038  |
| 95.  | Sanofi_02705693  | 12/3/2013                | 2013SA125551  |
| 96.  | Sanofi_02705693  | 12/20/2013               | 2013SA133839  |
| 97.  | Sanofi_02705693  | 2/17/2014                | 2014SA020300  |
| 98.  | Sanofi_02705693  | 2/17/2014                | 2014SA020611  |
| 99.  | Sanofi_02705693  | 2/19/2014                | 2014SA022488  |
| 100. | Sanofi_02705693  | 4/1/2014                 | 2014SA043698  |
| 101. | Sanofi_02705693  | 4/3/2014                 | 2014SA043886  |
| 102. | Sanofi_02705693  | 4/11/2014                | 2014SA048132  |
| 103. | Sanofi_02705693  | 5/1/2014                 | 2014SA060121  |
| 104. | Sanofi_02705693  | 5/14/2014                | 2014SA063488  |
| 105. | Sanofi_02705693  | 5/22/2014                | 2014SA067716  |
| 106. | Sanofi_02705693  | 5/22/2014                | 2014SA067770  |
| 107. | Sanofi_02705693  | 5/27/2014                | 2014SA069254  |
| 108. | Sanofi_02705693  | 5/22/2014                | 2014SA070174  |
| 109. | Sanofi_02705693  | 5/28/2014                | 2014SA070632  |
| 110. | Sanofi_02705693  | 6/6/2014                 | 2014SA075920  |
| 111. | Sanofi_02705693  | 6/3/2014                 | 2014SA076106  |
| 112. | Sanofi_02705693  | 6/16/2014                | 2014SA080659 <br> 2014SA080456 |
| 113. | Sanofi_02705693  | 6/20/2014                | 2014SA084091  |
| 114. | Sanofi_02705693  | 7/10/2014                | 2014SA092748  |
| 115. | Sanofi_02705693  | 7/11/2014                | 2014SA094698  |

|      | Bates Beg Number | Estimated Date of Report | Reference No. |
|------|------------------|--------------------------|---------------|
| 116. | Sanofi_02684901  | 7/17/2014                | 2014SA097280  |
| 117. | Sanofi_02684901  | 7/24/2014                | 2014SA100433  |
| 118. | Sanofi_02684901  | 7/28/2014                | 2014SA101420  |
| 119. | Sanofi_02684901  | 7/28/2014                | 2014SA101750  |
| 120. | Sanofi_02684901  | 7/13/2014                | 2014SA104146  |
| 121. | Sanofi_02684901  | 8/5/2014                 | 2014SA106740  |
| 122. | Sanofi_02705693  | 8/20/2014                | 2014SA113239  |
| 123. | Sanofi_02705693  | 5/6/2012                 | 2014SA117949  |
| 124. | Sanofi_02684901  | 9/8/2014                 | 2014SA123534  |
| 125. | Sanofi_02705693  | 10/6/2014                | 2014SA137946  |
| 126. | Sanofi_02684901  | 10/10/2014               | 2014SA141001  |
| 127. | Sanofi_02684901  | 10/21/2014               | 2014SA145905  |
| 128. | Sanofi_02705693  | 10/29/2014               | 2014SA149450  |
| 129. | Sanofi_02684901  | 10/28/2014               | 2014SA149826  |
| 130. | Sanofi_02705693  | 10/29/2014               | 2014SA150790  |
| 131. | Sanofi_02684901  | 10/29/2014               | 2014SA150801  |
| 132. | Sanofi_02705693  | 11/26/2014               | 2014SA164716  |
| 133. | Sanofi_02705693  | 12/4/2014                | 2014SA169206  |
| 134. | Sanofi_02705693  | 12/9/2014                | 2014SA170846  |
| 135. | Sanofi_02705693  | 12/10/2014               | 2014SA173462  |
| 136. | Sanofi_02684901  | 12/22/2014               | 2014SA177035  |
| 137. | Sanofi_02559401  | 1/13/2015                | 2015SA004144  |
| 138. | Sanofi_02559734  | 1/15/2015                | 2015SA005225  |
| 139. | Sanofi_02684901  | 1/26/2015                | 2015SA010572  |
| 140. | Sanofi_02684901  | 2/3/2015                 | 2015SA013702  |
| 141. | Sanofi_02559745  | 2/6/2015                 | 2015SA015960  |
| 142. | Sanofi_02684701  | 2/9/2015                 | 2015SA016900  |
| 143. | Sanofi_02705693  | 2/17/2015                | 2015SA022330  |
| 144. | Sanofi_02559753  | 2/25/2015                | 2015SA024279  |
| 145. | Sanofi_02705693  | 2/27/2015                | 2015SA026761  |
| 146. | Sanofi_02705693  | 3/11/2015                | 2015SA031426  |
| 147. | Sanofi_02559761  | 3/12/2015                | 2015SA031625  |
| 148. | Sanofi_02684901  | 3/18/2015                | 2015SA035149  |
| 149. | Sanofi_02559764  | 3/25/2015                | 2015SA038506  |
| 150. | Sanofi_02559768  | 3/24/2015                | 2015SA038907  |
| 151. | Sanofi_02684759  | 4/7/2015                 | 2015SA044798  |
| 152. | Sanofi_02684901  | 4/14/2015                | 2015SA048347  |
| 153. | Sanofi_02684901  | 4/14/2015                | 2015SA048445  |
| 154. | Sanofi_02684901  | 4/20/2015                | 2015SA052690  |
| 155. | Sanofi_02684901  | 4/27/2015                | 2015SA057109  |
| 156. | Sanofi_02559802  | 5/5/2015                 | 2015SA060317  |
| 157. | Sanofi_02684901  | 5/14/2015                | 2015SA065244  |
| 158. | Sanofi_02684901  | 6/10/2015                | 2015SA083684  |
| 159. | Sanofi_02684901  | 6/12/2015                | 2015SA084123  |

|      | Bates Beg Number | Estimated Date of Report | Reference No. |
|------|------------------|--------------------------|---------------|
| 160. | Sanofi_02684836  | 6/17/2015                | 2015SA088856  |
| 161. | Sanofi_02575345  | 9/21/2015                | 2015SA144986  |
| 162. | Sanofi_02684901  | 9/23/2015                | 2015SA145835  |
| 163. | Sanofi_02684901  | 9/22/2015                | 2015SA145995  |
| 164. | Sanofi_02684901  | 9/22/2015                | 2015SA145998  |
| 165. | Sanofi_02684885  | 9/30/2015                | 2015SA153480  |
| 166. | Sanofi_02559864  | 10/13/2015               | 2015SA161673  |
| 167. | Sanofi_01045286  | 01/01/2012 to 09/29/2017 | AWARE database reports of irreversible alopecia |
| 168. | Sanofi_06246752  | 09/30/2017 to 12/31/2018 | AWARE database reports of irreversible alopecia[1] |

2. For each report (as described in Table 3 above) between 01/01/2012 and 12/31/2018 regarding persisting alopecia:

   a. The first date on which YOU received or became aware of the information or the report;

   b. To whom was the report sent;

   c. Who received the report;

   d. When the report was received;

   e. The source of the report;

   f. Whether there were Standard Operating Procedures ("SOP"s) in place regarding YOUR receipt and handling of the report;

   g. The Standard Operating Procedures ("SOP"s) regarding receipt of such reports;

   h. Whether YOU followed Standard Operating Procedures ("SOP"s) regarding the report;

   i. How YOU categorized and recorded the report;

   j. Every database in which the report was recorded;

   k. Actions taken by anyone associated with YOU regarding the report;

   l. All follow-up efforts by YOU regarding the report, both internally and externally;

   m. Whether and how the report was handled in the regular course and scope of YOUR business;

---

[1] This document will be amended to reflect the supplemental AWARE data to be produced by Sanofi.

    n. Was the report submitted by YOU to any regulatory authority and if so for each by whom, to whom, when and in what manner and/or form (i.e., did you full provide the full case report, did you provide the CIOMS report, did you simply report it as a numerical incidence of alopecia, etc.);

    o. Whether the report alone or in combination with other report(s) constitutes a safety signal and why; and

    p. Medical plausibility/causality determination and consequences of same.

3. The findings in the audit report of Leah Andrews, Andrews Consultants, LLC for the April 22, 30, 2013 mock FDA inspection of the Sanofi pharmaceutical facility (Sanofi_04689433), including Sanofi's compliance with the postmarketing adverse drug experience and NDA Annual Reporting Requirements.

4. Sanofi's NDA Annual Reports and Supplements and/or Amendments from 2012-2018 along with all CSRs or summary of CSRs submitted with the annual reports.

5. Social Media AERs received by Sanofi from 2012-2018.

6. The identity of each patient, by reference number, who reportedly experienced persisting alopecia associated with docetaxel use between 2012-2018 to the company as noted in the Complaint Log at Sanofi_00792534 and in any supplemental Complaint Log not provided through and including this date, so that it can be determined whether each such patient is included in Table 3.

7. The identity of each patient, by reference number, who reportedly experienced persisting alopecia associated with docetaxel use in the Miteva, et al. Permanent Alopecia After Systemic Chemotherapy: A Clinicopathological Study of 10 Cases (2011), so that it can be determined whether each such patient is included in Table 3.

8. The identity of each patient, by reference number, who reportedly experienced persisting alopecia associated with docetaxel use in the Kluger Study – Annals of Oncology

Journal Article, Scalp Alopecia Related to Breast Cancer Chemotherapy by Sequential Fluorouracil/Epirubicin/Cyclophosphamide (FEC) and Docetaxel: A Prospective Study of 20 Patients (2012), so that it can be determined whether each such patient is included in Table 3.

9. The identity of each patient, by reference number, who reportedly experienced persisting alopecia associated with docetaxel use in the Response to Agency Request (Sanofi_00811958) seeking clarification of the number of patients in clinical trials with long term or permanent alopecia (January 18, 2013), so that it can be determined whether each such patient is included in Table 3.

10. The identity of each patient, by reference number, who reportedly experienced persisting alopecia associated with docetaxel use in the Bertrand, et al. Permanent chemotherapy induced alopecia in early breast cancer patients after (neo)adjuvant chemotherapy: long term follow-up (2013), so that it can be determined whether each such patient is included in Table 3.

11. The findings regarding alopecia as a TEAE persisting into 10-year follow-up period for TAX0301 in the Clinical Study Report (December 2, 2013), so that it can be determined whether each such patient is included in Table 3.

12. The identity of each patient, by reference number, who reportedly experienced persisting alopecia associated with docetaxel use in Bourgeois, ERALOP Study Results: Hair regrowth after adjuvant FEC-docetaxel chemotherapy for early breast cancer (2014), so that it can be determined whether each such patient is included in Table 3.

13. The identity of each patient, by reference number, who reportedly experienced persisting alopecia associated with docetaxel use in Thorp, et al. Long-term hair loss in patients with early breast cancer receiving docetaxel chemotherapy (2015), so that it can be determined whether each such patient is included in Table 3.

14. The identity of each patient, by reference number, who reportedly experienced persisting alopecia associated with docetaxel use in the 2.5 Clinical Overview: Docetaxel and Permanent Alopecia (November 11, 2015), so that it can be determined whether each such patient is included in Table 3.

15. The identity of each patient, by reference number, who reportedly experienced persisting alopecia associated with docetaxel use in the Fonia, et al. Permanent alopecia in patients with breast cancer after taxane chemotherapy and adjuvant hormonal therapy: Clinicopathological findings in a cohort of 10 patients (2017), so that it can be determined whether each such patient is included in Table 3.

16. The identity of each patient, by reference number, who reportedly experienced persisting alopecia associated with docetaxel use in the Kim, et al. Chemotherapy-induced irreversible alopecia in early breast cancer patients (2017), so that it can be determined whether each such patient is included in Table 3.

17. The identity of each patient, by reference number, who reportedly experienced persisting alopecia associated with docetaxel use in the study, Freites-Martinez A, Shapiro J, van den Hurk C, Goldfarb S, Jimenez J, Rossi AM, Paus R, Lacouture MR, CME Part 2: Hair disorders in cancer survivors, Persistent chemotherapy-induced alopecia, persistent radiotherapy-induced alopecia, and hair growth disorders related to endocrine therapy or cancer surgery (2018), so that it can be determined whether each such patient is included in Table 3.

Dated: January 10, 2019                                  Respectfully submitted,


*/s/ Christopher L. Coffin*                              */s/ Karen B. Menzies*
Christopher L. Coffin (#27902)                           Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.                         GIBBS LAW GROUP LLP
1100 Poydras Street, Suite 2505                          6701 Center Drive West, Suite 1400
New Orleans, Louisiana 70163                             Los Angeles, California 90045
Phone: (504) 355-0086                                    Telephone: 510-350-9700
Fax: (504) 355-0089                                      Facsimile: 510-350-9701
ccoffin@pbclawfirm.com                                   kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*                            *Plaintiffs' Co-Lead Counsel*

*/s/M. Palmer Lambert*                                   */s/Dawn M. Barrios*
M. Palmer Lambert (#33228)                               Dawn M. Barrios (#2821)
GAINSBURGH BENJAMIN DAVID                                BARRIOS, KINGSDORF & CASTEIX, LLP
MEUNIER & WARSHAUER, LLC                                 701 Poydras Street, Suite 3650
2800 Energy Centre, 1100 Poydras Street                  New Orleans, LA 70139
New Orleans, LA 70163-2800                               Phone: 504-524-3300
Phone: 504-522-2304                                      Fax: 504-524-3313
Fax: 504-528-9973                                        barrios@bkc-law.com
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*                         *Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews                                             Daniel P. Markoff
Andrews Thornton Higgins Razmara, LLP                    Atkins & Markoff Law Firm
2 Corporate Park, Suite 110                              9211 Lake Hefner Parkway, Suite 104
Irvine, CA 92606                                         Oklahoma City, OK 73120
Phone: (800) 664-1734                                    Phone: (405) 607-8757
aa@andrewsthornton.com                                   Fax: (405) 607-8749
                                                         dmarkoff@atkinsandmarkoff.com


J. Kyle Bachus                                           Abby E. McClellan
Bachus & Schanker, LLC                                   Stueve Siegel Hanson LLP
1899 Wynkoop Street, Suite 700                           460 Nichols Road, Suite 200
Denver, CO 80202                                         Kansas City, MO 64112
Phone: (303) 893-9800                                    Phone: (816) 714-7100
Fax: (303) 893-9900                                      Fax: (816) 714-7101
kyle.bachus@coloradolaw.net                              mcclellan@stuevesiegel.com

Lawrence J. Centola, III                                 Karen Barth Menzies

Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Emily C. Jeffcott
The Lambert Firm, PLC
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
ejeffcott@thelambertfirm.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Genevieve Zimmerman
Meshbesher & Spence Ltd.
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
gzimmerman@meshbesher.com

## CERTIFICATE OF SERVICE

      I hereby certify that on January 10, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ M. Palmer Lambert*
M. PALMER LAMBERT
