# EXHIBIT G

Michael S. Kopreski, M.D.

Page 410

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

- - -

| | | |
|---|---|---|
| IN RE: TAXOTERE | : | MDL NO. 2740 |
| (DOCETAXEL) PRODUCTS | : | SECTION: "N" |
| LIABILITY LITIGATION | : | (5) |
| | : | JUDGE |
| THIS DOCUMENT RELATES | : | ENGELHARDT |
| TO: | : | MAG. JUDGE |
| | : | NORTH |
| ALL CASES | : | |

VOLUME II

- - -

October 11, 2018

- - -

        Continued videotaped deposition of MICHAEL S. KOPRESKI, M.D., taken pursuant to notice, was held at the law offices of DLA Piper, 51 John F. Kennedy Boulevard, Short Hills, New Jersey, beginning at 8:36 a.m., on the above date, before Michelle L. Gray, a Registered Professional Reporter, Certified Shorthand Reporter, Certified Realtime Reporter, and Notary Public.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph| 917.591.5672
deps@golkow.com