# EXHIBIT K

Michael S. Kopreski, M.D.

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

- - -

| | |
|---|---|
| IN RE: TAXOTERE | : MDL No. 2740 |
| (DOCETAXEL) PRODUCTS | : Section "H" |
| LIABILITY LITIGATION | : |
| This Document Relates | : Judge Milazzo |
| To: | : |
| | : |
| All Cases | : Mag. Judge North |

- - -

June 24, 2019
Volume III

- - -

Videotape deposition of MICHAEL S. KOPRESKI, M.D. taken pursuant to notice, was held at the law offices of McElroy, Deutsch, Mulvaney, & Carpenter, LLP 1300 Mt. Kemble Avenue Morristown, New Jersey 07962, commencing at 9:12 a.m., on the above date, before Amanda Dee Maslynsky-Miller, a Certified Realtime Reporter.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph| 917.591.5672 fax
deps@golkow.com

Golkow Litigation Services - 1.877.370.DEPS