
# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

No. 16-11419

_____

A True Copy
Certified order issued Sep 27, 2016

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

In re: DEPUY ORTHOPAEDICS, INCORPORATED; JOHNSON & JOHNSON, INCORPORATED; DEPUY PRODUCTS, INCORPORATED; JOHNSON & JOHNSON SERVICES, INCORPORATED; DEPUY SYNTHES, INCORPORATED; JOHNSON & JOHNSON; JOHNSON & JOHNSON INTERNATIONAL; DEPUY INTERNATIONAL LIMITED,

     Petitioners

_____

Petition for a Writ of Mandamus to the
Northern District of Texas, Dallas

_____

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that the petition for writ of mandamus is DENIED.

E. GRADY JOLLY, Circuit Judge, concurring:

    Although the district court misapplied Rules 43(a) and 45(c), I concur in the denial of the petition for a writ of mandamus.