**Designation Run Report**

# Kopreski040319_06_15_21

---

**Kopreski, Michael 04-03-2019**

---

**Plaintiff Designations  00:35:19**

**Defense Designations  01:24:12**

---

**Total Time  01:59:31**



| Page/Line | Source | ID |
|---|---|---|

**Kopreski040319_06_15_21**

| Page/Line | Source | ID |
|---|---|---|
| 15:9 - 15:13 | **Kopreski, Michael 04-03-2019 (00:00:08)** | Kopreski040319_06_15_21.59 |
| | 15:9   Q. Good morning, Doctor.  Could | |
| | 15:10 you please state your full name for the | |
| | 15:11 record? | |
| | 15:12   A. Yes, my name is Michael | |
| | 15:13 Steven Kopreski. | |
| 15:21 - 16:2 | **Kopreski, Michael 04-03-2019 (00:00:14)** | Kopreski040319_06_15_21.60 |
| | 15:21   Q. And, Doctor, you understand | |
| | 15:22 that you're here today to have an oral | |
| | 15:23 examination of you based on your personal | |
| | 15:24 knowledge in this case? | |
| | 16:1   A. I have -- I understand that, | |
| | 16:2 yes. | |
| 17:3 - 17:8 | **Kopreski, Michael 04-03-2019 (00:00:13)** | Kopreski040319_06_15_21.61 |
| | 17:3   Q. All right.  And prior to | |
| | 17:4 your retirement, according to this | |
| | 17:5 business card, you were the associate | |
| | 17:6 vice president, global pharmacovigilance | |
| | 17:7 and epidemiology? | |
| | 17:8   A. That is correct. | |
| 17:9 - 17:14 | **Kopreski, Michael 04-03-2019 (00:00:07)** | Kopreski040319_06_15_21.62 |
| | 17:9   Q. And is that the position | |
| | 17:10 that you last held at Sanofi? | |
| | 17:11   A. Yes, that was -- | |
| | 17:12   Q. And for how -- | |
| | 17:13   A. -- that was my last | |
| | 17:14 position. | |
| 21:20 - 21:24 | **Kopreski, Michael 04-03-2019 (00:00:11)** | Kopreski040319_06_15_21.63 |
| | 21:20   Q. And so you were the head of | |
| | 21:21 the oncology area for Sanofi responsible | |
| | 21:22 for safety surveillance and risk | |
| | 21:23 management? | |
| | 21:24   A. That's correct.  So if I can | |
| 34:2 - 34:7 | **Kopreski, Michael 04-03-2019 (00:00:14)** | Kopreski040319_06_15_21.64 |
| | 34:2   Q. You agree with me that all | |
| | 34:3 drugs have side effects? | |
| | 34:4   A. To the best of the -- the | |
| | 34:5 best of my knowledge, I don't know any | |
| | 34:6 drugs that don't have the potential for | |
| | 34:7 side effects. | |

**Kopreski040319_06_15_21**

| Page/Line | Source | ID |
|---|---|---|

**36:5 - 36:9** | **Kopreski, Michael 04-03-2019 (00:00:08)** | Kopreski040319_06_15_21.65

36:5   Q. All right.  Toxicities is
36:6 another word for side effect.  Do you
36:7 agree?
36:8   A. Well, that -- yes, that was
36:9 -- that was the manner that I was using

**36:12 - 36:24** | **Kopreski, Michael 04-03-2019 (00:00:39)** | Kopreski040319_06_15_21.66

36:12 And, again, to make sure
36:13 that the record is accurate, you agree
36:14 that the majority of side effects tend to
36:15 recover after you stop taking the drug.
36:16 Not all, most.
36:17   A. Or even while you're on the
36:18 drug sometimes.  You know, again, it
36:19 depends upon the nature of the side
36:20 effect.
36:21   Q. Sure.
36:22   A. But the majority of side
36:23 effects are not of a nature that don't
36:24 recover.

**37:5 - 37:8** | **Kopreski, Michael 04-03-2019 (00:00:05)** | Kopreski040319_06_15_21.67

37:5   Q. Some side effects are
37:6 permanent and never go away, do you agree
37:7 with that?
37:8   A. Yes.

**41:19 - 42:3** | **Kopreski, Michael 04-03-2019 (00:00:18)** | Kopreski040319_06_15_21.68

41:19   Q. So you actually started on
41:20 my next question --
41:21   A. Okay.
41:22   Q. -- which is, that obligation
41:23 to identify either new side effects or
41:24 new characteristics of a previously known
42:1 side effect doesn't stop or end once a
42:2 drug comes on the market.  True?
42:3   A. That's correct.

**43:6 - 43:18** | **Kopreski, Michael 04-03-2019 (00:00:47)** | Kopreski040319_06_15_21.69

43:6   Q. You agree that a drug
43:7 company must update its label when new
43:8 information becomes available that causes
43:9 the current labeling to become

| Kopreski040319_06_15_21 | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

43:10 inaccurate, false, or misleading.

43:11   A. The -- if there is error in

43:12 the label -- you know, you're -- you're

43:13 asking labeling questions, which, you

43:14 know, certainly goes beyond my expertise.

43:15 But to the best of my

43:16 knowledge, if there's -- if there's

43:17 faulty or inaccurate information, that

43:18 would need to be corrected.

**51:16 - 51:19       Kopreski, Michael 04-03-2019 (00:00:11)**            Kopreski040319_06_15_21.70

51:16   Q. We agree that the safety

51:17 information contained in the label is

51:18 there to inform doctors; correct?

51:19   A. I would agree, yes.

**127:22 - 128:9       Kopreski, Michael 04-03-2019 (00:00:36)**            Kopreski040319_06_15_21.71

127:22   Q. Likewise, if Sanofi had

127:23 observed a causal association between

127:24 Taxotere and irreversible hair loss, but

128:1 told their clinical and trial -- clinical

128:2 trial enrollees that they had only

128:3 observed temporary hair loss, wouldn't

128:4 that equally be inappropriate?

128:5   A. So if they had cases of

128:6 irreversible hair loss and they said that

128:7 they had only observed temporary, again,

128:8 I think that would be inaccurate --

128:9 inaccurate.

**128:17 - 128:21      Kopreski, Michael 04-03-2019 (00:00:06)**            Kopreski040319_06_15_21.72

128:17   Q. If they did it willfully,

128:18 that would be atrocious, wouldn't it?

128:19   A. Well, if they did it

128:20 willfully, that certainly would be

128:21 inappropriate in my mind.

**133:16 - 134:7       Kopreski, Michael 04-03-2019 (00:00:44)**            Kopreski040319_06_15_21.73

133:16   Q. And if the company therefore

133:17 has observed temporary alopecia and

133:18 permanent alopecia, it should describe

133:19 both.

133:20   A. Well, what do you mean by

133:21 permanent?  That -- when you say

**Kopreski040319_06_15_21**

| Page/Line | Source | ID |
|---|---|---|

133:22 permanent, are you talking about a period
133:23 of time or are you talking about that it
133:24 hasn't recovered?
134:1   Q. In my hypothetical, it has
134:2 never recovered.
134:3   A. I think -- I think if
134:4 there's clear evidence that it hasn't
134:5 recovered, then to me what would be
134:6 appropriate would be being factual with
134:7 what the evidence is at the time.

**139:14 - 139:24    Kopreski, Michael 04-03-2019 (00:00:31)**    Kopreski040319_06_15_21.74

139:14   Q. If you could take a look at
139:15 the second page of Exhibit 5, which would
139:16 be this first page of the CIOMs adverse
139:17 reaction report?
139:18   A. Okay.
139:19   Q. You're familiar with this
139:20 type of report, aren't you, Doctor?
139:21   A. I am.
139:22   Q. And these are reports that
139:23 were received by Sanofi; correct?
139:24   A. To the best of my knowledge.

**140:6 - 140:11    Kopreski, Michael 04-03-2019 (00:00:15)**    Kopreski040319_06_15_21.75

140:6   Q. You may get an adverse
140:7 reaction report from -- from a patient.
140:8 You may get a report from a clinical
140:9 trial.  You may get a report from a
140:10 doctor's office or a pharmacist; correct?
140:11   A. That's correct.

**140:23 - 142:2    Kopreski, Michael 04-03-2019 (00:01:14)**    Kopreski040319_06_15_21.76

140:23   Q. This report indicates it was
140:24 received by the manufacturer on February
141:1 the 9th, 1999.  Do you agree with that?
141:2   A. Yes, I do.
141:3   Q. And do you agree with me
141:4 that this report, if you look up at the
141:5 top, was received from a Dr. Nabholtz?
141:6 Do you see that?
141:7   A. Yes, I do.
141:8   Q. And Dr. Nabholtz was one of

| Page/Line | Source | ID |
|---|---|---|

Kopreski040319_06_15_21

141:9 the evaluators for a clinical trial,
141:10 clinical trial 702?  Do you remember
141:11 that?
141:12   A. I --
141:13   Q. If you look at the screen,
141:14 you'll see where I've highlighted.
141:15   A. Yes, yes, I believe that is
141:16 correct.
141:17   Q. All right.
141:18 And if you look at -- the
141:19 next page on this particular adverse
141:20 event report indicates that this patient
141:21 experienced grade II alopecia during
141:22 course one of chemotherapy in 1996.
141:23 Do you see that?
141:24   A. Yes.  If I could just
142:1 refresh myself on this entire report,
142:2 that might help.

**142:9 - 142:24    Kopreski, Michael 04-03-2019 (00:00:46)**       Kopreski040319_06_15_21.77

142:9   Q. If you look on the top of
142:10 page 2, you see that Dr. Nabholtz says
142:11 that the grade II alopecia continues as
142:12 of 1999, although the eighth and final
142:13 course of the drug was completed in 1997.
142:14 Do you see that at the top?
142:15   A. Yes, I do.
142:16   Q. And, again, you can look at
142:17 the screen.
142:18   A. Yes, I do.
142:19   Q. And if you look at box 12
142:20 under other outcome, do you see that Dr.
142:21 Nabholtz characterized this alopecia
142:22 grade II that was continuing as medically
142:23 significant?
142:24   A. Yes.

**143:13 - 143:15    Kopreski, Michael 04-03-2019 (00:00:04)**       Kopreski040319_06_15_21.78

143:13 you look on the screen.  Do you see
143:14 Exhibit 11?
143:15   A. I do.

**145:4 - 145:15    Kopreski, Michael 04-03-2019 (00:00:26)**       Kopreski040319_06_15_21.79

**Kopreski040319_06_15_21**

| Page/Line | Source | ID |
|---|---|---|
| | 145:4   Q. If you go to the top of this | |
| | 145:5 adverse event report, this is also a | |
| | 145:6 clinical trial participant from TAX702. | |
| | 145:7 Do you see that? | |
| | 145:8   A. That's correct. | |
| | 145:9   Q. And if you go to the bottom | |
| | 145:10 on the date received in box 24c, that, | |
| | 145:11 again, this is the same date as the | |
| | 145:12 previous adverse event report we looked | |
| | 145:13 at, February the 9th, 1999. | |
| | 145:14 Do you see that? | |
| | 145:15   A. That correct. | |
| 145:20 - 146:18 | **Kopreski, Michael 04-03-2019 (00:00:59)** | Kopreski040319_06_15_21.80 |
| | 145:20   Q. And this particular | |
| | 145:21 patient -- Dr. Nabholtz is explaining | |
| | 145:22 under the description on page 2 of the | |
| | 145:23 CIOMS report that this patient | |
| | 145:24 experienced grade II alopecia in 1996 | |
| | 146:1 after her first course of chemotherapy, | |
| | 146:2 but alopecia is still ongoing to this | |
| | 146:3 date, which is the February 2009 date. | |
| | 146:4 Do you see that? | |
| | 146:5   A. Yes, I do. | |
| | 146:6   Q. And, again, Dr. Nabholtz | |
| | 146:7 alerts the company that he considers this | |
| | 146:8 to be medically significant.  Do you see | |
| | 146:9 that in box 12? | |
| | 146:10   A. Yes, I do. | |
| | 146:11   Q. All right. | |
| | 146:12 If you would go onto the | |
| | 146:13 next page, you'll see a yellow sticker | |
| | 146:14 for Exhibit 12 from the corporate | |
| | 146:15 deposition.  Again, this is still part of | |
| | 146:16 Exhibit 5 in this deposition. | |
| | 146:17 Do you see that? | |
| | 146:18   A. Yes. | |
| 147:1 - 147:4 | **Kopreski, Michael 04-03-2019 (00:00:06)** | Kopreski040319_06_15_21.81 |
| | 147:1   Q. And is another clinical | |
| | 147:2 trial participant from TAC702? | |
| | 147:3   A. Yes, this is from the same | |

| Kopreski040319_06_15_21 | | |
| --- | --- | --- |
| **Page/Line** | **Source** | **ID** |

| | | |
| --- | --- | --- |
| | 147:4 study, 702. | |
| 148:10 - 149:1 | **Kopreski, Michael 04-03-2019 (00:00:44)** | Kopreski040319_06_15_21.82 |
| | 148:10 And in this case, in the | |
| | 148:11 description on the following page, Dr. | |
| | 148:12 Nabholtz is reporting that this patient | |
| | 148:13 experienced grade II alopecia on | |
| | 148:14 September of 1996; and then it says, on | |
| | 148:15 the next line, grade II alopecia | |
| | 148:16 continues as of this date, although the | |
| | 148:17 eighth and final drug -- course of the | |
| | 148:18 drug was in January of 1997. | |
| | 148:19 Do you see that? | |
| | 148:20   A. I do. | |
| | 148:21   Q. And, again in box 12, Dr. | |
| | 148:22 Nabholtz notified the company that he | |
| | 148:23 felt this was medically significant.  Do | |
| | 148:24 you see that? | |
| | 149:1   A. Yes. | |
| 151:18 - 152:3 | **Kopreski, Michael 04-03-2019 (00:00:32)** | Kopreski040319_06_15_21.83 |
| | 151:18   Q. So by February the 9th of | |
| | 151:19 1999, you would agree with me that it had | |
| | 151:20 been reported to Sanofi by Dr. Nabholtz, | |
| | 151:21 a clinical study doctor, that he had | |
| | 151:22 observed four cases of persistent or | |
| | 151:23 ongoing alopecia out of the clinical | |
| | 151:24 trial study 702. | |
| | 152:1 Would you agree with that? | |
| | 152:2   A. It was reported to | |
| | 152:3 pharmacovigilance, yes. | |
| 156:20 - 157:3 | **Kopreski, Michael 04-03-2019 (00:00:14)** | Kopreski040319_06_15_21.84 |
| | 156:20   Q. Now, these documents that | |
| | 156:21 we've just discussed that combine to make | |
| | 156:22 up what is Exhibit 5 to this deposition, | |
| | 156:23 these are documents that are maintained | |
| | 156:24 in the regular course of business at | |
| | 157:1 Sanofi as part of its pharmacovigilance | |
| | 157:2 efforts; correct? | |
| | 157:3   A. Yes. | |
| 168:14 - 168:15 | **Kopreski, Michael 04-03-2019 (00:00:03)** | Kopreski040319_06_15_21.85 |
| | 168:14   Q. I'm going to hand you what's | |

| | Kopreski040319_06_15_21 | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| 168:16 - 168:17 | 168:15 been marked as Exhibit 7.  Do you have<br>**Kopreski, Michael 04-03-2019 (00:00:04)**<br>168:16 Exhibit 7 in front of you, Doctor?<br>168:17   A. I do, thank you. | Kopreski040319_06_15_21.86 |
| 169:3 - 169:11 | **Kopreski, Michael 04-03-2019 (00:00:19)**<br>169:3   Q. -- February 28, 2002.  Do<br>169:4 you see that?<br>169:5   A. Yes, I do.<br>169:6   Q. And if you go to the top,<br>169:7 this is a statistical analysis plan<br>169:8 regarding a clinical trial at Sanofi that<br>169:9 is labeled as TAX316.<br>169:10 Do you agree with me?<br>169:11   A. Yes. | Kopreski040319_06_15_21.87 |
| 171:7 - 171:15 | **Kopreski, Michael 04-03-2019 (00:00:28)**<br>171:7   Q. All right.  And if you look<br>171:8 down at the name of the study chair, the<br>171:9 study chair is listed as Dr. Nabholtz.<br>171:10 Do you see that?<br>171:11   A. Yes.<br>171:12   Q. And if you would -- and<br>171:13 again it's February the 2nd -- February<br>171:14 28th, 2002; correct?<br>171:15   A. 28th of February, 2002. | Kopreski040319_06_15_21.88 |
| 172:18 - 172:21 | **Kopreski, Michael 04-03-2019 (00:00:17)**<br>172:18   Q. Turn to page 30 of 47 and<br>172:19 look for a section titled "11.7<br>172:20 Reversibility."<br>172:21   A. Yes. | Kopreski040319_06_15_21.89 |
| 173:2 - 173:14 | **Kopreski, Michael 04-03-2019 (00:00:29)**<br>173:2   Q. And you agree with me that<br>173:3 as part of the TAX316 statistical<br>173:4 analysis plan, as promulgated by the<br>173:5 study chair Dr. Nabholtz, that if you<br>173:6 look at page 30 of 47, it says that the<br>173:7 reversibility of the following adverse<br>173:8 events will be analyzed.<br>173:9 Do you see that?<br>173:10   A. I do.<br>173:11   Q. And what's the first adverse | Kopreski040319_06_15_21.90 |

| Page/Line | Source | ID |
|---|---|---|

Kopreski040319_06_15_21

173:12 event that's listed as one that is going
173:13 to be analyzed for reversibility?
173:14   A. Alopecia.

**175:12 - 175:18**   **Kopreski, Michael 04-03-2019 (00:00:11)**   Kopreski040319_06_15_21.91

175:12   Q. You did not participate in
175:13 or review any analysis of the
175:14 reversibility of alopecia related to this
175:15 study at any time before you retired from
175:16 the company in 2017.
175:17   A. I'm not -- I'm not recalling
175:18 so.

**176:2 - 176:11**   **Kopreski, Michael 04-03-2019 (00:00:20)**   Kopreski040319_06_15_21.92

176:2   Q. And you see at the bottom of
176:3 this document that this document is
176:4 marked as confidential.  Do you see that?
176:5   A. I do.
176:6   Q. So this is a document that
176:7 would have been kept in the regular
176:8 course of business for Sanofi and kept
176:9 confidential?
176:10   A. It's a confidential
176:11 document, yes.

**207:11 - 208:12**   **Kopreski, Michael 04-03-2019 (00:01:21)**   Kopreski040319_06_15_21.93

207:11   Q. Okay?  So the first e-mail I
207:12 want to go through is on page 2 of
207:13 Exhibit No. 10 and it is a -- from Heidi
207:14 Filtenborg from -- it looks like from
207:15 Denmark.
207:16 Did you know Heidi?
207:17   A. No.
207:18   Q. You see at the top.  And
207:19 it's dated Friday, March the 3rd, 2006 at
207:20 8:34 a.m.  And she indicates -- and she's
207:21 sending this to global pharmacovigilance
207:22 and it says PH dash U.S. or slash U.S.
207:23 Do you know what that is?
207:24   A. That appears to just be a
208:1 designation of pharmacovigilance in the
208:2 U.S.
208:3   Q. Okay.  And she indicates

| Page/Line | Source | ID |
|---|---|---|

208:4 that she's received a question from a
208:5 Danish doctor and the question being
208:6 asked is, is there any
208:7 documentation/knowledge about the
208:8 reversibility of alopecia after Taxotere
208:9 treatment.  And then, in parens says,
208:10 expected timeframe.
208:11 Do you see that?
208:12   A. Yes.

**208:18 - 209:3    Kopreski, Michael 04-03-2019 (00:00:28)**    Kopreski040319_06_15_21.94

208:18   Q. And that appears to trigger,
208:19 if we turn back to page 1 of Exhibit 10,
208:20 some activity.  And if we go to the
208:21 bottom e-mail on page 1 of Exhibit 10 --
208:22 and, again, I've got it up here --
208:23 basically, there's a Marina Velez from
208:24 that PH slash US.
209:1 And did you know Marina
209:2 Velez?
209:3   A. I believe I did.

**209:20 - 209:24    Kopreski, Michael 04-03-2019 (00:00:09)**    Kopreski040319_06_15_21.95

209:20 So Steven Neibart worked
209:21 underneath you, you were his boss; is
209:22 that correct?
209:23   A. I was his manager, yes.
209:24   Q. All right.  And it says:

**210:11 - 210:17    Kopreski, Michael 04-03-2019 (00:00:15)**    Kopreski040319_06_15_21.96

210:11   Q. Then there's an e-mail right
210:12 above that e-mail which is from Steven
210:13 Neibart to Emanuel Palatinsky and saying
210:14 to Emanuel, please address this on your
210:15 return.
210:16 Do you see that?
210:17   A. I do.

**211:19 - 212:2    Kopreski, Michael 04-03-2019 (00:00:18)**    Kopreski040319_06_15_21.97

211:19   Q. And so this is March the 3rd
211:20 at 4:44 p.m. and then it says, at the
211:21 bottom:  Let me know if you'd like to
211:22 discuss.  And then it says:  Perhaps Amy
211:23 might know if we have a file on this

| Page/Line | Source | ID |
|---|---|---|

**Kopreski040319_06_15_21**

211:24 topic.

212:1 Do you see that?

212:2  A. I do.

213:21 - 213:24   **Kopreski, Michael 04-03-2019 (00:00:10)**    Kopreski040319_06_15_21.98

213:21  Q. So you were brought into the

213:22 e-mail and cc'd on this March 3rd, 2006

213:23 e-mail.  Do you see that?

213:24  A. Yes, I do.

214:19 - 215:24   **Kopreski, Michael 04-03-2019 (00:01:12)**    Kopreski040319_06_15_21.99

214:19 this and understand that Amy Freedman,

214:20 who writes this e-mail on March the 5th,

214:21 2006 at 2:17 p.m. and sends that back to

214:22 Steven Neibart, to Dr. Palatinsky, and

214:23 cc's you, she would have been a global

214:24 safety officer over Taxotere on this

215:1 date; correct?

215:2  A. That's my recollection.

215:3  Q. Okay.  And what she writes

215:4 is:  I know there were some irreversible

215:5 cases of alopecia -- do you see that?

215:6  A. Uh-hum.

215:7  Q. -- as documented in clinical

215:8 trials.  And then she goes on to say:

215:9 I'm sorry that I do not have more to

215:10 offer.

215:11 Do you see that?

215:12  A. Yes.

215:13  Q. And then she says:  This is

215:14 the kind of thing that a noncompany

215:15 physician would review in their practice

215:16 and possibly report in the literature.

215:17 Do you see that?

215:18  A. Okay.

215:19  Q. And then she says:  However,

215:20 I am not, in all caps, advising a

215:21 literature search for this topic,

215:22 exclamation point.

215:23 Do you see that?

215:24  A. I do.

216:10 - 216:17   **Kopreski, Michael 04-03-2019 (00:00:14)**    Kopreski040319_06_15_21.100

**Kopreski040319_06_15_21**

| Page/Line | Source | ID |
|---|---|---|

216:10   Q. Do you have any recollection
216:11 as you sit here today as to why Ms.
216:12 Freedman was writing that she is not, in
216:13 all caps, advising a literature search
216:14 for this topic in response to this Danish
216:15 doctor's inquiry?
216:16   A. No.  I think you'd have to
216:17 direct that to Dr. Freedman.

**218:8 - 218:18**   **Kopreski, Michael 04-03-2019 (00:00:40)**   Kopreski040319_06_15_21.101

218:8   Q. Now, this is a meeting
218:9 invite and the meeting invite is on
218:10 4/25/2006, so we're about a -- maybe a
218:11 month after the Amy Freedman e-mail that
218:12 we just discussed, and the subject is
218:13 going to be proposed changes to section 4
218:14 of a product label.
218:15 Do you see that, at the top,
218:16 under "Subject"?
218:17   A. Discussion of proposed
218:18 changes to section 4 PL, yes.

**219:14 - 220:2**   **Kopreski, Michael 04-03-2019 (00:00:22)**   Kopreski040319_06_15_21.102

219:14   Q. You agree that this
219:15 document, Exhibit 11, lists yourself as a
219:16 required attendee?
219:17   A. I am -- I am listed.  I'm
219:18 just trying to clarify that doesn't mean
219:19 --
219:20   Q. No, I appreciate it.
219:21   A. -- that I would have
219:22 attended.
219:23   Q. And the PL at the top, is
219:24 that patient leaflet?
220:1   A. I don't know.  I -- I think
220:2 that's a very good assumption.

**221:2 - 221:22**   **Kopreski, Michael 04-03-2019 (00:00:58)**   Kopreski040319_06_15_21.103

221:2   Q. And so at the bottom, it
221:3 says:  It's important -- it is important
221:4 each functional group is represented at
221:5 this meeting -- then it goes onto the
221:6 next page, which is page 2 of Exhibit 11.

| Page/Line | Source | ID |
|---|---|---|

Kopreski040319_06_15_21

221:7   A. By at least one delegate.
221:8   Q. -- by at least one delegate.
221:9 And then it goes on to say:
221:10 If you're unable to join the discussion,
221:11 please provide your comments to me by
221:12 phone or voicemail, but not in writing.
221:13 Do you see that?
221:14   A. I do.
221:15   Q. Why would the company not
221:16 want those who can't attend as a delegate
221:17 to at least provide their thoughts in
221:18 writing?
221:19   A. You would have to ask Jane
221:20 Diamond that question.  I really do not
221:21 that would be the case -- do not know why
221:22 that would be the case.

**225:18 - 225:23   Kopreski, Michael 04-03-2019 (00:00:11)**   Kopreski040319_06_15_21.104

225:18   Q. An attachment to the e-mail
225:19 to the meeting contains this page, which
225:20 at the top identifies itself as "Current
225:21 PL"; correct?
225:22   A. That's what it says,
225:23 "Current PL."

**226:1 - 226:22   Kopreski, Michael 04-03-2019 (00:01:05)**   Kopreski040319_06_15_21.105

226:1 If you turn past the current
226:2 PL, you'll see a document that has a
226:3 title at the top that says "Draft
226:4 Proposal 1."
226:5   A. Okay.
226:6   Q. Do you see that?
226:7   A. I do.
226:8   Q. This was also attached to
226:9 the e-mail and a draft proposal, what --
226:10 what does a proposal draft mean to you in
226:11 pharmacovigilance?
226:12   A. Well, I don't think there's
226:13 any -- anything unique to
226:14 pharmacovigilance in the word draft
226:15 proposal.  It is a draft meaning it's not
226:16 finalized.  It's -- it's a -- and

| Page/Line | Source | ID |
|---|---|---|

**Kopreski040319_06_15_21**

226:17 proposal 1 would suggest that this is a
226:18 nonfinalized, non -- probably nonreviewed
226:19 proposal that's being made.
226:20   Q. Okay.  And if you --
226:21   A. I would imagine it's being
226:22 attached for discussion.

227:2 - 228:10   **Kopreski, Michael 04-03-2019 (00:01:16)**   Kopreski040319_06_15_21.106

227:2   Q. All right.  If you go down
227:3 to the proposal on page 1 of draft
227:4 proposal number 1, under "Very Common,"
227:5 do you see, it says very common and then
227:6 it says, "(experienced in more than 1 in
227:7 10 patients)."  Do you see that?
227:8 You can look on the
227:9 screen --
227:10   A. Okay.
227:11   Q. -- you may orient yourself
227:12 to that document.
227:13   A. Yes, I do see that.
227:14   Q. All right.
227:15 And then -- one, two,
227:16 three -- four bullet points down, it
227:17 says, under "Very Common":  Short-term
227:18 hair loss, after normal -- after
227:19 treatment, normal hair growth should
227:20 return.
227:21 Do you see that?
227:22   A. I do see that.
227:23   Q. And then if you turn the
227:24 page to the second page of proposal
228:1 number 1, at the bottom, under what's
228:2 termed as "Rare," it says:  Alopecia
228:3 (hair loss) that did not reverse at the
228:4 end of the study.
228:5 Do you see that?
228:6   A. I do.
228:7   Q. Clearly, whoever -- well,
228:8 first of all, do you know who drafted
228:9 proposal number 1?
228:10   A. Excuse me.  No.

**Kopreski040319_06_15_21**

| Page/Line | Source | ID |
|---|---|---|

233:8 - 233:19      **Kopreski, Michael 04-03-2019 (00:00:18)**        Kopreski040319_06_15_21.107

233:8   Q. Going back for a moment to

233:9 the first page of Exhibit 11 under

233:10 required attendees, you are a required

233:11 attendee; correct?

233:12   A. I was.

233:13   Q. Amy Freedman, who was

233:14 another global safety officer for

233:15 Taxotere, she was a required attendee;

233:16 correct?

233:17   A. Yeah, everybody --

233:18   Q. This entire list --

233:19   A. This list, sure.

235:20 - 237:3      **Kopreski, Michael 04-03-2019 (00:01:27)**        Kopreski040319_06_15_21.108

235:20   Q. So when the people who

235:21 bothered to attend this mandatory,

235:22 important meeting got as far as draft

235:23 proposal number 1 --

235:24   A. Yes.

236:1   Q. -- at that point in time in

236:2 the year 2006, somebody in a management

236:3 position at Sanofi related -- with their

236:4 work related to Taxotere would have had

236:5 the opportunity to see, whether they

236:6 wrote it or not, which you can't testify

236:7 about, that there -- that you can

236:8 characterize short-term hair loss as an

236:9 outcome and you can characterize alopecia

236:10 that did not reverse at the end of the

236:11 study as an outcome.  Right?

236:12   A. I would think that would be

236:13 a reasonable assumption.

236:14   Q. All right.

236:15 If you move through the

236:16 document next to proposal number 2 -- and

236:17 let me know when you found that.  Again,

236:18 we're on Exhibit 11 and we're discussing

236:19 this meeting that was scheduled to occur

236:20 -- well, the -- April the 25th, 2006.

236:21   A. Okay.

| Page/Line | Source | ID |
|---|---|---|

Kopreski040319_06_15_21

236:22   Q. Do you see the draft
236:23 proposal number 2?
236:24   A. Yes, I do.
237:1   Q. All right.  If you would
237:2 turn to page 2 of draft proposal number 2
237:3 of the patient leaflet -- turn to page 2.

237:4 - 238:15   **Kopreski, Michael 04-03-2019 (00:01:36)**   Kopreski040319_06_15_21.109

237:4   A. Okay.
237:5   Q. -- there's an area of
237:6 proposal number 2, it's about -- one,
237:7 two, three, four -- five paragraphs from
237:8 the bottom and it starts with "Skin and
237:9 subcutaneous tissue disorders"?
237:10   A. Okay.
237:11   Q. Do you see that?
237:12   A. Yes, I do.
237:13   Q. And it lists hair loss
237:14 (alopecia) -- do you see that?
237:15   A. I do.
237:16   Q. -- as very common and then
237:17 there's a semicolon.  Do you see that?
237:18   A. Yes.
237:19   Q. And then listed as uncommon,
237:20 alopecia (hair loss) that did not -- it
237:21 says did not reversible, but -- did not
237:22 reversible at the end of the study.
237:23 Do you see that?
237:24   A. I do.
238:1   Q. So here again, in April of
238:2 2006, in proposal 2 to a patient leaflet,
238:3 being discussed are two different
238:4 outcomes of alopecia described as such in
238:5 this draft proposal; correct?
238:6   A. Two different outcomes of
238:7 resolution, yes, I think that's a
238:8 reasonable statement.
238:9   Q. If you keep moving through
238:10 Exhibit No. 11 and you'll see a proposal
238:11 number 3.
238:12   A. Okay.

## Kopreski040319_06_15_21

| Page/Line | Source | ID |
|---|---|---|
| | 238:13   Q. Have you found draft | |
| | 238:14 proposal number 3? | |
| | 238:15   A. I have. | |
| 239:6 - 240:7 | **Kopreski, Michael 04-03-2019 (00:01:30)** | Kopreski040319_06_15_21.110 |
| | 239:6   Q. If you turn to page 2 of | |
| | 239:7 proposal number 3 and again look under | |
| | 239:8 "Skin and subcutaneous tissue disorders," | |
| | 239:9 it's the third set of boxes down -- | |
| | 239:10   A. Yes, I see it. | |
| | 239:11   Q. -- that under very common, | |
| | 239:12 it describes hair loss.  Do you see that? | |
| | 239:13 Alopecia.  Meaning occurs in greater than | |
| | 239:14 10 percent; correct? | |
| | 239:15   A. Yes, I do see that. | |
| | 239:16   Q. And then do you see over in | |
| | 239:17 the uncommon, it says alopecia | |
| | 239:18 nonreversible at the end of the study. | |
| | 239:19 Do you see that? | |
| | 239:20   A. I do see that. | |
| | 239:21   Q. Do you agree with me that in | |
| | 239:22 April of 2006, in Taxotere patient | |
| | 239:23 leaflet proposals 1, 2, and 3, there are | |
| | 239:24 three different ways to present two | |
| | 240:1 different outcomes for alopecia so that | |
| | 240:2 the patient can understand the | |
| | 240:3 distinction? | |
| | 240:4   A. I agree -- I agree that in | |
| | 240:5 patient leaflets 1, 2, and 3, there are | |
| | 240:6 the different presentations related to | |
| | 240:7 recovery. | |
| 241:7 - 241:14 | **Kopreski, Michael 04-03-2019 (00:00:16)** | Kopreski040319_06_15_21.111 |
| | 241:7   Q. Right.  That was April of | |
| | 241:8 2006. | |
| | 241:9 Do you have any independent | |
| | 241:10 recollection as to your participation in | |
| | 241:11 the meeting regarding updating the | |
| | 241:12 patient leaflet for Taxotere? | |
| | 241:13   A. No, I'm afraid I don't | |
| | 241:14 recall that. | |
| 242:11 - 243:8 | **Kopreski, Michael 04-03-2019 (00:01:05)** | Kopreski040319_06_15_21.112 |

| Page/Line | Source | ID |
|---|---|---|

**Kopreski040319_06_15_21**

242:11   Q. Sir, do you now have Exhibit
242:12 No. 12?
242:13   A. Yes, I do.
242:14   Q. And if you look at the
242:15 bottom of Exhibit No. 12, you'll see a
242:16 date and this is December the 15th, 2006.
242:17 So we were -- previously we were talking
242:18 about April of 2006 with respect to the
242:19 patient leaflet and we were talking
242:20 about, I believe, February of 2006 --
242:21   A. Yes.
242:22   Q. -- regarding the e-mail with
242:23 Amy Freedman.  This is now December.
242:24 This at the top indicates
243:1 that this is a -- an abstract regarding
243:2 persistent significant alopecia from
243:3 docetaxel -- from adjuvant docetaxel,
243:4 which is Taxotere, after doxorubicin and
243:5 cyclophosphamide chemotherapy in women
243:6 with breast cancer.
243:7 Do you see that?
243:8   A. I do see it.

244:4 - 244:23   **Kopreski, Michael 04-03-2019 (00:00:59)**    Kopreski040319_06_15_21.113

244:4   Q. So this abstract from this
244:5 presentation given by a Dr. Sedlacek --
244:6 do you see -- and it says that the
244:7 presentation was going to be given on
244:8 Friday, December 15th, 2006 at 7:00 a.m.
244:9 Do you see that at the
244:10 bottom?
244:11   A. Yes, I do.
244:12   Q. And Dr. Sedlacek is
244:13 addressing the issue of Taxotere and what
244:14 he describes as persistent significant
244:15 alopecia.  Do you agree with that?
244:16   A. Yes, I do.
244:17   Q. And what Dr. Sedlacek says
244:18 is that, unfortunately, the one side
244:19 effect possibly most dreaded by patients
244:20 is alopecia.

| Kopreski040319_06_15_21 | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

244:21 Do you see that?

244:22   A. I do see that statement in

244:23 the abstract.

**245:7 - 245:22**   **Kopreski, Michael 04-03-2019 (00:00:36)**   <span style="font-size:small">Kopreski040319_06_15_21.114</span>

245:7   Q. Dr. Sedlacek says,

245:8 "Unfortunately, the one side effect

245:9 possibly most dreaded by the patient is

245:10 alopecia.  Yet, we have always told our

245:11 female patients 'don't worry, it will

245:12 always come back.'"

245:13 Do you see that?

245:14   A. Yes, I see the statement

245:15 that Dr. Sedlacek would tell his female

245:16 patients, don't worry, it will always

245:17 come back.

245:18   Q. Then he goes on to say,

245:19 "This last statement may not be true."

245:20 Do you see that?

245:21   A. I see that statement,

245:22 correct.

**248:8 - 248:15**   **Kopreski, Michael 04-03-2019 (00:00:28)**   <span style="font-size:small">Kopreski040319_06_15_21.115</span>

248:8   Q. So in this abstract, Dr.

248:9 Sedlacek documents providing three

248:10 different groups, group A, group B, and

248:11 group C, who received different regimens

248:12 of anticancer treatment, group A being

248:13 doxorubicin without a taxane -- do you

248:14 see that?

248:15   A. I do.

**249:11 - 252:15**   **Kopreski, Michael 04-03-2019 (00:04:17)**   <span style="font-size:small">Kopreski040319_06_15_21.116</span>

249:11   Q. So group A that was followed

249:12 by Dr. Sedlacek, by report, Dr. Sedlacek

249:13 reports in his table that those who

249:14 received just the doxorubicin regimen

249:15 without a taxane, out of 258 patients

249:16 that he followed, 0 percent of them, by

249:17 report, experienced persistent

249:18 significant alopecia; correct?  That's

249:19 what he reports.

249:20   A. The group -- the group A

**Kopreski040319_06_15_21**

| Page/Line | Source | ID |
|---|---|---|

249:21 reports 0 alopecia.

249:22   Q. And then he has a group B,

249:23 if we go back up to the top, and this is

249:24 using -- group B is doxorubicin plus

250:1 paclitaxel.  Do you see that?

250:2   A. I do.

250:3   Q. And paclitaxel is a drug

250:4 called Taxol; is that right?

250:5   A. That is correct.

250:6   Q. And in group B, by report,

250:7 Dr. Sedlacek followed 126 women who

250:8 received a group B regimen with

250:9 Adriamycin plus paclitaxel, which is

250:10 Taxol, and by report, 0 percent of the

250:11 126 in group B had persistent significant

250:12 alopecia; correct?

250:13   A. He reports 0 percent, that

250:14 is correct.

250:15   Q. And then there's a group C

250:16 and in group C, it's got doxorubicin plus

250:17 docetaxel, so, again, it's that

250:18 doxorubicin, which is the Adriamycin, as

250:19 well, the same thing, plus docetaxel

250:20 which we have previously indicated that's

250:21 Taxotere -- right?

250:22   A. That's Taxo -- well --

250:23   Q. In 2006.

250:24   A. In 2006, I presume that

251:1 would be just Taxotere.

251:2   Q. Okay -- and by report, group

251:3 C, Dr. Sedlacek followed 112 women and 7

251:4 of them or, from a percentage standpoint,

251:5 6.3 percent of women in group C, the

251:6 doxorubicin plus Taxotere, reported

251:7 persistent significant alopecia; correct?

251:8   A. Yes, in group C, there were

251:9 7 patients being reported as having

251:10 persistent alopecia.

251:11   Q. Down under the discussion

251:12 portion of this abstract, there's a

| Page/Line | Source | ID |
|---|---|---|

Kopreski040319_06_15_21

251:13 description -- right above the

251:14 discussion, I suppose.

251:15   A. Okay.

251:16   Q. -- it says:  Most of the

251:17 patients with PSA, which is persistent

251:18 significant alopecia, describe their hair

251:19 as male pattern baldness and are wearing

251:20 wigs; correct?

251:21   A. That's what the statement

251:22 says.

251:23   Q. All right.

251:24 And under the discussion

252:1 section at the end, Dr. Sedlacek informs,

252:2 "Such an emotionally devastating long

252:3 term toxicity from this combination must

252:4 be taken into account when deciding on

252:5 adjuvant chemotherapy programs in women

252:6 who likely will be cured from their

252:7 breast cancer."

252:8 Do you see that?

252:9   A. I do see that.

252:10   Q. And women most likely to be

252:11 cured from their breast cancer are going

252:12 to be women who have early stage breast

252:13 cancer; isn't that right?

252:14   A. That would be patients with

252:15 -- with nonmetastatic breast cancer.

**390:6 - 390:10**   **Kopreski, Michael 04-03-2019 (00:00:10)**   Kopreski040319_06_15_21.117

390:6   Q. Very briefly, you previously

390:7 discussed listed.  Do you remember --

390:8 have you mentioned several times today

390:9 listed versus unlisted?

390:10   A. Yes.

**391:20 - 392:11**   **Kopreski, Michael 04-03-2019 (00:00:48)**   Kopreski040319_06_15_21.118

391:20   Q. If the outcomes of an

391:21 adverse event are not consistent, the

391:22 side effect is considered to be unlisted;

391:23 correct?

391:24   A. If the -- if any of those

392:1 elements are not consistent or if there's

| Kopreski040319_06_15_21 | | |
| --- | --- | --- |
| **Page/Line** | **Source** | **ID** |

| | 392:2 doubt about the consistency or the | |
| | 392:3 medical compatibility, they will be | |
| | 392:4 considered unlisted. | |
| | 392:5   Q. And you're supposed to error | |
| | 392:6 on the side -- if there's any doubt, err | |
| | 392:7 on the side of consider it to be unlisted | |
| | 392:8 and solve the problem with words; | |
| | 392:9 correct? | |
| | 392:10   A. If there's doubt, then the | |
| | 392:11 errors is unlisted, that is correct. | |
| 393:21 - 395:3 | **Kopreski, Michael 04-03-2019 (00:01:26)** | Kopreski040319_06_15_21.1 |
| | 393:21   Q. State your name, please. | |
| | 393:22   A. My name is Michael Steven | |
| | 393:23 Kopreski. | |
| | 393:24   Q. You are a medical doctor | |
| | 394:1 with board certifications.  Describe | |
| | 394:2 those. | |
| | 394:3   A. That is correct.  I'm an | |
| | 394:4 M.D.  I was board certified in internal | |
| | 394:5 medicine and in oncology, medical | |
| | 394:6 oncology. | |
| | 394:7   Q. Okay.  And -- | |
| | 394:8   A. I would add, both trainings | |
| | 394:9 were -- were here in the United States. | |
| | 394:10   Q. Okay.  There was a time you | |
| | 394:11 were a practicing oncologist? | |
| | 394:12   A. That's correct.  Of course, | |
| | 394:13 I practiced during my fellowship in | |
| | 394:14 medical oncology; and after finishing my | |
| | 394:15 fellowship, I was at the National Cancer | |
| | 394:16 Institute as a -- as a senior | |
| | 394:17 investigator where I saw patients, as | |
| | 394:18 well as doing clinical research.  So I | |
| | 394:19 was practicing then. | |
| | 394:20 And I also had some | |
| | 394:21 privileges at the -- at the hospital | |
| | 394:22 across the street where we would put some | |
| | 394:23 of our National Cancer Institute patients | |
| | 394:24 in if warranted. | |
| | 395:1   Q. I want to talk just briefly | |

| Page/Line | Source | ID |
|---|---|---|

**Kopreski040319_06_15_21**

395:2 about chemotherapy.  And why do some
395:3 chemotherapy therapies cause alopecia?

395:7 - 396:21   **Kopreski, Michael 04-03-2019 (00:01:56)**

Kopreski040319_06_15_21.2

395:7 THE WITNESS:  Okay.  The --
395:8 you know, chemotherapy is a fairly
395:9 broad term, but within that, there
395:10 are cytostatic and cytotoxic
395:11 agents and basically, you know,
395:12 what -- what cancer is is a
395:13 disease where the signals are out
395:14 of balance so that cancer cells
395:15 grow unchecked.
395:16 So -- so normally when
395:17 cancer is -- when you have normal
395:18 cells -- let's take, for example,
395:19 if -- if you have a -- a wound and
395:20 you get a laceration, you have to
395:21 heal that, those cells will
395:22 receive signals to grow, but at
395:23 the appropriate time, that growth
395:24 stops.  Once the wound has healed,
396:1 the growth stops.  But in cancer,
396:2 those signals are disregulated, so
396:3 you have continued growth.
396:4 What the chemotherapy agents
396:5 basically do as a very broad or
396:6 general class is, they interfere
396:7 with the growth of the cancer
396:8 cell, either by killing the cancer
396:9 cell or interfering with the
396:10 growth mechanism of the cancer
396:11 cell, such as Taxotere interfering
396:12 with the mechanism that allows for
396:13 a division of the cancer cell.
396:14 BY MR. KEENAN:
396:15   Q. Okay.  There's been a lot of
396:16 discussion about alopecia and modifiers
396:17 of alopecia, whether it's persistent or
396:18 irreversible or ongoing.  Let's talk a
396:19 little bit about alopecia.  Is there a

| Page/Line | Source | ID |
|---|---|---|

Kopreski040319_06_15_21

396:20 commonly accepted definition of
396:21 persistent alopecia?

**Kopreski, Michael 04-03-2019 (00:02:03)**

396:24 - 398:16

Kopreski040319_06_15_21.3

396:24 THE WITNESS:  I don't
397:1 believe there is.  Alopecia is a
397:2 diagnostic term; and as we've
397:3 talked about in not only this
397:4 deposition, but other depositions,
397:5 30(b)(6) depositions that I've --
397:6 that I've been in, you know, the
397:7 concept of -- of a term that
397:8 applies to persistence or
397:9 permanence is -- is something
397:10 that's not a defined medically
397:11 accepted diagnostic term or even a
397:12 term where there's full agreement
397:13 on what that term should mean.
397:14 Some people will use as
397:15 persistence a definition of
397:16 alopecia that doesn't resolve
397:17 after six months.  Other people
397:18 have mentioned that while most
397:19 alopecias resolve after six
397:20 months, quite a considerable
397:21 amount of alopecias resolve
397:22 between six months and a year.
397:23 Other reports are of
397:24 alopecia resolving years
398:1 afterwards; and in the TAX316
398:2 study, during this deposition, Mr.
398:3 Bachus pointed out a case that at
398:4 55 months, the patient still had
398:5 ongoing alopecia; but on the
398:6 77-month data, that alopecia had
398:7 resolved.
398:8 So that patient resolved
398:9 alopecia even after four years.
398:10 BY MR. KEENAN:
398:11   Q. Okay.  And staying briefly
398:12 on this topic of alopecia, what is it

Kopreski040319_06_15_21

| Page/Line | Source | ID |
|---|---|---|

398:13 about breast cancer patients and the
398:14 therapies that they may take after the
398:15 chemotherapy has stopped that may impact
398:16 hair regrowth?

398:19 - 399:22  **Kopreski, Michael 04-03-2019 (00:01:14)**   Kopreski040319_06_15_21.4

398:19 THE WITNESS:  Well, so the
398:20 way that I've looked at this
398:21 question is -- is that we have an
398:22 initial -- initial insult that
398:23 could lead to hair loss.  I
398:24 described chemotherapies,
399:1 including Adriamycin and
399:2 cyclophosphamide and Taxotere and
399:3 Taxol.  They all have -- they all
399:4 have a high instance of alopecia
399:5 because one of the faster-growing
399:6 cells in the body are the hair
399:7 follicles.  They tend to be active
399:8 and you're giving agents that
399:9 interfere with growth.
399:10 So the aspect of having
399:11 alopecia after these therapies is
399:12 -- is not unusual.  There's a high
399:13 incidence of alopecia after these
399:14 therapies.
399:15 But the question becomes,
399:16 why do some patients not recover?
399:17 Okay?  Why is it that most
399:18 patients recover, but some
399:19 patients don't recover?
399:20 BY MR. KEENAN:
399:21  Q. And when you talk recovery,
399:22 you're talking about alopecia.

400:2 - 402:15  **Kopreski, Michael 04-03-2019 (00:02:32)**   Kopreski040319_06_15_21.5

400:2 THE WITNESS:  Recover from
400:3 their alopecia.  So, you know, I
400:4 -- I -- and, clinically, we see
400:5 that nonrecovery in ways that's
400:6 been discussed in this deposition,
400:7 you know, people referring to

| Page/Line | Source | ID |
|---|---|---|

400:8 terms as persistent or permanent
400:9 or chronic or irreversible, okay,
400:10 but the way that I look at it is,
400:11 it's an issue of what determines
400:12 some patients to recover and some
400:13 patients receive the same insult
400:14 and don't recover.
400:15 So one has to consider what
400:16 are the factors that might
400:17 interfere with recovery.  Now,
400:18 there's a lot of hypotheses, but
400:19 in reality, I think for the most
400:20 part today, people still don't
400:21 know.  It's -- they don't truly
400:22 understand the cause.  They have
400:23 hypotheses.  Some hypotheses will
400:24 suggest it's -- it's one factor or
401:1 another factor.
401:2 When one looks at factors
401:3 that are involved in recovery,
401:4 there are many factors, and drugs
401:5 that might be given after
401:6 chemotherapy are one such factor.
401:7 So common drugs, for
401:8 example, in breast cancer that are
401:9 given after a chemotherapy are
401:10 drugs that interfere with the
401:11 estrogen response that some breast
401:12 cancers thrive upon.  So these are
401:13 the antihormonal or -- or
401:14 antiandrogen agents.  They include
401:15 agents such as tamoxifen and
401:16 Arimidex, the aromatase
401:17 inhibitors, letrozole, there's a
401:18 whole class of these agents.
401:19 And -- and they have been
401:20 shown to, in their own right,
401:21 interfere with hair growth and
401:22 even in their own right as single
401:23 agents cause alopecia.

| Page/Line | Source | ID |
|---|---|---|

Kopreski040319_06_15_21

401:24 BY MR. KEENAN:
402:1   Q. Okay.  Okay.
402:2   A. There's a interaction of
402:3 hair growth with hormonal agents --
402:4   Q. Okay.
402:5   A. -- and if you disrupt that,
402:6 you can disrupt that interaction.
402:7   Q. Okay.  I want to jump back
402:8 just for a minute.
402:9 When you talked about
402:10 alopecia and the range of recoveries,
402:11 when you were at the NCI, well before
402:12 Taxotere was introduced in the market,
402:13 did you have a patient that you cared for
402:14 that had permanent alopecia?  And just
402:15 briefly describe that.

**402:18 - 404:11    Kopreski, Michael 04-03-2019 (00:01:49)**    Kopreski040319_06_15_21.6

402:18 THE WITNESS:  Well, back
402:19 when I was at -- during my medical
402:20 fellowship, before my NCI days,
402:21 you know, and before Taxotere was
402:22 marketed, I did have a patient
402:23 with permanent alopecia.
402:24 I very vividly remember one
403:1 gentleman that had total body
403:2 alopecia of not only his hair, but
403:3 his eyebrows and all the hair on
403:4 his body; that he had had -- as I
403:5 recall, from roughly 20 years, he
403:6 had received an Adriamycin-based
403:7 regimen for lymphoma when he was a
403:8 young man.  It was a new regimen
403:9 he received down at the NCI and he
403:10 was cured of his lymphoma, but he
403:11 from this Adriamycin regimen was
403:12 left with -- with this total body
403:13 alopecia.
403:14 And, you know, the
403:15 occurrence of that was 20 years
403:16 before my residency, so we're

| Kopreski040319_06_15_21 | | |
| --- | --- | --- |
| **Page/Line** | **Source** | **ID** |

|  | 403:17 talking about back -- back in the | |
|  | 403:18 '70s. | |
|  | 403:19 MR. KEENAN:  Okay. | |
|  | 403:20 THE WITNESS:  I've described | |
|  | 403:21 that there's literature that | |
|  | 403:22 predates -- I've described in my | |
|  | 403:23 depositions that -- the 30(b)(6) | |
|  | 403:24 depositions that there's | |
|  | 404:1 literature talking about | |
|  | 404:2 persistent alopecia occurring that | |
|  | 404:3 predates Taxotere. | |
|  | 404:4 BY MR. KEENAN: | |
|  | 404:5  Q. Okay.  Very good.  I want to | |
|  | 404:6 shift gears and talk a little bit about | |
|  | 404:7 pharmacovigilance.  I want you to | |
|  | 404:8 describe for the jury the | |
|  | 404:9 pharmacovigilance organization at Sanofi | |
|  | 404:10 when you were there.  So give us an | |
|  | 404:11 overview, if you would. | |
| 404:14 - 405:16 | **Kopreski, Michael 04-03-2019 (00:01:10)** | Kopreski040319_06_15_21.7 |
|  | 404:14 THE WITNESS: | |
|  | 404:15 Pharmacovigilance is -- which | |
|  | 404:16 basically is responsible for drug | |
|  | 404:17 safety and monitoring for drug | |
|  | 404:18 safety.  It is a very big | |
|  | 404:19 organization at Sanofi that has | |
|  | 404:20 high importance and independence | |
|  | 404:21 from -- at Sanofi from other | |
|  | 404:22 departments, such as clinical | |
|  | 404:23 developing -- development and | |
|  | 404:24 marketing and regulatory.  It's | |
|  | 405:1 really its own separate | |
|  | 405:2 department. | |
|  | 405:3 It basically when I was | |
|  | 405:4 there consisted of global | |
|  | 405:5 pharmacovigilance, which was | |
|  | 405:6 responsible -- or, technically, | |
|  | 405:7 global pharmacovigilance in | |
|  | 405:8 epidemiology, which -- EPE, we | |
|  | 405:9 called it, which is responsible | |

| Kopreski040319_06_15_21 | | |
| --- | --- | --- |
| **Page/Line** | **Source** | **ID** |

| | 405:10 for the products on a global | |
| | 405:11 level, but also each country had | |
| | 405:12 their own local pharmacovigilance | |
| | 405:13 affiliates or regions -- you know, | |
| | 405:14 sometimes I think it may have been | |
| | 405:15 more than one country, but there | |
| | 405:16 are -- | |
| 405:18 - 406:24 | **Kopreski, Michael 04-03-2019 (00:01:08)** | Kopreski040319_06_15_21.8 |
| | 405:18 THE WITNESS:  So this -- the | |
| | 405:19 organization ultimately was an | |
| | 405:20 organization of hundreds of | |
| | 405:21 people.  It's a very large | |
| | 405:22 organization.  And it was further | |
| | 405:23 divided into people that were | |
| | 405:24 responsible for the case | |
| | 406:1 assessment, people that were | |
| | 406:2 responsible for the regulatory | |
| | 406:3 understandings and people that | |
| | 406:4 were responsible for the training | |
| | 406:5 that would ensure that everybody | |
| | 406:6 was trained in the manner that | |
| | 406:7 they should know it and the SOPs. | |
| | 406:8 My group was responsible for | |
| | 406:9 drugs in the -- primarily oncology | |
| | 406:10 drugs that were either marketed | |
| | 406:11 and were very large, such as | |
| | 406:12 Taxotere -- | |
| | 406:13 MR. KEENAN:  Okay. | |
| | 406:14 THE WITNESS:  -- or very -- | |
| | 406:15 in development, either drugs that | |
| | 406:16 were starting up or drugs that | |
| | 406:17 were well established but in | |
| | 406:18 development, also like Taxotere. | |
| | 406:19 BY MR. KEENAN: | |
| | 406:20  Q. Okay.  When you were the | |
| | 406:21 lead of the oncology group at Sanofi, | |
| | 406:22 give the jury just a sense for just the | |
| | 406:23 team that you worked with there and what | |
| | 406:24 their medical training was. | |
| 407:3 - 410:6 | **Kopreski, Michael 04-03-2019 (00:02:56)** | Kopreski040319_06_15_21.9 |

**Kopreski040319_06_15_21**

| Page/Line | Source | ID |
|---|---|---|

407:3 THE WITNESS:  Well, I was
407:4 very proud of my team when I was
407:5 there because of the dedication
407:6 and the diligence of the people
407:7 involved.  I mean, these are
407:8 people that would stay all hours
407:9 of the night, people that would be
407:10 working on the weekend.  This was
407:11 just routine in my team.
407:12 There are people that would
407:13 collaborate with each other and
407:14 help each other out because we
407:15 were a team, not simply because
407:16 they were being made to do it
407:17 under their responsibility.
407:18 The people that I was
407:19 responsible for on the different
407:20 times broke into two groups:
407:21 There were the global safety
407:22 officers that would report to me,
407:23 and these people were physicians.
407:24 They were very highly trained
408:1 physicians.  They came from --
408:2 they may have trained in different
408:3 parts of the world.  Some trained
408:4 here in the United States.  Others
408:5 trained in Europe.  Others trained
408:6 in Japan or China.
408:7 But they were all dedicated
408:8 to patient safety.  They all --
408:9 they all chose to go into safety
408:10 rather than one of the other
408:11 branches of industry, such as the
408:12 development or the marketed
408:13 products or commercialization.
408:14 They chose safety because they had
408:15 a particular dedication to the
408:16 welfare of the patients.
408:17 Now, when I would hire
408:18 people into -- into my group, I

| Page/Line | Source | ID |
|---|---|---|

**Kopreski040319_06_15_21**

408:19 felt that the best global safety
408:20 officers were the people that
408:21 would be the best -- had the
408:22 characteristics of the best
408:23 physicians in general, and I
408:24 expected them to have some
409:1 expertise or understanding in
409:2 oncology, but they didn't
409:3 necessarily have to be
409:4 oncologists.  Quite a few of the
409:5 people in my group were
409:6 oncologists, but others had just
409:7 been dealing with oncology
409:8 products for a long time.
409:9 But they all had aspects of
409:10 -- of diligence and concern about
409:11 the patient and clinical
409:12 knowledge, being knowledgeable as
409:13 physicians.  These are all people
409:14 that I felt would make excellent
409:15 physicians.
409:16 MR. KEENAN:  Okay.  Very
409:17 good.
409:18 BY MR. KEENAN:
409:19   Q. Staying on the topic of
409:20 pharmacovigilance, and specifically as it
409:21 relates to Taxotere, I want to talk about
409:22 alopecia again more specifically as it
409:23 relates to this drug.
409:24 And what considerations are
410:1 important in the analysis and the
410:2 evaluation of alopecia that is prolonged,
410:3 that is -- that extends for a number of
410:4 months after the cessation of therapy?
410:5 Would you just give us your -- your
410:6 impressions about that topic?

| | | |
|---|---|---|
| 410:9 - 413:12 | **Kopreski, Michael 04-03-2019 (00:02:55)** | Kopreski040319_06_15_21.10 |

410:9 THE WITNESS:  Well, when
410:10 you're reviewing a case, an
410:11 individual case, to try to make an

| Kopreski040319_06_15_21 | | |
| --- | --- | --- |
| **Page/Line** | **Source** | **ID** |

410:12 assessment of what might be the
410:13 cause of that alopecia -- and I
410:14 had previously talked about, you
410:15 know, the many hypotheses and
410:16 potential causes; but when you
410:17 review it, there are several
410:18 things you really need to know and
410:19 need to understand to make -- make
410:20 a good assessment.
410:21 And those things, first off,
410:22 you need to know the temporal
410:23 relationship.  You need to know,
410:24 you know, when the drug was given,
411:1 when the alopecia occurred.  But
411:2 you also need to know what other
411:3 chemotherapy agents might have
411:4 been given, what antihormonal
411:5 agents, tamoxifen, Arimidex, for
411:6 example, were they given, given
411:7 the very important potential role;
411:8 what was the past medical history,
411:9 do they have -- do they have a
411:10 history of conditions that could
411:11 be associated with alopecia, such
411:12 as hypothyroidism, for example;
411:13 what are the other medications
411:14 that they're on, are they on
411:15 medications that the medication
411:16 itself can cause alopecia, such as
411:17 hypertension -- hypertension
411:18 medicine such as beta blockers
411:19 have been associated with alopecia
411:20 or, in the case of a number of Dr.
411:21 Sedlacek's patients that we talked
411:22 about, a lot of those patients
411:23 were on Coumadin, which is known
411:24 to be associated with -- with
412:1 causing alopecia.
412:2 So one needs to look at and
412:3 consider all those factors in

| Page/Line | Source | ID |
|---|---|---|
| | **Kopreski040319_06_15_21** | |

412:4 doing the assessment.
412:5 One of the problems that we
412:6 run into -- and this is
412:7 exemplified in some of the
412:8 analysis that Dr. Hangai and Dr.
412:9 Palatinsky did in their clinical
412:10 overviews -- is that a lot of that
412:11 other information is just lacking.
412:12 It's not there.  So it's very
412:13 difficult to look at a case and
412:14 say, all the factors are
412:15 controlled and I can say that it's
412:16 likely that Taxotere is the cause.
412:17 That was -- that was -- that
412:18 was just missing, and that's a
412:19 large reason why we concluded in
412:20 those clinical overviews that we
412:21 didn't have evidence for direct
412:22 cause as opposed to a causal
412:23 effect.
412:24 BY MR. KEENAN:
413:1  Q. Okay.  We'll talk about
413:2 those in just a minute, but we're also
413:3 going to talk about Sedlacek.  So I'm
413:4 going to ask this question broadly about
413:5 literature broadly and literature
413:6 studies, clinical studies in the
413:7 peer-reviewed literature that report
413:8 persistent alopecia.
413:9 What factors need to be
413:10 considered in analyzing the literature
413:11 that may be reporting, like Nabholtz,
413:12 persistent alopecia --

| 413:15 - 413:16 | **Kopreski, Michael 04-03-2019 (00:00:01)** | Kopreski040319_06_15_21.11 |

413:15  Q. -- from a pharmacovigilance
413:16 perspective?

| 413:19 - 414:6 | **Kopreski, Michael 04-03-2019 (00:00:06)** | Kopreski040319_06_15_21.12 |

413:19 THE WITNESS:  Well, Nabholtz
413:20 -- Nabholtz is an interesting
413:21 study --

| Page/Line | Source | ID |
|---|---|---|

Kopreski040319_06_15_21

413:22 MR. KEENAN:  We'll talk
413:23 about that specifically --
413:24 THE WITNESS:  Okay.  All
414:1 right.
414:2 MR. KEENAN:  -- but just
414:3 generally.
414:4 THE WITNESS:  Just in
414:5 general.
414:6 MR. KEENAN:  Yes.

**414:9 - 416:19    Kopreski, Michael 04-03-2019 (00:02:10)**                                    Kopreski040319_06_15_21.13

414:9 THE WITNESS:  So when one
414:10 has a literature report and -- or
414:11 let me just say, when one has
414:12 literature, it's not simply the
414:13 bottom-line conclusion that you
414:14 can always put your faith into.
414:15 You want to make sure that the
414:16 methodology to arrive at that
414:17 conclusion was proper, that the
414:18 thinking and the rationale that
414:19 led to that conclusion was proper.
414:20 You want to -- you want to
414:21 make sure that the way that the
414:22 data was collected or that the
414:23 study was done was done in a
414:24 manner that could stand up to
415:1 scrutiny.  Okay?  So the question
415:2 is not simply what is the
415:3 conclusion, but it's what
415:4 confidence do you have in the
415:5 conclusion.
415:6 And this is sort of the same
415:7 standard that the FDA uses when
415:8 they're designed to apply -- to
415:9 approve a drug.  Ideally, they
415:10 would like to see a
415:11 well-controlled phase three
415:12 randomized prospective trial.
415:13 Now, what does that mean?  It
415:14 means that you've tried to isolate

| Page/Line | Source | ID |
|---|---|---|

415:15 the effect of your drug by
415:16 randomizing your patients so
415:17 there's an equal chance of
415:18 patients receiving the drug; that
415:19 factors that might impact the
415:20 results that you see are bounced
415:21 between the two arms; that -- and
415:22 that it's done in a manner that is
415:23 prospective and not retrospective.
415:24 You don't go back and look at
416:1 results that may have been biased,
416:2 but you make a plan and then you
416:3 move forward to look in a
416:4 prospective manner.
416:5 That all reduces bias.  It's
416:6 -- you know, it's easy to do a
416:7 study that is biased without even
416:8 intending to do it that way, but
416:9 -- but this is the kind of --
416:10 MR. KEENAN:  Okay.
416:11 THE WITNESS:  -- the kind of
416:12 analysis you need to look at.
416:13 BY MR. KEENAN:
416:14   Q. I do want to -- I want to
416:15 focus on Nabholtz.  That's Exhibit No. 6.
416:16 I know you -- or you can just --
416:17   A. All right.  I'm --
416:18   Q. You can follow me.
416:19   A. I'll follow you.

**416:23 - 419:3**  **Kopreski, Michael 04-03-2019 (00:02:02)**   Kopreski040319_06_15_21.14

416:23   Q. So, Doctor, I want to --
416:24 this has already been the subject of some
417:1 discussion, so I want to -- I want to
417:2 move through this relatively quickly.
417:3 This is Exhibit 6 and you recall
417:4 questions about this study.  Right?
417:5   A. Yes, I do.
417:6   Q. And I think counsel
417:7 previously established that this would
417:8 have been in 2001.

| Page/Line | Source | ID |
|---|---|---|

417:9   A. It was -- that's correct.

417:10   Q. Okay?

417:11   A. In the Journal of Clinical

417:12 Oncology, which is a very prominent

417:13 journal.  The association -- the American

417:14 Society of Clinical Oncology has an

417:15 international membership of thousands of

417:16 members and -- and this journal of the

417:17 society is one of the more prominent

417:18 journals in the oncology field.

417:19   Q. I want to go to the

417:20 conclusion, which you have it in front of

417:21 you, and I want to read some of this:

417:22 That the docetaxel-doxorubicin-based TAC

417:23 combination seems to be active in

417:24 first-line treatment of patients with

418:1 breast cancer.  Although neutropenia is

418:2 frequent, its consequences are

418:3 manageable.  The rest of the toxicity

418:4 profile seems acceptable, with no

418:5 significant extra hematologic toxicities

418:6 including docetaxel-specific toxicities.

418:7 Moreover, we have found no evidence of

418:8 added cardiac toxicity for TAC -- and

418:9 just for the jury's benefit, the T is

418:10 Taxotere.  Right?

418:11   A. It's Taxotere, Adriamycin,

418:12 which was also doxorubicin, and

418:13 cyclophosphamide.

418:14   Q. Okay -- compared with

418:15 classical anthracycline-containing

418:16 combinations.  These data have led to

418:17 multiple phase three studies in both

418:18 first-line metastatic and adjuvant

418:19 treatment of patients with breast cancer.

418:20 Results of such controlled trials will

418:21 help to find whether taxanes, in this

418:22 case docetaxel, will further impact on

418:23 the treatment strategies and the natural

418:24 history of breast cancer.

| Page/Line | Source | ID |
|---|---|---|
| | Kopreski040319_06_15_21 | |

| Page/Line | Source | ID |
|---|---|---|
| | 419:1 So, Doctor, very briefly, | |
| | 419:2 how would you describe the significance | |
| | 419:3 of the conclusion? | |
| 419:6 - 420:2 | **Kopreski, Michael 04-03-2019 (00:00:46)** | Kopreski040319_06_15_21.15 |
| | 419:6 THE WITNESS:  Well, I think | |
| | 419:7 he's -- I think the -- Dr. | |
| | 419:8 Nabholtz is painting a very | |
| | 419:9 promising conclusion for the TAC | |
| | 419:10 regimen in this summary. | |
| | 419:11 BY MR. KEENAN: | |
| | 419:12  Q. Okay.  And I want to also | |
| | 419:13 direct your attention to a statement that | |
| | 419:14 counsel spent some time with you on with | |
| | 419:15 respect to the reports of alopecia. | |
| | 419:16 And in this -- this -- so | |
| | 419:17 let's be clear.  This paper is being | |
| | 419:18 published in one of the most prominent | |
| | 419:19 oncology journals. | |
| | 419:20  A. That's correct. | |
| | 419:21  Q. Okay. | |
| | 419:22  A. That's my opinion. | |
| | 419:23  Q. And this was a study that | |
| | 419:24 was funded and underwritten by Sanofi or | |
| | 420:1 its predecessor company. | |
| | 420:2  A. Yes, the -- | |
| 420:5 - 421:21 | **Kopreski, Michael 04-03-2019 (00:01:22)** | Kopreski040319_06_15_21.16 |
| | 420:5 THE WITNESS:  The importance | |
| | 420:6 of that is that for this Sanofi | |
| | 420:7 study, it has confidentiality | |
| | 420:8 rights and also would need to | |
| | 420:9 review the study.  So Sanofi | |
| | 420:10 basically agreed to have and | |
| | 420:11 probably provided the data since | |
| | 420:12 that -- this is more than one -- | |
| | 420:13 one site, so the data would have | |
| | 420:14 had to be provided by Sanofi to | |
| | 420:15 the authors in order to publish | |
| | 420:16 this. | |
| | 420:17 So Sanofi actually advocated | |
| | 420:18 and supported the publication of | |

| Kopreski040319_06_15_21 |
| --- |

| Page/Line | Source | ID |
| --- | --- | --- |

420:19 this.
420:20 BY MR. KEENAN:
420:21   Q. Okay.  Earlier today, you
420:22 were talking with counsel about
420:23 oncologists having multiple sources of
420:24 information.  Do you recall that?
421:1   A. That's correct.
421:2   Q. Okay.  Is one source of
421:3 information available to oncologists
421:4 peer-reviewed literature like this?
421:5   A. Absolutely.
421:6   Q. This would be separate and
421:7 distinct from the U.S. package insert or
421:8 other sources that they may have
421:9 available.
421:10   A. Yes, it would be.
421:11   Q. Okay.  So this is -- in
421:12 2001, Dr. Nabholtz is describing, the
421:13 most common treatment-related chronic
421:14 nonhematologic toxicity was alopecia, 87
421:15 percent, with long lasting, longer than
421:16 two years, partial alopecia in 4
421:17 patients.
421:18 Did I read that correctly?
421:19   A. Yes.
421:20   Q. He doesn't describe this as
421:21 irreversible alopecia, does he?

**421:24 - 422:24    Kopreski, Michael 04-03-2019 (00:01:06)**    Kopreski040319_06_15_21.17

421:24 THE WITNESS:  No, he
422:1 describes it as lasting longer
422:2 than two years; but as I
422:3 mentioned, the -- you know, the
422:4 concept of reversibility, you
422:5 know, is -- is something that
422:6 varied over time I think and, you
422:7 know, it can -- can differ on --
422:8 based on physicians' perspective
422:9 as how they want to define it.
422:10 BY MR. KEENAN:
422:11   Q. Okay.  I want to shift gears

Kopreski040319_06_15_21

| Page/Line | Source | ID |
|---|---|---|

422:12 and I want to talk a little bit about
422:13 another published study and that is the
422:14 study that counsel spent some time with
422:15 you on. It's Exhibit 12 and it is the
422:16 Sedlacek study.
422:17 You're familiar with that,
422:18 are you not?
422:19   A. Yes.
422:20   Q. So let me ask you, were the
422:21 patients that were described in Dr.
422:22 Sedlacek's abstract, were those patients
422:23 separately captured and recorded in the
422:24 pharmacovigilance database by Sanofi?

423:3 - 423:15   **Kopreski, Michael 04-03-2019 (00:00:30)**   Kopreski040319_06_15_21.18

423:3 THE WITNESS:  My
423:4 understanding based on my 30(b)(6)
423:5 preparation is that they were.
423:6 BY MR. KEENAN:
423:7   Q. Okay.  And Dr. Sedlacek is
423:8 describing here, "Yet, we've always told
423:9 our patients, 'don't worry, it will
423:10 always come back.'"  Do you see that?
423:11   A. Yes.
423:12   Q. Do you know any oncologists
423:13 who tell any of their patients not to
423:14 worry about any side effects because
423:15 they're guaranteed to resolve?

423:18 - 424:13   **Kopreski, Michael 04-03-2019 (00:00:44)**   Kopreski040319_06_15_21.19

423:18 THE WITNESS:  I can't -- I
423:19 can't recall any of my associates
423:20 that would say that, but
423:21 oncologists treat their patients
423:22 differently from one oncologist to
423:23 another.
423:24 I -- during my deposition
424:1 today, I gave my opinion of how I
424:2 would approach patients and how I
424:3 thought patients should be
424:4 approached.
424:5 BY MR. KEENAN:

| Page/Line | Source | ID |
|---|---|---|
| | 424:6   Q. Let's focus on the | |
| | 424:7 methodology here of Dr. Sedlacek. | |
| | 424:8   A. Okay. | |
| | 424:9   Q. You mentioned on your | |
| | 424:10 cross-exam with Mr. Bachus some aspects | |
| | 424:11 of the methodology that you questioned. | |
| | 424:12 I think that's -- describe -- explain, if | |
| | 424:13 you would, what you meant. | |
| 424:16 - 427:20 | **Kopreski, Michael 04-03-2019 (00:02:59)** | Kopreski040319_06_15_21 |
| | 424:16 THE WITNESS:  Well, let me | |
| | 424:17 compare -- you know, I had | |
| | 424:18 described there being methodologic | |
| | 424:19 problems associated with the way | |
| | 424:20 that this paper might be | |
| | 424:21 perceived. | |
| | 424:22 Certainly the -- the data | |
| | 424:23 that is provided is the data | |
| | 424:24 that's provided, but -- but the | |
| | 425:1 way that it might be perceived | |
| | 425:2 might be seen as a comparative | |
| | 425:3 study. | |
| | 425:4 I had just talked about the | |
| | 425:5 importance of randomization if | |
| | 425:6 you're going to do a comparison | |
| | 425:7 study.  If for example your intent | |
| | 425:8 is to make a comparison of group | |
| | 425:9 A, which is AC or group B which is | |
| | 425:10 Taxol versus the group C which is | |
| | 425:11 the docetaxel, if that's the | |
| | 425:12 comparison you're trying to make, | |
| | 425:13 then it's very important that the | |
| | 425:14 methodology is done in a | |
| | 425:15 nonbiasing type of manner. | |
| | 425:16 I'm not saying that it could | |
| | 425:17 be intentionally biasing, but if | |
| | 425:18 you look at the study, several | |
| | 425:19 things stand out.  First off, | |
| | 425:20 there is no randomization. | |
| | 425:21 Patients were not assigned to | |
| | 425:22 group A, B, and C in a blind | |

Kopreski040319_06_15_21

| Page/Line | Source | ID |
|---|---|---|

425:23 manner.  They were assigned in a
425:24 manner that's not specified.
426:1 Furthermore, if you look at
426:2 when they were assigned, I believe
426:3 at the top of the page, it says
426:4 that this is a 15-year
426:5 retrospective analysis.  So we
426:6 don't know, patients assigned in
426:7 the first five years, was there a
426:8 difference in those women, were
426:9 they -- than the ones assigned
426:10 later on.  We don't know if the
426:11 sicker patients were assigned to
426:12 one group versus another group.
426:13 We don't know if there was a
426:14 preference in assigning patients
426:15 that had received, you know,
426:16 previous treatments or
426:17 chemotherapies to one group or
426:18 another.  So -- so the lack of an
426:19 assignment becomes -- becomes
426:20 problematic in this study.
426:21 We also don't know the doses
426:22 that are supplied for many of
426:23 these regimens.  We don't know --
426:24 for example, in the group B Taxol
427:1 group, I don't see the specific
427:2 doses being provided to know were
427:3 these current doses being used or
427:4 maybe were these doses a long time
427:5 ago, were these patients being
427:6 underdosed --
427:7 BY MR. KEENAN:
427:8   Q. Why is dose important?
427:9 MR. BACHUS:  Object to the
427:10 form.
427:11 THE WITNESS:  Well, one
427:12 might anticipate that a higher
427:13 dose, that you might see -- in
427:14 general might see higher

| Page/Line | Source | ID |
|---|---|---|

**Kopreski040319_06_15_21**

427:15 toxicities.  There tends to be
427:16 very often a dose-toxicity
427:17 response.
427:18 MR. KEENAN:  Okay.
427:19 BY MR. KEENAN:
427:20   Q. What else?  Anything else?

**427:23 - 428:10**  **Kopreski, Michael 04-03-2019 (00:00:20)**   Kopreski040319_06_15_21.21

427:23 THE WITNESS:  So the -- you
427:24 know, the other -- the other
428:1 aspect is, there's very little
428:2 information in this paper that we
428:3 know from our individual case
428:4 reports.  There's no mention that
428:5 the majority of patients in group
428:6 C were on Coumadin --
428:7 BY MR. KEENAN:
428:8   Q. How do you know that,
428:9 Doctor?
428:10   A. We know that --

**428:13 - 430:10**  **Kopreski, Michael 04-03-2019 (00:02:04)**   Kopreski040319_06_15_21.22

428:13 THE WITNESS:  We know that
428:14 from the individual case reports
428:15 that we received sent from the
428:16 site to Sanofi and --
428:17 BY MR. KEENAN:
428:18   Q. Let me just -- when you --
428:19 when you talk about dosage, he has the
428:20 dosage here for docetaxel, but not the
428:21 other doses.
428:22   A. That's correct.
428:23   Q. Go on.
428:24   A. That's correct.  Also, he
429:1 has multiple regimens being lumped
429:2 together and included.  That's really not
429:3 the best way to try to analyze arms, by
429:4 having different -- different doses.
429:5 But we know that a lot of
429:6 patients in group C are on Coumadin that
429:7 -- and Coumadin can cause alopecia in its
429:8 own right.  We certainly don't know

| Page/Line | Source | ID |
|---|---|---|
| | **Kopreski040319_06_15_21** | |

429:9 whether Coumadin interferes with -- if it
429:10 can cause alopecia, could it potentially
429:11 interfere with the recovery from
429:12 alopecia.
429:13 And there's nothing in this
429:14 article that talks about the risk factors
429:15 of the individual patients, et cetera.
429:16 So the data is as reported.
429:17 Okay?  The data is that there were seven
429:18 patients in group C that -- that had
429:19 persistent alopecia; but the tendency to
429:20 interpret a comparison of, let's say, 6
429:21 percent to 0 percent is very -- is very
429:22 problematic in this case.
429:23   Q. Okay.  Okay.  The final
429:24 question I want to ask you here, Doctor,
430:1 is, this regimen of AC plus docetaxel or
430:2 also described as AC followed by T, is
430:3 that a regimen that we have other studies
430:4 that have been done that have been
430:5 randomized that give us some additional
430:6 information about whether or not Taxotere
430:7 in that AC plus T regimen reflects any
430:8 different risk than the other arms of the
430:9 study?
430:10   A. Well --

| 430:13 - 432:11 | **Kopreski, Michael 04-03-2019 (00:01:49)** | Kopreski040319_06_15_21.23 |

430:13 THE WITNESS:  Well, that's
430:14 an interesting question.  So let
430:15 me first draw the analogy of the
430:16 way -- for the jury of the way
430:17 that science works in terms of
430:18 reporting.
430:19 Unfortunately, but often you
430:20 see this:  Let's say you have four
430:21 centers that do the same study and
430:22 they're looking to do an abstract
430:23 and -- and they essentially do the
430:24 same thing, but one center gets a
431:1 6.3 percent and another center

Kopreski040319_06_15_21

| Page/Line | Source | ID |
|---|---|---|

431:2 gets a 0 percent and all of the
431:3 other centers get 0 percent.
431:4 Who's the one that's likely to
431:5 publish?  The investigators that
431:6 have no interesting result are
431:7 unlikely, unless it was a
431:8 prospective study, but are
431:9 unlikely to publish in a
431:10 retrospective study.
431:11 It's the investigator that
431:12 seems to have a positive result
431:13 that's likely to go and present an
431:14 abstract at a meeting such as San
431:15 Antonio.
431:16 So you -- so you have this
431:17 false selection of people
431:18 reporting a high percentage likely
431:19 to be the ones that are presenting
431:20 the data.
431:21 Now, we -- we saw in the --
431:22 in the Nabholtz paper that he had
431:23 a small number of patients, he had
431:24 a few with persistent alopecia and
432:1 it created a high result.  So --
432:2 but when you look at the TAC
432:3 regimen in a much larger group,
432:4 that percentage is way, way lower
432:5 than what Nabholtz is reporting,
432:6 so --
432:7 BY MR. KEENAN:
432:8   Q. What's an example?  What's
432:9 an example of a study that had a much
432:10 larger population than --
432:11   A. Well --

**432:14 - 434:2**   **Kopreski, Michael 04-03-2019 (00:01:31)**    Kopreski040319_06_15_21.24

432:14 THE WITNESS:  Well, TAX316
432:15 would be an example and in that
432:16 study, the incidence was way
432:17 lower.  We can talk about that
432:18 incidence later --

| Page/Line | Source | ID |
|---|---|---|

Kopreski040319_06_15_21

432:19 MR. KEENAN:  We'll --
432:20 THE WITNESS:  But so it's
432:21 worthwhile to try to look at large
432:22 studies.  Now, in the ACT regimen,
432:23 first off, this is not the regimen
432:24 that the company recommends.  The
433:1 company recommends that these T,
433:2 A, and C be given essentially at
433:3 the same time, not be given
433:4 sequentially.  So it's an
433:5 off-labeled study.  It's not the
433:6 way that the company is
433:7 recommending the drugs be given.
433:8 But it is a commonly used
433:9 regimen and there are -- there are
433:10 studies, there are very large
433:11 studies, that look at AC followed
433:12 by T.  One such study was a BCRG
433:13 005 study that I think had roughly
433:14 1,600 patients in that arm.  They
433:15 had a long follow-up period and
433:16 1,600 patients.  And if you look
433:17 at that publication, they don't
433:18 report -- they're not reporting
433:19 any persistent alopecia.
433:20 That doesn't mean that there
433:21 was no persistent alopecia, but it
433:22 suggests that if there was
433:23 persistent alopecia, that the
433:24 reporting rate was so low that the
434:1 authors didn't think it necessary
434:2 to include within the paper.

**434:4 - 436:7    Kopreski, Michael 04-03-2019 (00:02:26)**    Kopreski040319_06_15_21.25

434:4 THE WITNESS:  Another --
434:5 there's -- another study that
434:6 might be cited is a New England
434:7 Journal study of 2008 looking at
434:8 weekly paclitaxel and comparing it
434:9 with three-week paclitaxel and
434:10 docetaxel, both three-week and a

Kopreski040319_06_15_21

| Page/Line | Source | ID |
|---|---|---|

434:11 week.
434:12 And in that study, this was
434:13 4,500 patients but -- roughly,
434:14 between all four arms and all the
434:15 patients received the AC first and
434:16 then received the taxane.
434:17 Again, that study does not
434:18 report a very -- it doesn't report
434:19 any long-term persistent alopecia.
434:20 Certainly, that study also isn't
434:21 suggesting that there's a very
434:22 high incidence in the way that
434:23 Sedlacek is reporting.
434:24 BY MR. KEENAN:
435:1   Q. Is that the Sporanox report
435:2 --
435:3   A. That's the Sporanox 2008 New
435:4 England Journal of Medicine.
435:5   Q. Okay.
435:6   A. Now, what the Sporanox
435:7 report does have is the frequency of
435:8 alopecia in general occurring --
435:9 occurring in the different taxane groups;
435:10 and if you look at that, you'll find that
435:11 the frequencies are remarkably similar
435:12 across both the taxol groups and the
435:13 docetaxel groups in terms of the
435:14 frequencies.
435:15   Q. All right.  Very good.  I
435:16 want to shift gears and I want to talk
435:17 about the GEICAM study and the TAX316
435:18 study and then a few other things and
435:19 then we'll wind down.
435:20   A. Okay.
435:21   Q. Exhibit 14 -- Henry, if we
435:22 could get -- Exhibit 14 was a document
435:23 that counsel used with you and you're
435:24 familiar with GEICAM 9805.
436:1   A. I am.
436:2   Q. All right.  Very good.  I

| Page/Line | Source | ID |
|---|---|---|
| | Kopreski040319_06_15_21 | |

436:3 just want to spend a little bit of time
436:4 on table 93 and I want you to explain,
436:5 what does this study tell us with respect
436:6 to ongoing alopecia as it relates to the
436:7 entire population of patients studied?

**436:10 - 436:22**  **Kopreski, Michael 04-03-2019 (00:00:37)**   Kopreski040319_06_15_21.26

436:10 THE WITNESS:  Well, first
436:11 off, if you divide 3 by 532, which
436:12 was the entire population exposed
436:13 to Taxotere, you're going to have
436:14 a very -- much lower percent than
436:15 the 6.1.  You know, I -- I didn't
436:16 calculate it out, but --
436:17 BY MR. KEENAN:
436:18   Q. Is there -- is there -- am I
436:19 understanding this correctly that this
436:20 study tells us that 3 patients out of 532
436:21 had ongoing alopecia?
436:22   A. That's --

**437:1 - 439:23**  **Kopreski, Michael 04-03-2019 (00:02:43)**   Kopreski040319_06_15_21.27

437:1 THE WITNESS:  That's
437:2 correct.
437:3 MR. KEENAN:  Okay.
437:4 THE WITNESS:  That's what
437:5 that study basically is showing.
437:6 Now, the way that it's displayed,
437:7 as it explains, you know, in the
437:8 footnotes is by looking at the
437:9 number of patients that persist in
437:10 the follow-up period.
437:11 Now, what's the follow-up
437:12 period?  It's patients in the
437:13 first 30 days -- following 30 days
437:14 after -- after treatment.
437:15 So 30 days afterwards,
437:16 they're saying that they have 49
437:17 patients that still have alopecia.
437:18 Of those 49 patients, it's saying
437:19 that during the population, 46
437:20 resolved and 3 are ongoing.

| Page/Line | Source | ID |
|---|---|---|

437:21 Now, there are two important

437:22 points to make:  First is, this --

437:23 I don't recall -- was this a

437:24 four-and-a-half-year follow-up?

438:1 But I think there was a -- you

438:2 know, a follow-up of multiple

438:3 years.  That's -- that's all

438:4 right --

438:5 BY MR. KEENAN:

438:6   Q. Is 3 divided by 532, that's

438:7 less than 1 percent, is it not?

438:8   A. I think it might be slightly

438:9 more than 1 percent, but not much more.

438:10 I would have to do the math.

438:11   Q. Okay.  All right.

438:12   A. Okay?  So the point I want

438:13 to make is, when you say you have a --

438:14 you know, a 60-month study or something

438:15 of that sort, and you've done 60 months

438:16 follow-ups, obviously not all patients

438:17 will be seen for those 60 months.  You

438:18 may have some patients die before the end

438:19 of 60 months.  You may have some patients

438:20 who refuse consent before 60 months.  You

438:21 may have patients who go on to another

438:22 study.  They have a recurrence and they

438:23 get other -- other therapy and they get

438:24 lost to follow-up in that manner.

439:1 So when these studies say we

439:2 have a 55-month follow-up or we have a

439:3 77-month follow-up or a ten-year

439:4 follow-up, that doesn't mean that every

439:5 patient has been seen for ten years and

439:6 assessed.  It just means the data was

439:7 looked at at ten years.

439:8 And if a patient died

439:9 unfortunately after two years, at ten

439:10 years, that patient will still be seen as

439:11 having died after two years.

439:12   Q. Okay.  Okay.

| Page/Line | Source | ID |
|-----------|--------|-----|

**Kopreski040319_06_15_21**

439:13   A. The second point, and it's a
439:14 very important point, is what does
439:15 ongoing mean.
439:16   Q. We're going to get to that.
439:17 We're going to get to that, because
439:18 "ongoing" is a term that is used both
439:19 with GEICAM and TAX316.
439:20   A. That's correct.
439:21   Q. Is that right?  So tell the
439:22 jury in your own words what ongoing means
439:23 and what it doesn't mean.

**440:2 - 441:1     Kopreski, Michael 04-03-2019 (00:00:59)**     Kopreski040319_06_15_21.26

440:2 THE WITNESS:  When an
440:3 adverse event is being assessed in
440:4 follow-up, there will be a date
440:5 that the patient is seen in
440:6 follow-up and there will be an
440:7 assessment whether that adverse is
440:8 still present or whether it's
440:9 resolved.  If it's still present,
440:10 it's ongoing.
440:11 MR. KEENAN:  Okay.
440:12 THE WITNESS:  It doesn't --
440:13 and -- and as long as you have
440:14 follow-ups that do that
440:15 assessment, then if it's present,
440:16 it will be called ongoing.  If
440:17 it's resolved, it resolved.
440:18 Now, the question is, when
440:19 was the last assessment and when
440:20 was that present?  If we use a
440:21 hypothetical, I said a patient
440:22 died after two years,
440:23 unfortunately, and that patient
440:24 had alopecia at the time, that
441:1 would be ongoing.

**441:3 - 443:14     Kopreski, Michael 04-03-2019 (00:02:29)**     Kopreski040319_06_15_21.29

441:3 THE WITNESS:  Right?  Even
441:4 at the ten-year follow-up, it
441:5 would be ongoing at two years.

| Page/Line | Source | ID |
|---|---|---|

441:6 Similarly, if a patient goes
441:7 off study after two months because
441:8 they're getting another treatment
441:9 and the last assessment of that
441:10 alopecia show that there was
441:11 alopecia at two months, that would
441:12 be ongoing, even on the ten-year
441:13 assessment; the last assessment
441:14 was two months later, it would be
441:15 ongoing.
441:16 Now what sometimes happens,
441:17 to just confuse matters, is
441:18 sometimes a patient will have a
441:19 last assessment many years later,
441:20 perhaps for an efficacy or for
441:21 something else, but the assessment
441:22 of alopecia might have only been
441:23 last made at two months.
441:24 MR. KEENAN:  Okay.
442:1 THE WITNESS:  So you can
442:2 have a patient that's followed for
442:3 five years and yet the last
442:4 assessment of alopecia might have
442:5 been at two months and it might
442:6 have been ongoing at two months.
442:7 If it wasn't -- so -- so
442:8 that -- that makes it a little
442:9 more confusing and because of
442:10 that, one has to be cautious in
442:11 how one interprets a particular
442:12 frequency.
442:13 -  -  -
442:14 (Deposition Exhibit No.
442:15 Kopreski-24, March 2012 E-Mail
442:16 Chain Among Cojocaru, Ernst, etc.,
442:17 with Attachment, Sanofi_02368838
442:18 through Sanofi_02368922, was
442:19 marked for identification.)
442:20 -  -  -
442:21 BY MR. KEENAN:

| Page/Line | Source | ID |
|---|---|---|

442:22   Q. I've marked as Exhibit 24 a
442:23 document --
442:24   A. Okay.
443:1   Q. -- that reflects an exchange
443:2 with the Canada health authorities on
443:3 this very question.
443:4 And I would direct your
443:5 attention to the page 2 where -- here,
443:6 just for the jury's benefit, this was --
443:7 this was correspondence from the Canadian
443:8 health authorities.  And in this
443:9 exchange, they ask the sponsor:  Please
443:10 clarify the definition of ongoing with
443:11 respect to adverse events.  For example,
443:12 in table 7 of the clinical report -- and
443:13 this is a question specifically for
443:14 TAX316; is that right, Dr. Kopreski?

**443:17 - 444:23**   **Kopreski, Michael 04-03-2019 (00:01:04)**   Kopreski040319_06_15_21.30

443:17 MR. KEENAN:  If you go to
443:18 Bates numbers, Dr. Kopreski, 8848,
443:19 you'll see TAX316 CSR at the top.
443:20 THE WITNESS:  Yes, okay.
443:21 BY MR. KEENAN:
443:22   Q. Okay?
443:23   A. It appears to be, yes.
443:24   Q. Okay.
444:1 So the question:  For
444:2 example, in table 7 of the clinical
444:3 report, numberer percentage of patients
444:4 with TEAE -- and what's TEAE mean?
444:5   A. Treatment-emergent adverse
444:6 events.
444:7   Q. And that would include
444:8 alopecia?
444:9   A. That would include alopecia.
444:10   Q. -- during the treatment
444:11 period --
444:12   A. Well, let me correct that.
444:13 That would include any event after --
444:14 after the -- after the treatment drug is

| Page/Line | Source | ID |
|---|---|---|

Kopreski040319_06_15_21

444:15 given.  So alopecia that occurs before
444:16 the drug is given would not be included,
444:17 but alopecia that occurs after the drug
444:18 is given would be included.
444:19   Q. So this is a question
444:20 specifically asking for clarification on
444:21 this topic of what ongoing means.
444:22   A. Okay.
444:23   Q. Is that right?

**445:2 - 445:18**   **Kopreski, Michael 04-03-2019 (00:01:02)**   Kopreski040319_06_15_21.31

445:2 THE WITNESS:  It appears --
445:3 it appears so.
445:4 BY MR. KEENAN:
445:5   Q. And if you could go to
445:6 several pages later, and this is on page
445:7 3 of Sanofi's reply, they recite the
445:8 question here:  Can sponsor please
445:9 clarify the definition of ongoing with
445:10 respect to adverse events -- that's the
445:11 question that they asked.  Right?
445:12   A. Yes.
445:13   Q. Okay -- and Sanofi's
445:14 response, what -- direct the jury to the
445:15 response that you think is -- that makes
445:16 -- that confirms the description you gave
445:17 to the jury just a few moments ago.  And
445:18 I'll highlight it.

**445:21 - 446:13**   **Kopreski, Michael 04-03-2019 (00:00:35)**   Kopreski040319_06_15_21.32

445:21 THE WITNESS:  Well, I think
445:22 the most important sentence is the
445:23 very sentence at the bottom that
445:24 says:  Thus, ongoing does not
446:1 necessarily mean that these AEs
446:2 were ongoing for the entire
446:3 ten-year follow-up period.
446:4 Rather, it means that they were
446:5 noted as ongoing at the last
446:6 follow-up visit.
446:7 That's essentially what I --
446:8 what I was saying.

| Page/Line | Source | ID |
|---|---|---|

Kopreski040319_06_15_21

446:9 BY MR. KEENAN:
446:10   Q. Okay.  And how does that
446:11 explanation then explain why ongoing
446:12 alopecia is not the same as persistent or
446:13 permanent or irreversible alopecia?

446:16 - 448:7    **Kopreski, Michael 04-03-2019 (00:01:32)**    Kopreski040319_06_15_21.33

446:16 THE WITNESS:  Ongoing --
446:17 ongoing can be -- ongoing can be,
446:18 and particularly in long-term
446:19 follow-ups, would be seen as being
446:20 persistent or permanent.
446:21 MR. KEENAN:  Okay.
446:22 THE WITNESS:  So, you know,
446:23 it does -- it does inform
446:24 regarding persistence.
447:1 The question -- the
447:2 question, though, is if you have
447:3 -- if you have a specific
447:4 cut-off --
447:5 MR. KEENAN:  Okay.
447:6 THE WITNESS:  -- that you're
447:7 going to use to define
447:8 persistence.  For example, if you
447:9 use a six-month cut-off and say,
447:10 anything after six months is
447:11 ongoing, then when you -- when you
447:12 look at a percent such as, you
447:13 know, 4 percent or 3.9 percent
447:14 ongoing, that doesn't necessarily
447:15 mean that the percent of the
447:16 persistence is going to fall
447:17 within that cut-off.
447:18 It means that the ongoing --
447:19 ongoing can relate to different
447:20 time periods and if you're trying
447:21 -- if you try to define
447:22 persistence by cut-off, you're
447:23 going to get different numbers.
447:24 MR. KEENAN:  Okay.
448:1 BY MR. KEENAN:

| Page/Line | Source | ID |
|---|---|---|

Kopreski040319_06_15_21

448:2   Q. So specifically with respect
448:3 to whether ongoing, as that term is used
448:4 in GEICAM and TAX316 equates with
448:5 permanent alopecia, what would be the
448:6 relationship between ongoing versus
448:7 permanent alopecia?

**448:10 - 450:3**    **Kopreski, Michael 04-03-2019 (00:02:10)**    Kopreski040319_06_15_21.34

448:10 THE WITNESS:  Well, I think
448:11 in the -- in the core safety data
448:12 sheet, there is the data -- there
448:13 was the data for the TAX316 and
448:14 also for -- for the GEICAM study,
448:15 and the terms of persistent and
448:16 ongoing are provided.
448:17 MR. KEENAN:  Right.
448:18 THE WITNESS:  And I think in
448:19 terms of the medical
448:20 interpretation of compatibility,
448:21 aside from the recognition that
448:22 permanent alopecia can occur under
448:23 the scope of alopecia itself, the
448:24 terms "persistent" and "ongoing"
449:1 would -- has been seen as
449:2 medically consistent as far as I
449:3 can determine.
449:4 But the -- but, again, what
449:5 the caution is in interpreting
449:6 specific frequency -- you know, I
449:7 think in the CSR tables, certain
449:8 frequencies were pointed out for
449:9 ongoing and an attempt to
449:10 interpret the ongoing as being the
449:11 same frequency as persistent is
449:12 problematic for the reasons that I
449:13 talked about.
449:14 BY MR. KEENAN:
449:15   Q. Okay.  Let's go to Exhibit
449:16 No. 8 that Mr. Bachus used with you and
449:17 let's put this in practical application
449:18 then with respect to, this is TAX316 and

| Page/Line | Source | ID |
|---|---|---|
| | **Kopreski040319_06_15_21** | |

449:19 this is the 55-month data.  And what do
449:20 these numbers tell us, Dr. Kopreski, with
449:21 respect to alopecia?
449:22 And for the jury's benefit,
449:23 there are two arms.  You were talking
449:24 earlier about two terms.  Just very
450:1 briefly, how are the two arms different?
450:2 And then let's talk about the numbers in
450:3 alopecia.

**450:6 - 451:24    Kopreski, Michael 04-03-2019 (00:01:58)**    Kopreski040319_06_15_21.35

450:6 THE WITNESS:  Well, the
450:7 common denominator in both arms is
450:8 the Adriamycin and
450:9 cyclophosphamide.
450:10 Adriamycin-cyclophosphamide is in
450:11 both groups.
450:12 The factors that are
450:13 different -- and I talked about
450:14 randomizing and then having
450:15 specific elements to compare to.
450:16 So the factors are different, is
450:17 one arm has Taxotere and the other
450:18 arm has 5-fluorouracil.
450:19 In terms of the numbers, it
450:20 shows that -- that ongoing
450:21 alopecia occurs in both arms.
450:22 MR. KEENAN:  Okay.
450:23 THE WITNESS:  Now, during my
450:24 30(b)(6) deposition, I tried to
451:1 provide a little more structure by
451:2 taking a criteria for persistence
451:3 or persistent alopecia, saying it
451:4 needed -- that the alopecia needed
451:5 to be documented to have exceeded
451:6 six months' duration and not to
451:7 show subsequent resolution and --
451:8 BY MR. KEENAN:
451:9  Q. So you took a deeper look at
451:10 these patients who were identified as
451:11 having ongoing alopecia in the 55-month

| Page/Line | Source | ID |
|---|---|---|

Kopreski040319_06_15_21

451:12 data.
451:13   A. And also the ten-year data.
451:14   Q. Okay.
451:15   A. I looked at both of the data
451:16 as part of my review in preparation for
451:17 the 30(b)(6) depositions.
451:18   Q. What specifically were you
451:19 looking for with respect to these
451:20 patients, the 22 patients in the 55-month
451:21 data, and the -- and we'll talk about the
451:22 ten-year data -- with respect to the
451:23 issue of irreversible or permanent
451:24 alopecia as distinct from ongoing?

**452:3 - 454:11**   **Kopreski, Michael 04-03-2019 (00:02:45)**   Kopreski040319_06_15_21.36

452:3 THE WITNESS:  Well, remember
452:4 that, you know, these -- these
452:5 terms are basically defined --
452:6 since there's no set definition,
452:7 the terms may be defined in a
452:8 specific way, then analyzed
452:9 recognizing the criteria that the
452:10 term was defined in.
452:11 So I did not define
452:12 irreversible alopecia from the
452:13 standpoint of this analysis.  I
452:14 looked at persistent or permanent
452:15 using the definition of greater
452:16 than six months and without
452:17 resolution.
452:18 BY MR. KEENAN:
452:19   Q. So greater than -- greater
452:20 than -- explain that briefly.
452:21   A. Greater -- alopecia that
452:22 persists beyond six months from last
452:23 chemotherapy --
452:24   Q. Right.
453:1   A. -- and which does not
453:2 resolve and had documented evidence of --
453:3 of a visit that was beyond that six-month
453:4 point demonstrating that alopecia was

**Kopreski040319_06_15_21**

| Page/Line | Source | ID |
|---|---|---|

453:5 ongoing at that visit beyond six-month

453:6 point.

453:7   Q. Okay.

453:8   A. So those were the -- those

453:9 were the criteria that I looked at

453:10 looking at the data for these cases.

453:11   Q. Okay.  You mentioned that

453:12 the therapies, they both have in common

453:13 the A and the C.  Do the A and the C

453:14 independently have risks of alopecia

453:15 separate from Taxotere?

453:16   A. Well, we know that all three

453:17 drugs can cause alopecia.  Okay?  So

453:18 that's a known safety profile for all

453:19 three drugs.

453:20 The interactions between

453:21 drugs is -- regarding alopecia, I think,

453:22 is one of the unknowns.  I think one of

453:23 the difficulties that we have here -- and

453:24 difficulty, I'm sure, for trying to

454:1 understand all of this -- is that there

454:2 are so many unknowns in terms of the

454:3 sites.  We don't know, you know, what --

454:4 what causes the decrease in recovery.

454:5   Q. With respect -- just very

454:6 briefly, with respect to the FAC -- and

454:7 this arm does not obviously have Taxotere

454:8 -- what is the significance in your mind

454:9 that using the term of art "ongoing" that

454:10 still 9 patients of the 736 had ongoing

454:11 alopecia?

| 454:14 - 454:15 | **Kopreski, Michael 04-03-2019 (00:00:01)** | Kopreski040319_06_15_21.37 |

454:14 MR. KEENAN:  What does that

454:15 tell you?

| 454:18 - 456:16 | **Kopreski, Michael 04-03-2019 (00:02:20)** | Kopreski040319_06_15_21.38 |

454:18 THE WITNESS:  Well, I think

454:19 it tells you exactly, you know,

454:20 that:  That if you're looking at

454:21 whether or not the event resolved

454:22 in the follow-up period, there are

| Kopreski040319_06_15_21 | | |
|---|---|---|
| Page/Line | Source | ID |

454:23 nine patients where the event's
454:24 not recorded as resolving.
455:1 Now, if you ask, of those
455:2 nine patients where the event did
455:3 not resolve, how many of those had
455:4 -- you could show persistence that
455:5 goes beyond six months -- and, you
455:6 know, patients can be lost to
455:7 follow-up or be treated and --
455:8 with other therapies and not
455:9 included, but -- but as I recall,
455:10 on the ten-year data, there were
455:11 three patients in the F-A-C arm,
455:12 the FAC arm, that fit the criteria
455:13 as I define it for persistent or
455:14 permanent alopecia.
455:15 The comparison to the T-A-C
455:16 arm, when I looked at the -- at
455:17 the ten-year data, there were --
455:18 there were six patients in the TAC
455:19 arm, as I recall, that fit the
455:20 criteria.
455:21 Now, when one looks at the
455:22 55-month data in the T-A-C arm,
455:23 one finds an extra patient. One
455:24 finds seven patients, as I recall,
456:1 that fit the criteria. But as Mr.
456:2 Bachus pointed out in the
456:3 deposition, the 77-month analysis,
456:4 one of those patients resolved
456:5 after the 55-month and before the
456:6 -- at the 77th month.
456:7 BY MR. KEENAN:
456:8   Q. I'm going to put the -- I'm
456:9 going to try to put these numbers in
456:10 front of the jury.
456:11 So with respect to the
456:12 55-month data, of the 22 patients, your
456:13 review of their clinical trial records
456:14 revealed how many had true alopecia six

| Page/Line | Source | ID |
|---|---|---|

Kopreski040319_06_15_21

456:15 months or more after chemotherapy without
456:16 resolution.

**456:19 - 457:12**     **Kopreski, Michael 04-03-2019 (00:01:00)**     Kopreski040319_06_15_21.39

456:19 THE WITNESS:  On the
456:20 patients from that -- from that
456:21 initial group in that table, as I
456:22 recall -- and the 30(b)(6) was a
456:23 little while ago, but as I recall,
456:24 there were seven patients, which I
457:1 think was 0.9 percent, in the TAC
457:2 arm.
457:3 In the ten-year data, one
457:4 patient resolved -- resolved, you
457:5 know, several years later and that
457:6 left six patients, which I believe
457:7 was 0.8 percent.
457:8 On the ten-year data, as I
457:9 recall for the FAC arm, there were
457:10 three patients, I believe, and --
457:11 and that would be 0.4 percent, as
457:12 I recall.

**457:19 - 459:1**     **Kopreski, Michael 04-03-2019 (00:01:17)**     Kopreski040319_06_15_21.40

457:19 BY MR. KEENAN:
457:20   Q. Okay.  And I just want to
457:21 wrap up here, Doctor.  22 patients went
457:22 to 7 and 29 patients went to 6 in the
457:23 ten-year data when you applied the
457:24 criteria of alopecia six months after
458:1 chemo without resolution.
458:2   A. Yes.  Now, when I looked at
458:3 the data, a lot of -- a lot of those
458:4 patients -- let me be clear, all these
458:5 patients would be recorded as ongoing.
458:6   Q. Yes.
458:7   A. Okay?  But when I looked at
458:8 the data, a lot of these patients went to
458:9 another regimen and went off study while
458:10 the alopecia was still ongoing before the
458:11 six-month period came about.
458:12   Q. Okay.

| Page/Line | Source | ID |
|---|---|---|

**Kopreski040319_06_15_21**

458:13   A. So they were treated before
458:14 the six months.  Because they had
458:15 alopecia at the time that they jumped to
458:16 another study, they were recorded as
458:17 ongoing and then they went to the other
458:18 study.
458:19   Q. Final thing I want to ask
458:20 about this, Doctor, is, the term here
458:21 "alopecia" that references something
458:22 called MedDRA, what is MedDRA and why is
458:23 that captioned here for the terms that
458:24 are listed -- the side effects that are
459:1 listed here in this clinical study 316?

**459:4 - 461:21**   **Kopreski, Michael 04-03-2019 (00:03:09)**   Kopreski040319_06_15_21.41

459:4 THE WITNESS:  Well, MedDRA
459:5 is a medical dictionary that's
459:6 used by regulatory authorities.
459:7 They -- that they -- they want to
459:8 have the alopecia -- well, they
459:9 want to have these terms put into
459:10 MedDRA format.
459:11 BY MR. KEENAN:
459:12   Q. And what's the -- what's the
459:13 importance of a MedDRA format as it
459:14 relates to a term like "alopecia"?
459:15   A. Well, first off, it, you
459:16 know, provides standardization, since you
459:17 can have verbatim terms come in many
459:18 different forms.  You can have, you know,
459:19 heart attack; you can have myocardial
459:20 infarction.  You can have deep venous
459:21 thrombosis or you can have blood clots.
459:22 So -- so events may be reported in many
459:23 different ways.
459:24 MedDRA sort of allows all
460:1 those events to be captured together so
460:2 that you don't have a splitting and an
460:3 apparent artificial decrease in the
460:4 frequency that's being reported for the
460:5 event.

| Page/Line | Source | ID |
|---|---|---|

460:6 So, for example, let's go to
460:7 my heart attack example.  If you had a 10
460:8 percent heart attack and a 10 percent
460:9 myocardial infarction, the true frequency
460:10 should be reported as 20 percent, not as
460:11 10 percent for two different terms, and
460:12 that's -- that's what the -- one of the
460:13 things that MedDRA allows.
460:14 Now, because of that -- and
460:15 I talked about this during the
460:16 deposition -- it's important to realize
460:17 that when one is trying to decide if an
460:18 event is listed or not, you don't have to
460:19 have the same exact term.  You just have
460:20 to -- in other words, if your -- if your
460:21 label says myocardial infarction and you
460:22 get reported a heart attack, you don't
460:23 need to have heart attack also as a term
460:24 in the label to consider that event
461:1 listed if it's listed for myocardial
461:2 infarction.  There's medical
461:3 comparability and medical consistency.
461:4  Q. All right.  I'm winding down
461:5 here, but I do want to spend a little bit
461:6 of time dealing with the events with the
461:7 French Health Authority in 2009, '10, and
461:8 '11.  Okay?
461:9 So, Dr. Kopreski, Mr. Bachus
461:10 showed you Exhibit 15 and you're familiar
461:11 with Exhibit 15, are you not?
461:12  A. Yes, I am.
461:13  Q. Okay.  Did this study, which
461:14 was at a public forum at the San Antonio
461:15 Breast Cancer Symposium -- did this study
461:16 lead to interactions with Sanofi and the
461:17 French health authorities that ultimately
461:18 led to Dr. Palatinsky's clinical
461:19 overview?  Just describe for that very
461:20 briefly and then we'll mark this.
461:21  A. Yeah --

| Page/Line | Source | ID |
|---|---|---|

**Kopreski040319_06_15_21**

461:24 - 463:16

**Kopreski, Michael 04-03-2019 (00:01:36)**

Kopreski040319_06_15_21.42

461:24 THE WITNESS:  Yes, it did.
462:1 This -- as to my recollection,
462:2 this study is -- was quoted in the
462:3 initial request by afssaps.  But
462:4 I'd say also the study is a very
462:5 interesting example of what I was
462:6 talking about in terms of
462:7 understanding the criteria behind
462:8 the study, because what the study
462:9 basically says, if you go back to
462:10 -- back to that page, is that
462:11 after a study that -- in France
462:12 with the publication of the PACS
462:13 01 publication, that the FEC 100
462:14 followed by docetaxel -- and I'm
462:15 reading in the first paragraph
462:16 there -- the FEC 100 followed by
462:17 docetaxel really became a standard
462:18 regimen.
462:19 So if -- so what you have is
462:20 a number of cases of persistent
462:21 alopecia coming out of France
462:22 involving docetaxel.  But you need
462:23 to understand that docetaxel was
462:24 the standard.  Most of the
463:1 patients were receiving docetaxel,
463:2 so the implication that we're
463:3 seeing many cases of docetaxel and
463:4 not too many cases of another drug
463:5 doesn't necessarily mean that
463:6 docetaxel is more likely than the
463:7 other drug to be causing
463:8 persistent alopecia.  It could be
463:9 an indication of the fact that
463:10 most of the use was with
463:11 docetaxel.
463:12 -  -  -
463:13 (Deposition Exhibit No.
463:14 Kopreski-25, 7/9/10 Communication

| | Kopreski040319_06_15_21 | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

463:15 from Kreft-Jais to Benkritly, was
463:16 marked for identification.)

**463:22 - 464:2**  **Kopreski, Michael 04-03-2019 (00:00:21)**    Kopreski040319_06_15_21.43

463:22   Q. And I've marked as Exhibit
463:23 25, which is -- this is -- just describe
463:24 what this document is and then we'll try
464:1 to move through this.  This came to
464:2 Sanofi in July of 2010, did it not?

**464:5 - 465:3**  **Kopreski, Michael 04-03-2019 (00:00:42)**    Kopreski040319_06_15_21.44

464:5 BY MR. KEENAN:
464:6   Q. And what is this --
464:7   A. Yes.
464:8   Q. -- tell the jury what this
464:9 is.
464:10   A. Yes.  This is a
464:11 communication from the French Health
464:12 Authority.
464:13   Q. And did this relate to the
464:14 study that was discussed at the San
464:15 Antonio breast conference that's marked
464:16 as Exhibit 15?
464:17   A. Yes, I believe it does.
464:18   Q. Okay.  And in this letter
464:19 that's been marked as an exhibit, they
464:20 ask Sanofi to send a review of all the
464:21 cases of persistent alopecia; is that
464:22 right?
464:23   A. Yes.
464:24   Q. And did this letter then
465:1 lead to Dr. Palatinsky's clinical
465:2 overview?
465:3   A. It did.

**465:6 - 465:9**  **Kopreski, Michael 04-03-2019 (00:00:08)**    Kopreski040319_06_15_21.45

465:6 BY MR. KEENAN:
465:7   Q. And they asked for the
465:8 clinical review in January of 2011 or
465:9 thereabouts.

**465:12 - 466:19**  **Kopreski, Michael 04-03-2019 (00:01:04)**    Kopreski040319_06_15_21.46

465:12 THE WITNESS:  Yes, with the
465:13 next PSUR, that is correct.

| Page/Line | Source | ID |
|---|---|---|

Kopreski040319_06_15_21

225:14 MR. KEENAN:  All right.
465:15 Very good.
465:16 BY MR. KEENAN:
465:17  Q. And we've already discussed,
465:18 and I don't think we need to go through
465:19 it any further, but Dr. Palatinsky's
465:20 clinical overview then was prepared and
465:21 sent to the French authorities on January
465:22 18th of 2011.
465:23  A. That's correct.
465:24  Q. And --
466:1  A. Well, I'm sorry.  It was --
466:2 it was finalized on January 18th, the
466:3 date on the document, but I don't know
466:4 the date that it was sent to the French
466:5 Health Authority or -- it would have been
466:6 around that time, but not the time
466:7 specified on the document.
466:8  Q. And Dr. Palatinsky's
466:9 evaluation concluded that:  In
466:10 conclusion, experience gained with the
466:11 administration of docetaxel -- that's
466:12 Taxotere -- in patients confirms that
466:13 alopecia occurs very commonly, though its
466:14 persistence cannot be predicated --
466:15 predicted and the available evidence does
466:16 not show that irreversible alopecia is
466:17 caused by docetaxel alone.
466:18 Did I read that correctly?
466:19  A. Correct.

**466:22 - 467:23   Kopreski, Michael 04-03-2019 (00:00:48)**    Kopreski040319_06_15_21.47

466:22 BY MR. KEENAN:
466:23  Q. And, in fact, the French
466:24 authorities sent us a response to Dr.
467:1 Palatinsky's clinical overview, did they
467:2 not?
467:3  A. That's correct.
467:4 MR. KEENAN:  And I'll mark
467:5 that as Exhibit 26.
467:6 -  -  -

| Page/Line | Source | ID |
|---|---|---|

Kopreski040319_06_15_21

467:7 (Deposition Exhibit No.
467:8 Kopreski-26, 2011 "Assessment of
467:9 the Safety Review of Persistent
467:10 Alopecia in Patients Treated With
467:11 Docetaxel" Paper, was marked for
467:12 identification.)
467:13 -  -  -
467:14 BY MR. KEENAN:
467:15   Q. And I will hand that to you.
467:16 And, Dr. Kopreski, what did the French
467:17 authority say in response to Dr.
467:18 Palatinsky's clinical overview
467:19 specifically as it relates to whether or
467:20 not there was a cause -- a causal
467:21 connection, medical cause, between
467:22 docetaxel and persistent or permanent
467:23 alopecia?

**468:2 - 469:7**   **Kopreski, Michael 04-03-2019 (00:01:02)**   Kopreski040319_06_15_21_48

468:2 THE WITNESS:  The French
468:3 Health Authority rapporteur made
468:4 the conclusion -- and I'll read --
468:5 quote, On the basis of this safety
468:6 review, it is effectively
468:7 difficult to conclude that
468:8 docetaxel alone is able to induce
468:9 persistent alopecia, end quote.
468:10 BY MR. KEENAN:
468:11   Q. And right above that,
468:12 there's another statement with respect to
468:13 the French authority's findings and would
468:14 you read that?
468:15   A. Well, I believe the
468:16 statement is a statement from Dr.
468:17 Palatinsky's conclusion, although I --
468:18 the statement says:  In conclusion, the
468:19 experience gained with administration of
468:20 docetaxel in patients confirms that
468:21 alopecia occurs very commonly, though its
468:22 persistence cannot be predicted and the
468:23 available evidence does not show that

| Page/Line | Source | ID |
|---|---|---|
| | **Kopreski040319_06_15_21** | |

468:24 irreversible alopecia is caused by
469:1 docetaxel alone.
469:2   Q. Okay.
469:3 And I think counsel already
469:4 spent time with you that they
469:5 nevertheless asked us to make a label
469:6 change.  Just describe what happened
469:7 after this.

**469:10 - 471:14**     **Kopreski, Michael 04-03-2019 (00:02:54)**        Kopreski040319_06_15_21.49

469:10 THE WITNESS:  Well, what you
469:11 need to understand is -- is that
469:12 labeling is a -- is sort of a
469:13 living document.  It can change
469:14 and it can -- we use language that
469:15 perhaps comes to be considered
469:16 clearer or -- and in addition, the
469:17 perspective of a health authority
469:18 or the regulations of a health
469:19 authority regarding labeling might
469:20 change.
469:21 So, for example, in 2004,
469:22 you were showing that TAX316 data
469:23 on ongoing alopecia and -- and
469:24 that data was proposed, as I
470:1 understand, to be included in the
470:2 label not only in Europe, but in
470:3 the United States, and the FDA
470:4 rejected that inclusion in the
470:5 2004-2005 time period.
470:6 However, if one looks at the
470:7 2000 -- the current label, one
470:8 will find essentially that same
470:9 labeling language has now been
470:10 included, although it's -- it's
470:11 for the longer-term follow-up.
470:12 So you have a situation
470:13 where essentially the similar
470:14 intent of language was rejected by
470:15 the FDA in 2004, yet included in
470:16 2018.

| Page/Line | Source | ID |
|---|---|---|

Kopreski040319_06_15_21

470:17 This is because the
470:18 perspectives of the regulators and
470:19 -- and even the regulations and
470:20 the laws can change, so labeling
470:21 is -- in a way is a living
470:22 document.  And this statement --
470:23 statement from the rapporteur is
470:24 -- even though they recognize that
471:1 it's difficult to conclude that
471:2 docetaxel alone is able to induce
471:3 persistent alopecia, they suggest
471:4 an improvement of -- perhaps of
471:5 the way that alopecia can be
471:6 presented for the reasons that
471:7 they -- that they give.
471:8 BY MR. KEENAN:
471:9  Q. Okay.  I want to wrap up
471:10 this with -- going back to Dr.
471:11 Palatinsky's clinical overview; and this
471:12 document, this clinical overview, was
471:13 also sent to the Food and Drug
471:14 Administration; is that right?

**471:17 - 471:20   Kopreski, Michael 04-03-2019 (00:00:04)**   Kopreski040319_06_15_21.50

471:17 THE WITNESS:  It was -- this
471:18 is the clinical overview?
471:19 MR. KEENAN:  Yes.
471:20 THE WITNESS:  Yes.

**471:23 - 472:12   Kopreski, Michael 04-03-2019 (00:00:17)**   Kopreski040319_06_15_21.51

471:23 THE WITNESS:  I believe --
471:24 and this was provided to the FDA,
472:1 I believe, in PSUR 28 where it was
472:2 not only described, but all of the
472:3 -- all of the CIOMS or the
472:4 individual case reports were
472:5 provided to the FDA.
472:6 -  -  -
472:7 (Deposition Exhibit No.
472:8 Kopreski-27, 1/21/11 Periodic
472:9 Safety Update Report for Docetaxel
472:10 (Taxotere), Sanofi_00197757

| Page/Line | Source | ID |
|---|---|---|

**Kopreski040319_06_15_21**

472:11 through Sanofi_00197840, was
472:12 marked for identification.)

| 472:15 - 472:19 | **Kopreski, Michael 04-03-2019 (00:00:16)** | Kopreski040319_06_15_21.52 |

472:15   Q. I've marked as Exhibit 27
472:16 that very document.  And I will direct
472:17 your attention to -- and just tell the
472:18 jury, what is the periodic safety update
472:19 report?

| 473:8 - 473:11 | **Kopreski, Michael 04-03-2019 (00:00:15)** | Kopreski040319_06_15_21.53 |

473:8   Q. So does this document
473:9 reflect the -- a reference to Dr.
473:10 Palatinsky's work product on persistent
473:11 alopecia?

| 473:16 - 473:16 | **Kopreski, Michael 04-03-2019 (00:00:01)** | Kopreski040319_06_15_21.54 |

473:16 THE WITNESS:  Yes, if you --

| 473:19 - 475:6 | **Kopreski, Michael 04-03-2019 (00:01:36)** | Kopreski040319_06_15_21.55 |

473:19 THE WITNESS:  If you turn to
473:20 section 9.1.5 --
473:21 MR. KEENAN:  Okay.  You're
473:22 going to have to give me a Bates
473:23 number, Doctor.
473:24 THE WITNESS:  I'm sorry.
474:1 It's 00197839.  It's the second to
474:2 last page going onto the last
474:3 page, 00197840.
474:4 MR. KEENAN:  Yes.
474:5 THE WITNESS:  Okay.  So in
474:6 this -- in this section, you'll
474:7 see a description of the -- of the
474:8 submission to the -- of the
474:9 afssaps.  You'll also see that the
474:10 Bourgeois paper is being
474:11 referenced.  You'll see an
474:12 overview of -- I won't -- on the
474:13 next page, you'll see that there's
474:14 an extensive overview and
474:15 discussion of this.
474:16 And -- and, lastly, at the
474:17 bottom of the page, you'll see the
474:18 cases are described in detail and

| Page/Line | Source | ID |
|---|---|---|

Kopreski040319_06_15_21

474:19 cumulative overview provided in
474:20 the appendix 13.
474:21 BY MR. KEENAN:
474:22   Q. And appendix 13 --
474:23   A. Those would be all the
474:24 CIOMS, all the individual cases --
475:1   Q. Yes.
475:2   A. -- and Dr. Palatinsky's got
475:3 a few.
475:4   Q. So what does this then tell
475:5 the jury -- what can we tell the jury
475:6 about appendix 13, clinical overview?

**475:9 - 478:14**   **Kopreski, Michael 04-03-2019 (00:04:31)**   Kopreski040319_06_15_21.56

475:9 THE WITNESS:  Well, I think
475:10 a couple of observations can be
475:11 made in -- and that is that in
475:12 this document, the FDA was
475:13 informed about the request and the
475:14 analysis following the French
475:15 authority request.
475:16 The -- and in addition, not
475:17 only did -- not only need not the
475:18 FDA simply rely upon the
475:19 conclusion of Dr. Palatinsky, but
475:20 they could form their own
475:21 conclusion by looking at all of
475:22 the individual case reports that
475:23 -- that are included in his -- in
475:24 his clinical overview.
476:1 MR. KEENAN:  Okay.  All
476:2 right.
476:3 BY MR. KEENAN:
476:4   Q. I want to conclude -- I want
476:5 to conclude with what I think the
476:6 document that counsel spoke with you last
476:7 about, and that is Exhibit No. 23.
476:8 I guess we're back on the --
476:9 do you recall this Power Point --
476:10   A. Yes.
476:11   Q. -- counsel asked you about?

| Page/Line | Source | ID |
|-----------|--------|-----|

476:12 I want to direct your

476:13 attention to the conclusion and tell the

476:14 jury what this conclusion means.

476:15   A. Well, first off, the -- the

476:16 SMC is a governance that was to decide if

476:17 -- if we would support the FDA request

476:18 that the -- regarding the labeling change

476:19 on persistent or irreversible alopecia.

476:20   Q. Okay.

476:21   A. So -- so the intent was to

476:22 make that adjudication.

476:23 The conclusion says that one

476:24 looks at the entire evidence that's

477:1 provided in the -- in this slide deck

477:2 that the SMC, which is a -- which is a

477:3 governance group that I was the -- they

477:4 call it the secretary, but basically I

477:5 was leading the meeting of -- on this

477:6 particular topic, found that -- that

477:7 there was support to determine causal --

477:8 could I -- could I see --

477:9   Q. Oh, I'm sorry.

477:10   A. -- determine a causal

477:11 relationship.

477:12 Now, by causal relationship,

477:13 that does not mean that the SMC

477:14 considered that Taxotere caused permanent

477:15 or irreversible alopecia.  I want to be

477:16 very clear on that, because there was

477:17 some discussion that -- as I recall at

477:18 the SMC that we did not think there was

477:19 evidence to say that docetaxel by itself

477:20 caused that.  But the threshold for

477:21 determining whether there was a

477:22 relationship is much lower than saying it

477:23 -- you know, there's a definitive cause.

477:24 The question was, was there

478:1 a possible relationship, whether there's

478:2 evidence to support the possibility of a

478:3 relationship; and in that manner, we

**Kopreski040319_06_15_21**

| Page/Line | Source | ID |
|---|---|---|

478:4 agreed that even though the evidence
478:5 didn't indicate definitively a causation,
478:6 that the evidence was sufficient -- and I
478:7 have to underline the word "sufficient"
478:8 -- to support -- and I have to underline
478:9 the word "support" -- a causal
478:10 association or support the possibility of
478:11 a causal association, thereby allowing us
478:12 to proceed with the FDA -- the FDA
478:13 proposal, referring to -- to the labeling
478:14 group for them to make their analysis.

**480:9 - 480:16**      **Kopreski, Michael 04-03-2019 (00:00:18)**      Kopreski040319_06_15_21.57

480:9   Q. I think my last question is,
480:10 in your 15 years in pharmacovigilance --
480:11 you're now retired -- describe, if you
480:12 would, the kind of commitment that you
480:13 and your team brought to
480:14 pharmacovigilance and patient safety and
480:15 whether or not profits took a back seat
480:16 to patient safety.

**480:19 - 483:15**      **Kopreski, Michael 04-03-2019 (00:03:05)**      Kopreski040319_06_15_21.58

480:19 THE WITNESS:  One thing that
480:20 I'm particularly proud of with
480:21 both my team and with the company
480:22 as a whole is their attitude to
480:23 put patient safety first.
480:24 Now, that sounds like
481:1 something that a company would
481:2 say, you know, put patient safety
481:3 first.
481:4 But towards the end of my
481:5 career, I -- I saw a real example
481:6 of the company at the very highest
481:7 levels doing that when they had a
481:8 priority oncology product that was
481:9 in development.  It had gone
481:10 through phase three trials and had
481:11 shown encouraging efficacy results
481:12 and was about to be submitted when
481:13 we realized that there was a

| Page/Line | Source | ID |
|---|---|---|

Kopreski040319_06_15_21

481:14 safety -- a safety issue and it
481:15 was a safety issue in a limited
481:16 number of patients that was hard
481:17 to diagnose, and we felt that it
481:18 was a safety -- safety threat.
481:19 Because of that, despite the
481:20 enormous of our resources that
481:21 were thrown into bringing a drug
481:22 almost ready to go to the FDA, the
481:23 company took a position, not only
481:24 in pharmacovigilance, but through
482:1 the highest levels of the company
482:2 and across multiple functions, to
482:3 basically abandon the drug, to
482:4 abandon a drug that was likely to
482:5 be received favorably by the
482:6 community because of the efficacy
482:7 data.
482:8 And the reason why I say
482:9 that is because we had many
482:10 patient advocacy groups, as I
482:11 recall, which did not want Sanofi
482:12 to do that, but we thought, again,
482:13 patient safety comes first.
482:14 Not only did we abandon the
482:15 drug, but we shared confidential
482:16 information regarding the drug and
482:17 the safety issue with competitors
482:18 because there were similar
482:19 products in development and there
482:20 was a similar drug that was
482:21 already on -- in the market, and
482:22 the fact that there was another
482:23 drug on the market gave us
482:24 confidence that patients would not
483:1 be -- they had an alternative
483:2 treatment.
483:3 So, you know, I was -- I was
483:4 very proud to really see at the
483:5 very highest levels a very

**Kopreski040319_06_15_21**

| Page/Line | Source | ID |
|---|---|---|
| | 483:6 high-priority drug that had cost | |
| | 483:7 the companies certainly tens of | |
| | 483:8 millions, if not more, and had the | |
| | 483:9 promise of being a blockbuster | |
| | 483:10 being abandoned because of a | |
| | 483:11 safety issue that we thought was | |
| | 483:12 important. | |
| | 483:13 It was -- it was an issue | |
| | 483:14 that would cause a rather | |
| | 483:15 devastating neurologic condition. | |

Plaintiff Designations = 00:35:19
Defense Designations = 01:24:12
**Total Time = 01:59:31**