MINUTE ENTRY
MILAZZO, J.
July 21, 2021

JS-10:00:11

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740  SECTION: "H" (5) |
| This document relates to all cases | | |

## MINUTE ENTRY

On July 21, 2021, the Court held a telephone status conference with Dawn Barrios, Palmer Lambert, and Doug Moore. The parties discussed matters related to the trial set to begin on August 23, 2021. Accordingly,

**IT IS ORDERED** that the Court will hold an in-person conference on August 17, 2021 at 8:30 a.m. to discuss the jury questionnaire.

