UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
*The cases listed in the attached Exhibit A*

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, come plaintiffs listed in the attached Exhibit A, who respectfully request that Alexandra W. Robertson and Timothy J. Becker of the law firm Johnson Becker, PLLC, 444 Cedar Street, Suite 1800, St. Paul, MN 55101, be substituted as counsel of record in place of the attorneys with the law firm Simmons Hanly Conroy, One Alton Street, Alton, IL 62002.

Respectfully Submitted,

Dated: July 23, 2021

**SIMMONS HANLY CONROY**

/s/ John J. Foley
John J. Foley, Esq., IL Bar # 6288152
One Court Street
Alton, IL 62002
(618) 259-2222 (telephone)
jfoley@simmonsfirm.com

**Attorney for Plaintiff**

**JOHNSON BECKER, PLLC**

/s/ Alexandra W. Robertson
Alexandra Robertson, Esq. MN Bar #395619
Timothy J. Becker, Esq. MN Bar #256663
444 Cedar Street, Suite 1800
St. Paul, Minnesota 55101
(612) 436-1800 (telephone)
arobertson@johnsonbecker.com
tbecker@johnsonbecker.com

**Attorneys for Plaintiff**

**CERTIFICATE OF SERVICE**

I certify that on July 15, 2021, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ Alexandra Robertson
Alexandra Robertson

# EXHIBIT A

| Plaintiff Last Name | Plaintiff First Name | Individual Docket Number |
|---|---|---|
| Godley | Yvonne | 17-cv-09456 |
| Mellors | Karen | 17-cv-09478 |
| Davis | Patricia | 17-cv-06914 |
| Adrian | Karen | 18-cv-3903 |
| Allen | Sophie | 17-cv-07463 |
| Autry | Vicki | 17-cv-02361 |
| Baringer | Beverly | 17-cv-00871 |
| Brooks | Betty | 17-cv-02346 |
| Dyer | Sharon | 17-cv-05643 |
| Greenberg | Hilary | 18-cv-00631 |
| Hubbard | Susan | 17-cv-00317 |
| Laliberté | Nichole | 17-cv-02351 |
| Lovell | Annie | 17-cv-11372 |
| Loyd | Delores | 17-cv-09470 |
| Majors | Kathy | 18-cv-0063 |
| Miller-Kowalewski | Mardel | 17-cv-11382 |
| Monley | Anita | 18-cv-3911 |
| Mosley | Pearlie | 17-cv-11385 |
| Renaud | Linda | 17-cv-01209 |
| Sanders | Kara | 17-cv-05669 |
| Slone | Constance | 17-cv-11369 |
| Steinbeiser | Vicki | 17-cv-03403 |
| Watson | Linda | 17-cv-11403 |