UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |

THIS DOCUMENT RELATES TO:

The Cases Listed in the Attached Exhibit A

Case No.: 16-md-02740

## ORDER

Upon Plaintiff's Motion to Substitute Counsel and for good cause as shown, it is hereby ordered that Alexandrea W. Robertson and Timothy J. Becker with Johnson Becker, PLLC are named in place of the law firm of Simmons Hanly Conroy for the cases listed in the attached Exhibit A.

This _____ day of _____, 2021

_____

The Hon. Jane Triche Milazzo