**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION**

FLORA SMALL,

Plaintiff(s),

vs.

SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC., SANOFI-AVENTIS U.S. LLC, SANDOZ, INC., ACCORD HEALTHCARE, INC., MCKESSON CORPORATION f/k/a MCKESSON PACKAGING, HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC., HOSPIRA, INC., SUN PHARMA GLOBAL FZE, SUN PHARMACEUTICAL INDUSTRIES, INC. f/k/a CARACO PHARMACEUTICAL LABORATORIES, LTD., PFIZER INC., ACTAVIS LLC f/k/a ACTAVIS INC., and ACTAVIS PHARMA, INC.,

Defendant(s).

**MDL NO. 2740**

**SECTION "N" (5)**
**JUDGE TRICHE MILAZZO**
**MAG. JUDGE NORTH**

**Civil Action No.: 17-cv-11379**

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Alexandra W. Robertson, of the firm Johnson Becker PLLC, hereby enters her appearance in the above-captioned matter as counsel for plaintiff, FLORA SMALL, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

Respectfully Submitted,

Dated: July 23, 2021 **JOHNSON BECKER, PLLC**

/s/ Alexandra W. Robertson
Alexandra W. Robertson, Esq. MN Bar #395619
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, Minnesota 55101
(612) 436-1800 (telephone)
arobertson@johnsonbecker.com

**Attorney for Plaintiff**