UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO

**Plaintiff Name: Cathy Piper**
**Case No.: 2:17-cv-17332**

## STATEMENT OF PLAINTIFF'S COUNSEL

    I represent Cathy Piper whose case is on a Notice of Non-Compliance to be heard by the Court at a later date. I reviewed the deficiency and certify that the dates of the before treatment photos have been provided within the name of the file uploaded. We worked with Ms. Piper and have done our best to estimate the time of the photos as closely as possible and do not have any further information to make the dates more specific.

Dated: July 22, 2021

                                                                                                                 
ANDREW A. LEMMON (#18302)
LEMMON LAW FIRM, L.L.C.
P.O. BOX 904
HAHNVILLE, LOUISIANA 70057
(985) 783-6789 Telephone
(985) 783-1333 Facsimile
andrew@lemmonlawfirm.com