UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| *Patti Krehl c. Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi Aventis US LLC and Sagent Pharmaceuticals* | Civil Action No.: 2:17-cv-14419 |

**SHORT FORM COMPLAINT (Effective as of May 13, 2020)[1]**

Plaintiff(s) incorporate by reference the Second Amended Master Long Form Complaint and Jury Demand filed in the above referenced case on September 27, 2018 (Doc. 4407). Pursuant to Pretrial Order No. 15, this Original Short Form Complaint adopts allegations and encompasses claims as set forth in the Second Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1. Plaintiff:
   Patti Krehl

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

3. Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

4. Current State of Residence: Pennsylvania

5. State in which Plaintiff(s) allege(s) injury: Pennsylvania

---

[1] This version of the Short Form Complaint supersedes all prior versions of the form pursuant to Pretrial Order No. 73A. This Court-approved version of the Short Form Complaint is available on the Court's Taxotere webpage and through MDL Centrality.

1

6. Defendants (check all Defendants against whom a Complaint is made):

    a. Taxotere Brand Name Defendants

| | | |
|---|---|---|
| [X] | A. | Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. |
| [X] | B. | Sanofi-Aventis U.S. LLC |

    b. Other Brand Name Drug Sponsors, Manufacturers, Distributors

| | | |
|---|---|---|
| [ ] | A. | Sandoz Inc. |
| [ ] | B. | Accord Healthcare, Inc. |
| [ ] | C. | McKesson Corporation d/b/a McKesson Packaging |
| [ ] | D. | Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. |
| [ ] | E. | Hospira, Inc. |
| [ ] | F. | Sun Pharma Global FZE |
| [ ] | G. | Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd. |
| [ ] | H. | Pfizer Inc. |
| [ ] | I. | Actavis LLC f/k/a Actavis Inc. |
| [ ] | J. | Actavis Pharma, Inc. |
| [X] | K. | Sagent Pharmaceuticals, Inc. |
| [ ] | L. | Other: |

7. Basis for Jurisdiction:

    [X] Diversity of Citizenship

    [X] Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

In accordance with this court's pretrial orders Nos. 4 (DKT 122) and 37 (DKT 318), this case may be filed directly into MDL 2740

2

8. Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

Eastern District of Louisiana

9. Brand Product(s) used by Plaintiff (check applicable):

    X    A.    Taxotere

    ☐    B.    Docefrez

    ☐    C.    Docetaxel Injection

    ☐    D.    Docetaxel Injection Concentrate

    ☐    E.    Unknown

    ☐    F.    Other:

10. First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

June 2014 to December 2014

11. State in which Product(s) identified in question 9 was/were administered:

Pennsylvania

3

12. Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> Disfiguring permanent alopecia beginning approximately unknown 2014 and continuing to date.

13. Counts in Master Complaint brought by Plaintiff(s):

- [X] Count I – Strict Products Liability – Failure to Warn
- [X] Count III – Negligence
- [X] Count IV – Negligent Misrepresentation
- [X] Count V – Fraudulent Misrepresentation
- [X] Count VI – Fraudulent Concealment
- [X] Count VII – Fraud and Deceit

- [ ] Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) include additional theories of recovery, for example, applicable state law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

14. Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

4

By:

DANIEL P. MARKOFF, OBA #14886
BRIA HANLON, OBA #32412
ATKINS MARKOFF ADLER
9211 LAKE HEFNER PKWY, STE 104
OKLAHOMA CITY, OK 73120
(405) 607-8757 (P)
(405) 607-8749 (F)
DMARKOFF@AMALAW.COM
BHANLON@AMALAW.COM