## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT** |
| THIS DOCUMENT RELATES TO:<br><br>Kim Whittaker | Civil Action No.: 2:17-cv-15171 |

On this ___ day of _____, 2021, this matter came on or before the undersigned District Judge upon Plaintiff's Unopposed Motion For Leave To File Amended Short Form Complaint.

The court, having reviewed said Motion and being advised that none of the Defendants oppose this Motion, finds that Plaintiff's Motion to Amend should be granted and **IT IS SO ORDERED**. Accordingly, it is hereby ordered that Plaintiff be allowed to amend their Complaint as described in their Motion.

_____
JUDGE OF THE DISTRICT COURT

CERTIFICATE OF SERVICE

    I hereby certify that on _____, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

    DATED: _____, 2021                    /s/*Daniel P. Markoff*