MINUTE ENTRY
NORTH, M.J.
JULY 22, 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                     MDL NUMBER:  2740
       PRODUCTS LIABILITY
       LITIGATION                               SECTION: "H"(5)

                                                THIS DOCUMENT RELATES TO
                                                ALL CASES

        PARTICIPATING:     Lowell Finson        Madison Hatten

        On June 15, 2021, The District Judge referred to me for a Report and

Recommendation the assessment of fees/costs against the Finson Law Firm.  (Rec. doc.

12884).  The interested parties have resolved that dispute amicably and the terms of that

resolution have been stated on the record (Court Reporter: Jodi Simcox).  The matter can

now be closed.

                                        _____
                                           MICHAEL B. NORTH
                                        UNITED STATES MAGISTRATE JUDGE

MJSTAR (00:05)