

# United States Court of Appeals
# for the Fifth Circuit

**Certified as a true copy and issued as the mandate on Jul 23, 2021**

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

No. 20-30229

United States Court of Appeals
Fifth Circuit
**FILED**
July 1, 2021
Lyle W. Cayce
Clerk

IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION

------------------------------------------

KELLY GAHAN,

*Plaintiff—Appellant*,

*versus*

SANOFI-AVENTIS, U.S., L.L.C.; SANOFI U.S. SERVICES, INCORPORATED, *formerly known as* SANOFI-AVENTIS U.S., INCORPORATED,

*Defendants—Appellees*.

─────────────────────────

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:16-MD-2740
USDC No. 2:16-CV-15283

─────────────────────────

Before JOLLY, SOUTHWICK, and COSTA, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.