# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

July 23, 2021

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 20-30229    Gahan v. Sanofi-Aventis
                          USDC No. 2:16-MD-2740
                          USDC No. 2:16-CV-15283

Dear Ms. Michel,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                      Sincerely,

                                       LYLE W. CAYCE, Clerk

                                       */s/ Mary Stewart*
                                       By: _____
                                       Mary C. Stewart, Deputy Clerk
                                       504-310-7694

cc:
    Ms. Ilana H. Eisenstein
    Ms. Rachel Horton
    Mr. Bastion Thomas Kane
    Mr. Darin L. Schanker