UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)   MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Denise Santos**
**Case No.: 2:17-cv-15780**

## DECLARATION

I, Lowell W. Finson, have attempted to reach my client, Denise Santos, on the following dates: 4/8/21, 4/19/21, 4/23/21, 4/28/21, 4/29/21, 4/30/21, 5/1/21, 5/2/21, 5/3/21, 5/4/21, 5/7/21, 5/14/21, 5/20/21, 5/21/21, 6/2/21, 6/6/21, 7/6/21, 7/10/21, 7/20/21, 7/22/21, 7/22/21 and 7/22/21, by  X telephone, X email, X text message, _ social media, _ U.S. Mail, _ Certified Mail, __Other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

*/s/ Lowell W. Finson*
Lowell W. Finson
AZ Bar No. 010872
FINSON LAW FIRM
126 Westwind Mall
Marina Del Rey, CA 90292
Tel. 310.200.5544
Fax 310.425.3278
lowell@finsonlawfirm.com

*Attorney for Plaintiff*