# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)           MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

         SECTION "N" (5)

THIS DOCUMENT RELATES TO:

The Cases Listed in the Attached Exhibit A

Case No.: 16-md-02740

## ORDER

Upon Plaintiff's Motion to Substitute Counsel and for good cause as shown, it is hereby ordered that Alexandrea W. Robertson and Timothy J. Becker with Johnson Becker, PLLC are named in place of the law firm of Simmons Hanly Conroy for the cases listed in the attached Exhibit A.

This 26th day of July, 2021

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Plaintiff Last Name | Plaintiff First Name | Individual Docket Number |
|---|---|---|
| Godley | Yvonne | 17-cv-09456 |
| Mellors | Karen | 17-cv-09478 |
| Davis | Patricia | 17-cv-06914 |
| Adrian | Karen | 18-cv-3903 |
| Allen | Sophie | 17-cv-07463 |
| Autry | Vicki | 17-cv-02361 |
| Baringer | Beverly | 17-cv-00871 |
| Brooks | Betty | 17-cv-02346 |
| Dyer | Sharon | 17-cv-05643 |
| Greenberg | Hilary | 18-cv-00631 |
| Hubbard | Susan | 17-cv-00317 |
| Laliberté | Nichole | 17-cv-02351 |
| Lovell | Annie | 17-cv-11372 |
| Loyd | Delores | 17-cv-09470 |
| Majors | Kathy | 18-cv-0063 |
| Miller-Kowalewski | Mardel | 17-cv-11382 |
| Monley | Anita | 18-cv-3911 |
| Mosley | Pearlie | 17-cv-11385 |
| Renaud | Linda | 17-cv-01209 |
| Sanders | Kara | 17-cv-05669 |
| Slone | Constance | 17-cv-11369 |
| Steinbeiser | Vicki | 17-cv-03403 |
| Watson | Linda | 17-cv-11403 |