# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**In Re: TAXOTERE (DOCETAXEL)**                                 **MDL  NO.  2740**
**PRODUCTS LIABILITY LITIGATION**

                                                              **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO:**
*The cases listed in the attached Exhibit A*


Considering the foregoing Motion to Substitute Counsel of Record:

**IT IS ORDERED** that the Motion is **GRANTED** and that Jane L. Calamusa, of the firm of Rosen Harwood, P.A., be substituted for Chad L. Hobbs, as counsel of record for plaintiffs identified in the attached Exhibit A.

New Orleans, Louisiana this 26th day of July, 2021.

                    JANE TRICHE MILAZZO
                    UNITED STATES DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                                    MDL  NO.  2740
PRODUCTS LIABILITY LITIGATION

                                                                SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**
*The cases listed in the attached Exhibit A*

**EXHIBIT A**

**UNOPPOSED MOTION TO SUBSTITUTE COUNSEL OF RECORD**

| <u>Last</u> | <u>First</u> | <u>Case No.</u> |
|---|---|---|
| Bedsworth | Roberta | 2:19-cv-12890 |
| Bibbs | Lisa | 2:20-cv-00267 |
| Black | Dana | 2:19-cv-01173 |
| Chagas | Christina | 2:20-cv-00022 |
| Clark | Dorothy | 2:19-cv-01748 |
| Dunn | Theresa | 2:19-cv-07154 |
| Gatlin | Julie | 2:20-cv-00016 |
| Figgs Dorsey | Wilhemenia | 2:20-cv-00241 |
| Humphreys | Sheryl | 2:19-cv-10100 |
| Jewell | Cynthia | 2:18-cv-14340 |
| Latta | Faye | 2:19-cv-10322 |
| Lindsay | Amy | 2:20-cv-00026 |
| Miller | Debra | 2:19-cv-11613 |
| Miller | Kym | 2:19-cv-12170 |
| Moffett | Kindolyn | 2:19-cv-12825 |
| Ortiz | Irene | 2:19-cv-09544 |
| Parsons | Shirley | 2:19-cv-02174 |
| Pettis | Learlee | 2:19-cv-09443 |
| Rosh | Sandra | 2:19-cv-13331 |
| Russell | Debra | 2:21-cv-00384 |
| Spencer | Celia | 2:20-cv-00045 |
| Staples | Alice | 2:20-cv-00072 |
| Stevens | Judith | 2:18-cv-14278 |
| Stilts | Roxanne | 2:19-cv-01606 |
| Watters | Theresea | 2:21-cv-00382 |