UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | § § § § § | MDL NO. 2740<br>SECTION "N" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| EARNESTINE ARNOLD, | § § | COMPLAINT & JURY DEMAND |
| Plaintiff(s) | § § | Civil Action No.: 19-9305 |
| vs. | § § § | |
| SANOFI US SERVICES INC., ET AL, | § § | |
| Defendant(s) | § § | |

**NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

**YOU MUST CHECK ALL THAT APPLY**

☐ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

☒ Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated this 26th day July, 2021

/s/ Joseph D. Terry

**TERRY & THWEATT, P.C.**
Joseph D. Terry
Texas State Bar No. 24013618
L. Lee Thweatt
Texas State Bar No. 24008160
114 Byrne Street
Houston, Texas 77009
Telephone: (713) 600-4710
Facsimile:  (713) 600-4706
jterry@terrythweatt.com
lthweatt@terrythweatt.com

## CERTIFICATE OF SERVICE

I hereby certify that on 26th July 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: July 26, 2021

/s/ Joseph D. Terry