# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2740 ) ) |
| **This Document Relates to:** | ) SECTION "H" (5) ) |
| *Jane George v. Sanofi S.A., et al.;* | ) HON. JUDGE JANE TRICHE MILAZZO ) |
| *Case No. 2:17-cv-15590* | ) ) MAG. JUDGE MICHAEL NORTH |

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Jane George.

Dated: July 26, 2021

Respectfully submitted,

*/s/ Lowell W. Finson*

Lowell W. Finson
AZ Bar No. 010872
FINSON LAW FIRM
126 Westwind Mall
Marina Del Rey, CA 90292
Tel. 602.377.2903
Fax 310.425.3278
lowell@finsonlawfirm.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: July 26, 2021

Respectfully submitted,

*/s/ Lowell W. Finson*

Lowell W. Finson
AZ Bar No. 010872
FINSON LAW FIRM
126 Westwind Mall
Marina Del Rey, CA 90292
Tel. 602.377.2903
Fax 310.425.3278
lowell@finsonlawfirm.com

*Attorney for Plaintiff*