**EXHIBIT A**

| Name(s) | Case No. |
| --- | --- |
| Barbara Bergman and Donald Bergman | 2:17-cv-12376 |
| Beverly Cantrell and Richard Cantrell | 2:17-cv-12493 |
| Barbara Celaya and Gregory Dill | 2:18-cv-3398 |
| Malinda Celaya | 2:17-cv-13462 |
| Karen Christensen and Kenneth Kay | 2:17-cv-12615 |
| Sandra Ealey | 2:17-cv-12501 |
| Colette Endrizzi and Joseph Cisterna | 2:17-cv-13461 |
| Lenna Fletcher | 2:17-cv-16039 |
| Judith Haack and Jerry Haack | 2:17-cv-12716 |
| Martha Haynes and Byron Haynes | 2:17-cv-15563 |
| Anita Hernandez and William Hernandez | 2:17-cv-16785 |
| Monique Hernandez | 2:17-cv-13630 |
| Gloria Horvath and Ronald Horvath | 2:17-cv-13682 |
| Barbara Iselin | 2:17-cv-16912 |
| Janet Jordan | 2:17-cv-12829 |
| Linda Lindemon | 2:18-cv-13185 |
| Shelley A. Lipowich | 2:17-cv-13068 |
| Brenda Lynch | 2:17-cv-12505 |
| Gail Elizabeth Mattix and Deniis Mattix | 2:17-cv-16062 |
| Sherry Mundy and Joseph Mundy | 2:18-cv-12852 |
| Grace Nafarrate and Ramiro Nafarrate | 2:17-cv-12617 |
| Anna Nevarez and Daniel Nevarez | 2:17-cv-14865 |
| Gloria R. Romero and Manuel H. Romero | 2:17-cv-14825 |
| Jo'Ann Ruhl and Mark Ruhl | 2:17-cv-16856 |
| Joanne Spencer and Charles Spencer | 2:17-cv-17650 |
| Darcel Swanson and Barry Swanson | 2:17-cv-15439 |
| Patsy Watson | 2:17-cv-16929 |