IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION : | * * * * * * * * | MDL NO. 2740 SECTION "H" (5) JUDGE TRICHE MILAZZO |
| This Document Relates to: Michelle Peacock v. Hospira, Inc., et al | * * | CIVIL ACTION NO. 2:20-cv-2826 |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Sharelia Lucas on behalf of deceased Plaintiff, Michelle Peacock.

1. Plaintiff Michelle Peacock filed this products liability lawsuit against Defendants on October 15, 2020.
2. Subsequently, Plaintiff's counsel was notified that Michelle Peacock died on November 22, 2020.
3. Michelle Peacock's product liability action against Defendants survives her death.
4. Plaintiff filed a Notice and Suggestion of Deat on April 16, 2021.
5. Sharelia Lucas is the surviving daughter of Michelle Peacock and the the Administrator of her estate.  Sharelia Lucas is the proper party to substitute for Plaintiff Michelle Peacock and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf pursuant to Fed. R. Civ. P. 25 (a)(1).
6. Undersigned counsel provided Defendant's counsel with a copy of this Motion on July 28, 2021, and Defendant's counsel consented to this Motion.

7. Based on the foregoing, Sharelia Lucas requests this Court to grant her request for substitution as Plaintiff in this action.

This the 28 day of July, 2021.

                                              Respectfully Submitted,

                                              **RODEN LAW**

                                              /s/ Tyler McCormick Love
                                              Tyler M. Love
                                              GA Bar 940419
                                              333 Commercial Drive
                                              Savannah, GA 31406
                                              P: 912.303.5850
                                              F: 912.303.5851
                                              Tlove@rodenlaw.com
                                              *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 28, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

      **RODEN LAW**

      /s/ Tyler McCormick Love
      Tyler M. Love
      GA Bar 940419
      333 Commercial Drive
      Savannah, GA 31406
      P: 912.303.5850
      F: 912.303.5851
      Tlove@rodenlaw.com
      *Attorney for Plaintiff*