IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION : | * * * * * * * * | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE TRICHE MILAZZO |
| This Document Relates to:<br>Michelle Peacock v. Hospira, Inc., et al | * * | CIVIL ACTION NO. 2:20-cv-2826 |

Order

Before the Court is Plaintiff's Motion to Substitue Party;

**IT IS ORDERED** that Motion is GRANTED and that Sharelia Lucas, on behalf of deceased Plaintiff, Michelle Peacock, is substituted for Michelle Peacock as the proper party plaintiff in this action.

This the ____th day of _____, 2021.

_____
Judge