**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| *This Documents Relates to:* Mary Miner vs. Hospira, Inc., et al. | : : : | JUDGE MILAZZO |
| Civil Action No. 2:19-cv-13168 | : : : | MAG. JUDGE MICHAEL NORTH |

## NOTICE AND SUGGESTION OF DEATH

TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Mary Miner.

Dated this 29th day of July, 2021.

        Respectfully submitted by,
        /s/ David W. Hodges
        David W. Hodges
        TX Bar No. 00796765
        Federal Bar No. 20460
        Hodges & Foty, LLP
        4409 Montrose Blvd, Ste 200
        Houston, TX 77006
        Telephone:   (713) 523-0001
        Facsimile:    (713) 523-1116
        dhodges@hftrialfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of July, 2021, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

By: /s/ David W. Hodges
David W. Hodges