# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO:

Mary Miner
Case No.: 19-cv-13168

## PLAINTIFF'S MOTION TO SUBSTITUTE LAQUITA BANKS ON BEHALF OF MARY MINER

COMES NOW, Plaintiff Mary Miner and files this motion to substitute her surviving heir, Laquita Banks, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, Plaintiff respectfully shows the Court the following:

1. Plaintiff Mary Miner filed the present action in the United States District Court for the Eastern District of Louisiana on October 17, 2019.

2. Plaintiff Mary Miner died on January 8, 2020.

3. On July 29, 2021, Plaintiff filed a Suggestion of Death pursuant to Federal Rule of Civil Procedure 25(a)(1).

4. Laquita Banks is the surviving heir and proper party plaintiff pursuant to the laws of the State of Louisiana and wishes to be substituted on behalf of Mary Miner in this case.

Plaintiff respectfully requests that Laquita Banks be substituted as the proper Plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1).

Dated: July 29, 2021

                                                      Respectfully Submitted,

                                                      **HODGES & FOTY, LLP**

                                                      David W. Hodges  
                                                      TX Bar No. 00796765  
                                                      Federal Bar No. 20460  
                                                      dhodges@hftrialfirm.com  
                                                      4409 Montrose Blvd, Ste. 200  
                                                      Houston, TX 77006  
                                                      Telephone: (713) 523-0001  
                                                      Facsimile: (713) 523-1116

                                                      **Attorneys for Plaintiff**

## **CERTIFICATE OF SERVICE**

I certify that on July 29, 2021, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ David W. Hodges
David W. Hodges