## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**IN RE: TAXOTERE (DOCETAXEL)**                    MDL NO. 2740
**PRODUCTS LIABILITY LITIGATION**

SECTION "N" (5)

THIS DOCUMENT RELATES TO:

Mary Miner
Case No.: 19-cv-13168

_____

## ORDER

_____

Upon Plaintiff's Motion to Substitute Laquita Banks on behalf of Mary Miner and for good cause as shown, it is hereby Ordered that Plaintiff may file an Amended Complaint as attached to the Motion.

The _____ day of _____ , 2021

_____

The Hon. Jane Triche Milazzo