## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| This Document Relates to: Barbara Bergman, et al. v. Sanofi S.A., et al., et al. | JUDGE JANE TRICHE MILAZZO |
| Civil Action No.: 2:17-cv-12376, et al. | MAG. JUDGE MICHAEL B. NORTH |

## PROPOSED ORDER ON
## MOTION TO ENROLL ADDITIONAL COUNSEL

NOW INTO COURT, through undersigned counsel, comes Plaintiffs in Exhibit A, who move this Honorable Court for an Order enrolling additional counsel of record on their behalf.

Considering the foregoing motion,

IT IS ORDERED that J. Christopher Elliott, Darin L. Schanker, and J. Kyle Bachus of Bachus & Schanker, LLC be enrolled as additional counsel of record for the cases in Exhibit A.

New Orleans, Louisiana this 29th day of July, 2021.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE