IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION : | * * * * * * * * | MDL NO. 2740 <br><br> SECTION "H" (5) <br> JUDGE TRICHE MILAZZO |
| This Document Relates to: <br> Michelle Peacock v. Hospira, Inc., et al | * * | CIVIL ACTION NO. 2:20-cv-2826 |

Order

Before the Court is Plaintiff's Motion to Substitue Party;

**IT IS ORDERED** that Motion is GRANTED and that Sharelia Lucas, on behalf of deceased Plaintiff, Michelle Peacock, is substituted for Michelle Peacock as the proper party plaintiff in this action.

This 29th day of July, 2021.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE