MINUTE ENTRY
MILAZZO, J.
July 29, 2021

JS-10:00:15

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to all cases | | |

## MINUTE ENTRY

On July 29, 2021, the Court held an in-person status conference with Dawn Barrios, Palmer Lambert, Doug Moore, and John Olinde. The parties discussed matters related to the trial set to begin on August 23, 2021.

