MINUTE ENTRY
MILAZZO, J.
July 29, 2021

JS-10: 00:20

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: "H" (5) |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | |

**16-17039 Elizabeth Kahn**

## ORAL ARGUMENT
*U.S. District Judge Jane Triche Milazzo presiding*

COURT REPORTER: TONI TUSA
LAW CLERK: MONICA BERGERON
CASE MANAGER: CHERIE STOUDER

APPEARANCES:  PALMER LAMBERT ON BEHALF OF PLAINTIFFS
ILANA EISENSTEIN, ON BEHALF OF DEFENDANTS, SANOFI

Court begins at 9:30 a.m.
Counsel make appearances on the record.

The following motion was argued by counsel:

Motion for Reconsideration of Court Order [9885] denying Defendants'
Motion for Summary Judgment based on the Statute of Limitations.
**(Doc. 12916)**   - **ORDERED DENIED**.  Reasons orally stated on the record.

Matter adjourned at 9:50 a.m.

