UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO
Plaintiff Name: Donna Jordan-Pack
Case No.: 2:20-cv-00975

## DECLARATION

I, Lowell W. Finson, and staff have attempted to reach my client, Donna Pack-Jordan, with no response, on the following dates: 6/22/21, 7/1/21, 7/11/21, ,7/13/21,7/14/21/ 7/17/21, 7/18/21,7/18/21, 7/20/21, 7/21/21, 7/22/21. 7/23/21, 7/24/21, 7/25/21 and 7/27/21, by telephone. Followed by each telephone call, we e-mailed and text messaged on the same dates. Facebook messaging. was also unsuccessful. Two letters were sent in mid July, and not returned. Been verified was used to verify information,To the best of my knowledge this is true..

　　　　　　　　　　　　　　　　　　　　　*/s/ Lowell W. Finson*

　　　　　　　　　　　　　　　　　　　　　Lowell W. Finson
　　　　　　　　　　　　　　　　　　　　　AZ Bar No. 010872
　　　　　　　　　　　　　　　　　　　　　FINSON LAW FIRM
　　　　　　　　　　　　　　　　　　　　　126 Westwind Mall
　　　　　　　　　　　　　　　　　　　　　Marina Del Rey, CA 90292
　　　　　　　　　　　　　　　　　　　　　Tel. 602.377.2903
　　　　　　　　　　　　　　　　　　　　　Fax 310.425.3278
　　　　　　　　　　　　　　　　　　　　　lowell@finsonlawfirm.com

　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*