UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO
Plaintiff Name: Misty Ponce
Case No.: 2:17-cv-15623

## DECLARATION

I, Lowell W. Finson, and staff have attempted to reach my client, Misty Ponce, with no response, on the following dates: 6/22/21, 7/1/21, 7/3/21, 7/7/21, 7/11/21, ,7/13/21,7/14/21/ 7/17/21, 7/18/21,7/19/21, 7/20/21, 7/21/21, 7/22/21. 7/23/21, 7/24/21, and 7/27/21, by telephone. Followed by each telephone call, we e-mailed and text messaged on the same dates. Facebook messaging. was also unsuccessful. Note we also employed Been Verifiied for contact information.Two letters were sent in mid July, and not returned. This is true to the best of my knowledge

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Lowell W. Finson*
　　　　　　　　　　　　　　　　　　　　　　　Lowell W. Finson
　　　　　　　　　　　　　　　　　　　　　　　AZ Bar No. 010872
　　　　　　　　　　　　　　　　　　　　　　　FINSON LAW FIRM
　　　　　　　　　　　　　　　　　　　　　　　126 Westwind Mall
　　　　　　　　　　　　　　　　　　　　　　　Marina Del Rey, CA 90292
　　　　　　　　　　　　　　　　　　　　　　　Tel. 602.377.2903
　　　　　　　　　　　　　　　　　　　　　　　Fax 310.425.3278
　　　　　　　　　　　　　　　　　　　　　　　lowell@finsonlawfirm.com

　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*