**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOERE (DOCETAXEL)         MDL NO. 2740
      PRODUCTS LIABILITY
      LITIGATION                SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**

**Pamela Ramsey; 2:17-cv-12546**

**CONSENT MOTION TO WITHDRAW AND SUBSTITUTE**
**STIPULATION OF DISMISSAL WITH PREJUDICE (REC. DOC. 13160)**

NOW INTO COURT comes Plaintiff, Pamela Ramsey, through undersigned counsel, who respectfully requests that the Stipulation of Dismissal with Prejudice (Rec. Doc. 13160) be withdrawn and substituted with the attached revised Stipulation of Dismissal.

WHEREFORE, Plaintiff prays that the attached revised Stipulation of Dismissal with Prejudice be substituted in place of the original Stipulation of Dismissal (Rec. Doc. 13160).

Dated: July 30, 2021             Respectfully submitted:


            */s/ M. Palmer Lambert*
            M. Palmer Lambert (#33228)
            Claire E. Berg (#37029)
            GAINSBURGH BENJAMIN DAVID
            MEUNIER & WARSHAUER, LLC
            2800 Energy Centre
            1100 Poydras Street
            New Orleans, LA 70163
            Phone: 504-522-2304
            Fax: 504-528-9973

            ***Attorneys for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ M. Palmer Lambert
M. PALMER LAMBERT