UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO:

Pamela Ramsey; 2:17-cv-12546

### [PROPOSED] ORDER

Considering the foregoing Consent Motion to Withdraw and Substitute Stipulation of Dismissal with Prejudice (Rec. Doc. 13160),

IT IS ORDERED that the Motion is hereby GRANTED, and the Clerk shall remove Record Document 13160 from the docket and substitute the document attached to Plaintiff's Consent Motion to Withdraw and Substitute Stipulation of Dismissal with Prejudice (Rec. Doc. 13160) in its place.

New Orleans, Louisiana this____day of_____, 2021.

_____
JUDGE JANE TRICHE MILAZZO