UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO:
Melissa S. Roach, Case No. 2:17-cv-07918.

## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF BILL OF COSTS AGAINST PLAINTIFF MELISSA ROACH

**NOW INTO COURT**, through undersigned counsel, come Defendants sanofi-aventis U.S. LLC and Sanofi US Services, Inc. ("Sanofi"), who respectfully move this Court for leave to file a Reply Memorandum in Support of their Bill of Costs Against Plaintiff Melissa Roach. (Rec. Doc. 13042).

**WHEREFORE**, Defendants sanofi-aventis U.S. LLC and Sanofi US Services, Inc. respectfully request that this Court grant leave to file their Reply in Support of their Bill of Costs Against Plaintiff Melissa Roach.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ *Douglas J. Moore*
　　　　　　　　　　　　　　　　　　　　Douglas J. Moore (Bar No. 27706)
　　　　　　　　　　　　　　　　　　　　**IRWIN  FRITCHIE  URQUHART  & MOORE LLC**
　　　　　　　　　　　　　　　　　　　　400 Poydras Street, Suite 2700
　　　　　　　　　　　　　　　　　　　　New Orleans, LA 70130
　　　　　　　　　　　　　　　　　　　　Telephone: 504-310-2100
　　　　　　　　　　　　　　　　　　　　Facsimile: 504-310-2120
　　　　　　　　　　　　　　　　　　　　dmoore@irwinllc.com

1

Harley V. Ratliff
Adrienne L. Byard
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com

*Counsel for Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*