UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
        PRODUCTS LIABILITY
        LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:

Pamela Ramsey; 2:17-cv-12546

## ORDER

Considering the foregoing Consent Motion to Withdraw and Substitute Stipulation of Dismissal with Prejudice (Rec. Doc. 13167),

IT IS ORDERED that the Motion is hereby GRANTED, and the Clerk shall remove Record Document 13160 from the docket and substitute the document attached to Plaintiff's Consent Motion to Withdraw and Substitute Stipulation of Dismissal with Prejudice (Rec. Doc. 13167) in its place.

New Orleans, Louisiana this 2nd day of August, 2021.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE