UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO:
Melissa S. Roach, Case No. 2:17-cv-07918.

# ORDER

Considering the Motion for Leave to File Reply Memorandum in Support of Bill of Costs Against Plaintiff Melissa Roach, filed by Defendants, sanofi-aventis U.S. LLC and Sanofi US Services, Inc.;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that Defendants' proposed Reply Memorandum in Support of Bill of Costs Against Plaintiff Melissa Roach is hereby entered into the Court's docket.

Signed this 3rd day of August, 2021.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE