UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 16-2740 |
| | | SECTION: "H" (5) |
| This document relates to all cases | ) | |

SECOND AMENDED CASE MANAGEMENT ORDER NO. 32

**IT IS ORDERED** that the second bellwether trial, which was set for August 23, 2021 through September 3, 2021 is **CONTINUED** and **RESET** for November 8, 2021 through November 19, 2021.

New Orleans, Louisiana, this 3rd day of August, 2021.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE