MINUTE ENTRY
MILAZZO, J.
August 2, 2021

JS-10:00:20

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| This document relates to all cases | | |

## MINUTE ENTRY

On August 3, 2021, the Court held a telephone status conference with Dawn Barrios, Palmer Lambert, Doug Moore, and John Olinde. The parties discussed continuance of the trial set to begin on August 23, 2021.

