**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                              SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name:   Antoinette Gathers
Case No.:   2:17-cv-17660

## DECLARATION

I, Patrick A. Luff_____(Attorney's Name), have attempted to reach

my client, Antoinette Gathers_____ on the following dates: 07/06/2021, 07/17/2021,

07/20/2021, 07/21/2021, 7/23/2021, 08/02/2021_____

by (check all that apply) ⊠ telephone, ⊠ e-mail, ⊠ text message, ☐ social media, ☐ U.S. Mail,

☐ Certified Mail, ⊠ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Respectfully submitted,

By: */s/ Patrick A. Luff*_____
Patrick A. Luff
Texas Bar No. 24092728
pluff@fnlawfirm.com
**FEARS NACHAWATI, PLLC**
5473 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712