## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 |
| | | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Vikki Buckheit v.* *Accord Healthcare, Inc.* *Case No. 2:19-cv-12625* | : : : : | |

### DEFENDANT ACCORD HEALTHCARE, INC.'S MOTION TO DISMISS PLAINTIFF'S CLAIMS FOR WHICH SERVICE OF PROCESS HAS NOT BEEN DELIVERED

Defendant Accord Health, Inc. ("Accord"), pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure, hereby moves to dismiss the Plaintiff's claims against Accord pursuant to the requirements of Fed. R. Civ. P. 4, La. Code Civ. Proc. Ann. Art. 1231, and Pretrial Order No 29 dated March 27, 2017. Although Plaintiff filed her Short Form Complaint naming Accord almost two years ago, Plaintiff has failed to deliver service of process. Accordingly, dismissal is warranted. A Memorandum in Support of this Motion is attached and incorporated herein.

5232559.1

DATED: August 4, 2021                    Respectfully submitted,

                                                         */s/ Julie A. Callsen*
Julie A. Callsen
Brenda A. Sweet
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216.592.5000
Facsimile: 216.592.5009
julie.callsen@tuckerellis.com
brenda.sweet@tuckerellis.com

*Attorneys for Defendant*
*Accord Healthcare, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2021, a copy of the foregoing *Defendant Accord Healthcare, Inc.'s Motion to Dismiss Claims for which Service of Process has not been Delivered* was filed with the Court via ECF and is deemed served on all counsel of record.

> */s/ Julie A. Callsen*
> Julie A. Callsen
>
> *One of the Attorneys for Defendant Accord Healthcare, Inc.*