# EXHIBIT 1

# Knight, Emily S.

| | |
|---|---|
| **From:** | Sweet, Brenda A. <brenda.sweet@tuckerellis.com> on behalf of Sweet, Brenda A. |
| **Sent:** | Monday, January 11, 2021 1:57 PM |
| **To:** | elaine@kansaslaw.com; Callsen, Julie |
| **Cc:** | hodgelaw@kansaslaw.com; Noetzel, Christina T.; Knight, Emily S. |
| **Subject:** | Buckheit, Vikki v. Accord et al - PTO 105 Amendment |

Elaine,

Accord has not been served in this case and therefore cannot respond to proposed amendments before service.

Thank you,

Brenda

Brenda A. Sweet | Attorney | Tucker Ellis LLP
950 Main Avenue, Suite 1100 | Cleveland, OH 44113
Direct: (216) 696-2493
brenda.sweet@tuckerellis.com        Online biography - Brenda Sweet tuckerellis.com

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return email.


-----Original Message-----
From: elaine@kansaslaw.com <elaine@kansaslaw.com>
Sent: Friday, January 1, 2021 11:01 AM
To: Callsen, Julie <Julie.Callsen@TuckerEllis.com>; Sweet, Brenda A. <brenda.sweet@tuckerellis.com>
Cc: Ryan Hodge <hodgelaw@kansaslaw.com>; elaine@kansaslaw.com
Subject: Buckheit, Vikki v. Accord et al - PTO 105 Amendment

<<< EXTERNAL EMAIL >>>

Please find attached our firms proposed PTO 105 amendment in the Vikki Buckheit case. All proposed changes are highlighted in yellow. Please advise if you have any objections to the amendments. If we do not hear from you within 14 days, we intend to file a Motion for Leave to Amend the SFC.

Thank you,
Elaine
-------
Elaine Fleetwood | Attorney
Ray Hodge & Associates, L.L.C.
8558 W. 21st St. N., Ste. 300
Wichita, KS 67205
P: 316.269.1414 | F: 316.263.6019
elaine@kansaslaw.com