**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*Vikki Buckheit v.*<br>*Accord Healthcare, Inc.*<br>*Case No. 2:19-cv-12625* | | |

## ORDER

Considering the foregoing Motion to Dismiss Plaintiff's Claims for which Service of Process has not been Delivered:

**IT IS ORDERED** that the Motion to Dismiss of Defendant Accord Healthcare, Inc. is GRANTED and Plaintiff Vikki Buckheit's claims against Accord are dismissed at Plaintiff's cost.

New Orleans, Louisiana, this _____ day of _____, 2021.


Date: August _____, 2021

_____
JUDGE JANE TRICHE MILAZZO

015418\000001\5234415.1