**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Vikki Buckheit v.* *Accord Healthcare, Inc.* *Case No. 2:19-cv-12625* | : : : : | |

**DEFENDANT ACCORD HEALTHCARE, INC.'S NOTICE OF MOTION TO DISMISS CLAIMS FOR WHICH SERVICE OF PROCESS HAS NOT BEEN DELIVERED**

PLEASE TAKE NOTICE that Defendant Accord Healthcare, Inc. will bring for submission its *Motion to Dismiss Plaintiff's Claims for which Service of Process has not been Delivered* before the Honorable Jane Triche Milazzo, United States Judge for the Eastern District of Louisiana, on the 25th day of August 2021.

Date: August 4, 2021

Respectfully submitted,

/s/ *Julie A. Callsen*
Julie A. Callsen
Brenda A. Sweet
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone:     216.592.5000
Facsimile:      216.592.5009
julie.callsen@tuckerellis.com
brenda.sweet@tuckerellis.com

*Attorneys for Defendant*
*Accord Healthcare, Inc.*

**CERTIFICATE OF SERVICE**

I hereby that on this August 4, 2021, a true and correct copy of the *Defendant Accord Healthcare, Inc.'s Notice of Motion to Dismiss Plaintiff's Claims for which Service of Process has not been Delivered* was served upon the following through the Court's ECF filing system.

/s/ Julie A. Callsen
Julie A. Callsen

*One of the Attorneys for Defendant Accord Healthcare, Inc.*