UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | HON. JANE T. MILAZZO |
| THIS DOCUMENT RELATED TO: RUSSELL v. SANOFI US SERVICES, INC. F/K/A SANOFI-AVENTIS U.S. INC., ET AL | NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT HOSPIRA WORLDWIDE, LLC, f/k/a HOSPIRA WORLDWIDE, INC; AND HOSPIRA, INC. |
| | Civil Action No.:2:21-cv-00384 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC. AND HOSPIRA, INC., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 4th day of August, 2021.

By: /s/   Jane L. Calamusa
One of the Attorneys for the Plaintiff(s)

1

> Jane L. Calamusa
> ASB-5640-A26C
> jcalamusa@rosenharwood.com
> ROSEN HARWOOD, P.A.
> 2200 Jack Warner Parkway, Suite 200
> Tuscaloosa, Alabama 35401
> (205) 344-5000

### **CERTIFICATE OF SERVICE**

I hereby certify that on 4th day of August 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: August 4, 2021                                              */s/ Jane L. Calamusa*