MINUTE ENTRY
MILAZZO, J.
August 4, 2021

JS-10:00:25

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 | |
| PRODUCTS LIABILITY LITIGATION ) | | |
| ) | SECTION: "H" (5) | |
| ) | | |
| This document relates to: ) | | |
| Elizabeth Kahn, 16-17039 ) | | |

**MINUTE ENTRY**

On August 4, 2021, the Court held a telephone status conference with Dawn Barrios, Palmer Lambert, Doug Moore, and John Olinde.

**IT IS ORDERED** that oral argument on certain Motions in Limine previously set for August 10, 2021 is **CONTINUED** and **RESET** for August 26, 2021 at 9:30a.m. by video. The parties are instructed to submit to the Court a list of the motions to be argued by August 20, 2021.

**IT IS FURTHER ORDERED** that an in-person conference to discuss deposition designations previously set for August 12, 2021 is **CONTINUED** to be reset at a later date.

**IT IS FURTHER ORDERED** that the final pretrial conference in this matter, previously set for August 12, 2021, is **CONTINUED** to be reset at a later date.

