UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                                   SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**

**Sheila Crayton, Case No. 2:17-cv-05923**

**ORDER**

Considering the Motion for Leave to File Reply Memorandum in Support of Bill of Costs Against Sheila Crayton, filed by Defendants, sanofi-aventis U.S., LLC and Sanofi US Services, Inc.;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that Defendants' proposed Reply in Support of their Bill of Costs Against Sheila Crayton is hereby entered into the Court's docket.

 

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE