**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                                MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                                                    SECTION "H" (5)

THIS DOCUMENT RELATES TO:

Sheila Crayton, Case No. 2:17-cv-05923

<u>ORDER</u>

Considering the Motion for Leave to File Reply Memorandum in Support of Bill of Costs

Against Sheila Crayton, filed by Defendants, sanofi-aventis U.S., LLC and Sanofi US Services,

Inc.;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that Defendants'

proposed Reply in Support of their Bill of Costs Against Sheila Crayton is hereby entered into the

Court's docket.

Signed this 9th day of August, 2021.

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE