UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |

THIS DOCUMENT RELATES TO:

Mary Miner
Case No.: 19-cv-13168

## ORDER

Upon Plaintiff's Motion to Substitute Laquita Banks on behalf of Mary Miner and for good cause as shown, it is hereby Ordered that Plaintiff may file an Amended Complaint as attached to the Motion.

The 9th of August, 2021

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE