# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740<br><br>SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>*Vikki Buckheit v.*<br>*Accord Healthcare, Inc.*<br>*Case No. 2:19-cv-12625* | : : : : : : : | HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |

## ORDER

Considering the foregoing Motion to Dismiss Plaintiff's Claims for which Service of Process has not been Delivered:

**IT IS ORDERED** that the Motion to Dismiss of Defendant Accord Healthcare, Inc. is GRANTED and Plaintiff Vikki Buckheit's claims against Accord are dismissed at Plaintiff's cost.

New Orleans, Louisiana, this 10th day of August, 2021.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE