**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

**THIS DOCUMENT RELATES TO**
Clare Guilbault, Case No. 2:16-cv-1706

**PLAINTIFF'S OPPOSED MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE SUPPLEMENTAL EVIDENCE IN SUPPORT OF HER OPPOSITION TO HOSPIRA'S MOTION FOR SUMMARY JUDGMENT BASED ON THE LEARNED INTERMEDIARY DOCTRINE**

Plaintiff, Clare Guilbault, through the Plaintiffs' Steering Committee ("PSC"), respectfully seeks leave of Court to file this opposed supplemental evidence in further support of her Opposition to Hospira's Motion for Summary Judgment Based on the Learned Intermediary Doctrine (Rec. Doc. 12586).

On May 12, 2021, Plaintiff Guilbault filed her Opposition to Hospira's Motion for Summary Judgment Based on the Learned Intermediary Doctrine. The motion was argued May 26, 2021, during which the Court questioned counsel regarding Ms. Guilbault's physician's review of labels. Plaintiff believes that it is appropriate and necessary to supplement the record with additional evidence which addresses the prescribing physician's review of the label, because it is important for the record on this warnings causation issue to reflect the particular circumstances of how modern prescription medications are prescribed and how physicians receive information regarding important issues raised about the drug. More specifically, the attached declaration sets forth the steps by which a prescription drug label change gets from a pharmaceutical company to a prescribing physician who never physically possesses the "package insert" containing the paper label that accompanies the physical drugs/vials. The age of electronics has vastly improved the

1

ability of a drug company to provide information which may affect prescribing habit to the physicians.

For these reasons, Plaintiff seeks leave of Court to supplement the record with the declaration of Dr. Linda Bosserman, attached hereto as Exhibit "A". Given that the Court has not yet ruled on Hospira's pending motion, Plaintiff respectfully requests that the Court take Plaintiff's supplemental evidence into consideration and deny Hospira's motion for summary judgment based on the learned intermediary doctrine.

Counsel for the Plaintiffs' Steering Committee has conferred with counsel for Hospira and has been advised that it opposes this filing.

Dated: August 11, 2021                                              Respectfully submitted,

/s/ Christopher L. Coffin                                           /s/ Karen B. Menzies
Christopher L. Coffin (#27902)                                      Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.                                    GIBBS LAW GROUP LLP
1100 Poydras Street, Suite 2225                                     6701 Center Drive West, Suite 1400
New Orleans, Louisiana 70163                                        Los Angeles, California 90045
Phone: (504) 355-0086                                               Telephone: 510-350-9700
Fax: (504) 355-0089                                                 Facsimile: 510-350-9701
ccoffin@pbclawfirm.com                                              kbm@classlawgroup.com

Plaintiffs' Co-Lead Counsel                                         Plaintiffs' Co-Lead Counsel

/s/M. Palmer Lambert                                                /s/Dawn M. Barrios
M. Palmer Lambert (#33228)                                          Dawn M. Barrios (#2821)
GAINSBURGH BENJAMIN DAVID                                           BARRIOS, KINGSDORF & CASTEIX, LLP
MEUNIER & WARSHAUER, LLC                                            701 Poydras Street, Suite 3650
2800 Energy Centre, 1100 Poydras Street                             New Orleans, LA 70139
New Orleans, LA 70163-2800                                          Phone: 504-524-3300
Phone: 504-522-2304                                                 Fax: 504-524-3313
Fax: 504-528-9973                                                   barrios@bkc-law.com
plambert@gainsben.com

Plaintiffs' Co-Liaison Counsel                                      Plaintiffs' Co-Liaison Counsel

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews
Andrews Thornton Higgins Razmara, LLP
2 Corporate Park, Suite 110
Irvine, CA 92606
Phone: (800) 664-1734
aa@andrewsthornton.com

J. Kyle Bachus
Bachus & Schanker, LLC
101 W Colfax Ave, Suite 650
Denver, CO 80202
Phone: (303) 222-2222
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2225
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, CA 90045 Phone:
510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Andre M. Mura
Gibbs Law Group LLP
505 14th Street Suite 1110
Oakland, CA 94612
Phone: (510) 350-9717
Fax: (510) 350-9701
amm@classlawgroup.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

John Gomez
The Gomez Law Firm, PLLC
655 West Broadway, Suite 1700
San Diego, CA 92101
Phone: (619) 237.3490
Fax: 619.237.3496.
john@thegomezfirm.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, FL 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904 15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@amalaw.com

Jessica Perez Reynolds
Pendley, Baudin & Coffin
P.O. Drawer 71
24110 Eden Street
Plaquemine, LA 70765
Phone: (225) 687-6396
Fax: (225) 687-6398
jperez@pbclawfirm.com

Darin L. Schanker
Bachus Schanker
101 W Colfax Ave, Suite 650
Denver, CO 80202
Phone: (303) 222-2222
Fax: (303) 893-9900
dls@coloradolaw.net

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Zachary Wool
Barrios Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
zwool@bkc-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ M. Palmer Lambert
M. PALMER LAMBERT