**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | HON. JANE T. MILAZZO |
| THIS DOCUMENT RELATED TO: | |
| SPENCER v. ACCORD HEALTHCARE, INC. ET AL | Civil Action No.2:20-cv-00045 |

**EX PARTE CONSENT MOTION FOR SUBSTITUTION OF PROPER PARTY**

COMES NOW counsel for Plaintiff, CELIA SPENCER, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, and moves this Court for an order substituting Darryl Spencer, Personal Representative of the Estate of Celia Spencer, in the above-captioned cause for the following reasons:

1.      On January 6, 2020, Celia Spencer filed a products liability lawsuit in the above referenced matter.

2.      On July 24, 2020, Celia Spencer passed away.

3.      Celia Spencer's product liability action against defendants survived Plaintiff's death and is not extinguished.

4.      Darryl Spencer was appointed as Personal Representative of the Estate of Celia Spencer by the Probate Court of Brunswick County, North Carolina (*See* Ex. 1, Letters of Authority for Personal Representative).

5.      Darryl Spencer, as Personal Representative of the Estate of Celia Spencer, is a proper party to substitute for Plaintiff Celia Spencer and wishes to be substituted on behalf of Celia Spencer in this case.

6.      A proposed order is attached for the Court's consideration.

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution of plaintiff in this action.

 Dated this 12th day of August, 2021.

1

By:

/s/     Jane L. Calamusa
One of the Attorneys for the Plaintiff(s)
Jane L. Calamusa
ASB-5640-A26C
jcalamusa@rosenharwood.com
ROSEN HARWOOD, P.A.
2200 Jack Warner Parkway, Suite 200
Tuscaloosa, Alabama 35401
(205) 344-5000

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: August 12, 2021                     /s/ Jane L. Calamusa