# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | HON. JANE T. MILAZZO |
| THIS DOCUMENT RELATED TO: | |
| SPENCER v. ACCORD HEALTHCARE, INC. ET AL | Civil Action No.2:20-cv-00045 |

## ORDER GRANTING SUBSTITUTION OF PROPER PARTY

THIS MATTER, having come before the Court on Plaintiff counsel's Motion for Substitution of Proper Party, and this Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiff's Motion for Substitution of Proper Party is GRANTED and that DARRYL SPENCER, as Personal Representative of the Estate of Celia Spencer, may be substituted as the proper party plaintiff in this action.

SIGNED, this the _____ day of _____, 2021.

_____
HONORABLE JANE T. MILAZZO
United States District Judge