## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| THIS DOCUMENT RELATES TO: ) | |
| ALL ACTIONS ) | |

### CASE MANAGEMENT ORDER NO. 14J
### (AMENDED TRIAL SCHEDULE- TRIAL 5)

The parties agreed to amend the schedule for Trial 5 as set forth in the attached chart. The Court enters this Case Management Order adopting the new trial date of March 14, 2022 and the amended deadlines proposed by the parties.

New Orleans, Louisiana, this 16th day of August, 2021.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE

**Taxotere MDL – Trial 5 Schedule**

|  | Trial 5 Schedule |
|---|---|
| Trial Pool Nomination ¶ 7(a) | Completed |
| Phase I Discovery in Trial Pool Cases ¶ 7(d) | Completed |
| Final Plaintiff Selection - Parties' Nomination ¶ 7(b) | Completed |
| Final Plaintiff Selection - Court's Selection ¶ 7(b) | Completed |
| Preliminary Witness List (new) | Completed |
| Amendments to Pleadings (new) | Completed |
| Initial Motions and Briefs* | Completed |
| Initial Opposition Briefs* | Completed |
| Initial Reply Briefs* | Completed |
| Hearing and Argument (week of:)* | Completed |
| Phase II Discovery in Selected Trial Pool Cases | Completed |
| Plaintiff Expert Reports ¶ 4(a) Case Specific Reports (General Reports Served 7/9/21) | Completed |
| Plaintiff Expert Depositions Start ¶ 4(a)(new) | Tuesday, September 7, 2021 |
| Plaintiff Expert depositions complete ¶ 4(a) | Friday, October 1, 2021 |
| Defendant Expert Reports ¶ 4(b) | Friday, October 8, 2021 |
| Defendant Expert Depositions ¶ 4(b) | Friday, November 5, 2021 |
| Motions and Briefs ¶ 5(a) | Friday, November 12, 2021 |
| Opposition Briefs ¶ 5(b) | Tuesday, December 7, 2021 |
| Reply Briefs | Tuesday, December 21, 2021 |
| Hearing and Argument ¶ 5(d) | Week of January 10 or 17, 2022 |
| Final Witness List ¶ 6(b) | Thursday, January 20, 2022 |
| Exhibit Lists and Deposition Designations ¶ 6(c) | Thursday, January 20, 2022 |
| Jury Questionnaire ¶ 6(a) | Friday, January 21, 2022 |
| Motions in Limine ¶ 6(d) | Wednesday, January 26, 2022 |
| Oppositions to Motions in Limine ¶ 6(h) | Tuesday, February 15, 2022 |
| Counter Designations ¶ 6(e) | Tuesday, February 1, 2022 |
| Objections to Designations ¶ 6(f) | Friday, February 11, 2022 |
| Responses to Objections to Designations (new) | Friday, February 18, 2022 |
| Submit Designations to Court (new) | Tuesday, February 22, 2022 |
| Final Pretrial Order (new) | Tuesday, February 22, 2022 |
| Final Pretrial Conference ¶ 6(j) | Thursday, March 3, 2022 |
| Plaintiffs' and Defendants' Jury Charges ¶ 6(g) | Monday, March 7, 2022 |
| Jury Selection | Monday, March 14, 2022 |
| Trial | Monday, March 14, 2022 |

\*  This initial motion deadline does not require the filing of any motion, and the parties agree that they will not argue that any later-filed motion should have been filed by this deadline.

**Paragraph (¶) references are to the descriptions in Case Management Order No. 14 (Doc. 3064).**