UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to cases listed in the attached Exhibits | | |

### ORDER

In accordance with Pretrial Order #117 (Rec. Doc. 12468), on May 25, 2021 the Court held a hearing with the Finson Law Firm. As a result, on May 25, 2021 a Minute Entry was issued ordering, *inter alia,* counsel to "meet and confer as to how to cure [certain] documents." (Rec. Doc. 12735). The parties have agreed that the Finson Law Firm cases identified on the attached Exhibits A and B are subject to dismissal with prejudice.

IT IS ORDERED that the cases listed in the attached Exhibit A, titled "Declaration of No Contact List," are **DISMISSED WITH PREJUDICE**.

IT IS FURTHER ORDERED that the cases listed in the attached Exhibit B, titled "Stipulation of Dismissal List," are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 16th day of August, 2021.

HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE

EXHIBIT A
August 5, 2021
Declaration of No Contact List

| #  | Last Name | First Name  | MDL Docket No. | Docket |
|----|-----------|-------------|----------------|--------|
| 1. | Carr      | Shelley     | 17-cv-15466    | 13163  |
| 2. | Elder     | Tara        | 17-cv-15569    | 13164  |
| 3. | Ponce     | Misty       | 17-cv-15623    | 13166  |
| 4. | Santos    | Denise      | 17-cv-15780    | 13134  |
| 5. | Jordan    | Donna Pack  | 20-cv-00975    | 13165  |
| 6. | Cora      | Carmella    | 20-cv-02663    | 13039  |

EXHIBIT B
August 5, 2021
Stipulation of Dismissal List

| # | Last Name | First Name | MDL Docket No. | Docket |
|---|---|---|---|---|
| 1. | Crawford | Karen | 17-cv-15493 | 13139 |
| 2. | Groves | Sharon | 17-cv-15595 | 13138 |
| 3. | Neal | Kay | 17-cv-15612 | 13137 |
| 4. | Sallaz | Lou Ann | 17-cv-15761 | 13101 |
| 5. | Scholz | Laurell | 17-cv-15797 | 13151 |
| 6. | West | Christi | 17-cv-15823 | 13136 |
| 7. | Elms | Peggy | 19-cv-01164 (Jones, Shelly, et al.) | 12989 |
| 8. | Ingram | Aisha | 19-cv-01164 (Jones, Shelly, et al.) | 12989 |
| 9. | Pollack | Debra | 19-cv-01164 (Jones, Shelly, et al.) | 12989 |
| 10. | Shubin | Amber | 19-cv-01164 (Jones, Shelly, et al.) | 12989 |
| 11. | Ponzi | Linda | 20-cv-00977 | 13135 |
| 12. | Smith | Latinna | 20-cv-00978 | 13040 |
| 13. | Glover | Tena | 20-cv-02663 | 13100 |
| 14. | Gamboa | Georgina | 20-cv-02665 | 12130 |
| 15. | Gough | Sandra | 20-cv-02667 | 13041 |
| 16. | Pack-Jordan | Donna | 20-cv-02668 | 12972 & 12988 |
| 17. | Bryant | Cynthia | 20-cv-02669 | 13099 |
| 18. | Sullivan | Charistian | 20-cv-02670 | 12954 & 12990 |