UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECION "H" (5) |
| | JUDGE MILAZOO<br>MAGISTRATE JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT:  Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc.** |
| THIS DOCUMENT RELATES TO:<br><br>Teressa Brown vs. Sanofi-Aventis US LLC, et al | **Civil Action No.: 2-17-cv-15939** |

  Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc., each party to bear its own costs.  Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management order No. 12 (Rec. Doc. 1506).  Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice.  If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

  Dated this 19th day of August, 2021.

                 Respectfully Submitted,

                 */s/ A. Craig Eiland*
                 A. Craig Eiland
                 EILAND & BONNIN, PC
                 2200 Market St., Ste. 501
                 Galveston, Texas 77550
                 Telephone: (409) 763-3260
                 Facsimile: (713) 513-5211
                 ceiland@eilandlaw.com

                 **ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 19, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                            A. Craig Eiland