**BEFORE THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: The Cases Listed on the attached Exhibit A | **MOTION TO WITHDRAW AHMED S. DIAB AS COUNSEL** |

Pursuant to Local Rules 83.2.11, Attorneys John H. Gomez and Lindsay R. Stevens hereby move for leave to withdraw Ahmed S. Diab as counsel of record in all cases listed on the attached Exhibit A. In support of this Motion, Mr. Gomez and Ms. Stevens state as follows:

1. Attorneys John H. Gomez and Lindsay R. Stevens of Gomez Trial Attorneys are already listed as counsel of record for reach of the cases listed on Exhibit A.

2. Attorney Ahmed S. Diab of Gomez Trial Attorneys will no longer be representing the Plaintiffs listed on Exhibit A. He does not need notice of filings in these cases and requests to be removed from all service lists, including the CM/ECF system.

3. Attorneys John H. Gomez and Lindsay R. Stevens of Gomez Trial Attorneys will continue to represent the Plaintiffs in each of the cases listed on Exhibit A. Therefore, Plaintiffs will not be prejudiced by this withdrawal.

For the foregoing reasons, Attorneys John H. Gomez and Lindsay R. Stevens of Gomez Trial

Attorneys hereby respectfully request that the Court grant leave to withdraw Ahmed S. Diab as

counsel of record and to remove him from all service list as counsel for the Plaintiffs in each of

the cases listed on Exhibit A.

Dated this <u>18th</u> day of <u>August,</u> 2021            Respectfully submitted,


                                                 GOMEZ TRIAL ATTORNEYS
                                                 */s/John H. Gomez*
                                                 John H. Gomez (CA Bar # 171485) T.A
                                                 655 West Broadway, Suite 1700
                                                 San Diego, California 92101
                                                 Telephone: (619) 237-3490
                                                 Facsimile: (619) 237-3496
                                                 *john@thegomezfirm.com*


                                                 GOMEZ TRIAL ATTORNEYS
                                                 */s/Lindsay R. Stevens*
                                                 Lindsay R. Stevens (CA Bar # 256811)
                                                 655 West Broadway, Suite 1700
                                                 San Diego, California 92101
                                                 Telephone: (619) 237-3490
                                                 Facsimile: (619) 237-3496
                                                 *lstevens@thegomezfirm.com*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on August 19, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

<u>*/s/ Lindsay R. Stevens*</u>
Lindsay R. Stevens (CA Bar # 256811)
GOMEZ TRIAL ATTORNEYS
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
lstevens@thegomezfirm.com