# EXHIBIT A

| Plaintiff Last Name: | Plaintiff First Name: | Civil Case No.: |
|---|---|---|
| Ackerman | Elizabeth | 2:17-cv-12426 |
| Aikman | Barbara | 2:17-cv-12943 |
| Allen | Tammy | 2:17-cv-13817 |
| Altice | Peggy | 2:17-cv-13990 |
| Anderson-Taylor | Anita | 2:17-cv-12429 |
| Arado | Regina | 2:18-cv-4595 |
| Atkins | Virginia | 2:17-cv-17953 |
| Ayers | Kathy | 2:17-cv12947 |
| Bartholomew | Kimberly | 2:16-cv-02692 |
| Bates | Marva | 2:17-cv-13652 |
| Bell | Mattie | 2:17-cv-12957 |
| Bentley | Doris | 2:17-cv-13850 |
| Bethea | Doris | 2:17-cv-10796 |
| Biltz | Melinda | 2:18-cv-4126 |
| Blake | Joan | 2:17-cv-13903 |
| Blitch | Melinda | 2:17-cv-12446 |
| Bogues | Jessica | 2:17-cv-13685 |
| Booker | Elizabeth | 2:17-cv-13862 |
| Brantley | Lynda | 2:17-cv-12996 |
| Brown | Lisa | 2:17-cv-5454 |
| Brown | Evelyn | 2:17-cv-13867 |
| Brown | Lillie | 2:17-cv-12999 |
| Browne | Billie | 2:17-cv-3129 |
| Bullen | Donna | 2:17-cv-13749 |
| Busch | Julia | 2:17-cv-01338 |
| Butler | Debra | 2:17-cv-13002 |
| Butler | Nora | 2:17-cv-13688 |
| Calhoun | Rosalyn | 2:17-cv-13751 |
| Cannizzaro | Katherine | 2:17-cv-13005 |
| Calkins | Rosemary | 2:17-cv-00970 |
| Catlin | Cheryl | 2:17-cv-13006 |
| Chatham | Joyce | 2:17-cv-12443 |
| Chatman | Zelda | 2:16-cv-16980 |
| Clark | Gloria | 2:17-cv-13007 |
| Clifton | Janet | 2:17-cv-12439 |
| Copeland | Mary | 2:16-cv-17095 |
| Councill | Patricia | 2:17-cv-13689 |
| DeGraff | Elizabeth | 2:17-cv-5457 |
| Dilworth | Gail | 2:17-cv-13691 |
| Dora | Hazel | 2:17-cv-13695 |
| Dovey | Lucy | 2:17-cv-13692 |
| DuBois | Eilene | 2:17-cv-13696 |

| Plaintiff Last Name: | Plaintiff First Name: | Civil Case No.: |
|---|---|---|
| Dudley | Elaine | 2:16-cv-17097 |
| Easton | Linda | 2:17-cv-13697 |
| Evans | Gaillynette | 2:17-cv-13758 |
| Ferrell | Janet | 2:17-cv-12437 |
| Fosberg | Betty | 2:17-cv-13010 |
| Fuller | Susan | 2:17-cv-1812 |
| Gantt | Victoria | 2:17-cv-13041 |
| Glenn | Emma | 2:17-cv-13043 |
| Gonzales | Malinda | 2:17-cv-13047 |
| Graham | Shaneika | 2:18-cv-4125 |
| Gresham | Angela | 2:17-cv-13700 |
| Grice | Linda | 2:17-cv-13767 |
| Hamm | Joanne | 2:17-cv-13773 |
| Haralson | Betty | 2:17-cv-13975 |
| Hardeman | Hessie | 2:17-cv-13644 |
| Harper | Gloria | 2:17-cv-12585 |
| Hawley | Sonya | 2:17-cv-3122 |
| Heindl | Jill | 2:17-cv-12582 |
| Hogan | Hester | 2:17-cv-12580 |
| Holmes | Gwendolyn | 2:17-cv-12652 |
| Holzworth | Patricia | 2:17-cv-13049 |
| Hooper | Felecia | 2:17-cv-13821 |
| Huff | Susan | 2:17-cv-13812 |
| Hurst | Sherry | 2:17-cv-13814 |
| Insalaco | Eileen | 2:17-cv-13969 |
| Jackson | Elizabeth | 2:17-cv-13050 |
| Jackson | Merita | 2:17-cv-13985 |
| Jemison-Kelley | Debbie | 2:17-cv-14010 |
| Jett | Debbie | 2:17-cv-12431 |
| Johnson | Michelle | 2:17-cv-13752 |
| Kelley | Charlotte | 2:17-cv-12649 |
| Kidd | Susan | 2:17-cv-13051 |
| King | Patrice | 2:16-cv-17100 |
| Koch | Macaira | 2:17-cv-13053 |
| Lakes | Geraldine | 2:17-cv-12432 |
| Leininger | Jackie | 2:17-cv-13054 |
| Leslie | Betty | 2:17-cv-13055 |
| Lewis | Theresa | 2:17-cv-13765 |
| Liles | Barbara | 2:16-cv-15575 |
| Lomax | Latanya | 2:17-cv-13983 |
| Lopes | Lamarr | 2:17-cv-13829 |
| Lovett | Marjorie | 2:17-cv-12924 |
| Luepkes | Ruth | 2:17-cv-13056 |
| Malone | Dorothy | 2:16-cv-17101 |

| Plaintiff Last Name: | Plaintiff First Name: | Civil Case No.: |
|---|---|---|
| Martin | Barbara | 2:17-cv-14013 |
| Martin | Cathy | 2:17-cv-12932 |
| Martin | Clara | 2:17-cv-12933 |
| McDonald | Barbara | 2:17-cv-13057 |
| McDowell | Verona | 2:17-cv-13058 |
| McGee | Friella | 2:17-cv-13831 |
| Mercer | Theresa | 2:17-cv-5458 |
| Mills | Jacqueline | 2:17-cv-02689 |
| Mischel | Laurie | 2:17-cv-13770 |
| Mokkapati | Kalyani | 2:18-cv-4123 |
| Morrison | Charnae | 2:17-cv-14004 |
| Newett | Rosemary | 2:17-cv-13835 |
| Nutall | Carol | 2:17-cv-13837 |
| O'Neal | Yulonda | 2:17-cv-13775 |
| O'Neil | Nancy | 2:17-cv-12435 |
| Pagan | Mary Ann | 2:17-cv-13060 |
| Parker | Lashun | 2:17-cv-13998 |
| Patterson | Andreas | 2:17-cv-13852 |
| Pinckney | Eva | 2:17-cv-13062 |
| Primacio | Betsy | 2:17-cv-14016 |
| Ratledge | Carol | 2:17-cv-13064 |
| Richardson | Helena | 2:17-cv-13799 |
| Robinson | Toni | 2:17-cv-13560 |
| Rodriguez | Tina | 2:17-cv-04611 |
| Rosenberg | Ida | 2:17-cv-13992 |
| Rouse | Debra | 2:18-cv-4596 |
| Rufing | Jo | 2:17-cv-08788 |
| Saldivar | Adrienne | 2:17-cv-13864 |
| Saleem | Nadirah | 2:16-cv-17105 |
| Sandler | Abigail | 2:16-cv-15507 |
| Sassnet | Gracie | 2:17-cv-13561 |
| Sassone | Diane | 2:17-cv-13899 |
| Sawyers | Janice | 2:16-cv-17954 |
| Seay | Barbara | 2:17-cv-17140 |
| Sebahar | Karen | 2:18-cv-4124 |
| Seki | Mary | 2:17-cv-13997 |
| Simmons | Shnai | 2:17-cv-12935 |
| Simmons | Audrey | 2:17-cv-13571 |
| Smith | Cynthia | 2:16-cv-17107 |
| Smith | Delores | 2:17-cv-13014 |
| Smith | Lillie Louise | 2:17-cv-3126 |
| Smith | Tilita | 2:17-cv-13897 |
| Smoot | Charlene | 2:17-cv-13573 |
| Spears | Jody | 2:17-cv-13907 |

| Plaintiff Last Name: | Plaintiff First Name: | Civil Case No.: |
|---|---|---|
| Sweeney | Tracy | 2:17-cv-13625 |
| Tate | Billie | 2:17-cv-13895 |
| Taylor | Donetta | 2:17-cv-13628 |
| Taylor | Lana | 2:17-cv-13910 |
| Thomas | Sylvia | 2:17-cv-13635 |
| Tidwell | Robin | 2:17-cv-13893 |
| Townsend | Kimberly | 2:17-cv-12937 |
| Sharkey | Kelly | 2:17-cv-12939 |
| Ulmer | Misty | 2:17-cv-12941 |
| Walbridge | Megan | 2:17-cv-13888 |
| Watson | Lisa | 2:18-cv-09370 |
| Wesolowski | Veronica | 2:17-cv-13643 |
| Whitfield | Brenda | 2:16-cv-17115 |
| Wilkes | Oranda | 2:17-cv-02687 |
| Williams | Adriene | 2:17-cv-13805 |
| Williams | Carlista | 2:18-cv-09369 |
| Williams | Linda | 2:17-cv-13810 |
| Williams | Rose | 2:17-cv-5463 |
| Wright | Floretta | 2:17-cv-13877 |
| Wright | Margarett | 2:17-cv-1814 |
| James | Deborah | 2:17-cv-9965 |
| Wells | Elizabeth | 2:17-cv-09990 |
| Atkinson | Zylphia | 2:17-cv-09805 |
| Trunick | Kimberly | 2:17-cv-12666 |
| Piggott | Theresa | 2:17-cv-09985 |
| Raines | Cynthia | 2:17-cv-12694 |
| Pressley | Lisa | 2:17-cv-09991 |
| Moore | Brenda | 2:17-cv-12673 |
| Moffett | Juanita | 2:17-cv-14372 |
| Johnson | Twila | 2:17-cv-13564 |
| Laitman | Melissa | 2:17-cv-11965 |
| Hassey | Tandy | 2:17-cv-14809 |
| Green | Sylvia | 2:17-cv-09956 |
| Fuller | Susan | 2:16-cv-16847 |
| Davis | Gloria | 2:17-cv-09951 |
| Johnson | Mildred | 2:17-cv-09968 |
| Adams | Judy | 2:17-cv-09802 |
| Bentley | Nellie | 2:17-cv-09948 |
| Ball | Suzianne | 2:17-cv-11409 |
| Pottinger | Tricia-Ann | 2:17-cv-14835 |
| Collins | Eugenia | 2:17-cv-14360 |
| Mergendahl | Darlene | 2:17-cv-14795 |
| Blake | Cheryl | 2:17-cv-10523 |
| | | |

| Plaintiff Last Name: | Plaintiff First Name: | Civil Case No.: |
|---|---|---|
| Gaye | Mary | 2:17-cv-09954 |
| Oyibo | Gail | 2:17-cv-12677 |
| Durham | Laura | 2:17-cv-09952 |
| Crews | Aisha | 2:17-cv-10525 |
| King | Tarnya | 2:20-cv-03305 |