**BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>Cases identified in "Exhibit A" | **ORDER RE MOTION TO WITHDRAW AHMED S. DIAB AS COUNSEL** |

The Court, after considering the Motion to Withdraw Ahmed S. Diab as Counsel, as well as any responses thereto, finds the motion meritorious.

IT IS HEREBY ORDERED that Plaintiffs' Motion to Withdraw Ahmed S. Diab as Counsel is hereby GRANTED. Attorney Ahmed S. Diab is hereby withdrawn as counsel of record for the cases listed on Exhibit A. Attorneys John H. Gomez and Lindsay R. Stevens shall remain counsel of record for the cases listed on Exhibit A.

New Orleans, Louisiana, this _____ day of _____, 2021.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE

1