# EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO:

Cindy Smith, Case No. 2:18-cv-07702

## ITEMIZED BILL OF COSTS

**COURT COSTS**

Docket Fee Pursuant to 28 U.S.C. § 1923　　　　　　　　　　　$20.00

　　　　　　　　　　　　　　　　　　　Subtotal:　　　$20.00

**DEPOSITION TRANSCRIPT FEES**

| DATE | DEPONENT | COST |
|---|---|---|
| October 1, 2020 | Cindy Smith | $4,833.92 |
| October 14, 2020 | Elizabeth Herrington , MD | $1,938.08 |
| November 11, 2020 | Melissa Thierry | $1,843.70 |
| November 17, 2020 | Calvin Ennis , M.D. | $1,808.34 |
| February 23, 2021 | Edgar Hull , MD | $1,674.56 |
| February 25, 2021 | George Davis , MD | $1,356.72 |
| February 25, 2021 | Dr. Julius Bosco | $1,280.07 |
| March 10, 2021 | Ronald Rinker , MD | $1,172.60 |
| March 11, 2021 | Anita Cunningham | $2,653.38 |
| March 15, 2021 | Joseph Cunningham | $2,380.28 |
| March 16, 2021 | Donna Chandler | $2,307.58 |
| March 16, 2021 | Scott Freeman , MD | $1,448.90 |
| March 22, 2021 | Azailee Cunningham | $2,638.88 |
| March 22, 2021 | Anita Cunningham | $2,189.78 |
| April 2, 2021 | J. Benjamin Gatewood , MD | $2,174.70 |
| April 8, 2021 | William Jason Cunningham | $2,092.30 |
| | Subtotal: | $33,793.79 |

**MEDICAL RECORDS COLLECTION**

| DATE | PROVIDER | COST |
| --- | --- | --- |
| March 23, 2020 | CVS Health | $91.00 |
| March 31, 2020 | Garrott Dermatology | $106.00 |
| March 31, 2020 | Jackson Oncology | $91.00 |
| April 2, 2020 | Gulf Coast OB/GYN | $106.00 |
| April 2, 2020 | Regional Digestive Specialist | $106.00 |
| April 9, 2020 | Singing River Regional Cancer Center | $651.00 |
| April 16, 2020 | Singing River Services | $112.50 |
| April 17, 2020 | The Heart Center | $81.00 |
| April 20, 2020 | Centers for Medicare & Medicaid Services | $81.00 |
| April 27, 2020 | Centers for Medicare & Medicaid Services | $102.30 |
| May 6, 2020 | Gulf Coast OB/GYN | $81.00 |
| May 12, 2020 | Regional Digestive Specialist | $66.00 |
| May 18, 2020 | Singing River Services | $93.15 |
| May 18, 2020 | Scott Freeman, MD | $95.80 |
| May 18, 2020 | Sunrise Dermatology | $36.00 |
| May 18, 2020 | Sunrise Dermatology | $36.00 |
| June 4, 2020 | Escatawpa Family Clinic | $1,176.31 |
| June 17, 2020 | The Heart Center | $111.00 |
| June 29, 2020 | Sunbelt Medical Solutions | $81.00 |
| July 2, 2020 | Eyedok | $120.00 |
| July 15, 2020 | Magnolia Health | $91.00 |
| July 27, 2020 | Providence Medical Group at South Coast | $91.00 |
| July 30, 2020 | John Benus, DPM | $81.00 |
| July 30, 2020 | Kathryn Latch, OD | $126.00 |
| August 3, 2020 | Stephen Mason, MD | $81.00 |
| August 10, 2020 | Daniel Wittersheim, MD | $148.75 |
| August 12, 2020 | Burnham-McKinney Pharmacy | $181.00 |
| August 19, 2020 | Singing River Healthplex | $207.50 |
| August 28, 2020 | Singing River Medical Clinic | $66.00 |
| September 2, 2020 | Ocean Springs Imaging Center | $61.00 |
| September 2, 2020 | Elizabeth Herrington, M.D. | $51.00 |
| September 2, 2020 | Ocean Springs Hospital | $36.00 |
| September 2, 2020 | William Evans, M.D. | $36.00 |
| September 8, 2020 | Singing River Health System | $4,152.40 |
| September 4, 2020 | Daniel Wittersheim, MD | $151.75 |
| September 8, 2020 | Kathryn Latch, OD | $30.00 |

| DATE | PROVIDER | COST |
|---|---|---|
| September 8, 2020 | Kathryn Latch, OD | $36.00 |
| September 8, 2020 | Kathryn Latch, OD | $36.00 |
| September 9, 2020 | John Benus, DPM | $30.00 |
| September 14, 2020 | Singing River Regional Cancer Center | $32.65 |
| September 15, 2020 | Quest Diagnostics | $66.00 |
| September 22, 2020 | Harborview | $66.00 |
| September 22, 2020 | Regional Digestive Specialist | $30.00 |
| September 23, 2020 | Scott Freeman, MD | $30.00 |
| September 30, 2020 | The Heart Center | $60.00 |
| October 7, 2020 | Burnham-McKinney Pharmacy | $181.00 |
| October 7, 2020 | Quest Diagnostics, Inc. of Pennsylvania | $66.00 |
| October 14, 2020 | Alabama Orthopedic Clinic | $66.00 |
| October 21, 2020 | Walgreens - Corporate | $126.00 |
| October 22, 2020 | John McCloskey, M.D. | $66.00 |
| October 26, 2020 | Jackson County Health Department | $66.00 |
| October 28, 2020 | Singing River Services | $30.00 |
| November 4, 2020 | OPTUM Rx | $81.00 |
| November 11, 2020 | Mobile Infirmary Medical Center | $66.00 |
| November 17, 2020 | Escatawpa Family Clinic | $126.16 |
| November 24, 2020 | Garrott Dermatology | $66.00 |
| November 25, 2020 | Infirmary Occupational Health | $102.00 |
| November 25, 2020 | Singing River Health System | $156.60 |
| December 7, 2020 | Escatawpa Family Clinic | $88.16 |
| December 9, 2020 | Mississippi Department of Rehab Services | $66.00 |
| December 21, 2020 | Coastal Family Health | $173.16 |
| December 21, 2020 | Walmart Pharmacy | $83.66 |
| December 28, 2020 | William Bridges, M.D. | $36.00 |
| December 31, 2020 | South Mississippi Surgeons | $245.35 |
| December 31, 2020 | Memorial Hospital at Gulfport | $88.16 |
| December 31, 2020 | Eliceia Dionne Jackson, M.D. | $91.00 |
| January 19, 2021 | United Healthcare | $81.00 |
| January 20, 2021 | Singing River Health System | $81.00 |
| January 26, 2021 | Centers for Medicare & Medicaid Services | $226.26 |
| February 3, 2021 | Mississippi Coast Endoscopy | $120.65 |
| February 12, 2021 | John H. Miller, M.D. | $36.00 |
| February 16, 2021 | Escatawpa Family Clinic | $128.16 |
| February 16, 2021 | Escatawpa Family Clinic | $339.96 |
| February 23, 2021 | Burnham-McKinney Pharmacy | $81.00 |

| DATE | PROVIDER | COST |
|---|---|---|
| February 24, 2021 | American Esoteric Laboratories | $131.00 |
| February 25, 2021 | Singing River Services | $87.50 |
| March 1, 2021 | Family Dental Care | $81.00 |
| March 10, 2021 | Walgreens - Corporate | $104.00 |
| March 12, 2021 | Centers for Medicare & Medicaid Services | $81.00 |
| March 22, 2021 | Memorial Physicians Clinics | $162.16 |
| March 30, 2021 | Singing River Regional Cancer Center | $187.40 |
| April 2, 2021 | OPTUM Rx | $81.00 |
| April 7, 2021 | Centers for Medicare & Medicaid Services | $30.00 |
| April 12, 2021 | Walgreens - Corporate | $20.00 |
| April 13, 2021 | Singing River Health System | $287.90 |
| April 13, 2021 | Family Dental Care | $30.00 |
| April 13, 2021 | The Heart Center | $81.00 |
| April 26, 2021 | Mississippi Coast Endoscopy | $34.71 |
| April 27, 2021 | Gulf Coast Oral and Facial Surgery | $101.00 |
| April 30, 2021 | Mississippi State Health Department | $81.00 |
| May 5, 2021 | Singing River Health System | $251.60 |
| May 5, 2021 | Mississippi Department of Rehab Services | $66.00 |
| May 12, 2021 | Eliceia Dionne Jackson, M.D. | $40.00 |
| May 13, 2021 | Singing River Health System | $81.00 |
| May 17, 2021 | United Healthcare | $36.00 |
| June 2, 2021 | Gautier Internal Medicine | $56.00 |
| July 8, 2021 | Singing River Regional Cancer Center | $81.00 |
| July 19, 2021 | South Mississippi Surgeons | $170.10 |
| July 19, 2021 | Singing River Healthplex | $62.80 |
| July 19, 2021 | Walmart Pharmacy | $48.50 |
| July 19, 2021 | Social Security Administration | $73.50 |
| July 19, 2021 | Burnham-McKinney Pharmacy | $148.50 |
| July 19, 2021 | Centers for Medicare & Medicaid Services | $48.50 |
| July 19, 2021 | Cherilyn Herbert, M.D. | $68.50 |
| July 19, 2021 | Walmart Pharmacy | $48.50 |
| July 19, 2021 | Coastal Family Health | $48.50 |
| July 19, 2021 | Singing River Services | $48.50 |
| | Subtotal: | $15,524.56 |

**TOTAL COSTS EXPENDED:** $49,338.35