UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to all cases | | |

## ORDER

On July 9, 2021, the Court ordered certain plaintiffs to comply with their obligations in this litigation. The Court has been advised that the following plaintiffs have failed to do so within the time frame set by the Court.

- Frances Carroll, 2:19-cv-11655
- Selina Dixon, 2:19-cv-04254
- Vera Flores, 2:19-cv-12569

Accordingly, **IT IS ORDERED** that the above-listed cases are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 19th day of August, 2021.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE