## EXHIBIT C

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>Patricia Newman<br><br>Plaintiff, vs.<br><br>Sandoz Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide Inc. / Hospira Inc.,<br><br>Defendant(s)<br><br>THIS DOCUMENT RELATES TO:<br><br>Patricia Newman | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANDOZ INC. & HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE INC. / HOSPIRA, INC.**<br><br>Civil Action No.: 2:18-cv-00795-KDE-MB |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sandoz Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc.; each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc.1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 20th day of August, 2021.

CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: August 20, 2021.

/s/ *Jeffrey C. Bogert*
Jeffrey C. Bogert
jbogert@mcdonaldworley.com
State Bar No. 132778
McDonald S. Worley
don@mcdonaldworley.com
State Bar No. 4003208
William H. Barfield
bill@mcdonaldworley.com
State Bar No. 24003208
1770 St. James Place, Suite 100
Houston, TX 77056
Phone: (713) 523-5500
Fax: (713) 523-5501