UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
LOUISIANA

| | |
|---|---|
| IN RE: | |
| TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| This document Relates to Plaintiff(s) | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL B. NORTH |
| Patricia Newman Case Number: 2:18-cv-00795 | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT**

Pursuant to the Federal Rules of Civil Procedure 15(a)(2), the Plaintiff Patricia Newman hereby moves for leave to file a First Amended Short Form Complaint. Plaintiff originally named Sanofi S.A., et al. in her Short Form Complaint, as Plaintiff did not know the identity of the Defendant that manufactured the Taxotere administered to her. Plaintiff subsequently received the appropriate product identification from her infusion facility and appropriately dismissed the unrelated Defendants pursuant to this Court's Case Management Order No. 12A. Plaintiff now moves for leave to file a First Amended Short Form Complaint, which lists only the appropriate Defendant, Sandoz Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc.

Due to the foregoing reasons, Plaintiff respectfully moves for leave to file the attached Amended Short Form Complaint.

Dated: August 20, 2021               Respectfully submitted,

                                     */s/ Jeffrey C. Bogert*
                                     Jeffrey C. Bogert
                                     jbogert@mcdonaldworley.com
                                     State Bar No. 132778
                                     McDonald S. Worley

 don@mcdonaldworley.com
 State Bar No. 24003208
 1770 St. James Place, Suite 100
 Houston, TX 77056
 Phone: (713) 523-5500
 Fax (713) 523-5501

 *Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated:  August 20, 2021                                          Respectfully submitted,

*/s/ Jeffrey C. Bogert*
Jeffrey C. Bogert
jbogert@mcdonaldworley.com
State Bar No. 132778
McDonald S. Worley
don@mcdonaldworley.com
State Bar No. 24003208
1770 St. James Place, Suite 100
Houston, TX 77056
Phone: (713) 523-5500
Fax (713) 523-5501

*Attorneys for the Plaintiff*