# EXHIBIT C

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| Patsy Caston | |
| | JUDGE MILAZZO |
| Plaintiff, vs. | MAG. JUDGE NORTH |
| Sandoz Inc. | |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANDOZ INC.** |
| Defendant(s) | |
| THIS DOCUMENT RELATES TO: | Civil Action No.: 2:17-cv-16938-KDE-MB |
| Patsy Caston | |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sandoz Inc.; each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc.1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 20th day of August, 2021.

CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: August 20, 2021.                    /s/ *Jeffrey C. Bogert*
                                            Jeffrey C. Bogert
                                            jbogert@mcdonaldworley.com
                                            State Bar No. 132778
                                            McDonald S. Worley
                                            don@mcdonaldworley.com
                                            State Bar No. 4003208
                                            William H. Barfield
                                            bill@mcdonaldworley.com
                                            State Bar No. 24003208
                                            1770 St. James Place, Suite 100
                                            Houston, TX 77056
                                            Phone: (713) 523-5500
                                            Fax: (713) 523-5501