# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE:

TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION

MDL NO. 2740

SECTION "H" (5)

JUDGE JANE TRICHE MILAZZO
MAG. JUDGE MICHAEL B. NORTH

This document Relates to Plaintiff(s)

Patsy Caston
Case Number: 2:17-cv-16938

## PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

Pursuant to the Federal Rules of Civil Procedure 15(a)(2), the Plaintiff Patsy Caston hereby moves for leave to file a First Amended Short Form Complaint. Plaintiff originally named Sanofi S.A., et al. in her Short Form Complaint, as Plaintiff did not know the identity of the Defendant that manufactured the Taxotere administered to her. Plaintiff subsequently received the appropriate product identification from her infusion facility and appropriately dismissed the unrelated Defendants pursuant to this Court's Case Management Order No. 12A. Plaintiff now moves for leave to file a First Amended Short Form Complaint, which lists only the appropriate Defendant, Sandoz Inc.

Due to the foregoing reasons, Plaintiff respectfully moves for leave to file the attached Amended Short Form Complaint.

Dated: August 20, 2021

Respectfully submitted,

/s/ Jeffrey C. Bogert

Jeffrey C. Bogert
jbogert@mcdonaldworley.com
State Bar No. 132778
McDonald S. Worley

        don@mcdonaldworley.com
        State Bar No. 24003208
        1770 St. James Place, Suite 100
        Houston, TX 77056
        Phone: (713) 523-5500
        Fax (713) 523-5501

*Attorneys for the Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated:  August 20, 2021                                     Respectfully submitted,

*/s/ Jeffrey C. Bogert*
Jeffrey C. Bogert
jbogert@mcdonaldworley.com
State Bar No. 132778
McDonald S. Worley
don@mcdonaldworley.com
State Bar No. 24003208
1770 St. James Place, Suite 100
Houston, TX 77056
Phone: (713) 523-5500
Fax (713) 523-5501

*Attorneys for the Plaintiff*