UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH <br><br> **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC., SANOFI-AVENTIS U.S. LLC, SANOFI-AVENTIS, US LLC d/b/a WINTHROP US, SANDOZ INC., MCKESSON CORPORATION d/b/a MCKESSON PACKAGING, SUN PHARMA GLOBAL FZE, SUN PHARMACEUTICAL INDUSTRIES, INC. f/k/a CARACO PHARMACEUTICAL LABORATORIES LTD., AND PFIZER INC. ONLY** |
| **THIS DOCUMENT RELATES TO:** <br><br> Pamela Blair v. Sanofi-Aventis U.S. LLC, et al. | Civil Action No.: 2:18-cv-12866 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC., SANOFI-AVENTIS U.S. LLC, SANOFI-AVENTIS, US LLC d/b/a WINTHROP US, SANDOZ INC., MCKESSON CORPORATION d/b/a MCKESSON PACKAGING, SUN PHARMA GLOBAL FZE, SUN PHARMACEUTICAL INDUSTRIES, INC. f/k/a CARACO PHARMACEUTICAL LABORATORIES LTD., AND PFIZER INC. **ONLY**, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances,

Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 23rd day of August, 2021          **PULASKI LAW FIRM, PLLC**
                                             */s/ Leslie LaMacchia*
                                             Leslie LaMacchia
                                             Adam Pulaski
                                             2925 Richmond, Suite 1725
                                             Houston, TX 77098
                                             Tel: (713) 664-4555
                                             Fax: (713) 664-7543
                                             llamacchia@pulaskilawfirm.com
                                             adam@pulaskilawfirm.com

                                             *Attorneys for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 23, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

      DATED: August 23, 2021                  */s/ Leslie LaMacchia*