## UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VIKKI BUCKHEIT<br><br>                    Plaintiff<br><br>v.<br><br>ACCORD HEALTHCARE, INC., HOSPIRA MILAZZO WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC., HOSPIRA, INC., ACTAVIS LLC f/k/a ACTAVIS INC., ACTAVIS PHARMA, INC.<br><br>Defendants. | MDL NO: 2740<br><br>SECTION: H (5)<br><br>JUDGE:  JANE TRICHE |

<u>**CIVIL ACTION NO. 2:19-cv-12625**</u>

### <u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>

COMES NOW, Plaintiff, Vikki Buckheit, by and through her counsel, Ryan E. Hodge of Ray Hodge & Associates, L.L.C. dismisses Actavis, LLC with prejudice pursuant to FRCP 41(a)(1)(A)(ii). The plaintiff advises she stipulates to the dismissal with prejudice of Actavis from this case. The order of dismissal is attached as EXHIBIT A.

Respectfully submitted,

RAY HODGE & ASSOCIATES, L.L.C.

 <u>/s/ Ryan E. Hodge        </u>
Ryan E. Hodge, #16180
8558 W. 21st St. N., Suite 300
Wichita, KS 67205
(316) 269-1414
(316) 263-6019 (fax)
hodgelaw@kansaslaw.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VIKKI BUCKHEIT<br><br>　　　　　　　　Plaintiff<br><br>v.<br><br>ACCORD HEALTHCARE, INC., HOSPIRA MILAZZO<br>WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC., HOSPIRA, INC., ACTAVIS LLC f/k/a ACTAVIS INC., ACTAVIS PHARMA, INC.<br><br>　　　　　　　　Defendants. | MDL NO: 2740<br><br>SECTION: H (5)<br><br>JUDGE: JANE TRICHE |

**CIVIL ACTION NO. 2:19-cv-12625**

## ORDER FOR DISMISSAL WITH PREJUDICE

Based on stipulation of the Plaintiff, the court orders that Actavis, LLC be dismissed as a defendant from this case with prejudice. The parties are the bear their own costs.

Respectfully submitted,

RAY HODGE & ASSOCIATES, L.L.C.

　_/s/ Ryan E. Hodge_
Ryan E. Hodge, #16180
8558 W. 21st St. N., Suite 300
Wichita, KS 67205
(316) 269-1414
(316) 263-6019 (fax)
hodgelaw@kansaslaw.com
*Attorney for Plaintiff*