## UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VIKKI BUCKHEIT<br><br>        Plaintiff<br><br>v.<br><br>ACCORD HEALTHCARE, INC., HOSPIRA MILAZZO WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC., HOSPIRA, INC., ACTAVIS LLC f/k/a ACTAVIS INC., ACTAVIS PHARMA, INC.<br><br>        Defendants. | MDL NO: 2740<br><br>SECTION: H (5)<br><br>JUDGE: JANE TRICHE |

**CIVIL ACTION NO. 2:19-cv-12625**

## ORDER FOR DISMISSAL WITH PREJUDICE

Based on stipulation of the Plaintiff, the court orders that Actavis, LLC be dismissed as a defendant from this case with prejudice. The parties are the bear their own costs.

Respectfully submitted,

RAY HODGE & ASSOCIATES, L.L.C.

 /s/ Ryan E. Hodge
Ryan E. Hodge, #16180
8558 W. 21st St. N., Suite 300
Wichita, KS 67205
(316) 269-1414
(316) 263-6019 (fax)
hodgelaw@kansaslaw.com
*Attorney for Plaintiff*