UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: <br><br> JANET FIAMINGO <br>           *Plaintiff* <br> vs. <br><br> SANOFI US SERVICES, INC., ET AL. <br>           *Defendants* | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS EXCEPT ACCORD HEALTHCARE, INC., HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC. AND HOSPIRA, INC.** <br><br> Civil Action No.: 2:19-cv-14115 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Accord Healthcare Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., and Hospira, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 24th day of August 2021

**MORGAN & MORGAN**

*/s/ Panagiotis V. Albanis*
Panagiotis "Pete" V. Albanis
FL Bar No.: 77354
Morgan & Morgan – Complex Litigation Group
12800 University Drive, Suite 600
Fort Myers, FL 33907
Phone: 239-433-6880
Fax: 239-433-6836
palbanis@forthepeople.com

*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

      I hereby certify that on August 24, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

   DATED: August 24, 2021

                                               */s/ Panagiotis V. Albanis*
                                               Panagiotis "Pete" V. Albanis
                                               FL Bar No.: 77354
                                               Morgan & Morgan – Complex Litigation Group
                                               12800 University Drive, Suite 600
                                               Fort Myers, FL 33907
                                               Phone: 239-433-6880
                                               Fax: 239-433-6836
                                               palbanis@forthepeople.com