# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| DEBRA HARRIS<br>              *Plaintiff*<br>vs. | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS EXCEPT SANDOZ INC.** |
| SANOFI US SERVICES, INC., ET AL.<br>              *Defendants* | Civil Action No.: 2:19-cv-14116 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sandoz Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 24th day of August 2021

**MORGAN & MORGAN**

*/s/ Panagiotis V. Albanis*
Panagiotis "Pete" V. Albanis
FL Bar No.: 77354
Morgan & Morgan – Complex Litigation Group
12800 University Drive, Suite 600
Fort Myers, FL 33907
Phone: 239-433-6880
Fax: 239-433-6836
palbanis@forthepeople.com

*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

      I hereby certify that on August 24, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

    DATED: August 24, 2021

                                        */s/ Panagiotis V. Albanis*
                                        Panagiotis "Pete" V. Albanis
                                        FL Bar No.: 77354
                                        Morgan & Morgan – Complex Litigation Group
                                        12800 University Drive, Suite 600
                                        Fort Myers, FL 33907
                                        Phone: 239-433-6880
                                        Fax: 239-433-6836
                                        palbanis@forthepeople.com