# EXHIBIT C

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH <br><br> **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT** Accord Healthcare, Inc. |
| THIS DOCUMENT RELATES TO: <br><br> Katrina Jordan | Civil Action No.: 2:17-cv-02340 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except   Accord Healthcare, Inc.                                                             , each party to bear its own costs.  Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506).  Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice.  If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this __25th__ day of __August__, 2021

/s/ Alexandra W. Robertson
JOHNSON BECKER, PLLC
Alexandra W. Robertson, Esq.
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Ph: 612-436-1886
Email: arobertson@johnsonbecker.com

15

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on <u>  August  25  </u>, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: <u>  August  </u>, <u>25</u>, 2021        /s/   Alexandra W. Robertson

16