**EXHIBIT C**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2740

SECTION "H" (5)

JUDGE MILAZZO
MAG. JUDGE NORTH

**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT** Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., and Hospira, Inc.

THIS DOCUMENT RELATES TO:

   Karla L. King-Robinson

Civil Action No.:   2:18-cv-00634

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., and Hospira, Inc. , each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this   25th   day of   August  ,  2021

/s/ Alexandra W. Robertson
JOHNSON BECKER, PLLC
Alexandra W. Robertson, Esq.
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Ph: 612-436-1886
Email: arobertson@johnsonbecker.com

Case 2:16-md-02740-JTM-MBN   Document 3492   Filed 07/24/18   Page 16 of 16

CERTIFICATE OF SERVICE

      I hereby certify that on __August 25__, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

      DATED: __August__, 25 ,2021      /s/   Alexandra W. Robertson_____