# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | |
| Civil Action No.: 2:20-cv-00970 Kinawa Crawford | |

## NON-TRIAL POOL PLAINTIFFS' STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiffs' averment of the basis for dismissal as follows:

### YOU MUST CHECK ALL THAT APPLY

☐ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

X Other

If warranted under the circumstances, Plaintiffs may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated this 26th day of August, 2021.

/s/ Lowell W. Finson
THE FINSON LAW FIRM
Lowell W. Finson, Esq.
126 Westwind Mall
Marina del Rey, CA 90292
Phone: 602.377.2903
Fax: 310.425.3278
lowell@finsonlawfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on 26th August, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: August 26th, 2021

/s/ Lowell W. Finson

Lowell W. Finson
FINSON LAW FIRM
126 Westwind Mall
Marina del Rey, CA 90292
Phone: 602.377.2903
Fax 310.425.3278
lowell@finsonlawfirm.com

*Attorneys for Plaintiff*