MINUTE ENTRY
MILAZZO, J.
AUGUST 26, 2021

JS-10: 02:45

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740  SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: **16-17039 Elizabeth Kahn** | | |

### ORAL ARGUMENT
*U.S. District Judge Jane Triche Milazzo presiding*

COURT REPORTER: CATHY PEPPER
LAW CLERK: BRITTANY FLANDERS
CASE MANAGER: ERIN MOULEDOUS

APPEARANCES BY VIDEO:   (See Attached List of Counsel)

Court begins at 9:30 a.m.

The following Omnibus Motions in Limine filed by defendants **(Doc. 12968)** are argued by counsel and addressed by the Court:

- Motion to Preclude Evidence or Argument Concerning Adverse Event Reports or Other
- Motion to Preclude Evidence or Argument Concerning Sanofi Promotional and/or Marketing Materials Not Possessed or Relied On by Ms. Kahn or Her Prescribing Physician
- Motion to Preclude Evidence or Argument Concerning Non-Expert Causation Testimony
- Motion to Preclude Evidence or Argument Regarding Sanofi Sales Representatives, and to Exclude Sales Representative Witness Testimony
- Motion to Preclude Evidence or Argument Concerning FAERS Signal Evaluation
- Motion to Preclude Evidence or Argument Regarding Foreign Labeling and Regulatory Actions

- Motion to Preclude Evidence or Argument Regarding Shirley Ledlie, any "Taxotears" or Other Third Party Advocacy or Communications Group or Group Members, facebook voices page, And Intouch Solutions
- Motion to Preclude Evidence and Argument Regarding Company Conduct that Post-Dates Plaintiff's Chemotherapy Treatment
- Motion to Preclude Evidence or Argument That Plaintiff's Actinic Keratosis was Caused By Taxotere or PCIA, or Claiming Damages Therefor
- Motion to Preclude Evidence or Argument Concerning the Canadian Informed Consent
- Motion to Preclude Punitive Damages Evidence
- Motion to Preclude Evidence or Argument Regarding Dear Health Care Provider Letters

The following Motions in Limine filed by plaintiff are argued by counsel and addressed by the Court:

- Motion in Limine to Bar Prejudicial Litigation Conduct **(Doc. 12896)**
- Motion in Limine to Exclude Testimony and Argument that Taxotere Has Been Proven Superior to Taxol - or Any Drug Other Than 5-FU - or That Taxotere Gave Plaintiff the "best chance" of Surviving Cancer, or That Taxotere Gave Her the "best chance" for preventing her cancer from returning **(Doc. 12899)**
- Motion in Limine to Exclude Evidence of Unrelated Medical Conditions, Unrelated Familial Medical History, and Unrelated Medication Usage **(Doc. 12901)**
- Motion in Limine to Prohibit the Use of Unreliable Evidence to Support Claims of Alternative Causation and/or Questioning which Misconstrues the Applicable Burden **(Doc. 12909)**
- Motion in Limine to Exclude Improper Arguments or Suggestions regarding FDA Approval **(Doc. 12902)**
- Motion in Limine to Exclude Low Quality Photographs **(Doc. 12895)**
- Motion in Limine to Include Evidence and Argument Regarding Online Advocacy **(Doc. 12907)**
- Motion in Limine to Preclude Any Comment or Argument Concerning the Comparative Fault of Her Treating Physicians and Misuse of Taxotere **(Doc. 12905)**

Order and Reasons to follow.

Matter adjourned at 12:15 p.m.

