| MIL # | MOTION | REC. DOC. | Requested oral argument | Arguing for Plaintiff | Arguing for Defendants |
|---|---|---|---|---|---|
| SANOFI'S MOTIONS | | | | | |
| 5 | Motion to Preclude Evidence or Argument Concerning Adverse Event Reports or Other Complaints Involving Patients Other Than Plaintiff | 12968 | Joint | Kyle Bachus | Jon Strongman |
| 17 | Motion to Preclude Evidence or Argument Concerning Sanofi Promotional and/or Marketing Materials Not Possessed or Relied On by Ms. Kahn or Her Prescribing Physician | 12968 | Joint | Chris Coffin | Douglas Moore |
| 18 | Motion to Preclude Evidence or Argument Concerning Non-Expert Causation Testimony | 12968 | Sanofi | Palmer Lambert | Hildy Sastre |
| 20 | Motion to Preclude Evidence or Argument Regarding Sanofi Sales Representatives, and to Exclude Sales Representative Witness Testimony | 12968 | Joint | Kyle Bachus | Matt DePaz |
| 23 | Motion to Preclude Evidence or Argument Concerning FAERS Signal Evaluation | 12968 | Plaintiff | Dave Miceli | Jon Strongman |
| 24 | Motion to Preclude Evidence or Argument Regarding Foreign Labeling and Regulatory Actions | 12968 | Sanofi | Dave Miceli | Harley Ratliff |
| 26 | Motion to Preclude Evidence or Argument Regarding Shirley Ledlie, any "Taxotears" or Other Third Party Advocacy or Communications Group or Group Members, Facebook Voices Page, And Intouch Solutions | 12968 | Joint | Jessica Perez Reynolds | Hildy Sastre |
| 27 | Motion to Preclude Evidence and Argument Regarding Company Conduct that Post-Dates Plaintiff's Chemotherapy Treatment | 12968 | Joint | Kyle Bachus | Jon Strongman |
| 29 | Motion to Preclude Evidence or Argument That Plaintiff's Actinic Keratosis was Caused By Taxotere or PCIA, or Claiming Damages Therefor | 12968 | Plaintiff | Palmer Lambert | Jordan Baehr |
| 31 | Motion to Preclude Evidence or Argument Concerning the Canadian Informed Consent | 12968 | Joint | Kyle Bachus | Jon Strongman |
| 34 | Motion to Preclude Punitive Damages Evidence | 12968 | Joint | Darin Schanker | Harley Ratliff |
| 35 | Motion to Preclude Evidence or Argument Regarding Dear Health Care Provider Letters | 12968 | Joint | Andre Mura | Hildy Sastre |
| PLAINTIFF'S MOTIONS | | | | | |
| 3 | Motion to Bar Prejudicial Litigation Conduct | 12896 | Joint | Darin Schanker | Douglas Moore |

| | | | | | |
|---|---|---|---|---|---|
| 7 | Exclude Testimony and Argument That Taxotere Has Been Proven Superior to Taxol – Or Any Drug Other Than 5-FU – Or That Taxotere Gave Plaintiff the "Best Chance" of Surviving Cancer, Or That Taxotere Gave Her the "Best Chance" for Preventing Her Cancer From Returning | 12899 | Plaintiff | Dave Miceli | Jon Strongman |
| 9 | Motion to Exclude Evidence of Unrelated Medical Conditions, Unrelated Familial Medical Hisotry, and Unrelated Medication Usage | 12901 | Plaintiff | Darin Schanker | Harley Ratliff |
| 11 | Motion to Prohibit the Use of Unreliable Evidence to Support Claims of Alternative Causation and/or Questioning Which Misconstrues the Applicable Burden | 12909 | Plaintiff | Darin Schanker | Douglas Moore |
| 13 | Motion to Exclude Improper Arguments or Suggestions Regarding FDA Approval | 12902 | Sanofi | Andre Mura | Harley Ratliff |
| 15 | Motion to Exclude Low Quality Photographs | 12895 | Plaintiff | Jessica Perez Reynolds | Torrey Peterson |
| 17 | Motion to Include Evidence and Argument Regarding Online Advocacy | 12907 | Plaintiff | Jessica Perez Reynolds | Hildy Sastre |
| 18 | Motion to Preclude Any Comment or Argument Concerning the Comparative Fault of her Treating Physicians and Misuse of Taxotere | 12905 | Plaintiff | Chris Coffin | Douglas Moore |