UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)           MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Sherry Wilson
Case No.: 2:18-cv-08372

## STATEMENT OF PLAINTIFF'S COUNSEL

    I represent Sherry Wilson whose case is on a Notice of Non-Compliance to be heard by the Court on at the next Order to Show Cause hearing. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my deceased client's family unless the deficiency is cured, the case could be dismissed with prejudice.

    The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: August 27, 2021                          /s/ *Michael P. McGartland*
                                                                Michael P. McGartland
                                                                MCGARTLAND LAW FIRM, PLLC
                                                                1300 South University Drive, Suite 500
                                                                Fort Worth, Texas 76107
                                                                (817) 332-9300
                                                                mike@mcgartland.com