UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

**THIS DOCUMENT RELATES TO**

**Plaintiff Name: Nikkiya Billups**
**Case No.: 2:17-cv-17364**

**STATEMENT OF PLAINTIFF'S COUNSEL**

    I represent Nikkiya Billups whose case is on a Notice of Non-Compliance to be heard by the Court on a date to be determined. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

    The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: August 27, 2021

/s/ J. Vance Montgomery
Thomas R. Greer
TN Bar No.: 24452
J. Vance Montgomery
TN Bar No.: 35646
Bailey & Greer, PLLC
6256 Poplar Ave.
Memphis, TN 38119
Phone: 901-680-9777
tgreer@baileygreer.com
vmontgomery@baileygreer.com