UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

         SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: __Charlotte Kane__
Case No.: **2:18-cv-04681**

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Charlotte Kane whose case is on a Notice of Non-Compliance to be heard by the Court on August 27, 2021. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: August 27, 2021          */s/ Alyssa White*

         Alyssa White
         TX Bar 24073014
         **JOHNSON LAW GROUP**
         2925 Richmond Ave, Ste. 1700
         Houston, TX 77098
         Tel: 713-626-9336
         Fax: 713-583-9460
         awhite@johnsonlawgroup.com
         ATTORNEY FOR PLAINTIFF