# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | |
| *Roache v. Sanofi US Services Inc., et al* | |
| | JUDGE MILAZZO |
| Plaintiff Name: Mary Roache | MAG. JUDGE NORTH |
| Civil Action No.: 2:20-cv-00702 | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff, MARY ROACHE, hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action 2:20-cv-00702, only. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal. This Stipulation shall not affect the lawsuit filed by MARY ROACHE, which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing case number 2:17-cv-16778. All parties shall bear their own costs.

Dated: August 30, 2021                                 Respectfully submitted,

By: */s/ Patrick A. Luff*
Patrick A. Luff
Texas Bar No. 24092728
pluff@fnlawfirm.com
**FEARS NACHAWATI, PLLC**
5473 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712

ATTORNEYS FOR PLAINTIFF<br>
MARY ROACHE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed and served on August 30, 2021, via the CM/ECF system, which will send notification of such filing to all attorneys of record.

<i>/s/ Patrick A. Luff</i><br>
PATRICK A. LUFF