UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br><br><br><br>**THIS DOCUMENT RELATES TO:**<br><br>Sallie Austin v. SANOFI-AVENTIS U.S. LLC, et al. | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI-AVENTIS, US LLC d/b/a WINTHROP US**<br><br>**Civil Action No.: 2:17-cv-14715** |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi-Aventis, US LLC d/b/a Winthrop U.S., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendant are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 31st day of August, 2021

        **PULASKI LAW FIRM, PLLC**
        */s/ Leslie LaMacchia*
        Leslie LaMacchia
        Adam Pulaski
        2925 Richmond, Suite 1725
        Houston, TX 77098
        Tel: (713) 664-4555
        Fax: (713) 664-7543
        llamacchia@pulaskilawfirm.com
        adam@pulaskilawfirm.com

        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: August 31, 2021                                   */s/ Leslie LaMacchia*