# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Samuel L. Payne, on behalf of decedent Deborah Payne, v. Accord Healthcare, Inc. Case No. 2:19-cv-12619* | : : : : | |

## DEFENDANT ACCORD HEALTHCARE, INC.'S MOTION TO DISMISS PLAINTIFF'S CLAIMS FOR WHICH SERVICE OF PROCESS HAS NOT BEEN DELIVERED

Defendant Accord Healthcare, Inc. ("Accord"), pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure, hereby moves to dismiss the Plaintiff's claims against Accord pursuant to the requirements of Fed. R. Civ. P. 4, La. Code Civ. Proc. Ann. Art. 1231, and Pretrial Order No. 29 dated March 27, 2017. Although Plaintiff filed a Short Form Complaint naming Accord almost two years ago, Plaintiff has failed to deliver service of process. Accordingly, dismissal is warranted. A Memorandum in Support of this Motion is attached and incorporated herein.

5267909.1

2

DATED: September 1, 2021	Respectfully submitted,

                                                               */s/ Julie A. Callsen*
                                                               Julie A. Callsen
                                                               Brenda A. Sweet
                                                               TUCKER ELLIS LLP
                                                               950 Main Avenue, Suite 1100
                                                              Cleveland, OH  44113-7213
                                                              Telephone: 216.592.5000
                                                              Facsimile:  216.592.5009
                                                              julie.callsen@tuckerellis.com
                                                              brenda.sweet@tuckerellis.com

                                                              *Attorneys for Defendant*
                                                              *Accord Healthcare, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2021, a copy of the foregoing *Defendant Accord Healthcare, Inc.'s Motion to Dismiss Claims for which Service of Process has not been Delivered* was filed with the Court via ECF and is deemed served on all counsel of record.

/s/ Julie A. Callsen
Julie A. Callsen

*One of the Attorneys for Defendant Accord Healthcare, Inc.*