**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | : | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Samuel L. Payne, on behalf of decedent Deborah Payne, v. Accord Healthcare, Inc. Case No. 2:19-cv-12619* | : : : : | |

**ORDER**

Considering the foregoing Motion to Dismiss Plaintiff's Claims for which Service of Process has not been Delivered:

**IT IS ORDERED** that the Motion to Dismiss of Defendant Accord Healthcare, Inc. is GRANTED and Plaintiff's claims against Accord are dismissed at Plaintiff's cost.

New Orleans, Louisiana, this _____ day of _____, 2021.


Date: September ____, 2021

                                                JUDGE JANE TRICHE MILAZZO