# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Samuel L. Payne, on behalf of decedent Deborah Payne, v. Accord Healthcare, Inc. Case No. 2:19-cv-12619* | : : : : | |

## DEFENDANT ACCORD HEALTHCARE, INC.'S NOTICE OF MOTION TO DISMISS CLAIMS FOR WHICH SERVICE OF PROCESS HAS NOT BEEN DELIVERED

PLEASE TAKE NOTICE that Defendant Accord Healthcare, Inc. will bring for submission its *Motion to Dismiss Plaintiff's Claims for which Service of Process has not been Delivered* before the Honorable Jane Triche Milazzo, United States Judge for the Eastern District of Louisiana, on the 22nd day of September 2021.

Date:  September 1, 2021                     Respectfully submitted,

/s/ *Julie A. Callsen*
Julie A. Callsen
Brenda A. Sweet
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone:     216.592.5000
Facsimile:      216.592.5009
julie.callsen@tuckerellis.com
brenda.sweet@tuckerellis.com

*Attorneys for Defendant Accord Healthcare, Inc.*

**CERTIFICATE OF SERVICE**

I hereby that on this September 1, 2021, a true and correct copy of the *Defendant Accord Healthcare, Inc.'s Notice of Motion to Dismiss Plaintiff's Claims for which Service of Process has not been Delivered* was served upon the following through the Court's ECF filing system.

/s/ Julie A. Callsen
Julie A. Callsen

*One of the Attorneys for Defendant Accord Healthcare, Inc.*