UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiff Name:  Joyce Palmer<br>Case No.:  2:18-cv-11922 | | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff, Joyce Palmer, hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action 2:18-cv-11922, only.  The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal.  This Stipulation shall not affect the lawsuit filed by Trevor B. Rockstad, which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing case number 2:18-cv-11928.  All parties shall bear their own costs.

Dated: September 2, 2021                                  Respectfully submitted,

                                                                           /s/ Trevor B. Rockstad
                                                                           *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 2, 2021, I electronically filed the foregoing with the Clerk using the CM/ECF system, which will send a notification of electronic filing to all counsel of record who are CM/ECF participants.

Dated: September 2, 2021                                        /s/ _____