| Deposition Date | Deponent | Certified Transcript | Exhibits | Exhibits- Color | Rough Draft | Attendance | Primary Participants | Surcharge- Video | Surcharge- Expert/Medical/Tec | Exhibit Share | Equipment | Delivery | Video- Initial Services | Video- Additional Hours | Video- Extended Hours | Video- Media and Cloud Services | Video- Electronic Access | Video- Synchronization | Linked Exhibits | Claimed Costs | Recoverable Costs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/1/2020 | Cindy Smith | $1,638.00 | $124.92 | $68.00 | $558.00 | $255.00 | $195.00 | $180.00 | | | $500.00 | $28.00 | $295.00 | $664.00 | $285.00 | $70.00 | | | | $4,860.92 | $1,942.92 |
| 10/14/2020 | Elizabeth Herrington, M.D. | $387.60 | $85.68 | | $210.80 | | $295.00 | $68.00 | $68.00 | | | $28.00 | $295.00 | $285.00 | | | | $78.00 | $165.00 | $1,966.08 | $541.28 |
| 11/11/2020 | Melissa Thierry | $350.35 | $9.00 | | $119.35 | $170 | $195.00 | $38.50 | $38.50 | $250.00 | | $28.00 | $295.00 | $190.00 | | | | $78.00 | $110.00 | $1,871.70 | $882.20 |
| 11/17/2020 | Calvin Ennis, M.D. | $400.40 | $41.04 | $2.00 | $136.40 | $85.00 | | $44.00 | $44.00 | | | $28.00 | $295.00 | $190.00 | | | | $78.00 | $110.00 | $1,453.84 | $485.44 |
| 11/17/2020 | Paula D. Herrington (no record of this deposition) | | | | | | | | | | | | $295.00 | $95.00 | $142.50 | | | $78.00 | $55.00 | 665.5 | $0 |
| 2/23/2021 | Edgar Hull, MD (non-prescribing oncologist, MS) | $423.15 | $1.26 | | $144.15 | $85.00 | $195.00 | $46.50 | $46.50 | $250.00 | | $28.00 | $295.00 | $95.00 | | | | $78.00 | $110.00 | $1,797.56 | $0 |
| 2/25/2021 | George Davis, MD (psychiatrist, MS) | $209.30 | $105.12 | | $71.30 | $85.00 | $195.00 | $23.00 | $23.00 | $250.00 | | $28.00 | $295.00 | | | | | | | $1,284.72 | $0 |
| 2/25/2021 | Julius Bosco, MD (OBGYN, all treatment unrelated to breast cancer, MS) | $304.85 | $5.22 | | | $85.00 | $195.00 | $33.50 | $33.50 | $250.00 | | $28.00 | $295.00 | | | | | $78.00 | | $1,308.07 | $0 |
| 3/10/2021 | Ronald Rinker, MD (Gastro, MS) | $218.40 | $6.30 | $0.50 | $74.40 | $85.00 | | $24.00 | $24.00 | $250.00 | | $28.00 | $295.00 | | | | | | | $1,005.60 | $0 |
| 3/11/2021 | Anita Cunningham (daughter, MS) | $573.30 | $1.08 | | | $85.00 | $195.00 | $63.00 | $63.00 | $250.00 | $500.00 | $28.00 | $590.00 | $285.00 | | | | $78.00 | $165.00 | $2,876.38 | $0 |
| 3/16/2021 | Donna Chandler (Friend, MS) | $386.75 | $1.08 | | $131.75 | $85.00 | $195.00 | $42.50 | $42.50 | $250.00 | $500.00 | $28.00 | $295.00 | $190.00 | | | | $78.00 | $110.00 | $2,335.58 | $0 |
| 3/16/2021 | Scott Freeman, MD | $309.40 | $8.10 | | $105.40 | $85.00 | $195.00 | $34.00 | $34.00 | $250.00 | | $28.00 | $295.00 | | | | | $78.00 | $55.00 | $1,476.90 | $0 |
| 4/1/2021 | Joseph Cunningham (Son, MS) | $600.60 | $1.08 | | $204.60 | $85.00 | $195.00 | $66.00 | $66.00 | $250.00 | | $28.00 | $295.00 | $95.00 | $165.00 | | | $78.00 | $165.00 | $110.00 | $2,408.28 | $0 |
| 3/22/2021 | 2nd Anita Cunningham | $486.85 | $1.08 | $9.50 | $165.85 | $85.00 | $195.00 | $53.50 | $53.50 | $250.00 | $500.00 | $28.00 | | | | | | | | $1,828.28 | $0 |
| 3/22/2021 | Azalee Cunningham (Daughter-in-law, MS) | $445.90 | $1.08 | $4.00 | $151.90 | $85.00 | $195.00 | $49.00 | $49.00 | $250.00 | $500.00 | $28.00 | $295.00 | $95.00 | $330.00 | | | $78.00 | $110.00 | $2,666.88 | $0 |
| 4/8/2021 | William Jason Cunningham (son, MS) | $568.75 | $1.80 | | $193.75 | $85.00 | $195.00 | $62.50 | $62.50 | $250.00 | | $28.00 | $295.00 | $190.00 | | | | $78.00 | $110.00 | $2,120.30 | $0 |
| 4/2/2021 | J. Benjamin Gatewood, MD (non-prescribing oncologist, MS) | $546.00 | $119.70 | | $186.00 | $85.00 | $195.00 | $60.00 | $60.00 | $250.00 | | $28.00 | $295.00 | $190.00 | | | | $78.00 | $110.00 | $2,202.70 | $0 |
| | **TOTALS** | $7,849.60 | $513.54 | $88.00 | $2,453.65 | $1,530.00 | $2,830.00 | $888.00 | $708.00 | $3,250.00 | $2,500.00 | $448.00 | $5,015.00 | $2,564.00 | $922.50 | $70.00 | | $1,014.00 | $1,375.00 | $110.00 | $34,129.29 | |