| DATE | PROVIDER | DOCUMENT SERVICES FEE | NRS/CANCEL FEE | RESEARCH FEE | CUSTODIAN FEE | MEDICAL RECORDS | SECURE FILE HOSTING | SALES TAX | CD/DVD | E-MAIL | FOLLOW-UP FEE | CLAIMED COST | RECOVERABLE COST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/23/2020 | CVS Health Pharmacy | $10.00 | $20.00 | $25.00 | | | | | | | $36.00 | $91.00 | $0 |
| 3/31/2020 | Garrot Dermatology | $10.00 | | $25.00 | | $20.00 | $15.00 | | | | $36.00 | $106.00 | $20 |
| 3/31/2020 | Jackson Oncology | $10.00 | $20.00 | $25.00 | | | | | | | $36.00 | $91.00 | $0 |
| 4/2/2020 | Gulf Coast OB/GYN | $10.00 | | $25.00 | | $20.00 | $15.00 | | | | $36.00 | $106.00 | $20.00 |
| 4/2/2020 | Regional Digestive Specialists | $10.00 | | $25.00 | | $20.00 | $15.00 | | | | $36.00 | $106.00 | $0 |
| 4/9/2020 | Singing River Regional Cancer Center | $10.00 | | $25.00 | $460.60 | $104.40 | $15.00 | | | | $36.00 | $651.00 | $104.40 |
| 4/16/2020 | Singing River Services | $10.00 | | $25.00 | $6.50 | $20.00 | $15.00 | | | | $36.00 | $112.50 | $20.00 |
| 4/17/2020 | The Heart Center | $10.00 | | | | $20.00 | $15.00 | | | | $36.00 | $81.00 | $20 |
| 4/20/2020 | Centers for Medicare and Medicaid Services | $10.00 | | | | $20.00 | $15.00 | | | | $36.00 | $81.00 | $0 |
| 4/27/2020 | 2nd Request to Centers for Medicare and Medicaid Se | $10.00 | | | $27.35 | $433.00 | | | | | | $102.30 | $0 |
| 5/6/2020 | 2nd Request to Gulf Coast OB/GYN | $10.00 | | | | $20.00 | $15.00 | | | | $36.00 | $81.00 | $0 |
| 5/12/2020 | 2nd Request for Regional Digestive Systems | $10.00 | $20.00 | | | | | | | | $36.00 | $66.00 | $0 |
| 5/18/2020 | 2nd Request for Singing River Services | $10.00 | $20.00 | | $6.50 | $25.65 | $15.00 | | | | $36.00 | $93.15 | $0 |
| 5/18/2020 | Sunrise Dermatology | $10.00 | | | $14.80 | $20.00 | $15.00 | | | | $36.00 | $95.80 | $20.00 |
| 5/18/2020 | 2nd Request Sunrise Dermatology | | | | | | | | | | $36.00 | $36.00 | $0 |
| 5/18/2020 | 3rd Request Sunrise Dermatology | | | | | | | | | | $36.00 | $36.00 | $0 |
| 6/4/2020 | Escatawpa Family Clinic | $30.00 | | $25.00 | $840.66 | $229.65 | $15.00 | | | | $36.00 | $1,176.31 | $229.65 |
| 6/17/2020 | 2nd Request The Heart Center | $10.00 | | | $30.00 | $20.00 | $15.00 | | | | $36.00 | $111.00 | $0 |
| 6/29/2020 | Sunbelt Medical Solutions | $10.00 | | | | $20.00 | $15.00 | | | | $36.00 | $81.00 | $20.00 |
| 7/2/2020 | Eyedok | $10.00 | | $25.00 | $14.00 | $20.00 | $15.00 | | | | $36.00 | $120.00 | $0 |
| 7/15/2020 | Magnolia Health | $10.00 | $20.00 | $25.00 | | | | | | | $36.00 | $91.00 | $0 |
| 7/27/2020 | Providence Medical Group at South Coast | $10.00 | $20.00 | $25.00 | | | | | | | $36.00 | $91.00 | $0 |
| 7/30/2020 | John Benus, DPM (Podiatrist) | $10.00 | | | | $20.00 | $15.00 | | | | $36.00 | $81.00 | $0 |
| 7/30/2020 | Kathryn Latch, O.D. | $10.00 | | | $45.00 | $20.00 | $15.00 | | | | $36.00 | $126.00 | $0 |
| 8/3/2020 | Stephen Mason, M.D. | $10.00 | | | | $20.00 | $15.00 | | | | $36.00 | $81.00 | $20.00 |
| 8/10/2020 | Daniel Wittersheim, MD (orthopedist) | $10.00 | | | $67.75 | $20.00 | $15.00 | | | | $36.00 | $148.75 | $0 |
| 8/12/2020 | Burnham-McKinney Pharmacy | $10.00 | | | $100.00 | $20.00 | $15.00 | | | | $36.00 | $181.00 | $20.00 |
| 8/19/2020 | Singing River Healthplex | $10.00 | | | $29.30 | $20.00 | $15.00 | $7.20 | $90.00 | | $36.00 | $207.50 | $20.00 |
| 8/28/2020 | Singing River Medical Clinic | $10.00 | $20.00 | | | | | | | | $36.00 | $66.00 | $0 |
| 9/2/2020 | Ocean Springs Imaging Center | | | | $25.00 | | | | | | $36.00 | $61.00 | $0 |
| 9/2/2020 | Elizabeth Herrington, M.D. | | | | | $15.00 | | | | | $36.00 | $51.00 | $0 |
| 9/2/2020 | Ocean Springs Hospital | | | | | | | | | | $36.00 | $36.00 | $0 |
| 9/2/2020 | William Evans, MD | | | | | | | | | | $36.00 | $36.00 | $0 |
| 9/8/2020 | Singing River Healthcare System | $80.00 | | | $3,135.50 | $885.90 | $15.00 | | | | $36.00 | $4,152.40 | $885.90 |
| 9/4/2020 | 2nd Request for Daniel Wittersheim, MD | $10.00 | | | $70.75 | $20.00 | $15.00 | | | | $36.00 | $151.75 | $0 |
| 9/8/2020 | 2nd Kathryn Latch, O.D. | $10.00 | | | | $20.00 | | | | | | $30.00 | $0 |
| 9/8/2020 | 3rd Request for Kathryn Latch | | | | | | | | | | $36.00 | $36.00 | $0 |
| 9/8/2020 | 4th Request for Kathryn Latch | | | | | | | | | | $36.00 | $36.00 | $0 |
| 9/9/2020 | 2nd Request for John Benus, DPM | $10.00 | | | | $20.00 | | | | | | $30.00 | $0 |
| 9/14/2020 | 2nd Request for Singing River Regional Cancer Center | $10.00 | | | | $22.65 | | | | | | $32.65 | $0 |
| 9/15/2020 | Quest Diagnostics | $10.00 | $20.00 | | | | | | | | $36.00 | $66.00 | $0 |
| 9/22/2020 | Harborview | $10.00 | $20.00 | | | | | | | | $36.00 | $66.00 | $0 |
| 9/22/2020 | 3rd Request fpr Regional Digestive Specialists | $10.00 | | | | $20.00 | | | | | | $30.00 | $0 |
| 9/23/2020 | 4th Request for Sunrise Dermatology | $10.00 | | | | $20.00 | | | | | | $30.00 | $0 |
| 9/30/2020 | 3rd Request for The Heart Center | $10.00 | | | $30.00 | $20.00 | | | | | | $60.00 | $0 |
| 10/7/2020 | 2nd Request for Burnham-McKinney Pharmacy | $10.00 | | | $100.00 | $20.00 | $15.00 | | | | $36.00 | $181.00 | $0 |
| 10/7/2020 | Quest Diagnostics (billing) | $10.00 | | | | $20.00 | | | | | $36.00 | $66.00 | $20.00 |
| 10/14/2020 | Alabama Orthopedic Clinic | $10.00 | | | | $20.00 | | | | | $36.00 | $66.00 | $0 |
| 10/21/2020 | Walgreens | $10.00 | | | $45.00 (include | $20.00 | $15.00 | | | | $36.00 | $126.00 | $20.00 |
| 10/22/2020 | John McCloskey, MD | $10.00 | $20.00 | | | | | | | | $36.00 | $66.00 | $0 |
| 10/26/2020 | Jackson County Health Department | $10.00 | | | | $20.00 | | | | | $36.00 | $66.00 | $0 |
| 10/28/2020 | 3rd Request for Singing River Services | $10.00 | | | | $20.00 | | | | | | $30.00 | $0 |
| 11/4/2020 | Optum RX | $10.00 | | | | $20.00 | $15.00 | | | | $36.00 | $81.00 | $0 |
| 11/11/2020 | Mobile Infirmary Medical Center | $10.00 | $20.00 | | | | | | | | $36.00 | $66.00 | $0 |
| 11/17/2020 | 2nd Request for Escatawpa Family Clinic | $10.00 | | | $96.16 | $20.00 | | | | | | $126.16 | $0 |
| 11/24/2020 | 2nd Request for Garrot Dermatology | $10.00 | $20.00 | | | | | | | | $36.00 | $66.00 | $0 |
| 11/25/2020 | Infirmary Occupational Health | $10.00 | | | $21.00 | $20.00 | $15.00 | | | | $36.00 | $102.00 | $20.00 |
| 11/25/2020 | 4th Request for Singing River Services | $10.00 | | | $75.60 | $20.00 | $15.00 | | | | $36.00 | $156.60 | $0 |
| 12/7/2020 | 3rd Request for Escatawpa Family Clinic | $10.00 | $20.00 | | $22.16 | | | | | | $36.00 | $88.16 | $0 |
| 12/9/2020 | Mississippi Department of Rehab Services | $10.00 | $20.00 | | | | | | | | $36.00 | $66.00 | $0 |

| Date | Provider | C1 | C2 | C3 | C4 | C5 | C6 | C7 | C8 | C9 | C10 | C11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/21/2020 | Coastal Family Health | $10.00 | | $25.00 | $67.16 | $20.00 | $15.00 | | | $36.00 | $173.16 | $20.00 |
| 12/21/2020 | Walmart Pharmacy | $10.00 | $20.00 | | $17.66 | | | | | $36.00 | $83.66 | $0 |
| 12/28/2020 | William Bridges, M.D. | | | | | | | | | $36.00 | $36.00 | $0 |
| 12/31/2020 | South Mississippi Surgeons | $10.00 | | | $150.00 | $34.35 | $15.00 | | | $36.00 | $245.35 | $34.35 |
| 12/31/2020 | Memorial Hospital at Gulfport | $10.00 | $20.00 | | $22.16 | | | | | $36.00 | $88.16 | $0.00 |
| 12/31/2020 | Community Medical Center | $10.00 | $20.00 | | $25.00 | | | | | $36.00 | $91.00 | $0 |
| 1/19/2021 | United Healthcare | $10.00 | | | | $20.00 | $15.00 | | | $36.00 | $81.00 | $20.00 |
| 1/20/2021 | 2nd Request Singing River Health System | $10.00 | | | | $20.00 | $15.00 | | | $36.00 | $81.00 | $0 |
| 1/26/2021 | 3rd Request Centers for Medicaid/Medicare | $30.00 | | | $91.41 | $53.85 | $15.00 | | | $36.00 | $226.26 | $0 |
| 2/3/2021 | Mississippi Coast Endoscopy | $10.00 | | | $39.65 | $20.00 | $15.00 | | | $36.00 | $120.65 | $0 |
| 2/12/2021 | John H. Miller, MD | | | | | | | | | $36.00 | $36.00 | $0 |
| 2/16/2021 | 2nd Request Escatawpa Family Clinic | $10.00 | | | $47.16 | $20.00 | $15.00 | | | $36.00 | $128.16 | $0 |
| 2/16/2021 | 3rd Request Escatawpa Family Clinic | $10.00 | | | 271.16 | $58.80 | | | | | $339.96 | $0 |
| 2/23/2021 | 2nd Request Burnham-McKinney Pharmacy | $10.00 | | | | $20.00 | $15.00 | | | $36.00 | $81.00 | $0 |
| 2/24/2021 | American Esoteric Laboratories | $10.00 | | | $50.00 | $20.00 | $15.00 | | | $36.00 | $131.00 | $20.00 |
| 2/25/2021 | 5th Request for Singing River Services | $10.00 | | | $6.50 | $20.00 | $15.00 | | | $36.00 | $87.50 | $20.00 |
| 3/1/2021 | Family Dental Care | $10.00 | | | | $20.00 | $15.00 | | | $36.00 | $81.00 | $0 |
| 3/10/2021 | 2nd Request Walgreens | $10.00 | | | $23.00 | $20.00 | $15.00 | | | $36.00 | $104.00 | $0 |
| 3/12/2021 | 4th Request Centers for Medicare and Medicaid Servic | $10.00 | | | | $20.00 | $15.00 | | | $36.00 | $81.00 | $0 |
| 3/22/2021 | Memorial Physician Clinic | $10.00 | | | $81.16 | $20.00 | $15.00 | | | $36.00 | $162.16 | $20.00 |
| 3/30/2021 | 3rd Request Singing River Regional Cancer Center | $10.00 | | | $106.40 | $20.00 | $15.00 | | | $36.00 | $187.40 | $0 |
| 4/2/2021 | Optum RX | $10.00 | | | | $20.00 | $15.00 | | | $36.00 | $81.00 | $0 |
| 4/7/2021 | 5th Request Centers for Medicare and Medicaid | $10.00 | | | | | | | ##### | | $30.00 | $0 |
| 4/12/2021 | 3rd Request Walgreens | | | | $20.00 | | | | | | $20.00 | $0 |
| 4/13/2021 | 3rd Request Singing River Health System | $10.00 | | | $194.95 | $31.95 | $15.00 | | | $36.00 | $287.90 | $0 |
| 4/13/2021 | 2nd Request Family Dental Care | $10.00 | | | | $20.00 | | | | | $30.00 | $0 |
| 4/13/2021 | 4th Request The Heart Center | $10.00 | | | | $20.00 | $15.00 | | | $36.00 | $81.00 | $0 |
| 4/26/2021 | 2nd Request Mississippi Coast Endoscopy | $10.00 | | | $4.71 | $20.00 | | | | | $34.71 | $0 |
| 4/27/2021 | Gulf Coast Oral and Facial Surgery | $10.00 | | | $20.00 | $20.00 | $15.00 | | | $36.00 | $101.00 | $0 |
| 4/30/2021 | Mississippi State Health Department | $10.00 | | | | $20.00 | $15.00 | | | $36.00 | $81.00 | $0 |
| 5/5/2021 | 4th Request Singing River Health System | $10.00 | | | $221.60 | $20.00 | | | | | $251.60 | $0 |
| 5/5/2021 | 2nd Request Mississippi Department of Rehab Service | $10.00 | $20.00 | | | | | | | $36.00 | $66.00 | $0 |
| 5/12/2021 | 2nd Request Community Medical Center | | | $40.00 | | | | | | | $40.00 | $0 |
| 5/13/2021 | 5th Request Singing River Health System | $10.00 | | | | $20.00 | $15.00 | | | $36.00 | $81.00 | $0 |
| 5/17/2021 | 2nd Request United Healthcare | | | | | | | | | $36.00 | $36.00 | $0 |
| 6/2/2021 | 2nd Request Gautier Internal Medicine | | $20.00 | | | | | | | $36.00 | $56.00 | $0 |
| 7/8/2021 | 4th Request Singing River Regional Cancer Center | $10.00 | | | | $20.00 | $15.00 | | | $36.00 | $81.00 | $0 |
| 7/19/2021 | 2nd Request South Mississippi Surgeons | | $12.50 | | | $121.60 | | | | $36.00 | $170.10 | $0 |
| 7/19/2021 | 2nd Request Singing River Healthplex | | $12.50 | | $50.30 | | | | | | $62.80 | $0 |
| 7/19/2021 | 2nd Request Walmart Pharmacy | | $12.50 | | | | | | | | $48.50 | $0 |
| 7/19/2021 | Social Security Administration | | $12.50 | $25.00 | | | | | | $36.00 | $73.50 | $0 |
| 7/19/2021 | 3rd Request Burnham-McKinney Pharmacy | | $12.50 | | $100.00 | | | | | $36.00 | $148.50 | $0 |
| 7/19/2021 | 6th Request for Centers for Medicare & Medicaid Services | | $12.50 | | | | | | | $36.00 | $48.50 | $0 |
| 7/19/2021 | Cherilyn Herbert, M.D. | | $12.50 | $20.00 | | | | | | $36.00 | $68.50 | $0 |
| 7/19/2021 | 3rd Request Walmart Pharmacy | | $12.50 | | | | | | | $36.00 | $48.50 | $0 |
| 7/19/2021 | 2nd Request Coastal Family Health | | $12.50 | | | | | | | $36.00 | $48.50 | $0 |
| 7/19/2021 | 6th Request Singing River Services | | $12.50 | | | | | | | $36.00 | $48.50 | $0 |
| | TOTALS | $940.00 | $505.00 | $410.00 | $6,818.61 | $3,101.80 | $735.00 | $7.20 | $90.00 ##### | $3,204.00 | $15,524.56 | $1,594 |

**Red= Unrelated to any claims or defenses**

**Yellow=2nd, 3rd, 4th, 5th, or 6th request to the same provider**

**Orange= Request Cancelled by Defendants/request made to incorrect provider**