# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>June Cooper<br>Case No.: 19-12777 | | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff, June Cooper, hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action 19-12777, only. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal. This Stipulation shall not affect the lawsuit filed by June Cooper which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing case number 19-12776. All parties shall bear their own costs.

Dated this 2nd day of September 2021     By: */s/ J. Christopher Elliott*
J. Christopher Elliott, Esq.
**BACHUS & SCHANKER, LLC**
J. Kyle Bachus, Esq.
Darin L. Schanker, Esq.
101 West Colfax, Suite 650

        Denver, CO 80202
        Telephone: (303) 893-9800
        Facsimile: (303) 893-9900
        Email: celliott@coloradolaw.net
        kyle.bachus@coloradolaw.et
        dschanker@coloradolaw.net

*Attorneys for Plaintiff*

*/s/ Jenn Hatcher*
Jenn Hatcher
**Shook, Hardy & Bacon LLP**
2555 Grand Blvd.
Kansas City, MO 64108
Tel: (816) 474-6550
Fax: (816) 421-5547
Email: jhatcher@shb.com

***Counsel for Defendants Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2021 I electronically filed the foregoing with the Clerk using the CM/ECF system, which will send a notification of electronic filing to all counsel of record who are CM/ECF participants.

Dated: September 2, 2021          */s/ Melanie R. Sulkin*