UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| VIKKI BUCKHEIT | |
| v. | |
| ACCORD HEALTHCARE, INC., HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC., HOSPIRA, INC., and SAGENT PHARMACEUTICALS, INC., EDLA NO. 2:19-cv-12625 | |

      Pursuant to CMO 12A, Plaintiff dismisses with prejudice defendant Accord Healthcare Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendant are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6). Dated this 2nd day of September, 2021

      RAY HODGE & ASSOCIATES, L.L.C.

      /s/ Ryan E. Hodge
      Ryan E. Hodge # 16180
      8558 W. 21st St. N., Suite 300
      Wichita, KS 67205
      (316) 269-1414
      (316) 263-6019 (fax)
      Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on September 2nd, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: September 2nd, 2021                /s/ Ryan E. Hodge