MINUTE ENTRY
MILAZZO, J.
September 14, 2021

JS-10:00:21

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to: Elizabeth Kahn, 16-17039 | | |

## MINUTE ENTRY

On September 14, 2021, the Court held a telephone status conference with Dawn Barrios, Palmer Lambert, Doug Moore, and John Olinde. The parties discussed matters related to the trial set to begin on November 8, 2021.

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE