**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | ) | |
| **PRODUCTS LIABILITY** | ) | **MDL NO. 2740** |
| **LITIGATION** | ) | |
| | ) | **SECTION "H" (5)** |
| | ) | **JUDGE TRICHE MILAZZO** |
| JUDY LANGAN-MACK, | ) | **MAG. JUDGE NORTH** |
| | ) | |
| Plaintiff, | ) | **NOTICE OF PARTIAL DISMISSAL** |
| | ) | **WITH PREJUDICE AS TO ALL** |
| v. | ) | **EXCEPT SANDOZ INC.** |
| | ) | |
| SANOFI U.S. SERVICES INC. f/k/a | ) | **Civil Action No.: 2:21-cv-76** |
| SANOFI AVENTIS U.S. INC. ET. AL. | ) | |
| | ) | |
| Defendants. | ) | |

## <u>NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE</u>

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sandoz, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Respectfully Submitted,

/s/ Magdalena F. Gonzalez

**Magdalena F. Gonzalez**
Gardi & Haught, Ltd.
939 N. Plum Grove Rd., Suite C
Schaumburg, IL 60173
(847) 944-9400
mgonzalez@gardilaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2021 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: September 17, 2021

/s/ Magdalena F. Gonzalez