UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  　　　　　　　　　MDL NO. 16-2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
Cindy Smith, Case No. 2:18-cv-07702

## ORDER

Considering the Motion for Leave to File Reply Memorandum in Support of Bill of Costs (Doc. 13265) Against Cindy Smith, filed by Defendants, sanofi-aventis U.S., LLC and Sanofi US Services, Inc.;

**IT IS HEREBY ORDERED** that said Motion is **GRANTED**, and that Defendants' proposed Reply in Support of their Bill of Costs Against Cindy Smith (Doc. 13265-2) is hereby entered into the Court's docket.

New Orleans, Louisiana, this 17th day of September, 2021.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE