IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| JUANITA MCGEE, | : : : | SECTION "H" (5) JUDGE MILAZZO MAG. JUDGE NORTH |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 2:18-cv-09841 |
| SANOFI-AVENTIS U.S. LLC, separately, and doing business as Winthrop U.S., SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC., | : : : : : | |
| Defendants. | : : | |

**UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

Plaintiff, Juanita McGee, by and through their attorneys, respectfully seek leave of Court to file an Amended Short Form Complaint in this matter for the reasons set forth below:

The original suit was filed in this matter based upon the belief by Plaintiff, Juanita McGee, that she was provided Taxotere/Docetaxel chemotherapy which caused her to permanently lose her hair. Her original suit was filed on October 23, 2018.

Subsequent to the filing of her Short Form Complaint, an error was noticed that for question 11 of the Short Form Complaint in which she is to identify the state in which Product(s) identified in question 9 was/were administered. That state of Michigan was incorrectly and erroneously reflected. The correct state, as reflected in her medical records, is Ohio.

Plaintiff contacted Defendant's counsel and Defendant does not oppose the relief requested, based on the understanding and agreement that Defendant does not waive any defenses, including but not limited to defenses based jurisdiction, statute of limitations, or the applicability of FRCP 15(c) by agreeing not to contest this motion.

Plaintiff, therefore, desires to amend the Complaint to substitute Ohio in place of Michigan in order to reflect the correct state

Dated this 17th day of September, 2021.

                                              Respectfully submitted by,

                                              /s/ Michael P. McGartland
                                              MS Bar No. 100487
                                              McGartland Law Firm, PLLC
                                              University Centre I, Suite 500
                                              1300 South University Drive
                                              Fort Worth, Texas 76107
                                              Telephone:   (817) 332-9300
                                              Facsimile:    (817) 332-9301
                                              mike@mcgartland.com


## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 7.6, I hereby certify that the foregoing Unopposed Motion and Incorporated Memorandum in Support of Motion for Leave to File Amended Short Form Complaint is agreed to by Defendant.

                                      By:    /s/ *Michael P. McGartland*
                                                       Michael P. McGartland

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of September, 2021, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

By: /s/ *Michael P. McGartland*
Michael P. McGartland