## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | |
| THIS DOCUMENT RELATES TO: *Guilbault v. Sanofi S.A., et al.*, E.D. La. No. 16-17061 *Plaisance v. Hospira, Inc. Worldwide, LLC f/k/a Hospira, Inc. Worldwide, Inc., et al.*, E.D. La. No. 18-08086 *All other cases where Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer Inc.* | MDL NO. 2740 SECTION "H" (5) HON. JANE TRICHE MILAZZO |

## NOTICE OF APPEARANCES

Please enter the appearances of Jeffrey H. Horowitz, William Hoffman, Diana Sterk, and Ashley Burkett of the law firm Arnold & Porter Kaye Scholer LLP as counsel for Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer Inc. (the "Hospira and Pfizer Defendants"), in the above-captioned matters.

1

| | |
|---|---|
| Dated: September 17, 2021 | Respectfully submitted, |
| | **ARNOLD & PORTER KAYE SCHOLER LLP** |

                                                                 */s/ Jeffrey H. Horowitz*
                                                                 Jeffrey H. Horowitz (jeffrey.horowitz@arnoldporter.com)
Diana Sterk (diana.sterk@arnoldporter.com)
250 West 55th Street
New York, NY  10019-9710
(212) 836-8000 / office
(212) 836-8689 / fax

William Hoffman (william.hoffman@arnoldporter.com)
Ashley Burkett (ashley.burkett@arnoldporter.com)
600 Massachusetts Avenue, NW
Washington DC  20001-3743
(202) 942-5000/ office
(202) 942-5999 / fax

**CHAFFE MCCALL LLP**

*/s/ John F. Olinde*
John F. Olinde (Bar No. 1515)
1100 Poydras Street
New Orleans, LA 70163
Phone: (504) 858-7000
Fax: (504) 585-7075

olinde@chaffe.com

*Attorneys for the Hospira and Pfizer Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

                                                                     */s John F. Olinde*
                                                                     John F. Olinde