UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION : : : | MDL NO. 2740 |
| : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Cases Listed on Exhibit A, attached.* : : : : | **MOTION FOR RULE TO SHOW CAUSE REGARDING DISMISSAL OF MICHIGAN PLAINTIFFS** |

Pursuant to this Court's April 7, 2021 Order and Reasons granting the Motion for Summary Judgment on the Claims of Brenda Mixon, Defendants respectfully move this Court to issue a Rule to Show Cause to address the Plaintiffs "prescribed or administered Taxotere [docetaxel] in Michigan" for the Court to consider whether the Michigan Products Liability Act ("MPLA") similarly bars the claims of other MDL Plaintiffs and subjects the Plaintiffs to dismissal with prejudice. *See* Rec. Doc. 12405. A case list is attached hereto as **Exhibit A**.

In the *Mixon* Order and Reasons, the Court directed "the parties [to] propose a show cause procedure to the Court, so the Court may consider whether the MPLA similarly bars the claims of other MDL Plaintiffs who were prescribed or administered Taxotere in Michigan." *See* Rec. Doc. 12405. Accordingly, Defendants subsequently met and conferred with Plaintiffs Co-Liaison Counsel ("PLC") and agreed upon a process, as directed by the Court, wherein the Plaintiffs listed on **Exhibit A** shall appear before the Court and show cause as to why their respective case should not be dismissed.

Should any Plaintiff not plan to show cause or appear to object to the dismissal, that Plaintiff must notify Plaintiffs' Co-Liaison Counsel by emailing taxotere@bkc-law.com 10 business days in advance of the show cause hearing. A list of cases for which the Plaintiff informed Co-Liaison Counsel that she would not appear will be provided to the Defendants and presented to the Court in advance of the hearing. Additionally, failure to appear and show cause will result in a dismissal with prejudice.

WHEREFORE, Defendants pray that the Court grant their motion and issue a Rule to Show Cause. A proposed order is attached.

DATED: September 17, 2021

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Adrienne L. Byard
Madison M. Hatten
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com
mhatten@shb.com

*Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*

GREENBERG TRAURIG, LLP

*/s/ R. Clifton Merrell*
R. Clifton Merrell
Evan Holden
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: 678-553-2100
Facsimile: 678-553-2100
merrellc@gtlaw.com
holdene@gtlaw.com

ADAMS AND REESE LLP

*/s/ Deborah B. Rouen*
Deborah B. Rouen
E. Paige Sensenbrenner
One Shell Square
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
Telephone:
(504) 581-3234
Facsimile: (504) 566-0210
debbie.rouen@arlaw.com
paige.sensenbrenner@arlaw.com

*Attorneys for Sandoz Inc.*

TUCKER ELLIS LLP

*/s/ Julie A. Callsen*
Julie A. Callsen
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216-592-5000
Facsimile: 216-592-5009
Julie.callsen@tuckerellis.com

*Attorney for Accord Healthcare, Inc.*

WILLIAMS & CONNOLLY LLP

/s/ *Richmond Moore*
Richmond Moore
Heidi Hubbard
Neelum Wadhwani
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: 202-434-5000
Facsimile: 202-434-5029
rmoore@wc.com
hhubbard@wc.com
nwadhwani@wc.com

CHAFFE McCALL, L.L.P.

/s/ *John F. Olinde*
John F. Olinde (Bar No.1515)
Peter J. Rotolo (Bar No.1848)
1100 Poydras Street
New Orleans, LA 70163
Phone: (504) 858-7000
Fax: (504) 585-7075
olinde@chaffe.com
rotolo@chaffe.com

*Attorneys for Hospira, Inc., Hospira Worldwide, LLC formally d/b/a Hospira Worldwide, Inc., and Pfizer, Inc.*


HINSHAW & CULBERTSON LLP

/s/ *Geoffrey M. Coan*
Geoffrey M. Coan
Kathleen E. Kelly
53 State Street, 27th Floor
Boston, MA 02109
Telephone: 617-213-7000
Facsimile: 617-213-7001
gcoan@hinshawlaw.com
kekelly@hinshawlaw.com

*Attorneys for Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.*


ULMER & BERNE LLP

4

/s/ *Michael J. Suffern*
Michael J. Suffern
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone: 513-698-5064
Telefax: 513-698-5065
msuffern@ulmer.com

*Attorneys for Defendant Actavis Pharma, Inc. and Actavis LLC*

## **CERTFICATE OF SERVICE**

I hereby certify that on September 17, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

*/s/ Julie A. Callsen*