UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | : | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Cases Listed on Exhibit A, attached.* | : : : : | **ORDER TO SHOW CAUSE REGARDING DISMISSAL OF MICHIGAN PLAINTIFFS** |

In accordance with the Court's April 7, 2021 Order and Reasons granting the Motion for Summary Judgment on the Claims of Brenda Mixon and directing the parties to establish a show cause procedure to address other MDL Plaintiffs whose claims may be similarly barred by the Michigan Products Liability Act ("MPLA"), (Rec. Doc. 12405), Defendants have submitted a list of such Plaintiffs attached as Exhibit A.

Considering the foregoing:

Plaintiffs listed on Exhibit A are hereby **ORDERED TO APPEAR AND SHOW CAUSE** on **October 12, 2021** at 10:00 a.m. as to why their respective case should not be dismissed with prejudice pursuant to the Court's order and reasons in *Mixon* (Rec. Doc. 12405). Failure to appear and show cause will result in dismissal of Plaintiff's case with prejudice.

Any Plaintiff who does not plan to show cause or appear to object must notify Plaintiffs' Co-Liaison Counsel, Palmer Lambert and Dawn Barrios at taxotere@bkc-law.com ten (10) business days prior to the show cause hearing date. Plaintiffs' Co-Liaison Counsel will then

5287077.1

2

provide the list of those cases to Defendants and ultimately to the Court prior to the hearing, as is done with the PTO 22A show cause proceedings.

New Orleans, Louisiana, on this _____ day of September 2021.

                                                                                                                     _____
                                                                  JANE TRICHE MILAZZO
                                                                  UNITED STATES DISTRICT JUDGE

5287077.1